IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 06-10019 |
| | ) |
| ROBERT LAWRENCE, | ) VIO: 26 U.S.C. §§7201 and 7203 |
| | ) |
| Defendant. | ) |

FILED
MAR 1 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Tax Evasion for 1999)

*Introductory Allegations About the Defendant*

1.     At all times relevant to this Indictment, the defendant Robert Lawrence resided in East Peoria, Illinois, and worked full time for Mitsubishi Motors Manufacturing of America (Mitsubishi) in Normal, Illinois.

2.     As an employee of Mitsubishi, defendant Lawrence was required to submit to his employer an accurate and truthful United States Department of Treasury Form W-4, Employee's Withholding Certificate (hereafter referred to as a "Form W-4") so that the employer could withhold the appropriate amount of federal income taxes.

*Allegations about the JoY Foundation*

3.     JoY Foundation was a Florida-based organization that claimed that the payment of federal income taxes was voluntary. For a fee, the JoY Foundation provided

its members with materials and strategies they could use to claim they were exempt from paying federal income taxes.

4. Defendant Lawrence claimed that he held the position of Regional Director of JoY Foundation.

*Defendant's Strategy to Prevent Withholding and to Evade Taxes*

5. Defendant Lawrence and the JoY Foundation advised taxpayers to file Form W-4s which falsely claimed that they were exempt from withholding of federal tax.

6. Defendant Lawrence caused his employer not to withhold federal income taxes from his wages by submitting to Mitsubishi Form W-4s on which he falsely represented that in the previous year he had a right to a refund of all federal income tax as he had no tax liability in that year and he expected a refund of all federal income tax withheld in the current year because he expected to have no tax liability.

*The Tax Evasion Charge for 1999*

7. During the calendar year 1999, the defendant Robert Lawrence had and received taxable income in the sum of approximately $51,679.00. Defendant Robert Lawrence owed to the United States of America an income tax of approximately $10,275.00 on that taxable income.

8. Well-knowing and believing that he had received taxable income during calendar year 1999 and that he owed income tax to the United States of America on that taxable income, the defendant

## ROBERT LAWRENCE

in the Central District of Illinois, did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for calendar year 1999 by:

    a.    submitting to his employer, Mitsubishi, on or about June 7, 1999, a false Form W-4 on which he claimed that his income was exempt from federal income tax and that no federal taxes should be withheld from his earnings, when he, in fact, knew that such claim was false;

    b.    failing to make an income tax return on or before April 17, 2000, as required by law, to any proper officer of the Internal Revenue Service; and

    c.    failing to pay to the Internal Revenue Service the income tax he owed on his taxable income;

In violation of Title 26, United States Code, Section 7201.

## COUNT TWO
(Tax Evasion for 2000)

1-6. The Grand Jury re-alleges Paragraphs 1 through 6 of Count One as though fully set forth here.

7. During the calendar year 2000, the defendant Robert Lawrence had and received taxable income in the sum of approximately $52,780.00. The defendant owed an income tax to the United States of America on that taxable income in the approximate amount of $11,927.00.

8. Well-knowing and believing that he had received taxable income during calendar year 2000 and that he owed income tax to the United States of America on that taxable income, the defendant

**ROBERT LAWRENCE**

in the Central District of Illinois, did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for calendar year 2000 by:

    a. submitting to his employer, Mitsubishi, on or about February 11, 2000, a false Form W-4 on which he claimed that his income was exempt from federal income tax and that no federal taxes should be withheld from his earnings, when he, in fact, knew that such claim was false;

    b. failing to make an income tax return on or before April 16, 2001, as required by law, to any proper officer of the Internal Revenue Service; and

    c. failing to pay to the Internal Revenue Service the income tax he



owed on his taxable income;

In violation of Title 26, United States Code, Section 7201.

## COUNT THREE
(Tax Evasion for 2001)

1-6. The Grand Jury re-alleges Paragraphs 1 through 6 of Count One as though fully set forth here.

7. During the calendar year 2001, the defendant Robert Lawrence had and received taxable income in the sum of approximately $71,340.00. The defendant owed an income tax to the United States of America on that taxable income in the approximate amount of $9,453.00.

8. Well-knowing and believing that he had received taxable income during calendar year 2001 and that he owed income tax to the United States of America on that taxable income, the defendant

**ROBERT LAWRENCE**

in the Central District of Illinois, did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for calendar year 2001 by:

a. submitting to his employer, Mitsubishi, on or about February 9, 2001, a false Form W-4 on which he claimed that his income was exempt from federal income tax and that no federal taxes should be withheld from his earnings, when he, in fact, knew that such claim was false;

b. failing to make an income tax return on or before April 15, 2002, as required by law, to any proper officer of the Internal Revenue Service; and

6

    c. failing to pay to the Internal Revenue Service the income tax he owed on his taxable income;

In violation of Title 26, United States Code, Section 7201.

## COUNT FOUR
(Failure to File for 1999)

1. At all times relevant to this count of this Indictment, the defendant Robert Lawrence resided in East Peoria, Illinois, in the Central District of Illinois.

2. The defendant Robert Lawrence received taxable income in the approximate amount of $51,679.00 in the year 1999.

3. Based upon this income, defendant Robert Lawrence was required by law, following the close of the calendar year 1999 and on or before April 17, 2000, to make an income tax return to the District Director of the Internal Revenue Service in Springfield, Illinois, or the Director, Internal Revenue Service Center, at Kansas City, Missouri, or other proper office of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled.

4. Despite these requirements, from the close of the 1999 year until April 17, 2000, and thereafter the defendant,

**ROBERT LAWRENCE,**

did willfully fail to make the required income tax return relative to his 1999 taxable income to the District Director of the Internal Revenue Service in Springfield, Illinois, or the Director, Internal Revenue Service Center, at Kansas City, Missouri, or other proper office of the United States;

All in violation of Title 26, United States Code, Sections 7203.



## COUNT FIVE
(Failure to File for 2000)

1. At all times relevant to this count of this Indictment, the defendant Robert Lawrence resided in East Peoria, Illinois, in the Central District of Illinois.

2. The defendant Robert Lawrence received taxable income in the approximate amount of $52,780.00 in the year 2000.

3. Based upon this income, defendant Robert Lawrence was required by law, following the close of the calendar year 2000 and on or before April 16, 2001, to make an income tax return to the District Director of the Internal Revenue Service in Springfield, Illinois, or the Director, Internal Revenue Service Center, at Kansas City, Missouri, or other proper office of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled.

4. Despite these requirements, from the close of the 2000 year until April 15, 2001, and thereafter the defendant,

**ROBERT LAWRENCE,**

did willfully fail to make the required income tax return relative to his 2000 taxable income to the District Director of the Internal Revenue Service in Springfield, Illinois, or the Director, Internal Revenue Service Center, at Kansas City, Missouri, or other proper other proper office of the United States.

All in violation of Title 26, United States Code, Sections 7203.

## COUNT SIX
(Failure to File for 2001)

1.  At all times relevant to this count of this Indictment, the defendant Robert Lawrence resided in East Peoria, Illinois, in the Central District of Illinois.

2.  The defendant Robert Lawrence received taxable income in the approximate amount of $71,340.00 in the year 2001.

3.  Based upon this income, defendant Robert Lawrence was required by law, following the close of the calendar year 2001 and on or before April 15, 2002, to make an income tax return to the District Director of the Internal Revenue Service in Springfield, Illinois, or the Director, Internal Revenue Service Center, at Kansas City, Missouri, or other proper office of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled.

4.  Despite these requirements, from the close of the 2001 year until April 15, 2002, and thereafter the defendant,

**ROBERT LAWRENCE,**

did willfully fail to make the required income tax return relative to his 2000 taxable income to the District Director of the Internal Revenue Service in Springfield, Illinois, or the Director, Internal Revenue Service Center, at Kansas City, Missouri, or other proper other proper office of the United States.

All in violation of Title 26, United States Code, Sections 7203.

A True Bill,

s/Foreperson
**Foreperson**

s/Asst US Attorney

RODGER A. HEATON
UNITED STATES ATTORNEY
GAB/ksr