IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. 06-10019 |
| ROBERT LAWRENCE, | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE OF COUNSEL**

Comes now Oscar Stilley and enters his appearance for Defendant Robert Lawrence in the captioned case. All pleadings should be served via CM/ECF, and other communications should be made at the address, phone, fax, and email address set forth below.

By: /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
2120 North B Street
Fort Smith, AR 72901
(479) 573.0726 phone
(479) 573.0647 fax
oscar@oscarstilley.com

**CERTIFICATE OF SERVICE**

I, Oscar A. Stilley, certify by my signature above that a copy of the foregoing was delivered by CM/ECF this March 28, 2006 to: Gerard A. Brost, Assistant US Attorney, Suite 400, 211 Fulton Street, Peoria, IL 61602.