1:06-cr-10019-MMM-JAG   # 6   Page 1 of 7

E-FILED
Wednesday, 29 March, 2006 02:08:09 PM
Clerk, U.S. District Court, ILCD

1:06-cr-10019-MMM-JAG   # 2-1   Page 1 of 2

E-FILED
Monday, 20 March, 2006 01:58:31 PM
Clerk, U.S. District Court, ILCD

AO 83 (REV. 12/85) SUMMONS IN A CRIMINAL CASE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

### SUMMONS IN A CRIMINAL CASE

COPY

**UNITED STATES OF AMERICA**

vs.

**ROBERT LAWRENCE**
223 Stewart Street
East Peoria, IL. 61611

FILED
MAR 2 9 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Number:   06-10019-001

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
US Courthouse, Federal Building, Courtroom C, Peoria, IL
on
Tuesday, March 28th, 2006 at 2:00pm
before the
HONORABLE **MAGISTRATE JUDGE JOHN A. GORMAN**

To answer an Indictment charging you with a violation of Title 26, United States Code, Section(s) **7201 and 7203** Tax Evasions & Failure to File Tax Return .

DATE: 3/20/06

JOHN M. WATERS, CLERK

s/ H. Kallister
BY: DEPUTY CLERK

A TRUE COPY
ATTEST
JOHN M. WATERS, CLERK
BY:   s/Deputy Clerk
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE   3/20/06

1:06-cr-10019-MMM-JAG   # 2-1   Page 2 of 2
AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date) |

Check one box below to indicate the appropriate method of service

[X] Served personally upon the defendant at: _address listed_

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
  Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: __3/27/06__   S.
         Date              Name of United States Marshal

         s/US Marshal
         (by) Deputy United States Marshal

Remarks:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PROBATION DIVISION



RICHARD J. CARROLL
Chief U.S. Probation Officer

Please Reply To: Peoria

You have been charged with a violation of federal law. The enclosed summons/notice requires you to appear before a judicial officer of the United States Courts who will decide whether to release you on bail, and set conditions, if necessary, for your release pending trial. This office is responsible to the Court, not to the government's prosecutor (U.S. Attorney). Our function is to assist the Court in arriving at a fair and reasonable decision regarding your release on bail.

Please telephone 309/671-7031, ext. 0, immediately and advise the receptionist that you are responding to arrange a pre-bail interview. You will be connected with a Pretrial Services Officer who will arrange for an interview as soon as possible.

The Pretrial Services Officer will ask you a number of questions regarding your personal history and ties to the community. <u>You should not discuss the circumstances of the offense or offenses for which you have been charged with the Pretrial Services Officer</u>. The information you provide will be verified and included in a report, which will be given to the judicial officer prior to your first appearance in court. The report will be made available to you, your attorney, and the attorney for the government at the time of your first appearance in court. You may consult with your attorney prior to responding to this letter. If you cannot afford to hire an attorney, we will assist you in applying for appointment of an attorney at the government's expense.

Sincerely yours,

s/ probation officer

Richard J. Carroll
Chief U.S. Probation Officer

RJC:jkp
Enclosure

| 127 U.S. Courthouse | 314 Federal Building | 235 Federal Building | 108 U.S. Courthouse |
| 201 South Vine | 100 N.E. Monroe | P.O. Box 4117 | 600 East Monroe |
| Urbana 61802-3348 | Peoria 61602 | Rock Island 61204-4117 | Springfield 62701 |
| Tel: 217-373-5851 | Tel: 309-671-7031 | Tel: 309-793-5784 | Tel: 217-492-4215 |
| | Fax: 309-671-7231 | Fax: 217-793-5879 | Fax: 217-492-4218 |

N O T I C E

1. IF YOU ARE UNABLE TO HIRE YOUR OWN ATTORNEY and plan to ask the Court to appoint an attorney to represent you, please follow the following procedures:

   (a) If you are in custody, request a form entitled FINANCIAL AFFIDAVIT from a representative of the United States Marshal's Office.

   (b) If you are not in custody, request a form entitled FINANCIAL AFFIDAVIT from the United States District Court Clerk's Office, 100 NE Monroe Street, Peoria, Illinois 61602. Telephone: 309/671-7117.

   (c) The AFFIDAVIT should be completed prior to your initial appearance in court. The AFFIDAVIT should be filled out as completely and accurately as possible to the best of your ability.

      (1) If you are in custody, give the completed AFFIDAVIT to the Deputy United States Marshal so the AFFIDAVIT can be delivered to the United States Magistrate.

      (2) If you are not in custody, file the completed AFFIDAVIT with the United States District Court Clerk's Office, 100 NE Monroe Street, Peoria, Illinois 61602.

2. IF YOU HAVE HIRED YOUR OWN ATTORNEY, it is your duty to notify your attorney of the date and time of your initial hearing in Court.

## Service of Process
1:06-cr-10019-MMM-JAG USA v. Lawrence

U.S. District Court

Central District of Illinois

Notice of Electronic Filing

The following transaction was received from HK, ilcd entered on 3/20/2006 at 1:59 PM CST and filed on 3/20/2006

**Case Name:**        USA v. Lawrence
**Case Number:**      1:06-cr-10019
**Filer:**
**Document Number:** 2

**Docket Text:**
*** **SUMMONS ISSUED** as to Robert Lawrence; Arraignment set for 3/28/2006 02:00 PM in Courtroom C before Magistrate Judge John A. Gorman. (HK, ilcd)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=3/20/2006] [FileNumber=298864-0]
[1ca46cd60e6f8d08c4d6ad098c36ca8ae29bb2034195260be8f1b2be38b662e7bedd
41ad9b1f1cdb1058a8a9f7d574f503b3898e483f5c68cddd4f029c6d6b5b]]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PROBATION DIVISION



RICHARD J. CARROLL
Chief U.S. Probation Officer

Please Reply To: Peoria

You have been charged with a violation of federal law. The enclosed summons/notice requires you to appear before a judicial officer of the United States Courts who will decide whether to release you on bail, and set conditions, if necessary, for your release pending trial. This office is responsible to the Court, not to the government's prosecutor (U.S. Attorney). Our function is to assist the Court in arriving at a fair and reasonable decision regarding your release on bail.

Please telephone 309/671-7031, ext. 0, immediately and advise the receptionist that you are responding to arrange a pre-bail interview. You will be connected with a Pretrial Services Officer who will arrange for an interview as soon as possible.

The Pretrial Services Officer will ask you a number of questions regarding your personal history and ties to the community. <u>You should not discuss the circumstances of the offense or offenses for which you have been charged with the Pretrial Services Officer</u>. The information you provide will be verified and included in a report, which will be given to the judicial officer prior to your first appearance in court. The report will be made available to you, your attorney, and the attorney for the government at the time of your first appearance in court. You may consult with your attorney prior to responding to this letter. If you cannot afford to hire an attorney, we will assist you in applying for appointment of an attorney at the government's expense.

Sincerely yours,

s/US Probation Officer

Richard J. Carroll
Chief U.S. Probation Officer

RJC:jkp
Enclosure

| 127 U.S. Courthouse | 314 Federal Building | 235 Federal Building | 108 U.S. Courthouse |
| --- | --- | --- | --- |
| 201 South Vine | 100 N.E. Monroe | P.O. Box 4117 | 600 East Monroe |
| Urbana 61802-3348 | Peoria 61602 | Rock Island 61204-4117 | Springfield 62701 |
| Tel: 217-373-5851 | Tel: 309-671-7031 | Tel: 309-793-5784 | Tel: 217-492-4215 |
| | Fax: 309-671-7231 | Fax: 217-793-5879 | Fax: 217-492-4218 |

N O T I C E

1. IF YOU ARE UNABLE TO HIRE YOUR OWN ATTORNEY and plan to ask the Court to appoint an attorney to represent you, please follow the following procedures:

    (a) If you are in custody, request a form entitled FINANCIAL AFFIDAVIT from a representative of the United States Marshal's Office.

    (b) If you are not in custody, request a form entitled FINANCIAL AFFIDAVIT from the United States District Court Clerk's Office, 100 NE Monroe Street, Peoria, Illinois 61602. Telephone: 309/671-7117.

    (c) The AFFIDAVIT should be completed prior to your initial appearance in court. The AFFIDAVIT should be filled out as completely and accurately as possible to the best of your ability.

        (1) If you are in custody, give the completed AFFIDAVIT to the Deputy United States Marshal so the AFFIDAVIT can be delivered to the United States Magistrate.

        (2) If you are not in custody, file the completed AFFIDAVIT with the United States District Court Clerk's Office, 100 NE Monroe Street, Peoria, Illinois 61602.

2. IF YOU HAVE HIRED YOUR OWN ATTORNEY, it is your duty to notify your attorney of the date and time of your initial hearing in Court.