E-FILED
Monday, 10 April, 2006  10:34:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. 06-10019 |
| ) | |
| ROBERT LAWRENCE, ) | |
| Defendant. ) | |

**MOTION FOR ORDER DIRECTING THE GOVERNMENT TO RESPOND TO BILL OF PARTICULARS**

Comes now Defendant and for his motion for an order directing the government to respond to the Defendant's bill of particulars, and for continuance of the arraignment, and states:

1. The government by and through its counsel has communicated the fact that it does not intend to respond to the bill of particulars, but rather intends only to provide certain documents.

2. Defendant moves that the Court direct the Plaintiff to respond forthrightly with answers to each particular requested by the Defendant.

WHEREFORE, Defendant requests that the Court order the government to forthrightly provide the particulars requested; and for all such other and further relief as may be appropriate whether or not specifically prayed.

1

By: /s/ Oscar Stilley<br>
Oscar Stilley, Attorney at Law<br>
2120 North B Street<br>
Fort Smith, AR 72901<br>
(479) 573.0726 phone<br>
(479) 573.0647 fax<br>
oscar@oscarstilley.com

## CERTIFICATE OF SERVICE

I, Oscar A. Stilley, certify by my signature above that a copy of the foregoing was delivered by CM/ECF this April 10, 2006 to: Gerard A. Brost, Assistant US Attorney, Suite 400, 211 Fulton Street, Peoria, IL 61602.