IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. 06-10019 |
| | ) | |
| ROBERT LAWRENCE, | ) | |
| Defendant. | ) | |

**MOTION FOR CONTINUANCE OF ARRAIGNMENT**

Comes now Defendant and for his motion for continuance of the arraignment, and states:

1. Plaintiff has contemporaneously herewith filed a motion for an order directing the government to forthrightly respond to the Defendant's request for particulars.

2. To the extent that the government claims the inability to timely respond to the particulars requested, Defendant moves that the Court continue the arraignment for a reasonable time, with no exclusion of time for Speedy Trial calculations, with directions that the government provide the particulars requested at least 2 business days before the arraignment scheduled. Defense counsel is unavailable on April 20 and 21, 2006.

WHEREFORE, Defendant requests that the Court continue the April 13, 2006 arraignment for a reasonable time, as may be requested by the government and said to be necessary for response to the Defendant's bill of particulars, with no exclusion of time from the Speedy Trial calculations; and for all such other and further relief as may be appropriate whether or not

1

specifically prayed.

By: /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
2120 North B Street
Fort Smith, AR 72901
(479) 573.0726 phone
(479) 573.0647 fax
oscar@oscarstilley.com

## CERTIFICATE OF SERVICE

I, Oscar A. Stilley, certify by my signature above that a copy of the foregoing was delivered by CM/ECF this April 10, 2006 to: Gerard A. Brost, Assistant US Attorney, Suite 400, 211 Fulton Street, Peoria, IL 61602.