E-FILED
Monday, 17 April, 2006 08:21:25 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| Plaintiff | ) |
| | ) |
| | ) CASE NO. **06-10019** |
| | ) |
| **Robert Lawrence** | ) |
| Defendant | ) |

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:00 p.m.** on **Friday, April 28, 2006.**

This matter is set for Jury Trial at **8:30 a.m.** on **Monday, May 15, 2006**

at

[ X ] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 13th day of April, 2006.

/s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>)<br>) CASE NO. **06-10019**<br>) |
| **Robert Lawrence**<br>    Defendant | )<br>) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:00 p.m.** on **Friday, April 28, 2006.**

This matter is set for Jury Trial at **8:30 a.m.** on **Monday, May 15, 2006**

at

[ X ] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 13th day of April, 2006.

```
/s/ John A. Gorman
```
_____

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**  )
   Plaintiff  )
  )
  ) CASE NO. **06-10019**
  )
**Robert Lawrence**  )
   Defendant  )

SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:00 p.m.** on **Friday, April 28, 2006.**

This matter is set for Jury Trial at **8:30 a.m.** on **Monday, May 15, 2006**

at

[ X ] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 13th day of April, 2006.

```
/s/ John A. Gorman
```

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE