IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-10019 |
| | ) | |
| ROBERT LAWRENCE, | ) | |
| | ) | |
| Defendant. | ) | |

## RECIPROCAL DISCOVERY REQUEST

Now comes the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney, and Gerard A. Brost, Assistant United States Attorney, and hereby requests reciprocal discovery from the defendant in the above-styled case. In support of its request the government states as follows:

1.   The government has provided and made available discovery pursuant to Federal Rules of Criminal Procedure 16(a)(1)(C), (D) and (E).

WHEREFORE, pursuant to Federal Rules of Criminal Procedure 16(b)(1)(A), (B) and (C), and 26.2, the government respectfully requests that this Honorable Court direct the defendant to provide reciprocal discovery to the government forthwith.

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY


s/Gerard A. Brost
Gerard A. Brost
Assistant United States Attorney
One Technology Plaza, Suite 400
Peoria, Illinois 61602
Telephone: (309) 671-7050

## CERTIFICATE OF SERVICE

It is hereby certified that on April 27, 2006, I electronically filed the foregoing **GOVERNMENT'S RECIPROCAL DISCOVERY REQUEST** with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the party listed below:

        Oscar A. Stilley
        Attorney for Defendant

        s/Gerard A. Brost_____
        Gerard A. Brost
        Assistant United States Attorney
        One Technology Plaza, Suite 400
        Peoria, Illinois 61602
        Telephone: (309) 671-7050