**E-FILED**
Wednesday, 10 May, 2006  11:29:07 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 06-10019** |
| | ) | |
| **ROBERT LAWRENCE** | ) | **VIO: 26 U.S.C. 7201 and 7203** |
| | ) | |
| **Defendant** | ) | |

**Exhibit List**

| Exhibit # | Description |
|---|---|
| 1-1 | Certified Transcript of account for 1996 for Robert G. and Karen S. Lawrence |
| 1-2 | Certified Transcript of account for 1997 for Robert G. and Karen S. Lawrence |
| 1-3 | Certified Transcript of account for 1998 for Robert G. and Karen S. Lawrence |
| 1-4 | Certified Transcript of account for Robert G. Lawrence regarding Civil Penalties for tax period December 31, 2000 |
| 1-5 | Certified 1996, Form 1040, U.S. Individual Income Tax Return for Robert G. and Karen S. Lawrence |
| 1-6 | Certified 1997, Form 1040, U.S. Individual Income Tax Return for Robert G. and Karen S. Lawrence |
| 1-7 | Certified 1998, Form 1040, U. S. Individual Income Tax Return for Robert G. and Karen S. Lawrence |
| 1-8 | Certification of Lack of Record for Robert G. Lawrence, 1999, Form 1040, U.S. Individual Income Tax Return |
| 1-9 | Certification of Lack of Record for Robert G. Lawrence, 2000, Form 1040, U.S. Individual Income Tax Return |
| 1-10 | Certification of Lack of Record for Robert G. Lawrence, 2001, Form 1040, U.S. Individual Income Tax Return |
| 1-11 | Certification of Lack of Record for Karen S. Lawrence, 1999, Form 1040, U.S. Individual Income Tax Return |

| | |
|---|---|
| 1-12 | Certification of Lack of Record for Karen S. Lawrence, 2000, Form 1040, U.S. Individual Income Tax Return |
| 1-13 | Certification of Lack of Record for Karen S. Lawrence, 2001, Form 1040, U.S. Individual Income Tax Return |
| 1-14 | Certified Information Returns Master File Transcript of the account for Robert G. Lawrence for tax year ending December 31, 1999 |
| 1-15 | Certified Information Returns Master File Transcript of the account for Robert G. Lawrence for tax year ending December 31, 2000 |
| 1-16 | Certified Information Returns Master File Transcript of the account for Robert G. Lawrence for tax year ending December 31, 2001 |
| 1-17 | Certified Information Returns Master File Transcript of the account for Karen S. Lawrence for tax year ending December 31, 1999 |
| 1-18 | Certified Information Returns Master File Transcript of the account for Karen S. Lawrence for tax year ending December 31, 2000 |
| 1-19 | Certified Information Returns Master File Transcript of the account for Karen S. Lawrence for tax year ending December 31, 2001 |
| 1-20 | 1999 Tax Tables |
| 1-21 | 2000 Tax Tables |
| 1-22 | 2001 Tax Tables |
| 1-23a | Correspondence from Robert G. Lawrence to the Internal Revenue Service 5-29-01 |
| 1-23b | Correspondence from Robert G. Lawrence to the Internal Revenue Service 7-23-01 |
| 1-23c | Correspondence from Robert G. Lawrence to the Internal Revenue Service 7-23-01 |
| 1-23d | Correspondence from Robert G. Lawrence to the Internal Revenue Service 12-28-01 |
| 1-23e | Correspondence from Robert G. Lawrence to the Internal Revenue Service 12-28-01 |
| 1-23f | Correspondence from Robert G. Lawrence to the Internal Revenue Service 1-1302 |
| 1-23g | Correspondence from Robert G. Lawrence to the Internal Revenue Service 1-17-02 |
| 1-23h | Correspondence from Robert G. Lawrence to the Internal Revenue Service 2-4-02 |
| 1-23i | Correspondence from Robert G. Lawrence to the Internal Revenue Service 11-3-03 |
| 2-1 | Robert Lawrence: W-2 for 1997 |
| 2-2 | Robert Lawrence: W-2 for 1998 |

2-3     Robert Lawrence: W-4, Employee's Withholding Allowance Certificate for 1999 claiming exempt, dated June 7, 1999

2-4     Correspondence submitted to Mitsubishi by Robert Lawrence on September 30, 1999

2-5     Correspondence submitted to Mitsubishi by Robert Lawrence dated 11-23-99

2-6     Robert Lawrence: W-2 for 1999

2-7     MMMA Quarterly Employee Earnings Records for year 1999 for Robert Lawrence

2-8     Mitsubishi interoffice correspondence regarding Robert Lawrence dated 1-13-00

2-9     Correspondence submitted to Mitsubishi by Robert Lawrence dated 1-28-00

2-10    Correspondence submitted to Mitsubishi by Robert Lawrence dated 2-3-00

2-11    Copies of research conducted by Andrew Whaley in support of MMMA position regarding withholding

2-12    Letter from Mitsubishi to Robert Lawrence dated 2-4-00 regarding the filing of a W-4

2-13    Robert Lawrence: W-4, Employee's Withholding Allowance Certificate for 1999 claiming exempt, dated February 11, 2000

2-14    Letter submitted to Mitsubishi by Milton H. Baxley II on behalf of Robert Lawrence dated 4-7-00

2-15    Letter to Milton H. Baxley II from Mitsubishi dated 4-18-00 regarding Robert Lawrence

2-16    Letter to Mitsubishi from Robert Lawrence dated 7-18-00

2-17    Robert Lawrence: W-2 for 2000

2-18    MMMA Quarterly Employee Earnings Records for year 2000 for Robert Lawrence

2-19    Letter to Robert Lawrence from Mitsubishi regarding filing of W-4 for 2001 dated 1-22-01

2-20    Correspondence submitted to Mitsubishi from Robert Lawrence dated 2-9-01

2-21    Robert Lawrence: W-4, Employee's Withholding Allowance Certificate for 2001 claiming exempt, dated February 9, 2001

2-22    Letter dated 5-10-01 from the Internal Revenue Service to Mitsubishi regarding withholdings for Robert Lawrence

2-23    Robert Lawrence: W-2 for 2001

2-24    MMMA Quarterly Employee Earnings Records for year 2001 for Robert Lawrence

2-25    Employment application for Robert G. Lawrence dated February 1, 1989

| | |
|---|---|
| 2-26 | MMMA Direct Deposit Form for Robert Lawrence dated 2-1-99 |
| 3-1 | Letter dated 8-11-03 regarding the supplying of documents summonsed |
| 3-2 | Bank Statement for account 85593 ending 1-6-99 |
| 3-2a | Copies of canceled checks for statement ending 1-6-99 |
| 3-2b | Deposit ticket and source documents for statement ending 1-5-99 |
| 3-3 | Signature card for account 558-050 for Robert G and Karen S. Lawrence |
| 3-4 | Summary printout for loan application dated 2-20-99 |
| 3-5 | Summary printout for loan application dated 1-31-01 |
| 3-6 | Bank Statement for account 85593 ending 2-3-99 |
| 3-6a | Copies of canceled checks for statement ending 2-3-99 |
| 3-6b | Deposit ticket and source documents for statement ending 2-3-99 |
| 3-7 | Bank statement for account 558-050 ending 2-2-99 |
| 3-7a | Copies of canceled checks for statement ending 2-2-99 |
| 3-7b | Deposit ticket and source documents for statement ending 2-2-99 |
| 3-8 | Bank statement for account 558-050 ending 3-2-99 |
| 3-8a | Copies of canceled checks for statement ending 3-2-99 |
| 3-8b | Deposit ticket and source documents for statement ending 3-2-99 |
| 3-9 | Bank statement for account 558-050 ending 4-6-99 |
| 3-9a | Copies of canceled checks for statement ending 4-6-99 |
| 3-9b | Deposit ticket and source documents for statement ending 4-6-99 |
| 3-10 | Bank statement for account 558-050 ending 5-4-99 |
| 3-10a | Copies of canceled checks for statement ending 5-4-99 |
| 3-10b | Deposit ticket and source documents for statement ending 5-4-99 |
| 3-11 | Bank statement for account 558-050 ending 6-1-99 |
| 3-11a | Copies of canceled checks for statement ending 6-1-99 |

3-11b     Deposit ticket and source documents for statement ending 6-1-99

3-12      Bank statement for account 558-050 ending 7-6-99

3-12a     Copies of canceled checks for statement ending 7-6-99

3-12b     Deposit ticket and source documents for statement ending 7-6-99

3-13      Bank statement for account 558-050 ending 8-3-99

3-13a     Copies of canceled checks for statement ending 8-3-99

3-13b     Deposit ticket and source documents for statement ending 8-3-99

3-14      Bank statement for account 558-050 ending 9-7-99

3-14a     Copies of canceled checks for statement ending 9-7-99

3-14b     Deposit ticket and source documents for statement ending 9-7-99

3-15      Bank statement for account 558-050 ending 10-5-99

3-15a     Copies of canceled checks for statement ending 10-5-99

3-15b     Deposit ticket and source documents for statement ending 10-5-99

3-16      Bank Statement for account 558-050 ending 11-2-99

3-16a     Copies of canceled checks for statement ending 11-2-99

3-16b     Deposit ticket and source documents for statement ending 11-2-99

3-17      Bank statement for account 558-050 ending 12-7-99

3-17a     Copies of canceled checks for statement ending 12-7-99

3-17b     Deposit ticket and source documents for statement ending 12-7-99

3-18      Bank statement for account 558-050 ending 1-4-00

3-18a     Copies of canceled checks for statement ending 1-4-00

3-18b     Deposit ticket and source documents for statement ending 1-4-00

3-19      Bank statement for account 558-050 ending 2-1-00

3-19a     Copies of canceled checks for statement ending 2-1-00

3-19b     Deposit ticket and source documents for statement ending 2-1-00

3-20        Bank statement for account 558-050 ending 3-7-00

3-20a       Copies of canceled checks for statement ending 3-7-00

3-20b       Deposit ticket and source documents for statement ending 3-7-00

3-21        Bank statement for account 558-050 ending 4-4-00

3-21a       Copies of canceled checks for statement ending 4-4-00

3-21b       Deposit ticket and source documents for statement ending 4-4-00

3-22        Bank statement for account 558-050 ending 5-2-00

3-22a       Copies of canceled checks for statement ending 5-2-00

3-22b       Deposit ticket and source documents for statement ending 5-2-00

3-23        Bank statement for account 558-050 ending 6-6-00

3-23a       Copies of canceled checks for statement ending 6-6-00

3-23b       Deposit ticket and source documents for statement ending 6-6-00

3-24        Bank statement for account 558-050 ending 7-5-00

3-24a       Copies of canceled checks for statement ending 7-5-00

3-24b       Deposit ticket and source documents for statement ending 7-5-00

3-25        Bank statement for account 558-050 ending 8-1-00

3-25a       Copies of canceled checks for statement ending 8-1-00

3-25b       Deposit ticket and source documents for statement ending 8-1-00

3-26        Bank statement for account 558-050 ending 9-5-00

3-26a       Copies of canceled checks for statement ending 9-5-00

3-26b       Deposit ticket and source documents for statement ending 9-5-00

3-27        Bank statement for account 558-050 ending 10-3-00

3-27a       Copies of canceled checks for statement ending 10-3-00

3-27b       Deposit ticket and source documents for statement ending 10-3-00

3-28        Bank statement for account 558-050 ending 11-7-00

| | |
|---|---|
| 3-28a | Copies of canceled checks for statement ending 11-7-00 |
| 3-28b | Deposit ticket and source documents for statement ending 11-7-00 |
| 3-29 | Bank statement for account 558-050 ending 12-5-00 |
| 3-29a | Copies of canceled checks for statement ending 12-5-00 |
| 3-29b | Deposit ticket and source documents for statement ending 12-5-00 |
| 3-30 | Bank statement for account 558-050 ending 1-2-01 |
| 3-30a | Copies of canceled checks for statement ending 1-2-01 |
| 3-30b | Deposit ticket and source documents for statement ending 1-2-01 |
| 3-31 | Bank statement for account 558-050 ending 2-6-01 |
| 3-31a | Copies of canceled checks for statement ending 2-6-01 |
| 3-31b | Deposit ticket and source documents for statement ending 2-6-01 |
| 3-32 | Bank statement for account 558-050 ending 3-6-01 |
| 3-32a | Copies of canceled checks for statement ending 3-6-01 |
| 3-32b | Deposit ticket and source documents for statement ending 3-6-01 |
| 3-33 | Bank statement for account 558-050 ending 4-3-01 |
| 3-33a | Copies of canceled checks for statement ending 4-3-01 |
| 3-33b | Deposit ticket and source documents for statement ending 4-3-01 |
| 3-34 | Bank statement for account 558-050 ending 5-1-01 |
| 3-34a | Copies of canceled checks for statement ending 5-1-01 |
| 3-34b | Deposit ticket and source documents for statement ending 5-1-01 |
| 3-35 | Bank statement for account 558-050 ending 6-5-01 |
| 3-35a | Copies of canceled checks for statement ending 6-5-01 |
| 3-35b | Deposit ticket and source documents for statement ending 6-5-01 |
| 3-36 | Bank statement for account 558-050 ending 7-3-01 |
| 3-36a | Copies of canceled checks for statement ending 7-3-01 |

3-36b    Deposit ticket and source documents for statement ending 7-3-01

3-37    Bank statement for account 558-050 ending 8-7-01

3-37a    Copies of canceled checks for statement ending 8-7-01

3-37b    Deposit ticket and source documents for statement ending 8-7-01

3-38    Bank statement for account 558-050 ending 9-4-01

3-38a    Copies of canceled checks for statement ending 9-4-01

3-38b    Deposit ticket and source documents for statement ending 9-4-01

3-39    Bank statement for account 558-050 ending 10-2-01

3-39a    Copies of canceled checks for statement ending 10-2-01

3-39b    Deposit ticket and source documents for statement ending 10-2-01

3-40    Bank statement for account 558-050 ending 11-6-01

3-40a    Copies of canceled checks for statement ending 11-6-01

3-40b    Deposit ticket and source documents for statement ending 11-6-01

3-41    Bank statement for account 558-050 ending 12-4-01

3-41a    Copies of canceled checks for statement ending 12-4-01

3-41b    Deposit ticket and source documents for statement ending 12-4-01

3-42    Bank statement for account 558-050 ending 1-2-02

3-42a    Copies of canceled checks for statement ending 1-2-02

3-42b    Deposit ticket and source documents for statement ending 1-2-02

4-1a    Computation of Tax Liability for years 1999

4-1b    Computation of Tax Liability for years 2000

4-1c    Computation of Tax Liability for years 2001

4-2    Summary of Interest Earned from CEFCU account #558-050 for 1999

4-3    Schedule of Rental Income for 1999

4-4    Schedule of Gain on Sale of Rental Property for 1999

4-5    Schedule of Gain on Sale of Rental Property for 2001

4-6        Summary of Interest Earned from CEFCU account #558-050 for 2000

4-7        Summary of Interest Earned from CEFCU account #558-050 for 2001

4-8        Summary of deposits into CEFCU account 558050 for 1999

4-9        Summary of withdrawals from CEFCU account 558050 for 1999

4-10       Summary of deposit into CEFCU account 558050 for 2000

4-11       Summary of withdrawals from CEFCU account 558050 for 2000

4-12       Summary of deposits into CEFCU account 558050 for 2001

4-13       Summary of withdrawals from CEFCU account 558050 for 2001

4-14       Summary of deposits into CEFCU account 85593 for 12-5-98 through 1-10-99

5-1        Dale Baughman: W-4, Employee's Withholding Allowance Certificate for 2000 claiming
           exempt, dated 7-11-2000

5-2        Dale Baughman: W-4, Employee's Withholding Allowance Certificate for 2000 claiming
           exempt, dated 7-14-2000

5-3        The Complete Internal Revenue Code, January 2000

5-4        Handbook for Special Agents, Criminal Investigation, Intelligence Division, Internal
           Revenue Service (4-15-82)

5-5        Good News for Form 1040 Filers: Your Compliance is Strictly Voluntary!
           Bad News for the IRS
           by Dr. Joe Sweet, M.Div., D.M.Th.  (text book and workbook)

5-6        Letter from Curtis & Curtis to Dale and Tuyet Baughman, dated 8-4-00

5-7        Rendering Caesar His Due: A Christian Response to the Income Tax
           by Samuel Clay Adams

5-8        Letter from Michael L. Kailing to Dale and Tuyet Baughman, dated 8-7-00

5-9        Letter from Michael L. Kailing to Dale and Tuyet Baughman dated 8-7-00 regarding The
           Social Security System

5-10       Letter addressed to Dale and Tuyet Baughman and Opinion Order from Richard A. Edgar,
           CPA

5-11       Grey binder: The JoY Foundation Associate's Work Book

5-12       Copy of computer disk: The JoY Foundation disk containing "Rebuttal Form Letters to
           IRS"

5-13    Copy of computer disk: The JoY Foundation disk containing:
"Letters to JoY Professionals", "FOIA Instructions & Requests"

6-1    Gerald Stanley: W-4, Employee's Withholding Allowance Certificate for 2000 claiming
exempt, dated 1-31-2000

7-1    Kevin Beard: W-4, Employee's Withholding Allowance Certificate for 2000 claiming
exempt, dated 5-2-00

8-1    Jose Rosario: W-4, Employee's Withholding Allowance Certificate for 2001 claiming
exempt, dated 5-2-01

9-1    Certified Civil Docket sheet for Case #1:02:cv:01069-JBM

9-2    Certified Judgment in Civil Case entered 9-4-2002

9-3    Certified Judgment in a Civil Case entered 9-4-2002

9-4    Certified Civil Docket sheet for Case #1:01-cv-01491-JBM

Respectively submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

s/: Gerard A. Brost
Gerard A. Brost
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone: (309)671-7050

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 10, 2006, electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which

will send notification of such filing to the following:

**Oscar A. Stilley**
OSCAR STILLEY ATTORNEY AT LAW
2120 North B St
Ft Smith, AR 72901


 s/:  Kim Ritthaler
Legal Assistant