IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 06-10019 |
| ROBERT LAWRENCE, | ) |
| Defendant. | ) |

### GOVERNMENT'S MOTION IN LIMINE

The United States of America by and through Rodger A. Heaton, United States Attorney and Gerard A. Brost, Assistant United States Attorney for the Central District of Illinois, hereby moves this Court to limit the introduction of testimony from lay witnesses as to the defendant's knowledge of the tax laws or the sincerity of his beliefs regarding the tax laws. Fed. R. Evid. 701; *United States v. Hauert*, 40 F.3d 197, 200-201 (7th Cir. 1997).

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY

By:   s/: Gerard A. Brost
GERARD A. BROST
Assistant United States Attorney
One Technology Plaza - Suite 400
211 Fulton Street
Peoria, IL 61602

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Oscar A. Stilley**
OSCAR STILLEY ATTORNEY AT LAW
2120 North B St
Ft Smith, AR 72901


   s/:  Kim Ritthaler
       Legal Assistant