E-FILED
Thursday, 11 May, 2006  11:36:47 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 06-10019 |
| | ) | |
| ROBERT LAWRENCE, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S NOTICE OF EXPERT WITNESS TESTIMONY**

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and Gerard A. Brost, Assistant United States Attorney for the Central District of Illinois, and hereby provides notice of its intent to use the following expert witness:

The government may call Kathy Jo McBride, Special Agent, United States Department of Treasury, Internal Revenue Service, and James Pogue and Rose Shawgo, Revenue Agents for Internal Revenue Service, who will testify, based on their knowledge, training, education and experience regarding the requirements under the federal laws, including the Internal Revenue Code, for filing tax returns and making payments of federal income taxes and to the defendant's legal obligations under the Internal Revenue laws to file and pay his federal income tax liabilities for years 1999, 2000 and 2001. They will rely upon the financial records in this case. These witnesses may provide the calculations establishing the defendant's unpaid tax liabilities for years

1999, 2000 and 2001.  (See attached resumes of McBride and Pogue.  Shawgo's resume will be provided as soon as possible.)

        Respectfully submitted,

        UNITED STATES OF AMERICA

        RODGER A. HEATON
        UNITED STATES ATTORNEY

By:    s/: Gerard A. Brost
        GERARD A. BROST
        Assistant United States Attorney
        One Technology Plaza - Suite 400
        211 Fulton Street
        Peoria, IL 61602

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> **Oscar A. Stilley**
> OSCAR STILLEY ATTORNEY AT LAW
> 2120 North B St
> Ft Smith, AR 72901

        s/:   Kim Ritthaler
             Legal Assistant

U.S. Treasury Department
Internal Revenue Service
405 South Banker Street
Suite 202
Effingham, Illinois 62401

Phone (217) 342-5561 ext 101
Fax (217) 342-5592
E-mail jim.pogue@irs.gov

# James R. Pogue

| | | | |
|---|---|---|---|
| **Education** | 1974 – 1979 | Eastern Illinois University | Charleston, Illinois |

**Bachelor Arts / Master Arts - Economics**

| | | | |
|---|---|---|---|
| | 1983 – 1987 | Eastern Illinois University | Charleston, Illinois |
| | | Lakeland Junior College | Mattoon, Illinois |

Supplementary semester hours in Accounting / Business Law

| | | | |
|---|---|---|---|
| | 1993 | University of Illinois | Champaign, Illinois |

**Certified Public Accountant  Certificate No. 60,915**

| | | | |
|---|---|---|---|
| **Professional experience** | 1980 – 1987 | Internal Revenue Service | Mattoon, Illinois |

**Tax Auditor**

| | | | |
|---|---|---|---|
| | 1987 – present | Internal Revenue Service | Effingham, Illinois |

**Revenue Agent**

- Summary Witness - *Muhich v. Commissioner, 238 F.3d 860 (7th Cir.2001)*
- Summary Witness - *United States of America v. Paul E. Palmer, CR-01-20041*
- Summary Witness - *United States of America v. Denny R. Patridge, CR-04-20031*

**Awards received**    Department of Justice, Executive Office for U.S. Attorneys

2003 Director's Award

**Training History**    1980 – 1983    Training for Tax Auditors – Units I, II, III

1988    Training for Revenue Agents – Phases II, III

1989 – present   (see attached)

James R. Pogue

| Training History |
|---|

Learner

| Learner ID: | ********* | Learner Name: | Pogue, James R |
|---|---|---|---|

| Item Events | | | | |
|---|---|---|---|---|
| Item ID | Title | Completion Date | Grade | Status |
| Course 18078 (Rev 8/19/2005) | LEXIS-NEXIS ACCURINT TRAINING VIA CENTRA | 3/2/2006 | | Course Completed |
| Briefing 16418 (Rev 1 - 2/17/2005) | ANNUAL TAS GUIDANCE FOR IRS PUBLIC CONTACT EMPLOYEES | 9/12/2005 | | Briefing Completed |
| CPE 10253 (Rev 10/25/2004) | S Corporations: Formation and Liquidation 1120S-BASIS/1120S-CORPORATE & SHAREHOLDER LOSS LIMITATIONS | 8/23/2005 | | Continuing Prof. Education Completed |
| Course 11828 (Rev 10/21/2004) | E-BUSINESS: INTERNET COMPLIANCE TECHNIQUES | 8/23/2005 | | Course Completed |
| Course 11827 (Rev 10/21/2004) | E-BUSINESS: INTRODUCTION TO THE INTERNET | 8/23/2005 | | Course Completed |
| Briefing 16415 (Rev 1 - 2/17/2005) | Computer Security Awareness Mandatory Briefing | 8/18/2005 | | Briefing Completed |
| Briefing 16412 (Rev 1 - 2/17/2005) | UNAX (Unauthorized Access) Mandatory Briefing | 8/18/2005 | | Briefing Completed |
| Briefing 16409 (Rev 1 - 2/17/2005) | Safety and Health Mandatory Briefing | 8/18/2005 | | Briefing Completed |
| Briefing 16406 (Rev 1 - 2/17/2005) | Prevention of Sexual Harassment (POSH) | 8/18/2005 | | Briefing Completed |

|  | Mandatory Briefing |  |  |  |
|---|---|---|---|---|
| Briefing 16403 (Rev 1 - 2/17/2005) | Ethics Awareness Mandatory Briefing | 8/18/2005 |  | Briefing Completed |
| CPE 16719 (Rev 3/28/2005) | Fraud for SB/SE Revenue Agents | 8/17/2005 |  | Course Completed |
| Briefing 17900 (Rev 8/5/2005) | No FEAR Act Training | 8/17/2005 |  | Briefing Completed |
| Course 15524 (Rev 4/11/2005) | TRAVEL CARD REFRESHER TRAINING | 7/1/2005 |  | Course Completed |
| Course 11776 (Rev 9/1/2004) | 5711a: SBSE EXAM REENGINEERING FOR FIELD | 7/15/2004 |  | Course Completed |
| Course 12678 (Rev 9/12/2000) | 8523f: THE PATH FROM PESSIMISM TO OPTIMISM | 9/23/2003 |  | Course Completed |
| Course 13843 (Rev 6/23/2004) | 9331d: MICROSOFT WORD 97 PROFICIENT USER | 9/29/1999 |  | Course Completed |
| Course 13845 (Rev 7/6/2004) | 9331f: MICROSOFT EXCEL 97 PROFICIENT USER | 9/29/1999 |  | Course Completed |
| Course 10964 (Rev 6/30/2004) | 3147a: RA AND TA CPE | 12/7/1990 |  | Course Completed |
| Course 10964 (Rev 6/30/2004) | 3147a: CPE FOR REVENUE AGENTS | 10/5/1989 |  | Course Completed |

| Non-items | | | |
|---|---|---|---|
| Description | Completion Date | Grade | Status |
| 5729e: FY 04 CPE - INTRODUCTION TO FY 04 CPE | 9/28/2004 | Complete | |
| 5729f: FY 04 CPE - E LEARNING SELF DEVELOPMENT TOOL | 9/28/2004 | Complete | |
| 5729g: FY 04 CPE - CPE OLYMPICS | 9/28/2004 | Complete | |
| 5729h: FY 04 CPE - CENTRA MODULE | 9/28/2004 | Complete | |
| 5728i: CORPORATE TAX SHELTERS - CPE IVT 5728I | 7/16/2003 | Complete | |
| 5728d: INTERVIEWING TECHNIQUES - CPE IVT 5728D | 3/25/2003 | Complete | |

| | | |
|---|---|---|
| 5728l: OFFSHORE VOLUNTARY COMPLIANCE INITIATIVE - CPE IVT 5728L | 3/25/2003 | Complete |
| 5728a: INDIRECT METHODS - DIGGING UP THE UNDERGROUND ECONOMY - CPE IVT-5728 | 12/12/2002 | Complete |
| 3203: CPE FOR REVENUE AGENTS | 9/20/2002 | Complete |
| 3403: USING SAFENET/SMART-P: SECURE COMMUNICATIONS FOR EXAMINATIONS | 6/13/2001 | Complete |
| 3196z: REPORTS GENERATION SOFTWARE (RGS) FOR FORM 1040 VERSION 1.5 | 4/5/2001 | Complete |
| 9400e: ELECTRONIC FILING - TECHNICAL TRAINING | 11/9/2000 | Complete |
| 3199x: IRS FARM SCHOOL | 10/27/2000 | Complete |
| 3227: MICROMASH CPE CBT-INTERNATIONAL TAX I (IRS) | 5/29/2000 | Complete |
| 3100: REVENUE AGENT CPE | 5/25/2000 | Complete |
| 5107: ELECTORNIC RESEARCH TRAINING - CLASS 2 | 5/10/2000 | Complete |
| 3500: CUSTOMER SERVICE TRAINING | 12/17/1999 | Complete |
| 3100: ABUSIVE TRUST TRAINING | 11/19/1999 | Complete |
| 3199: EARNED INCOME TAX CREDIT (EITC) PREPARER OUTREACH PROGRAM | 11/5/1999 | Complete |
| 3544: ORGANIZING & RESEARCHING IRM 21 | 10/20/1999 | Complete |
| 9400e: ELECTRONIC FILING - TAX WISE | 10/19/1999 | Complete |
| 9304t: WINDOWS NT 4.0 USER FUNDAMENTALS (CBT) | 9/29/1999 | Complete |
| 3203: CPE FOR REVENUE AGENTS GS-11 & GS-12 | 9/24/1999 | Complete |
| 9309e: NT AND OUTLOOK 98 ORIENTATION | 8/19/1999 | Complete |
| 8530a: IRS BALANCED MEASUREMENT: CUSTOMER SATISFACTION STRATEGIES/EXAM | 8/4/1999 | Complete |
| 3100: EQMS | 5/19/1999 | Complete |
| 9900: BALANCED MEASURES BRIEFINGS | 4/22/1999 | Complete |
| 3371: FIELD AGENT EXAM COMPUTER REPLACEMENT TRAINING | 3/26/1999 | Complete |
| 2200: WALK-IN CPE AND WALK-IN ISSUE | 1/8/1999 | Complete |
| 9990b: RRA '98 TITLE 1 SECTION 1203(B) CONDUCT PROVISIONS FOR EMPLOYEES | 1/7/1999 | Complete |
| 5103x: RRA TECHNICAL PROVISIONS | 12/22/1998 | Complete |

file://C:\Documents%20and%20Settings\library36\Application%20Data\Microsoft\... 05/05/2006

| | | |
|---|---|---|
| 5103y: RRA PROCEDURAL PROVISIONS | 12/22/1998 | Complete |
| 3100: RRA 98 TRAINING | 11/5/1998 | Complete |
| 5103w: RRA CONDUCT PROVISIONS | 11/5/1998 | Complete |
| 3196o: RGS VERSION 4.0 UPDATE FOR REVENUE AGENTS | 9/1/1998 | Complete |
| 3118: FIDUCIARY TRAINING | 8/28/1998 | Complete |
| 9972b: MICRO MASH - TAXPAYER RELIEF ACT OF 1997 | 5/5/1998 | Complete |
| 3100: CHANGE OF ACCOUNTING | 4/20/1998 | Complete |
| 5130: PROTECTING TAXPAYER RECORDS AGAINST UNAUTHORIZED ACCESS (UNAX) | 4/20/1998 | Complete |
| 3203: 1120S TRAINING20S TRAINING | 4/1/1998 | Complete |
| 3203: PARTNERSHIP (1065) TRAINING | 3/31/1998 | Complete |
| 3203: FRAUD TRAINING | 3/12/1998 | Complete |
| 9919d: OFFICE OF GOVERNMENT ETHICS (OGE) A | 1/30/1998 | Complete |
| 3100: NATIONAL EXAMINING OFFICERS GUIDE T | 1/21/1998 | Complete |
| 3100: BULLETIN BOARDS, ISP & MSSP | 9/17/1997 | Complete |
| 3203: REFRESHER RGS TRAINING | 7/29/1997 | Complete |
| 3203: CPE FOR RA'S - PARTNERSHIPS | 5/29/1997 | Complete |
| 3100: LIBRARY RESEARCH TRAINING | 5/9/1997 | Complete |
| 9907a: PREVENTION OF SEXUAL HARASSMENT - E | 2/28/1997 | Complete |
| 9919d: OFFICE OF GOVERNMENT ETHICS (OGE) A | 1/31/1997 | Complete |
| 3320a: WORKER CLASSIFICATION TRAINING | 12/3/1996 | Complete |
| 9919d: OFFICE OF GOVERNMENT ETHICS (OGE) ANNUAL TRAINING | 12/8/1995 | Complete |
| 3203: CPE FOR REVENUE AGENTS GS-11 & GS-12 | 12/2/1994 | Complete |
| 9995s: AIDS IN THE WORKPLACE--EXAM TRNG. | 12/2/1994 | Complete |
| 9500t: IDRS SECURITY AWARENESS | 11/28/1994 | Complete |
| 3203: CPE FOR EXAM TECHNICAL STAFF | 3/31/1994 | Complete |
| 3196t: LAP-TOP INSTRUCTOR TRAINING | 6/23/1993 | Complete |
| 7400x: CONVISOR DUFFY, CPA REVIEW | 4/21/1993 | Complete |
| 9919: ETHICS AWARENESS WORKSHOP FOR ALL EMPLOYEES | 3/24/1993 | Complete |

| 3144e: COLLECTION/EXAMINATION REFERRAL SYSTEM (CERS) | 9/29/1992 | Complete | |
|---|---|---|---|
| 3170: INCREASED EMPHASIS ON COLLECTIBILITY (ARDI) TRAINING | 6/17/1992 | Complete | |
| 3100: BRIBERY AWARENESS TRAINING | 2/7/1992 | Complete | |
| 3203: CPE FOR REVENUE AGENTS GS-11 & GS-12 | 10/18/1991 | Complete | |
| 3140j: TRAINING FOR REVENUE AGENTS CLASSROOM PHASE V | 9/25/1991 | Complete | |
| 3181: TAXPAYER COMPLIANCE MEASUREMENT PROGRAM (TCMP) | 1/12/1990 | Complete | |
| 3140g: TRAINING FOR REVENUE AGENTS PHASE IV | 12/15/1989 | Complete | |

U.S. Treasury Department   Phone (309)999-7361
Internal Revenue Service   Fax (309)671-7172
Criminal Investigations
300 Hamilton Blvd., Suite 233
Peoria, IL 61602

# Kathy Jo McBride

| | | |
|---|---|---|
| **Education** | 1982 – 1985 | Illinois Valley Community College   Oglesby, Illinois |
| | **Associate in Applied Science – Accounting** | |
| | 1985 – 1986 | Illinois Valley Community College   Oglesby, Illinois |
| | **Associate in Arts – Accounting** | |
| | 1986-1988 | Southeast Missouri State University |
| | **Bachelors of Science – Business Administration/Accounting** | |
| **Professional experience** | 1988 – 1989 | Southeast Missouri State Crime Laboratory   Cape Girardeau, MO |
| | **Office Assistant** | |
| | 1989 – 1990 | Complete Well Drilling   Mendota, Illinois |
| | **Bookkeeper** | |
| | 1990-1991 | Starved Rock Library System   Ottawa, Illinois |
| | **Business Manager** | |
| | 1991-1992 | Internal Revenue Service   Peoria, Illinois |
| | **Revenue Agent** | |
| | 1992 – present | Internal Revenue Service   Peoria, Illinois |
| | **Special Agent** | |
| **Training History** | 1991 - 1992 | Training for Revenue Agent – Units I, II, III |
| | 1992 | Training for Criminal Investigator |
| | 1993 | Training for Special Agent |
| | 1993 – present (see attached training history) | |

# Training History

Learner

| Learner ID: | ********* | Learner Name: | McBride, Kathy J |

---

## Item Events

| Item ID | Title | Completion Date | Grade | Status |
|---|---|---|---|---|
| Course 15516 (Rev 7/14/2005 11:51 AM EST) | SMALL PURCHASE CARD REFRESHER TRAINING | 11/22/2005 04:07 PM EST | | Course Completed |
| Briefing 17900 (Rev 8/5/2005 02:16 PM EST) | No FEAR Act Training | 8/15/2005 10:25 AM EST | | Briefing Completed |
| Briefing 16403 (Rev 1 - 2/17/2005 04:29 PM EST) | Ethics Awareness Mandatory Briefing | 8/9/2005 02:35 PM EST | | Briefing Completed |
| Briefing 16412 (Rev 1 - 2/17/2005 04:43 PM EST) | UNAX (Unauthorized Access) Mandatory Briefing | 8/8/2005 04:14 PM EST | | Briefing Completed |
| Briefing 16409 (Rev 1 - 2/17/2005 04:39 PM EST) | Safety and Health Mandatory Briefing | 8/8/2005 03:58 PM EST | | Briefing Completed |
| Briefing 16415 (Rev 1 - 2/17/2005 04:46 PM EST) | Computer Security Awareness Mandatory Briefing | 8/8/2005 03:43 PM EST | | Briefing Completed |
| Briefing 16406 (Rev 1 - 2/17/2005 04:34 PM EST) | Prevention of Sexual Harrassment (POSH) Mandatory Briefing | 8/8/2005 03:31 PM EST | | Briefing Completed |
| Course 15661 (Rev 8/31/2004 12:01 AM EST) | ENTERPRISE LEARNING MANAGEMENT SYSTEM (ELMS) ONLINE LEARNER OVERVIEW | 7/11/2005 11:40 AM EST | | Course Completed |
| Course 15524 (Rev 4/11/2005 02:17 PM EST) | TRAVEL CARD REFRESHER TRAINING | 5/16/2005 09:34 AM EST | | Course Completed |
| Course 11173 (Rev 3/23/2004 12:01 AM EST) | 4135b: OJI #405 WORKSHOP | 9/22/2004 12:00 AM EST | | Course Completed |
| CPE 10029 (Rev 6/3/2004 | 4123: CPE - CONTINUING | 7/18/2003 | | Continuing Prof. |

| | | | |
|---|---|---|---|
| 12:01 AM EST) | PROFESSIONAL EDUCATION (CPE) FOR SPECIAL AGENTS | 12:00 AM EST | Education Completed |
| CPE 10029 (Rev 6/3/2004 12:01 AM EST) | 4123: QRP UNDERCOVER SHOPPER TRAINING | 2/8/2001 12:00 AM EST | Continuing Prof. Education Completed |
| CPE 10029 (Rev 6/3/2004 12:01 AM EST) | 4123: CPE - CONTINUING PROFESSIONAL EDUCATION (CPE) FOR SPECIAL AGENTS | 7/28/2000 12:00 AM EST | Continuing Prof. Education Completed |
| Course 11149 (Rev 9/17/2004 12:01 AM EST) | 4110b: BIFT #002 - BASIC INSTRUCTOR/FACILITATOR TRAINING | 5/26/2000 12:00 AM EST | Course Completed |
| CPE 10029 (Rev 6/3/2004 12:01 AM EST) | 4123: CONTINUING PROFESSIONAL EDUCATION (CPE) FOR SPECIAL AGENTS | 4/30/1999 12:00 AM EST | Continuing Prof. Education Completed |
| CPE 10029 (Rev 6/3/2004 12:01 AM EST) | 4123: CONTINUING PROFESSIONAL EDUCATION ( | 9/26/1997 12:00 AM EST | Continuing Prof. Education Completed |

## Non-items

| Description | Completion Date | Grade | Status |
|---|---|---|---|
| 4199x: WOMEN IN FEDERAL LAW ENFORCEMENT FY 2000 CONF. | 8/3/2000 12:00 AM EST | | Complete |
| 9900: BALANCED MEASURES BRIEFINGS | 4/22/1999 12:00 AM EST | | Complete |
| 9990b: RRA '98 TITLE 1 SECTION 1203(B) CONDUCT PROVISIONS FOR EMPLOYEES | 1/21/1999 12:00 AM EST | | Complete |
| 5130: UNAX TRAINING | 4/22/1998 12:00 AM EST | | Complete |
| 9907a: PREVENTION OF SEXUAL HARASSMENT - E | 11/29/1996 12:00 AM EST | | Complete |
| 4160: DTIT #602 - DEFENSIVE TACTICS INSTRUCTOR TRAINING **FOR STUDENTS** | 6/28/1996 12:00 AM EST | | Complete |
| 9919d: OGE ANNUAL TRAINING - CID | 1/31/1996 | | Complete |

| | | |
|---|---|---|
| | 12:00 AM EST | |
| 4100: CPE FOR SPECIAL AGENTS | 5/12/1995 12:00 AM EST | Complete |
| 9973b: AIDS IN THE WORKPLACE - CID | 3/24/1995 12:00 AM EST | Complete |
| 4100: BANK CARD TRAINING | 2/9/1995 12:00 AM EST | Complete |
| 9995s: OFFICE OF GOVERNMENT ETHICS TRAINING | 12/17/1993 12:00 AM EST | Complete |
| 7400v: WORDPERFECT TRAINING | 9/20/1993 12:00 AM EST | Complete |
| 4170: CPE FOR CRIMINAL INVESTIGATION | 9/17/1993 12:00 AM EST | Complete |
| 4150: SPECIAL AGENT BASIC TRAINING #301 | 4/2/1993 12:00 AM EST | Complete |
| 9919: ETHICS AWARENESS WORKSHOP FOR ALL EMPLOYEES | 1/6/1993 12:00 AM EST | Complete |
| 4125: CRIMINAL INVESTIGATOR TRAINING #233 | 11/6/1992 12:00 AM EST | Complete |
| 3140e: REVENUE AGENT PHASE III | 6/19/1992 12:00 AM EST | Complete |
| 3170: INCREASED EMPHASIS ON COLLECTIBILITY (ARDI) TRAINING | 6/19/1992 12:00 AM EST | Complete |
| 3100: BRIBERY AWARENESS TRAINING | 2/7/1992 12:00 AM EST | Complete |
| 3030: CPE - REFRESHER TAX LAW | 12/12/1991 12:00 AM EST | Complete |
| 3203: CPE FOR REVENUE AGENTS GS-11 & GS-12 | 10/18/1991 12:00 AM | Complete |

Training History

| | | |
|---|---|---|
| 3195c: ENABLE DATABASE MANAGEMENT | 5/24/1991 12:00 AM EST | Complete |
| 3195f: AES - INTRODUCTION TO ZENITH 171 AND ENABLE SOFTWARE | 5/24/1991 12:00 AM EST | Complete |
| 3140d: TRAINING FOR REVENUE AGENTS PHASE II | 4/26/1991 12:00 AM EST | Complete |
| 3140c: TRAINING FOR REVENUE AGENTS PHASE I | 2/26/1991 12:00 AM EST | Complete |

5/9/2006 09:41 AM EST

# Instructor Assignment History Report

## Instructor

Instructor: McBride, Kathy J

### Teaching History

| Scheduled Offering ID | Item ID | Item Title | Start Date | End Date | Prep Hours | Instructor Hours | Total Hours |
|---|---|---|---|---|---|---|---|
| 49782 | 4136b | SABT #104/INST/ | 4/2/2001 | 7/11/2001 | | 564.00 | 564.00 |
| | | | | | Total 0.00 | Total 564.00 | Total 564.00 |