E-FILED
Thursday, 11 May, 2006 02:14:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. 06- 10019 |
| ) | |
| **ROBERT LAWRENCE,** ) | |
| ) | |
| **Defendant.** ) | |

### GOVERNMENT'S NOTICE OF FILING EXPERT RESUME

Now comes the United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney, and Gerard A. Brost, Assistant United States Attorney for the Central District of Illinois, and hereby gives notice that it is filing the resume of Internal Revenue Agent Rose Shawgo, which is attached hereto as part of its Notice of Expert Witness Testimony.

                          Respectfully submitted,

                          UNITED STATES OF AMERICA

                          RODGER A. HEATON
                          UNITED STATES ATTORNEY

By:   s/: Gerard A. Brost
       GERARD A. BROST
       Assistant United States Attorney
       One Technology Plaza - Suite 400
       211 Fulton Street
       Peoria, IL 61602

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Oscar A. Stilley**
OSCAR STILLEY ATTORNEY AT LAW
2120 North B St
Ft Smith, AR 72901


    s/:  Kim Ritthaler
          Legal Assistant

# MERIT PROGRAM QUESTIONNAIRE (MPQ)

(It is the applicants responsibility to accurately and thoroughly complete this form.) A separate MPQ should be completed for each position for which you wish to be considered.

Purposes and Uses: The information you furnish on this form as well as other information that is developed will be used to determine your qualifications/potential for the position for which you are applying under the Merit Promotion Program. The information will be used on a "need to know" basis by Internal Revenue Officials. The information may also be provided when appropriate, to the Office of Personnel Management under the routine uses listed on page 45239 of the Federal Register, Vol.No.200, 2200 Thursday, October 14,1976. The Information contained on this form is part of TR/IRS 36.003, General Personnel Record.

**Privacy Act and Public Burden Statements**

Section 1104 of Title 5 allows the Office of Personnel management to authorize other Federal agencies to rate applicants for Federal jobs. We need the information you put on this form to see how well your education and work skills qualify you for a Federal job.

We must have your Social Security Number (SSN) to keep your records straight because other people may have the same name and birth date. The SSN has been used to keep records since 1943, when Executive Order 9397 asked agencies to do so. The information we collect will be used for employment purposes, including checking references, or establishing suitability for employment, may be given to Federal, State and local agencies in response to lawful requests for information or when necessary to report apparent violations of law, or other lawful purposes. Giving us your SSN or any other information is voluntary. Failure to provide this information may effect your ranking among other applicants.

Public burden Reporting for collection of information is estimated to vary from 20 to 120 minutes with the average of 50 minutes per response, including time for reviewing instructions, searching existing data sources, gathering data needed and completing and reviewing the collection of information.

| 1. Position, series and grade for which you are applying. Internal Revenue Agent G512-13 | 2. Announcement Number **50-30-ARB631D6** | 3. Closing Date 03/20/2006 |
|---|---|---|
| 4. Name (last) Shawgo  (First) Rose  (Mi) M | 5. Current Position Revenue Agent | |
| Mailing Address 300 Hamilton Blvd. Suite 231 | Series and Grade G512-12 | Date of Last Promotion 02/20/2005 |
| City Peoria  State IL  Zip Code 61602 | Function and Office Code Symbols Examination  SE:S:E:MW:SPFLD3 | |
| 6. Telephone Numbers (Including area code) Day: 309-999-7329    Evening: 309-547-2885 | | 7. Social Security Number 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 |

8a. High School or (highest grade completed)/Vocational/Trade/Other
   Canton Senior High School, Canton, IL 61520

| b. Name of College or University, Location | Attended Month and Year | | Major: Credits Completed- Semester OR Quarter Hours | Degree and Date |
|---|---|---|---|---|
| | From | To | | |
| Spoon River College, Canton, IL  Illinois Central College, Peoria, IL | | | 44 total hours | |

| c. Chief Undergraduate Subjects | Credits Completed | d. Chief Graduate Subjects | Credits Completed |
|---|---|---|---|
| See Attached | | | |

**ATTACH TRANSCRIPTS FOR POSITION WITH POSITIVE EDUCATIONAL REQUIREMENT**

9. Other Formal Training or Course (Do not attach copies of training certificates)

| Type of Training/ Course, eg: OPM,IRS,. College, Army, etc. | Location | Title | Date | |
|---|---|---|---|---|
| | | | From | To |
| See attached | | | | |

FORM **9686** (9-96)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service

8c.  College Courses Completed:

|  |  |
|---|---|
| Accounting I | 3 |
| Accounting II | 3 |
| Business Law | 3 |
| Income Tax | 2 |
| Intermediate Acctg I | 3 |
| Intermediate Acctg II | 3 |
| Cost Accounting | 3 |
| Estate/Gift | 1 |
| Payroll Accounting | 3 |
| Real Estate | 2 |
| Word Processing | 3 |
| Algebra | 3 |
| German | 4 |
| Shorthand II | 3 |
| Typing III | 3 |
| Medical Terminology | 2 |

9.  
|  |  |
|---|---|
| Clerk/Secretarial | Fall 94 |
| Audit Aide | 1985 |
| Indirect Method | 1985 |
| Lexis Training | 1985 |
| TIP Income | 1985 |
| NBI Training | 1986 |
| Audit Aide CPE | 1986 |
| Tax Auditor I, II, III | 1987/1988 |
| Quality Team Member | 1989 |
| Farm School | 1990/1994 |
| Passive Loss Trng | 1991 |
| VITA Instructor | 1998 |

See others on ACES training history attached.

# Learner Learning History

Learner

| Learner ID: | ********* | Learner Name: | Shawgo, Rose M |

## Item Events

| Item ID | Title | Completion Date | Grade | Status |
|---|---|---|---|---|
| Course 15524 (Rev 7/14/2005 11:39 AM EST) | TRAVEL CARD REFRESHER TRAINING | 1/3/2006 11:15 AM EST | | Course Completed |
| CPE 10254 (Rev 10/25/2004 12:01 AM EST) | ABUSIVE TAX AVOIDANCE TRANSACTIONS (ATAT) - RESOURCE GUIDE | 9/27/2005 02:07 PM EST | | Continuing Prof. Education Completed |
| CPE 10253 (Rev 10/25/2004 12:01 AM EST) | S Corporations: Formation and Liquidation 1120S-BASIS/1120S-CORPORATE & SHAREHOLDER LOSS LIMITATIONS | 9/27/2005 02:05 PM EST | | Continuing Prof. Education Completed |
| Briefing 16412 (Rev 1 - 2/17/2005 04:43 PM EST) | UNAX (Unauthorized Access) Mandatory Briefing | 9/27/2005 08:47 AM EST | | Briefing Completed |
| Course 15569 (Rev 9/24/2004 12:01 AM EST) | ADVANCED WESTLAW TRAINING - VIA CENTRA | 9/15/2005 04:44 PM EST | | Course Completed |
| Course 15565 (Rev 8/10/2004 12:01 AM EST) | WESTLAW ELECTRONIC RESEARCH TRAINING - VIA CENTRA | 9/12/2005 04:24 PM EST | | Course Completed |
| Course 11828 (Rev 10/21/2004 12:01 AM EST) | E-BUSINESS: INTERNET COMPLIANCE TECHNIQUES | 9/1/2005 11:53 AM EST | | Course Completed |
| CPE 16719 (Rev 3/28/2005 12:31 PM EST) | Fraud for SB/SE Revenue Agents - Approved for CPA CPE | 8/31/2005 01:52 PM EST | | Continuing Prof. Education Completed |

| | | 8/30/05 | | |
|---|---|---|---|---|
| Briefing 16415 (Rev 1 - 2/17/2005 04:46 PM EST) | Computer Security Awareness Mandatory Briefing | 8/23/2005 12:07 PM EST | Briefing Completed | |
| Briefing 16418 (Rev 1 - 2/17/2005 04:50 PM EST) | ANNUAL TAS GUIDANCE FOR IRS PUBLIC CONTACT EMPLOYEES | 8/23/2005 11:40 AM EST | Briefing Completed | |
| Briefing 16406 (Rev 1 - 2/17/2005 04:34 PM EST) | Prevention of Sexual Harrassment (POSH) Mandatory Briefing | 8/23/2005 11:22 AM EST | Briefing Completed | |
| Briefing 16409 (Rev 1 - 2/17/2005 04:39 PM EST) | Safety and Health Mandatory Briefing | 8/23/2005 10:42 AM EST | Briefing Completed | |
| Briefing 17900 (Rev 8/5/2005 02:16 PM EST) | No FEAR Act Training | 8/23/2005 10:22 AM EST | Briefing Completed | |
| Briefing 16403 (Rev 1 - 2/17/2005 04:29 PM EST) | Ethics Awareness Mandatory Briefing | 8/23/2005 10:16 AM EST | Briefing Completed | |
| Briefing 17900 (Rev 8/5/2005 02:16 PM EST) | No FEAR Act Training | 8/23/2005 10:06 AM EST | Briefing Completed | |
| Briefing 17900 (Rev 8/5/2005 02:16 PM EST) | No FEAR Act Training | 8/23/2005 09:59 AM EST | Briefing Completed | |
| Course 11533 (Rev 6/7/2004 12:01 AM EST) | ON-THE-JOB INSTRUCTOR TRAINING FOR RAS/TAS/TCOS | 5/5/2005 05:30 PM EST | Course Completed | |
| Course 14668 (Rev 7/31/2004 12:01 AM EST) | 9381m: MICROSOFT OFFICE XP: ADVANCED WORD 2002 (SMARTFORCE) | 9/13/2004 12:00 AM EST | Course Completed | |
| Course 14661 (Rev 7/31/2004 12:01 AM EST) | 9381e: MICROSOFT OFFICE XP: BEGINNING POWERPOINT 2002 (SMARTFORCE) | 9/8/2004 12:00 AM EST | Course Completed | |
| Course 11776 (Rev 9/1/2004 12:01 AM EST) | 5711a: SBSE EXAM REENGINEERING FOR FIELD | 7/15/2004 12:00 AM EST | Course Completed | |
| Course 11403 (Rev | 5196m: REPORT | 2/2/2004 | Course | |

| | | | |
|---|---|---|---|
| 7/12/2004 12:01 AM EST) | GENERATION SOFTWARE (RGS) VERSION 4.0 LAN FOR AREA EXAMINERS | 12:00 AM EST | Completed |
| Course 13698 (Rev 7/31/2004 12:01 AM EST) | 9318p: INTRODUCTION TO POWERPOINT 2000 (TEXT-BASED) | 9/26/2003 12:00 AM EST | Course Completed |
| Course 12679 (Rev 1/4/2002 12:01 AM EST) | 8523g: PROACTIVE APPROACHES TO STOP NEGATIVITY | 9/16/2003 12:00 AM EST | Course Completed |
| Course 12300 (Rev 10/15/2004 12:01 AM EST) | 6748: FIELD ASSISTANCE AREA 4, E-FILE, TAXWISE TRAINING | 1/16/2003 12:00 AM EST | Course Completed |
| Course 11746 (Rev 6/7/2004 12:01 AM EST) | 5707: NATIONAL RESEARCH PROGRAM (NRP) - ALL 5 MODULES | 1/10/2003 12:00 AM EST | Course Completed |
| Course 11746 (Rev 6/7/2004 12:01 AM EST) | 5707: NRP CLASSIFICATION TRAINING | 11/21/2002 12:00 AM EST | Course Completed |
| Course 13843 (Rev 6/23/2004 12:01 AM EST) | 9331d: MICROSOFT WORD 97 PROFICIENT USER | 6/22/1999 12:00 AM EST | Course Completed |
| Course 13845 (Rev 7/6/2004 12:01 AM EST) | 9331f: MICROSOFT EXCEL 97 PROFICIENT USER | 6/22/1999 12:00 AM EST | Course Completed |
| Course 10964 (Rev 6/30/2004 12:01 AM EST) | 3147a: RA AND TA CPE | 12/7/1990 12:00 AM EST | Course Completed |
| Course 10964 (Rev 6/30/2004 12:01 AM EST) | 3147a: CPE FOR REVENUE AGENTS | 10/5/1989 12:00 AM EST | Course Completed |

## Non-items

| Description | Completion Date | Grade | Status |
|---|---|---|---|
| 5729e: FY 04 CPE - INTRODUCTION TO FY 04 CPE | 8/25/2004 12:00 AM EST | | Complete |
| 5729f: FY 04 CPE - E LEARNING SELF | 8/25/2004 | | Complete |

| | | |
|---|---|---|
| DEVELOPMENT TOOL | 12:00 AM EST | |
| 5729g: FY 04 CPE - CPE OLYMPICS | 8/25/2004 12:00 AM EST | Complete |
| 5729h: FY 04 CPE - CENTRA MODULE | 7/8/2004 12:00 AM EST | Complete |
| 9339o: INTERNET AND INTRANET SKILLS: SEARCHING THE INTERNET (SMARTFORCE) | 9/29/2003 12:00 AM EST | Complete |
| 9375v: MICROSOFT OFFICE 2000: WORD FOR POWER USERS (SMARTFORCE) | 9/29/2003 12:00 AM EST | Complete |
| 9339n: INTERNET AND INTRANET SKILLS: UNDERSTANDING AND USING E-MAIL (SMARTFC) | 6/26/2003 12:00 AM EST | Complete |
| 3203: CPE FOR REVENUE AGENTS | 9/20/2002 12:00 AM EST | Complete |
| 5196c: REPORT GENERATION SOFTWARE (RGS) STAND ALONE NT VERSION 2.0 | 4/24/2002 12:00 AM EST | Complete |
| 6609: FIELD ASSISTANCE CPE | 1/18/2002 12:00 AM EST | Complete |
| 6706: CUSTOMER COMMUNICATIONS (COURTESY & PROFESSIONALISM) | 1/16/2002 12:00 AM EST | Complete |
| 3403: USING SAFENET/SMART-P: SECURE COMMUNICATIONS FOR EXAMINATIONS | 6/14/2001 12:00 AM EST | Complete |
| 3196z: REPORTS GENERATION SOFTWARE (RGS) FOR FORM 1040 VERSION 1.5 | 4/19/2001 12:00 AM EST | Complete |
| 3545: WALK-IN PROCEDURES | 1/5/2001 12:00 AM EST | Complete |
| 9400e: ELECTORNIC FILING - TAXWISE | 11/8/2000 12:00 AM EST | Complete |
| 3199x: IRS FARM SCHOOL | 10/27/2000 12:00 AM | Complete |

| | | |
|---|---|---|
| | EST | |
| 3100: EITC OUTREACH STRATEGY TRAINING | 10/5/2000 12:00 AM EST | Complete |
| 9900: BEHAVIORAL INTERVIEWING WORKSHOP | 8/29/2000 12:00 AM EST | Complete |
| 3203: CPE FOR GS-11 REVENUE AGENTS | 5/24/2000 12:00 AM EST | Complete |
| 5107: ELECTORNIC RESEARCH TRAINING - CLASS 2 | 5/10/2000 12:00 AM EST | Complete |
| 3227: MICROMASH CPE CBT-SUBCHAPTER C - FUND. OF CORPORATE TAXATION | 5/3/2000 12:00 AM EST | Complete |
| 3545: CUSTOMER SERVICE CPE (WALK-IN) - GROUP 44 | 12/10/1999 12:00 AM EST | Complete |
| 3199: EARNED INCOME TAX CREDIT (EITC) PREPARER OUTREACH PROGRAM | 11/3/1999 12:00 AM EST | Complete |
| 3523: BASIC IDRS FOR CUSTOMER SERVICE | 10/22/1999 12:00 AM EST | Complete |
| 3544: ORGANIZING & RESEARCHING IRM 21 | 10/20/1999 12:00 AM EST | Complete |
| 9400e: ELECTRONIC FILING - TAX WISE | 10/19/1999 12:00 AM EST | Complete |
| 3203: CPE FOR REVENUE AGENTS GS-11 & GS-12 | 9/24/1999 12:00 AM EST | Complete |
| 8530a: IRS BALANCED MEASUREMENT: CUSTOMER SATISFACTION STRATEGIES/EXAM | 9/22/1999 12:00 AM EST | Complete |
| 9309e: NT AND OUTLOOK 98 ORIENTATION | 8/16/1999 12:00 AM EST | Complete |
| 9304t: WINDOWS NT 4.0 USER FUNDAMENTALS (CBT) | 6/22/1999 12:00 AM EST | Complete |

| | | |
|---|---|---|
| 3100: EQMS | 5/18/1999 12:00 AM EST | Complete |
| 9900: BALANCED MEASURES BRIEFINGS | 4/22/1999 12:00 AM EST | Complete |
| 3371: FIELD AGENT EXAM COMPUTER REPLACEMENT TRAINING | 3/12/1999 12:00 AM EST | Complete |
| 2200: WALK-IN CPE AND WALK-IN ISSUE | 1/14/1999 12:00 AM EST | Complete |
| 9990b: RRA '98 TITLE 1 SECTION 1203(B) CONDUCT PROVISIONS FOR EMPLOYEES | 1/11/1999 12:00 AM EST | Complete |
| 9990b: RRA '98 TITLE 1 SECTION 1203(B) CONDUCT PROVISIONS FOR EMPLOYEES | 1/7/1999 12:00 AM EST | Complete |
| 2200: WALK-IN CPE AND WALK-IN ISSUE | 1/6/1999 12:00 AM EST | Complete |
| 5103x: RRA TECHNICAL PROVISIONS | 12/9/1998 12:00 AM EST | Complete |
| 3100: RRA 98 TRAINING | 11/4/1998 12:00 AM EST | Complete |
| 3203: CPE FOR RA'S: TRUSTS/ISBB | 9/21/1998 12:00 AM EST | Complete |
| 3196o: RGS VERSION 4.0 UPDATE FOR REVENUE AGENTS | 8/31/1998 12:00 AM EST | Complete |
| 5103w: RRA CONDUCT PROVISIONS | 8/4/1998 12:00 AM EST | Complete |
| 9972b: MICRO MASH - TAXPAYER RELIEF ACT OF 1997 | 5/5/1998 12:00 AM EST | Complete |
| 3203: PARTNERSHIP (1065) TRAINING | 4/29/1998 12:00 AM EST | Complete |
| 3203: 1120S TRAINING | 4/28/1998 | Complete |

| | | |
|---|---|---|
| | 12:00 AM EST | |
| 5130: PROTECTING TAXPAYER RECORDS AGAINST UNAUTHORIZED ACCESS (UNAX) | 4/23/1998 12:00 AM EST | Complete |
| 3100: CHANGE OF ACCOUNTING | 4/22/1998 12:00 AM EST | Complete |
| 3140k: REVENUE AGENT PHASE IV - OJT | 3/31/1998 12:00 AM EST | Complete |
| 3203: PENALTY RELIEF/INTEREST ABATEMENT TRAINING | 3/20/1998 12:00 AM EST | Complete |
| 3203: FRAUD TRAINING | 3/13/1998 12:00 AM EST | Complete |
| 3100: EITC | 3/11/1998 12:00 AM EST | Complete |
| 9919d: OFFICE OF GOVERNMENT ETHICS (OGE) A | 1/30/1998 12:00 AM EST | Complete |
| 3100: NATIONAL EXAMINING OFFICERS GUIDE T | 11/20/1997 12:00 AM EST | Complete |
| 3100: OJI WORKSHOPS | 9/29/1997 12:00 AM EST | Complete |
| 3100: BULLENTIN BOARDS, ISP & MSSP | 9/25/1997 12:00 AM EST | Complete |
| 3100: OJI WORKSHOPS | 9/15/1997 12:00 AM EST | Complete |
| 3100: OJI WORKSHOPS | 9/4/1997 12:00 AM EST | Complete |
| 3140h: REVENUE AGENT PHASE IV #3 | 8/7/1997 12:00 AM EST | Complete |
| 3203: REFRESHER RGS TRAINING | 8/6/1997 12:00 AM | Complete |

| Course | Date | Status |
|---|---|---|
| 3203: CPE FOR RA'S - RECENT LAW CHANGES | 6/13/1997 12:00 AM EST | Complete |
| 3100: LIBRARY RESEARCH TRAININGG | 5/15/1997 12:00 AM EST | Complete |
| 3203: CPE FOR RA'S - PARTNERSHIPS | 5/14/1997 12:00 AM EST | Complete |
| 9907a: PREVENTION OF SEXUAL HARASSMENT - E | 2/28/1997 12:00 AM EST | Complete |
| 9919d: OFFICE OF GOVERNMENT ETHICS (OGE) A | 1/31/1997 12:00 AM EST | Complete |
| 3320a: WORKER CLASSIFICATION TRAINING | 12/13/1996 12:00 AM EST | Complete |
| 9919d: OFFICE OF GOVERNMENT ETHICS (OGE) ANNUAL TRAINING | 12/13/1995 12:00 AM EST | Complete |
| 3140e: REVENUE AGENT PHASE III | 11/8/1995 12:00 AM EST | Complete |
| 3145: FRAUD AWARENESS AND EXAMINATION TECHNIQUES FOR EXAMINERS | 3/30/1995 12:00 AM EST | Complete |
| 7400x: FARM INCOME TAX SCHOOL | 12/7/1994 12:00 AM EST | Complete |
| 3203: CPE FOR REVENUE AGENTS GS-11 & GS-12 | 12/2/1994 12:00 AM EST | Complete |
| 9995s: AIDS IN THE WORKPLACE--EXAM TRNG. | 12/2/1994 12:00 AM EST | Complete |
| 3140d: REVENUE AGENTS PHASE II -TAX AUDITORS CROSSOVERS | 11/1/1994 12:00 AM EST | Complete |
| 3196s: GRID TRAINING FOR TAX AUDITORS | 6/16/1994 12:00 AM EST | Complete |

| | | |
|---|---|---|
| 3203: CPE FOR EXAM TECHNICAL STAFF | 3/31/1994 12:00 AM EST | Complete |
| 9919: ETHICS AWARENESS WORKSHOP FOR ALL EMPLOYEES | 3/26/1993 12:00 AM EST | Complete |
| 3205: CPE FOR TAX AUDITORS | 3/25/1993 12:00 AM EST | Complete |
| 3144e: COLLECTION/EXAMINATION REFERRAL SYSTEM (CERS) | 9/25/1992 12:00 AM EST | Complete |
| 9995s: IDP WORKSHOP | 9/17/1992 12:00 AM EST | Complete |
| 3170: INCREASED EMPHASIS ON COLLECTIBILITY (ARDI) TRAINING | 6/24/1992 12:00 AM EST | Complete |
| 3100: BRIBERY AWARENESS TRAINING | 2/6/1992 12:00 AM EST | Complete |
| 3203: CPE FOR REVENUE AGENTS GS-11 & GS-12 | 10/18/1991 12:00 AM EST | Complete |
| 3181: TAXPAYER COMPLIANCE MEASUREMENT PROGRAM (TCMP) | 1/12/1990 12:00 AM EST | Complete |

3/13/2006 03:39 PM EST

11. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.)

| Date (Mo/Day/Yr) | | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. Of hours per week |
|---|---|---|---|---|---|
| From | To | | | | |
| 09/17/94 | Present | Internal Revenue Agent | GS-512-11 & 12 | | 40 |
| Your Immediate Supervisor : Anita Kale | | | Telephone Number: 309-671-7271 | | |

**DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)**

I complete all the duties of a Revenue Agent according to the position description. See additional information in #17 Statement of Accomplishments.

11. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.)

| Date (Mo/Day/Yr | | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. Of hours per week |
|---|---|---|---|---|---|
| From | To | | | | |
| 6/87 | 9/94 | Tax Auditor | GS526 7 to 9 | | 40 |
| Your Immediate Supervisor : Steve Anderson | | | Telephone Number: | | |

**DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)**

Manage inventory and complete examination within time frames. Determine scope of audit and gather adequate information to resolve identified issues. Complete reports and workpapers in neat, logical manner to support conclusions reached. Interview taxpayers, representatives or third parties in a professional manner.

FORM **9686** (9-96)     Catalog 21010Y     Department of the Treasury- Internal Revenue Service

12. Awards (List specific types of awards and date received within the last 3 years; list other special recognition and any pertinent information)

Manager Award 1999, 2000, 2001, 2003, 2004
Special Act Award 1998, 1999, 2000
Performance Awards 1998, 1999, 2000, 2001, 2003, 2004, 2005
Quality Step Increase for Outstanding Performance 2002

**(DO NOT ATTACH COPIES OF AWARDS, LETTERS OF APPRECIATION, ETC.)**

13. Organizations (Show membership and office, professional societies civic groups, etc.)

National Honor Society, Canton Senior High School
Past St Marys Organist and Music Director
Past President, St. Mary's Altar Society

14. Other assignments (details, task forces, on-the-job-instructor. etc.)

| | | |
|---|---|---|
| 1985 Quality Circle Member | 1993/94 MSSP (Ministers) | 1999 Community Outreach Program |
| 1986 TIP Income Project | 1994 Seminar Instructors (Ministers) | 2000 Participant Regional Operations |
| 1986 CPE Instructor | 1994 CFC Campaign | Plan Visit |
| 1987 Audit Aide Instructor | 1994/95 Research Committee | 2005 On the Job Instructor for RA |
| 1989 Classification Detail | 1995 Imprest Fund | Phase 2 |
| 1989 Quality Improvement Project | 1995 TPS during TPS CPE | |
| 1991/92 VITA Instructor | 1998 EITC Project | |
| 1992 Diagnostic Team Member (183) | 1998 Title 31 Project | |
| 1992/93 Office Audit backup reviewer | 1998 Taxpayer Service | |
| 1992/93 Classification | 1998 (2) Classification details | |
| 1993 CPE Committee | 1999 Eletronic Filing/Taxpayer Service/Email Service | |
| 1993 Technique Guide for Ministers | 2000 Classification Detail | |
| 1993 OJI for RA Co-op | 2000 Taxpayer Service/Rmail & Email Service | |
| 1994, 2001, 2002, 2005 acting manager | 2000 EITC Preparer Project | |
| | 2001 Taxpayer Service | |
| | 2001, 2004, 2005 Classification Details | |

15. Special Qualifications and skills (Languages-Indicate level of proficiency (Very Good, Good, Fair) to converse, write, read, Shorthand (words per minute, Typing (words per minute) computer skills, etc

Shorthand and German on very limited basis    Typing    computer skills/using various software installed on Microns/Dell

16. Kinds of Job Related License or Certification Held (CPA, CIA, Lawyer, Engineer, etc.)

Have previously held real estate and insurance licenses for the State of Illinois.

FORM **9686** (9-96)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service

17. Statement of Accomplishments: Describe duties and accomplishments which demonstrate your potential for the position to be filed. Use additional sheets if necessary.

a. Describe your current duties and responsibilities that are relevant for this position.

I plan and schedule work by using my program planner, outlook calendar and sign out sheet which minimizes unproductive time. I keep a detailed activity record in each case file which allows me to track exactly where I am during the exam process. I keep task notes for reminders when information or reports are due for call backs to ensure the case is completed within a reasonable time frame. I conduct my exams at the taxpayers place of business, if possible, in a timely manner, which is important for easing taxpayer burden and it helps keep my work flowing as well. Timely communication with the taxpayer or representative ends up making the whole process less painful for all those involved. In the early stages of the exam, I complete a preaudit of the return, discuss the issues with the taxpayer, and send a detailed information document request ensuring the taxpayer does not assemble unneeded information . I review returns and select for examination, after considering collectibility, the issues with significant tax potential and survey returns which are not in the best interest of the government to pursue. I am very good at identifying external/internal sources of information. I have secured information from courthouses, internet searches, third party sources including the use of summons, and internal IDRS information. I compare this information to what is reported on the return and analyze if what is shown on the return makes financial sense. A determination is then made as to additional work needed. In interviewing taxpayers and third parties, I treat them as I would want to be treated. I take great pains in explaining the tax law to them and ensuring they are current on their obligations when I leave. I secure related, prior or subsequent year's returns to make adjustments regardless of the direction the adjustments go. When I leave a taxpayer's, they know they are in compliance with IRS rules and know how to proceed in the future. Using the re-engineering process, I complete my workpapers using leadsheets which state the facts, law, conclusion and allows easier following of the audit trail. After fully explaining all the adjustments and listening to any of the taxpayers or representatives unagreed positions, I offer a meeting with my supervisor. I also explain all payment options to the taxpayers including installments agreements. I received a temporary Grade 12 for my work in helping a revenue agent in Florida secure an injunction against a promoter for a scheme involving the claiming of multiple exemptions on W-4's and non-filing of returns. I examined some of the taxpayers that were identified under this scheme. I am currently working with CI to issue a report to an associate of this promoter for use in an upcoming indictment. I issued, using the IRM procedures, inadequate records notices to taxpayers whose books and records are lacking. I proposed a preparer project which we are currently working. I was on On the Job Instructor for Revenue Agent Phase 2. I have worked several complex issues including: Active/passive losses, at-risk rules, Rev Proc 92-29 issues on developers, taxability of income and self employment tax issues for minister project, Section 351 on disposition of partnership, discharge of indebtedness, change of accounting, wage vs independent contractors, fringe benefit issue, loan vs dividend for shareholder, NOLS, a professional gambling issue and an issue regarding paying a foreign individual taxable income from a U.S. individual. My manager routinely comments on how I do more than my fair share of work for the group and the territory. For instance, since I closed my NRP returns so expeditiously, I was sent to help out the Fairview Hieghts POD with their NRP inventory. That manager expressed his appreciation for how well I was able to help one of his agent's close his inventory. I am currently working on 2 fraud referral cases.

I certify that to the best of my knowledge and belief, all of my statements on this form are true, correct, complete and made in good faith.

| 18. Original Signature (Sign each application in ink) | 19. Date signed (Month, day, year) |
|---|---|
| *Rose M Shawgo* | *March 14, 2006* |

FORM 9686 (9-96)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service

b. Describe any special qualifications that are relevant for this position. (Give examples)

I consistently use my computer for RGS/RGSNT, Accruint, Westlaw, county courthouse records, leadsheets, etc.

I have completed several classification details and gained a better perspective on all types of businesses and tax treatment of issues relevant to those kinds of businesses.

I have used MSSP and audit technique guides in working various types of cases. I compiled a local Minister Guide stating law, giving court cases, and examples for area examiners to use during the Minister Project. On several instances, my manager had me sit in with the examiner to explain to the taxpayer the correct way the church and/or the taxpayer should handle the wages, housing allowance, reimbursements and self-employment income to educate the person for future compliance.

I have been an instructor for CPE and taught various topics including Indirect Methods and Penalties. I have also presented numerous topics at Group Meetings.

I was a member of one of the first Quality Circle Teams. I was trained on how to use the systems analysis tools in order to analyze ways of improving operations. I was a member of the Quality Improvement team that altered the case control sheet on front of the case files then form 10349.

I have organizational skills to plan, schedule and manage my workload to complete the activity within acceptable time spans.

I have experience in taxpayer education efforts. For example, I made a presentation for the high school outreach program.

I assisted District Counsel attorneys during preparation and at trial for one of my cases that went to Tax Court.

I have the ability to preaudit the tax return, select the material issues and use the best method to make the correct tax determinations. For instance, on a car wash with no records except supplies purchased and utility expenses, and appearance of unreported income, I determined amount of water useage per car wash times cost of the wash to arrive at portion of income on the return for car washes.

I was an on the job instructor for RA Phase 2 Revenue Agents.

I carry a full inventory of cases and set the appropriate scope to insure more taxpayers are "touched".

I certify that to the best of my knowledge and belief, all of my statements on this form are true, correct, complete and made in good faith.

| 18. Original Signature (Sign each application in ink) | 19. Date signed (Month, day, year) |
|---|---|
| *Rose M Shawgo* | March 14, 2006 |

FORM **9686** (9-96)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service