E-FILED
Thursday, 11 May, 2006 05:03:59 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. 06-10019 |
| | ) | |
| ROBERT LAWRENCE, | ) | |
| Defendant. | ) | |

**DEFENDANT'S EXPERT DISCLOSURES, LIMITATION OF WITNESS LIST, AND DISCLOSURE OF ADDITIONAL CONTACT INFORMATION, AND RESPONSE TO MOTION TO CONTINUE**

Comes now Defendant and for his expert disclosures, limitation of witness list, and disclosure of additional contact information, and response to motion to continue states:

1.      Having reviewed the expert disclosures of the government, the Defendant states that he reserves the right to recall the expert witnesses of the government, but does not wish to designate any of Defendant's witnesses as experts.

2.      Defendant requests the right to take the proposed experts on voir dire to verify their qualifications with respect to the stated areas of expertise, to ensure that the witness is properly qualified with respect to the topics upon which government proposes that expert testimony is to be given.

3.      Defendant would propose that not more than one expert be allowed to stay in the courtroom as the government's representative, inasmuch as Defendant expects to invoke

1

the rule of exclusion of witnesses.

4.      Defendant has decided to remove Joe Bannister and John Turner from his witness list.

5.      Defendant supplements his disclosure of witnesses with respect to Christopher Hanson, as follows:

Christopher Hansen
415 S. 6th Street, Suite 200
Las Vegas Nevada 89101
702-385-5533

6.      Defendant opposes the motion to continue.  Defendant tenders the adjustments and disclosures herein as a basis for curing or resolving the reasons given for a continuance.

WHEREFORE, premises considered, Defendant prays that the motion to continue be denied, and for all other and further relief as may be appropriate.

By: /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
2120 North B Street
Fort Smith, AR 72901
(479) 573.0726 phone
(479) 573.0647 fax
oscar@oscarstilley.com

**CERTIFICATE OF SERVICE**

I, Oscar A. Stilley, certify by my signature above that a copy of the foregoing was delivered by CM/ECF this May 11, 2006 to: Gerard A. Brost, Assistant US Attorney, Suite 400, 211 Fulton Street, Peoria, IL 61602.