# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-10019 |
| ROBERT LAWRENCE, | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO DISMISS WITH PREJUDICE

Now comes the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney, and Gerard A. Brost, Assistant United States Attorney for the Central District of Illinois, and moves this Court to dismiss with prejudice Counts 1 through 6 of the indictment in the above-entitled action.

Respectfully submitted,

UNITED STATES OF AMERICA
RODGER A. HEATON

 s/: Gerard A. Brost
**GERARD A. BROST**
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone: (309) 671-7050

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      **Oscar A. Stilley**
      OSCAR STILLEY ATTORNEY AT LAW
      2120 North B St
      Ft Smith, AR 72901

      s:/ Kim Ritthaler
      Kim Ritthaler
      Legal Assistant