IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. 06-10019 |
| | ) | |
| ROBERT LAWRENCE, | ) | |
| Defendant. | ) | |

**ITEMIZED BILLING IN SUPPORT OF MOTION FOR ATTORNEY FEES AND COSTS**

Comes now Defendant and submits an itemization of his attorney's fees and costs, and states as follows:

For whatever reason, it appears from the attached report supplied by undersigned counsel's personnel that the amount actually billed within the time frame referenced in the motion amounts to $35,896.17.  Of course later billings amount to a moving target, and it is presently unknown what the final amount will be.

The higher figure previously stated arises as the result of a mistake of the head and not of the heart.  Defendant reserves the right to amend if some items of cost or fees are shown to have been overlooked.

WHEREFORE, Defendant submits this itemized billing in support of his previously filed motion for attorney's fees and costs.

By: /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
2120 North B Street
Fort Smith, AR 72901
(479) 573.0726 phone
(479) 573.0647 fax
oscar@oscarstilley.com

**CERTIFICATE OF SERVICE**

I, Oscar A. Stilley, certify by my signature above that a copy of the foregoing was delivered by CM/ECF this June 11, 2006 to: Gerard A. Brost, Assistant US Attorney,
Suite 400, 211 Fulton Street, Peoria, IL 61602.



## Billing Statement

**Lawrence, Robert (Bob)**

| Date | Rendered by Type | Hours Billed | Hourly Rate | Total Billed | Description of Service |
|---|---|---|---|---|---|
| 10/07/05 | Office Clerical | 0.2 | $ 50.00 | $ 10.00 | Book Flight to chicago for Oct 25th |
| 10/10/05 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Call from client. |
| 10/11/05 | Office Clerical | 0.2 | $ 50.00 | $ 10.00 | Update client information on service list, e-mail, and mail signed contract to client (MC) |
| 10/12/05 | Office Clerical | 0.2 | $ 50.00 | $ 10.00 | Check for hotels for trip to chicago |
| 10/13/05 | Office Clerical | 0.2 | $ 50.00 | $ 10.00 | Call from client - discuss hotel for Oscar |
| 10/13/05 | Oscar Stilley | 0.4 | $ 130.00 | $ 52.00 | Call from client. |
| 10/13/05 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Call from client about recording meeting. |
| 10/21/05 | Office Clerical | 1.5 | $ 50.00 | $ 75.00 | Organize documents from client and prepare for scanning and pdf |
| 10/24/05 | Office Clerical | 3.0 | $ 50.00 | $ 150.00 | Scanning, pdf, binding, setting up table contents, adding bates numbers |
| 10/24/05 | Oscar Stilley | 0.3 | $ 130.00 | $ 39.00 | Review file, make sure file is up to date. |
| 10/24/05 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Attempt calls on coordinator and attorney. |
| 10/24/05 | Oscar Stilley | 0.2 | $ 130.00 | $ 26.00 | Call from client about itinerary. |
| 10/24/05 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Call to Deborah Kent Mackay. |
| 10/24/05 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Call from client about whether we can record and have witnesses. |
| 10/24/05 | Oscar Stilley | 0.2 | $ 130.00 | $ 26.00 | Review emails. |
| 10/24/05 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | email from client |
| 10/25/05 | Office Clerical | 1.5 | $ 50.00 | $ 75.00 | Scanning, pdf, binding, setting up table contents, adding bates numbers |
| 10-25&26-0 | Oscar Stilley | 27.0 | $ 130.00 | $ 3,510.00 | Chicago trip.  One day plus 12 hours, figured at |
| 11/02/05 | Oscar Stilley | - | $ 130.00 | $ - | Short call to client |
| 11/04/05 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Call from client |
| 01/26/06 | Oscar Stilley | - | $ 130.00 | $ - | Emails and response, about payment. |
| 02/09/06 | | | | $ (340.66) | 10 percent discount on amount due, Per Oscar, for paying within 60 days |
| 03/18/06 | Oscar Stilley | 0.2 | $ 130.00 | $ 26.00 | Call from client about indictment. |
| 03/18/06 | Oscar Stilley | 0.3 | $ 130.00 | $ 39.00 | Call from client. |
| 03/18/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Email from client |
| 03/18/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Email from Steve. |
| 03/18/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Second email from client |
| 03/19/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Call from Lindsey. |
| 03/19/06 | Oscar Stilley | 0.5 | $ 130.00 | $ 65.00 | Call to client. |
| 03/19/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Email from Steve |
| 03/19/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Second email from Steve |
| 03/20/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | hold of the US Attorney responsible for the indictment. |
| 03/20/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Call to IRS counsel, they are not involved right now. |
| 03/20/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | 7:00. |
| 03/20/06 | Oscar Stilley | 0.2 | $ 130.00 | $ 26.00 | Call to Jerry Brost, he is the lawyer, in the Central District.  He said that the matter was set for initial appearance on March 28, 2006, at 2:00 PM.   He anticipates a 10K own recognizance bond. |

## Billing Statement                                                    Lawrence, Robert (Bob)

| Date | Rendered by Type | Hours Billed | Hourly Rate | Total Billed | Description of Service |
|---|---|---|---|---|---|
| 03/20/06 | Oscar Stilley | 1.4 | $ 130.00 | $ 182.00 | Get and review indictment; get and review local rules; email client with indictment and docket; review application to the Central District of Illinois. |
| 03/20/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Email from client |
| 03/20/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Second email from client |
| 03/21/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Email from Steve |
| 03/21/06 | Oscar Stilley | 0.5 | $ 130.00 | $ 65.00 | Call from client. |
| 03/21/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Call from Lindsey. |
| 03/21/06 | Oscar Stilley | 0.4 | $ 130.00 | $ 52.00 | Call from client. |
| 03/21/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Email to client about what is needed as far as documents. |
| 03/21/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Email indictment and docket to Lindsey. |
| 03/21/06 | Oscar Stilley | 0.4 | $ 130.00 | $ 52.00 | Call from Lindsey. |
| 03/22/06 | Oscar Stilley | - | $ 195.00 | $ - | Emails about WP. |
| 03/22/06 | Oscar Stilley | 0.5 | $ 195.00 | $ 97.50 | Call to client. |
| 03/22/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Read and respond to Steve's email. |
| 03/23/06 | Oscar Stilley | 0.3 | $ 195.00 | $ 58.50 | Call to client. |
| 03/24/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call from Lindsey. |
| 03/25/06 | Office Clerical | 1.8 | $ 50.00 | $ 90.00 | Scan, pdf, file documents from client |
| 03/26/06 | Office Support | 1.2 | $ 75.00 | $ 90.00 | Set up docket binder, download filings, log, pdf |
| 03/27/06 | Office Clerical | 0.7 | $ 50.00 | $ 35.00 | Scan, pdf, file documents from client |
| 03/27/06 | Oscar Stilley | 2.0 | $ 195.00 | $ 390.00 | Prep for trip. |
| 03/27/06 | Oscar Stilley | day | $ 195.00 | $ 3,000.00 | Trip for arraignment. |
| 03/28/06 | Oscar Stilley | 15.0 | $ 195.00 | $ 2,925.00 | Trip for arraignment. |
| 03/29/06 | Office Clerical | 4.0 | $ 50.00 | $ 200.00 | Review additional documents from client, scan, print and categorize |
| 03/29/06 | Oscar Stilley | 0.3 | $ 195.00 | $ 58.50 | Call from Lindsey. |
| 03/30/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Call from client. |
| 03/31/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email from Steve. |
| 03/31/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email from client with lengthy attachments. |
| 03/31/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email from Steve. |
| 04/03/06 | Oscar Stilley | 0.3 | $ 195.00 | $ 58.50 | Call to client. |
| 04/03/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Call to Steve. |
| 04/04/06 | Office Support | 0.7 | $ 75.00 | $ 52.50 | download, scan docs, add dates to calendar |
| 04/05/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call for Jerry Brost. |
| 04/05/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call to Jerry Brost, left message. |
| 04/05/06 | Oscar Stilley | 0.8 | $ 130.00 | $ 104.00 | Check PACER, try to figure out order setting case, review local rules, look at orders online. |
| 04/06/06 | Oscar Stilley | 0.4 | $ 130.00 | $ 52.00 | Call to Jerry Brost, he wants to let the papers do the talking. |
| 04/06/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Call from Jerry about potential offers. |
| 04/06/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Call to the clerk, the case has not been set for trial. |
| 04/06/06 | Oscar Stilley | 0.4 | $ 130.00 | $ 52.00 | Call to client, I will go up to be there at noon Wednesday the 12th of April. |
| 04/09/06 | Oscar Stilley | 0.6 | $ 130.00 | $ 78.00 | Call to client. |
| 04/10/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Email from client about Charlebois. |

## Billing Statement                                                     Lawrence, Robert (Bob)

| Date | Rendered by Type | Hours Billed | Hourly Rate | Total Billed | Description of Service |
|---|---|---|---|---|---|
| 04/10/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Email to Charlebois. |
| 04/10/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Call to Brost's office about getting a full set of the documents on Lawrence. |
| 04/10/06 | Oscar Stilley | 0.6 | $ 130.00 | $ 78.00 | Call from Lindsey. |
| 04/10/06 | Oscar Stilley |  | $ 130.00 | $    - | Call from Brost's office, they won't allow papers out of the office, I can review Wednesday, Brost is out on vacation until Wednesday. |
| 04/10/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Call to Kim at Brost's office, left message asking for a set of the documents. |
| 04/10/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Call back to Kim, she says we will have to copy the documents, bring our own copier. |
| 04/10/06 | Oscar Stilley | 0.3 | $ 130.00 | $ 39.00 | Call to Lindsey. |
| 04/10/06 | Oscar Stilley | 4.5 | $ 130.00 | $ 585.00 | Research and work on motion for order on particulars. |
| 04/10/06 | Oscar Stilley | 0.2 | $ 130.00 | $ 26.00 | Call from Lindsey. |
| 04/10/06 | Oscar Stilley | 0.6 | $ 130.00 | $ 78.00 | Finish and file motions. |
| 04/11/06 | Office Support | 0.6 | $ 130.00 | $ 78.00 | Download and pdf and email filings to client |
| 04/11/06 | Office Support | 0.2 | $ 130.00 | $ 26.00 | tc from client re: records from Brost's office. |
| 04/11/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Call from Whitney, the arraignment is still on at the regular time. |
| 04/11/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Email to client about what the magistrate judge said concerning a continuance. |
| 04/11/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Call to Brost's office about copying. |
| 04/11/06 | Oscar Stilley | 0.1 | $ 130.00 | $ 13.00 | Email to Brost about our meeting on Thursday. |
| 04/11/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Call to Lindsey. |
| 04/11/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Phone call to client. |
| 04/12/06 | Oscar Stilley |  |  | $ 3,000.00 | Arraignment. |
| 04/13/06 | Oscar Stilley |  |  | $ 3,000.00 | Second day was over 15.5 hours, charged at daily rate. |
| 04/14/06 | Office Support | 0.6 | $ 75.00 | $ 45.00 | Download filing from Pacer and save and email to client. |
| 04/14/06 | Oscar Stilley | 0.3 | $ 195.00 | $ 58.50 | Call to client. |
| 04/14/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Call from client, we are on go for trial in May. |
| 04/14/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call to client. |
| 04/14/06 | Oscar Stilley | 0.3 | $ 195.00 | $ 58.50 | Call from Lindsey. |
| 04/14/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call from Lindsey. |
| 04/16/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Review email about appeal. |
| 04/17/06 | Office Support | 0.6 | $ 75.00 | $ 45.00 | Write check, letter and fedex check for discovery doc. |
| 04/18/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Review email about plea, forward to client. |
| 04/18/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Review letter from counsel for the government, amended docket entry. |
| 04/18/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Call from John. |
| 04/18/06 | Oscar Stilley | 0.7 | $ 195.00 | $ 136.50 | Call to client in response to emails. |
| 04/19/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call about press coverage. |
| 04/19/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email recent pleadings to Bob. |
| 04/19/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Email to Brost, forward to client. |
| 04/19/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email from Brost, read and reviewed. |

## Billing Statement                                                      Lawrence, Robert (Bob)

| Date | Rendered by Type | Hours Billed | Hourly Rate | Total Billed | Description of Service |
|---|---|---|---|---|---|
| 04/19/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call to Mihm's office about the fact that no continuance is needed, I was told to expect a call from the case coordinator tomorrow. |
| 04/20/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call to Mihm's office, I don't need to file anything, just show up for pretrial and trial. |
| 04/21/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call from Jerry Brost about motion to seal. |
| 04/21/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call from Jerry Brost about agreement to seal. |
| 04/21/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Review motion by Jerry Brost. |
| 04/23/06 | Oscar Stilley | 0.8 | $ 195.00 | $ 156.00 | Phone conference with client. |
| 04/23/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call from client. |
| 04/24/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call to let Jerry know we agree to his motion. |
| 04/24/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email from Cindy. |
| 04/24/06 | Oscar Stilley | 0.3 | $ 195.00 | $ 58.50 | Call to Cindy. |
| 04/24/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email all files to Cindy. |
| 04/25/06 | Oscar Stilley | 0.3 | $ 195.00 | $ 58.50 | Call from client. |
| 04/26/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Review motion by Jerry Brost, send him and email concerning execution of same. |
| 04/27/06 | Office Support | 0.8 | $ 75.00 | $ 60.00 | Download, save (as wpd doc) transcripts from reporter and email to client and oscar |
| 04/27/06 | Office Support | 0.5 | $ 75.00 | $ 37.50 | Print current docket, review files for Oscar travel for hearing |
| 04/27/06 | Oscar Stilley |  |  | $ 3,000.00 | Travel |
| 04/28/06 | Office Support | 0.2 | $ 75.00 | $ 15.00 | Oscar. |
| 04/28/06 | Oscar Stilley |  | $ 195.00 | $ 3,000.00 | Daily rate for second day of pretrial conference. |
| 05/01/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call from client, I need to get the new IMF to Ankeny. |
| 05/01/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email to Cindy about domain name. |
| 05/02/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Email from Brost, reply, forward to client. |
| 05/02/06 | Oscar Stilley | 0.3 | $ 195.00 | $ 58.50 | Call from client about witnesses. |
| 05/03/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email about Milton Baxley. |
| 05/03/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Delegate IMF work to Cindy. |
| 05/04/06 | Office Clerical | 3.0 | $ 50.00 | $ 150.00 | Scan, log and pdf documents |
| 05/05/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | 2006. |
| 05/05/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email to Brost, forward to client. |
| 05/05/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call from Cathy, there may be a retrial of another case on the 15th. |
| 05/05/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Download and review docket of conflict case. |
| 05/05/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call from Thomas Allred, he shows the June 20 date as confirmed. |
| 05/05/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email to Tony, Mike, and Lisa about the June 20 date. |
| 05/05/06 | Oscar Stilley | 0.5 | $ 195.00 | $ 97.50 | Call from client. |
| 05/08/06 | Office Support | 0.1 | $ 75.00 | $ 7.50 | Email from Wagner about being a witness. |
| 05/08/06 | Oscar Stilley | 0.4 | $ 195.00 | $ 78.00 | Call to Jerry Brost. |
| 05/08/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | tc to Ralph |
| 05/08/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | tc to Brost |
| 05/09/06 | Office Clerical | 0.3 | $ 50.00 | $ 15.00 | Scan, log and pdf documents |

## Billing Statement                                                Lawrence, Robert (Bob)

| Date | Rendered by Type | Hours Billed | Hourly Rate | Total Billed | Description of Service |
|---|---|---|---|---|---|
| 05/09/06 | Office Support | 0.6 | $ 75.00 | $ 45.00 | tc call to court reporter. Pay and mail check to court reporter, scan bill |
| 05/09/06 | Office Support | 0.3 | $ 75.00 | $ 22.50 | respond to email from court reporter, prepare check and ovenight |
| 05/09/06 | Office Support | 0.9 | $ 75.00 | $ 67.50 | print files of correspondence to send to IRS - and overnight |
| 05/09/06 | Office Support | 0.2 | $ 75.00 | $ 15.00 | Download and pdf and forward witness list |
| 05/09/06 | Office Support | 0.4 | $ 75.00 | $ 30.00 | Prep witness list and send to Mr. Brost. |
| 05/09/06 | Office Support | 0.1 | $ 75.00 | $ 7.50 | Email to Mr. Brost about timeline for turning in the witness list. |
| 05/09/06 | Office Support | 0.3 | $ 75.00 | $ 22.50 | Call from Jerry Brost. |
| 05/09/06 | Office Support | 0.1 | $ 75.00 | $ 7.50 | Call to Jerry, left message, told him about interspersed documents, and also about the plan to use FedEx 2nd day. |
| 05/09/06 | Office Support | 0.2 | $ 75.00 | $ 15.00 | Call from Jerry Brost . |
| 05/09/06 | Oscar Stilley | 0.8 | $ 195.00 | $ 156.00 | Call from client. |
| 05/10/06 | Office Clerical | 1.5 | $ 50.00 | $ 75.00 | Scan, log and pdf documents |
| 05/10/06 | Office Support | 0.4 | $ 75.00 | $ 30.00 | download transcript from reporter, save as pdf, mail to client, print for file |
| 05/10/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email from Brost, with response. |
| 05/10/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Review witness list. |
| 05/10/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email to client. |
| 05/10/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Talk to Lindsey about voir dire questions. |
| 05/10/06 | Oscar Stilley | 1.5 | $ 195.00 | $ 292.50 | Work on voir dire questions. |
| 05/10/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call from Brost about stipulation. |
| 05/10/06 | Oscar Stilley | 0.5 | $ 195.00 | $ 97.50 | Call from Lindsey. |
| 05/10/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Calls for client about stipulation. |
| 05/10/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call for Jerry Brost, left message. |
| 05/10/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Call from Brost about stipulation. |
| 05/10/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Calls to client at both numbers, left messages. |
| 05/10/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Prep and send stipulation to Brost. |
| 05/10/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | File voir dire. |
| 05/10/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Email Cindy about website. |
| 05/10/06 | Oscar Stilley | 0.4 | $ 195.00 | $ 78.00 | Call to Steve. |
| 05/11/06 | Office Clerical | 1.5 | $ 50.00 | $ 75.00 | Trial prep |
| 05/11/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Call from Brost requesting continuance. |
| 05/11/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call to client about the continuance. |
| 05/11/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Call from Brost. |
| 05/11/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call to client. |
| 05/11/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | hearing |
| 05/11/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Call to Springer. |
| 05/11/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call from client |
| 05/11/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Document review. |
| 05/11/06 | Oscar Stilley | 0.5 | $ 195.00 | $ 97.50 | Call to the Court. |
| 05/11/06 | Oscar Stilley | 0.5 | $ 195.00 | $ 97.50 | Conference with Lindsey and client. |
| 05/11/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Call to client. |
| 05/11/06 | Oscar Stilley | 0.3 | $ 195.00 | $ 58.50 | Download and review expert disclosure and curriculum vitae. |
| 05/11/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Download and review Shawgo filing. |

## Billing Statement                                                      Lawrence, Robert (Bob)

| Date | Rendered by Type | Hours Billed | Hourly Rate | Total Billed | Description of Service |
|---|---|---|---|---|---|
| 05/11/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Call to client about expert filing. We have no realistic hope of getting Turner and Bannister contact information. |
| 05/11/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email to client about Shawgo. |
| 05/11/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email to Lindsey. |
| 05/11/06 | Oscar Stilley | 0.6 | $ 195.00 | $ 117.00 | Prepare and file notice regarding experts. |
| 05/11/06 | Oscar Stilley | 0.3 | $ 195.00 | $ 58.50 | Call to Lindsey |
| 05/11/06 | Oscar Stilley | 3.0 | $ 195.00 | $ 585.00 | Trial preparation. |
| 05/12/06 | Office Clerical | 2.0 | $ 50.00 | $ 100.00 | Trial prep |
| 05/12/06 | Office Support | 3.0 | $ 75.00 | $ 225.00 | Trial prep and docket downloads and file organization |
| 05/12/06 | Oscar Stilley | 0.4 | $ 195.00 | $ 78.00 | Conference with court and opposing counsel. |
| 05/12/06 | Oscar Stilley | - | $ 195.00 | $ - | Call from client. No charge, I asked permission to take another call. |
| 05/12/06 | Oscar Stilley | 0.9 | $ 195.00 | $ 175.50 | Call to Lindsey. |
| 05/12/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call to client. |
| 05/12/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Review minute order, forward to client. |
| 05/12/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call from Mr. Tate and Mr. Brost, cause will be dismissed with prejudice. |
| 05/12/06 | Oscar Stilley | 0.5 | $ 195.00 | $ 97.50 | Calls to client, court, etc. |
| 05/12/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Call from client |
| 05/12/06 | Oscar Stilley | 3.0 | $ 195.00 | $ 585.00 | Trial preparation. |
| 05/12/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Review order from Judge regarding discovery. |
| 05/12/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email to Brost about discovery. |
| 05/12/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email to client. |
| 05/12/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Email from Brost, he will keep me posted. |
| 05/15/06 | Oscar Stilley | 0.3 | $ 195.00 | $ 58.50 | Call from Lindsey. |
| 05/15/06 | Oscar Stilley | 0.6 | $ 195.00 | $ 117.00 | Phone conversation with client. |
| 05/15/06 | Oscar Stilley | 2.5 | $ 195.00 | $ 487.50 | Research law of recovery of attorney's fees. |
| 05/16/06 | Office Clerical | 0.3 | $ 50.00 | $ 15.00 | Logging IRS Correspondence |
| 05/16/06 | Oscar Stilley |  | $ 195.00 | $ - | Read and respond to email from Brost, forward to client. Then I discovered I had made a mistake, corrected same with Mr. Brost and client. No charge for any of this. |
| 05/16/06 | Oscar Stilley |  | $ 195.00 | $ - | Call about the email. No charge. |
| 05/16/06 | Oscar Stilley | 0.3 | $ 195.00 | $ 58.50 | Call to Mr. Brost about settling things up. |
| 05/18/06 | Oscar Stilley | 2.0 | $ 195.00 | $ 390.00 | Research law of recovery of attorney's fees. |
| 05/19/06 | Oscar Stilley | 0.3 | $ 195.00 | $ 58.50 | Call from client. |
| 05/19/06 | Oscar Stilley | 0.3 | $ 195.00 | $ 58.50 | Call about attorney's fees. |
| 05/23/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Call to Mr. Brost. |
| 05/23/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Call to client. |
| 05/23/06 | Oscar Stilley | 0.3 | $ 195.00 | $ 58.50 | Call from Bob Schulz. |
| 05/23/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Phone call to client, he will not talk to Schultz unless other reasons arise. |
| 05/24/06 | Oscar Stilley | 0.2 | $ 195.00 | $ 39.00 | Discussion with Lindsey about PRA and fees motion. |
| 06/01/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call from client about status of motion. |
| 06/01/06 | Oscar Stilley | 0.1 | $ 195.00 | $ 19.50 | Call from Randy Johnson, he will read the pleadings and call back. |

## Billing Statement                                         Lawrence, Robert (Bob)

| Date | Rendered by Type | Hours Billed | Hourly Rate | Total Billed | Description of Service |
|---|---|---|---|---|---|
| 06/04/06 | Oscar Stilley | 0.4 | $ 195.00 | $ 78.00 | Call from Lindsey. |
| 06/10/06 | Oscar Stilley | 3.5 | $ 195.00 | $ 487.50 | Work on motion for attorney's fees and costs. Download discovery letter from IRS, log and file. Prepare check and mail for shipment of docs in discovery. |
| 04/18/16 | Office Support | 0.4 | $ 75.00 | $ 30.00 | |

**Total for Services Rendered:**        **$ 33,465.84**

**EXPENSES**

| Date | Amount | Description of Expense |
|---|---|---|
| 10/07/05 | $ 254.26 | Airline ticket for trip on Oct 25 thru Oct 26 |
| 10/25/05 | $ 168.37 | Hotel charges for 10/25/05 trip to Chicago |
| 03/28/06 | $ 237.14 | Mileage from AR to IL is 585.54 x 40.5 = re: 3/28/06 hearing |
| 03/28/06 | $ 48.84 | Meals re: 3/28/06 hearing |
| 03/28/06 | $ 76.94 | Hotel |
| 04/13/06 | $ 237.14 | Mileage for arraignment hearing 4/13/06 |
| 04/13/06 | $ 35.00 | Meals for arraignment hearing 4/13/06 |
| 04/13/06 | $ 176.18 | Hotel for arraignment hearing 4/13/06 |
| 04/27/06 | $ 237.14 | Adjustment of mileage for March Hearing |
| 04/27/06 | $ 237.14 | Adjustment of mileage for 4/13/06 Hearing |
| 03/26/06 | $ 22.54 | FedEx, 7903-6288-2473 |
| 04/27/06 | $ 176.88 | Hotel for Oscar and driver |
| 05/12/06 | $ 130.00 | Dinner for firm |
| 04/23/06 | $ 9.91 | FedEx 7914-5114-8952 |

**Total for Expenses**        **$ 2,047.48**

**PAID DIRECT FROM IOLTA EXPENSES**

| Date | Amount | Description |
|---|---|---|
| 04/18/06 | $ 88.20 | US Attorney's Office for copying of discovery documents |
| 05/09/06 | $ 158.25 | Fee for transcription of hearing tapes on 3/28 and 4/13 |
| 05/09/06 | $ 136.40 | Fee for transcription of hearing tape for 4/28 |

**Total Direct Pay IOLTA Expenses**        **$ 382.85**

| | |
|---|---|
| **General Expenses (non-IOLTA)** | **$ 2,047.48** |
| **Direct Pay Expenses - IOLTA** | **$ 382.85** |
| **Billable Services/Expenses:** | **$ 33,465.84** |
| **TOTAL FOR ALL CHARGES:** | **$ 35,896.17** |