E-FILED
Tuesday, 27 June, 2006  08:32:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 06-10019 |
| | ) | |
| Robert Lawrence | ) | |
| Defendant. | ) | |

**DEFENDANT'S REPLY TO UNITED STATES GOVERNMENT'S
OPPOSITION FOR ATTORNEY FEES AND COST**

The Defendant files his Reply to the "United States Response to Defendant's
Motion for Attorney Fees and Costs" (Docket 31-1)   For the following reasons  this
Court should find the words of the Government only further prove the Defendant was
wrongfully prosecuted and order his reasonable attorney fees and cost paid immediately
by the United States.

Whether the Court decides the United States Attorney, Rodger A. Heaton, or
Assistant United States Attorney Gerald A Brost or Tate Chambers, wrongfully
prosecuted the Defendant because they  never read the law governing the Paperwork
Reduction Act and the numerous violations committed by the IRS, or that they never
looked at the evidence they relied upon to establish probable cause to believe the
Defendant had violated 26 U.S.C. § 7201, or section 7203, the outcome is the same.   The
Defendant should never have been prosecuted in the first place and the expenses he

incurred[1] should not remain a burden on him[2] as they should be paid for in full by the party who caused him to incur the expenses in the first place.

**A     .FACTUAL BACKGROUND**

**1.  Indictment**

Defendant has no objection to the explanation of what the indictment says by the Government in its opposition but would point out that on April 28, 2006, this Court accepted the Government's proffer regarding their discombulated theory where in the exchange went like this:

> MR. STILLEY:  I have a solution here and maybe
>
> 7    it will work and maybe it won't, but what I'm thinking is
>
> 8    maybe if -- I've looked at the material and based on my
>
> 9    reading of this disclosure material, the heart of this
>
> 10   case is about an evasion of the withholding tax.  And if
>
> 11   we could just agree that that was the branch of the tax
>
> 12   evasion statute that he would be prosecuted under, then
>
> 13   that would solve the problem and we could bypass this

---

[1]  Learned Government Counsel seems to be arguing to reduce their costs in the footnote on page 2.

[2]  The opposition states that the second arraignment happened on May 13, 2006 (Opp. Pg 2).  This must be an oversight in the rush to defend against Defendant's Motion for Fees because the case undoubtedly was dismissed "with prejudice" a day earlier on May 12, 2006.

2

14    problem and go on, have our trial and see what the jury

15    says.

16        MR. BROST:  Your Honor, to simplify matters,

17    this case under 7201 is where the defendant attempted to

18    evade or defeat the assessment of the taxes.  We will not

19    present evidence that he attempted to evade or defeat the

20    payment of taxes.  We expect that's where the evidence

21    will go.

*See Transcript of April 28, 2006 Hearing, page 11*, Exhibit 1

This admission was on April 28, 2006, some 14 days prior to the dismissal "with prejudice" in this case.   As the Court can read in the transcript it was not until April 28, 2006, that the Government abandoned its evasion of payment theory the Defendant sought to address in his pre-arraignment bill of particulars.   In the Government's address of the expenses Counsel incurred in two trips, the reason of which was obviously to "prevent the government from 'switching theories'" (Opp. @ 2, fn. 1), it must be clear to everyone reading this document that the reason for the bill of particulars accomplished the removal of one of two theories as of April 28, 2006.  The Court, in addressing its reasoning for bringing the bill of particulars up  stated:

11                        I believe that in terms of

12    the disposition of motions like this, I think ultimately a

3

13    **decision on a motion for bill of particulars would have to**

14    **be made by me as the district judge in the case**, so I've

15    read all the pleadings in relation to that.  If either

16    side has any additional comments or arguments to make on

17    the appropriateness of a bill of particulars, I would be

18    happy to hear them now.

*Exhibit 1, April 28, 2006 transcript, pg. 2*

So, even though Counsel for the Defendant attempted to have the Government address issues in the bill of particulars, before arraignment, claiming that costs of attending two hearings could have easily been prevented had the Government chose to say at the first, or even for that matter, second arraignment hearing, what they finally chose to say before the district court on April 28, 2006.

In the bill of particulars, Defendant asked the Court to demand Counsel for the IRS to answer the following:

16.    With respect to counts 4-6, what form does the Defendant stand accused of failing to make?

17.    With respect to counts 4-6, **what part of said form informed the Defendant that he was required to make the form** the Defendant stands accused of failing to make?

18.    **With respect to count 4, what is the 1) Common name of the form, 2) Number of the form with any and all suffixes or prefixes) 3) OMB control number assigned for the form, 4) date of approval of the form by OMB, 5) date of expiration of the form, and 6) language on the form that informs the citizen whether completion of the form is voluntary or mandatory?**

4

19.     With respect to count 5, what is the 1) Common name of the form, 2) Number of the form with any and all suffixes or prefixes) 3) OMB control number assigned for the form, 4) date of approval of the form by OMB, 5) date of expiration of the form, and 6) language on the form that informs the citizen whether completion of the form is voluntary or mandatory?

20.     With respect to count 6, what is the 1) Common name of the form, 2) Number of the form with any and all suffixes or prefixes) 3) OMB control number assigned for the form, 4) date of approval of the form by OMB, 5) date of expiration of the form, and 6) language on the form that informs the citizen whether completion of the form is voluntary or mandatory?

*See Docket # 4, pg. 2-3, dated March 28, 2006.*

The United States Attorney and its Assistants were given notice of Defendant's request on March 28, 2006 and to which on April 10, 2006, were again asked, yet this time, Defendant's Counsel directed his request to the Court for "an order directing the government to respond" because the "government by and through its counsel has communicated that fact that it does not intend to respond to the bill of particulars..." *See Docket # 7, pg. 1*

There most certainly is a difference between the Court granting the Motion for Bill of Particulars and simply asking the Government to at least explain why it should not have to answer the bill of particulars.  If the Government wished to oppose the Motion they had every right to put in writing their opposition.   Counsel for the IRS chose to remain silent.   Though it is true the Honorable Magistrate chose to proceed with arraignment without any response by the Government regarding the bill of particulars, as the April 28, 2006, transcript clearly establishes, the District Court determined the bill of

particulars was proper before it and it set out to help Defendant and his counsel from having been left "scratching their head". *Exhibit 1, pg. 9, ln. 6*

Defendant asked Counsel for the IRS questions relevant to their seeking the liberty and property interests of the Defendant, of which the record is perfectly clear, and said Counsel chose they either did not or could not answer those questions without exposing some defect or strategy in the prosecution of their case in chief against the Defendant.

**2. Discovery Issue in Motion to Continue.**

The Motion to Continue, which was clearly going to be denied by the District Court on May 11, 2006, sought a continuance because "the government ...needed time to research the facts and law on the PRA..." *Opp. @ 3* Though the Government did not mention which provision of the PRA they intended to research,[3] it is obvious that the section they intended to "research" was any sections that involved the questions raised in the "bill of particulars" namely, "with respect to counts 4-6, what form does the Defendant stand accused of failing to make?"

The answer here must simply be assumed known by the Grand Jury, the CID of the IRS, Counsel for the IRS, because without the identity of the specific information collection request form of return the charges the Defendant willfully failed to file that were required by "this title, or regulation promulgated under this title", this Court would have lacked any jurisdiction to consider the words printed in the Grand Jury Indictment

---

[3] PRA stands for Paperwork Reduction Act of 1995, not 1980.

6

with regards to Counts 1-6 because an element of each of the six charges was that the

Defendant was required by law to make or file an information collection request, form

1040, with OMB # 1545-0074, to the IRS..

26 U.S.C. § 7203 says:

"Any person required by this title.....or regulations made under the authority
thereof to make a return....who willfully fails to make such return, at the
time or times required by law or regulations...."

"Whether Section 7203 is a lesser-included offense of Section 7201 is a question

of law..." "The law on this subject, however, is well settled in this Circuit. Section 7203

does not require:

an affirmative act, whereas a § 7201 offense requires some affirmative act.
Failure to file without more will not sustain a conviction under § 7201.
(citation omitted). Conversely, while someone attempting to evade or defeat
tax **will often fail to file a return**, this is not necessary for the completion
of the offense * * *. Finally there is no indication that Congress did not
intend these two statutory provisions to be separate offenses. *United States
v. Foster*, 789 F.2d 457, 460 (7th Cir. 1986)"

See also *U.S. v. Becker*, 965 F.2d 383 (7th Cir. 1992).

In *U.S. v. Borman*, 992 F.2d 124 (7th Cir. 1993), the 7th Circuit said that "There is

no question that if Borman and White had income of other types, they had a legal

obligation to file Form 1040, not 1040A."  Id.

Then there was the other questions in the bill of particulars that Counsel for the

IRS was at least made aware of Defendant sought the answers to.  Like number 17. "With

respect to counts 4-6, **what part of said form informed the Defendant that he was**

7

**required to make the form** the Defendant stands accused of failing to make?" And number 18; "**With respect to count 4, what is the:**

    **1) Common name of the form,**

    **2) Number of the form with any and all suffixes or prefixes)**

    **3) OMB control number assigned for the form,**

    **4) date of approval of the form by OMB,**

    **5) date of expiration of the form, and**

    **6) language on the form that informs the citizen whether completion of the form is voluntary or mandatory?"**

*See Docket # 4 generally.*

If the "Government needed time to research the facts and law on the PRA, it was not because of the discovery they had been informed was coming their way on May 10, 2006. The Government was made aware of the PRA issues on March 28, 2006.

For the Government to say that somehow the reason why they needed the continuance was to learn about witnesses and the PRA flies directly in opposition to why they say now the reason for the dismissal of 6 counts was with prejudice. Examining their explanation is just not credible. It leaves 4 of 6 counts with no explanation for dismissal and no explanation of with prejudice.

### 3. Discovery of Tax Calculation Error

Examining the sentence "At that time the agents discovered that calculations

which formed the bases of the charges against the defendant and which were set forth in the indictment were incorrect" this Court does not have to look far to see what is a foot in the Government's response.

Defendant will agree the "agents" should have discovered whether the Defendant deserved to be charged with Six crimes, but the time to have done that discovery was not two days before trial was set to begin.   The time to discover whether the Defendant violated the law is prior to recommending the Defendant for prosecution not after the Government determines the Defendant chose not to surrender to its pressure and enter some sort of plea deal.

In the affidavit of Special Agent Kathy Jo McBride, who has worked for the IRS CID for almost 14 years and for the IRS in general for almost 16 years, she tells this Court under oath that  "I now realize that the figure that Mr. Lawrence placed twice in that column does not reflect the total amount he claimed to be the basis in each property." *See Docket # 31-2 at 1-2*

Agent McBride then admits that her miscalculation would only stem from "capital gains" from 1998 and that would only apply to "each of the two relevant years".  Id. The Government then advances its reasoning it dismissed its charges against the Defendant on the grounds that he owed $ 10,275 for 1999, $ 11,927 for 2000 and $ 9,453 for 2001.   Agent McBride also testifies that the Defendant had income for years 1999, 2000 and 2001, in amounts of "$51,679, $52,780, and $71340."

9

Agent McBride then, after she testifies how much money the Defendant earned for the years at issue in counts 1,2,3 and 4,5,6, tells this Court that on "May 11, 2006" her any Agent Shawgo "found errors in the computations for the years 1999 and 2001."   This new found error was "claimed improvement expenses made in prior years that were not considered in the computation of gain or loss on the sale of two rental properties in 1999 and 2001."   *See Docket # 31-2, pg 4*

So, besides the mountain of evidence that Defendant earned thousands of dollars of income for years 1999 through 2001[4], the newly discovered evidence reduced the Defendant's tax "due and owing" from $ 10,275 for 1999 to $ 7111 as well as reduced his alleged 2001 liability to $ 702.   Keeping this in mind, Agent McBride avers Count 2 remained with the same liability due and owing of $ 9,453.

Whether or not Agent McBride and Shawgo notified Counsel for the Government of these errs in deriving alleged criminal conduct for years 1999 and 2001 matters not as to the issue of why the Government dismissed with prejudice the entire 6 counts of the indictment against the Defendant.

Counsel for the IRS describes the charges against the Defendant as a "mistake". *Opp. @ 4* Counsel spends numerous currency of words in talking about years 1996 and 1998 but never explains dismissal of Counts 1 through 6 which involved 1999 through 2001.   Granted, Defendant would agree that just owing $ 702 dollars would never satisfy

---

[4] Of which Defendant had stipulated regarding.

10

the term "substantial tax deficiency" as required under the judicial elements test governing tax evasion, the 7th Circuit thinks otherwise.

The crime of willful tax evasion has three elements: willfulness, the existence of a tax deficiency, and an affirmative act constituting an attempt to evade or defeat the payment of the tax.  See  *U.S. v. Eaken*, 995 F.2d 740 (7th Cir. 1993); quoting *United States v. Conley*, 826 F.2d 551, 556 (7th Cir. 1987).  The 7th Circuit describes the element of tax deficiency as "substantial tax deficiency".  *U.S. v. King*, 126 F.3d 987 (7th Cir. 1997)

In *USA v. Daniels*, case number 03-1105, the 7th Circuit held that the "law of this Circuit the government need not charge a substantial tax deficiency to indict or convict under 26 U.S.C. § 7201."  *See Exhibit 2, Page 7 of that opinion*

"Under the statute (26 U.S.C. § 7203), the Government had to show that defendant was required to file a return, that he did not do so, and that his failure to file was willful. *Yarborough v. United States*, 230 F.2d 56, 61 (4th Cir. 1956), certiorari denied 351 U.S. 969, 76 S.Ct. 1034, 100 L.Ed. 1487. The Government was not required to prove that Gorman owed the Government any tax."  *U.S. v. Gorman*, 393 F.2d 209, 213 (7th Cir. 1968)

Although Counsel for the Defendant understands the position Counsel for the Government finds itself in, such understanding does not excuse the wrongful prosecution suffered by the Defendant in this case.  The Government would not have been required to

prove either a "substantial" amount owed for Counts 1,2 and 3, nor for Counts 4,5 and 6, that any money was owed whatsoever.

The Court denies continuing the trial, denies allowing the United States to make minor dollar amount changes to an indictment where the actual amount is for a Jury to decide, and the Government wishes this Court and the public to believe that it had no other choice but to go to trial and lose or dismiss with prejudice. Whatever the spin the Government wishes the Court to contend the dismissal was based upon, the issue of liability for attorney fees remains. The Government owes the Defendant's reasonable attorney fees.

### 4.    Dismissal of Charges

Counsel for the Government further describes the evidence they recently decided to look at, on the eve of trial, for years 1999 and 2001, as "erroneous". *Opp. @ 5*  The Government describes its actions on the eve of trial as it "withdrew its motion to continue". *Opp. @ 6*

Just because the Government wished to file a Motion in Limine "regarding the PRA" does in now way say what that motion was to say or how it would have been objected to or ruled upon.

The only theory of dismissal the Government wishes the public to understand is that because of two erroneous calculations by the IRS, discovered for the first time on the eve of trial, this led to the "government's belief that the errors were serious enough to

12

undermine the jury's confidence in the government's case.."

Not only was the Government's case in serious erosion with the potential jury, the Court, and even the IRS, the Defendant intended to show the jury that the Government's case completely ignored numerous federal laws.

For example.   The requirement to file a tax return was to be instructed if the Defendant's income equaled or exceeded the exempt amount. *See section 6012.* Exempt amount is given the same meaning as section 151(d).   *See 6012(a)(1)(D)(ii)* Section 151(d) does not contain any specific numerical value for the exempt amount applicable for the years 1999, 2000 and 2001.  Id.

The Form 1040 for years 1999, 2000, and 2001, contain the OMB # 1545-0074 for each of the three years at issue in the now dismissed with prejudice indictment of the purported Grand Jury.

The Form 1040 is a collection of information request form subject to the PRA. In order to prove this, Defendant tendered several different forms, instructions and application by the IRS to the Office of Management and Budget.   This is the discovery the Government claimed gave rise to their need for a continuance they withdrew.

Defendant plans to put this issue to rest here and now.

First, in the words of the Commissioner for each of the years at issue in the dismissed "with prejudice" indictment, the Commissioner informs the Defendant in a self authenticating document that "you are not required to provide the information requested

13

on a form that is subject to the Paperwork Reduction Act unless the form displays a valid

OMB control number".   *See Exhibit 3, pg. 54 (1999 Instruction), Exhibit 4, pg. 56 (2000*

*Instruction) and Exhibit 5, pg. 72 (2001 Instructions).*

On this very same page for each of the years, the Commissioner informs the public

that "Our legal right to ask for information is Internal Revenue Code Section 6001, 6011,

and 6012(a) AND THEIR REGULATIONS.   THEY SAY THAT YOU MUST FILE...."

Id.   Section 6001 is entitled "Notice or regulations requiring records, statements, and

special returns."

Section 6011 states "When required by regulations prescribed by the Secretary any

person liable for any tax imposed by this title, or with respect to the collection thereof..."

As noted above, section 6012(a) does not specify any specific requirement to do anything

and only gives some general language that says "Returns with respect to income taxes

under subtitle A shall be made by the following: Every individual having for the taxable

year gross income which equals or exceeds the exemption amount..."

The Commissioner knows the Defendant's requirement is subject to the PRA.

The Defendant knows that any legal requirement goes through the PRA, and the only

persons arguing otherwise are those charged with protecting the very public the protection

provision, section 3512, was enacted to protect.

Section 3512 reads:

(a) Notwithstanding any other provision of law, **no person shall  be
    subject to any penalty** for failing to comply with a collection  of

14

information that is subject to this subchapter if -

> (1) the collection of information does not display a valid control number assigned by the Director in accordance with this  subchapter; or

> (2) the agency fails to inform the person who is to respond to the collection of information that such person is not required to  respond to the collection of information unless it displays a valid control number.

> (b) The protection provided by this section may be raised in the  form of a complete defense, bar, or otherwise at any time during the agency administrative process or judicial action applicable  thereto.

The 10th Circuit described the 1980  "public protection provision" as:

> Notwithstanding any other provision of law, no  person shall be subject to any penalty for failing to maintain or provide information to any agency if the information collection request involved was made after December 31, 1981, and does not display a current control number assigned by the Director [of OMB], or fails to state that such request is not subject to this chapter.

*See U.S. v. Dawes*, 951 F.2d 1189 (10th Cir. 1991)

There is a slight difference between the 1980 PRA and the 1995 PRA.  The 1995

PRA changed section 3512 from "failing to maintain or provide information" to the new

language "failing to comply with a collection of information that is subject to this

chapter..."

The Legislative History, PL 104-13, pg. 8, states that the reason for the passage of

the PRA was to strengthen the Federal Reports Act by "eliminating exemptions from

review for several agencies," including the Internal Revenue Service (saying e.g., Internal

15

Revenue Service). *See Exhibit 6, pg. 171-172.* The PRA of 1995 was enacted in part to amend section 3512 for "purpose of consistency, clarity, and to unequivocally cover all collections of information" including "third party" requests. *Exhibit 6, pg. 216-217 (pg. 54 of the report)*

The House Conference Report at page 36, states that "The Senate bill contains a provision which changes the Act's current 'public protection' provision by requiring a **collection of information subject to the Act display a notice** that a person is not required to respond to the collection of information unless it displays a control number which is valid."

There have been so many cases that have held that "instruction booklets" are not subject to the PRA and do not need OMB approval. See. *U.S. v. Holden*, 963 F.2d 1114 (8th Cir. 1992)(Although **tax forms fall within the PRA's definition** of information collection requests, *Dole v. United Steelworkers*, 494 U.S. 26, 33, 110 S.Ct. 929, 933, 108 L.Ed.2d 23 (1990), *tax instruction booklets do not*. *United States v. Dawes*, 951 F.2d 1189, 1192 (10th Cir. 1991). Because tax instruction booklets simply assist a taxpayer in completing tax forms and ensure compliance with the information collection requests, **booklets are not required to display an OMB number**. Id. ***"As long as the 1040 form complies with the [PRA], nothing more is required***." Id. at 1193. We thus reject Holden's contention that he should be acquitted because the tax instruction booklets fail to comply with the PRA.)

See also *United States v. Dawes*, 951 F.2d 1189, 1191 (10th Cir. 1991) (IRS instruction booklets, like IRS regulations, are not information requests covered by the PRA because they are "subsidiary to . . . the tax form" and "function only to aid the taxpayer in providing the information required by the 1040 form").  *U.S. v. Ryan*, 969 F.2d 238 (7th Cir. 1992)

Prior to the 1995 Act passed by Congress, several Courts had advanced the "statutory origin theory." See  *United States v. Hicks*, 947 F.2d 1356, 1359 (9th Cir. 1991) (PRA does not constitute a defense to prosecution for failing to file federal income tax returns); *United States v. Kerwin*, 945 F.2d 92 (5th Cir. 1991) ("Paperwork Reduction Act does not apply to the statutory requirement that a taxpayer must file a return").

In *Salberg v. U.S.*, 969 F.2d 379 (7th Cir. 1992) the 7th Circuit again dealt with whether IRS regulations and the 1040 instruction books required OMB approval and that because the evidence at trial proved beyond doubt said instructions and regulations did not "comport with requirements of the PRA", Salberg contended "he cannot be penalized for failing to file a tax return."   Id.

*Salberg* relied on *United States v. Smith*, 866 F.2d 1092 (9th Cir. 1989), in which the Ninth Circuit held that agency regulations were subject to the requirements of the PRA. Id. at 1098-99. The Smith court reversed a criminal conviction based on the defendant's failure to file an information request required by an agency regulation because the regulation, not bearing a current control number, failed to comply with the PRA. Id. at

1099. However, the defendants in Smith were convicted of violating a regulation; Salberg was convicted of violating a statute. **It was a federal statute - 26 U.S.C. § 7203** - not a regulation or an instruction book that required Salberg to file an income tax return. Statutes are not subject to the PRA and, as the government points out in its brief, every court that has considered the argument ***that the regulations and the instruction books promulgated by the IRS*** are within the scope of the PRA has rejected it."  Id.

"An administrative regulation, of course, is not a 'statute.' While in practical effect regulations may be called 'little laws,' they are at most but offspring of statutes."  *U.S. v. Mersky*, 361 U.S. 431, 437 (1960)   The Supreme Court has always construed the Criminal Appeals Act narrowly, limiting it strictly "to the instances specified." *United States v. Borden Co.,* 308 U.S. 188, 192 (1939). See also *United States v. Swift & Co.*, 318 U.S. 442 (1943).

Here the statute, section 7201 and 7203 are "not complete" by themselves, since they merely declare the range of its operation and "leaves to its progeny the means to be utilized in the effectuation of its command."  Id. 437   But it is the statutes of 7201 and 7203 which create the offense of willful failure to file tax returns and willful tax evasion "and provides the punishment for violations."  Id.  Once promulgated, regulations, called for by the statute itself, have the force of law, and violations thereof incur criminal prosecutions, just as if all the details had been incorporated into the congressional language. ***The result is that neither the statute nor the regulations are complete without***

18

*the other, and only together do they have any force*. In effect, therefore, the construction of one necessarily involves the construction of the other.

The indictment in this case was dismissed with prejudice and failed to identify any specific provisions from the Internal Revenue Code that either section 7201 (*Any person who willfully attempts in any manner to evade or defeat any tax imposed by this title or the payment thereof*) or section 7203 (*Any person required under this title ...or by regulations ...to make a return....at the time or times required by law or regulations...*) relied upon in the Government's imposition of its tax crime theory.

When Congress passed the 1995 PRA they added a paragraph to section 3512's reach for protection of the public by saying:

> b) The protection provided by this section may be raised in the  form of a **complete defense**, *bar*, or otherwise at any time during the agency administrative process or judicial action applicable  thereto.

At the time decisions of some Circuits regarding application of the PRA, dealing with the 1980 PRA, seemed to divide on whether the IRS was exempt from the reach of the PRA.  Congress in 1995 settled that issue and made certain it was crystal clear Congress intended in 1980 to "eliminate" any exemptions for any federal agency, INCLUDING THE INTERNAL REVENUE SERVICE.  *See Exhibit 6, pg. 117 House Report (page 8)*

Even the 8th and 10th Circuits agreed with the Supreme Court that the 1040 form was a typical information collection request form subject to the PRA.  See *U.S. v. Holden*,

963 F.2d 1114 (8th Cir. 1992) quoting *United States v. Dawes*, 951 F.2d 1189, 1192

(10th Cir. 1991).("As long as the 1040 form complies with the [PRA], nothing more is

required." Id. at 1193).

So, with the only test by the 6th, 9th and 11th Circuits being whether the requirement

to file a tax return derives wholly from a single specific provision of the Internal Revenue

Code was rejected and denounced by the Commissioner in the 1996 instruction booklet

(6001, 6011, 6012(a) and their regulations)(and in every booklet since),  as well as in

1995 by Congress when they explained there were no exemptions whatsoever to the

application of the PRA or the reach of its protection (describing as "complete defense"

and "bar").  If this is not enough to convince this Court, then there is 5 CFR 1320.3(j)

which defines what OMB inputs the meaning of "penalty" under section 3512. To be.

Under this section, penalty is defined as:

> "includes (not limited) the imposition by an agency or COURT of a fine or
> other punishment; a judgment for monetary damages or equitable relief; or
> the revocation, suspension, reduction, or denial of a license, privilege, right,
> grant or benefit."

In summary, the requirement to file a 1040 information collection request, being

subject to sections of the Internal Revenue Code that require regulations to enforce, along

with the fact Congress amended the 1980 PRA to make certain no federal agency,

including the IRS, advanced any claim of exemption, as well as to notice the public the

PRA was a "complete defense" and "bar" to any claims of failure to comply with an

information collection request by any executive branch department (agency)(DOJ is

20

defined as agency under Federal Tort Claims Act, under meaning of Executive,

Legislative and Judicial departments), leaves no room to doubt that the reason for the

dismissal with prejudice was because the Government chose to not to risk exposure to the

public of what the evidence showed Mr. Lawrence relied upon in good faith to determine

what the Supreme Court said in *Dole v. Steelworkers*, 494 U.S. 26, at 43 (1990)(The Act

"allow[s] the public, by refusing to answer these [information collection requests], to help

control `outlaw forms'").

The Government dismissed the indictment with prejudice and to say they did so as

a result of the recent revelations of CID agents on the even of trial ignores the evidence,

the jury instructions, the words of the Congress of the United States, The Commissioner

of the Internal Revenue for 25 years, and at least since 1996 as to the PRA, as well as

numerous court decisions, including the Supreme Court, and last but not least, common

sense.

## 5.     Defendant's Fees, Hyde

The Government admits[5] they dismissed the action against the Defendant and that

there dismissal was with prejudice.  They argue "acquittal" by "itself does not suffice".

*Opp. @ 9*   What about dismissal by the Government with prejudice?  Does that suffice?

Defendant was not determined aquitted by a jury of his peers, he was exonerated by the

dismissal of the indictment, entirely, and with prejudice.

---

[5] Glad to see they are not denying they chose to dismiss with prejudice.

There can be no better evidence of bad faith than the Government asking for a continuance of the trial to learn about the PRA on the eve of trial and to then ask for that time to be excluded from the speedy trial act because of the Government's lack of knowledge of the law.   As established in *Cheek* and *Bryan*, there is an exception to the general rule that ignorance of the law is no excuse, and the Government's ignorance of the law was not listed by the Supreme Court in *Bryan* or *Cheek* as one of those exceptions.  The exception is for Defendant not the Government.

Equally appealing is the affidavit of CID Agent McBride wherein she and Agent Shawgo admit  they never looked at the evidence against the Defendant until two days before trial. *See Docket # 31-2, pg. 2,3,4 and  GENERALLY*  Imagine that?   If never looking at the evidence to verify whether the Defendant was required to file a tax return, or whether the evidence did not support such a claim, or that the Defendant should have been protected by the Government, does not establish bad faith, Counsel for the Defendant is at a loss for what would qualify.

## B.  PAPERWORK REDUCTION ACT

Then, on page 9, the Government argues that "to be eligible for fees as a result of having prevailed on a legal defense..."   What legal defense did the Defendant prevail with?  The Government says it dismissed because it was so wrong about the evidence not that the dismissal was based upon any legal defense, like, lets say, the PRA[?].  Hmmm.

Next, this sentence is startling:

22

"The PRA does not shield him from prosecution for tax evasion and failure to file tax returns. All the cases reviewing this issue find for the government.  Defendant has cited no cases supporting his position and there are none."

*Opp. @ 10*

What?  Can we look at that again:

"The PRA does not shield him from prosecution for tax evasion and failure to file tax returns. All the cases reviewing this issue find for the government.  Defendant has cited no cases supporting his position and there are none."

This is it.  This is the only argument the Government makes about the Defendant's

PRA claims?  Defendant has cited above to numerous cases, the Supreme Court,

Congress, the Commissioner of the Internal Revenue Service and even the legislative

history to support his claim.   And all the Government can say is:

"The PRA does not shield him from prosecution for tax evasion and failure to file tax returns. All the cases reviewing this issue find for the government.  Defendant has cited no cases supporting his position and there are none."

This statement alone should be enough to overnight the check to the Defendant

with no scratches of the head whatsoever.   The Government cites to the "long established

law" theory that the PRA "is not a bar to prosecution of a taxpayer who, like the

defendant, fails to file his tax returns or attempts to evade his taxes."  *Opp. @ 12*

The Government attempts to footnote that the forms for 1999, 2000 and 2001,

display "OMB numbers".   Saying this, the Government is fully aware that the argument

the PRA is not a defense for "prosecution" is inconsistent with making the claim the form

23

1040 has a "number". First, the number displayed, does not make it valid. Second, as the committee report emphasized, "the Senate bill contains a provision which changes the Act's current 'public protection' provision by requiring a collection of information subject to the Act display a notice that a person is not required to respond to the collection of information unless it displays a control number which is valid." *Exhibit 6, page 248 (36)*

So, in 1980 the public protection was current number and the test after 1995 is a valid number. It is interesting the Government wishes to argue the PRA in a Motion for Fees rather than in front of a jury. Although the Government points to a statement in the instruction booklet about "If you do not file..." but no where is this statement written on the information collection request form 1040, tax form, the request requiring valid approval or anywhere else subject to OMB approval.

The Government, when explaining the "argument goes" turns to *Salberg v. U.S., 969 F.2d 379* (7th Cir. 1992) for the proposition that "these arguments have been uniformly rejected by all courts that have considered them, including the Seventh Circuit." *Opp. @ 13* In explaining the law applicable, the Government cites on this same page the PRA of 1995. Now how does the Government argue that the PRA of 1995 has "been uniformly rejected by all courts that have considered them" as of 1992? Hmmm. Just isn't logical. There is no doubt that the "complete defense" or "bar" language contained in the 1995 version of section 3512 was not in the language of the 1980 PRA Act as well as Congress added this language for purpose of "consistency and

24

clarity, and to unequivocally cover all collection of information..." *Exhibit 6 @ 216-217 (pg. 53)*

Then, the Government says Defendant's argument has been rejected by all Courts. Not only is this not true, it shows the vexatious and frivolous nature of the prosecution of this case. Firs, section 3512 is entitled "public protection" and the Government is arguing to this Court that the Defendant does not deserve the public protection Congress demanded he receive. On page 14 of the Government's opposition they argue admitting instruction booklets are not subject to the PRA, as Defendant clearly agrees, and then they also argue that what is written in the instruction booklets about "If you do not file a return.." somehow saves the PRA violations. The instruction booklets cannot save the PRA violations.

The tricky words of the Government shows their intent. They argue "As the Seventh Circuit noted in *Salberg*, every court to consider the PRA defense to failure to file tax returns has rejected it." *Opp. @ 14.* This statement is false and intentional. The Seventh Circuit said in *Salberg* that:

> Statutes are not subject to the PRA and, as the government points out in its brief, **every court that has considered the argument that the regulations and the instruction books promulgated by the IRS are within the scope of the PRA has rejected it.** See United States v. Kerwin, 945 F.2d 92, 92 (5th Cir. 1991) (per curiam); United States v. Wunder, 919 F.2d 34, 38 (6th Cir. 1990); Brewer v. United States, 764 F. Supp. 309, 316 (S.D.N.Y. 1991); United States v. Karlin, 762 F. Supp. 911, 912-13 (D.Kan. 1991); United States v. Crocker, 753 F. Supp. 1209, 1214-16 (D.Del. 1991). We do the same.

25

The Government says that the "failure to file a tax return" was the rejected claim the Seventh Circuit in *Salberg* rejected. The Salberg Court, said it was rejecting, as every other Court had, the claimed defense regarding "the regulations and the instruction books" lacked OMB approval. Not the failure to file tax returns, tax forms, information collection request forms and the all such request forms.

Defendant agrees the 11th Circuit, 9th Circuit and 6th Circuit have all previously determined the IRS was exempt from the PRA under the statutory origin theory but that theory has been since rejected by Congress, the Commissioner of the Internal Revenue, and prior to the 1995 PRA, this theory was rejected by the 8th Circuit in Holden (1992) and 10th Circuit in *Collins* (1990) and *Dawes* (1991). The Commissioner always rejected this in the instruction booklets where he said the legal right to ask for this information is section 6001, 6011, 6012(a) and their regulations. *Exhibits 3,4,and 5*

The legislative history report from Congress states that one of the reasons for the 1995 changes was to overrule a portion of the Supreme Court's decision in *Dole v. Steelworkers* which stood for the proposition third party requests were not subject to the reach of the PRA of 1980. Congress said they repudiated that holding by passage of the 1995 PRA. *See Exhibit 6 at pg. 165 of the report.* If the Government is allowed to ignore the legislative history of the PRA of 1995, then they equally could claim third party requests at issue in *Dole* are not subject to the PRA. This of course would be equal to the nonsense they argue that information collection request form 1040 is not subject to

the PRA.

How could anyone even argue that the "duty to file tax returns was a statutory requirement" without identifying the statute imposing the complete requirement?   The legislative history of the 1995 PRA should put to rest the arguments the Government claims in 1992 were excepted by the 11th Circuit in *U.S. v. Neff*, 954 F.2d 698, 699 (11th Cir. 1992).

Then there is the blatant misleading of this Court by the Government in their response.   They direct this Court to *U.S. v. Holden* and *U.S. v. Dawes* for the proposition that "defendants appealed their conviction for their failure to file tax returns alleging that the IRS tax return forms did not have valid OMB numbers and, therefore, the PRA prohibited their prosecution."  *Opp. @ 15* Lets see, where do we begin.

The 10th Circuit described the issue in *Dawes* as:

The issue in this case is whether the lack of Office of Management and Budget control numbers required by the Paperwork Reduction Act on the relevant **federal tax regulations and instructions** prevented the district court from convicting[fn1] the appellants for their failure to file income tax returns for the years 1981 through 1983. Because we agree with the district court that such numbers are not required for these documents, we affirm.**[fn2]**

See this little footnote "2", the 10th Circuit said in this little footnote:

In response to a question from the court during oral argument, counsel for the government indicated that the government did not have a unified federal position regarding this issue. Given the fact that the issue is one of national scope which affects the tax revenues of the United States, **we find this posture regrettable.**

There is no mention in *Dawes* of any claim the Form 1040 "did not have valid OMB numbers".  In fact, the words were "current" control numbers according to the 1980 PRA and the decision therein:

> Notwithstanding any other provision of law, no person shall be subject to any penalty for failing to maintain or provide information to any agency if the information collection request involved was made after December 31, 1981, and does not display **a current control number** assigned by the Director [of OMB], or fails to state that such request is not subject to this chapter.

There was no question raised in *Dawes* about whether the OMB number was current or valid.  This is simply an intentional act to mislead this Court.  Further misleading by the Government is found in its referencing to criminal cases prior to the PRA of 1995 and then turning to "It is expected that the defendant will argue that these cases were all decided under the PRA of 1980, the PRA was amended in 1995 and, therefore, the above cited cases are inapplicable."  *Opp. @ 17*

The Government argues a single  Tax Court case from Tax Court, that only has jurisdiction to decide factual issues involving income tax liability, is claimed by the Government in their response being replied to herein, to be the sole authority it relied upon to prosecute the Defendant.  The Government considering and rejecting whether the PRA of 1995 applies to the criminal penalties at issue in the dismissed with prejudice indictment at issue herein.   Tax Court is a court of limited jurisdiction and in *Commissioner v. McCoy*, 484 U.S. 3, 7 (1987) the Supreme Court held:

28

Interest on a tax deficiency is separately mandated by 26 U.S.C. § 6601(a). A penalty that accrues under § 6651(a)(3) is also separate and **outside the scope of the petition to the Tax Court**. The deficiency asserted here was not assessed, and could not have been assessed, until after the Tax Court had rendered its decision. See § 6213(a). **The Tax Court is a court of limited jurisdiction and lacks general equitable powers.**

So, the Government turns to place equity power in the Tax Court, which is specifically forbidden by the Supreme Court, to somehow explain how the PRA does not apply as a "complete defense" or "bar" from prosecution involving the penalty announced by Congress under section 7201 and 7203. Incredible!  Since when did Tax Court have jurisdiction to overrule the Commissioner of the Internal Revenue, Congress, the Supreme Court, the Circuit Courts and the obvious that the phrase "any penalty" means every penalty?

The Government, struggling to stay a float, turns to the Western District of Michigan (W.D. Mich. 1999)(a District under control of the 6th Circuit)(See *Wunde*r),in *Fabre v. U.S.* 69 F. Supp. 965, 969 for support that IRS summons do not have to comply with the PRA.  That somehow this exempts the IRS in regard to the form 1040.  44 U.S.C. § 3518 exempts summons because they are issued during an investigation.   The 1040 form is not issued during any investigation, and if it was, Defendant is certain issues like the fifth amendment would cause great concern to achieve compliance to every member of the public, not just the Defendant.

Then, of course, the decision announced on June 21, 2006, in *Springer v. U.S.* 06-0110 (N.D. Oklahoma, wherein the Chief Judge of the Northern District decided that it

29

was "settled law" the "requirement to file a tax return is mandated by statute, not by regulation" and "such explicit statutory requirements are not subject to the PRA".

*Defendant's Exhibit C, pg. 4*

Setting aside that the decision in *U.S. v. Dawes* does not say what the Chief Judge said it said. Setting aside the fact the Court in *Dawes* actually said:

> We would be inclined to follow the general analysis of Wunder and Hicks and hold that the operation of the PRA in these circumstances did not repeal the criminal sanctions for failing to file an income tax return because the obligation to file is a statutory one. **However, we are not compelled to rest our opinion on the *statutory origin theory* because we find the analysis of other courts which have considered the issue to be persuasive.**

Or that the Court in *Dawes* said:

> While we acknowledge that tax forms are information collection requests, Dole, 110 S.Ct. at 933; *United States v. Collins*, 920 F.2d 619,....

And:

> The 1040 form is the information collection request which arguably must comply with the PRA

And:

> As long as the 1040 form complies with the Act, nothing more is required

*Dawes,* supra

Setting aside all this, there is the issue of how the Government could rely upon a Tax Court decision from 2006, a district court decision from 1999 dealing with IRS summons, and a decision entered 39 days after the Government filed its Motion to Dismiss with prejudice to justify its claim it did not dismiss with prejudice each of the 6

30

Counts of the indictment based upon the clear violations of the PRA.    It is clear the

Government has made argument in their response that blatantly ignores the PRA of 1995

or the reasons for its enactment.  The Government blatantly ignores the Commissioner's

words from 1981 and 1996 respectively in order to arrive at its complete statutory

command theory.   This statute should be labeled the lone stranger.

Just for the record, Mr. Springer has filed a Judicial Complaint with the 10th

Circuit Court of Appeals Executive Office dated June 22, 2006,  and is currently pending

before the Chief Judge of the 10th Circuit as well as the docket in Mr. Springer's case

indicates he filed a Notice of Appeal of the Chief Judge's decision less than 24 hours

after the decision was posted on pacer. *Exhibit 7, Judicial Complaint*; *See also Exhibit 8,*

*Notice of Appeal by Mr. Springer*

It is interesting the Government points to 5 CFR 1320.6(e) for the statutory origin

theory utilized in this case to explain away dismissal with prejudice was "26 U.S.C. §

6011" while the 6[th], 9th and 11th Circuits, prior to the 1995 PRA passage,  point to 26

U.S.C. § 6012(a) for the sole statutory origin command by the legislature.  Then there is

the Commissioner's 6001, 6011, 6012(a) and their regulation theory.

Counsel for the Defendant has looked in each of these sections and without more

these sections are meaningless to lift up  the command the Government claims is inherent

in section 6011.   None of these sections put on notice what the intended target is to do or

explain at what point the duty has been satisfied.  Likewise, none of these sections

explain the criminal threat for failure to file or tax evasion or any penalty suggestions for getting it wrong.

The Government wishes to say the requirement is a statutory one and then turns to regulations to explain an exemption not available to the IRS at 5 CFR 1320.6. *Opp. @ 18* Furthermore, section 6011 has the term "regulation" all over its intentions. Yet the Government decides to argue the requirement is "statutory" and "not by regulation." Just ask a simple question. If the public was allowed to ignore all "regulations" because the duty is solely and completely 100 % a command of Congress at section 6011, then why would it take over 60,000 pages to state what is so purportedly said in one section of the Internal Revenue Code? The Defendant just needs one page, a copy of section 6011, and that understanding would then be over. It does not take long for anyone to look at section 6011 and say ok, what regulations and forms apply to this statute? At this moment, the statutory origin theory withers miserably on the hot bed of dead theories.

Then there is the exempt amount, the notice requirement, and why the IRS stamps an OMB number on Form 1040 if the form did not need approval. If the Government wishes to argue pre-elimination of their exemption in the 1980 PRA and that reaffirmation in the 1995 PRA, then reading what the 1980 PRA says should settle this dispute. There, Congress said:

> Notwithstanding any other provision of law, no person shall be subject to any penalty for failing to maintain or provide information to any agency if the information collection request involved was made after December 31, 1981, and does not display a current control number assigned by the

Director [of OMB], **or fails to state that such request is not subject to this chapter.**

"Or fails to state that such request is not subject to this chapter." Defendant obviously derived his knowledge from past actions of the IRS. There is no where on any Form 1040 from 1981 through 1994[6] where the IRS informed the public that the Form 1040 was not "subject to" the chapter regarding approval under the PRA of 1980. No where. Yet, the statutory origin theory is arguing that the requirement to file form 1040 is not subject to the PRA because of the "statutory command" theory. *See Exhibits ,9,10,11,12,13 and 14 Form 1040 for 1990 through 1995*.

The Government cannot advance the argument that the Form 1040 is in complete compliance with the PRA of 1995 or 1980. They are in violation of the Commissioner's words, Congress' words, the Supreme Court's words, and even common sense. They then turn to the Fed.Reg 30438 to explain "proposed rule changes relative to the PRA of 1995. Again, instead of turning to the specific provision of the tax code that "required" the duty to file, which is not the penalty provision of section 7201 or 7203, the Government turns everywhere but to section 6001, 6011 and 6012(a) and their regulations to explain the duty.

The Government attaches an "Exhibit B" which lists out the 1999, 2000, and 2001 Form 1040. This Court should note that the OMB # 1545-0074 is the same on the 1990

---

[6] There is no application for the 1995 1040 form due to the Government shut down yet countless men and women went to prison and millions more were penalized regarding Form 1040.

through 1995 Form 1040 that also appears on 1999, 2000, and 2001.   44 U.S.C. §

3507(g) places a three year limitation on issued OMB numbers requiring an "expiration

date".  It is clear that OMB # 1545-0074 has appeared for well more than three years

without an expiration date and as of January 3, 2006, this same number appears on

numerous other IRS Forms previously designated with their own expired OMB number

not procuring the worn out and abused OMB # 1545-0074.  *See Exhibit 15, 16 and 17 for*

*examples of forms with designated numbers distinct from 1040 and Exhibit 18, 19 and 20*

*for these forms now appearing with OMB # 1545-0074 same as 1040 in 2006.*

The Government points to the legislative history and says that 5 CFR 1320.6(e)

stands for the position that "no legislative history pertinent to the PRA of 1995...suggests

that Congress intended to change this Court interpretation of 44 U.S.C. § 3512.   *Opp. @*

*20*     This maybe true dealing with "paperwork duties imposed" solely "upon by statute"

but the question is what specific provision "imposes" the duties to provide information

upon information collection request Form 1040?  Counsel for Defendant nor Defendant

can find any specific provision that mentions Form 1040, implements Congressionally a

copy of the form required, the trigger that activates section 6012(a), or if you must,

section 6011, in the first place, regarding the "exempt amount" or any other way that

could be relied upon by the Government to stand on the sole and complete one specific

provision command theory (the lone stranger).

Furthermore, the Government has not identified any specific provision that

34

supports its position either the position held at the time of dismissal with prejudice or at the time they drafted the response to Defendant's Motion for Fees and Costs.

Once the Government explains where the "exempt amount" comes from, and that the numerical value for the years 1999, 2000, and 2001, appearing on Form 1040 as "standard deduction" were written by the IRS, not Congress, and these numbers did not ever derive from any specific provision, the statutory origin theory lays flat with no more buyers to this worn out fiction. Theory and fiction. Somehow, these words best describe the origin of the requirement to file a Form 1040.

One thing is for certain, the Government's non unified position on the PRA is soon to receive the review of jurists across this great country. A prosecutor being labeled to have argued so emphatically against protecting the public most certainly had to understand the choice he made both to ignore the PRA, the public protection, the words of Congress and the Commissioner of Internal Revenue, and to make this decision, knowingly and willingly, only lends to the claim by the Defendant that it was done intentionally.

It is worth noting that the Government in this case went from being in need of 30 days to learn about the 1995 PRA law to becoming the foremost authority on how to explain the PRA's evisceration. And then they claim that "the Government did not and would not dismiss an indictment based upon the defendant's proposed PRA defense." *Opp. @ 20* How can they say that when on May 10, 2006, they were begging for 30 days

35

to learn about the law they clearly should have already known about?   Maybe they just misrepresented the reason for the requested 30 day delay to the Court.

Maybe America should get the picture that the IRS does not look at evidence and can easily assist in obtaining indictments from Grand Juries [7] while prosecutors will say anything to avoid the truth of the matter so as  the public will not look close enough to the facts which otherwise would have been presented in court at trial.  Dismissal with prejudice is dismissal with prejudice.   To read the Government's view, they dismissed the case to do the Defendant a favor and for the Defendant.

The last pages (21-22) of the Government's explanation cries of cover up.     The Government spends currency on explaining why they had a case against the Defendant. Explains all the case law and elements as if they understand it fully.  For instance, "the government needs to show that the defendant was required to make a return and he willfully failed to do so."  *Opp. @ 21*   They also admit a "tax deficiency" is not an element to Counts 4, 5, and 6.  Id.  The Government says they "had evidence to establish these elements."  Id.   What is even more startling is the statement "The Government had evidence that the Defendant had gross income in amounts that exceeded the minimum filing threshold."  Id.   The Government even admits they only had to prove a deficiency was owed and not some "mathematical certainty" for the tax evasion charges in Counts 1, 2 and 3. Id.

---

[7]  Ham sandwich comes to mind!

Defendant looked into section 6011, remember, the statutory origin theory, and no where does the words "minimum filing threshold" appear.   Maybe the Government could tender the Court and Defendant a copy of their section 6011 which they rely upon to make this claim.  Or maybe the Government would like the phrase "minimum filing threshold" to be the same as the "standard deduction" on the Form 1040 or the "exempt amount" relied upon to trigger section 6012 that appears no where in the Internal Revenue Code for years 1999, 2000 or 2001.

To read the Government's explanation should show any reader of this Reply that one thing is for certain.   The origin of the requirement to file an Information Collection Request Tax Form called "1040" is a complete and utter mystery.  It is time the Government and the IRS start complying with the PRA and a good start will be for this Court to order the United States to write the Defendant a check to repay the Defendant for the costs he incurred in having to defend his interest in his liberty that Congress directed the United States Attorneys to do.

**C.    REASONABLE ATTORNEY FEES**.

There is no example given by the Government regarding any case where, if the attorney fees were reasonable, the hourly rate should be limited to $ 125.00.  Defendant is certain that the same inflation that has plagued this Country, and the Government, is understood to have found its way inside the house of Counsel for the Defendant.

Had the Defendant been forced to defend his liberty the trial of this cause would

37

have resulted in much greater expenses than that currently being sought by Defendant.
Having to prove the reason for dismissal only makes those expenses go up and
Depositions of Agent McBride and Shawgo will only add to the already mounting
expenses.

To premise the dismissal on the "miscalculation" theory flies directly in opposition
to the Government's own words on page 21 of their response.  It just makes no logical
sense.   Regardless of why the Government dismissed the indictment and chose to close
that door for ever as to these tax years, whether it be because of the sloppy work of the
United States Attorney's Office in the Central District of Illinois, or whether it was that
the U.S. Assistant Attorney decided to protect the public and now he wishes the public
not to know why he dismissed with prejudice, the outcome is the same.  The charges were
dismissed and Defendant is out thousands of dollars in defending charges the
Government chose they could not prosecute on the even of trial and after Defendant had
been put to great expense.

If not, then the U.S. Attorney can obtain an indictment, cause penalty protestors to
spend numerous dollars to defend the threat against their liberty, only for at the last
minute, the Government be allowed to dismiss the charges "with prejudice" and then
claim they had a shot at a slam dunk they chose not to take.

**D.      CONCLUSION**

Defendant respectfully request this Court carefully read between the lines on the Government's response and come to the learned conclusion the PRA does apply as a complete defense and bar to claims involving penalty for failure to comply with Form 1040, pursuant to the 1995 PRA, the Commissioner's words, Congress, the Supreme Court as well as common sense and logic, holding that if the Defendant can prove said violations that this would negate any penalty sought by the Government in the indictment, find the answers the Government gave for dismissal admits the Government was more than sloppy in bringing the indictment against the Defendant and that accordingly, the Government be ordered to write a check to the Defendant for the amount claimed in the Motion for Fees filed by Counsel herein.   Since this Court has not considered the violations of the PRA, because the Government dismissed the indictment with prejudice, Defendant would request a full hearing on the violations of the PRA, prior to this Court ruling on the Motion for Fees so Defendant can make a full record of said violations to help protect the public who find themselves not being protected by the same United States Government in the not so distant future.

By:   /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
2120 North B Street
Fort Smith, AR 72901
(479) 573.0726 phone
(479) 573.0647 fax
oscar@oscarstilley.com

## CERTIFICATE OF SERVICE

I, Oscar A. Stilley, certify by my signature above that a copy of the foregoing was delivered by CM/ECF this June 27, 2006 to: Gerard A. Brost, Assistant US Attorney, Suite 400, 211 Fulton Street, Peoria, IL 61602.

1

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE CENTRAL DISTRICT OF ILLINOIS |
| 2 | |
| 3 | |
| | UNITED STATES OF AMERICA,          ) |
| 4 |                                                  ) |
| |            Plaintiff,                 ) Criminal No. |
| 5 |                                                  ) 06-10019 |
| |      vs.                                      ) Peoria, Illinois |
| 6 |                                                  ) April 28, 2006 |
| | ROBERT LAWRENCE,                    ) |
| 7 |                                                  ) |
| |            Defendant.                 ) |
| 8 | |
| 9 | |
| 10 |            HEARING ON PRE-TRIAL MOTIONS |
| 11 |                    BEFORE: |
| 12 |        HONORABLE MICHAEL M. MIHM |
| |            United States District Judge |
| 13 | |
| 14 |              APPEARANCES: |
| 15 |          GERARD BROST, ESQ. |
| |          K. TATE CHAMBERS, ESQ. |
| 16 |        Assistant United States Attorneys |
| |          200 Fulton Street, Suite 400 |
| 17 |          Peoria, Illinois  61602 |
| |        (Appeared on Behalf of the Government) |
| 18 | |
| 19 |          OSCAR A. STILLEY, ESQ. |
| |            2120 North B Street |
| 20 |        Ft. Smith, Arkansas  72901 |
| |        (Appeared on Behalf of the Defendant) |
| 21 | |
| 22 | |
| 23 |          Karen S. Hanna, C.S.R. |
| |          U.S. District Court Reporter |
| 24 |          Central District of Illinois |
| | Proceedings recorded by mechanical stenography, transcript |
| 25 |  produced by computer |

2

1          THE COURT:  This is the case of the United

2     States of America vs. Robert Lawrence, criminal number

3     06-10019.  The defendant is in court represented by his

4     attorney, Oscar Stilley.  The United States is represented

5     by Tate Chambers and Jerry Brost.  The matter is set today

6     for pre-trial conference.

7          I looked over the pleadings in preparation for

8     this hearing and I note that there was a motion for a bill

9     of particulars.  At least that was filed actually before

10    arraignment and the magistrate made some preliminary

11    findings in regard to that.  I believe that in terms of

12    the disposition of motions like this, I think ultimately a

13    decision on a motion for bill of particulars would have to

14    be made by me as the district judge in the case, so I've

15    read all the pleadings in relation to that.  If either

16    side has any additional comments or arguments to make on

17    the appropriateness of a bill of particulars, I would be

18    happy to hear them now.  Mr. Stilley, do you have any

19    additional comments?

20         MR. STILLEY:  Your Honor, we would simply stand

21    on the written pleadings.

22         THE COURT:  I did want to ask you a question on

23    that.  Excuse me while I find the right spot here.  In the

24    Government's brief, they cite to this Dunkel case and, as

25    I read it, the Dunkel case, Seventh Circuit case, stands

3

1    for the proposition that charges under Section 7201 are

2    not duplicitous on the basis that the statute creates two

3    crimes, that is evading the assessment of taxes and

4    evading the payment of taxes.  What is your response to

5    the citation of that case?

6        MR. STILLEY:  Your Honor, if it please the

7    Court, the response that we would have is that this case

8    went to the U.S. Supreme Court and was reversed on the

9    grounds that it did not comply with Cheek and in a

10    situation like this we don't have really --

11        THE COURT:  It wasn't reversed on this ground,

12    was it?

13        MR. STILLEY:  Well, it was not specifically

14    reversed on this ground.

15        THE COURT:  Then it wasn't reversed on this

16    ground.  I mean, the Supreme Court is usually pretty

17    careful about the grounds on which they reverse cases.

18    The fact that if you had four issues raised in the Supreme

19    Court and they said, "For this reason, one of those four,

20    we're reversing the case", I don't see how that reverses

21    every one of those four rulings.  Is that what you're

22    saying?

23        MR. STILLEY:  Well, here is what I would say.  I

24    think that the ruling concerning digging in the trash is

25    probably still good law.  The rest of it, I would say, is

4

1    not good law for this reason.  The U.S. Supreme Court

2    didn't do a detailed analysis of this and, as a matter of

3    fact, as we all know, probably only 1 to 2 percent of the

4    cases where the petition for cert. is requested will

5    actually be considered on the merits by the U.S. Supreme

6    Court.  What the U.S. Supreme Court said was, "Consider

7    this case in light of the Cheek decision."  So the Seventh

8    Circuit came back and said, "Well, yes, we're wrong."

9    They did mention the digging of the trash aspect and said

10    that continued to be good law.  I would say that this

11    should not be considered good law on the point we're

12    talking about here today for a number of reasons, not the

13    least of which is that other cases out of the Seventh

14    Circuit --

15         THE COURT:  What did you say?

16         MR. STILLEY:  Other cases out of the Seventh

17    Circuit indicate the opposite.

18         THE COURT:  After Dunkel or before?

19         MR. STILLEY:  Actually I think that's before.  I

20    think the one I cited is before, but Dunkel didn't

21    acknowledge the previous case and say, "Look, we're going

22    to overrule this previous case."

23         THE COURT:  Well, I'm left to deal with what

24    they said in Dunkel.

25         MR. STILLEY:  Yes, we have to deal with what

5

1    they said in Dunkel, but the Supreme Court asked the

2    Seventh Circuit to reconsider.  The Seventh Circuit

3    reconsidered.

4        THE COURT:  They didn't ask them to reconsider

5    on this point.

6        MR. STILLEY:  No, they didn't, but when you have

7    a case where the language is diametrically opposed on a

8    previous case and the decision that has this conflict has

9    had to be abandoned because of the Supreme Court decision,

10    I would respectfully submit that the proper place to go is

11    back to the case where you do have solid and sound law.

12        Let me say this.  I like to kind of look at a

13    case from the end and work back and the jury instructions

14    say -- there are two separate jury instructions for the

15    two branches of tax evasion.  If we decide that this is

16    not duplicitous in this first three counts in the case

17    we're going to decide, we have to decide how do we handle

18    this.  Do we take all the elements of both of the branches

19    of tax evasion and put all of them into -- do we merge the

20    two jury instructions or do we take one or the other?  We

21    could pick number one and give it to the jury, pick number

22    two and give it to the jury, or we could send both to the

23    jury and say, "If you find either one, you're home free."

24    If you send it to the jury and say, "If you find either

25    one of these, you're home free", it would seem to me

6

1    that's a task of omission, but you have two offenses.

2        THE COURT:  Well, I don't agree with that.  It

3    seems to me that you could say to the jury, "Do you have

4    either one of these?"  If you find the existence of either

5    one of them unanimously and beyond a reasonable doubt, I

6    don't see how that's duplicitous.  The worries, as I

7    understand it, of the duplicitous situation is that you

8    would have a jury return a verdict of guilty, but with a

9    question remaining did all 12 agree that a particular

10    crime occurred.  And I just don't see that as an issue.  I

11    agree it will have to be addressed in the jury

12    instructions.  Does the Government have anything to add to

13    this?

14        MR. BROST:  No, Your Honor.

15        THE COURT:  All right.  Let me also ask, tell me

16    what the Government has done to provide discovery to the

17    defendant.

18        MR. BROST:  Your Honor, we've tried to adhere to

19    our open file policy in this case and we've -- just today

20    I have presented documents previously reviewed by the

21    defendant and his counsel and we have submitted to him

22    today documents Bate-stamped number 1 through 588.  Those

23    are all the documents which we believe pertain to the

24    particular charges in this case.  There are other

25    documents that are in the IRS file pertaining to this

7

1  defendant and those documents are subject to the notice of

2  non-disclosure which we just filed today and I will

3  address those if the Court wishes.

4       THE COURT:  Let me ask you this question.  Do I

5  understand -- am I correct in reading the indictment that

6  each of the counts in the indictment address only what he

7  did or did not do himself in relation to his own tax

8  obligations as opposed to what he did or did not do for

9  someone else?

10       MR. BROST:  That's correct.  It is his actions

11  that are the subject of the indictment.

12       THE COURT:  Is that also true regarding what the

13  evidence will be in the case or is the evidence presented

14  going to be broader than that?

15       MR. BROST:  The evidence itself may be broader

16  than that somewhat because we have a willfulness element

17  to establish and that willfulness element will include not

18  only his actions taken with respect to the Internal

19  Revenue Service filings, but also statements made and

20  documents disseminated at his employment.

21       THE COURT:  But I guess what I'm trying to get

22  to, in looking -- I didn't have time to study it, but in

23  looking at the pleading you made today, this additional

24  evidence, is that going to go so far as to address issues

25  of say tax advice that he gave to other people, things

8

1   like that?

2        MR. BROST:  No, Your Honor, I don't believe so.

3        THE COURT:  Are you telling me then that with

4   the exception of the items that are specifically addressed

5   in the notice of non-disclosure that you are following

6   what is loosely referred to as an open file policy?

7        MR. BROST:  Yes, Your Honor, we are.

8        THE COURT:  Fair enough.  Now let me turn to the

9   other side.  Would you agree with his assessment, his

10  representations as to what his been made available to you?

11       MR. STILLEY:  Yes.  I'm very pleased with the

12  disclosure of documents to us and we're going to

13  reciprocate by providing him, I think, a binder or two of

14  documents of our own.

15       THE COURT:  How voluminous are the documents by

16  the way?

17       MR. STILLEY:  Not dreadfully so.  I think on his

18  side we're looking at maybe four or five inches thick of

19  paper and on our side I'm thinking maybe half that or

20  maybe a little more.

21       THE COURT:  All right.  Well, there are two

22  things I want to ask you to specifically respond to then

23  and those two things are, number one, in view of the

24  disclosure policy and practice of the United States in

25  this case, why is there a need for a bill of particulars?

9

1   Because I'll tell you that in terms of the application of

2   the Dunkel case, I don't buy your application of that, but

3   that doesn't mean that a bill of particulars is still not

4   otherwise appropriate.  But what is there in the

5   disclosure of information here that leads you still

6   scratching your head, if you would, as to what is my

7   client really charged with?

8        Then the second thing is regarding the notice of

9   non-disclosure, if there are items contained in there that

10   you feel you are legally entitled to, if not as part of

11   their open file policy at least as part of the application

12   of the standard rules of pre-trial discovery in a criminal

13   case.  So would you please address both of those points?

14        MR. STILLEY:  Certainly.  If I could start with

15   number two, I have been very pleased to deal with

16   Mr. Brost in this case, especially with respect to

17   discovery, and I haven't had a chance to read the notice

18   of non-disclosure and if we have a problem, I really think

19   we can work it out.  I don't think we'll have to take up

20   the Court's time.

21        THE COURT:  Terrific.  So the way we'll leave it

22   then is unless you do -- unless there is some specific

23   matter that you can't resolve, then I'll assume that there

24   isn't any issue.  If you determine there is a dispute that

25   you can't resolve, I don't want you to sit down.  I want

10

1  you to file something on it as soon as you conclude that

2  you are at an impasse and there's a need for the Court to

3  get involved.

4      MR. STILLEY:  Certainly, Judge.  We will be

5  happy to do that.  Would you like me to address then the

6  first point?

7      THE COURT:  Yes, I would.

8      MR. STILLEY:  Thank you, Judge.  Actually on

9  this situation, I would prefer to think in terms of

10  solutions rather than problems and we know that there are

11  two branches of the evasion statute and we could -- during

12  the course of the trial, we could have problems with a

13  theory switching that could really create some

14  difficulties, but --

15      THE COURT:  Let me stop you a moment.  I assume

16  that the Government could get up at trial and argue that

17  both of these branches had been violated by the

18  defendant's conduct.

19      MR. STILLEY:  That was what they stated before

20  Magistrate Gorman, and of course our position on that is

21  that that is virtually an admission of duplicity, but I

22  don't think I made any traction there.

23      THE COURT:  I understand.  Right.

24  MR. STILLEY:  But --

25      THE COURT:  But I do think -- I mean, if that's

11

1    their claim at trial, that both branches have been

2    violated, then it seems to me that I agree with you

3    completely.  That is something that would have to be

4    carefully addressed in the jury instructions.  No doubt

5    about it.  Anyway, go ahead.

6        MR. STILLEY:  I have a solution here and maybe

7    it will work and maybe it won't, but what I'm thinking is

8    maybe if -- I've looked at the material and based on my

9    reading of this disclosure material, the heart of this

10   case is about an evasion of the withholding tax.  And if

11   we could just agree that that was the branch of the tax

12   evasion statute that he would be prosecuted under, then

13   that would solve the problem and we could bypass this

14   problem and go on, have our trial and see what the jury

15   says.

16       MR. BROST:  Your Honor, to simplify matters,

17   this case under 7201 is where the defendant attempted to

18   evade or defeat the assessment of the taxes.  We will not

19   present evidence that he attempted to evade or defeat the

20   payment of taxes.  We expect that's where the evidence

21   will go.

22       THE COURT:  That appears to be the

23   representation you were looking for.

24       MR. STILLEY:  Okay.  So we're going to take on

25   the branch of the evasion of the assessment of the tax,

12

1    correct?

2        THE COURT:  That's my understanding.  I assume

3    that you may rely on his word as an officer of the Court

4    and if there's -- if that changes for any reason where you

5    wish to put forward a theory at trial that there was an

6    attempt to evade the payment, then I would direct that you

7    provide notice of that immediately to opposing counsel and

8    then we'll assess that situation, but I'm confident based

9    on his representation that that won't happen.

10        MR. STILLEY:  I think that's correct, Your

11    Honor.  Thank you, Judge.

12        THE COURT:  Very good.  So I'm going to show

13    the motion for bill of particulars at this point to be

14    denied with the understanding that in terms of discovery

15    issues that if there is any dispute that arises that

16    counsel are unwilling or unable to resolve, counsel is

17    instructed to let me know about that as quickly as

18    possible so that we can resolve that.  Did you have

19    something else?

20        MR. STILLEY:  Yes, Your Honor, I did, and it

21    relates to some comments by the Court and responses by

22    opposing counsel and it has to do with respect to the

23    question of whether it's Mr. Lawrence's taxes or somebody

24    else's tax obligation that we're talking about here and I

25    think maybe we might solve the problem in a similar

13

1   fashion, just by saying that the charges would only be

2   concerning Mr. Lawrence's obligations and not anybody

3   else's.

4       THE COURT:  Well, I thought that's what he was

5   saying as opposed to something -- as opposed to what?

6   That he and a family member, that he -- I'm not quite sure

7   what you're getting at.

8       MR. STILLEY:  I thought that was right, but I

9   wanted to make sure.  That would solve some other

10  potential questions, prevent those other questions from --

11      THE COURT:  In reading the six counts, it

12  appeared to me that there was nothing in the wording of

13  the indictment that addressed anything other than his tax

14  obligation.

15      MR. BROST:  The United States is only looking

16  for the defendant's tax obligations, that he evaded and

17  attempted to evade and defeat and failed to file tax

18  returns pertaining to his tax obligations.

19      THE COURT:  Now I don't want some little nuance

20  here to come back and bite us later.  I mean, is there any

21  element involved here regarding like a spouse or a family

22  member that's involved in any way?

23      MR. BROST:  We don't think so, Your Honor.

24      THE COURT:  Okay.  There's your answer.

25      MR. STILLEY:  Thank you, Judge.  We've solved

14

1   the problem again.

2       MR. BROST:  Your Honor, just to be careful and

3   cautious here, you asked a question earlier whether he

4   was -- whether we would have any evidence regarding

5   whether the defendant provided any advice, and in fact

6   espousing his theories to other people is part of the

7   willfulness element and we hope to present evidence on

8   that.

9       THE COURT:  But what you're talking about there

10  are, I assume, either conversations that he had with other

11  people indicating what his belief was concerning his

12  obligations under the code or you suggested perhaps some

13  sort of handout or something.

14      MR. BROST:  I am, Your Honor, as well as him --

15  the defendant taking the position that they, too, would be

16  able to evade or defeat their taxes.

17      THE COURT:  But I assume that that

18  information -- if there were discussions with witnesses, I

19  assume that will show up somewhere in the discovery that's

20  available to him.

21      MR. BROST:  I believe it is.

22      THE COURT:  In terms of any documents that he

23  provided, I don't believe any of those documents -- any

24  such document would fall under the non-disclosure.

25      MR. BROST:  That's true.  All such documents

15

1   have already been --

2        THE COURT:  So I don't see that as a problem.

3   If you do, counsel, I would like to hear about it now.

4        MR. STILLEY:  The main thing I want to do on

5   this is make sure we don't run afoul of a potential First

6   Amendment free speech petition or association problem and

7   I think the way we can do that is to leave out any

8   evidence concerning representations made by the defendant

9   to third parties unless that representation shows that the

10   defendant didn't believe what he was saying, in other

11   words proving knowledge.

12        THE COURT:  So you're saying if he espoused to

13   someone else exactly what he himself did, that shouldn't

14   be allowed?

15        MR. STILLEY:  No, that shouldn't be allowed

16   because we're only dealing with his tax obligation.

17        THE COURT:  Doesn't that go to his state of

18   mind?

19        MR. STILLEY:  Well, it would only be relevant if

20   there's evidence that shows that he didn't believe what he

21   was saying.

22        THE COURT:  Well, with all due respect, I don't

23   agree with that, so --

24        MR. STILLEY:  Well, now we have the issue of

25   willfulness here and I think we all know, you know, Cheek

16

1    is the seminal case and then we've got other cases that

2    have come along behind it that say -- that firm up the

3    idea that you have to have subjective bad faith.  It can't

4    be a mistake.  It has to be -- no matter how unreasonable,

5    you have to prove --

6         THE COURT:  It seems to me ultimately it will be

7    up to the jury to decide that based on evidence presented.

8    I'm not willing to, based on what you've just said, tell

9    the Government they can't do that.  If we get into the

10   trial, if there's specific testimony that you feel is

11   inappropriate, I'll consider the objection at that time.

12   I don't know what else to say.  Anything else?

13        MR. BROST:  Yes, Your Honor.  Because we might

14   have some witnesses who will be potentially testifying

15   regarding whether or not they took his advice, then I

16   believe their taxpayer information may become relevant.

17        THE COURT:  Let me stop you right there.

18   Whether they took his advice or not, I don't see how that

19   is relevant to what he's charged with here.  Do you

20   understand what I'm saying?

21        MR. BROST:  I do.  I just wanted --

22        THE COURT:  You may have some different view of

23   it, but frankly I don't -- whether they believed what he

24   said or followed his advice or not I don't think is

25   relevant.

17

1        MR. STILLEY:  Your Honor, I would certainly

2   agree and I think that all of this evidence would have to

3   go to the issue of willfulness.  If there's another

4   element of crime this would go to, I would like to know

5   what that is, especially since we have established that

6   it's only Mr. Lawrence's tax obligations that we're

7   talking about.

8        THE COURT:  That's why I said I don't believe

9   it's relevant whether other people relied on that

10  information or not.  At most, it seems to me the

11  Government should be permitted to introduce the statements

12  as indicating what his state of mind was.  Of course you

13  may well use that statement in closing argument that he

14  didn't act willfully in the sense that the Cheek case

15  established.

16       MR. STILLEY:  Maybe we could solve this problem

17  by saying that -- having a limiting instruction that any

18  such evidence would only come in for the purpose of

19  proving that the defendant did not believe his own

20  statements.

21       THE COURT:  I'll not going to rule on that

22  today.  I'll consider that at the appropriate time.  I'm

23  not going to rule any further than I have today on that

24  point.

25       Let me think about this a minute.  It seems to

18

1    me that there may be some benefit to what you're saying.

2    I mean, I think if evidence is admitted, it's very common

3    for the Court to give cautionary instructions or limiting

4    instructions, so I would certainly consider any

5    appropriate limiting or cautionary instruction and I would

6    like to have your proposals regarding that before we

7    actually have opening statements so that that matter can

8    be properly addressed from the beginning of the trial.  It

9    may well be that there's merit to having a limiting

10   instruction saying any evidence concerning what he said to

11   these other people, it's only admissible for certain

12   specific purposes.  That would be a very common thing for

13   me to do during trial.  So I'm encouraging you to offer

14   cautionary instructions in that respect.  Anything else?

15         MR. STILLEY:  Your Honor, there is one other

16   thing I need to bring to the attention of the Court and I

17   really hate to have to do this, but last Friday at the

18   Arkansas Supreme Court Committee on Professional Conduct,

19   there was a four to three decision to impose a suspension

20   on Oscar Stilley for a period of six months.  That order

21   has not been entered and I've been in contact with the

22   director of the committee, who is in essence the

23   prosecutor, and he has directed me to file a motion for a

24   stay.  I feel strongly that I can get a stay.  I mean,

25   it's a four-three decision.  I just have to, I guess,

19

1  convince one more person to give me a stay pending appeal

2  to the Arkansas Supreme Court.  The nature of the

3  allegation against me was that I had used strident

4  language in a brief that I wrote four years ago and I

5  think everyone involved in it recognizes that there are a

6  lot of substantial issues.  I don't anticipate that that

7  is going to interfere with this trial or post-trial

8  proceedings in any way, but I did want to bring that to

9  your attention so you would know.

10        THE COURT:  I appreciate that.  And I guess from

11  my point of view, you're either licensed to practice or

12  you're not.  As long as you're licensed to practice, then

13  it's appropriate for you to be here representing him.  If

14  that does become an issue, obviously I will prefer not to

15  learn about that when we have a whole bunch of jurors

16  waiting to be selected here.

17        MR. STILLEY:  Certainly, Judge.

18        THE COURT:  Please keep us informed of the

19  status of that.  The last thing I want to talk about,

20  which will also have some effect on this, is the trial

21  date.  I think this is set for trial on May 15 and I want

22  to put counsel on notice that I'm certainly ready to try

23  this case on the 15th if I'm not already in trial.  I'm

24  scheduled to start a trial on the 8th, a civil trial

25  involving a rather substantial dispute among three

20

1   insurance companies, and I've been informed that the trial

2   of that case would go probably seven or eight days, which

3   would not only take up that week but also the next week.

4       I've conferred with my staff about this because

5   my trial calendar this summer is really challenging and I

6   could -- I have other trials set on that date, including a

7   very substantial civil trial that I know would also go,

8   but if this is bumped on the 15th of May, then I will

9   absolutely, positively, categorically guarantee that it

10   would go on June 12 and I wondered if that date, if we

11   come to that, if that date is agreeable.

12       Also, what I would like to do -- this pushes us

13   a little bit close to the brink, but what I would like to

14   do is leave it set for trial on the 15th and I would like

15   to have a status call on the case on May 10, that's a

16   Wednesday, at either 1:00 o'clock or 4:30.  Obviously if

17   something happens to that other case before then, of

18   course I would let you know immediately if it settled.

19   It's not going to be continued.  That's absolutely clear.

20       But what I would like to do is have the phone

21   call on the 10th.  Things happen in these cases.

22   Sometimes once they get into the evidence, then they

23   settle after a day or two of trial.  That's why I'm

24   thinking the best time to do it might be the 10th.  But

25   then if we're still in that trial on the 10th -- some

21

1   judges might just leave you hanging.  I don't like to do

2   that because I know you have to make arrangements for

3   witnesses and your own calendars are affected.  So what my

4   intention would be would be that if that trial is still

5   going full speed ahead and it appears that it's going to

6   take more than four days, that as of May 10 then we would

7   jump to the alternate date so that you would not be left

8   hanging through Thursday or Friday of that week.  Is there

9   any objection to that process?

10       MR. BROST:  No objection.

11       MR. STILLEY:  Your Honor, I don't think there

12   would be any objection.  I don't have my little PDA here,

13   but I'm almost positive that June 12 is open.

14       THE COURT:  If you like, if you want to take a

15   minute, we can get your office on the phone right now if

16   you want.

17       MR. STILLEY:  If I could call you back, call

18   your office within say a couple of hours.

19       THE COURT:  Well, the only problem with that is

20   that if we do need to set a different date, then if it's

21   later than that, I'm nervous about that because I don't

22   like to do things like that unless the defendant is

23   present.

24       MR. STILLEY:  Certainly.  Yes, if I could borrow

25   a phone and call my office.

22

1        THE COURT:  Go ahead.  I'll shut the microphones

2  off and just take a short recess.

3                (Recess taken)

4        THE COURT:  Mr. Stilley, what did you find out?

5  Will June 12 work as an alternate date?

6        MR. STILLEY:  Yes, Your Honor, it will.

7        THE COURT:  I checked with my secretary this

8  morning and the clerk and apparently that's still within

9  the speedy trial period, but in this kind of situation I

10  would normally -- because if there is a reason for a

11  delay, it would only be because the Court is otherwise in

12  trial -- make a finding that the period of time between

13  today and June 12, if that date becomes necessary, would

14  be excludable time for purposes of the Speedy Trial Act.

15  Are there any objections to those findings?

16        MR. BROST:  No, Your Honor.

17        MR. STILLEY:  Yes, we would certainly object to

18  the exclusion of any dates.

19        THE COURT:  All right.  Then I will not -- I

20  will -- if as it turns out I am in trial on the day that

21  I'm supposed to start this trial, then it is my finding

22  that the period of time between today and June 12 is

23  excludable time for purposes of the Speedy Trial Act and I

24  will show that as over objection.  It's a moot issue

25  anyway, I believe, because June 12, as I understand it, is

23

1   within the Speedy Trial Act time, so --

2        MR. STILLEY:  Okay.  Would that simply be due to

3   the congestion of the Court's calendar?

4        THE COURT:  Absolutely.

5        MR. STILLEY:  And if it comes to this, would the

6   days excluded just be the days between May 15 and June 12?

7        THE COURT:  I think that's correct, yes, because

8   the trial date that we had set on May 15, we would be

9   going from here to there anyway, so it would only be the

10   time from May 15 to June 12.

11        MR. STILLEY:  Okay.  For the defendant, we would

12   certainly reserve his objection to that.

13        THE COURT:  I understand.  A few more things in

14   case we don't see each other again before the trial.  In

15   terms of standard operating procedures in this court for

16   trial purposes, it is a common practice -- and I would

17   expect that it would be followed in this case unless I

18   hear some reason to the contrary -- that the parties would

19   exchange a witness list at some point prior to trial.

20   Traditionally that's done say two weeks before trial.

21        By the way, let me also say parenthetically,

22   regarding this status hearing by phone on May 10, if the

23   defendant wishes to be present, in other words if he

24   wishes to participate in that phone call, you will need to

25   give the clerk the phone number where they can call you.

24

1    There's absolutely no problem having you on the phone

2    call, but we need to know what your phone number is.

3          Anyway, as to any exhibits that will be used in

4    the trial, I would expect that they would be marked ahead

5    of time.  I don't want exhibits to be marked during trial

6    unless it's something that you didn't realize the need for

7    earlier because it just amounts to a delay in the

8    presentation of the case.

9          The jurors will have filled out a two-page

10   questionnaire and Connie will -- Mr. Stilley, we'll give

11   you a copy of that right now.  I think you'll find that

12   that's fairly comprehensive, contains a lot of information

13   and drastically reduces the period of time necessary to

14   select a jury.

15         The procedure that I follow that morning is I

16   want you here, all of you, at 8:45 and at that time we

17   will consider a number of things, first of all any

18   additional voir dire questions you want me to ask the

19   jurors.  If you have any such questions that you want me

20   to ask, the deadline for providing those would be the end

21   of business on the 10th actually.  You can fax those to me

22   at 309-671-7375.  But please look at the two-page

23   questionnaire first.

24         Also, the morning of trial I want you to put in

25   my hand a joint witness list that contains the name of

25

1   each potential witness one time so I can read that list to

2   the jury.  The morning of trial the panel will come in --

3   strike that.  I'll meet with you at 8:45 to resolve

4   anything we need to resolve.  If it's not a new panel,

5   then we'll just bring the panel in.  If it's a new panel,

6   you will have to leave briefly while I do an orientation.

7   But in any event, I expect we'll begin jury selection no

8   later than 9:30.

9        Mr. Stilley, while I'm thinking of it, you will

10  need a place or should have a place to store stuff or talk

11  to witnesses or whatever and you can talk to Connie after

12  court today.  She will make arrangements for that so that

13  would be hopefully more convenient for you.

14       When we do start jury selection, the panel will

15  be sworn.  I will tell them what the case is.  I will

16  summarize the charges, but first give them a proper

17  caution about not considering the charge as any evidence

18  of guilt.  I'll introduce everyone seated at counsel

19  tables.  I will read the witness list.

20       Then we'll put 12 people up front and I'll go

21  over all the introductory stuff and I'll go over any of

22  your questions that I have approved.  I will ask those

23  questions.  If there's a need for follow-up on any

24  question where there's any concern at all about the answer

25  being given in the presence of the others or if there's

26

1    anything -- for example, on the second page there are

2    questions about whether anybody in the family has had any

3    problems with law enforcement.  If there's an answer "yes"

4    to any of that stuff, I typically bring the juror over to

5    the side bar, which means over against the wall.  The

6    defendant is welcome to be there, defense counsel,

7    prosecutor.  I would then ask any questions I feel are

8    appropriate.  At the side bar only, when I'm done asking

9    questions counsel will have the opportunity to ask

10   questions directly of that juror, but limited to the

11   reason that we came to the side bar.

12           When I've -- if there's a need to excuse anyone

13   for cause, I will do that.  It's usually evident.  If you

14   feel some juror needs to be excused for cause and I don't

15   seem to have picked up on that, you can ask for a side bar

16   and I'll address that.  When all the questioning is over,

17   if there are additional questions you feel need to be

18   asked, ask for a side bar and I'll consider those.

19           Then when all the questions have been asked, in

20   round one the Government will write any strikes from the

21   entire group of 12 on a piece of paper, tender that to

22   defense counsel.  You will add any names from the entire

23   group of 12.  Then I'll excuse those people.  The

24   Government has six peremptory challenges.  The defense has

25   ten.  The peremptory challenges do not carry over to the

27

1  selection of alternate jurors.  There is no back-striking,

2  which means if you pass over a juror in round one, don't

3  strike them, you cannot go back later in a later round and

4  strike them.  You only will have one opportunity to use

5  that peremptory challenge.  How many days do you expect

6  this trial to last?

7      MR. BROST:  Your Honor, I believe it will

8  probably be three or four days.

9      THE COURT:  Then I would suggest we have two

10  alternates.  The procedure for their selection is that

11  once we have the jury of 12, then we would call 4 more

12  jurors forward.  I'm sorry.  Before we get to the

13  alternates, after you have exercised your peremptories in

14  round one, in round two we fill in the empty chairs, go

15  through the same process.  The only difference is in round

16  two, defense counsel would make your strikes first and

17  give those to the Government.  So you would alternate

18  going first on the strikes.

19      Once we have the jury of 12, then we'll call

20  four jurors up.  I will question all four of them.  Then

21  the Government would strike one juror.  The defense would

22  strike one.  The two remaining jurors would be the

23  alternates in the order in which they were called forward.

24  Is there any objection to that procedure?

25      MR. BROST:  No, Your Honor.

28

1    MR. STILLEY:  There's no objection to the

2    procedure on the alternates.  I'm not sure I totally

3    understand how you did the others.  As I understand it,

4    you bring a certain number out and that's at first and let

5    the Government make certain strikes.

6    THE COURT:  No.  There will be a group of about

7    35 jurors in the audience.  I will call 12 forward.  We'll

8    ask all the questions we want to ask, okay?  Then when

9    we're done with asking questions, then the Government will

10   write down any one out of that group of 12 who they want

11   off the jury and then they will hand that piece of paper

12   to you and you will add any names from the people who are

13   sitting up here.  So maybe the Government excuses two,

14   maybe you excuse three.  So that means there are five

15   people that would be excused.  Then we would fill in the

16   empty chairs and I would question only those five then

17   because the other seven have been approved.  Okay?

18    So in round two, you go first.  If there are any

19   of the five you want to excuse, you do that, hand that to

20   the Government.  They would add any names that they have.

21   Maybe the Government -- maybe you strike one.  The

22   Government strikes one.  That means that we would only be

23   calling forward two people then.  We would go through the

24   same process with them and the Government would then go

25   first in that round.  Okay?

29

1      MR. STILLEY:  Okay.  I see what you're saying.

2      THE COURT:  Anything else today?

3      MR. BROST:  Your Honor, I just have one other

4   matter I just want to say to the Court.  Mr. Stilley

5   suggested that we would probably be able to come to an

6   agreement as far as the disclosure of discovery

7   information and I'm optimistic we can do that.  It may

8   involve a request of the Court to do a protective order

9   regarding certain financial matters of these witnesses and

10   I just want to put the Court on notice we may be sending

11   you a protective order.

12      THE COURT:  I did read that.  To the extent to

13   which it is appropriate that any of that information be

14   shared, I assume that -- for example, a person's social

15   security number, for example, that has no relevance.  I'm

16   hoping you can work something out.

17      MR. STILLEY:  Your Honor, how about we just

18   presume any information that he says is protected is

19   protected unless we have some burning desire to bring it

20   before the Court.  I really don't think we will.  We can

21   save time and trouble.

22      THE COURT:  Okay.  So I'll leave it to you to

23   work it out.  If you can't, I'll work it out for you.

24      MR. STILLEY:  I do have a question.  Do I

25   understand correctly that the Court in this case is going

30

1    to ask all the voir dire questions to the general group?

2         THE COURT:  Yes.  The only exception would be if

3    we have a juror over at the side bar for some specific

4    reason, I will still ask the first questions and then if

5    you have any follow-up on those occasions, you can ask

6    them directly.

7         MR. STILLEY:  And the only people we're going to

8    ask is the group that's -- the 12 that's brought up or

9    whatever other group --

10        THE COURT:  At any given time, only the people

11   sitting in the jury box, right.

12        MR. STILLEY:  Your Honor, if I might, I would

13   like to make a suggestion or a request.  We know how many

14   strikes we have.  Would there be any possibility we could

15   put the entire group in?

16        THE COURT:  No, I don't wish to do that.

17        MR. STILLEY:  We know how many strikes there

18   are.

19        THE COURT:  No.  That's not how we're going to

20   do it.

21        MR. STILLEY:  I understand.  I just wanted to

22   request that, if it please the Court, we would really like

23   to do it that way.

24        THE COURT:  I understand.  Some judges do it

25   that way.  That's not how I do it.  If you have a specific

31

1    objection, of course you can make it, but I'm not willing

2    to grant that request.  Anything else?

3         MR. BROST:  Nothing further, Your Honor.

4         THE COURT:  Mr. Stilley, do you have anything

5    else?

6         MR. STILLEY:  No, Your Honor.

7         THE COURT:  Is there a time on May 10 that's

8    better or worse for that status call?

9         MR. BROST:  Any time is fine.

10        MR. STILLEY:  I don't think I have anything

11   underway on the 10th of May.  I can't remember.

12        THE COURT:  We'll say 1:00 o'clock unless we

13   hear differently from you.

14

15        * * * HEARING CONCLUDED * * *

16

17

18            REPORTER'S CERTIFICATE

19       I, Karen S. Hanna, certify that the
     foregoing transcript constitutes a true and accurate
20    transcript of the original shorthand notes of the
     proceedings had at the time and place aforesaid before
21    the HONORABLE MICHAEL M. MIHM, U.S. District Judge.

22

23           _____
               Karen S. Hanna, C.S.R.
24             License #084-001760

25

**E-FILED**
Tuesday, 27 June, 2006  08:35:23 PM
Clerk, U.S. District Court, ILCD

# In the

# United States Court of Appeals

## For the Seventh Circuit

———————

No. 03-1105

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*v.*

GREGORY R. DANIELS and
SUSAN V. DANIELS,

*Defendants-Appellants.*

———————

Appeal from the United States District Court
for the Eastern District of Wisconsin.
No. 00 CR 186—**Rudolph T. Randa**, *Chief Judge.*

———————

ARGUED SEPTEMBER 10, 2004—DECIDED OCTOBER 27, 2004

———————

Before FLAUM, *Chief Judge*, and POSNER and ROVNER
*Circuit Judges.*

FLAUM, *Chief Judge.*  Defendant-appellant Gregory Daniels is a chiropractor who operated his own practice, Daniels Chiropractic. His wife, co-defendant-appellant Susan Daniels, served as the clinic's manager. Together they were charged with two counts of income tax evasion in violation of 26 U.S.C. § 7201. Following a jury trial, defendants were convicted on both counts. They now appeal their convictions and sentences. For the reasons stated herein, we affirm.

## I. Background

On September 26, 2000, a federal grand jury returned a two-count indictment against Gregory and Susan Daniels. Count I charged that on or about April 15, 1994, defendants filed a fraudulent joint federal income tax return for the year 1993 in violation of 26 U.S.C. § 7201. Count II charged that on or about April 15, 1995, defendants filed a fraudulent joint federal income tax return for the year 1994 in violation of 26 U.S.C. § 7201. Defendants moved to dismiss both counts on the ground that the indictment failed to allege that the tax deficiency due for the years in question was substantial. Defendants also moved to dismiss Count I as barred by the six-year statute of limitations set forth in 26 U.S.C. § 6531(3).

After briefing by both parties, on February 12, 2001, the magistrate judge recommended that the district court: (i) deny defendants' motion to dismiss the indictment for failure to allege an essential element of the offense; and (ii) dismiss Count I because the indictment was returned more than six years after April 15, 1994, the date of the alleged offense.

The next day, February 13, 2001, the government filed a superseding indictment, which changed the dates of the alleged fraudulent filings to October 15, 1994 in Count I, and August 15, 1995 in Count II. Other than these date changes, the superseding indictment was identical to the original.

On March 8, 2001, the district court denied defendants' motion to dismiss the original indictment. The district court adopted the report of the magistrate judge with respect to the substantiality requirement, stating: "The Court thinks, as did the Magistrate Judge, that *Sansone v. United States*, 380 U.S. 343 (1965) trumps the Seventh Circuit authority submitted by the defendant on the question of whether the indictment must relate a 'substantial' tax deficiency to sur-

No. 03-1105                                    3

vive." (R. at 30.) The district court also found the motion to dismiss Count I of the indictment on statute of limitations grounds moot in light of the superseding indictment. (*Id.*)

Defendants then moved to dismiss Count I of the superseding indictment, contending that it materially amended the initial charges, and therefore did not relate back to the filing date of the original indictment. On May 25, 2001, the district court adopted the magistrate's recommendation denying the defendant's motion to dismiss. The district court reasoned:

> [T]he Superseding Indictment does not materially amend the initial charges because there were no substantive changes to the allegations. The charges are exactly the same. Defendants are alleged in both indictments to have filed a fraudulent tax return for the tax year 1993. Only the date on which they allegedly did this is different. In other words, the Daniels, who were obligated to file a tax return in 1994 for 1993, are alleged to have fraudulently done so in October of 1994, instead of April of 1994. This cannot be said to be a material broadening or substantial amendment of the charges in the original Indictment. The Superseding Indictment therefore relates back to the original indictment bringing the charges within the statute of limitations.

(R. at 43.)

The case proceeded to trial, and resulted in a mistrial. Following a second trial, defendants were convicted on both counts. Gregory Daniels was sentenced to 15 months imprisonment on each of Counts I and II, both terms to run concurrently, and three years of supervised release, and ordered to pay $13,014.15 in restitution, along with a $200 special assessment. Susan Daniels also was sentenced to serve 15 months imprisonment on each of Counts I and II, both terms to run concurrently, upon the completion of her husband's incarceration. She was also ordered to pay

$13,014.15 in restitution, for which she would be jointly and severally liable with her husband, and a $200 special assessment. Defendants now appeal their convictions and sentences.

## II.  Discussion

### A.  Substantiality

We review defendants' challenge to the sufficiency of the indictment de novo. *United States v. Sandoval*, 347 F.3d 627, 633 (7th Cir. 2003). The tax evasion statute provides: "Any person who willfully attempts in any manner to evade or defeat any tax imposed by this title or the payment thereof shall . . . be guilty of a felony. . . ." 26 U.S.C. § 7201. As the Supreme Court set forth in *Sansone v. United States*: "[T]he elements of § 7201 are will-fullness; the existence of a tax deficiency; and an affirmative act constituting evasion or attempted evasion of the tax." 380 U.S. 343, 350 (1965) (internal citations omitted).

Defendants argue that the district court erred in denying their motion to dismiss the indictment. They point out that the Supreme Court decision in *Sansone* preceded our decision in *United States v. Davenport*, 824 F.2d 1511 (7th Cir. 1987), and therefore insist that the district court was incorrect to suggest that *Sansone* "trumps" the law of this Circuit. While it is true that this Court was aware of *Sansone* when we decided *Davenport*, we disagree with defendants' principal argument that the existence of a "substantial" tax deficiency is an essential element of the crime of tax evasion under our case law.

Defendants rely primarily on the language in *Davenport*, where we listed the elements of the offense of tax evasion as follows:

> (1) an affirmative act constituting an evasion or attempted evasion of the payment or collection of taxes; (2) the existence of a *substantial* tax deficiency; and (3)

No. 03-1105                                                    5

that the defendant acted willfully. *Sansone v. United States*, 380 U.S. 343, 351 (1965); *United States v. Foster*, 789 F.2d 457, 459 (7th Cir. 1986).

*Id.* at 1516 (emphasis added). On at least one other occasion, we have used the word "substantial" in our recitation of the tax deficiency element. *See United States v. King*, 126 F.3d 987, 993 (7th Cir. 1997) ("Again, the elements of a § 7201 offense are the existence of a *substantial* tax deficiency, willfulness, and an affirmative act constituting an attempt to evade or defeat tax.") (emphasis added) (citing *Sansone*, 380 U.S. at 351; *United States v. Eaken*, 995 F.2d 740, 742 (7th Cir. 1993)).

On many other occasions, however, we have recited the elements of tax evasion without mentioning the substantiality of the tax deficiency. *See*, *e.g.*, *King*, 126 F.3d at 989 (setting forth earlier in the opinion that "[i]n order to obtain a conviction under § 7201, the government must prove three elements: (1) the existence of a tax deficiency; (2) willfulness; and (3) an affirmative act constituting an attempt to evade or defeat tax.") (citing *Sansone*, 380 U.S. at 351; *Eaken*, 995 F.2d at 742); *United States v. Beall*, 970 F.2d 343, 345 (7th Cir. 1992); *United States v. Jungles*, 903 F.2d 468, 473 (7th Cir. 1990); *United States v. Fournier*, 861 F.2d 148, 150-51 (7th Cir. 1988); *United States v. Tishberg*, 854 F.2d 1070, 1072 (7th Cir. 1988); *United States v. Conley*, 826 F.2d 551, 556 (7th Cir. 1987).[1]

Ignoring these other decisions, defendants latch on to the language in *Davenport* to argue that under Seventh Circuit law, substantiality is an essential element of the crime of tax evasion. Therefore, they argue, the indictment in this case was inadequate in failing to charge a substantial tax deficiency.

---

[1] We also note that the Seventh Circuit pattern jury instructions do not mention the word "substantial" in stating the essential elements of a § 7201 violation.

Defendants read too much into *Davenport*. While the word "substantial" does appear in our opinion, the case did not address the issue that confronts us today: whether in a § 7201 prosecution the government must charge in the indictment, and prove beyond a reasonable doubt, the existence of a *substantial* tax deficiency.

In *Davenport*, we addressed whether the government must disprove the defendant's entitlement to every possible deduction in order to sustain a conviction for tax evasion. 824 F.2d at 1516-17. The defendant argued that there was reasonable doubt that he had a substantial tax liability for the year 1980 because "he could have been entitled to additional deductions, if itemized, above the standard deduction." *Id.* at 1516. The revenue agent calculated a tax deficiency of $3358.68, giving the defendant credit for any possible deductions that could have been itemized, and the defendant introduced no evidence of additional deductions to which he was entitled. *Id.* We held that the government need not prove "that there are no other conceivable deductions of any sort to which the defendant might be entitled in the absence of some indication that they may in fact exist," and that in any event a deficiency of just over $3,000 was sufficient. *Id.* at 1516-17. The parties in that case did not raise the question whether substantiality was an element of the offense, and we did not hold that it was.

Nor did we address whether substantiality is an element of tax evasion in *King*, considering only the defendant's challenge to his conviction based on the third element of the offense, the commission of a willful act. 126 F.3d at 993. Moreover, the cases on which we relied to list the elements of tax evasion in *Davenport* and *King* do not themselves mention substantiality. *See Sansone*, 380 U.S. at 351 ("[T]he elements of § 7201 are will-fullness; the existence of a tax deficiency; and an affirmative act constituting evasion or attempted evasion of the tax.") (internal citations omitted); *Foster*, 789 F.2d at 459 ("A violation of 26 U.S.C. § 7201 re-

quires proof of the following elements: (1) the existence of a
tax deficiency; (2) an affirmative act constituting an evasion
or attempted evasion of the tax; and (3) willfulness.") (citing
*Sansone*, 380 U.S. at 351); Eaken, 995 F.2d at 742 ("The crime
of willful tax evasion has three elements: willfulness, the
existence of a tax deficiency, and an affirmative act consti-
tuting an attempt to evade or defeat the payment of the
tax.").[2]

We take this opportunity to clarify the law in this Circuit:
the government need not charge a substantial tax deficiency
to indict or convict under 26 U.S.C. § 7201. To hold other-
wise would contradict the clear language of the statute and
lead to an absurd result. Requiring the government to charge
and prove that a defendant's tax deficiency is substantial in

---

[2]  Defendants also cite several decisions from other circuits which
mention a substantial tax deficiency as an element of tax evasion.
*See, e.g., United States v. Romano*, 938 F.2d 1569, 1571 (2d Cir.
1991); *United States v. Parr*, 509 F.2d 1381, 1385-86 & n.12 (5th
Cir. 1975); *United States v. Burkhart*, 501 F.2d 993, 995 (6th Cir.
1974). Defendants' reliance on the language of these decisions is
questionable because those courts were not squarely faced with
the question. Moreover, subsequent opinions of these courts have
listed the elements of tax evasion without requiring a "substantial"
tax deficiency. *See, e.g., United States v. D'Agostino*, 145 F.3d 69, 72
(2d Cir. 1998); *United States v. Bishop*, 264 F.3d 535, 545 (5th Cir.
2001); *United States v. Cor-Bon Custom Bullet Co.*, 287 F.3d 576,
579 (6th Cir. 2002).

The Fourth and Tenth Circuits have mentioned a substantial
tax deficiency as an element of tax evasion more consistently,
although these courts also have not been called upon to decide the
issue directly. *See, e.g., United States v. Wilson* 118 F.3d 228, 236
(4th Cir. 1997) (citing *United States v. Goodyear*, 649 F.2d 226,
227-28 (4th Cir. 1981)); *United States v. Mounkes*, 204 F.3d 1024,
1028 (10th Cir. 2000) (citing *United States v. Meek*, 998 F.2d 776,
779 (10th Cir. 1993)). Defendants conceded at oral argument that
no court has held that an insubstantial tax deficiency is not
punishable under 26 U.S.C. § 7201.

order to prosecute her for tax evasion would prevent the prosecution and punishment of those who willfully cheat the government out of small or "insubstantial" amounts of money.[3] A substantiality element would invite taxpayers to cheat on their taxes in small amounts without fear of prosecution. We cannot countenance such a result. Although evidence of a large or substantial tax deficiency may aid the government in proving willfulness, it is not itself an element of the offense.

## B. Timeliness of the Indictment

Defendants argue that the original indictment was untimely and therefore cannot toll the statute of limitations to allow the subsequent filing of the superseding indictment. They further argue that the district court erred in concluding that the superseding indictment did not materially amend the original indictment.

The government responds that the first indictment was timely because the statute of limitations began running on or about October 15, 1994, the date the Daniels actually filed their fraudulent 1993 tax return, not on or about April 15, 1994, the date of the offense as stated in the original indictment. They also contend that the superseding indictment relates back to the filing date of the original indictment for tolling purposes because it alleges exactly the same charges.

---

[3] Defendants do not propose an amount at which a tax deficiency becomes "substantial," or how we could set a threshold. In any event, defendants did not contest substantiality at trial, and at sentencing they conceded a tax loss of over $69,000. Certainly, this amount is substantial under any rubric. *Cf. Davenport*, 824 F.2d at 1517 ("the little more than $3000 in taxes the defendant evaded paying will amply suffice").

No. 03-1105                                                          9

We review the district court's ruling regarding the statute of limitations de novo. *United States v. Pearson*, 340 F.3d 459, 464 (7th Cir. 2003). The crime of tax evasion prohibited by 26 U.S.C. § 7201 must be charged within six years "after the commission of the offense." 26 U.S.C. § 6531.

The Supreme Court has held that the offense of tax evasion is "committed at the time the return is filed." *United States v. Habig*, 390 U.S. 222, 223 (1968) (holding that the statute of limitations did not begin to run on the date the defendants' tax returns were initially due, but rather on the date they actually filed the returns after the defendants obtained an extension). As the Court recognized in *Habig*, it would make no sense to interpret the limitations period as "begin[ning] to run before appellees committed the acts upon which the crimes were based." *Id.* at 224-25; s*ee also Sansone*, 380 U.S. at 354 (stating that the crime of tax evasion is "complete as soon as the false and fraudulent understatement of taxes . . . was filed"); *United States v. Yeoman-Henderson, Inc.*, 193 F.2d 867, 869 (7th Cir. 1952) (the crime of tax evasion is "complete when the taxpayer willfully and knowingly files a false return with intent to defeat or evade any part of the tax due to the United States").

The facts of this case are analogous to those in *Habig*. The offense with which the Daniels were charged was committed when they filed their fraudulent tax return for the year 1993. Although the return was originally due April 15, 1994, the Daniels obtained two extensions, making the ultimate due date October 15, 1994. They actually mailed the form on October 10, 1994. Therefore, the offense stated in the indictment: "willfully and knowingly attempt[ing] to evade and defeat a large part of the income tax due and owing by the defendants to the United States of America for the calendar year 1993" was completed no earlier than October 10, 1994, when the defendants committed the affirmative act of "causing to be prepared and [ ] signing or causing to be signed, a false and fraudulent joint 1993 U.S. Individual

Income Tax Return, Form 1040." Because the original indictment was filed on September 26, 2000, it was within six years of the completion of the offense charged in Count I. We hold, therefore, that the original indictment was timely when filed.

Defendants argue that even if the original indictment was timely, the superseding indictment does not relate back to the original filing date because the new charges materially amend the original indictment. According to defendants, the original and superseding indictments allege different affirmative acts constituting tax evasion. The original indictment alleges that defendants took affirmative action to violate the tax law on or about April 15, 1994; the superseding indictment charges that defendants took such action on or about October 15, 1994. These two affirmative acts, defendants argue, require different sets of proof by the government and call for different defenses.

We disagree. We have held that "a superseding indictment that supplants a still-pending original indictment relates back to the original indictment's filing date so long as it neither materially broadens nor substantially amends the charges initially brought against the defendant." *Pearson*, 340 F.3d at 464 (quoting *United States v. Ross*, 77 F.3d 1525, 1537 (7th Cir. 1996)). In *Pearson*, we held that the second superseding indictment related back to the timely-filed original indictment where it modified the end date of the charged conspiracy from February 1996 to September 2000 and added three overt acts which occurred during that time. *Id.* at 465. We noted that the defendants were "on notice of the charges pending against them because the initial indictment informed appellants in no uncertain terms that they would have to account for essentially the same conduct with which they were ultimately charged in the superceding indictment," and therefore held that the second superseding indictment did not violate the statute of limitations. *Id.*

In *Ross*, a case involving mail and wire fraud, we held

that superseding indictments related back to the original, timely-filed indictment where the counts at issue:

> had been modified in only two minor respects: (1) reference to a specific Code of Federal Regulations provision had been deleted and replaced with the general words "federal regulations" to obviate confusion from a change in the regulations' numbering; and (2) the time period in which the conduct forming the basis of each count was alleged to have occurred was narrowed by one month.

77 F.3d at 1537-38. We held that neither of these superficial changes to the indictment constituted the kind of broadening or amendment that would prevent relation back to an earlier pending indictment. *Id.* at 1538.

As we explained in *Ross*, statutes of limitation are "mechanisms to guard against possible . . . prejudice resulting from the passage of time between crime and arrest or charge." *Id.* at 1537 (quoting *United States v. Marion*, 404 U.S. 307, 322 (1971)). They are "designed to protect individuals from having to defend themselves against charges when the basic facts may have become obscured by the passage of time and to minimize the danger of official punishment because of acts in the far-distant past." *Id.* (quoting *Toussie v. United States*, 397 U.S. 112, 114-15 (1970)).

As in *Pearson* and *Ross*, there is no question that the Daniels were on notice that they were being prosecuted for their fraudulent income tax filing for the year 1993. The Daniels were aware, or should have been aware, that they filed their Form 1040 for the year 1993 on or about October 15, 1994, even though the original indictment was dated April 15, 1994. The original and superseding indictments are identical in all respects except for the date changes. Therefore, we cannot say that the superseding indictment materially broadened or substantially amended the charges against the Daniels.

12                                                      No. 03-1105

### III.  Conclusion

For the foregoing reasons, the convictions are AFFIRMED.


A true Copy:

      Teste:

                _____

                *Clerk of the United States Court of*
                     *Appeals for the Seventh Circuit*

**Note.** This booklet does not contain any tax forms.

**IRS**

Department of the Treasury
Internal Revenue Service

www.irs.gov

# 1999 1040

## Instructions

Including Instructions for Schedules A, B, C, D, E, F, J, and SE



# TaxpayerNews

See page 6 for details.

## Need Help?

Quick and easy access to tax help and forms. See page 7.

## Explore



**CLICK.ZIP.FAST ROUND TRIP**

The *Fastest, Most Accurate* Way To File Your Taxes

# Increased Tax Benefits!

## Larger Child Tax Credits!

You may be able to claim credits of up to $500 for each child under 17. See page 13.



## More Student Loan Interest Deductible!

You may be able to deduct up to $1,500. See page 13.

## Self-Employed Health Insurance Deduction Goes Up!

You may be able to deduct up to 60% of your health insurance. See page 28.

Cat. No. 11325E

# Tax Return Page Reference

*Questions about what to put on a line? Help is on the page number in the circle.*

Form **1040**  Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **1999**  (99)  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 1999, or other tax year beginning _____, 1999, ending _____  OMB No. 1545-0074

## Label
(See instructions on page 18.)

Use the IRS label. Otherwise, please print or type.

**FOR REFERENCE ONLY—DO NOT FILE**

| | |
|---|---|
| Your first name and initial | Last name |
| If a joint return, spouse's first name and initial | Last name |
| Home address (number and street). If you have a P.O. box, see page 18. | Apt. no. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 18. | |

Your social security number (18)

Spouse's social security number (18)

▲ **IMPORTANT!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 18.) (18)
Do you want $3 to go to this fund?  . . . . . . .
If a joint return, does your spouse want $3 to go to this fund? . .

Yes | No  Note. Checking "Yes" will not change your tax or reduce your refund.

## Filing Status
Check only one box. (18)

1 ☐ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19___ ). (See page 18.)

## Exemptions (18)

6a ☐ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a . . . . . . . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . .
c Dependents:

If more than six dependents, see page 19. (19)

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | (19) | (19) | ☐ (19) |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of boxes checked on 6a and 6b _____

No. of your children on 6c who:
• lived with you _____
• did not live with you due to divorce or separation (see page 19) _____

Dependents on 6c not entered above _____

Add numbers entered on lines above ▶ ☐

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . .

## Income
**Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.** (50)

If you did not get a W-2, see page 20. (20)

Enclose, but do not staple, any payment. Also, please use Form 1040-V (49)

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 (20) |
| 8a | Taxable interest. Attach Schedule B if required | 8a (20) |
| b | Tax-exempt interest. DO NOT include on line 8a . . . 8b (20) | |
| 9 | Ordinary dividends. Attach Schedule B if required (8-1) | 9 (20) |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | 10 (21) |
| 11 | Alimony received . . . . . . . . . . . . . . | 11 (21) |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . (NEW) | 12 (21) |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 (22) |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . | 14 (22) |
| 15a | Total IRA distributions 15a (22) b Taxable amount (see page 22) | 15b (22) |
| 16a | Total pensions and annuities 16a (22) b Taxable amount (see page 22) | 16b (22) |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
| 18 | Farm income or (loss). Attach Schedule F . . . . . | 18 |
| 19 | Unemployment compensation . . . . . . . . . . | 19 (24) |
| 20a | Social security benefits 20a (24) b Taxable amount (see page 24) (24) | 20b (24) |
| 21 | Other income. List type and amount (see page 24) | 21 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 |

## Adjusted Gross Income

| | | |
|---|---|---|
| 23 | IRA deduction (see page 26) . . . . . | 23 (26) |
| 24 | Student loan interest deduction (see page 26) . . . | 24 (26) |
| 25 | Medical savings account deduction. Attach Form 8853 . | 25 (28) |
| 26 | Moving expenses. Attach Form 3903 . . . | 26 (28) |
| 27 | One-half of self-employment tax. Attach Schedule SE . | 27 (28) |
| 28 | Self-employed health insurance deduction (see page 28) | 28 (28) |
| 29 | Keogh and self-employed SEP and SIMPLE plans . . | 29 (29) |
| 30 | Penalty on early withdrawal of savings . . . | 30 (29) |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a (29) |
| 32 | Add lines 23 through 31a . . . . . . . . . . . . | 32 |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** . . . ▶ | 33 (29) |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 54.  Cat. No. 11320B  Form **1040** (1999)

## Tax Return Page Reference

*Questions about what to put on a line? Help is on the page number in the circle.*

Form 1040 (1999)                                                                                      Page **2**

**Tax and Credits**

| | | |
|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | **34** |
| 35a | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. | |
| | Add the number of boxes checked above and enter the total here ▶ **35a** | |
| b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 30 and check here ▶ **35b** ☐ | |

**Standard Deduction for Most People**

Single: $4,300

Head of household: $6,350

Married filing jointly or Qualifying widow(er): $7,200

Married filing separately: $3,600

| | | |
|---|---|---|
| 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see page 30 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | **36** |
| 37 | Subtract line 36 from line 34 | **37** |
| 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter . | **38** |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | **39** |
| 40 | Tax (see page 31). Check if any tax is from **a** ☐ Form(s) 8814 **b** ☐ Form 4972 ▶ | **40** |
| 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 |
| 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 |
| 43 | Child tax credit (see page 33) | 43 |
| 44 | Education credits. Attach Form 8863 | 44 |
| 45 | Adoption credit. Attach Form 8839 | 45 |
| 46 | Foreign tax credit. Attach Form 1116 if required | 46 |
| 47 | Other. Check if from **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form (specify) | 47 |
| 48 | Add lines 41 through 47. These are your **total credits** | **48** |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | **49** |

**Other Taxes**

| | | |
|---|---|---|
| 50 | Self-employment tax. Attach Schedule SE | **50** |
| 51 | Alternative minimum tax. Attach Form 6251 | **51** |
| 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | **52** |
| 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | **53** |
| 54 | Advance earned income credit payments from Form(s) W-2 | **54** |
| 55 | Household employment taxes. Attach Schedule H | **55** |
| 56 | Add lines 49 through 55. This is your **total tax** ▶ | **56** |

**Payments**

| | | |
|---|---|---|
| 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 |
| 58 | 1999 estimated tax payments and amount applied from 1998 return | 58 |
| 59a | **Earned income credit.** Attach Sch. EIC if you have a qualifying child | |
| b | Nontaxable earned income: amount ▶ and type ▶ | 59a |
| 60 | Additional child tax credit. Attach Form 8812 | 60 |
| 61 | Amount paid with request for extension to file (see page 48) | 61 |
| 62 | Excess social security and RRTA tax withheld (see page 48) | 62 |
| 63 | Other payments. Check if from **a** ☐ Form 2439 **b** ☐ Form 4136 | 63 |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | **64** |

**Refund**

Have it directly deposited! See page 48 and fill in 66b, 66c, and 66d.

| | | |
|---|---|---|
| 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | **65** |
| 66a | Amount of line 65 you want **REFUNDED TO YOU.** ▶ | **66a** |
| ▶ b | Routing number | |
| ▶ c | Type: ☐ Checking ☐ Savings | |
| ▶ d | Account number | |
| 67 | Amount of line 65 you want **APPLIED TO YOUR 2000 ESTIMATED TAX** ▶ | 67 |

**Amount You Owe**

| | | |
|---|---|---|
| 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE.** For details on how to pay, see page 49. | **68** |
| 69 | Estimated tax penalty. Also include on line 68 | 69 |

**Sign Here**

Joint return? See page 18.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime telephone number (optional) ( ) |
|---|---|---|---|
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | | EIN |
| | | | ZIP code |

Form **1040** (1999)

- 3 -

*Circled page references: 29, A-1, 30, 30, 31, 31, 31, 32, 32, 33, 35, 35, 35, 35, 36, 36, 37, 37, 37, 37, 38, 40, 48, 48, 48, 48, 49, 49, 50, 50, 50, 31*

**A Message From the Commissioner**

Dear Taxpayer,

As we begin the year 2000 tax filing season, the IRS continues to work to put service first for America's taxpayers. We want to build on the strong foundation we established last year and give you more support and help than ever before. Our goal is to provide the easiest and most efficient ways for you to get the information, service, and assistance you need not only during the tax filing season, but throughout the year.

Last year, we expanded our toll-free telephone hours to times that met your needs and busy schedules. More than 250 IRS offices across the nation also offered Saturday service on 13 weekends at times and locations convenient to you. We are also working to ensure that you receive complete and accurate service as well as correct information on your tax law questions and your account.

We now have a vigorous electronic tax filing program in place. On-line filing last year ran 161 percent ahead of the previous year's pace as more taxpayers discovered the advantages of electronically filing their returns. It is not only fast, safe, and virtually error free, but taxpayers filing by our *e-file* program receive refunds in half the time of paper returns—even faster with direct deposit.

If you used your personal computer to file last year, you may also have the opportunity for totally paperless filing. In addition, Form 1040 e-filers with a balance due can once again pay their taxes with a credit card.

We are also making it easier for taxpayers to get forms and information, whether it is by mail, toll-free telephone, our web site (www.irs.gov), fax machine, or CD-ROMs. In addition, we hope to be able to add even more services as we bring new technology online, and just as importantly, measure your satisfaction with our services.

As we enter the new millennium, the IRS is engaged in its most fundamental reorganization in almost a half century that will require change in almost every aspect of the agency. The modernized IRS will be built around serving taxpayer groups with specific needs such as yours. Through these changes we can succeed in producing an IRS that better serves America's taxpayers—both individually and collectively—but there are no quick fixes. This process will take years to accomplish, but we are convinced of the necessity and value to you of reaching this higher level of performance.

Thank you.

Sincerely,

*Charles O. Rossotti*

Charles O. Rossotti

---

## The IRS Mission

Provide America's taxpayers top quality service by helping them understand and meet their tax responsibilities and by applying the tax law with integrity and fairness to all.

# IRS Customer Service Standards



At the IRS our goal is to continually improve the quality of our services. To achieve that goal, we have developed customer service standards in the following areas:

- **Easier filing and payment options**
- **Access to information**
- **Accuracy**

- **Prompt refunds**
- **Initial contact resolution**
- **Canceling penalties**
- **Resolving problems**
- **Simpler forms**

If you would like information about the IRS standards and a report of our accomplishments, see **Pub. 2183.**

# Help With Unresolved Tax Issues

## Office of the Taxpayer Advocate

### Contacting Your Taxpayer Advocate

If you have attempted to deal with an IRS problem unsuccessfully, you should contact your Taxpayer Advocate.

The Taxpayer Advocate independently represents your interests and concerns within the IRS by protecting your rights and resolving problems that have not been fixed through normal channels.

While Taxpayer Advocates cannot change the tax law or make a technical tax decision, they can clear up problems that resulted from previous contacts and ensure that your case is given a complete and impartial review.

### Handling Your Tax Problems

Your assigned personal advocate will listen to your point of view and will work with you to address your concerns. You can expect the advocate to provide you with:

- A "fresh look" at your problem
- Timely acknowledgment
- The name and phone number of the individual assigned to your case
- Updates on progress
- Timeframes for action
- Speedy resolution
- Courteous service

### Information You Should Be Prepared To Provide

- Your name, address, and social security number (or employer identification number)
- Your telephone number and hours you can be reached
- The type of tax return and year(s) involved
- A detailed description of your problem
- Your previous attempts to solve the problem and the office you contacted, and
- Description of the hardship you are facing (if applicable)

### How To Contact Your Taxpayer Advocate

- Call the Taxpayer Advocate's toll-free number: **1-877-777-4778**
- Call the general IRS toll-free number (1-800-829-1040) and ask for Taxpayer Advocate assistance
- Call, write, or fax the Taxpayer Advocate office in your area (see **Pub. 1546** for addresses and phone numbers)
- TTY/TDD help is available by calling 1-800-829-4059

# Filing Your Taxes Was Never Easier!

## Click into the 21st Century with



**CLICK.ZIP.FAST ROUND TRIP**

### Take advantage of the benefits of IRS *e-file!*

- Get your refund in half the time, even faster with Direct Deposit
- File now and pay later — you can pay your balance due with a credit card or Direct Debit up until April 17, 2000
- Reduce your chance of receiving an error notice from the IRS — IRS *e-file* is more accurate than a paper return
- File your Federal and state tax returns together
- Get proof within 48 hours that your return has been accepted
- Use free or low-cost alternatives — on the IRS Web Site click on "Electronic Services" and then on "IRS *e-file* Partners"
- Privacy and security are assured

## The *Fastest, Most Accurate* Way To File Your Taxes

**Get all the details on page 52 or check out the IRS Web Site at www.irs.gov.**

# Quick and Easy Access to Tax Help and Forms

**Note.** If you live outside the United States, see **Pub. 54** to find out how to get help and forms.



## PERSONAL COMPUTER

You can access the IRS's Internet Web Site 24 hours a day, 7 days a week, at **www.irs.gov** to:

- Download Forms, Instructions, and Publications
- See Answers to Frequently Asked Tax Questions
- Search Publications On-Line by Topic or Keyword
- Figure Your Withholding Allowances Using our W-4 Calculator
- Send Us Comments or Request Help by E-Mail
- Sign up to Receive Local and National Tax News by E-Mail

**You can also reach us using File Transfer Protocol at ftp.irs.gov**



## FAX

You can get over 100 of the most requested forms and instructions 24 hours a day, 7 days a week, by fax. Just call **703-368-9694** from the telephone connected to the fax machine. See pages 8 and 9 for a list of the items available.



## MAIL

You can order forms, instructions, and publications by completing the order blank on page 55. You should receive your order within 10 days after we receive your request.



## PHONE

You can get forms, publications, and automated information 24 hours a day, 7 days a week, by phone.

### Forms and Publications

Call **1-800-TAX-FORM** (1-800-829-3676) to order current and prior year forms, instructions, and publications. You should receive your order within 10 days.

### TeleTax Topics

Call **1-800-829-4477** to listen to pre-recorded messages covering about 150 tax topics. See pages 10 and 11 for a list of the topics.

### Refund Information

You can check the status of your 1999 refund using TeleTax's Refund Information service. See page 10.



## WALK-IN

You can pick up some of the most requested forms, instructions, and publications at many IRS offices, post offices, and libraries. Some IRS offices and libraries have an extensive collection of products available to photocopy or print from a CD-ROM.



## CD-ROM

Order **Pub. 1796,** Federal Tax Products on CD-ROM, and get:

- Current Year Forms, Instructions, and Publications
- Prior Year Forms, Instructions, and Publications
- Popular Tax Forms That May Be Filled in Electronically, Printed out for Submission, and Saved for Recordkeeping
- The Internal Revenue Bulletin

Buy the CD-ROM on the Internet at **www.irs.gov/cdorders** from the National Technical Information Service (NTIS) for $16 (plus a $5 handling fee), and save 30% or call **1-877-CDFORMS** (1-877-233-6767) toll free to buy the CD-ROM for $23 (plus a $5 handling fee).

**You can also get help in other ways**—See page 52 for information.

# Forms by Fax

The following forms and instructions are available through our **Tax Fax** service 24 hours a day, 7 days a week. Just call **703-368-9694** from the telephone connected to the fax machine. When you call, you will hear instructions on how to use the service. Select the option for getting forms. Then, enter the **Catalog No. (Cat. No.)** shown below for each item you want. When you hang up the phone, the fax will begin.

| Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages |
|---|---|---|---|
| Form SS-4 | Application for Employer Identification Number | 16055 | 4 |
| Form SS-8 | Determination of Employee Work Status for Purposes of Federal Employment Taxes and Income Tax Withholding | 16106 | 4 |
| Form W-2c | Corrected Wage and Tax Statement | 61437 | 8 |
| Form W-3c | Transmittal of Corrected Wage and Tax Statements | 10164 | 2 |
| Instr. W-2c and W-3c | | 25978 | 4 |
| Form W-4 | Employee's Withholding Allowance Certificate | 10220 | 2 |
| Form W-4P | Withholding Certificate for Pension or Annuity Payments | 10225 | 4 |
| Form W-5 | Earned Income Credit Advance Payment Certificate | 10227 | 3 |
| Form W-7 | Application for IRS Individual Taxpayer Identification Number | 10229 | 3 |
| Form W-7A | Application for Taxpayer Identification Number for Pending U.S. Adoptions | 24309 | 2 |
| Form W-7P | Application for Preparer Tax Identification Number | 26781 | 1 |
| Form W-9 | Request for Taxpayer Identification Number and Certification | 10231 | 2 |
| Instr. W-9 | | 20479 | 2 |
| Form W-9S | Request for Student's or Borrower's Taxpayer Identification Number and Certification | 25240 | 2 |
| Form W-10 | Dependent Care Provider's Identification and Certification | 10437 | 1 |
| Form 709 | U.S. Gift (and Generation-Skipping Transfer) Tax Return | 16783 | 4 |
| Instr. 709 | | 16784 | 8 |
| Form 709A | U.S. Short Form Gift Tax Return | 10171 | 2 |
| Form 843 | Claim for Refund and Request for Abatement | 10180 | 1 |
| Instr. 843 | | 11200 | 2 |
| Form 940 | Employer's Annual Federal Unemployment (FUTA) Tax Return | 11234 | 2 |
| Instr. 940 | | 13660 | 6 |
| Form 940-EZ | Employer's Annual Federal Unemployment (FUTA) Tax Return | 10983 | 2 |
| Instr. 940-EZ | | 25947 | 4 |
| Form 941 | Employer's Quarterly Federal Tax Return | 17001 | 3 |
| Instr. 941 | | 14625 | 4 |
| Form 941c | Supporting Statement To Correct Information | 11242 | 4 |
| Form 990 | Return of Organization Exempt From Income Tax | 11282 | 6 |
| Instr. 990 & 990-EZ | General Instructions for Forms 990 and 990-EZ | 22386 | 14 |
| Instr. 990 | Specific Instructions for Form 990 | 50002 | 16 |

| Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages |
|---|---|---|---|
| Schedule A (Form 990) | Organization Exempt Under Section 501(c)(3) | 11285 | 6 |
| Instr. Sch. A (Form 990) | | 11294 | 8 |
| Form 990-EZ | Short Form Return of Organization Exempt From Income Tax | 10642 | 2 |
| Instr. 990-EZ | Specific Instructions for Form 990-EZ | 50003 | 9 |
| Form 1040 | U.S. Individual Income Tax Return | 11320 | 2 |
| Instr. 1040 | Line Instructions for Form 1040 | 11325 | 33 |
| Instr. 1040 | General Information for Form 1040 | 24811 | 26 |
| Tax Table and Tax Rate Sch. | Tax Table and Tax Rate Schedules (Form 1040) | 24327 | 13 |
| Schedules A&B (Form 1040) | Itemized Deductions & Interest and Ordinary Dividends | 11330 | 2 |
| Instr. Sch. A&B | | 24328 | 8 |
| Schedule C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | 11334 | 2 |
| Instr. Sch. C | | 24329 | 9 |
| Schedule C-EZ (Form 1040) | Net Profit From Business (Sole Proprietorship) | 14374 | 2 |
| Schedule D (Form 1040) | Capital Gains and Losses | 11338 | 2 |
| Instr. Sch. D | | 24331 | 7 |
| Schedule D-1 (Form 1040) | Continuation Sheet for Schedule D | 10424 | 2 |
| Schedule E (Form 1040) | Supplemental Income and Loss | 11344 | 2 |
| Instr. Sch. E | | 24332 | 6 |
| Schedule EIC (Form 1040A or 1040) | Earned Income Credit | 13339 | 2 |
| Schedule F (Form 1040) | Profit or Loss From Farming | 11346 | 2 |
| Instr. Sch. F | | 24333 | 7 |
| Schedule H (Form 1040) | Household Employment Taxes | 12187 | 2 |
| Instr. Sch. H | | 21451 | 8 |
| Schedule J (Form 1040) | Farm Income Averaging | 25513 | 2 |
| Instr. Sch. J | | 25514 | 4 |
| Schedule R (Form 1040) | Credit for the Elderly or the Disabled | 11359 | 2 |
| Instr. Sch. R | | 11357 | 4 |
| Schedule SE (Form 1040) | Self-Employment Tax | 11358 | 2 |
| Instr. Sch. SE | | 24334 | 4 |
| Form 1040A | U.S. Individual Income Tax Return | 11327 | 2 |
| Schedule 1 (Form 1040A) | Interest and Ordinary Dividends for Form 1040A Filers | 12075 | 1 |
| Schedule 2 (Form 1040A) | Child and Dependent Care Expenses for Form 1040A Filers | 10749 | 2 |
| Schedule 3 (Form 1040A) | Credit for the Elderly or the Disabled for Form 1040A Filers | 12064 | 2 |
| Instr. Sch. 3 | | 12059 | 4 |
| Form 1040-ES | Estimated Tax for Individuals | 11340 | 7 |
| Form 1040EZ | Income Tax Return for Single and Joint Filers With No Dependents | 11329 | 2 |

| Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages |
|---|---|---|---|
| Form 1040NR | U.S. Nonresident Alien Income Tax Return | 11364 | 5 |
| Instr. 1040NR | | 11368 | 32 |
| Form 1040NR-EZ | U.S. Income Tax Return for Certain Nonresident Aliens With No Dependents | 21534 | 2 |
| Instr. 1040NR-EZ | | 21718 | 12 |
| Form 1040X | Amended U.S. Individual Income Tax Return | 11360 | 2 |
| Instr. 1040X | | 11362 | 6 |
| Form 1116 | Foreign Tax Credit | 11440 | 2 |
| Instr. 1116 | | 11441 | 12 |
| Form 1310 | Statement of Person Claiming Refund Due a Deceased Taxpayer | 11566 | 2 |
| Form 2106 | Employee Business Expenses | 11700 | 2 |
| Instr. 2106 | | 64188 | 4 |
| Form 2106-EZ | Unreimbursed Employee Business Expenses | 20604 | 2 |
| Form 2120 | Multiple Support Declaration | 11712 | 1 |
| Form 2210 | Underpayment of Estimated Tax by Individuals, Estates, and Trusts | 11744 | 3 |
| Instr. 2210 | | 63610 | 5 |
| Form 2290 | Heavy Highway Vehicle Use Tax Return | 11250 | 3 |
| Instr. 2290 | | 27231 | 8 |
| Form 2441 | Child and Dependent Care Expenses | 11862 | 2 |
| Instr. 2441 | | 10842 | 3 |
| Form 2553 | Election by a Small Business Corporation | 18629 | 2 |
| Instr. 2553 | | 49978 | 2 |
| Form 2555 | Foreign Earned Income | 11900 | 3 |
| Instr. 2555 | | 11901 | 4 |
| Form 2555-EZ | Foreign Earned Income Exclusion | 13272 | 2 |
| Instr. 2555-EZ | | 14623 | 3 |
| Form 2688 | Application for Additional Extension of Time To File U.S. Individual Income Tax Return | 11958 | 2 |
| Form 2848 | Power of Attorney and Declaration of Representative | 11980 | 2 |
| Instr. 2848 | | 11981 | 3 |
| Form 3903 | Moving Expenses | 12490 | 2 |
| Form 4136 | Credit for Federal Tax Paid on Fuels | 12625 | 4 |
| Form 4137 | Social Security and Medicare Tax on Unreported Tip Income | 12626 | 2 |
| Form 4506 | Request for Copy or Transcript of Tax Form | 41721 | 2 |
| Form 4562 | Depreciation and Amortization | 12906 | 2 |
| Instr. 4562 | | 12907 | 11 |
| Form 4684 | Casualties and Thefts | 12997 | 2 |
| Instr. 4684 | | 12998 | 4 |
| Form 4797 | Sales of Business Property | 13086 | 2 |
| Instr. 4797 | | 13087 | 4 |
| Form 4835 | Farm Rental Income and Expenses | 13117 | 2 |
| Form 4868 | Application for Automatic Extension of Time To File U.S. Individual Income Tax Return | 13141 | 4 |
| Form 4952 | Investment Interest Expense Deduction | 13177 | 2 |
| Form 4972 | Tax on Lump-Sum Distributions | 13187 | 2 |
| Instr. 4972 | | 13188 | 4 |
| Form 5329 | Additional Taxes Attributable to IRAs, Other Qualified Retirement Plans, Annuities, Modified Endowment Contracts, and MSAs | 13329 | 2 |
| Instr. 5329 | | 13330 | 4 |

| Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages |
|---|---|---|---|
| Form 6198 | At-Risk Limitations | 50012 | 1 |
| Instr. 6198 | | 50013 | 7 |
| Form 6251 | Alternative Minimum Tax—Individuals | 13600 | 2 |
| Instr. 6251 | | 64277 | 8 |
| Form 6252 | Installment Sale Income | 13601 | 2 |
| Instr. 6252 | | 64262 | 2 |
| Form 6781 | Gains and Losses From Section 1256 Contracts and Straddles | 13715 | 3 |
| Form 8271 | Investor Reporting of Tax Shelter Registration Number | 61924 | 2 |
| Form 8283 | Noncash Charitable Contributions | 62299 | 2 |
| Instr. 8283 | | 62730 | 4 |
| Form 8300 | Report of Cash Payments Over $10,000 Received in a Trade or Business | 62133 | 4 |
| Form 8332 | Release of Claim to Exemption for Child of Divorced or Separated Parents | 13910 | 1 |
| Form 8379 | Injured Spouse Claim and Allocation | 62474 | 2 |
| Form 8582 | Passive Activity Loss Limitations | 63704 | 3 |
| Instr. 8582 | | 64294 | 11 |
| Form 8586 | Low-Income Housing Credit | 63987 | 2 |
| Form 8606 | Nondeductible IRAs | 63966 | 2 |
| Instr. 8606 | | 25399 | 6 |
| Form 8615 | Tax for Children Under Age 14 Who Have Investment Income of More Than $1,400 | 64113 | 2 |
| Form 8718 | User Fee for Exempt Organization Determination Letter Request | 64728 | 1 |
| Form 8801 | Credit for Prior Year Minimum Tax—Individuals, Estates, and Trusts | 10002 | 4 |
| Form 8809 | Request for Extension of Time To File Information Returns | 10322 | 2 |
| Form 8812 | Additional Child Tax Credit | 10644 | 2 |
| Form 8814 | Parents' Election To Report Child's Interest and Dividends | 10750 | 2 |
| Form 8815 | Exclusion of Interest From Series EE and I U.S. Savings Bonds Issued After 1989 | 10822 | 2 |
| Form 8822 | Change of Address | 12081 | 2 |
| Form 8824 | Like-Kind Exchanges | 12311 | 4 |
| Form 8829 | Expenses for Business Use of Your Home | 13232 | 1 |
| Instr. 8829 | | 15683 | 4 |
| Form 8839 | Qualified Adoption Expenses | 22843 | 2 |
| Instr. 8839 | | 23077 | 4 |
| Form 8850 | Pre-Screening Notice and Certification Request for the Work Opportunity and Welfare-to-Work Credits | 22851 | 2 |
| Instr. 8850 | | 24833 | 2 |
| Form 8853 | Medical Savings Accounts and Long-Term Care Insurance Contracts | 24091 | 2 |
| Instr. 8853 | | 24188 | 8 |
| Form 8857 | Request for Innocent Spouse Relief | 24647 | 4 |
| Form 8859 | District of Columbia First-Time Homebuyer Credit | 24779 | 2 |
| Form 8862 | Information To Claim Earned Income Credit After Disallowance | 25145 | 2 |
| Instr. 8862 | | 25343 | 2 |
| Form 8863 | Education Credits | 25379 | 3 |
| Form 9465 | Installment Agreement Request | 14842 | 2 |

# What Is TeleTax?

Call TeleTax at **1-800-829-4477** for:

**Refund Information.** Check the status of your **1999** refund.

**Recorded Tax Information.** There are about 150 topics that answer many Federal tax questions. You can listen to up to three topics on each call you make.

## How Do You Use Tele-Tax?

### Refund Information

Refund information is not available until at least 4 weeks after you file your return (3 weeks if you file electronically), and sometimes is not available for up to 6 weeks. Please wait at least 4 weeks from the date you filed before calling to check the status of your refund. Do not send in a copy of your return unless asked to do so.

Be sure to have a copy of your 1999 tax return available because you will need to know the first social security number shown on your return, the filing status, and the **exact** whole-dollar amount of your refund. Then, call **1-800-829-4477** and follow the recorded instructions.



The IRS updates refund information every 7 days, over the weekend. Refunds are sent out weekly, on Fridays. If you call to check the status of your refund and are not given the date it will be issued, please wait until the next week before calling back.

### Recorded Tax Information

Recorded tax information is available 24 hours a day, 7 days a week. Select the number of the topic you want to hear. Then, call **1-800-829-4477.** Have paper and pencil handy to take notes.

### Topics by Personal Computer

TeleTax topics are also available using a personal computer and modem (connect to **www.irs.gov**).

## TeleTax Topics—All topics are available in Spanish

| Topic No. | Subject |
|---|---|
| | **IRS Help Available** |
| 101 | IRS services—Volunteer tax assistance, toll-free telephone, walk-in assistance, and outreach programs |
| 102 | Tax assistance for individuals with disabilities and the hearing impaired |
| 103 | Small Business Tax Education Program (STEP)—Tax help for small businesses |
| 104 | Taxpayer Advocate Service—Help for problem situations |
| 105 | Public libraries—Tax information tapes and reproducible tax forms |
| | **IRS Procedures** |
| 151 | Your appeal rights |
| 152 | Refunds—How long they should take |
| 153 | What to do if you haven't filed your tax return (Nonfilers) |
| 154 | Form W-2—What to do if not received |
| 155 | Forms and Publications—How to order |
| 156 | Copy of your tax return—How to get one |
| 157 | Change of address—How to notify IRS |
| 158 | Ensuring proper credit of payments |

| Topic No. | Subject |
|---|---|
| | **Collection** |
| 201 | The collection process |
| 202 | What to do if you can't pay your tax |
| 203 | Failure to pay child support and other Federal obligations |
| 204 | Offers in compromise |
| 205 | Innocent spouse relief |
| | **Alternative Filing Methods** |
| 251 | Form 1040PC tax return |
| 252 | Electronic filing |
| 253 | Substitute tax forms |
| 254 | How to choose a tax preparer |
| 255 | TeleFile |
| | **General Information** |
| 301 | When, where, and how to file |
| 302 | Highlights of tax changes |
| 303 | Checklist of common errors when preparing your tax return |
| 304 | Extensions of time to file your tax return |
| 305 | Recordkeeping |
| 306 | Penalty for underpayment of estimated tax |
| 307 | Backup withholding |
| 308 | Amended returns |
| 309 | Roth IRA contributions |
| 310 | Education IRA contributions |
| 311 | Power of attorney information |

| Topic No. | Subject |
|---|---|
| | **Filing Requirements, Filing Status, and Exemptions** |
| 351 | Who must file? |
| 352 | Which form—1040, 1040A, or 1040EZ? |
| 353 | What is your filing status? |
| 354 | Dependents |
| 355 | Estimated tax |
| 356 | Decedents |
| | **Types of Income** |
| 401 | Wages and salaries |
| 402 | Tips |
| 403 | Interest received |
| 404 | Dividends |
| 405 | Refunds of state and local taxes |
| 406 | Alimony received |
| 407 | Business income |
| 408 | Sole proprietorship |
| 409 | Capital gains and losses |
| 410 | Pensions and annuities |
| 411 | Pensions—The general rule and the simplified method |
| 412 | Lump-sum distributions |
| 413 | Rollovers from retirement plans |
| 414 | Rental income and expenses |
| 415 | Renting vacation property and renting to relatives |
| 416 | Farming and fishing income |
| 417 | Earnings for clergy |
| 418 | Unemployment compensation |
| 419 | Gambling income and expenses |
| 420 | Bartering income |

# TeleTax Topics

*(Continued)*

## Topic No. / Subject

| Topic No. | Subject |
|---|---|
| 421 | Scholarship and fellowship grants |
| 422 | Nontaxable income |
| 423 | Social security and equivalent railroad retirement benefits |
| 424 | 401(k) plans |
| 425 | Passive activities—Losses and credits |
| 426 | Other income |
| 427 | Stock options |
| 428 | Roth IRA distributions |

### Adjustments to Income

| Topic No. | Subject |
|---|---|
| 451 | Individual retirement arrangements (IRAs) |
| 452 | Alimony paid |
| 453 | Bad debt deduction |
| 454 | Tax shelters |
| 455 | Moving expenses |
| 456 | Student loan interest deduction |

### Itemized Deductions

| Topic No. | Subject |
|---|---|
| 501 | Should I itemize? |
| 502 | Medical and dental expenses |
| 503 | Deductible taxes |
| 504 | Home mortgage points |
| 505 | Interest expense |
| 506 | Contributions |
| 507 | Casualty losses |
| 508 | Miscellaneous expenses |
| 509 | Business use of home |
| 510 | Business use of car |
| 511 | Business travel expenses |
| 512 | Business entertainment expenses |
| 513 | Educational expenses |
| 514 | Employee business expenses |
| 515 | Disaster area losses |

### Tax Computation

| Topic No. | Subject |
|---|---|
| 551 | Standard deduction |
| 552 | Tax and credits figured by the IRS |
| 553 | Tax on a child's investment income |
| 554 | Self-employment tax |
| 555 | Five- or ten-year tax options for lump-sum distributions |
| 556 | Alternative minimum tax |
| 557 | Tax on early distributions from traditional and Roth IRAs |
| 558 | Tax on early distributions from retirement plans |

### Tax Credits

| Topic No. | Subject |
|---|---|
| 601 | Earned income credit (EIC) |
| 602 | Child and dependent care credit |
| 603 | Credit for the elderly or the disabled |
| 604 | Advance earned income credit |
| 605 | Education credits |
| 606 | Child tax credits |
| 607 | Adoption credit |
| 608 | Excess social security and RRTA tax withheld |

### IRS Notices

| Topic No. | Subject |
|---|---|
| 651 | Notices—What to do |
| 652 | Notice of underreported income—CP 2000 |
| 653 | IRS notices and bills, penalty and interest charges |

### Basis of Assets, Depreciation, and Sale of Assets

| Topic No. | Subject |
|---|---|
| 701 | Sale of your home after May 6, 1997 |
| 702 | Sale of your home before May 7, 1997 |
| 703 | Basis of assets |
| 704 | Depreciation |
| 705 | Installment sales |

### Employer Tax Information

| Topic No. | Subject |
|---|---|
| 751 | Social security and Medicare withholding rates |
| 752 | Form W-2—Where, when, and how to file |
| 753 | Form W-4—Employee's Withholding Allowance Certificate |
| 754 | Form W-5—Advance earned income credit |
| 755 | Employer identification number (EIN)—How to apply |
| 756 | Employment taxes for household employees |
| 757 | Form 941—Deposit requirements |
| 758 | Form 941—Employer's Quarterly Federal Tax Return |
| 759 | Form 940 and 940-EZ—Deposit requirements |
| 760 | Form 940 and Form 940-EZ—Employer's Annual Federal Unemployment Tax Return |
| 761 | Tips—Withholding and reporting |
| 762 | Independent contractor vs. employee |

### Magnetic Media Filers—1099 Series and Related Information Returns

| Topic No. | Subject |
|---|---|
| 801 | Who must file magnetically |
| 802 | Applications, forms, and information |
| 803 | Waivers and extensions |
| 804 | Test files and combined Federal and State filing |
| 805 | Electronic filing of information returns |

### Tax Information for Aliens and U.S. Citizens Living Abroad

| Topic No. | Subject |
|---|---|
| 851 | Resident and nonresident aliens |
| 852 | Dual-status alien |
| 853 | Foreign earned income exclusion—General |
| 854 | Foreign earned income exclusion—Who qualifies? |
| 855 | Foreign earned income exclusion—What qualifies? |
| 856 | Foreign tax credit |
| 857 | Individual Taxpayer Identification Number—Form W-7 |
| 858 | Alien tax clearance |

### Tax Information for Puerto Rico Residents (in Spanish only)

| Topic No. | Subject |
|---|---|
| 901 | Who must file a U.S. income tax return in Puerto Rico |
| 902 | Deductions and credits for Puerto Rico filers |
| 903 | Federal employment taxes in Puerto Rico |
| 904 | Tax assistance for Puerto Rico residents |

**Topic numbers are effective January 1, 2000.**

# Calling the IRS

If you cannot answer your question by using one of the methods listed on page 7, please call us for assistance at **1-800-829-1040.** You will not be charged for the call unless your phone company charges you for local calls. This service is available 24 hours a day, 7 days a week, from January 3, 2000, through April 17, 2000. Beginning April 18, 2000, this service is available Monday through Saturday from 7:00 a.m. until 11:00 p.m. local time. Holiday hours may vary.

 If you want to check the status of your **1999 refund,** call **TeleTax** at **1-800-829-4477** (see page 10 for instructions).

## Before You Call

IRS representatives care about the quality of the service we provide to you, our customer. You can help us provide accurate, complete answers to your questions by having the following information available.

● The tax form, schedule, or notice to which your question relates.

● The facts about your particular situation. The answer to the same question often varies from one taxpayer to another because of differences in their age, income, whether they can be claimed as a dependent, etc.

● The name of any IRS publication or other source of information that you used to look for the answer.

To maintain your account security, you may be asked for the following information, which you should also have available.

● Your social security number.

● The amount of refund and filing status shown on your tax return.

● The "Caller ID Number" shown at the top of any notice you received.

● Your personal identification number (PIN) if you have one.

● Your date of birth.

● The numbers in your street address.

● Your ZIP code.

If you are asking for an installment agreement to pay your tax, you will be asked for the highest amount you can pay each month and the date on which you can pay it.

**Evaluation of Services Provided.** The IRS uses several methods to evaluate the quality of this telephone service. One method is for a second IRS representative to sometimes listen in on or record telephone calls. Another is to ask some callers to complete a short survey at the end of the call.

## Making the Call

Call **1-800-829-1040** (for TTY/TDD help, call 1-800-829-4059). If you have a pulse or rotary dial phone, stay on the line and one of our assisters will answer.

If you have a touch-tone phone, press **1** to enter our automated system. You can press the number for your topic as soon as you hear it. The system will direct you to the appropriate assistance. You may not need to speak to a representative to get your answer. You can do the following within the system.

● Order tax forms and publications.

● Find out the status of your refund or what you owe.

● Determine if we have adjusted your account or received payments you made.

● Request a transcript of your account.

● Find out where to send your tax return or payment.

● Request more time to pay or set up a monthly installment agreement.

## Before You Hang Up

If you do not fully understand the answer you receive, or you feel our representative may not fully understand your question, our representative needs to know this. He or she will be happy to take additional time to be sure your question is answered fully.

By law, you are responsible for paying your share of Federal income tax. If we should make an error in answering your question, you are still responsible for the payment of the correct tax. Should this occur, however, you will not be charged any penalty.

# Before You Fill In Form 1040

See **How To Avoid Common Mistakes** on page 50.

If you were in the Balkans or the Persian Gulf area (for example, you participated in Operation Joint Forge or Operation Allied Force), see **Pub. 3.**



For details on these and other changes, see **Pub. 553** or see **What's Hot** at www.irs.gov.

# What's New for 1999?

## Capital Gain Distributions— No Schedule D for Many People!

You may not have to file Schedule D just to report your capital gain distributions. See the instructions for line 13 on page 22. If you do not have to file Schedule D, be sure you check the box on line 13.

## Child Tax Credits

If you have a child who was under age 17 at the end of 1999, you may be able to claim either or both of these credits:

- The Child Tax Credit.
- The Additional Child Tax Credit.

The total of these credits can be as much as $500 for each qualifying child. To find out if you have a qualifying child, see the instructions for line 6c, column (4), on page 19. Figure the **child tax credit** first. See the instructions for line 43 on page 33.

If you have three or more qualifying children and you are not able to claim the full $500 child tax credit for each child, you may be able to claim the **additional child tax credit.** See the instructions for line 60 on page 48. The additional child tax credit is refundable; that is, it may give you a refund even if you do not owe any tax. Use **Form 8812** to figure this credit.

## Student Loan Interest Deduction

If you paid interest on a qualified student loan, you may be able to deduct up to $1,500 of the interest on line 24. See the instructions for line 24 on page 26.

## Self-Employed Health Insurance Deduction

You may be able to deduct up to 60% of your health insurance. See the instructions for line 28 on page 28.

## Did You Convert Part or All of an IRA to a Roth IRA in 1998?

If you did and you chose to report the taxable amount over 4 years, you must report the amount that is taxable in 1999 on line 15b. See **1998 Roth IRA Conversions** on page 22.

## IRA Deduction Allowed to More People Covered by Retirement Plans

You may be able to take an IRA deduction if you were covered by a retirement plan and your modified adjusted gross income is less than the amount shown below that applies to you.

- Single, head of household, or married filing separately and you lived apart from your spouse for all of 1999—$41,000.
- Married filing jointly or qualifying widow(er)—$61,000.

See the instructions for line 23 on page 26.

## Tax From Recapture of Education Credits

You may owe this tax if you claimed an education credit on your 1998 tax return and, in 1999, you, your spouse if filing jointly, or your dependent received:

- A refund of qualified tuition and related expenses, or
- Tax-free educational assistance.

See **Form 8863** for details.

## Business Standard Mileage Rate

The rate for business use of a vehicle before April 1, 1999, is 32½ cents a mile. The rate for business use of a vehicle after March 31, 1999, is 31 cents a mile.

## Earned Income Credit (EIC)

You may be able to take this credit if you earned less than $30,580 (less than $10,200 if you do not have any qualifying children). See the instructions for lines 59a and 59b that begin on page 38.

## New Look for Child Tax Credit and EIC Instructions

You may notice that those instructions look different from the others in this booklet. We are trying this new approach as a way of simplifying our instructions to serve you better. To help us evaluate the effectiveness of the new instructions, we are interested in hearing your comments. See page 54 for details on how to send us your comments.

## Photographs of Missing Children

The IRS is a proud partner with the National Center for Missing and Exploited Children. Photographs of missing children selected by the Center may appear in this booklet on pages that would otherwise be blank. You can help bring these children home by looking at the photographs and calling **1-800-THE-LOST** (1-800-843-5678) if you recognize a child.

# What To Look for in 2000

## Student Loan Interest Deduction

You may be able to deduct up to $2,000 of the interest you pay on a qualified student loan.

## IRA Deduction Allowed to More People Covered by Retirement Plans

You may be able to take an IRA deduction if you are covered by a retirement plan and your 2000 modified adjusted gross income is less than the amount shown below that applies to you.

- Single, head of household, or married filing separately and you lived apart from your spouse for all of 2000—$42,000.
- Married filing jointly or qualifying widow(er)—$62,000.

# Filing Requirements

These rules apply to all U.S. citizens, regardless of where they live, and resident aliens.

## Do You Have To File?

Use **Chart A, B,** or **C** to see if you must file a return. U.S. citizens who lived in or had income from a U.S. possession should see **Pub. 570.** Residents of Puerto Rico can use TeleTax topic 901 (see page 10) to see if they must file.



Even if you do not otherwise have to file a return, you should file one to get a refund of any Federal income tax withheld. You should also file if you are eligible for the earned income credit or the additional child tax credit.

### Exception for Children Under Age 14

If you are planning to file a return for your child who was under age 14 on January 1, 2000, and certain other conditions apply, you may elect to report your child's income on your return. But you must use **Form 8814** to do so. If you make this election, your child does not have to file a return. For details, use TeleTax topic 553 (see page 10) or see Form 8814.

### Nonresident Aliens and Dual-Status Aliens

These rules also apply to nonresident aliens and dual-status aliens who were married to U.S. citizens or residents at the end of 1999 and who have elected to be taxed as resident aliens. Other nonresident aliens and dual-status aliens have different filing requirements. They may have to file **Form 1040NR** or **Form 1040NR-EZ.** Specific rules apply to determine if you are a resident or nonresident alien. See **Pub. 519** for details, including the rules for students and scholars who are aliens.

## When Should You File?

Not later than **April 17, 2000.** If you file after this date, you may have to pay penalties and interest. See page 53.

### What if You Cannot File on Time?

You can get an automatic 4-month extension if, by April 17, 2000 you **either** file **Form 4868** or pay part or all of the tax you expect to owe for 1999 by phone using your credit card (American Express® Card, MasterCard®, or Discover® Card). For details on how to get an extension with your credit card, see Form 4868.



Filing Form 4868 or paying by credit card does not extend the time to pay your income tax. See Form 4868.

If you are a U.S. citizen or resident, you may qualify for an automatic extension of time to file without filing Form 4868 or paying by credit card, if, on the due date of your return, you meet one of the following conditions:

- You live outside the United States and Puerto Rico, AND your main place of business or post of duty is outside the United States and Puerto Rico.
- You are in military or naval service on duty outside the United States and Puerto Rico.

This extension gives you an extra 2 months to file and pay the tax, but interest will be charged from the original due date of the return on any unpaid tax. You must attach a statement to your return showing that you meet the requirements.

## Where Do You File?

See the back cover of this booklet for filing instructions and addresses. For details on using a private delivery service to mail your return or payment, see page 17.

### Chart A—For Most People

| IF your filing status is . . . | AND at the end of 1999 you were* . . . | THEN file a return if your gross income** was at least . . . |
|---|---|---|
| Single | under 65<br>65 or older | $7,050<br>8,100 |
| Married filing jointly*** | under 65 (both spouses)<br>65 or older (one spouse)<br>65 or older (both spouses) | $12,700<br>13,550<br>14,400 |
| Married filing separately | any age | $2,750 |
| Head of household (see page 18) | under 65<br>65 or older | $9,100<br>10,150 |
| Qualifying widow(er) with dependent child (see page 18) | under 65<br>65 or older | $9,950<br>10,800 |

   * *If you turned 65 on January 1, 2000, you are considered to be age 65 at the end of 1999.*

  ** ***Gross income*** *means all income you received in the form of money, goods, property, and services that is not exempt from tax including any income from sources outside the United States (even if you may exclude part or all of it).* ***Do not*** *include social security benefits unless you are married filing a separate return and you lived with your spouse at any time in 1999.*

 *** *If you did not live with your spouse at the end of 1999 (or on the date your spouse died) and your gross income was at least $2,750, you must file a return regardless of your age.*

**Chart B—For Children and Other Dependents** (See the instructions for line 6c on page 19 to find out if someone can claim you as a dependent.)

If your parent (or someone else) can claim you as a dependent, use this chart to see if you must file a return.

In this chart, **unearned income** includes taxable interest, ordinary dividends, and capital gain distributions. **Earned income** includes wages, tips, and taxable scholarship and fellowship grants. **Gross income** is the total of your unearned and earned income.

 If your gross income was $2,750 or more, you usually cannot be claimed as a dependent unless you were under age 19 **or** a student under age 24. For details, see **Pub. 501.**

**Single dependents.** Were you **either** age 65 or older **or** blind?

☐ **No.** You must file a return if **any** of the following apply.
- Your **unearned income** was over $700.
- Your **earned income** was over $4,300.
- Your **gross income** was more than the **larger** of—
  - $700, **or**
  - Your earned income (up to $4,050) plus $250.

☐ **Yes.** You must file a return if **any** of the following apply.
- Your unearned income was over $1,750 ($2,800 if 65 or older **and** blind).
- Your earned income was over $5,350 ($6,400 if 65 or older **and** blind).
- Your gross income was more than—

| The larger of: | PLUS | This amount: |
|---|---|---|
| • $700, **or** | } | $1,050 ($2,100 if 65 |
| • Your earned income (up to $4,050) plus $250 | | or older **and** blind) |

**Married dependents.** Were you **either** age 65 or older **or** blind?

☐ **No.** You must file a return if **any** of the following apply.
- Your unearned income was over $700.
- Your earned income was over $3,600.
- Your gross income was at least $5 and your spouse files a separate return and itemizes deductions.
- Your gross income was more than the **larger** of—
  - $700, **or**
  - Your earned income (up to $3,350) plus $250.

☐ **Yes.** You must file a return if **any** of the following apply.
- Your unearned income was over $1,550 ($2,400 if 65 or older **and** blind).
- Your earned income was over $4,450 ($5,300 if 65 or older **and** blind).
- Your gross income was at least $5 and your spouse files a separate return and itemizes deductions.
- Your gross income was more than—

| The larger of: | PLUS | This amount: |
|---|---|---|
| • $700, **or** | } | $850 ($1,700 if 65 |
| • Your earned income (up to $3,350) plus $250 | | or older **and** blind) |

## Chart C—Other Situations When You Must File

You must file a return if any of the four conditions below apply for 1999.

**1.** You owe any special taxes, such as:
- Social security and Medicare tax on tips you did not report to your employer,
- Uncollected social security and Medicare or RRTA tax on tips you reported to your employer or on group-term life insurance,
- Alternative minimum tax,
- Recapture taxes (see the instructions for line 40 on page 31 and line 56 on page 37), or
- Tax on an individual retirement arrangement (IRA), other retirement plan, or on a medical savings account (MSA). But if you are filing a return only because you owe this tax, you can file **Form 5329** by itself.

**2.** You received any advance earned income credit (EIC) payments from your employer. These payments are shown in box 9 of your W-2 form.

**3.** You had net earnings from self-employment of at least $400.

**4.** You earned wages of $108.28 or more from a church or qualified church-controlled organization that is exempt from employer social security and Medicare taxes.

# Where To Report Certain Items From 1999 Forms W-2, 1098, and 1099

Report on Form 1040, line 57, any amounts shown on these forms as **Federal income tax withheld.** If you itemize your deductions, report on Schedule A, line 5, any amounts shown on these forms as **state or local income tax withheld.**

| Form | Item and Box in Which it Should Appear | Where To Report if Filing Form 1040 |
|------|----------------------------------------|-------------------------------------|
| W-2 | Wages, salaries, tips, etc. (box 1) | Form 1040, line 7 |
| | Allocated tips (box 8) | See **Tip income** on page 20 |
| | Advance EIC payments (box 9) | Form 1040, line 54 |
| | Dependent care benefits (box 10) | Form 2441, line 10 |
| | Adoption benefits (box 13, code **T**) | Form 8839, line 22 |
| | Employer contributions to an MSA (box 13, code **R**) | Form 8853, line 3b |
| W-2G | Gambling winnings (box 1) | Form 1040, line 21 (Schedule C or C-EZ for professional gamblers) |
| 1098 | Mortgage interest (box 1) <br> Points (box 2) | Schedule A, line 10* |
| | Refund of overpaid interest (box 3) | Form 1040, line 21, but first see the instructions on Form 1098* |
| 1098-E | Student loan interest (box 1) | See the instructions for Form 1040, line 24, on page 26* |
| 1099-A | Acquisition or abandonment of secured property | See Pub. 544 |
| 1099-B | Stocks, bonds, etc. (box 2) | Schedule D |
| | Bartering (box 3) | See Pub. 525 |
| | Futures contracts (box 9) | Form 6781 |
| 1099-C | Canceled debt (box 2) | Form 1040, line 21, but first see the instructions on Form 1099-C* |
| 1099-DIV | Ordinary dividends (box 1) | Form 1040, line 9 |
| | Total capital gain distributions (box 2a) | Form 1040, line 13, or, if required, Schedule D, line 13, column (f) |
| | 28% rate gain (box 2b) | Schedule D, line 13, column (g) |
| | Unrecaptured section 1250 gain (box 2c) | See the worksheet for Schedule D, line 25, on page D-7 |
| | Section 1202 gain (box 2d) | See the instructions for Schedule D |
| | Nontaxable distributions (box 3) | See the instructions for Form 1040, line 9, on page 20 |
| | Investment expenses (box 5) | Schedule A, line 22 |
| | Foreign tax paid (box 6) | Form 1040, line 46, or Schedule A, line 8 |
| 1099-G | Unemployment compensation (box 1) | Form 1040, line 19. But if you repaid any unemployment compensation in 1999, see the instructions for line 19 on page 24 |
| | State or local income tax refund (box 2) | See the instructions for Form 1040, line 10, on page 21* |
| | Qualified state tuition program earnings (box 5) | Form 1040, line 21 |
| | Taxable grants (box 6) | Form 1040, line 21* |
| | Agriculture payments (box 7) | See the Schedule F instructions or Pub. 225 |

*\* If the item relates to an activity for which you are required to file Schedule C, C-EZ, E, or F, or Form 4835, report the taxable or deductible amount allocable to the activity on that schedule or form instead.*

*(continued)*

| Form | Item and Box in Which it Should Appear | Where To Report if Filing Form 1040 |
|------|----------------------------------------|-------------------------------------|
| 1099-INT | Interest income (box 1) | Form 1040, line 8a |
| | Early withdrawal penalty (box 2) | Form 1040, line 30 |
| | Interest on U.S. savings bonds and Treasury obligations (box 3) | See the instructions for Form 1040, line 8a, on page 20 |
| | Investment expenses (box 5) | Schedule A, line 22 |
| | Foreign tax paid (box 6) | Form 1040, line 46, or Schedule A, line 8 |
| 1099-LTC | Long-term care and accelerated death benefits | See the instructions for Form 8853 |
| 1099-MISC | Rents (box 1) | See the instructions for Schedule E |
| | Royalties (box 2) | Schedule E, line 4 (timber, coal, iron ore royalties, see Pub. 544) |
| | Other income (box 3) | Form 1040, line 21* |
| | Nonemployee compensation (box 7) | Schedule C, C-EZ, or F (Form 1040, line 7, if you were not self-employed) |
| | Other (boxes 5, 6, 8, 9, and 10) | See the instructions on Form 1099-MISC |
| 1099-MSA | Distributions from medical savings accounts | Form 8853 |
| 1099-OID | Original issue discount (box 1) | See the instructions on Form 1099-OID |
| | Other periodic interest (box 2) | |
| | Early withdrawal penalty (box 3) | Form 1040, line 30 |
| 1099-PATR | Patronage dividends and other distributions from a cooperative (boxes 1, 2, 3, and 5) | Schedule C, C-EZ, or F, or Form 4835, but first see the instructions on Form 1099-PATR |
| | Credits (boxes 7 and 8) | Form 3468 or Form 5884 |
| | Patron's AMT adjustment (box 9) | Form 6251, line 14j |
| 1099-R | Distributions from IRAs** | See the instructions for Form 1040, lines 15a and 15b, on page 22 |
| | Distributions from pensions, annuities, etc. | See the instructions for Form 1040, lines 16a and 16b, on page 22 |
| | Capital gain (box 3) | See the instructions on Form 1099-R |
| 1099-S | Gross proceeds from real estate transactions (box 2) | Form 4797, Form 6252, or Schedule D. But if the property was your home, see the instructions for Schedule D to find out if you must report the sale or exchange. |
| | Buyer's part of real estate tax (box 5) | See the instructions for Schedule A, line 6, on page A-2* |

*  If the item relates to an activity for which you are required to file Schedule C, C-EZ, E, or F, or Form 4835, report the taxable or deductible amount allocable to the activity on that schedule or form instead.

** This includes distributions from Roth, SEP, SIMPLE, and education IRAs.

## Private Delivery Services

You can use certain private delivery services designated by the IRS to meet the "timely mailing as timely filing/paying" rule for tax returns and payments. The most recent list of designated private delivery services was published by the IRS in August 1999. The list includes only the following:

● Airborne Express (Airborne): Overnight Air Express Service, Next Afternoon Service, and Second Day Service.

● DHL Worldwide Express (DHL): DHL "Same Day" Service, and DHL USA Overnight.

● Federal Express (FedEx): FedEx Priority Overnight, FedEx Standard Overnight, and FedEx 2Day.

● United Parcel Service (UPS): UPS Next Day Air, UPS Next Day Air Saver, UPS 2nd Day Air, and UPS 2nd Day Air A.M.

The private delivery service can tell you how to get written proof of the mailing date.



Private delivery services cannot deliver items to P.O. boxes. You must use the U.S. Postal Service to mail any item to an IRS P.O. box address.

# Line Instructions for Form 1040

## Name and Address

### Use the Peel-Off Label

Using your peel-off name and address label in this booklet will speed the processing of your return. It also prevents common errors that can delay refunds or result in unnecessary notices. Put the label on your return **after** you have finished it. Cross out any errors and print the correct information. Add any missing items, such as your apartment number.

### Address Change

If the address on your peel-off label is not your current address, cross out your old address and print your new address. If you plan to move after filing your return, see page 51.

### Name Change

If you changed your name, be sure to report the change to your local Social Security Administration office **before** filing your return. This prevents delays in processing your return and issuing refunds. It also safeguards your future social security benefits. If you received a peel-off label, cross out your former name and print your new name.

### What If You Do Not Have a Label?

Print or type the information in the spaces provided. If you are married filing a separate return, enter your husband's or wife's name on line 3 instead of below your name.

 If you filed a joint return for 1998 and you are filing a joint return for 1999 with the same spouse, be sure to enter your names and SSNs in the same order as on your 1998 return.

### P.O. Box

Enter your box number instead of your street address **only** if your post office does not deliver mail to your home.

### Foreign Address

Enter the information in the following order: city, province or state, and country. Follow the country's practice for entering the postal code. Please **do not** abbreviate the country name.

### Death of a Taxpayer

See page 51.

## Social Security Number (SSN)

An incorrect or missing SSN may increase your tax or reduce your refund. **To apply for an SSN,** get **Form SS-5** from your local Social Security Administration (SSA) office or call the SSA at 1-800-772-1213. Fill in Form SS-5 and return it to the SSA. It usually takes about 2 weeks to get an SSN.

Check that your SSN is correct on your Forms W-2 and 1099. See page 51 for more details.

### IRS Individual Taxpayer Identification Numbers (ITINs) for Aliens

The IRS will issue you an ITIN if you are a nonresident or resident alien and you do not have and are not eligible to get an SSN. **To apply for an ITIN,** file **Form W-7** with the IRS. It usually takes about 30 days to get an ITIN. **Enter your ITIN wherever your SSN is requested on your tax return.**

**Note.** An ITIN is for tax use only. It does not entitle you to social security benefits or change your employment or immigration status under U.S. law.

### Nonresident Alien Spouse

If your spouse is a nonresident alien and you file a joint or separate return, your spouse must have either an SSN or an ITIN.

## Presidential Election Campaign Fund

This fund helps pay for Presidential election campaigns. The fund reduces candidates' dependence on large contributions from individuals and groups and places candidates on an equal financial footing in the general election. If you want $3 to go to this fund, check the "Yes" box. If you are filing a joint return, your spouse may also have $3 go to the fund. If you check "Yes," your tax or refund will not change.

## Filing Status

Check **only** the filing status that applies to you. The ones that will usually give you the lowest tax are listed last.

- Married filing separately.
- Single.
- **Head of household.** This status is for unmarried people who paid over half the cost of keeping up a home for a qualifying person, such as a child or parent. Certain married people who lived apart from their spouse for the last 6 months of 1999 may also be able to use this status.
- Married filing jointly or Qualifying widow(er) with dependent child. The **Qualifying widow(er)** status is for certain people whose spouse died in 1997 or 1998 and who had a child living with them whom they can claim as a dependent.

**Joint and Several Tax Liability.** If you file a joint return, both you and your spouse are generally responsible for the tax and any interest or penalties due on the return. This means that if one spouse does not pay the tax due, the other may have to. However, see **Innocent Spouse Relief** on page 51.

 More than one filing status may apply to you. Choose the one that will give you the lowest tax. If you are not sure about your filing status, use TeleTax topic 353 (see page 10) or see **Pub. 501.**

## Exemptions

You usually can deduct $2,750 on line 38 for each exemption you can take.

### Line 6b

#### Spouse

Check the box on line 6b if you file either **(1)** a joint return, or **(2)** a separate return and your spouse had no income and is not filing a return. However, **do not** check the

box if your spouse can be claimed as a dependent on another person's return.

# Line 6c

## Dependents

You can take an exemption for each of your dependents. The following is a brief description of the five tests that must be met for a person to qualify as your dependent. If you have **more than six** dependents, attach a statement to your return with the required information.

**Relationship Test.** The person must be either your relative or have lived in your home as a family member all year. If the person is not your relative, the relationship must not violate local law.

**Joint Return Test.** If the person is married, he or she cannot file a joint return. But the person can file a joint return if the return is filed only as a claim for refund **and** no tax liability would exist for either spouse if they had filed separate returns.

**Citizen or Resident Test.** The person must be a U.S. citizen or resident alien, or a resident of Canada or Mexico. There is an exception for certain adopted children. To find out who is a **resident alien**, use TeleTax topic 851 (see page 10) or see **Pub. 519.**

**Income Test.** The person's gross income must be less than $2,750. But your child's gross income can be $2,750 or more if he or she was either **under age 19** at the end of 1999 or **under age 24** at the end of 1999 and was a **student.**

**Support Test.** You must have provided over half of the person's total support in 1999. But there are two exceptions to this test: one for children of divorced or separated parents and one for persons supported by two or more taxpayers.

 For more details about the tests, including any exceptions that apply, see **Pub. 501.**

## Line 6c, Column (2)

You must enter each dependent's social security number (SSN). If you do not enter the correct SSN, at the time we process your return, we may disallow the exemption claimed for the dependent and reduce or disallow any other tax benefits (such as the child tax credit and the earned income credit) based on the dependent.

 For details on how your dependent can get an SSN, see page 18. If your dependent will not have a number by April 17, 2000, see **What if You Cannot File on Time?** on page 14.

If your dependent child was born and died in 1999 and you do not have an SSN for the child, you may attach a copy of the child's birth certificate instead and enter "DIED" in column (2).

**Adoption Taxpayer Identification Numbers (ATINs).** If you have a dependent who was placed with you by an authorized placement agency and you do not know his or her SSN, you must get an ATIN for the dependent from the IRS. See **Form W-7A** for details.

## Line 6c, Column (4)

Check the box in this column if your dependent is a qualifying child for the child tax credit (defined below). If you have at least one qualifying child, you may be able to take the child tax credit on line 43.

**Qualifying Child for Child Tax Credit.** A qualifying child for purposes of the child tax credit is a child who:

● Is claimed as your dependent on line 6c, **and**

● Was **under age 17** at the end of 1999, **and**

● Is your son, daughter, adopted child, grandchild, stepchild, or foster child, **and**

● Is a United States citizen or resident alien.

**Note.** The above requirements are not the same as the requirements to be a qualifying child for the earned income credit.

A child placed with you by an authorized placement agency for legal adoption is an **adopted child** even if the adoption is not final.

A **grandchild** is any descendant of your son, daughter, or adopted child and includes your great-grandchild, great-great-grandchild, etc.

A **foster child** is any child you cared for as your own child and who lived with you for all of 1999. A child who was born or died in 1999 is considered to have lived with you for all of 1999 if your home was the child's home for the entire time he or she was alive during 1999.

## Children Who Did Not Live With You Due to Divorce or Separation

If you are claiming a child who did not live with you under the rules in **Pub. 501** for children of divorced or separated parents, attach **Form 8332** or similar statement to your return. But see **Exception** below. If your divorce decree or separation agreement went into effect after 1984 and it states you can claim the child as your dependent without regard to any condition, such as payment of support, you may attach a copy of the following pages from the decree or agreement instead.

**1.** Cover page (put the other parent's SSN on that page),

**2.** The page that states you can claim the child as your dependent, and

**3.** Signature page with the other parent's signature and date of agreement.

**Note.** You must attach the required information even if you filed it in an earlier year.

**Exception.** You do not have to attach Form 8332 or similar statement if your divorce decree or written separation agreement went into effect before 1985 and it states that you can claim the child as your dependent.

## Other Dependent Children

Include the total number of children who did not live with you for reasons other than divorce or separation on the line labeled "Dependents on 6c not entered above." Include dependent children who lived in Canada or Mexico during 1999.

# Income

## Foreign-Source Income

You must report unearned income, such as interest, dividends, and pensions, from sources outside the United States unless exempt by law or a tax treaty. You must also report earned income, such as wages and tips, from sources outside the United States.

If you worked abroad, you may be able to exclude part or all of your earned income. For details, see **Pub. 54** and **Form 2555** or **2555-EZ.**

## Community Property States

Community property states are Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, and Wisconsin. If you and your spouse lived in a community property state, you must usually

- 19 -

*Need more information or forms? See page 7.*

Form 1040—Lines 7 Through 9

follow state law to determine what is community income and what is separate income. For details, see **Pub. 555.**

### Rounding Off to Whole Dollars

To round off cents to the nearest whole dollar on your forms and schedules, drop amounts under 50 cents and increase amounts from 50 to 99 cents to the next dollar. If you do round off, do so for all amounts. But if you have to add two or more amounts to figure the amount to enter on a line, include cents when adding and only round off the total.

# Line 7

## Wages, Salaries, Tips, etc.

Enter the total of your wages, salaries, tips, etc. If a joint return, also include your spouse's income. For most people, the amount to enter on this line should be shown in box 1 of your **Form(s) W-2.** But the following types of income must also be included in the total on line 7.

● Wages received as a **household employee** for which you did not receive a W-2 form because your employer paid you less than $1,100 in 1999. Also, enter "HSH" and the amount not reported on a W-2 form on the dotted line next to line 7.

● **Tip income** you did not report to your employer. Also include **allocated tips** shown on your W-2 form(s) unless you can prove that you received less. Allocated tips should be shown in box 8 of your W-2 form(s). They are not included as income in box 1. See **Pub. 531** for more details.

 You may owe social security and Medicare tax on unreported or allocated tips. See the instructions for line 52 on page 36.

● **Dependent care benefits,** which should be shown in box 10 of your W-2 form(s). But first complete **Form 2441** to see if you may exclude part or all of the benefits.

● **Employer-provided adoption benefits,** which should be shown in box 13 of your W-2 form(s) with code **T.** But first complete **Form 8839** to see if you may exclude part or all of the benefits.

● **Scholarship and fellowship grants** not reported on a W-2 form. Also, enter "SCH" and the amount on the dotted line next to line 7. **Exception.** If you were a degree candidate, include on line 7 **only** the amounts you used for expenses other than tuition and course-related expenses. For ex-

ample, amounts used for room, board, and travel must be reported on line 7.

● **Excess salary deferrals.** The amount deferred should be shown in box 13 of your W-2 form and the "Deferred compensation" box in box 15 should be checked. If the total amount you (or your spouse if filing jointly) deferred for 1999 under **all** plans was more than $10,000, include the excess on line 7. But a different limit may apply if amounts were deferred under a tax-sheltered annuity plan or an eligible plan of a state or local government or tax-exempt organization. See **Pub. 575** for details.

 You may **not** deduct the amount deferred. It is not included as income in box 1 of your W-2 form.

● **Disability pensions** shown on **Form 1099-R** if you have not reached the minimum retirement age set by your employer. Disability pensions received after you reach that age and other pensions shown on Form 1099-R (other than payments from an IRA*) are reported on lines 16a and 16b. Payments from an IRA are reported on lines 15a and 15b.

● **Corrective distributions** shown on **Form 1099-R** of **(1)** excess salary deferrals plus earnings and **(2)** excess contributions plus earnings to a retirement plan. But do not include distributions from an IRA* on line 7. Instead, report them on lines 15a and 15b.

*This includes a Roth, SEP, SIMPLE, or education IRA.

### Were You a Statutory Employee?

If you were, the "Statutory employee" box in box 15 of your W-2 form should be checked. Statutory employees include full-time life insurance salespeople, certain agent or commission drivers and traveling salespeople, and certain homeworkers. If you have related business expenses to deduct, report the amount shown in box 1 of your W-2 form on **Schedule C** or **C-EZ** along with your expenses.

### Missing or Incorrect Form W-2?

If you do not get a W-2 form from your employer by January 31, 2000, use TeleTax topic 154 (see page 10) to find out what to do. Even if you do not get a Form W-2, you must still report your earnings on line 7. If you lose your Form W-2 or it is incorrect, ask your employer for a new one.

# Line 8a

## Taxable Interest

Each payer should send you a **Form 1099-INT** or **Form 1099-OID.** Report **all** of your taxable interest income on line 8a. But you must fill in and attach **Schedule B** if the total is over $400 or any of the other conditions listed at the beginning of the Schedule B instructions (see page B-1) apply to you.

Interest credited in 1999 on deposits that you could not withdraw because of the bankruptcy or insolvency of the financial institution may not have to be included in your 1999 income. For details, see **Pub. 550.**

 If you get a 1999 Form 1099-INT for U.S. savings bond interest that includes amounts you reported before 1999, see Pub. 550.

# Line 8b

## Tax-Exempt Interest

If you received any tax-exempt interest, such as from municipal bonds, report it on line 8b. Include any exempt-interest dividends from a mutual fund or other regulated investment company. **Do not** include interest earned on your IRA.

# Line 9

## Ordinary Dividends

Each payer should send you a **Form 1099-DIV.** Report your total ordinary dividends on line 9. But you must fill in and attach **Schedule B** if your total ordinary dividends are over $400 or you received, as a nominee, dividends that actually belong to someone else.

### Capital Gain Distributions

If you received any capital gain distributions, see the instructions for line 13 on page 22.

### Nontaxable Distributions

Some distributions are nontaxable because they are a return of your cost. They will not be taxed until you recover your cost. You must reduce your cost (or other basis) by these distributions. After you get back all of your cost (or other basis), you must report these distributions as capital gains on **Schedule D.** For details, see **Pub. 550.**

---

*Need more information or forms? See page 7.*              - 20 -

 Dividends on insurance policies are a partial return of the premiums you paid. **Do not** report them as dividends. Include them in income only if they exceed the total of all net premiums you paid for the contract.

# Line 10

## Taxable Refunds, Credits, or Offsets of State and Local Income Taxes

 None of your refund is taxable if, in the year you paid the tax, you **did not** itemize deductions.

If you received a refund, credit, or offset of state or local income taxes in 1999, you may receive a **Form 1099-G**. If you chose to apply part or all of the refund to your 1999 estimated state or local income tax, the amount applied is treated as received in 1999. If the refund was for a tax year paid in 1998 and you itemized deductions for 1998, use the worksheet below to see if any of your refund is taxable.

**Exceptions.** See **Recoveries** in **Pub. 525** instead of using the worksheet below if **any** of the following apply.

● You received a refund in 1999 that is for a tax year other than 1998.

● You received a refund other than an income tax refund, such as a real property tax refund, in 1999 of an amount deducted or credit claimed in an earlier year.

● Your 1998 taxable income was less than zero.

● You made your last payment of 1998 estimated state or local income tax in 1999.

● You owed alternative minimum tax in 1998.

● You could not deduct the full amount of credits you were entitled to in 1998 because the total credits exceeded the tax shown on your 1998 Form 1040, line 40.

● You could be claimed as a dependent by someone else in 1998.

Also, see **Tax Benefit Rule** in Pub. 525 instead of using the worksheet below if **all three** of the following apply.

**1.** You had to use the Itemized Deductions Worksheet in the 1998 Schedule A instructions because your 1998 adjusted gross income was over: $124,500 if single, married filing jointly, head of household, or qualifying widow(er); $62,250 if married filing separately.

**2.** You could not deduct all of the amount on line 1 of the 1998 Itemized Deductions Worksheet.

**3.** The amount on line 8 of that 1998 worksheet would be more than the amount on line 4 of that worksheet if the amount on line 4 were reduced by 80% of the refund you received in 1999.

# Line 11

## Alimony Received

Enter amounts received as alimony or separate maintenance. You must let the person who made the payments know your social security number. If you do not, you may have to pay a $50 penalty. For more details, use TeleTax topic 406 (see page 10) or see **Pub. 504.**

# Line 12

## Business Income or (Loss)

If you operated a business or practiced your profession as a sole proprietor, report your income and expenses on **Schedule C** or **C-EZ.**

---

**State and Local Income Tax Refund Worksheet—Line 10**     *Keep for Your Records*

**1.** Enter the income tax refund from **Form(s) 1099-G** (or similar statement). But **do not** enter more than the amount on your 1998 Schedule A (Form 1040), line 5 . . . . . . . . . . . . . . . **1.** _____

**2.** Enter your total allowable itemized deductions from your 1998 Schedule A (Form 1040), line 28 . . . . . . . . . . . . . . . . . . . **2.** _____

**Note.** If the filing status on your 1998 Form 1040 was married filing separately and your spouse itemized deductions in 1998, skip lines 3, 4, and 5, and enter the amount from line 2 on line 6.

**3.** Enter the amount shown below for the filing status claimed on your **1998** Form 1040.
  ● Single—$4,250
  ● Married filing jointly or
  qualifying widow(er)—$7,100 ⎫
  ● Married filing separately—$3,550 ⎬ . . . **3.** _____
  ● Head of household—$6,250 ⎭

**4.** Did you fill in line 35a on your 1998 Form 1040?
  ☐ **No.** Enter -0-.
  ☐ **Yes.** Multiply the number on line 35a of your 1998
  Form 1040 by: $850 if your 1998 filing status ⎫
  was married filing jointly or separately or ⎬ **4.** _____
  qualifying widow(er); $1,050 if your 1998 ⎭
  filing status was single or head of household

**5.** Add lines 3 and 4 . . . . . . . . . . . . . . . . **5.** _____

**6.** Subtract line 5 from line 2. If zero or less, enter -0- . . . . . . . . **6.** _____

**7.** **Taxable part of your refund.** Enter the **smaller** of line 1 or line 6 here and on Form 1040, line 10 . . . . . . . . . . . . . . . . . . . **7.** _____

# Line 13

## Capital Gain or (Loss)

If you had a capital gain or loss, including any **capital gain distributions** from a mutual fund, you **must** complete and attach **Schedule D.**

**Exception.** You do not have to file Schedule D if **all three** of the following apply.

**1.** The only amounts you have to report on Schedule D are capital gain distributions from box 2a of **Forms 1099-DIV** or substitute statements.

**2.** None of the Forms 1099-DIV or substitute statements have an amount in box 2b (28% rate gain), box 2c (unrecaptured section 1250 gain), or box 2d (section 1202 gain).

**3.** If you are filing **Form 4952** (relating to investment interest expense deduction), the amount on line 4e of that form is not more than zero.

If all three of the above apply, enter your capital gain distributions on line 13 and check the box on that line. Also, be sure you use the **Capital Gain Tax Worksheet** on page 32 to figure your tax.

# Line 14

## Other Gains or (Losses)

If you sold or exchanged assets used in a trade or business, see the Instructions for **Form 4797.**

# Lines 15a and 15b

## IRA Distributions

**Note.** If you converted part or all of an IRA to a Roth IRA in 1998 and you chose to report the taxable amount over 4 years, see **1998 Roth IRA Conversions** on this page.

You should receive a **Form 1099-R** showing the amount of the distribution from your individual retirement arrangement (IRA). Unless otherwise noted in the line 15a and 15b instructions, an IRA includes a traditional IRA, Roth IRA, education (Ed) IRA, simplified employee pension (SEP) IRA, and a savings incentive match plan for employees (SIMPLE) IRA. Leave line 15a blank and enter the total distribution on line 15b.

**Exception. Do not** enter your total IRA distribution on line 15b if **any** of the following apply.

**1.** You made nondeductible contributions to any of your traditional or SEP IRAs for 1999 or an earlier year. Instead, use **Form 8606** to figure the amount to enter on line 15b; enter the total distribution on line 15a. If you made nondeductible contributions to these IRAs for 1999, also see **Pub. 590.**

**2.** You converted part or all of a traditional, SEP, or SIMPLE IRA to a Roth IRA in 1999. Instead, use Form 8606 to figure the amount to enter on line 15b; enter the total distribution on line 15a.

**3.** You made an excess contribution in 1999 to your IRA and withdrew it during the period of January 1, 2000, through April 17, 2000. Enter the total distribution on line 15a and the taxable part (the earnings) on line 15b.

**4.** You received a distribution from an Ed or Roth IRA and the total distribution was not rolled over into another IRA of the same type. Instead, use Form 8606 to figure the amount to enter on line 15b; enter the total distribution on line 15a.

**5.** You rolled your IRA distribution over into another IRA of the same type (for example, from one traditional IRA to another traditional IRA). Enter the total distribution on line 15a and put "Rollover" next to line 15b. If the total on line 15a was rolled over, enter zero on line 15b. If the total was not rolled over, enter the part not rolled over on line 15b. But if item **1** above also applies, use Form 8606 to figure the taxable part.

If you rolled over the distribution **(a)** in 2000 or **(b)** from a conduit IRA into a qualified plan, attach a statement explaining what you did.

 You may have to pay an additional tax if **(1)** you received an early distribution from your IRA and the total distribution was not rolled over, or **(2)** you were born before July 1, 1928, and received less than the minimum required distribution. See the instructions for line 53 that begin on page 36 for details.

**1998 Roth IRA Conversions.** If you converted an IRA to a Roth IRA in 1998 and chose to report the taxable amount over 4 years, leave line 15a blank and enter on line 15b the amount from your **1998 Form 8606,** line 17. **But** you may have to enter a different amount on line 15b if **either** of the following applies.

● You received a distribution from a Roth IRA in 1999 **or** the owner of the Roth IRA died in 1999. See **Pub. 590** to figure the amount to enter on line 15b.

● You received a distribution from a Roth IRA in 1999. Use Form 8606 to figure the amount to enter on line 15b.

**Note.** If you received a distribution from another type of IRA, figure the taxable amount of the distribution and enter the total of the taxable amounts on line 15b.

# Lines 16a and 16b

## Pensions and Annuities

You should receive a **Form 1099-R** showing the amount of your pension and annuity payments. See page 24 for details on rollovers and lump-sum distributions. **Do not** include the following payments on lines 16a and 16b. Instead, report them on line 7.

● Disability pensions received before you reach the minimum retirement age set by your employer.

● Corrective distributions of excess salary deferrals or excess contributions to retirement plans.

 Attach Form(s) 1099-R to Form 1040 if any Federal income tax was withheld.

### Fully Taxable Pensions and Annuities

If your pension or annuity is fully taxable, enter it on line 16b; **do not** make an entry on line 16a. Your payments are fully taxable if **either** of the following applies:

● You did not contribute to the cost (see page 24) of your pension or annuity, or

● You got your entire cost back tax free before 1999.

Fully taxable pensions and annuities also include military retirement pay shown on Form 1099-R. For details on military disability pensions, see **Pub. 525.** If you received a **Form RRB-1099-R,** see **Pub. 575** to find out how to report your benefits.

### Partially Taxable Pensions and Annuities

If your pension or annuity is partially taxable and your Form 1099-R does not show the taxable part, you must use the General Rule to figure the taxable part. The General Rule is explained in **Pub. 939.** However, if your annuity starting date (defined on page 23) was **after** July 1, 1986, you may be able to use the Simplified Method explained on page 23. But if your annuity starting date was **after** November 18, 1996, and items **1, 2,** and **3** under **Simplified Method** apply,

you **must** use the Simplified Method to figure the taxable part.

You can ask the IRS to figure the taxable part for you for an $80 fee. For details, see Pub. 939.

If your Form 1099-R shows a taxable amount, you may report that amount on line 16b. But you may be able to report a lower taxable amount by using the General Rule or the Simplified Method.

Once you have figured the taxable part of your pension or annuity, enter that amount on line 16b and the total on line 16a.

### Annuity Starting Date

Your annuity starting date is the later of the first day of the first period for which you received a payment, or the date the plan's obligations became fixed.

### Simplified Method

If your annuity starting date (defined earlier) was **after** July 1, 1986, and **all three** of the following apply, you can use this simpler method. But if your annuity starting date was **after** November 18, 1996, and **all three** of the following apply, you **must** use the Simplified Method.

**1.** The payments are for **(a)** your life or **(b)** your life and that of your beneficiary.

**2.** The payments are from a qualified employee plan, a qualified employee annuity, or a tax-sheltered annuity.

**3.** At the time the pension or annuity payments began, either you were under age 75 or the number of years of guaranteed payments was fewer than 5. See Pub. 575 for the definition of guaranteed payments.

If all three apply, use the worksheet below to figure the taxable part of your pension or annuity. For more details on the Simplified Method, see Pub. 575 or **Pub. 721** for U.S. Civil Service retirement.

*(Continued on page 24)*

## Simplified Method Worksheet—Lines 16a and 16b          *Keep for Your Records*

**Note.** If you had more than one partially taxable pension or annuity, figure the taxable part of each separately. Enter the total of the taxable parts on Form 1040, line 16b. Enter the total pension or annuity payments received in 1999 on Form 1040, line 16a.

| | |
|---|---|
| **1.** Enter the total pension or annuity payments received this year. Also, enter this amount on Form 1040, line 16a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1.** _____ |
| **2.** Enter your cost in the plan at the annuity starting date plus any death benefit exclusion (see page 24) . . . . . . . . . . . . . . . . . . . . **2.** _____ | |
| **3.** Enter the appropriate number from **Table 1** below. **But** if your annuity starting date was **after** 1997 **and** the payments are for your life and that of your beneficiary, enter the appropriate number from **Table 2** below . . . . . . . . . . **3.** _____ | |
| **4.** Divide line 2 by the number on line 3 . . . . . . . . . . **4.** _____ | |
| **5.** Multiply line 4 by the number of months for which this year's payments were made. If your annuity starting date was **before** 1987, skip lines 6 and 7 and enter this amount on line 8. Otherwise, go to line 6 . . . . . . . . . . **5.** _____ | |
| **6.** Enter the amount, if any, recovered tax free in years after 1986 . . . . . . . **6.** _____ | |
| **7.** Subtract line 6 from line 2 . . . . . . . . . . . . . **7.** _____ | |
| **8.** Enter the **smaller** of line 5 or line 7 . . . . . . . . . . . . . . . **8.** _____ | |
| **9. Taxable amount.** Subtract line 8 from line 1. Enter the result, but not less than zero. Also, enter this amount on Form 1040, line 16b. If your Form 1099-R shows a larger amount, use the amount on this line instead of the amount from Form 1099-R . . . . . . . . . . . . . . **9.** _____ | |

### TABLE 1 FOR LINE 3 ABOVE

| | **AND your annuity starting date was—** | |
|---|---|---|
| **IF** the age at annuity starting date (see page 24) was . . . | **before** November 19, 1996, enter on line 3 . . . | **after** November 18, 1996, enter on line 3 . . . |
| 55 or under | 300 | 360 |
| 56–60 | 260 | 310 |
| 61–65 | 240 | 260 |
| 66–70 | 170 | 210 |
| 71 or older | 120 | 160 |

### TABLE 2 FOR LINE 3 ABOVE

| | |
|---|---|
| **IF** the combined ages at annuity starting date (see page 24) were . . . | **THEN** enter on line 3 . . . |
| 110 or under | 410 |
| 111–120 | 360 |
| 121–130 | 310 |
| 131–140 | 260 |
| 141 or older | 210 |



If you received U.S. Civil Service retirement benefits and you chose the lump-sum credit option, use the worksheet in Pub. 721. **Do not** use the worksheet on page 23.

## Age (or Combined Ages) at Annuity Starting Date

If you are the retiree, use your age on the annuity starting date. If you are the survivor of a retiree, use the retiree's age on his or her annuity starting date. **But** if your annuity starting date was after 1997 and the payments are for your life and that of your beneficiary, use your combined ages on the annuity starting date.

If you are the beneficiary of an employee who died, see Pub. 575. If there is more than one beneficiary, see Pub. 575 or Pub. 721 to figure each beneficiary's taxable amount.

## Changing Methods

If your annuity starting date was **after** July 1, 1986, and **before** November 19, 1996, you may be able to change from the General Rule to the Simplified Method (or the other way around). For details, see Pub. 575 or Pub. 721.

## Cost

Your cost is generally your net investment in the plan as of the annuity starting date. It should be shown in box 9b of Form 1099-R for the first year you received payments from the plan.

**Death Benefit Exclusion.** If you are the beneficiary of a deceased employee or former employee who died **before** August 21, 1996, amounts paid to you by, or on behalf of, an employer because of the death of the employee may qualify for a death benefit exclusion of up to $5,000. If you are entitled to this exclusion, add it to the amount you enter on line 2 of the worksheet on page 23. Do this even if the Form 1099-R shows a taxable amount. The payer of the annuity cannot add the death benefit exclusion to your cost when figuring the taxable amount. Special rules apply if you are the survivor under a joint and survivor's annuity. For details, see Pub. 939.

## Rollovers

A rollover is a tax-free distribution of cash or other assets from one retirement plan that is contributed to another plan. Use lines 16a and 16b to report a rollover, including a direct rollover, from one qualified employer's plan to another or to an IRA or SEP.

Enter on line 16a the total distribution before income tax or other deductions were withheld. This amount should be shown in box 1 of **Form 1099-R**. From the total on line 16a, subtract any contributions (usually shown in box 5) that were taxable to you when made. From that result, subtract the amount that was rolled over either directly or within 60 days of receiving the distribution. Enter the remaining amount, even if zero, on line 16b. Also, put "Rollover" next to line 16b.

Special rules apply to partial rollovers of property. For more details on rollovers, including distributions under qualified domestic relations orders, see Pub. 575.

## Lump-Sum Distributions

If you received a lump-sum distribution from a profit-sharing or retirement plan, your Form 1099-R should have the "Total distribution" box in box 2b checked. You may owe an additional tax if you received an early distribution from a qualified retirement plan and the total amount was not rolled over. For details, see the instructions for line 53 that begin on page 36.

Enter the total distribution on line 16a and the taxable part on line 16b.



You may be able to pay less tax on the distribution if you were at least age 59½ on the date of the distribution, you meet certain other conditions, and you choose to use **Form 4972** to figure the tax on any part of the distribution. You may also be able to use Form 4972 if you are the beneficiary of a deceased employee who was either age 59½ or older on the date of death or was born before 1936. For details, see Form 4972.

# Line 19

## Unemployment Compensation

You should receive a **Form 1099-G** showing the total unemployment compensation paid to you in 1999.

If you received an overpayment of unemployment compensation in 1999 and you repaid any of it in 1999, subtract the amount you repaid from the total amount you received. Enter the result on line 19. Also, enter "Repaid" and the amount you repaid on the dotted line next to line 19. If, in 1999, you repaid unemployment compensation that you included in gross income in an earlier year, you may deduct the amount repaid on Schedule A, line 22. But if you repaid more than $3,000, see **Repayments** in **Pub. 525** for details on how to report the repayment.

# Lines 20a and 20b

## Social Security Benefits

You should receive a **Form SSA-1099** showing in box 3 the total social security benefits paid to you in 1999. Box 4 will show the amount of any benefits you repaid in 1999. If you received railroad retirement benefits treated as social security, you should receive a **Form RRB-1099.**

Use the worksheet on page 25 to see if any of your benefits are taxable.

**Exceptions. Do not** use the worksheet on page 25 if **any** of the following apply.

● You made contributions to a traditional IRA for 1999 and you were covered by a retirement plan at work or through self-employment. Instead, use the worksheets in **Pub. 590** to see if any of your social security benefits are taxable and to figure your IRA deduction.

● You repaid any benefits in 1999 and your total repayments (box 4) were more than your total benefits for 1999 (box 3). **None** of your benefits are taxable for 1999. In addition, you may be able to take an itemized deduction for part of the excess repayments if they were for benefits you included in gross income in an earlier year. For more details, see **Pub. 915.**

● You file **Form 2555, 2555-EZ, 4563,** or **8815,** or you exclude employer-provided adoption benefits or income from sources within Puerto Rico. Instead, use the worksheet in Pub. 915.

# Line 21

## Other Income

Use this line to report any other income not reported on your return or other schedules. See examples that begin on page 25. List the type and amount of income. If necessary, show the required information on an attached statement. For more details, see **Miscellaneous Taxable Income** in **Pub. 525.**



**Do not** report any nontaxable income on line 21, such as child support; money or property that was inherited, willed to you, or received as a gift; or life insurance proceeds received because of a person's death.

**Do not** report on this line any income from **self-employment** or fees received as a notary public. Instead, you **must** use Schedule C, C-EZ, or F, even if you do not have any business expenses.

Examples of **income to report** on line 21 are:

● Prizes and awards.

● Gambling winnings, including lotteries, raffles, etc. For details on gambling losses, see the instructions for Schedule A, line 27, on page A-6.

● Jury duty fees. Also, see the instructions for line 32 on page 29.

● Alaska Permanent Fund dividends.

● Qualified state tuition program earnings.

● Reimbursements or other amounts received for items deducted in an earlier year, such as medical expenses, real estate taxes, or home mortgage interest. See **Recoveries** in Pub. 525 for details on how to figure the amount to report.

*(Continued on page 26)*

## Social Security Benefits Worksheet—Lines 20a and 20b          *Keep for Your Records*

---

**Before you begin:**

✓ Complete Form 1040, lines 21, 23, and 25 through 31a, if they apply to you.

✓ Figure any amount to be entered on the dotted line next to line 32 (see page 29).

✓ If you are married filing separately and you **lived apart** from your spouse for all of 1999, enter "D" to the left of line 20a.

✓ Be sure you have read the **Exceptions** on page 24 to see if you must use a publication instead of this worksheet to find out if any of your benefits are taxable.

---

1. Enter the total amount from **box 5** of **all** your **Forms SSA-1099** and **RRB-1099**   **1.** _____

2. Is the amount on line 1 more than zero?

   ☐ **No.** (STOP) None of your social security benefits are taxable.

   ☐ **Yes.** Enter one-half of line 1  . . . . . . . . . . . . . .   **2.** _____

3. Add the amounts on Form 1040, lines 7, 8a, 9 through 14, 15b, 16b, 17 through 19, and 21. Do not include amounts from box 5 of Forms SSA-1099 or RRB-1099 . . . . . . . . . . .   **3.** _____

4. Enter the amount, if any, from Form 1040, line 8b  . . . . . . . . . .   **4.** _____

5. Add lines 2, 3, and 4  . . . . . . . . . . . . . . . . . .   **5.** _____

6. Add the amounts on Form 1040, lines 23, and 25 through 31a, and any amount you entered on the dotted line next to line 32 . . . . . . . . . . . . . . . .   **6.** _____

7. Subtract line 6 from line 5  . . . . . . . . . . . . . . . .   **7.** _____

8. Enter: $25,000 if single, head of household, qualifying widow(er), or married filing separately and you **lived apart** from your spouse for all of 1999; $32,000 if married filing jointly; -0- if married filing separately and you lived with your spouse at any time in 1999 . . . . . . . . .   **8.** _____

9. Is the amount on line 8 less than the amount on line 7?

   ☐ **No.** (STOP) None of your social security benefits are taxable. You do not have to enter any amounts on lines 20a or 20b of Form 1040. **But** if you are married filing separately and you **lived apart** from your spouse for all of 1999, enter -0- on line 20b. Be sure you entered "D" to the left of line 20a.

   ☐ **Yes.** Subtract line 8 from line 7  . . . . . . . . . . . . .   **9.** _____

10. Enter: $9,000 if single, head of household, qualifying widow(er), or married filing separately and you **lived apart** from your spouse for all of 1999; $12,000 if married filing jointly; -0- if married filing separately and you lived with your spouse at any time in 1999 . . . . . . . . .   **10.** _____

11. Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . .   **11.** _____

12. Enter the **smaller** of line 9 or line 10 . . . . . . . . . . . .   **12.** _____

13. Enter one-half of line 12 . . . . . . . . . . . . . . . .   **13.** _____

14. Enter the **smaller** of line 2 or line 13 . . . . . . . . . . .   **14.** _____

15. Multiply line 11 by 85% (.85). If line 11 is zero, enter -0- . . . . . . .   **15.** _____

16. Add lines 14 and 15 . . . . . . . . . . . . . . . . .   **16.** _____

17. Multiply line 1 by 85% (.85). . . . . . . . . . . . . . . .   **17.** _____

18. **Taxable social security benefits.** Enter the **smaller** of line 16 or line 17  . . . . . . .   **18.** _____

    ● Enter the amount from line 1 above on Form 1040, line 20a.

    ● Enter the amount from line 18 above on Form 1040, line 20b.

---

(TIP) If part of your benefits are taxable for 1999 **and** they include benefits paid in 1999 that were for an earlier year, you may be able to reduce the taxable amount. See Pub. 915 for details.

● Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property. Also, see the instructions for line 32 on page 29.

● Income from an activity not engaged in for profit. See **Pub. 535.**

● Loss on certain corrective distributions of excess deferrals. See **Pub. 575.**

# Adjusted Gross Income

## Line 23

### IRA Deduction

 If you made any nondeductible contributions to a traditional IRA for 1999, you must report them on **Form 8606.**

If you made contributions to a traditional individual retirement arrangement (IRA) for 1999, you may be able to take an IRA deduction. But you, or your spouse if filing a joint return, must have earned income to do so. For IRA purposes, earned income includes certain alimony received. See **Pub. 590** for details. You should receive a statement by May 31, 2000, that shows all contributions to your traditional IRA for 1999.

Use the worksheet on page 27 to figure the amount, if any, of your IRA deduction. **But read the following list before you fill in the worksheet.**

● If you were age 70½ or older at the end of 1999, you **cannot** deduct any contributions made to your traditional IRA for 1999 or treat them as nondeductible contributions.

● **You cannot** deduct contributions to a Roth IRA or an education IRA.

 If you made contributions to both a traditional IRA and a Roth IRA for 1999, **do not** use the worksheet on page 27. Instead, use the worksheet in **Pub. 590** to figure the amount, if any, of your IRA deduction.

● **You cannot** deduct contributions to a 401(k) plan, SIMPLE plan, or the Federal Thrift Savings Plan. These amounts are not included as income in box 1 of your W-2 form.

● If you made contributions to your IRA in 1999 that you deducted for 1998, **do not** include them in the worksheet.

● If you received a distribution from a nonqualified deferred compensation plan or section 457 plan that is included in box 1 of your W-2 form, do not include that distribution on line 8 of the worksheet. The distribution should be shown in box 11 of your W-2 form.

● You must file a joint return to deduct contributions to your spouse's IRA. Enter the total IRA deduction for you and your spouse on line 23.

● Do not include rollover contributions in figuring your deduction. Instead, see the instructions for lines 15a and 15b on page 22.

● Do not include trustee's fees that were billed separately and paid by you for your IRA. These fees can be deducted only as an itemized deduction on Schedule A.

● If the total of your IRA deduction on Form 1040 plus any nondeductible contribution to your traditional IRAs shown on Form 8606 is less than your total traditional IRA contributions for 1999, see Pub. 590 for special rules.

 By April 1 of the year after the year in which you turn age 70½, you must start taking minimum required distributions from your traditional IRA. If you do not, you may have to pay a 50% additional tax on the amount that should have been distributed. For details, including how to figure the minimum required distribution, see Pub. 590.

### Were You Covered by a Retirement Plan?

If you were covered by a retirement plan (qualified pension, profit-sharing (including 401(k)), annuity, Keogh, SEP, SIMPLE, etc.) at work or through self-employment, your IRA deduction may be reduced or eliminated. But you can still make contributions to an IRA even if you cannot deduct them. In any case, the income earned on your IRA contributions is not taxed until it is paid to you.

The "Pension plan" box in box 15 of your W-2 form should be checked if you were covered by a plan at work even if you were not vested in the plan. You are also covered by a plan if you were self-employed and had a Keogh, SEP, or SIMPLE retirement plan.

If you were covered by a retirement plan and you file **Form 2555, 2555-EZ,** or **8815,** or you exclude employer-provided adoption benefits, see Pub. 590 to figure the amount, if any, of your IRA deduction.

**Married Persons Filing Separately.** If you were not covered by a retirement plan but your spouse was, **you** are considered cov-

ered by a plan unless you **lived apart** from your spouse for all of 1999.

## Line 24

### Student Loan Interest Deduction

Use the worksheet on page 28 to figure your student loan interest deduction if **all five** of the following apply.

**1.** You paid interest in 1999 on a qualified student loan (see below).

**2.** At least part of the interest paid in 1999 was paid during the first 60 months that interest payments were required to be made. See **Example** below.

**3.** Your filing status is any status **except** married filing separately.

**4.** Your modified adjusted gross income (AGI) is less than: $55,000 if single, head of household, or qualifying widow(er); $75,000 if married filing jointly. Most people can use lines 3 through 5 of the worksheet on page 28 to figure their modified AGI.

**5.** You are not claimed as a dependent on someone's (such as your parent's) 1999 tax return.

**Example.** You took out a qualified student loan in 1992 while in college. You had 6 years to repay the loan and your first monthly payment was due July 1994, after you graduated. You made a payment every month as required. If you meet items **3** through **5** listed above, you may use only the interest you paid for January through June 1999 to figure your deduction. June is the end of the 60-month period (July 1994–June 1999).

**Qualified Student Loan.** This is any loan you took out to pay the qualified higher education expenses for yourself, your spouse, or anyone who was your dependent when the loan was taken out. The person for whom the expenses were paid must have been an eligible student (see page 27). However, a loan is not a qualified student loan if **(1)** any of the proceeds were used for other purposes or **(2)** the loan was from either a related person or a person who borrowed the proceeds under a qualified employer plan or a contract purchased under such a plan. To find out who is a related person, see **Pub. 970.**

**Qualified higher education expenses** generally include tuition, fees, room and board, and related expenses such as books and supplies. The expenses must be for education in a degree, certificate, or similar program at an eligible educational institu-

tion. An eligible educational institution includes most colleges, universities, and certain vocational schools. You must reduce the expenses by the following nontaxable benefits.

● Employer-provided educational assistance benefits that are not included in box 1 of your W-2 form(s).

● Excludable U.S. series EE and I savings bond interest from **Form 8815.**

● Qualified distributions from an education IRA.

● Any scholarship, educational assistance allowance, or other payment (but **not** gifts, inheritances, etc.) excluded from income.

For more details on these expenses, see Pub. 970.

An **eligible student** is a person who:

● Was enrolled in a degree, certificate, or other program (including a program of study abroad that was approved for credit by the institution at which the student was enrolled) leading to a recognized educational credential at an eligible educational institution, **and**

## IRA Deduction Worksheet—Line 23

*Keep for Your Records*

**Before you begin:**

√ Complete Form 1040, lines 25 through 31a, if they apply to you.

√ Figure any amount to be entered on the dotted line next to line 32 (see page 29).

√ Be sure you have read the list on page 26.

|  |  | Your IRA | Spouse's IRA |
|---|---|---|---|
| **1a.** | Were you covered by a retirement plan (see page 26)? . . . . . . . . | **1a.** ☐ Yes ☐ No | |
| **1b.** | If married filing jointly, was your spouse covered by a retirement plan? . . . . . . . . . . | | **1b.** ☐ Yes ☐ No |
| | **Next.** If you checked "No" on line 1a, and, if married filing jointly, "No" on line 1b, skip lines 2–6, enter $2,000 on line 7a (and 7b if applicable), and go to line 8. Otherwise, go to line 2. | | |
| **2.** | Enter the amount shown below for your filing status. | | |
| | ● Single, head of household, or married filing separately and you **lived apart** from your spouse for all of 1999, enter $41,000 | | |
| | ● Qualifying widow(er), enter $61,000 | | |
| | ● Married filing jointly, enter $61,000 in both columns. But if you checked "No" on either line 1a or 1b, enter $160,000 for the person who was not covered by a plan | **2a.** _____ | **2b.** _____ |
| | ● Married filing separately and you lived with your spouse at any time in 1999, enter $10,000 | | |
| **3.** | Enter the amount from Form 1040, line 22 . . . . . . . **3.** _____ | | |
| **4.** | Add amounts on Form 1040, lines 25 through 31a, and any amount you entered on the dotted line next to line 32 . . . **4.** _____ | | |
| **5.** | Subtract line 4 from line 3. Enter the result in both columns . . . . . . | **5a.** _____ | **5b.** _____ |
| **6.** | Is the amount on line 5 less than the amount on line 2? | | |
| | ☐ **No.** 🛑 None of your IRA contributions are deductible. For details on nondeductible IRA contributions, see Form 8606. | | |
| | ☐ **Yes.** Subtract line 5 from line 2 in each column. **If the result is $10,000 or more, enter $2,000 on line 7 for that column** . . . . . | **6a.** _____ | **6b.** _____ |
| **7.** | Multiply lines 6a and 6b by 20% (.20). If the result is not a multiple of $10, increase it to the next multiple of $10 (for example, increase $490.30 to $500). If the result is $200 or more, enter the result. But if it is less than $200, enter $200 . . . | **7a.** _____ | **7b.** _____ |
| **8.** | Enter your wages, and your spouse's if filing jointly, and other earned income from Form 1040, lines 27 and 29. Do not reduce wages by any loss from self-employment . . . . . . . . . . . . . . . . . . . **8.** _____ | | |
| | ⚠️ CAUTION — If married filing jointly and line 8 is less than $4,000, **stop here** and see **Pub. 590** to figure your IRA deduction. | | |
| **9.** | Enter traditional IRA contributions made, or that will be made by April 17, 2000, for 1999 to your IRA on line 9a and to your spouse's IRA on line 9b . . . . | **9a.** _____ | **9b.** _____ |
| **10.** | On line 10a, enter the **smallest** of line 7a, 8, or 9a. On line 10b, enter the **smallest** of line 7b, 8, or 9b. This is the most you can deduct. Add the amounts on lines 10a and 10b and enter the total on Form 1040, line 23. Or, if you want, you may deduct a smaller amount and treat the rest as a nondeductible contribution (see Form 8606) | **10a.** _____ | **10b.** _____ |

- 27 -

*Need more information or forms? See page 7.*

Form 1040—Lines 24 Through 28

• Carried at least half the normal full-time workload for the course of study he or she was pursuing.

## Line 25

### Medical Savings Account Deduction

If you made contributions to a medical savings account for 1999, you may be able to take this deduction. See **Form 8853.**

## Line 26

### Moving Expenses

If you moved in connection with your job or business or started a new job, you may be able to take this deduction. But your new workplace must be at least 50 miles farther from your old home than your old home was from your old workplace. If you had no former workplace, your new workplace must be at least 50 miles from your old home. Use TeleTax topic 455 (see page 10) or see **Form 3903.**

## Line 27

### One-Half of Self-Employment Tax

If you were self-employed and owe self-employment tax, fill in **Schedule SE** to figure the amount of your deduction.

## Line 28

### Self-Employed Health Insurance Deduction

You may be able to deduct part of the amount paid for health insurance for yourself, your spouse, and dependents if **either** of the following applies.

• You were self-employed and had a net profit for the year.

• You received wages in 1999 from an S corporation in which you were a more-than-2% shareholder. Health insurance benefits paid for you may be shown in box 14 of your W-2 form.

The insurance plan must be established under your business. But if you were also eligible to participate in any subsidized health plan maintained by your or your spouse's employer for any month or part of a month in 1999, amounts paid for health insurance coverage for that month cannot be used to figure the deduction. For example, if you were eligible to participate in a subsidized health plan maintained by your spouse's employer from September 30 through December 31, you cannot use amounts paid for health insurance coverage for September through December to figure your deduction. For more details, see **Pub. 535.**

If you qualify to take the deduction, use the worksheet on page 29 to figure the amount you can deduct.

**Exception.** Use Pub. 535 instead of the worksheet on page 29 to find out how to figure your deduction if **any** of the following apply.

• You had more than one source of income subject to self-employment tax.

• You file **Form 2555** or **2555-EZ.**

• You are using amounts paid for qualified long-term care insurance to figure the deduction.

---

**Student Loan Interest Deduction Worksheet—Line 24**                    *Keep for Your Records*

**Before you begin:**   √  Complete Form 1040, lines 25 through 31a, if they apply to you.

√  Figure any amount to be entered on the dotted line next to line 32 (see page 29).

√  See the instructions for line 24 that begin on page 26.

**[!CAUTION]**  If you are filing **Form 2555, 2555-EZ,** or **4563,** or you are excluding income from sources within Puerto Rico, skip lines 3 and 4 below and see Pub. 970 to figure your modified AGI to enter on line 5 below.

1.  Enter the total interest you paid in 1999 on qualified student loans (defined on page 26). Do not include interest that was required to be paid after the first 60 months . . . . . . . . . . . . . .   **1.** _____

2.  Enter the **smaller** of line 1 or $1,500 . . . . . . . . . . . . . . . . . . .   **2.** _____

3.  Enter the amount from Form 1040, line 22 . . . . . . . . .   **3.** _____

4.  Enter the total of the amounts from Form 1040, line 23, lines 25 through 31a, plus any amount you entered on the dotted line next to line 32 . . . . .   **4.** _____

5.  Modified AGI. Subtract line 4 from line 3 . . . . . . . .   **5.** _____

6.  Enter the amount shown below for your filing status.
    • Single, head of household, or qualifying widow(er)—$40,000
    • Married filing jointly—$60,000 . . . . . . . . .   **6.** _____

7.  Is line 5 more than line 6?
    ☐ **No.**  Skip lines 7 and 8, enter -0- on line 9, and go to line 10.
    ☐ **Yes.**  Subtract line 6 from line 5 . . . . . . . . . . . .   **7.** _____

8.  Divide line 7 by $15,000. Enter the result as a decimal (rounded to at least three places). Do not enter more than "1.000" . . . . . . . . . . . . . . . . . .   **8.** . _____

9.  Multiply line 2 by line 8 . . . . . . . . . . . . . . .   **9.** _____

10. **Student loan interest deduction.** Subtract line 9 from line 2. Enter the result here and on Form 1040, line 24. **Do not** include this amount in figuring any other deduction on your return (such as on Schedule A, C, E, etc.) . . . . . . . . . . . . . . . . . .   **10.** _____

---

*Need more information or forms? See page 7.*

## Line 29

### Keogh and Self-Employed SEP and SIMPLE Plans

If you were self-employed or a partner, you may be able to take this deduction. See **Pub. 560.**

## Line 30

### Penalty on Early Withdrawal of Savings

The **Form 1099-INT** or **Form 1099-OID** you received will show the amount of any penalty you were charged.

## Lines 31a and 31b

### Alimony Paid

If you made payments to or for your spouse or former spouse under a divorce or separation instrument, you may be able to take this deduction. Use TeleTax topic 452 (see page 10) or see **Pub. 504.**

## Line 32

Include in the total on line 32 any of the following adjustments. To find out if you can take the deduction, see the form or publication indicated. On the dotted line next to line 32, enter the amount of your deduction and identify it as indicated.

● Performing-arts-related expenses (see **Form 2106** or **2106-EZ**). Identify as "QPA."

● Jury duty pay given to your employer (see **Pub. 525**). Identify as "Jury Pay."

● Deductible expenses related to income reported on line 21 from the rental of personal property engaged in for profit. Identify as "PPR."

● Reforestation amortization (see **Pub. 535**). Identify as "RFST."

● Repayment of supplemental unemployment benefits under the Trade Act of 1974 (see **Pub. 525**). Identify as "Sub-Pay TRA."

● Contributions to section 501(c)(18) pension plans (see **Pub. 575**). Identify as "501(c)(18)."

● Deduction for clean-fuel vehicles (see **Pub. 535**). Identify as "Clean-Fuel."

● Employee business expenses of fee-basis state or local government officials (see **Form 2106** or **2106-EZ**). Identify as "FBO."

## Line 33

If line 33 is less than zero, you may have a net operating loss that you can carry to another tax year. See **Pub. 536.**

# Tax and Credits

## Line 35a

If you were age 65 or older or blind, check the appropriate boxes on line 35a. If you were married and checked the box on line 6b of Form 1040 and your spouse was age 65 or older or blind, also check the appropriate boxes for your spouse. Be sure to enter the total number of boxes checked.

## Age

If you were age 65 or older on January 1, 2000, check the "65 or older" box on your 1999 return.

## Blindness

If you were partially blind as of December 31, 1999, you must get a statement certified by your eye doctor or registered optometrist that:

● You cannot see better than 20/200 in your better eye with glasses or contact lenses, or

● Your field of vision is 20 degrees or less.

If your eye condition is not likely to improve beyond the conditions listed above, you can get a statement certified by your eye doctor or registered optometrist to this effect instead.

You must keep the statement for your records.

---

### Self-Employed Health Insurance Deduction Worksheet—Line 28

*Keep for Your Records*

**Before you begin:**   √  Be sure you have read the **Exception** on page 28 to see if you can use this worksheet instead of Pub. 535 to figure your deduction.

√  Complete Form 1040, line 29, if it applies to you.

1. Enter the total amount paid in 1999 for health insurance coverage established under your business for 1999 for you, your spouse, and dependents. But do not include amounts for any month you were eligible to participate in an employer-sponsored health plan . . . . . . . . . . . . . . .   **1.** _____

2. Multiply line 1 by 60% (.60) . . . . . . . . . . . . . . . . . . . . . . .   **2.** _____

3. Enter your net profit and any other earned income* from the business under which the insurance plan is established, minus any deductions you claim on Form 1040, lines 27 and 29 . . . . . . . .   **3.** _____

4. **Self-employed health insurance deduction.** Enter the **smaller** of line 2 or line 3 here and on Form 1040, line 28. **Do not** include this amount in figuring any medical expense deduction on Schedule A (Form 1040) . . . . . . . . . . . . . . . . . . . . . . . .   **4.** _____

*\* **Earned income** includes net earnings and gains from the sale, transfer, or licensing of property you created. It does not include capital gain income. If you were a more-than-2% shareholder in the S corporation under which the insurance plan is established, earned income is your wages from that corporation.*

# Line 35b

If your spouse itemizes deductions on a separate return or if you were a dual-status alien, check the box on line 35b. But if you were a dual-status alien and you file a joint return with your spouse who was a U.S. citizen or resident at the end of 1999 and you and your spouse agree to be taxed on your combined worldwide income, **do not** check the box.

# Line 36

## Itemized Deductions or Standard Deduction

In most cases, your Federal income tax will be less if you take the **larger** of:

- Your itemized deductions, or
- Your standard deduction.

 **CAUTION**

If you checked the box on line **35b**, your standard deduction is zero.

**Itemized Deductions**

To figure your itemized deductions, fill in **Schedule A.**

## Standard Deduction Chart for People Age 65 or Older or Blind—Line 36

If someone can claim you (or your spouse if married filing jointly) as a dependent, use the worksheet below instead.

Enter the number from the box on line 35a of Form 1040 . . . . . . . . . . . . . ▶ [  ]

**CAUTION** Do not use the number of exemptions from line 6d.

| IF your filing status is . . . | AND the number in the box above is . . . | THEN your standard deduction is . . . |
|---|---|---|
| Single | 1 | $5,350 |
| | 2 | 6,400 |
| Married filing jointly or Qualifying widow(er) | 1 | $8,050 |
| | 2 | 8,900 |
| | 3 | 9,750 |
| | 4 | 10,600 |
| Married filing separately | 1 | $4,450 |
| | 2 | 5,300 |
| | 3 | 6,150 |
| | 4 | 7,000 |
| Head of household | 1 | $7,400 |
| | 2 | 8,450 |

## Standard Deduction Worksheet for Dependents—Line 36

*Keep for Your Records*

Use this worksheet **only** if someone can claim you (or your spouse if married filing jointly) as a dependent.

1. Add $250 to your **earned income\***. Enter the total . . . . . . . . . . . . . . **1.** _____
2. Minimum standard deduction . . . . . . . . . . . . . . . . **2.** __**700.00**__
3. Enter the **larger** of line 1 or line 2 . . . . . . . . . . . . . . **3.** _____
4. Enter the amount shown below for your filing status.
   - Single—$4,300
   - Married filing separately—$3,600
   - Married filing jointly or qualifying widow(er)—$7,200
   - Head of household—$6,350 } . . . . . . . . . . **4.** _____
5. **Standard deduction.**
   a. Enter the **smaller** of line 3 or line 4. If under 65 and not blind, **stop here** and enter this amount on Form 1040, line 36. **Otherwise,** go to line 5b . . . . . . . . . . . **5a.** _____
   b. If 65 or older or blind, multiply the number on Form 1040, line 35a, by: $1,050 if single or head of household; $850 if married filing jointly or separately or qualifying widow(er) . . . . . . . . **5b.** _____
   c. Add lines 5a and 5b. Enter the total here and on Form 1040, line 36 . . . . . . . . . . **5c.** _____

**\*Earned income** includes wages, salaries, tips, professional fees, and other compensation received for personal services you performed. It also includes any amount received as a scholarship that you must include in your income. Generally, your earned income is the total of the amount(s) you reported on Form 1040, lines 7, 12, and 18, minus the amount, if any, on line 27.

*Need more information or forms? See page 7.*

## Standard Deduction

Most people can find their standard deduction by looking at the instructions to the left of line 36 of Form 1040. But if you checked **any** box on **line 35a OR** you (or your spouse if filing jointly) can be claimed as a dependent, use the chart or worksheet on page 30 that applies to you to figure your standard deduction. Also, if you checked the box on **line 35b**, your standard deduction is zero, even if you were age 65 or older or blind.

## Electing To Itemize for State Tax or Other Purposes

If you itemize even though your itemized deductions are less than your standard deduction, enter "IE" next to line 36.

# Line 39

## Taxable Income

### If You Want, the IRS Will Figure Your Tax and Some of Your Credits

**Tax.** If you have paid too much, we will send you a refund. If you did not pay enough, we will send you a bill. For details, including who is eligible and what to do, see **Pub. 967.**

**Credit for the Elderly or the Disabled.** If you can take this credit and you want us to figure it for you, see the Instructions for **Schedule R.**

**Earned Income Credit (EIC).** Follow the steps that begin on page 38 to see if you can take this credit and, if you can, what to do if you want us to figure it for you.

# Line 40

## Tax

Use one of the following methods to figure your tax. Also include in the total on line 40 any of the following taxes.

● Tax from **Forms 4972** and **8814.** Be sure to check the appropriate box(es).

● Tax from recapture of an education credit (see page 13). Enter the amount and "ECR" on the dotted line next to line 40.

## Tax Table or Tax Rate Schedules

You must use the Tax Table or Tax Rate Schedules to figure your tax unless:

● You are required to use **Form 8615, Schedule D,** or the **Capital Gain Tax Worksheet** on page 32, **or**

● You use **Schedule J** (for farm income).

If your taxable income is less than $100,000, you **must** use the Tax Table, which starts on page 57. Be sure you use the correct column. If your taxable income is $100,000 or more, use the Tax Rate Schedules on page 69.

*(Continued on page 32)*

---

### Deduction for Exemptions Worksheet—Line 38                    *Keep for Your Records*

1.  Is the amount on Form 1040, line 34, more than the amount shown on line 4 below for your filing status?

    ☐ **No.** (STOP) Multiply $2,750 by the total number of exemptions claimed on Form 1040, line 6d, and enter the result on line 38.

    ☐ **Yes.** *Continue*

2.  Multiply $2,750 by the total number of exemptions claimed on Form 1040, line 6d  . . . . . . . .   **2.** _____

3.  Enter the amount from Form 1040, line 34  . . . . . .   **3.** _____

4.  Enter the amount shown below for your filing status:
    ● Single—$126,600
    ● Married filing jointly or qualifying widow(er)—$189,950    . .   **4.** _____
    ● Married filing separately—$94,975
    ● Head of household—$158,300

5.  Subtract line 4 from line 3  . . . . . . . . . . . . . . . . .   **5.** _____

    **Note.** If line 5 is more than: $122,500 if single, married filing jointly, head of household, or qualifying widow(er); $61,250 if married filing separately, **stop here.** You **cannot** take a deduction for exemptions. Enter -0- on Form 1040, line 38.

6.  Divide line 5 by: $2,500 if single, married filing jointly, head of household, or qualifying widow(er); $1,250 if married filing separately. If the result is not a whole number, increase it to the next higher whole number (for example, increase 0.0004 to 1)  . . . . . . . . . . . . . . . . .   **6.** _____

7.  Multiply line 6 by 2% (.02) and enter the result as a decimal amount  . . . . . . . . .   **7.** ____.____

8.  Multiply line 2 by line 7  . . . . . . . . . . . . . . . . . . .   **8.** _____

9.  **Deduction for exemptions.** Subtract line 8 from line 2. Enter the result here and on Form 1040, line 38   **9.** _____

*Need more information or forms? See page 7.*

## Form 8615

Form 8615 must generally be used to figure the tax for any child who was under age 14 on January 1, 2000, and who had more than $1,400 of investment income, such as taxable interest or dividends. But if neither of the child's parents was alive on December 31, 1999, do not use Form 8615 to figure the child's tax.

## Schedule D

If you had a net capital gain on Schedule D (both lines 16 and 17 of Schedule D are gains) and the amount on Form 1040, line 39, is more than zero, use Part IV of Schedule D to figure your tax.

## Capital Gain Tax Worksheet

If you received capital gain distributions but you are not required to file Schedule D, use the worksheet below to figure your tax.

## Schedule J

If you had income from farming, your tax may be less if you choose to figure it using income averaging on Schedule J.

## Line 41

### Credit for Child and Dependent Care Expenses

You may be able to take this credit if you paid someone to care for your child **under age 13** or your dependent or spouse who could not care for himself or herself. For details, use TeleTax topic 602 (see page 10) or see **Form 2441.**

## Line 42

### Credit for the Elderly or the Disabled

You may be able to take this credit if by the end of 1999 (**1**) you were age 65 or older, or (**2**) you retired on **permanent and total disability** and you had taxable disability income. But you usually **cannot** take the credit if the amount on Form 1040, line 34, is $17,500 or more ($20,000 if married filing jointly and only one spouse is eligible for the credit; $25,000 if married filing jointly and both spouses are eligible; $12,500 if married filing separately). See **Schedule R.**

---

**Capital Gain Tax Worksheet—Line 40**     *Keep for Your Records*

**Before you begin:**  ✓  Be sure you do not have to file Schedule D (see the instructions for Form 1040, line 13, on page 22).

✓  Be sure you checked the box on line 13 of Form 1040.

| | | |
|---|---|---|
| 1. | Enter the amount from Form 1040, line 39 . . . . . . . . . . . | 1. _____ |
| 2. | Enter the amount from Form 1040, line 13 . . . . . . . . . . . | 2. _____ |
| 3. | Subtract line 2 from line 1. If zero or less, enter -0- . . . . . . . . | 3. _____ |
| 4. | Figure the tax on the amount on line 3. Use the Tax Table or Tax Rate Schedules, whichever applies | 4. _____ |
| 5. | Enter the **smaller** of: | |
| | ● The amount on line 1, or | |
| | ● $25,750 if single; $43,050 if married filing jointly or qualifying widow(er); $21,525 if married filing separately; or $34,550 if head of household. } . . . | 5. _____ |
| 6. | Is the amount on line 3 equal to or more than the amount on line 5? | |
| | ☐ **Yes.** Leave lines 6 through 8 blank; go to line 9. | |
| | ☐ **No.** Enter the amount from line 3 . . . . . . . . . . | 6. _____ |
| 7. | Subtract line 6 from line 5 . . . . . . . . . . | 7. _____ |
| 8. | Multiply line 7 by 10% (.10) . . . . . . . . . | 8. _____ |
| 9. | Are the amounts on lines 2 and 7 the same? | |
| | ☐ **Yes.** Leave lines 9 through 12 blank; go to line 13. | |
| | ☐ **No.** Enter the **smaller** of line 1 or line 2 . . . . . | 9. _____ |
| 10. | Enter the amount, if any, from line 7 . . . . . . . . . . | 10. _____ |
| 11. | Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . | 11. _____ |
| 12. | Multiply line 11 by 20% (.20) . . . . . . . . . | 12. _____ |
| 13. | Add lines 4, 8, and 12 . . . . . . . . . . | 13. _____ |
| 14. | Figure the tax on the amount on line 1. Use the Tax Table or Tax Rate Schedules, whichever applies | 14. _____ |
| 15. | **Tax on all taxable income (including capital gain distributions).** Enter the **smaller** of line 13 or line 14 here and on Form 1040, line 40 . . . . . . . . . . | 15. _____ |

---

*Need more information or forms? See page 7.*

# Line 43—Child Tax Credit

**Legislation affecting this credit was pending at the time of printing. To find out if you can use these instructions to figure your credit, visit our Web Site (www.irs.gov) or call us 24 hours a day, 7 days a week, at 1-800-829-3676.**

## What Is the Child Tax Credit?

This credit is for people who have a qualifying child as defined in the instructions for line 6c, column (4), on page 19. It is in addition to the credit for child and dependent care expenses on Form 1040, line 41, and the earned income credit on Form 1040, line 59a.

 If you only have one or two qualifying children and the amount on Form 1040, line 40, is zero, you cannot take this credit. You also cannot take the additional child tax credit on Form 1040, line 60.

## Four Steps To Take the Child Tax Credit!

**Step 1.** Make sure you have a qualifying child for the child tax credit. See the instructions for line 6c, column (4), on page 19.

**Step 2.** Make sure you checked the box in column (4) of line 6c on Form 1040 for each qualifying child.

**Step 3.** If you are claiming an education credit (see the instructions for Form 1040, line 44, on page 35), complete Form 8863 and enter that credit on line 44.

**Step 4.** Answer the questions on this page to see if you may use the worksheet on page 34 to figure your credit or if you must use Pub. 972, Child Tax Credit. If you need Pub. 972, see page 7.

**You Will Need:** 

**Questions    Who Must Use Pub. 972** 

**1.** Are you excluding income from Puerto Rico OR are you filing any of the following forms?

- Form 2555 or 2555-EZ (relating to foreign earned income)

- Form 4563 (exclusion of income for residents of American Samoa)

☐ **No.** *Continue*    ☐ **Yes.** STOP
You must use Pub. 972 to figure your credit instead of the worksheet on page 34.

**2.** Is the amount on Form 1040, line 34, more than the amount shown below for your filing status?

- Married filing jointly – $110,000

- Single, head of household, or qualifying widow(er) – $75,000

- Married filing separately – $55,000

☐ **No.** *Continue*    ☐ **Yes.** STOP
You must use Pub. 972 to figure your credit instead of the worksheet on page 34.

**3.** Do you have three or more qualifying children for the child tax credit?

☐ **No.** STOP
Use the worksheet on page 34 to figure your credit.    ☐ **Yes.** *Continue*

**4.** Are you claiming any of the following credits?

- Adoption credit, Form 8839 (see the instructions for Form 1040, line 45, on page 35)

- Mortgage interest credit, Form 8396 (see the instructions for Form 1040, line 47, on page 35)

- District of Columbia first-time homebuyer credit, Form 8859

☐ **No.** Use the worksheet on page 34 to figure your child tax credit.    ☐ **Yes.** You must use Pub. 972 to figure your child tax credit instead of the worksheet on page 34. You will also need the form(s) listed above for any credit(s) you are claiming.

Form 1040—Line 43

## Child Tax Credit Worksheet—Line 43

*Keep for Your Records*

 **Do not** use this worksheet if you answered "Yes" to question 1, 2, or 4 on page 33. Instead, use Pub. 972.



*Before you begin:*  ✓  If you are claiming an education credit, be sure you have completed Form 8863.

1.  Number of qualifying children: _____ × $500. Enter the result.    **1** [      ]

2.  Enter the amount from Form 1040, line 40.    **2** [      ]

3.  Add the amounts from Form 1040:

    Line 41    _____

    Line 42  + _____

    Line 44  + _____    Enter the total.    **3** [      ]

4.  Are the amounts on lines 2 and 3 the same?

    ☐ **Yes.** STOP  You cannot take this credit because there is no tax to reduce. However, see the **TIP** below before completing the rest of your Form 1040.

    ☐ **No.** Subtract line 3 from line 2.    **4** [      ]

5.  Is the amount on line 1 more than the amount on line 4?

    ☐ **Yes.** Enter the amount from line 4. See the **TIP** below.

    ☐ **No.** Enter the amount from line 1.

    **This is your child tax credit.**

    **5** [      ]

    *Enter this amount on Form 1040, line 43.*

    1040

**TIP**  You may be able to take the **additional child tax credit** on Form 1040, line 60, only if you answered "Yes" on line 4 **or** line 5 above **AND** the amount on line 1 is $1,500 or more.

- First, complete your Form 1040 through line 59b.

- Then, use Form 8812 to figure any additional child tax credit.

*Need more information or forms? See page 7.*     **- 34 -**

## Line 44

### Education Credits

If you (or your dependent) paid expenses in 1999 for yourself, your spouse, or your dependent to enroll in or attend the first 2 years of post-secondary education, you may be able to take the Hope credit. For qualified expenses paid in 1999, you may be able to take the lifetime learning credit. See **Form 8863** for details. However, you **cannot** take either credit if:

● Your filing status is married filing separately, or

● You are claimed as a dependent on someone's (such as your parent's) 1999 tax return.

## Line 45

### Adoption Credit

You may be able to take this credit if you paid expenses after 1996 to adopt a child. See **Form 8839** for details.

## Line 46

### Foreign Tax Credit

If you paid income tax to a foreign country, you may be able to take this credit. But you must complete and attach **Form 1116** to do so.

**Exception.** You do not have to file Form 1116 to take this credit if **all five** of the following apply.

**1.** All of your gross foreign-source income is from interest and dividends and all of that income and the foreign tax paid on it is reported to you on **Form 1099-INT** or **Form 1099-DIV** (or substitute statement).

**2.** If you have dividend income from shares of stock, you held those shares for at least 16 days.

**3.** You are not filing **Form 4563** or excluding income from sources within Puerto Rico.

**4.** The total of your foreign taxes is not more than $300 (not more than $600 if married filing jointly).

**5.** All of your foreign taxes were:

● Legally owed and not eligible for a refund, and

● Paid to countries that are recognized by the United States and do not support terrorism.

If you meet all five requirements, enter your total foreign tax on line 46. If you do not, see Form 1116 to find out if you can take the credit and, if you can, if you have to file Form 1116. If you need more information about these requirements, see the Instructions for Form 1116.

## Line 47

### Other Credits

Include in the total on line 47 any of the following credits and check the appropriate boxes. If box **d** is checked, also enter the form number. To find out if you can take the credit, see the form or publication indicated.

● Mortgage interest credit. If a state or local government gave you a mortgage credit certificate, see **Form 8396.**

● Credit for prior year minimum tax. If you paid alternative minimum tax in a prior year, see **Form 8801.**

● Qualified electric vehicle credit. If you placed a new electric vehicle in service in 1999, see **Form 8834.**

● General business credit. This credit consists of a number of credits that usually apply only to individuals who are partners, shareholders in an S corporation, self-employed, or who have rental property. See **Form 3800** or **Pub. 334.**

● Empowerment zone employment credit. See **Form 8844.**

● District of Columbia first-time homebuyer credit. See **Form 8859.**

## Line 48

If you sold fuel produced from a nonconventional source, see Internal Revenue Code section 29 to find out if you can take the **nonconventional source fuel credit.** If you can, attach a schedule showing how you figured the credit. Include the credit in the total on line 48. Enter the amount and "FNS" on the dotted line next to line 48.

# Other Taxes

## Line 51

### Alternative Minimum Tax

Use the worksheet on page 36 to see if you should fill in **Form 6251.**

**Exception.** Fill in Form 6251 instead of using the worksheet on page 36 if you claimed or received any of the following items.

**1.** Accelerated depreciation.

**2.** Income from incentive stock options.

**3.** Tax-exempt interest from private activity bonds.

**4.** Intangible drilling, circulation, research, experimental, or mining costs.

**5.** Amortization of pollution-control facilities or depletion.

**6.** Income or (loss) from tax-shelter farm activities or passive activities.

**7.** Percentage-of-completion income from long-term contracts.

**8.** Interest paid on a home mortgage **not** used to buy, build, or substantially improve your home.

**9.** Investment interest expense reported on **Form 4952.**

**10.** Net operating loss deduction.

**11.** Alternative minimum tax adjustments from an estate, trust, electing large partnership, or a cooperative.

**12.** Section 1202 exclusion.

 Form 6251 should be filled in for a child under age 14 if the child's adjusted gross income from Form 1040, line 34, exceeds the child's earned income by more than $5,100.

Form 1040—Lines 51 Through 53

# Line 52

## Social Security and Medicare Tax on Tip Income Not Reported to Employer

If you received tips of $20 or more in any month and you did not report the full amount to your employer, you must pay the social security and Medicare or railroad retirement (RRTA) tax on the unreported tips. You must also pay this tax if your W-2 form(s) shows allocated tips that you are including in your income on Form 1040, line 7.

To figure the tax, use **Form 4137.** To pay the RRTA tax, contact your employer. Your employer will figure and collect the tax.

 You may be charged a penalty equal to 50% of the social security and Medicare tax due on tips you received but did not report to your employer.

# Line 53

## Tax on IRAs, Other Retirement Plans, and MSAs

If **any** of the following apply, see **Form 5329** and its instructions to find out if you owe this tax and if you must file Form 5329.

**1.** You received any early distributions from **(a)** an IRA or other qualified retirement plan, **(b)** an annuity, or **(c)** a modified endowment contract entered into after June 20, 1988.

**2.** You made excess contributions to your IRA or MSA.

---

## Worksheet To See if You Should Fill in Form 6251—Line 51                        *Keep for Your Records*

***Before you begin:***   √   Be sure you have read the **Exception** on page 35 to see if you must fill in Form 6251 instead of using this worksheet.

**1.** Enter the amount from Form 1040, line 37 . . . . . . . . . . . . . . .   **1.** _____

**2.** Are you filing Schedule A?

☐ **Yes.** Leave line 2 blank and go to line 3.

☐ **No.** Enter your standard deduction from Form 1040, line 36, and go to line 5. . . . . . . . .   **2.** _____

**3.** Enter the **smaller** of the amount on Schedule A, line 4, or 2.5% (.025) of the amount on Form 1040, line 34 . . . . . . . . . . . . . . .   **3.** _____

**4.** Add lines 9 and 26 of Schedule A and enter the total . . . . . . . . . . .   **4.** _____

**5.** Add lines 1 through 4 above . . . . . . . . . . . . . . . . . . .   **5.** _____

**6.** Enter the amount shown below for your filing status.

● Married filing jointly or qualifying widow(er)—$45,000

● Married filing separately—$22,500                        . . . . . . .   **6.** _____

● Single or head of household—$33,750

**7.** Is the amount on line 5 more than the amount on line 6?

☐ **No.** 🛑 You do not need to fill in Form 6251.

☐ **Yes.** Subtract line 6 from line 5 . . . . . . . . . . . .   **7.** _____

**8.** Enter the amount shown below for your filing status.

● Married filing jointly or qualifying widow(er)—$150,000

● Married filing separately—$75,000                        . . . . . . .   **8.** _____

● Single or head of household—$112,500

**9.** Is the amount on line 5 more than the amount on line 8?

☐ **No.** Enter -0- here and on line 10 and go to line 11.

☐ **Yes.** Subtract line 8 from line 5.                        . . . . . . .   **9.** _____

**10.** Multiply line 9 by 25% (.25) and enter the result but do not enter more than line 6 above   . . .   **10.** _____

**11.** Add lines 7 and 10 . . . . . . . . . . . . . . . . . . . . .   **11.** _____

**12.** Is the amount on line 11 more than the amount shown below for your filing status?

● Single, married filing jointly, head of household, or qualifying widow(er)—$175,000

● Married filing separately—$87,500

☐ **Yes.** 🛑 Fill in Form 6251 to see if you owe the alternative minimum tax.

☐ **No.** Multiply line 11 by 26% (.26) . . . . . . . . . . . . . .   **12.** _____

**13.** Enter the amount from Form 1040, line 40, minus the total of any tax from Form 4972 and any amount on Form 1040, line 46 . . . . . . . . . .   **13.** _____

**Next.** Is the amount on line 12 more than the amount on line 13?

☐ **Yes.** Fill in Form 6251 to see if you owe the alternative minimum tax.

☐ **No. Do not** fill in Form 6251.

---

*Need more information or forms? See page 7.*                        - 36 -

**3.** You were born before July 1, 1928, and did not take the minimum required distribution from your IRA or other qualified retirement plan.

**Exception.** If **only** item **1** applies to you **and** distribution code 1 is shown in box 7 of your **Form 1099-R,** you do not have to file Form 5329. Instead, multiply the taxable amount of the distribution by 10% (.10) and enter the result on line 53. The taxable amount of the distribution is the part of the distribution you reported on line 15b or line 16b of Form 1040 or on Form 4972. Also, put "No" next to line 53 to indicate that you do not have to file Form 5329. **But** if distribution code 1 is incorrectly shown in box 7, you must file Form 5329.

# Line 54

## Advance Earned Income Credit Payments

Enter the total amount of advance earned income credit (EIC) payments you received. These payments are shown in box 9 of your W-2 form(s).

# Line 55

## Household Employment Taxes

If **any** of the following apply, see **Schedule H** and its instructions to find out if you owe these taxes.

**1.** You paid **any one** household employee (defined below) cash wages of $1,100 or more in 1999. Cash wages include wages paid by checks, money orders, etc.

**2.** You withheld Federal income tax during 1999 at the request of any household employee.

**3.** You paid **total** cash wages of $1,000 or more in **any** calendar **quarter** of 1998 or 1999 to household employees.

 For item **1,** do not count amounts paid to an employee who was under age 18 at any time in 1999 and was a student.

**Household Employee.** Any person who does household work is a household employee if you can control what will be done and how it will be done. Household work includes work done in or around your home by babysitters, nannies, health aides, maids, yard workers, and similar domestic workers.

# Line 56

## Total Tax

Include in the total on line 56 any of the following taxes. To find out if you owe the tax, see the form or publication indicated. On the dotted line next to line 56, enter the amount of the tax and identify it as indicated.

**Recapture of the Following Credits.**

● Investment credit (see **Form 4255**). Identify as "ICR."

● Low-income housing credit (see **Form 8611**). Identify as "LIHCR."

● Qualified electric vehicle credit (see **Pub. 535**). Identify as "QEVCR."

● Indian employment credit. Identify as "IECR."

**Recapture of Federal Mortgage Subsidy.** If you sold your home in 1999 and it was financed (in whole or in part) from the proceeds of any tax-exempt qualified mortgage bond or you claimed the mortgage interest credit, see **Form 8828.** Identify as "FMSR."

**Section 72(m)(5) Excess Benefits Tax** (see **Pub. 560**). Identify as "Sec. 72(m)(5)."

**Uncollected Social Security and Medicare or RRTA Tax on Tips or Group-Term Life Insurance.** This tax should be shown in box 13 of your Form W-2 with codes **A** and **B** or **M** and **N.** Identify as "UT."

**Golden Parachute Payments.** If you received an excess parachute payment (EPP), you must pay a 20% tax on it. This tax should be shown in box 13 of your W-2 form with code **K.** If you received a **Form 1099-MISC,** the tax is 20% of the EPP shown in box 13. Identify as "EPP."

**Tax on Accumulation Distribution of Trusts.** Enter the amount from **Form 4970** and identify as "ADT."

# Payments

# Line 57

## Federal Income Tax Withheld

Add the amounts shown as Federal income tax withheld on your **Forms W-2, W-2G,** and **1099-R.** Enter the total on line 57. The amount withheld should be shown in box 2 of Form W-2 or W-2G, and in box 4 of Form

1099-R. If line 57 includes amounts withheld as shown on Form 1099-R, attach the Form 1099-R to the front of your return.

If you received a 1999 Form 1099 showing Federal income tax withheld on dividends, interest income, unemployment compensation, social security benefits, or other income you received, include the amount withheld in the total on line 57. This should be shown in box 4 of the 1099 form or box 6 of Form 1099-SSA.

# Line 58

## 1999 Estimated Tax Payments

Enter any payments you made on your estimated Federal income tax (**Form 1040-ES**) for 1999. Include any overpayment from your 1998 return that you applied to your 1999 estimated tax.

If you and your spouse paid joint estimated tax but are now filing separate income tax returns, either of you can claim all of the amount paid. Or you can each claim part of it. See **Pub. 505** for details on how to report your payments. Be sure to show both social security numbers (SSNs) in the space provided on the separate returns. If you or your spouse paid separate estimated tax but you are now filing a joint return, add the amounts you each paid. Follow these instructions even if your spouse died in 1999 or in 2000 before filing a 1999 return.

### Divorced Taxpayers

If you got divorced in 1999 and you made joint estimated tax payments with your former spouse, put your former spouse's SSN in the space provided on the front of Form 1040. If you were divorced and remarried in 1999, put your present spouse's SSN in the space provided on the front of Form 1040. Also, under the heading "Payments" to the left of line 58, put your former spouse's SSN, followed by "DIV."

### Name Change

If you changed your name because of marriage, divorce, etc., and you made estimated tax payments using your former name, attach a statement to the front of Form 1040. On the statement, explain all the payments you and your spouse made in 1999 and the name(s) and SSN(s) under which you made them.

# Lines 59a and 59b—
# Earned Income Credit (EIC)

## What Is the EIC?

The EIC is a credit for certain people who work. The credit may give you a refund even if you do not owe any tax.

## To Take the EIC:

- Follow the steps below.
- Complete the worksheet that applies to you OR let the IRS figure the credit for you.
- If you have a qualifying child, complete and attach Schedule EIC.

**You Will Need:**

 

 If you take the EIC even though you are not eligible and it is determined that your error is due to reckless or intentional disregard of the EIC rules, you will not be allowed to take the credit for 2 years even if you are otherwise eligible to do so. If you fraudulently take the EIC, you will not be allowed to take the credit for 10 years. You may also have to pay penalties.

## Step 1  All Filers

1. Is the amount on Form 1040, line 34, less than $30,580 (or $10,200 if a child did not live with you in 1999)?

   ☐ **Yes.** *Continue* ↘    ☐ **No.** (STOP)
   You cannot take the credit.

2. Do you, and your spouse if filing a joint return, have a social security number that allows you to work (see page 41)?

   ☐ **Yes.** *Continue* ↘    ☐ **No.** (STOP)
   You cannot take the credit.
   *Put "No" directly to the right of line 59a.*

3. Is your filing status married filing separately?

   ☐ **Yes.** (STOP)    ☐ **No.** *Continue*
   You cannot take the credit.

4. Are you filing Form 2555 or 2555-EZ (relating to foreign earned income)?

   ☐ **Yes.** (STOP)    ☐ **No.** *Continue*
   You cannot take the credit.

5. Were you a nonresident alien for any part of 1999?

   ☐ **Yes.** *See Nonresident Aliens on page 41.*    ☐ **No.** *Go to Step 2.*

## Step 2  Investment Income

1. Add the amounts from Form 1040:

   Line 8a _____
   Line 8b + _____
   Line 9 + _____
   Line 13 + _____

   **Investment Income** = [_____]

2. Is your investment income more than $2,350?

   ☐ **Yes.** *Continue* ↘    ☐ **No.** *Skip the next question; go to Step 3.*

3. Are you filing Form 4797 (relating to sales of business property)?

   ☐ **Yes.** *See Form 4797 Filers on page 41.*    ☐ **No.** (STOP)
   You cannot take the credit.

## Step 3  Who Must Use Pub. 596

Some people must use Pub. 596, Earned Income Credit, to see if they can take the credit and how to figure it. To see if you must use Pub. 596, answer the following questions.

1. Are you filing Schedule E?

   ☐ **No.** *Continue* ↘    ☐ **Yes.** →

2. Are you claiming a loss on Form 1040, line 12, 13, or 18?

   ☐ **No.** *Continue* ↘    ☐ **Yes.** →

3. Are you reporting income or a loss from the rental of personal property not used in a trade or business?

   ☐ **No.** *Continue* ↘    ☐ **Yes.** →

4. Did you, or your spouse if filing a joint return, receive a distribution from a pension, annuity, or IRA that is not fully taxable?

   ☐ **No.** *Continue* ↘    ☐ **Yes.** →

5. Did you enter an amount other than zero on Form 1040, line 51?

   ☐ **No.** *Continue* ↘    ☐ **Yes.** →

   (STOP) You must use Pub. 596 to see if you can take the credit and how to figure it.

   To get Pub. 596, see page 7.

6. Did a child live with you in 1999?

   ☐ **Yes.** *Go to Step 4 on page 39.*    ☐ **No.** *Go to Step 5 on page 39.*

*(Continued on page 39)*

*Continued from page 38*

## Step 4 — Qualifying Child

**A qualifying child is a child who is your...**

| | |
|---|---|
| Son | Grandchild |
| Daughter | Stepchild |
| Adopted child | Foster child (see page 41) |

If the child was married, see page 41.

**AND**

**was at the end of 1999...**

Under age 19

**OR**

Under age 24 and a student (see page 41)

**OR**

Any age and permanently and totally disabled (see page 41)

**AND**

**who...**

Lived with you in the United States for more than half of 1999 or, if a foster child, for all of 1999. If the child did not live with you for the required time, see Exception to "Time Lived With You" Condition on page 41.

1. Look at the qualifying child conditions above. Could you, or your spouse if filing a joint return, be a qualifying child of another person in 1999?

   ☐ **Yes.** [STOP] You cannot take the credit. *Put "No" directly to the right of line 59a.*    ☐ **No.** *Continue* 

2. Do you have at least one child who meets the above conditions to be your qualifying child?

   ☐ **Yes.** *Continue*     ☐ **No.** *Skip the next question; go to Step 5, question 2.*

3. Does the child meet the conditions to be a qualifying child of any other person (other than your spouse if filing a joint return) for 1999?

   ☐ **Yes.** *See Qualifying Child of More Than One Person on page 41.*    ☐ **No.** This child is your qualifying child. The child must have a social security number as defined on page 41 unless the child was born and died in 1999. *Skip Step 5; go to Step 6.*

## Step 5 — Filers Without a Qualifying Child

1. Look at the qualifying child conditions in Step 4. Could you, or your spouse if filing a joint return, be a qualifying child of another person in 1999?

   ☐ **Yes.** [STOP] You cannot take the credit. *Put "No" directly to the right of line 59a.*    ☐ **No.** *Continue* ➤

2. Can you, or your spouse if filing a joint return, be claimed as a dependent on someone else's 1999 tax return?

   ☐ **Yes.** [STOP] You cannot take the credit.    ☐ **No.** *Continue* ➤

3. Were you, or your spouse if filing a joint return, at least age 25 but under age 65 at the end of 1999?

   ☐ **Yes.** *Continue* ➤    ☐ **No.** [STOP] You cannot take the credit. *Put "No" directly to the right of line 59a.*

4. Was your home, and your spouse's if filing a joint return, in the United States for more than half of 1999? Members of the military stationed outside the United States, see page 41 before you answer.

   ☐ **Yes.** *Go to Step 6.*    ☐ **No.** [STOP] You cannot take the credit. *Put "No" directly to the right of line 59a.*

## Step 6 — Modified Adjusted Gross Income

1. Add the amounts from Form 1040:

   | | Line 8b | _____ |
   |---|---|---|
   | | Line 34 | + _____ |
   | **Modified Adjusted Gross Income** = | **Box A** | |

2. If you have:

   • 2 or more qualifying children, is Box A less than $30,580?

   • 1 qualifying child, is Box A less than $26,928?

   • No qualifying children, is Box A less than $10,200?

   ☐ **Yes.** *Go to Step 7 on page 40.*    ☐ **No.** [STOP] You cannot take the credit.

*(Continued on page 40)*

**Continued from page 39**

---

| **Step 7** | **Nontaxable and Taxable Earned Income** |

**1.** Add all your nontaxable earned income, including your spouse's if filing a joint return. This includes anything of value (money, goods, or services) that is not taxable that you received from your employer for your work. Types of nontaxable earned income are listed below.

- Salary deferrals, such as a 401(k) plan or the Federal Thrift Savings Plan, shown in box 13 of your W-2 form. See page 41.
- Salary reductions, such as under a cafeteria plan, unless they are included in box 1 of your W-2 form. See page 41.
- Mandatory contributions to a state or local retirement plan.
- Military employee basic housing, subsistence, and combat zone compensation. These amounts are shown in box 13 of your W-2 form with code Q.
- Meals and lodging provided for the convenience of your employer.
- Housing allowances or rental value of a parsonage for clergy members. If filing Schedule SE, see Clergy on this page.
- Excludable dependent care benefits from Form 2441, line 18, employer-provided adoption benefits from Form 8839, line 30, and educational assistance benefits (these benefits may be shown in box 14 of your W-2 form).
- Certain amounts received by Native Americans. See Pub. 596.

**Note.** Nontaxable earned income does not include welfare benefits or workfare payments (see page 41), or qualified foster care payments.

Nontaxable Earned Income = [Box B] _____

*Enter the amount and type of your nontaxable earned income on Form 1040, line 59b.*

1040 ◀ · · · · ·

**2.** Figure taxable earned income:

Form 1040, line 7 _____

Subtract:
- Any taxable scholarship or fellowship grant not reported on a W-2 form
- Any amount paid to an inmate in a penal institution for work (put "PRI" and the amount subtracted on the dotted line next to line 7 of Form 1040)

– _____

Taxable Earned Income = [Box C] _____

**3.** Were you self-employed or are you filing Schedule C or C-EZ as a statutory employee?

☐ **Yes.** *Skip Steps 8 and 9; go to Worksheet B on page 43.*   ☐ **No.** *Go to Step 8.*

---

| **Step 8** | **Total Earned Income** |

**1.** Nontaxable Earned Income (Step 7, Box B) _____

Taxable Earned Income (Step 7, Box C) + _____

Total Earned Income = [Box D] _____

**2.** If you have:

- 2 or more qualifying children, is Box D less than $30,580?
- 1 qualifying child, is Box D less than $26,928?
- No qualifying children, is Box D less than $10,200?

☐ **Yes.** *Go to Step 9.*   ☐ **No.** STOP
You cannot take the credit. *Put "No" directly to the right of line 59a.*

---

| **Step 9** | **How To Figure the Credit** |

**1.** Do you want the IRS to figure the credit for you?

☐ **Yes.** *See Credit Figured by the IRS below.*   ☐ **No.** *Go to Worksheet A on page 42.*

---

### Definitions and Special Rules
*(listed in alphabetical order)*

**Adopted Child.** Any child placed with you by an authorized placement agency for legal adoption. The adoption does not have to be final.

**Clergy.** If you are filing Schedule SE and the amount on line 2 of that schedule includes an amount that was also reported on Form 1040, line 7:

1. Put "Clergy" directly to the right of line 59a of Form 1040.
2. Do not include any housing allowance or rental value of the parsonage as nontaxable earned income in Box B if it is required to be included on Schedule SE, line 2.
3. Determine how much of the amount on Form 1040, line 7, was also reported on Schedule SE, line 2.
4. Subtract that amount from the amount on Form 1040, line 7. Enter the result in the first space of Step 7, line 2.
5. Be sure to answer "Yes" on line 3 of Step 7.

**Credit Figured by the IRS.** To have the IRS figure the credit for you:

1. Put "EIC" directly to the right of line 59a of Form 1040.
2. Be sure you entered the amount and the type of any nontaxable earned income (Step 7, Box B, on this page) on Form 1040, line 59b.
3. If you have a qualifying child, complete and attach Schedule EIC. If your 1997 or 1998 EIC was reduced or disallowed, see Form 8862, Who Must File, on page 41.

*(Continued on page 41)*

---

*Need more information or forms? See page 7.*    **- 40 -**

*Continued from page 40*

**Exception to "Time Lived With You" Condition.** A child is considered to have lived with you for all of 1999 if the child was born or died in 1999 and your home was this child's home for the entire time he or she was alive in 1999. Temporary absences, such as for school, vacation, or medical care, count as time lived at home. If you were in the military stationed outside the United States, see Members of the Military below.

**Form 4797 Filers.** If the amount on Form 1040, line 13, includes an amount from Form 4797, you must use Pub. 596 to see if you can take the EIC and how to figure it. To get Pub. 596, see page 7. Otherwise, stop; you cannot take the EIC.

**Form 8862, Who Must File.** You must file Form 8862 if your 1997 or 1998 EIC was reduced or disallowed for any reason other than a math or clerical error. But do not file Form 8862 if, after your EIC was reduced or disallowed in an earlier year, you filed Form 8862 (or other documents) and your EIC was then allowed. Also do not file Form 8862 or take the credit if it was determined that your error was due to reckless or intentional disregard of the EIC rules or fraud.

**Foster Child.** Any child you cared for as your own child. For example, if you acted as the parent of your niece or nephew, this child is considered your foster child.

**Grandchild.** Any descendant of your son, daughter, or adopted child. For example, a grandchild includes your great-grandchild, great-great-grandchild, etc.

**Married Child.** A child who was married at the end of 1999 is a qualifying child only if **(1)** you can claim him or her as your dependent on Form 1040, line 6c, or **(2)** this child's other parent claims him or her as a dependent under the rules in Pub. 501 for children of divorced or separated parents.

**Members of the Military.** If you were on extended active duty outside the United States, your home is considered to be in the United States during that duty period. Extended active duty is military duty ordered for an indefinite period or for a period of more than 90 days. Once you begin serving extended active duty, you are considered to be on extended active duty even if you serve fewer than 90 days.

**Nonresident Aliens.** If your filing status is married filing jointly, go to Step 2 on page 38. Otherwise, stop; you cannot take the EIC.

**Permanently and Totally Disabled Child.** A child who cannot engage in any substantial gainful activity because of a physical or mental condition and a doctor has determined that this condition:

- Has lasted or can be expected to last continuously for at least a year, or
- Can lead to death.

**Qualifying Child of More Than One Person.** If the child meets the conditions to be a qualifying child of more than one person, only the person who had the **highest** modified AGI (adjusted gross income) for 1999 may treat that child as a qualifying child. The other person(s) cannot take the EIC for people who do not have a qualifying child. If the other person is your spouse and you are filing a joint return, this rule does not apply. If you have the highest modified AGI, this child is your qualifying child. The child must have a social security number as defined on this page unless the child was born and died in 1999. Skip Step 5; go to Step 6 on page 39. If you do not have the highest modified AGI, stop; you cannot take the EIC. Put "No" directly to the right of line 59a.

   **Modified AGI** is the total of the amounts on Form 1040, lines 8b and 34, increased by:

- Any loss claimed on Form 1040, line 13,

- Any loss from the rental of personal property not used in a trade or business,

- 75% of any losses on Form 1040, lines 12 and 18,

- Certain nontaxable distributions from a pension, annuity, or IRA (see Pub. 596), and

- Certain amounts reported on Schedule E (see Pub. 596).

   **Example.** You and your 5-year-old daughter moved in with your mother in April 1999. You are not a qualifying child of your mother. Your daughter meets the conditions to be a qualifying child for both you and your mother. Your modified AGI for 1999 was $8,000 and your mother's was $14,000. Because your mother's modified AGI was higher, your daughter is your mother's qualifying child. You **cannot** take any EIC, even if your mother does not claim the credit. You would put "No" directly to the right of line 59a.

**Salary Deferrals.** Contributions from your pay to certain retirement plans, such as a 401(k) plan or the Federal Thrift Savings Plan, shown in box 13 of your W-2 form. The "Deferred compensation" box in box 15 of your W-2 form should be checked.

**Salary Reductions.** Amounts you could have been paid but chose instead to have your employer contribute to certain benefit plans, such as a cafeteria plan. A cafeteria plan is a plan that allows you to choose to receive either cash or certain benefits that are not taxed (such as accident and health insurance).

**Social Security Number (SSN).** For purposes of taking the EIC, an SSN is a number issued by the Social Security Administration to a U.S. citizen or to a person who has permission from the Immigration and Naturalization Service to work in the United States. It does not include an SSN issued solely to allow a person to apply for or receive Federally funded benefits. If your social security card, or your spouse's if filing a joint return, says "Not valid for employment," you cannot take the EIC.

   To find out how to get an SSN, see page 18. If you will not have an SSN by April 17, 2000, see What if You Cannot File on Time? on page 14.

**Student.** A child who during any 5 months of 1999:

- Was enrolled as a full-time student at a school, or
- Took a full-time, on-farm training course given by a school or a state, county, or local government agency.

   A **school** includes technical, trade, and mechanical schools. It does not include on-the-job training courses, correspondence schools, or night schools.

**Welfare Benefits, Effect of Credit on.** Any refund you receive as a result of taking the EIC will not be used to determine if you are eligible for the following programs, or how much you can receive from them.

- Temporary Assistance for Needy Families (TANF).
- Medicaid and supplemental security income (SSI).
- Food stamps and low-income housing.

**Workfare Payments.** Cash payments certain people receive from a state or local agency that administers public assistance programs funded under the Federal Temporary Assistance for Needy Families (TANF) program in return for certain work activities such as:

- Work experience activities (including work associated with remodeling or repairing publicly assisted housing) if sufficient private sector employment is not available, or
- Community service program activities.

## Worksheet **A**—Earned Income Credit (EIC)—Lines 59a and 59b *Keep for Your Records*



| **Before you begin:** | Be sure you are using the correct worksheet. **Do not** use this worksheet if you were self-employed or you are filing Schedule C or C-EZ as a statutory employee. Instead, use Worksheet B on page 43. |
| --- | --- |

---

### Part 1

**All Filers Using Worksheet A**

**1.** Enter your total earned income from Step 8, Box D, on page 40.

| **1** | |
| --- | --- |

**2.** Look up the amount on line 1 above in the EIC Table on pages 45–47 to find the credit. Enter the credit here.

If line 2 is zero,  You cannot take the credit.
*Put "No" directly to the right of line 59a.*

| **2** | |
| --- | --- |

**3.** Enter your modified adjusted gross income from Step 6, Box A, on page 39.

| **3** | |
| --- | --- |

**4.** Are the amounts on lines 3 and 1 the same?

☐ **Yes.** *Skip line 5; enter the amount from line 2 on line 6.*

☐ **No.** *Go to line 5.*

---

### Part 2

**Filers Who Answered "No" on Line 4**

**5.** Is the amount on line 3 less than:
- $5,700 if you do not have a qualifying child, OR
- $12,500 if you have one or more qualifying children?

☐ **Yes.** *Leave line 5 blank; enter the amount from line 2 on line 6.*

☐ **No.** Look up the amount on line 3 in the EIC Table on pages 45–47 to find the credit. Enter the credit here.

*Look at the amounts on lines 5 and 2.*
*Then, enter the SMALLER amount on line 6.*

| **5** | |
| --- | --- |

---

### Part 3

**Your Earned Income Credit**

**6.** **This is your earned income credit.**

| **6** | |
| --- | --- |

*Enter this amount on Form 1040, line 59a.*




***Reminder—***

√ Be sure you entered the amount and the type of any nontaxable earned income (Step 7, Box B, on page 40) on Form 1040, line 59b.

√ If you have a qualifying child, complete and attach Schedule EIC. 

---

 If your 1997 or 1998 EIC was reduced or disallowed, see page 41 to find out if you must file Form 8862 to take the credit for 1999.

---

# Worksheet B—Earned Income Credit (EIC)—Lines 59a and 59b

*Keep for Your Records*

**Use this worksheet if you were self-employed or you are filing Schedule C or C-EZ as a statutory employee.**



✓ Complete the parts below (Parts 1–3) that apply to you. Then, continue to Part 4.

✓ If you are married filing a joint return, include your spouse's amounts, if any, with yours to figure the amounts to enter in Parts 1 through 3.

| | | |
|---|---|---|
| **Part 1**<br><br>**Self-Employed Filing Schedule SE** | **1a.** Enter the amount from Schedule SE, Section A, line 3, or Section B, line 3, whichever applies. | **1a** |
| | **b.** Enter the amount from Schedule SE, Section B, line 4b, if any. | + **1b** |
| | **c.** Add lines 1a and 1b. | = **1c** |
| | **d.** Enter the amount from Schedule SE, Section A, line 6, or Section B, line 13, whichever applies. | − **1d** |
| | **e.** Subtract line 1d from 1c. | = **1e** |

| | | |
|---|---|---|
| **Part 2**<br><br>**Self-Employed NOT Filing Schedule SE**<br><br>For example, your net earnings from self-employment were less than $400. | **2.** Do not include on these lines any statutory employee income or any amount exempt from self-employment tax as the result of the filing and approval of Form 4029 or Form 4361. | |
| | **a.** Enter any net farm profit from Schedule F, line 36, and from farm partnerships, Schedule K-1 (Form 1065), line 15a. | **2a** |
| | **b.** Enter any net profit from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. | + **2b** |
| | **c.** Add lines 2a and 2b. | = **2c** |

| | | |
|---|---|---|
| **Part 3**<br><br>**Statutory Employees Filing Schedule C or C-EZ** | **3.** Enter the amount from Schedule C, line 1, or Schedule C-EZ, line 1, that you are filing as a statutory employee. | **3** |

| | | |
|---|---|---|
| **Part 4**<br><br>**All Self-Employed and Statutory Employees**<br><br>**Note.** If line 4d includes income on which you should have paid self-employment tax but did not, we may reduce your credit by the amount of self-employment tax not paid. | **4a.** Add lines 1e, 2c, and 3. | **4a** |
| | **b.** Enter your nontaxable earned income from Step 7, Box B, on page 40. | + **4b** |
| | **c.** Enter your taxable earned income from Step 7, Box C, on page 40. | + **4c** |
| | **d.** Add lines 4a, 4b, and 4c. **This is your total earned income.** | = **4d** |

**5.** If you have:
- 2 or more qualifying children, is line 4d less than $30,580?
- 1 qualifying child, is line 4d less than $26,928?
- No qualifying children, is line 4d less than $10,200?

☐ **Yes.** If you want the IRS to figure your credit, see page 40. *If you want to figure the credit yourself, enter the amount from line 4d on line 6 (page 44).*

☐ **No.** **STOP** You cannot take the credit.
*Put "No" directly to the right of line 59a.*

(Continued on page 44)

## Worksheet B—*Continued from page 43*                    *Keep for Your Records*

---

| **Part 5** | 6. | Enter your total earned income from Part 4, line 4d, on page 43. | 6 | |
|---|---|---|---|---|

**All Filers Using
Worksheet B**

7. Look up the amount on line 6 above in the EIC Table on pages 45–47 to find the credit. Enter the credit here.        **7**

If line 7 is zero,  You cannot take the credit.
*Put "No" directly to the right of line 59a.*

8. Enter your modified adjusted gross income from Step 6, Box A, on page 39.    **8**

9. Are the amounts on lines 8 and 6 the same?

☐ **Yes.** *Skip line 10; enter the amount from line 7 on line 11.*

☐ **No.** *Go to line 10.*

10. Is the amount on line 8 less than:
- $5,700 if you do not have a qualifying child, OR
- $12,500 if you have one or more qualifying children?

☐ **Yes.** *Leave line 10 blank; enter the amount from line 7 on line 11.*

☐ **No.** Look up the amount on line 8 in the EIC Table on pages 45–47 to find the credit. Enter the credit here.    **10**

*Look at the amounts on lines 10 and 7.
Then, enter the SMALLER amount on line 11.*

---

| **Part 6** | 11. | **This is your earned income credit.** | **11** | |
|---|---|---|---|---|

**Your Earned
Income Credit**

*Enter this amount on
Form 1040, line 59a.*



### Reminder—

✓ Be sure you entered the amount and the type of any nontaxable earned income (Step 7, Box B, on page 40) on Form 1040, line 59b.

✓ If you have a qualifying child, complete and attach Schedule EIC.




 If your 1997 or 1998 EIC was reduced or disallowed, see page 41 to find out if you must file Form 8862 to take the credit for 1999.

---

# 1999 Earned Income Credit (EIC) Table

 **CAUTION**  This is **not** a tax table.

| If the amount you are looking up from the worksheet is— | | And you have— No children | One child | Two children |
|---|---|---|---|---|
| At least | But less than | Your credit is— | | |
| 4,800 | 4,850 | 347 | 1,641 | 1,930 |
| 4,850 | 4,900 | 347 | 1,658 | 1,950 |
| 4,900 | 4,950 | 347 | 1,675 | 1,970 |
| 4,950 | 5,000 | 347 | 1,692 | 1,990 |

**1.** To find your credit, read down the "At least – But less than" columns and find the line that includes the amount you were told to look up from your EIC Worksheet.

**2.** Then, read across to the column that includes the number of qualifying children you have. Enter the credit from that column on your EIC Worksheet.

**Example.** If you have one qualifying child and the amount you are looking up from your EIC Worksheet is $4,875, you would enter $1,658.

| If the amount you are looking up from the worksheet is— | | And you have— No children | One child | Two children |
|---|---|---|---|---|
| At least | But less than | Your credit is— | | |
| $1 | $50 | $2 | $9 | $10 |
| 50 | 100 | 6 | 26 | 30 |
| 100 | 150 | 10 | 43 | 50 |
| 150 | 200 | 13 | 60 | 70 |
| 200 | 250 | 17 | 77 | 90 |
| 250 | 300 | 21 | 94 | 110 |
| 300 | 350 | 25 | 111 | 130 |
| 350 | 400 | 29 | 128 | 150 |
| 400 | 450 | 33 | 145 | 170 |
| 450 | 500 | 36 | 162 | 190 |
| 500 | 550 | 40 | 179 | 210 |
| 550 | 600 | 44 | 196 | 230 |
| 600 | 650 | 48 | 213 | 250 |
| 650 | 700 | 52 | 230 | 270 |
| 700 | 750 | 55 | 247 | 290 |
| 750 | 800 | 59 | 264 | 310 |
| 800 | 850 | 63 | 281 | 330 |
| 850 | 900 | 67 | 298 | 350 |
| 900 | 950 | 71 | 315 | 370 |
| 950 | 1,000 | 75 | 332 | 390 |
| 1,000 | 1,050 | 78 | 349 | 410 |
| 1,050 | 1,100 | 82 | 366 | 430 |
| 1,100 | 1,150 | 86 | 383 | 450 |
| 1,150 | 1,200 | 90 | 400 | 470 |
| 1,200 | 1,250 | 94 | 417 | 490 |
| 1,250 | 1,300 | 98 | 434 | 510 |
| 1,300 | 1,350 | 101 | 451 | 530 |
| 1,350 | 1,400 | 105 | 468 | 550 |
| 1,400 | 1,450 | 109 | 485 | 570 |
| 1,450 | 1,500 | 113 | 502 | 590 |
| 1,500 | 1,550 | 117 | 519 | 610 |
| 1,550 | 1,600 | 120 | 536 | 630 |
| 1,600 | 1,650 | 124 | 553 | 650 |
| 1,650 | 1,700 | 128 | 570 | 670 |
| 1,700 | 1,750 | 132 | 587 | 690 |
| 1,750 | 1,800 | 136 | 604 | 710 |
| 1,800 | 1,850 | 140 | 621 | 730 |
| 1,850 | 1,900 | 143 | 638 | 750 |
| 1,900 | 1,950 | 147 | 655 | 770 |
| 1,950 | 2,000 | 151 | 672 | 790 |
| 2,000 | 2,050 | 155 | 689 | 810 |
| 2,050 | 2,100 | 159 | 706 | 830 |
| 2,100 | 2,150 | 163 | 723 | 850 |
| 2,150 | 2,200 | 166 | 740 | 870 |

| If the amount you are looking up from the worksheet is— | | And you have— No children | One child | Two children |
|---|---|---|---|---|
| At least | But less than | Your credit is— | | |
| 2,200 | 2,250 | 170 | 757 | 890 |
| 2,250 | 2,300 | 174 | 774 | 910 |
| 2,300 | 2,350 | 178 | 791 | 930 |
| 2,350 | 2,400 | 182 | 808 | 950 |
| 2,400 | 2,450 | 186 | 825 | 970 |
| 2,450 | 2,500 | 189 | 842 | 990 |
| 2,500 | 2,550 | 193 | 859 | 1,010 |
| 2,550 | 2,600 | 197 | 876 | 1,030 |
| 2,600 | 2,650 | 201 | 893 | 1,050 |
| 2,650 | 2,700 | 205 | 910 | 1,070 |
| 2,700 | 2,750 | 208 | 927 | 1,090 |
| 2,750 | 2,800 | 212 | 944 | 1,110 |
| 2,800 | 2,850 | 216 | 961 | 1,130 |
| 2,850 | 2,900 | 220 | 978 | 1,150 |
| 2,900 | 2,950 | 224 | 995 | 1,170 |
| 2,950 | 3,000 | 228 | 1,012 | 1,190 |
| 3,000 | 3,050 | 231 | 1,029 | 1,210 |
| 3,050 | 3,100 | 235 | 1,046 | 1,230 |
| 3,100 | 3,150 | 239 | 1,063 | 1,250 |
| 3,150 | 3,200 | 243 | 1,080 | 1,270 |
| 3,200 | 3,250 | 247 | 1,097 | 1,290 |
| 3,250 | 3,300 | 251 | 1,114 | 1,310 |
| 3,300 | 3,350 | 254 | 1,131 | 1,330 |
| 3,350 | 3,400 | 258 | 1,148 | 1,350 |
| 3,400 | 3,450 | 262 | 1,165 | 1,370 |
| 3,450 | 3,500 | 266 | 1,182 | 1,390 |
| 3,500 | 3,550 | 270 | 1,199 | 1,410 |
| 3,550 | 3,600 | 273 | 1,216 | 1,430 |
| 3,600 | 3,650 | 277 | 1,233 | 1,450 |
| 3,650 | 3,700 | 281 | 1,250 | 1,470 |
| 3,700 | 3,750 | 285 | 1,267 | 1,490 |
| 3,750 | 3,800 | 289 | 1,284 | 1,510 |
| 3,800 | 3,850 | 293 | 1,301 | 1,530 |
| 3,850 | 3,900 | 296 | 1,318 | 1,550 |
| 3,900 | 3,950 | 300 | 1,335 | 1,570 |
| 3,950 | 4,000 | 304 | 1,352 | 1,590 |
| 4,000 | 4,050 | 308 | 1,369 | 1,610 |
| 4,050 | 4,100 | 312 | 1,386 | 1,630 |
| 4,100 | 4,150 | 316 | 1,403 | 1,650 |
| 4,150 | 4,200 | 319 | 1,420 | 1,670 |
| 4,200 | 4,250 | 323 | 1,437 | 1,690 |
| 4,250 | 4,300 | 327 | 1,454 | 1,710 |
| 4,300 | 4,350 | 331 | 1,471 | 1,730 |
| 4,350 | 4,400 | 335 | 1,488 | 1,750 |

| If the amount you are looking up from the worksheet is— | | And you have— No children | One child | Two children |
|---|---|---|---|---|
| At least | But less than | Your credit is— | | |
| 4,400 | 4,450 | 339 | 1,505 | 1,770 |
| 4,450 | 4,500 | 342 | 1,522 | 1,790 |
| 4,500 | 4,550 | 347 | 1,539 | 1,810 |
| 4,550 | 4,600 | 347 | 1,556 | 1,830 |
| 4,600 | 4,650 | 347 | 1,573 | 1,850 |
| 4,650 | 4,700 | 347 | 1,590 | 1,870 |
| 4,700 | 4,750 | 347 | 1,607 | 1,890 |
| 4,750 | 4,800 | 347 | 1,624 | 1,910 |
| 4,800 | 4,850 | 347 | 1,641 | 1,930 |
| 4,850 | 4,900 | 347 | 1,658 | 1,950 |
| 4,900 | 4,950 | 347 | 1,675 | 1,970 |
| 4,950 | 5,000 | 347 | 1,692 | 1,990 |
| 5,000 | 5,050 | 347 | 1,709 | 2,010 |
| 5,050 | 5,100 | 347 | 1,726 | 2,030 |
| 5,100 | 5,150 | 347 | 1,743 | 2,050 |
| 5,150 | 5,200 | 347 | 1,760 | 2,070 |
| 5,200 | 5,250 | 347 | 1,777 | 2,090 |
| 5,250 | 5,300 | 347 | 1,794 | 2,110 |
| 5,300 | 5,350 | 347 | 1,811 | 2,130 |
| 5,350 | 5,400 | 347 | 1,828 | 2,150 |
| 5,400 | 5,450 | 347 | 1,845 | 2,170 |
| 5,450 | 5,500 | 347 | 1,862 | 2,190 |
| 5,500 | 5,550 | 347 | 1,879 | 2,210 |
| 5,550 | 5,600 | 347 | 1,896 | 2,230 |
| 5,600 | 5,650 | 347 | 1,913 | 2,250 |
| 5,650 | 5,700 | 347 | 1,930 | 2,270 |
| 5,700 | 5,750 | 342 | 1,947 | 2,290 |
| 5,750 | 5,800 | 339 | 1,964 | 2,310 |
| 5,800 | 5,850 | 335 | 1,981 | 2,330 |
| 5,850 | 5,900 | 331 | 1,998 | 2,350 |
| 5,900 | 5,950 | 327 | 2,015 | 2,370 |
| 5,950 | 6,000 | 323 | 2,032 | 2,390 |
| 6,000 | 6,050 | 319 | 2,049 | 2,410 |
| 6,050 | 6,100 | 316 | 2,066 | 2,430 |
| 6,100 | 6,150 | 312 | 2,083 | 2,450 |
| 6,150 | 6,200 | 308 | 2,100 | 2,470 |
| 6,200 | 6,250 | 304 | 2,117 | 2,490 |
| 6,250 | 6,300 | 300 | 2,134 | 2,510 |
| 6,300 | 6,350 | 296 | 2,151 | 2,530 |
| 6,350 | 6,400 | 293 | 2,168 | 2,550 |
| 6,400 | 6,450 | 289 | 2,185 | 2,570 |
| 6,450 | 6,500 | 285 | 2,202 | 2,590 |
| 6,500 | 6,550 | 281 | 2,219 | 2,610 |
| 6,550 | 6,600 | 277 | 2,236 | 2,630 |

| If the amount you are looking up from the worksheet is— | | And you have— No children | One child | Two children |
|---|---|---|---|---|
| At least | But less than | Your credit is— | | |
| 6,600 | 6,650 | 273 | 2,253 | 2,650 |
| 6,650 | 6,700 | 270 | 2,270 | 2,670 |
| 6,700 | 6,750 | 266 | 2,287 | 2,690 |
| 6,750 | 6,800 | 262 | 2,304 | 2,710 |
| 6,800 | 6,850 | 258 | 2,312 | 2,730 |
| 6,850 | 6,900 | 254 | 2,312 | 2,750 |
| 6,900 | 6,950 | 251 | 2,312 | 2,770 |
| 6,950 | 7,000 | 247 | 2,312 | 2,790 |
| 7,000 | 7,050 | 243 | 2,312 | 2,810 |
| 7,050 | 7,100 | 239 | 2,312 | 2,830 |
| 7,100 | 7,150 | 235 | 2,312 | 2,850 |
| 7,150 | 7,200 | 231 | 2,312 | 2,870 |
| 7,200 | 7,250 | 228 | 2,312 | 2,890 |
| 7,250 | 7,300 | 224 | 2,312 | 2,910 |
| 7,300 | 7,350 | 220 | 2,312 | 2,930 |
| 7,350 | 7,400 | 216 | 2,312 | 2,950 |
| 7,400 | 7,450 | 212 | 2,312 | 2,970 |
| 7,450 | 7,500 | 208 | 2,312 | 2,990 |
| 7,500 | 7,550 | 205 | 2,312 | 3,010 |
| 7,550 | 7,600 | 201 | 2,312 | 3,030 |
| 7,600 | 7,650 | 197 | 2,312 | 3,050 |
| 7,650 | 7,700 | 193 | 2,312 | 3,070 |
| 7,700 | 7,750 | 189 | 2,312 | 3,090 |
| 7,750 | 7,800 | 186 | 2,312 | 3,110 |
| 7,800 | 7,850 | 182 | 2,312 | 3,130 |
| 7,850 | 7,900 | 178 | 2,312 | 3,150 |
| 7,900 | 7,950 | 174 | 2,312 | 3,170 |
| 7,950 | 8,000 | 170 | 2,312 | 3,190 |
| 8,000 | 8,050 | 166 | 2,312 | 3,210 |
| 8,050 | 8,100 | 163 | 2,312 | 3,230 |
| 8,100 | 8,150 | 159 | 2,312 | 3,250 |
| 8,150 | 8,200 | 155 | 2,312 | 3,270 |
| 8,200 | 8,250 | 151 | 2,312 | 3,290 |
| 8,250 | 8,300 | 147 | 2,312 | 3,310 |
| 8,300 | 8,350 | 143 | 2,312 | 3,330 |
| 8,350 | 8,400 | 140 | 2,312 | 3,350 |
| 8,400 | 8,450 | 136 | 2,312 | 3,370 |
| 8,450 | 8,500 | 132 | 2,312 | 3,390 |
| 8,500 | 8,550 | 128 | 2,312 | 3,410 |
| 8,550 | 8,600 | 124 | 2,312 | 3,430 |
| 8,600 | 8,650 | 120 | 2,312 | 3,450 |
| 8,650 | 8,700 | 117 | 2,312 | 3,470 |
| 8,700 | 8,750 | 113 | 2,312 | 3,490 |
| 8,750 | 8,800 | 109 | 2,312 | 3,510 |

*(Continued)*

*Need more information or forms? See page 7.*

## 1999 Earned Income Credit (EIC) Table Continued　(Caution: *This is **not** a tax table.*)

| If the amount you are looking up from the worksheet is— | | And you have— | | |
|---|---|---|---|---|
| At least | But less than | No children | One child | Two children |
| | | Your credit is— | | |
| 8,800 | 8,850 | 105 | 2,312 | 3,530 |
| 8,850 | 8,900 | 101 | 2,312 | 3,550 |
| 8,900 | 8,950 | 98 | 2,312 | 3,570 |
| 8,950 | 9,000 | 94 | 2,312 | 3,590 |
| 9,000 | 9,050 | 90 | 2,312 | 3,610 |
| 9,050 | 9,100 | 86 | 2,312 | 3,630 |
| 9,100 | 9,150 | 82 | 2,312 | 3,650 |
| 9,150 | 9,200 | 78 | 2,312 | 3,670 |
| 9,200 | 9,250 | 75 | 2,312 | 3,690 |
| 9,250 | 9,300 | 71 | 2,312 | 3,710 |
| 9,300 | 9,350 | 67 | 2,312 | 3,730 |
| 9,350 | 9,400 | 63 | 2,312 | 3,750 |
| 9,400 | 9,450 | 59 | 2,312 | 3,770 |
| 9,450 | 9,500 | 55 | 2,312 | 3,790 |
| 9,500 | 9,550 | 52 | 2,312 | 3,816 |
| 9,550 | 9,600 | 48 | 2,312 | 3,816 |
| 9,600 | 9,650 | 44 | 2,312 | 3,816 |
| 9,650 | 9,700 | 40 | 2,312 | 3,816 |
| 9,700 | 9,750 | 36 | 2,312 | 3,816 |
| 9,750 | 9,800 | 33 | 2,312 | 3,816 |
| 9,800 | 9,850 | 29 | 2,312 | 3,816 |
| 9,850 | 9,900 | 25 | 2,312 | 3,816 |
| 9,900 | 9,950 | 21 | 2,312 | 3,816 |
| 9,950 | 10,000 | 17 | 2,312 | 3,816 |
| 10,000 | 10,050 | 13 | 2,312 | 3,816 |
| 10,050 | 10,100 | 10 | 2,312 | 3,816 |
| 10,100 | 10,150 | 6 | 2,312 | 3,816 |
| 10,150 | 10,200 | 2 | 2,312 | 3,816 |
| 10,200 | 12,500 | 0 | 2,312 | 3,816 |
| 12,500 | 12,550 | 0 | 2,302 | 3,802 |
| 12,550 | 12,600 | 0 | 2,294 | 3,792 |
| 12,600 | 12,650 | 0 | 2,286 | 3,781 |
| 12,650 | 12,700 | 0 | 2,278 | 3,771 |
| 12,700 | 12,750 | 0 | 2,270 | 3,760 |
| 12,750 | 12,800 | 0 | 2,262 | 3,750 |
| 12,800 | 12,850 | 0 | 2,254 | 3,739 |
| 12,850 | 12,900 | 0 | 2,246 | 3,729 |
| 12,900 | 12,950 | 0 | 2,238 | 3,718 |
| 12,950 | 13,000 | 0 | 2,230 | 3,708 |
| 13,000 | 13,050 | 0 | 2,222 | 3,697 |
| 13,050 | 13,100 | 0 | 2,214 | 3,686 |
| 13,100 | 13,150 | 0 | 2,206 | 3,676 |
| 13,150 | 13,200 | 0 | 2,198 | 3,665 |
| 13,200 | 13,250 | 0 | 2,190 | 3,655 |
| 13,250 | 13,300 | 0 | 2,182 | 3,644 |
| 13,300 | 13,350 | 0 | 2,174 | 3,634 |
| 13,350 | 13,400 | 0 | 2,166 | 3,623 |
| 13,400 | 13,450 | 0 | 2,158 | 3,613 |
| 13,450 | 13,500 | 0 | 2,150 | 3,602 |
| 13,500 | 13,550 | 0 | 2,142 | 3,592 |
| 13,550 | 13,600 | 0 | 2,134 | 3,581 |
| 13,600 | 13,650 | 0 | 2,126 | 3,571 |
| 13,650 | 13,700 | 0 | 2,118 | 3,560 |
| 13,700 | 13,750 | 0 | 2,110 | 3,550 |
| 13,750 | 13,800 | 0 | 2,102 | 3,539 |
| 13,800 | 13,850 | 0 | 2,094 | 3,529 |
| 13,850 | 13,900 | 0 | 2,086 | 3,518 |
| 13,900 | 13,950 | 0 | 2,078 | 3,507 |
| 13,950 | 14,000 | 0 | 2,070 | 3,497 |
| 14,000 | 14,050 | 0 | 2,062 | 3,486 |
| 14,050 | 14,100 | 0 | 2,054 | 3,476 |
| 14,100 | 14,150 | 0 | 2,046 | 3,465 |
| 14,150 | 14,200 | 0 | 2,038 | 3,455 |
| 14,200 | 14,250 | 0 | 2,030 | 3,444 |
| 14,250 | 14,300 | 0 | 2,022 | 3,434 |
| 14,300 | 14,350 | 0 | 2,014 | 3,423 |
| 14,350 | 14,400 | 0 | 2,006 | 3,413 |
| 14,400 | 14,450 | 0 | 1,998 | 3,402 |
| 14,450 | 14,500 | 0 | 1,990 | 3,392 |
| 14,500 | 14,550 | 0 | 1,982 | 3,381 |
| 14,550 | 14,600 | 0 | 1,974 | 3,371 |
| 14,600 | 14,650 | 0 | 1,966 | 3,360 |
| 14,650 | 14,700 | 0 | 1,958 | 3,350 |
| 14,700 | 14,750 | 0 | 1,950 | 3,339 |
| 14,750 | 14,800 | 0 | 1,942 | 3,328 |
| 14,800 | 14,850 | 0 | 1,934 | 3,318 |
| 14,850 | 14,900 | 0 | 1,926 | 3,307 |
| 14,900 | 14,950 | 0 | 1,918 | 3,297 |
| 14,950 | 15,000 | 0 | 1,910 | 3,286 |
| 15,000 | 15,050 | 0 | 1,902 | 3,276 |
| 15,050 | 15,100 | 0 | 1,894 | 3,265 |
| 15,100 | 15,150 | 0 | 1,886 | 3,255 |
| 15,150 | 15,200 | 0 | 1,878 | 3,244 |
| 15,200 | 15,250 | 0 | 1,870 | 3,234 |
| 15,250 | 15,300 | 0 | 1,862 | 3,223 |
| 15,300 | 15,350 | 0 | 1,854 | 3,213 |
| 15,350 | 15,400 | 0 | 1,846 | 3,202 |
| 15,400 | 15,450 | 0 | 1,838 | 3,192 |
| 15,450 | 15,500 | 0 | 1,830 | 3,181 |
| 15,500 | 15,550 | 0 | 1,822 | 3,171 |
| 15,550 | 15,600 | 0 | 1,814 | 3,160 |
| 15,600 | 15,650 | 0 | 1,806 | 3,149 |
| 15,650 | 15,700 | 0 | 1,798 | 3,139 |
| 15,700 | 15,750 | 0 | 1,790 | 3,128 |
| 15,750 | 15,800 | 0 | 1,782 | 3,118 |
| 15,800 | 15,850 | 0 | 1,774 | 3,107 |
| 15,850 | 15,900 | 0 | 1,766 | 3,097 |
| 15,900 | 15,950 | 0 | 1,758 | 3,086 |
| 15,950 | 16,000 | 0 | 1,750 | 3,076 |
| 16,000 | 16,050 | 0 | 1,742 | 3,065 |
| 16,050 | 16,100 | 0 | 1,734 | 3,055 |
| 16,100 | 16,150 | 0 | 1,726 | 3,044 |
| 16,150 | 16,200 | 0 | 1,718 | 3,034 |
| 16,200 | 16,250 | 0 | 1,710 | 3,023 |
| 16,250 | 16,300 | 0 | 1,702 | 3,013 |
| 16,300 | 16,350 | 0 | 1,694 | 3,002 |
| 16,350 | 16,400 | 0 | 1,686 | 2,992 |
| 16,400 | 16,450 | 0 | 1,678 | 2,981 |
| 16,450 | 16,500 | 0 | 1,670 | 2,970 |
| 16,500 | 16,550 | 0 | 1,662 | 2,960 |
| 16,550 | 16,600 | 0 | 1,654 | 2,949 |
| 16,600 | 16,650 | 0 | 1,646 | 2,939 |
| 16,650 | 16,700 | 0 | 1,638 | 2,928 |
| 16,700 | 16,750 | 0 | 1,630 | 2,918 |
| 16,750 | 16,800 | 0 | 1,622 | 2,907 |
| 16,800 | 16,850 | 0 | 1,614 | 2,897 |
| 16,850 | 16,900 | 0 | 1,606 | 2,886 |
| 16,900 | 16,950 | 0 | 1,598 | 2,876 |
| 16,950 | 17,000 | 0 | 1,591 | 2,865 |
| 17,000 | 17,050 | 0 | 1,583 | 2,855 |
| 17,050 | 17,100 | 0 | 1,575 | 2,844 |
| 17,100 | 17,150 | 0 | 1,567 | 2,834 |
| 17,150 | 17,200 | 0 | 1,559 | 2,823 |
| 17,200 | 17,250 | 0 | 1,551 | 2,812 |
| 17,250 | 17,300 | 0 | 1,543 | 2,802 |
| 17,300 | 17,350 | 0 | 1,535 | 2,791 |
| 17,350 | 17,400 | 0 | 1,527 | 2,781 |
| 17,400 | 17,450 | 0 | 1,519 | 2,770 |
| 17,450 | 17,500 | 0 | 1,511 | 2,760 |
| 17,500 | 17,550 | 0 | 1,503 | 2,749 |
| 17,550 | 17,600 | 0 | 1,495 | 2,739 |
| 17,600 | 17,650 | 0 | 1,487 | 2,728 |
| 17,650 | 17,700 | 0 | 1,479 | 2,718 |
| 17,700 | 17,750 | 0 | 1,471 | 2,707 |
| 17,750 | 17,800 | 0 | 1,463 | 2,697 |
| 17,800 | 17,850 | 0 | 1,455 | 2,686 |
| 17,850 | 17,900 | 0 | 1,447 | 2,676 |
| 17,900 | 17,950 | 0 | 1,439 | 2,665 |
| 17,950 | 18,000 | 0 | 1,431 | 2,655 |
| 18,000 | 18,050 | 0 | 1,423 | 2,644 |
| 18,050 | 18,100 | 0 | 1,415 | 2,633 |
| 18,100 | 18,150 | 0 | 1,407 | 2,623 |
| 18,150 | 18,200 | 0 | 1,399 | 2,612 |
| 18,200 | 18,250 | 0 | 1,391 | 2,602 |
| 18,250 | 18,300 | 0 | 1,383 | 2,591 |
| 18,300 | 18,350 | 0 | 1,375 | 2,581 |
| 18,350 | 18,400 | 0 | 1,367 | 2,570 |
| 18,400 | 18,450 | 0 | 1,359 | 2,560 |
| 18,450 | 18,500 | 0 | 1,351 | 2,549 |
| 18,500 | 18,550 | 0 | 1,343 | 2,539 |
| 18,550 | 18,600 | 0 | 1,335 | 2,528 |
| 18,600 | 18,650 | 0 | 1,327 | 2,518 |
| 18,650 | 18,700 | 0 | 1,319 | 2,507 |
| 18,700 | 18,750 | 0 | 1,311 | 2,497 |
| 18,750 | 18,800 | 0 | 1,303 | 2,486 |
| 18,800 | 18,850 | 0 | 1,295 | 2,476 |
| 18,850 | 18,900 | 0 | 1,287 | 2,465 |
| 18,900 | 18,950 | 0 | 1,279 | 2,454 |
| 18,950 | 19,000 | 0 | 1,271 | 2,444 |
| 19,000 | 19,050 | 0 | 1,263 | 2,433 |
| 19,050 | 19,100 | 0 | 1,255 | 2,423 |
| 19,100 | 19,150 | 0 | 1,247 | 2,412 |
| 19,150 | 19,200 | 0 | 1,239 | 2,402 |
| 19,200 | 19,250 | 0 | 1,231 | 2,391 |
| 19,250 | 19,300 | 0 | 1,223 | 2,381 |
| 19,300 | 19,350 | 0 | 1,215 | 2,370 |
| 19,350 | 19,400 | 0 | 1,207 | 2,360 |
| 19,400 | 19,450 | 0 | 1,199 | 2,349 |
| 19,450 | 19,500 | 0 | 1,191 | 2,339 |
| 19,500 | 19,550 | 0 | 1,183 | 2,328 |
| 19,550 | 19,600 | 0 | 1,175 | 2,318 |
| 19,600 | 19,650 | 0 | 1,167 | 2,307 |
| 19,650 | 19,700 | 0 | 1,159 | 2,297 |
| 19,700 | 19,750 | 0 | 1,151 | 2,286 |
| 19,750 | 19,800 | 0 | 1,143 | 2,275 |
| 19,800 | 19,850 | 0 | 1,135 | 2,265 |
| 19,850 | 19,900 | 0 | 1,127 | 2,254 |
| 19,900 | 19,950 | 0 | 1,119 | 2,244 |
| 19,950 | 20,000 | 0 | 1,111 | 2,233 |
| 20,000 | 20,050 | 0 | 1,103 | 2,223 |
| 20,050 | 20,100 | 0 | 1,095 | 2,212 |
| 20,100 | 20,150 | 0 | 1,087 | 2,202 |
| 20,150 | 20,200 | 0 | 1,079 | 2,191 |
| 20,200 | 20,250 | 0 | 1,071 | 2,181 |
| 20,250 | 20,300 | 0 | 1,063 | 2,170 |
| 20,300 | 20,350 | 0 | 1,055 | 2,160 |
| 20,350 | 20,400 | 0 | 1,047 | 2,149 |
| 20,400 | 20,450 | 0 | 1,039 | 2,139 |
| 20,450 | 20,500 | 0 | 1,031 | 2,128 |
| 20,500 | 20,550 | 0 | 1,023 | 2,118 |
| 20,550 | 20,600 | 0 | 1,015 | 2,107 |
| 20,600 | 20,650 | 0 | 1,007 | 2,096 |
| 20,650 | 20,700 | 0 | 999 | 2,086 |
| 20,700 | 20,750 | 0 | 991 | 2,075 |
| 20,750 | 20,800 | 0 | 983 | 2,065 |
| 20,800 | 20,850 | 0 | 975 | 2,054 |
| 20,850 | 20,900 | 0 | 967 | 2,044 |
| 20,900 | 20,950 | 0 | 959 | 2,033 |
| 20,950 | 21,000 | 0 | 951 | 2,023 |
| 21,000 | 21,050 | 0 | 943 | 2,012 |
| 21,050 | 21,100 | 0 | 935 | 2,002 |
| 21,100 | 21,150 | 0 | 927 | 1,991 |
| 21,150 | 21,200 | 0 | 919 | 1,981 |
| 21,200 | 21,250 | 0 | 911 | 1,970 |
| 21,250 | 21,300 | 0 | 903 | 1,960 |
| 21,300 | 21,350 | 0 | 895 | 1,949 |
| 21,350 | 21,400 | 0 | 887 | 1,939 |
| 21,400 | 21,450 | 0 | 879 | 1,928 |
| 21,450 | 21,500 | 0 | 871 | 1,917 |
| 21,500 | 21,550 | 0 | 863 | 1,907 |
| 21,550 | 21,600 | 0 | 855 | 1,896 |
| 21,600 | 21,650 | 0 | 847 | 1,886 |
| 21,650 | 21,700 | 0 | 839 | 1,875 |
| 21,700 | 21,750 | 0 | 831 | 1,865 |
| 21,750 | 21,800 | 0 | 823 | 1,854 |
| 21,800 | 21,850 | 0 | 815 | 1,844 |
| 21,850 | 21,900 | 0 | 807 | 1,833 |
| 21,900 | 21,950 | 0 | 799 | 1,823 |
| 21,950 | 22,000 | 0 | 792 | 1,812 |
| 22,000 | 22,050 | 0 | 784 | 1,802 |
| 22,050 | 22,100 | 0 | 776 | 1,791 |
| 22,100 | 22,150 | 0 | 768 | 1,781 |
| 22,150 | 22,200 | 0 | 760 | 1,770 |
| 22,200 | 22,250 | 0 | 752 | 1,759 |

(Continued)

*Need more information or forms? See page 7.*　- 46 -

# 1999 Earned Income Credit (EIC) Table Continued   (Caution: This is not a tax table.)

| If the amount you are looking up from the worksheet is— | | No children | One child | Two children |
|---|---|---|---|---|
| At least | But less than | Your credit is— | | |
| 22,250 | 22,300 | 0 | 744 | 1,749 |
| 22,300 | 22,350 | 0 | 736 | 1,738 |
| 22,350 | 22,400 | 0 | 728 | 1,728 |
| 22,400 | 22,450 | 0 | 720 | 1,717 |
| 22,450 | 22,500 | 0 | 712 | 1,707 |
| 22,500 | 22,550 | 0 | 704 | 1,696 |
| 22,550 | 22,600 | 0 | 696 | 1,686 |
| 22,600 | 22,650 | 0 | 688 | 1,675 |
| 22,650 | 22,700 | 0 | 680 | 1,665 |
| 22,700 | 22,750 | 0 | 672 | 1,654 |
| 22,750 | 22,800 | 0 | 664 | 1,644 |
| 22,800 | 22,850 | 0 | 656 | 1,633 |
| 22,850 | 22,900 | 0 | 648 | 1,623 |
| 22,900 | 22,950 | 0 | 640 | 1,612 |
| 22,950 | 23,000 | 0 | 632 | 1,602 |
| 23,000 | 23,050 | 0 | 624 | 1,591 |
| 23,050 | 23,100 | 0 | 616 | 1,580 |
| 23,100 | 23,150 | 0 | 608 | 1,570 |
| 23,150 | 23,200 | 0 | 600 | 1,559 |
| 23,200 | 23,250 | 0 | 592 | 1,549 |
| 23,250 | 23,300 | 0 | 584 | 1,538 |
| 23,300 | 23,350 | 0 | 576 | 1,528 |
| 23,350 | 23,400 | 0 | 568 | 1,517 |
| 23,400 | 23,450 | 0 | 560 | 1,507 |
| 23,450 | 23,500 | 0 | 552 | 1,496 |
| 23,500 | 23,550 | 0 | 544 | 1,486 |
| 23,550 | 23,600 | 0 | 536 | 1,475 |
| 23,600 | 23,650 | 0 | 528 | 1,465 |
| 23,650 | 23,700 | 0 | 520 | 1,454 |
| 23,700 | 23,750 | 0 | 512 | 1,444 |
| 23,750 | 23,800 | 0 | 504 | 1,433 |
| 23,800 | 23,850 | 0 | 496 | 1,423 |
| 23,850 | 23,900 | 0 | 488 | 1,412 |
| 23,900 | 23,950 | 0 | 480 | 1,401 |
| 23,950 | 24,000 | 0 | 472 | 1,391 |
| 24,000 | 24,050 | 0 | 464 | 1,380 |
| 24,050 | 24,100 | 0 | 456 | 1,370 |
| 24,100 | 24,150 | 0 | 448 | 1,359 |
| 24,150 | 24,200 | 0 | 440 | 1,349 |
| 24,200 | 24,250 | 0 | 432 | 1,338 |
| 24,250 | 24,300 | 0 | 424 | 1,328 |
| 24,300 | 24,350 | 0 | 416 | 1,317 |
| 24,350 | 24,400 | 0 | 408 | 1,307 |
| 24,400 | 24,450 | 0 | 400 | 1,296 |

| If the amount you are looking up from the worksheet is— | | No children | One child | Two children |
|---|---|---|---|---|
| At least | But less than | Your credit is— | | |
| 24,450 | 24,500 | 0 | 392 | 1,286 |
| 24,500 | 24,550 | 0 | 384 | 1,275 |
| 24,550 | 24,600 | 0 | 376 | 1,265 |
| 24,600 | 24,650 | 0 | 368 | 1,254 |
| 24,650 | 24,700 | 0 | 360 | 1,244 |
| 24,700 | 24,750 | 0 | 352 | 1,233 |
| 24,750 | 24,800 | 0 | 344 | 1,222 |
| 24,800 | 24,850 | 0 | 336 | 1,212 |
| 24,850 | 24,900 | 0 | 328 | 1,201 |
| 24,900 | 24,950 | 0 | 320 | 1,191 |
| 24,950 | 25,000 | 0 | 312 | 1,180 |
| 25,000 | 25,050 | 0 | 304 | 1,170 |
| 25,050 | 25,100 | 0 | 296 | 1,159 |
| 25,100 | 25,150 | 0 | 288 | 1,149 |
| 25,150 | 25,200 | 0 | 280 | 1,138 |
| 25,200 | 25,250 | 0 | 272 | 1,128 |
| 25,250 | 25,300 | 0 | 264 | 1,117 |
| 25,300 | 25,350 | 0 | 256 | 1,107 |
| 25,350 | 25,400 | 0 | 248 | 1,096 |
| 25,400 | 25,450 | 0 | 240 | 1,086 |
| 25,450 | 25,500 | 0 | 232 | 1,075 |
| 25,500 | 25,550 | 0 | 224 | 1,065 |
| 25,550 | 25,600 | 0 | 216 | 1,054 |
| 25,600 | 25,650 | 0 | 208 | 1,043 |
| 25,650 | 25,700 | 0 | 200 | 1,033 |
| 25,700 | 25,750 | 0 | 192 | 1,022 |
| 25,750 | 25,800 | 0 | 184 | 1,012 |
| 25,800 | 25,850 | 0 | 176 | 1,001 |
| 25,850 | 25,900 | 0 | 168 | 991 |
| 25,900 | 25,950 | 0 | 160 | 980 |
| 25,950 | 26,000 | 0 | 152 | 970 |
| 26,000 | 26,050 | 0 | 144 | 959 |
| 26,050 | 26,100 | 0 | 136 | 949 |
| 26,100 | 26,150 | 0 | 128 | 938 |
| 26,150 | 26,200 | 0 | 120 | 928 |
| 26,200 | 26,250 | 0 | 112 | 917 |
| 26,250 | 26,300 | 0 | 104 | 907 |
| 26,300 | 26,350 | 0 | 96 | 896 |
| 26,350 | 26,400 | 0 | 88 | 886 |
| 26,400 | 26,450 | 0 | 80 | 875 |
| 26,450 | 26,500 | 0 | 72 | 864 |
| 26,500 | 26,550 | 0 | 64 | 854 |
| 26,550 | 26,600 | 0 | 56 | 843 |
| 26,600 | 26,650 | 0 | 48 | 833 |

| If the amount you are looking up from the worksheet is— | | No children | One child | Two children |
|---|---|---|---|---|
| At least | But less than | Your credit is— | | |
| 26,650 | 26,700 | 0 | 40 | 822 |
| 26,700 | 26,750 | 0 | 32 | 812 |
| 26,750 | 26,800 | 0 | 24 | 801 |
| 26,800 | 26,850 | 0 | 16 | 791 |
| 26,850 | 26,900 | 0 | 8 | 780 |
| 26,900 | 26,950 | 0 | * | 770 |
| 26,950 | 27,000 | 0 | 0 | 759 |
| 27,000 | 27,050 | 0 | 0 | 749 |
| 27,050 | 27,100 | 0 | 0 | 738 |
| 27,100 | 27,150 | 0 | 0 | 728 |
| 27,150 | 27,200 | 0 | 0 | 717 |
| 27,200 | 27,250 | 0 | 0 | 706 |
| 27,250 | 27,300 | 0 | 0 | 696 |
| 27,300 | 27,350 | 0 | 0 | 685 |
| 27,350 | 27,400 | 0 | 0 | 675 |
| 27,400 | 27,450 | 0 | 0 | 664 |
| 27,450 | 27,500 | 0 | 0 | 654 |
| 27,500 | 27,550 | 0 | 0 | 643 |
| 27,550 | 27,600 | 0 | 0 | 633 |
| 27,600 | 27,650 | 0 | 0 | 622 |
| 27,650 | 27,700 | 0 | 0 | 612 |
| 27,700 | 27,750 | 0 | 0 | 601 |
| 27,750 | 27,800 | 0 | 0 | 591 |
| 27,800 | 27,850 | 0 | 0 | 580 |
| 27,850 | 27,900 | 0 | 0 | 570 |
| 27,900 | 27,950 | 0 | 0 | 559 |
| 27,950 | 28,000 | 0 | 0 | 549 |
| 28,000 | 28,050 | 0 | 0 | 538 |
| 28,050 | 28,100 | 0 | 0 | 527 |
| 28,100 | 28,150 | 0 | 0 | 517 |
| 28,150 | 28,200 | 0 | 0 | 506 |
| 28,200 | 28,250 | 0 | 0 | 496 |
| 28,250 | 28,300 | 0 | 0 | 485 |
| 28,300 | 28,350 | 0 | 0 | 475 |
| 28,350 | 28,400 | 0 | 0 | 464 |
| 28,400 | 28,450 | 0 | 0 | 454 |
| 28,450 | 28,500 | 0 | 0 | 443 |
| 28,500 | 28,550 | 0 | 0 | 433 |
| 28,550 | 28,600 | 0 | 0 | 422 |
| 28,600 | 28,650 | 0 | 0 | 412 |
| 28,650 | 28,700 | 0 | 0 | 401 |
| 28,700 | 28,750 | 0 | 0 | 391 |
| 28,750 | 28,800 | 0 | 0 | 380 |
| 28,800 | 28,850 | 0 | 0 | 370 |

| If the amount you are looking up from the worksheet is— | | No children | One child | Two children |
|---|---|---|---|---|
| At least | But less than | Your credit is— | | |
| 28,850 | 28,900 | 0 | 0 | 359 |
| 28,900 | 28,950 | 0 | 0 | 348 |
| 28,950 | 29,000 | 0 | 0 | 338 |
| 29,000 | 29,050 | 0 | 0 | 327 |
| 29,050 | 29,100 | 0 | 0 | 317 |
| 29,100 | 29,150 | 0 | 0 | 306 |
| 29,150 | 29,200 | 0 | 0 | 296 |
| 29,200 | 29,250 | 0 | 0 | 285 |
| 29,250 | 29,300 | 0 | 0 | 275 |
| 29,300 | 29,350 | 0 | 0 | 264 |
| 29,350 | 29,400 | 0 | 0 | 254 |
| 29,400 | 29,450 | 0 | 0 | 243 |
| 29,450 | 29,500 | 0 | 0 | 233 |
| 29,500 | 29,550 | 0 | 0 | 222 |
| 29,550 | 29,600 | 0 | 0 | 212 |
| 29,600 | 29,650 | 0 | 0 | 201 |
| 29,650 | 29,700 | 0 | 0 | 191 |
| 29,700 | 29,750 | 0 | 0 | 180 |
| 29,750 | 29,800 | 0 | 0 | 169 |
| 29,800 | 29,850 | 0 | 0 | 159 |
| 29,850 | 29,900 | 0 | 0 | 148 |
| 29,900 | 29,950 | 0 | 0 | 138 |
| 29,950 | 30,000 | 0 | 0 | 127 |
| 30,000 | 30,050 | 0 | 0 | 117 |
| 30,050 | 30,100 | 0 | 0 | 106 |
| 30,100 | 30,150 | 0 | 0 | 96 |
| 30,150 | 30,200 | 0 | 0 | 85 |
| 30,200 | 30,250 | 0 | 0 | 75 |
| 30,250 | 30,300 | 0 | 0 | 64 |
| 30,300 | 30,350 | 0 | 0 | 54 |
| 30,350 | 30,400 | 0 | 0 | 43 |
| 30,400 | 30,450 | 0 | 0 | 33 |
| 30,450 | 30,500 | 0 | 0 | 22 |
| 30,500 | 30,550 | 0 | 0 | 12 |
| 30,550 | 30,580 | 0 | 0 | 3 |
| 30,580 or more | | 0 | 0 | 0 |

*If the amount you are looking up from the worksheet is at least $26,900 but less than $26,928, your credit is $2. Otherwise, you cannot take the credit.

*Need more information or forms? See page 7.*

# Line 60

## Additional Child Tax Credit

### What Is the Additional Child Tax Credit?

This credit is for certain people who have three or more qualifying children as defined in the instructions for line 6c, column (4), on page 19. The additional child tax credit may give you a refund even if you do not owe any tax.

### Two Steps To Take the Additional Child Tax Credit!

**Step 1.** Be sure you figured the amount, if any, of your child tax credit. See the instructions for Form 1040, line 43, that begin on page 33.

**Step 2.** Read the **TIP** at the end of your Child Tax Credit Worksheet. Use Form 8812 to see if you can take the additional child tax credit only if you meet the two conditions given in that TIP.

# Line 61

## Amount Paid With Request for Extension To File

If you either filed **Form 4868** or used your credit card to get an automatic extension of time to file Form 1040, enter any amount you paid with that form or credit card. If you paid by credit card, do not include on line 61 the convenience fee you were charged. Also, include any amounts paid with **Form 2688** or **2350.**

# Line 62

## Excess Social Security and RRTA Tax Withheld

If you, or your spouse if filing a joint return, had more than one employer for 1999 and total wages of more than $72,600, too much social security tax may have been withheld. You can take a credit on this line for the amount withheld in excess of $4,501.20. But if any one employer withheld more than $4,501.20, you must ask that employer to refund the excess to you. You cannot claim it on your return. Figure this amount separately for you and your spouse.

If you had more than one railroad employer for 1999 and your total compensation was over $53,700, too much railroad retirement (RRTA) tax may have been withheld.

For more details, see **Pub. 505.**

# Line 63

## Other Payments

Check the box(es) on line 63 to report any credit from **Form 2439** or **4136.**

# Refund

## Line 65

## Amount Overpaid

If line 65 is under $1, we will send a refund only on written request. If you want to check the status of your refund, please wait at least 4 weeks from the date you filed your return to do so. See page 10 for details.

 If the amount you overpaid is large, you may want to decrease the amount of income tax withheld from your pay. See **Income Tax Withholding and Estimated Tax Payments for 2000** on page 51.

### Refund Offset

If you owe past-due Federal tax, state income tax, child support, spousal support, or certain Federal nontax debts, such as student loans, all or part of the overpayment on line 65 may be used (offset) to pay the past-due amount. Offsets for Federal taxes are made by the IRS. All other offsets are made by the Treasury Department's Financial Management Service (FMS). You will receive a notice from FMS showing the amount of the offset and the agency receiving it. To find out if you may have an offset or if you have any questions about it, contact the agency(ies) you owe the debt to.

### Injured Spouse Claim

If you file a joint return and your spouse has not paid past-due Federal tax, state income tax, child support, spousal support, or a Federal nontax debt, such as a student loan, part or all of the overpayment on line 65 may be used (offset) to pay the past-due amount. But **your** part of the overpayment may be refunded to you after the offset occurs if certain conditions apply and you complete **Form 8379.** For details, use TeleTax topic 203 (see page 10) or see Form 8379.

## Lines 66b Through 66d

### Direct Deposit of Refund

Complete lines 66b through 66d if you want us to directly deposit the amount shown on line 66a into your account at a bank or other financial institution (such as a mutual fund, brokerage firm, or credit union) instead of sending you a check.

### Why Use Direct Deposit?

● You get your refund fast—even faster if you *e-file!*

● Payment is more secure—there is no check to get lost.

● More convenient. No trip to the bank to deposit your check.

● Saves tax dollars. A refund by direct deposit costs less than a check.

 You can check with your financial institution to make sure your deposit will be accepted and to get the correct routing and account numbers.

### Line 66b

The routing number **must** be **nine** digits. The first two digits must be 01 through 12 or 21 through 32. Otherwise, the direct deposit will be rejected and a check sent instead. On the sample check on page 49, the routing number is 250250025.

Your check may state that it is payable through a bank different from the financial institution at which you have your checking account. If so, do not use the routing number on that check. Instead, contact your financial institution for the correct routing number to enter on this line.

### Line 66d

The account number can be up to 17 characters (both numbers and letters). Include hyphens but omit spaces and special symbols. Enter the number from left to right and leave any unused boxes blank. On the sample check below, the account number is 20202086. Be sure **not** to include the check number.

 Some financial institutions will not allow a joint refund to be deposited into an individual account. The IRS is not responsible if a financial institution refuses a direct deposit.

## Line 67

### Applied to 2000 Estimated Tax

Enter on line 67 the amount, if any, of the overpayment on line 65 you want applied to your 2000 estimated tax. We will apply this amount to your account unless you attach a statement requesting us to apply it to your spouse's account. Include your spouse's social security number. This election to apply part or all of the amount overpaid to your 2000 estimated tax cannot be changed later.

# Amount You Owe

## Line 68

### Amount You Owe

 You do not have to pay if line 68 is under $1.

Include any estimated tax penalty from line 69 in the amount you enter on line 68.

You can pay by check, money order, or credit card (American Express® Card, MasterCard®, or Discover® Card).

To pay by check or money order, make it payable to the **"United States Treasury"** for the full amount due. **Do not** send cash. Write "1999 Form 1040" and your name, address, daytime telephone number, and social security number (SSN) on your payment. If you are filing a joint return, enter the SSN shown first on your tax return.

To help us process your payment, enter the amount on the right side of the check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX–" or "$ XXX $\frac{XX}{100}$").

Then, please complete **Form 1040-V** following the instructions on that form and enclose it in the envelope with your payment.

To pay by credit card, call **1-888-2PAY-TAX** (1-888-272-9829) toll-free and follow the instructions. A convenience fee will be charged by the credit card processor based on the amount you are paying. You will be told what the fee is when you call and you will have the option to either continue or cancel the call. You can also find out what the fee will be on the Internet at **www.8882paytax.com**. If you paid by credit card, enter the confirmation number you were given at the end of the call on page 1 of Form 1040 in the upper left corner.

**Do not** include any estimated tax payment in your check, money order, or amount you charge. Instead, make the estimated tax payment separately.

 You may need to **(a)** increase the amount of income tax withheld from your pay or **(b)** make estimated tax payments for 2000. See **Income Tax Withholding and Estimated Tax Payments for 2000** on page 51.

### What if You Cannot Pay?

If you cannot pay the full amount shown on line 68 when you file, you may ask to make monthly installment payments. You may have up to 60 months to pay. However, you will be charged interest and may be charged a late payment penalty on the tax not paid by April 17, 2000, even if your request to pay in installments is granted. You must also pay a fee. To limit the interest and penalty charges, pay as much of the tax as possible when you file. But before requesting an installment agreement, you should consider other less costly alternatives, such as a bank loan.

To ask for an installment agreement, use **Form 9465.** You should receive a response to your request for installments within 30 days. But if you file your return after March 31, it may take us longer to reply.

## Line 69

### Estimated Tax Penalty

 You must include household employment taxes reported on line 55 to see if you owe the penalty if line 57 is more than zero **or** you would owe the penalty even if you did not include those taxes. But if you entered an amount on Schedule H, line 7, include the total of that amount plus the amount on Form 1040, line 55.

*(Continued on page 50)*

### Sample Check



**Note.** The routing and account numbers may be in different places on your check.

You may owe this penalty if:

● Line 68 is at least $1,000 and it is more than 10% of the tax shown on your return, or

● You did not pay enough estimated tax by any of the due dates. This is true even if you are due a refund.

For most people, the "tax shown on your return" is the amount on line 56 minus the total of any amounts shown on lines 59a and 60 and Forms 8828, 4137, 4136, and 5329 (Parts III, IV, V, VI, and VII only).

**Exceptions.** You will not owe the penalty if your 1998 tax return was for a tax year of 12 full months AND **either** of the following applies.

**1.** You had no tax liability for 1998 and you were a U.S. citizen or resident for all of 1998, **or**

**2.** The total of lines 57, 58, and 62 on your 1999 return is at least as much as the tax liability shown on your 1998 return. Your estimated tax payments for 1999 must have been made on time and for the required amount.

 If your 1998 adjusted gross income was over $150,000 (over $75,000 if your 1999 filing status is married filing separately), item **2** above applies only if the total of lines 57, 58, and 62 on your 1999 return is at least 105% of the tax liability shown on your 1998 return. This rule does not apply to farmers and fishermen.

**Figuring the Penalty**

If the **Exceptions** above do not apply and you choose to figure the penalty yourself, see **Form 2210** (or **2210-F** for farmers and fishermen) to find out if you owe the penalty. If so, you can use the form to figure the amount. In certain situations, you may be able to lower your penalty. For details, see the Instructions for Form 2210 (or 2210-F). Enter the penalty on Form 1040, line 69. Add the penalty to any tax due and enter the total on line 68. If you are due a refund, subtract the penalty from the overpayment you show on line 65. **Do not** file Form 2210 with your return unless Form 2210 indicates that you must do so. Instead, keep it for your records.

 Because Form 2210 is complicated, if you want to, you can leave line 69 blank and the IRS will figure the penalty and send you a bill. We will not charge you interest on the penalty if you pay by the date specified on the bill.

# Sign Your Return

Form 1040 is not considered a valid return unless you sign it. If you are filing a joint return, your spouse must also sign. If you have someone prepare your return, you are still responsible for the correctness of the return. If you are filing a joint return as a surviving spouse, see **Death of a Taxpayer** on page 51.

## Child's Return

If your child cannot sign the return, either parent may sign the child's name in the space provided. Then, add "By (your signature), parent for minor child."

## Daytime Telephone Number

Although providing your daytime telephone number is optional, doing so may help speed the processing of your return. We may have questions about items on your return, such as the earned income credit, credit for child and dependent care expenses, etc. By answering our questions over the telephone, we may be able to continue processing your return without mailing you a letter. If you are filing a joint return, you may enter either your or your spouse's daytime telephone number.

## Paid Preparer Must Sign Your Return

Generally, anyone you pay to prepare your return must sign it by hand in the space provided. Signature stamps or labels cannot be used. The preparer must give you a copy of the return for your records. Someone who prepares your return but does not charge you should not sign your return.

# Assemble Your Return

Assemble any schedules and forms behind Form 1040 in order of the "Attachment Sequence No." shown in the upper right corner of the schedule or form. If you have supporting statements, arrange them in the same order as the schedules or forms they support and attach them last. **Do not** attach correspondence or other items unless required to do so. Attach the first copy or Copy B of Forms W-2, W-2G, and 2439 to the front of Form 1040. Also attach Form(s) 1099-R if tax was withheld.

# How To Avoid Common Mistakes

Mistakes may delay your refund or result in notices being sent to you.

**1.** Be sure to enter your social security number (SSN) in the space provided on page 1 of Form 1040. If you are married filing a joint or separate return, also enter your spouse's SSN. Be sure to enter your SSN in the space next to your name.

**2.** Make sure you entered the correct name and SSN for each dependent you claim on line 6c. Also, make sure you check the box in column (4) of line 6c for each dependent who is also a qualifying child for the child tax credit.

**3.** Check your math, especially for the child tax credit, earned income credit, taxable social security benefits, total income, itemized deductions or standard deduction, deduction for exemptions, taxable income, total tax, Federal income tax withheld, and refund or amount you owe.

**4.** Be sure you use the correct method to figure your tax. See the instructions for line 40 that begin on page 31.

**5.** Make sure your name and address are correct on the peel-off label. If not, enter the correct information.

**6.** If you are taking the standard deduction and you checked any box on line 35a or you (or your spouse if filing jointly) can be claimed as a dependent on someone's return, see page 30 to be sure you entered the correct amount on line 36.

**7.** If you are married filing jointly and did not get a peel-off label, enter your and your spouse's name in the same order as shown on your last return.

**8.** If you received capital gain distributions but were not required to file Schedule D, make sure you check the box on line 13.

**9.** Remember to **sign** and date Form 1040 and enter your occupation.

**10.** Attach your W-2 form(s) and other required forms and schedules. Put all forms and schedules in the proper order. See **Assemble Your Return** on this page.

**11.** If you owe tax and are paying by check or money order, be sure to include all the required information on your payment. See the instructions for line 68 on page 49 for details.

*Need more information or forms? See page 7.*

# General Information

## What Are Your Rights as a Taxpayer?

You have the right to be treated fairly, professionally, promptly, and courteously by IRS employees. Our goal at the IRS is to protect your rights so that you will have the highest confidence in the integrity, efficiency, and fairness of our tax system. To ensure that you always receive such treatment, you should know about the many rights you have at each step of the tax process. For details, see **Pub. 1.**

## Innocent Spouse Relief

You may qualify for relief from liability for tax on a joint return if **(1)** there is an understatement of tax because your spouse omitted income or claimed false deductions or credits, **(2)** you are divorced, separated, or no longer living with your spouse, **or (3)** given all the facts and circumstances, it would be unfair to hold you liable for the tax. See **Form 8857** or **Pub. 971** for more details.

## Income Tax Withholding and Estimated Tax Payments for 2000

If the amount you owe or the amount you overpaid is large, you may want to file a new **Form W-4** with your employer to change the amount of income tax withheld from your 2000 pay. In general, you do not have to make estimated tax payments if you expect that your 2000 Form 1040 will show a tax refund or a tax balance due the IRS of less than $1,000. If your total estimated tax (including any household employment taxes or alternative minimum tax) for 2000 is $1,000 or more, see **Form 1040-ES.** It has a worksheet you can use to see if you have to make estimated tax payments. For more details, see **Pub. 505.**

## Do Both the Name and SSN on Your Tax Forms Agree With Your Social Security Card?

If not, your refund may be delayed or you may not receive credit for your social security earnings. If your Form W-2, Form 1099, or other tax document shows an incorrect SSN or name, notify your employer or the form-issuing agent as soon as possible to make sure your earnings are credited to your social security record. If the name or SSN on your social security card is incorrect, call the Social Security Administration at 1-800-772-1213.

## How Do You Make a Gift To Reduce the Public Debt?

If you wish to do so, make a check payable to "Bureau of the Public Debt." You can send it to: Bureau of the Public Debt, Department G, P.O. Box 2188, Parkersburg, WV 26106-2188. Or, you can enclose the check with your income tax return when you file. Do not add your gift to any tax you may owe. See page 49 for details on how to pay any tax you owe.

 If you itemize your deductions for 2000, you may be able to deduct this gift.

## Address Change

If you move after you file, always notify in writing the Internal Revenue Service Center where you filed your last return, or the Chief, Customer Service Division, at your local IRS district office. You can use **Form 8822** to notify us of your new address.

## How Long Should Records Be Kept?

Keep a copy of your tax return, worksheets you used, and records of all items appearing on it (such as W-2 and 1099 forms) until the statute of limitations runs out for that return. Usually, this is 3 years from the date the return was due or filed, or 2 years from the date the tax was paid, whichever is later. You should keep some records longer. For example, keep property records (including those on your home) as long as they are needed to figure the basis of the original or replacement property. For more details, see **Pub. 552.**

## Amended Return

File **Form 1040X** to change a return you already filed. Generally, Form 1040X must be filed within 3 years after the date the original return was filed, or within 2 years after the date the tax was paid, whichever is later. But you may have more time to file Form 1040X if you are physically or mentally unable to manage your financial affairs. See **Pub. 556** for details.

## Need a Copy of Your Tax Return?

If you need a copy of your tax return, use **Form 4506.** If you have questions about your account, call or write your local IRS office. If you want a printed copy of your account, it will be mailed to you free of charge.

## Death of a Taxpayer

If a taxpayer died before filing a return for 1999, the taxpayer's spouse or personal representative may have to file and sign a return for that taxpayer. A personal representative can be an executor, administrator, or anyone who is in charge of the deceased taxpayer's property. If the deceased taxpayer did not have to file a return but had tax withheld, a return must be filed to get a refund. The person who files the return should enter **"DECEASED,"** the deceased taxpayer's name, and the date of death across the top of the return.

*(Continued on page 52)*

If your spouse died in 1999 and you did not remarry in 1999, you can file a joint return. You can also file a joint return if your spouse died in 2000 before filing a 1999 return. A joint return should show your spouse's 1999 income before death and your income for all of 1999. Enter "Filing as surviving spouse" in the area where you sign the return. If someone else is the personal representative, he or she must also sign.

The surviving spouse or personal representative should promptly notify all payers of income, including financial institutions, of the taxpayer's death. This will ensure the proper reporting of income earned by the taxpayer's estate or heirs. A deceased taxpayer's social security number should not be used for tax years after the year of death, except for estate tax return purposes.

## Claiming a Refund for a Deceased Taxpayer

If you are filing a joint return as a surviving spouse, you only need to file the tax return to claim the refund. If you are a court-appointed representative, file the return **and** attach a copy of the certificate that shows your appointment. All other filers requesting the deceased taxpayer's refund must file the return and attach **Form 1310.**

For more details, use TeleTax topic 356 (see page 10) or see **Pub. 559.**

---



**CLICK. ZIP. FAST ROUND TRIP**

# Explore IRS *e-file!*
- **Fast**
  - **Accurate**
  - **Secure**

Millions of people just like you file their tax returns electronically using an IRS *e-file* option because of the many advantages:

- A fast refund in half the time—even faster with Direct Deposit

- File now, pay later—with a credit card or Direct Debit you can wait to pay up until April 17, 2000

- Less chance of receiving an error notice from the IRS because IRS *e-file* is more accurate than a paper return

- File your Federal and state tax returns together

- An acknowledgement of IRS receipt within 48 hours

- Free and low-cost alternatives available

- Privacy and security are assured

- Chance of an audit is not greater than a paper return

## Here's How You Can Participate With IRS *e-file*

### Use an Authorized IRS *e-file* Provider



Many tax professionals file tax returns electronically for their clients. You can prepare your own return and have a professional electronically transmit it to the IRS or you can have your return prepared and transmitted by the tax professional. Depending on the tax professional and the specific services requested, a fee may be charged. Look for the "Authorized IRS *e-file* Provider" sign.

### IRS *e-file* Through Your Personal Computer

You can file your tax return in a fast, convenient way through your personal computer right from home. Tax preparation software is available at your local computer retailer or through various web sites over the Internet. For a list of participating software companies, go to **www.irs.gov,** click on "Electronic Services" and then click on "On-Line Filing Companies." You can also find a list of IRS partners that provide free or low-cost IRS *e-file* options by clicking on "Electronic Services" and then on "IRS *e-file* Partners." Depending on which software program you use to file your taxes, you will need a modem and/or Internet access. You can file 24 hours a day, 7 days a week.

### IRS *e-file* Using a Telephone



For millions of eligible taxpayers, TeleFile is the easiest way to file. Tele-File allows you to file your simple Federal tax return using a touch-tone phone. Only taxpayers who receive the TeleFile Tax Package in the mail are eligible to use this IRS *e-file* option. Just fill in the tax record in the booklet, pick up a phone, and call the toll-free number any time day or night. TeleFile is completely paperless—there are no forms to mail. It usually takes about 10 minutes and is absolutely free. **Parents! If your children receive a TeleFile Tax Package, please encourage them to use TeleFile!**

### IRS *e-file* Through Employers and Financial Institutions

Some businesses offer free e-filing to their employees. Others offer it for a fee to customers. Ask your employer or financial institution if they offer IRS *e-file* to employees, members, or customers.

### Visit a VITA or TCE Site

Volunteer Income Tax Assistance (VITA) and Tax Counseling for the Elderly (TCE) sites are open to low-income individuals, others who need help with their tax returns, and the elderly. Both programs are free and can be found in community locations such as libraries, colleges, universities, shopping malls, and retirement and senior centers. Ask for IRS *e-file* at these sites.

### Electronic Payment Options

If you have a balance due, you can make your payment electronically. To pay by credit card, call **1-888-2PAY-TAX** (1-888-272-9829). You can also pay by authorizing a Direct Debit from your checking or savings account on the date you choose—any time up to April 17, 2000.

# Other Ways To Get Help

## Send Your Written Questions to the IRS

You may send your written tax questions to your IRS District Director. You should get an answer in about 30 days. If you do not have the address, call us. See page 12. Do not send questions with your return.

## Assistance With Your Return

IRS offices can help you prepare your return. An assister will explain a Form 1040EZ, 1040A, or 1040 with Schedules A and B to you and other taxpayers in a group setting. You may also be able to file your return electronically by computer free of charge at some IRS offices. To find the IRS office nearest you, look in the phone book under "United States Government, Internal Revenue Service" or call us. See page 12 for the number.

## VITA and TCE

These programs help older, disabled, low-income, and non-English-speaking people fill in their returns. For details, call us. See page 12 for the number. If you received a Federal income tax package in the mail, take it with you when you go for help. Also take a copy of your 1998 tax return if you have it. **Or** to find the nearest AARP Tax-Aide site, visit AARP's Internet Web Site at www.aarp.org/taxaide or call **1-877-227-7844.**

## On-Line Services

If you subscribe to an on-line service, ask about on-line filing or tax information.

## Large-Print Forms and Instructions

**Pub. 1614** has large-print copies of Form 1040, Schedules A, B, D, E, EIC, and R, and Form 1040-V, and their instructions. You can use the large-print forms and schedules as worksheets to figure your tax, but you cannot file on them. You can get Pub. 1614 by phone or mail. See pages 7 and 55.

## Help for People With Disabilities

Telephone help is available using TTY/TDD equipment. See page 12 for the number. Braille materials are available at libraries that have special services for people with disabilities.

# Interest and Penalties

 You do not have to figure the amount of any interest or penalties you may owe. Because figuring these amounts can be complicated, we will do it for you if you want. We will send you a bill for any amount due.

If you include interest or penalties (other than the estimated tax penalty) with your payment, identify and enter the amount in the bottom margin of Form 1040, page 2. Please **do not** include interest or penalties (other than the estimated tax penalty) in the **amount you owe** on line 68.

## Interest

We will charge you interest on taxes not paid by their due date, even if an extension of time to file is granted. We will also charge you interest on penalties imposed for failure to file, negligence, fraud, substantial valuation misstatements, and substantial understatements of tax. Interest is charged on the penalty from the due date of the return (including extensions).

## Penalties

### Late Filing

If you do not file your return by the due date (including extensions), the penalty is usually 5% of the amount due for each month or part of a month your return is late, unless you have a reasonable explanation. If you do, attach it to your return. The penalty cannot usually be more than 25% of the tax due. If your return is more than 60 days late, the minimum penalty will be $100 or the amount of any tax you owe, whichever is smaller.

### Late Payment of Tax

If you pay your taxes late, the penalty is usually ½ of 1% of the unpaid amount for each month or part of a month the tax is not paid. The penalty cannot be more than 25% of the unpaid amount. It applies to any unpaid tax on the return. This penalty is in addition to interest charges on late payments.

### Frivolous Return

In addition to any other penalties, the law imposes a penalty of $500 for filing a frivolous return. A frivolous return is one that does not contain information needed to figure the correct tax or shows a substantially incorrect tax because you take a frivolous position or desire to delay or interfere with the tax laws. This includes altering or striking out the preprinted language above the space where you sign.

### Other

Other penalties can be imposed for negligence, substantial understatement of tax, and fraud. Criminal penalties may be imposed for willful failure to file, tax evasion, or making a false statement. See **Pub. 17** for details on some of these penalties.

# Disclosure, Privacy Act, and Paperwork Reduction Act Notice

The IRS Restructuring and Reform Act of 1998, the Privacy Act of 1974, and Paperwork Reduction Act of 1980 require that when we ask you for information we must first tell you our legal right to ask for the information, why we are asking for it, and how it will be used. We must also tell you what could happen if we do not receive it and whether your response is voluntary, required to obtain a benefit, or mandatory under the law.

This notice applies to all papers you file with us, including this tax return. It also applies to any questions we need to ask you so we can complete, correct, or process your return; figure your tax; and collect tax, interest, or penalties.

Our legal right to ask for information is Internal Revenue Code sections 6001, 6011, and 6012(a) and their regulations. They say that you must file a return or statement with us for any tax you are liable for. Your response is mandatory under these sections. Code section 6109 requires that you provide your social security number or individual taxpayer identification number on what you file. This is so we know who you are, and can process your return and other papers. You must fill in all parts of the tax form that apply to you. But you do not have to check the boxes for the Presidential Election Campaign Fund or provide your daytime telephone number.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

We ask for tax return information to carry out the tax laws of the United States. We need it to figure and collect the right amount of tax.

If you do not file a return, do not provide the information we ask for, or provide fraudulent information, you may be charged penalties and be subject to criminal prosecution. We may also have to disallow the exemptions, exclusions, credits, deductions, or adjustments shown on the tax return. This could make the tax higher or delay any refund. Interest may also be charged.

Generally, tax returns and return information are confidential, as stated in Code section 6103. However, Code section 6103 allows or requires the Internal Revenue Service to disclose or give the information shown on your tax return to others as described in the Code. For example, we may disclose your tax information to the Department of Justice, to enforce the tax laws, both civil and criminal, and to cities, states, the District of Columbia, U.S. commonwealths or possessions, and certain foreign governments to carry out their tax laws. We may disclose your tax information to the Department of Treasury and contractors for tax administration purposes; and to other persons as necessary to obtain information which we cannot get in any other way in order to determine the amount of or to collect the tax you owe. We may disclose your tax information to the Comptroller General of the United States to permit the Comptroller General to review the Internal Revenue Service. We may also disclose your tax information to Committees of Congress; Federal, state, and local child support agencies; and to other Federal agencies for the purposes of determining entitlement for benefits or the eligibility for and the repayment of loans.

Please keep this notice with your records. It may help you if we ask you for other information. If you have questions about the rules for filing and giving information, please call or visit any Internal Revenue Service office.

## The Time It Takes To Prepare Your Return

We try to create forms and instructions that can be easily understood. Often this is difficult to do because our tax laws are very complex. For some people with income mostly from wages, filling in the forms is easy. For others who have businesses, pensions, stocks, rental income, or other investments, it is more difficult.

## We Welcome Comments on Forms

If you have comments concerning the accuracy of the time estimates shown below or suggestions for making these forms simpler, we would be happy to hear from you. You can e-mail us your suggestions and comments through the IRS Internet Home Page (www.irs.gov/help/email.html) or write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. **DO NOT** send your return to this address. Instead, see the back cover.

## Estimated Preparation Time

The time needed to complete and file Form 1040, its schedules, and accompanying worksheets will vary depending on individual circumstances. The estimated average times are:

| Form | Recordkeeping | Learning about the law or the form | Preparing the form | Copying, assembling, and sending the form to the IRS | Totals |
|---|---|---|---|---|---|
| Form 1040 | 3 hr., 15 min. | 2 hr., 39 min. | 6 hr., 22 min. | 35 min. | 12 hr., 51 min. |
| Sch. A | 3 hr., 5 min. | 40 min. | 1 hr., 34 min. | 20 min. | 5 hr., 39 min. |
| Sch. B | 33 min. | 8 min. | 24 min. | 20 min. | 1 hr., 25 min. |
| Sch. C | 6 hr., 26 min. | 1 hr., 11 min. | 2 hr., 7 min. | 35 min. | 10 hr., 19 min. |
| Sch. C-EZ | 46 min. | 4 min. | 34 min. | 20 min. | 1 hr., 44 min. |
| Sch. D | 1 hr., 4 min. | 2 hr., 16 min. | 1 hr., 39 min. | 35 min. | 5 hr., 34 min. |
| Sch. D-1 | 13 min. | 1 min. | 11 min. | 35 min. | 1 hr. |
| Sch. E | 2 hr., 52 min. | 1 hr., 7 min. | 1 hr., 16 min. | 35 min. | 5 hr., 50 min. |
| Sch. EIC | - - - - - | 2 min. | 14 min. | 20 min. | 36 min. |
| Sch. F: | | | | | |
|    Cash Method | 4 hr., 2 min. | 36 min. | 1 hr., 14 min. | 20 min. | 6 hr., 12 min. |
|    Accrual Method | 4 hr., 22 min. | 25 min. | 1 hr., 19 min. | 20 min. | 6 hr., 26 min. |
| Sch. H | 46 min. | 30 min. | 52 min. | 35 min. | 2 hr., 43 min. |
| Sch. J | 20 min. | 7 min. | 50 min. | 20 min. | 1 hr., 37 min. |
| Sch. R | 20 min. | 15 min. | 29 min. | 35 min. | 1 hr., 39 min. |
| Sch. SE: | | | | | |
|    Short | 20 min. | 14 min. | 13 min. | 14 min. | 1 hr., 1 min. |
|    Long | 13 min. | 20 min. | 34 min. | 20 min. | 1 hr., 27 min. |

# Order Blank for Forms and Publications

The most frequently ordered forms and publications are listed on the order blank below. See pages 8 and 9 for the titles of the forms. We will mail you two copies of each form and one copy of each publication you order. To help reduce waste, please order only the items you need to prepare your return.

 **TIP** For faster ways of getting the items you need, such as by computer or fax, see page 7.

## How To Use the Order Blank

Circle the items you need on the order blank below. Use the blank spaces to order items not listed. If you need more space, attach a separate sheet of paper.

Print or type your name and address accurately in the space provided below. An accurate address is necessary to ensure delivery of your order. Cut the order blank on the dotted line. Enclose the order blank in your own envelope and send it to the IRS address shown on this page that applies to you. You should receive your order within 10 days after we receive your request.

**Do not** send your tax return to any of the addresses listed on this page. Instead, see the back cover.



### Where To Mail Your Order Blank for Free Forms and Publications

| IF you live in the . . . | THEN mail to . . . | AT this address . . . |
|---|---|---|
| Western United States | Western Area Distribution Center | Rancho Cordova, CA 95743-0001 |
| Central United States | Central Area Distribution Center | P.O. Box 8903 Bloomington, IL 61702-8903 |
| Eastern United States or a foreign country | Eastern Area Distribution Center | P.O. Box 85074 Richmond, VA 23261-5074 |

*Detach at this line*

## Order Blank

**Fill in your name and address.**

Name

Number and street                                         Apt./Suite/Room

City                              State                    ZIP code

Foreign country                                           International postal code

Daytime telephone number (optional)
(          )

The items in bold may be picked up at many IRS offices, post offices, and libraries. You may also download all these items from the Internet at www.irs.gov or place an electronic order for them.

**Circle the forms and publications you need. The instructions for any form you order will be included.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1040** | Schedule F (1040) | Schedule 3 (1040A) | 2441 | 8812 | Pub. 463 | Pub. 527 | Pub. 910 |
| **Schedules A&B (1040)** | Schedule H (1040) | **1040EZ** | 3903 | 8822 | Pub. 501 | Pub. 529 | Pub. 926 |
| Schedule C (1040) | Schedule J (1040) | 1040-ES (2000) | 4562 | 8829 | Pub. 502 | Pub. 535 | Pub. 929 |
| Schedule C-EZ (1040) | Schedule R (1040) | 1040-V | 4868 | 8863 | Pub. 505 | Pub. 550 | Pub. 936 |
| Schedule D (1040) | Schedule SE (1040) | 1040X | 5329 | 9465 | Pub. 508 | Pub. 554 | Pub. 970 |
| Schedule D-1 (1040) | **1040A** | 2106 | 8283 | Pub. 1 | Pub. 521 | Pub. 575 | Pub. 972 |
| Schedule E (1040) | **Schedule 1 (1040A)** | 2106-EZ | 8582 | Pub. 17 | Pub. 523 | Pub. 590 | |
| **Schedule EIC (1040A or 1040)** | **Schedule 2 (1040A)** | 2210 | 8606 | Pub. 334 | Pub. 525 | Pub. 596 | |

N

# 1999 Tax Table

**Use if your taxable income is less than $100,000.**
**If $100,000 or more, use the Tax Rate Schedules.**

**Example.** Mr. and Mrs. Brown are filing a joint return. Their taxable income on line 39 of Form 1040 is $25,300. First, they find the $25,300–25,350 income line. Next, they find the column for married filing jointly and read down the column. The amount shown where the income line and filing status column meet is $3,799. This is the tax amount they should enter on line 40 of their Form 1040.

**Sample Table**

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| | | | Your tax is— | | |
| 25,200 | 25,250 | 3,784 | 3,784 | 4,265 | 3,784 |
| 25,250 | 25,300 | 3,791 | 3,791 | 4,279 | 3,791 |
| 25,300 | 25,350 | 3,799 | (3,799) | 4,293 | 3,799 |
| 25,350 | 25,400 | 3,806 | 3,806 | 4,307 | 3,806 |

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | | Your tax is— | | |
| 0 | 5 | 0 | 0 | 0 | 0 |
| 5 | 15 | 2 | 2 | 2 | 2 |
| 15 | 25 | 3 | 3 | 3 | 3 |
| 25 | 50 | 6 | 6 | 6 | 6 |
| 50 | 75 | 9 | 9 | 9 | 9 |
| 75 | 100 | 13 | 13 | 13 | 13 |
| 100 | 125 | 17 | 17 | 17 | 17 |
| 125 | 150 | 21 | 21 | 21 | 21 |
| 150 | 175 | 24 | 24 | 24 | 24 |
| 175 | 200 | 28 | 28 | 28 | 28 |
| 200 | 225 | 32 | 32 | 32 | 32 |
| 225 | 250 | 36 | 36 | 36 | 36 |
| 250 | 275 | 39 | 39 | 39 | 39 |
| 275 | 300 | 43 | 43 | 43 | 43 |
| 300 | 325 | 47 | 47 | 47 | 47 |
| 325 | 350 | 51 | 51 | 51 | 51 |
| 350 | 375 | 54 | 54 | 54 | 54 |
| 375 | 400 | 58 | 58 | 58 | 58 |
| 400 | 425 | 62 | 62 | 62 | 62 |
| 425 | 450 | 66 | 66 | 66 | 66 |
| 450 | 475 | 69 | 69 | 69 | 69 |
| 475 | 500 | 73 | 73 | 73 | 73 |
| 500 | 525 | 77 | 77 | 77 | 77 |
| 525 | 550 | 81 | 81 | 81 | 81 |
| 550 | 575 | 84 | 84 | 84 | 84 |
| 575 | 600 | 88 | 88 | 88 | 88 |
| 600 | 625 | 92 | 92 | 92 | 92 |
| 625 | 650 | 96 | 96 | 96 | 96 |
| 650 | 675 | 99 | 99 | 99 | 99 |
| 675 | 700 | 103 | 103 | 103 | 103 |
| 700 | 725 | 107 | 107 | 107 | 107 |
| 725 | 750 | 111 | 111 | 111 | 111 |
| 750 | 775 | 114 | 114 | 114 | 114 |
| 775 | 800 | 118 | 118 | 118 | 118 |
| 800 | 825 | 122 | 122 | 122 | 122 |
| 825 | 850 | 126 | 126 | 126 | 126 |
| 850 | 875 | 129 | 129 | 129 | 129 |
| 875 | 900 | 133 | 133 | 133 | 133 |
| 900 | 925 | 137 | 137 | 137 | 137 |
| 925 | 950 | 141 | 141 | 141 | 141 |
| 950 | 975 | 144 | 144 | 144 | 144 |
| 975 | 1,000 | 148 | 148 | 148 | 148 |

**1,000**

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 1,000 | 1,025 | 152 | 152 | 152 | 152 |
| 1,025 | 1,050 | 156 | 156 | 156 | 156 |
| 1,050 | 1,075 | 159 | 159 | 159 | 159 |
| 1,075 | 1,100 | 163 | 163 | 163 | 163 |
| 1,100 | 1,125 | 167 | 167 | 167 | 167 |
| 1,125 | 1,150 | 171 | 171 | 171 | 171 |
| 1,150 | 1,175 | 174 | 174 | 174 | 174 |
| 1,175 | 1,200 | 178 | 178 | 178 | 178 |
| 1,200 | 1,225 | 182 | 182 | 182 | 182 |
| 1,225 | 1,250 | 186 | 186 | 186 | 186 |
| 1,250 | 1,275 | 189 | 189 | 189 | 189 |
| 1,275 | 1,300 | 193 | 193 | 193 | 193 |

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 1,300 | 1,325 | 197 | 197 | 197 | 197 |
| 1,325 | 1,350 | 201 | 201 | 201 | 201 |
| 1,350 | 1,375 | 204 | 204 | 204 | 204 |
| 1,375 | 1,400 | 208 | 208 | 208 | 208 |
| 1,400 | 1,425 | 212 | 212 | 212 | 212 |
| 1,425 | 1,450 | 216 | 216 | 216 | 216 |
| 1,450 | 1,475 | 219 | 219 | 219 | 219 |
| 1,475 | 1,500 | 223 | 223 | 223 | 223 |
| 1,500 | 1,525 | 227 | 227 | 227 | 227 |
| 1,525 | 1,550 | 231 | 231 | 231 | 231 |
| 1,550 | 1,575 | 234 | 234 | 234 | 234 |
| 1,575 | 1,600 | 238 | 238 | 238 | 238 |
| 1,600 | 1,625 | 242 | 242 | 242 | 242 |
| 1,625 | 1,650 | 246 | 246 | 246 | 246 |
| 1,650 | 1,675 | 249 | 249 | 249 | 249 |
| 1,675 | 1,700 | 253 | 253 | 253 | 253 |
| 1,700 | 1,725 | 257 | 257 | 257 | 257 |
| 1,725 | 1,750 | 261 | 261 | 261 | 261 |
| 1,750 | 1,775 | 264 | 264 | 264 | 264 |
| 1,775 | 1,800 | 268 | 268 | 268 | 268 |
| 1,800 | 1,825 | 272 | 272 | 272 | 272 |
| 1,825 | 1,850 | 276 | 276 | 276 | 276 |
| 1,850 | 1,875 | 279 | 279 | 279 | 279 |
| 1,875 | 1,900 | 283 | 283 | 283 | 283 |
| 1,900 | 1,925 | 287 | 287 | 287 | 287 |
| 1,925 | 1,950 | 291 | 291 | 291 | 291 |
| 1,950 | 1,975 | 294 | 294 | 294 | 294 |
| 1,975 | 2,000 | 298 | 298 | 298 | 298 |

**2,000**

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 2,000 | 2,025 | 302 | 302 | 302 | 302 |
| 2,025 | 2,050 | 306 | 306 | 306 | 306 |
| 2,050 | 2,075 | 309 | 309 | 309 | 309 |
| 2,075 | 2,100 | 313 | 313 | 313 | 313 |
| 2,100 | 2,125 | 317 | 317 | 317 | 317 |
| 2,125 | 2,150 | 321 | 321 | 321 | 321 |
| 2,150 | 2,175 | 324 | 324 | 324 | 324 |
| 2,175 | 2,200 | 328 | 328 | 328 | 328 |
| 2,200 | 2,225 | 332 | 332 | 332 | 332 |
| 2,225 | 2,250 | 336 | 336 | 336 | 336 |
| 2,250 | 2,275 | 339 | 339 | 339 | 339 |
| 2,275 | 2,300 | 343 | 343 | 343 | 343 |
| 2,300 | 2,325 | 347 | 347 | 347 | 347 |
| 2,325 | 2,350 | 351 | 351 | 351 | 351 |
| 2,350 | 2,375 | 354 | 354 | 354 | 354 |
| 2,375 | 2,400 | 358 | 358 | 358 | 358 |
| 2,400 | 2,425 | 362 | 362 | 362 | 362 |
| 2,425 | 2,450 | 366 | 366 | 366 | 366 |
| 2,450 | 2,475 | 369 | 369 | 369 | 369 |
| 2,475 | 2,500 | 373 | 373 | 373 | 373 |
| 2,500 | 2,525 | 377 | 377 | 377 | 377 |
| 2,525 | 2,550 | 381 | 381 | 381 | 381 |
| 2,550 | 2,575 | 384 | 384 | 384 | 384 |
| 2,575 | 2,600 | 388 | 388 | 388 | 388 |
| 2,600 | 2,625 | 392 | 392 | 392 | 392 |
| 2,625 | 2,650 | 396 | 396 | 396 | 396 |
| 2,650 | 2,675 | 399 | 399 | 399 | 399 |
| 2,675 | 2,700 | 403 | 403 | 403 | 403 |

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 2,700 | 2,725 | 407 | 407 | 407 | 407 |
| 2,725 | 2,750 | 411 | 411 | 411 | 411 |
| 2,750 | 2,775 | 414 | 414 | 414 | 414 |
| 2,775 | 2,800 | 418 | 418 | 418 | 418 |
| 2,800 | 2,825 | 422 | 422 | 422 | 422 |
| 2,825 | 2,850 | 426 | 426 | 426 | 426 |
| 2,850 | 2,875 | 429 | 429 | 429 | 429 |
| 2,875 | 2,900 | 433 | 433 | 433 | 433 |
| 2,900 | 2,925 | 437 | 437 | 437 | 437 |
| 2,925 | 2,950 | 441 | 441 | 441 | 441 |
| 2,950 | 2,975 | 444 | 444 | 444 | 444 |
| 2,975 | 3,000 | 448 | 448 | 448 | 448 |

**3,000**

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 3,000 | 3,050 | 454 | 454 | 454 | 454 |
| 3,050 | 3,100 | 461 | 461 | 461 | 461 |
| 3,100 | 3,150 | 469 | 469 | 469 | 469 |
| 3,150 | 3,200 | 476 | 476 | 476 | 476 |
| 3,200 | 3,250 | 484 | 484 | 484 | 484 |
| 3,250 | 3,300 | 491 | 491 | 491 | 491 |
| 3,300 | 3,350 | 499 | 499 | 499 | 499 |
| 3,350 | 3,400 | 506 | 506 | 506 | 506 |
| 3,400 | 3,450 | 514 | 514 | 514 | 514 |
| 3,450 | 3,500 | 521 | 521 | 521 | 521 |
| 3,500 | 3,550 | 529 | 529 | 529 | 529 |
| 3,550 | 3,600 | 536 | 536 | 536 | 536 |
| 3,600 | 3,650 | 544 | 544 | 544 | 544 |
| 3,650 | 3,700 | 551 | 551 | 551 | 551 |
| 3,700 | 3,750 | 559 | 559 | 559 | 559 |
| 3,750 | 3,800 | 566 | 566 | 566 | 566 |
| 3,800 | 3,850 | 574 | 574 | 574 | 574 |
| 3,850 | 3,900 | 581 | 581 | 581 | 581 |
| 3,900 | 3,950 | 589 | 589 | 589 | 589 |
| 3,950 | 4,000 | 596 | 596 | 596 | 596 |

**4,000**

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 4,000 | 4,050 | 604 | 604 | 604 | 604 |
| 4,050 | 4,100 | 611 | 611 | 611 | 611 |
| 4,100 | 4,150 | 619 | 619 | 619 | 619 |
| 4,150 | 4,200 | 626 | 626 | 626 | 626 |
| 4,200 | 4,250 | 634 | 634 | 634 | 634 |
| 4,250 | 4,300 | 641 | 641 | 641 | 641 |
| 4,300 | 4,350 | 649 | 649 | 649 | 649 |
| 4,350 | 4,400 | 656 | 656 | 656 | 656 |
| 4,400 | 4,450 | 664 | 664 | 664 | 664 |
| 4,450 | 4,500 | 671 | 671 | 671 | 671 |
| 4,500 | 4,550 | 679 | 679 | 679 | 679 |
| 4,550 | 4,600 | 686 | 686 | 686 | 686 |
| 4,600 | 4,650 | 694 | 694 | 694 | 694 |
| 4,650 | 4,700 | 701 | 701 | 701 | 701 |
| 4,700 | 4,750 | 709 | 709 | 709 | 709 |
| 4,750 | 4,800 | 716 | 716 | 716 | 716 |
| 4,800 | 4,850 | 724 | 724 | 724 | 724 |
| 4,850 | 4,900 | 731 | 731 | 731 | 731 |
| 4,900 | 4,950 | 739 | 739 | 739 | 739 |
| 4,950 | 5,000 | 746 | 746 | 746 | 746 |

Continued on next page

* This column must also be used by a qualifying widow(er).

**1999 Tax Table—Continued**

Header (applies to all sections below):

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |

* This column must also be used by a qualifying widow(er).

## 5,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 5,000 | 5,050 | 754 | 754 | 754 | 754 |
| 5,050 | 5,100 | 761 | 761 | 761 | 761 |
| 5,100 | 5,150 | 769 | 769 | 769 | 769 |
| 5,150 | 5,200 | 776 | 776 | 776 | 776 |
| 5,200 | 5,250 | 784 | 784 | 784 | 784 |
| 5,250 | 5,300 | 791 | 791 | 791 | 791 |
| 5,300 | 5,350 | 799 | 799 | 799 | 799 |
| 5,350 | 5,400 | 806 | 806 | 806 | 806 |
| 5,400 | 5,450 | 814 | 814 | 814 | 814 |
| 5,450 | 5,500 | 821 | 821 | 821 | 821 |
| 5,500 | 5,550 | 829 | 829 | 829 | 829 |
| 5,550 | 5,600 | 836 | 836 | 836 | 836 |
| 5,600 | 5,650 | 844 | 844 | 844 | 844 |
| 5,650 | 5,700 | 851 | 851 | 851 | 851 |
| 5,700 | 5,750 | 859 | 859 | 859 | 859 |
| 5,750 | 5,800 | 866 | 866 | 866 | 866 |
| 5,800 | 5,850 | 874 | 874 | 874 | 874 |
| 5,850 | 5,900 | 881 | 881 | 881 | 881 |
| 5,900 | 5,950 | 889 | 889 | 889 | 889 |
| 5,950 | 6,000 | 896 | 896 | 896 | 896 |

## 6,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 6,000 | 6,050 | 904 | 904 | 904 | 904 |
| 6,050 | 6,100 | 911 | 911 | 911 | 911 |
| 6,100 | 6,150 | 919 | 919 | 919 | 919 |
| 6,150 | 6,200 | 926 | 926 | 926 | 926 |
| 6,200 | 6,250 | 934 | 934 | 934 | 934 |
| 6,250 | 6,300 | 941 | 941 | 941 | 941 |
| 6,300 | 6,350 | 949 | 949 | 949 | 949 |
| 6,350 | 6,400 | 956 | 956 | 956 | 956 |
| 6,400 | 6,450 | 964 | 964 | 964 | 964 |
| 6,450 | 6,500 | 971 | 971 | 971 | 971 |
| 6,500 | 6,550 | 979 | 979 | 979 | 979 |
| 6,550 | 6,600 | 986 | 986 | 986 | 986 |
| 6,600 | 6,650 | 994 | 994 | 994 | 994 |
| 6,650 | 6,700 | 1,001 | 1,001 | 1,001 | 1,001 |
| 6,700 | 6,750 | 1,009 | 1,009 | 1,009 | 1,009 |
| 6,750 | 6,800 | 1,016 | 1,016 | 1,016 | 1,016 |
| 6,800 | 6,850 | 1,024 | 1,024 | 1,024 | 1,024 |
| 6,850 | 6,900 | 1,031 | 1,031 | 1,031 | 1,031 |
| 6,900 | 6,950 | 1,039 | 1,039 | 1,039 | 1,039 |
| 6,950 | 7,000 | 1,046 | 1,046 | 1,046 | 1,046 |

## 7,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 7,000 | 7,050 | 1,054 | 1,054 | 1,054 | 1,054 |
| 7,050 | 7,100 | 1,061 | 1,061 | 1,061 | 1,061 |
| 7,100 | 7,150 | 1,069 | 1,069 | 1,069 | 1,069 |
| 7,150 | 7,200 | 1,076 | 1,076 | 1,076 | 1,076 |
| 7,200 | 7,250 | 1,084 | 1,084 | 1,084 | 1,084 |
| 7,250 | 7,300 | 1,091 | 1,091 | 1,091 | 1,091 |
| 7,300 | 7,350 | 1,099 | 1,099 | 1,099 | 1,099 |
| 7,350 | 7,400 | 1,106 | 1,106 | 1,106 | 1,106 |
| 7,400 | 7,450 | 1,114 | 1,114 | 1,114 | 1,114 |
| 7,450 | 7,500 | 1,121 | 1,121 | 1,121 | 1,121 |
| 7,500 | 7,550 | 1,129 | 1,129 | 1,129 | 1,129 |
| 7,550 | 7,600 | 1,136 | 1,136 | 1,136 | 1,136 |
| 7,600 | 7,650 | 1,144 | 1,144 | 1,144 | 1,144 |
| 7,650 | 7,700 | 1,151 | 1,151 | 1,151 | 1,151 |
| 7,700 | 7,750 | 1,159 | 1,159 | 1,159 | 1,159 |
| 7,750 | 7,800 | 1,166 | 1,166 | 1,166 | 1,166 |
| 7,800 | 7,850 | 1,174 | 1,174 | 1,174 | 1,174 |
| 7,850 | 7,900 | 1,181 | 1,181 | 1,181 | 1,181 |
| 7,900 | 7,950 | 1,189 | 1,189 | 1,189 | 1,189 |
| 7,950 | 8,000 | 1,196 | 1,196 | 1,196 | 1,196 |

## 8,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 8,000 | 8,050 | 1,204 | 1,204 | 1,204 | 1,204 |
| 8,050 | 8,100 | 1,211 | 1,211 | 1,211 | 1,211 |
| 8,100 | 8,150 | 1,219 | 1,219 | 1,219 | 1,219 |
| 8,150 | 8,200 | 1,226 | 1,226 | 1,226 | 1,226 |
| 8,200 | 8,250 | 1,234 | 1,234 | 1,234 | 1,234 |
| 8,250 | 8,300 | 1,241 | 1,241 | 1,241 | 1,241 |
| 8,300 | 8,350 | 1,249 | 1,249 | 1,249 | 1,249 |
| 8,350 | 8,400 | 1,256 | 1,256 | 1,256 | 1,256 |
| 8,400 | 8,450 | 1,264 | 1,264 | 1,264 | 1,264 |
| 8,450 | 8,500 | 1,271 | 1,271 | 1,271 | 1,271 |
| 8,500 | 8,550 | 1,279 | 1,279 | 1,279 | 1,279 |
| 8,550 | 8,600 | 1,286 | 1,286 | 1,286 | 1,286 |
| 8,600 | 8,650 | 1,294 | 1,294 | 1,294 | 1,294 |
| 8,650 | 8,700 | 1,301 | 1,301 | 1,301 | 1,301 |
| 8,700 | 8,750 | 1,309 | 1,309 | 1,309 | 1,309 |
| 8,750 | 8,800 | 1,316 | 1,316 | 1,316 | 1,316 |
| 8,800 | 8,850 | 1,324 | 1,324 | 1,324 | 1,324 |
| 8,850 | 8,900 | 1,331 | 1,331 | 1,331 | 1,331 |
| 8,900 | 8,950 | 1,339 | 1,339 | 1,339 | 1,339 |
| 8,950 | 9,000 | 1,346 | 1,346 | 1,346 | 1,346 |

## 9,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 9,000 | 9,050 | 1,354 | 1,354 | 1,354 | 1,354 |
| 9,050 | 9,100 | 1,361 | 1,361 | 1,361 | 1,361 |
| 9,100 | 9,150 | 1,369 | 1,369 | 1,369 | 1,369 |
| 9,150 | 9,200 | 1,376 | 1,376 | 1,376 | 1,376 |
| 9,200 | 9,250 | 1,384 | 1,384 | 1,384 | 1,384 |
| 9,250 | 9,300 | 1,391 | 1,391 | 1,391 | 1,391 |
| 9,300 | 9,350 | 1,399 | 1,399 | 1,399 | 1,399 |
| 9,350 | 9,400 | 1,406 | 1,406 | 1,406 | 1,406 |
| 9,400 | 9,450 | 1,414 | 1,414 | 1,414 | 1,414 |
| 9,450 | 9,500 | 1,421 | 1,421 | 1,421 | 1,421 |
| 9,500 | 9,550 | 1,429 | 1,429 | 1,429 | 1,429 |
| 9,550 | 9,600 | 1,436 | 1,436 | 1,436 | 1,436 |
| 9,600 | 9,650 | 1,444 | 1,444 | 1,444 | 1,444 |
| 9,650 | 9,700 | 1,451 | 1,451 | 1,451 | 1,451 |
| 9,700 | 9,750 | 1,459 | 1,459 | 1,459 | 1,459 |
| 9,750 | 9,800 | 1,466 | 1,466 | 1,466 | 1,466 |
| 9,800 | 9,850 | 1,474 | 1,474 | 1,474 | 1,474 |
| 9,850 | 9,900 | 1,481 | 1,481 | 1,481 | 1,481 |
| 9,900 | 9,950 | 1,489 | 1,489 | 1,489 | 1,489 |
| 9,950 | 10,000 | 1,496 | 1,496 | 1,496 | 1,496 |

## 10,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 10,000 | 10,050 | 1,504 | 1,504 | 1,504 | 1,504 |
| 10,050 | 10,100 | 1,511 | 1,511 | 1,511 | 1,511 |
| 10,100 | 10,150 | 1,519 | 1,519 | 1,519 | 1,519 |
| 10,150 | 10,200 | 1,526 | 1,526 | 1,526 | 1,526 |
| 10,200 | 10,250 | 1,534 | 1,534 | 1,534 | 1,534 |
| 10,250 | 10,300 | 1,541 | 1,541 | 1,541 | 1,541 |
| 10,300 | 10,350 | 1,549 | 1,549 | 1,549 | 1,549 |
| 10,350 | 10,400 | 1,556 | 1,556 | 1,556 | 1,556 |
| 10,400 | 10,450 | 1,564 | 1,564 | 1,564 | 1,564 |
| 10,450 | 10,500 | 1,571 | 1,571 | 1,571 | 1,571 |
| 10,500 | 10,550 | 1,579 | 1,579 | 1,579 | 1,579 |
| 10,550 | 10,600 | 1,586 | 1,586 | 1,586 | 1,586 |
| 10,600 | 10,650 | 1,594 | 1,594 | 1,594 | 1,594 |
| 10,650 | 10,700 | 1,601 | 1,601 | 1,601 | 1,601 |
| 10,700 | 10,750 | 1,609 | 1,609 | 1,609 | 1,609 |
| 10,750 | 10,800 | 1,616 | 1,616 | 1,616 | 1,616 |
| 10,800 | 10,850 | 1,624 | 1,624 | 1,624 | 1,624 |
| 10,850 | 10,900 | 1,631 | 1,631 | 1,631 | 1,631 |
| 10,900 | 10,950 | 1,639 | 1,639 | 1,639 | 1,639 |
| 10,950 | 11,000 | 1,646 | 1,646 | 1,646 | 1,646 |

## 11,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 11,000 | 11,050 | 1,654 | 1,654 | 1,654 | 1,654 |
| 11,050 | 11,100 | 1,661 | 1,661 | 1,661 | 1,661 |
| 11,100 | 11,150 | 1,669 | 1,669 | 1,669 | 1,669 |
| 11,150 | 11,200 | 1,676 | 1,676 | 1,676 | 1,676 |
| 11,200 | 11,250 | 1,684 | 1,684 | 1,684 | 1,684 |
| 11,250 | 11,300 | 1,691 | 1,691 | 1,691 | 1,691 |
| 11,300 | 11,350 | 1,699 | 1,699 | 1,699 | 1,699 |
| 11,350 | 11,400 | 1,706 | 1,706 | 1,706 | 1,706 |
| 11,400 | 11,450 | 1,714 | 1,714 | 1,714 | 1,714 |
| 11,450 | 11,500 | 1,721 | 1,721 | 1,721 | 1,721 |
| 11,500 | 11,550 | 1,729 | 1,729 | 1,729 | 1,729 |
| 11,550 | 11,600 | 1,736 | 1,736 | 1,736 | 1,736 |
| 11,600 | 11,650 | 1,744 | 1,744 | 1,744 | 1,744 |
| 11,650 | 11,700 | 1,751 | 1,751 | 1,751 | 1,751 |
| 11,700 | 11,750 | 1,759 | 1,759 | 1,759 | 1,759 |
| 11,750 | 11,800 | 1,766 | 1,766 | 1,766 | 1,766 |
| 11,800 | 11,850 | 1,774 | 1,774 | 1,774 | 1,774 |
| 11,850 | 11,900 | 1,781 | 1,781 | 1,781 | 1,781 |
| 11,900 | 11,950 | 1,789 | 1,789 | 1,789 | 1,789 |
| 11,950 | 12,000 | 1,796 | 1,796 | 1,796 | 1,796 |

## 12,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 12,000 | 12,050 | 1,804 | 1,804 | 1,804 | 1,804 |
| 12,050 | 12,100 | 1,811 | 1,811 | 1,811 | 1,811 |
| 12,100 | 12,150 | 1,819 | 1,819 | 1,819 | 1,819 |
| 12,150 | 12,200 | 1,826 | 1,826 | 1,826 | 1,826 |
| 12,200 | 12,250 | 1,834 | 1,834 | 1,834 | 1,834 |
| 12,250 | 12,300 | 1,841 | 1,841 | 1,841 | 1,841 |
| 12,300 | 12,350 | 1,849 | 1,849 | 1,849 | 1,849 |
| 12,350 | 12,400 | 1,856 | 1,856 | 1,856 | 1,856 |
| 12,400 | 12,450 | 1,864 | 1,864 | 1,864 | 1,864 |
| 12,450 | 12,500 | 1,871 | 1,871 | 1,871 | 1,871 |
| 12,500 | 12,550 | 1,879 | 1,879 | 1,879 | 1,879 |
| 12,550 | 12,600 | 1,886 | 1,886 | 1,886 | 1,886 |
| 12,600 | 12,650 | 1,894 | 1,894 | 1,894 | 1,894 |
| 12,650 | 12,700 | 1,901 | 1,901 | 1,901 | 1,901 |
| 12,700 | 12,750 | 1,909 | 1,909 | 1,909 | 1,909 |
| 12,750 | 12,800 | 1,916 | 1,916 | 1,916 | 1,916 |
| 12,800 | 12,850 | 1,924 | 1,924 | 1,924 | 1,924 |
| 12,850 | 12,900 | 1,931 | 1,931 | 1,931 | 1,931 |
| 12,900 | 12,950 | 1,939 | 1,939 | 1,939 | 1,939 |
| 12,950 | 13,000 | 1,946 | 1,946 | 1,946 | 1,946 |

## 13,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 13,000 | 13,050 | 1,954 | 1,954 | 1,954 | 1,954 |
| 13,050 | 13,100 | 1,961 | 1,961 | 1,961 | 1,961 |
| 13,100 | 13,150 | 1,969 | 1,969 | 1,969 | 1,969 |
| 13,150 | 13,200 | 1,976 | 1,976 | 1,976 | 1,976 |
| 13,200 | 13,250 | 1,984 | 1,984 | 1,984 | 1,984 |
| 13,250 | 13,300 | 1,991 | 1,991 | 1,991 | 1,991 |
| 13,300 | 13,350 | 1,999 | 1,999 | 1,999 | 1,999 |
| 13,350 | 13,400 | 2,006 | 2,006 | 2,006 | 2,006 |
| 13,400 | 13,450 | 2,014 | 2,014 | 2,014 | 2,014 |
| 13,450 | 13,500 | 2,021 | 2,021 | 2,021 | 2,021 |
| 13,500 | 13,550 | 2,029 | 2,029 | 2,029 | 2,029 |
| 13,550 | 13,600 | 2,036 | 2,036 | 2,036 | 2,036 |
| 13,600 | 13,650 | 2,044 | 2,044 | 2,044 | 2,044 |
| 13,650 | 13,700 | 2,051 | 2,051 | 2,051 | 2,051 |
| 13,700 | 13,750 | 2,059 | 2,059 | 2,059 | 2,059 |
| 13,750 | 13,800 | 2,066 | 2,066 | 2,066 | 2,066 |
| 13,800 | 13,850 | 2,074 | 2,074 | 2,074 | 2,074 |
| 13,850 | 13,900 | 2,081 | 2,081 | 2,081 | 2,081 |
| 13,900 | 13,950 | 2,089 | 2,089 | 2,089 | 2,089 |
| 13,950 | 14,000 | 2,096 | 2,096 | 2,096 | 2,096 |

Continued on next page

## 1999 Tax Table—Continued

### 14,000

| If line 39 (taxable income) is— At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 14,000 | 14,050 | 2,104 | 2,104 | 2,104 | 2,104 |
| 14,050 | 14,100 | 2,111 | 2,111 | 2,111 | 2,111 |
| 14,100 | 14,150 | 2,119 | 2,119 | 2,119 | 2,119 |
| 14,150 | 14,200 | 2,126 | 2,126 | 2,126 | 2,126 |
| 14,200 | 14,250 | 2,134 | 2,134 | 2,134 | 2,134 |
| 14,250 | 14,300 | 2,141 | 2,141 | 2,141 | 2,141 |
| 14,300 | 14,350 | 2,149 | 2,149 | 2,149 | 2,149 |
| 14,350 | 14,400 | 2,156 | 2,156 | 2,156 | 2,156 |
| 14,400 | 14,450 | 2,164 | 2,164 | 2,164 | 2,164 |
| 14,450 | 14,500 | 2,171 | 2,171 | 2,171 | 2,171 |
| 14,500 | 14,550 | 2,179 | 2,179 | 2,179 | 2,179 |
| 14,550 | 14,600 | 2,186 | 2,186 | 2,186 | 2,186 |
| 14,600 | 14,650 | 2,194 | 2,194 | 2,194 | 2,194 |
| 14,650 | 14,700 | 2,201 | 2,201 | 2,201 | 2,201 |
| 14,700 | 14,750 | 2,209 | 2,209 | 2,209 | 2,209 |
| 14,750 | 14,800 | 2,216 | 2,216 | 2,216 | 2,216 |
| 14,800 | 14,850 | 2,224 | 2,224 | 2,224 | 2,224 |
| 14,850 | 14,900 | 2,231 | 2,231 | 2,231 | 2,231 |
| 14,900 | 14,950 | 2,239 | 2,239 | 2,239 | 2,239 |
| 14,950 | 15,000 | 2,246 | 2,246 | 2,246 | 2,246 |

### 15,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 15,000 | 15,050 | 2,254 | 2,254 | 2,254 | 2,254 |
| 15,050 | 15,100 | 2,261 | 2,261 | 2,261 | 2,261 |
| 15,100 | 15,150 | 2,269 | 2,269 | 2,269 | 2,269 |
| 15,150 | 15,200 | 2,276 | 2,276 | 2,276 | 2,276 |
| 15,200 | 15,250 | 2,284 | 2,284 | 2,284 | 2,284 |
| 15,250 | 15,300 | 2,291 | 2,291 | 2,291 | 2,291 |
| 15,300 | 15,350 | 2,299 | 2,299 | 2,299 | 2,299 |
| 15,350 | 15,400 | 2,306 | 2,306 | 2,306 | 2,306 |
| 15,400 | 15,450 | 2,314 | 2,314 | 2,314 | 2,314 |
| 15,450 | 15,500 | 2,321 | 2,321 | 2,321 | 2,321 |
| 15,500 | 15,550 | 2,329 | 2,329 | 2,329 | 2,329 |
| 15,550 | 15,600 | 2,336 | 2,336 | 2,336 | 2,336 |
| 15,600 | 15,650 | 2,344 | 2,344 | 2,344 | 2,344 |
| 15,650 | 15,700 | 2,351 | 2,351 | 2,351 | 2,351 |
| 15,700 | 15,750 | 2,359 | 2,359 | 2,359 | 2,359 |
| 15,750 | 15,800 | 2,366 | 2,366 | 2,366 | 2,366 |
| 15,800 | 15,850 | 2,374 | 2,374 | 2,374 | 2,374 |
| 15,850 | 15,900 | 2,381 | 2,381 | 2,381 | 2,381 |
| 15,900 | 15,950 | 2,389 | 2,389 | 2,389 | 2,389 |
| 15,950 | 16,000 | 2,396 | 2,396 | 2,396 | 2,396 |

### 16,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 16,000 | 16,050 | 2,404 | 2,404 | 2,404 | 2,404 |
| 16,050 | 16,100 | 2,411 | 2,411 | 2,411 | 2,411 |
| 16,100 | 16,150 | 2,419 | 2,419 | 2,419 | 2,419 |
| 16,150 | 16,200 | 2,426 | 2,426 | 2,426 | 2,426 |
| 16,200 | 16,250 | 2,434 | 2,434 | 2,434 | 2,434 |
| 16,250 | 16,300 | 2,441 | 2,441 | 2,441 | 2,441 |
| 16,300 | 16,350 | 2,449 | 2,449 | 2,449 | 2,449 |
| 16,350 | 16,400 | 2,456 | 2,456 | 2,456 | 2,456 |
| 16,400 | 16,450 | 2,464 | 2,464 | 2,464 | 2,464 |
| 16,450 | 16,500 | 2,471 | 2,471 | 2,471 | 2,471 |
| 16,500 | 16,550 | 2,479 | 2,479 | 2,479 | 2,479 |
| 16,550 | 16,600 | 2,486 | 2,486 | 2,486 | 2,486 |
| 16,600 | 16,650 | 2,494 | 2,494 | 2,494 | 2,494 |
| 16,650 | 16,700 | 2,501 | 2,501 | 2,501 | 2,501 |
| 16,700 | 16,750 | 2,509 | 2,509 | 2,509 | 2,509 |
| 16,750 | 16,800 | 2,516 | 2,516 | 2,516 | 2,516 |
| 16,800 | 16,850 | 2,524 | 2,524 | 2,524 | 2,524 |
| 16,850 | 16,900 | 2,531 | 2,531 | 2,531 | 2,531 |
| 16,900 | 16,950 | 2,539 | 2,539 | 2,539 | 2,539 |
| 16,950 | 17,000 | 2,546 | 2,546 | 2,546 | 2,546 |

### 17,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 17,000 | 17,050 | 2,554 | 2,554 | 2,554 | 2,554 |
| 17,050 | 17,100 | 2,561 | 2,561 | 2,561 | 2,561 |
| 17,100 | 17,150 | 2,569 | 2,569 | 2,569 | 2,569 |
| 17,150 | 17,200 | 2,576 | 2,576 | 2,576 | 2,576 |
| 17,200 | 17,250 | 2,584 | 2,584 | 2,584 | 2,584 |
| 17,250 | 17,300 | 2,591 | 2,591 | 2,591 | 2,591 |
| 17,300 | 17,350 | 2,599 | 2,599 | 2,599 | 2,599 |
| 17,350 | 17,400 | 2,606 | 2,606 | 2,606 | 2,606 |
| 17,400 | 17,450 | 2,614 | 2,614 | 2,614 | 2,614 |
| 17,450 | 17,500 | 2,621 | 2,621 | 2,621 | 2,621 |
| 17,500 | 17,550 | 2,629 | 2,629 | 2,629 | 2,629 |
| 17,550 | 17,600 | 2,636 | 2,636 | 2,636 | 2,636 |
| 17,600 | 17,650 | 2,644 | 2,644 | 2,644 | 2,644 |
| 17,650 | 17,700 | 2,651 | 2,651 | 2,651 | 2,651 |
| 17,700 | 17,750 | 2,659 | 2,659 | 2,659 | 2,659 |
| 17,750 | 17,800 | 2,666 | 2,666 | 2,666 | 2,666 |
| 17,800 | 17,850 | 2,674 | 2,674 | 2,674 | 2,674 |
| 17,850 | 17,900 | 2,681 | 2,681 | 2,681 | 2,681 |
| 17,900 | 17,950 | 2,689 | 2,689 | 2,689 | 2,689 |
| 17,950 | 18,000 | 2,696 | 2,696 | 2,696 | 2,696 |

### 18,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 18,000 | 18,050 | 2,704 | 2,704 | 2,704 | 2,704 |
| 18,050 | 18,100 | 2,711 | 2,711 | 2,711 | 2,711 |
| 18,100 | 18,150 | 2,719 | 2,719 | 2,719 | 2,719 |
| 18,150 | 18,200 | 2,726 | 2,726 | 2,726 | 2,726 |
| 18,200 | 18,250 | 2,734 | 2,734 | 2,734 | 2,734 |
| 18,250 | 18,300 | 2,741 | 2,741 | 2,741 | 2,741 |
| 18,300 | 18,350 | 2,749 | 2,749 | 2,749 | 2,749 |
| 18,350 | 18,400 | 2,756 | 2,756 | 2,756 | 2,756 |
| 18,400 | 18,450 | 2,764 | 2,764 | 2,764 | 2,764 |
| 18,450 | 18,500 | 2,771 | 2,771 | 2,771 | 2,771 |
| 18,500 | 18,550 | 2,779 | 2,779 | 2,779 | 2,779 |
| 18,550 | 18,600 | 2,786 | 2,786 | 2,786 | 2,786 |
| 18,600 | 18,650 | 2,794 | 2,794 | 2,794 | 2,794 |
| 18,650 | 18,700 | 2,801 | 2,801 | 2,801 | 2,801 |
| 18,700 | 18,750 | 2,809 | 2,809 | 2,809 | 2,809 |
| 18,750 | 18,800 | 2,816 | 2,816 | 2,816 | 2,816 |
| 18,800 | 18,850 | 2,824 | 2,824 | 2,824 | 2,824 |
| 18,850 | 18,900 | 2,831 | 2,831 | 2,831 | 2,831 |
| 18,900 | 18,950 | 2,839 | 2,839 | 2,839 | 2,839 |
| 18,950 | 19,000 | 2,846 | 2,846 | 2,846 | 2,846 |

### 19,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 19,000 | 19,050 | 2,854 | 2,854 | 2,854 | 2,854 |
| 19,050 | 19,100 | 2,861 | 2,861 | 2,861 | 2,861 |
| 19,100 | 19,150 | 2,869 | 2,869 | 2,869 | 2,869 |
| 19,150 | 19,200 | 2,876 | 2,876 | 2,876 | 2,876 |
| 19,200 | 19,250 | 2,884 | 2,884 | 2,884 | 2,884 |
| 19,250 | 19,300 | 2,891 | 2,891 | 2,891 | 2,891 |
| 19,300 | 19,350 | 2,899 | 2,899 | 2,899 | 2,899 |
| 19,350 | 19,400 | 2,906 | 2,906 | 2,906 | 2,906 |
| 19,400 | 19,450 | 2,914 | 2,914 | 2,914 | 2,914 |
| 19,450 | 19,500 | 2,921 | 2,921 | 2,921 | 2,921 |
| 19,500 | 19,550 | 2,929 | 2,929 | 2,929 | 2,929 |
| 19,550 | 19,600 | 2,936 | 2,936 | 2,936 | 2,936 |
| 19,600 | 19,650 | 2,944 | 2,944 | 2,944 | 2,944 |
| 19,650 | 19,700 | 2,951 | 2,951 | 2,951 | 2,951 |
| 19,700 | 19,750 | 2,959 | 2,959 | 2,959 | 2,959 |
| 19,750 | 19,800 | 2,966 | 2,966 | 2,966 | 2,966 |
| 19,800 | 19,850 | 2,974 | 2,974 | 2,974 | 2,974 |
| 19,850 | 19,900 | 2,981 | 2,981 | 2,981 | 2,981 |
| 19,900 | 19,950 | 2,989 | 2,989 | 2,989 | 2,989 |
| 19,950 | 20,000 | 2,996 | 2,996 | 2,996 | 2,996 |

### 20,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 20,000 | 20,050 | 3,004 | 3,004 | 3,004 | 3,004 |
| 20,050 | 20,100 | 3,011 | 3,011 | 3,011 | 3,011 |
| 20,100 | 20,150 | 3,019 | 3,019 | 3,019 | 3,019 |
| 20,150 | 20,200 | 3,026 | 3,026 | 3,026 | 3,026 |
| 20,200 | 20,250 | 3,034 | 3,034 | 3,034 | 3,034 |
| 20,250 | 20,300 | 3,041 | 3,041 | 3,041 | 3,041 |
| 20,300 | 20,350 | 3,049 | 3,049 | 3,049 | 3,049 |
| 20,350 | 20,400 | 3,056 | 3,056 | 3,056 | 3,056 |
| 20,400 | 20,450 | 3,064 | 3,064 | 3,064 | 3,064 |
| 20,450 | 20,500 | 3,071 | 3,071 | 3,071 | 3,071 |
| 20,500 | 20,550 | 3,079 | 3,079 | 3,079 | 3,079 |
| 20,550 | 20,600 | 3,086 | 3,086 | 3,086 | 3,086 |
| 20,600 | 20,650 | 3,094 | 3,094 | 3,094 | 3,094 |
| 20,650 | 20,700 | 3,101 | 3,101 | 3,101 | 3,101 |
| 20,700 | 20,750 | 3,109 | 3,109 | 3,109 | 3,109 |
| 20,750 | 20,800 | 3,116 | 3,116 | 3,116 | 3,116 |
| 20,800 | 20,850 | 3,124 | 3,124 | 3,124 | 3,124 |
| 20,850 | 20,900 | 3,131 | 3,131 | 3,131 | 3,131 |
| 20,900 | 20,950 | 3,139 | 3,139 | 3,139 | 3,139 |
| 20,950 | 21,000 | 3,146 | 3,146 | 3,146 | 3,146 |

### 21,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 21,000 | 21,050 | 3,154 | 3,154 | 3,154 | 3,154 |
| 21,050 | 21,100 | 3,161 | 3,161 | 3,161 | 3,161 |
| 21,100 | 21,150 | 3,169 | 3,169 | 3,169 | 3,169 |
| 21,150 | 21,200 | 3,176 | 3,176 | 3,176 | 3,176 |
| 21,200 | 21,250 | 3,184 | 3,184 | 3,184 | 3,184 |
| 21,250 | 21,300 | 3,191 | 3,191 | 3,191 | 3,191 |
| 21,300 | 21,350 | 3,199 | 3,199 | 3,199 | 3,199 |
| 21,350 | 21,400 | 3,206 | 3,206 | 3,206 | 3,206 |
| 21,400 | 21,450 | 3,214 | 3,214 | 3,214 | 3,214 |
| 21,450 | 21,500 | 3,221 | 3,221 | 3,221 | 3,221 |
| 21,500 | 21,550 | 3,229 | 3,229 | 3,229 | 3,229 |
| 21,550 | 21,600 | 3,236 | 3,236 | 3,236 | 3,236 |
| 21,600 | 21,650 | 3,244 | 3,244 | 3,257 | 3,244 |
| 21,650 | 21,700 | 3,251 | 3,251 | 3,271 | 3,251 |
| 21,700 | 21,750 | 3,259 | 3,259 | 3,285 | 3,259 |
| 21,750 | 21,800 | 3,266 | 3,266 | 3,299 | 3,266 |
| 21,800 | 21,850 | 3,274 | 3,274 | 3,313 | 3,274 |
| 21,850 | 21,900 | 3,281 | 3,281 | 3,327 | 3,281 |
| 21,900 | 21,950 | 3,289 | 3,289 | 3,341 | 3,289 |
| 21,950 | 22,000 | 3,296 | 3,296 | 3,355 | 3,296 |

### 22,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 22,000 | 22,050 | 3,304 | 3,304 | 3,369 | 3,304 |
| 22,050 | 22,100 | 3,311 | 3,311 | 3,383 | 3,311 |
| 22,100 | 22,150 | 3,319 | 3,319 | 3,397 | 3,319 |
| 22,150 | 22,200 | 3,326 | 3,326 | 3,411 | 3,326 |
| 22,200 | 22,250 | 3,334 | 3,334 | 3,425 | 3,334 |
| 22,250 | 22,300 | 3,341 | 3,341 | 3,439 | 3,341 |
| 22,300 | 22,350 | 3,349 | 3,349 | 3,453 | 3,349 |
| 22,350 | 22,400 | 3,356 | 3,356 | 3,467 | 3,356 |
| 22,400 | 22,450 | 3,364 | 3,364 | 3,481 | 3,364 |
| 22,450 | 22,500 | 3,371 | 3,371 | 3,495 | 3,371 |
| 22,500 | 22,550 | 3,379 | 3,379 | 3,509 | 3,379 |
| 22,550 | 22,600 | 3,386 | 3,386 | 3,523 | 3,386 |
| 22,600 | 22,650 | 3,394 | 3,394 | 3,537 | 3,394 |
| 22,650 | 22,700 | 3,401 | 3,401 | 3,551 | 3,401 |
| 22,700 | 22,750 | 3,409 | 3,409 | 3,565 | 3,409 |
| 22,750 | 22,800 | 3,416 | 3,416 | 3,579 | 3,416 |
| 22,800 | 22,850 | 3,424 | 3,424 | 3,593 | 3,424 |
| 22,850 | 22,900 | 3,431 | 3,431 | 3,607 | 3,431 |
| 22,900 | 22,950 | 3,439 | 3,439 | 3,621 | 3,439 |
| 22,950 | 23,000 | 3,446 | 3,446 | 3,635 | 3,446 |

\* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—Continued**

Column headers for all tables:

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| | | | | | Your tax is— |

### 23,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 23,000 | 23,050 | 3,454 | 3,454 | 3,649 | 3,454 |
| 23,050 | 23,100 | 3,461 | 3,461 | 3,663 | 3,461 |
| 23,100 | 23,150 | 3,469 | 3,469 | 3,677 | 3,469 |
| 23,150 | 23,200 | 3,476 | 3,476 | 3,691 | 3,476 |
| 23,200 | 23,250 | 3,484 | 3,484 | 3,705 | 3,484 |
| 23,250 | 23,300 | 3,491 | 3,491 | 3,719 | 3,491 |
| 23,300 | 23,350 | 3,499 | 3,499 | 3,733 | 3,499 |
| 23,350 | 23,400 | 3,506 | 3,506 | 3,747 | 3,506 |
| 23,400 | 23,450 | 3,514 | 3,514 | 3,761 | 3,514 |
| 23,450 | 23,500 | 3,521 | 3,521 | 3,775 | 3,521 |
| 23,500 | 23,550 | 3,529 | 3,529 | 3,789 | 3,529 |
| 23,550 | 23,600 | 3,536 | 3,536 | 3,803 | 3,536 |
| 23,600 | 23,650 | 3,544 | 3,544 | 3,817 | 3,544 |
| 23,650 | 23,700 | 3,551 | 3,551 | 3,831 | 3,551 |
| 23,700 | 23,750 | 3,559 | 3,559 | 3,845 | 3,559 |
| 23,750 | 23,800 | 3,566 | 3,566 | 3,859 | 3,566 |
| 23,800 | 23,850 | 3,574 | 3,574 | 3,873 | 3,574 |
| 23,850 | 23,900 | 3,581 | 3,581 | 3,887 | 3,581 |
| 23,900 | 23,950 | 3,589 | 3,589 | 3,901 | 3,589 |
| 23,950 | 24,000 | 3,596 | 3,596 | 3,915 | 3,596 |

### 24,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 24,000 | 24,050 | 3,604 | 3,604 | 3,929 | 3,604 |
| 24,050 | 24,100 | 3,611 | 3,611 | 3,943 | 3,611 |
| 24,100 | 24,150 | 3,619 | 3,619 | 3,957 | 3,619 |
| 24,150 | 24,200 | 3,626 | 3,626 | 3,971 | 3,626 |
| 24,200 | 24,250 | 3,634 | 3,634 | 3,985 | 3,634 |
| 24,250 | 24,300 | 3,641 | 3,641 | 3,999 | 3,641 |
| 24,300 | 24,350 | 3,649 | 3,649 | 4,013 | 3,649 |
| 24,350 | 24,400 | 3,656 | 3,656 | 4,027 | 3,656 |
| 24,400 | 24,450 | 3,664 | 3,664 | 4,041 | 3,664 |
| 24,450 | 24,500 | 3,671 | 3,671 | 4,055 | 3,671 |
| 24,500 | 24,550 | 3,679 | 3,679 | 4,069 | 3,679 |
| 24,550 | 24,600 | 3,686 | 3,686 | 4,083 | 3,686 |
| 24,600 | 24,650 | 3,694 | 3,694 | 4,097 | 3,694 |
| 24,650 | 24,700 | 3,701 | 3,701 | 4,111 | 3,701 |
| 24,700 | 24,750 | 3,709 | 3,709 | 4,125 | 3,709 |
| 24,750 | 24,800 | 3,716 | 3,716 | 4,139 | 3,716 |
| 24,800 | 24,850 | 3,724 | 3,724 | 4,153 | 3,724 |
| 24,850 | 24,900 | 3,731 | 3,731 | 4,167 | 3,731 |
| 24,900 | 24,950 | 3,739 | 3,739 | 4,181 | 3,739 |
| 24,950 | 25,000 | 3,746 | 3,746 | 4,195 | 3,746 |

### 25,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 25,000 | 25,050 | 3,754 | 3,754 | 4,209 | 3,754 |
| 25,050 | 25,100 | 3,761 | 3,761 | 4,223 | 3,761 |
| 25,100 | 25,150 | 3,769 | 3,769 | 4,237 | 3,769 |
| 25,150 | 25,200 | 3,776 | 3,776 | 4,251 | 3,776 |
| 25,200 | 25,250 | 3,784 | 3,784 | 4,265 | 3,784 |
| 25,250 | 25,300 | 3,791 | 3,791 | 4,279 | 3,791 |
| 25,300 | 25,350 | 3,799 | 3,799 | 4,293 | 3,799 |
| 25,350 | 25,400 | 3,806 | 3,806 | 4,307 | 3,806 |
| 25,400 | 25,450 | 3,814 | 3,814 | 4,321 | 3,814 |
| 25,450 | 25,500 | 3,821 | 3,821 | 4,335 | 3,821 |
| 25,500 | 25,550 | 3,829 | 3,829 | 4,349 | 3,829 |
| 25,550 | 25,600 | 3,836 | 3,836 | 4,363 | 3,836 |
| 25,600 | 25,650 | 3,844 | 3,844 | 4,377 | 3,844 |
| 25,650 | 25,700 | 3,851 | 3,851 | 4,391 | 3,851 |
| 25,700 | 25,750 | 3,859 | 3,859 | 4,405 | 3,859 |
| 25,750 | 25,800 | 3,870 | 3,866 | 4,419 | 3,866 |
| 25,800 | 25,850 | 3,884 | 3,874 | 4,433 | 3,874 |
| 25,850 | 25,900 | 3,898 | 3,881 | 4,447 | 3,881 |
| 25,900 | 25,950 | 3,912 | 3,889 | 4,461 | 3,889 |
| 25,950 | 26,000 | 3,926 | 3,896 | 4,475 | 3,896 |

### 26,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 26,000 | 26,050 | 3,940 | 3,904 | 4,489 | 3,904 |
| 26,050 | 26,100 | 3,954 | 3,911 | 4,503 | 3,911 |
| 26,100 | 26,150 | 3,968 | 3,919 | 4,517 | 3,919 |
| 26,150 | 26,200 | 3,982 | 3,926 | 4,531 | 3,926 |
| 26,200 | 26,250 | 3,996 | 3,934 | 4,545 | 3,934 |
| 26,250 | 26,300 | 4,010 | 3,941 | 4,559 | 3,941 |
| 26,300 | 26,350 | 4,024 | 3,949 | 4,573 | 3,949 |
| 26,350 | 26,400 | 4,038 | 3,956 | 4,587 | 3,956 |
| 26,400 | 26,450 | 4,052 | 3,964 | 4,601 | 3,964 |
| 26,450 | 26,500 | 4,066 | 3,971 | 4,615 | 3,971 |
| 26,500 | 26,550 | 4,080 | 3,979 | 4,629 | 3,979 |
| 26,550 | 26,600 | 4,094 | 3,986 | 4,643 | 3,986 |
| 26,600 | 26,650 | 4,108 | 3,994 | 4,657 | 3,994 |
| 26,650 | 26,700 | 4,122 | 4,001 | 4,671 | 4,001 |
| 26,700 | 26,750 | 4,136 | 4,009 | 4,685 | 4,009 |
| 26,750 | 26,800 | 4,150 | 4,016 | 4,699 | 4,016 |
| 26,800 | 26,850 | 4,164 | 4,024 | 4,713 | 4,024 |
| 26,850 | 26,900 | 4,178 | 4,031 | 4,727 | 4,031 |
| 26,900 | 26,950 | 4,192 | 4,039 | 4,741 | 4,039 |
| 26,950 | 27,000 | 4,206 | 4,046 | 4,755 | 4,046 |

### 27,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 27,000 | 27,050 | 4,220 | 4,054 | 4,769 | 4,054 |
| 27,050 | 27,100 | 4,234 | 4,061 | 4,783 | 4,061 |
| 27,100 | 27,150 | 4,248 | 4,069 | 4,797 | 4,069 |
| 27,150 | 27,200 | 4,262 | 4,076 | 4,811 | 4,076 |
| 27,200 | 27,250 | 4,276 | 4,084 | 4,825 | 4,084 |
| 27,250 | 27,300 | 4,290 | 4,091 | 4,839 | 4,091 |
| 27,300 | 27,350 | 4,304 | 4,099 | 4,853 | 4,099 |
| 27,350 | 27,400 | 4,318 | 4,106 | 4,867 | 4,106 |
| 27,400 | 27,450 | 4,332 | 4,114 | 4,881 | 4,114 |
| 27,450 | 27,500 | 4,346 | 4,121 | 4,895 | 4,121 |
| 27,500 | 27,550 | 4,360 | 4,129 | 4,909 | 4,129 |
| 27,550 | 27,600 | 4,374 | 4,136 | 4,923 | 4,136 |
| 27,600 | 27,650 | 4,388 | 4,144 | 4,937 | 4,144 |
| 27,650 | 27,700 | 4,402 | 4,151 | 4,951 | 4,151 |
| 27,700 | 27,750 | 4,416 | 4,159 | 4,965 | 4,159 |
| 27,750 | 27,800 | 4,430 | 4,166 | 4,979 | 4,166 |
| 27,800 | 27,850 | 4,444 | 4,174 | 4,993 | 4,174 |
| 27,850 | 27,900 | 4,458 | 4,181 | 5,007 | 4,181 |
| 27,900 | 27,950 | 4,472 | 4,189 | 5,021 | 4,189 |
| 27,950 | 28,000 | 4,486 | 4,196 | 5,035 | 4,196 |

### 28,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 28,000 | 28,050 | 4,500 | 4,204 | 5,049 | 4,204 |
| 28,050 | 28,100 | 4,514 | 4,211 | 5,063 | 4,211 |
| 28,100 | 28,150 | 4,528 | 4,219 | 5,077 | 4,219 |
| 28,150 | 28,200 | 4,542 | 4,226 | 5,091 | 4,226 |
| 28,200 | 28,250 | 4,556 | 4,234 | 5,105 | 4,234 |
| 28,250 | 28,300 | 4,570 | 4,241 | 5,119 | 4,241 |
| 28,300 | 28,350 | 4,584 | 4,249 | 5,133 | 4,249 |
| 28,350 | 28,400 | 4,598 | 4,256 | 5,147 | 4,256 |
| 28,400 | 28,450 | 4,612 | 4,264 | 5,161 | 4,264 |
| 28,450 | 28,500 | 4,626 | 4,271 | 5,175 | 4,271 |
| 28,500 | 28,550 | 4,640 | 4,279 | 5,189 | 4,279 |
| 28,550 | 28,600 | 4,654 | 4,286 | 5,203 | 4,286 |
| 28,600 | 28,650 | 4,668 | 4,294 | 5,217 | 4,294 |
| 28,650 | 28,700 | 4,682 | 4,301 | 5,231 | 4,301 |
| 28,700 | 28,750 | 4,696 | 4,309 | 5,245 | 4,309 |
| 28,750 | 28,800 | 4,710 | 4,316 | 5,259 | 4,316 |
| 28,800 | 28,850 | 4,724 | 4,324 | 5,273 | 4,324 |
| 28,850 | 28,900 | 4,738 | 4,331 | 5,287 | 4,331 |
| 28,900 | 28,950 | 4,752 | 4,339 | 5,301 | 4,339 |
| 28,950 | 29,000 | 4,766 | 4,346 | 5,315 | 4,346 |

### 29,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 29,000 | 29,050 | 4,780 | 4,354 | 5,329 | 4,354 |
| 29,050 | 29,100 | 4,794 | 4,361 | 5,343 | 4,361 |
| 29,100 | 29,150 | 4,808 | 4,369 | 5,357 | 4,369 |
| 29,150 | 29,200 | 4,822 | 4,376 | 5,371 | 4,376 |
| 29,200 | 29,250 | 4,836 | 4,384 | 5,385 | 4,384 |
| 29,250 | 29,300 | 4,850 | 4,391 | 5,399 | 4,391 |
| 29,300 | 29,350 | 4,864 | 4,399 | 5,413 | 4,399 |
| 29,350 | 29,400 | 4,878 | 4,406 | 5,427 | 4,406 |
| 29,400 | 29,450 | 4,892 | 4,414 | 5,441 | 4,414 |
| 29,450 | 29,500 | 4,906 | 4,421 | 5,455 | 4,421 |
| 29,500 | 29,550 | 4,920 | 4,429 | 5,469 | 4,429 |
| 29,550 | 29,600 | 4,934 | 4,436 | 5,483 | 4,436 |
| 29,600 | 29,650 | 4,948 | 4,444 | 5,497 | 4,444 |
| 29,650 | 29,700 | 4,962 | 4,451 | 5,511 | 4,451 |
| 29,700 | 29,750 | 4,976 | 4,459 | 5,525 | 4,459 |
| 29,750 | 29,800 | 4,990 | 4,466 | 5,539 | 4,466 |
| 29,800 | 29,850 | 5,004 | 4,474 | 5,553 | 4,474 |
| 29,850 | 29,900 | 5,018 | 4,481 | 5,567 | 4,481 |
| 29,900 | 29,950 | 5,032 | 4,489 | 5,581 | 4,489 |
| 29,950 | 30,000 | 5,046 | 4,496 | 5,595 | 4,496 |

### 30,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 30,000 | 30,050 | 5,060 | 4,504 | 5,609 | 4,504 |
| 30,050 | 30,100 | 5,074 | 4,511 | 5,623 | 4,511 |
| 30,100 | 30,150 | 5,088 | 4,519 | 5,637 | 4,519 |
| 30,150 | 30,200 | 5,102 | 4,526 | 5,651 | 4,526 |
| 30,200 | 30,250 | 5,116 | 4,534 | 5,665 | 4,534 |
| 30,250 | 30,300 | 5,130 | 4,541 | 5,679 | 4,541 |
| 30,300 | 30,350 | 5,144 | 4,549 | 5,693 | 4,549 |
| 30,350 | 30,400 | 5,158 | 4,556 | 5,707 | 4,556 |
| 30,400 | 30,450 | 5,172 | 4,564 | 5,721 | 4,564 |
| 30,450 | 30,500 | 5,186 | 4,571 | 5,735 | 4,571 |
| 30,500 | 30,550 | 5,200 | 4,579 | 5,749 | 4,579 |
| 30,550 | 30,600 | 5,214 | 4,586 | 5,763 | 4,586 |
| 30,600 | 30,650 | 5,228 | 4,594 | 5,777 | 4,594 |
| 30,650 | 30,700 | 5,242 | 4,601 | 5,791 | 4,601 |
| 30,700 | 30,750 | 5,256 | 4,609 | 5,805 | 4,609 |
| 30,750 | 30,800 | 5,270 | 4,616 | 5,819 | 4,616 |
| 30,800 | 30,850 | 5,284 | 4,624 | 5,833 | 4,624 |
| 30,850 | 30,900 | 5,298 | 4,631 | 5,847 | 4,631 |
| 30,900 | 30,950 | 5,312 | 4,639 | 5,861 | 4,639 |
| 30,950 | 31,000 | 5,326 | 4,646 | 5,875 | 4,646 |

### 31,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 31,000 | 31,050 | 5,340 | 4,654 | 5,889 | 4,654 |
| 31,050 | 31,100 | 5,354 | 4,661 | 5,903 | 4,661 |
| 31,100 | 31,150 | 5,368 | 4,669 | 5,917 | 4,669 |
| 31,150 | 31,200 | 5,382 | 4,676 | 5,931 | 4,676 |
| 31,200 | 31,250 | 5,396 | 4,684 | 5,945 | 4,684 |
| 31,250 | 31,300 | 5,410 | 4,691 | 5,959 | 4,691 |
| 31,300 | 31,350 | 5,424 | 4,699 | 5,973 | 4,699 |
| 31,350 | 31,400 | 5,438 | 4,706 | 5,987 | 4,706 |
| 31,400 | 31,450 | 5,452 | 4,714 | 6,001 | 4,714 |
| 31,450 | 31,500 | 5,466 | 4,721 | 6,015 | 4,721 |
| 31,500 | 31,550 | 5,480 | 4,729 | 6,029 | 4,729 |
| 31,550 | 31,600 | 5,494 | 4,736 | 6,043 | 4,736 |
| 31,600 | 31,650 | 5,508 | 4,744 | 6,057 | 4,744 |
| 31,650 | 31,700 | 5,522 | 4,751 | 6,071 | 4,751 |
| 31,700 | 31,750 | 5,536 | 4,759 | 6,085 | 4,759 |
| 31,750 | 31,800 | 5,550 | 4,766 | 6,099 | 4,766 |
| 31,800 | 31,850 | 5,564 | 4,774 | 6,113 | 4,774 |
| 31,850 | 31,900 | 5,578 | 4,781 | 6,127 | 4,781 |
| 31,900 | 31,950 | 5,592 | 4,789 | 6,141 | 4,789 |
| 31,950 | 32,000 | 5,606 | 4,796 | 6,155 | 4,796 |

* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—Continued**

### 32,000 / 33,000 / 34,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| **32,000** | | | | | |
| 32,000 | 32,050 | 5,620 | 4,804 | 6,169 | 4,804 |
| 32,050 | 32,100 | 5,634 | 4,811 | 6,183 | 4,811 |
| 32,100 | 32,150 | 5,648 | 4,819 | 6,197 | 4,819 |
| 32,150 | 32,200 | 5,662 | 4,826 | 6,211 | 4,826 |
| 32,200 | 32,250 | 5,676 | 4,834 | 6,225 | 4,834 |
| 32,250 | 32,300 | 5,690 | 4,841 | 6,239 | 4,841 |
| 32,300 | 32,350 | 5,704 | 4,849 | 6,253 | 4,849 |
| 32,350 | 32,400 | 5,718 | 4,856 | 6,267 | 4,856 |
| 32,400 | 32,450 | 5,732 | 4,864 | 6,281 | 4,864 |
| 32,450 | 32,500 | 5,746 | 4,871 | 6,295 | 4,871 |
| 32,500 | 32,550 | 5,760 | 4,879 | 6,309 | 4,879 |
| 32,550 | 32,600 | 5,774 | 4,886 | 6,323 | 4,886 |
| 32,600 | 32,650 | 5,788 | 4,894 | 6,337 | 4,894 |
| 32,650 | 32,700 | 5,802 | 4,901 | 6,351 | 4,901 |
| 32,700 | 32,750 | 5,816 | 4,909 | 6,365 | 4,909 |
| 32,750 | 32,800 | 5,830 | 4,916 | 6,379 | 4,916 |
| 32,800 | 32,850 | 5,844 | 4,924 | 6,393 | 4,924 |
| 32,850 | 32,900 | 5,858 | 4,931 | 6,407 | 4,931 |
| 32,900 | 32,950 | 5,872 | 4,939 | 6,421 | 4,939 |
| 32,950 | 33,000 | 5,886 | 4,946 | 6,435 | 4,946 |
| **33,000** | | | | | |
| 33,000 | 33,050 | 5,900 | 4,954 | 6,449 | 4,954 |
| 33,050 | 33,100 | 5,914 | 4,961 | 6,463 | 4,961 |
| 33,100 | 33,150 | 5,928 | 4,969 | 6,477 | 4,969 |
| 33,150 | 33,200 | 5,942 | 4,976 | 6,491 | 4,976 |
| 33,200 | 33,250 | 5,956 | 4,984 | 6,505 | 4,984 |
| 33,250 | 33,300 | 5,970 | 4,991 | 6,519 | 4,991 |
| 33,300 | 33,350 | 5,984 | 4,999 | 6,533 | 4,999 |
| 33,350 | 33,400 | 5,998 | 5,006 | 6,547 | 5,006 |
| 33,400 | 33,450 | 6,012 | 5,014 | 6,561 | 5,014 |
| 33,450 | 33,500 | 6,026 | 5,021 | 6,575 | 5,021 |
| 33,500 | 33,550 | 6,040 | 5,029 | 6,589 | 5,029 |
| 33,550 | 33,600 | 6,054 | 5,036 | 6,603 | 5,036 |
| 33,600 | 33,650 | 6,068 | 5,044 | 6,617 | 5,044 |
| 33,650 | 33,700 | 6,082 | 5,051 | 6,631 | 5,051 |
| 33,700 | 33,750 | 6,096 | 5,059 | 6,645 | 5,059 |
| 33,750 | 33,800 | 6,110 | 5,066 | 6,659 | 5,066 |
| 33,800 | 33,850 | 6,124 | 5,074 | 6,673 | 5,074 |
| 33,850 | 33,900 | 6,138 | 5,081 | 6,687 | 5,081 |
| 33,900 | 33,950 | 6,152 | 5,089 | 6,701 | 5,089 |
| 33,950 | 34,000 | 6,166 | 5,096 | 6,715 | 5,096 |
| **34,000** | | | | | |
| 34,000 | 34,050 | 6,180 | 5,104 | 6,729 | 5,104 |
| 34,050 | 34,100 | 6,194 | 5,111 | 6,743 | 5,111 |
| 34,100 | 34,150 | 6,208 | 5,119 | 6,757 | 5,119 |
| 34,150 | 34,200 | 6,222 | 5,126 | 6,771 | 5,126 |
| 34,200 | 34,250 | 6,236 | 5,134 | 6,785 | 5,134 |
| 34,250 | 34,300 | 6,250 | 5,141 | 6,799 | 5,141 |
| 34,300 | 34,350 | 6,264 | 5,149 | 6,813 | 5,149 |
| 34,350 | 34,400 | 6,278 | 5,156 | 6,827 | 5,156 |
| 34,400 | 34,450 | 6,292 | 5,164 | 6,841 | 5,164 |
| 34,450 | 34,500 | 6,306 | 5,171 | 6,855 | 5,171 |
| 34,500 | 34,550 | 6,320 | 5,179 | 6,869 | 5,179 |
| 34,550 | 34,600 | 6,334 | 5,186 | 6,883 | 5,190 |
| 34,600 | 34,650 | 6,348 | 5,194 | 6,897 | 5,204 |
| 34,650 | 34,700 | 6,362 | 5,201 | 6,911 | 5,218 |
| 34,700 | 34,750 | 6,376 | 5,209 | 6,925 | 5,232 |
| 34,750 | 34,800 | 6,390 | 5,216 | 6,939 | 5,246 |
| 34,800 | 34,850 | 6,404 | 5,224 | 6,953 | 5,260 |
| 34,850 | 34,900 | 6,418 | 5,231 | 6,967 | 5,274 |
| 34,900 | 34,950 | 6,432 | 5,239 | 6,981 | 5,288 |
| 34,950 | 35,000 | 6,446 | 5,246 | 6,995 | 5,302 |

### 35,000 / 36,000 / 37,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| **35,000** | | | | | |
| 35,000 | 35,050 | 6,460 | 5,254 | 7,009 | 5,316 |
| 35,050 | 35,100 | 6,474 | 5,261 | 7,023 | 5,330 |
| 35,100 | 35,150 | 6,488 | 5,269 | 7,037 | 5,344 |
| 35,150 | 35,200 | 6,502 | 5,276 | 7,051 | 5,358 |
| 35,200 | 35,250 | 6,516 | 5,284 | 7,065 | 5,372 |
| 35,250 | 35,300 | 6,530 | 5,291 | 7,079 | 5,386 |
| 35,300 | 35,350 | 6,544 | 5,299 | 7,093 | 5,400 |
| 35,350 | 35,400 | 6,558 | 5,306 | 7,107 | 5,414 |
| 35,400 | 35,450 | 6,572 | 5,314 | 7,121 | 5,428 |
| 35,450 | 35,500 | 6,586 | 5,321 | 7,135 | 5,442 |
| 35,500 | 35,550 | 6,600 | 5,329 | 7,149 | 5,456 |
| 35,550 | 35,600 | 6,614 | 5,336 | 7,163 | 5,470 |
| 35,600 | 35,650 | 6,628 | 5,344 | 7,177 | 5,484 |
| 35,650 | 35,700 | 6,642 | 5,351 | 7,191 | 5,498 |
| 35,700 | 35,750 | 6,656 | 5,359 | 7,205 | 5,512 |
| 35,750 | 35,800 | 6,670 | 5,366 | 7,219 | 5,526 |
| 35,800 | 35,850 | 6,684 | 5,374 | 7,233 | 5,540 |
| 35,850 | 35,900 | 6,698 | 5,381 | 7,247 | 5,554 |
| 35,900 | 35,950 | 6,712 | 5,389 | 7,261 | 5,568 |
| 35,950 | 36,000 | 6,726 | 5,396 | 7,275 | 5,582 |
| **36,000** | | | | | |
| 36,000 | 36,050 | 6,740 | 5,404 | 7,289 | 5,596 |
| 36,050 | 36,100 | 6,754 | 5,411 | 7,303 | 5,610 |
| 36,100 | 36,150 | 6,768 | 5,419 | 7,317 | 5,624 |
| 36,150 | 36,200 | 6,782 | 5,426 | 7,331 | 5,638 |
| 36,200 | 36,250 | 6,796 | 5,434 | 7,345 | 5,652 |
| 36,250 | 36,300 | 6,810 | 5,441 | 7,359 | 5,666 |
| 36,300 | 36,350 | 6,824 | 5,449 | 7,373 | 5,680 |
| 36,350 | 36,400 | 6,838 | 5,456 | 7,387 | 5,694 |
| 36,400 | 36,450 | 6,852 | 5,464 | 7,401 | 5,708 |
| 36,450 | 36,500 | 6,866 | 5,471 | 7,415 | 5,722 |
| 36,500 | 36,550 | 6,880 | 5,479 | 7,429 | 5,736 |
| 36,550 | 36,600 | 6,894 | 5,486 | 7,443 | 5,750 |
| 36,600 | 36,650 | 6,908 | 5,494 | 7,457 | 5,764 |
| 36,650 | 36,700 | 6,922 | 5,501 | 7,471 | 5,778 |
| 36,700 | 36,750 | 6,936 | 5,509 | 7,485 | 5,792 |
| 36,750 | 36,800 | 6,950 | 5,516 | 7,499 | 5,806 |
| 36,800 | 36,850 | 6,964 | 5,524 | 7,513 | 5,820 |
| 36,850 | 36,900 | 6,978 | 5,531 | 7,527 | 5,834 |
| 36,900 | 36,950 | 6,992 | 5,539 | 7,541 | 5,848 |
| 36,950 | 37,000 | 7,006 | 5,546 | 7,555 | 5,862 |
| **37,000** | | | | | |
| 37,000 | 37,050 | 7,020 | 5,554 | 7,569 | 5,876 |
| 37,050 | 37,100 | 7,034 | 5,561 | 7,583 | 5,890 |
| 37,100 | 37,150 | 7,048 | 5,569 | 7,597 | 5,904 |
| 37,150 | 37,200 | 7,062 | 5,576 | 7,611 | 5,918 |
| 37,200 | 37,250 | 7,076 | 5,584 | 7,625 | 5,932 |
| 37,250 | 37,300 | 7,090 | 5,591 | 7,639 | 5,946 |
| 37,300 | 37,350 | 7,104 | 5,599 | 7,653 | 5,960 |
| 37,350 | 37,400 | 7,118 | 5,606 | 7,667 | 5,974 |
| 37,400 | 37,450 | 7,132 | 5,614 | 7,681 | 5,988 |
| 37,450 | 37,500 | 7,146 | 5,621 | 7,695 | 6,002 |
| 37,500 | 37,550 | 7,160 | 5,629 | 7,709 | 6,016 |
| 37,550 | 37,600 | 7,174 | 5,636 | 7,723 | 6,030 |
| 37,600 | 37,650 | 7,188 | 5,644 | 7,737 | 6,044 |
| 37,650 | 37,700 | 7,202 | 5,651 | 7,751 | 6,058 |
| 37,700 | 37,750 | 7,216 | 5,659 | 7,765 | 6,072 |
| 37,750 | 37,800 | 7,230 | 5,666 | 7,779 | 6,086 |
| 37,800 | 37,850 | 7,244 | 5,674 | 7,793 | 6,100 |
| 37,850 | 37,900 | 7,258 | 5,681 | 7,807 | 6,114 |
| 37,900 | 37,950 | 7,272 | 5,689 | 7,821 | 6,128 |
| 37,950 | 38,000 | 7,286 | 5,696 | 7,835 | 6,142 |

### 38,000 / 39,000 / 40,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| **38,000** | | | | | |
| 38,000 | 38,050 | 7,300 | 5,704 | 7,849 | 6,156 |
| 38,050 | 38,100 | 7,314 | 5,711 | 7,863 | 6,170 |
| 38,100 | 38,150 | 7,328 | 5,719 | 7,877 | 6,184 |
| 38,150 | 38,200 | 7,342 | 5,726 | 7,891 | 6,198 |
| 38,200 | 38,250 | 7,356 | 5,734 | 7,905 | 6,212 |
| 38,250 | 38,300 | 7,370 | 5,741 | 7,919 | 6,226 |
| 38,300 | 38,350 | 7,384 | 5,749 | 7,933 | 6,240 |
| 38,350 | 38,400 | 7,398 | 5,756 | 7,947 | 6,254 |
| 38,400 | 38,450 | 7,412 | 5,764 | 7,961 | 6,268 |
| 38,450 | 38,500 | 7,426 | 5,771 | 7,975 | 6,282 |
| 38,500 | 38,550 | 7,440 | 5,779 | 7,989 | 6,296 |
| 38,550 | 38,600 | 7,454 | 5,786 | 8,003 | 6,310 |
| 38,600 | 38,650 | 7,468 | 5,794 | 8,017 | 6,324 |
| 38,650 | 38,700 | 7,482 | 5,801 | 8,031 | 6,338 |
| 38,700 | 38,750 | 7,496 | 5,809 | 8,045 | 6,352 |
| 38,750 | 38,800 | 7,510 | 5,816 | 8,059 | 6,366 |
| 38,800 | 38,850 | 7,524 | 5,824 | 8,073 | 6,380 |
| 38,850 | 38,900 | 7,538 | 5,831 | 8,087 | 6,394 |
| 38,900 | 38,950 | 7,552 | 5,839 | 8,101 | 6,408 |
| 38,950 | 39,000 | 7,566 | 5,846 | 8,115 | 6,422 |
| **39,000** | | | | | |
| 39,000 | 39,050 | 7,580 | 5,854 | 8,129 | 6,436 |
| 39,050 | 39,100 | 7,594 | 5,861 | 8,143 | 6,450 |
| 39,100 | 39,150 | 7,608 | 5,869 | 8,157 | 6,464 |
| 39,150 | 39,200 | 7,622 | 5,876 | 8,171 | 6,478 |
| 39,200 | 39,250 | 7,636 | 5,884 | 8,185 | 6,492 |
| 39,250 | 39,300 | 7,650 | 5,891 | 8,199 | 6,506 |
| 39,300 | 39,350 | 7,664 | 5,899 | 8,213 | 6,520 |
| 39,350 | 39,400 | 7,678 | 5,906 | 8,227 | 6,534 |
| 39,400 | 39,450 | 7,692 | 5,914 | 8,241 | 6,548 |
| 39,450 | 39,500 | 7,706 | 5,921 | 8,255 | 6,562 |
| 39,500 | 39,550 | 7,720 | 5,929 | 8,269 | 6,576 |
| 39,550 | 39,600 | 7,734 | 5,936 | 8,283 | 6,590 |
| 39,600 | 39,650 | 7,748 | 5,944 | 8,297 | 6,604 |
| 39,650 | 39,700 | 7,762 | 5,951 | 8,311 | 6,618 |
| 39,700 | 39,750 | 7,776 | 5,959 | 8,325 | 6,632 |
| 39,750 | 39,800 | 7,790 | 5,966 | 8,339 | 6,646 |
| 39,800 | 39,850 | 7,804 | 5,974 | 8,353 | 6,660 |
| 39,850 | 39,900 | 7,818 | 5,981 | 8,367 | 6,674 |
| 39,900 | 39,950 | 7,832 | 5,989 | 8,381 | 6,688 |
| 39,950 | 40,000 | 7,846 | 5,996 | 8,395 | 6,702 |
| **40,000** | | | | | |
| 40,000 | 40,050 | 7,860 | 6,004 | 8,409 | 6,716 |
| 40,050 | 40,100 | 7,874 | 6,011 | 8,423 | 6,730 |
| 40,100 | 40,150 | 7,888 | 6,019 | 8,437 | 6,744 |
| 40,150 | 40,200 | 7,902 | 6,026 | 8,451 | 6,758 |
| 40,200 | 40,250 | 7,916 | 6,034 | 8,465 | 6,772 |
| 40,250 | 40,300 | 7,930 | 6,041 | 8,479 | 6,786 |
| 40,300 | 40,350 | 7,944 | 6,049 | 8,493 | 6,800 |
| 40,350 | 40,400 | 7,958 | 6,056 | 8,507 | 6,814 |
| 40,400 | 40,450 | 7,972 | 6,064 | 8,521 | 6,828 |
| 40,450 | 40,500 | 7,986 | 6,071 | 8,535 | 6,842 |
| 40,500 | 40,550 | 8,000 | 6,079 | 8,549 | 6,856 |
| 40,550 | 40,600 | 8,014 | 6,086 | 8,563 | 6,870 |
| 40,600 | 40,650 | 8,028 | 6,094 | 8,577 | 6,884 |
| 40,650 | 40,700 | 8,042 | 6,101 | 8,591 | 6,898 |
| 40,700 | 40,750 | 8,056 | 6,109 | 8,605 | 6,912 |
| 40,750 | 40,800 | 8,070 | 6,116 | 8,619 | 6,926 |
| 40,800 | 40,850 | 8,084 | 6,124 | 8,633 | 6,940 |
| 40,850 | 40,900 | 8,098 | 6,131 | 8,647 | 6,954 |
| 40,900 | 40,950 | 8,112 | 6,139 | 8,661 | 6,968 |
| 40,950 | 41,000 | 8,126 | 6,146 | 8,675 | 6,982 |

\* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—Continued**

### 41,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 41,000 | 41,050 | 8,140 | 6,154 | 8,689 | 6,996 |
| 41,050 | 41,100 | 8,154 | 6,161 | 8,703 | 7,010 |
| 41,100 | 41,150 | 8,168 | 6,169 | 8,717 | 7,024 |
| 41,150 | 41,200 | 8,182 | 6,176 | 8,731 | 7,038 |
| 41,200 | 41,250 | 8,196 | 6,184 | 8,745 | 7,052 |
| 41,250 | 41,300 | 8,210 | 6,191 | 8,759 | 7,066 |
| 41,300 | 41,350 | 8,224 | 6,199 | 8,773 | 7,080 |
| 41,350 | 41,400 | 8,238 | 6,206 | 8,787 | 7,094 |
| 41,400 | 41,450 | 8,252 | 6,214 | 8,801 | 7,108 |
| 41,450 | 41,500 | 8,266 | 6,221 | 8,815 | 7,122 |
| 41,500 | 41,550 | 8,280 | 6,229 | 8,829 | 7,136 |
| 41,550 | 41,600 | 8,294 | 6,236 | 8,843 | 7,150 |
| 41,600 | 41,650 | 8,308 | 6,244 | 8,857 | 7,164 |
| 41,650 | 41,700 | 8,322 | 6,251 | 8,871 | 7,178 |
| 41,700 | 41,750 | 8,336 | 6,259 | 8,885 | 7,192 |
| 41,750 | 41,800 | 8,350 | 6,266 | 8,899 | 7,206 |
| 41,800 | 41,850 | 8,364 | 6,274 | 8,913 | 7,220 |
| 41,850 | 41,900 | 8,378 | 6,281 | 8,927 | 7,234 |
| 41,900 | 41,950 | 8,392 | 6,289 | 8,941 | 7,248 |
| 41,950 | 42,000 | 8,406 | 6,296 | 8,955 | 7,262 |

### 42,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 42,000 | 42,050 | 8,420 | 6,304 | 8,969 | 7,276 |
| 42,050 | 42,100 | 8,434 | 6,311 | 8,983 | 7,290 |
| 42,100 | 42,150 | 8,448 | 6,319 | 8,997 | 7,304 |
| 42,150 | 42,200 | 8,462 | 6,326 | 9,011 | 7,318 |
| 42,200 | 42,250 | 8,476 | 6,334 | 9,025 | 7,332 |
| 42,250 | 42,300 | 8,490 | 6,341 | 9,039 | 7,346 |
| 42,300 | 42,350 | 8,504 | 6,349 | 9,053 | 7,360 |
| 42,350 | 42,400 | 8,518 | 6,356 | 9,067 | 7,374 |
| 42,400 | 42,450 | 8,532 | 6,364 | 9,081 | 7,388 |
| 42,450 | 42,500 | 8,546 | 6,371 | 9,095 | 7,402 |
| 42,500 | 42,550 | 8,560 | 6,379 | 9,109 | 7,416 |
| 42,550 | 42,600 | 8,574 | 6,386 | 9,123 | 7,430 |
| 42,600 | 42,650 | 8,588 | 6,394 | 9,137 | 7,444 |
| 42,650 | 42,700 | 8,602 | 6,401 | 9,151 | 7,458 |
| 42,700 | 42,750 | 8,616 | 6,409 | 9,165 | 7,472 |
| 42,750 | 42,800 | 8,630 | 6,416 | 9,179 | 7,486 |
| 42,800 | 42,850 | 8,644 | 6,424 | 9,193 | 7,500 |
| 42,850 | 42,900 | 8,658 | 6,431 | 9,207 | 7,514 |
| 42,900 | 42,950 | 8,672 | 6,439 | 9,221 | 7,528 |
| 42,950 | 43,000 | 8,686 | 6,446 | 9,235 | 7,542 |

### 43,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 43,000 | 43,050 | 8,700 | 6,454 | 9,249 | 7,556 |
| 43,050 | 43,100 | 8,714 | 6,465 | 9,263 | 7,570 |
| 43,100 | 43,150 | 8,728 | 6,479 | 9,277 | 7,584 |
| 43,150 | 43,200 | 8,742 | 6,493 | 9,291 | 7,598 |
| 43,200 | 43,250 | 8,756 | 6,507 | 9,305 | 7,612 |
| 43,250 | 43,300 | 8,770 | 6,521 | 9,319 | 7,626 |
| 43,300 | 43,350 | 8,784 | 6,535 | 9,333 | 7,640 |
| 43,350 | 43,400 | 8,798 | 6,549 | 9,347 | 7,654 |
| 43,400 | 43,450 | 8,812 | 6,563 | 9,361 | 7,668 |
| 43,450 | 43,500 | 8,826 | 6,577 | 9,375 | 7,682 |
| 43,500 | 43,550 | 8,840 | 6,591 | 9,389 | 7,696 |
| 43,550 | 43,600 | 8,854 | 6,605 | 9,403 | 7,710 |
| 43,600 | 43,650 | 8,868 | 6,619 | 9,417 | 7,724 |
| 43,650 | 43,700 | 8,882 | 6,633 | 9,431 | 7,738 |
| 43,700 | 43,750 | 8,896 | 6,647 | 9,445 | 7,752 |
| 43,750 | 43,800 | 8,910 | 6,661 | 9,459 | 7,766 |
| 43,800 | 43,850 | 8,924 | 6,675 | 9,473 | 7,780 |
| 43,850 | 43,900 | 8,938 | 6,689 | 9,487 | 7,794 |
| 43,900 | 43,950 | 8,952 | 6,703 | 9,501 | 7,808 |
| 43,950 | 44,000 | 8,966 | 6,717 | 9,515 | 7,822 |

### 44,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 44,000 | 44,050 | 8,980 | 6,731 | 9,529 | 7,836 |
| 44,050 | 44,100 | 8,994 | 6,745 | 9,543 | 7,850 |
| 44,100 | 44,150 | 9,008 | 6,759 | 9,557 | 7,864 |
| 44,150 | 44,200 | 9,022 | 6,773 | 9,571 | 7,878 |
| 44,200 | 44,250 | 9,036 | 6,787 | 9,585 | 7,892 |
| 44,250 | 44,300 | 9,050 | 6,801 | 9,599 | 7,906 |
| 44,300 | 44,350 | 9,064 | 6,815 | 9,613 | 7,920 |
| 44,350 | 44,400 | 9,078 | 6,829 | 9,627 | 7,934 |
| 44,400 | 44,450 | 9,092 | 6,843 | 9,641 | 7,948 |
| 44,450 | 44,500 | 9,106 | 6,857 | 9,655 | 7,962 |
| 44,500 | 44,550 | 9,120 | 6,871 | 9,669 | 7,976 |
| 44,550 | 44,600 | 9,134 | 6,885 | 9,683 | 7,990 |
| 44,600 | 44,650 | 9,148 | 6,899 | 9,697 | 8,004 |
| 44,650 | 44,700 | 9,162 | 6,913 | 9,711 | 8,018 |
| 44,700 | 44,750 | 9,176 | 6,927 | 9,725 | 8,032 |
| 44,750 | 44,800 | 9,190 | 6,941 | 9,739 | 8,046 |
| 44,800 | 44,850 | 9,204 | 6,955 | 9,753 | 8,060 |
| 44,850 | 44,900 | 9,218 | 6,969 | 9,767 | 8,074 |
| 44,900 | 44,950 | 9,232 | 6,983 | 9,781 | 8,088 |
| 44,950 | 45,000 | 9,246 | 6,997 | 9,795 | 8,102 |

### 45,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 45,000 | 45,050 | 9,260 | 7,011 | 9,809 | 8,116 |
| 45,050 | 45,100 | 9,274 | 7,025 | 9,823 | 8,130 |
| 45,100 | 45,150 | 9,288 | 7,039 | 9,837 | 8,144 |
| 45,150 | 45,200 | 9,302 | 7,053 | 9,851 | 8,158 |
| 45,200 | 45,250 | 9,316 | 7,067 | 9,865 | 8,172 |
| 45,250 | 45,300 | 9,330 | 7,081 | 9,879 | 8,186 |
| 45,300 | 45,350 | 9,344 | 7,095 | 9,893 | 8,200 |
| 45,350 | 45,400 | 9,358 | 7,109 | 9,907 | 8,214 |
| 45,400 | 45,450 | 9,372 | 7,123 | 9,921 | 8,228 |
| 45,450 | 45,500 | 9,386 | 7,137 | 9,935 | 8,242 |
| 45,500 | 45,550 | 9,400 | 7,151 | 9,949 | 8,256 |
| 45,550 | 45,600 | 9,414 | 7,165 | 9,963 | 8,270 |
| 45,600 | 45,650 | 9,428 | 7,179 | 9,977 | 8,284 |
| 45,650 | 45,700 | 9,442 | 7,193 | 9,991 | 8,298 |
| 45,700 | 45,750 | 9,456 | 7,207 | 10,005 | 8,312 |
| 45,750 | 45,800 | 9,470 | 7,221 | 10,019 | 8,326 |
| 45,800 | 45,850 | 9,484 | 7,235 | 10,033 | 8,340 |
| 45,850 | 45,900 | 9,498 | 7,249 | 10,047 | 8,354 |
| 45,900 | 45,950 | 9,512 | 7,263 | 10,061 | 8,368 |
| 45,950 | 46,000 | 9,526 | 7,277 | 10,075 | 8,382 |

### 46,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 46,000 | 46,050 | 9,540 | 7,291 | 10,089 | 8,396 |
| 46,050 | 46,100 | 9,554 | 7,305 | 10,103 | 8,410 |
| 46,100 | 46,150 | 9,568 | 7,319 | 10,117 | 8,424 |
| 46,150 | 46,200 | 9,582 | 7,333 | 10,131 | 8,438 |
| 46,200 | 46,250 | 9,596 | 7,347 | 10,145 | 8,452 |
| 46,250 | 46,300 | 9,610 | 7,361 | 10,159 | 8,466 |
| 46,300 | 46,350 | 9,624 | 7,375 | 10,173 | 8,480 |
| 46,350 | 46,400 | 9,638 | 7,389 | 10,187 | 8,494 |
| 46,400 | 46,450 | 9,652 | 7,403 | 10,201 | 8,508 |
| 46,450 | 46,500 | 9,666 | 7,417 | 10,215 | 8,522 |
| 46,500 | 46,550 | 9,680 | 7,431 | 10,229 | 8,536 |
| 46,550 | 46,600 | 9,694 | 7,445 | 10,243 | 8,550 |
| 46,600 | 46,650 | 9,708 | 7,459 | 10,257 | 8,564 |
| 46,650 | 46,700 | 9,722 | 7,473 | 10,271 | 8,578 |
| 46,700 | 46,750 | 9,736 | 7,487 | 10,285 | 8,592 |
| 46,750 | 46,800 | 9,750 | 7,501 | 10,299 | 8,606 |
| 46,800 | 46,850 | 9,764 | 7,515 | 10,313 | 8,620 |
| 46,850 | 46,900 | 9,778 | 7,529 | 10,327 | 8,634 |
| 46,900 | 46,950 | 9,792 | 7,543 | 10,341 | 8,648 |
| 46,950 | 47,000 | 9,806 | 7,557 | 10,355 | 8,662 |

### 47,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 47,000 | 47,050 | 9,820 | 7,571 | 10,369 | 8,676 |
| 47,050 | 47,100 | 9,834 | 7,585 | 10,383 | 8,690 |
| 47,100 | 47,150 | 9,848 | 7,599 | 10,397 | 8,704 |
| 47,150 | 47,200 | 9,862 | 7,613 | 10,411 | 8,718 |
| 47,200 | 47,250 | 9,876 | 7,627 | 10,425 | 8,732 |
| 47,250 | 47,300 | 9,890 | 7,641 | 10,439 | 8,746 |
| 47,300 | 47,350 | 9,904 | 7,655 | 10,453 | 8,760 |
| 47,350 | 47,400 | 9,918 | 7,669 | 10,467 | 8,774 |
| 47,400 | 47,450 | 9,932 | 7,683 | 10,481 | 8,788 |
| 47,450 | 47,500 | 9,946 | 7,697 | 10,495 | 8,802 |
| 47,500 | 47,550 | 9,960 | 7,711 | 10,509 | 8,816 |
| 47,550 | 47,600 | 9,974 | 7,725 | 10,523 | 8,830 |
| 47,600 | 47,650 | 9,988 | 7,739 | 10,537 | 8,844 |
| 47,650 | 47,700 | 10,002 | 7,753 | 10,551 | 8,858 |
| 47,700 | 47,750 | 10,016 | 7,767 | 10,565 | 8,872 |
| 47,750 | 47,800 | 10,030 | 7,781 | 10,579 | 8,886 |
| 47,800 | 47,850 | 10,044 | 7,795 | 10,593 | 8,900 |
| 47,850 | 47,900 | 10,058 | 7,809 | 10,607 | 8,914 |
| 47,900 | 47,950 | 10,072 | 7,823 | 10,621 | 8,928 |
| 47,950 | 48,000 | 10,086 | 7,837 | 10,635 | 8,942 |

### 48,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 48,000 | 48,050 | 10,100 | 7,851 | 10,649 | 8,956 |
| 48,050 | 48,100 | 10,114 | 7,865 | 10,663 | 8,970 |
| 48,100 | 48,150 | 10,128 | 7,879 | 10,677 | 8,984 |
| 48,150 | 48,200 | 10,142 | 7,893 | 10,691 | 8,998 |
| 48,200 | 48,250 | 10,156 | 7,907 | 10,705 | 9,012 |
| 48,250 | 48,300 | 10,170 | 7,921 | 10,719 | 9,026 |
| 48,300 | 48,350 | 10,184 | 7,935 | 10,733 | 9,040 |
| 48,350 | 48,400 | 10,198 | 7,949 | 10,747 | 9,054 |
| 48,400 | 48,450 | 10,212 | 7,963 | 10,761 | 9,068 |
| 48,450 | 48,500 | 10,226 | 7,977 | 10,775 | 9,082 |
| 48,500 | 48,550 | 10,240 | 7,991 | 10,789 | 9,096 |
| 48,550 | 48,600 | 10,254 | 8,005 | 10,803 | 9,110 |
| 48,600 | 48,650 | 10,268 | 8,019 | 10,817 | 9,124 |
| 48,650 | 48,700 | 10,282 | 8,033 | 10,831 | 9,138 |
| 48,700 | 48,750 | 10,296 | 8,047 | 10,845 | 9,152 |
| 48,750 | 48,800 | 10,310 | 8,061 | 10,859 | 9,166 |
| 48,800 | 48,850 | 10,324 | 8,075 | 10,873 | 9,180 |
| 48,850 | 48,900 | 10,338 | 8,089 | 10,887 | 9,194 |
| 48,900 | 48,950 | 10,352 | 8,103 | 10,901 | 9,208 |
| 48,950 | 49,000 | 10,366 | 8,117 | 10,915 | 9,222 |

### 49,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 49,000 | 49,050 | 10,380 | 8,131 | 10,929 | 9,236 |
| 49,050 | 49,100 | 10,394 | 8,145 | 10,943 | 9,250 |
| 49,100 | 49,150 | 10,408 | 8,159 | 10,957 | 9,264 |
| 49,150 | 49,200 | 10,422 | 8,173 | 10,971 | 9,278 |
| 49,200 | 49,250 | 10,436 | 8,187 | 10,985 | 9,292 |
| 49,250 | 49,300 | 10,450 | 8,201 | 10,999 | 9,306 |
| 49,300 | 49,350 | 10,464 | 8,215 | 11,013 | 9,320 |
| 49,350 | 49,400 | 10,478 | 8,229 | 11,027 | 9,334 |
| 49,400 | 49,450 | 10,492 | 8,243 | 11,041 | 9,348 |
| 49,450 | 49,500 | 10,506 | 8,257 | 11,055 | 9,362 |
| 49,500 | 49,550 | 10,520 | 8,271 | 11,069 | 9,376 |
| 49,550 | 49,600 | 10,534 | 8,285 | 11,083 | 9,390 |
| 49,600 | 49,650 | 10,548 | 8,299 | 11,097 | 9,404 |
| 49,650 | 49,700 | 10,562 | 8,313 | 11,111 | 9,418 |
| 49,700 | 49,750 | 10,576 | 8,327 | 11,125 | 9,432 |
| 49,750 | 49,800 | 10,590 | 8,341 | 11,139 | 9,446 |
| 49,800 | 49,850 | 10,604 | 8,355 | 11,153 | 9,460 |
| 49,850 | 49,900 | 10,618 | 8,369 | 11,167 | 9,474 |
| 49,900 | 49,950 | 10,632 | 8,383 | 11,181 | 9,488 |
| 49,950 | 50,000 | 10,646 | 8,397 | 11,195 | 9,502 |

* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—Continued**

| If line 39 (taxable income is—) | | And you are— | | | | If line 39 (taxable income is—) | | And you are— | | | | If line 39 (taxable income is—) | | And you are— | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household | At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household | At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | | | | Your tax is— | | | | | | Your tax is— | | | |
| **50,000** | | | | | | **53,000** | | | | | | **56,000** | | | | | |
| 50,000 | 50,050 | 10,660 | 8,411 | 11,209 | 9,516 | 53,000 | 53,050 | 11,500 | 9,251 | 12,079 | 10,356 | 56,000 | 56,050 | 12,340 | 10,091 | 13,009 | 11,196 |
| 50,050 | 50,100 | 10,674 | 8,425 | 11,223 | 9,530 | 53,050 | 53,100 | 11,514 | 9,265 | 12,094 | 10,370 | 56,050 | 56,100 | 12,354 | 10,105 | 13,024 | 11,210 |
| 50,100 | 50,150 | 10,688 | 8,439 | 11,237 | 9,544 | 53,100 | 53,150 | 11,528 | 9,279 | 12,110 | 10,384 | 56,100 | 56,150 | 12,368 | 10,119 | 13,040 | 11,224 |
| 50,150 | 50,200 | 10,702 | 8,453 | 11,251 | 9,558 | 53,150 | 53,200 | 11,542 | 9,293 | 12,125 | 10,398 | 56,150 | 56,200 | 12,382 | 10,133 | 13,055 | 11,238 |
| 50,200 | 50,250 | 10,716 | 8,467 | 11,265 | 9,572 | 53,200 | 53,250 | 11,556 | 9,307 | 12,141 | 10,412 | 56,200 | 56,250 | 12,396 | 10,147 | 13,071 | 11,252 |
| 50,250 | 50,300 | 10,730 | 8,481 | 11,279 | 9,586 | 53,250 | 53,300 | 11,570 | 9,321 | 12,156 | 10,426 | 56,250 | 56,300 | 12,410 | 10,161 | 13,086 | 11,266 |
| 50,300 | 50,350 | 10,744 | 8,495 | 11,293 | 9,600 | 53,300 | 53,350 | 11,584 | 9,335 | 12,172 | 10,440 | 56,300 | 56,350 | 12,424 | 10,175 | 13,102 | 11,280 |
| 50,350 | 50,400 | 10,758 | 8,509 | 11,307 | 9,614 | 53,350 | 53,400 | 11,598 | 9,349 | 12,187 | 10,454 | 56,350 | 56,400 | 12,438 | 10,189 | 13,117 | 11,294 |
| 50,400 | 50,450 | 10,772 | 8,523 | 11,321 | 9,628 | 53,400 | 53,450 | 11,612 | 9,363 | 12,203 | 10,468 | 56,400 | 56,450 | 12,452 | 10,203 | 13,133 | 11,308 |
| 50,450 | 50,500 | 10,786 | 8,537 | 11,335 | 9,642 | 53,450 | 53,500 | 11,626 | 9,377 | 12,218 | 10,482 | 56,450 | 56,500 | 12,466 | 10,217 | 13,148 | 11,322 |
| 50,500 | 50,550 | 10,800 | 8,551 | 11,349 | 9,656 | 53,500 | 53,550 | 11,640 | 9,391 | 12,234 | 10,496 | 56,500 | 56,550 | 12,480 | 10,231 | 13,164 | 11,336 |
| 50,550 | 50,600 | 10,814 | 8,565 | 11,363 | 9,670 | 53,550 | 53,600 | 11,654 | 9,405 | 12,249 | 10,510 | 56,550 | 56,600 | 12,494 | 10,245 | 13,179 | 11,350 |
| 50,600 | 50,650 | 10,828 | 8,579 | 11,377 | 9,684 | 53,600 | 53,650 | 11,668 | 9,419 | 12,265 | 10,524 | 56,600 | 56,650 | 12,508 | 10,259 | 13,195 | 11,364 |
| 50,650 | 50,700 | 10,842 | 8,593 | 11,391 | 9,698 | 53,650 | 53,700 | 11,682 | 9,433 | 12,280 | 10,538 | 56,650 | 56,700 | 12,522 | 10,273 | 13,210 | 11,378 |
| 50,700 | 50,750 | 10,856 | 8,607 | 11,405 | 9,712 | 53,700 | 53,750 | 11,696 | 9,447 | 12,296 | 10,552 | 56,700 | 56,750 | 12,536 | 10,287 | 13,226 | 11,392 |
| 50,750 | 50,800 | 10,870 | 8,621 | 11,419 | 9,726 | 53,750 | 53,800 | 11,710 | 9,461 | 12,311 | 10,566 | 56,750 | 56,800 | 12,550 | 10,301 | 13,241 | 11,406 |
| 50,800 | 50,850 | 10,884 | 8,635 | 11,433 | 9,740 | 53,800 | 53,850 | 11,724 | 9,475 | 12,327 | 10,580 | 56,800 | 56,850 | 12,564 | 10,315 | 13,257 | 11,420 |
| 50,850 | 50,900 | 10,898 | 8,649 | 11,447 | 9,754 | 53,850 | 53,900 | 11,738 | 9,489 | 12,342 | 10,594 | 56,850 | 56,900 | 12,578 | 10,329 | 13,272 | 11,434 |
| 50,900 | 50,950 | 10,912 | 8,663 | 11,461 | 9,768 | 53,900 | 53,950 | 11,752 | 9,503 | 12,358 | 10,608 | 56,900 | 56,950 | 12,592 | 10,343 | 13,288 | 11,448 |
| 50,950 | 51,000 | 10,926 | 8,677 | 11,475 | 9,782 | 53,950 | 54,000 | 11,766 | 9,517 | 12,373 | 10,622 | 56,950 | 57,000 | 12,606 | 10,357 | 13,303 | 11,462 |
| **51,000** | | | | | | **54,000** | | | | | | **57,000** | | | | | |
| 51,000 | 51,050 | 10,940 | 8,691 | 11,489 | 9,796 | 54,000 | 54,050 | 11,780 | 9,531 | 12,389 | 10,636 | 57,000 | 57,050 | 12,620 | 10,371 | 13,319 | 11,476 |
| 51,050 | 51,100 | 10,954 | 8,705 | 11,503 | 9,810 | 54,050 | 54,100 | 11,794 | 9,545 | 12,404 | 10,650 | 57,050 | 57,100 | 12,634 | 10,385 | 13,334 | 11,490 |
| 51,100 | 51,150 | 10,968 | 8,719 | 11,517 | 9,824 | 54,100 | 54,150 | 11,808 | 9,559 | 12,420 | 10,664 | 57,100 | 57,150 | 12,648 | 10,399 | 13,350 | 11,504 |
| 51,150 | 51,200 | 10,982 | 8,733 | 11,531 | 9,838 | 54,150 | 54,200 | 11,822 | 9,573 | 12,435 | 10,678 | 57,150 | 57,200 | 12,662 | 10,413 | 13,365 | 11,518 |
| 51,200 | 51,250 | 10,996 | 8,747 | 11,545 | 9,852 | 54,200 | 54,250 | 11,836 | 9,587 | 12,451 | 10,692 | 57,200 | 57,250 | 12,676 | 10,427 | 13,381 | 11,532 |
| 51,250 | 51,300 | 11,010 | 8,761 | 11,559 | 9,866 | 54,250 | 54,300 | 11,850 | 9,601 | 12,466 | 10,706 | 57,250 | 57,300 | 12,690 | 10,441 | 13,396 | 11,546 |
| 51,300 | 51,350 | 11,024 | 8,775 | 11,573 | 9,880 | 54,300 | 54,350 | 11,864 | 9,615 | 12,482 | 10,720 | 57,300 | 57,350 | 12,704 | 10,455 | 13,412 | 11,560 |
| 51,350 | 51,400 | 11,038 | 8,789 | 11,587 | 9,894 | 54,350 | 54,400 | 11,878 | 9,629 | 12,497 | 10,734 | 57,350 | 57,400 | 12,718 | 10,469 | 13,427 | 11,574 |
| 51,400 | 51,450 | 11,052 | 8,803 | 11,601 | 9,908 | 54,400 | 54,450 | 11,892 | 9,643 | 12,513 | 10,748 | 57,400 | 57,450 | 12,732 | 10,483 | 13,443 | 11,588 |
| 51,450 | 51,500 | 11,066 | 8,817 | 11,615 | 9,922 | 54,450 | 54,500 | 11,906 | 9,657 | 12,528 | 10,762 | 57,450 | 57,500 | 12,746 | 10,497 | 13,458 | 11,602 |
| 51,500 | 51,550 | 11,080 | 8,831 | 11,629 | 9,936 | 54,500 | 54,550 | 11,920 | 9,671 | 12,544 | 10,776 | 57,500 | 57,550 | 12,760 | 10,511 | 13,474 | 11,616 |
| 51,550 | 51,600 | 11,094 | 8,845 | 11,643 | 9,950 | 54,550 | 54,600 | 11,934 | 9,685 | 12,559 | 10,790 | 57,550 | 57,600 | 12,774 | 10,525 | 13,489 | 11,630 |
| 51,600 | 51,650 | 11,108 | 8,859 | 11,657 | 9,964 | 54,600 | 54,650 | 11,948 | 9,699 | 12,575 | 10,804 | 57,600 | 57,650 | 12,788 | 10,539 | 13,505 | 11,644 |
| 51,650 | 51,700 | 11,122 | 8,873 | 11,671 | 9,978 | 54,650 | 54,700 | 11,962 | 9,713 | 12,590 | 10,818 | 57,650 | 57,700 | 12,802 | 10,553 | 13,520 | 11,658 |
| 51,700 | 51,750 | 11,136 | 8,887 | 11,685 | 9,992 | 54,700 | 54,750 | 11,976 | 9,727 | 12,606 | 10,832 | 57,700 | 57,750 | 12,816 | 10,567 | 13,536 | 11,672 |
| 51,750 | 51,800 | 11,150 | 8,901 | 11,699 | 10,006 | 54,750 | 54,800 | 11,990 | 9,741 | 12,621 | 10,846 | 57,750 | 57,800 | 12,830 | 10,581 | 13,551 | 11,686 |
| 51,800 | 51,850 | 11,164 | 8,915 | 11,713 | 10,020 | 54,800 | 54,850 | 12,004 | 9,755 | 12,637 | 10,860 | 57,800 | 57,850 | 12,844 | 10,595 | 13,567 | 11,700 |
| 51,850 | 51,900 | 11,178 | 8,929 | 11,727 | 10,034 | 54,850 | 54,900 | 12,018 | 9,769 | 12,652 | 10,874 | 57,850 | 57,900 | 12,858 | 10,609 | 13,582 | 11,714 |
| 51,900 | 51,950 | 11,192 | 8,943 | 11,741 | 10,048 | 54,900 | 54,950 | 12,032 | 9,783 | 12,668 | 10,888 | 57,900 | 57,950 | 12,872 | 10,623 | 13,598 | 11,728 |
| 51,950 | 52,000 | 11,206 | 8,957 | 11,755 | 10,062 | 54,950 | 55,000 | 12,046 | 9,797 | 12,683 | 10,902 | 57,950 | 58,000 | 12,886 | 10,637 | 13,613 | 11,742 |
| **52,000** | | | | | | **55,000** | | | | | | **58,000** | | | | | |
| 52,000 | 52,050 | 11,220 | 8,971 | 11,769 | 10,076 | 55,000 | 55,050 | 12,060 | 9,811 | 12,699 | 10,916 | 58,000 | 58,050 | 12,900 | 10,651 | 13,629 | 11,756 |
| 52,050 | 52,100 | 11,234 | 8,985 | 11,784 | 10,090 | 55,050 | 55,100 | 12,074 | 9,825 | 12,714 | 10,930 | 58,050 | 58,100 | 12,914 | 10,665 | 13,644 | 11,770 |
| 52,100 | 52,150 | 11,248 | 8,999 | 11,800 | 10,104 | 55,100 | 55,150 | 12,088 | 9,839 | 12,730 | 10,944 | 58,100 | 58,150 | 12,928 | 10,679 | 13,660 | 11,784 |
| 52,150 | 52,200 | 11,262 | 9,013 | 11,815 | 10,118 | 55,150 | 55,200 | 12,102 | 9,853 | 12,745 | 10,958 | 58,150 | 58,200 | 12,942 | 10,693 | 13,675 | 11,798 |
| 52,200 | 52,250 | 11,276 | 9,027 | 11,831 | 10,132 | 55,200 | 55,250 | 12,116 | 9,867 | 12,761 | 10,972 | 58,200 | 58,250 | 12,956 | 10,707 | 13,691 | 11,812 |
| 52,250 | 52,300 | 11,290 | 9,041 | 11,846 | 10,146 | 55,250 | 55,300 | 12,130 | 9,881 | 12,776 | 10,986 | 58,250 | 58,300 | 12,970 | 10,721 | 13,706 | 11,826 |
| 52,300 | 52,350 | 11,304 | 9,055 | 11,862 | 10,160 | 55,300 | 55,350 | 12,144 | 9,895 | 12,792 | 11,000 | 58,300 | 58,350 | 12,984 | 10,735 | 13,722 | 11,840 |
| 52,350 | 52,400 | 11,318 | 9,069 | 11,877 | 10,174 | 55,350 | 55,400 | 12,158 | 9,909 | 12,807 | 11,014 | 58,350 | 58,400 | 12,998 | 10,749 | 13,737 | 11,854 |
| 52,400 | 52,450 | 11,332 | 9,083 | 11,893 | 10,188 | 55,400 | 55,450 | 12,172 | 9,923 | 12,823 | 11,028 | 58,400 | 58,450 | 13,012 | 10,763 | 13,753 | 11,868 |
| 52,450 | 52,500 | 11,346 | 9,097 | 11,908 | 10,202 | 55,450 | 55,500 | 12,186 | 9,937 | 12,838 | 11,042 | 58,450 | 58,500 | 13,026 | 10,777 | 13,768 | 11,882 |
| 52,500 | 52,550 | 11,360 | 9,111 | 11,924 | 10,216 | 55,500 | 55,550 | 12,200 | 9,951 | 12,854 | 11,056 | 58,500 | 58,550 | 13,040 | 10,791 | 13,784 | 11,896 |
| 52,550 | 52,600 | 11,374 | 9,125 | 11,939 | 10,230 | 55,550 | 55,600 | 12,214 | 9,965 | 12,869 | 11,070 | 58,550 | 58,600 | 13,054 | 10,805 | 13,799 | 11,910 |
| 52,600 | 52,650 | 11,388 | 9,139 | 11,955 | 10,244 | 55,600 | 55,650 | 12,228 | 9,979 | 12,885 | 11,084 | 58,600 | 58,650 | 13,068 | 10,819 | 13,815 | 11,924 |
| 52,650 | 52,700 | 11,402 | 9,153 | 11,970 | 10,258 | 55,650 | 55,700 | 12,242 | 9,993 | 12,900 | 11,098 | 58,650 | 58,700 | 13,082 | 10,833 | 13,830 | 11,938 |
| 52,700 | 52,750 | 11,416 | 9,167 | 11,986 | 10,272 | 55,700 | 55,750 | 12,256 | 10,007 | 12,916 | 11,112 | 58,700 | 58,750 | 13,096 | 10,847 | 13,846 | 11,952 |
| 52,750 | 52,800 | 11,430 | 9,181 | 12,001 | 10,286 | 55,750 | 55,800 | 12,270 | 10,021 | 12,931 | 11,126 | 58,750 | 58,800 | 13,110 | 10,861 | 13,861 | 11,966 |
| 52,800 | 52,850 | 11,444 | 9,195 | 12,017 | 10,300 | 55,800 | 55,850 | 12,284 | 10,035 | 12,947 | 11,140 | 58,800 | 58,850 | 13,124 | 10,875 | 13,877 | 11,980 |
| 52,850 | 52,900 | 11,458 | 9,209 | 12,032 | 10,314 | 55,850 | 55,900 | 12,298 | 10,049 | 12,962 | 11,154 | 58,850 | 58,900 | 13,138 | 10,889 | 13,892 | 11,994 |
| 52,900 | 52,950 | 11,472 | 9,223 | 12,048 | 10,328 | 55,900 | 55,950 | 12,312 | 10,063 | 12,978 | 11,168 | 58,900 | 58,950 | 13,152 | 10,903 | 13,908 | 12,008 |
| 52,950 | 53,000 | 11,486 | 9,237 | 12,063 | 10,342 | 55,950 | 56,000 | 12,326 | 10,077 | 12,993 | 11,182 | 58,950 | 59,000 | 13,166 | 10,917 | 13,923 | 12,022 |

\* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—Continued**

| If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household | At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household | At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | | | | Your tax is— | | | | | | Your tax is— | | | |
| **59,000** | | | | | | **62,000** | | | | | | **65,000** | | | | | |
| 59,000 | 59,050 | 13,180 | 10,931 | 13,939 | 12,036 | 62,000 | 62,050 | 14,020 | 11,771 | 14,869 | 12,876 | 65,000 | 65,050 | 14,937 | 12,611 | 15,799 | 13,716 |
| 59,050 | 59,100 | 13,194 | 10,945 | 13,954 | 12,050 | 62,050 | 62,100 | 14,034 | 11,785 | 14,884 | 12,890 | 65,050 | 65,100 | 14,952 | 12,625 | 15,814 | 13,730 |
| 59,100 | 59,150 | 13,208 | 10,959 | 13,970 | 12,064 | 62,100 | 62,150 | 14,048 | 11,799 | 14,900 | 12,904 | 65,100 | 65,150 | 14,968 | 12,639 | 15,830 | 13,744 |
| 59,150 | 59,200 | 13,222 | 10,973 | 13,985 | 12,078 | 62,150 | 62,200 | 14,062 | 11,813 | 14,915 | 12,918 | 65,150 | 65,200 | 14,983 | 12,653 | 15,845 | 13,758 |
| 59,200 | 59,250 | 13,236 | 10,987 | 14,001 | 12,092 | 62,200 | 62,250 | 14,076 | 11,827 | 14,931 | 12,932 | 65,200 | 65,250 | 14,999 | 12,667 | 15,861 | 13,772 |
| 59,250 | 59,300 | 13,250 | 11,001 | 14,016 | 12,106 | 62,250 | 62,300 | 14,090 | 11,841 | 14,946 | 12,946 | 65,250 | 65,300 | 15,014 | 12,681 | 15,876 | 13,786 |
| 59,300 | 59,350 | 13,264 | 11,015 | 14,032 | 12,120 | 62,300 | 62,350 | 14,104 | 11,855 | 14,962 | 12,960 | 65,300 | 65,350 | 15,030 | 12,695 | 15,892 | 13,800 |
| 59,350 | 59,400 | 13,278 | 11,029 | 14,047 | 12,134 | 62,350 | 62,400 | 14,118 | 11,869 | 14,977 | 12,974 | 65,350 | 65,400 | 15,045 | 12,709 | 15,907 | 13,814 |
| 59,400 | 59,450 | 13,292 | 11,043 | 14,063 | 12,148 | 62,400 | 62,450 | 14,132 | 11,883 | 14,993 | 12,988 | 65,400 | 65,450 | 15,061 | 12,723 | 15,923 | 13,828 |
| 59,450 | 59,500 | 13,306 | 11,057 | 14,078 | 12,162 | 62,450 | 62,500 | 14,146 | 11,897 | 15,008 | 13,002 | 65,450 | 65,500 | 15,076 | 12,737 | 15,938 | 13,842 |
| 59,500 | 59,550 | 13,320 | 11,071 | 14,094 | 12,176 | 62,500 | 62,550 | 14,162 | 11,911 | 15,024 | 13,016 | 65,500 | 65,550 | 15,092 | 12,751 | 15,954 | 13,856 |
| 59,550 | 59,600 | 13,334 | 11,085 | 14,109 | 12,190 | 62,550 | 62,600 | 14,177 | 11,925 | 15,039 | 13,030 | 65,550 | 65,600 | 15,107 | 12,765 | 15,969 | 13,870 |
| 59,600 | 59,650 | 13,348 | 11,099 | 14,125 | 12,204 | 62,600 | 62,650 | 14,193 | 11,939 | 15,055 | 13,044 | 65,600 | 65,650 | 15,123 | 12,779 | 15,985 | 13,884 |
| 59,650 | 59,700 | 13,362 | 11,113 | 14,140 | 12,218 | 62,650 | 62,700 | 14,208 | 11,953 | 15,070 | 13,058 | 65,650 | 65,700 | 15,138 | 12,793 | 16,000 | 13,898 |
| 59,700 | 59,750 | 13,376 | 11,127 | 14,156 | 12,232 | 62,700 | 62,750 | 14,224 | 11,967 | 15,086 | 13,072 | 65,700 | 65,750 | 15,154 | 12,807 | 16,016 | 13,912 |
| 59,750 | 59,800 | 13,390 | 11,141 | 14,171 | 12,246 | 62,750 | 62,800 | 14,239 | 11,981 | 15,101 | 13,086 | 65,750 | 65,800 | 15,169 | 12,821 | 16,031 | 13,926 |
| 59,800 | 59,850 | 13,404 | 11,155 | 14,187 | 12,260 | 62,800 | 62,850 | 14,255 | 11,995 | 15,117 | 13,100 | 65,800 | 65,850 | 15,185 | 12,835 | 16,047 | 13,940 |
| 59,850 | 59,900 | 13,418 | 11,169 | 14,202 | 12,274 | 62,850 | 62,900 | 14,270 | 12,009 | 15,132 | 13,114 | 65,850 | 65,900 | 15,200 | 12,849 | 16,062 | 13,954 |
| 59,900 | 59,950 | 13,432 | 11,183 | 14,218 | 12,288 | 62,900 | 62,950 | 14,286 | 12,023 | 15,148 | 13,128 | 65,900 | 65,950 | 15,216 | 12,863 | 16,078 | 13,968 |
| 59,950 | 60,000 | 13,446 | 11,197 | 14,233 | 12,302 | 62,950 | 63,000 | 14,301 | 12,037 | 15,163 | 13,142 | 65,950 | 66,000 | 15,231 | 12,877 | 16,093 | 13,982 |
| **60,000** | | | | | | **63,000** | | | | | | **66,000** | | | | | |
| 60,000 | 60,050 | 13,460 | 11,211 | 14,249 | 12,316 | 63,000 | 63,050 | 14,317 | 12,051 | 15,179 | 13,156 | 66,000 | 66,050 | 15,247 | 12,891 | 16,109 | 13,996 |
| 60,050 | 60,100 | 13,474 | 11,225 | 14,264 | 12,330 | 63,050 | 63,100 | 14,332 | 12,065 | 15,194 | 13,170 | 66,050 | 66,100 | 15,262 | 12,905 | 16,124 | 14,010 |
| 60,100 | 60,150 | 13,488 | 11,239 | 14,280 | 12,344 | 63,100 | 63,150 | 14,348 | 12,079 | 15,210 | 13,184 | 66,100 | 66,150 | 15,278 | 12,919 | 16,140 | 14,024 |
| 60,150 | 60,200 | 13,502 | 11,253 | 14,295 | 12,358 | 63,150 | 63,200 | 14,363 | 12,093 | 15,225 | 13,198 | 66,150 | 66,200 | 15,293 | 12,933 | 16,155 | 14,038 |
| 60,200 | 60,250 | 13,516 | 11,267 | 14,311 | 12,372 | 63,200 | 63,250 | 14,379 | 12,107 | 15,241 | 13,212 | 66,200 | 66,250 | 15,309 | 12,947 | 16,171 | 14,052 |
| 60,250 | 60,300 | 13,530 | 11,281 | 14,326 | 12,386 | 63,250 | 63,300 | 14,394 | 12,121 | 15,256 | 13,226 | 66,250 | 66,300 | 15,324 | 12,961 | 16,186 | 14,066 |
| 60,300 | 60,350 | 13,544 | 11,295 | 14,342 | 12,400 | 63,300 | 63,350 | 14,410 | 12,135 | 15,272 | 13,240 | 66,300 | 66,350 | 15,340 | 12,975 | 16,202 | 14,080 |
| 60,350 | 60,400 | 13,558 | 11,309 | 14,357 | 12,414 | 63,350 | 63,400 | 14,425 | 12,149 | 15,287 | 13,254 | 66,350 | 66,400 | 15,355 | 12,989 | 16,217 | 14,094 |
| 60,400 | 60,450 | 13,572 | 11,323 | 14,373 | 12,428 | 63,400 | 63,450 | 14,441 | 12,163 | 15,303 | 13,268 | 66,400 | 66,450 | 15,371 | 13,003 | 16,233 | 14,108 |
| 60,450 | 60,500 | 13,586 | 11,337 | 14,388 | 12,442 | 63,450 | 63,500 | 14,456 | 12,177 | 15,318 | 13,282 | 66,450 | 66,500 | 15,386 | 13,017 | 16,248 | 14,122 |
| 60,500 | 60,550 | 13,600 | 11,351 | 14,404 | 12,456 | 63,500 | 63,550 | 14,472 | 12,191 | 15,334 | 13,296 | 66,500 | 66,550 | 15,402 | 13,031 | 16,264 | 14,136 |
| 60,550 | 60,600 | 13,614 | 11,365 | 14,419 | 12,470 | 63,550 | 63,600 | 14,487 | 12,205 | 15,349 | 13,310 | 66,550 | 66,600 | 15,417 | 13,045 | 16,279 | 14,150 |
| 60,600 | 60,650 | 13,628 | 11,379 | 14,435 | 12,484 | 63,600 | 63,650 | 14,503 | 12,219 | 15,365 | 13,324 | 66,600 | 66,650 | 15,433 | 13,059 | 16,295 | 14,164 |
| 60,650 | 60,700 | 13,642 | 11,393 | 14,450 | 12,498 | 63,650 | 63,700 | 14,518 | 12,233 | 15,380 | 13,338 | 66,650 | 66,700 | 15,448 | 13,073 | 16,310 | 14,178 |
| 60,700 | 60,750 | 13,656 | 11,407 | 14,466 | 12,512 | 63,700 | 63,750 | 14,534 | 12,247 | 15,396 | 13,352 | 66,700 | 66,750 | 15,464 | 13,087 | 16,326 | 14,192 |
| 60,750 | 60,800 | 13,670 | 11,421 | 14,481 | 12,526 | 63,750 | 63,800 | 14,549 | 12,261 | 15,411 | 13,366 | 66,750 | 66,800 | 15,479 | 13,101 | 16,341 | 14,206 |
| 60,800 | 60,850 | 13,684 | 11,435 | 14,497 | 12,540 | 63,800 | 63,850 | 14,565 | 12,275 | 15,427 | 13,380 | 66,800 | 66,850 | 15,495 | 13,115 | 16,357 | 14,220 |
| 60,850 | 60,900 | 13,698 | 11,449 | 14,512 | 12,554 | 63,850 | 63,900 | 14,580 | 12,289 | 15,442 | 13,394 | 66,850 | 66,900 | 15,510 | 13,129 | 16,372 | 14,234 |
| 60,900 | 60,950 | 13,712 | 11,463 | 14,528 | 12,568 | 63,900 | 63,950 | 14,596 | 12,303 | 15,458 | 13,408 | 66,900 | 66,950 | 15,526 | 13,143 | 16,388 | 14,248 |
| 60,950 | 61,000 | 13,726 | 11,477 | 14,543 | 12,582 | 63,950 | 64,000 | 14,611 | 12,317 | 15,473 | 13,422 | 66,950 | 67,000 | 15,541 | 13,157 | 16,403 | 14,262 |
| **61,000** | | | | | | **64,000** | | | | | | **67,000** | | | | | |
| 61,000 | 61,050 | 13,740 | 11,491 | 14,559 | 12,596 | 64,000 | 64,050 | 14,627 | 12,331 | 15,489 | 13,436 | 67,000 | 67,050 | 15,557 | 13,171 | 16,419 | 14,276 |
| 61,050 | 61,100 | 13,754 | 11,505 | 14,574 | 12,610 | 64,050 | 64,100 | 14,642 | 12,345 | 15,504 | 13,450 | 67,050 | 67,100 | 15,572 | 13,185 | 16,434 | 14,290 |
| 61,100 | 61,150 | 13,768 | 11,519 | 14,590 | 12,624 | 64,100 | 64,150 | 14,658 | 12,359 | 15,520 | 13,464 | 67,100 | 67,150 | 15,588 | 13,199 | 16,450 | 14,304 |
| 61,150 | 61,200 | 13,782 | 11,533 | 14,605 | 12,638 | 64,150 | 64,200 | 14,673 | 12,373 | 15,535 | 13,478 | 67,150 | 67,200 | 15,603 | 13,213 | 16,465 | 14,318 |
| 61,200 | 61,250 | 13,796 | 11,547 | 14,621 | 12,652 | 64,200 | 64,250 | 14,689 | 12,387 | 15,551 | 13,492 | 67,200 | 67,250 | 15,619 | 13,227 | 16,481 | 14,332 |
| 61,250 | 61,300 | 13,810 | 11,561 | 14,636 | 12,666 | 64,250 | 64,300 | 14,704 | 12,401 | 15,566 | 13,506 | 67,250 | 67,300 | 15,634 | 13,241 | 16,496 | 14,346 |
| 61,300 | 61,350 | 13,824 | 11,575 | 14,652 | 12,680 | 64,300 | 64,350 | 14,720 | 12,415 | 15,582 | 13,520 | 67,300 | 67,350 | 15,650 | 13,255 | 16,512 | 14,360 |
| 61,350 | 61,400 | 13,838 | 11,589 | 14,667 | 12,694 | 64,350 | 64,400 | 14,735 | 12,429 | 15,597 | 13,534 | 67,350 | 67,400 | 15,665 | 13,269 | 16,527 | 14,374 |
| 61,400 | 61,450 | 13,852 | 11,603 | 14,683 | 12,708 | 64,400 | 64,450 | 14,751 | 12,443 | 15,613 | 13,548 | 67,400 | 67,450 | 15,681 | 13,283 | 16,543 | 14,388 |
| 61,450 | 61,500 | 13,866 | 11,617 | 14,698 | 12,722 | 64,450 | 64,500 | 14,766 | 12,457 | 15,628 | 13,562 | 67,450 | 67,500 | 15,696 | 13,297 | 16,558 | 14,402 |
| 61,500 | 61,550 | 13,880 | 11,631 | 14,714 | 12,736 | 64,500 | 64,550 | 14,782 | 12,471 | 15,644 | 13,576 | 67,500 | 67,550 | 15,712 | 13,311 | 16,574 | 14,416 |
| 61,550 | 61,600 | 13,894 | 11,645 | 14,729 | 12,750 | 64,550 | 64,600 | 14,797 | 12,485 | 15,659 | 13,590 | 67,550 | 67,600 | 15,727 | 13,325 | 16,589 | 14,430 |
| 61,600 | 61,650 | 13,908 | 11,659 | 14,745 | 12,764 | 64,600 | 64,650 | 14,813 | 12,499 | 15,675 | 13,604 | 67,600 | 67,650 | 15,743 | 13,339 | 16,605 | 14,444 |
| 61,650 | 61,700 | 13,922 | 11,673 | 14,760 | 12,778 | 64,650 | 64,700 | 14,828 | 12,513 | 15,690 | 13,618 | 67,650 | 67,700 | 15,758 | 13,353 | 16,620 | 14,458 |
| 61,700 | 61,750 | 13,936 | 11,687 | 14,776 | 12,792 | 64,700 | 64,750 | 14,844 | 12,527 | 15,706 | 13,632 | 67,700 | 67,750 | 15,774 | 13,367 | 16,636 | 14,472 |
| 61,750 | 61,800 | 13,950 | 11,701 | 14,791 | 12,806 | 64,750 | 64,800 | 14,859 | 12,541 | 15,721 | 13,646 | 67,750 | 67,800 | 15,789 | 13,381 | 16,651 | 14,486 |
| 61,800 | 61,850 | 13,964 | 11,715 | 14,807 | 12,820 | 64,800 | 64,850 | 14,875 | 12,555 | 15,737 | 13,660 | 67,800 | 67,850 | 15,805 | 13,395 | 16,667 | 14,500 |
| 61,850 | 61,900 | 13,978 | 11,729 | 14,822 | 12,834 | 64,850 | 64,900 | 14,890 | 12,569 | 15,752 | 13,674 | 67,850 | 67,900 | 15,820 | 13,409 | 16,682 | 14,514 |
| 61,900 | 61,950 | 13,992 | 11,743 | 14,838 | 12,848 | 64,900 | 64,950 | 14,906 | 12,583 | 15,768 | 13,688 | 67,900 | 67,950 | 15,836 | 13,423 | 16,698 | 14,528 |
| 61,950 | 62,000 | 14,006 | 11,757 | 14,853 | 12,862 | 64,950 | 65,000 | 14,921 | 12,597 | 15,783 | 13,702 | 67,950 | 68,000 | 15,851 | 13,437 | 16,713 | 14,542 |

\* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—Continued**

Header (applies to all sections):

| If line 39 (taxable income) is— At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|

**68,000**

| At least | But less than | Single | Married jointly | Married separately | Head of household |
|---|---|---|---|---|---|
| 68,000 | 68,050 | 15,867 | 13,451 | 16,729 | 14,556 |
| 68,050 | 68,100 | 15,882 | 13,465 | 16,744 | 14,570 |
| 68,100 | 68,150 | 15,898 | 13,479 | 16,760 | 14,584 |
| 68,150 | 68,200 | 15,913 | 13,493 | 16,775 | 14,598 |
| 68,200 | 68,250 | 15,929 | 13,507 | 16,791 | 14,612 |
| 68,250 | 68,300 | 15,944 | 13,521 | 16,806 | 14,626 |
| 68,300 | 68,350 | 15,960 | 13,535 | 16,822 | 14,640 |
| 68,350 | 68,400 | 15,975 | 13,549 | 16,837 | 14,654 |
| 68,400 | 68,450 | 15,991 | 13,563 | 16,853 | 14,668 |
| 68,450 | 68,500 | 16,006 | 13,577 | 16,868 | 14,682 |
| 68,500 | 68,550 | 16,022 | 13,591 | 16,884 | 14,696 |
| 68,550 | 68,600 | 16,037 | 13,605 | 16,899 | 14,710 |
| 68,600 | 68,650 | 16,053 | 13,619 | 16,915 | 14,724 |
| 68,650 | 68,700 | 16,068 | 13,633 | 16,930 | 14,738 |
| 68,700 | 68,750 | 16,084 | 13,647 | 16,946 | 14,752 |
| 68,750 | 68,800 | 16,099 | 13,661 | 16,961 | 14,766 |
| 68,800 | 68,850 | 16,115 | 13,675 | 16,977 | 14,780 |
| 68,850 | 68,900 | 16,130 | 13,689 | 16,992 | 14,794 |
| 68,900 | 68,950 | 16,146 | 13,703 | 17,008 | 14,808 |
| 68,950 | 69,000 | 16,161 | 13,717 | 17,023 | 14,822 |

**69,000**

| At least | But less than | Single | Married jointly | Married separately | Head of household |
|---|---|---|---|---|---|
| 69,000 | 69,050 | 16,177 | 13,731 | 17,039 | 14,836 |
| 69,050 | 69,100 | 16,192 | 13,745 | 17,054 | 14,850 |
| 69,100 | 69,150 | 16,208 | 13,759 | 17,070 | 14,864 |
| 69,150 | 69,200 | 16,223 | 13,773 | 17,085 | 14,878 |
| 69,200 | 69,250 | 16,239 | 13,787 | 17,101 | 14,892 |
| 69,250 | 69,300 | 16,254 | 13,801 | 17,116 | 14,906 |
| 69,300 | 69,350 | 16,270 | 13,815 | 17,132 | 14,920 |
| 69,350 | 69,400 | 16,285 | 13,829 | 17,147 | 14,934 |
| 69,400 | 69,450 | 16,301 | 13,843 | 17,163 | 14,948 |
| 69,450 | 69,500 | 16,316 | 13,857 | 17,178 | 14,962 |
| 69,500 | 69,550 | 16,332 | 13,871 | 17,194 | 14,976 |
| 69,550 | 69,600 | 16,347 | 13,885 | 17,209 | 14,990 |
| 69,600 | 69,650 | 16,363 | 13,899 | 17,225 | 15,004 |
| 69,650 | 69,700 | 16,378 | 13,913 | 17,240 | 15,018 |
| 69,700 | 69,750 | 16,394 | 13,927 | 17,256 | 15,032 |
| 69,750 | 69,800 | 16,409 | 13,941 | 17,271 | 15,046 |
| 69,800 | 69,850 | 16,425 | 13,955 | 17,287 | 15,060 |
| 69,850 | 69,900 | 16,440 | 13,969 | 17,302 | 15,074 |
| 69,900 | 69,950 | 16,456 | 13,983 | 17,318 | 15,088 |
| 69,950 | 70,000 | 16,471 | 13,997 | 17,333 | 15,102 |

**70,000**

| At least | But less than | Single | Married jointly | Married separately | Head of household |
|---|---|---|---|---|---|
| 70,000 | 70,050 | 16,487 | 14,011 | 17,349 | 15,116 |
| 70,050 | 70,100 | 16,502 | 14,025 | 17,364 | 15,130 |
| 70,100 | 70,150 | 16,518 | 14,039 | 17,380 | 15,144 |
| 70,150 | 70,200 | 16,533 | 14,053 | 17,395 | 15,158 |
| 70,200 | 70,250 | 16,549 | 14,067 | 17,411 | 15,172 |
| 70,250 | 70,300 | 16,564 | 14,081 | 17,426 | 15,186 |
| 70,300 | 70,350 | 16,580 | 14,095 | 17,442 | 15,200 |
| 70,350 | 70,400 | 16,595 | 14,109 | 17,457 | 15,214 |
| 70,400 | 70,450 | 16,611 | 14,123 | 17,473 | 15,228 |
| 70,450 | 70,500 | 16,626 | 14,137 | 17,488 | 15,242 |
| 70,500 | 70,550 | 16,642 | 14,151 | 17,504 | 15,256 |
| 70,550 | 70,600 | 16,657 | 14,165 | 17,519 | 15,270 |
| 70,600 | 70,650 | 16,673 | 14,179 | 17,535 | 15,284 |
| 70,650 | 70,700 | 16,688 | 14,193 | 17,550 | 15,298 |
| 70,700 | 70,750 | 16,704 | 14,207 | 17,566 | 15,312 |
| 70,750 | 70,800 | 16,719 | 14,221 | 17,581 | 15,326 |
| 70,800 | 70,850 | 16,735 | 14,235 | 17,597 | 15,340 |
| 70,850 | 70,900 | 16,750 | 14,249 | 17,612 | 15,354 |
| 70,900 | 70,950 | 16,766 | 14,263 | 17,628 | 15,368 |
| 70,950 | 71,000 | 16,781 | 14,277 | 17,643 | 15,382 |

**71,000**

| At least | But less than | Single | Married jointly | Married separately | Head of household |
|---|---|---|---|---|---|
| 71,000 | 71,050 | 16,797 | 14,291 | 17,659 | 15,396 |
| 71,050 | 71,100 | 16,812 | 14,305 | 17,674 | 15,410 |
| 71,100 | 71,150 | 16,828 | 14,319 | 17,690 | 15,424 |
| 71,150 | 71,200 | 16,843 | 14,333 | 17,705 | 15,438 |
| 71,200 | 71,250 | 16,859 | 14,347 | 17,721 | 15,452 |
| 71,250 | 71,300 | 16,874 | 14,361 | 17,736 | 15,466 |
| 71,300 | 71,350 | 16,890 | 14,375 | 17,752 | 15,480 |
| 71,350 | 71,400 | 16,905 | 14,389 | 17,767 | 15,494 |
| 71,400 | 71,450 | 16,921 | 14,403 | 17,783 | 15,508 |
| 71,450 | 71,500 | 16,936 | 14,417 | 17,798 | 15,522 |
| 71,500 | 71,550 | 16,952 | 14,431 | 17,814 | 15,536 |
| 71,550 | 71,600 | 16,967 | 14,445 | 17,829 | 15,550 |
| 71,600 | 71,650 | 16,983 | 14,459 | 17,845 | 15,564 |
| 71,650 | 71,700 | 16,998 | 14,473 | 17,860 | 15,578 |
| 71,700 | 71,750 | 17,014 | 14,487 | 17,876 | 15,592 |
| 71,750 | 71,800 | 17,029 | 14,501 | 17,891 | 15,606 |
| 71,800 | 71,850 | 17,045 | 14,515 | 17,907 | 15,620 |
| 71,850 | 71,900 | 17,060 | 14,529 | 17,922 | 15,634 |
| 71,900 | 71,950 | 17,076 | 14,543 | 17,938 | 15,648 |
| 71,950 | 72,000 | 17,091 | 14,557 | 17,953 | 15,662 |

**72,000**

| At least | But less than | Single | Married jointly | Married separately | Head of household |
|---|---|---|---|---|---|
| 72,000 | 72,050 | 17,107 | 14,571 | 17,969 | 15,676 |
| 72,050 | 72,100 | 17,122 | 14,585 | 17,984 | 15,690 |
| 72,100 | 72,150 | 17,138 | 14,599 | 18,000 | 15,704 |
| 72,150 | 72,200 | 17,153 | 14,613 | 18,015 | 15,718 |
| 72,200 | 72,250 | 17,169 | 14,627 | 18,031 | 15,732 |
| 72,250 | 72,300 | 17,184 | 14,641 | 18,046 | 15,746 |
| 72,300 | 72,350 | 17,200 | 14,655 | 18,062 | 15,760 |
| 72,350 | 72,400 | 17,215 | 14,669 | 18,077 | 15,774 |
| 72,400 | 72,450 | 17,231 | 14,683 | 18,093 | 15,788 |
| 72,450 | 72,500 | 17,246 | 14,697 | 18,108 | 15,802 |
| 72,500 | 72,550 | 17,262 | 14,711 | 18,124 | 15,816 |
| 72,550 | 72,600 | 17,277 | 14,725 | 18,139 | 15,830 |
| 72,600 | 72,650 | 17,293 | 14,739 | 18,155 | 15,844 |
| 72,650 | 72,700 | 17,308 | 14,753 | 18,170 | 15,858 |
| 72,700 | 72,750 | 17,324 | 14,767 | 18,186 | 15,872 |
| 72,750 | 72,800 | 17,339 | 14,781 | 18,201 | 15,886 |
| 72,800 | 72,850 | 17,355 | 14,795 | 18,217 | 15,900 |
| 72,850 | 72,900 | 17,370 | 14,809 | 18,232 | 15,914 |
| 72,900 | 72,950 | 17,386 | 14,823 | 18,248 | 15,928 |
| 72,950 | 73,000 | 17,401 | 14,837 | 18,263 | 15,942 |

**73,000**

| At least | But less than | Single | Married jointly | Married separately | Head of household |
|---|---|---|---|---|---|
| 73,000 | 73,050 | 17,417 | 14,851 | 18,279 | 15,956 |
| 73,050 | 73,100 | 17,432 | 14,865 | 18,294 | 15,970 |
| 73,100 | 73,150 | 17,448 | 14,879 | 18,310 | 15,984 |
| 73,150 | 73,200 | 17,463 | 14,893 | 18,325 | 15,998 |
| 73,200 | 73,250 | 17,479 | 14,907 | 18,341 | 16,012 |
| 73,250 | 73,300 | 17,494 | 14,921 | 18,356 | 16,026 |
| 73,300 | 73,350 | 17,510 | 14,935 | 18,372 | 16,040 |
| 73,350 | 73,400 | 17,525 | 14,949 | 18,387 | 16,054 |
| 73,400 | 73,450 | 17,541 | 14,963 | 18,403 | 16,068 |
| 73,450 | 73,500 | 17,556 | 14,977 | 18,418 | 16,082 |
| 73,500 | 73,550 | 17,572 | 14,991 | 18,434 | 16,096 |
| 73,550 | 73,600 | 17,587 | 15,005 | 18,449 | 16,110 |
| 73,600 | 73,650 | 17,603 | 15,019 | 18,465 | 16,124 |
| 73,650 | 73,700 | 17,618 | 15,033 | 18,480 | 16,138 |
| 73,700 | 73,750 | 17,634 | 15,047 | 18,496 | 16,152 |
| 73,750 | 73,800 | 17,649 | 15,061 | 18,511 | 16,166 |
| 73,800 | 73,850 | 17,665 | 15,075 | 18,527 | 16,180 |
| 73,850 | 73,900 | 17,680 | 15,089 | 18,542 | 16,194 |
| 73,900 | 73,950 | 17,696 | 15,103 | 18,558 | 16,208 |
| 73,950 | 74,000 | 17,711 | 15,117 | 18,573 | 16,222 |

**74,000**

| At least | But less than | Single | Married jointly | Married separately | Head of household |
|---|---|---|---|---|---|
| 74,000 | 74,050 | 17,727 | 15,131 | 18,589 | 16,236 |
| 74,050 | 74,100 | 17,742 | 15,145 | 18,604 | 16,250 |
| 74,100 | 74,150 | 17,758 | 15,159 | 18,620 | 16,264 |
| 74,150 | 74,200 | 17,773 | 15,173 | 18,635 | 16,278 |
| 74,200 | 74,250 | 17,789 | 15,187 | 18,651 | 16,292 |
| 74,250 | 74,300 | 17,804 | 15,201 | 18,666 | 16,306 |
| 74,300 | 74,350 | 17,820 | 15,215 | 18,682 | 16,320 |
| 74,350 | 74,400 | 17,835 | 15,229 | 18,697 | 16,334 |
| 74,400 | 74,450 | 17,851 | 15,243 | 18,713 | 16,348 |
| 74,450 | 74,500 | 17,866 | 15,257 | 18,728 | 16,362 |
| 74,500 | 74,550 | 17,882 | 15,271 | 18,744 | 16,376 |
| 74,550 | 74,600 | 17,897 | 15,285 | 18,759 | 16,390 |
| 74,600 | 74,650 | 17,913 | 15,299 | 18,775 | 16,404 |
| 74,650 | 74,700 | 17,928 | 15,313 | 18,790 | 16,418 |
| 74,700 | 74,750 | 17,944 | 15,327 | 18,806 | 16,432 |
| 74,750 | 74,800 | 17,959 | 15,341 | 18,821 | 16,446 |
| 74,800 | 74,850 | 17,975 | 15,355 | 18,837 | 16,460 |
| 74,850 | 74,900 | 17,990 | 15,369 | 18,852 | 16,474 |
| 74,900 | 74,950 | 18,006 | 15,383 | 18,868 | 16,488 |
| 74,950 | 75,000 | 18,021 | 15,397 | 18,883 | 16,502 |

**75,000**

| At least | But less than | Single | Married jointly | Married separately | Head of household |
|---|---|---|---|---|---|
| 75,000 | 75,050 | 18,037 | 15,411 | 18,899 | 16,516 |
| 75,050 | 75,100 | 18,052 | 15,425 | 18,914 | 16,530 |
| 75,100 | 75,150 | 18,068 | 15,439 | 18,930 | 16,544 |
| 75,150 | 75,200 | 18,083 | 15,453 | 18,945 | 16,558 |
| 75,200 | 75,250 | 18,099 | 15,467 | 18,961 | 16,572 |
| 75,250 | 75,300 | 18,114 | 15,481 | 18,976 | 16,586 |
| 75,300 | 75,350 | 18,130 | 15,495 | 18,992 | 16,600 |
| 75,350 | 75,400 | 18,145 | 15,509 | 19,007 | 16,614 |
| 75,400 | 75,450 | 18,161 | 15,523 | 19,023 | 16,628 |
| 75,450 | 75,500 | 18,176 | 15,537 | 19,038 | 16,642 |
| 75,500 | 75,550 | 18,192 | 15,551 | 19,054 | 16,656 |
| 75,550 | 75,600 | 18,207 | 15,565 | 19,069 | 16,670 |
| 75,600 | 75,650 | 18,223 | 15,579 | 19,085 | 16,684 |
| 75,650 | 75,700 | 18,238 | 15,593 | 19,100 | 16,698 |
| 75,700 | 75,750 | 18,254 | 15,607 | 19,116 | 16,712 |
| 75,750 | 75,800 | 18,269 | 15,621 | 19,131 | 16,726 |
| 75,800 | 75,850 | 18,285 | 15,635 | 19,147 | 16,740 |
| 75,850 | 75,900 | 18,300 | 15,649 | 19,162 | 16,754 |
| 75,900 | 75,950 | 18,316 | 15,663 | 19,178 | 16,768 |
| 75,950 | 76,000 | 18,331 | 15,677 | 19,193 | 16,782 |

**76,000**

| At least | But less than | Single | Married jointly | Married separately | Head of household |
|---|---|---|---|---|---|
| 76,000 | 76,050 | 18,347 | 15,691 | 19,209 | 16,796 |
| 76,050 | 76,100 | 18,362 | 15,705 | 19,224 | 16,810 |
| 76,100 | 76,150 | 18,378 | 15,719 | 19,240 | 16,824 |
| 76,150 | 76,200 | 18,393 | 15,733 | 19,255 | 16,838 |
| 76,200 | 76,250 | 18,409 | 15,747 | 19,271 | 16,852 |
| 76,250 | 76,300 | 18,424 | 15,761 | 19,286 | 16,866 |
| 76,300 | 76,350 | 18,440 | 15,775 | 19,302 | 16,880 |
| 76,350 | 76,400 | 18,455 | 15,789 | 19,317 | 16,894 |
| 76,400 | 76,450 | 18,471 | 15,803 | 19,333 | 16,908 |
| 76,450 | 76,500 | 18,486 | 15,817 | 19,348 | 16,922 |
| 76,500 | 76,550 | 18,502 | 15,831 | 19,364 | 16,936 |
| 76,550 | 76,600 | 18,517 | 15,845 | 19,379 | 16,950 |
| 76,600 | 76,650 | 18,533 | 15,859 | 19,395 | 16,964 |
| 76,650 | 76,700 | 18,548 | 15,873 | 19,410 | 16,978 |
| 76,700 | 76,750 | 18,564 | 15,887 | 19,426 | 16,992 |
| 76,750 | 76,800 | 18,579 | 15,901 | 19,441 | 17,006 |
| 76,800 | 76,850 | 18,595 | 15,915 | 19,457 | 17,020 |
| 76,850 | 76,900 | 18,610 | 15,929 | 19,472 | 17,034 |
| 76,900 | 76,950 | 18,626 | 15,943 | 19,488 | 17,048 |
| 76,950 | 77,000 | 18,641 | 15,957 | 19,503 | 17,062 |

* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—Continued**

| If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household | At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household | At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | | | | Your tax is— | | | | | | Your tax is— | | | |
| **77,000** | | | | | | **80,000** | | | | | | **83,000** | | | | | |
| 77,000 | 77,050 | 18,657 | 15,971 | 19,519 | 17,076 | 80,000 | 80,050 | 19,587 | 16,811 | 20,486 | 17,916 | 83,000 | 83,050 | 20,517 | 17,651 | 21,566 | 18,756 |
| 77,050 | 77,100 | 18,672 | 15,985 | 19,534 | 17,090 | 80,050 | 80,100 | 19,602 | 16,825 | 20,504 | 17,930 | 83,050 | 83,100 | 20,532 | 17,665 | 21,584 | 18,770 |
| 77,100 | 77,150 | 18,688 | 15,999 | 19,550 | 17,104 | 80,100 | 80,150 | 19,618 | 16,839 | 20,522 | 17,944 | 83,100 | 83,150 | 20,548 | 17,679 | 21,602 | 18,784 |
| 77,150 | 77,200 | 18,703 | 16,013 | 19,565 | 17,118 | 80,150 | 80,200 | 19,633 | 16,853 | 20,540 | 17,958 | 83,150 | 83,200 | 20,563 | 17,693 | 21,620 | 18,798 |
| 77,200 | 77,250 | 18,719 | 16,027 | 19,581 | 17,132 | 80,200 | 80,250 | 19,649 | 16,867 | 20,558 | 17,972 | 83,200 | 83,250 | 20,579 | 17,707 | 21,638 | 18,812 |
| 77,250 | 77,300 | 18,734 | 16,041 | 19,596 | 17,146 | 80,250 | 80,300 | 19,664 | 16,881 | 20,576 | 17,986 | 83,250 | 83,300 | 20,594 | 17,721 | 21,656 | 18,826 |
| 77,300 | 77,350 | 18,750 | 16,055 | 19,612 | 17,160 | 80,300 | 80,350 | 19,680 | 16,895 | 20,594 | 18,000 | 83,300 | 83,350 | 20,610 | 17,735 | 21,674 | 18,840 |
| 77,350 | 77,400 | 18,765 | 16,069 | 19,627 | 17,174 | 80,350 | 80,400 | 19,695 | 16,909 | 20,612 | 18,014 | 83,350 | 83,400 | 20,625 | 17,749 | 21,692 | 18,854 |
| 77,400 | 77,450 | 18,781 | 16,083 | 19,643 | 17,188 | 80,400 | 80,450 | 19,711 | 16,923 | 20,630 | 18,028 | 83,400 | 83,450 | 20,641 | 17,763 | 21,710 | 18,868 |
| 77,450 | 77,500 | 18,796 | 16,097 | 19,658 | 17,202 | 80,450 | 80,500 | 19,726 | 16,937 | 20,648 | 18,042 | 83,450 | 83,500 | 20,656 | 17,777 | 21,728 | 18,882 |
| 77,500 | 77,550 | 18,812 | 16,111 | 19,674 | 17,216 | 80,500 | 80,550 | 19,742 | 16,951 | 20,666 | 18,056 | 83,500 | 83,550 | 20,672 | 17,791 | 21,746 | 18,896 |
| 77,550 | 77,600 | 18,827 | 16,125 | 19,689 | 17,230 | 80,550 | 80,600 | 19,757 | 16,965 | 20,684 | 18,070 | 83,550 | 83,600 | 20,687 | 17,805 | 21,764 | 18,910 |
| 77,600 | 77,650 | 18,843 | 16,139 | 19,705 | 17,244 | 80,600 | 80,650 | 19,773 | 16,979 | 20,702 | 18,084 | 83,600 | 83,650 | 20,703 | 17,819 | 21,782 | 18,924 |
| 77,650 | 77,700 | 18,858 | 16,153 | 19,720 | 17,258 | 80,650 | 80,700 | 19,788 | 16,993 | 20,720 | 18,098 | 83,650 | 83,700 | 20,718 | 17,833 | 21,800 | 18,938 |
| 77,700 | 77,750 | 18,874 | 16,167 | 19,736 | 17,272 | 80,700 | 80,750 | 19,804 | 17,007 | 20,738 | 18,112 | 83,700 | 83,750 | 20,734 | 17,847 | 21,818 | 18,952 |
| 77,750 | 77,800 | 18,889 | 16,181 | 19,751 | 17,286 | 80,750 | 80,800 | 19,819 | 17,021 | 20,756 | 18,126 | 83,750 | 83,800 | 20,749 | 17,861 | 21,836 | 18,966 |
| 77,800 | 77,850 | 18,905 | 16,195 | 19,767 | 17,300 | 80,800 | 80,850 | 19,835 | 17,035 | 20,774 | 18,140 | 83,800 | 83,850 | 20,765 | 17,875 | 21,854 | 18,980 |
| 77,850 | 77,900 | 18,920 | 16,209 | 19,782 | 17,314 | 80,850 | 80,900 | 19,850 | 17,049 | 20,792 | 18,154 | 83,850 | 83,900 | 20,780 | 17,889 | 21,872 | 18,994 |
| 77,900 | 77,950 | 18,936 | 16,223 | 19,798 | 17,328 | 80,900 | 80,950 | 19,866 | 17,063 | 20,810 | 18,168 | 83,900 | 83,950 | 20,796 | 17,903 | 21,890 | 19,008 |
| 77,950 | 78,000 | 18,951 | 16,237 | 19,813 | 17,342 | 80,950 | 81,000 | 19,881 | 17,077 | 20,828 | 18,182 | 83,950 | 84,000 | 20,811 | 17,917 | 21,908 | 19,022 |
| **78,000** | | | | | | **81,000** | | | | | | **84,000** | | | | | |
| 78,000 | 78,050 | 18,967 | 16,251 | 19,829 | 17,356 | 81,000 | 81,050 | 19,897 | 17,091 | 20,846 | 18,196 | 84,000 | 84,050 | 20,827 | 17,931 | 21,926 | 19,036 |
| 78,050 | 78,100 | 18,982 | 16,265 | 19,844 | 17,370 | 81,050 | 81,100 | 19,912 | 17,105 | 20,864 | 18,210 | 84,050 | 84,100 | 20,842 | 17,945 | 21,944 | 19,050 |
| 78,100 | 78,150 | 18,998 | 16,279 | 19,860 | 17,384 | 81,100 | 81,150 | 19,928 | 17,119 | 20,882 | 18,224 | 84,100 | 84,150 | 20,858 | 17,959 | 21,962 | 19,064 |
| 78,150 | 78,200 | 19,013 | 16,293 | 19,875 | 17,398 | 81,150 | 81,200 | 19,943 | 17,133 | 20,900 | 18,238 | 84,150 | 84,200 | 20,873 | 17,973 | 21,980 | 19,078 |
| 78,200 | 78,250 | 19,029 | 16,307 | 19,891 | 17,412 | 81,200 | 81,250 | 19,959 | 17,147 | 20,918 | 18,252 | 84,200 | 84,250 | 20,889 | 17,987 | 21,998 | 19,092 |
| 78,250 | 78,300 | 19,044 | 16,321 | 19,906 | 17,426 | 81,250 | 81,300 | 19,974 | 17,161 | 20,936 | 18,266 | 84,250 | 84,300 | 20,904 | 18,001 | 22,016 | 19,106 |
| 78,300 | 78,350 | 19,060 | 16,335 | 19,922 | 17,440 | 81,300 | 81,350 | 19,990 | 17,175 | 20,954 | 18,280 | 84,300 | 84,350 | 20,920 | 18,015 | 22,034 | 19,120 |
| 78,350 | 78,400 | 19,075 | 16,349 | 19,937 | 17,454 | 81,350 | 81,400 | 20,005 | 17,189 | 20,972 | 18,294 | 84,350 | 84,400 | 20,935 | 18,029 | 22,052 | 19,134 |
| 78,400 | 78,450 | 19,091 | 16,363 | 19,953 | 17,468 | 81,400 | 81,450 | 20,021 | 17,203 | 20,990 | 18,308 | 84,400 | 84,450 | 20,951 | 18,043 | 22,070 | 19,148 |
| 78,450 | 78,500 | 19,106 | 16,377 | 19,968 | 17,482 | 81,450 | 81,500 | 20,036 | 17,217 | 21,008 | 18,322 | 84,450 | 84,500 | 20,966 | 18,057 | 22,088 | 19,162 |
| 78,500 | 78,550 | 19,122 | 16,391 | 19,984 | 17,496 | 81,500 | 81,550 | 20,052 | 17,231 | 21,026 | 18,336 | 84,500 | 84,550 | 20,982 | 18,071 | 22,106 | 19,176 |
| 78,550 | 78,600 | 19,137 | 16,405 | 19,999 | 17,510 | 81,550 | 81,600 | 20,067 | 17,245 | 21,044 | 18,350 | 84,550 | 84,600 | 20,997 | 18,085 | 22,124 | 19,190 |
| 78,600 | 78,650 | 19,153 | 16,419 | 20,015 | 17,524 | 81,600 | 81,650 | 20,083 | 17,259 | 21,062 | 18,364 | 84,600 | 84,650 | 21,013 | 18,099 | 22,142 | 19,204 |
| 78,650 | 78,700 | 19,168 | 16,433 | 20,030 | 17,538 | 81,650 | 81,700 | 20,098 | 17,273 | 21,080 | 18,378 | 84,650 | 84,700 | 21,028 | 18,113 | 22,160 | 19,218 |
| 78,700 | 78,750 | 19,184 | 16,447 | 20,046 | 17,552 | 81,700 | 81,750 | 20,114 | 17,287 | 21,098 | 18,392 | 84,700 | 84,750 | 21,044 | 18,127 | 22,178 | 19,232 |
| 78,750 | 78,800 | 19,199 | 16,461 | 20,061 | 17,566 | 81,750 | 81,800 | 20,129 | 17,301 | 21,116 | 18,406 | 84,750 | 84,800 | 21,059 | 18,141 | 22,196 | 19,246 |
| 78,800 | 78,850 | 19,215 | 16,475 | 20,077 | 17,580 | 81,800 | 81,850 | 20,145 | 17,315 | 21,134 | 18,420 | 84,800 | 84,850 | 21,075 | 18,155 | 22,214 | 19,260 |
| 78,850 | 78,900 | 19,230 | 16,489 | 20,092 | 17,594 | 81,850 | 81,900 | 20,160 | 17,329 | 21,152 | 18,434 | 84,850 | 84,900 | 21,090 | 18,169 | 22,232 | 19,274 |
| 78,900 | 78,950 | 19,246 | 16,503 | 20,108 | 17,608 | 81,900 | 81,950 | 20,176 | 17,343 | 21,170 | 18,448 | 84,900 | 84,950 | 21,106 | 18,183 | 22,250 | 19,288 |
| 78,950 | 79,000 | 19,261 | 16,517 | 20,123 | 17,622 | 81,950 | 82,000 | 20,191 | 17,357 | 21,188 | 18,462 | 84,950 | 85,000 | 21,121 | 18,197 | 22,268 | 19,302 |
| **79,000** | | | | | | **82,000** | | | | | | **85,000** | | | | | |
| 79,000 | 79,050 | 19,277 | 16,531 | 20,139 | 17,636 | 82,000 | 82,050 | 20,207 | 17,371 | 21,206 | 18,476 | 85,000 | 85,050 | 21,137 | 18,211 | 22,286 | 19,316 |
| 79,050 | 79,100 | 19,292 | 16,545 | 20,154 | 17,650 | 82,050 | 82,100 | 20,222 | 17,385 | 21,224 | 18,490 | 85,050 | 85,100 | 21,152 | 18,225 | 22,304 | 19,330 |
| 79,100 | 79,150 | 19,308 | 16,559 | 20,170 | 17,664 | 82,100 | 82,150 | 20,238 | 17,399 | 21,242 | 18,504 | 85,100 | 85,150 | 21,168 | 18,239 | 22,322 | 19,344 |
| 79,150 | 79,200 | 19,323 | 16,573 | 20,185 | 17,678 | 82,150 | 82,200 | 20,253 | 17,413 | 21,260 | 18,518 | 85,150 | 85,200 | 21,183 | 18,253 | 22,340 | 19,358 |
| 79,200 | 79,250 | 19,339 | 16,587 | 20,201 | 17,692 | 82,200 | 82,250 | 20,269 | 17,427 | 21,278 | 18,532 | 85,200 | 85,250 | 21,199 | 18,267 | 22,358 | 19,372 |
| 79,250 | 79,300 | 19,354 | 16,601 | 20,216 | 17,706 | 82,250 | 82,300 | 20,284 | 17,441 | 21,296 | 18,546 | 85,250 | 85,300 | 21,214 | 18,281 | 22,376 | 19,386 |
| 79,300 | 79,350 | 19,370 | 16,615 | 20,234 | 17,720 | 82,300 | 82,350 | 20,300 | 17,455 | 21,314 | 18,560 | 85,300 | 85,350 | 21,230 | 18,295 | 22,394 | 19,400 |
| 79,350 | 79,400 | 19,385 | 16,629 | 20,252 | 17,734 | 82,350 | 82,400 | 20,315 | 17,469 | 21,332 | 18,574 | 85,350 | 85,400 | 21,245 | 18,309 | 22,412 | 19,414 |
| 79,400 | 79,450 | 19,401 | 16,643 | 20,270 | 17,748 | 82,400 | 82,450 | 20,331 | 17,483 | 21,350 | 18,588 | 85,400 | 85,450 | 21,261 | 18,323 | 22,430 | 19,428 |
| 79,450 | 79,500 | 19,416 | 16,657 | 20,288 | 17,762 | 82,450 | 82,500 | 20,346 | 17,497 | 21,368 | 18,602 | 85,450 | 85,500 | 21,276 | 18,337 | 22,448 | 19,442 |
| 79,500 | 79,550 | 19,432 | 16,671 | 20,306 | 17,776 | 82,500 | 82,550 | 20,362 | 17,511 | 21,386 | 18,616 | 85,500 | 85,550 | 21,292 | 18,351 | 22,466 | 19,456 |
| 79,550 | 79,600 | 19,447 | 16,685 | 20,324 | 17,790 | 82,550 | 82,600 | 20,377 | 17,525 | 21,404 | 18,630 | 85,550 | 85,600 | 21,307 | 18,365 | 22,484 | 19,470 |
| 79,600 | 79,650 | 19,463 | 16,699 | 20,342 | 17,804 | 82,600 | 82,650 | 20,393 | 17,539 | 21,422 | 18,644 | 85,600 | 85,650 | 21,323 | 18,379 | 22,502 | 19,484 |
| 79,650 | 79,700 | 19,478 | 16,713 | 20,360 | 17,818 | 82,650 | 82,700 | 20,408 | 17,553 | 21,440 | 18,658 | 85,650 | 85,700 | 21,338 | 18,393 | 22,520 | 19,498 |
| 79,700 | 79,750 | 19,494 | 16,727 | 20,378 | 17,832 | 82,700 | 82,750 | 20,424 | 17,567 | 21,458 | 18,672 | 85,700 | 85,750 | 21,354 | 18,407 | 22,538 | 19,512 |
| 79,750 | 79,800 | 19,509 | 16,741 | 20,396 | 17,846 | 82,750 | 82,800 | 20,439 | 17,581 | 21,476 | 18,686 | 85,750 | 85,800 | 21,369 | 18,421 | 22,556 | 19,526 |
| 79,800 | 79,850 | 19,525 | 16,755 | 20,414 | 17,860 | 82,800 | 82,850 | 20,455 | 17,595 | 21,494 | 18,700 | 85,800 | 85,850 | 21,385 | 18,435 | 22,574 | 19,540 |
| 79,850 | 79,900 | 19,540 | 16,769 | 20,432 | 17,874 | 82,850 | 82,900 | 20,470 | 17,609 | 21,512 | 18,714 | 85,850 | 85,900 | 21,400 | 18,449 | 22,592 | 19,554 |
| 79,900 | 79,950 | 19,556 | 16,783 | 20,450 | 17,888 | 82,900 | 82,950 | 20,486 | 17,623 | 21,530 | 18,728 | 85,900 | 85,950 | 21,416 | 18,463 | 22,610 | 19,568 |
| 79,950 | 80,000 | 19,571 | 16,797 | 20,468 | 17,902 | 82,950 | 83,000 | 20,501 | 17,637 | 21,548 | 18,742 | 85,950 | 86,000 | 21,431 | 18,477 | 22,628 | 19,582 |

\* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—Continued**

| If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household | At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household | At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | | | | Your tax is— | | | | | | Your tax is— | | | |
| **86,000** | | | | | | **89,000** | | | | | | **92,000** | | | | | |
| 86,000 | 86,050 | 21,447 | 18,491 | 22,646 | 19,596 | 89,000 | 89,050 | 22,377 | 19,331 | 23,726 | 20,436 | 92,000 | 92,050 | 23,307 | 20,171 | 24,806 | 21,362 |
| 86,050 | 86,100 | 21,462 | 18,505 | 22,664 | 19,610 | 89,050 | 89,100 | 22,392 | 19,345 | 23,744 | 20,450 | 92,050 | 92,100 | 23,322 | 20,185 | 24,824 | 21,377 |
| 86,100 | 86,150 | 21,478 | 18,519 | 22,682 | 19,624 | 89,100 | 89,150 | 22,408 | 19,359 | 23,762 | 20,464 | 92,100 | 92,150 | 23,338 | 20,199 | 24,842 | 21,393 |
| 86,150 | 86,200 | 21,493 | 18,533 | 22,700 | 19,638 | 89,150 | 89,200 | 22,423 | 19,373 | 23,780 | 20,478 | 92,150 | 92,200 | 23,353 | 20,213 | 24,860 | 21,408 |
| 86,200 | 86,250 | 21,509 | 18,547 | 22,718 | 19,652 | 89,200 | 89,250 | 22,439 | 19,387 | 23,798 | 20,494 | 92,200 | 92,250 | 23,369 | 20,227 | 24,878 | 21,424 |
| 86,250 | 86,300 | 21,524 | 18,561 | 22,736 | 19,666 | 89,250 | 89,300 | 22,454 | 19,401 | 23,816 | 20,509 | 92,250 | 92,300 | 23,384 | 20,241 | 24,896 | 21,439 |
| 86,300 | 86,350 | 21,540 | 18,575 | 22,754 | 19,680 | 89,300 | 89,350 | 22,470 | 19,415 | 23,834 | 20,525 | 92,300 | 92,350 | 23,400 | 20,255 | 24,914 | 21,455 |
| 86,350 | 86,400 | 21,555 | 18,589 | 22,772 | 19,694 | 89,350 | 89,400 | 22,485 | 19,429 | 23,852 | 20,540 | 92,350 | 92,400 | 23,415 | 20,269 | 24,932 | 21,470 |
| 86,400 | 86,450 | 21,571 | 18,603 | 22,790 | 19,708 | 89,400 | 89,450 | 22,501 | 19,443 | 23,870 | 20,556 | 92,400 | 92,450 | 23,431 | 20,283 | 24,950 | 21,486 |
| 86,450 | 86,500 | 21,586 | 18,617 | 22,808 | 19,722 | 89,450 | 89,500 | 22,516 | 19,457 | 23,888 | 20,571 | 92,450 | 92,500 | 23,446 | 20,297 | 24,968 | 21,501 |
| 86,500 | 86,550 | 21,602 | 18,631 | 22,826 | 19,736 | 89,500 | 89,550 | 22,532 | 19,471 | 23,906 | 20,587 | 92,500 | 92,550 | 23,462 | 20,311 | 24,986 | 21,517 |
| 86,550 | 86,600 | 21,617 | 18,645 | 22,844 | 19,750 | 89,550 | 89,600 | 22,547 | 19,485 | 23,924 | 20,602 | 92,550 | 92,600 | 23,477 | 20,325 | 25,004 | 21,532 |
| 86,600 | 86,650 | 21,633 | 18,659 | 22,862 | 19,764 | 89,600 | 89,650 | 22,563 | 19,499 | 23,942 | 20,618 | 92,600 | 92,650 | 23,493 | 20,339 | 25,022 | 21,548 |
| 86,650 | 86,700 | 21,648 | 18,673 | 22,880 | 19,778 | 89,650 | 89,700 | 22,578 | 19,513 | 23,960 | 20,633 | 92,650 | 92,700 | 23,508 | 20,353 | 25,040 | 21,563 |
| 86,700 | 86,750 | 21,664 | 18,687 | 22,898 | 19,792 | 89,700 | 89,750 | 22,594 | 19,527 | 23,978 | 20,649 | 92,700 | 92,750 | 23,524 | 20,367 | 25,058 | 21,579 |
| 86,750 | 86,800 | 21,679 | 18,701 | 22,916 | 19,806 | 89,750 | 89,800 | 22,609 | 19,541 | 23,996 | 20,664 | 92,750 | 92,800 | 23,539 | 20,381 | 25,076 | 21,594 |
| 86,800 | 86,850 | 21,695 | 18,715 | 22,934 | 19,820 | 89,800 | 89,850 | 22,625 | 19,555 | 24,014 | 20,680 | 92,800 | 92,850 | 23,555 | 20,395 | 25,094 | 21,610 |
| 86,850 | 86,900 | 21,710 | 18,729 | 22,952 | 19,834 | 89,850 | 89,900 | 22,640 | 19,569 | 24,032 | 20,695 | 92,850 | 92,900 | 23,570 | 20,409 | 25,112 | 21,625 |
| 86,900 | 86,950 | 21,726 | 18,743 | 22,970 | 19,848 | 89,900 | 89,950 | 22,656 | 19,583 | 24,050 | 20,711 | 92,900 | 92,950 | 23,586 | 20,423 | 25,130 | 21,641 |
| 86,950 | 87,000 | 21,741 | 18,757 | 22,988 | 19,862 | 89,950 | 90,000 | 22,671 | 19,597 | 24,068 | 20,726 | 92,950 | 93,000 | 23,601 | 20,437 | 25,148 | 21,656 |
| **87,000** | | | | | | **90,000** | | | | | | **93,000** | | | | | |
| 87,000 | 87,050 | 21,757 | 18,771 | 23,006 | 19,876 | 90,000 | 90,050 | 22,687 | 19,611 | 24,086 | 20,742 | 93,000 | 93,050 | 23,617 | 20,451 | 25,166 | 21,672 |
| 87,050 | 87,100 | 21,772 | 18,785 | 23,024 | 19,890 | 90,050 | 90,100 | 22,702 | 19,625 | 24,104 | 20,757 | 93,050 | 93,100 | 23,632 | 20,465 | 25,184 | 21,687 |
| 87,100 | 87,150 | 21,788 | 18,799 | 23,042 | 19,904 | 90,100 | 90,150 | 22,718 | 19,639 | 24,122 | 20,773 | 93,100 | 93,150 | 23,648 | 20,479 | 25,202 | 21,703 |
| 87,150 | 87,200 | 21,803 | 18,813 | 23,060 | 19,918 | 90,150 | 90,200 | 22,733 | 19,653 | 24,140 | 20,788 | 93,150 | 93,200 | 23,663 | 20,493 | 25,220 | 21,718 |
| 87,200 | 87,250 | 21,819 | 18,827 | 23,078 | 19,932 | 90,200 | 90,250 | 22,749 | 19,667 | 24,158 | 20,804 | 93,200 | 93,250 | 23,679 | 20,507 | 25,238 | 21,734 |
| 87,250 | 87,300 | 21,834 | 18,841 | 23,096 | 19,946 | 90,250 | 90,300 | 22,764 | 19,681 | 24,176 | 20,819 | 93,250 | 93,300 | 23,694 | 20,521 | 25,256 | 21,749 |
| 87,300 | 87,350 | 21,850 | 18,855 | 23,114 | 19,960 | 90,300 | 90,350 | 22,780 | 19,695 | 24,194 | 20,835 | 93,300 | 93,350 | 23,710 | 20,535 | 25,274 | 21,765 |
| 87,350 | 87,400 | 21,865 | 18,869 | 23,132 | 19,974 | 90,350 | 90,400 | 22,795 | 19,709 | 24,212 | 20,850 | 93,350 | 93,400 | 23,725 | 20,549 | 25,292 | 21,780 |
| 87,400 | 87,450 | 21,881 | 18,883 | 23,150 | 19,988 | 90,400 | 90,450 | 22,811 | 19,723 | 24,230 | 20,866 | 93,400 | 93,450 | 23,741 | 20,563 | 25,310 | 21,796 |
| 87,450 | 87,500 | 21,896 | 18,897 | 23,168 | 20,002 | 90,450 | 90,500 | 22,826 | 19,737 | 24,248 | 20,881 | 93,450 | 93,500 | 23,756 | 20,577 | 25,328 | 21,811 |
| 87,500 | 87,550 | 21,912 | 18,911 | 23,186 | 20,016 | 90,500 | 90,550 | 22,842 | 19,751 | 24,266 | 20,897 | 93,500 | 93,550 | 23,772 | 20,591 | 25,346 | 21,827 |
| 87,550 | 87,600 | 21,927 | 18,925 | 23,204 | 20,030 | 90,550 | 90,600 | 22,857 | 19,765 | 24,284 | 20,912 | 93,550 | 93,600 | 23,787 | 20,605 | 25,364 | 21,842 |
| 87,600 | 87,650 | 21,943 | 18,939 | 23,222 | 20,044 | 90,600 | 90,650 | 22,873 | 19,779 | 24,302 | 20,928 | 93,600 | 93,650 | 23,803 | 20,619 | 25,382 | 21,858 |
| 87,650 | 87,700 | 21,958 | 18,953 | 23,240 | 20,058 | 90,650 | 90,700 | 22,888 | 19,793 | 24,320 | 20,943 | 93,650 | 93,700 | 23,818 | 20,633 | 25,400 | 21,873 |
| 87,700 | 87,750 | 21,974 | 18,967 | 23,258 | 20,072 | 90,700 | 90,750 | 22,904 | 19,807 | 24,338 | 20,959 | 93,700 | 93,750 | 23,834 | 20,647 | 25,418 | 21,889 |
| 87,750 | 87,800 | 21,989 | 18,981 | 23,276 | 20,086 | 90,750 | 90,800 | 22,919 | 19,821 | 24,356 | 20,974 | 93,750 | 93,800 | 23,849 | 20,661 | 25,436 | 21,904 |
| 87,800 | 87,850 | 22,005 | 18,995 | 23,294 | 20,100 | 90,800 | 90,850 | 22,935 | 19,835 | 24,374 | 20,990 | 93,800 | 93,850 | 23,865 | 20,675 | 25,454 | 21,920 |
| 87,850 | 87,900 | 22,020 | 19,009 | 23,312 | 20,114 | 90,850 | 90,900 | 22,950 | 19,849 | 24,392 | 21,005 | 93,850 | 93,900 | 23,880 | 20,689 | 25,472 | 21,935 |
| 87,900 | 87,950 | 22,036 | 19,023 | 23,330 | 20,128 | 90,900 | 90,950 | 22,966 | 19,863 | 24,410 | 21,021 | 93,900 | 93,950 | 23,896 | 20,703 | 25,490 | 21,951 |
| 87,950 | 88,000 | 22,051 | 19,037 | 23,348 | 20,142 | 90,950 | 91,000 | 22,981 | 19,877 | 24,428 | 21,036 | 93,950 | 94,000 | 23,911 | 20,717 | 25,508 | 21,966 |
| **88,000** | | | | | | **91,000** | | | | | | **94,000** | | | | | |
| 88,000 | 88,050 | 22,067 | 19,051 | 23,366 | 20,156 | 91,000 | 91,050 | 22,997 | 19,891 | 24,446 | 21,052 | 94,000 | 94,050 | 23,927 | 20,731 | 25,526 | 21,982 |
| 88,050 | 88,100 | 22,082 | 19,065 | 23,384 | 20,170 | 91,050 | 91,100 | 23,012 | 19,905 | 24,464 | 21,067 | 94,050 | 94,100 | 23,942 | 20,745 | 25,544 | 21,997 |
| 88,100 | 88,150 | 22,098 | 19,079 | 23,402 | 20,184 | 91,100 | 91,150 | 23,028 | 19,919 | 24,482 | 21,083 | 94,100 | 94,150 | 23,958 | 20,759 | 25,562 | 22,013 |
| 88,150 | 88,200 | 22,113 | 19,093 | 23,420 | 20,198 | 91,150 | 91,200 | 23,043 | 19,933 | 24,500 | 21,098 | 94,150 | 94,200 | 23,973 | 20,773 | 25,580 | 22,028 |
| 88,200 | 88,250 | 22,129 | 19,107 | 23,438 | 20,212 | 91,200 | 91,250 | 23,059 | 19,947 | 24,518 | 21,114 | 94,200 | 94,250 | 23,989 | 20,787 | 25,598 | 22,044 |
| 88,250 | 88,300 | 22,144 | 19,121 | 23,456 | 20,226 | 91,250 | 91,300 | 23,074 | 19,961 | 24,536 | 21,129 | 94,250 | 94,300 | 24,004 | 20,801 | 25,616 | 22,059 |
| 88,300 | 88,350 | 22,160 | 19,135 | 23,474 | 20,240 | 91,300 | 91,350 | 23,090 | 19,975 | 24,554 | 21,145 | 94,300 | 94,350 | 24,020 | 20,815 | 25,634 | 22,075 |
| 88,350 | 88,400 | 22,175 | 19,149 | 23,492 | 20,254 | 91,350 | 91,400 | 23,105 | 19,989 | 24,572 | 21,160 | 94,350 | 94,400 | 24,035 | 20,829 | 25,652 | 22,090 |
| 88,400 | 88,450 | 22,191 | 19,163 | 23,510 | 20,268 | 91,400 | 91,450 | 23,121 | 20,003 | 24,590 | 21,176 | 94,400 | 94,450 | 24,051 | 20,843 | 25,670 | 22,106 |
| 88,450 | 88,500 | 22,206 | 19,177 | 23,528 | 20,282 | 91,450 | 91,500 | 23,136 | 20,017 | 24,608 | 21,191 | 94,450 | 94,500 | 24,066 | 20,857 | 25,688 | 22,121 |
| 88,500 | 88,550 | 22,222 | 19,191 | 23,546 | 20,296 | 91,500 | 91,550 | 23,152 | 20,031 | 24,626 | 21,207 | 94,500 | 94,550 | 24,082 | 20,871 | 25,706 | 22,137 |
| 88,550 | 88,600 | 22,237 | 19,205 | 23,564 | 20,310 | 91,550 | 91,600 | 23,167 | 20,045 | 24,644 | 21,222 | 94,550 | 94,600 | 24,097 | 20,885 | 25,724 | 22,152 |
| 88,600 | 88,650 | 22,253 | 19,219 | 23,582 | 20,324 | 91,600 | 91,650 | 23,183 | 20,059 | 24,662 | 21,238 | 94,600 | 94,650 | 24,113 | 20,899 | 25,742 | 22,168 |
| 88,650 | 88,700 | 22,268 | 19,233 | 23,600 | 20,338 | 91,650 | 91,700 | 23,198 | 20,073 | 24,680 | 21,253 | 94,650 | 94,700 | 24,128 | 20,913 | 25,760 | 22,183 |
| 88,700 | 88,750 | 22,284 | 19,247 | 23,618 | 20,352 | 91,700 | 91,750 | 23,214 | 20,087 | 24,698 | 21,269 | 94,700 | 94,750 | 24,144 | 20,927 | 25,778 | 22,199 |
| 88,750 | 88,800 | 22,299 | 19,261 | 23,636 | 20,366 | 91,750 | 91,800 | 23,229 | 20,101 | 24,716 | 21,284 | 94,750 | 94,800 | 24,159 | 20,941 | 25,796 | 22,214 |
| 88,800 | 88,850 | 22,315 | 19,275 | 23,654 | 20,380 | 91,800 | 91,850 | 23,245 | 20,115 | 24,734 | 21,300 | 94,800 | 94,850 | 24,175 | 20,955 | 25,814 | 22,230 |
| 88,850 | 88,900 | 22,330 | 19,289 | 23,672 | 20,394 | 91,850 | 91,900 | 23,260 | 20,129 | 24,752 | 21,315 | 94,850 | 94,900 | 24,190 | 20,969 | 25,832 | 22,245 |
| 88,900 | 88,950 | 22,346 | 19,303 | 23,690 | 20,408 | 91,900 | 91,950 | 23,276 | 20,143 | 24,770 | 21,331 | 94,900 | 94,950 | 24,206 | 20,983 | 25,850 | 22,261 |
| 88,950 | 89,000 | 22,361 | 19,317 | 23,708 | 20,422 | 91,950 | 92,000 | 23,291 | 20,157 | 24,788 | 21,346 | 94,950 | 95,000 | 24,221 | 20,997 | 25,868 | 22,276 |

\* This column must also be used by a qualifying widow(er).

Continued on next page

**1999 Tax Table—**_Continued_

| If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately * | Head of a house-hold | At least | But less than | Single | Married filing jointly * | Married filing separately * | Head of a house-hold |
| | | Your tax is— | | | | | | Your tax is— | | | |
| **95,000** | | | | | | **98,000** | | | | | |
| 95,000 | 95,050 | 24,237 | 21,011 | 25,886 | 22,292 | 98,000 | 98,050 | 25,167 | 21,851 | 26,966 | 23,222 |
| 95,050 | 95,100 | 24,252 | 21,025 | 25,904 | 22,307 | 98,050 | 98,100 | 25,182 | 21,865 | 26,984 | 23,237 |
| 95,100 | 95,150 | 24,268 | 21,039 | 25,922 | 22,323 | 98,100 | 98,150 | 25,198 | 21,879 | 27,002 | 23,253 |
| 95,150 | 95,200 | 24,283 | 21,053 | 25,940 | 22,338 | 98,150 | 98,200 | 25,213 | 21,893 | 27,020 | 23,268 |
| 95,200 | 95,250 | 24,299 | 21,067 | 25,958 | 22,354 | 98,200 | 98,250 | 25,229 | 21,907 | 27,038 | 23,284 |
| 95,250 | 95,300 | 24,314 | 21,081 | 25,976 | 22,369 | 98,250 | 98,300 | 25,244 | 21,921 | 27,056 | 23,299 |
| 95,300 | 95,350 | 24,330 | 21,095 | 25,994 | 22,385 | 98,300 | 98,350 | 25,260 | 21,935 | 27,074 | 23,315 |
| 95,350 | 95,400 | 24,345 | 21,109 | 26,012 | 22,400 | 98,350 | 98,400 | 25,275 | 21,949 | 27,092 | 23,330 |
| 95,400 | 95,450 | 24,361 | 21,123 | 26,030 | 22,416 | 98,400 | 98,450 | 25,291 | 21,963 | 27,110 | 23,346 |
| 95,450 | 95,500 | 24,376 | 21,137 | 26,048 | 22,431 | 98,450 | 98,500 | 25,306 | 21,977 | 27,128 | 23,361 |
| 95,500 | 95,550 | 24,392 | 21,151 | 26,066 | 22,447 | 98,500 | 98,550 | 25,322 | 21,991 | 27,146 | 23,377 |
| 95,550 | 95,600 | 24,407 | 21,165 | 26,084 | 22,462 | 98,550 | 98,600 | 25,337 | 22,005 | 27,164 | 23,392 |
| 95,600 | 95,650 | 24,423 | 21,179 | 26,102 | 22,478 | 98,600 | 98,650 | 25,353 | 22,019 | 27,182 | 23,408 |
| 95,650 | 95,700 | 24,438 | 21,193 | 26,120 | 22,493 | 98,650 | 98,700 | 25,368 | 22,033 | 27,200 | 23,423 |
| 95,700 | 95,750 | 24,454 | 21,207 | 26,138 | 22,509 | 98,700 | 98,750 | 25,384 | 22,047 | 27,218 | 23,439 |
| 95,750 | 95,800 | 24,469 | 21,221 | 26,156 | 22,524 | 98,750 | 98,800 | 25,399 | 22,061 | 27,236 | 23,454 |
| 95,800 | 95,850 | 24,485 | 21,235 | 26,174 | 22,540 | 98,800 | 98,850 | 25,415 | 22,075 | 27,254 | 23,470 |
| 95,850 | 95,900 | 24,500 | 21,249 | 26,192 | 22,555 | 98,850 | 98,900 | 25,430 | 22,089 | 27,272 | 23,485 |
| 95,900 | 95,950 | 24,516 | 21,263 | 26,210 | 22,571 | 98,900 | 98,950 | 25,446 | 22,103 | 27,290 | 23,501 |
| 95,950 | 96,000 | 24,531 | 21,277 | 26,228 | 22,586 | 98,950 | 99,000 | 25,461 | 22,117 | 27,308 | 23,516 |
| **96,000** | | | | | | **99,000** | | | | | |
| 96,000 | 96,050 | 24,547 | 21,291 | 26,246 | 22,602 | 99,000 | 99,050 | 25,477 | 22,131 | 27,326 | 23,532 |
| 96,050 | 96,100 | 24,562 | 21,305 | 26,264 | 22,617 | 99,050 | 99,100 | 25,492 | 22,145 | 27,344 | 23,547 |
| 96,100 | 96,150 | 24,578 | 21,319 | 26,282 | 22,633 | 99,100 | 99,150 | 25,508 | 22,159 | 27,362 | 23,563 |
| 96,150 | 96,200 | 24,593 | 21,333 | 26,300 | 22,648 | 99,150 | 99,200 | 25,523 | 22,173 | 27,380 | 23,578 |
| 96,200 | 96,250 | 24,609 | 21,347 | 26,318 | 22,664 | 99,200 | 99,250 | 25,539 | 22,187 | 27,398 | 23,594 |
| 96,250 | 96,300 | 24,624 | 21,361 | 26,336 | 22,679 | 99,250 | 99,300 | 25,554 | 22,201 | 27,416 | 23,609 |
| 96,300 | 96,350 | 24,640 | 21,375 | 26,354 | 22,695 | 99,300 | 99,350 | 25,570 | 22,215 | 27,434 | 23,625 |
| 96,350 | 96,400 | 24,655 | 21,389 | 26,372 | 22,710 | 99,350 | 99,400 | 25,585 | 22,229 | 27,452 | 23,640 |
| 96,400 | 96,450 | 24,671 | 21,403 | 26,390 | 22,726 | 99,400 | 99,450 | 25,601 | 22,243 | 27,470 | 23,656 |
| 96,450 | 96,500 | 24,686 | 21,417 | 26,408 | 22,741 | 99,450 | 99,500 | 25,616 | 22,257 | 27,488 | 23,671 |
| 96,500 | 96,550 | 24,702 | 21,431 | 26,426 | 22,757 | 99,500 | 99,550 | 25,632 | 22,271 | 27,506 | 23,687 |
| 96,550 | 96,600 | 24,717 | 21,445 | 26,444 | 22,772 | 99,550 | 99,600 | 25,647 | 22,285 | 27,524 | 23,702 |
| 96,600 | 96,650 | 24,733 | 21,459 | 26,462 | 22,788 | 99,600 | 99,650 | 25,663 | 22,299 | 27,542 | 23,718 |
| 96,650 | 96,700 | 24,748 | 21,473 | 26,480 | 22,803 | 99,650 | 99,700 | 25,678 | 22,313 | 27,560 | 23,733 |
| 96,700 | 96,750 | 24,764 | 21,487 | 26,498 | 22,819 | 99,700 | 99,750 | 25,694 | 22,327 | 27,578 | 23,749 |
| 96,750 | 96,800 | 24,779 | 21,501 | 26,516 | 22,834 | 99,750 | 99,800 | 25,709 | 22,341 | 27,596 | 23,764 |
| 96,800 | 96,850 | 24,795 | 21,515 | 26,534 | 22,850 | 99,800 | 99,850 | 25,725 | 22,355 | 27,614 | 23,780 |
| 96,850 | 96,900 | 24,810 | 21,529 | 26,552 | 22,865 | 99,850 | 99,900 | 25,740 | 22,369 | 27,632 | 23,795 |
| 96,900 | 96,950 | 24,826 | 21,543 | 26,570 | 22,881 | 99,900 | 99,950 | 25,756 | 22,383 | 27,650 | 23,811 |
| 96,950 | 97,000 | 24,841 | 21,557 | 26,588 | 22,896 | 99,950 | 100,000 | 25,771 | 22,397 | 27,668 | 23,826 |
| **97,000** | | | | | | | | | | | |
| 97,000 | 97,050 | 24,857 | 21,571 | 26,606 | 22,912 | | | | | | |
| 97,050 | 97,100 | 24,872 | 21,585 | 26,624 | 22,927 | | | | | | |
| 97,100 | 97,150 | 24,888 | 21,599 | 26,642 | 22,943 | | | | | | |
| 97,150 | 97,200 | 24,903 | 21,613 | 26,660 | 22,958 | | | | | | |
| 97,200 | 97,250 | 24,919 | 21,627 | 26,678 | 22,974 | | | | | | |
| 97,250 | 97,300 | 24,934 | 21,641 | 26,696 | 22,989 | | | | | | |
| 97,300 | 97,350 | 24,950 | 21,655 | 26,714 | 23,005 | | | | | | |
| 97,350 | 97,400 | 24,965 | 21,669 | 26,732 | 23,020 | | | | | | |
| 97,400 | 97,450 | 24,981 | 21,683 | 26,750 | 23,036 | | | | | | |
| 97,450 | 97,500 | 24,996 | 21,697 | 26,768 | 23,051 | | | | | | |
| 97,500 | 97,550 | 25,012 | 21,711 | 26,786 | 23,067 | | | | | | |
| 97,550 | 97,600 | 25,027 | 21,725 | 26,804 | 23,082 | | | | | | |
| 97,600 | 97,650 | 25,043 | 21,739 | 26,822 | 23,098 | | | | | | |
| 97,650 | 97,700 | 25,058 | 21,753 | 26,840 | 23,113 | | | | | | |
| 97,700 | 97,750 | 25,074 | 21,767 | 26,858 | 23,129 | | | | | | |
| 97,750 | 97,800 | 25,089 | 21,781 | 26,876 | 23,144 | | | | | | |
| 97,800 | 97,850 | 25,105 | 21,795 | 26,894 | 23,160 | | | | | | |
| 97,850 | 97,900 | 25,120 | 21,809 | 26,912 | 23,175 | | | | | | |
| 97,900 | 97,950 | 25,136 | 21,823 | 26,930 | 23,191 | | | | | | |
| 97,950 | 98,000 | 25,151 | 21,837 | 26,948 | 23,206 | | | | | | |

**$100,000 or over —** use the Tax Rate Schedules on page 69

* This column must also be used by a qualifying widow(er).

# 1999 Tax Rate Schedules



**CAUTION**

Use **only** if your taxable income (Form 1040, line 39) is $100,000 or more. If less, use the **Tax Table.** Even though you cannot use the Tax Rate Schedules below if your taxable income is less than $100,000, all levels of taxable income are shown so taxpayers can see the tax rate that applies to each level.

**Schedule X—**Use if your filing status is **Single**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | | of the amount over– |
|---|---|---|---|---|
| $0 | $25,750 | ......... 15% | | $0 |
| 25,750 | 62,450 | $3,862.50 + | 28% | 25,750 |
| 62,450 | 130,250 | 14,138.50 + | 31% | 62,450 |
| 130,250 | 283,150 | 35,156.50 + | 36% | 130,250 |
| 283,150 | .......... | 90,200.50 + | 39.6% | 283,150 |

**Schedule Y-1—**Use if your filing status is **Married filing jointly** or **Qualifying widow(er)**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | | of the amount over– |
|---|---|---|---|---|
| $0 | $43,050 | ......... 15% | | $0 |
| 43,050 | 104,050 | $6,457.50 + | 28% | 43,050 |
| 104,050 | 158,550 | 23,537.50 + | 31% | 104,050 |
| 158,550 | 283,150 | 40,432.50 + | 36% | 158,550 |
| 283,150 | .......... | 85,288.50 + | 39.6% | 283,150 |

**Schedule Y-2—**Use if your filing status is **Married filing separately**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | | of the amount over– |
|---|---|---|---|---|
| $0 | $21,525 | ......... 15% | | $0 |
| 21,525 | 52,025 | $3,228.75 + | 28% | 21,525 |
| 52,025 | 79,275 | 11,768.75 + | 31% | 52,025 |
| 79,275 | 141,575 | 20,216.25 + | 36% | 79,275 |
| 141,575 | .......... | 42,644.25 + | 39.6% | 141,575 |

**Schedule Z—**Use if your filing status is **Head of household**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | | of the amount over– |
|---|---|---|---|---|
| $0 | $34,550 | ......... 15% | | $0 |
| 34,550 | 89,150 | $5,182.50 + | 28% | 34,550 |
| 89,150 | 144,400 | 20,470.50 + | 31% | 89,150 |
| 144,400 | 283,150 | 37,598.00 + | 36% | 144,400 |
| 283,150 | .......... | 87,548.00 + | 39.6% | 283,150 |

# Instructions for Schedules to Form 1040

## 1999 Instructions for Schedule A, Itemized Deductions

Use Schedule A (Form 1040) to figure your itemized deductions. In most cases, your Federal income tax will be less if you take the **larger** of your itemized deductions or your standard deduction.

If you itemize, you may deduct a part of your medical and dental expenses and unreimbursed employee business expenses, and amounts you paid for certain taxes, interest, contributions, and miscellaneous expenses. You may also deduct certain casualty and theft losses.

 **Do not** include on Schedule A items deducted elsewhere, such as on Schedule C, C-EZ, E, or F.

## A Change To Note

**Expenses To Stop Smoking.** Medical expenses include unreimbursed amounts you paid to participate in a program to stop smoking or for prescription medicines to alleviate nicotine withdrawal. Nonprescription medicines, such as nicotine gum and certain nicotine patches, are not deductible.

## Medical and Dental Expenses

You may deduct only the part of your medical and dental expenses that exceeds 7.5% of the amount on Form 1040, line 34.

**Pub. 502** discusses the types of expenses that may and may not be deducted. It also explains when you may deduct capital expenses and special care expenses for disabled persons.

 If you received a distribution from your medical savings account in 1999, see **Pub. 969** to figure your deduction.

### Examples of Medical and Dental Payments You May Deduct

To the extent you were **not reimbursed,** you may deduct what you paid for:

● Insurance premiums for medical and dental care, including premiums for qualified long-term care contracts as defined in Pub. 502. But see **Limit on Long-Term Care Premiums You May Deduct** on this page. Reduce the insurance premiums by any self-employed health insurance deduction you claimed on Form 1040, line 28.

● Prescription medicines or insulin.

● Medical doctors, osteopathic doctors, dentists, eye doctors, podiatrists, chiropractors, psychiatrists, psychologists, physical therapists, occupational therapists, acupuncturists, and psychoanalysts (medical care only).

● Medical examinations, X-ray and laboratory services, insulin treatment, and whirlpool baths your doctor ordered.

● Nursing help (including your share of the employment taxes paid). If you paid someone to do both nursing and housework, you may deduct only the cost of the nursing help.

● Hospital care (including meals and lodging), clinic costs, and lab fees.

● Qualified long-term care services (see Pub. 502).

● The supplemental part of Medicare insurance (Medicare B).

● Medical treatment at a center for drug or alcohol addiction.

● Medical aids such as eyeglasses, contact lenses, hearing aids, braces, crutches, wheelchairs, and guide dogs, including the cost of maintaining them.

● Lodging expenses (but not meals) while away from home to receive medical care in a hospital or a medical care facility related to a hospital. **Do not** include more than $50 a night for each eligible person.

● Ambulance service and other travel costs to get medical care. If you used your own car, you may claim what you spent for gas and oil to go to and from the place you received the care; or you may claim **10 cents a mile.** Add parking and tolls to the amount you claim under either method.

**Note.** Certain medical expenses paid out of a deceased taxpayer's estate may be claimed on the deceased taxpayer's final return. See Pub. 502 for details.

**Limit on Long-Term Care Premiums You May Deduct.** The amount you may deduct for qualified long-term care contracts (as defined in Pub. 502) depends on the age, at the end of 1999, of the person for whom the premiums were paid.

| IF the person was, at the end of 1999, age . . . | THEN the most you may deduct is . . . |
| --- | --- |
| 40 or under | $ 210 |
| 41–50 | $ 400 |
| 51–60 | $ 800 |
| 61–70 | $ 2,120 |
| 71 or older | $ 2,660 |

### Examples of Medical and Dental Payments You May Not Deduct

● The basic cost of Medicare insurance (Medicare A).

 If you were 65 or older but not entitled to social security benefits, you may deduct premiums you voluntarily paid for Medicare A coverage.

● Cosmetic surgery unless it was necessary to improve a deformity related to a congenital abnormality, an injury from an accident or trauma, or a disfiguring disease.

● Life insurance or income protection policies.

● The Medicare tax on your wages and tips or the Medicare tax paid as part of the self-employment tax or household employment taxes.

● Nursing care for a healthy baby. But you may be able to take a credit for the amount you paid. See the instructions for Form 1040, line 41.

● Illegal operations or drugs.

● Nonprescription medicines.

● Travel your doctor told you to take for rest or a change.

● Funeral, burial, or cremation costs.

A-1

Cat. No. 24328L

# Line 1

## Medical and Dental Expenses

Enter the total of your medical and dental expenses, after you reduce these expenses by any payments received from insurance or other sources. See **Reimbursements** below.

 Do not forget to include insurance premiums you paid for medical and dental care. But if you claimed the self-employed health insurance deduction on Form 1040, line 28, reduce the premiums by the amount on line 28.

**Whose Medical and Dental Expenses Can You Include?** You may include medical and dental bills you paid for:

- Yourself and your spouse.
- All dependents you claim on your return.
- Your child whom you do not claim as a dependent because of the rules explained in **Pub. 501** for children of divorced or separated parents.
- Any person you could have claimed as a dependent on your return if that person had not received $2,750 or more of gross income or had not filed a joint return.

**Example.** You provided over half of your mother's support but may not claim her as a dependent because she received wages of $2,750 in 1999. You may include on line 1 any medical and dental expenses you paid in 1999 for your mother.

**Reimbursements.** If your insurance company paid the provider directly for part of your expenses, and you paid only the amount that remained, include on line 1 ONLY the amount you paid. If you received a reimbursement in 1999 for medical or dental expenses you paid in 1999, reduce your 1999 expenses by this amount. If you received a reimbursement in 1999 for prior year medical or dental expenses, do not reduce your 1999 expenses by this amount. But if you deducted the expenses in the earlier year and the deduction reduced your tax, you must include the reimbursement in income on Form 1040, line 21. See Pub. 502 for details on how to figure the amount to include.

**Cafeteria Plans.** Do not include on line 1 insurance premiums paid by an employer-sponsored health insurance plan (cafeteria plan) unless the premiums are included in box 1 of your W-2 form(s). Also, do not include any other medical and dental expenses paid by the plan unless the amount paid is included in box 1 of your W-2 form(s).

# Taxes You Paid

## Taxes You May Not Deduct

- Federal income and excise taxes.
- Social security, Medicare, Federal unemployment (FUTA), and railroad retirement (RRTA) taxes.
- Customs duties.
- Federal estate and gift taxes. But see the instructions for line 27 on page A-6.
- Certain state and local taxes, including: general sales tax, tax on gasoline, car inspection fees, assessments for sidewalks or other improvements to your property, tax you paid for someone else, and license fees (marriage, driver's, dog, etc.).

# Line 5

## State and Local Income Taxes

Include on this line the state and local income taxes listed below.

- State and local income taxes withheld from your salary during 1999. Your W-2 form(s) will show these amounts. Forms W-2G, 1099-G, 1099-R, and 1099-MISC may also show state and local income taxes withheld.
- State and local income taxes paid in 1999 for a prior year, such as taxes paid with your 1998 state or local income tax return. **Do not** include penalties or interest.
- State and local estimated tax payments made during 1999, including any part of a prior year refund that you chose to have credited to your 1999 state or local income taxes.
- Mandatory contributions you made to the California, New Jersey, or New York Nonoccupational Disability Benefit Fund, Rhode Island Temporary Disability Benefit Fund, or Washington State Supplemental Workmen's Compensation Fund.

**Do not** reduce your deduction by:

- Any state or local income tax refund or credit you expect to receive for 1999, or
- Any refund of, or credit for, prior year state and local income taxes you actually received in 1999. Instead, see the instructions for Form 1040, line 10.

# Line 6

## Real Estate Taxes

Include taxes (state, local, or foreign) you paid on real estate you own that was not used for business, but only if the taxes are based on the assessed value of the property. Also, the assessment must be made uniformly on property throughout the community,

and the proceeds must be used for general community or governmental purposes. **Pub. 530** explains the deductions homeowners may take.

**Do not** include the following amounts on line 6.

- Itemized charges for services to specific property or persons (for example, a $20 monthly charge per house for trash collection, a $5 charge for every 1,000 gallons of water consumed, or a flat charge for mowing a lawn that had grown higher than permitted under a local ordinance).
- Charges for improvements that tend to increase the value of your property (for example, an assessment to build a new sidewalk). The cost of a property improvement is added to the basis of the property. However, a charge is deductible if it is used only to maintain an existing public facility in service (for example, a charge to repair an existing sidewalk, and any interest included in that charge).

If your mortgage payments include your real estate taxes, you may deduct only the amount the mortgage company actually paid to the taxing authority in 1999.

If you sold your home in 1999, any real estate tax charged to the buyer should be shown in box 5 of **Form 1099-S.** This amount is considered a refund of real estate taxes. See **Refunds and Rebates** next. Any real estate taxes you paid at closing should be shown on your settlement statement.

**Refunds and Rebates.** If you received a refund or rebate in 1999 of real estate taxes you paid in 1999, reduce your deduction by the amount of the refund or rebate. If you received a refund or rebate in 1999 of real estate taxes you paid in an earlier year, do not reduce your deduction by this amount. Instead, you must include the refund or rebate in income on Form 1040, line 21, if you deducted the real estate taxes in the earlier year and the deduction reduced your tax. **Pub. 525** tells you how to figure the amount to include in income.

# Line 7

## Personal Property Taxes

Enter personal property tax you paid, but only if it is based on value alone.

**Example.** You paid a fee for the registration of your car. Part of the fee was based on the car's value and part was based on its weight. You may deduct only the part of the fee that is based on the car's value.

## Line 8

### Other Taxes

If you had any deductible tax not listed on line 5, 6, or 7, list the type and amount of tax. Enter only one total on line 8. Include on this line income tax you paid to a foreign country or U.S. possession.

 You may want to take a credit for the foreign tax instead of a deduction. See the instructions for Form 1040, line 46, for details.

# Interest You Paid

Whether your interest expense is treated as investment interest, personal interest, or business interest depends on how and when you used the loan proceeds. See **Pub. 535** for details.

In general, if you paid interest in 1999 that applies to any period after 1999, you may deduct only amounts that apply for 1999.

## Lines 10 and 11

### Home Mortgage Interest

A **home mortgage** is any loan that is secured by your main home or second home. It includes first and second mortgages, home equity loans, and refinanced mortgages.

A **home** may be a house, condominium, cooperative, mobile home, boat, or similar property. It must provide basic living accommodations including sleeping space, toilet, and cooking facilities.

**Limit on Home Mortgage Interest.** If you took out any mortgages after October 13, 1987, your deduction may be limited. Any additional amounts borrowed after October 13, 1987, on a line-of-credit mortgage you had on that date are treated as a mortgage taken out after October 13, 1987. If you refinanced a mortgage you had on October 13, 1987, treat the new mortgage as taken out on or before October 13, 1987. But if you refinanced for more than the balance of the old mortgage, treat the excess as a mortgage taken out after October 13, 1987.

See **Pub. 936** to figure your deduction in **either 1** or **2** next applies. If you had more than one home at the same time, the dollar amounts in **1** and **2** apply to the total mortgages on both homes.

**1.** You took out any mortgages after October 13, 1987, and used the proceeds for purposes other than to buy, build, or improve your home, and all of these mortgages totaled over $100,000 at any time during 1999. The limit is $50,000 if married filing separately. An example of this type of mortgage is a home equity loan used to pay off credit card bills, buy a car, or pay tuition.

**2.** You took out any mortgages after October 13, 1987, and used the proceeds to buy, build, or improve your home, and these mortgages plus any mortgages you took out on or before October 13, 1987, totaled over $1 million at any time during 1999. The limit is $500,000 if married filing separately.

 If the total amount of all mortgages is more than the fair market value of the home, additional limits apply. See Pub. 936.

### Line 10

Enter on line 10 mortgage interest and points reported to you on **Form 1098.** If this form shows any refund of overpaid interest, do not reduce your deduction by the refund. Instead, see the instructions for Form 1040, line 21.

If you paid more interest to the recipient than is shown on Form 1098, see Pub. 936 to find out if you can deduct the additional interest. If you can, attach a statement explaining the difference and enter "See attached" next to line 10.

**Note.** If you are claiming the **mortgage interest credit** (see the instructions for Form 1040, line 47), subtract the amount shown on line 3 of **Form 8396** from the total deductible interest you paid on your home mortgage. Enter the result on line 10.

### Line 11

If you did not receive a Form 1098 from the recipient, report your deductible mortgage interest on line 11.

If you bought your home from the recipient, be sure to show that recipient's name, identifying no., and address on the dotted lines next to line 11. If the recipient is an individual, the identifying no. is his or her social security number (SSN). Otherwise, it is the employer identification number. You must also let the recipient know your SSN. If you do not show the required information about the recipient or let the recipient know your SSN, you may have to pay a $50 penalty.

If you and at least one other person (other than your spouse if filing a joint return) were liable for and paid interest on the mortgage, and the other person received the Form 1098, attach a statement to your return showing the name and address of that person. Next to line 11, enter "See attached."

## Line 12

### Points Not Reported on Form 1098

Points are shown on your settlement statement. Points you paid **only** to borrow money are generally deductible over the life of the loan. See **Pub. 936** to figure the amount you may deduct. Points paid for other purposes, such as for a lender's services, are not deductible.

**Refinancing.** Generally, you must deduct points you paid to refinance a mortgage over the life of the loan. This is true even if the new mortgage is secured by your main home.

If you used part of the proceeds to **improve your main home,** you may be able to deduct the part of the points related to the improvement in the year paid. See Pub. 936 for details.

 If you paid off a mortgage early, deduct any remaining points in the year you paid off the mortgage.

## Line 13

### Investment Interest

Investment interest is interest paid on money you borrowed that is allocable to property held for investment. It does not include any interest allocable to passive activities or to securities that generate tax-exempt income.

Complete and attach **Form 4952** to figure your deduction.

**Exception.** You do not have to file Form 4952 if **all three** of the following apply.

**1.** Your investment interest expense is not more than your investment income from interest and ordinary dividends.

**2.** You have no other deductible expenses connected with the production of the interest or dividends.

**3.** You have no disallowed investment interest expense from 1998.

**Note.** Alaska Permanent Fund dividends, including those reported on **Form 8814,** are not investment income.

For more details, see **Pub. 550.**

# Gifts to Charity

You may deduct contributions or gifts you gave to organizations that are religious, charitable, educational, scientific, or literary in purpose. You may also deduct what you gave to organizations that work to prevent cruelty to children or animals. Examples of these organizations are:

● Churches, temples, synagogues, mosques, Salvation Army, Red Cross, CARE, Goodwill Industries, United Way, Boy Scouts, Girl Scouts, Boys and Girls Clubs of America, etc.

● Fraternal orders, if the gifts will be used for the purposes listed above.

● Veterans' and certain cultural groups.

● Nonprofit schools, hospitals, and organizations whose purpose is to find a cure for, or help people who have, arthritis, asthma, birth defects, cancer, cerebral palsy, cystic fibrosis, diabetes, heart disease, hemophilia, mental illness or retardation, multiple sclerosis, muscular dystrophy, tuberculosis, etc.

● Federal, state, and local governments if the gifts are solely for public purposes.

 If you do not know whether you may deduct what you gave to an organization, check with that organization or with the IRS.

## Contributions You May Deduct

Contributions may be in cash (keep canceled checks, receipts, or other reliable written records showing the name of the organization and the date and amount given), property, or out-of-pocket expenses you paid to do volunteer work for the kinds of organizations described earlier. If you drove to and from the volunteer work, you may take **14 cents a mile** or the actual cost of gas and oil. Add parking and tolls to the amount you claim under either method. But do not deduct any amounts that were repaid to you.

**Gifts From Which You Benefit.** If you made a gift and received a benefit in return, such as food, entertainment, or merchandise, you may generally only deduct the amount that is more than the value of the benefit. But this rule does not apply to certain membership benefits provided in return for an annual payment of $75 or less. For details, see **Pub. 526.**

   **Example.** You paid $70 to a charitable organization to attend a fund-raising dinner and the value of the dinner was $40. You may deduct only $30.

**Gifts of $250 or More.** You may deduct a gift of $250 or more only if you have a statement from the charitable organization showing the information in **1** and **2** below.

In figuring whether a gift is $250 or more, do not combine separate donations. For example, if you gave your church $25 each week for a total of $1,300, treat each $25 payment as a separate gift. If you made donations through payroll deductions, treat each deduction from each paycheck as a separate gift. See Pub. 526 if you made a separate gift of $250 or more through payroll deduction.

**1.** The amount of any money contributed and a description (but not value) of any property donated.

**2.** Whether the organization did or did not give you any goods or services in return for your contribution. If you did receive any goods or services, a description and estimate of the value must be included. If you received only intangible religious benefits (such as admission to a religious ceremony), the organization must state this, but it does not have to describe or value the benefit.

 You must get the statement by the date you file your return or the due date (including extensions) for filing your return, whichever is earlier. Do not attach the statement to your return. Instead, keep it for your records.

**Limit on the Amount You May Deduct.** See Pub. 526 to figure the amount of your deduction if **any** of the following apply.

● Your cash contributions or contributions of ordinary income property are more than 30% of the amount on Form 1040, line 34.

● Your gifts of capital gain property are more than 20% of the amount on Form 1040, line 34.

● You gave gifts of property that increased in value or gave gifts of the use of property.

## You May Not Deduct as Contributions

● Travel expenses (including meals and lodging) while away from home unless there was no significant element of personal pleasure, recreation, or vacation in the travel.

● Political contributions.

● Dues, fees, or bills paid to country clubs, lodges, fraternal orders, or similar groups.

● Cost of raffle, bingo, or lottery tickets.

● Cost of tuition.

● Value of your time or services.

● Value of blood given to a blood bank.

● The transfer of a future interest in tangible personal property (generally, until the entire interest has been transferred).

● Gifts to individuals and groups that are run for personal profit.

● Gifts to foreign organizations. But you may be able to deduct gifts to certain U.S. organizations that transfer funds to foreign charities and certain Canadian and Mexican charities. See Pub. 526 for details.

● Gifts to organizations engaged in certain political activities that are of direct financial interest to your trade or business. See Internal Revenue Code section 170(f)(9).

● Gifts to groups whose purpose is to lobby for changes in the laws.

● Gifts to civic leagues, social and sports clubs, labor unions, and chambers of commerce.

● Value of benefits received in connection with a contribution to a charitable organization. See Pub. 526 for exceptions.

# Line 15

## Gifts by Cash or Check

Enter the total contributions you made in cash or by check (including out-of-pocket expenses).

# Line 16

## Other Than by Cash or Check

Enter your contributions of property. If you gave used items, such as clothing or furniture, deduct their fair market value at the time you gave them. Fair market value is what a willing buyer would pay a willing seller when neither has to buy or sell and both are aware of the conditions of the sale.

   If the amount of your deduction is more than $500, you must complete and attach **Form 8283.** For this purpose, the "amount of your deduction" means your deduction BEFORE applying any income limits that could result in a carryover of contributions. If your total deduction is over $5,000, you may also have to get appraisals of the values of the donated property. See Form 8283 and its instructions for details.

**Recordkeeping.** If you gave property, you should keep a receipt or written statement from the organization you gave the property to, or a reliable written record, that shows the organization's name and address, the date and location of the gift, and a description of the property. For each gift of property, you should also keep reliable written records that include:

● How you figured the property's value at the time you gave it. If the value was determined by an appraisal, keep a signed copy of the appraisal.

*(continued on page A-5)*

- The cost or other basis of the property if you must reduce it by any ordinary income or capital gain that would have resulted if the property had been sold at its fair market value.

- How you figured your deduction if you chose to reduce your deduction for gifts of capital gain property.

- Any conditions attached to the gift.

**Note.** If your total deduction for gifts of property is over $500, you gave less than your entire interest in the property, or you made a "qualified conservation contribution," your records should contain additional information. See Pub. 526 for details.

## Line 17

### Carryover From Prior Year

Enter any carryover of contributions that you could not deduct in an earlier year because they exceeded your adjusted gross income limit. See Pub. 526 for details.

## Casualty and Theft Losses

## Line 19

Complete and attach **Form 4684** to figure the amount of your loss to enter on line 19.

You may be able to deduct part or all of each loss caused by theft, vandalism, fire, storm, or similar causes, and car, boat, and other accidents. You may also be able to deduct money you had in a financial institution but lost because of the insolvency or bankruptcy of the institution.

You may deduct nonbusiness casualty or theft losses only to the extent that—

**1.** The amount of **each** separate casualty or theft loss is more than $100, and

**2.** The total amount of **all** losses during the year is more than 10% of the amount on Form 1040, line 34.

Special rules apply if you had both gains and losses from nonbusiness casualties or thefts. See Form 4684 for details.

Use line 22 of Schedule A to deduct the costs of proving that you had a property loss. Examples of these costs are appraisal fees and photographs used to establish the amount of your loss.

For information on Federal disaster area losses, see **Pub. 547.**

# Job Expenses and Most Other Miscellaneous Deductions

**Pub. 529** discusses the types of expenses that may and may not be deducted.

Examples of expenses you may **not** deduct are:

- Political contributions.
- Personal legal expenses.
- Lost or misplaced cash or property.
- Expenses for meals during regular or extra work hours.
- The cost of entertaining friends.
- Expenses of going to or from your regular workplace.
- Travel expenses for employment away from home if that period of employment exceeds 1 year. See Pub. 529 for an exception for certain Federal employees.
- Travel as a form of education.
- Expenses of attending a seminar, convention, or similar meeting unless it is related to your employment.
- Club dues. See Pub. 529 for exceptions.
- Expenses of adopting a child. But you may be able to take a credit for your expenses. See **Form 8839** for details.
- Fines and penalties.
- Expenses of producing tax-exempt income.

## Line 20

### Unreimbursed Employee Expenses

Enter the total job expenses you paid for which you were not reimbursed. (Amounts your employer included in box 1 of your W-2 form are not considered reimbursements.) But you MUST fill in and attach **Form 2106** if:

**1.** You claim any travel, transportation, meal, or entertainment expenses for your job, OR

**2.** Your employer paid you for any of your job expenses reportable on line 20.



If you used your own vehicle and item **2** does not apply, you may be able to file **Form 2106-EZ** instead.

If you do not have to file Form 2106 or 2106-EZ, list the type and amount of each expense on the dotted lines next to line 20. If you need more space, attach a statement showing the type and amount of each expense. Enter one total on line 20.

Examples of other expenses to include on line 20 are:

- Safety equipment, small tools, and supplies you needed for your job.
- Uniforms required by your employer, and which you may not usually wear away from work.
- Protective clothing required in your work, such as hard hats, safety shoes, and glasses.
- Physical examinations your employer said you must have.
- Dues to professional organizations and chambers of commerce.
- Subscriptions to professional journals.
- Fees to employment agencies and other costs to look for a new job in your present occupation, even if you do not get a new job.
- Certain business use of part of your home. For details, including limits that apply, use TeleTax topic 509 (see page 10) or see **Pub. 587.**
- Certain educational expenses. For details, use TeleTax topic 513 (see page 10) or see **Pub. 508.**



You may be able to take a credit for your educational expenses instead of a deduction. See **Form 8863** for details.

## Line 21

### Tax Preparation Fees

Enter the fees you paid for preparation of your tax return, including fees paid for filing your return electronically.

## Line 22

### Other Expenses

Enter the total amount you paid to produce or collect taxable income and manage or protect property held for earning income. But **do not** include any personal expenses. List the type and amount of each expense on the dotted lines next to line 22. If you need more space, attach a statement showing the type and amount of each expense. Enter one total on line 22.

Examples of expenses to include on line 22 are:

- Certain legal and accounting fees.
- Clerical help and office rent.
- Custodial (for example, trust account) fees.
- Your share of the investment expenses of a regulated investment company.

*(continued on page A-6)*

- Certain losses on nonfederally insured deposits in an insolvent or bankrupt financial institution. For details, including limits that apply, see **Pub. 529.**

- Casualty and theft losses from property used in performing services as an employee from Form 4684, lines 32 and 38b, or Form 4797, line 18b(1).

- Deduction for repayment of amounts under a claim of right if $3,000 or less.

# Other Miscellaneous Deductions

## Line 27

Only the expenses listed next can be deducted on this line. List the type and amount of each expense on the dotted lines next to line 27. If you need more space, attach a statement showing the type and amount of each expense. Enter one total on line 27.

- Gambling losses, but only to the extent of gambling winnings reported on Form 1040, line 21.

- Casualty and theft losses from income-producing property from Form 4684, lines 32 and 38b, or Form 4797, line 18b(1).

- Federal estate tax on income in respect of a decedent.

- Amortizable bond premium on bonds acquired before October 23, 1986.

- Deduction for repayment of amounts under a claim of right if over $3,000. See **Pub. 525** for details.

- Certain unrecovered investment in a pension.

- Impairment-related work expenses of a disabled person.

For more details, see **Pub. 529.**

# Total Itemized Deductions

## Line 28

Use the worksheet below to figure the amount to enter on line 28 if the amount on Form 1040, line 34, is over $126,600 if single, married filing jointly, head of household, or qualifying widow(er); $63,300 if married filing separately.

---

**Itemized Deductions Worksheet—Line 28**                    *Keep for Your Records*  

1. Add the amounts on Schedule A, lines 4, 9, 14, 18, 19, 26, and 27 . . . . . . . . . . .   **1.** _____
2. Add the amounts on Schedule A, lines 4, 13, and 19, plus any gambling and casualty or theft losses included on line 27   **2.** _____

   **⚠ CAUTION**   Be sure your total gambling and casualty or theft losses are clearly identified on the dotted line next to line 27.

3. Is the amount on line 2 less than the amount on line 1?

   ☐ **No.** 🛑 Your deduction is not limited. Enter the amount from line 1 above on Schedule A, line 28.

   ☐ **Yes.** Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . .   **3.** _____
4. Multiply line 3 above by 80% (.80) . . . . . . . . .   **4.** _____
5. Enter the amount from Form 1040, line 34 . . . . . . .   **5.** _____
6. Enter: $126,600 if single, married filing jointly, head of household, or qualifying widow(er); $63,300 if married filing separately . . . . . . .   **6.** _____
7. Is the amount on line 6 less than the amount on line 5?

   ☐ **No.** 🛑 Your deduction is not limited. Enter the amount from line 1 above on Schedule A, line 28.

   ☐ **Yes.** Subtract line 6 from line 5 . . . . . . . . . .   **7.** _____
8. Multiply line 7 above by 3% (.03) . . . . . . . . . .   **8.** _____
9. Enter the **smaller** of line 4 or line 8 . . . . . . . . . . . . . . . . . . .   **9.** _____
10. **Total itemized deductions.** Subtract line 9 from line 1. Enter the result here and on Schedule A, line 28 . . . . . . . . . . . . . . . . . . . . . . . . .   **10.** _____

---

# 1999 Instructions for Schedule B, Interest and Ordinary Dividends

Use Schedule B (Form 1040) if **any** of the following apply.

- You had over $400 in taxable interest.
- Any of the **Special Rules** listed in the instructions for line 1 below apply to you.
- You are claiming the exclusion of interest from series EE or I U.S. savings bonds issued after 1989.
- You had over $400 in ordinary dividends.
- You received ordinary dividends as a nominee.
- You **(1)** had a foreign account; or **(2)** received a distribution from, or were a grantor of, or transferor to, a foreign trust. Part III of the schedule has questions about foreign accounts and trusts.

 You may list more than one payer on each entry space for lines 1 and 5, but be sure to clearly show the amount paid next to the payer's name. Add the separate amounts paid by the payers listed on an entry space and enter the total in the "Amount" column. If you still need more space, attach separate statements that are the same size as the printed schedule. Use the same format as lines 1 and 5, but show your totals on Schedule B. Be sure to put your name and social security number (SSN) on the statements and attach them at the end of your return.

## Part I. Interest

## Line 1

### Interest

Report on line 1 **all** of your taxable interest. List each payer's name and show the amount.

### Special Rules

#### Seller-Financed Mortgages

If you sold your home or other property and the buyer used the property as a personal residence, list first any interest the buyer paid you on a mortgage or other form of seller financing. Be sure to show the buyer's name, address, and SSN. You must also let the buyer know your SSN. If you do not show the buyer's name, address, and SSN, or let the buyer know your SSN, you may have to pay a $50 penalty.

#### Nominees

If you received a **Form 1099-INT** that includes interest you received as a nominee (that is, in your name, but the interest actually belongs to someone else), report the total on line 1. Do this even if you later distributed some or all of this income to others. Under your last entry on line 1, put

a subtotal of all interest listed on line 1. Below this subtotal, enter "Nominee Distribution" and show the total interest you received as a nominee. Subtract this amount from the subtotal and enter the result on line 2.

 If you received interest as a nominee, you must give the actual owner a Form 1099-INT unless the owner is your spouse. You must also file a **Form 1096** and a Form 1099-INT with the IRS. For more details, see the **Instructions for Forms 1099, 1098, 5498, and W-2G.**

#### Accrued Interest

When you buy bonds between interest payment dates and pay accrued interest to the seller, this interest is taxable to the seller. If you received a Form 1099 for interest as a purchaser of a bond with accrued interest, follow the rules earlier under **Nominees** to see how to report the accrued interest on Schedule B. But identify the amount to be subtracted as "Accrued Interest."

#### Tax-Exempt Interest

If you received a **Form 1099-INT** for tax-exempt interest, follow the rules earlier under **Nominees** to see how to report the interest on Schedule B. But identify the amount to be subtracted as "Tax-Exempt Interest."

#### Original Issue Discount (OID)

If you are reporting OID in an amount less than the amount shown on Form 1099-OID, follow the rules earlier under **Nominees** to see how to report the OID on Schedule B. But identify the amount to be subtracted as "OID Adjustment."

#### Amortizable Bond Premium

If you are reducing your interest income on a bond by the amount of amortizable bond premium, follow the rules earlier under **Nominees** to see how to report the interest on Schedule B. But identify the amount to be subtracted as "ABP Adjustment."

## Line 3

### Excludable Interest on Series EE and I U.S. Savings Bonds Issued After 1989

If, during 1999, you cashed series EE or I U.S. savings bonds issued after 1989 and you paid qualified higher education expenses for yourself, your spouse, or your dependents, you may be able to exclude part or all of the interest on those bonds. See **Form 8815** for details.

## Part II. Ordinary Dividends

**Note.** You may have to file Form 5471 if, in 1999, you were an officer or director of a foreign corporation. You may also have to file Form 5471 if, in 1999, you owned 10% or more of the total **(1)** value of a foreign corporation's stock, or **(2)** combined voting power of all classes of a foreign corporation's stock with voting rights. For details, see Form 5471 and its instructions.

## Line 5

### Ordinary Dividends

Report on line 5 **all** of your ordinary dividends. List each payer's name and show the amount.

 Do not report capital gain distributions on line 5. Instead, see the instructions for Form 1040, line 13.

*(continued on page B-2)*

**Nominees**

If you received a **Form 1099-DIV** that includes ordinary dividends you received as a nominee (that is, in your name, but the ordinary dividends actually belong to someone else), report the total on line 5. Do this even if you later distributed some or all of this income to others. Under your last entry on line 5, put a subtotal of all ordinary dividends listed on line 5. Below this subtotal, enter "Nominee Distribution" and show the total ordinary dividends you received as a nominee. Subtract this amount from the subtotal and enter the result on line 6.

 If you received ordinary dividends as a nominee, you must give the actual owner a Form 1099-DIV unless the owner is your spouse. You must also file a **Form 1096** and a Form 1099-DIV with the IRS. For more details, see the **Instructions for Forms 1099, 1098, 5498, and W-2G.**

# Part III. Foreign Accounts and Trusts

## Lines 7a and 7b

### Foreign Accounts

#### Line 7a

Check the "Yes" box on line 7a if **either 1** or **2** below applies to you.

**1.** You own more than 50% of the stock in any corporation that owns one or more foreign bank accounts.

**2.** At any time during the year you had an interest in or signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account).

**Note.** Item **2** does not apply to foreign securities held in a U.S. securities account.

**Exceptions.** Check the "No" box if any of the following applies to you.

● The combined value of the accounts was $10,000 or less during the whole year.

● The accounts were with a U.S. military banking facility operated by a U.S. financial institution.

● You were an officer or employee of a commercial bank that is supervised by the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, or the Federal Deposit Insurance Corporation; the account was in your employer's name; **and** you did not have a personal financial interest in the account.

● You were an officer or employee of a domestic corporation with securities listed on national securities exchanges or with assets of more than $1 million and 500 or more shareholders of record; the account was in your employer's name; you did not have a personal financial interest in the account; and the corporation's chief financial officer has given you written notice that the corporation has filed a current report that includes the account.

See **Form TD F 90-22.1** to find out if you are considered to have an interest in or signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account).

If you checked the "Yes" box on line 7a, file Form TD F 90-22.1 by June 30, 2000, with the **Department of the Treasury** at the address shown on that form. **Do not** attach it to Form 1040.

#### Line 7b

If you checked the "Yes" box on line 7a, enter the name of the foreign country or countries in the space provided on line 7b. Attach a separate statement if you need more space.

## Line 8

### Foreign Trusts

If you received a distribution from a foreign trust, you must provide additional information. For this purpose, a loan of cash or marketable securities generally is considered to be a distribution. See **Form 3520** for details.

If you were the grantor of, or transferor to, a foreign trust that existed during 1999, you may have to file Form 3520.

**B-2**

# 1999 Instructions for Schedule C, Profit or Loss From Business

Use Schedule C (Form 1040) to report income or loss from a business you operated or a profession you practiced as a sole proprietor. Also, use Schedule C to report wages and expenses you had as a statutory employee. An activity qualifies as a business if your primary purpose for engaging in the activity is for income or profit and you are involved in the activity with continuity and regularity. For example, a sporadic activity or a hobby does not qualify as a business. To report income from a nonbusiness activity, see the Instructions for Form 1040, line 21.

Small businesses and statutory employees with expenses of $2,500 or less may be able to file **Schedule C-EZ** instead of Schedule C. See Schedule C-EZ to find out if you qualify to file it.

This activity may subject you to state and local taxes and other requirements such as business licenses and fees. Check with your state and local governments for more information.

## General Instructions

### Other Schedules and Forms You May Have To File

**Schedule A** to deduct interest, taxes, and casualty losses not related to your business.

**Schedule E** to report rental real estate and royalty income or (loss) that is **not** subject to self-employment tax.

**Schedule F** to report profit or (loss) from farming.

**Schedule SE** to pay self-employment tax on income from any trade or business.

**Form 4562** to claim depreciation on assets placed in service in 1999, to claim amortization that began in 1999, or to report information on listed property.

**Form 4684** to report a casualty or theft gain or loss involving property used in your trade or business or income-producing property.

**Form 4797** to report sales, exchanges, and involuntary conversions (not from a casualty or theft) of trade or business property.

**Form 8271** if you are claiming or you are reporting on Schedule C or C-EZ any income, deduction, loss, credit, or other tax benefit from a tax shelter.

**Form 8594** to report certain purchases or sales of groups of assets that constitute a trade or business.

**Form 8824** to report like-kind exchanges.

**Form 8829** to claim expenses for business use of your home.

### Heavy Highway Vehicle Use Tax

If you use certain highway trucks, truck-trailers, tractor-trailers, or buses in your trade or business, you may have to pay a Federal highway motor vehicle use tax. See **Form 2290** to find out if you owe this tax.

### Information Returns

You may have to file information returns for wages paid to employees, certain payments of fees and other nonemployee compensation, interest, rents, royalties, real estate transactions, annuities, and pensions. You may also have to file an information return if you sold $5,000 or more of consumer products to a person on a buy-sell, deposit-commission, or other similar basis for resale. For more information, see the 1999 **Instructions for Forms 1099, 1098, 5498, and W-2G.**

If you received cash of more than $10,000 in one or more related transactions in your trade or business, you may have to file **Form 8300.** For details, see **Pub. 1544.**

### Additional Information

See **Pub. 334** for more information for small businesses.

## Specific Instructions

### Filers of Form 1041

**Do not** complete the block labeled "Social security number." Instead, enter your employer identification number (EIN) on line D.

### Line A

Describe the business or professional activity that provided your principal source of income reported on line 1. If you owned more than one business, you must complete a separate Schedule C for each business. Give the general field or activity and the type of product or service. If your general field or activity is wholesale or retail trade, or services connected with production services (mining, construction, or manufacturing), also give the type of customer or client. For example, "wholesale sale of hardware to retailers" or "appraisal of real estate for lending institutions."

### Line D

You need an employer identification number (EIN) only if you had a Keogh plan or were required to file an employment, excise, estate, trust, or alcohol, tobacco, and firearms tax return. If you need an EIN, file **Form SS-4.** If you do not have an EIN, leave line D blank. **Do not** enter your SSN.

### Line E

Enter your business address. Show a street address instead of a box number. Include the suite or room number, if any. If you conducted the business from your home located at the address shown on Form 1040, page 1, you do not have to complete this line.

### Line F

You must use the cash method on your return unless you kept account books. If you kept such books, you can use the cash method or the accrual method. However, if inventories are required, you must use the accrual method for sales and purchases. Special rules apply to long-term contracts. See Internal Revenue Code section 460 for details. The method used must clearly reflect your income.

If you use the **cash method,** show all items of taxable income actually or constructively received during the year (in cash, property, or services). Income is constructively received when it is credited to your account or set aside for you to use. Also, show amounts actually paid during the year for deductible expenses.

If you use the **accrual method,** report income when you earn it and deduct expenses when you incur them even if you do not pay them during the tax year.

Accrual-basis taxpayers are put on a cash basis for deducting business expenses owed to a related cash-basis taxpayer. Other rules determine the timing of deductions based on economic performance. See **Pub. 538.**

To change your accounting method (including treatment of inventories), you must usually get permission from the IRS. In general, file **Form 3115** within the first 180 days of the tax year in which you want to make the change.

## Line G

Participation, for purposes of the following seven material participation tests, generally includes any work you did in connection with an activity if you owned an interest in the activity at the time you did the work. The capacity in which you did the work does not matter. However, work is not treated as participation if it is work that an owner would not customarily do in the same type of activity and one of your main reasons for doing the work was to avoid the disallowance of losses or credits from the activity under the passive activity rules.

Work you did as an investor in an activity is not treated as participation unless you were directly involved in the day-to-day management or operations of the activity. Work done as an investor includes:

**1.** Studying and reviewing financial statements or reports on operations of the activity.

**2.** Preparing or compiling summaries or analyses of the finances or operations of the activity for your own use.

**3.** Monitoring the finances or operations of the activity in a nonmanagerial capacity.

**Participation by your spouse** during the tax year in an activity you own can be counted as your participation in the activity. This applies even if your spouse did not own an interest in the activity and whether or not you and your spouse file a joint return for the tax year.

**Material Participation.** For purposes of the passive activity rules, you materially participated in the operation of this trade or business activity during 1999 if you meet any of the following seven tests:

**1.** You participated in the activity for more than 500 hours during the tax year.

**2.** Your participation in the activity for the tax year was substantially all of the participation in the activity of all individuals (including individuals who did not own any interest in the activity) for the tax year.

**3.** You participated in the activity for more than 100 hours during the tax year, and you participated at least as much as any other person for the tax year. This includes individuals who did not own any interest in the activity.

**4.** The activity is a significant participation activity for the tax year, and you participated in all significant participation activities for more than 500 hours during the year. An activity is a "significant participation activity" if it involves the conduct of a trade or business, you participated in the activity for more than 100 hours during the tax year, and you did not materially participate under any of the material participation tests (other than this test 4).

**5.** You materially participated in the activity for any 5 of the prior 10 tax years.

**6.** The activity is a personal service activity in which you materially participated for any 3 prior tax years. A personal service activity is an activity that involves performing personal services in the fields of health, law, engineering, architecture, accounting, actuarial science, performing arts, consulting, or any other trade or business in which capital is not a material income-producing factor.

**7.** Based on all the facts and circumstances, you participated in the activity on a regular, continuous, and substantial basis during the tax year. But you do not meet this test if you participated in the activity for 100 hours or less during the tax year. Your participation in managing the activity does not count in determining if you meet this test if any person (except you) —

**a.** Received compensation for performing management services in connection with the activity, or

**b.** Spent more hours during the tax year than you spent performing management services in connection with the activity (regardless of whether the person was compensated for the services).

If you meet any of the above tests, check the "Yes" box.

If you **do not** meet any of the above tests, check the "No" box. This business is a **passive activity.** If you have a loss from this business, see **Limit on Losses** below. If you have a profit from this business activity but have current year losses from other passive activities or you have prior year unallowed passive activity losses, see the instructions for **Form 8582.**

**Exception for Oil and Gas.** If you are filing Schedule C to report income and deductions from an oil or gas well in which you own a working interest directly or through an entity that does not limit your liability, check the "Yes" box. The activity of owning the working interest is not a passive activity regardless of your participation in the activity.

**Limit on Losses.** If you checked the "No" box and you have a loss from this business, you may have to use Form 8582 to figure your allowable loss, if any, to enter on Schedule C, line 31. Generally, you can deduct losses from passive activities only to the extent of income from passive activities.

For more details, see **Pub. 925.**

## Line H

If you started or acquired this business in 1999, check the box on line H. Also, check the box if you are reopening or restarting this business after temporarily closing it, and you did not file a 1998 Schedule C or C-EZ for this business.

# Part I. Income

## Line 1

Enter gross receipts from your trade or business. Include amounts you received in your trade or business that were properly shown on **Forms 1099-MISC.** If the total amounts that were reported in box 7 of Forms 1099-MISC are more than the total you are reporting on line 1, attach a statement explaining the difference.

**Statutory Employees.** If you received a Form W-2 and the "Statutory employee" box in box 15 of that form was checked, report your income and expenses related to that income on Schedule C or C-EZ. Enter your statutory employee income from box 1 of Form W-2 on line 1 of Schedule C or C-EZ, and **check the box** on that line. Social security and Medicare tax should have been withheld from your earnings; therefore, you do not owe self-employment tax on these earnings.

Statutory employees include full-time life insurance agents, certain agent or commission drivers and traveling salespersons, and certain homeworkers.

If you had both self-employment income and statutory employee income, **do not** combine these amounts on a single Schedule C or C-EZ. In this case, you must file two Schedules C. You cannot use Schedule C-EZ.

**Installment Sales.** Generally, the installment method may not be used to report income from the sale of **(a)** personal property regularly sold under the installment method or **(b)** real property held for resale to customers. But the installment method may be used to report income from sales of

certain residential lots and timeshares if you elect to pay interest on the tax due on that income after the year of sale. See Internal Revenue Code section 453(l)(2)(B) for details. If you make this election, include the interest on Form 1040, line 56. Also, enter "453(l)(3)" and the amount of the interest on the dotted line to the left of line 56.

If you use the installment method, attach a schedule to your return. Show separately for 1999 and the 3 preceding years: gross sales, cost of goods sold, gross profit, percentage of gross profit to gross sales, amounts collected, and gross profit on amounts collected.

## Line 2

Enter such items as returned sales, rebates, and allowances from the sales price.

## Line 6

Report on line 6 amounts from finance reserve income, scrap sales, bad debts you recovered, interest (such as on notes and accounts receivable), state gasoline or fuel tax refunds you got in 1999, credit for Federal tax paid on gasoline or other fuels claimed on your 1998 Form 1040, prizes and awards related to your trade or business, and other kinds of miscellaneous business income. Include amounts you received in your trade or business as shown on **Form 1099-PATR.** Also, include any recapture of the deduction for clean-fuel vehicles used in your business and clean-fuel vehicle refueling property. For more details, see **Pub. 535.**

If the business use percentage of any listed property (defined in the instructions for line 13 on this page) decreased to 50% or less in 1999, report on this line any recapture of excess depreciation, including any section 179 expense deduction. Use **Form 4797** to figure the recapture. Also, if the business use percentage drops to 50% or less on leased listed property (other than a vehicle), include on this line any inclusion amount. See **Pub. 946** to figure the amount.

# Part II. Expenses

**Capitalizing Costs of Property.** If you produced real or tangible personal property or acquired property for resale, certain expenses attributable to the property must be included in inventory costs or capitalized. In addition to direct costs, producers of inventory property must also include part of certain indirect costs in their inventory. Purchasers of personal property acquired for resale must include part of certain indirect costs in inventory only if the average annual gross receipts for the 3 prior tax years exceed $10 million. Also, you must capitalize part of the indirect costs that benefit real or tangible personal property constructed for use in a trade or business, or noninventory property produced for sale to customers. Reduce the amounts on lines 8–26 and Part V by amounts capitalized. For more details, see Pub. 538.

**Exception for Creative Property.** If you are an artist, author, or photographer, you may be exempt from the capitalization rules. However, your personal efforts must have created (or reasonably be expected to create) the property. This exception does not apply to any expense related to printing, photographic plates, motion picture films, video tapes, or similar items. These expenses are subject to the capitalization rules. For more details, see Pub. 538.

## Line 9

Include debts and partial debts from sales or services that were included in income and are definitely known to be worthless. If you later collect a debt that you deducted as a bad debt, include it as income in the year collected. For more details, see **Pub. 535.**

## Line 10

You can deduct the actual expenses of running your car or truck, or take the **standard mileage rate.** You **must** use actual expenses if you used your vehicle for hire (such as a taxicab), or you used more than one vehicle simultaneously in your business (such as in fleet operations). You cannot use actual expenses for a leased vehicle if you previously used the standard mileage rate for that vehicle.

You can use the standard mileage rate for 1999 **only** if:

● You owned the vehicle and use the standard mileage rate for the first year you placed the vehicle in service, or

● You leased the vehicle and are using the standard mileage rate for the entire lease period (except the period, if any, before 1998).

If you deduct actual expenses:

● Include on line 10 the business portion of expenses for gasoline, oil, repairs, insurance, tires, license plates, etc., and

● Show depreciation on line 13 and rent or lease payments on line 20a.

If you use the standard mileage rate, you **cannot** deduct depreciation, rent or lease payments, or your actual operating expenses. To take the standard mileage rate, multiply the number of business miles driven:

● Before April 1, 1999, by 32.5 cents, and

● After March 31, 1999, by 31 cents.

Add to this amount your parking fees and tolls, and enter the total.

For more details, see **Pub. 463.**

**Information on Your Vehicle.** If you claim any car and truck expenses, you must provide certain information on the use of your vehicle by completing one of the following:

● Part IV of Schedule C or Part III of Schedule C-EZ if: **(a)** you are claiming the standard mileage rate, you lease your vehicle, or your vehicle is fully depreciated and **(b)** you are **not** required to file **Form 4562** for any other reason. If you used more than one vehicle during the year, attach your own schedule with the information requested in Part IV of Schedule C, or Part III of Schedule C-EZ, for each additional vehicle.

● Part V of Form 4562 if you are claiming depreciation on your vehicle or you are required to file Form 4562 for any other reason (see the instructions for line 13 below).

## Line 12

Enter your deduction for depletion on this line. If you have timber depletion, attach **Form T.** See Pub. 535 for details.

## Line 13

**Depreciation and Section 179 Expense Deduction.** Depreciation is the annual deduction allowed to recover the cost or other basis of business or investment property having a useful life substantially beyond the tax year. You can also depreciate improvements made to leased business property. However, stock in trade, inventories, and land are not depreciable.

Depreciation starts when you first use the property in your business or for the production of income. It ends when you take the property out of service, deduct all your depreciable cost or other basis, or no longer use the property in your business or for the production of income.

See the Instructions for Form 4562 to figure the amount of depreciation to enter on line 13.

You may also choose under Internal Revenue Code section 179 to expense part of the cost of certain property you bought in 1999 for use in your business. See the Instructions for Form 4562 for more details.

**When To Attach Form 4562.** You must complete and attach Form 4562 **only** if:

● You are claiming depreciation on property placed in service during 1999, or

- You are claiming depreciation on listed property (defined below), regardless of the date it was placed in service, or

- You are claiming a section 179 expense deduction.

If you acquired depreciable property for the first time in 1999, see **Pub. 946.**

**Listed property** generally includes, but is not limited to:

- Passenger automobiles weighing 6,000 pounds or less,

- Any other property used for transportation if the nature of the property lends itself to personal use, such as motorcycles, pickup trucks, etc.,

- Any property used for entertainment or recreational purposes (such as photographic, phonographic, communication, and video recording equipment),

- Cellular telephones or other similar telecommunications equipment, and

- Computers or peripheral equipment.

**Exceptions.** Listed property does not include photographic, phonographic, communication, or video equipment used exclusively in your trade or business or at your regular business establishment. It also does not include any computer or peripheral equipment used exclusively at a regular business establishment and owned or leased by the person operating the establishment. For purposes of these exceptions, a portion of your home is treated as a regular business establishment only if that portion meets the requirements under Internal Revenue Code section 280A(c)(1) for deducting expenses for the business use of your home.

If the business use percentage of any listed property decreased to 50% or less in 1999, see the instructions for line 6 on page C-3.

## Line 14

Deduct contributions to employee benefit programs that are not an incidental part of a pension or profit-sharing plan included on line 19. Examples are accident and health plans, group-term life insurance, and dependent care assistance programs.

Do not deduct on line 14 any contributions you made on your behalf as a self-employed person to an accident and health plan or for group-term life insurance. You may be able to deduct on Form 1040, line 28, part of the amount you paid for health insurance on behalf of yourself, your spouse, and dependents, even if you do not itemize your deductions. See the Form 1040 instructions on page 28 for more details.

## Line 15

Deduct premiums paid for business insurance on line 15. Deduct on line 14 amounts paid for employee accident and health insurance. Do not deduct amounts credited to a reserve for self-insurance or premiums paid for a policy that pays for your lost earnings due to sickness or disability. For more details, see Pub. 535.

## Lines 16a and 16b

**Interest Allocation Rules.** The tax treatment of interest expense differs depending on its type. For example, home mortgage interest and investment interest are treated differently. "Interest allocation" rules require you to allocate (classify) your interest expense so it is deducted (or capitalized) on the correct line of your return and gets the right tax treatment. These rules could affect how much interest you are allowed to deduct on Schedule C or C-EZ.

Generally, you allocate interest expense by tracing how the proceeds of the loan are used. See Pub. 535 for details.

If you paid interest in 1999 that applies to future years, deduct only the part that applies to 1999. If you paid interest on a debt secured by your main home and any of the proceeds from that debt were used in connection with your trade or business, see Pub. 535 to figure the amount that is deductible on Schedule C or C-EZ.

If you have a mortgage on real property used in your business (other than your main home), enter on line 16a the interest you paid for 1999 to banks or other financial institutions for which you received a **Form 1098.** If you did not receive a Form 1098, enter the interest on line 16b.

If you paid more mortgage interest than is shown on Form 1098 or similar statement, see Pub. 535 to find out if you can deduct the additional interest. If you can, enter the amount on line 16a. Attach a statement to your return explaining the difference. Enter "See attached" in the left margin next to line 16a.

If you and at least one other person (other than your spouse if you file a joint return) were liable for and paid interest on the mortgage and the other person received the Form 1098, report your share of the interest on line 16b. Attach a statement to your return showing the name and address of the person who received the Form 1098. In the left margin next to line 16b, enter "See attached."

Do not deduct interest you paid or accrued on debts allocable to investment property. This interest is generally deducted on **Schedule A** (Form 1040). For details, see **Pub. 550.**

## Line 17

Include on this line fees for tax advice related to your business and for preparation of the tax forms related to your business.

## Line 19

Enter your deduction for contributions to a pension, profit-sharing, or annuity plan, or plans for the benefit of your employees. If the plan includes you as a self-employed person, enter contributions made as an employer on your behalf on Form 1040, line 29, not on Schedule C.

Generally, you must file the applicable form listed below if you maintain a pension, profit-sharing, or other funded-deferred compensation plan. The filing requirement is not affected by whether or not the plan qualified under the Internal Revenue Code, or whether or not you claim a deduction for the current tax year.

**Form 5500.** File this form for a plan that is not a one-participant plan (see below).

**Form 5500-EZ.** File this form for a one-participant plan. A one-participant plan is a plan that only covers you (or you and your spouse).

There is a penalty for failure to timely file these forms.

For more information, see **Pub. 560.**

## Lines 20a and 20b

If you rented or leased vehicles, machinery, or equipment, enter on line 20a the business portion of your rental cost. But if you leased a vehicle for a term of 30 days or more, you may have to reduce your deduction by an amount called the **inclusion amount.**

**You may have to do this if—**

| The lease term began during . . . | And the vehicle's fair market value on the first day of the lease exceeded . . . |
|---|---|
| 1999 . . . . . . . . . | $15,500 |
| 1997 or 1998 . . . . . . | 15,800 |
| 1995 or 1996 . . . . . . | 15,500 |
| 1994 . . . . . . . . . | 14,600 |

If the lease term began before 1994, see Pub. 463 to find out if you have an inclusion amount.

Also see Pub. 463 to figure your inclusion amount.

Enter on line 20b amounts paid to rent or lease other property, such as office space in a building.

## Line 21

Deduct the cost of repairs and maintenance. Include labor, supplies, and other items that do not add to the value or increase the life of the property. Do not deduct the value of your own labor. Do not deduct amounts spent to restore or replace property; they must be capitalized.

## Line 23

You can deduct the following taxes on this line:

● State and local sales taxes imposed on you as the seller of goods or services. If you collected this tax from the buyer, you must also include the amount collected in gross receipts or sales on line 1.

● Real estate and personal property taxes on business assets.

● Social security and Medicare taxes paid to match required withholding from your employees' wages. Also, Federal unemployment tax paid. Reduce your deduction by the amount of the current year credit shown on line 4 of **Form 8846.**

● Federal highway use tax.

**Do not** deduct on this line:

● Federal income taxes, including your self-employment tax. However, you may deduct one-half of your self-employment tax on Form 1040, line 27.

● Estate and gift taxes.

● Taxes assessed to pay for improvements, such as paving and sewers.

● Taxes on your home or personal use property.

● State and local sales taxes on property purchased for use in your business. Instead, treat these taxes as part of the cost of the property.

● State and local sales taxes imposed on the buyer that you were required to collect and pay over to the state or local governments. These taxes are not included in gross receipts or sales nor are they a deductible expense. However, if the state or local government allowed you to retain any part of the sales tax you collected, you must include that amount as income on line 6.

● Other taxes not related to your business.

## Line 24a

Enter your expenses for lodging and transportation connected with overnight travel for business while away from your tax home. Generally, your tax home is your main place of business regardless of where you maintain your family home. You cannot deduct expenses paid or incurred in connection with employment away from home if that period of employment exceeds 1 year. Also, you cannot deduct travel expenses for your spouse, your dependent, or any other individual unless that person is your employee, the travel is for a bona fide business purpose, and the expenses would otherwise be deductible by that person.

Do not include expenses for meals and entertainment on this line. Instead, see the instructions for lines 24b and 24c below.

You cannot deduct expenses for attending a foreign convention unless it is directly related to your trade or business and it is as reasonable for the meeting to be held outside the North American area as within it. These rules apply to both employers and employees. Other rules apply to luxury water travel.

For more details, see Pub. 463.

## Lines 24b and 24c

On line 24b, enter your total business meal and entertainment expenses. Include meals while traveling away from home for business. Instead of the actual cost of your meals while traveling away from home, you may use the standard meal allowance. For more details, see Pub. 463.

Business meal expenses are deductible only if they are **(a)** directly related to or associated with the active conduct of your trade or business, **(b)** not lavish or extravagant, and **(c)** incurred while you or your employee is present at the meal.

You cannot deduct any expense paid or incurred for a facility (such as a yacht or hunting lodge) used for any activity usually considered entertainment, amusement, or recreation.

Also, you cannot deduct membership dues for any club organized for business, pleasure, recreation, or other social purpose. This includes country clubs, golf and athletic clubs, airline and hotel clubs, and clubs operated to provide meals under conditions favorable to business discussion. But it does not include civic or public service organizations, professional organizations (such as bar and medical associations), business leagues, trade associations, chambers of commerce, boards of trade, and real estate boards, unless a principal purpose of the organization is to entertain, or provide entertainment facilities for, members or their guests.

There are exceptions to these rules as well as other rules that apply to sky-box rentals and tickets to entertainment events. See Pub. 463.

Generally, you may deduct only 50% of your business meal and entertainment expenses, including meals incurred while away from home on business. For individuals subject to the Department of Transportation (DOT) hours of service limits, that percentage is increased to 55% for business meals consumed during, or incident to, any period of duty for which those limits are in effect. Individuals subject to the DOT hours of service limits include the following persons:

● Certain air transportation workers (such as pilots, crew, dispatchers, mechanics, and control tower operators) who are under Federal Aviation Administration regulations.

● Interstate truck operators who are under DOT regulations.

● Certain merchant mariners who are under Coast Guard regulations.

However, you may fully deduct meals and entertainment furnished or reimbursed to an employee if you properly treat the expense as wages subject to withholding. You may also fully deduct meals and entertainment provided to a nonemployee to the extent the expenses are includible in the gross income of that person and reported on Form 1099-MISC. See Pub. 463 for more details and other exceptions.

Figure how much of the amount on line 24b is not deductible and enter that amount on line 24c.

## Line 25

Deduct only utility expenses for your trade or business.

**Local Telephone Service.** If you used your home phone for business, do not deduct the base rate (including taxes) of the first phone line into your residence. But you can deduct expenses for any additional costs you incurred for business that are more than the cost of the base rate for the first phone line. For example, if you had a second line, you can deduct the business percentage of the charges for that line, including the base rate charges.

## Line 26

Enter the total salaries and wages for the tax year. Do not include salaries and wages deducted elsewhere on your return or amounts paid to yourself. Reduce your deduction by the current year credits claimed on:

● **Form 5884,** Work Opportunity Credit.

● **Form 8844,** Empowerment Zone Employment Credit.

● **Form 8845,** Indian Employment Credit.

● **Form 8861,** Welfare-to-Work Credit.



If you provided taxable fringe benefits to your employees, such as personal use of a car, do not deduct as wages the amount applicable to depreciation and other expenses claimed elsewhere.

## Line 30

**Business Use of Your Home.** You may be able to deduct certain expenses for business use of your home, subject to limitations. Generally, any amount not allowed as a deduction for 1999 because of the limitations can be carried over to 2000. You must attach **Form 8829** if you claim this deduction.

For details, see the Instructions for Form 8829 and **Pub. 587.**

## Line 31

If you have a loss, the amount of loss you can deduct this year may be limited. Go on to line 32 before entering your loss on line 31. If you answered "No" to Question G on Schedule C, also see the Instructions for Form 8582. Enter the net profit or **deductible** loss here. Combine this amount with any profit or loss from other businesses, and enter the total on Form 1040, line 12, and Schedule SE, line 2. Estates and trusts should enter the total on Form 1041, line 3.

If you have a net profit on line 31, this amount is earned income and may qualify you for the earned income credit. See the Instructions for Form 1040, lines 59a and 59b, on page 38 for more details.

**Statutory Employees.** If you are filing Schedule C to report income and expenses as a statutory employee, include your net profit or deductible loss from line 31 with other Schedule C amounts on Form 1040, line 12. However, **do not** report this amount on Schedule SE, line 2. If you are required to file Schedule SE because of other self-employment income, see the Instructions for Schedule SE.

## Line 32

**At-Risk Rules.** Generally, if you have **(a)** a business loss and **(b)** amounts in the business for which you are **not at risk,** you will have to complete **Form 6198** to figure your allowable loss.

The at-risk rules generally limit the amount of loss (including loss on the disposition of assets) you can claim to the amount you could actually lose in the business.

Check **box 32b** if you have amounts for which you are not at risk in this business, such as the following.

● Nonrecourse loans used to finance the business, to acquire property used in the business, or to acquire the business that are not secured by your own property (other than property used in the business). However, there is an exception for certain nonrecourse financing borrowed by you in connection with holding real property.

● Cash, property, or borrowed amounts used in the business (or contributed to the business, or used to acquire the business) that are protected against loss by a guarantee, stop-loss agreement, or other similar arrangement (excluding casualty insurance and insurance against tort liability).

● Amounts borrowed for use in the business from a person who has an interest in the business, other than as a creditor, who is related under Internal Revenue Code section 465(b)(3) to a person (other than you) having such an interest.

If all amounts are at risk in this business, check **box 32a** and enter your loss on line 31. But if you answered "No" to Question G, you may need to complete Form 8582 to figure your allowable loss to enter on line 31. See the Instructions for Form 8582 for more details.

If you checked **box 32b,** get Form 6198 to determine the amount of your deductible loss and enter that amount on line 31. But if you answered "No" to Question G, your loss may be further limited. See the Instructions for Form 8582. If your at-risk amount is zero or less, enter zero on line 31. Be sure to attach Form 6198 to your return. If you checked box 32b and you do not attach Form 6198, the processing of your tax return may be delayed.

**Statutory Employees.** Include your deductible loss with other Schedule C amounts on Form 1040, line 12. **Do not** include this amount on Schedule SE, line 2.

Any loss from this business not allowed for 1999 because of the at-risk rules is treated as a deduction allocable to the business in 2000. For more details, see the Instructions for Form 6198 and Pub. 925.

# Part III. Cost of Goods Sold

If you engaged in a trade or business in which the production, purchase, or sale of merchandise was an income-producing factor, merchandise inventories must be taken into account at the beginning and end of your tax year.

**Note.** Certain direct and indirect expenses must be capitalized or included in inventory. See the instructions for Part II.

## Line 33

Your inventories can be valued at cost; cost or market value, whichever is lower; or any other method approved by the IRS.

# Part V. Other Expenses

Include all ordinary and necessary business expenses not deducted elsewhere on Schedule C. List the type and amount of each expense separately in the space provided. Enter the total on lines 48 and 27. Do not include the cost of business equipment or furniture, replacements or permanent improvements to property, or personal, living, and family expenses. Do not include charitable contributions. Also, you may not deduct fines or penalties paid to a government for violating any law. For more details on business expenses, see Pub. 535.

**Amortization.** Include amortization in this part. For amortization that begins in 1999, you must complete and attach Form 4562.

You may amortize:

● The cost of pollution-control facilities.

● Amounts paid for research and experimentation.

● Certain business startup costs.

● Qualified forestation and reforestation costs.

● Amounts paid to acquire, protect, expand, register, or defend trademarks or trade names.

● Goodwill and certain other intangibles.

In general, you **may not** amortize real property construction period interest and taxes. Special rules apply for allocating interest to real or personal property produced in your trade or business.

**At-Risk Loss Deduction.** Any loss from this activity that was not allowed as a deduction last year because of the at-risk rules is treated as a deduction allocable to this activity in 1999.

**Capital Construction Fund. Do not** claim on Schedule C or C-EZ the deduction for amounts contributed to a capital construction fund set up under the Merchant Marine Act of 1936. To take the deduction, reduce the amount that would otherwise be entered as taxable income on Form 1040, line 39, by the amount of the deduction. Next to line 39 enter "CCF" and the amount of the deduction. For more information, see **Pub. 595.**

**Deduction for Clean-Fuel Vehicles and Clean-Fuel Vehicle Refueling Property.** You may deduct part of the cost of qualified clean-fuel vehicle property used in your business and qualified clean-fuel vehicle refueling property. See Pub. 535 for more details.

**Disabled Access Credit and the Deduction for Removing Barriers to Individuals With Disabilities and the Elderly.** You may be able to claim a tax credit of up to $5,000 for eligible expenditures paid or incurred in 1999 to provide access to your business for individuals with disabilities. See **Form 8826** for more details. You can also deduct up to $15,000 of costs paid or incurred in 1999 to remove architectural or transportation barriers to individuals with disabilities and the elderly. However, you cannot take both the credit and the deduction on the same expenditures.

**Principal Business or Professional Activity Codes**

These codes for the Principal Business or Professional Activity classify sole proprietorships by the type of activity they are engaged in to facilitate the administration of the Internal Revenue Code. These six-digit codes are based on the North American Industry Classification System (NAICS).

Select the category that best describes your primary business activity (for example, Real Estate). Then select the activity that best identifies the principal source of your sales or receipts (for example, real estate agent). Now find the six-digit code assigned to this activity and **enter it on line B of**

**Schedule C or C-EZ** (for example, 531210, the Code for offices of real estate agents and brokers).

**Note.** If your principal source of income is from farming activities, you should file **Schedule F** (Form 1040), Profit or Loss From Farming.

## Accommodation, Food Services, & Drinking Places

### Accommodation
- 721310 Rooming & boarding houses
- 721210 RV (recreational vehicle) parks & recreational camps
- 721100 Travel accommodation (including hotels, motels, & bed & breakfast inns)

### Food Services & Drinking Places
- 722410 Drinking places (alcoholic beverages)
- 722110 Full-service restaurants
- 722210 Limited-service eating places
- 722300 Special food services (including food service contractors & caterers)

## Administrative & Support and Waste Management & Remediation Services

### Administrative & Support Services
- 561430 Business service centers (including private mail centers & copy shops)
- 561740 Carpet & upholstery cleaning services
- 561440 Collection agencies
- 561450 Credit bureaus
- 561410 Document preparation services
- 561300 Employment services
- 561710 Exterminating & pest control services
- 561210 Facilities support (management) services
- 561600 Investigation & security services
- 561720 Janitorial services
- 561730 Landscaping services
- 561110 Office administrative services
- 561420 Telephone call centers (including telephone answering services & telemarketing bureaus)
- 561500 Travel arrangement & reservation services
- 561490 Other business support services (including repossession services, court reporting, & stenotype services)
- 561790 Other services to buildings & dwellings
- 561900 Other support services (including packaging & labeling services, & convention & trade show organizers)

### Waste Management & Remediation Services
- 562000 Waste management & remediation services

## Agriculture, Forestry, Hunting, & Fishing
- 112900 Animal production (including breeding of cats and dogs)
- 114110 Fishing
- 113000 Forestry & logging (including forest nurseries & timber tracts)
- 114210 Hunting & trapping

### Support Activities for Agriculture & Forestry
- 115210 Support activities for animal production (including farriers)
- 115110 Support activities for crop production (including cotton ginning, soil preparation, planting, & cultivating)
- 115310 Support activities for forestry

## Arts, Entertainment, & Recreation

### Amusement, Gambling, & Recreation Industries
- 713100 Amusement parks & arcades
- 713200 Gambling industries
- 713900 Other amusement & recreation services (including golf courses, skiing facilities, marinas, fitness centers, bowling centers, skating rinks, miniature golf courses)

### Museums, Historical Sites, & Similar Institutions
- 712100 Museums, historical sites, & similar institutions

### Performing Arts, Spectator Sports, & Related Industries
- 711410 Agents & managers for artists, athletes, entertainers, & other public figures
- 711510 Independent artists, writers, & performers
- 711100 Performing arts companies
- 711300 Promoters of performing arts, sports, & similar events
- 711210 Spectator sports (including professional sports clubs & racetrack operations)

## Construction
- 233110 Land subdivision & land development
- 233300 Nonresidential building construction
- 233200 Residential building construction

### Heavy Construction
- 234100 Highway, street, bridge, & tunnel construction
- 234900 Other heavy construction

### Special Trade Contractors
- 235500 Carpentry & floor contractors
- 235710 Concrete contractors
- 235310 Electrical contractors
- 235400 Masonry, drywall, insulation, & tile contractors
- 235210 Painting & wall covering contractors
- 235110 Plumbing, heating, & air-conditioning contractors
- 235610 Roofing, siding, & sheet metal contractors
- 235810 Water well drilling contractors
- 235900 Other special trade contractors

## Educational Services
- 611000 Educational services (including schools, colleges, & universities)

## Finance & Insurance

### Credit Intermediation & Related Activities
- 522100 Depository credit intermediation (including commercial banking, savings institutions, & credit unions)
- 522200 Nondepository credit intermediation (including sales financing & consumer lending)
- 522300 Activities related to credit intermediation (including loan brokers)

### Insurance Agents, Brokers, & Related Activities
- 524210 Insurance agencies & brokerages
- 524290 Other insurance related activities

### Securities, Commodity Contracts, & Other Financial Investments & Related Activities
- 523140 Commodity contracts brokers
- 523130 Commodity contracts dealers
- 523110 Investment bankers & securities dealers
- 523210 Securities & commodity exchanges
- 523120 Securities brokers
- 523900 Other financial investment activities (including investment advice)

## Health Care & Social Assistance

### Ambulatory Health Care Services
- 621610 Home health care services
- 621510 Medical & diagnostic laboratories
- 621310 Offices of chiropractors
- 621210 Offices of dentists
- 621330 Offices of mental health practitioners (except physicians)
- 621320 Offices of optometrists
- 621340 Offices of physical, occupational & speech therapists, & audiologists
- 621111 Offices of physicians (except mental health specialists)
- 621112 Offices of physicians, mental health specialists
- 621391 Offices of podiatrists
- 621399 Offices of all other miscellaneous health practitioners
- 621400 Outpatient care centers
- 621900 Other ambulatory health care services (including ambulance services, blood, & organ banks)

### Hospitals
- 622000 Hospitals

### Nursing & Residential Care Facilities
- 623000 Nursing & residential care facilities

### Social Assistance
- 624410 Child day care services
- 624200 Community food & housing, & emergency & other relief services
- 624100 Individual & family services
- 624300 Vocational rehabilitation services

## Information
- 511000 Publishing industries

### Broadcasting & Telecommunications
- 513000 Broadcasting & telecommunications

### Information Services & Data Processing Services
- 514210 Data processing services
- 514100 Information services (including news syndicates, libraries, & on-line information services)

### Motion Picture & Sound Recording
- 512100 Motion picture & video industries (except video rental)
- 512200 Sound recording industries

## Manufacturing
- 315000 Apparel mfg.
- 312000 Beverage & tobacco product mfg.
- 334000 Computer & electronic product mfg.
- 335000 Electrical equipment, appliance, & component mfg.
- 332000 Fabricated metal product mfg.
- 337000 Furniture & related product mfg.
- 333000 Machinery mfg.
- 339110 Medical equipment & supplies mfg.
- 322000 Paper mfg.
- 324100 Petroleum & coal products mfg.
- 326000 Plastics & rubber products mfg.
- 331000 Primary metal mfg.
- 323100 Printing & related support activities
- 313000 Textile mills
- 314000 Textile product mills
- 336000 Transportation equipment mfg.
- 321000 Wood product mfg.
- 339900 Other miscellaneous mfg.

### Chemical Manufacturing
- 325100 Basic chemical mfg.
- 325500 Paint, coating, & adhesive mfg.
- 325300 Pesticide, fertilizer, & other agricultural chemical mfg.
- 325410 Pharmaceutical & medicine mfg.
- 325200 Resin, synthetic rubber, & artificial & synthetic fibers & filaments mfg.
- 325600 Soap, cleaning compound, & toilet preparation mfg.
- 325900 Other chemical product & preparation mfg.

### Food Manufacturing
- 311110 Animal food mfg.
- 311800 Bakeries & tortilla mfg.
- 311500 Dairy product mfg.
- 311400 Fruit & vegetable preserving & speciality food mfg.
- 311200 Grain & oilseed milling
- 311610 Animal slaughtering & processing
- 311710 Seafood product preparation & packaging
- 311300 Sugar & confectionery product mfg.
- 311900 Other food mfg. (including coffee, tea, flavorings, & seasonings)

**Principal Business or Professional Activity Codes** (continued)

## Leather & Allied Product Manufacturing

| | |
|---|---|
| 316210 | Footwear mfg. (including leather, rubber, & plastics) |
| 316110 | Leather & hide tanning & finishing |
| 316990 | Other leather & allied product mfg. |

## Nonmetallic Mineral Product Manufacturing

| | |
|---|---|
| 327300 | Cement & concrete product mfg. |
| 327100 | Clay product & refractory mfg. |
| 327210 | Glass & glass product mfg. |
| 327400 | Lime & gypsum product mfg. |
| 327900 | Other nonmetallic mineral product mfg. |

## Mining

| | |
|---|---|
| 212110 | Coal mining |
| 212200 | Metal ore mining |
| 212300 | Nonmetallic mineral mining & quarrying |
| 211110 | Oil & gas extraction |
| 213110 | Support activities for mining |

## Other Services

### Personal & Laundry Services

| | |
|---|---|
| 812111 | Barber shops |
| 812112 | Beauty salons |
| 812220 | Cemeteries & crematories |
| 812310 | Coin-operated laundries & drycleaners |
| 812320 | Drycleaning & laundry services (except coin-operated) (including laundry & drycleaning drop off & pickup sites) |
| 812210 | Funeral homes & funeral services |
| 812330 | Linen & uniform supply |
| 812113 | Nail salons |
| 812930 | Parking lots & garages |
| 812910 | Pet care (except veterinary) services |
| 812920 | Photofinishing |
| 812190 | Other personal care services (including diet & weight reducing centers) |
| 812990 | All other personal services |

### Repair & Maintenance

| | |
|---|---|
| 811120 | Automotive body, paint, interior, & glass repair |
| 811110 | Automotive mechanical & electrical repair & maintenance |
| 811190 | Other automotive repair & maintenance (including oil change & lubrication shops & car washes) |
| 811310 | Commercial & industrial machinery & equipment (except automotive & electronic) repair & maintenance |
| 811210 | Electronic & precision equipment repair & maintenance |
| 811430 | Footwear & leather goods repair |
| 811410 | Home & garden equipment & appliance repair & maintenance |
| 811420 | Reupholstery & furniture repair |
| 811490 | Other personal & household goods repair & maintenance |

## Professional, Scientific, & Technical Services

| | |
|---|---|
| 541100 | Legal services |
| 541211 | Offices of certified public accountants |
| 541214 | Payroll services |
| 541213 | Tax preparation services |
| 541219 | Other accounting services |

### Architectural, Engineering, & Related Services

| | |
|---|---|
| 541310 | Architectural services |
| 541350 | Building inspection services |
| 541340 | Drafting services |
| 541330 | Engineering services |
| 541360 | Geophysical surveying & mapping services |
| 541320 | Landscape architecture services |
| 541370 | Surveying & mapping (except geophysical) services |
| 541380 | Testing laboratories |

### Computer Systems Design & Related Services

| | |
|---|---|
| 541510 | Computer systems design & related services |

### Specialized Design Services

| | |
|---|---|
| 541400 | Specialized design services (including interior, industrial, graphic, & fashion design) |

### Other Professional, Scientific, & Technical Services

| | |
|---|---|
| 541800 | Advertising & related services |
| 541600 | Management, scientific, & technical consulting services |
| 541910 | Market research & public opinion polling |
| 541920 | Photographic services |
| 541700 | Scientific research & development services |
| 541930 | Translation & interpretation services |
| 541940 | Veterinary services |
| 541990 | All other professional, scientific, & technical services |

## Real Estate & Rental & Leasing

### Real Estate

| | |
|---|---|
| 531100 | Lessors of real estate (including miniwarehouses & self-storage units) |
| 531210 | Offices of real estate agents & brokers |
| 531320 | Offices of real estate appraisers |
| 531310 | Real estate property managers |
| 531390 | Other activities related to real estate |

### Rental & Leasing Services

| | |
|---|---|
| 532100 | Automotive equipment rental & leasing |
| 532400 | Commercial & industrial machinery & equipment rental & leasing |
| 532210 | Consumer electronics & appliances rental |
| 532220 | Formal wear & costume rental |
| 532310 | General rental centers |
| 532230 | Video tape & disc rental |
| 532290 | Other consumer goods rental |

## Religious, Grantmaking, Civic, Professional, & Similar Organizations

| | |
|---|---|
| 813000 | Religious, grantmaking, civic, professional, & similar organizations |

## Retail Trade

### Building Material & Garden Equipment & Supplies Dealers

| | |
|---|---|
| 444130 | Hardware stores |
| 444110 | Home centers |
| 444200 | Lawn & garden equipment & supplies stores |
| 444120 | Paint & wallpaper stores |
| 444190 | Other building materials dealers |

### Clothing & Accessories Stores

| | |
|---|---|
| 448130 | Children's & infants' clothing stores |
| 448150 | Clothing accessories stores |
| 448140 | Family clothing stores |
| 448310 | Jewelry stores |
| 448320 | Luggage & leather goods stores |

| | |
|---|---|
| 448110 | Men's clothing stores |
| 448210 | Shoe stores |
| 448120 | Women's clothing stores |
| 448190 | Other clothing stores |

### Electronic & Appliance Stores

| | |
|---|---|
| 443130 | Camera & photographic supplies stores |
| 443120 | Computer & software stores |
| 443111 | Household appliance stores |
| 443112 | Radio, television, & other electronics stores |

### Food & Beverage Stores

| | |
|---|---|
| 445310 | Beer, wine, & liquor stores |
| 445220 | Fish & seafood markets |
| 445230 | Fruit & vegetable markets |
| 445100 | Grocery stores (including supermarkets & convenience stores without gas) |
| 445210 | Meat markets |
| 445290 | Other specialty food stores |

### Furniture & Home Furnishing Stores

| | |
|---|---|
| 442110 | Furniture stores |
| 442200 | Home furnishings stores |

### Gasoline Stations

| | |
|---|---|
| 447100 | Gasoline stations (including convenience stores with gas) |

### General Merchandise Stores

| | |
|---|---|
| 452000 | General merchandise stores |

### Health & Personal Care Stores

| | |
|---|---|
| 446120 | Cosmetics, beauty supplies, & perfume stores |
| 446130 | Optical goods stores |
| 446110 | Pharmacies & drug stores |
| 446190 | Other health & personal care stores |

### Motor Vehicle & Parts Dealers

| | |
|---|---|
| 441300 | Automotive parts, accessories, & tire stores |
| 441222 | Boat dealers |
| 441221 | Motorcycle dealers |
| 441110 | New car dealers |
| 441210 | Recreational vehicle dealers (including motor home & travel trailer dealers) |
| 441120 | Used car dealers |
| 441229 | All other motor vehicle dealers |

### Sporting Goods, Hobby, Book, & Music Stores

| | |
|---|---|
| 451211 | Book stores |
| 451120 | Hobby, toy, & game stores |
| 451140 | Musical instrument & supplies stores |
| 451212 | News dealers & newsstands |
| 451220 | Prerecorded tape, compact disc, & record stores |
| 451130 | Sewing, needlework, & piece goods stores |
| 451110 | Sporting goods stores |

### Miscellaneous Store Retailers

| | |
|---|---|
| 453920 | Art dealers |
| 453110 | Florists |
| 453220 | Gift, novelty, & souvenir stores |
| 453930 | Manufactured (mobile) home dealers |
| 453210 | Office supplies & stationery stores |
| 453910 | Pet & pet supplies stores |
| 453310 | Used merchandise stores |
| 453990 | All other miscellaneous store retailers (including tobacco, candle, & trophy shops) |

### Nonstore Retailers

| | |
|---|---|
| 454110 | Electronic shopping & mail-order houses |
| 454310 | Fuel dealers |
| 454210 | Vending machine operators |
| 454390 | Other direct selling establishments (including door-to-door retailing, frozen food plan providers, party plan merchandisers, & coffee-break service providers) |

## Transportation & Warehousing

| | |
|---|---|
| 481000 | Air transportation |
| 485510 | Charter bus industry |
| 484110 | General freight trucking, local |
| 484120 | General freight trucking, long-distance |
| 485210 | Interurban & rural bus transportation |
| 486000 | Pipeline transportation |
| 482110 | Rail transportation |
| 487000 | Scenic & sightseeing transportation |
| 485410 | School & employee bus transportation |
| 484200 | Specialized freight trucking (including household moving vans) |
| 485300 | Taxi & limousine service |
| 485110 | Urban transit systems |
| 483000 | Water transportation |
| 485990 | Other transit & ground passenger transportation |
| 488000 | Support activities for transportation (including motor vehicle towing) |

### Couriers & Messengers

| | |
|---|---|
| 492000 | Couriers & messengers |

### Warehousing & Storage Facilities

| | |
|---|---|
| 493100 | Warehousing & storage (except lessors of miniwarehouses & self-storage units) |

## Utilities

| | |
|---|---|
| 221000 | Utilities |

## Wholesale Trade

### Wholesale Trade, Durable Goods

| | |
|---|---|
| 421600 | Electrical goods |
| 421200 | Furniture & home furnishing |
| 421700 | Hardware, & plumbing & heating equipment & supplies |
| 421940 | Jewelry, watch, precious stone, & precious metals |
| 421300 | Lumber & other construction materials |
| 421800 | Machinery, equipment, & supplies |
| 421500 | Metal & mineral (except petroleum) |
| 421100 | Motor vehicle & motor vehicle parts & supplies |
| 421400 | Professional & commercial equipment & supplies |
| 421930 | Recyclable materials |
| 421910 | Sporting & recreational goods & supplies |
| 421920 | Toy & hobby goods & supplies |
| 421990 | Other miscellaneous durable goods |

### Wholesale Trade, Nondurable Goods

| | |
|---|---|
| 422300 | Apparel, piece goods, & notions |
| 422800 | Beer, wine, & distilled alcoholic beverage |
| 422920 | Books, periodicals, & newspapers |
| 422600 | Chemical & allied products |
| 422210 | Drugs & druggists' sundries |
| 422500 | Farm product raw materials |
| 422910 | Farm supplies |
| 422930 | Flower, nursery stock, & florists' supplies |
| 422400 | Grocery & related products |
| 422950 | Paint, varnish, & supplies |
| 422100 | Paper & paper products |
| 422700 | Petroleum & petroleum products |
| 422940 | Tobacco & tobacco products |
| 422990 | Other miscellaneous nondurable goods |

| | |
|---|---|
| 999999 | Unclassified establishments (unable to classify) |

# 1999 Instructions for Schedule D, Capital Gains and Losses

Use Schedule D (Form 1040) to report:

● The sale or exchange of a capital asset (defined on this page).

● Gains from involuntary conversions (other than from casualty or theft) of capital assets not held for business or profit.

● Capital gain distributions not reported directly on Form 1040, line 13.

● Nonbusiness bad debts.

**Additional Information.** See **Pub. 544** and **Pub. 550** for more details. For a comprehensive filled-in example of Schedule D, see Pub. 550.

*Section references are to the Internal Revenue Code unless otherwise noted.*

# General Instructions

## A Change To Note

If your only capital gains are capital gain distributions from mutual funds (or other regulated investment companies) or real estate investment trusts, you may not need to complete Schedule D. See the instructions for Form 1040, line 13, on page 21 to find out if you can report your capital gain distributions directly on Form 1040, line 13, and use the new **Capital Gain Tax Worksheet** to figure your tax instead of filing Schedule D.

## Other Forms You May Have To File

Use **Form 4797** to report the following:

● The sale or exchange of property used in a trade or business; depreciable and amortizable property; oil, gas, geothermal, or other mineral property; and section 126 property.

● The involuntary conversion (other than from casualty or theft) of property used in a trade or business and capital assets held for business or profit.

● The disposition of noncapital assets other than inventory or property held primarily for sale to customers in the ordinary course of your trade or business.

● Ordinary loss on the sale, exchange, or worthlessness of small business investment company (section 1242) stock.

● Ordinary loss on the sale, exchange, or worthlessness of small business (section 1244) stock.

Use **Form 4684** to report involuntary conversions of property due to casualty or theft.

Use **Form 6781** to report gains and losses from section 1256 contracts and straddles.

Use **Form 8824** if you made one or more "like-kind" exchanges. A like-kind exchange occurs when you exchange business or investment property for property of a like kind. For exchanges of capital assets, include the gain or (loss) from Form 8824, if any, on line 4 or line 11.

## Capital Asset

Most property you own and use for personal purposes, pleasure, or investment is a capital asset. For example, your house, furniture, car, stocks, and bonds are capital assets. A capital asset is any property held by you **except** the following:

**1.** Stock in trade or other property included in inventory or held for sale to customers.

**2.** Accounts or notes receivable for services performed in the ordinary course of your trade or business or as an employee, or from the sale of any property described in **1.**

**3.** Depreciable property used in your trade or business even if it is fully depreciated.

**4.** Real estate used in your trade or business.

**5.** Copyrights, literary, musical, or artistic compositions, letters or memoranda, or similar property: **(a)** created by your personal efforts; **(b)** prepared or produced for you (in the case of letters, memoranda, or similar property); or **(c)** that you received from someone who created them or for whom they were created, as mentioned in **(a)** or **(b)**, in a way (such as by gift) that entitled you to the basis of the previous owner.

**6.** U.S. Government publications, including the Congressional Record, that you received from the government, other than by purchase at the normal sales price, or that you got from someone who had received it in a similar way, if your basis is determined by reference to the previous owner's basis.

## Capital Assets Held for Personal Use

Generally, gain from the sale or exchange of a capital asset held for personal use is a capital gain. Report it on Schedule D, Part I or Part II. However, if you converted depreciable property to personal use, all or part of the gain on the sale or exchange of that property may have to be recaptured as ordinary income. Use Part III of Form 4797 to figure the amount of ordinary income recapture. The recapture amount is included on line 31 (and line 13) of Form 4797. **Do not** enter any gain for this property on line 32 of Form 4797. If you are not completing Part III for any other properties, enter "N/A" on line 32. If the total gain is more than the recapture amount, enter "From Form 4797" in column (a) of line 1 or line 8 of Schedule D, skip columns (b) through (e), and in column (f), enter the excess of the total gain over the recapture amount.

Loss from the sale or exchange of a capital asset held for personal use is not deductible. But if you had a loss from the sale or exchange of real estate held for personal use for which you received a **Form 1099-S,** you must report the transaction on Schedule D even though the loss is not deductible.

For example, you have a loss on the sale of a vacation home that is not your main home and received a Form 1099-S for the transaction. Report the transaction on line 1 or 8, depending on how long you owned the home. Complete columns (a) through (e). Because the loss is not deductible, enter zero in column (f).

## Short Term or Long Term

Separate your capital gains and losses according to how long you held or owned the property. The holding period for short-term capital gains and losses is 1 year or less. The holding period for long-term capital gains and losses is more than 1 year. To figure the holding period, begin counting on the day after you received the property and include the day you disposed of it.

If you disposed of property that you acquired by inheritance, report the disposition as a long-term gain or loss, regardless of how long you held the property.

A nonbusiness bad debt must be treated as a short-term capital loss. See Pub. 550 for what qualifies as a non-business bad debt and how to enter it on Schedule D.

## Capital Gain Distributions

Enter on line 13, column (f), the **total** capital gain distributions paid to you during the year, regardless of how long you held your investment. This amount should be shown in box 2a of **Form 1099-DIV.** Enter on line 13, column (g), the total of the amounts reported to you as the 28% rate gain portion of your total capital gain distributions. This

D-1

Cat. No. 24331I

amount should be shown in box 2b of Form 1099-DIV.

If you received a Form 1099-DIV with an amount in box 2c, see the **Unrecaptured Section 1250 Gain Worksheet** for line 25 on page D-7. If you received a Form 1099-DIV with an amount in box 2d, see **Exclusion of Gain on Qualified Small Business Stock (Section 1202)** on page D-4.

If you received capital gain distributions as a nominee (that is, they were paid to you but actually belong to someone else), report on line 13 only the amount that belongs to you. Attach a statement showing the full amount you received and the amount you received as a nominee. See page B-1 of the Instructions for Schedule B (Form 1040) for filing requirements for Forms 1099-DIV and 1096.

## Partnership Interests

A sale or other disposition of an interest in a partnership may result in ordinary income or unrecaptured section 1250 gain. See **Pub. 541** and the worksheet for line 25 on page D-7.

## Sale of Your Home

If you sold or exchanged your main home in 1999, do not report it on your tax return unless your gain exceeds your exclusion amount. Generally, if you meet the two tests below, you can exclude up to $250,000 of gain. If both you and your spouse meet these tests and you file a joint return, you can exclude up to $500,000 of gain (but only one spouse needs to meet the ownership requirement in **Test 1**).

**Test 1.** You owned and used the home as your main home for 2 years or more during the 5-year period ending on the date you sold or exchanged your home.

**Test 2.** You have not sold or exchanged another main home during the 2-year period ending on the date of the sale or exchange of your home (not counting any sales or exchanges before May 7, 1997).

See **Pub. 523** for details, including how to report any taxable gain on Schedule D, if:

- You do not meet one of the above two tests,

- You (or your spouse if married) used any part of the home for business or rental purposes after May 6, 1997, **or**

- Your gain exceeds your exclusion amount.

## Nondeductible Losses

**Do not** deduct a loss from the direct or indirect sale or exchange of property between any of the following.

- Members of a family.

- A corporation and an individual owning more than 50% of the corporation's stock (unless the loss is from a distribution in complete liquidation of a corporation).

- A grantor and a fiduciary of a trust.

- A fiduciary and a beneficiary of the same trust.

- A fiduciary and a beneficiary of another trust created by the same grantor.

- An executor of an estate and a beneficiary of that estate, unless the sale or exchange was to satisfy a pecuniary bequest (i.e., a bequest of a sum of money).

- An individual and a tax-exempt organization controlled by the individual or the individual's family.

See Pub. 544 for more details on sales and exchanges between related parties.

If you disposed of **(a)** an asset used in an activity to which the at-risk rules apply or **(b)** any part of your interest in an activity to which the at-risk rules apply, and you have amounts in the activity for which you are not at risk, see the instructions for **Form 6198**.

If the loss is allowable under the at-risk rules, it may then be subject to the passive activity rules. See **Form 8582** and its instructions for details on reporting capital gains and losses from a passive activity.

## Items for Special Treatment

- Transactions by a securities dealer. See section 1236.

- Bonds and other debt instruments. See Pub. 550 for details.

- Certain real estate subdivided for sale that may be considered a capital asset. See section 1237.

- Gain on the sale of depreciable property to a more than 50% owned entity, or to a trust of which you are a beneficiary. See Pub. 544 for details.

- Gain on the disposition of stock in an interest charge domestic international sales corporation. See section 995(c).

- Gain on the sale or exchange of stock in certain foreign corporations. See section 1248.

- Transfer of property to a partnership that would be treated as an investment company if it were incorporated. See Pub. 541.

- Sales of stock received under a qualified public utility dividend reinvestment plan. See Pub. 550 for details.

- Transfer of appreciated property to a political organization. See section 84.

- In general, no gain or loss is recognized on the transfer of property from an individual to a spouse or a former spouse if the transfer is incident to a divorce. See **Pub. 504.**

- Amounts received on the retirement of a debt instrument generally are treated as

received in exchange for the debt instrument. See Pub. 550.

- Any loss on the disposition of converted wetland or highly erodible cropland that is first used for farming after March 1, 1986, is reported as a long-term capital loss on Schedule D, but any gain is reported as ordinary income on Form 4797.

- Amounts received by shareholders in corporate liquidations. See Pub. 550.

- Cash received in lieu of fractional shares of stock as a result of a stock split or stock dividend. See Pub. 550 for details.

- Mutual fund load charges may not be taken into account in determining gain or loss on certain dispositions of stock in mutual funds if reinvestment rights were exercised. For details, see **Pub. 564.**

## Wash Sales

A wash sale occurs when you sell or otherwise dispose of stock or securities (including a contract or option to acquire or sell stock or securities) at a loss and, within 30 days before or after the sale or disposition, you directly or indirectly:

- Buy substantially identical stock or securities,

- Acquire substantially identical stock or securities in a fully taxable trade, or

- Enter into a contract or option to acquire substantially identical stock or securities.

You **cannot** deduct losses from wash sales unless the loss was incurred in the ordinary course of your business as a dealer in stock or securities. The basis of the substantially identical property (or contract or option to acquire such property) is its cost increased by the disallowed loss. For more details on wash sales, see Pub. 550.

Report a wash sale transaction on line 1 or 8. Enter the full amount of the (loss) in column (f). Directly below the line on which you reported the loss, enter "Wash Sale" in column (a) and enter as a positive amount in column (f) the amount of the loss not allowed.

## Short Sales

A short sale is a contract to sell property you borrowed for delivery to a buyer. At a later date, you either buy substantially identical property and deliver it to the lender or deliver property that you held but did not want to transfer at the time of the sale. Usually, your holding period is the amount of time you actually held the property eventually delivered to the lender to close the short sale. However, your gain when closing a short sale is short term if you **(a)** held substantially identical property for 1 year or less on the date of the short sale, or **(b)** acquired property substantially identical to the property sold short after the short sale but on or before the date you close the short sale.

If you held substantially identical property for more than 1 year on the date of a short sale, any loss realized on the short sale is a long-term capital loss, even if the property used to close the short sale was held 1 year or less.

## Constructive Sale Treatment for Certain Appreciated Positions

Generally, you must recognize gain (but not loss) on the date you enter into a constructive sale of any appreciated position in stock, a partnership interest, or certain debt instruments as if the position were disposed of at fair market value on that date.

You are treated as making a constructive sale of an appreciated position when you (or a related person, in some cases) do one of the following:

● Enter into a short sale of the same or substantially identical property (i.e., a "short sale against the box").

● Enter into an offsetting notional principal contract relating to the same or substantially identical property.

● Enter into a futures or forward contract to deliver the same or substantially identical property.

● Acquire the same or substantially identical property (if the appreciated position is a short sale, offsetting notional principal contract, or a futures or forward contract).

**Exception.** Generally, constructive sale treatment **does not** apply if:

● You closed the transaction before the end of the 30th day after the end of the year in which it was entered into,

● You held the appreciated position to which the transaction relates throughout the 60-day period starting on the date the transaction was closed, **and**

● At no time during that 60-day period was your risk of loss reduced by holding certain other positions.

For details and other exceptions to these rules, see Pub. 550.

## Gain or Loss From Options

Report on Schedule D gain or loss from the closing or expiration of an option that is not a section 1256 contract, but is a capital asset in your hands. If an option you purchased expired, enter the expiration date in column (c) and enter **"EXPIRED"** in column (d). If an option that was granted (written) expired, enter the expiration date in column (b) and enter **"EXPIRED"** in column (e). Fill in the other columns as appropriate. See Pub. 550 for more details.

## Sales of Stock to ESOPs or Certain Cooperatives

If you sold qualified securities (defined in section 1042(c)(1)) held for at least 3 years to an employee stock ownership plan (ESOP) or eligible worker-owned cooperative, you may be able to elect to postpone all or part of the gain on the sale if you bought qualified replacement property (securities) within the period that began 3 months before the sale and ended 12 months after the sale. If you make the election, you must recognize gain on the sale only to the extent the proceeds from the sale exceed the cost of the qualified replacement property. You must reduce the basis of the replacement property by any postponed gain. If you dispose of any replacement property, you may have to recognize all of the postponed gain.

Generally, to qualify for the election, the ESOP or cooperative must own immediately after the sale at least 30% of the outstanding stock of the corporation that issued the qualified securities. Also, the qualified replacement property must have been issued by a domestic operating corporation.

Similar rules apply to the sale of stock of a qualified refiner or processor to an eligible farmers' cooperative. See section 1042(g) for details and exceptions.

You must make the election no later than the due date (including extensions) for filing your tax return for the year in which you sold the stock. If your original return was filed on time, you may make the election on an amended return filed no later than 6 months after the due date of your return (excluding extensions). Write "Filed pursuant to section 301.9100-2" at the top of the amended return, and file it at the same address you used for your original return.

To make the election, report the entire gain realized on the sale on line 8. Directly below the line on which you reported the gain, enter in column (a) "Section 1042 election" and enter as a (loss) in column (f) the amount of the gain you are postponing or expect to postpone. If the actual postponed gain is different from the amount you report, file an amended return.

Also attach the following statements:

**1.** A "statement of election" that indicates you are making an election under section 1042(a) and that includes the following information: **(a)** a description of the securities sold, the date of the sale, the amount realized on the sale, and the adjusted basis of the qualified securities; **(b)** the name of the ESOP or cooperative to which the qualified securities were sold; and **(c)** if the sale was part of a single, interrelated transaction under a prearranged agreement between taxpayers involving other sales of qualified securities, the names and identifying numbers of the other taxpayers under the agreement

and the number of shares sold by the other taxpayers.

**2.** A notarized "statement of purchase" describing the qualified replacement property, date of purchase, and the cost of the property, and declaring the property to be qualified replacement property for the qualified stock you sold. The statement must have been notarized no later than 30 days after the purchase. If you have not yet purchased the qualified replacement property, you must attach the notarized "statement of purchase" to your income tax return for the year following the election year (or the election will not be valid).

**3.** A verified written statement of the domestic corporation whose employees are covered by the ESOP acquiring the qualified securities, or of any authorized officer of the cooperative, consenting to the taxes under sections 4978 and 4979A on certain dispositions and prohibited allocations of the stock purchased by the ESOP or cooperative.

For details, see section 1042 and Temporary Regulations section 1.1042-1T.

## Specialized Small Business Investment Companies (SSBICs)

If you sold publicly traded securities, you may elect to postpone all or part of the gain on that sale if you bought common stock or a partnership interest in an SSBIC during the 60-day period that began on the date of the sale. An SSBIC is any partnership or corporation licensed by the Small Business Administration under section 301(d) of the Small Business Investment Act of 1958. You must recognize gain to the extent the sale proceeds exceed the cost (not taken into account previously) of your SSBIC stock or partnership interest purchased during the 60-day period that began on the date of the sale. The gain you may elect to postpone is limited to $50,000 a year and $500,000 during your lifetime (reduce these amounts by one-half if you are married filing separately). Reduce the basis of your SSBIC stock or partnership interest by any postponed gain.

You must make the election no later than the due date (including extensions) for filing your tax return for the year in which you sold the securities. If your original return was filed on time, you may make the election on an amended return filed no later than 6 months after the due date of your return (excluding extensions). Write "Filed pursuant to section 301.9100-2" at the top of the amended return, and file it at the same address you used for your original return.

To make the election, report the entire gain realized on the sale on line 1 or 8. Directly below the line on which you reported the gain, enter in column (a) "SSBIC rollover" and enter as a (loss) in column (f)

the amount of the postponed gain. Also attach a schedule showing **(a)** how you figured the postponed gain, **(b)** the name of the SSBIC in which you purchased common stock or a partnership interest, **(c)** the date of that purchase, and **(d)** your new basis in that SSBIC stock or partnership interest.

## Exclusion of Gain on Qualified Small Business Stock (Section 1202)

Section 1202 allows for an exclusion of up to 50% of the eligible gain on the sale or exchange of qualified small business stock. The section 1202 exclusion applies only to qualified small business stock issued after August 10, 1993, and held for more than 5 years. To be **qualified small business stock,** the stock must meet **all** of the following tests:

• It must be stock in a C corporation (i.e., not S corporation stock).

• It must have been originally issued after August 10, 1993.

• As of the date the stock was issued, the corporation was a qualified small business (QSB). A QSB is a domestic C corporation with total gross assets of $50 million or less **(a)** at all times after August 9, 1993, and before the stock was issued and **(b)** immediately after the stock was issued. Gross assets include those of any predecessor of the corporation. All corporations that are members of the same parent-subsidiary controlled group are treated as one corporation.

• You must have acquired the stock at its original issue (either directly or through an underwriter), either in exchange for money or other property, or as pay for services (other than as an underwriter) to the corporation. In certain cases, you may meet the test if you acquired the stock from another person who met the test (such as by gift or inheritance) or through a conversion or exchange of QSB stock you held.

• During substantially all the time you held the stock:

**1.** The corporation was a C corporation,

**2.** At least 80% of the value of the corporation's assets were used in the active conduct of one or more qualified businesses (defined below), and

**3.** The corporation **was not** a foreign corporation, DISC, former DISC, regulated investment company, real estate investment trust, REMIC, FASIT, cooperative, or a corporation that has made (or that has a subsidiary that has made) a section 936 election.

---

**Note.** A specialized small business investment company (SSBIC) is treated as having met test 2 above.

---

A **qualified business** is any business **other than** a—

• Business involving services performed in the fields of health, law, engineering, architecture, accounting, actuarial science, performing arts, consulting, athletics, financial services, or brokerage services.

• Business whose principal asset is the reputation or skill of one or more employees.

• Banking, insurance, financing, leasing, investing, or similar business.

• Farming business (including the raising or harvesting of trees).

• Business involving the production of products for which percentage depletion can be claimed.

• Business of operating a hotel, motel, restaurant, or similar business.

For more details about limits and additional requirements that may apply, see section 1202.

### Pass-Through Entities

If you held an interest in a pass-through entity (a partnership, S corporation, or mutual fund or other regulated investment company) that sold QSB stock, you must have held the interest on the date the pass-through entity acquired the QSB stock and at all times thereafter until the stock was sold to qualify for the exclusion.

### How To Report

Report in column (f) of line 8 the entire gain realized on the sale of QSB stock. In column (g) of line 8, report as 28% rate gain an amount equal to the section 1202 exclusion. Complete all other columns as indicated. Directly below the line on which you reported the gain, enter in column (a) "Section 1202 exclusion" and enter as a (loss) in column (f) the amount of the allowable exclusion.

**Gain From Form 1099-DIV.** If you received a Form 1099-DIV with a gain in box 2d, part or all of that gain (which is also included in box 2a) may be eligible for the section 1202 exclusion. In column (a) of line 8, enter the name of the corporation whose stock was sold. In column (f), enter the amount of your allowable exclusion as a loss. In column (g), enter the amount of your allowable exclusion as a gain.

**Gain From Form 2439.** If you received a Form 2439 with a gain in box 1d, part or all of that gain (which is also included in box 1a) may be eligible for the section 1202 exclusion. In column (a) of line 8, enter the name of the corporation whose stock was sold. In column (f), enter the amount of your allowable exclusion as a loss. In column (g), enter the amount of your allowable exclusion as a gain.

**Alternative Minimum Tax.** You must include 42% of the exclusion amount on **Form**

**6251,** line 14m. Complete Form 6251 to see if you owe this tax.

## Rollover of Gain From QSB Stock

If you sold QSB stock (defined above) that you held for more than 6 months, you may elect to postpone gain if you purchase other QSB stock during the 60-day period that began on the date of the sale. A pass-through entity also may make the election to postpone gain. The benefit of the postponed gain applies to your share of the entity's postponed gain if you held an interest in the entity for the entire period the entity held the QSB stock. If a pass-through entity sold QSB stock held for more than 6 months and you held an interest in the entity for the entire period the entity held the stock, you also may elect to postpone gain if you, rather than the pass-through entity, purchase the replacement QSB stock within the 60-day period.

You must recognize gain to the extent the sale proceeds exceed the cost of the replacement stock. Reduce the basis of the replacement stock by any postponed gain.

You must make the election no later than the due date (including extensions) for filing your tax return for the tax year in which the QSB stock was sold. If your original return was filed on time, you may make the election on an amended return filed no later than 6 months after the due date of your return (excluding extensions). Write "Filed pursuant to section 301.9100-2" at the top of the amended return, and file it at the same address you used for your original return.

To make the election, report the entire gain realized on the sale on line 1 or 8. Directly below the line on which you reported the gain, enter in column (a) "Section 1045 rollover" and enter as a (loss) in column (f) the amount of the postponed gain.

## Undistributed Capital Gains

Include on line 11, column (f), the amount from box 1a of **Form 2439.** This represents your share of the undistributed long-term capital gains of the regulated investment company (including a mutual fund) or real estate investment trust.

Include on line 11, column (g), the amount, if any, from box 1b of Form 2439. If there is an amount in box 1c of Form 2439, see the worksheet for line 25 on page D-7. If there is an amount in box 1d of Form 2439, see **Exclusion of Gain on Qualified Small Business Stock (Section 1202)** on this page.

Enter on Form 1040, line 63, the tax paid as shown in box 2 of Form 2439. Add to the basis of your stock the excess of the amount included in income over the amount of the credit for the tax paid. See Pub. 550 for more details.

## Installment Sales

If you sold property (other than publicly traded stocks or securities) at a gain and you will receive a payment in a tax year after the year of sale, you must report the sale on the installment method unless you elect not to. Use **Form 6252** to report the sale on the installment method. Also use Form 6252 to report any payment received in 1999 from a sale made in an earlier year that you reported on the installment method.

To elect out of the installment method, report the full amount of the gain on Schedule D on a timely filed return (including extensions) for the year of the sale. If your original return was filed on time, you may make the election on an amended return filed no later than 6 months after the due date of your return (excluding extensions). Write "Filed pursuant to section 301.9100-2" at the top of the amended return, and file it at the same address you used for your original return.

---

# Specific Instructions

## Column (b)—Date Acquired

Enter in this column the date the asset was acquired. Use the trade date for stocks and bonds traded on an exchange or over-the-counter market. For stock or other property sold short, enter the date the stock or property was delivered to the broker or lender to close the short sale.

If you disposed of property that you acquired by inheritance, report the gain or (loss) on line 8 and enter "**INHERITED**" in column (b) instead of the date you acquired the property.

If you sold a block of stock (or similar property) that was acquired through several different purchases, you may report the sale on one line and enter "**VARIOUS**" in column (b). However, you still must report the short-term gain or (loss) on the sale in Part I and the long-term gain or (loss) in Part II.

## Column (c)—Date Sold

Enter in this column the date the asset was sold. Use the trade date for stocks and bonds traded on an exchange or over-the-counter market. For stock or other property sold short, enter the date you sold the stock or property you borrowed to open the short sale transaction.

## Column (d)—Sales Price

Enter in this column either the gross sales price or the net sales price from the sale. If you sold stocks or bonds and you received a **Form 1099-B** or substitute statement from your broker that shows gross sales price, enter that amount in column (d). But if Form 1099-B (or substitute statement) indicates that gross proceeds minus commissions and option premiums were reported to the IRS, enter that net amount in column (d). If you enter the net amount in column (d), **do not** include the commissions and option premiums from the sale in column (e).

You should not have received a Form 1099-B (or substitute statement) for a transaction merely representing the return of your original investment in a nontransferable obligation, such as a savings bond or a certificate of deposit. But if you did, report the amount shown on Form 1099-B (or substitute statement) in both columns (d) and (e).

 Be sure to add all sales price entries on lines 1 and 8, column (d), to amounts on lines 2 and 9, column (d). Enter the totals on lines 3 and 10.

## Column (e)—Cost or Other Basis

In general, the cost or other basis is the cost of the property plus purchase commissions and improvements, minus depreciation, amortization, and depletion. If you inherited the property, got it as a gift, or received it in a tax-free exchange, involuntary conversion, or "wash sale" of stock, you may not be able to use the actual cost as the basis. If you do not use the actual cost, attach an explanation of your basis.

When selling stock, adjust your basis by subtracting all the nontaxable distributions you received before the sale. Also adjust your basis for any stock splits. See Pub. 550 for details on how to figure your basis in stock that split while you owned it.

You can choose to use an average basis for mutual fund shares if you acquired the shares at various times and prices and you left the shares on deposit in an account handled by a custodian or agent who acquired or redeemed those shares. For details on how to figure average basis, see **Pub. 564.**

The basis of property acquired by gift is generally the basis of the property in the hands of the donor. The basis of property acquired from a decedent is generally the fair market value at the date of death. See Pub. 544 for details.

Increase the cost or other basis of an original issue discount (OID) debt instrument by the amount of OID that has been included in gross income for that instrument.

If a charitable contribution deduction is allowed because of a bargain sale of property to a charitable organization, the adjusted basis for purposes of determining gain from the sale is the amount that has the same ratio to the adjusted basis as the amount realized has to the fair market value.

Increase your cost or other basis by any expense of sale, such as broker's fees, commissions, state and local transfer taxes, and option premiums, before making an entry in column (e), unless you reported the net sales price in column (d).

For more details, see **Pub. 551.**

## Column (f)—Gain or (Loss)

You **must** make a separate entry in this column for each transaction reported on lines 1 and 8 and any other line(s) that applies to you. For lines 1 and 8, subtract the amount in column (e) from the amount in column (d). Enter negative amounts in parentheses.

## Column (g)—28% Rate Gain or (Loss)

Enter in column (g) **only** the amount, if any, from Part II, column (f), that is equal to the amount of your section 1202 exclusion from the eligible gain on qualified small business stock (see page D-4) or from collectibles gains and losses. A **collectibles gain or loss** is any long-term gain or loss from the sale or exchange of a collectible that is a capital asset.

**Collectibles** include works of art, rugs, antiques, metals (such as gold, silver, and platinum bullion), gems, stamps, coins, alcoholic beverages, and certain other tangible property.

Also include gain from the sale of an interest in a partnership, S corporation, or trust attributable to unrealized appreciation of collectibles.

## Lines 1 and 8

Enter all sales and exchanges of capital assets, including stocks, bonds, etc., and real estate (if not reported on Form 4684, 4797, 6252, 6781, or 8824). Include these transactions even if you did not receive a Form 1099-B or **Form 1099-S** (or substitute statement) for the transaction. You can use abbreviations to describe the property as long as they are based on the descriptions of the property as shown on Form 1099-B or 1099-S (or substitute statement).

Use **Schedule D-1** if you need more space to list transactions for lines 1 and 8. Use as many Schedules D-1 as you need. Enter on Schedule D, lines 2 and 9, the combined totals from all your Schedules D-1.

 Add the following amounts reported to you for 1999 on Forms 1099-B and 1099-S (or substitute statements): **(a)** proceeds from transactions involving stocks, bonds, and other securities, and **(b)** gross proceeds from real estate transactions, other than the sale of your main home if you had no taxable gain, not reported on another form or schedule. If this total is **more** than the total of lines 3 and 10, attach an explanation of the difference.

**Capital Loss Carryover Worksheet—Line 18** *Keep for Your Records* 

Use this worksheet to figure your capital loss carryovers from 1999 to 2000 if Schedule D, line 18, is a loss and **(a)** that loss is a smaller loss than the loss on Schedule D, line 17, **or (b)** Form 1040, line 37, is a loss. Otherwise, you do not have any carryovers.

| | |
|---|---|
| **1.** Enter the amount from Form 1040, line 37. If a loss, enclose the amount in parentheses . . . . | **1.** _____ |
| **2.** Enter the loss from Schedule D, line 18, as a positive amount . . . . . . . . . . . . . | **2.** _____ |
| **3.** Combine lines 1 and 2. If zero or less, enter -0- . . . . . . . . . . . . . . . . | **3.** _____ |
| **4.** Enter the **smaller** of line 2 or line 3 . . . . . . . . . . . . . . . . . . | **4.** _____ |
| **Note.** If line 7 of Schedule D is a loss, go to line 5; otherwise, enter -0- on line 5 and go to line 9. | |
| **5.** Enter the loss from Schedule D, line 7, as a positive amount . . . . . . . . . . . . . | **5.** _____ |
| **6.** Enter any gain from Schedule D, line 16 . . . . . . **6.** _____ | |
| **7.** Add lines 4 and 6 . . . . . . . . . . . . . . . . . . . . . . . . | **7.** _____ |
| **8. Short-term capital loss carryover to 2000.** Subtract line 7 from line 5. If zero or less, enter -0- . . | **8.** _____ |
| **Note.** If line 16 of Schedule D is a loss, go to line 9; otherwise, skip lines 9 through 13. | |
| **9.** Enter the loss from Schedule D, line 16, as a positive amount . . . . . . . . . . . . | **9.** _____ |
| **10.** Enter any gain from Schedule D, line 7 . . . . . . **10.** _____ | |
| **11.** Subtract line 5 from line 4. If zero or less, enter -0- . . . . . **11.** _____ | |
| **12.** Add lines 10 and 11 . . . . . . . . . . . . . . . . . . . . . . | **12.** _____ |
| **13. Long-term capital loss carryover to 2000.** Subtract line 12 from line 9. If zero or less, enter -0- . | **13.** _____ |

## Line 25

Complete the worksheet below if **any** of the following apply to you.

● During 1999, you sold or otherwise disposed of section 1250 property (generally, real property that you depreciated) held more than 1 year.

● You received installment payments in 1999 for section 1250 property held more than 1 year for which you are reporting gain on the installment method.

● You received a Schedule K-1 from an estate or trust, partnership, or S corporation that shows "unrecaptured section 1250 gain" reportable for 1999.

● You received a Form 1099-DIV or Form 2439 from a real estate investment trust or regulated investment company (including a mutual fund) that reports "unrecaptured section 1250 gain" for 1999.

● You reported a long-term capital gain from the sale or exchange of an interest in a partnership that owned section 1250 property.

### Instructions for the Unrecaptured Section 1250 Gain Worksheet

**Lines 1 Through 3.** If you had more than one property described on line 1, complete lines 1 through 3 for each property on a separate worksheet. Enter the total of the line 3 amounts for all properties on line 3 and go to line 4.

**Line 4.** To figure the amount to enter on line 4, follow the steps below.

*Step 1.* For each installment sale of trade or business property held more than 1 year, figure the **smaller** of **(a)** the depreciation allowed or allowable or **(b)** the total gain

for the sale. This is the **smaller** of line 22 or line 24 of the 1999 Form 4797 (or the comparable lines of Form 4797 for the year of sale) for each property sold.

*Step 2.* Then, reduce that amount by any section 1250 ordinary income recapture for that sale. This is the amount from line 26g of the 1999 Form 4797 (or the comparable line of Form 4797 for the year of sale) for each property sold. The result is your total unrecaptured section 1250 gain that must be allocated to the installment payments received from the sale.

*Step 3.* Generally, the amount of section 1231 gain on each installment payment is treated as unrecaptured section 1250 gain until the total unrecaptured section 1250 gain figured in step 2 has been used in full. However, if the amount you treated as unrecaptured section 1250 gain for any installment payment received after May 6, 1997, and before August 24, 1999, is less than the amount that would have been so treated under the previous sentence, you must use the smaller amount to figure any remaining unrecaptured section 1250 gain. Therefore, the amount of gain treated as unrecaptured section 1250 gain for each installment payment received after August 23, 1999, is the **smaller** of **(a)** the amount from line 26 or line 37 of the 1999 Form 6252, whichever applies, that is allocable to that installment payment or **(b)** your total unrecaptured section 1250 gain for the sale, reduced by the amount of gain treated as unrecaptured section 1250 gain for all prior installment payments. This method also may be used to figure the amount of unrecaptured section 1250 gain allocable to 1999 installment payments received before August 24. For more details, see Regulations section 1.453-12.

*Step 4.* Enter on line 4 the total unrecaptured section 1250 gain allocable to **all** installment payments received in 1999.

**Line 10.** To figure the amount to enter on line 10, follow the applicable instructions below.

*Installment Sales.* Follow the steps below to figure the amount to include on line 10:

● **Step 1.** For each installment sale of property held more than 1 year (but not included on line 4), figure the **smaller** of **(a)** the depreciation allowed or allowable or **(b)** the total gain for the sale. This is the **smaller** of line 22 or line 24 of the 1999 Form 4797 (or the comparable lines of Form 4797 for the year of sale) for each property sold.

● **Step 2.** Reduce the amount from step 1 by any section 1250 ordinary income recapture for that sale. This is the amount from line 26g of the 1999 Form 4797 (or the comparable line of Form 4797 for the year of sale) for each property sold. The result is your total unrecaptured section 1250 gain that must be allocated to the installment payments received from the sale.

● **Step 3.** Generally, the amount of capital gain on each installment payment is treated as unrecaptured section 1250 gain until the total unrecaptured section 1250 gain figured in step 2 has been used in full. However, if the amount you treated as unrecaptured section 1250 gain for any installment payment received after May 6, 1997, and before August 24, 1999, is less than the amount that would have been so treated under the previous sentence, you must use the smaller amount to figure any remaining unrecaptured section 1250 gain. Therefore, the amount of gain treated as unrecaptured section 1250 gain for each installment payment received after August 23, 1999, is the

**Unrecaptured Section 1250 Gain Worksheet—Line 25**    *Keep for Your Records*



 **TIP**    If any of the following apply, you do not have to complete all of the worksheet. Instead, follow the instructions below:

- Go to line 4 if your only unrecaptured section 1250 gain is from an installment sale of trade or business property held more than 1 year that you are reporting on Form 6252.
- Go to line 5 if your only unrecaptured section 1250 gain is from a Schedule K-1 reporting such gain from a partnership or an S corporation.
- Go to line 10 if your only unrecaptured section 1250 gain is from a sale (including an installment sale) or other disposition of section 1250 property held more than 1 year, but that is not being reported in Part I of Form 4797.
- Go to line 10 if your only unrecaptured section 1250 gain is from the sale or exchange of an interest in a partnership.
- Go to line 11 if your only unrecaptured section 1250 gain is from a Schedule K-1, Form 1099-DIV, or Form 2439 reporting such gain from an estate, trust, real estate investment trust, or regulated investment company (including a mutual fund).

1. If you had a section 1250 property in Part III of Form 4797 for which you made an entry in column (g) of Part I of Form 4797 (but not on Form 6252), enter the **smaller** of line 22 or line 24 of Form 4797 for that property. If you had more than one such property, see instructions . . . . . . . . . **1.** _____

2. Enter the amount from Form 4797, line 26g, for the property for which you made an entry on line 1 . **2.** _____

3. Subtract line 2 from line 1 . . . . . . . . . . . . . . . **3.** _____

4. Enter the total unrecaptured section 1250 gain included on line 26 or line 37 of Form(s) 6252 from installment sales of trade or business property held more than 1 year (see instructions) . . . **4.** _____

5. Enter the total of any amounts reported to you on Schedules K-1 from a partnership or an S corporation as "unrecaptured section 1250 gain" . . . . . . . . . . . . . . **5.** _____

6. Add lines 3 through 5 . . . . . . . . . . . . . . . . . **6.** _____

7. Enter the **smaller** of line 6 or the gain, if any, from Form 4797, line 7 . . .    **7.** _____

8. Enter the amount, if any, from Form 4797, line 8 . . . . . . . . .    **8.** _____

9. Subtract line 8 from line 7. If zero or less, enter -0- . . . . . . . . . . **9.** _____

10. Enter the total unrecaptured section 1250 gain from sales (including installment sales) or other dispositions of section 1250 property held more than 1 year (but not included on any of the above lines). Also include gain from the sale or exchange of an interest in a partnership attributable to section 1250 gain (see instructions) . . . . . . . . . . . . . . . . . . **10.** _____

11. Enter the total of any amounts reported to you on Schedules K-1 and Forms 1099-DIV and 2439 as "unrecaptured section 1250 gain" from an estate, trust, real estate investment trust, or mutual fund (or other regulated investment company) . . . . . . . . . . . . . **11.** _____

12. Add lines 9 through 11 . . . . . . . . . . . . . . . . . **12.** _____

13. Enter the gain or (loss) from Schedule D, line 15 . . . . . . .    **13.** _____

14. Enter the (loss), if any, from Schedule D, line 7. If Schedule D, line 7, is zero or a gain, enter -0- . . . . . . . . . . . . . . .    **14.** _____

15. Combine lines 13 and 14. If the result is zero or a gain, enter -0-. If the result is a (loss), enter it as a positive amount . . . . . . . . . . . . . . . . . . **15.** _____

16. Subtract line 15 from line 12. If zero or less, enter -0-. Enter the result on Schedule D, line 25 . . . . . . . . . . . . . . . . . . . **16.** _____

**smaller** of **(a)** the amount from line 26 or line 37 of the 1999 Form 6252, whichever applies, that is allocable to that installment payment or **(b)** your total unrecaptured section 1250 gain for the sale, reduced by the amount of gain treated as unrecaptured section 1250 gain for all prior installment payments. This method also may be used to figure the amount of unrecaptured section 1250 gain allocable to 1999 installment payments received before August 24. For more details, see Regulations section 1.453-12.

- **Step 4.** Include on line 10 the total unrecaptured section 1250 gain allocable to **all** installment payments received in 1999.

**Other Sales or Dispositions of Section 1250 Property.** For each sale of property

held more than 1 year (but not included on line 1), figure the **smaller** of **(a)** the depreciation allowed or allowable or **(b)** the total gain for the sale. This is the **smaller** of line 22 or line 24 of the 1999 Form 4797 (or the comparable lines of Form 4797 for the year of sale) for each property sold. Then, reduce that amount by any section 1250 ordinary income recapture for that sale. This is the amount from line 26g of the 1999 Form 4797 (or the comparable line of Form 4797 for the year of sale) for each property sold. The result is your total unrecaptured section 1250 gain that must be included on line 10.

**Sale or Exchange of a Partnership Interest Held More Than 1 Year.** Include on line 10 your share of the partnership's un-

recaptured section 1250 gain that would result if the partnership had transferred all of its section 1250 property in a fully taxable transaction immediately before you sold or exchanged your interest in that partnership. If you recognized less than all of the realized gain, the partnership will be treated as having transferred only a proportionate amount of each section 1250 property.

# 1999 Instructions for Schedule E, Supplemental Income and Loss

Use Schedule E (Form 1040) to report income or loss from rental real estate, royalties, partnerships, S corporations, estates, trusts, and residual interests in REMICs.

You may attach your own schedule(s) to report income or loss from any of these sources. Use the same format as on Schedule E.

Enter separately on Schedule E the total income and the total loss for each part. Enclose loss figures in (parentheses).

## Part I

### Income or Loss From Rental Real Estate and Royalties

Use Part I to report:

● Income and expenses from rentals of real estate (including personal property leased with real estate), and

● Royalty income and expenses.

See the instructions for lines 3 and 4 to determine if you should report your rental real estate and royalty income on **Schedule C, Schedule C-EZ,** or **Form 4835** instead of Schedule E.

If you own a part interest in a rental real estate property, report only your part of the income and expenses on Schedule E.

If you have more than three rental real estate or royalty properties, complete and attach as many Schedules E as you need to list them. Complete lines 1 and 2 for each property. But fill in the "Totals" column on only one Schedule E. The figures in the "Totals" column on that Schedule E should be the combined totals of all your Schedules E.

If you are also using page 2 of Schedule E, use the same Schedule E on which you entered the combined totals for Part I.

**Personal Property. Do not** use Schedule E to report income and expenses from the rental of personal property, such as equipment or vehicles. Instead, use Schedule C or C-EZ if you are in the business of renting personal property. You are in the business of renting personal property if the primary purpose for renting the property is income or profit and you are involved in the rental activity with continuity and regularity.

If your rental of personal property is not a business, see the Instructions for Form 1040, lines 21 and 32, to find out how to report the income and expenses.

## Filers of Form 1041

If you are a fiduciary filing Schedule E with Form 1041, enter the estate's or trust's employer identification number (EIN) in the block for "Your social security number."

## Line 1

For rental real estate property only, show:

● The kind of property you rented (for example, brick duplex).

● The street address, city or town, and state. You do not have to give the ZIP code.

● Your percentage of ownership in the property, if less than 100%.

## Line 2

If you rented out a dwelling unit that you also used for **personal purposes** during the year, you may not be able to deduct all the expenses for the rental part. "Dwelling unit" (unit) means a house, apartment, condominium, or similar property.

A day of **personal use** is any day, or part of a day, that the unit was used by:

● You for personal purposes.

● Any other person for personal purposes, if that person owns part of the unit (unless rented to that person under a "shared equity" financing agreement).

● Anyone in your family (or in the family of someone else who owns part of the unit), unless the unit is rented at a fair rental price to that person as his or her main home.

● Anyone who pays less than a fair rental price for the unit.

● Anyone under an agreement that lets you use some other unit.

**Do not** count as personal use:

● Any day you spent working substantially full time repairing and maintaining the unit, even if family members used it for recreational purposes on that day.

● The days you used the unit as your main home before or after renting it or offering it for rent, if you rented or tried to rent it for at least 12 consecutive months (or for a period of less than 12 consecutive months at the end of which you sold or exchanged it).

Check "Yes" if you or your family used the unit for personal purposes in 1999 more than the **greater** of:

**1.** 14 days, or

**2.** 10% of the total days it was rented to others at a fair rental price.

Otherwise, check "No."

If you checked "No," you can deduct all your expenses for the rental part, subject to the **At-Risk Rules** and the **Passive Activity Loss Rules** explained on pages E-3 and E-4.

If you checked "Yes" and rented the unit out for fewer than 15 days, do not report the rental income and do not deduct any rental expenses. If you itemize deductions on Schedule A, you may deduct allowable interest, taxes, and casualty losses.

If you checked "Yes" and rented the unit out for at least 15 days, you may NOT be able to deduct all your rental expenses. You can deduct all of the following expenses for the rental part on Schedule E:

● Mortgage interest.

● Real estate taxes.

● Casualty losses.

● Other rental expenses not related to your use of the unit as a home, such as advertising expenses and rental agents' fees.

If any income is left after deducting these expenses, you can deduct other expenses, including depreciation, up to the amount of remaining income. You can carry over to 2000 the amounts you cannot deduct.

See **Pub. 527** for more details.

## Line 3

If you received rental income from real estate (including personal property leased with real estate) but you were not in the real estate business, report the income on line 3. Include income received for renting a room or other space. If you received services or

property instead of money as rent, report the fair market value as rental income.

Be sure to enter the total of all your rents in the "Totals" column even if you have only one property.

If you provided significant services to the renter, such as maid service, report the rental activity on Schedule C or C-EZ, not on Schedule E. Significant services **do not** include the furnishing of heat and light, cleaning of public areas, trash collection, or similar services.

If you were in the real estate sales business, include on line 3 only the rent received from real estate (including personal property leased with real estate) you held for investment or speculation. Do not use Schedule E to report income and expenses from rentals of real estate held for sale to customers in the ordinary course of your real estate sales business. Instead, use Schedule C or C-EZ for these rentals.

For more details on rental income, use TeleTax topic 414 (see page 10 of the Form 1040 instructions) or see Pub. 527.

**Rental Income From Farm Production or Crop Shares.** Report farm rental income and expenses on Form 4835 if:

● You received rental income based on crops or livestock produced by the tenant, **and**

● You did not manage or operate the farm to any great extent.

# Line 4

Report on line 4 **royalties** from oil, gas, or mineral properties (not including operating interests); copyrights; and patents. Enter your total royalties in the "Totals" column.

If you received $10 or more in royalties during 1999, you should receive a **Form 1099-MISC** or similar statement, showing the amount of royalties you received. The payer must send this statement to you by January 31, 2000.

If you are in business as a self-employed writer, inventor, artist, etc., report your royalty income and expenses on Schedule C or C-EZ.

You may be able to treat amounts received as "royalties" for transfer of a patent or amounts received on the disposal of coal and iron ore as the sale of a capital asset. For details, see **Pub. 544.**

Enter on line 4 the gross amount of royalty income, even if state or local taxes were withheld from oil or gas payments you received. Include taxes withheld by the producer on line 16.

# General Instructions for Lines 5 Through 21

Enter your rental and royalty expenses for each property in the appropriate column. You can deduct all ordinary and necessary expenses, such as taxes, interest, repairs, insurance, management fees, agents' commissions, and depreciation.

Do not deduct the value of your own labor or amounts paid for capital investments or capital improvements.

Enter your total expenses for mortgage interest (line 12), total expenses before depreciation expense or depletion (line 19), and depreciation expenses or depletion (line 20) in the "Totals" column even if you have only one property.

**Renting Out Part of Your Home.** If you rent out only part of your home or other property, deduct the part of your expenses that applies to the rented part.

**Credit or Deduction for Access Expenditures.** You may be able to claim a tax credit for eligible expenditures paid or incurred in 1999 to provide access to your business for individuals with disabilities. See **Form 8826** for details.

You can also deduct up to $15,000 of qualified costs paid or incurred in 1999 to remove architectural or transportation barriers to individuals with disabilities and the elderly.

You cannot take both the credit and the deduction for the same expenditures. See **Pub. 535** for details.

# Line 6

You may deduct ordinary and necessary auto and travel expenses related to your rental activities, including 50% of meal expenses incurred while traveling away from home. You generally can deduct either your actual expenses or take the standard mileage rate. You **must** use actual expenses if you use more than one vehicle simultaneously in your rental activities (as in fleet operations). You cannot use actual expenses for a leased vehicle if you previously used the standard mileage rate for that vehicle.

You can use the standard mileage rate for 1999 **only** if:

● You owned the vehicle and use the standard mileage rate for the first year you placed the vehicle in service, or

● You leased the vehicle and are using the standard mileage rate for the entire lease period (except the period, if any, before 1998).

If you deduct actual auto expenses:

● Include on line 6 the rental activity portion of the cost of gasoline, oil, repairs, insurance, tires, etc., and

● Show auto rental or lease payments on line 18 and depreciation on line 20.

If you want to take the standard mileage rate, multiply the number of miles you drove your auto in connection with your rental activities:

● **Before** April 1, 1999, by 32.5 cents; and

● **After** March 31, 1999, by 31 cents.

Include this amount and your parking fees and tolls on line 6.

If you claim any auto expenses (actual or the standard mileage rate), you must provide the information requested in Part V of **Form 4562** and attach Form 4562 to your return.

See **Pub. 527** and **Pub. 463** for more details.

# Line 10

Include on line 10 fees for tax advice and the preparation of tax forms related to your rental real estate or royalty properties.

Do not deduct legal fees paid or incurred to defend or protect title to property, to recover property, or to develop or improve property. Instead, you must capitalize these fees and add them to the property's basis.

# Lines 12 and 13

In general, to determine the interest expense allocable to your rental activities, you must have records to show how the proceeds of each debt were used. Specific tracing rules apply for allocating debt proceeds and repayment. See Pub. 535 for details.

If you have a mortgage on your rental property, enter on line 12 the amount of interest you paid for 1999 to banks or other financial institutions. Be sure to fill in the "Totals" column.

Do not deduct prepaid interest when you paid it. You can deduct it only in the year to which it is properly allocable. Points, including loan origination fees, charged only for the use of money must be deducted over the life of the loan.

If you paid $600 or more in interest on a mortgage, the recipient should send you a **Form 1098** or similar statement by January 31, 2000, showing the total interest received from you during 1999.

If you paid more mortgage interest than is shown on your Form 1098 or similar statement, see Pub. 535 to find out if you can deduct the additional interest. If you can, enter the entire amount on line 12. Attach a statement to your return explaining the dif-

ference. Write "See attached" in the left margin next to line 12.

**Note.** If the recipient was not a financial institution or you did not receive a Form 1098 from the recipient, report your deductible mortgage interest on line 13.

If you and at least one other person (other than your spouse if you file a joint return) were liable for and paid interest on the mortgage, and the other person received Form 1098, report your share of the interest on line 13. Attach a statement to your return showing the name and address of the person who received Form 1098. In the left margin next to line 13, write "See attached."

# Line 14

You may deduct the cost of repairs made to keep your property in good working condition. Repairs generally do not add significant value to the property or extend its life. Examples of repairs are fixing a broken lock or painting a room. Improvements that increase the value of the property or extend its life, such as replacing a roof or renovating a kitchen, must be capitalized and depreciated (i.e., they cannot be deducted in full in the year they are paid or incurred). See the instructions for line 20.

# Line 17

You may deduct the actual cost of ordinary and necessary telephone calls that are related to your rental activities or royalty income (e.g., calls to the renter). However, the base rate (including taxes and other charges) for local telephone service for the first telephone line into your residence is a personal expense and is not deductible.

# Line 20

Depreciation is the annual deduction you must take to recover the cost or other basis of business or investment property having a useful life substantially beyond the tax year. Land is not depreciable.

Depreciation starts when you first use the property in your business or for the production of income. It ends when you take the property out of service, deduct all your depreciable cost or other basis, or no longer use the property in your business or for the production of income.

See the Instructions for Form 4562 to figure the amount of depreciation to enter on line 20. Be sure to fill in the "Totals" column.

You must complete and attach Form 4562 **only** if you are claiming:

● Depreciation on property first placed in service during 1999;

● Depreciation on listed property (defined in the Instructions for Form 4562), including a vehicle, regardless of the date it was placed in service; or

● A section 179 expense deduction or amortization of costs that began in 1999.

See Pub. 527 for more information on depreciation of residential rental property. See **Pub. 946** for a more comprehensive guide to depreciation.

If you own mineral property or an oil, gas, or geothermal well, you may be able to take a deduction for depletion. See Pub. 535 for details.

# Line 22

## At-Risk Rules

Generally, you must complete **Form 6198** to figure your allowable loss if you have:

● A loss from an activity carried on as a trade or business or for the production of income, **and**

● Amounts in the activity for which you are not at risk.

The at-risk rules generally limit the amount of loss (including loss on the disposition of assets) you can claim to the amount you could actually lose in the activity. However, the at-risk rules do not apply to losses from an activity of holding real property, if you acquired your interest in the activity before 1987 and the property was placed in service before 1987. The activity of holding mineral property does not qualify for this exception.

In most cases, you are **not** at risk for amounts such as:

● Nonrecourse loans used to finance the activity, to acquire property used in the activity, or to acquire your interest in the activity that are not secured by your own property (other than property used in the activity). However, there is an exception for certain nonrecourse financing borrowed by you in connection with holding real property. See **Qualified nonrecourse financing** below.

● Cash, property, or borrowed amounts used in the activity (or contributed to the activity, or used to acquire your interest in the activity) that are protected against loss by a guarantee, stop-loss agreement, or other similar arrangement (excluding casualty insurance and insurance against tort liability).

● Amounts borrowed for use in the activity from a person who has an interest in the activity (other than as a creditor) or who is related, under Internal Revenue Code section 465(b)(3), to a person (other than you) having such an interest.

**Qualified nonrecourse financing** is treated as an amount at risk if it is secured by real property used in an activity of holding real property that is subject to the at-risk rules. Qualified nonrecourse financing is financing for which no one is personally liable for repayment and is:

● Borrowed by you in connection with holding real property,

● Not convertible from a debt obligation to an ownership interest, **and**

● Loaned or guaranteed by any Federal, state, or local government, or borrowed by you from a **qualified person.**

A **qualified person** is a person who actively and regularly engages in the business of lending money, such as a bank or savings and loan association. A qualified person **cannot** be:

● Related to you (unless the nonrecourse financing obtained is commercially reasonable and on the same terms as loans involving unrelated persons), or

● The seller of the property (or a person related to the seller), or

● A person who receives a fee due to your investment in real property (or a person related to that person).

If you have amounts for which you are not at risk, use Form 6198 to determine the amount of your deductible loss. Enter that amount in the appropriate column of Schedule E, line 22. In the space to the left of line 22, write "Form 6198." Attach Form 6198 to your return.

# Line 23

**Note. Do not** complete line 23 if the amount on line 22 is from royalty properties.

If you have a rental real estate loss from a passive activity (defined later), the amount of loss you can deduct may be limited by the passive activity loss rules. You may need to complete **Form 8582** to figure the amount of loss, if any, to enter on line 23.

If your rental real estate loss is not from a passive activity **OR** you meet the following exception, you do not have to complete Form 8582. Enter the loss from line 22 on line 23.

**Exception for Certain Rental Real Estate Activities.** If you meet **ALL THREE** of the following conditions, your rental real estate losses are not limited by the passive activity loss rules. If you **do not** meet **ALL THREE** of these conditions, see the Instructions for Form 8582 to find out if you must complete and attach Form 8582.

**1.** Rental real estate activities are your only passive activities.

**2.** You do not have any prior year unallowed losses from any passive activities.

**3. All** of the following apply if you have an overall net loss from these activities:

● You actively participated (defined later) in all of the rental real estate activities; **and**

● If married filing separately, you lived apart from your spouse all year; **and**

● Your overall net loss from these activities is $25,000 or less ($12,500 or less if married filing separately); **and**

● You have no current or prior year unallowed credits from passive activities; **and**

● Your modified adjusted gross income (defined later) is $100,000 or less ($50,000 or less if married filing separately).

**Active Participation.** You can meet the active participation requirement without regular, continuous, and substantial involvement in real estate activities. But you must have participated in making management decisions or arranging for others to provide services (such as repairs) in a significant and bona fide sense. Such management decisions include:

● Approving new tenants.

● Deciding on rental terms.

● Approving capital or repair expenditures.

● Other similar decisions.

You are not considered to actively participate if, at any time during the tax year, your interest (including your spouse's interest) in the activity was less than 10% by value of all interests in the activity.

**Modified Adjusted Gross Income.** This is your adjusted gross income from Form 1040, line 33, without taking into account:

● Any passive activity loss.

● Rental real estate losses allowed under the exception for real estate professionals (explained on this page).

● Taxable social security or equivalent railroad retirement benefits.

● Deductible contributions to an IRA or certain other qualified retirement plans under Internal Revenue Code section 219.

● The student loan interest deduction.

● The deduction for one-half of self-employment tax.

● The exclusion of amounts received under an employer's adoption assistance program.

However, if you file **Form 8815,** include in your modified adjusted gross income the savings bond interest excluded on line 14 of that form.

**Passive Activity Loss Rules**

The passive activity loss rules may limit the amount of losses you can deduct. These rules apply to losses in Parts I, II, and III, and line 39 of Schedule E.

Losses from passive activities may be subject first to the at-risk rules. Losses deductible under the at-risk rules are then subject to the passive activity loss rules.

You generally can deduct losses from passive activities only to the extent of income from passive activities. An exception applies to certain rental real estate activities (as previously explained).

**Passive Activity.** A passive activity is any business activity in which you **do not** materially participate and any rental activity, except as provided on this page. If you are a limited partner, you generally are not treated as having materially participated in the partnership's activities for the year.

The rental of real or personal property is generally a rental activity under the passive activity loss rules, but exceptions apply. If your rental of property is not treated as a rental activity, you must determine whether it is a trade or business activity, and if so, whether you materially participated in the activity for the tax year.

See the Instructions for Form 8582 to determine whether you materially participated in the activity and for the definition of "rental activity."

See **Pub. 925** for special rules that apply to rentals of:

● Substantially nondepreciable property.

● Property incidental to development activities.

● Property to activities in which you materially participate.

**Exception for Real Estate Professionals.** If you were a real estate professional in 1999, any rental real estate activity in which you materially participated is not a passive activity. You were a **real estate professional** only if you met **both** of the following conditions:

**1.** More than half of the personal services you performed in trades or businesses were performed in real property trades or businesses in which you materially participated, and

**2.** You performed more than 750 hours of services in real property trades or businesses in which you materially participated.

For purposes of this rule, each interest in rental real estate is a separate activity, unless you elect to treat all your interests in rental real estate as one activity. To make this election, attach a statement to your original tax return that declares you are a qualifying taxpayer for the year and you are making the election under Internal Revenue Code

section 469(c)(7)(A). The election applies for the year made and all later years in which you are a real estate professional. You may revoke the election only if your facts and circumstances materially change.

If you are married filing jointly, either you or your spouse must separately meet both of the above conditions, without taking into account services performed by the other spouse.

A real property trade or business is any real property trade or business development, redevelopment, construction, reconstruction, acquisition, conversion, rental, operation, management, leasing, or brokerage trade or business. Services you performed as an employee are not treated as performed in a real property trade or business unless you owned more than 5% of the stock (or more than 5% of the capital or profits interest) in the employer.

If you were a real estate professional for 1999, complete line 42 on page 2 of Schedule E.

**Other Exceptions.** The rental of your home that you also used for personal purposes is not a passive activity. See the instructions for line 2.

A working interest in an oil or gas well that you hold directly or through an entity that does not limit your liability is not a passive activity even if you do not materially participate.

Royalty income not derived in the ordinary course of a trade or business reported on Schedule E generally is not considered income from a passive activity.

For more details on passive activities, see the Instructions for Form 8582 and Pub. 925.

# Parts II and III

If you need more space in Part II or III to list your income or losses, attach a continuation sheet using the same format as shown in Part II or III. However, be sure to complete the "Totals" columns for lines 28a and 28b, or lines 33a and 33b, as appropriate. If you also completed Part I on more than one Schedule E, use the same Schedule E on which you entered the combined totals in Part I.

**Tax Shelter Registration Number.** Complete and attach **Form 8271** if you are reporting any deduction, loss, credit, other tax benefit, or income from an interest purchased or otherwise acquired in a tax shelter.

Form 8271 is used to report the name, tax shelter registration number, and identifying number of the tax shelter. There is a $250 penalty if you do not report the registration number of the tax shelter on your tax return.

**Tax Preference Items.** If you are a partner, a shareholder in an S corporation, or a beneficiary of an estate or trust, you must take into account your share of preferences and adjustments from these entities for the alternative minimum tax on **Form 6251** or Schedule I of **Form 1041.**

# Part II

## Income or Loss From Partnerships and S Corporations

If you are a member of a partnership or joint venture or a shareholder in an S corporation, use Part II to report your share of the partnership or S corporation income (even if not received) or loss.

You should receive a **Schedule K-1** from the partnership or the S corporation. You should also receive a copy of the Partner's or Shareholder's Instructions for Schedule K-1. Your copy of Schedule K-1 and its instructions will tell you where on your return to report your share of the items. If you did not receive these instructions with your Schedule K-1, see page 7 of the Form 1040 instructions for how to get a copy. **Do not** attach Schedules K-1 to your return. Keep them for your records.

If you are treating items on your tax return differently from the way the partnership or S corporation reported them on its return, you may have to file **Form 8082.**

**Special Rules Apply That Limit Losses.** Please note the following:

● If you have a current year loss, or a prior year unallowed loss, from a partnership or an S corporation, see **At-Risk Rules** and **Passive Activity Loss Rules** on pages E-3 and E-4.

Partners and S corporation shareholders should get a separate statement of income, expenses, deductions, and credits for each activity engaged in by the partnership and S corporation. If you are subject to the at-risk rules for any activity, use Form 6198 to figure the amount of any deductible loss. If the activity is nonpassive, enter any deductible loss from Form 6198 on the appropriate line in Part II, column (i), of Schedule E.

● If you have a passive activity loss, you generally need to complete Form 8582 to figure the amount of the allowable loss to enter in Part II, column (g), for that activity. But if you are a **general** partner or an S corporation shareholder reporting your share of a partnership or an S corporation loss from a rental real estate activity, **and** you meet **ALL THREE** of the conditions listed in the instructions for line 23, you do not

have to complete Form 8582. Instead, enter your allowable loss in Part II, column (g).

If you have passive activity income, complete Part II, column (h), for that activity.

If you have nonpassive income or losses, complete Part II, columns (i) through (k), as appropriate.

## Partnerships

See the Schedule K-1 instructions before entering on your return other partnership items from a passive activity or income or loss from any publicly traded partnership.

If you have other partnership items, such as depletion, from a nonpassive activity, show each item on a separate line in Part II. You may deduct unreimbursed ordinary and necessary expenses you paid on behalf of the partnership if you were required to pay these expenses under the partnership agreement. Enter deductible **unreimbursed partnership expenses** from nonpassive activities on a separate line in Part II, column (i). However, enter on Schedule A any unreimbursed partnership expenses deductible as itemized deductions.

Report allowable interest expense paid or incurred from debt-financed acquisitions in Part II or on Schedule A depending on the type of expenditure to which the interest is allocated. See Pub. 535 for details.

If you claimed a credit for Federal tax on gasoline or other fuels on your 1998 Form 1040 based on information received from the partnership, enter as income in column (h) or column (k), whichever applies, the amount of the credit claimed in 1998.

If you have losses or deductions from a prior year that you could not deduct because of the at-risk or basis rules, and the amounts are now deductible, do not combine the prior year amounts with any current year amounts to arrive at a net figure to report on Schedule E. Instead, report the prior year amounts and the current year amounts on separate lines of Schedule E.

Part or all of your share of partnership income or loss from the operation of the business may be considered net earnings from self-employment that must be reported on **Schedule SE.** Enter the amount from Schedule K-1 (Form 1065), line 15a, on Schedule SE, after you reduce this amount by any allowable expenses attributable to that income.

**Contributions of Property to Foreign Partnerships.** If you are a U.S. person who contributed property after August 5, 1997, to a foreign partnership in exchange for a partnership interest, you may have to file **Form 8865** if:

● Immediately after the contribution, you owned, directly or indirectly, at least a 10% interest in the partnership, **or**

● The fair market value of the property you contributed to the partnership in exchange for a partnership interest, when added to other contributions of property you made to the partnership during the preceding 12-month period, exceeds $100,000.

Also, you may have to file Form 8865 to report certain dispositions by a foreign partnership of property you previously contributed to that partnership if you were a partner at the time of the disposition. For more details, including penalties that may apply, see Form 8865 and its separate instructions.

## S Corporations

If you are a shareholder in an S corporation, your share of the corporation's aggregate losses and deductions (combined income, losses, and deductions) is limited to the adjusted basis of your corporate stock and any debt the corporation owes you. Any loss or deduction not allowed this year because of the basis limitation may be carried forward and deducted in a later year subject to the basis limitation for that year.

If you are claiming a deduction for your share of an aggregate loss, attach to your return a computation of the adjusted basis of your corporate stock and of any debt the corporation owes you. See the Schedule K-1 instructions for more information.

After applying the basis limitation, the deductible amount of your aggregate losses and deductions may be further reduced by the at-risk rules and the passive activity loss rules explained earlier.

If you have losses or deductions from a prior year that you could not deduct because of the basis or at-risk limitations, and the amounts are now deductible, **do not** combine the prior year amounts with any current year amounts to arrive at a net figure to report on Schedule E. Instead, report the prior year amounts and the current year amounts on separate lines of Schedule E.

Distributions of prior year accumulated earnings and profits of S corporations are dividends and are reported on Form 1040, line 9.

Interest expense relating to the acquisition of shares in an S corporation may be fully deductible on Schedule E. For details, see Pub. 535.

Your share of the net income of an S corporation is NOT subject to self-employment tax.

# Part III

## Income or Loss From Estates and Trusts

If you are a beneficiary of an estate or trust, use Part III to report your part of the income

(even if not received) or loss. You should receive a **Schedule K-1** (Form 1041) from the fiduciary. Your copy of Schedule K-1 and its instructions will tell you where on your return to report the items from Schedule K-1. **Do not** attach Schedule K-1 to your return. Keep it for your records.

If you are treating items on your tax return differently from the way the estate or trust reported them on its return, you may have to file Form 8082.

If you have estimated taxes credited to you from a trust (Schedule K-1, line 14a), write "ES payment claimed" and the amount on the dotted line next to line 36. **Do not** include this amount in the total on line 36. Instead, enter the amount on Form 1040, line 58.

A U.S. person who transferred property to a foreign trust may have to report the income received by the trust as a result of the transferred property if, during 1999, the trust had a U.S. beneficiary. For details, see **Form 3520.**

# Part IV

## Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)

If you are the holder of a residual interest in a real estate mortgage investment conduit (REMIC), use Part IV to report your total share of the REMIC's taxable income or loss for each quarter included in your tax year. You should receive **Schedule Q** (Form 1066) and instructions from the REMIC for each quarter. **Do not** attach Schedules Q to your return. Keep them for your records.

If you are treating REMIC items on your tax return differently from the way the REMIC reported them on its return, you may have to file Form 8082.

If you are the holder of a residual interest in more than one REMIC, attach a continuation sheet using the same format as in Part IV. Enter the totals of columns (d) and (e) on line 38 of Schedule E. If you also completed Part I on more than one Schedule E, use the same Schedule E on which you entered the combined totals in Part I.

REMIC income or loss is not income or loss from a passive activity.

---

**Note.** If you are the holder of a regular interest in a REMIC, do not use Schedule E to report the income you received. Instead, report it on Form 1040, line 8a.

---

**Column (c).** Report the total of the amounts shown on Schedule(s) Q, line 2c. This is the **smallest** amount you are allowed to report

as your taxable income (Form 1040, line 39). It is also the **smallest** amount you are allowed to report as your alternative minimum taxable income (AMTI) (Form 6251, line 21).

If the amount in column (c) is larger than your taxable income would otherwise be, enter the amount from column (c) on Form 1040, line 39. Similarly, if the amount in column (c) is larger than your AMTI would otherwise be, enter the amount from column (c) on Form 6251, line 21. Write "Sch. Q" on the dotted line to the left of this amount on Forms 1040 and 6251.

---

**Note.** These rules also apply to estates and trusts that hold a residual interest in a REMIC. Be sure to make the appropriate entries on the comparable lines on Form 1041.

---

 Do not include the amount shown in column (c) in the total on line 38 of Schedule E.

---

**Column (e).** Report the total of the amounts shown on Schedule(s) Q, line 3b. If you itemize your deductions on Schedule A, include this amount on line 22.

# Part V

## Summary

# Line 41

You will not be charged a penalty for underpayment of estimated tax if:

**1.** Your gross farming or fishing income for 1998 or 1999 is at least two-thirds of your gross income, and

**2.** You file your 1999 tax return and pay the tax due by March 1, 2000.

# 1999 Instructions for Schedule F, Profit or Loss From Farming

Use Schedule F (Form 1040) to report farm income and expenses. File it with Form 1040, 1041, 1065, or 1065-B.

This activity may subject you to state and local taxes and other requirements such as business licenses and fees. Check with your state and local governments for more information.

**Additional Information. Pub. 225** has samples of filled-in forms and schedules, and lists important dates that apply to farmers.

# General Instructions

## Other Schedules and Forms You May Have To File

**Schedule E** to report rental income from pastureland that is based on a flat charge. Report this income in Part I of Schedule E. But report on line 10 of Schedule F pasture income received from taking care of someone else's livestock.

**Schedule J** to figure your tax by averaging your farm income over the previous 3 years. Doing so may reduce your tax.

**Schedule SE** to pay self-employment tax on income from any trade or business, including farming.

**Form 4562** to claim depreciation on assets placed in service in 1999, to claim amortization that began in 1999, or to report information on vehicles and other listed property.

**Form 4684** to report a casualty or theft gain or loss involving farm business property including livestock held for draft, breeding, sport, or dairy purposes.

See Pub. 225 for more information on how to report various farm losses, such as losses due to death of livestock or damage to crops or other farm property.

**Form 4797** to report sales, exchanges, or involuntary conversions (other than from a casualty or theft) of certain farm property. Also, use this form to report sales of livestock held for draft, breeding, sport, or dairy purposes.

**Form 4835** to report rental income based on farm production or crop shares if you did not materially participate (for self-employment tax purposes) in the management or operation of the farm. This income is not subject to self-employment tax. See Pub. 225.

**Form 8824** to report like-kind exchanges.

## Heavy Highway Vehicle Use Tax

If you use certain highway trucks, truck-trailers, tractor-trailers, or buses in your trade or business, you may have to pay a Federal highway motor vehicle use tax. See **Form 2290** to find out if you owe this tax.

## Information Returns

You may have to file information returns for wages paid to employees, certain payments of fees and other nonemployee compensation, interest, rents, royalties, annuities, and pensions. You may also have to file an information return if you sold $5,000 or more of consumer products to a person on a buy-sell, deposit-commission, or other similar basis for resale. For more information, see the 1999 **Instructions for Forms 1099, 1098, 5498, and W-2G.**

If you received cash of more than $10,000 in one or more related transactions in your farming business, you may have to file **Form 8300.** For details, see **Pub. 1544.**

## Estimated Tax

If you had to make estimated tax payments in 1999 and you underpaid your estimated tax, you will not be charged a penalty if **both** of the following apply:

**1.** Your gross farming or fishing income for 1998 or 1999 is at least two-thirds of your gross income, **and**

**2.** You file your 1999 tax return and pay the tax due by March 1, 2000.

For more details, see Pub. 225.

# Specific Instructions

## Filers of Forms 1041, 1065, and 1065-B

**Do not** complete the block labeled "Social security number (SSN)." Instead, enter your employer identification number (EIN) on line D.

## Lines A and B

On line A, enter your principal crop or activity for the current year.

On line B, enter one of the 14 principal agricultural activity codes listed in Part IV on page 2 of Schedule F. Select the code that best describes the source of most of your income.

## Line C

Under the **cash method,** include all income in the year you actually get it. Generally, deduct expenses when you pay them. If you use the cash method, check the box labeled "Cash." Complete Parts I and II of Schedule F.

Under the **accrual method,** include income in the year you earn it. It does not matter when you get it. Deduct expenses when you incur them. If you use the accrual method, check the box labeled "Accrual." Complete Parts II, III, and line 11 of Schedule F.

Other rules apply that determine the timing of deductions based on economic performance. See **Pub. 538** for details.

**Farming syndicates** cannot use the cash method of accounting. A farming syndicate may be a partnership, any other noncorporate group, or an S corporation **if:**

**1.** The interests in the business have ever been for sale in a way that would require registration with any Federal or state agency, or

**2.** More than 35% of the loss during any tax year is shared by limited partners or limited entrepreneurs. A **limited partner** is one who can lose only the amount invested or required to be invested in the partnership. A **limited entrepreneur** is a person who does not take any active part in managing the business.

## Line D

You need an employer identification number (EIN) only if you had a Keogh plan or were required to file an employment, excise, estate, trust, partnership, or alcohol, tobacco, and firearms tax return. If you need an EIN, file **Form SS-4.**

If you do not have an EIN, leave line D blank. **Do not** enter your SSN.

## Line E

**Material Participation.** For the definition of material participation for purposes of the passive activity rules, see the instructions for **Schedule C** (Form 1040), line G, on page C-2.

If you meet any of the material participation tests described in the line G instructions for Schedule C, check the "Yes" box.

If you are a retired or disabled farmer, you are treated as materially participating in a farming business if you materially participated 5 of the 8 years preceding your retirement or disability. Also, a surviving spouse is treated as materially participating in a farming activity if the real property used for farming meets the estate tax rules for special valuation of farm property passed from a qualifying decedent, and the surviving spouse actively manages the farm.

Check the "No" box if you did not materially participate. If you checked "No" and you have a loss from this business, see **Limit on Losses** below. If you have a profit from this business activity but have current year losses from other passive activities or prior year unallowed passive activity losses, see the instructions for **Form 8582.**

**Limit on Losses.** If you checked the "No" box on line E and you have a loss from this business, you may have to use Form 8582 to figure your allowable loss, if any, to enter on Schedule F, line 36. Generally, you can deduct losses from passive activities only to the extent of income from passive activities.

For more details, see **Pub. 925.**

# Part I. Farm Income—Cash Method

In Part I, show income received for items listed on lines 1 through 10. Generally, count both the cash actually or constructively received and the fair market value of goods or other property received for these items. Income is constructively received when it is credited to your account or set aside for you to use. However, farm produc-

tion flexibility contract payments received under the Federal Agriculture Improvement and Reform Act of 1996 are required to be included in income only in the year of actual receipt.

If you ran the farm yourself and received rents based on farm production or crop shares, report these rents as income on line 4.

## Sales of Livestock Because of Weather-Related Conditions

If you sold livestock because of drought, flood, or other weather-related conditions, you can elect to report the income from the sale in the year after the year of sale if **all** of the following apply:

● Your main business is farming.

● You can show that you sold the livestock only because of weather-related conditions.

● Your area qualified for Federal aid.

## Forms 1099 or CCC-1099-G

If you received Forms 1099 or CCC-1099-G showing amounts paid to you, first determine if the amounts are to be included with farm income. Then, use the following chart to determine where to report the income on Schedule F. Include the Form 1099 or CCC-1099-G amounts with any other income reported on that line.

| Information return | Where to report |
|---|---|
| Form 1099-PATR  .  .  .  . | Line 5a |
| Form 1099-A  .  .  .  .  . | Line 7b |
| Form 1099-MISC (for crop insurance)  . | Line 8a |
| Forms 1099-G or CCC-1099-G (for disaster payments)  . | Line 8a |
| Forms 1099-G or CCC-1099-G (for other agricultural program payments)  . | Line 6a |

You may also receive **Form 1099-MISC** for other types of income. In this case, report it on whichever line best describes the income. For example, if you received a Form 1099-MISC for custom farming work, include this amount on line 9, "Custom hire (machine work) income."

## Lines 1 and 2

On line 1, show amounts received from sales of livestock and other items bought for resale. On line 2, show the cost or other basis of the livestock and other items you actually sold.

## Line 4

Show amounts received from sales of livestock, produce, grains, and other products you raised.

## Lines 5a and 5b

If you received distributions from a cooperative in 1999, you should receive **Form 1099-PATR.** On line 5a, show your total distributions from cooperatives. This includes patronage dividends, nonpatronage distributions, per-unit retain allocations, and redemption of nonqualified notices and per-unit retain allocations.

Show patronage dividends (distributions) received in cash, and the dollar amount of qualified written notices of allocation. If you received property as patronage dividends, report the fair market value of the property as income. Include cash advances received from a marketing cooperative. If you received per-unit retains in cash, show the amount of cash. If you received qualified per-unit retain certificates, show the stated dollar amount of the certificate.

Do not include as income on line 5b patronage dividends from buying personal or family items, capital assets, or depreciable assets. Enter these amounts on line 5a only. If you do not report patronage dividends from these items as income, you must subtract the amount of the dividend from the cost or other basis of these items.

## Lines 6a and 6b

Enter on line 6a the TOTAL of the following amounts:

● Price support payments.

● Market gain from the repayment of a secured Commodity Credit Corporation (CCC) loan for less than the original loan amount.

● Diversion payments.

● Cost-share payments (sight drafts).

● Payments in the form of materials (such as fertilizer or lime) or services (such as grading or building dams).

These amounts are government payments you received, usually reported to you on **Form 1099-G.** You may also receive Form CCC-1099-G from the Department of Agri-

culture showing the amounts and types of payments made to you.

On line 6b, report only the taxable amount. For example, do not report the market gain shown on Form CCC-1099-G on line 6b if you elected to report CCC loan proceeds as income in the year received (see **Lines 7a Through 7c** below). No gain results from redemption of the commodity because you previously reported the CCC loan proceeds as income. You are treated as repurchasing the commodity for the amount of the loan repayment. However, if you did not report the CCC loan proceeds under the election, you must report the market gain on line 6b.

## Lines 7a Through 7c

**Commodity Credit Corporation Loans.** Generally, you do not report CCC loan proceeds as income. However, if you pledge part or all of your production to secure a CCC loan, you may elect to report the loan proceeds as income in the year you receive them, instead of the year you sell the crop. If you make this election (or made the election in a prior year), report loan proceeds you received in 1999 on line 7a. Attach a statement to your return showing the details of the loan(s).

**Forfeited CCC Loans.** Include the full amount forfeited on line 7b, even if you reported the loan proceeds as income.

If you **did not** elect to report the loan proceeds as income, also include the forfeited amount on line 7c.

If you did elect to report the loan proceeds as income, you generally will not have an entry on line 7c. But if the amount forfeited is different from your basis in the commodity, you may have an entry on line 7c.

For more information on the tax consequences of electing to report CCC loan proceeds as income or forfeiting CCC loans, see Pub. 225.

## Lines 8a Through 8d

In general, you must report crop insurance proceeds in the year you receive them. Federal crop disaster payments are treated as crop insurance proceeds. However, if 1999 was the year of damage, you may elect to include certain proceeds in income for 2000. To make this election, check the box on line 8c and attach a statement to your return. See Pub. 225 for a description of the proceeds for which an election may be made and for what you must include in your statement.

Generally, if you elect to defer any eligible crop insurance proceeds, you must defer all such crop insurance proceeds (including Federal disaster payments).

Enter on line 8a the TOTAL crop insurance proceeds you received in 1999, even if you elect to include them in income for 2000.

Enter on line 8b the taxable amount of the proceeds you received in 1999. Do not include proceeds you elect to include in income for 2000.

Enter on line 8d the amount, if any, of crop insurance proceeds you received in 1998 and elected to include in income for 1999.

## Line 9

Enter on this line the income you received for custom hire (machine work).

## Line 10

Use this line to report income not shown on lines 1 through 9. For example, include the following income items on line 10:

● Illegal Federal irrigation subsidies. See Pub. 225.

● Bartering income.

● Income from discharge of indebtedness. Generally, if a debt is canceled or forgiven, you must include the canceled amount in income. If a Federal, agency, financial institution, or credit union canceled or forgave a debt you owed of $600 or more, it should send you a **Form 1099-C,** or similar statement, by January 31, 2000, showing the amount of debt canceled in 1999. However, certain solvent farmers may exclude discharged qualified farm indebtedness from income. For information on whether you must include any discharge of indebtedness in income, see Pub. 225.

● State gasoline or fuel tax refund you got in 1999.

● The amount of credit for Federal tax paid on fuels claimed on your 1998 Form 1040.

● The amount of credit for alcohol used as a fuel that was entered on **Form 6478.**

● Any recapture of excess depreciation, including any section 179 expense deduction, if the business use percentage of any listed property decreased to 50% or less in 1999. Use **Form 4797** to figure the recapture. See the instructions for Schedule C (Form 1040), line 13, on page C-3 for the definition of listed property.

● The inclusion amount on leased listed property (other than vehicles) when the business use percentage drops to 50% or less. See **Pub. 946** to figure the amount.

● Any recapture of the deduction for clean-fuel vehicles used in your business and clean-fuel vehicle refueling property.

For details on how to figure recapture, see **Pub. 535.**

● The gain or loss on the sale of commodity futures contracts if the contracts were made to protect you from price changes. These are a form of business insurance and are considered hedges. If you had a loss in a closed futures contract, enclose it in parentheses.

 For property acquired and hedging positions established, you must clearly identify on your books and records both the hedging transaction and the item(s) or aggregate risk that is being hedged.

Purchase or sales contracts are not true hedges if they offset losses that already occurred. If you bought or sold commodity futures with the hope of making a profit due to favorable price changes, do not report the profit or loss on this line. Report it on **Form 6781.**

# Part II. Farm Expenses

**Do not** deduct:

● Personal or living expenses (such as taxes, insurance, or repairs on your home) that do not produce farm income.

● Expenses of raising anything you or your family used.

● The value of animals you raised that died.

● Inventory losses.

● Personal losses.

If you were repaid for any part of an expense, you must subtract the amount you were repaid from the deduction.

**Capitalizing Costs of Property.** If you produced real or tangible personal property or acquired property for resale, certain expenses must be included in inventory costs or capitalized. These expenses include the direct costs of the property and the share of any indirect costs allocable to that property. However, these rules generally do not apply to:

**1.** Expenses of raising animals,

**2.** Expenses of producing any plant that has a preproductive period of 2 years or less, or

**3.** Expenses of replanting certain crops if they were lost or damaged by reason of freezing temperatures, disease, drought, pests, or casualty.

**Note.** Exceptions **1** and **2** above do not apply to tax shelters, farm syndicates, or partnerships required to use the accrual method of

accounting under Internal Revenue Code section 447 or 448.

But you may be able to deduct rather than capitalize the expenses of producing a plant with a preproductive period of more than 2 years. See **Election To Deduct Certain Preproductive Period Expenses** on this page.

Do not reduce your deductions on lines 12 through 34e by the preproductive period expenses you are required to capitalize. Instead, enter the total amount capitalized in parentheses on line 34f. See **Preproductive Period Expenses** on page F-6 for more details.

**If you revoked an election made before 1989** to deduct preproductive period expenses for animals, you must continue to apply the alternative depreciation rules to property placed in service while your election was in effect. Also, the expenses you previously chose to deduct will have to be recaptured as ordinary income when you dispose of the animals.

**Election To Deduct Certain Preproductive Period Expenses.** If the preproductive period of any plant you produce is more than 2 years, you may choose to currently deduct the expenses rather than capitalize them. But you may not make this election for the costs of planting or growing citrus or almond groves that are incurred before the end of the 4th tax year beginning with the tax year you planted them in their permanent grove. By deducting the preproductive period expenses for which you may make this election, you are treated as having made the election.

**Note.** In the case of a partnership or S corporation, the election must be made by the partner or shareholder. This election may not be made by tax shelters, farm syndicates, or partners in partnerships required to use the accrual method of accounting under Internal Revenue Code section 447 or 448.

If you make the election to deduct preproductive expenses for plants, any gain you realize when disposing of the plants is ordinary income up to the amount of the preproductive expenses you deducted. Also, the alternative depreciation rules apply to property placed in service in any tax year your election is in effect. Unless you obtain the consent of the IRS, you must make this election for the first tax year in which you engage in a farming business involving the production of property subject to the capitalization rules. You may not revoke this election without the consent of the IRS.

For more information, see Pub. 225.

**Prepaid Farm Supplies.** Generally, if you use the cash method of accounting and your prepaid farm supplies are more than 50% of your other deductible farm expenses, your deduction for those supplies may be limited. Prepaid farm supplies include expenses for feed, seed, fertilizer, and similar farm supplies not used or consumed during the year. They also include the cost of poultry that would be allowable as a deduction in a later tax year if you were to **(a)** capitalize the cost of poultry bought for use in your farm business and deduct it ratably over the lesser of 12 months or the useful life of the poultry and **(b)** deduct the cost of poultry bought for resale in the year you sell or otherwise dispose of it.

If the limit applies, you can deduct prepaid farm supplies that do not exceed 50% of your other deductible farm expenses in the year of payment. You can deduct the excess only in the year you use or consume the supplies (other than poultry, which is deductible as explained above). For exceptions and more details on these rules, see Pub. 225.

## Line 12

You can deduct the actual expenses of running your car or truck, or take the standard mileage rate. You **must** use actual expenses if you used your vehicle for hire or you used more than one vehicle simultaneously in your business (such as in fleet operations). You cannot use actual expenses for a leased vehicle if you previously used the standard mileage rate for that vehicle.

You can use the standard mileage rate for 1999 **only** if:

● You owned the vehicle and use the standard mileage rate for the first year you placed the vehicle in service, or

● You leased the vehicle and are using the standard mileage rate for the entire lease period (except the period, if any, before 1998).

If you deduct actual expenses:

● Include on line 12 the business portion of expenses for gasoline, oil, repairs, insurance, tires, license plates, etc., and

● Show depreciation on line 16 and rent or lease payments on line 26a.

If you choose to take the standard mileage rate, you **cannot** deduct depreciation, rent or lease payments, or your actual operating expenses. To take the standard mileage rate, multiply the number of business miles driven:

● Before April 1, 1999, by 32.5 cents, and

● After March 31, 1999, by 31 cents.

Add to this amount your parking fees and tolls, and enter the total on line 12.

If you claim any car or truck expenses (actual or the standard mileage rate), you must provide the information requested in Part V of **Form 4562.** Be sure to attach Form 4562 to your return.

For more details, see **Pub. 463.**

## Line 14

Deductible soil and water conservation expenses generally are those that are paid to conserve soil and water or to prevent erosion of land used for farming. These expenses include (but are not limited to) the cost of leveling, grading and terracing, contour furrowing, the construction, control, and protection of diversion channels, drainage ditches, earthen dams, watercourses, outlets and ponds, the eradication of brush, and the planting of windbreaks.

These expenses can be deducted only if they are consistent with a conservation plan approved by the Natural Resources Conservation Service (NRCS) of the Department of Agriculture for the area in which your land is located. If no plan exists, the expenses must be consistent with a plan of a comparable state agency. You cannot deduct the expenses if they were paid or incurred for land used in farming in a foreign country.

Do not deduct expenses you pay or incur to drain or fill wetlands, to prepare land for center pivot irrigation systems, or to clear land.

The amount you deduct may not exceed 25% of your gross income from farming (excluding certain gains from selling assets such as farm machinery and land). If your conservation expenses are more than the limit, the excess may be carried forward and deducted in later tax years. However, the amount deductible for any 1 year may not exceed the 25% gross income limit for that year.

For more details, see Pub. 225.

## Line 15

Enter amounts paid for custom hire or machine work (the machine operator furnished the equipment). Do not include amounts paid for rental or lease of equipment that you operated yourself. You should report those amounts on line 26a.

## Line 16

You can deduct depreciation of buildings, improvements, cars and trucks, machinery, and other farm equipment of a permanent nature.

Do not deduct depreciation on your home, furniture or other personal items, livestock you bought or raised for resale, or other property in your inventory.

You may also choose under Internal Revenue Code section 179 to expense a portion of the cost of certain tangible property you bought in 1999 for use in your business.

For more details, including when you must complete and attach Form 4562, see the instructions for Schedule C (Form 1040), line 13, on page C-3.

## Line 17

Deduct contributions to employee benefit programs that are not an incidental part of a pension or profit-sharing plan included on line 25. Examples are accident and health plans, group-term life insurance, and dependent care assistance programs.

Do not include on line 17 any contributions you made on your behalf as a self-employed person to an accident and health plan or for group-term life insurance. You may be able to deduct on Form 1040, line 28, part of the amount you paid for health insurance on behalf of yourself, your spouse, and dependents even if you do not itemize your deductions. See page 28 of the Form 1040 instructions for more details.

## Line 18

Generally, you cannot currently deduct expenses for feed to be consumed by your livestock in a later tax year. See **Prepaid Farm Supplies** on page F-4.

## Line 20

Do not include the cost of transportation incurred in purchasing livestock held for resale as freight paid. Instead, add these costs to the cost of the livestock, and deduct them when the livestock is sold.

## Line 22

Deduct on this line premiums paid for farm business insurance. Deduct on line 17 amounts paid for employee accident and health insurance.

Amounts credited to a reserve for self-insurance or premiums paid for a policy that pays for your lost earnings due to sickness or disability are not deductible.

## Lines 23a and 23b

**Interest Allocation Rules.** The tax treatment of interest expense differs depending on its type. For example, home mortgage interest and investment interest are treated differently. "Interest allocation" rules require you to allocate (classify) your interest expense so it is deducted on the correct line of your return and gets the right tax treatment. These rules could affect how much interest you are allowed to deduct on Schedule F.

Generally, you allocate interest expense by tracing how the proceeds of the loan are used. See Pub. 535 for details.

If you paid interest on a debt secured by your main home and any of the proceeds from that debt were used in your farming business, see Pub. 535 to figure the amount that is deductible on Schedule F.

If you have a mortgage on real property used in your farming business (other than your main home), enter on line 23a the interest you paid for 1999 to banks or other financial institutions for which you received a **Form 1098.**

If you did not receive a Form 1098 from the recipient, report your mortgage interest on line 23b.

If you paid more mortgage interest than is shown on Form 1098 or similar statement, see Pub. 535 to find out if you can deduct the additional interest. If you can, enter the amount on line 23a. Attach a statement to your return explaining the difference and write "See attached" in the left margin next to line 23a.

If you and at least one other person (other than your spouse if you file a joint return) were liable for and paid interest on the mortgage and the other person received the Form 1098, report your share of the interest on line 23b. Attach a statement to your return showing the name and address of the person who received the Form 1098. In the left margin next to line 23b, write "See attached."

On line 23b, enter the interest on other loans related to this farm. Do not deduct interest you prepaid in 1999 for later years; include only the part that applies to 1999.

## Line 24

Enter the amounts you paid for farm labor. Do not include amounts paid to yourself. Reduce your deduction by the current year credits claimed on:

- **Form 5884,** Work Opportunity Credit.
- **Form 8844,** Empowerment Zone Employment Credit.
- **Form 8845,** Indian Employment Credit.
- **Form 8861,** Welfare-to-Work Credit.

Count the cost of boarding farm labor but not the value of any products they used from the farm. Count only what you paid household help to care for farm laborers.

 **CAUTION**
If you provided taxable fringe benefits to your employees, such as personal use of a car, do not include in farm labor the amounts you depreciated or deducted elsewhere.

## Line 25

Enter your deduction for contributions to employee pension, profit-sharing, or annuity plans. If the plan included you as a self-employed person, see the instructions for Schedule C (Form 1040), line 19, on page C-4.

## Lines 26a and 26b

If you rented or leased vehicles, machinery, or equipment, enter on line 26a the business portion of your rental cost. But if you leased a vehicle for a term of 30 days or more, you may have to reduce your deduction by an **inclusion amount.** For details, see the instructions for Schedule C (Form 1040), lines 20a and 20b, on page C-4.

Enter on line 26b amounts paid to rent or lease other property such as pasture or farm land.

## Line 27

Enter amounts you paid for repairs and maintenance of farm buildings, machinery, and equipment. You can also include what you paid for tools of short life or minimal cost, such as shovels and rakes.

**Do not** deduct repairs or maintenance on your home.

## Line 31

You may deduct the following taxes on this line:

- Real estate and personal property taxes on farm business assets.
- Social security and Medicare taxes you paid to match what you are required to withhold from farm employees' wages and any Federal unemployment tax paid.
- Federal highway use tax.

**Do not** deduct on this line:

- Federal income taxes including your self-employment tax. However, you may deduct one-half of your self-employment tax on Form 1040, line 27.
- Estate and gift taxes.
- Taxes assessed for improvements, such as paving and sewers.
- Taxes on your home or personal use property.

- State and local sales taxes on property purchased for use in your farm business. Instead, treat these taxes as part of the cost of the property.

- Other taxes not related to the farm business.

---

# Line 32

Enter amounts you paid for gas, electricity, water, etc., for business use on the farm. Do not include personal utilities.

You cannot deduct the base rate (including taxes) of the first telephone line into your residence, even if you use it for business. See the instructions for Schedule C (Form 1040), line 25, on page C-5.

---

# Lines 34a Through 34f

Include all ordinary and necessary farm expenses not deducted elsewhere on Schedule F, such as advertising, office supplies, etc. Do not include fines or penalties paid to a government for violating any law.

**Amortization.** You can amortize qualifying forestation and reforestation costs over an 84-month period. You can also amortize certain business startup costs over a period of at least 60 months. For more details, see Pub. 535. For amortization that begins in 1999, you must complete and attach Form 4562.

**At-Risk Loss Deduction.** Any loss from this activity that was not allowed as a deduction last year because of the at-risk rules is treated as a deduction allocable to this activity in 1999.

**Bad Debts.** See the instructions for Schedule C (Form 1040), line 9, on page C-3.

**Business Use of Your Home.** You may be able to deduct certain expenses for business use of your home, subject to limitations. Use the worksheet in **Pub. 587** to figure your allowable deduction. **Do not use Form 8829.**

**Deduction for Clean-Fuel Vehicles and Clean-Fuel Vehicle Refueling Property.** You may deduct part of the cost of qualified clean-fuel vehicle property used in your business and qualified clean-fuel vehicle refueling property. See Pub. 535 for more details.

**Legal and Professional Fees.** You can deduct on this line fees for tax advice related to your farm business and for preparation of the tax forms related to your farm business.

**Travel, Meals, and Entertainment.** Generally, you can deduct expenses for farm business travel and 50% of your business meals and entertainment. But there are exceptions and limitations. See the instructions for Schedule C (Form 1040), lines 24a through 24c, on page C-5.

**Preproductive Period Expenses.** Enter in parentheses on line 34f, preproductive period expenses that are capitalized. If you had preproductive period expenses in 1999 and you decided to capitalize these expenses, you MUST enter the total of these expenses in parentheses on line 34f and write "263A" in the space to the left of the total.

If you entered an amount in parentheses on line 34f because you have preproductive period expenses you are capitalizing, subtract the amount on line 34f from the total of lines 12 through 34e. Enter the result on line 35.

For more information, see **Capitalizing Costs of Property** on page F-3 and Pub. 225.

---

# Line 36

If you have a loss, the amount of loss you can deduct this year may be limited. Go on to line 37 before entering your loss on line 36. If you answered "No" to Question E on Schedule F, also see the Instructions for Form 8582. Enter the net profit or **deductible** loss here and on Form 1040, line 18, and Schedule SE, line 1. Estates and trusts should enter the net profit or deductible loss here and on Form 1041, line 6. Partnerships should stop here and enter the profit or loss on this line and on Form 1065, line 5 (or Form 1065-B, line 7).

If you have a net profit on line 36, this amount is earned income and may qualify you for the earned income credit if you meet certain conditions. See the Instructions for Form 1040, lines 59a and 59b, on page 38 for more details.

---

# Line 37

**At-Risk Rules.** Generally, if you have **(a)** a loss from a farming activity and **(b)** amounts in the activity for which you are **not at risk,** you will have to complete **Form 6198** to figure your allowable loss.

The at-risk rules generally limit the amount of loss (including loss on the disposition of assets) you can claim to the amount you could actually lose in the activity.

Check **box 37b** if you have amounts for which you are not at risk in this activity, such as the following:

- Nonrecourse loans used to finance the activity, to acquire property used in the activity, or to acquire the activity that are not secured by your own property (other than property used in the activity). However, there is an exception for certain nonrecourse financing borrowed by you in connection with holding real property.

- Cash, property, or borrowed amounts used in the activity (or contributed to the activity, or used to acquire the activity) that are protected against loss by a guarantee, stop-loss agreement, or other similar arrangement (excluding casualty insurance and insurance against tort liability).

- Amounts borrowed for use in the activity from a person who has an interest in the activity, other than as a creditor, or who is related under Internal Revenue Code section 465(b)(3) to a person (other than you) having such an interest.

If all amounts are at risk in this business, check **box 37a** and enter your loss on line 36. But if you answered "No" to Question E, you may need to complete Form 8582 to figure your allowable loss to enter on line 36. See the Instructions for Form 8582 for more details.

If you checked **box 37b**, get Form 6198 to determine the amount of your deductible loss and enter that amount on line 36. But if you answered "No" to Question E, your loss may be further limited. See the Instructions for Form 8582. If your at-risk amount is zero or less, enter zero on line 36. Be sure to attach Form 6198 to your return. If you checked box 37b and you fail to attach Form 6198, the processing of your tax return may be delayed.

Any loss from this activity not allowed for 1999 because of the at-risk rules is treated as a deduction allocable to the activity in 2000.

For more details, see Pub. 925. Also, see the Instructions for Form 6198.

---

# Part III. Farm Income—Accrual Method

If you use the accrual method, report farm income when you earn it, not when you receive it. Generally, you must include animals and crops in your inventory if you use this method. See Pub. 538 for exceptions, inventory methods, how to change methods of accounting, and for rules that require certain costs to be capitalized or included in inventory.

## Line 38

Enter the amount earned from the sale of livestock, produce, grains, and other products you raised.

## Lines 39a Through 41c

See the instructions for lines 5a through 7c beginning on page F-2.

## Lines 43 and 44

See the instructions for lines 9 and 10 on page F-3.

# 1999 Instructions for Schedule J, Farm Income Averaging

Use Schedule J (Form 1040) to elect to figure your 1999 tax by averaging, over the previous 3 years, all or part of your 1999 taxable income from your trade or business of farming. Making this election may give you a lower tax if your 1999 income from farming is high and your taxable income for one or more of the 3 prior years was low.

## General Instructions

 If you owe alternative minimum tax (AMT) for 1999 (figured without regard to farm income averaging), filing Schedule J will not reduce your total tax for 1999. Filing Schedule J may, however, increase your credit for prior year minimum tax in a later tax year.

You will need copies of your income tax returns for 1996, 1997, and 1998 to figure your tax on Schedule J. If you do not have copies of those returns, you can get them by filing **Form 4506.** See your Form 1040 instruction booklet to find out how to get this form.

This election does not aply when figuring your tentative minimum tax on **Form 6251** (i.e., you cannot average your AMT farm income). In addition, you do not have to recompute, because of this election, the tax liability of any minor child who was required to use your tax rates in the prior years.

## Specific Instructions

### Line 2

#### Elected Farm Income

To figure elected farm income, first figure your taxable income from farming. **Taxable income from farming** includes all income, gains, losses, and deductions attributable to any farming business. However, it does not include gain from the sale or other disposition of land. Generally, farm income, gains, losses, and deductions are reported on:

- Schedule D,
- Schedule E, Part II,
- Schedule F, and
- Form 4797.

Your **elected farm income** is the amount of your taxable income from farming that you choose to include on line 2. You do not have to include all of your taxable income from farming on line 2. It may be to your advantage to include less than the full amount, depending on how the amount you include on line 2 affects your tax bracket for the current and prior 3 tax years.

If your taxable income from farming is more than the amount shown on line 1, you should not enter on line 2 more than the amount shown on line 1. Otherwise, you may not receive the maximum benefit from income averaging.

**Farming Business.** A farming business is the trade or business of cultivating land or raising or harvesting any agricultural or horticultural commodity. This includes:

- Operating a nursery or sod farm.
- Raising or harvesting of trees bearing fruits, nuts, or other crops.
- Raising ornamental trees (but not evergreen trees that are more than 6 years old when severed from the roots).
- Raising, shearing, feeding, caring for, training, and managing animals.

A farming business **does not** include:

- Contract harvesting of an agricultural or horticultural commodity grown or raised by another.
- Merely buying or reselling plants or animals grown or raised by another.

### Line 4

Figure the tax on the amount on line 3 using the **1999** Tax Table, Tax Rate Schedules, or Capital Gain Tax Worksheet from your 1999 Form 1040 instruction booklet, or use Schedule D. Enter the tax on line 4.

## Lines 5, 9, and 13

If you used the 1998 Schedule J to figure your tax and included the amount from line 22 of that Schedule J on your 1998 Form 1040, line 40, enter the amount from the appropriate line of that Schedule J on lines 5, 9, and 13. Otherwise, enter your taxable income for the applicable year. If you did not file a tax return for 1996, 1997, or 1998, enter the amount you would have reported as your taxable income had you filed a return. If you filed your 1996, 1997, or 1998 tax return using TeleFile, enter your taxable income from line J of your TeleFile Tax Record. If you amended your return or the IRS made changes to it, enter the corrected amount.

**Note. Do not** enter less than zero on line 5, 9, or 13.

Cat. No. 25514J

# Line 8

Figure the tax on the amount on line 7 using either:

- The 1996 Tax Rate Schedules below, or
- The Capital Gain Tax Worksheet below.

## 1996 Tax Rate Schedules

| Schedule X—Use if your filing status is **Single** | | | | Schedule Y-2—Use if your filing status is **Married filing separately** | | | |
|---|---|---|---|---|---|---|---|
| If the amount on Schedule J, line 7, is: *Over—* | *But not over—* | Enter on Schedule J, line 8 | *of the amount over—* | If the amount on Schedule J, line 7, is: *Over—* | *But not over—* | Enter on Schedule J, line 8 | *of the amount over—* |
| $0 | $24,000 | ......... 15% | $0 | $0 | $20,050 | ........ 15% | $0 |
| 24,000 | 58,150 | **$3,600.00 +** 28% | 24,000 | 20,050 | 48,450 | **$3,007.50 +** 28% | 20,050 |
| 58,150 | 121,300 | 13,162.00 + 31% | 58,150 | 48,450 | 73,850 | 10,959.50 + 31% | 48,450 |
| 121,300 | 263,750 | 32,738.50 + 36% | 121,300 | 73,850 | 131,875 | 18,833.50 + 36% | 73,850 |
| 263,750 | ......... | 84,020.50 + 39.6% | 263,750 | 131,875 | ......... | 39,722.50 + 39.6% | 131,875 |

| Schedule Y-1—Use if your filing status is **Married filing jointly** or **Qualifying widow(er)** | | | | Schedule Z—Use if your filing status is **Head of household** | | | |
|---|---|---|---|---|---|---|---|
| If the amount on Schedule J, line 7, is: *Over—* | *But not over—* | Enter on Schedule J, line 8 | *of the amount over—* | If the amount on Schedule J, line 7, is: *Over—* | *But not over—* | Enter on Schedule J, line 8 | *of the amount over—* |
| $0 | $40,100 | ......... 15% | $0 | $0 | $32,150 | ........ 15% | $0 |
| 40,100 | 96,900 | **$6,015.00 +** 28% | 40,100 | 32,150 | 83,050 | **$4,822.50 +** 28% | 32,150 |
| 96,900 | 147,700 | 21,919.00 + 31% | 96,900 | 83,050 | 134,500 | 19,074.50 + 31% | 83,050 |
| 147,700 | 263,750 | 37,667.00 + 36% | 147,700 | 134,500 | 263,750 | 35,024.00 + 36% | 134,500 |
| 263,750 | ......... | 79,445.00 + 39.6% | 263,750 | 263,750 | ......... | 81,554.00 + 39.6% | 263,750 |

## 1996 Capital Gain Tax Worksheet (keep for your records)

Use this worksheet to figure the tax on line 8 of Schedule J **only** if **(a)** Schedule D applies for 1996 and both lines 17 and 18 of Schedule D (as refigured) are gains, or **(b)** you reported capital gain distributions directly on your 1996 Form 1040, line 13, **and:**

| Your filing status is: | AND | Schedule J, line 7, is over: | Your filing status is: | AND | Schedule J, line 7, is over: |
|---|---|---|---|---|---|
| Single | . . . . . . . . . | $58,150 | Married filing separately | . . . . . . . . | $48,450 |
| Married filing jointly or Qualifying widow(er) | . | $96,900 | Head of household | . . . . . . . . . | $83,050 |

1. Enter the amount from Schedule J, line 7 . . . . . . . . . . . . . . . . . . . . . . 1. _____

2. If Schedule D applies for 1996, enter the **smaller** of Schedule D, line 17 or line 18 (as refigured). Otherwise, enter the capital gain distributions reported on your 1996 Form 1040, line 13 . . . . . . . . . . . 2. _____

3. If you filed a 1996 Form 4952, enter the amount from Form 4952, line 4e . . . 3. _____

4. Subtract line 3 from line 2. If zero or less, **stop here;** you **cannot** use this worksheet to figure the tax. Instead, use the 1996 Tax Rate Schedules above . . . . . . . . . . . 4. _____

5. Subtract line 4 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . 5. _____

6. Enter $24,000 if single; $40,100 if married filing jointly or qualifying widow(er); $20,050 if married filing separately; or $32,150 if head of household . . . . . . . . . . 6. _____

7. Enter the **larger** of line 5 or line 6 . . . . . . . . . . . . . . . . . 7. _____

8. Subtract line 7 from line 1 . . . . . . . . . . . . . . . . . . . . . . 8. _____

9. Figure the tax on the amount on line 7. Use the 1996 Tax Rate Schedules above . 9. _____

10. Multiply line 8 by 28% (.28) . . . . . . . . . . . . . . . . . . . . . 10. _____

11. Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . . . . . 11. _____

12. Figure the tax on the amount on line 1. Use the 1996 Tax Rate Schedules above . 12. _____

13. **Tax.** Enter the **smaller** of line 11 or line 12 here and on Schedule J, line 8 . . . . . . . 13. _____

# Line 12

Figure the tax on the amount on line 11 using either:

- The 1997 Tax Rate Schedules below, or
- The Schedule D you filed for 1997 (but use the 1997 Tax Rate Schedules below instead of the Tax Table when figuring the tax on Schedule D, lines 33 and 53).

## 1997 Tax Rate Schedules

**Schedule X**—Use if your filing status is **Single**

| If the amount on Schedule J, line 11, is: Over— | But not over— | Enter on Schedule J, line 12 | | of the amount over— |
|---|---|---|---|---|
| $0 | $24,650 | ......... | 15% | $0 |
| 24,650 | 59,750 | $3,697.50 + | 28% | 24,650 |
| 59,750 | 124,650 | 13,525.50 + | 31% | 59,750 |
| 124,650 | 271,050 | 33,644.50 + | 36% | 124,650 |
| 271,050 | ......... | 86,348.50 + | 39.6% | 271,050 |

**Schedule Y-2**—Use if your filing status is **Married filing separately**

| If the amount on Schedule J, line 11, is: Over— | But not over— | Enter on Schedule J, line 12 | | of the amount over— |
|---|---|---|---|---|
| $0 | $20,600 | ......... | 15% | $0 |
| 20,600 | 49,800 | $3,090.00 + | 28% | 20,600 |
| 49,800 | 75,875 | 11,266.00 + | 31% | 49,800 |
| 75,875 | 135,525 | 19,349.25 + | 36% | 75,875 |
| 135,525 | ......... | 40,823.25 + | 39.6% | 135,525 |

**Schedule Y-1**—Use if your filing status is **Married filing jointly** or **Qualifying widow(er)**

| If the amount on Schedule J, line 11, is: Over— | But not over— | Enter on Schedule J, line 12 | | of the amount over— |
|---|---|---|---|---|
| $0 | $41,200 | ......... | 15% | $0 |
| 41,200 | 99,600 | $6,180.00 + | 28% | 41,200 |
| 99,600 | 151,750 | 22,532.00 + | 31% | 99,600 |
| 151,750 | 271,050 | 38,698.50 + | 36% | 151,750 |
| 271,050 | ......... | 81,646.50 + | 39.6% | 271,050 |

**Schedule Z**—Use if your filing status is **Head of household**

| If the amount on Schedule J, line 11, is: Over— | But not over— | Enter on Schedule J, line 12 | | of the amount over— |
|---|---|---|---|---|
| $0 | $33,050 | ......... | 15% | $0 |
| 33,050 | 85,350 | $4,957.50 + | 28% | 33,050 |
| 85,350 | 138,200 | 19,601.50 + | 31% | 85,350 |
| 138,200 | 271,050 | 35,985.00 + | 36% | 138,200 |
| 271,050 | ......... | 83,811.00 + | 39.6% | 271,050 |

## Line 16

Figure the tax on the amount on line 15 using either:

- The 1998 Tax Rate Schedules below, or
- The Schedule D you filed for 1998 (but use the 1998 Tax Rate Schedules below instead of the Tax Table when figuring the tax on Schedule D, lines 33 and 53).

### 1998 Tax Rate Schedules

**Schedule X**—Use if your filing status is **Single**

| If the amount on Schedule J, line 15, is: Over— | But not over— | Enter on Schedule J, line 16 | | of the amount over— |
|---|---|---|---|---|
| $0 | $25,350 | ......... 15% | | $0 |
| 25,350 | 61,400 | $3,802.50 + | 28% | 25,350 |
| 61,400 | 128,100 | 13,896.50 + | 31% | 61,400 |
| 128,100 | 278,450 | 34,573.50 + | 36% | 128,100 |
| 278,450 | .......... | 88,699.50 + | 39.6% | 278,450 |

**Schedule Y-2**—Use if your filing status is **Married filing separately**

| If the amount on Schedule J, line 15, is: Over— | But not over— | Enter on Schedule J, line 16 | | of the amount over— |
|---|---|---|---|---|
| $0 | $21,175 | ......... 15% | | $0 |
| 21,175 | 51,150 | $3,176.25 + | 28% | 21,175 |
| 51,150 | 77,975 | 11,569.25 + | 31% | 51,150 |
| 77,975 | 139,225 | 19,885.00 + | 36% | 77,975 |
| 139,225 | ......... | 41,935.00 + | 39.6% | 139,225 |

**Schedule Y-1**—Use if your filing status is **Married filing jointly** or **Qualifying widow(er)**

| If the amount on Schedule J, line 15, is: Over— | But not over— | Enter on Schedule J, line 16 | | of the amount over— |
|---|---|---|---|---|
| $0 | $42,350 | ......... 15% | | $0 |
| 42,350 | 102,300 | $6,352.50 + | 28% | 42,350 |
| 102,300 | 155,950 | 23,138.50 + | 31% | 102,300 |
| 155,950 | 278,450 | 39,770.00 + | 36% | 155,950 |
| 278,450 | .......... | 83,870.00 + | 39.6% | 278,450 |

**Schedule Z**—Use if your filing status is **Head of household**

| If the amount on Schedule J, line 15, is: Over— | But not over— | Enter on Schedule J, line 16 | | of the amount over— |
|---|---|---|---|---|
| $0 | $33,950 | ......... 15% | | $0 |
| 33,950 | 87,700 | $5,092.50 + | 28% | 33,950 |
| 87,700 | 142,000 | 20,142.50 + | 31% | 87,700 |
| 142,000 | 278,450 | 36,975.50 + | 36% | 142,000 |
| 278,450 | .......... | 86,097.50 + | 39.6% | 278,450 |

## Lines 18, 19, and 20

If you used the 1998 Schedule J to figure your tax and included the amount from line 22 of that Schedule J on your 1998 Form 1040, line 40, enter the amount from the appropriate line of that Schedule J on lines 18, 19, and 20. Otherwise, enter your tax for the applicable year. If you filed your 1996, 1997, or 1998 tax return using TeleFile, enter your tax from line J of your TeleFile Tax Record. If you amended your return or the IRS made changes to it, enter the corrected amount.

# 1999 Instructions for Schedule SE, Self-Employment Tax

Use Schedule SE (Form 1040) to figure the tax due on net earnings from self-employment. The Social Security Administration uses the information from Schedule SE to figure your benefits under the social security program. This tax applies no matter how old you are and even if you are already getting social security or Medicare benefits.

**Additional Information.** See **Pub. 533** for more details.

## General Instructions

### A Change To Note

For 1999, the maximum amount of self-employment income subject to social security tax is $72,600.

### Who Must File Schedule SE

You must file Schedule SE if:

**1.** You were self-employed and your net earnings from self-employment from other than church employee income were $400 or more, or

**2.** You had church employee income of $108.28 or more—see **Employees of Churches and Church Organizations** below.

### Who Must Pay Self-Employment (SE) Tax?

#### Self-Employed Persons

You must pay SE tax if you had net earnings of $400 or more as a self-employed person. If you are in business for yourself or you are a farmer, you are self-employed.

You must also pay SE tax on your share of certain partnership income and your guaranteed payments. See **Partnership Income or Loss** on page SE-2.

#### Employees of Churches and Church Organizations

If you had church employee income of $108.28 or more, you must pay SE tax. **Church employee income** is wages you received as an employee (other than as a minister or member of a religious order) from a church or qualified church-controlled organization that has a certificate in effect electing an exemption from employer social security and Medicare taxes.

#### Ministers and Members of Religious Orders

In most cases, you must pay SE tax on salaries and other income for services you performed as a minister, a member of a religious order who has not taken a vow of poverty, or a Christian Science practitioner. But if you filed **Form 4361** and received IRS approval, you will be exempt from paying SE tax on those net earnings. If you had no other income subject to SE tax, write "Exempt–Form 4361" on line 50 of Form 1040. However, if you had other earnings of $400 or more subject to SE tax, see line A at the top of Long Schedule SE.

**Note.** If you have ever filed **Form 2031** to elect social security coverage on your earnings as a minister, you cannot revoke that election now.

If you must pay SE tax, include this income on line 2 of either Short or Long Schedule SE. But do not report it on line 5a of Long Schedule SE; it is not considered church employee income. Also, include on line 2:

● The rental value of a home or an allowance for a home furnished to you (including payments for utilities) and

● The value of meals and lodging provided to you, your spouse, and your dependents for your employer's convenience.

However, **do not** include on line 2:

● Retirement benefits you received from a church plan after retirement, or

● The rental value of a home or an allowance for a home furnished to you (including payments for utilities) after retirement.

If you were a duly ordained minister who was an employee of a church and you must pay SE tax, the unreimbursed business expenses that you incurred as a church employee are allowed only as an itemized deduction for income tax purposes. Subtract the allowable amount from your SE earnings when figuring your SE tax.

If you were a U.S. citizen or resident alien serving outside the United States as a minister or member of a religious order and you must pay SE tax, you may not reduce your net earnings by the foreign housing exclusion or deduction.

For more details, see **Pub. 517.**

### Members of Certain Religious Sects

If you have conscientious objections to social security insurance because of your membership in and belief in the teachings of a religious sect recognized as being in existence at all times since December 31, 1950, and which has provided a reasonable level of living for its dependent members, you are exempt from SE tax if you received IRS approval by filing **Form 4029.** In this case, do not file Schedule SE. Instead, write "Exempt–Form 4029" on Form 1040, line 50. See **Pub. 517** for more details.

### U.S. Citizens Employed by Foreign Governments or International Organizations

You must pay SE tax on income you earned as a U.S. citizen employed by a foreign government (or, in certain cases, by a wholly owned instrumentality of a foreign government or an international organization under the International Organizations Immunities Act) for services performed in the United States, Puerto Rico, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands (CNMI), or the Virgin Islands. Report income from this employment on Schedule SE (Section A or B), line 2. If you performed services elsewhere as an employee of a foreign government or an international organization, those earnings are exempt from SE tax.

### U.S. Citizens or Resident Aliens Living Outside the United States

If you are a self-employed U.S. citizen or resident alien living outside the United States, in most cases you must pay SE tax. You may not reduce your foreign earnings from self-employment by your foreign earned income exclusion.

**Exception.** The United States has social security agreements with many countries to eliminate dual taxes under two social security systems. Under these agreements, you must generally pay social security and Medicare taxes to only the country you live in.

The United States now has social security agreements with the following countries:

SE-1

Cat. No. 24334P

Austria, Belgium, Canada, Finland, France, Germany, Greece, Ireland, Italy, Luxembourg, the Netherlands, Norway, Portugal, Spain, Sweden, Switzerland, and the United Kingdom. Additional agreements are expected in the future. For more information, contact:

Social Security Administration
Office of International Programs
P.O. Box 17741
Baltimore, MD 21235

## More Than One Business

If you were a farmer and had at least one other business or you had two or more businesses, your net earnings from self-employment are the combined net earnings from all of your businesses. If you had a loss in one business, it reduces the income from another. Figure the combined SE tax on one Schedule SE.

## Joint Returns

Show the name of the spouse with SE income on Schedule SE. If both spouses have SE income, each must file a separate Schedule SE. However, if one spouse qualifies to use Short Schedule SE and the other has to use Long Schedule SE, both can use the **same** form. One spouse should complete the front and the other the back.

Include the total profits or losses from all businesses on Form 1040, as appropriate. Enter the combined SE tax on Form 1040, line 50.

## Community Income

In most cases, if any of the income from a business (including farming) is community income, all of the income from that business is SE earnings of the spouse who carried on the business. The facts in each case will determine which spouse carried on the business. If you and your spouse are partners in a partnership, see **Partnership Income or Loss** below.

If you and your spouse had community income and file separate returns, attach Schedule SE to the return of the spouse with the SE income. Also, attach Schedule(s) C, C-EZ, or F.

 Community income included on Schedule(s) C, C-EZ, or F must be divided for income tax purposes on the basis of the community property laws.

## Fiscal Year Filers

If your tax year is a fiscal year, use the tax rate and earnings base that apply at the time the fiscal year begins. Do not prorate the tax or earnings base for a fiscal year that over-laps the date of a rate or earnings base change.

# Specific Instructions

Read the chart on page 1 of Schedule SE to see if you can use **Section A,** Short Schedule SE, or if you must use **Section B,** Long Schedule SE. For either section, you need to know what to include as net earnings from self-employment. Read the following instructions to see what to include as net earnings and how to fill in lines 1 and 2 of either Short or Long Schedule SE. Enter all negative amounts in parentheses.

# Net Earnings From Self-Employment

## What Is Included in Net SE Earnings?

In most cases, net earnings include your net profit from a farm or nonfarm business. If you were a partner in a partnership, see the following instructions.

## Partnership Income or Loss

If you were a general or limited partner in a partnership, include on line 1 or line 2, whichever applies, the amount from line 15a of Schedule K-1 (Form 1065) or the amount identified as net earnings from self-employment in box 9 of Schedule K-1 (Form 1065-B). General partners should reduce this amount before entering it on Schedule SE by any section 179 expense deduction claimed, unreimbursed partnership expenses claimed, and depletion claimed on oil and gas properties. If you reduce the amount you enter on Schedule SE, attach an explanation.

If a partner died and the partnership continued, include in SE income the deceased's distributive share of the partnership's ordinary income or loss through the end of the month in which he or she died. See Internal Revenue Code section 1402(f).

If you were married and both you and your spouse were partners in a partnership, each of you must pay SE tax on your own share of the partnership income. Each of you must file a Schedule SE and report the partnership income or loss on **Schedule E** (Form 1040), Part II, for income tax purposes.

SE income belongs to the person who is the member of the partnership and cannot be treated as SE income by the nonmember spouse even in community property states.

## Share Farming

You are considered self-employed if you produced crops or livestock on someone else's land for a share of the crops or livestock produced (or a share of the proceeds from the sale of them). This applies even if you paid another person (an agent) to do the actual work or management for you. Report your net earnings for income tax purposes on **Schedule F** (Form 1040) and for SE tax purposes on Schedule SE. For more details, see **Pub. 225.**

## Other Income and Losses Included in Net Earnings From Self-Employment

● Rental income from a farm if, as landlord, you materially participated in the production or management of the production of farm products on this land. This income is farm earnings. To determine whether you materially participated in farm management or production, do not consider the activities of any agent who acted for you. The material participation tests are explained in Pub. 225.

● Cash or a payment-in-kind from the Department of Agriculture for participating in a land diversion program.

● Payments for the use of rooms or other space when you also provided substantial services. Examples are hotel rooms, boarding houses, tourist camps or homes, parking lots, warehouses, and storage garages.

● Income from the retail sale of newspapers and magazines if you were age 18 or older and kept the profits.

● Amounts received by current or former self-employed insurance agents and salespersons that are:

**1.** Paid after retirement but figured as a percentage of commissions received from the paying company before retirement;

**2.** Renewal commissions; or

**3.** Deferred commissions paid after retirement for sales made before retirement.

However, certain termination payments received by former insurance salespersons are not included in net earnings from self-employment (as explained below).

● Income of certain crew members of fishing vessels with crews of normally fewer than 10 people. See **Pub. 595** for details.

● Fees as a state or local government employee if you were paid only on a fee basis and the job was not covered under a Federal-state social security coverage agreement.

● Interest received in the course of any trade or business, such as interest on notes or accounts receivable.

● Fees and other payments received by you for services as a director of a corporation.

● Recapture amounts under sections 179 and 280F that you included in gross income because the business use of the property dropped to 50% or less. Do not include

amounts you recaptured on the disposition of property. See **Form 4797**.

● Fees you received as a professional fiduciary. This may also apply to fees paid to you as a nonprofessional fiduciary if the fees relate to active participation in the operation of the estate's business, or the management of an estate that required extensive management activities over a long period of time.

● Gain or loss from section 1256 contracts or related property by an options or commodities dealer in the normal course of dealing in or trading section 1256 contracts.

## Income and Losses Not Included in Net Earnings From Self-Employment

● Salaries, fees, etc., subject to social security or Medicare tax that you received for performing services as an employee, including services performed as a public official (except as a fee basis government employee as explained earlier under **Other Income and Losses Included in Net Earnings From Self-Employment**) or as an employee or employee representative under the railroad retirement system.

● Fees received for services performed as a notary public. If you have no other income subject to SE tax, write "Exempt-Notary" on Form 1040, line 50. However, if you have other earnings of $400 or more subject to SE tax, write "Exempt-Notary" and, in parentheses, the amount of your net profit as a notary public from Schedule C or Schedule C-EZ on the dotted line to the left of line 3, Schedule SE. Subtract that amount from the total of lines 1 and 2 and enter the result on line 3.

● Income you received as a retired partner under a written partnership plan that provides for lifelong periodic retirement payments if you had no other interest in the partnership and did not perform services for it during the year.

● Income from real estate rentals if you did not receive the income in the course of a trade or business as a real estate dealer. Report this income on Schedule E.

● Income from farm rentals (including rentals paid in crop shares) if, as landlord, you did not materially participate in the production or management of the production of farm products on the land. See Pub. 225 for more details.

● Dividends on shares of stock and interest on bonds, notes, etc., if you did not receive the income in the course of your trade or business as a dealer in stocks or securities.

● Gain or loss from:

**1.** The sale or exchange of a capital asset;

**2.** The sale, exchange, involuntary conversion, or other disposition of property unless the property is stock in trade or other property that would be includible in inventory, or held primarily for sale to customers in the ordinary course of the business; or

**3.** Certain transactions in timber, coal, or domestic iron ore.

● Net operating losses from other years.

● Termination payments you received as a former insurance salesperson if **ALL** of the following conditions are met.

**1.** The payment was received from an insurance company because of services you performed as an insurance salesperson for the company.

**2.** The payment was received after termination of your agreement to perform services for the company.

**3.** You did not perform any services for the company after termination and before the end of the year in which you received the payment.

**4.** You entered into a covenant not to compete against the company for at least a 1-year period beginning on the date of termination.

**5.** The amount of the payment depended primarily on policies sold by or credited to your account during the last year of the agreement, or the extent to which those policies remain in force for some period after termination, or both.

**6.** The amount of the payment did not depend to any extent on length of service or overall earnings from services performed for the company (regardless of whether eligibility for the payment depended on length of service).

## Statutory Employee Income

If you were required to check the box on line 1 of Schedule C or C-EZ because you were a statutory employee, **do not** include the net profit or (loss) from line 31 of that Schedule C (or the net profit from line 3 of Schedule C-EZ) on line 2 of Short or Long Schedule SE. But if you file Long Schedule SE, be sure to include statutory employee social security wages and tips from Form W-2 on line 8a.

## Optional Methods

### How Can the Optional Methods Help You?

**Social Security Coverage.** The optional methods may give you credit toward your social security coverage even though you have a loss or a small amount of income from self-employment.

**Earned Income Credit.** Using the optional methods may qualify you to claim the earned income credit or give you a larger credit if your net SE earnings (determined without using the optional methods) are less than $1,600. Figure the earned income credit with and without using the optional methods

to see if the optional methods will benefit you.

**Child and Dependent Care Credit.** The optional methods may also help you qualify for this credit or give you a larger credit if your net SE earnings (determined without using the optional methods) are less than $1,600. Figure this credit with and without using the optional methods to see if the optional methods will benefit you.

**Note.** Using the optional methods may give you the benefits described above but they may also increase your SE tax.

### Farm Optional Method

You may use this method to figure your net earnings from farm self-employment if your gross farm income was $2,400 or less **OR** your net farm profits (defined below) were less than $1,733. There is no limit on how many years you can use this method.

Under this method, you report on line 15, Part II, two-thirds of your gross farm income, up to $1,600, as your net earnings. This method can increase or decrease your net SE farm earnings even if the farming business had a loss.

You may change the method after you file your return. That is, you can change from the regular to the optional method or from the optional to the regular method.

For a farm partnership, figure your share of gross income based on the partnership agreement. With guaranteed payments, your share of the partnership's gross income is your guaranteed payments plus your share of the gross income after it is reduced by all guaranteed payments made by the partnership. If you were a limited partner, include only guaranteed payments for services you actually rendered to or on behalf of the partnership.

**Net farm profits** is the total of the amounts from Schedule F (Form 1040), line 36, and Schedule K-1 (Form 1065), line 15a, from farm partnerships.

### Nonfarm Optional Method

You may be able to use this method to figure your net earnings from nonfarm self-employment if your nonfarm profits (defined below) were less than $1,733 and also less than 72.189% of your gross nonfarm income. To use this method, you also must be regularly self-employed. You meet this requirement if your actual net earnings from self-employment were $400 or more in 2 of the 3 years preceding the year you use the nonfarm method. The net earnings of $400 or more could be from either farm or nonfarm earnings or both. The net earnings include your distributive share of partnership income or loss subject to SE tax. Use of the nonfarm optional method from nonfarm

self-employment is limited to 5 years. The 5 years do not have to be consecutive.

Under this method, you report on line 17, Part II, two-thirds of your gross nonfarm income, up to $1,600, as your net earnings. But **you may not report less than your actual net earnings** from nonfarm self-employment.

You may change the method after you file your return. That is, you can change from the regular to the optional method or from the optional to the regular method.

Figure your share of gross income from a nonfarm partnership in the same manner as a farm partnership. See **Farm Optional Method** on page SE-3 for details.

**Net nonfarm profits** is the total of the amounts from Schedule C (Form 1040), line 31 (or Schedule C-EZ (Form 1040), line 3), Schedule K-1 (Form 1065), line 15a (from other than farm partnerships), and Schedule K-1 (Form 1065-B), box 9.

## Using Both Optional Methods

If you can use both methods, you may report less than your total actual net earnings from farm and nonfarm self-employment, but you **cannot** report less than your actual net earnings from nonfarm self-employment alone.

If you use both methods to figure net earnings, you **cannot** report more than $1,600 of net SE earnings.

## Major Categories of Federal Income and Outlays for Fiscal Year 1998

On or before the first Monday in February of each year, the President is required by law to submit to the Congress a budget proposal for the fiscal year that begins the following October. The budget plan sets forth the President's proposed receipts, spending, and the surplus or deficit for the Federal government. The plan includes recommendations for new legislation as well as recommendations to change, eliminate, and add programs. After receipt of the President's proposal, the Congress reviews the proposal and makes changes. It first passes a budget resolution setting its own targets for receipts, outlays, and the surplus or deficit. Individual spending and revenue bills are then enacted consistent with the goals of the budget resolution.

In fiscal year 1998 (which began on October 1, 1997, and ended on September 30, 1998), Federal income was $1,722 billion and outlays were $1,653 billion, leaving a surplus of $69 billion.

### Federal Income

Income and social insurance taxes are, by far, the largest source of receipts. In 1998, individuals paid $829 billion in income taxes and corporations paid $189 billion. Social security and other insurance and retirement contributions were $572 billion. Excise taxes were $58 billion. The remaining $75 billion of receipts were from Federal Reserve deposits, customs duties, estate and gift taxes, and other miscellaneous receipts.

### Federal Outlays

All outlays were financed by tax receipts. Government receipts finance a wide range of public services. The following is the breakdown of total outlays for fiscal year 1998*:

**1. Social security, Medicare, and other retirement:** $650 billion. These programs were about 37% of total outlays. They provide income support for the retired and disabled and medical care for the elderly.

**2. National defense, veterans, and foreign affairs:** $323 billion. About 15% of total outlays were to equip, modernize, and pay our armed forces and to fund other national defense activities; about 2% went for veterans benefits and services; and about 1% went for international activities, including military and economic assistance to foreign countries and the maintenance of U.S. embassies abroad.

**3. Net interest:** $243 billion. About 14% of total outlays were for net interest payments on the debt held by the public.

**4. Physical, human, and community development:** $144 billion. About 8% of total outlays were for agriculture; natural resources and environmental programs; transportation programs; aid for elementary and secondary education and direct assistance to college students; job training programs; deposit insurance, commerce and housing credit, and community development; and space, energy, and general science programs.

**5. Social programs:** $303 billion. The Federal Government spent about 12% of total outlays to fund Medicaid, food stamps, temporary assistance for needy families, supplemental security income, and related programs. About 6% was spent for health research and public health programs, unemployment compensation, assisted housing, and social services.

**6. Law enforcement and general government:** $36 billion. About 2% of total outlays were for judicial activities, Federal law enforcement, and prisons; and to provide for the general costs of the Federal Government, including the collection of taxes and legislative activities.

**7. Surplus to pay down the debt:** The $69 billion surplus, about 4% of Federal income, was used to pay down the debt held by the public.

**Note.** Detail may not add to totals due to rounding.

**Income and Outlays.** These pie charts show the relative sizes of the major categories of Federal income and outlays for fiscal year 1998.



Income

Social security, Medicare, and unemployment and other retirement taxes
33%

Personal income taxes
48%

Corporate income taxes
11%

Excise, customs, estate, gift, and miscellaneous taxes
8%

Outlays

**6.** Law enforcement and general government
2%

**7.** Surplus to pay down the debt
4%

**1.** Social security, Medicare, and other retirement
37%

**5.** Social programs
17%

**4.** Physical, human, and community development
8%

**3.** Net interest on the debt
14%

**2.** National defense, veterans, and foreign affairs
18%

---

\* The percentages on this page exclude undistributed offsetting receipts, which were -$47 billion in fiscal year 1998. In the budget, these receipts are offset against spending in figuring the outlay totals shown above. These receipts are for the U.S. Government's share of its employee retirement programs, rents and royalties on the Outer Continental Shelf, and proceeds from the spectrum auction.

# Index to Instructions

**A**

Address Change . . . . . . . . . **18 and 51**
Addresses of Internal Revenue Service
   Centers . . . . . . . . . . . **Back Cover**
Adjusted Gross Income . . . . . . . **26–29**
Adoption Expenses—
   Credit for . . . . . . . . . . . 35
   Employer-Provided Benefits for . . . 20
Advance Earned Income Credit Payments . 37
After School Child Care Expenses . . . 32
Alimony Paid . . . . . . . . . . . 29
Alimony Received . . . . . . . . . . 21
Alternative Minimum Tax . . . . . . **35–36**
Amended Return . . . . . . . . . . 51
Amount You Owe . . . . . . . . . **49–50**
Annuities . . . . . . . . . . . . **22–24**
At-Risk Rules . . . . **C-6*, E-3*, and F-6***
Attachments to the Return . . . . . . 50

**B**

Blindness—Proof of . . . . . . . . 29
Business Income and Expenses (Schedule C) . **C-1***
Business Use of Home . . . **A-5*, C-6*, and F-6***

**C**

Capital Gains and Losses (Schedule D) . **D-1***
Capital Gain Distributions . . . **13, 20, 22, and D-1***
Casualty and Theft Losses . . . . . **A-5***
Charity—Gifts to . . . . . . . . . **A-4***
Child and Dependent Care Expenses—
   Credit for . . . . . . . . . . . 32
Child Tax Credits . . . **13, 19, 33–34, and 48**
Children of Divorced or Separated
   Parents—Exemption for . . . . . 19
Community Property States . . . . . **19–20**
Contributions To Reduce the Public Debt . 51
Corrective Distributions . . . . . . 20
Customer Service Standards . . . . . . 5

**D**

Day-Care Center Expenses . . . . . . 32
Death of a Taxpayer . . . . . . . . 51
Debt, Gift To Reduce the Public . . . 51
Dependent Care Benefits . . . . . . 20
Dependents—
   Exemptions for . . . . . . . . . 19
   Standard Deduction . . . . . . . . 30
   Who Can Be Claimed as . . . . . . 19
Direct Deposit of Refund . . . . . . **48–49**
Disclosure, Privacy Act, and Paperwork Reduction
   Act Notice . . . . . . . . . . . 54
Dividends—
   Nominee . . . . . . . . . . . **B-2***
   Other Distributions . . . . . . . **20–21**
Divorced or Separated Parents—Children of . 19
Dual-Status Aliens . . . . . . . . . 14

**E**

Earned Income Credit (EIC) . . . **13 and 38–47**
   Nontaxable Earned Income . . . . . 40
Education—
   Credits . . . . . . . . **35 and A-5***
   Expenses . . . **26–28, 35, and A-5***
   Recapture of Education Credits . . . **13 and 31**
Elderly Persons—
   Expenses for Care of . . . . . . . 32
   Standard Deduction . . . . . . . . 30
Electronic Filing (e-file) . . . . . **6 and 52**
Employee Business Expenses . . . . . **A-5***
Estates and Trusts . . . . . . . . **E-5***
Estimated Tax . . . **37, 49–50, and 53**
Excess Salary Deferrals . . . . . . 20
Excess Social Security and RRTA Tax Withheld . 48
Exemptions . . . . . . . . . . . **18–19**
Extension of Time To File . . . **14 and 48**

**F**

Farm Income and Expenses (Schedule F) . **F-1***
Farm Income Averaging (Schedule J) . . **J-1***
Filing Requirements . . . . . . . . **14–15**
Filing Status . . . . . . . . . . . 18
Foreign Accounts and Trusts . . . . . **B-2***
Foreign-Source Income . . . . . . . 19

Foreign Tax Credit . . . . . . . . 35
Form W-2 . . . . . . . . . . . . 20
Forms W-2, 1098, and 1099, Where To
   Report Certain Items From . . . **16–17**
Forms, How To Get . . . . . . . . . 7

**G**

Gambling . . . . . . . . **25 and A-6***
Gifts to Charity . . . . . . . . . **A-4***
Golden Parachute Payments . . . . . 37
Group-Term Life Insurance, Uncollected Tax on . 37

**H**

Head of Household . . . . . . . . 18
Health Insurance Deduction—
   Self-Employed . . . . . **13 and 28–29**
Help With Unresolved Tax Issues . . . . 5
Home, Sale of . . . . . . . . . . **D-2***
Household Employment Taxes . . . . . 37

**I**

Income . . . . . . . . . . . . **19–26**
Income Tax Withholding (Federal) . . . **37 and 51**
Individual Retirement Arrangements (IRAs)—
   Contributions to (line 23) . . . **13 and 26**
   Distributions from (lines 15a and 15b) . . 22
   Nondeductible Contributions to . . **22 and 26**
Injured Spouse Claim . . . . . . . . 48
Innocent Spouse Relief . . . . . . . 4
Installment Payments . . . . . **12 and 49**
Interest—
   Late Payment of Tax . . . . . . . 53
   Penalty on Early Withdrawal of Savings . . 29
Interest Income—
   Exclusion of Savings Bond Interest . . **B-1***
   Nominee . . . . . . . . . . . **B-1***
   Taxable . . . . . . . **20 and B-1***
   Tax-Exempt . . . . . . **20 and B-1***
Interest You Paid . . . . . . . . . **A-3***
Itemized Deductions or Standard Deduction . **30–31**

**K**

Keogh Retirement Plan—Deduction for . . 29

**L**

Line Instructions for Form 1040 . . . **18–50**
Long-Term Care Insurance . . . **28 and A-1***
Lump-Sum Distributions . . . . . . 24

**M**

Medical and Dental Expenses . . . . **A-1***
Medical Savings Accounts (MSAs) . . . 28
Mileage Rates, Standard . . **13, A-1*, A-4*, and C-3***
Miscellaneous Itemized Deductions . . **A-5* and A-6***
Mortgage Interest Credit . . . **35 and A-3***
Moving Expenses . . . . . . . . . 28

**N**

Name Change . . . . . . . . **18 and 51**
National Debt, Gift To Reduce the . . . 51
Nonresident Aliens . . . . . . **14 and 18**

**O**

Order Blank for Forms and Publications . . 55
Original Issue Discount (OID) . . . . **B-1***
Other Income . . . . . . . . . **24–26**
Other Taxes . . . . . . . . . . **35–37**

**P**

Partnerships . . . . . . . . . . **E-5***
Partnership Expenses, Unreimbursed . . **E-5***
Passive Activity—
   Losses . . . . . **C-2*, E-4*, and F-2***
   Material Participation . . . **C-2* and F-2***
Payments . . . . . . . . . . . **37–48**
Penalty—
   Early Withdrawal of Savings . . . . 29
   Estimated Tax . . . . . . . . **49–50**
   Frivolous Return . . . . . . . . 53
   Late Filing . . . . . . . . . . . 53
   Late Payment . . . . . . . . . . 53
   Other . . . . . . . . . . . . 53

Pensions and Annuities . . . . . . **22–24**
Preparer—Tax Return . . . . . . . 50
Presidential Election $3 Check-Off . . . 18
Private Delivery Services . . . . . . 17
Public Debt, Gift To Reduce the . . . 51
Publications, How To Get . . . . . . 7

**Q**

Qualified State Tuition Program Earnings . **16 and 25**

**R**

Railroad Retirement Benefits—
   Treated as a Pension . . . . . . . 22
   Treated as Social Security . . . . . 24
Records—How Long To Keep . . . . . 51
Refund . . . . . . . . . . . . **48–49**
Refund Information . . . . . . . . 10
Refund Offset . . . . . . . . . . 48
Refunds, Credits, or Offsets of State and
   Local Income Taxes . . . . . . . 21
Rental Income and Expenses (Schedule E) . **E-1***
Retirement Plan Deduction, Keogh . . . 29
Rights of Taxpayers . . . . . . . . 51
Rollovers . . . . . . . . . **22 and 24**
Roth IRAs . . . . . . . . **13 and 22**
Rounding Off to Whole Dollars . . . . 20
Royalties . . . . . . . . . . . **E-1***

**S**

Sale of Home . . . . . . . . . **D-2***
Schedules, Instructions for . . . . . **A-1***
Scholarship and Fellowship Grants . . . 20
S Corporations . . . . . . . . . **E-5***
Self-Employment Tax—
   Income Subject to . . . . . . . **SE-2***
   Deduction for One-Half of . . . . . 28
Signing Your Return . . . . . . . . 50
Social Security and Equivalent Railroad
   Retirement Benefits . . . . . . . 24
Social Security Number . . . . **18 and 51**
Standard Deduction or Itemized Deductions . **30–31**
State and Local Income Taxes—Taxable
   Refunds, Credits, or Offsets of . . . 21
Statutory Employees . . . **20, C-2*, and C-6***
Student Loan Interest Deduction . . . **13 and 26–28**

**T**

Tax and Credits . . . . . . . . **29–35**
   Figured by the IRS . . . . . . . 31
   Other Taxes—
      Alternative Minimum Tax . . . . **35–36**
      Lump-Sum Distributions . . . . 24
      IRAs, Other Retirement Plans, and MSAs, . **36–37**
      Recapture . . . . . . . . . 37
      Section 72(m)(5) . . . . . . . 37
      Self-Employment Tax . . . . . **SE-1***
Tax Rate Schedules . . . . . . . . 69
Tax Table . . . . . . . . . . . **57–68**
Taxes You Paid . . . . . . . . . **A-2***
Taxpayer Advocate, Office of . . . . . 5
Telephone Assistance—
   Federal Tax Information . . . . . **10–12**
   TeleTax Information . . . . . . **10–11**
Tip Income . . . . . . . . . **20 and 36**
Tips Reported to Employer, Uncollected Tax on . 36
Trusts—Foreign . . . . . . . . . **B-2***

**U**

Unemployment Compensation . . . . . 24
U.S. Citizens and Resident Aliens
   Living Abroad . . . . . . **14 and 19**

**W**

What if You Cannot Pay? . . . . **12 and 49**
When Should You File? . . . . . . . 14
Where Do You File? . . . **14 and Back Cover**
Where To File? . . . . . . . . **14–15**
Who Must File . . . . . . . . **14–15**
Who Should File . . . . . . . . . 14
Widows and Widowers, Qualifying . . . 18
Winnings—Prizes, Gambling, and Lotteries
   (Other Income) . . . . . . . . **24–26**
Withholding—Federal Income Tax . . . **37 and 51**

* These items may not be included in this package. To reduce printing costs, we have sent you only the forms you may need based on what you filed last year.

 # Where Do You File?

If an envelope addressed to "Internal Revenue Service Center" came with this booklet, please use it. If you do not have one or if you moved during the year, mail your return to the **Internal Revenue Service Center** shown that applies to you.

 Envelopes without enough postage will be returned to you by the post office. If your envelope contains more than five pages or is oversized, it may need additional postage. Also, include your complete return address.

| IF you live in... | THEN use this address if you: | |
|---|---|---|
| | Are requesting a refund... | Are not requesting a refund... |
| Florida, Georgia, South Carolina | Internal Revenue Service Center Atlanta, GA 39901-0102 | Internal Revenue Service Center Atlanta, GA 39901-0002 |
| New Jersey, New York (*New York City and counties of Nassau, Rockland, Suffolk, and Westchester*) | Internal Revenue Service Center Holtsville, NY 00501-0102 | Internal Revenue Service Center Holtsville, NY 00501-0002 |
| New York (*all other counties*), Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont | Internal Revenue Service Center Andover, MA 05501-0102 | Internal Revenue Service Center Andover, MA 05501-0002 |
| Illinois, Iowa, Minnesota, Missouri, Wisconsin | Internal Revenue Service Center Kansas City, MO 64999-0102 | Internal Revenue Service Center Kansas City, MO 64999-0002 |
| Delaware, District of Columbia, Maryland, Pennsylvania, Virginia | Internal Revenue Service Center Philadelphia, PA 19255-0102 | Internal Revenue Service Center Philadelphia, PA 19255-0002 |
| Indiana, Kentucky, Michigan, Ohio, West Virginia | Internal Revenue Service Center Cincinnati, OH 45999-0102 | Internal Revenue Service Center Cincinnati, OH 45999-0002 |
| Kansas, New Mexico, Oklahoma, Texas | Internal Revenue Service Center Austin, TX 73301-0102 | Internal Revenue Service Center Austin, TX 73301-0002 |
| Alaska, Arizona, California (*counties of Alpine, Amador, Butte, Calaveras, Colusa, Contra Costa, Del Norte, El Dorado, Glenn, Humboldt, Lake, Lassen, Marin, Mendocino, Modoc, Napa, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sonoma, Sutter, Tehama, Trinity, Yolo, and Yuba*), Colorado, Idaho, Montana, Nebraska, Nevada, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming | Internal Revenue Service Center Ogden, UT 84201-0102 | Internal Revenue Service Center Ogden, UT 84201-0002 |
| California (*all other counties*), Hawaii | Internal Revenue Service Center Fresno, CA 93888-0102 | Internal Revenue Service Center Fresno, CA 93888-0002 |
| Alabama, Arkansas, Louisiana, Mississippi, North Carolina, Tennessee | Internal Revenue Service Center Memphis, TN 37501-0102 | Internal Revenue Service Center Memphis, TN 37501-0002 |
| All APO and FPO addresses, American Samoa, nonpermanent residents of Guam or the Virgin Islands*, Puerto Rico (*or if excluding income under Internal Revenue Code section 933*), a foreign country: U.S. citizens and those filing Form 2555, 2555-EZ, or 4563 | Internal Revenue Service Center Philadelphia, PA 19255-0215 USA | Internal Revenue Service Center Philadelphia, PA 19255-0215 USA |

* Permanent residents of Guam should use: Department of Revenue and Taxation, Government of Guam, P.O. Box 23607, GMF, GU 96921; permanent residents of the Virgin Islands should use: V.I. Bureau of Internal Revenue, 9601 Estate Thomas, Charlotte Amalie, St. Thomas, VI 00802.

# What's Inside?

**Instructions for Form 1040**
**When to file (page 14)**
**What's new for 1999 (page 13)**
**Commissioner's message (page 4)**
**How to comment on forms (page 54)**
**How to avoid common mistakes (page 50)**
**Help with unresolved tax issues (page 5)**
**Free tax help (pages 7 and 52)**
**How to get forms and publications (page 7)**
**Tax table (page 57)**
**How to make a gift to reduce the public debt (page 51)**





Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

# **2000**1040

## Instructions
Including Instructions for Schedules A, B, C, D, E, F, R, and SE

# TaxpayerNews

For details, see page 3 or go to **www.irs.gov.**

## Fast Refunds!



**CLICK.ZIP.FAST ROUND TRIP**

## Paperless Filing! ● Electronic Payments!

### Need Help?

● Tax return page references. See pages 4 and 5.
● Quick and easy access to tax help and forms. See page 7.

### More Student Loan Interest Deductible!

You may be able to deduct up to $2,000. See page 14.

### Let Your Paid Preparer Deal Directly With the IRS!

You can now check a box on your return if you want to allow your paid preparer to resolve certain issues with the IRS. See page 14.

## A Message From the Commissioner

Dear Taxpayer:

With the arrival of the Year 2001 tax filing season, the IRS continues to make tangible improvements in the way we serve you. We have worked hard over the past year to make filing and paying your taxes easier and more convenient.

Millions of taxpayers are visiting our Web Site at www.irs.gov to get information and download forms and publications. Assistance on our toll-free telephone lines continues to improve so that more taxpayers can get through and get the answers they need. We are resolving long-standing problems and making sure that your rights are protected. We believe that these are some very positive trends upon which we can build this year, and in the years to come.

However, we still have a long way to go before we can provide the level and quality of service that you expect and deserve. We are in the midst of the most comprehensive modernization of the IRS in more than 50 years. That includes changes to our organization and technology. Many years of hard work lie ahead but we are committed to making the IRS work better, and work better for you.

Thank you.

Sincerely,

Charles O. Rossotti

Charles O. Rossotti

## The IRS Mission

Provide America's taxpayers top quality service by helping them understand and meet their tax responsibilities and by applying the tax law with integrity and fairness to all.

# The Future of Tax Filing Is Here!



## The *Fastest, Most Accurate* Way To File Your Tax Return

### Take advantage of the benefits of IRS *e-file!*

- **FREE Filing!** For free tax preparation and filing options, check out the IRS Web Site at **www.irs.gov** and click on "Electronic Services."
- **Fast Refunds!** You get your refund in half the time, even faster and safer with Direct Deposit — in as few as 10 days.
- **Security!** Your privacy and security are assured.
- **Accuracy!** Your chance of getting an error notice from the IRS is significantly reduced because IRS *e-file* has less than a 1% error rate.
- **NEW Paperless Filing!** Create your own Personal Identification Number (PIN) and file a completely paperless return. There are no forms to mail!
- **Proof of Acceptance!** You get electronic acknowledgement within 48 hours that the IRS has accepted your return.
- **Electronic Payments!** Convenient, safe, and secure electronic payment options are available. Schedule a direct debit payment for withdrawal or pay by credit card — up to and including April 16, 2001.
- **File Federal and State Taxes Together!** Double the benefits you get from *e-file*.

### Get all the details on page 54 or check out the IRS Web Site at www.irs.gov, click on "Electronic Services."

## Tax Return Page Reference

*Questions about what to put on a line? Help is on the page number in the circle.*

Form **1040**
Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** 2000 (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2000, or other tax year beginning , 2000, ending , 20 | OMB No. 1545-0074

**Label** (19)

(See instructions on page 19.)

Use the IRS label. Otherwise, please print or type.

L A B E L   H E R E

Your first name and initial | Last name | Your social security number

If a joint return, spouse's first name and initial | Last name | Spouse's social security number (19)

FOR REFERENCE ONLY—DO NOT FILE

Home address (number and street). If you have a P.O. box, see page 19. | Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.

▲ **Important!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.) (19)

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? . . . ▶

You: ☐ Yes ☐ No   Spouse: ☐ Yes ☐ No

**Filing Status**

Check only one box. (19)

1 ☐ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 19.)

**Exemptions** (19)

6a ☐ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a . . . . . . . .
b ☐ **Spouse** . . . . . . . . . . . . . . . .
c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 20) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see page 20. (20)

(20) (20)

d Total number of exemptions claimed . . . . . . . . . . . . . . .

No. of boxes checked on 6a and 6b

No. of your children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)

Dependents on 6c not entered above

Add numbers entered on lines above ▶

(20)

**Income** (52)

**Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.**

If you did not get a W-2, see page 21. (21)

Enclose, but do not attach, any payment. Also, please use Form 1040-V (51)

7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . | 7 | (21)
8a Taxable interest. Attach Schedule B if required . . . . . . | 8a | (21)
b Tax-exempt interest. **Do not** include on line 8a . . | 8b | (21)
9 Ordinary dividends. Attach Schedule B if required . . . (8-1) . | 9 | (21)
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 22) . | 10 | (22)
11 Alimony received . . . . . . . . . . . . . | 11 | (22)
12 Business income or (loss). Attach Schedule C or C-EZ . . . | 12 | (23)
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | (23)
14 Other gains or (losses). Attach Form 4797 . . . . . . | 14 | (23)
15a Total IRA distributions | 15a | (23) | b Taxable amount (see page 23) | 15b | (23)
16a Total pensions and annuities | 16a | (23) | b Taxable amount (see page 23) | 16b | (23)
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
18 Farm income or (loss). Attach Schedule F . . . . . . | 18 |
19 Unemployment compensation . . . . . . . . | 19 | (25)
20a Social security benefits | 20a | (25) | b Taxable amount (see page 25) | 20b | (25)
21 Other income. List type and amount (see page 25) . . . . . . . . | 21 | (25)
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 |

**Adjusted Gross Income**

23 IRA deduction (see page 27) . . . . | 23 | (27)
24 Student loan interest deduction (see page 27) . . | 24 | (27)
25 Medical savings account deduction. Attach Form 8853 . | 25 | (29)
26 Moving expenses. Attach Form 3903 . . | 26 | (29)
27 One-half of self-employment tax. Attach Schedule SE . | 27 | (29)
28 Self-employed health insurance deduction (see page 29) | 28 | (29)
29 Self-employed SEP, SIMPLE, and qualified plans . | 29 | (30)
30 Penalty on early withdrawal of savings . . | 30 | (30)
31a Alimony paid  b Recipient's SSN ▶ | 31a | (30)
32 Add lines 23 through 31a . . . . . . . . . . . . | 32 |
33 Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | (30)

## Tax Return Page Reference

*Questions about what to put on a line? Help is on the page number in the circle.*

Form 1040 (2000) — (30) — Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | |
| | 35a | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ | 35a | |
| | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here . . . . . . ▶ (A-1) | 35b ☐ | (31) |
| **Standard Deduction for Most People** | 36 | Enter your **itemized deductions** from Schedule A, line 28, **or standard deduction** shown on the left. **But** see page 31 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 | (31) |
| Single: $4,400 | 37 | Subtract line 36 from line 34 | 37 | |
| Head of household: $6,450 | 38 | If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet on page 32 for the amount to enter | 38 | (32) |
| Married filing jointly or Qualifying widow(er): $7,350 | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 (32) | |
| | 40 | **Tax** (see page 32). Check if any tax is from a ☐ Form(s) 8814  b ☐ Form 4972 | 40 (32) | |
| Married filing separately: $3,675 | 41 | Alternative minimum tax. Attach Form 6251 | 41 (33) | |
| (32) | 42 | Add lines 40 and 41 . . . . . . . . . . . . . . ▶ | 42 (NEW) | |
| | 43 | Foreign tax credit. Attach Form 1116 if required | 43 (34) | |
| | 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 (35) | |
| | 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 (35) | |
| | 46 | Education credits. Attach Form 8863 | 46 (35) | |
| | 47 | Child tax credit (see page 36) | 47 (36) | |
| | 48 | Adoption credit. Attach Form 8839 | 48 (38) | |
| | 49 | Other. Check if from  a ☐ Form 3800  b ☐ Form 8396  c ☐ Form 8801  d ☐ Form (specify) | 49 (38) | |
| | 50 | Add lines 43 through 49. These are your **total credits** | 50 | |
| | 51 | Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ▶ | 51 | |
| **Other Taxes** | 52 | Self-employment tax. Attach Schedule SE | 52 | |
| | 53 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 53 (38) | |
| | 54 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 54 (38) | |
| | 55 | Advance earned income credit payments from Form(s) W-2 | 55 (38) | |
| | 56 | Household employment taxes. Attach Schedule H | 56 (38) | |
| | 57 | Add lines 51 through 56. This is your **total tax** . . . . ▶ | 57 (38) | |
| **Payments** | 58 | Federal income tax withheld from Forms W-2 and 1099 | 58 (39) | |
| | 59 | 2000 estimated tax payments and amount applied from 1999 return | 59 (39) | |
| If you have a qualifying child, attach Schedule EIC. | 60a | **Earned income credit (EIC)** | 60a (40) | |
| | b | Nontaxable earned income: amount ▶ (42) and type ▶ | | |
| | 61 | Excess social security and RRTA tax withheld (see page 50) | 61 (50) | |
| | 62 | Additional child tax credit. Attach Form 8812 | 62 (50) | |
| | 63 | Amount paid with request for extension to file (see page 50) | 63 (50) | |
| | 64 | Other payments. Check if from  a ☐ Form 2439  b ☐ Form 4136 | 64 | |
| | 65 | Add lines 58, 59, 60a, and 61 through 64. These are your **total payments** ▶ | 65 (50) | |
| **Refund** | 66 | If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you **overpaid** | 66 (50) | |
| Have it directly deposited! See page 50 and fill in 67b, 67c, and 67d. | 67a | Amount of line 66 you want **refunded to you** (50) | 67a | |
| | ▶ b | Routing number | ▶ c Type: ☐ Checking ☐ Savings | |
| | ▶ d | Account number | | |
| | 68 | Amount of line 66 you want applied to your 2001 estimated tax ▶ | 68 (51) | |
| **Amount You Owe** | 69 | If line 57 is more than line 65, subtract line 65 from line 57. This is the **amount you owe** ▶ | 69 (51) | |
| | 70 | Estimated tax penalty. Also include on line 69 . . . | 70 (52) | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 19.
Keep a copy for your records.

| Your signature (52) | Date | Your occupation | Daytime phone number ( ) (52) (NEW) (52) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | May the IRS discuss this return with the preparer shown below (see page 52)?  ☐ Yes  ☐ No |

**Paid Preparer's Use Only**

| Preparer's signature (52) | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | Phone no. ( ) (NEW) | |

Form **1040** (2000)

# IRS Customer Service Standards

At the IRS our goal is to continually improve the quality of our services. To achieve that goal, we have developed customer service standards in the following areas:

- **Easier filing and payment options**
- **Access to information**
- **Accuracy**

- **Prompt refunds**
- **Initial contact resolution**
- **Canceling penalties**
- **Resolving problems**
- **Simpler forms**

If you would like information about the IRS standards and a report of our accomplishments, see **Pub. 2183.**

# Help With Unresolved Tax Issues

## Office of the Taxpayer Advocate

### Contacting Your Taxpayer Advocate

If you have attempted to deal with an IRS problem unsuccessfully, you should contact your Taxpayer Advocate.

The Taxpayer Advocate independently represents your interests and concerns within the IRS by protecting your rights and resolving problems that have not been fixed through normal channels.

While Taxpayer Advocates cannot change the tax law or make a technical tax decision, they can clear up problems that resulted from previous contacts and ensure that your case is given a complete and impartial review.

### Handling Your Tax Problems

Your assigned personal advocate will listen to your point of view and will work with you to address your concerns. You can expect the advocate to provide you with:

- A "fresh look" at your new or on-going problem
- Timely acknowledgment
- The name and phone number of the individual assigned to your case
- Updates on progress
- Timeframes for action
- Speedy resolution
- Courteous service

### Information You Should Be Prepared To Provide

- Your name, address, and social security number (or employer identification number)
- Your telephone number and hours you can be reached
- The type of tax return and year(s) involved
- A detailed description of your problem
- Your previous attempts to solve the problem and the office you contacted, and
- Description of the hardship you are facing (if applicable)

### How To Contact Your Taxpayer Advocate

- Call the Taxpayer Advocate's toll-free number: **1-877-777-4778**
- Call, write, or fax the Taxpayer Advocate office in your area (see **Pub. 1546** for addresses and phone numbers)
- TTY/TDD help is available by calling 1-800-829-4059

# Quick and Easy Access to Tax Help and Forms

**Note.** If you live outside the United States, see **Pub. 54** to find out how to get help and forms.



## Personal Computer

You can access the IRS Web Site 24 hours a day, 7 days a week, at **www.irs.gov** to:

- Download forms, instructions, and publications
- See answers to frequently asked tax questions
- Search publications on-line by topic or keyword
- Figure your withholding allowances using our W-4 calculator
- Send us comments or request help by e-mail
- Sign up to receive local and national tax news by e-mail

**You can also reach us using File Transfer Protocol at ftp.irs.gov**



## Fax

You can get over 100 of the most requested forms and instructions 24 hours a day, 7 days a week, by fax. Just call **703-368-9694** from the telephone connected to the fax machine. See pages 8 and 9 for a list of the items available.



## Mail

You can order forms, instructions, and publications by completing the order blank on page 57. You should receive your order within 10 days after we receive your request.



## Phone

You can get forms, publications, and automated information 24 hours a day, 7 days a week, by phone.

### Forms and Publications

Call **1-800-TAX-FORM** (1-800-829-3676) to order current and prior year forms, instructions, and publications. You should receive your order within 10 days.

### TeleTax Topics

Call **1-800-829-4477** to listen to pre-recorded messages covering about 150 tax topics. See pages 11 and 12 for a list of the topics.

### Refund Information

You can check the status of your 2000 refund using TeleTax's Refund Information service. See page 11.



## Walk-In

You can pick up some of the most requested forms, instructions, and publications at many IRS offices, post offices, and libraries. Some IRS offices, libraries, grocery stores, office supply stores, and copy centers have an extensive collection of products available to photocopy or print from a CD-ROM.



## CD-ROM

Order **Pub. 1796,** Federal Tax Products on CD-ROM, and get:

- Current year forms, instructions, and publications
- Prior year forms, instructions, and publications
- Popular tax forms that may be filled in electronically, printed out for submission, and saved for recordkeeping
- The Internal Revenue Bulletin

Buy the CD-ROM on the Internet at **www.irs.gov/cdorders** from the National Technical Information Service (NTIS) for $21 (no handling fee) or call **1-877-CDFORMS** (1-877-233-6767) toll free to buy the CD-ROM for $21 (plus a $5 handling fee).

**You can also get help in other ways**—See page 55 for information.

# Forms by Fax

The following forms and instructions are available through our **Tax Fax** service 24 hours a day, 7 days a week. Just call **703-368-9694** from the telephone connected to the fax machine. When you call, you will hear instructions on how to use the service. Select the option for getting forms. Then, enter the **Catalog Number** (Cat. No.) shown below for each item you want. When you hang up the phone, the fax will begin.

| Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages |
|---|---|---|---|
| Form SS-4 | Application for Employer Identification Number | 16055 | 4 |
| Form SS-8 | Determination of Worker Status for Purposes of Federal Employment Taxes and Income Tax Withholding | 16106 | 4 |
| Form W-2c | Corrected Wage and Tax Statement | 61437 | 8 |
| Form W-3c | Transmittal of Corrected Wage and Tax Statements | 10164 | 2 |
| Instr. W-2c and W-3c | | 25978 | 4 |
| Form W-4 | Employee's Withholding Allowance Certificate | 10220 | 2 |
| Form W-4P | Withholding Certificate for Pension or Annuity Payments | 10225 | 4 |
| Form W-5 | Earned Income Credit Advance Payment Certificate | 10227 | 3 |
| Form W-7 | Application for IRS Individual Taxpayer Identification Number | 10229 | 3 |
| Form W-7A | Application for Taxpayer Identification Number for Pending U.S. Adoptions | 24309 | 2 |
| Form W-7P | Application for Preparer Tax Identification Number | 26781 | 1 |
| Form W-9 | Request for Taxpayer Identification Number and Certification | 10231 | 2 |
| Instr. W-9 | | 20479 | 2 |
| Form W-9S | Request for Student's or Borrower's Taxpayer Identification Number and Certification | 25240 | 2 |
| Form W-10 | Dependent Care Provider's Identification and Certification | 10437 | 1 |
| Form 709 | U.S. Gift (and Generation-Skipping Transfer) Tax Return | 16783 | 4 |
| Instr. 709 | | 16784 | 8 |
| Form 709A | U.S. Short Form Gift Tax Return | 10171 | 2 |
| Form 843 | Claim for Refund and Request for Abatement | 10180 | 1 |
| Instr. 843 | | 11200 | 2 |
| Form 940 | Employer's Annual Federal Unemployment (FUTA) Tax Return | 11234 | 2 |
| Instr. 940 | | 13660 | 6 |
| Form 940-EZ | Employer's Annual Federal Unemployment (FUTA) Tax Return | 10983 | 2 |
| Instr. 940-EZ | | 25947 | 4 |
| Form 941 | Employer's Quarterly Federal Tax Return | 17001 | 3 |
| Instr. 941 | | 14625 | 4 |
| Form 941c | Supporting Statement To Correct Information | 11242 | 4 |
| Form 990 | Return of Organization Exempt From Income Tax | 11282 | 6 |
| Instr. 990 & 990-EZ | General Instructions for Forms 990 and 990-EZ | 22386 | 14 |
| Instr. 990 | Specific Instructions for Form 990 | 50002 | 16 |

| Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages |
|---|---|---|---|
| Schedule A (Form 990) | Organization Exempt Under Section 501(c)(3) | 11285 | 6 |
| Instr. Sch. A (Form 990) | | 11294 | 8 |
| Form 990-EZ | Short Form Return of Organization Exempt From Income Tax | 10642 | 2 |
| Instr. 990-EZ | Specific Instructions for Form 990-EZ | 50003 | 9 |
| Form 1040 | U.S. Individual Income Tax Return | 11320 | 2 |
| Instr. 1040 | Line Instructions for Form 1040 | 11325 | 34 |
| Instr. 1040 | General Information for Form 1040 | 24811 | 26 |
| Tax Table and Tax Rate Sch. | Tax Table and Tax Rate Schedules (Form 1040) | 24327 | 13 |
| Schedules A&B (Form 1040) | Itemized Deductions & Interest and Ordinary Dividends | 11330 | 2 |
| Instr. Sch. A&B | | 24328 | 8 |
| Schedule C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | 11334 | 2 |
| Instr. Sch. C | | 24329 | 8 |
| Schedule C-EZ (Form 1040) | Net Profit From Business (Sole Proprietorship) | 14374 | 2 |
| Schedule D (Form 1040) | Capital Gains and Losses | 11338 | 2 |
| Instr. Sch. D | | 24331 | 8 |
| Schedule D-1 (Form 1040) | Continuation Sheet for Schedule D | 10424 | 2 |
| Schedule E (Form 1040) | Supplemental Income and Loss | 11344 | 2 |
| Instr. Sch. E | | 24332 | 6 |
| Schedule EIC (Form 1040A or 1040) | Earned Income Credit | 13339 | 2 |
| Schedule F (Form 1040) | Profit or Loss From Farming | 11346 | 2 |
| Instr. Sch. F | | 24333 | 7 |
| Schedule H (Form 1040) | Household Employment Taxes | 12187 | 2 |
| Instr. Sch. H | | 21451 | 8 |
| Schedule J (Form 1040) | Farm Income Averaging | 25513 | 2 |
| Instr. Sch. J | | 25514 | 8 |
| Schedule R (Form 1040) | Credit for the Elderly or the Disabled | 11359 | 2 |
| Instr. Sch. R | | 11357 | 4 |
| Schedule SE (Form 1040) | Self-Employment Tax | 11358 | 2 |
| Instr. Sch. SE | | 24334 | 4 |
| Form 1040A | U.S. Individual Income Tax Return | 11327 | 2 |
| Schedule 1 (Form 1040A) | Interest and Ordinary Dividends for Form 1040A Filers | 12075 | 1 |
| Schedule 2 (Form 1040A) | Child and Dependent Care Expenses for Form 1040A Filers | 10749 | 2 |
| Instr. Sch. 2 | | 30139 | 3 |
| Schedule 3 (Form 1040A) | Credit for the Elderly or the Disabled for Form 1040A Filers | 12064 | 2 |
| Instr. Sch. 3 | | 12059 | 4 |
| Form 1040-ES | Estimated Tax for Individuals | 11340 | 7 |
| Form 1040EZ | Income Tax Return for Single and Joint Filers With No Dependents | 11329 | 2 |

| Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages |
|---|---|---|---|
| Form 1040NR | U.S. Nonresident Alien Income Tax Return | 11364 | 5 |
| Instr. 1040NR | | 11368 | 32 |
| Form 1040NR-EZ | U.S. Income Tax Return for Certain Nonresident Aliens With No Dependents | 21534 | 2 |
| Instr. 1040NR-EZ | | 21718 | 12 |
| Form 1040-V | Payment Voucher | 20975 | 2 |
| Form 1040X | Amended U.S. Individual Income Tax Return | 11360 | 2 |
| Instr. 1040X | | 11362 | 6 |
| Form 1116 | Foreign Tax Credit | 11440 | 2 |
| Instr. 1116 | | 11441 | 12 |
| Form 1310 | Statement of Person Claiming Refund Due a Deceased Taxpayer | 11566 | 2 |
| Form 2106 | Employee Business Expenses | 11700 | 2 |
| Instr. 2106 | | 64188 | 4 |
| Form 2106-EZ | Unreimbursed Employee Business Expenses | 20604 | 2 |
| Form 2120 | Multiple Support Declaration | 11712 | 1 |
| Form 2210 | Underpayment of Estimated Tax by Individuals, Estates, and Trusts | 11744 | 3 |
| Instr. 2210 | | 63610 | 6 |
| Form 2290 | Heavy Highway Vehicle Use Tax Return | 11250 | 3 |
| Instr. 2290 | | 27231 | 8 |
| Form 2441 | Child and Dependent Care Expenses | 11862 | 2 |
| Instr. 2441 | | 10842 | 3 |
| Form 2553 | Election by a Small Business Corporation | 18629 | 2 |
| Instr. 2553 | | 49978 | 2 |
| Form 2555 | Foreign Earned Income | 11900 | 3 |
| Instr. 2555 | | 11901 | 4 |
| Form 2555-EZ | Foreign Earned Income Exclusion | 13272 | 2 |
| Instr. 2555-EZ | | 14623 | 3 |
| Form 2688 | Application for Additional Extension of Time To File U.S. Individual Income Tax Return | 11958 | 2 |
| Form 2848 | Power of Attorney and Declaration of Representative | 11980 | 2 |
| Instr. 2848 | | 11981 | 4 |
| Form 3903 | Moving Expenses | 12490 | 2 |
| Form 4136 | Credit for Federal Tax Paid on Fuels | 12625 | 4 |
| Form 4137 | Social Security and Medicare Tax on Unreported Tip Income | 12626 | 2 |
| Form 4506 | Request for Copy or Transcript of Tax Form | 41721 | 2 |
| Form 4562 | Depreciation and Amortization | 12906 | 2 |
| Instr. 4562 | | 12907 | 12 |
| Form 4684 | Casualties and Thefts | 12997 | 2 |
| Instr. 4684 | | 12998 | 4 |
| Form 4797 | Sales of Business Property | 13086 | 2 |
| Instr. 4797 | | 13087 | 7 |
| Form 4835 | Farm Rental Income and Expenses | 13117 | 2 |
| Form 4868 | Application for Automatic Extension of Time To File U.S. Individual Income Tax Return | 13141 | 4 |
| Form 4952 | Investment Interest Expense Deduction | 13177 | 2 |
| Form 4972 | Tax on Lump-Sum Distributions | 13187 | 1 |
| Instr. 4972 | | 13188 | 3 |
| Form 5329 | Additional Taxes Attributable to IRAs, Other Qualified Retirement Plans, Annuities, Modified Endowment Contracts, and MSAs | 13329 | 2 |
| Instr. 5329 | | 13330 | 4 |

| Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages |
|---|---|---|---|
| Form 6198 | At-Risk Limitations | 50012 | 1 |
| Instr. 6198 | | 50013 | 7 |
| Form 6251 | Alternative Minimum Tax—Individuals | 13600 | 2 |
| Instr. 6251 | | 64277 | 8 |
| Form 6252 | Installment Sale Income | 13601 | 2 |
| Instr. 6252 | | 64262 | 2 |
| Form 6781 | Gains and Losses From Section 1256 Contracts and Straddles | 13715 | 3 |
| Form 8271 | Investor Reporting of Tax Shelter Registration Number | 61924 | 2 |
| Form 8283 | Noncash Charitable Contributions | 62299 | 2 |
| Instr. 8283 | | 62730 | 4 |
| Form 8300 | Report of Cash Payments Over $10,000 Received in a Trade or Business | 62133 | 4 |
| Form 8332 | Release of Claim to Exemption for Child of Divorced or Separated Parents | 13910 | 1 |
| Form 8379 | Injured Spouse Claim and Allocation | 62474 | 2 |
| Form 8582 | Passive Activity Loss Limitations | 63704 | 3 |
| Instr. 8582 | | 64294 | 12 |
| Form 8586 | Low-Income Housing Credit | 63987 | 2 |
| Form 8606 | Nondeductible IRAs | 63966 | 2 |
| Instr. 8606 | | 25399 | 8 |
| Form 8615 | Tax for Children Under Age 14 Who Have Investment Income of More Than $1,400 | 64113 | 1 |
| Instr. 8615 | | 28914 | 2 |
| Form 8718 | User Fee for Exempt Organization Determination Letter Request | 64728 | 1 |
| Form 8801 | Credit for Prior Year Minimum Tax—Individuals, Estates, and Trusts | 10002 | 4 |
| Form 8809 | Request for Extension of Time To File Information Returns | 10322 | 2 |
| Form 8812 | Additional Child Tax Credit | 10644 | 2 |
| Form 8814 | Parents' Election To Report Child's Interest and Dividends | 10750 | 2 |
| Form 8815 | Exclusion of Interest From Series EE and I U.S. Savings Bonds Issued After 1989 | 10822 | 2 |
| Form 8822 | Change of Address | 12081 | 2 |
| Form 8824 | Like-Kind Exchanges | 12311 | 4 |
| Form 8829 | Expenses for Business Use of Your Home | 13232 | 1 |
| Instr. 8829 | | 15683 | 4 |
| Form 8839 | Qualified Adoption Expenses | 22843 | 2 |
| Instr. 8839 | | 23077 | 4 |
| Form 8850 | Pre-Screening Notice and Certification Request for the Work Opportunity and Welfare-to-Work Credits | 22851 | 2 |
| Instr. 8850 | | 24833 | 2 |
| Form 8853 | Medical Savings Accounts and Long-Term Care Insurance Contracts | 24091 | 2 |
| Instr. 8853 | | 24188 | 8 |
| Form 8857 | Request for Innocent Spouse Relief | 24647 | 4 |
| Form 8859 | District of Columbia First-Time Homebuyer Credit | 24779 | 2 |
| Form 8862 | Information To Claim Earned Income Credit After Disallowance | 25145 | 2 |
| Instr. 8862 | | 25343 | 2 |
| Form 8863 | Education Credits | 25379 | 3 |
| Form 9465 | Installment Agreement Request | 14842 | 2 |

# Partial List of Publications

The following publications are available through the IRS Web Site 24 hours a day, 7 days a week, at **www.irs.gov.** You can also order publications by calling **1-800-TAX-FORM** (1-800-829-3676) or by completing the order blank on page 57. You should receive your order within 10 days after we receive your request. For a complete list of available publications, see **Pub. 910.**

| Pub. No. | Title |
|---|---|
| 1 | Your Rights as a Taxpayer |
| 3 | Armed Forces' Tax Guide |
| 17 | Your Federal Income Tax (For Individuals) |
| 225 | Farmer's Tax Guide |
| 334 | Tax Guide for Small Business (For Individuals Who Use Schedule C or C-EZ) |
| 378 | Fuel Tax Credits and Refunds |
| 463 | Travel, Entertainment, Gift, and Car Expenses |
| 501 | Exemptions, Standard Deduction, and Filing Information |
| 502 | Medical and Dental Expenses |
| 503 | Child and Dependent Care Expenses |
| 504 | Divorced or Separated Individuals |
| 505 | Tax Withholding and Estimated Tax |
| 508 | Tax Benefits for Work-Related Education |
| 509 | Tax Calendars for 2001 |
| 514 | Foreign Tax Credit for Individuals |
| 516 | U.S. Government Civilian Employees Stationed Abroad |
| 517 | Social Security and Other Information for Members of the Clergy and Religious Workers |
| 519 | U.S. Tax Guide for Aliens |
| 520 | Scholarships and Fellowships |
| 521 | Moving Expenses |
| 523 | Selling Your Home |
| 524 | Credit for the Elderly or the Disabled |
| 525 | Taxable and Nontaxable Income |
| 526 | Charitable Contributions |
| 527 | Residential Rental Property |
| 529 | Miscellaneous Deductions |
| 530 | Tax Information for First-Time Homeowners |
| 531 | Reporting Tip Income |
| 533 | Self-Employment Tax |
| 534 | Depreciating Property Placed in Service Before 1987 |
| 535 | Business Expenses |
| 537 | Installment Sales |
| 541 | Partnerships |
| 544 | Sales and Other Dispositions of Assets |
| 547 | Casualties, Disasters, and Thefts (Business and Nonbusiness) |
| 550 | Investment Income and Expenses |
| 551 | Basis of Assets |
| 552 | Recordkeeping for Individuals |
| 553 | Highlights of 2000 Tax Changes |
| 554 | Older Americans' Tax Guide |
| 555 | Community Property |
| 556 | Examination of Returns, Appeal Rights, and Claims for Refund |
| 559 | Survivors, Executors, and Administrators |
| 561 | Determining the Value of Donated Property |
| 564 | Mutual Fund Distributions |

| Pub. No. | Title |
|---|---|
| 570 | Tax Guide for Individuals With Income From U.S. Possessions |
| 575 | Pension and Annuity Income |
| 584 | Casualty, Disaster, and Theft Loss Workbook (Personal-Use Property) |
| 587 | Business Use of Your Home (Including Use by Day-Care Providers) |
| 590 | Individual Retirement Arrangements (IRAs) (Including Roth IRAs and Education IRAs) |
| 593 | Tax Highlights for U.S. Citizens and Residents Going Abroad |
| 594 | The IRS Collection Process |
| 595 | Tax Highlights for Commercial Fishermen |
| 596 | Earned Income Credit (EIC) |
| 721 | Tax Guide to U.S. Civil Service Retirement Benefits |
| 901 | U.S. Tax Treaties |
| 907 | Tax Highlights for Persons With Disabilities |
| 908 | Bankruptcy Tax Guide |
| 910 | Guide To Free Tax Services |
| 911 | Direct Sellers |
| 915 | Social Security and Equivalent Railroad Retirement Benefits |
| 919 | How Do I Adjust My Tax Withholding? |
| 925 | Passive Activity and At-Risk Rules |
| 926 | Household Employer's Tax Guide |
| 929 | Tax Rules for Children and Dependents |
| 936 | Home Mortgage Interest Deduction |
| 946 | How To Depreciate Property |
| 947 | Practice Before the IRS and Power of Attorney |
| 950 | Introduction to Estate and Gift Taxes |
| 967 | The IRS Will Figure Your Tax |
| 968 | Tax Benefits for Adoption |
| 970 | Tax Benefits for Higher Education |
| 971 | Innocent Spouse Relief |
| 972 | Child Tax Credit |
| 1542 | Per Diem Rates |
| 1544 | Reporting Cash Payments of Over $10,000 |
| 1546 | The Taxpayer Advocate Service of the IRS |

**Spanish Language Publications**

| Pub. No. | Title |
|---|---|
| 1SP | Your Rights as a Taxpayer |
| 579SP | How To Prepare Your Federal Income Tax Return |
| 594SP | The IRS Collection Process |
| 596SP | Earned Income Credit |
| 850 | English-Spanish Glossary of Words and Phrases Used in Publications Issued by the Internal Revenue Service |
| 1544SP | Reporting Cash Payments of Over $10,000 |

# What Is TeleTax?

Call TeleTax at **1-800-829-4477** for:

- **Refund information.** Check the status of your **2000** refund.
- **Recorded tax information.** There are about 150 topics that answer many Federal tax questions.

## How Do You Use Tele-Tax?

### Refund Information

Refund information is not available until at least 4 weeks after you file your return (3 weeks if you file electronically), and sometimes is not available for up to 6 weeks. Please wait at least 4 weeks from the date you filed before calling to check the status of your refund. Do not send in a copy of your return unless asked to do so.

Be sure to have a copy of your 2000 tax return available because you will need to know the first social security number shown on your return, the filing status, and the **exact** whole-dollar amount of your refund. Then, call **1-800-829-4477** and follow the recorded instructions.

 The IRS updates refund information every 7 days, over the weekend. Refunds are sent out weekly, on Fridays. If you call to check the status of your refund and are not given the date it will be issued, please wait until the next week before calling back.

### Recorded Tax Information

Recorded tax information is available 24 hours a day, 7 days a week. Select the number of the topic you want to hear. Then, call **1-800-829-4477.** Have paper and pencil handy to take notes.

### Topics by Personal Computer

TeleTax topics are also available using a personal computer and modem (connect to **www.irs.gov**).

## TeleTax Topics—All topics are available in Spanish

| Topic No. | Subject |
|---|---|
| | **IRS Help Available** |
| 101 | IRS services—Volunteer tax assistance, toll-free telephone, walk-in assistance, and outreach programs |
| 102 | Tax assistance for individuals with disabilities and the hearing impaired |
| 103 | Intro. to Federal taxes for small businesses/self-employed |
| 104 | Taxpayer Advocate program—Help for problem situations |
| 105 | Public libraries—Tax information tapes and reproducible tax forms |
| | **IRS Procedures** |
| 151 | Your appeal rights |
| 152 | Refunds—How long they should take |
| 153 | What to do if you haven't filed your tax return (Nonfilers) |
| 154 | Form W-2—What to do if not received |
| 155 | Forms and Publications—How to order |
| 156 | Copy of your tax return—How to get one |
| 157 | Change of address—How to notify IRS |
| 158 | Ensuring proper credit of payments |

| Topic No. | Subject |
|---|---|
| | **Collection** |
| 201 | The collection process |
| 202 | What to do if you can't pay your tax |
| 203 | Failure to pay child support and other Federal nontax obligations |
| 204 | Offers in compromise |
| 205 | Innocent spouse relief |
| | **Alternative Filing Methods\*** |
| 252 | Electronic filing |
| 253 | Substitute tax forms |
| 254 | How to choose a paid tax preparer |
| 255 | TeleFile |
| | **General Information** |
| 301 | When, where, and how to file |
| 302 | Highlights of tax changes |
| 303 | Checklist of common errors when preparing your tax return |
| 304 | Extensions of time to file your tax return |
| 305 | Recordkeeping |
| 306 | Penalty for underpayment of estimated tax |
| 307 | Backup withholding |
| 308 | Amended returns |
| 309 | Roth IRA contributions |
| 310 | Education IRA contributions |
| 311 | Power of attorney information |

| Topic No. | Subject |
|---|---|
| | **Filing Requirements, Filing Status, and Exemptions** |
| 351 | Who must file? |
| 352 | Which form—1040, 1040A, or 1040EZ? |
| 353 | What is your filing status? |
| 354 | Dependents |
| 355 | Estimated tax |
| 356 | Decedents |
| | **Types of Income** |
| 401 | Wages and salaries |
| 402 | Tips |
| 403 | Interest received |
| 404 | Dividends |
| 405 | Refunds of state and local taxes |
| 406 | Alimony received |
| 407 | Business income |
| 408 | Sole proprietorship |
| 409 | Capital gains and losses |
| 410 | Pensions and annuities |
| 411 | Pensions—The general rule and the simplified method |
| 412 | Lump-sum distributions |
| 413 | Rollovers from retirement plans |
| 414 | Rental income and expenses |
| 415 | Renting vacation property and renting to relatives |
| 416 | Farming and fishing income |
| 417 | Earnings for clergy |
| 418 | Unemployment compensation |
| 419 | Gambling income and expenses |
| 420 | Bartering income |

*(Continued on page 12)*

\* The IRS no longer accepts the Form 1040PC format. If you used Form 1040PC in the past, the IRS encourages you to file using the fastest, most accurate way to file—IRS *e-file.*

# TeleTax Topics

*(Continued)*

**Topic No.**     **Subject**

421   Scholarship and fellowship grants
422   Nontaxable income
423   Social security and equivalent railroad retirement benefits
424   401(k) plans
425   Passive activities—Losses and credits
426   Other income
427   Stock options
428   Roth IRA distributions

### Adjustments to Income
451   Individual retirement arrangements (IRAs)
452   Alimony paid
453   Bad debt deduction
454   Tax shelters
455   Moving expenses
456   Student loan interest deduction

### Itemized Deductions
501   Should I itemize?
502   Medical and dental expenses
503   Deductible taxes
504   Home mortgage points
505   Interest expense
506   Contributions
507   Casualty and theft losses
508   Miscellaneous expenses
509   Business use of home
510   Business use of car
511   Business travel expenses
512   Business entertainment expenses
513   Educational expenses
514   Employee business expenses
515   Disaster area losses

### Tax Computation
551   Standard deduction
552   Tax and credits figured by the IRS
553   Tax on a child's investment income
554   Self-employment tax
555   Ten-year tax option for lump-sum distributions
556   Alternative minimum tax
557   Tax on early distributions from traditional and Roth IRAs
558   Tax on early distributions from retirement plans

**Topic No.**     **Subject**

### Tax Credits
601   Earned income credit (EIC)
602   Child and dependent care credit
603   Credit for the elderly or the disabled
604   Advance earned income credit
605   Education credits
606   Child tax credits
607   Adoption credit
608   Excess social security and RRTA tax withheld

### IRS Notices
651   Notices—What to do
652   Notice of underreported income—CP 2000
653   IRS notices and bills, penalties, and interest charges

### Basis of Assets, Depreciation, and Sale of Assets
701   Sale of your home
703   Basis of assets
704   Depreciation
705   Installment sales

### Employer Tax Information
751   Social security and Medicare withholding rates
752   Form W-2—Where, when, and how to file
753   Form W-4—Employee's Withholding Allowance Certificate
754   Form W-5—Advance earned income credit
755   Employer identification number (EIN)—How to apply
756   Employment taxes for household employees
757   Form 941—Deposit requirements
758   Form 941—Employer's Quarterly Federal Tax Return
759   Form 940 and 940-EZ—Deposit requirements
760   Form 940 and Form 940-EZ—Employer's Annual Federal Unemployment Tax Returns
761   Tips—Withholding and reporting
762   Independent contractor vs. employee

**Topic No.**     **Subject**

### Magnetic Media Filers—1099 Series and Related Information Returns
801   Who must file magnetically
802   Applications, forms, and information
803   Waivers and extensions
804   Test files and combined Federal and state filing
805   Electronic filing of information returns

### Tax Information for Aliens and U.S. Citizens Living Abroad
851   Resident and nonresident aliens
852   Dual-status alien
853   Foreign earned income exclusion—General
854   Foreign earned income exclusion—Who qualifies?
855   Foreign earned income exclusion—What qualifies?
856   Foreign tax credit
857   Individual Taxpayer Identification Number—Form W-7
858   Alien tax clearance

### Tax Information for Puerto Rico Residents (in Spanish only)
901   Who must file a U.S. income tax return in Puerto Rico
902   Deductions and credits for Puerto Rico filers
903   Federal employment taxes in Puerto Rico
904   Tax assistance for Puerto Rico residents

**Topic numbers are effective January 1, 2001.**

# Calling the IRS

If you cannot answer your question by using one of the methods listed on page 7, please call us for assistance at **1-800-829-1040**. You will not be charged for the call unless your phone company charges you for local calls. General tax question assistance is available 24 hours a day, 7 days a week, from January 2, 2001, through April 17, 2001. Beginning April 18, 2001, this assistance is available Monday through Saturday from 7:00 a.m. until 11:00 p.m. local time. Assistance for questions about a specific notice, letter, bill, or refund is available year-round 24 hours a day, 7 days a week.

 If you want to check the status of your **2000 refund,** call TeleTax at **1-800-829-4477** (see page 11 for instructions).

## Before You Call

IRS representatives care about the quality of the service we provide to you, our customer. You can help us provide accurate, complete answers to your questions by having the following information available.

● The tax form, schedule, or notice to which your question relates.

● The facts about your particular situation. The answer to the same question often varies from one taxpayer to another because of differences in their age, income, whether they can be claimed as a dependent, etc.

● The name of any IRS publication or other source of information that you used to look for the answer.

To maintain your account security, you may be asked for the following information, which you should also have available.

● Your social security number.

● The amount of refund and filing status shown on your tax return.

● The "Caller ID Number" shown at the top of any notice you received.

● Your personal identification number (PIN) if you have one.

● Your date of birth.

● The numbers in your street address.

● Your ZIP code.

If you are asking for an installment agreement to pay your tax, you will be asked for the highest amount you can pay each month and the date on which you can pay it.

**Evaluation of Services Provided.** The IRS uses several methods to evaluate the quality of this telephone service. One method is for a second IRS representative to sometimes listen in on or record telephone calls. Another is to ask some callers to complete a short survey at the end of the call.

## Making the Call

Call **1-800-829-1040** (for TTY/TDD help, call 1-800-829-4059). If you have a pulse or rotary dial phone, stay on the line and one of our representatives will answer.

If you have a touch-tone phone, you may not need to speak to a representative to get your answer. The system will direct you to the appropriate assistance. You can press the number for your topic as soon as you hear it. You can do the following within the system.

● Order tax forms and publications.

● Find out the status of your refund or what you owe.

● Determine if we have adjusted your account or received payments you made.

● Request a transcript of your account.

● Find out where to send your tax return or payment.

● Request more time to pay or set up a monthly installment agreement.

## Before You Hang Up

If you do not fully understand the answer you receive, or you feel our representative may not fully understand your question, our representative needs to take additional time to be sure your question is answered fully. He or she will be happy to take additional time to be sure your question is answered fully.

By law, you are responsible for paying your share of Federal income tax. If we should make an error in answering your question, you are still responsible for the payment of the correct tax. Should this occur, however, you will not be charged any penalty.

# Before You Fill In Form 1040

See **How To Avoid Common Mistakes** on page 53.

If you were in the Balkans or the Persian Gulf area (for example, you participated in Operation Joint Forge or Operation Allied Force), see **Pub. 3.**

## Did You Convert an IRA to a Roth IRA in 1998?

If you did and you chose to report the taxable amount over 4 years, see **1998 Roth IRA Conversions** on page 23 to find out the taxable amount you must report in 2000 on line 15b.

  For details on the changes for 2000 and 2001, see **Pub. 553** or see **What's Hot** at www.irs.gov.

## What's New for 2000?

### Student Loan Interest Deduction

If you paid interest on a qualified student loan, you may be able to deduct up to $2,000 of the interest on line 24. See the instructions for line 24 that begin on page 27.

### IRA Deduction Allowed to More People Covered by Retirement Plans

You may be able to take an IRA deduction if you were covered by a retirement plan and your modified adjusted gross income is less than the amount shown below that applies to you.

- Single, head of household, or married filing separately and you lived apart from your spouse for all of 2000—$42,000.
- Married filing jointly or qualifying widow(er)—$62,000.

See the instructions for line 23 on page 27.

## Business Standard Mileage Rate

The rate for business use of a vehicle during 2000 is 32½ cents a mile.

## Earned Income Credit (EIC)

You may be able to take this credit if you earned less than $31,152 (less than $10,380 if you do not have any qualifying children). See the instructions for lines 60a and 60b that begin on page 40.

## Foster Child—New Definition for the Child Tax Credit and the EIC

New rules apply to determine who is a foster child for purposes of the child tax credit and the EIC. For details, see **Qualifying Child for Child Tax Credit** on page 20 or **Foster Child** on page 43.

## Paid Preparer Authorization

If you want to allow the IRS to discuss your 2000 tax return with the paid preparer who signed it, check the "Yes" box in the area where you sign your return. See page 52 for details.

## Mailing Your Return

You may be mailing your return to a different service center this year because the IRS has changed the filing location for several areas. If you received an envelope with your tax package, please use it. Otherwise, see **Where Do You File?** on the back cover.

## What To Look for in 2001

### Student Loan Interest Deduction

You may be able to deduct up to $2,500 of the interest you pay on a qualified student loan.

### IRA Deduction Allowed to More People Covered by Retirement Plans

You may be able to take an IRA deduction if you are covered by a retirement plan and your 2001 modified adjusted gross income is less than the amount shown below that applies to you.

- Single, head of household, or married filing separately and you lived apart from your spouse for all of 2001—$43,000.
- Married filing jointly or qualifying widow(er)—$63,000.

## Photographs of Missing Children

The IRS is a proud partner with the National Center for Missing and Exploited Children. Photographs of missing children selected by the Center may appear in this booklet on pages that would otherwise be blank. You can help bring these children home by looking at the photographs and calling **1-800-THE-LOST** (1-800-843-5678) if you recognize a child.

# Filing Requirements

These rules apply to all U.S. citizens, regardless of where they live, and resident aliens.

## Do You Have To File?

Use **Chart A, B,** or **C** to see if you must file a return. U.S. citizens who lived in or had income from a U.S. possession should see **Pub. 570.** Residents of Puerto Rico can use TeleTax topic 901 (see page 11) to see if they must file.


Even if you do not otherwise have to file a return, you should file one to get a refund of any Federal income tax withheld. You should also file if you are eligible for the earned income credit or the additional child tax credit.

**Exception for Children Under Age 14.** If you are planning to file a return for your child who was under age 14 on January 1, 2001, and certain other conditions apply, you may elect to report your child's income on your return. But you must use **Form 8814** to do so. If you make this election, your child does not have to file a return. For details, use TeleTax topic 553 (see page 11) or see Form 8814.

**Nonresident Aliens and Dual-Status Aliens.** These rules also apply to nonresident aliens and dual-status aliens who were married to U.S. citizens or residents at the end of 2000 and who have elected to be taxed as resident aliens. Other nonresident aliens and dual-status aliens have different filing requirements. They may have to file **Form 1040NR** or **Form 1040NR-EZ.** Specific rules apply to determine if you are a resident or nonresident alien. See **Pub. 519** for details, including the rules for students and scholars who are aliens.

## When Should You File?

Not later than **April 16, 2001.** If you file after this date, you may have to pay interest and penalties. See page 55.

### What if You Cannot File on Time?

You can get an automatic 4-month extension if, by April 16, 2001, you **either:**

• File **Form 4868 or**

• File for an extension by phone, using tax software, or through a tax professional. If you expect to owe tax with your return, you can even pay part or all of it by direct debit or credit card (American Express® Card, Discover® Card, or MasterCard® card). See Form 4868 for details.


An automatic 4-month extension to file does not extend the time to pay your tax. See Form 4868.

If you are a U.S. citizen or resident, you may qualify for an automatic extension of time to file without filing Form 4868 or filing for an extension by phone, using tax software, or through a tax professional. You qualify if, on the due date of your return, you meet one of the following conditions.

• You live outside the United States and Puerto Rico **and** your main place of business or post of duty is outside the United States and Puerto Rico.

• You are in military or naval service on duty outside the United States and Puerto Rico.

This extension gives you an extra 2 months to file and pay the tax, but interest will be charged from the original due date of the return on any unpaid tax. You must attach a statement to your return showing that you meet the requirements.

## Where Do You File?

See the back cover of this booklet for filing instructions and addresses. For details on using a private delivery service to mail your return or payment, see page 18.

### Chart A—For Most People

| IF your filing status is . . . | AND at the end of 2000 you were* . . . | THEN file a return if your gross income** was at least . . . |
|---|---|---|
| Single | under 65<br>65 or older | $7,200<br>8,300 |
| Married filing jointly*** | under 65 (both spouses)<br>65 or older (one spouse)<br>65 or older (both spouses) | $12,950<br>13,800<br>14,650 |
| Married filing separately | any age | $2,800 |
| Head of household (see page 19) | under 65<br>65 or older | $9,250<br>10,350 |
| Qualifying widow(er) with dependent child (see page 19) | under 65<br>65 or older | $10,150<br>11,000 |

\* *If you turned 65 on January 1, 2001, you are considered to be age 65 at the end of 2000.*

\*\* **Gross income** *means all income you received in the form of money, goods, property, and services that is not exempt from tax including any income from sources outside the United States (even if you may exclude part or all of it).* **Do not** *include social security benefits unless you are married filing a separate return and you lived with your spouse at any time in 2000.*

\*\*\* *If you did not live with your spouse at the end of 2000 (or on the date your spouse died) and your gross income was at least $2,800, you must file a return regardless of your age.*

- 15 -

**Chart B—For Children and Other Dependents** (See the instructions for line 6c on page 20 to find out if someone can claim you as a dependent.)

If your parent (or someone else) can claim you as a dependent, use this chart to see if you must file a return.

In this chart, **unearned income** includes taxable interest, ordinary dividends, and capital gain distributions. **Earned income** includes wages, tips, and taxable scholarship and fellowship grants. **Gross income** is the total of your unearned and earned income.

 If your gross income was $2,800 or more, you usually cannot be claimed as a dependent unless you were under age 19 **or** a student under age 24. For details, see **Pub. 501.**

**Single dependents.** Were you **either** age 65 or older **or** blind?

☐ **No.** You must file a return if **any** of the following apply.
- Your **unearned income** was over $700.
- Your **earned income** was over $4,400.
- Your **gross income** was more than the **larger** of—
  - $700 **or**
  - Your earned income (up to $4,150) plus $250.

☐ **Yes.** You must file a return if **any** of the following apply.
- Your unearned income was over $1,800 ($2,900 if 65 or older **and** blind).
- Your earned income was over $5,500 ($6,600 if 65 or older **and** blind).
- Your gross income was more than—

| The larger of: | Plus | This amount: |
|---|---|---|
| • $700 **or** <br> • Your earned income (up to $4,150) plus $250 | } | $1,100 ($2,200 if 65 or older **and** blind) |

**Married dependents.** Were you **either** age 65 or older **or** blind?

☐ **No.** You must file a return if **any** of the following apply.
- Your unearned income was over $700.
- Your earned income was over $3,675.
- Your gross income was at least $5 and your spouse files a separate return and itemizes deductions.
- Your gross income was more than the **larger** of—
  - $700 **or**
  - Your earned income (up to $3,425) plus $250.

☐ **Yes.** You must file a return if **any** of the following apply.
- Your unearned income was over $1,550 ($2,400 if 65 or older **and** blind).
- Your earned income was over $4,525 ($5,375 if 65 or older **and** blind).
- Your gross income was at least $5 and your spouse files a separate return and itemizes deductions.
- Your gross income was more than—

| The larger of: | Plus | This amount: |
|---|---|---|
| • $700 **or** <br> • Your earned income (up to $3,425) plus $250 | } | $850 ($1,700 if 65 or older **and** blind) |

## Chart C—Other Situations When You Must File

You must file a return if any of the four conditions below apply for 2000.

**1.** You owe any special taxes, such as:
- Social security and Medicare tax on tips you did not report to your employer,
- Uncollected social security and Medicare or RRTA tax on tips you reported to your employer or on group-term life insurance,
- Alternative minimum tax,
- Recapture taxes (see the instructions for line 40 that begin on page 32 and line 57 that begin on page 38), or
- Tax on an individual retirement arrangement (IRA), other retirement plan, or on a medical savings account (MSA). But if you are filing a return only because you owe this tax, you can file **Form 5329** by itself.

**2.** You received any advance earned income credit (EIC) payments from your employer. These payments are shown in box 9 of your W-2 form.

**3.** You had net earnings from self-employment of at least $400.

**4.** You earned wages of $108.28 or more from a church or qualified church-controlled organization that is exempt from employer social security and Medicare taxes.

# Where To Report Certain Items From 2000 Forms W-2, 1098, and 1099

Report on Form 1040, line 58, any amounts shown on these forms as **Federal income tax withheld.** If you itemize your deductions, report on Schedule A, line 5, any amounts shown on these forms as **state or local income tax withheld.**

| Form | Item and Box in Which it Should Appear | Where To Report if Filing Form 1040 |
|---|---|---|
| W-2 | Wages, salaries, tips, etc. (box 1) | Form 1040, line 7 |
| | Allocated tips (box 8) | See **Tip income** on page 21 |
| | Advance EIC payments (box 9) | Form 1040, line 55 |
| | Dependent care benefits (box 10) | Form 2441, line 10 |
| | Adoption benefits (box 13, code **T**) | Form 8839, line 18 |
| | Employer contributions to an MSA (box 13, code **R**) | Form 8853, line 1b |
| W-2G | Gambling winnings (box 1) | Form 1040, line 21 (Schedule C or C-EZ for professional gamblers) |
| 1098 | Mortgage interest (box 1) | Schedule A, line 10* |
| | Points (box 2) | |
| | Refund of overpaid interest (box 3) | Form 1040, line 21, but first see the instructions on Form 1098* |
| 1098-E | Student loan interest (box 1) | See the instructions for Form 1040, line 24, that begin on page 27* |
| 1099-A | Acquisition or abandonment of secured property | See Pub. 544 |
| 1099-B | Stocks, bonds, etc. (box 2) | Schedule D |
| | Bartering (box 3) | See Pub. 525 |
| | Aggregate profit or (loss) on futures contracts (box 9) | Form 6781 |
| 1099-C | Canceled debt (box 2) | Form 1040, line 21, but first see the instructions on Form 1099-C* |
| 1099-DIV | Ordinary dividends (box 1) | Form 1040, line 9 |
| | Total capital gain distributions (box 2a) | Form 1040, line 13, or, if required, Schedule D, line 13, column (f) |
| | 28% rate gain (box 2b) | Schedule D, line 13, column (g) |
| | Unrecaptured section 1250 gain (box 2c) | See the worksheet for Schedule D, line 25, on page D-8 |
| | Section 1202 gain (box 2d) | See the instructions for Schedule D |
| | Nontaxable distributions (box 3) | See the instructions for Form 1040, line 9, that begin on page 21 |
| | Investment expenses (box 5) | Schedule A, line 22 |
| | Foreign tax paid (box 6) | Form 1040, line 43, or Schedule A, line 8 |
| 1099-G | Unemployment compensation (box 1) | Form 1040, line 19. But if you repaid any unemployment compensation in 2000, see the instructions for line 19 on page 25 |
| | State or local income tax refund (box 2) | See the instructions for Form 1040, line 10, on page 22* |
| | Qualified state tuition program earnings (box 5) | Form 1040, line 21 |
| | Taxable grants (box 6) | Form 1040, line 21* |
| | Agriculture payments (box 7) | See the Schedule F instructions or Pub. 225 |

*If the item relates to an activity for which you are required to file Schedule C, C-EZ, E, or F or Form 4835, report the taxable or deductible amount allocable to the activity on that schedule or form instead.*

- 17 -

*(Continued on page 18)*

| Form | Item and Box in Which it Should Appear | Where To Report if Filing Form 1040 |
|------|----------------------------------------|-------------------------------------|
| 1099-INT | Interest income (box 1) | Form 1040, line 8a |
| | Early withdrawal penalty (box 2) | Form 1040, line 30 |
| | Interest on U.S. savings bonds and Treasury obligations (box 3) | See the instructions for Form 1040, line 8a, on page 21 |
| | Investment expenses (box 5) | Schedule A, line 22 |
| | Foreign tax paid (box 6) | Form 1040, line 43, or Schedule A, line 8 |
| 1099-LTC | Long-term care and accelerated death benefits | See Pub. 502 and the instructions for Form 8853 |
| 1099-MISC | Rents (box 1) | See the instructions for Schedule E |
| | Royalties (box 2) | Schedule E, line 4 (timber, coal, iron ore royalties, see Pub. 544) |
| | Other income (box 3) | Form 1040, line 21* |
| | Nonemployee compensation (box 7) | Schedule C, C-EZ, or F. But if you were not self-employed, see the instructions on Form 1099-MISC. |
| | Other (boxes 5, 6, 8, 9, and 10) | See the instructions on Form 1099-MISC |
| 1099-MSA | Distributions from medical savings accounts | Form 8853 |
| 1099-OID | Original issue discount (box 1) ⎫<br>Other periodic interest (box 2) ⎬ | See the instructions on Form 1099-OID |
| | Early withdrawal penalty (box 3) | Form 1040, line 30 |
| 1099-PATR | Patronage dividends and other distributions from a cooperative (boxes 1, 2, 3, and 5) | Schedule C, C-EZ, or F or Form 4835, but first see the instructions on Form 1099-PATR |
| | Credits (boxes 7 and 8) | Form 3468 or Form 5884 |
| | Patron's AMT adjustment (box 9) | Form 6251, line 14j |
| 1099-R | Distributions from IRAs** | See the instructions for Form 1040, lines 15a and 15b, on page 23 |
| | Distributions from pensions, annuities, etc. | See the instructions for Form 1040, lines 16a and 16b, that begin on page 23 |
| | Capital gain (box 3) | See the instructions on Form 1099-R |
| 1099-S | Gross proceeds from real estate transactions (box 2) | Form 4797, Form 6252, or Schedule D. But if the property was your home, see the instructions for Schedule D to find out if you must report the sale or exchange. |
| | Buyer's part of real estate tax (box 5) | See the instructions for Schedule A, line 6, on page A-2* |

*  If the item relates to an activity for which you are required to file Schedule C, C-EZ, E, or F or Form 4835, report the taxable or deductible amount allocable to the activity on that schedule or form instead.

** This includes distributions from Roth, SEP, SIMPLE, and education IRAs.

## Private Delivery Services

You can use certain private delivery services designated by the IRS to meet the "timely mailing as timely filing/paying" rule for tax returns and payments. The most recent list of designated private delivery services was published by the IRS in August 1999. The list includes only the following:

● Airborne Express (Airborne): Overnight Air Express Service, Next Afternoon Service, and Second Day Service.

● DHL Worldwide Express (DHL): DHL "Same Day" Service, and DHL USA Overnight.

● Federal Express (FedEx): FedEx Priority Overnight, FedEx Standard Overnight, and FedEx 2Day.

● United Parcel Service (UPS): UPS Next Day Air, UPS Next Day Air Saver, UPS 2nd Day Air, and UPS 2nd Day Air A.M.

The private delivery service can tell you how to get written proof of the mailing date.



Private delivery services cannot deliver items to P.O. boxes. You must use the U.S. Postal Service to mail any item to an IRS P.O. box address.

# Line Instructions for Form 1040

## Name and Address

### Use the Peel-Off Label

Using your peel-off name and address label in this booklet will speed the processing of your return. It also prevents common errors that can delay refunds or result in unnecessary notices. Put the label on your return **after** you have finished it. Cross out any errors and print the correct information. Add any missing items, such as your apartment number.

### Address Change

If the address on your peel-off label is not your current address, cross out your old address and print your new address. If you plan to move after filing your return, see page 53.

### Name Change

If you changed your name, be sure to report the change to your local Social Security Administration office **before** filing your return. This prevents delays in processing your return and issuing refunds. It also safeguards your future social security benefits. If you received a peel-off label, cross out your former name and print your new name.

### What If You Do Not Have a Label?

Print or type the information in the spaces provided. If you are married filing a separate return, enter your husband's or wife's name on line 3 instead of below your name.

 If you filed a joint return for 1999 and you are filing a joint return for 2000 with the same spouse, be sure to enter your names and SSNs in the same order as on your 1999 return.

### P.O. Box

Enter your box number instead of your street address **only** if your post office does not deliver mail to your home.

### Foreign Address

Enter the information in the following order: city, province or state, and country. Follow the country's practice for entering the postal code. Please **do not** abbreviate the country name.

### Death of a Taxpayer

See page 54.

## Social Security Number (SSN)

An incorrect or missing SSN may increase your tax or reduce your refund. **To apply for an SSN,** get **Form SS-5** from your local Social Security Administration (SSA) office or call the SSA at 1-800-772-1213. Fill in Form SS-5 and return it to the SSA. It usually takes about 2 weeks to get an SSN.

Check that your SSN is correct on your Forms W-2 and 1099. See page 53 for more details.

### IRS Individual Taxpayer Identification Numbers (ITINs) for Aliens

The IRS will issue you an ITIN if you are a nonresident or resident alien and you do not have and are not eligible to get an SSN. **To apply for an ITIN,** file **Form W-7** with the IRS. It usually takes about 30 days to get an ITIN. **Enter your ITIN wherever your SSN is requested on your tax return.**

**Note.** An ITIN is for tax use only. It does not entitle you to social security benefits or change your employment or immigration status under U.S. law.

### Nonresident Alien Spouse

If your spouse is a nonresident alien and you file a joint or separate return, your spouse must have either an SSN or an ITIN.

## Presidential Election Campaign Fund

This fund helps pay for Presidential election campaigns. The fund reduces candidates' dependence on large contributions from individuals and groups and places candidates on an equal financial footing in the general election. If you want $3 to go to this fund, check the "Yes" box. If you are filing a joint return, your spouse may also have $3 go to the fund. If you check "Yes," your tax or refund will not change.

## Filing Status

Check **only** the filing status that applies to you. The ones that will usually give you the lowest tax are listed last.

- Married filing separately.
- Single.
- **Head of household.** This status is for unmarried people who paid over half the cost of keeping up a home for a qualifying person, such as a child or parent. Certain married people who lived apart from their spouse for the last 6 months of 2000 may also be able to use this status.
- Married filing jointly or Qualifying widow(er) with dependent child. The **Qualifying widow(er)** status is for certain people whose spouse died in 1998 or 1999 and who had a child living with them whom they can claim as a dependent.

**Joint and Several Tax Liability.** If you file a joint return, both you and your spouse are generally responsible for the tax and any interest or penalties due on the return. This means that if one spouse does not pay the tax due, the other may have to. However, see **Innocent Spouse Relief** on page 53.

 More than one filing status may apply to you. Choose the one that will give you the lowest tax. If you are not sure about your filing status, use TeleTax topic 353 (see page 11) or see **Pub. 501.**

## Exemptions

You usually can deduct $2,800 on line 38 for each exemption you can take.

### Line 6b

#### Spouse

Check the box on line 6b if you file either **(1)** a joint return or **(2)** a separate return and your spouse had no income and is not filing a return. However, **do not** check the box if

*Need more information or forms? See page 7.*

Form 1040—Lines 6b and 6c

your spouse can be claimed as a dependent on another person's return.

# Line 6c

## Dependents

You can take an exemption for each of your dependents. The following is a brief description of the five tests that must be met for a person to qualify as your dependent. If you have **more than six** dependents, attach a statement to your return with the required information.

**Relationship Test.** The person must be either your relative or have lived in your home as a family member all year. If the person is not your relative, the relationship must not violate local law.

**Joint Return Test.** If the person is married, he or she cannot file a joint return. But the person can file a joint return if the return is filed only as a claim for refund **and** no tax liability would exist for either spouse if they had filed separate returns.

**Citizen or Resident Test.** The person must be a U.S. citizen or resident alien, or a resident of Canada or Mexico. There is an exception for certain adopted children. To find out who is a **resident alien**, use TeleTax topic 851 (see page 11) or see **Pub. 519**.

**Income Test.** The person's gross income must be less than $2,800. But your child's gross income can be $2,800 or more if he or she was either **under age 19** at the end of 2000 or **under age 24** at the end of 2000 **and** was a **student**.

**Support Test.** You must have provided over half of the person's total support in 2000. But there are two exceptions to this test: one for children of divorced or separated parents and one for persons supported by two or more taxpayers.

 For more details about the tests, including any exceptions that apply, see **Pub. 501.**

## Line 6c, Column (2)

You must enter each dependent's social security number (SSN). Be sure the name and SSN entered agree with the dependent's social security card. Otherwise, at the time we process your return, we may disallow the exemption claimed for the dependent and reduce or disallow any other tax benefits (such as the child tax credit and the earned income credit) based on that dependent. If

the name or SSN on the dependent's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

 For details on how your dependent can get an SSN, see page 19. If your dependent will not have a number by April 16, 2001, see **What if You Cannot File on Time?** on page 15.

If your dependent child was born and died in 2000 and you do not have an SSN for the child, you may attach a copy of the child's birth certificate instead and enter "Died" in column (2).

**Adoption Taxpayer Identification Numbers (ATINs).** If you have a dependent who was placed with you by an authorized placement agency and you do not know his or her SSN, you must get an ATIN for the dependent from the IRS. An authorized placement agency includes any person authorized by state law to place children for legal adoption. See **Form W-7A** for details.

## Line 6c, Column (4)

Check the box in this column if your dependent is a qualifying child for the child tax credit (defined below). If you have at least one qualifying child, you may be able to take the child tax credit on line 47.

**Qualifying Child for Child Tax Credit.** A qualifying child for purposes of the child tax credit is a child who:

- Is claimed as your dependent on line 6c, **and**
- Was **under age 17** at the end of 2000, **and**
- Is your son, daughter, adopted child, grandchild, stepchild, or foster child, **and**
- Is a U.S. citizen or resident alien.

**Note.** The above requirements are not the same as the requirements to be a qualifying child for the earned income credit.

A child placed with you by an authorized placement agency for legal adoption is an **adopted child** even if the adoption is not final. An authorized placement agency includes any person authorized by state law to place children for legal adoption.

A **grandchild** is any descendant of your son, daughter, or adopted child and includes your great-grandchild, great-great-grandchild, etc.

Beginning in 2000, a **foster child** is any child you cared for as your own child and who:

- Is **(1)** your brother, sister, stepbrother, or stepsister; **(2)** a descendant (such as a child, including an adopted child) of your brother, sister, stepbrother, or stepsister; **or (3)** a child placed with you by an authorized placement agency, **and**
- Lived with you for all of 2000. A child who was born or died in 2000 is considered to have lived with you for all of 2000 if your home was the child's home for the entire time he or she was alive during 2000.

## Children Who Did Not Live With You Due to Divorce or Separation

If you are claiming a child who did not live with you under the rules in **Pub. 501** for children of divorced or separated parents, attach **Form 8332** or similar statement to your return. But see **Exception** below. If your divorce decree or separation agreement went into effect after 1984 and it states you can claim the child as your dependent without regard to any condition, such as payment of support, you may attach a copy of the following pages from the decree or agreement instead.

**1.** Cover page (put the other parent's SSN on that page),

**2.** The page that states you can claim the child as your dependent, and

**3.** Signature page with the other parent's signature and date of agreement.

**Note.** You must attach the required information even if you filed it in an earlier year.

**Exception.** You do not have to attach Form 8332 or similar statement if your divorce decree or written separation agreement went into effect before 1985 and it states that you can claim the child as your dependent.

## Other Dependent Children

Include the total number of children who did not live with you for reasons other than divorce or separation on the line labeled "Dependents on 6c not entered above." Include dependent children who lived in Canada or Mexico during 2000.

# Income

## Foreign-Source Income

You must report unearned income, such as interest, dividends, and pensions, from sources outside the United States unless exempt by law or a tax treaty. You must

also report earned income, such as wages and tips, from sources outside the United States.

If you worked abroad, you may be able to exclude part or all of your earned income. For details, see **Pub. 54** and **Form 2555** or **2555-EZ.**

### Community Property States

Community property states are Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, and Wisconsin. If you and your spouse lived in a community property state, you must usually follow state law to determine what is community income and what is separate income. For details, see **Pub. 555.**

### Rounding Off to Whole Dollars

To round off cents to the nearest whole dollar on your forms and schedules, drop amounts under 50 cents and increase amounts from 50 to 99 cents to the next dollar. If you do round off, do so for all amounts. But if you have to add two or more amounts to figure the amount to enter on a line, include cents when adding and only round off the total.

# Line 7

## Wages, Salaries, Tips, etc.

Enter the total of your wages, salaries, tips, etc. If a joint return, also include your spouse's income. For most people, the amount to enter on this line should be shown in box 1 of their **Form(s) W-2.** But the following types of income must also be included in the total on line 7.

- Wages received as a **household employee** for which you did not receive a W-2 form because your employer paid you less than $1,200 in 2000. Also, enter "HSH" and the amount not reported on a W-2 form on the dotted line next to line 7.

- **Tip income** you did not report to your employer. Also include **allocated tips** shown on your W-2 form(s) unless you can prove that you received less. Allocated tips should be shown in box 8 of your W-2 form(s). They are not included as income in box 1. See **Pub. 531** for more details.

 You may owe social security and Medicare tax on unreported or allocated tips. See the instructions for line 53 on page 38.

- **Dependent care benefits,** which should be shown in box 10 of your W-2 form(s). But first complete **Form 2441** to

see if you may exclude part or all of the benefits.

- **Employer-provided adoption benefits,** which should be shown in box 13 of your W-2 form(s) with code **T.** But first complete **Form 8839** to see if you may exclude part or all of the benefits.

- **Scholarship and fellowship grants** not reported on a W-2 form. Also, enter "SCH" and the amount on the dotted line next to line 7. **Exception.** If you were a degree candidate, include on line 7 **only** the amounts you used for expenses other than tuition and course-related expenses. For example, amounts used for room, board, and travel must be reported on line 7.

- **Excess salary deferrals.** The amount deferred should be shown in box 13 of your W-2 form and the "Deferred compensation" box in box 15 should be checked. If the total amount you (or your spouse if filing jointly) deferred for 2000 under **all** plans was more than $10,500, include the excess on line 7. But a different limit may apply if amounts were deferred under a tax-sheltered annuity plan or an eligible plan of a state or local government or tax-exempt organization. See **Pub. 525** for details.

 You may **not** deduct the amount deferred. It is not included as income in box 1 of your W-2 form.

- **Disability pensions** shown on **Form 1099-R** if you have not reached the minimum retirement age set by your employer. Disability pensions received after you reach that age and other pensions shown on Form 1099-R (other than payments from an IRA*) are reported on lines 16a and 16b. Payments from an IRA are reported on lines 15a and 15b.

- **Corrective distributions** shown on **Form 1099-R** of (1) excess salary deferrals plus earnings and (2) excess contributions plus earnings to a retirement plan. But do not include distributions from an IRA* on line 7. Instead, report them on lines 15a and 15b.
*This includes a Roth, SEP, SIMPLE, or education IRA.

### Were You a Statutory Employee?

If you were, the "Statutory employee" box in box 15 of your W-2 form should be checked. Statutory employees include full-time life insurance salespeople, certain agent or commission drivers and traveling salespeople, and certain homeworkers. If you have related business expenses to deduct, report the amount shown in box 1 of your W-2 form on **Schedule C** or **C-EZ** along with your expenses.

### Missing or Incorrect Form W-2?

If you do not get a W-2 form from your employer by January 31, 2001, use TeleTax topic 154 (see page 11) to find out what to do. Even if you do not get a Form W-2, you must still report your earnings on line 7. If you lose your Form W-2 or it is incorrect, ask your employer for a new one.

# Line 8a

## Taxable Interest

Each payer should send you a **Form 1099-INT** or **Form 1099-OID.** Enter your total taxable interest income on line 8a. But you must fill in and attach **Schedule B** if the total is over $400 or any of the other conditions listed at the beginning of the Schedule B instructions (see page B-1) apply to you.

Interest credited in 2000 on deposits that you could not withdraw because of the bankruptcy or insolvency of the financial institution may not have to be included in your 2000 income. For details, see **Pub. 550.**

 If you get a 2000 Form 1099-INT for U.S. savings bond interest that includes amounts you reported before 2000, see Pub. 550.

# Line 8b

## Tax-Exempt Interest

If you received any tax-exempt interest, such as from municipal bonds, report it on line 8b. Include any exempt-interest dividends from a mutual fund or other regulated investment company. **Do not** include interest earned on your IRA.

# Line 9

## Ordinary Dividends

Each payer should send you a **Form 1099-DIV.** Enter your total ordinary dividends on line 9. But you must fill in and attach **Schedule B** if the total is over $400 or you received, as a nominee, ordinary dividends that actually belong to someone else.

### Capital Gain Distributions

If you received any capital gain distributions, see the instructions for line 13 on page 23.

*(Continued on page 22)*

## Nontaxable Distributions

Some distributions are nontaxable because they are a return of your cost. They will not be taxed until you recover your cost. You must reduce your cost (or other basis) by these distributions. After you get back all of your cost (or other basis), you must report these distributions as capital gains on **Schedule D**. For details, see **Pub. 550**.

 Dividends on insurance policies are a partial return of the premiums you paid. **Do not** report them as dividends. Include them in income only if they exceed the total of all net premiums you paid for the contract.

# Line 10

## Taxable Refunds, Credits, or Offsets of State and Local Income Taxes

 None of your refund is taxable if, in the year you paid the tax, you **did not** itemize deductions.

If you received a refund, credit, or offset of state or local income taxes in 2000, you may receive a **Form 1099-G**. If you chose to apply part or all of the refund to your 2000 estimated state or local income tax, the amount applied is treated as received in 2000. If the refund was for a tax you paid in 1999 and you itemized deductions for 1999, use the worksheet below to see if any of your refund is taxable.

**Exceptions.** See **Recoveries** in **Pub. 525** instead of using the worksheet below if **any** of the following apply.

● You received a refund in 2000 that is for a tax year other than 1999.

● You received a refund other than an income tax refund, such as a real property tax refund, in 2000 of an amount deducted or credit claimed in an earlier year.

● Your 1999 taxable income was less than zero.

● You made your last payment of 1999 estimated state or local income tax in 2000.

● You owed alternative minimum tax in 1999.

● You could not deduct the full amount of credits you were entitled to in 1999 because the total credits exceeded the tax shown on your 1999 Form 1040, line 40.

● You could be claimed as a dependent by someone else in 1999.

Also, see **Tax Benefit Rule** in Pub. 525 instead of using the worksheet below if **all three** of the following apply.

**1.** You had to use the Itemized Deductions Worksheet in the 1999 Schedule A instructions because your 1999 adjusted gross income was over: $126,600 if single, married filing jointly, head of household, or qualifying widow(er); $63,300 if married filing separately.

**2.** You could not deduct all of the amount on line 1 of the 1999 Itemized Deductions Worksheet.

**3.** The amount on line 8 of that 1999 worksheet would be more than the amount on line 4 of that worksheet if the amount on line 4 were reduced by 80% of the refund you received in 2000.

# Line 11

## Alimony Received

Enter amounts received as alimony or separate maintenance. You must let the person who made the payments know your social security number. If you do not, you may have to pay a $50 penalty. For more details, use TeleTax topic 406 (see page 11) or see **Pub. 504**.

---

### State and Local Income Tax Refund Worksheet—Line 10          *Keep for Your Records*

1. Enter the income tax refund from **Form(s) 1099-G** (or similar statement). But **do not** enter more than the amount on your 1999 Schedule A (Form 1040), line 5 . . . . . . . . . . . . . . . . **1.** _____

2. Enter your total allowable itemized deductions from your 1999 Schedule A (Form 1040), line 28 . . . . . . . . . . . . . . . . **2.** _____

   **Note.** If the filing status on your 1999 Form 1040 was married filing separately and your spouse itemized deductions in 1999, skip lines 3, 4, and 5, and enter the amount from line 2 on line 6.

3. Enter the amount shown below for the filing status claimed on your **1999** Form 1040.
   ● Single—$4,300
   ● Married filing jointly or
     qualifying widow(er)—$7,200    } . . . **3.** _____
   ● Married filing separately—$3,600
   ● Head of household—$6,350

4. Did you fill in line 35a on your 1999 Form 1040?
   ☐ **No.** Enter -0-.
   ☐ **Yes.** Multiply the number on line 35a of your 1999
     Form 1040 by: $850 if your 1999 filing status    } **4.** _____
     was married filing jointly or separately or
     qualifying widow(er); $1,050 if your 1999
     filing status was single or head of household

5. Add lines 3 and 4 . . . . . . . . . . . **5.** _____

6. Subtract line 5 from line 2. If zero or less, enter -0- . . . . . . . . . **6.** _____

7. **Taxable part of your refund.** Enter the **smaller** of line 1 or line 6 here and on Form 1040, line 10 . . . . . . . . . . . . . . . . . . . . **7.** _____

---

*Need more information or forms? See page 7.*

# Line 12

## Business Income or (Loss)

If you operated a business or practiced your profession as a sole proprietor, report your income and expenses on **Schedule C** or **C-EZ.**

# Line 13

## Capital Gain or (Loss)

If you had a capital gain or loss, including any **capital gain distributions** from a mutual fund, you **must** complete and attach **Schedule D.**

**Exception.** You do not have to file Schedule D if **all three** of the following apply.

**1.** The only amounts you have to report on Schedule D are capital gain distributions from box 2a of **Forms 1099-DIV** or substitute statements.

**2.** None of the Forms 1099-DIV or substitute statements have an amount in box 2b (28% rate gain), box 2c (unrecaptured section 1250 gain), or box 2d (section 1202 gain).

**3.** You are not filing **Form 4952** (relating to investment interest expense deduction) or the amount on line 4e of that form is not more than zero.

If all three of the above apply, enter your capital gain distributions on line 13 and check the box on that line. Also, be sure you use the **Capital Gain Tax Worksheet** on page 33 to figure your tax.

# Line 14

## Other Gains or (Losses)

If you sold or exchanged assets used in a trade or business, see the Instructions for **Form 4797.**

# Lines 15a and 15b

## IRA Distributions

**Note.** If you converted part or all of an IRA to a Roth IRA in 1998 and you chose to report the taxable amount over 4 years, see **1998 Roth IRA Conversions** on this page.

You should receive a **Form 1099-R** showing the amount of the distribution from your individual retirement arrangement (IRA). Unless otherwise noted in the line 15a and 15b instructions, an IRA includes a traditional IRA, Roth IRA, education (Ed) IRA, simplified employee pension (SEP) IRA, and a savings incentive match plan for employees (SIMPLE) IRA. Leave line 15a blank and enter the total distribution on line 15b.

**Exception. Do not** enter your total IRA distribution on line 15b if **any** of the following apply.

**1.** You made nondeductible contributions to any of your traditional or SEP IRAs for 2000 or an earlier year. Instead, use **Form 8606** to figure the amount to enter on line 15b; enter the total distribution on line 15a. If you made nondeductible contributions to these IRAs for 2000, also see **Pub. 590.**

**2.** You converted part or all of a traditional, SEP, or SIMPLE IRA to a Roth IRA in 2000. Instead, use Form 8606 to figure the amount to enter on line 15b; enter the total distribution on line 15a.

**3.** You made an excess contribution in 2000 to your IRA and withdrew it during the period of January 1, 2001, through April 16, 2001. Enter the total distribution on line 15a and the taxable part (the earnings) on line 15b.

**4.** You received a distribution from an Ed or Roth IRA and the total distribution was not rolled over into another IRA of the same type. Instead, use Form 8606 to figure the amount to enter on line 15b; enter the total distribution on line 15a.

**5.** You rolled your IRA distribution over into another IRA of the same type (for example, from one traditional IRA to another traditional IRA). Enter the total distribution on line 15a and put "Rollover" next to line 15b. If the total on line 15a was rolled over, enter zero on line 15b. If the total was not rolled over, enter the part not rolled over on line 15b. But if item **1** above also applies, use Form 8606 to figure the taxable part.

If you rolled over the distribution **(a)** in 2001 or **(b)** from a conduit IRA into a qualified plan, attach a statement explaining what you did.

 You may have to pay an additional tax if **(1)** you received an early distribution from your IRA and the total distribution was not rolled over or **(2)** you were born before July 1, 1929, and received less than the minimum required distribution. See the instructions for line 54 on page 38 for details.

**1998 Roth IRA Conversions.** If you converted an IRA to a Roth IRA in 1998 and you chose to report the taxable amount over 4 years, leave line 15a blank and enter on line 15b the amount from your **1998 Form 8606,** line 17. **But** you may have to enter a different amount on line 15b if **any** of the following apply.

● You received a distribution from a Roth IRA in 2000. Use Form 8606 to figure the amount to enter on line 15b.

● You received a distribution from a Roth IRA in 1998 or 1999. See **Pub. 590** to figure the amount to enter on line 15b.

● The owner of the Roth IRA died in 2000. See Pub. 590 to figure the amount to enter on line 15b.

**Note.** If you received a distribution from another type of IRA, figure the taxable amount of the distribution and enter the total of the taxable amounts on line 15b.

# Lines 16a and 16b

## Pensions and Annuities

You should receive a **Form 1099-R** showing the amount of your pension and annuity payments. See page 25 for details on rollovers and lump-sum distributions. **Do not** include the following payments on lines 16a and 16b. Instead, report them on line 7.

● Disability pensions received before you reach the minimum retirement age set by your employer.

● Corrective distributions of excess salary deferrals or excess contributions to retirement plans.

 Attach Form(s) 1099-R to Form 1040 if any Federal income tax was withheld.

## Fully Taxable Pensions and Annuities

If your pension or annuity is fully taxable, enter it on line 16b; **do not** make an entry on line 16a. Your payments are fully taxable if **either** of the following applies.

● You did not contribute to the cost (see page 25) of your pension or annuity **or**

● You got your entire cost back tax free before 2000.

Fully taxable pensions and annuities also include military retirement pay shown on Form 1099-R. For details on military disability pensions, see **Pub. 525.** If you received a **Form RRB-1099-R,** see **Pub. 575** to find out how to report your benefits.

## Partially Taxable Pensions and Annuities

If your pension or annuity is partially taxable and your Form 1099-R does not show

Form 1040—Lines 16a and 16b

the taxable part, you must use the General Rule to figure the taxable part. The General Rule is explained in **Pub. 939.** However, if your annuity starting date (defined on this page) was **after** July 1, 1986, you may be able to use the Simplified Method explained on this page. But if your annuity starting date was **after** November 18, 1996, and items **1, 2,** and **3** under **Simplified Method** apply, you **must** use the Simplified Method to figure the taxable part.

You can ask the IRS to figure the taxable part for you for an $85 fee. For details, see Pub. 939.

If your Form 1099-R shows a taxable amount, you may report that amount on line 16b. But you may be able to report a lower taxable amount by using the General Rule or the Simplified Method.

Once you have figured the taxable part of your pension or annuity, enter that amount on line 16b and the total on line 16a.

### Annuity Starting Date

Your annuity starting date is the later of the first day of the first period for which you received a payment, or the date the plan's obligations became fixed.

### Simplified Method

If your annuity starting date (defined above) was **after** July 1, 1986, and **all three** of the following apply, you can use this simpler method. But if your annuity starting date was **after** November 18, 1996, and **all three** of the following apply, you **must** use the Simplified Method.

**1.** The payments are for **(a)** your life or **(b)** your life and that of your beneficiary.

**2.** The payments are from a qualified employee plan, a qualified employee annuity, or a tax-sheltered annuity.

**3.** At the time the pension or annuity payments began, either you were under age 75 or the number of years of guaranteed payments were fewer than 5. See Pub. 575 for the definition of guaranteed payments.

If all three apply, use the worksheet below to figure the taxable part of your pension or

---

### Simplified Method Worksheet—Lines 16a and 16b                              *Keep for Your Records*

**Note.** If you had more than one partially taxable pension or annuity, figure the taxable part of each separately. Enter the total of the taxable parts on Form 1040, line 16b. Enter the total pension or annuity payments received in 2000 on Form 1040, line 16a.

**1.** Enter the total pension or annuity payments received this year. Also, enter this amount on Form 1040, line 16a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1.** _____

**2.** Enter your cost in the plan at the annuity starting date plus any death benefit exclusion (see page 25) . . . . . . . . . . . . . . . . . **2.** _____

**3.** Enter the appropriate number from **Table 1** below. **But** if your annuity starting date was **after** 1997 **and** the payments are for your life and that of your beneficiary, enter the appropriate number from **Table 2** below . . . . . . . . . **3.** _____

**4.** Divide line 2 by the number on line 3 . . . . . . . . . . **4.** _____

**5.** Multiply line 4 by the number of months for which this year's payments were made. If your annuity starting date was **before** 1987, skip lines 6 and 7 and enter this amount on line 8. Otherwise, go to line 6 . . . . . . . . . . . **5.** _____

**6.** Enter the amount, if any, recovered tax free in years after 1986 . . . . . . **6.** _____

**7.** Subtract line 6 from line 2 . . . . . . . . . . . . . . **7.** _____

**8.** Enter the **smaller** of line 5 or line 7 . . . . . . . . . . . . . . . **8.** _____

**9.** **Taxable amount.** Subtract line 8 from line 1. Enter the result, but not less than zero. Also, enter this amount on Form 1040, line 16b. If your Form 1099-R shows a larger amount, use the amount on this line instead of the amount from Form 1099-R . . . . . . . . . . . . . . . . . **9.** _____

#### Table 1 for Line 3 Above

| IF the age at annuity starting date (see page 25) was . . . | **AND your annuity starting date was—** | |
| --- | --- | --- |
| | **before** November 19, 1996, enter on line 3 . . . | **after** November 18, 1996, enter on line 3 . . . |
| 55 or under | 300 | 360 |
| 56–60 | 260 | 310 |
| 61–65 | 240 | 260 |
| 66–70 | 170 | 210 |
| 71 or older | 120 | 160 |

#### Table 2 for Line 3 Above

| IF the combined ages at annuity starting date (see page 25) were . . . | **THEN** enter on line 3 . . . |
| --- | --- |
| 110 or under | 410 |
| 111–120 | 360 |
| 121–130 | 310 |
| 131–140 | 260 |
| 141 or older | 210 |

---

*Need more information or forms? See page 7.*                    - 24 -

annuity. For more details on the Simplified Method, see Pub. 575 or **Pub. 721** for U.S. Civil Service retirement.

 If you received U.S. Civil Service retirement benefits and you chose the lump-sum credit option, use the worksheet in Pub. 721. **Do not** use the worksheet on page 24.

### Age (or Combined Ages) at Annuity Starting Date

If you are the retiree, use your age on the annuity starting date. If you are the survivor of a retiree, use the retiree's age on his or her annuity starting date. **But** if your annuity starting date was after 1997 and the payments are for your life and that of your beneficiary, use your combined ages on the annuity starting date.

If you are the beneficiary of an employee who died, see Pub. 575. If there is more than one beneficiary, see Pub. 575 or Pub. 721 to figure each beneficiary's taxable amount.

### Changing Methods

If your annuity starting date was **after** July 1, 1986, and **before** November 19, 1996, you may be able to change from the General Rule to the Simplified Method (or the other way around). For details, see Pub. 575 or Pub. 721.

### Cost

Your cost is generally your net investment in the plan as of the annuity starting date. It should be shown in box 9b of Form 1099-R for the first year you received payments from the plan.

**Death Benefit Exclusion.** If you are the beneficiary of a deceased employee or former employee who died **before** August 21, 1996, amounts paid to you by, or on behalf of, an employer because of the death of the employee may qualify for a death benefit exclusion of up to $5,000. If you are entitled to this exclusion, add it to the amount you enter on line 2 of the worksheet on page 24. Do this even if the Form 1099-R shows a taxable amount. The payer of the annuity cannot add the death benefit exclusion to your cost when figuring the taxable amount. Special rules apply if you are the survivor under a joint and survivor's annuity. For details, see Pub. 939.

### Rollovers

A rollover is a tax-free distribution of cash or other assets from one retirement plan that is contributed to another plan. Use lines 16a and 16b to report a rollover, including a direct rollover, from one qualified employer's plan to another or to an IRA or SEP.

Enter on line 16a the total distribution before income tax or other deductions were withheld. This amount should be shown in box 1 of **Form 1099-R.** From the total on line 16a, subtract any contributions (usually shown in box 5) that were taxable to you when made. From that result, subtract the amount that was rolled over either directly or within 60 days of receiving the distribution. Enter the remaining amount, even if zero, on line 16b. Also, put "Rollover" next to line 16b.

Special rules apply to partial rollovers of property. For more details on rollovers, including distributions under qualified domestic relations orders, see Pub. 575.

### Lump-Sum Distributions

If you received a lump-sum distribution from a profit-sharing or retirement plan, your Form 1099-R should have the "Total distribution" box in box 2b checked. You may owe an additional tax if you received an early distribution from a qualified retirement plan and the total amount was not rolled over. For details, see the instructions for line 54 on page 38.

Enter the total distribution on line 16a and the taxable part on line 16b.

 You may be able to pay less tax on the distribution if you were born before 1936, you meet certain other conditions, and you choose to use **Form 4972** to figure the tax on any part of the distribution. You may also be able to use Form 4972 if you are the beneficiary of a deceased employee who was born before 1936. For details, see Form 4972.

# Line 19

## Unemployment Compensation

You should receive a **Form 1099-G** showing the total unemployment compensation paid to you in 2000.

If you received an overpayment of unemployment compensation in 2000 and you repaid any of it in 2000, subtract the amount you repaid from the total amount you received. Enter the result on line 19. Also, enter "Repaid" and the amount you repaid on the dotted line next to line 19. If, in 2000, you repaid unemployment compensation that you included in gross income in an earlier year, you may deduct the amount repaid on **Schedule A,** line 22. But if you

repaid more than $3,000, see **Repayments** in **Pub. 525** for details on how to report the repayment.

# Lines 20a and 20b

## Social Security Benefits

You should receive a **Form SSA-1099** showing in box 3 the total social security benefits paid to you. Box 4 will show the amount of any benefits you repaid in 2000. If you received railroad retirement benefits treated as social security, you should receive a **Form RRB-1099.**

Use the worksheet on page 26 to see if any of your benefits are taxable.

**Exceptions. Do not** use the worksheet on page 26 if **any** of the following apply.

● You made contributions to a traditional IRA for 2000 and you were covered by a retirement plan at work or through self-employment. Instead, use the worksheets in **Pub. 590** to see if any of your social security benefits are taxable and to figure your IRA deduction.

● You repaid any benefits in 2000 and your total repayments (box 4) were more than your total benefits for 2000 (box 3). **None** of your benefits are taxable for 2000. In addition, you may be able to take an itemized deduction for part of the excess repayments if they were for benefits you included in gross income in an earlier year. For more details, see **Pub. 915.**

● You file **Form 2555, 2555-EZ, 4563,** or **8815,** or you exclude employer-provided adoption benefits or income from sources within Puerto Rico. Instead, use the worksheet in Pub. 915.

# Line 21

## Other Income

 **Do not** report on this line any income from **self-employment** or fees received as a notary public. Instead, you **must** use **Schedule C, C-EZ,** or **F,** even if you do not have any business expenses. Also, **do not** report on line 21 any nonemployee compensation shown on **Form 1099-MISC.** Instead, see the chart on page 18 to find out where to report that income.

Use line 21 to report any other income not reported on your return or other schedules. See examples that begin on page 26. List the type and amount of income. If necessary,

- 25 -

*Need more information or forms? See page 7.*

show the required information on an attached statement. For more details, see **Miscellaneous Taxable Income** in Pub. 525.

 **Do not** report any nontaxable income on line 21, such as child support; money or property that was inherited, willed to you, or received as a gift; or life insurance proceeds received because of a person's death.

Examples of **income to report** on line 21 are:

● Prizes and awards.

● Gambling winnings, including lotteries, raffles, a lump-sum payment from the sale of a right to receive future lottery payments, etc. For details on gambling losses, see the instructions for **Schedule A,** line 27, on page A-6.

● Jury duty fees. Also, see the instructions for line 32 on page 30.

● Alaska Permanent Fund dividends.

● Qualified state tuition program earnings.

● Reimbursements or other amounts received for items deducted in an earlier year, such as medical expenses, real estate taxes, or home mortgage interest. See **Recoveries**

## Social Security Benefits Worksheet—Lines 20a and 20b

*Keep for Your Records*

*Before you begin:*

√  Complete Form 1040, lines 21, 23, and 25 through 31a, if they apply to you.

√  Figure any amount to be entered on the dotted line next to line 32 (see page 30).

√  If you are married filing separately and you **lived apart** from your spouse for all of 2000, enter "D" to the right of the word "benefits" on line 20a.

√  Be sure you have read the **Exceptions** on page 25 to see if you must use a publication instead of this worksheet to find out if any of your benefits are taxable.

---

**1.** Enter the total amount from **box 5** of **all** your **Forms SSA-1099** and **RRB-1099**    **1.** _____

**2.** Is the amount on line 1 more than zero?

☐ **No.**  (STOP)  None of your social security benefits are taxable.

☐ **Yes.**  Enter one-half of line 1 . . . . . . . . . . . . . . . . . . .    **2.** _____

**3.** Add the amounts on Form 1040, lines 7, 8a, 9 through 14, 15b, 16b, 17 through 19, and 21. Do not include amounts from box 5 of Forms SSA-1099 or RRB-1099 . . . . . . . .    **3.** _____

**4.** Enter the amount, if any, from Form 1040, line 8b . . . . . . . . . .    **4.** _____

**5.** Add lines 2, 3, and 4 . . . . . . . . . . . . . . . . . . . . . .    **5.** _____

**6.** Add the amounts on Form 1040, lines 23, and 25 through 31a, and any amount you entered on the dotted line next to line 32 . . . . . . . . . . . . . . . . . .    **6.** _____

**7.** Subtract line 6 from line 5 . . . . . . . . . . . . . . . . . . .    **7.** _____

**8.** Enter: $25,000 if single, head of household, qualifying widow(er), or married filing separately and you **lived apart** from your spouse for all of 2000; $32,000 if married filing jointly; -0- if married filing separately and you lived with your spouse at any time in 2000 . . . . . . . . . .    **8.** _____

**9.** Is the amount on line 8 less than the amount on line 7?

☐ **No.**  (STOP)  None of your social security benefits are taxable. You do not have to enter any amounts on lines 20a or 20b of Form 1040. **But** if you are married filing separately and you **lived apart** from your spouse for all of 2000, enter -0- on line 20b. Be sure you entered "D" to the right of the word "benefits" on line 20a.

☐ **Yes.**  Subtract line 8 from line 7 . . . . . . . . . . . . . . . . .    **9.** _____

**10.** Enter: $9,000 if single, head of household, qualifying widow(er), or married filing separately and you **lived apart** from your spouse for all of 2000; $12,000 if married filing jointly; -0- if married filing separately and you lived with your spouse at any time in 2000 . . . . . . . . . .    **10.** _____

**11.** Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . . .    **11.** _____

**12.** Enter the **smaller** of line 9 or line 10 . . . . . . . . . . . . . .    **12.** _____

**13.** Enter one-half of line 12 . . . . . . . . . . . . . . . . . . .    **13.** _____

**14.** Enter the **smaller** of line 2 or line 13 . . . . . . . . . . . . . .    **14.** _____

**15.** Multiply line 11 by 85% (.85). If line 11 is zero, enter -0- . . . . . . . .    **15.** _____

**16.** Add lines 14 and 15 . . . . . . . . . . . . . . . . . . . . .    **16.** _____

**17.** Multiply line 1 by 85% (.85). . . . . . . . . . . . . . . . . . .    **17.** _____

**18.** **Taxable social security benefits.** Enter the **smaller** of line 16 or line 17 . . . . . . . . . .    **18.** _____
● Enter the amount from line 1 above on Form 1040, line 20a.
● Enter the amount from line 18 above on Form 1040, line 20b.

---

**TIP**  If part of your benefits are taxable for 2000 **and** they include benefits paid in 2000 that were for an earlier year, you may be able to reduce the taxable amount. See Pub. 915 for details.

in Pub. 525 for details on how to figure the amount to report.

● Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property. Also, see the instructions for line 32 on page 30.

● Income from an activity not engaged in for profit. See **Pub. 535.**

● Loss on certain corrective distributions of excess deferrals. See **Pub. 525.**

# Adjusted Gross Income

## Line 23

### IRA Deduction

 If you made any nondeductible contributions to a traditional individual retirement arrangement (IRA) for 2000, you **must** report them on **Form 8606.**

If you made contributions to a traditional IRA for 2000, you may be able to take an IRA deduction. But you, or your spouse if filing a joint return, must have had earned income to do so. For IRA purposes, earned income includes certain alimony received. See **Pub. 590** for details. You should receive a statement by May 31, 2001, that shows all contributions to your traditional IRA for 2000.

Use the worksheet on page 28 to figure the amount, if any, of your IRA deduction. **But read the following list before you fill in the worksheet.**

● If you were age 70½ or older at the end of 2000, you **cannot** deduct any contributions made to your traditional IRA for 2000 or treat them as nondeductible contributions.

● You **cannot** deduct contributions to a Roth IRA or an education IRA.

 If you made contributions to both a traditional IRA and a Roth IRA for 2000, **do not** use the worksheet on page 28. Instead, use the worksheet in **Pub. 590** to figure the amount, if any, of your IRA deduction.

● You **cannot** deduct contributions to a 401(k) plan, SIMPLE plan, or the Federal Thrift Savings Plan. These amounts are not included as income in box 1 of your W-2 form.

● If you made contributions to your IRA in 2000 that you deducted for 1999, **do not** include them in the worksheet.

● If you received a distribution from a nonqualified deferred compensation plan or section 457 plan that is included in box 1 of your W-2 form, do not include that distribution on line 8 of the worksheet. The distribution should be shown in box 11 of your W-2 form.

● You must file a joint return to deduct contributions to your spouse's IRA. Enter the total IRA deduction for you and your spouse on line 23.

● Do not include rollover contributions in figuring your deduction. Instead, see the instructions for lines 15a and 15b on page 23.

● Do not include trustee's fees that were billed separately and paid by you for your IRA. These fees can be deducted only as an itemized deduction on **Schedule A.**

● If the total of your IRA deduction on Form 1040 plus any nondeductible contribution to your traditional IRAs shown on Form 8606 is less than your total traditional IRA contributions for 2000, see Pub. 590 for special rules.

 By April 1 of the year after the year in which you turn age 70½, you must start taking minimum required distributions from your traditional IRA. If you do not, you may have to pay a 50% additional tax on the amount that should have been distributed. For details, including how to figure the minimum required distribution, see Pub. 590.

### Were You Covered by a Retirement Plan?

If you were covered by a retirement plan (qualified pension, profit-sharing (including 401(k)), annuity, SEP, SIMPLE, etc.) at work or through self-employment, your IRA deduction may be reduced or eliminated. But you can still make contributions to an IRA even if you cannot deduct them. In any case, the income earned on your IRA contributions is not taxed until it is paid to you.

The "Pension plan" box in box 15 of your W-2 form should be checked if you were covered by a plan at work even if you were not vested in the plan. You are also covered by a plan if you were self-employed and had a SEP, SIMPLE, or qualified retirement plan.

If you were covered by a retirement plan and you file **Form 2555, 2555-EZ,** or **8815,** or you exclude employer-provided adoption benefits, see Pub. 590 to figure the amount, if any, of your IRA deduction.

**Married Persons Filing Separately.** If you were not covered by a retirement plan but your spouse was, **you** are considered covered by a plan unless you **lived apart** from your spouse for all of 2000.

## Line 24

### Student Loan Interest Deduction

Use the worksheet on page 29 to figure your student loan interest deduction if **all five** of the following apply.

**1.** You paid interest in 2000 on a qualified student loan (see below).

**2.** At least part of the interest paid in 2000 was paid during the first 60 months that interest payments were required to be made. See **Example** below.

**3.** Your filing status is any status **except** married filing separately.

**4.** Your modified adjusted gross income (AGI) is less than: $55,000 if single, head of household, or qualifying widow(er); $75,000 if married filing jointly. Most people can use lines 3 through 5 of the worksheet on page 29 to figure their modified AGI.

**5.** You are not claimed as a dependent on someone's (such as your parent's) 2000 tax return.

**Example.** You took out a qualified student loan in 1993 while in college. You had 6 years to repay the loan and your first monthly payment was due July 1995, after you graduated. You made a payment every month as required. If you meet items **3** through **5** listed above, you may use only the interest you paid for January through June 2000 to figure your deduction. June is the end of the 60-month period (July 1995–June 2000).

**Qualified Student Loan.** This is any loan you took out to pay the qualified higher education expenses for yourself, your spouse, or anyone who was your dependent when the loan was taken out. The person for whom the expenses were paid must have been an eligible student (see page 28). However, a loan is not a qualified student loan if **(1)** any of the proceeds were used for other purposes or **(2)** the loan was from either a related person or a person who borrowed the proceeds under a qualified employer plan or a contract purchased under such a plan. To find out who is a related person, see **Pub. 970.**

**Qualified higher education expenses** generally include tuition, fees, room and board, and related expenses such as books

Form 1040—Lines 23 and 24

and supplies. The expenses must be for education in a degree, certificate, or similar program at an eligible educational institution. An eligible educational institution includes most colleges, universities, and certain vocational schools. You must reduce the expenses by the following nontaxable benefits.

● Employer-provided educational assistance benefits that are not included in box 1 of your W-2 form(s).

● Excludable U.S. series EE and I savings bond interest from **Form 8815.**

● Qualified distributions from an education IRA.

● Any scholarship, educational assistance allowance, or other payment (but **not** gifts, inheritances, etc.) excluded from income.

For more details on these expenses, see Pub. 970.

An **eligible student** is a person who:

● Was enrolled in a degree, certificate, or other program (including a program of study abroad that was approved for credit by the institution at which the student was enrolled) leading to a recognized educational credential at an eligible educational institution **and**

## IRA Deduction Worksheet—Line 23                                                          *Keep for Your Records*

| **Before you begin:** | ✓ Complete Form 1040, lines 25 through 31a, if they apply to you. |
| | ✓ Figure any amount to be entered on the dotted line next to line 32 (see page 30). |
| | ✓ Be sure you have read the list on page 27. |

|  |  | **Your IRA** | **Spouse's IRA** |
|---|---|---|---|
| **1a.** | Were you covered by a retirement plan (see page 27)? . . . . . . . . . | **1a.** ☐Yes ☐No | |
| **1b.** | If married filing jointly, was your spouse covered by a retirement plan? . . . . . . . . . . | | **1b.** ☐Yes ☐No |
| | **Next.** If you checked "No" on line 1a, and, if married filing jointly, "No" on line 1b, skip lines 2–6, enter $2,000 on line 7a (and 7b if applicable), and go to line 8. Otherwise, go to line 2. | | |
| **2.** | Enter the amount shown below that applies to you. | | |
| | ● Single, head of household, or married filing separately and you **lived apart** from your spouse for all of 2000, enter $42,000 | | |
| | ● Qualifying widow(er), enter $62,000 | | |
| | ● Married filing jointly, enter $62,000 in both columns. But if you checked "No" on either line 1a or 1b, enter $160,000 for the person who was not covered by a plan | **2a.** _____ | **2b.** _____ |
| | ● Married filing separately and you lived with your spouse at any time in 2000, enter $10,000 | | |
| **3.** | Enter the amount from Form 1040, line 22 . . . . . . . **3.** _____ | | |
| **4.** | Add amounts on Form 1040, lines 25 through 31a, and any amount you entered on the dotted line next to line 32 . . . **4.** _____ | | |
| **5.** | Subtract line 4 from line 3. Enter the result in both columns . . . . . . | **5a.** _____ | **5b.** _____ |
| **6.** | Is the amount on line 5 less than the amount on line 2? | | |
| | ☐ **No.** 🛑 None of your IRA contributions are deductible. For details on nondeductible IRA contributions, see Form 8606. | | |
| | ☐ **Yes.** Subtract line 5 from line 2 in each column. **If the result is $10,000 or more, enter $2,000 on line 7 for that column** . . . . . . . . | **6a.** _____ | **6b.** _____ |
| **7.** | Multiply lines 6a and 6b by 20% (.20). If the result is not a multiple of $10, increase it to the next multiple of $10 (for example, increase $490.30 to $500). If the result is $200 or more, enter the result. But if it is less than $200, enter $200 . . . | **7a.** _____ | **7b.** _____ |
| **8.** | Enter your wages, and your spouse's if filing jointly, and other earned income from Form 1040, minus any deductions on Form 1040, lines 27 and 29. Do not reduce wages by any loss from self-employment . . . . . . . . . . . **8.** _____ | | |
| | ⚠️ **CAUTION** If married filing jointly and line 8 is less than $4,000, **stop here** and see **Pub. 590** to figure your IRA deduction. | | |
| **9.** | Enter traditional IRA contributions made, or that will be made by April 16, 2001, for 2000 to your IRA on line 9a and to your spouse's IRA on line 9b . . . . | **9a.** _____ | **9b.** _____ |
| **10.** | On line 10a, enter the **smallest** of line 7a, 8, or 9a. On line 10b, enter the **smallest** of line 7b, 8, or 9b. This is the most you can deduct. Add the amounts on lines 10a and 10b and enter the total on Form 1040, line 23. Or, if you want, you may deduct a smaller amount and treat the rest as a nondeductible contribution (see Form 8606) | **10a.** _____ | **10b.** _____ |

*Need more information or forms? See page 7.*

- Carried at least half the normal full-time workload for the course of study he or she was pursuing.

# Line 25

## Medical Savings Account Deduction

If you made contributions to a medical savings account for 2000, you may be able to take this deduction. See **Form 8853.**

# Line 26

## Moving Expenses

If you moved in connection with your job or business or started a new job, you may be able to take this deduction. But your new workplace must be at least 50 miles farther from your old home than your old home was from your old workplace. If you had no former workplace, your new workplace must be at least 50 miles from your old home. Use TeleTax topic 455 (see page 11) or see **Form 3903.**

# Line 27

## One-Half of Self-Employment Tax

If you were self-employed and owe self-employment tax, fill in **Schedule SE** to figure the amount of your deduction.

# Line 28

## Self-Employed Health Insurance Deduction

You may be able to deduct part of the amount paid for health insurance for yourself, your spouse, and dependents if **either** of the following applies.

- You were self-employed and had a net profit for the year.
- You received wages in 2000 from an S corporation in which you were a more-than-2% shareholder. Health insurance benefits paid for you may be shown in box 14 of your W-2 form.

The insurance plan must be established under your business. But if you were also eligible to participate in any subsidized health plan maintained by your or your spouse's employer for any month or part of a month in 2000, amounts paid for health insurance coverage for that month cannot be used to figure the deduction. For example, if you were eligible to participate in a subsidized health plan maintained by your spouse's employer from September 30 through December 31, you cannot use amounts paid for health insurance coverage for September through December to figure your deduction. For more details, see **Pub. 535.**

If you qualify to take the deduction, use the worksheet on page 30 to figure the amount you can deduct.

**Exception.** Use Pub. 535 instead of the worksheet on page 30 to find out how to figure your deduction if **any** of the following apply.

- You had more than one source of income subject to self-employment tax.
- You file **Form 2555** or **2555-EZ.**
- You are using amounts paid for qualified long-term care insurance to figure the deduction.

---

**Student Loan Interest Deduction Worksheet—Line 24**    *Keep for Your Records*

***Before you begin:***  √  Complete Form 1040, lines 25 through 31a, if they apply to you.

√  Figure any amount to be entered on the dotted line next to line 32 (see page 30).

√  See the instructions for line 24 that begin on page 27.

**CAUTION**  If you are filing **Form 2555, 2555-EZ,** or **4563,** or you are excluding income from sources within Puerto Rico, skip lines 3 and 4 below and see Pub. 970 to figure your modified AGI to enter on line 5 below.

1. Enter the total interest you paid in 2000 on qualified student loans (defined on page 27). Do not include interest that was required to be paid after the first 60 months . . . . . . . . . . . . . . .    1. _____

2. Enter the **smaller** of line 1 or $2,000 . . . . . . . . . . . . . . . . . . . . . .    2. _____

3. Enter the amount from Form 1040, line 22 . . . . . . .    3. _____

4. Enter the total of the amounts from Form 1040, line 23, lines 25 through 31a, plus any amount you entered on the dotted line next to line 32 . . . . .    4. _____

5. Modified AGI. Subtract line 4 from line 3 . . . . . . . .    5. _____

6. Enter the amount shown below for your filing status.
   - Single, head of household, or qualifying widow(er)—$40,000  } . . .    6. _____
   - Married filing jointly—$60,000

7. Is the amount on line 5 more than the amount on line 6?
   ☐ **No.**  Skip lines 7 and 8, enter -0- on line 9, and go to line 10.
   ☐ **Yes.**  Subtract line 6 from line 5 . . . . . . . . . . .    7. _____

8. Divide line 7 by $15,000. Enter the result as a decimal (rounded to at least three places). Do not enter more than "1.000" . . . . . . . . . . . . . . . . . . . .    8. ._____

9. Multiply line 2 by line 8 . . . . . . . . . . . . . . . .    9. _____

10. **Student loan interest deduction.** Subtract line 9 from line 2. Enter the result here and on Form 1040, line 24. **Do not** include this amount in figuring any other deduction on your return (such as on Schedule A, C, E, etc.) . . . . . . . . . . . . . . . . . . . .    10. _____

# Line 29

## Self-Employed SEP, SIMPLE, and Qualified Plans

If you were self-employed or a partner, you may be able to take this deduction. See **Pub. 560** or, if you were a minister, **Pub. 517.**

# Line 30

## Penalty on Early Withdrawal of Savings

The **Form 1099-INT** or **Form 1099-OID** you received will show the amount of any penalty you were charged.

# Lines 31a and 31b

## Alimony Paid

If you made payments to or for your spouse or former spouse under a divorce or separation instrument, you may be able to take this deduction. Use TeleTax topic 452 (see page 11) or see **Pub. 504.**

# Line 32

Include in the total on line 32 any of the following adjustments. To find out if you can take the deduction, see the form or publication indicated. On the dotted line next to line 32, enter the amount of your deduction and identify it as indicated.

- Performing-arts-related expenses (see **Form 2106** or **2106-EZ**). Identify as "QPA."
- Jury duty pay given to your employer (see **Pub. 525**). Identify as "Jury Pay."
- Deductible expenses related to income reported on line 21 from the rental of personal property engaged in for profit. Identify as "PPR."
- Reforestation amortization (see **Pub. 535**). Identify as "RFST."
- Repayment of supplemental unemployment benefits under the Trade Act of 1974 (see **Pub. 525**). Identify as "Sub-Pay TRA."
- Contributions to section 501(c)(18) pension plans (see **Pub. 525**). Identify as "501(c)(18)."
- Contributions by certain chaplains to section 403(b) plans (see **Pub. 517**). Identify as "403(b)."
- Deduction for clean-fuel vehicles (see **Pub. 535**). Identify as "Clean-Fuel."
- Employee business expenses of fee-basis state or local government officials (see **Form 2106** or **2106-EZ**). Identify as "FBO."

# Line 33

If line 33 is less than zero, you may have a net operating loss that you can carry to another tax year. See **Pub. 536.**

# Tax and Credits

# Line 35a

If you were age 65 or older or blind, check the appropriate box(es) on line 35a. If you were married and checked the box on line 6b of Form 1040 and your spouse was age 65 or older or blind, also check the appropriate box(es) for your spouse. Be sure to enter the total number of boxes checked.

## Age

If you were age 65 or older on January 1, 2001, check the "65 or older" box on your 2000 return.

## Blindness

If you were partially blind as of December 31, 2000, you must get a statement certified by your eye doctor or registered optometrist that:

- You cannot see better than 20/200 in your better eye with glasses or contact lenses or
- Your field of vision is 20 degrees or less.

If your eye condition is not likely to improve beyond the conditions listed above, you can get a statement certified by your eye doctor or registered optometrist to this effect instead.

You must keep the statement for your records.

---

## Self-Employed Health Insurance Deduction Worksheet—Line 28            *Keep for Your Records*

| | |
|---|---|
| ***Before you begin:*** | ✓  Be sure you have read the **Exception** on page 29 to see if you can use this worksheet instead of Pub. 535 to figure your deduction.<br>✓  Complete Form 1040, line 29, if it applies to you. |

**1.** Enter the total amount paid in 2000 for health insurance coverage established under your business for 2000 for you, your spouse, and dependents. But do not include amounts for any month you were eligible to participate in an employer-sponsored health plan  .  .  .  .  .  .  .  .  .  .  .  **1.** _____

**2.** Multiply line 1 by 60% (.60)  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  **2.** _____

**3.** Enter your net profit and any other earned income* from the business under which the insurance plan is established, minus any deductions you claim on Form 1040, lines 27 and 29  .  .  .  .  .  .  **3.** _____

**4. Self-employed health insurance deduction.** Enter the **smaller** of line 2 or line 3 here and on Form 1040, line 28. **Do not** include this amount in figuring any medical expense deduction on Schedule A (Form 1040)  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  **4.** _____

*\* **Earned income** includes net earnings and gains from the sale, transfer, or licensing of property you created. It does not include capital gain income. If you were a more-than-2% shareholder in the S corporation under which the insurance plan is established, earned income is your wages from that corporation.*

## Line 35b

If your spouse itemizes deductions on a separate return or if you were a dual-status alien, check the box on line 35b. But if you were a dual-status alien and you file a joint return with your spouse who was a U.S. citizen or resident at the end of 2000 and you and your spouse agree to be taxed on your combined worldwide income, **do not** check the box.

## Line 36

### Itemized Deductions or Standard Deduction

In most cases, your Federal income tax will be less if you take the **larger** of:

- Your itemized deductions or
- Your standard deduction.



If you checked the box on line **35b,** your standard deduction is zero.

**Itemized Deductions**

To figure your itemized deductions, fill in **Schedule A.**

*(Continued on page 32)*

### Standard Deduction Chart for People Age 65 or Older or Blind—Line 36

If someone can claim you (or your spouse if married filing jointly) as a dependent, use the worksheet below instead.

Enter the number from the box on line 35a of Form 1040 . . . . . . . . . . . . . . . ▶ [ ]   ⚠ CAUTION   Do not use the number of exemptions from line 6d.

| IF your filing status is . . . | AND the number in the box above is . . . | THEN your standard deduction is . . . |
|---|---|---|
| Single | 1 | $5,500 |
|  | 2 | 6,600 |
| Married filing jointly or Qualifying widow(er) | 1 | $8,200 |
|  | 2 | 9,050 |
|  | 3 | 9,900 |
|  | 4 | 10,750 |
| Married filing separately | 1 | $4,525 |
|  | 2 | 5,375 |
|  | 3 | 6,225 |
|  | 4 | 7,075 |
| Head of household | 1 | $7,550 |
|  | 2 | 8,650 |

### Standard Deduction Worksheet for Dependents—Line 36                              *Keep for Your Records*

Use this worksheet **only** if someone can claim you (or your spouse if married filing jointly) as a dependent.

1. Add $250 to your **earned income\*.** Enter the total . . . . . . . . . . . . . **1.** _____
2. Minimum standard deduction . . . . . . . . . . . . . . . . . . **2.** __700.00__
3. Enter the **larger** of line 1 or line 2 . . . . . . . . . . . . . . . . . **3.** _____
4. Enter the amount shown below for your filing status.
   - Single—$4,400
   - Married filing separately—$3,675
   - Married filing jointly or qualifying widow(er)—$7,350  } . . . . . . . . . . **4.** _____
   - Head of household—$6,450
5. **Standard deduction.**
   a. Enter the **smaller** of line 3 or line 4. If under 65 and not blind, **stop here** and enter this amount on Form 1040, line 36. **Otherwise,** go to line 5b . . . . . . . . . . . . . . **5a.** _____
   b. If 65 or older or blind, multiply the number on Form 1040, line 35a, by: $1,100 if single or head of household; $850 if married filing jointly or separately, or qualifying widow(er) . . . . . . . . **5b.** _____
   c. Add lines 5a and 5b. Enter the total here and on Form 1040, line 36 . . . . . . . . . . . **5c.** _____

**\*Earned income** includes wages, salaries, tips, professional fees, and other compensation received for personal services you performed. It also includes any amount received as a scholarship that you must include in your income. Generally, your earned income is the total of the amount(s) you reported on Form 1040, lines 7, 12, and 18, minus the amount, if any, on line 27.

*Need more information or forms? See page 7.*

## Standard Deduction

Most people can find their standard deduction by looking at the amounts to the left of line 36 of Form 1040. But if you checked **any** box on **line 35a, or** you (or your spouse if filing jointly) can be claimed as a dependent on someone's 2000 return, use the chart or worksheet on page 31 that applies to you to figure your standard deduction. Also, if you checked the box on **line 35b,** your standard deduction is zero, even if you were age 65 or older or blind.

### Electing To Itemize for State Tax or Other Purposes

If you itemize even though your itemized deductions are less than your standard deduction, enter "IE" next to line 36.

# Line 39

## Taxable Income

### If You Want, the IRS Will Figure Your Tax and Some of Your Credits

**Tax.** If you have paid too much, we will send you a refund. If you did not pay enough, we will send you a bill. For details, including who is eligible and what to do, see **Pub. 967.**

**Credit for the Elderly or the Disabled.** If you can take this credit and you want us to figure it for you, see the Instructions for **Schedule R.**

**Earned Income Credit (EIC).** Follow the steps that begin on page 40 to see if you can take this credit and, if you can, what to do if you want us to figure it for you. But first, complete your Form 1040 through line 59.

# Line 40

## Tax

Use one of the following methods to figure your tax. Also include in the total on line 40 any of the following taxes.

● Tax from **Forms 8814** and **4972.** Be sure to check the appropriate box(es).

● Tax from recapture of an education credit. See **Form 8863** to find out if you owe this tax and, if you do, how to figure the amount to include on line 40. You may owe this tax if **(1)** you claimed an education credit on your 1998 or 1999 return **and (2)** you, your spouse if filing jointly, or your dependent received in 2000 either a refund of qualified tuition and related expenses or tax-free educational assistance. Enter the amount and "ECR" on the dotted line next to line 40.

### Tax Table or Tax Rate Schedules

If your taxable income is less than $100,000, you **must** use the Tax Table, which starts

---

## Deduction for Exemptions Worksheet—Line 38    *Keep for Your Records*

1. Is the amount on Form 1040, line 34, more than the amount shown on line 4 below for your filing status?

   ☐ **No.** (STOP) Multiply $2,800 by the total number of exemptions claimed on Form 1040, line 6d, and enter the result on line 38.

   ☐ **Yes.** *Continue*

2. Multiply $2,800 by the total number of exemptions claimed on Form 1040, line 6d  . . . . . . . .  2. _____

3. Enter the amount from Form 1040, line 34  . . . . . . .  3. _____

4. Enter the amount shown below for your filing status.

   ● Single—$128,950
   ● Married filing jointly or qualifying widow(er)—$193,400
   ● Married filing separately—$96,700
   ● Head of household—$161,150       . . 4. _____

5. Subtract line 4 from line 3  . . . . . . . . . . .  5. _____

   **Note.** If line 5 is more than: $122,500 if single, married filing jointly, head of household, or qualifying widow(er); $61,250 if married filing separately, **stop here.** You **cannot** take a deduction for exemptions. Enter -0- on Form 1040, line 38.

6. Divide line 5 by: $2,500 if single, married filing jointly, head of household, or qualifying widow(er); $1,250 if married filing separately. If the result is not a whole number, increase it to the next higher whole number (for example, increase 0.0004 to 1)  . . . . . . . . . . . . .  6. _____

7. Multiply line 6 by 2% (.02) and enter the result as a decimal amount  . . . . . . .  7. _____._____

8. Multiply line 2 by line 7  . . . . . . . . . . . . .  8. _____

9. **Deduction for exemptions.** Subtract line 8 from line 2. Enter the result here and on Form 1040, line 38  9. _____

---

on page 59 to figure your tax. Be sure you use the correct column. If your taxable income is $100,000 or more, use the Tax Rate Schedules on page 71.

**Exceptions. Do not** use the Tax Table or Tax Rate Schedules to figure your tax if **either** of the following applies.

● You are required to use **Form 8615, Schedule D,** or the **Capital Gain Tax Worksheet** below **or**

● You use **Schedule J** (for farm income).

### Form 8615

Form 8615 must generally be used to figure the tax for any child who was under age 14 on January 1, 2001, and who had more than $1,400 of investment income, such as taxable interest, ordinary dividends, or capital gains (including capital gain distributions). But if neither of the child's parents was alive on December 31, 2000, do not use Form 8615 to figure the child's tax.

### Schedule D

If you had a net capital gain on Schedule D (both lines 16 and 17 of Schedule D are gains) and the amount on Form 1040, line 39, is more than zero, use Part IV of Schedule D to figure your tax.

### Capital Gain Tax Worksheet

If you received capital gain distributions but you are not required to file Schedule D, use the worksheet below to figure your tax.

### Schedule J

If you had income from farming, your tax may be less if you choose to figure it using income averaging on Schedule J.

## Line 41

### Alternative Minimum Tax

Use the worksheet on page 34 to see if you should fill in **Form 6251.**

**Exception.** Fill in Form 6251 instead of using the worksheet on page 34 if you claimed or received any of the following items.

**1.** Accelerated depreciation.

**2.** Stock by exercising an incentive stock option and you did not dispose of the stock in the same year.

**3.** Tax-exempt interest from private activity bonds.

**4.** Intangible drilling, circulation, research, experimental, or mining costs.

**5.** Amortization of pollution-control facilities or depletion.

**6.** Income or (loss) from tax-shelter farm activities or passive activities.

**7.** Percentage-of-completion income from long-term contracts.

**8.** Interest paid on a home mortgage **not** used to buy, build, or substantially improve your home.

**9.** Investment interest expense reported on **Form 4952.**

*(Continued on page 34)*

---

**Capital Gain Tax Worksheet—Line 40**                                     *Keep for Your Records*

*Before you begin:*  ✓  Be sure you do not have to file Schedule D (see the instructions for Form 1040, line 13, on page 23).

  ✓  Be sure you checked the box on line 13 of Form 1040.

| | | |
|---|---|---|
| **1.** Enter the amount from Form 1040, line 39 . . . . . . . | **1.** _____ | |
| **2.** Enter the amount from Form 1040, line 13 . . . . . . . | **2.** _____ | |
| **3.** Subtract line 2 from line 1. If zero or less, enter -0- . . . . . . . | **3.** _____ | |
| **4.** Figure the tax on the amount on line 3. Use the Tax Table or Tax Rate Schedules, whichever applies | | **4.** _____ |
| **5.** Enter the **smaller** of: | | |
| ● The amount on line 1 or | | |
| ● $26,250 if single; $43,850 if married filing jointly or qualifying widow(er); $21,925 if married filing separately; or $35,150 if head of household. | **5.** _____ | |
| **6.** Is the amount on line 3 equal to or more than the amount on line 5? | | |
| ☐ **Yes.** Leave lines 6 through 8 blank; go to line 9 and check the "No" box. | | |
| ☐ **No.** Enter the amount from line 3 . . . . . . . | **6.** _____ | |
| **7.** Subtract line 6 from line 5 . . . . . . . | **7.** _____ | |
| **8.** Multiply line 7 by 10% (.10) . . . . . . . | | **8.** _____ |
| **9.** Are the amounts on lines 2 and 7 the same? | | |
| ☐ **Yes.** Leave lines 9 through 12 blank; go to line 13. | | |
| ☐ **No.** Enter the **smaller** of line 1 or line 2 . . . . . . . | **9.** _____ | |
| **10.** Enter the amount, if any, from line 7 . . . . . . . | **10.** _____ | |
| **11.** Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . | **11.** _____ | |
| **12.** Multiply line 11 by 20% (.20) . . . . . . . | | **12.** _____ |
| **13.** Add lines 4, 8, and 12 . . . . . . . | | **13.** _____ |
| **14.** Figure the tax on the amount on line 1. Use the Tax Table or Tax Rate Schedules, whichever applies | | **14.** _____ |
| **15.** **Tax on all taxable income (including capital gain distributions).** Enter the **smaller** of line 13 or line 14 here and on Form 1040, line 40 . . . . . . . | | **15.** _____ |

**10.** Net operating loss deduction.

**11.** Alternative minimum tax adjustments from an estate, trust, electing large partnership, or a cooperative.

**12.** Section 1202 exclusion.



Form 6251 should be filled in for a child under age 14 if the child's adjusted gross income from Form 1040, line 34, exceeds the child's earned income by more than $5,200.

# Line 43

## Foreign Tax Credit

If you paid income tax to a foreign country, you may be able to take this credit. But you must complete and attach **Form 1116** to do so.

**Exception.** You do not have to file Form 1116 to take this credit if **all five** of the following apply.

**1.** All of your gross foreign-source income is from interest and dividends and all of that income and the foreign tax paid on it is reported to you on **Form 1099-INT** or **Form 1099-DIV** (or substitute statement).

**2.** If you have dividend income from shares of stock, you held those shares for at least 16 days.

**3.** You are not filing **Form 4563** or excluding income from sources within Puerto Rico.

*(Continued on page 35)*

---

## Worksheet To See if You Should Fill in Form 6251—Line 41                *Keep for Your Records*

**Before you begin:**  ✓  Be sure you have read the **Exception** that begins on page 33 to see if you must fill in Form 6251 instead of using this worksheet.

✓  If you are claiming the foreign tax credit (see the instructions for Form 1040, line 43, above), enter that credit on line 43.

**1.** Enter the amount from Form 1040, line 37 . . . . . . . . . . . . . . .  **1.** _____

**2.** Are you filing **Schedule A?**

☐ **Yes.** Leave line 2 blank and go to line 3.

☐ **No.** Enter your standard deduction from Form 1040, line 36, and go to line 5. . . . . . .  **2.** _____

**3.** Enter the **smaller** of the amount on Schedule A, line 4, or 2.5% (.025) of the amount on Form 1040, line 34 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **3.** _____

**4.** Add lines 9 and 26 of Schedule A and enter the total . . . . . . . . . . . . . . . .  **4.** _____

**5.** Add lines 1 through 4 above . . . . . . . . . . . . . . . . . . . . . .  **5.** _____

**6.** Enter the amount shown below for your filing status:

• Single or head of household—$33,750

• Married filing jointly or qualifying widow(er)—$45,000

• Married filing separately—$22,500  } . . . . . . . . .  **6.** _____

**7.** Is the amount on line 5 more than the amount on line 6?

☐ **No.** (STOP) You do not need to fill in Form 6251.

☐ **Yes.** Subtract line 6 from line 5 . . . . . . . . . . .  **7.** _____

**8.** Enter the amount shown below for your filing status:

• Single or head of household—$112,500

• Married filing jointly or qualifying widow(er)—$150,000

• Married filing separately—$75,000  } . . . . . . . . .  **8.** _____

**9.** Is the amount on line 5 more than the amount on line 8?

☐ **No.** Enter -0- here and on line 10 and go to line 11.

☐ **Yes.** Subtract line 8 from line 5.  } . . . . . . . . .  **9.** _____

**10.** Multiply line 9 by 25% (.25) and enter the result but do not enter more than line 6 above . . .  **10.** _____

**11.** Add lines 7 and 10 . . . . . . . . . . . . . . . . . . . . . . . . .  **11.** _____

**12.** Is the amount on line 11 more than the amount shown below for your filing status?

• Single, married filing jointly, head of household, or qualifying widow(er)—$175,000

• Married filing separately—$87,500

☐ **Yes.** (STOP) Fill in Form 6251 to see if you owe the alternative minimum tax.

☐ **No.** Multiply line 11 by 26% (.26) . . . . . . . . . . . . . . . . . . . .  **12.** _____

**13.** Enter the amount from Form 1040, line 40, minus the total of any tax from Form 4972 and any amount on Form 1040, line 43 . . . . . . . . . . . . . . . . . . . . . . . . .  **13.** _____

**Next.** Is the amount on line 12 more than the amount on line 13?

☐ **Yes.** Fill in Form 6251 to see if you owe the alternative minimum tax.

☐ **No. Do not** fill in Form 6251.

---

**4.** The total of your foreign taxes is not more than $300 (not more than $600 if married filing jointly).

**5.** All of your foreign taxes were:

● Legally owed and not eligible for a refund and

● Paid to countries that are recognized by the United States and do not support terrorism.

---

**Note.** If you need more information about these requirements, see the Instructions for Form 1116.

---

Do you meet all five requirements that begin on page 34?

☐ **Yes.** Enter on line 43 the **smaller** of your total foreign tax or the amount on Form 1040, line 40.

☐ **No.** See Form 1116 to find out if you can take the credit and, if you can, if you have to file Form 1116.

## Line 44

### Credit for Child and Dependent Care Expenses

You may be able to take this credit if you paid someone to care for your child **under age 13** or your dependent or spouse who could not care for himself or herself. For details, use TeleTax topic 602 (see page 11) or see **Form 2441.**

## Line 45

### Credit for the Elderly or the Disabled

You may be able to take this credit if by the end of 2000 **(1)** you were age 65 or older or **(2)** you retired on **permanent and total disability** and you had taxable disability income. But you usually **cannot** take the credit if the amount on Form 1040, line 34, is $17,500 or more ($20,000 if married filing jointly and only one spouse is eligible for the credit; $25,000 if married filing jointly and both spouses are eligible; $12,500 if married filing separately). See **Schedule R** and its instructions for details.

## Line 46

### Education Credits

If you (or your dependent) paid qualified expenses in 2000 for yourself, your spouse, or your dependent to enroll in or attend an eligible educational institution, you may be able to take an education credit. See **Form 8863** for details. However, you **cannot** take an education credit if **any** of the following apply.

● You are claimed as a dependent on someone's (such as your parent's) 2000 tax return.

● Your filing status is married filing separately.

● The amount on Form 1040, line 34, is $50,000 or more ($100,000 or more if married filing jointly).

● You (or your spouse) were a nonresident alien for any part of 2000 unless your filing status is married filing jointly.

*Need more information or forms? See page 7.*

# Line 47—Child Tax Credit

## What Is the Child Tax Credit?

This credit is for people who have a qualifying child as defined in the instructions for line 6c, column (4), on page 20. It is in addition to the credit for child and dependent care expenses on Form 1040, line 44, and the earned income credit on Form 1040, line 60a.

 If you only have one or two qualifying children and the amount on Form 1040, line 42, is zero, you cannot take this credit. You also cannot take the additional child tax credit on Form 1040, line 62.

## Three Steps To Take the Child Tax Credit!

**Step 1.** Make sure you have a qualifying child for the child tax credit. See the instructions for line 6c, column (4), on page 20.

**Step 2.** Make sure you checked the box in column (4) of line 6c on Form 1040 for each qualifying child.

**Step 3.** Answer the questions on this page to see if you may use the worksheet on page 37 to figure your credit or if you must use Pub. 972, Child Tax Credit. If you need Pub. 972, see page 7.

**You Will Need:** 

---

**Questions**     Who Must Use Pub. 972     

**1.** Are you excluding income from Puerto Rico **or** are you filing any of the following forms?

- Form 2555 or 2555-EZ (relating to foreign earned income)

- Form 4563 (exclusion of income for residents of American Samoa)

☐ **No.** *Continue*     ☐ **Yes.** STOP
You must use Pub. 972 to figure your credit instead of the worksheet on page 37.

---

**2.** Is the amount on Form 1040, line 34, more than the amount shown below for your filing status?

- Married filing jointly – $110,000

- Single, head of household, or qualifying widow(er) – $75,000

- Married filing separately – $55,000

☐ **No.** *Continue*     ☐ **Yes.** STOP
You must use Pub. 972 to figure your credit instead of the worksheet on page 37.

---

**3.** Do you have three or more qualifying children for the child tax credit?

☐ **No.** STOP
Use the worksheet on page 37 to figure your credit.     ☐ **Yes.** *Continue*

---

**4.** Are you claiming any of the following credits?

- Adoption credit, Form 8839 (see the instructions for Form 1040, line 48, on page 38)

- Mortgage interest credit, Form 8396 (see the instructions for Form 1040, line 49, on page 38)

- District of Columbia first-time homebuyer credit, Form 8859

☐ **No.** Use the worksheet on page 37 to figure your child tax credit.     ☐ **Yes.** You must use Pub. 972 to figure your child tax credit instead of the worksheet on page 37. You will also need the form(s) listed above for any credit(s) you are claiming.

---

## Child Tax Credit Worksheet—Line 47

*Keep for Your Records*

 

**Do not** use this worksheet if you answered "Yes" to question 1, 2, or 4 on page 36. Instead, use Pub. 972.

1. Number of qualifying children: _____ × $500. Enter the result. **1** [_____]

2. Enter the amount from Form 1040, line 42. **2** [_____]

3. Add the amounts from Form 1040:

    Line 43    _____

    Line 44  + _____

    Line 45  + _____

    Line 46  + _____    Enter the total. **3** [_____]

4. Are the amounts on lines 2 and 3 the same?

    ☐ **Yes.** (STOP) You cannot take this credit because there is no tax to reduce. However, see the **TIP** below before completing the rest of your Form 1040.

    ☐ **No.** Subtract line 3 from line 2. **4** [_____]

5. Is the amount on line 1 more than the amount on line 4?

    ☐ **Yes.** Enter the amount from line 4. See the **TIP** below.

    ☐ **No.** Enter the amount from line 1.    **This is your child tax credit.**

    **5** [_____]

    *Enter this amount on Form 1040, line 47.*

    1040

**TIP** You may be able to take the **additional child tax credit** on Form 1040, line 62, only if you answered "Yes" on line 4 **or** line 5 above **and** the amount on line 1 is $1,500 or more.

- First, complete your Form 1040 through line 61.

- Then, use Form 8812 to figure any additional child tax credit.

- 37 -

*Need more information or forms? See page 7.*

# Line 48

## Adoption Credit

You may be able to take this credit if you paid expenses in 2000 to adopt a child. See **Form 8839** for details.

# Line 49

## Other Credits

Include in the total on line 49 any of the following credits and check the appropriate box(es). If box **d** is checked, also enter the form number. To find out if you can take the credit, see the form or publication indicated.

- Mortgage interest credit. If a state or local government gave you a mortgage credit certificate, see **Form 8396.**
- Credit for prior year minimum tax. If you paid alternative minimum tax in a prior year, see **Form 8801.**
- Qualified electric vehicle credit. If you placed a new electric vehicle in service in 2000, see **Form 8834.**
- General business credit. This credit consists of a number of credits that usually apply only to individuals who are partners, shareholders in an S corporation, self-employed, or who have rental property. See **Form 3800** or **Pub. 334.**
- Empowerment zone employment credit. See **Form 8844.**
- District of Columbia first-time home-buyer credit. See **Form 8859.**

# Line 50

If you sold fuel produced from a nonconventional source, see Internal Revenue Code section 29 to find out if you can take the **nonconventional source fuel credit.** If you can, attach a schedule showing how you figured the credit. Include the credit in the total on line 50. Enter the amount and "FNS" on the dotted line next to line 50.

# Other Taxes

# Line 53

## Social Security and Medicare Tax on Tip Income Not Reported to Employer

If you received tips of $20 or more in any month and you did not report the full amount to your employer, you must pay the social security and Medicare or railroad retirement (RRTA) tax on the unreported tips. You must also pay this tax if your W-2 form(s) shows allocated tips that you are including in your income on Form 1040, line 7.

To figure the tax, use **Form 4137.** To pay the RRTA tax, contact your employer. Your employer will figure and collect the tax.

 You may be charged a penalty equal to 50% of the social security and Medicare tax due on tips you received but did not report to your employer.

# Line 54

## Tax on IRAs, Other Retirement Plans, and MSAs

If **any** of the following apply, see **Form 5329** and its instructions to find out if you owe this tax and if you must file Form 5329.

**1.** You received any early distributions from **(a)** an IRA or other qualified retirement plan, **(b)** an annuity, or **(c)** a modified endowment contract entered into after June 20, 1988.

**2.** You made excess contributions to your IRA or MSA.

**3.** You were born before July 1, 1929, and did not take the minimum required distribution from your IRA or other qualified retirement plan.

**Exception.** If **only** item **1** applies to you **and** distribution code 1 is correctly shown in box 7 of your **Form 1099-R,** you do not have to file Form 5329. Instead, multiply the taxable amount of the distribution by 10% (.10) and enter the result on line 54. The taxable amount of the distribution is the part of the distribution you reported on line 15b or line 16b of Form 1040 or on Form 4972. Also, put "No" next to line 54 to indicate that you do not have to file Form 5329. **But** if distribution code 1 is incorrectly shown in box 7, you must file Form 5329.

# Line 55

## Advance Earned Income Credit Payments

Enter the total amount of advance earned income credit (EIC) payments you received. These payments are shown in box 9 of your W-2 form(s).

# Line 56

## Household Employment Taxes

If **any** of the following apply, see **Schedule H** and its instructions to find out if you owe these taxes.

**1.** You paid **any one** household employee (defined below) cash wages of $1,200 or more in 2000. Cash wages include wages paid by checks, money orders, etc.

**2.** You withheld Federal income tax during 2000 at the request of any household employee.

**3.** You paid **total** cash wages of $1,000 or more in **any** calendar **quarter** of 1999 or 2000 to household employees.

 For item **1,** do not count amounts paid to an employee who was under age 18 at any time in 2000 and was a student.

**Household Employee.** Any person who does household work is a household employee if you can control what will be done and how it will be done. Household work includes work done in or around your home by babysitters, nannies, health aides, maids, yard workers, and similar domestic workers.

# Line 57

## Total Tax

Include in the total on line 57 any of the following taxes. To find out if you owe the tax, see the form or publication indicated. On the dotted line next to line 57, enter the amount of the tax and identify it as indicated.

**Recapture of the Following Credits.**
- Investment credit (see **Form 4255**). Identify as "ICR."
- Low-income housing credit (see **Form 8611**). Identify as "LIHCR."

*(Continued on page 39)*

● Qualified electric vehicle credit (see **Pub. 535**). Identify as "QEVCR."

● Indian employment credit. Identify as "IECR."

**Recapture of Federal Mortgage Subsidy.** If you sold your home in 2000 and it was financed (in whole or in part) from the proceeds of any tax-exempt qualified mortgage bond or you claimed the mortgage interest credit, see **Form 8828.** Identify as "FMSR."

**Section 72(m)(5) Excess Benefits Tax** (see **Pub. 560**). Identify as "Sec. 72(m)(5)."

**Uncollected Social Security and Medicare or RRTA Tax on Tips or Group-Term Life Insurance.** This tax should be shown in box 13 of your Form W-2 with codes **A** and **B** or **M** and **N.** Identify as "UT."

**Golden Parachute Payments.** If you received an excess parachute payment (EPP), you must pay a 20% tax on it. This tax should be shown in box 13 of your W-2 form with code **K.** If you received a **Form 1099-MISC,** the tax is 20% of the EPP shown in box 13. Identify as "EPP."

**Tax on Accumulation Distribution of Trusts.** Enter the amount from **Form 4970** and identify as "ADT."

# Payments

## Line 58

### Federal Income Tax Withheld

Add the amounts shown as Federal income tax withheld on your **Forms W-2, W-2G,** and **1099-R.** Enter the total on line 58. The amount withheld should be shown in box 2 of Form W-2 or W-2G, and in box 4 of Form 1099-R. If line 58 includes amounts withheld as shown on Form 1099-R, attach the Form 1099-R to the front of your return.

If you received a 2000 Form 1099 showing Federal income tax withheld on dividends, interest income, unemployment compensation, social security benefits, or other income you received, include the amount withheld in the total on line 58. This should be shown in box 4 of the 1099 form or box 6 of **Form SSA-1099.**

## Line 59

### 2000 Estimated Tax Payments

Enter any payments you made on your estimated Federal income tax **(Form 1040-ES)** for 2000. Include any overpayment from your 1999 return that you applied to your 2000 estimated tax.

If you and your spouse paid joint estimated tax but are now filing separate income tax returns, either of you can claim all of the amount paid. Or you can each claim part of it. See **Pub. 505** for details on how to report your payments. Be sure to show both social security numbers (SSNs) in the space provided on the separate returns. If you or your spouse paid separate estimated tax but you are now filing a joint return, add the amounts you each paid. Follow these instructions even if your spouse died in 2000 or in 2001 before filing a 2000 return.

### Divorced Taxpayers

If you got divorced in 2000 and you made joint estimated tax payments with your former spouse, put your former spouse's SSN in the space provided on the front of Form 1040. If you were divorced and remarried in 2000, put your present spouse's SSN in the space provided on the front of Form 1040. Also, under the heading "Payments" to the left of line 59, put your former spouse's SSN, followed by "DIV."

### Name Change

If you changed your name because of marriage, divorce, etc., and you made estimated tax payments using your former name, attach a statement to the front of Form 1040. On the statement, explain all the payments you and your spouse made in 2000 and the name(s) and SSN(s) under which you made them.

*Need more information or forms? See page 7.*

# Lines 60a and 60b—
# Earned Income Credit (EIC)

## What Is the EIC?

The EIC is a credit for certain people who work. The credit may give you a refund even if you do not owe any tax.

## To Take the EIC:

- Follow the steps below.
- Complete the worksheet that applies to you **or** let the IRS figure the credit for you.
- If you have a qualifying child, complete and attach Schedule EIC.

**You Will Need:**

 

 If you take the EIC even though you are not eligible and it is determined that your error is due to reckless or intentional disregard of the EIC rules, you will not be allowed to take the credit for 2 years even if you are otherwise eligible to do so. If you fraudulently take the EIC, you will not be allowed to take the credit for 10 years. You may also have to pay penalties.

## Step 1 — All Filers

**1.** Is the amount on Form 1040, line 34, less than $31,152 (or $10,380 if a child did not live with you in 2000)?

☐ **Yes.** *Continue* ↘    ☐ **No.** [STOP] You cannot take the credit.

**2.** Do you, and your spouse if filing a joint return, have a social security number that allows you to work (see page 43)?

☐ **Yes.** *Continue* ↘    ☐ **No.** [STOP] You cannot take the credit. *Put "No" directly to the right of line 60a.*

**3.** Is your filing status married filing separately?

☐ **Yes.** [STOP] You cannot take the credit.    ☐ **No.** *Continue* ↘

**4.** Are you filing Form 2555 or 2555-EZ (relating to foreign earned income)?

☐ **Yes.** [STOP] You cannot take the credit.    ☐ **No.** *Continue* ↘

**5.** Were you a nonresident alien for any part of 2000?

☐ **Yes.** *See Nonresident Aliens on page 43.*    ☐ **No.** *Go to Step 2.*

## Step 2 — Investment Income

**1.** Add the amounts from Form 1040:

| | |
|---|---|
| Line 8a | _____ |
| Line 8b | + _____ |
| Line 9 | + _____ |
| Line 13 | + _____ |
| **Investment Income** | = _____ |

**2.** Is your investment income more than $2,400?

☐ **Yes.** *Continue* ↘    ☐ **No.** *Skip the next question; go to Step 3.*

**3.** Are you filing Form 4797 (relating to sales of business property)?

☐ **Yes.** *See Form 4797 Filers on page 43.*    ☐ **No.** [STOP] You cannot take the credit.

## Step 3 — Who Must Use Pub. 596

Some people must use Pub. 596, Earned Income Credit, to see if they can take the credit and how to figure it. To see if you must use Pub. 596, answer the following questions.

**1.** Are you filing Schedule E?

☐ **No.** *Continue* ↘    ☐ **Yes.** →

**2.** Are you claiming a loss on Form 1040, line 12, 13, or 18?

☐ **No.** *Continue* ↘    ☐ **Yes.** →

**3.** Are you reporting income or a loss from the rental of personal property not used in a trade or business?

☐ **No.** *Continue* ↘    ☐ **Yes.** →

**4.** Did you, or your spouse if filing a joint return, receive a distribution from a pension, annuity, or IRA that is not fully taxable?

☐ **No.** *Continue* ↘    ☐ **Yes.** →

**5.** Are you reporting income on Form 1040, line 21, from Form 8814 (relating to election to report child's interest and dividends)?

☐ **No.** *Continue* ↘    ☐ **Yes.** →

**6.** Did you enter an amount other than zero on Form 1040, line 41?

☐ **No.** *Continue* ↘    ☐ **Yes.** →

[STOP] You must use Pub. 596 to see if you can take the credit and how to figure it.

To get Pub. 596, see page 7.

**7.** Did a child live with you in 2000?

☐ **Yes.** *Go to Step 4 on page 41.*    ☐ **No.** *Go to Step 5 on page 41.*

*Continued from page 40*

## Step 4 — Qualifying Child

**A qualifying child is a child who is your...**

| | |
|---|---|
| Son | Grandchild |
| Daughter | Stepchild |
| Adopted child | Foster child (see page 43) |

If the child was married, see page 43.

**AND**

**was at the end of 2000...**

Under age 19

**or**

Under age 24 and a student (see page 43)

**or**

Any age and permanently and totally disabled (see page 43)

**AND**

**who...**

Lived with you in the United States for more than half of 2000 or, if a foster child, for all of 2000. If the child did not live with you for the required time, see Exception to "Time Lived With You" Condition on page 43.

**1.** Look at the qualifying child conditions above. Could you, or your spouse if filing a joint return, be a qualifying child of another person in 2000?

☐ **Yes.**  You cannot take the credit. *Put "No" directly to the right of line 60a.*   ☐ **No.** *Continue*

**2.** Do you have at least one child who meets the above conditions to be your qualifying child?

☐ **Yes.** *Continue*   ☐ **No.** *Skip the next question; go to Step 5, question 2.*

**3.** Does the child meet the conditions to be a qualifying child of any other person (other than your spouse if filing a joint return) for 2000?

☐ **Yes.** *See Qualifying Child of More Than One Person on page 43.*   ☐ **No.** This child is your qualifying child. The child must have a social security number as defined on page 43 unless the child was born and died in 2000. *Skip Step 5; go to Step 6.*

## Step 5 — Filers Without a Qualifying Child

**1.** Look at the qualifying child conditions in Step 4. Could you, or your spouse if filing a joint return, be a qualifying child of another person in 2000?

☐ **Yes.** STOP You cannot take the credit. *Put "No" directly to the right of line 60a.*   ☐ **No.** *Continue*

**2.** Can you, or your spouse if filing a joint return, be claimed as a dependent on someone else's 2000 tax return?

☐ **Yes.** STOP You cannot take the credit.   ☐ **No.** *Continue*

**3.** Were you, or your spouse if filing a joint return, at least age 25 but under age 65 at the end of 2000?

☐ **Yes.** *Continue*   ☐ **No.** STOP You cannot take the credit. *Put "No" directly to the right of line 60a.*

**4.** Was your home, and your spouse's if filing a joint return, in the United States for more than half of 2000? Members of the military stationed outside the United States, see page 43 before you answer.

☐ **Yes.** *Go to Step 6.*   ☐ **No.** STOP You cannot take the credit. *Put "No" directly to the right of line 60a.*

## Step 6 — Modified Adjusted Gross Income

**1.** Add the amounts from Form 1040:

Line 8b _____

Line 34 + _____

Modified Adjusted Gross Income = **Box A** _____

**2.** If you have:

- 2 or more qualifying children, is Box A less than $31,152?

- 1 qualifying child, is Box A less than $27,413?

- No qualifying children, is Box A less than $10,380?

☐ **Yes.** *Go to Step 7 on page 42.*   ☐ **No.** STOP You cannot take the credit.

*(Continued on page 42)*

- 41 -

*Need more information or forms? See page 7.*

*Continued from page 41*

## Step 7    Nontaxable and Taxable Earned Income

**1.** Add all your nontaxable earned income, including your spouse's if filing a joint return. This includes anything of value (money, goods, or services) that is not taxable that you received from your employer for your work. Types of nontaxable earned income are listed below.

- Salary deferrals, such as a 401(k) plan or the Federal Thrift Savings Plan, shown in box 13 of your W-2 form. See page 43.
- Salary reductions, such as under a cafeteria plan, unless they are included in box 1 of your W-2 form. See page 43.
- Mandatory contributions to a state or local retirement plan.
- Military employee basic housing, subsistence, and combat zone compensation. These amounts are shown in box 13 of your W-2 form with code Q.
- Meals and lodging provided for the convenience of your employer.
- Housing allowances or rental value of a parsonage for clergy members. If filing Schedule SE, see Clergy on this page.
- Excludable dependent care benefits from Form 2441, line 18, employer-provided adoption benefits from Form 8839, line 26, and educational assistance benefits (these benefits may be shown in box 14 of your W-2 form).
- Certain amounts received by Native Americans. See Pub. 596.

**Note.** Nontaxable earned income does not include welfare benefits or workfare payments (see page 43), or qualified foster care payments.

Nontaxable Earned Income = [Box B] _____

*Enter the amount and type of your nontaxable earned income on Form 1040, line 60b.*

**2.** Are you filing Schedule SE because you had church employee income of $108.28 or more?

☐ **Yes.** *See Church Employees on this page.*    ☐ **No.** *Continue*

**3.** Figure taxable earned income:

Form 1040, line 7 _____

Subtract:
- Any taxable scholarship or fellowship grant not reported on a W-2 form
- Any amount paid to an inmate in a penal institution for work (put "PRI" and the amount subtracted on the dotted line next to line 7 of Form 1040)

− _____

Taxable Earned Income = [Box C] _____

**4.** Were you self-employed, or are you filing Schedule SE because you had church employee income, or are you filing Schedule C or C-EZ as a statutory employee?

☐ **Yes.** *Skip Steps 8 and 9; go to Worksheet B on page 45.*    ☐ **No.** *Go to Step 8.*

## Step 8    Total Earned Income

**1.** Nontaxable Earned Income (Step 7, Box B) _____

Taxable Earned Income (Step 7, Box C)   + _____

Total Earned Income = [Box D] _____

**2.** If you have:
- 2 or more qualifying children, is Box D less than $31,152?
- 1 qualifying child, is Box D less than $27,413?
- No qualifying children, is Box D less than $10,380?

☐ **Yes.** *Go to Step 9.*    ☐ **No.** [STOP] You cannot take the credit. *Put "No" directly to the right of line 60a.*

## Step 9    How To Figure the Credit

**1.** Do you want the IRS to figure the credit for you?

☐ **Yes.** *See Credit Figured by the IRS below.*    ☐ **No.** *Go to Worksheet A on page 44.*

### Definitions and Special Rules
*(listed in alphabetical order)*

**Adopted Child.** Any child placed with you by an authorized placement agency for legal adoption. An authorized placement agency includes any person authorized by state law to place children for legal adoption. The adoption does not have to be final.

**Church Employees.** Determine how much of the amount on Form 1040, line 7, was also reported on Schedule SE, line 5a. Subtract that amount from the amount on Form 1040, line 7, and enter the result in the first space of Step 7, line 3. Be sure to answer "Yes" on line 4 of Step 7.

**Clergy.** If you are filing Schedule SE and the amount on line 2 of that schedule includes an amount that was also reported on Form 1040, line 7:

1. Put "Clergy" directly to the right of line 60a of Form 1040.
2. Do not include any housing allowance or rental value of the parsonage as nontaxable earned income in Box B if it is required to be included on Schedule SE, line 2.
3. Determine how much of the amount on Form 1040, line 7, was also reported on Schedule SE, line 2.
4. Subtract that amount from the amount on Form 1040, line 7. Enter the result in the first space of Step 7, line 3.
5. Be sure to answer "Yes" on line 4 of Step 7.

**Credit Figured by the IRS.** To have the IRS figure the credit for you:

1. Put "EIC" directly to the right of line 60a of Form 1040.
2. Be sure you entered the amount and the type of any nontaxable earned income (Step 7, Box B, on this page) on Form 1040, line 60b.
3. If you have a qualifying child, complete and attach Schedule EIC. If your 1997, 1998, or 1999 EIC was reduced or disallowed, see Form 8862, Who Must File, on page 43.

*(Continued on page 43)*

*Continued from page 42*

**Exception to "Time Lived With You" Condition.** A child is considered to have lived with you for all of 2000 if the child was born or died in 2000 and your home was this child's home for the entire time he or she was alive in 2000. Temporary absences, such as for school, vacation, medical care, or detention in a juvenile facility, count as time lived at home. If you were in the military stationed outside the United States, see Members of the Military below.

**Form 4797 Filers.** If the amount on Form 1040, line 13, includes an amount from Form 4797, you must use Pub. 596 to see if you can take the EIC and how to figure it. To get Pub. 596, see page 7. Otherwise, stop; you cannot take the EIC.

**Form 8862, Who Must File.** You must file Form 8862 if your 1997, 1998, or 1999 EIC was reduced or disallowed for any reason other than a math or clerical error. But do not file Form 8862 if, after your EIC was reduced or disallowed in an earlier year:

- You filed Form 8862 (or other documents) and your EIC was then allowed and
- Your EIC has not been reduced or disallowed again for any reason other than a math or clerical error.

Also, do not file Form 8862 or take the credit if it was determined that your error was due to reckless or intentional disregard of the EIC rules or fraud.

**Foster Child.** Any child you cared for as your own child **and** who is **(1)** your brother, sister, stepbrother, or stepsister; **(2)** a descendant (such as a child, including an adopted child) of your brother, sister, stepbrother, or stepsister; or **(3)** a child placed with you by an authorized placement agency. For example, if you acted as the parent of your niece or nephew, this child is considered your foster child.

**Grandchild.** Any descendant of your son, daughter, or adopted child. For example, a grandchild includes your great-grandchild, great-great-grandchild, etc.

**Married Child.** A child who was married at the end of 2000 is a qualifying child only if **(1)** you can claim him or her as your dependent on Form 1040, line 6c, or **(2)** this child's other parent claims him or her as a dependent under the rules in Pub. 501 for children of divorced or separated parents.

**Members of the Military.** If you were on extended active duty outside the United States, your home is considered to be in the United States during that duty period. Extended active duty is military duty ordered for an indefinite period or for a period of more than 90 days. Once you begin serving extended active duty, you are considered to be on extended active duty even if you serve fewer than 90 days.

**Nonresident Aliens.** If your filing status is married filing jointly, go to Step 2 on page 40. Otherwise, stop; you cannot take the EIC.

**Permanently and Totally Disabled Child.** A child who cannot engage in any substantial gainful activity because of a physical or mental condition and a doctor has determined that this condition:

- Has lasted or can be expected to last continuously for at least a year or
- Can lead to death.

**Qualifying Child of More Than One Person.** If the child meets the conditions to be a qualifying child of more than one person, only the person who had the **highest** modified AGI (adjusted gross income) for 2000 may treat that child as a qualifying child. The other person(s) cannot take the EIC for people who do not have a qualifying child. If the other person is your spouse and you are filing a joint return, this rule does not apply. If you have the highest modified AGI, this child is your qualifying child. The child must have a social security number as defined on this page unless the child was born and died in 2000. Skip Step 5; go to Step 6 on page 41. If you do not have the highest modified AGI, stop; you cannot take the EIC. Put "No" directly to the right of line 60a.

**Modified AGI** is the total of the amounts on Form 1040, lines 8b and 34, increased by:

- Any loss claimed on Form 1040, line 13,
- Any loss from the rental of personal property not used in a trade or business,
- 75% of any losses on Form 1040, lines 12 and 18,
- Certain nontaxable distributions from a pension, annuity, or IRA (see Pub. 596), and
- Certain amounts reported on Schedule E (see Pub. 596).

**Example.** You and your 5-year-old daughter moved in with your mother in April 2000. You are not a qualifying child of your mother. Your daughter meets the conditions to be a qualifying child for both you and your mother. Your modified AGI for 2000 was $8,000 and your mother's was $14,000. Because your mother's modified AGI was higher, your daughter is your mother's qualifying child. You **cannot** take any EIC, even if your mother does not claim the credit. You would put "No" directly to the right of line 60a.

**Salary Deferrals.** Contributions from your pay to certain retirement plans, such as a 401(k) plan or the Federal Thrift Savings Plan, shown in box 13 of your W-2 form. The "Deferred compensation" box in box 15 of your W-2 form should be checked.

**Salary Reductions.** Amounts you could have been paid but chose instead to have your employer contribute to certain benefit plans, such as a cafeteria plan. A cafeteria plan is a plan that allows you to choose to receive either cash or certain benefits that are not taxed (such as accident and health insurance).

**Social Security Number (SSN).** For purposes of taking the EIC, an SSN is a number issued by the Social Security Administration to a U.S. citizen or to a person who has permission from the Immigration and Naturalization Service to work in the United States. It does not include an SSN issued only to allow a person to apply for or receive Federally funded benefits. If your social security card, or your spouse's if filing a joint return, says "Not valid for employment," you cannot take the EIC.

To find out how to get an SSN, see page 19. If you will not have an SSN by April 16, 2001, see What if You Cannot File on Time? on page 15.

**Student.** A child who during any 5 months of 2000:

- Was enrolled as a full-time student at a school or
- Took a full-time, on-farm training course given by a school or a state, county, or local government agency.

A **school** includes technical, trade, and mechanical schools. It does not include on-the-job training courses, correspondence schools, or night schools.

**Welfare Benefits, Effect of Credit on.** Any refund you receive as a result of taking the EIC will not be used to determine if you are eligible for the following programs, or how much you can receive from them.

- Temporary Assistance for Needy Families (TANF).
- Medicaid and supplemental security income (SSI).
- Food stamps and low-income housing.

**Workfare Payments.** Cash payments certain people receive from a state or local agency that administers public assistance programs funded under the Federal Temporary Assistance for Needy Families (TANF) program in return for certain work activities such as:

- Work experience activities (including work associated with remodeling or repairing publicly assisted housing) if sufficient private sector employment is not available or
- Community service program activities

*Need more information or forms? See page 7.*

## Worksheet **A**—Earned Income Credit (EIC)—Lines 60a and 60b *Keep for Your Records*

**Before you begin:** √ Be sure you are using the correct worksheet. **Do not** use this worksheet if you were self-employed, or you are filing Schedule SE because you had church employee income, or you are filing Schedule C or C-EZ as a statutory employee. Instead, use Worksheet B on page 45.



| | |
|---|---|
| **Part 1**<br><br>**All Filers Using Worksheet A** | **1.** Enter your total earned income from Step 8, Box D, on page 42.    **1** [ ]<br><br>**2.** Look up the amount on line 1 above in the EIC Table on pages 47–49 to find the credit. Enter the credit here.    **2** [ ]<br><br>    (STOP) If line 2 is zero, You cannot take the credit.<br>    *Put "No" directly to the right of line 60a.*<br><br>**3.** Enter your modified adjusted gross income from Step 6, Box A, on page 41.    **3** [ ]<br><br>**4.** Are the amounts on lines 3 and 1 the same?<br>   [ ] **Yes.** *Skip line 5; enter the amount from line 2 on line 6.*<br>   [ ] **No.** *Go to line 5.* |
| **Part 2**<br><br>**Filers Who Answered "No" on Line 4** | **5.** Is the amount on line 3 less than:<br>   • \$5,800 if you do not have a qualifying child **or**<br>   • \$12,700 if you have one or more qualifying children?<br>   [ ] **Yes.** *Leave line 5 blank; enter the amount from line 2 on line 6.*<br>   [ ] **No.** Look up the amount on line 3 in the EIC Table on pages 47–49 to find the credit. Enter the credit here.    **5** [ ]<br>     *Look at the amounts on lines 5 and 2.*<br>     *Then, enter the **smaller** amount on line 6.* |
| **Part 3**<br><br>**Your Earned Income Credit** | **6. This is your earned income credit.**    **6** [ ]<br>    *Enter this amount on Form 1040, line 60a.*<br><br>*Reminder—*<br>√ Be sure you entered the amount and the type of any nontaxable earned income (Step 7, Box B, on page 42) on Form 1040, line 60b.<br><br>√ If you have a qualifying child, complete and attach Schedule EIC.<br><br>(CAUTION) If your 1997, 1998, or 1999 EIC was reduced or disallowed, see page 43 to find out if you must file Form 8862 to take the credit for 2000. |

# Worksheet B—Earned Income Credit (EIC)—Lines 60a and 60b    *Keep for Your Records*



Use this worksheet if you were self-employed, or you are filing Schedule SE because you had church employee income, or you are filing Schedule C or C-EZ as a statutory employee.

✓   Complete the parts below (Parts 1 through 3) that apply to you. Then, continue to Part 4.

✓   If you are married filing a joint return, include your spouse's amounts, if any, with yours to figure the amounts to enter in Parts 1 through 3.

---

**Part 1**

**Self-Employed and People With Church Employee Income Filing Schedule SE**

**1a.** Enter the amount from Schedule SE, Section A, line 3, or Section B, line 3, whichever applies.    **1a** ____

  **b.** Enter any amount from Schedule SE, Section B, line 4b, and line 5a.    + **1b** ____

  **c.** Add lines 1a and 1b.    = **1c** ____

  **d.** Enter the amount from Schedule SE, Section A, line 6, or Section B, line 13, whichever applies.    − **1d** ____

  **e.** Subtract line 1d from 1c.    = **1e** ____

---

**Part 2**

**Self-Employed NOT Filing Schedule SE**

For example, your net earnings from self-employment were less than $400.

**2.** Do not include on these lines any statutory employee income or any amount exempt from self-employment tax as the result of the filing and approval of Form 4029 or Form 4361.

  **a.** Enter any net farm profit from Schedule F, line 36, and from farm partnerships, Schedule K-1 (Form 1065), line 15a.    **2a** ____

  **b.** Enter any net profit from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9.    + **2b** ____

  **c.** Add lines 2a and 2b.    = **2c** ____

---

**Part 3**

**Statutory Employees Filing Schedule C or C-EZ**

**3.** Enter the amount from Schedule C, line 1, or Schedule C-EZ, line 1, that you are filing as a statutory employee.    **3** ____

---

**Part 4**

**All Filers Using Worksheet B**

**Note.** If line 4d includes income on which you should have paid self-employment tax but did not, we may reduce your credit by the amount of self-employment tax not paid.

**4a.** Add lines 1e, 2c, and 3.    **4a** ____

  **b.** Enter your nontaxable earned income from Step 7, Box B, on page 42.    + **4b** ____

  **c.** Enter your taxable earned income from Step 7, Box C, on page 42.    + **4c** ____

  **d.** Add lines 4a, 4b, and 4c. **This is your total earned income.**    = **4d** ____

**5.** If you have:
- 2 or more qualifying children, is line 4d less than $31,152?
- 1 qualifying child, is line 4d less than $27,413?
- No qualifying children, is line 4d less than $10,380?

☐ **Yes.** If you want the IRS to figure your credit, see page 42. *If you want to figure the credit yourself, enter the amount from line 4d on line 6 (page 46).*

☐ **No.** (STOP) You cannot take the credit. *Put "No" directly to the right of line 60a.*

*(Continued on page 46)*

---

## Worksheet **B**—*Continued from page 45*                    *Keep for Your Records*

| **Part 5**<br><br>**All Filers Using Worksheet B** | | |
|---|---|---|
| | **6.** Enter your total earned income from Part 4, line 4d, on page 45. | **6** ☐ |
| | **7.** Look up the amount on line 6 above in the EIC Table on pages 47–49 to find the credit. Enter the credit here.<br><br>🛑 If line 7 is zero, STOP You cannot take the credit. *Put "No" directly to the right of line 60a.* | **7** ☐ |
| | **8.** Enter your modified adjusted gross income from Step 6, Box A, on page 41. | **8** ☐ |
| | **9.** Are the amounts on lines 8 and 6 the same?<br><br>☐ **Yes.** *Skip line 10; enter the amount from line 7 on line 11.*<br><br>☐ **No.** *Go to line 10.* | |
| | **10.** Is the amount on line 8 less than:<br>  ● $5,800 if you do not have a qualifying child **or**<br>  ● $12,700 if you have one or more qualifying children?<br><br>☐ **Yes.** *Leave line 10 blank; enter the amount from line 7 on line 11.*<br><br>☐ **No.** Look up the amount on line 8 in the EIC Table on pages 47–49 to find the credit. Enter the credit here.<br><br>*Look at the amounts on lines 10 and 7.*<br>*Then, enter the **smaller** amount on line 11.* | **10** ☐ |

| **Part 6**<br><br>**Your Earned Income Credit** | | |
|---|---|---|
| | **11. This is your earned income credit.** | **11** ☐ |
| | | *Enter this amount on Form 1040, line 60a.*  |
| | **Reminder—** | |
| | ✓ Be sure you entered the amount and the type of any nontaxable earned income (Step 7, Box B, on page 42) on Form 1040, line 60b. | |
| | ✓ If you have a qualifying child, complete and attach Schedule EIC.  | |
| | ⚠ **CAUTION**   If your 1997, 1998, or 1999 EIC was reduced or disallowed, see page 43 to find out if you must file Form 8862 to take the credit for 2000. | |

# 2000 Earned Income Credit (EIC) Table

 **CAUTION** This is **not** a tax table.

**1.** To find your credit, read down the "At least – But less than" columns and find the line that includes the amount you were told to look up from your EIC Worksheet.

**2.** Then, read across to the column that includes the number of qualifying children you have. Enter the credit from that column on your EIC Worksheet.

**Example.** If you have one qualifying child and the amount you are looking up from your EIC Worksheet is $4,875, you would enter $1,658.

| If the amount you are looking up from the worksheet is— | | And you have— No children | One child | Two children |
|---|---|---|---|---|
| At least | But less than | Your credit is— | | |
| 4,800 | 4,850 | 353 | 1,641 | 1,930 |
| 4,850 | 4,900 | 353 | 1,658 | 1,950 |
| 4,900 | 4,950 | 353 | 1,675 | 1,970 |
| 4,950 | 5,000 | 353 | 1,692 | 1,990 |

| At least | But less than | No children | One child | Two children |
|---|---|---|---|---|
| $1 | $50 | $2 | $9 | $10 |
| 50 | 100 | 6 | 26 | 30 |
| 100 | 150 | 10 | 43 | 50 |
| 150 | 200 | 13 | 60 | 70 |
| 200 | 250 | 17 | 77 | 90 |
| 250 | 300 | 21 | 94 | 110 |
| 300 | 350 | 25 | 111 | 130 |
| 350 | 400 | 29 | 128 | 150 |
| 400 | 450 | 33 | 145 | 170 |
| 450 | 500 | 36 | 162 | 190 |
| 500 | 550 | 40 | 179 | 210 |
| 550 | 600 | 44 | 196 | 230 |
| 600 | 650 | 48 | 213 | 250 |
| 650 | 700 | 52 | 230 | 270 |
| 700 | 750 | 55 | 247 | 290 |
| 750 | 800 | 59 | 264 | 310 |
| 800 | 850 | 63 | 281 | 330 |
| 850 | 900 | 67 | 298 | 350 |
| 900 | 950 | 71 | 315 | 370 |
| 950 | 1,000 | 75 | 332 | 390 |
| 1,000 | 1,050 | 78 | 349 | 410 |
| 1,050 | 1,100 | 82 | 366 | 430 |
| 1,100 | 1,150 | 86 | 383 | 450 |
| 1,150 | 1,200 | 90 | 400 | 470 |
| 1,200 | 1,250 | 94 | 417 | 490 |
| 1,250 | 1,300 | 98 | 434 | 510 |
| 1,300 | 1,350 | 101 | 451 | 530 |
| 1,350 | 1,400 | 105 | 468 | 550 |
| 1,400 | 1,450 | 109 | 485 | 570 |
| 1,450 | 1,500 | 113 | 502 | 590 |
| 1,500 | 1,550 | 117 | 519 | 610 |
| 1,550 | 1,600 | 120 | 536 | 630 |
| 1,600 | 1,650 | 124 | 553 | 650 |
| 1,650 | 1,700 | 128 | 570 | 670 |
| 1,700 | 1,750 | 132 | 587 | 690 |
| 1,750 | 1,800 | 136 | 604 | 710 |
| 1,800 | 1,850 | 140 | 621 | 730 |
| 1,850 | 1,900 | 143 | 638 | 750 |
| 1,900 | 1,950 | 147 | 655 | 770 |
| 1,950 | 2,000 | 151 | 672 | 790 |
| 2,000 | 2,050 | 155 | 689 | 810 |
| 2,050 | 2,100 | 159 | 706 | 830 |
| 2,100 | 2,150 | 163 | 723 | 850 |
| 2,150 | 2,200 | 166 | 740 | 870 |

| At least | But less than | No children | One child | Two children |
|---|---|---|---|---|
| 2,200 | 2,250 | 170 | 757 | 890 |
| 2,250 | 2,300 | 174 | 774 | 910 |
| 2,300 | 2,350 | 178 | 791 | 930 |
| 2,350 | 2,400 | 182 | 808 | 950 |
| 2,400 | 2,450 | 186 | 825 | 970 |
| 2,450 | 2,500 | 189 | 842 | 990 |
| 2,500 | 2,550 | 193 | 859 | 1,010 |
| 2,550 | 2,600 | 197 | 876 | 1,030 |
| 2,600 | 2,650 | 201 | 893 | 1,050 |
| 2,650 | 2,700 | 205 | 910 | 1,070 |
| 2,700 | 2,750 | 208 | 927 | 1,090 |
| 2,750 | 2,800 | 212 | 944 | 1,110 |
| 2,800 | 2,850 | 216 | 961 | 1,130 |
| 2,850 | 2,900 | 220 | 978 | 1,150 |
| 2,900 | 2,950 | 224 | 995 | 1,170 |
| 2,950 | 3,000 | 228 | 1,012 | 1,190 |
| 3,000 | 3,050 | 231 | 1,029 | 1,210 |
| 3,050 | 3,100 | 235 | 1,046 | 1,230 |
| 3,100 | 3,150 | 239 | 1,063 | 1,250 |
| 3,150 | 3,200 | 243 | 1,080 | 1,270 |
| 3,200 | 3,250 | 247 | 1,097 | 1,290 |
| 3,250 | 3,300 | 251 | 1,114 | 1,310 |
| 3,300 | 3,350 | 254 | 1,131 | 1,330 |
| 3,350 | 3,400 | 258 | 1,148 | 1,350 |
| 3,400 | 3,450 | 262 | 1,165 | 1,370 |
| 3,450 | 3,500 | 266 | 1,182 | 1,390 |
| 3,500 | 3,550 | 270 | 1,199 | 1,410 |
| 3,550 | 3,600 | 273 | 1,216 | 1,430 |
| 3,600 | 3,650 | 277 | 1,233 | 1,450 |
| 3,650 | 3,700 | 281 | 1,250 | 1,470 |
| 3,700 | 3,750 | 285 | 1,267 | 1,490 |
| 3,750 | 3,800 | 289 | 1,284 | 1,510 |
| 3,800 | 3,850 | 293 | 1,301 | 1,530 |
| 3,850 | 3,900 | 296 | 1,318 | 1,550 |
| 3,900 | 3,950 | 300 | 1,335 | 1,570 |
| 3,950 | 4,000 | 304 | 1,352 | 1,590 |
| 4,000 | 4,050 | 308 | 1,369 | 1,610 |
| 4,050 | 4,100 | 312 | 1,386 | 1,630 |
| 4,100 | 4,150 | 316 | 1,403 | 1,650 |
| 4,150 | 4,200 | 319 | 1,420 | 1,670 |
| 4,200 | 4,250 | 323 | 1,437 | 1,690 |
| 4,250 | 4,300 | 327 | 1,454 | 1,710 |
| 4,300 | 4,350 | 331 | 1,471 | 1,730 |
| 4,350 | 4,400 | 335 | 1,488 | 1,750 |

| At least | But less than | No children | One child | Two children |
|---|---|---|---|---|
| 4,400 | 4,450 | 339 | 1,505 | 1,770 |
| 4,450 | 4,500 | 342 | 1,522 | 1,790 |
| 4,500 | 4,550 | 346 | 1,539 | 1,810 |
| 4,550 | 4,600 | 350 | 1,556 | 1,830 |
| 4,600 | 4,650 | 353 | 1,573 | 1,850 |
| 4,650 | 4,700 | 353 | 1,590 | 1,870 |
| 4,700 | 4,750 | 353 | 1,607 | 1,890 |
| 4,750 | 4,800 | 353 | 1,624 | 1,910 |
| 4,800 | 4,850 | 353 | 1,641 | 1,930 |
| 4,850 | 4,900 | 353 | 1,658 | 1,950 |
| 4,900 | 4,950 | 353 | 1,675 | 1,970 |
| 4,950 | 5,000 | 353 | 1,692 | 1,990 |
| 5,000 | 5,050 | 353 | 1,709 | 2,010 |
| 5,050 | 5,100 | 353 | 1,726 | 2,030 |
| 5,100 | 5,150 | 353 | 1,743 | 2,050 |
| 5,150 | 5,200 | 353 | 1,760 | 2,070 |
| 5,200 | 5,250 | 353 | 1,777 | 2,090 |
| 5,250 | 5,300 | 353 | 1,794 | 2,110 |
| 5,300 | 5,350 | 353 | 1,811 | 2,130 |
| 5,350 | 5,400 | 353 | 1,828 | 2,150 |
| 5,400 | 5,450 | 353 | 1,845 | 2,170 |
| 5,450 | 5,500 | 353 | 1,862 | 2,190 |
| 5,500 | 5,550 | 353 | 1,879 | 2,210 |
| 5,550 | 5,600 | 353 | 1,896 | 2,230 |
| 5,600 | 5,650 | 353 | 1,913 | 2,250 |
| 5,650 | 5,700 | 353 | 1,930 | 2,270 |
| 5,700 | 5,750 | 353 | 1,947 | 2,290 |
| 5,750 | 5,800 | 353 | 1,964 | 2,310 |
| 5,800 | 5,850 | 348 | 1,981 | 2,330 |
| 5,850 | 5,900 | 345 | 1,998 | 2,350 |
| 5,900 | 5,950 | 341 | 2,015 | 2,370 |
| 5,950 | 6,000 | 337 | 2,032 | 2,390 |
| 6,000 | 6,050 | 333 | 2,049 | 2,410 |
| 6,050 | 6,100 | 329 | 2,066 | 2,430 |
| 6,100 | 6,150 | 326 | 2,083 | 2,450 |
| 6,150 | 6,200 | 322 | 2,100 | 2,470 |
| 6,200 | 6,250 | 318 | 2,117 | 2,490 |
| 6,250 | 6,300 | 314 | 2,134 | 2,510 |
| 6,300 | 6,350 | 310 | 2,151 | 2,530 |
| 6,350 | 6,400 | 306 | 2,168 | 2,550 |
| 6,400 | 6,450 | 303 | 2,185 | 2,570 |
| 6,450 | 6,500 | 299 | 2,202 | 2,590 |
| 6,500 | 6,550 | 295 | 2,219 | 2,610 |
| 6,550 | 6,600 | 291 | 2,236 | 2,630 |

| At least | But less than | No children | One child | Two children |
|---|---|---|---|---|
| 6,600 | 6,650 | 287 | 2,253 | 2,650 |
| 6,650 | 6,700 | 283 | 2,270 | 2,670 |
| 6,700 | 6,750 | 280 | 2,287 | 2,690 |
| 6,750 | 6,800 | 276 | 2,304 | 2,710 |
| 6,800 | 6,850 | 272 | 2,321 | 2,730 |
| 6,850 | 6,900 | 268 | 2,338 | 2,750 |
| 6,900 | 6,950 | 264 | 2,353 | 2,770 |
| 6,950 | 7,000 | 260 | 2,353 | 2,790 |
| 7,000 | 7,050 | 257 | 2,353 | 2,810 |
| 7,050 | 7,100 | 253 | 2,353 | 2,830 |
| 7,100 | 7,150 | 249 | 2,353 | 2,850 |
| 7,150 | 7,200 | 245 | 2,353 | 2,870 |
| 7,200 | 7,250 | 241 | 2,353 | 2,890 |
| 7,250 | 7,300 | 238 | 2,353 | 2,910 |
| 7,300 | 7,350 | 234 | 2,353 | 2,930 |
| 7,350 | 7,400 | 230 | 2,353 | 2,950 |
| 7,400 | 7,450 | 226 | 2,353 | 2,970 |
| 7,450 | 7,500 | 222 | 2,353 | 2,990 |
| 7,500 | 7,550 | 218 | 2,353 | 3,010 |
| 7,550 | 7,600 | 215 | 2,353 | 3,030 |
| 7,600 | 7,650 | 211 | 2,353 | 3,050 |
| 7,650 | 7,700 | 207 | 2,353 | 3,070 |
| 7,700 | 7,750 | 203 | 2,353 | 3,090 |
| 7,750 | 7,800 | 199 | 2,353 | 3,110 |
| 7,800 | 7,850 | 195 | 2,353 | 3,130 |
| 7,850 | 7,900 | 192 | 2,353 | 3,150 |
| 7,900 | 7,950 | 188 | 2,353 | 3,170 |
| 7,950 | 8,000 | 184 | 2,353 | 3,190 |
| 8,000 | 8,050 | 180 | 2,353 | 3,210 |
| 8,050 | 8,100 | 176 | 2,353 | 3,230 |
| 8,100 | 8,150 | 173 | 2,353 | 3,250 |
| 8,150 | 8,200 | 169 | 2,353 | 3,270 |
| 8,200 | 8,250 | 165 | 2,353 | 3,290 |
| 8,250 | 8,300 | 161 | 2,353 | 3,310 |
| 8,300 | 8,350 | 157 | 2,353 | 3,330 |
| 8,350 | 8,400 | 153 | 2,353 | 3,350 |
| 8,400 | 8,450 | 150 | 2,353 | 3,370 |
| 8,450 | 8,500 | 146 | 2,353 | 3,390 |
| 8,500 | 8,550 | 142 | 2,353 | 3,410 |
| 8,550 | 8,600 | 138 | 2,353 | 3,430 |
| 8,600 | 8,650 | 134 | 2,353 | 3,450 |
| 8,650 | 8,700 | 130 | 2,353 | 3,470 |
| 8,700 | 8,750 | 127 | 2,353 | 3,490 |
| 8,750 | 8,800 | 123 | 2,353 | 3,510 |

*(Continued on page 48)*

*Need more information or forms? See page 7.*

## 2000 Earned Income Credit (EIC) Table — Continued    (Caution. This is **not** a tax table.)

| If the amount you are looking up from the worksheet is— At least | But less than | And you have— No children | One child | Two children |
|---|---|---|---|---|
| 8,800 | 8,850 | 119 | 2,353 | 3,530 |
| 8,850 | 8,900 | 115 | 2,353 | 3,550 |
| 8,900 | 8,950 | 111 | 2,353 | 3,570 |
| 8,950 | 9,000 | 107 | 2,353 | 3,590 |
| 9,000 | 9,050 | 104 | 2,353 | 3,610 |
| 9,050 | 9,100 | 100 | 2,353 | 3,630 |
| 9,100 | 9,150 | 96 | 2,353 | 3,650 |
| 9,150 | 9,200 | 92 | 2,353 | 3,670 |
| 9,200 | 9,250 | 88 | 2,353 | 3,690 |
| 9,250 | 9,300 | 85 | 2,353 | 3,710 |
| 9,300 | 9,350 | 81 | 2,353 | 3,730 |
| 9,350 | 9,400 | 77 | 2,353 | 3,750 |
| 9,400 | 9,450 | 73 | 2,353 | 3,770 |
| 9,450 | 9,500 | 69 | 2,353 | 3,790 |
| 9,500 | 9,550 | 65 | 2,353 | 3,810 |
| 9,550 | 9,600 | 62 | 2,353 | 3,830 |
| 9,600 | 9,650 | 58 | 2,353 | 3,850 |
| 9,650 | 9,700 | 54 | 2,353 | 3,870 |
| 9,700 | 9,750 | 50 | 2,353 | 3,888 |
| 9,750 | 9,800 | 46 | 2,353 | 3,888 |
| 9,800 | 9,850 | 42 | 2,353 | 3,888 |
| 9,850 | 9,900 | 39 | 2,353 | 3,888 |
| 9,900 | 9,950 | 35 | 2,353 | 3,888 |
| 9,950 | 10,000 | 31 | 2,353 | 3,888 |
| 10,000 | 10,050 | 27 | 2,353 | 3,888 |
| 10,050 | 10,100 | 23 | 2,353 | 3,888 |
| 10,100 | 10,150 | 20 | 2,353 | 3,888 |
| 10,150 | 10,200 | 16 | 2,353 | 3,888 |
| 10,200 | 10,250 | 12 | 2,353 | 3,888 |
| 10,250 | 10,300 | 8 | 2,353 | 3,888 |
| 10,300 | 10,350 | 4 | 2,353 | 3,888 |
| 10,350 | 10,400 | * | 2,353 | 3,888 |
| 10,400 | 12,700 | 0 | 2,353 | 3,888 |
| 12,700 | 12,750 | 0 | 2,347 | 3,881 |
| 12,750 | 12,800 | 0 | 2,339 | 3,870 |
| 12,800 | 12,850 | 0 | 2,331 | 3,860 |
| 12,850 | 12,900 | 0 | 2,323 | 3,849 |
| 12,900 | 12,950 | 0 | 2,315 | 3,839 |
| 12,950 | 13,000 | 0 | 2,307 | 3,828 |
| 13,000 | 13,050 | 0 | 2,299 | 3,817 |
| 13,050 | 13,100 | 0 | 2,291 | 3,807 |
| 13,100 | 13,150 | 0 | 2,283 | 3,796 |
| 13,150 | 13,200 | 0 | 2,275 | 3,786 |
| 13,200 | 13,250 | 0 | 2,267 | 3,775 |
| 13,250 | 13,300 | 0 | 2,259 | 3,765 |
| 13,300 | 13,350 | 0 | 2,251 | 3,754 |
| 13,350 | 13,400 | 0 | 2,243 | 3,744 |
| 13,400 | 13,450 | 0 | 2,235 | 3,733 |
| 13,450 | 13,500 | 0 | 2,227 | 3,723 |
| 13,500 | 13,550 | 0 | 2,219 | 3,712 |
| 13,550 | 13,600 | 0 | 2,211 | 3,702 |
| 13,600 | 13,650 | 0 | 2,203 | 3,691 |
| 13,650 | 13,700 | 0 | 2,195 | 3,681 |
| 13,700 | 13,750 | 0 | 2,187 | 3,670 |
| 13,750 | 13,800 | 0 | 2,179 | 3,659 |
| 13,800 | 13,850 | 0 | 2,171 | 3,649 |
| 13,850 | 13,900 | 0 | 2,163 | 3,638 |
| 13,900 | 13,950 | 0 | 2,155 | 3,628 |
| 13,950 | 14,000 | 0 | 2,147 | 3,617 |
| 14,000 | 14,050 | 0 | 2,139 | 3,607 |
| 14,050 | 14,100 | 0 | 2,131 | 3,596 |
| 14,100 | 14,150 | 0 | 2,123 | 3,586 |
| 14,150 | 14,200 | 0 | 2,115 | 3,575 |
| 14,200 | 14,250 | 0 | 2,108 | 3,565 |
| 14,250 | 14,300 | 0 | 2,100 | 3,554 |
| 14,300 | 14,350 | 0 | 2,092 | 3,544 |
| 14,350 | 14,400 | 0 | 2,084 | 3,533 |
| 14,400 | 14,450 | 0 | 2,076 | 3,523 |
| 14,450 | 14,500 | 0 | 2,068 | 3,512 |
| 14,500 | 14,550 | 0 | 2,060 | 3,502 |
| 14,550 | 14,600 | 0 | 2,052 | 3,491 |
| 14,600 | 14,650 | 0 | 2,044 | 3,480 |
| 14,650 | 14,700 | 0 | 2,036 | 3,470 |
| 14,700 | 14,750 | 0 | 2,028 | 3,459 |
| 14,750 | 14,800 | 0 | 2,020 | 3,449 |
| 14,800 | 14,850 | 0 | 2,012 | 3,438 |
| 14,850 | 14,900 | 0 | 2,004 | 3,428 |
| 14,900 | 14,950 | 0 | 1,996 | 3,417 |
| 14,950 | 15,000 | 0 | 1,988 | 3,407 |
| 15,000 | 15,050 | 0 | 1,980 | 3,396 |
| 15,050 | 15,100 | 0 | 1,972 | 3,386 |
| 15,100 | 15,150 | 0 | 1,964 | 3,375 |
| 15,150 | 15,200 | 0 | 1,956 | 3,365 |
| 15,200 | 15,250 | 0 | 1,948 | 3,354 |
| 15,250 | 15,300 | 0 | 1,940 | 3,344 |
| 15,300 | 15,350 | 0 | 1,932 | 3,333 |
| 15,350 | 15,400 | 0 | 1,924 | 3,323 |
| 15,400 | 15,450 | 0 | 1,916 | 3,312 |
| 15,450 | 15,500 | 0 | 1,908 | 3,301 |
| 15,500 | 15,550 | 0 | 1,900 | 3,291 |
| 15,550 | 15,600 | 0 | 1,892 | 3,280 |
| 15,600 | 15,650 | 0 | 1,884 | 3,270 |
| 15,650 | 15,700 | 0 | 1,876 | 3,259 |
| 15,700 | 15,750 | 0 | 1,868 | 3,249 |
| 15,750 | 15,800 | 0 | 1,860 | 3,238 |
| 15,800 | 15,850 | 0 | 1,852 | 3,228 |
| 15,850 | 15,900 | 0 | 1,844 | 3,217 |
| 15,900 | 15,950 | 0 | 1,836 | 3,207 |
| 15,950 | 16,000 | 0 | 1,828 | 3,196 |
| 16,000 | 16,050 | 0 | 1,820 | 3,186 |
| 16,050 | 16,100 | 0 | 1,812 | 3,175 |
| 16,100 | 16,150 | 0 | 1,804 | 3,165 |
| 16,150 | 16,200 | 0 | 1,796 | 3,154 |
| 16,200 | 16,250 | 0 | 1,788 | 3,144 |
| 16,250 | 16,300 | 0 | 1,780 | 3,133 |
| 16,300 | 16,350 | 0 | 1,772 | 3,122 |
| 16,350 | 16,400 | 0 | 1,764 | 3,112 |
| 16,400 | 16,450 | 0 | 1,756 | 3,101 |
| 16,450 | 16,500 | 0 | 1,748 | 3,091 |
| 16,500 | 16,550 | 0 | 1,740 | 3,080 |
| 16,550 | 16,600 | 0 | 1,732 | 3,070 |
| 16,600 | 16,650 | 0 | 1,724 | 3,059 |
| 16,650 | 16,700 | 0 | 1,716 | 3,049 |
| 16,700 | 16,750 | 0 | 1,708 | 3,038 |
| 16,750 | 16,800 | 0 | 1,700 | 3,028 |
| 16,800 | 16,850 | 0 | 1,692 | 3,017 |
| 16,850 | 16,900 | 0 | 1,684 | 3,007 |
| 16,900 | 16,950 | 0 | 1,676 | 2,996 |
| 16,950 | 17,000 | 0 | 1,668 | 2,986 |
| 17,000 | 17,050 | 0 | 1,660 | 2,975 |
| 17,050 | 17,100 | 0 | 1,652 | 2,965 |
| 17,100 | 17,150 | 0 | 1,644 | 2,954 |
| 17,150 | 17,200 | 0 | 1,636 | 2,943 |
| 17,200 | 17,250 | 0 | 1,628 | 2,933 |
| 17,250 | 17,300 | 0 | 1,620 | 2,922 |
| 17,300 | 17,350 | 0 | 1,612 | 2,912 |
| 17,350 | 17,400 | 0 | 1,604 | 2,901 |
| 17,400 | 17,450 | 0 | 1,596 | 2,891 |
| 17,450 | 17,500 | 0 | 1,588 | 2,880 |
| 17,500 | 17,550 | 0 | 1,580 | 2,870 |
| 17,550 | 17,600 | 0 | 1,572 | 2,859 |
| 17,600 | 17,650 | 0 | 1,564 | 2,849 |
| 17,650 | 17,700 | 0 | 1,556 | 2,838 |
| 17,700 | 17,750 | 0 | 1,548 | 2,828 |
| 17,750 | 17,800 | 0 | 1,540 | 2,817 |
| 17,800 | 17,850 | 0 | 1,532 | 2,807 |
| 17,850 | 17,900 | 0 | 1,524 | 2,796 |
| 17,900 | 17,950 | 0 | 1,516 | 2,786 |
| 17,950 | 18,000 | 0 | 1,508 | 2,775 |
| 18,000 | 18,050 | 0 | 1,500 | 2,764 |
| 18,050 | 18,100 | 0 | 1,492 | 2,754 |
| 18,100 | 18,150 | 0 | 1,484 | 2,743 |
| 18,150 | 18,200 | 0 | 1,476 | 2,733 |
| 18,200 | 18,250 | 0 | 1,468 | 2,722 |
| 18,250 | 18,300 | 0 | 1,460 | 2,712 |
| 18,300 | 18,350 | 0 | 1,452 | 2,701 |
| 18,350 | 18,400 | 0 | 1,444 | 2,691 |
| 18,400 | 18,450 | 0 | 1,436 | 2,680 |
| 18,450 | 18,500 | 0 | 1,428 | 2,670 |
| 18,500 | 18,550 | 0 | 1,420 | 2,659 |
| 18,550 | 18,600 | 0 | 1,412 | 2,649 |
| 18,600 | 18,650 | 0 | 1,404 | 2,638 |
| 18,650 | 18,700 | 0 | 1,396 | 2,628 |
| 18,700 | 18,750 | 0 | 1,388 | 2,617 |
| 18,750 | 18,800 | 0 | 1,380 | 2,606 |
| 18,800 | 18,850 | 0 | 1,372 | 2,596 |
| 18,850 | 18,900 | 0 | 1,364 | 2,585 |
| 18,900 | 18,950 | 0 | 1,356 | 2,575 |
| 18,950 | 19,000 | 0 | 1,348 | 2,564 |
| 19,000 | 19,050 | 0 | 1,340 | 2,554 |
| 19,050 | 19,100 | 0 | 1,332 | 2,543 |
| 19,100 | 19,150 | 0 | 1,324 | 2,533 |
| 19,150 | 19,200 | 0 | 1,316 | 2,522 |
| 19,200 | 19,250 | 0 | 1,309 | 2,512 |
| 19,250 | 19,300 | 0 | 1,301 | 2,501 |
| 19,300 | 19,350 | 0 | 1,293 | 2,491 |
| 19,350 | 19,400 | 0 | 1,285 | 2,480 |
| 19,400 | 19,450 | 0 | 1,277 | 2,470 |
| 19,450 | 19,500 | 0 | 1,269 | 2,459 |
| 19,500 | 19,550 | 0 | 1,261 | 2,449 |
| 19,550 | 19,600 | 0 | 1,253 | 2,438 |
| 19,600 | 19,650 | 0 | 1,245 | 2,427 |
| 19,650 | 19,700 | 0 | 1,237 | 2,417 |
| 19,700 | 19,750 | 0 | 1,229 | 2,406 |
| 19,750 | 19,800 | 0 | 1,221 | 2,396 |
| 19,800 | 19,850 | 0 | 1,213 | 2,385 |
| 19,850 | 19,900 | 0 | 1,205 | 2,375 |
| 19,900 | 19,950 | 0 | 1,197 | 2,364 |
| 19,950 | 20,000 | 0 | 1,189 | 2,354 |
| 20,000 | 20,050 | 0 | 1,181 | 2,343 |
| 20,050 | 20,100 | 0 | 1,173 | 2,333 |
| 20,100 | 20,150 | 0 | 1,165 | 2,322 |
| 20,150 | 20,200 | 0 | 1,157 | 2,312 |
| 20,200 | 20,250 | 0 | 1,149 | 2,301 |
| 20,250 | 20,300 | 0 | 1,141 | 2,291 |
| 20,300 | 20,350 | 0 | 1,133 | 2,280 |
| 20,350 | 20,400 | 0 | 1,125 | 2,270 |
| 20,400 | 20,450 | 0 | 1,117 | 2,259 |
| 20,450 | 20,500 | 0 | 1,109 | 2,248 |
| 20,500 | 20,550 | 0 | 1,101 | 2,238 |
| 20,550 | 20,600 | 0 | 1,093 | 2,227 |
| 20,600 | 20,650 | 0 | 1,085 | 2,217 |
| 20,650 | 20,700 | 0 | 1,077 | 2,206 |
| 20,700 | 20,750 | 0 | 1,069 | 2,196 |
| 20,750 | 20,800 | 0 | 1,061 | 2,185 |
| 20,800 | 20,850 | 0 | 1,053 | 2,175 |
| 20,850 | 20,900 | 0 | 1,045 | 2,164 |
| 20,900 | 20,950 | 0 | 1,037 | 2,154 |
| 20,950 | 21,000 | 0 | 1,029 | 2,143 |
| 21,000 | 21,050 | 0 | 1,021 | 2,133 |
| 21,050 | 21,100 | 0 | 1,013 | 2,122 |
| 21,100 | 21,150 | 0 | 1,005 | 2,112 |
| 21,150 | 21,200 | 0 | 997 | 2,101 |
| 21,200 | 21,250 | 0 | 989 | 2,091 |
| 21,250 | 21,300 | 0 | 981 | 2,080 |
| 21,300 | 21,350 | 0 | 973 | 2,069 |
| 21,350 | 21,400 | 0 | 965 | 2,059 |
| 21,400 | 21,450 | 0 | 957 | 2,048 |
| 21,450 | 21,500 | 0 | 949 | 2,038 |
| 21,500 | 21,550 | 0 | 941 | 2,027 |
| 21,550 | 21,600 | 0 | 933 | 2,017 |
| 21,600 | 21,650 | 0 | 925 | 2,006 |
| 21,650 | 21,700 | 0 | 917 | 1,996 |
| 21,700 | 21,750 | 0 | 909 | 1,985 |
| 21,750 | 21,800 | 0 | 901 | 1,975 |
| 21,800 | 21,850 | 0 | 893 | 1,964 |
| 21,850 | 21,900 | 0 | 885 | 1,954 |
| 21,900 | 21,950 | 0 | 877 | 1,943 |
| 21,950 | 22,000 | 0 | 869 | 1,933 |
| 22,000 | 22,050 | 0 | 861 | 1,922 |
| 22,050 | 22,100 | 0 | 853 | 1,912 |
| 22,100 | 22,150 | 0 | 845 | 1,901 |
| 22,150 | 22,200 | 0 | 837 | 1,890 |
| 22,200 | 22,250 | 0 | 829 | 1,880 |

*If the amount you are looking up from the worksheet is at least $10,350 but less than $10,380, your credit is $1. Otherwise, you cannot take the credit.

(Continued on page 49)

*Need more information or forms? See page 7.*    - 48 -

## 2000 Earned Income Credit (EIC) Table Continued (Caution. This is not a tax table.)

| At least | But less than | No children | One child | Two children | At least | But less than | No children | One child | Two children | At least | But less than | No children | One child | Two children | At least | But less than | No children | One child | Two children |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22,250 | 22,300 | 0 | 821 | 1,869 | 24,650 | 24,700 | 0 | 438 | 1,364 | 27,050 | 27,100 | 0 | 54 | 859 | 29,450 | 29,500 | 0 | 0 | 353 |
| 22,300 | 22,350 | 0 | 813 | 1,859 | 24,700 | 24,750 | 0 | 430 | 1,353 | 27,100 | 27,150 | 0 | 46 | 848 | 29,500 | 29,550 | 0 | 0 | 343 |
| 22,350 | 22,400 | 0 | 805 | 1,848 | 24,750 | 24,800 | 0 | 422 | 1,343 | 27,150 | 27,200 | 0 | 38 | 837 | 29,550 | 29,600 | 0 | 0 | 332 |
| 22,400 | 22,450 | 0 | 797 | 1,838 | 24,800 | 24,850 | 0 | 414 | 1,332 | 27,200 | 27,250 | 0 | 30 | 827 | 29,600 | 29,650 | 0 | 0 | 321 |
| 22,450 | 22,500 | 0 | 789 | 1,827 | 24,850 | 24,900 | 0 | 406 | 1,322 | 27,250 | 27,300 | 0 | 22 | 816 | 29,650 | 29,700 | 0 | 0 | 311 |
| 22,500 | 22,550 | 0 | 781 | 1,817 | 24,900 | 24,950 | 0 | 398 | 1,311 | 27,300 | 27,350 | 0 | 14 | 806 | 29,700 | 29,750 | 0 | 0 | 300 |
| 22,550 | 22,600 | 0 | 773 | 1,806 | 24,950 | 25,000 | 0 | 390 | 1,301 | 27,350 | 27,400 | 0 | 6 | 795 | 29,750 | 29,800 | 0 | 0 | 290 |
| 22,600 | 22,650 | 0 | 765 | 1,796 | 25,000 | 25,050 | 0 | 382 | 1,290 | 27,400 | 27,450 | 0 | ** | 785 | 29,800 | 29,850 | 0 | 0 | 279 |
| 22,650 | 22,700 | 0 | 757 | 1,785 | 25,050 | 25,100 | 0 | 374 | 1,280 | 27,450 | 27,500 | 0 | 0 | 774 | 29,850 | 29,900 | 0 | 0 | 269 |
| 22,700 | 22,750 | 0 | 749 | 1,775 | 25,100 | 25,150 | 0 | 366 | 1,269 | 27,500 | 27,550 | 0 | 0 | 764 | 29,900 | 29,950 | 0 | 0 | 258 |
| 22,750 | 22,800 | 0 | 741 | 1,764 | 25,150 | 25,200 | 0 | 358 | 1,259 | 27,550 | 27,600 | 0 | 0 | 753 | 29,950 | 30,000 | 0 | 0 | 248 |
| 22,800 | 22,850 | 0 | 733 | 1,754 | 25,200 | 25,250 | 0 | 350 | 1,248 | 27,600 | 27,650 | 0 | 0 | 743 | 30,000 | 30,050 | 0 | 0 | 237 |
| 22,850 | 22,900 | 0 | 725 | 1,743 | 25,250 | 25,300 | 0 | 342 | 1,238 | 27,650 | 27,700 | 0 | 0 | 732 | 30,050 | 30,100 | 0 | 0 | 227 |
| 22,900 | 22,950 | 0 | 717 | 1,733 | 25,300 | 25,350 | 0 | 334 | 1,227 | 27,700 | 27,750 | 0 | 0 | 722 | 30,100 | 30,150 | 0 | 0 | 216 |
| 22,950 | 23,000 | 0 | 709 | 1,722 | 25,350 | 25,400 | 0 | 326 | 1,217 | 27,750 | 27,800 | 0 | 0 | 711 | 30,150 | 30,200 | 0 | 0 | 206 |
| 23,000 | 23,050 | 0 | 701 | 1,711 | 25,400 | 25,450 | 0 | 318 | 1,206 | 27,800 | 27,850 | 0 | 0 | 701 | 30,200 | 30,250 | 0 | 0 | 195 |
| 23,050 | 23,100 | 0 | 693 | 1,701 | 25,450 | 25,500 | 0 | 310 | 1,195 | 27,850 | 27,900 | 0 | 0 | 690 | 30,250 | 30,300 | 0 | 0 | 185 |
| 23,100 | 23,150 | 0 | 685 | 1,690 | 25,500 | 25,550 | 0 | 302 | 1,185 | 27,900 | 27,950 | 0 | 0 | 680 | 30,300 | 30,350 | 0 | 0 | 174 |
| 23,150 | 23,200 | 0 | 677 | 1,680 | 25,550 | 25,600 | 0 | 294 | 1,174 | 27,950 | 28,000 | 0 | 0 | 669 | 30,350 | 30,400 | 0 | 0 | 164 |
| 23,200 | 23,250 | 0 | 669 | 1,669 | 25,600 | 25,650 | 0 | 286 | 1,164 | 28,000 | 28,050 | 0 | 0 | 658 | 30,400 | 30,450 | 0 | 0 | 153 |
| 23,250 | 23,300 | 0 | 661 | 1,659 | 25,650 | 25,700 | 0 | 278 | 1,153 | 28,050 | 28,100 | 0 | 0 | 648 | 30,450 | 30,500 | 0 | 0 | 142 |
| 23,300 | 23,350 | 0 | 653 | 1,648 | 25,700 | 25,750 | 0 | 270 | 1,143 | 28,100 | 28,150 | 0 | 0 | 637 | 30,500 | 30,550 | 0 | 0 | 132 |
| 23,350 | 23,400 | 0 | 645 | 1,638 | 25,750 | 25,800 | 0 | 262 | 1,132 | 28,150 | 28,200 | 0 | 0 | 627 | 30,550 | 30,600 | 0 | 0 | 121 |
| 23,400 | 23,450 | 0 | 637 | 1,627 | 25,800 | 25,850 | 0 | 254 | 1,122 | 28,200 | 28,250 | 0 | 0 | 616 | 30,600 | 30,650 | 0 | 0 | 111 |
| 23,450 | 23,500 | 0 | 629 | 1,617 | 25,850 | 25,900 | 0 | 246 | 1,111 | 28,250 | 28,300 | 0 | 0 | 606 | 30,650 | 30,700 | 0 | 0 | 100 |
| 23,500 | 23,550 | 0 | 621 | 1,606 | 25,900 | 25,950 | 0 | 238 | 1,101 | 28,300 | 28,350 | 0 | 0 | 595 | 30,700 | 30,750 | 0 | 0 | 90 |
| 23,550 | 23,600 | 0 | 613 | 1,596 | 25,950 | 26,000 | 0 | 230 | 1,090 | 28,350 | 28,400 | 0 | 0 | 585 | 30,750 | 30,800 | 0 | 0 | 79 |
| 23,600 | 23,650 | 0 | 605 | 1,585 | 26,000 | 26,050 | 0 | 222 | 1,080 | 28,400 | 28,450 | 0 | 0 | 574 | 30,800 | 30,850 | 0 | 0 | 69 |
| 23,650 | 23,700 | 0 | 597 | 1,575 | 26,050 | 26,100 | 0 | 214 | 1,069 | 28,450 | 28,500 | 0 | 0 | 564 | 30,850 | 30,900 | 0 | 0 | 58 |
| 23,700 | 23,750 | 0 | 589 | 1,564 | 26,100 | 26,150 | 0 | 206 | 1,059 | 28,500 | 28,550 | 0 | 0 | 553 | 30,900 | 30,950 | 0 | 0 | 48 |
| 23,750 | 23,800 | 0 | 581 | 1,553 | 26,150 | 26,200 | 0 | 198 | 1,048 | 28,550 | 28,600 | 0 | 0 | 543 | 30,950 | 31,000 | 0 | 0 | 37 |
| 23,800 | 23,850 | 0 | 573 | 1,543 | 26,200 | 26,250 | 0 | 190 | 1,038 | 28,600 | 28,650 | 0 | 0 | 532 | 31,000 | 31,050 | 0 | 0 | 27 |
| 23,850 | 23,900 | 0 | 565 | 1,532 | 26,250 | 26,300 | 0 | 182 | 1,027 | 28,650 | 28,700 | 0 | 0 | 522 | 31,050 | 31,100 | 0 | 0 | 16 |
| 23,900 | 23,950 | 0 | 557 | 1,522 | 26,300 | 26,350 | 0 | 174 | 1,016 | 28,700 | 28,750 | 0 | 0 | 511 | 31,100 | 31,150 | 0 | 0 | 6 |
| 23,950 | 24,000 | 0 | 549 | 1,511 | 26,350 | 26,400 | 0 | 166 | 1,006 | 28,750 | 28,800 | 0 | 0 | 500 | 31,150 | 31,152 | 0 | 0 | 1 |
| 24,000 | 24,050 | 0 | 541 | 1,501 | 26,400 | 26,450 | 0 | 158 | 995 | 28,800 | 28,850 | 0 | 0 | 490 | 31,152 or more | | 0 | 0 | 0 |
| 24,050 | 24,100 | 0 | 533 | 1,490 | 26,450 | 26,500 | 0 | 150 | 985 | 28,850 | 28,900 | 0 | 0 | 479 | | | | | |
| 24,100 | 24,150 | 0 | 525 | 1,480 | 26,500 | 26,550 | 0 | 142 | 974 | 28,900 | 28,950 | 0 | 0 | 469 | | | | | |
| 24,150 | 24,200 | 0 | 517 | 1,469 | 26,550 | 26,600 | 0 | 134 | 964 | 28,950 | 29,000 | 0 | 0 | 458 | | | | | |
| 24,200 | 24,250 | 0 | 510 | 1,459 | 26,600 | 26,650 | 0 | 126 | 953 | 29,000 | 29,050 | 0 | 0 | 448 | | | | | |
| 24,250 | 24,300 | 0 | 502 | 1,448 | 26,650 | 26,700 | 0 | 118 | 943 | 29,050 | 29,100 | 0 | 0 | 437 | | | | | |
| 24,300 | 24,350 | 0 | 494 | 1,438 | 26,700 | 26,750 | 0 | 110 | 932 | 29,100 | 29,150 | 0 | 0 | 427 | | | | | |
| 24,350 | 24,400 | 0 | 486 | 1,427 | 26,750 | 26,800 | 0 | 102 | 922 | 29,150 | 29,200 | 0 | 0 | 416 | | | | | |
| 24,400 | 24,450 | 0 | 478 | 1,417 | 26,800 | 26,850 | 0 | 94 | 911 | 29,200 | 29,250 | 0 | 0 | 406 | | | | | |
| 24,450 | 24,500 | 0 | 470 | 1,406 | 26,850 | 26,900 | 0 | 86 | 901 | 29,250 | 29,300 | 0 | 0 | 395 | | | | | |
| 24,500 | 24,550 | 0 | 462 | 1,396 | 26,900 | 26,950 | 0 | 78 | 890 | 29,300 | 29,350 | 0 | 0 | 385 | | | | | |
| 24,550 | 24,600 | 0 | 454 | 1,385 | 26,950 | 27,000 | 0 | 70 | 880 | 29,350 | 29,400 | 0 | 0 | 374 | | | | | |
| 24,600 | 24,650 | 0 | 446 | 1,374 | 27,000 | 27,050 | 0 | 62 | 869 | 29,400 | 29,450 | 0 | 0 | 364 | | | | | |

**If the amount you are looking up from the worksheet is at least $27,400 but less than $27,413, your credit is $1. Otherwise, you cannot take the credit.

*Need more information or forms? See page 7.*

# Line 61

## Excess Social Security and RRTA Tax Withheld

If you, or your spouse if filing a joint return, had more than one employer for 2000 and total wages of more than $76,200, too much social security tax may have been withheld. You can take a credit on this line for the amount withheld in excess of $4,724.40. But if any one employer withheld more than $4,724.40, you must ask that employer to refund the excess to you. You cannot claim it on your return. Figure this amount separately for you and your spouse.

If you had more than one railroad employer for 2000 and your total compensation was over $56,700, too much railroad retirement (RRTA) tax may have been withheld.

For more details, see **Pub. 505.**

# Line 62

## Additional Child Tax Credit

### What Is the Additional Child Tax Credit?

This credit is for certain people who have three or more qualifying children as defined in the instructions for line 6c, column (4), on page 20. The additional child tax credit may give you a refund even if you do not owe any tax.

### Two Steps To Take the Additional Child Tax Credit!

**Step 1.** Be sure you figured the amount, if any, of your child tax credit. See the instructions for line 47 that begin on page 36.

**Step 2.** Read the **TIP** at the end of your Child Tax Credit Worksheet. Use Form 8812 to see if you can take the additional child tax credit only if you meet the two conditions given in that TIP.

# Line 63

## Amount Paid With Request for Extension To File

If you either filed **Form 4868** or used direct debit or your credit card to get an automatic extension of time to file Form 1040, enter any amount you paid with that form or by direct debit or credit card. If you paid by credit card, do not include on line 63 the convenience fee you were charged. Also,

include any amounts paid with **Form 2688** or **2350.**

# Line 64

## Other Payments

Check the box(es) on line 64 to report any credit from **Form 2439** or **4136.**

# Refund

# Line 66

## Amount Overpaid

If line 66 is under $1, we will send a refund only on written request.

If you want to check the status of your refund, please wait at least 4 weeks from the date you filed your return to do so. See page 11 for details.



If the amount you overpaid is large, you may want to decrease the amount of income tax withheld from your pay. See **Income Tax Withholding and Estimated Tax Payments for 2001** on page 53.

### Refund Offset

If you owe past-due Federal tax, state income tax, child support, spousal support, or certain Federal nontax debts, such as student loans, all or part of the overpayment on line 66 may be used (offset) to pay the past-due amount. Offsets for Federal taxes are made by the IRS. All other offsets are made by the Treasury Department's Financial Management Service (FMS). You will receive a notice from FMS showing the amount of the offset and the agency receiving it. To find out if you may have an offset or if you have any questions about it, contact the agency(ies) you owe the debt to.

### Injured Spouse Claim

If you file a joint return and your spouse has not paid past-due Federal tax, state income tax, child support, spousal support, or a Federal nontax debt, such as a student loan, part or all of the overpayment on line 66 may be used (offset) to pay the past-due amount. But **your** part of the overpayment may be refunded to you after the offset occurs if certain conditions apply and you complete **Form 8379.** For details, use TeleTax topic 203 (see page 11) or see Form 8379.

# Lines 67b Through 67d

## Direct Deposit of Refund

Complete lines 67b through 67d if you want us to directly deposit the amount shown on line 67a into your account at a bank or other financial institution (such as a mutual fund, brokerage firm, or credit union) instead of sending you a check.

### Why Use Direct Deposit?

● You get your refund fast—even faster if you *e-file!*

● Payment is more secure—there is no check to get lost.

● More convenient. No trip to the bank to deposit your check.

● Saves tax dollars. A refund by direct deposit costs less than a check.



You can check with your financial institution to make sure your deposit will be accepted and to get the correct routing and account numbers. The IRS is not responsible for a lost refund if you enter the wrong account information.

If you file a joint return and fill in lines 67b through 67d, you are appointing your spouse as an agent to receive the refund. This appointment cannot be changed later.

### Line 67b

The routing number **must** be **nine** digits. The first two digits must be 01 through 12 or 21 through 32. Otherwise, the direct deposit will be rejected and a check sent instead. On the sample check on page 51, the routing number is 250250025.

Your check may state that it is payable through a bank different from the financial institution at which you have your checking account. If so, **do not** use the routing number on that check. Instead, contact your financial institution for the correct routing number to enter on line 67b.

### Line 67d

The account number can be up to 17 characters (both numbers and letters). Include hyphens but omit spaces and special symbols. Enter the number from left to right and leave any unused boxes blank. On the sample check on page 51, the account number is 20202086. Be sure **not** to include the check number.

*(Continued on page 51)*



Some financial institutions will not allow a joint refund to be deposited into an individual account. If the direct deposit is rejected, a check will be sent instead. The IRS is not responsible if a financial institution rejects a direct deposit.

## Line 68

### Applied to 2001 Estimated Tax

Enter on line 68 the amount, if any, of the overpayment on line 66 you want applied to your 2001 estimated tax. We will apply this amount to your account unless you attach a statement requesting us to apply it to your spouse's account. Include your spouse's social security number in the attached statement. This election to apply part or all of the amount overpaid to your 2001 estimated tax cannot be changed later.

## Amount You Owe

## Line 69

### Amount You Owe



You do not have to pay if line 69 is under $1.

Include any estimated tax penalty from line 70 in the amount you enter on line 69.

You can pay by check, money order, or credit card. **Do not** include any estimated tax payment in your check, money order, or amount you charge. Instead, make the estimated tax payment separately.

**To Pay by Check or Money Order.** Make your check or money order payable to the **"United States Treasury"** for the full amount due. **Do not** send cash. **Do not** attach the payment to your return. Write "2000 Form 1040" and your name, address, daytime phone number, and social security number (SSN) on your payment. If you are filing a joint return, enter the SSN shown first on your tax return.

To help us process your payment, enter the amount on the right side of the check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX–" or "$ XXX $\frac{XX}{100}$").

Then, please complete **Form 1040-V** following the instructions on that form and enclose it in the envelope with your payment. Although you do not have to use Form 1040-V, doing so allows us to process your payment more accurately and efficiently.

**To Pay by Credit Card.** You may use your American Express® Card, Discover® Card, or MasterCard® card. To pay by credit card, call toll free or access by Internet one of the service providers listed on this page and follow the instructions of the provider. A convenience fee will be charged by the service provider based on the amount you are paying. Fees may vary between the providers. You will be told what the fee is during the transaction and you will have the option to either continue or cancel the transaction. You can also find out what the fee will be by calling the provider's toll-free automated

customer service number or visiting the provider's Web Site shown below. **If you paid by credit card,** enter on page 1 of Form 1040 in the upper left corner the confirmation number you were given at the end of the transaction and the amount you charged (not including the convenience fee).

Official Payments Corporation
1-800-2PAY-TAX (1-800-272-9829)
1-877-754-4413 (Customer Service)
**www.officialpayments.com**

PhoneCharge, Inc.
1-888-ALLTAXX (1-888-255-8299)
1-877-851-9964 (Customer Service)
**www.About1888ALLTAXX.com**



You may need to **(a)** increase the amount of income tax withheld from your pay or **(b)** make estimated tax payments for 2001. See **Income Tax Withholding and Estimated Tax Payments for 2001** on page 53.

### What if You Cannot Pay?

If you cannot pay the full amount shown on line 69 when you file, you may ask to make monthly **installment payments.** You may have up to 60 months to pay. However, you will be charged interest and may be charged a late payment penalty on the tax not paid by April 16, 2001, even if your request to pay in installments is granted. You must also pay a fee. To limit the interest and penalty charges, pay as much of the tax as possible when you file. But before requesting an installment agreement, you should consider other less costly alternatives, such as a bank loan.

To ask for an installment agreement, use **Form 9465.** You should receive a response to your request for installments within 30 days. But if you file your return after March 31, it may take us longer to reply.

### Sample Check



**Note.** The routing and account numbers may be in different places on your check.

Form 1040—Line 70

## Line 70

### Estimated Tax Penalty

 You must include household employment taxes reported on line 56 to see if you owe the penalty if line 58 is more than zero **or** you would owe the penalty even if you did not include those taxes. But if you entered an amount on Schedule H, line 7, include the total of that amount plus the amount on Form 1040, line 56.

You may owe this penalty if:

● Line 69 is at least $1,000 and it is more than 10% of the tax shown on your return or

● You did not pay enough estimated tax by any of the due dates. This is true even if you are due a refund.

For most people, the "tax shown on your return" is the amount on line 57 minus the total of any amounts shown on lines 60a and 62 and Forms 8828, 4137, 4136, and 5329 (Parts III, IV, V, VI, and VII only).

**Exceptions.** You will not owe the penalty if your 1999 tax return was for a tax year of 12 full months **and either** of the following applies.

**1.** You had no tax liability for 1999 and you were a U.S. citizen or resident for all of 1999 **or**

**2.** The total of lines 58, 59, and 61 on your 2000 return is at least as much as the tax liability shown on your 1999 return. Your estimated tax payments for 2000 must have been made on time and for the required amount.

 If your 1999 adjusted gross income was over $150,000 (over $75,000 if your 2000 filing status is married filing separately), item **2** above applies only if the total of lines 58, 59, and 61 on your 2000 return is at least 108.6% of the tax liability shown on your 1999 return. This rule does not apply to farmers and fishermen.

### Figuring the Penalty

If the **Exceptions** above do not apply and you choose to figure the penalty yourself, see **Form 2210** (or **2210-F** for farmers and fishermen) to find out if you owe the penalty. If you do, you can use the form to figure the amount. In certain situations, you may be able to lower your penalty. For details, see the Instructions for Form 2210 (or 2210-F). Enter the penalty on Form 1040, line 70. Add the penalty to any tax due and

enter the total on line 69. If you are due a refund, subtract the penalty from the overpayment you show on line 66. **Do not** file Form 2210 with your return unless Form 2210 indicates that you must do so. Instead, keep it for your records.

 Because Form 2210 is complicated, if you want to, you can leave line 70 blank and the IRS will figure the penalty and send you a bill. We will not charge you interest on the penalty if you pay by the date specified on the bill.

## Sign Your Return

Form 1040 is not considered a valid return unless you sign it. If you are filing a joint return, your spouse must also sign. If your spouse cannot sign the return, see **Pub. 501.** If you have someone prepare your return, you are still responsible for the correctness of the return. If you are filing a joint return as a surviving spouse, see **Death of a Taxpayer** on page 54.

### Child's Return

If your child cannot sign the return, either parent may sign the child's name in the space provided. Then, add "By (your signature), parent for minor child."

### Daytime Phone Number

Providing your daytime phone number may help speed the processing of your return. We may have questions about items on your return, such as the earned income credit, credit for child and dependent care expenses, etc. By answering our questions over the phone, we may be able to continue processing your return without mailing you a letter. If you are filing a joint return, you may enter either your or your spouse's daytime phone number.

### Paid Preparer Must Sign Your Return

Generally, anyone you pay to prepare your return must sign it by hand in the space provided. Signature stamps or labels cannot be used. The preparer must give you a copy of the return for your records. Someone who prepares your return but does not charge you should not sign your return.

## Paid Preparer Authorization

If you want to allow the IRS to discuss your 2000 tax return with the paid preparer who signed it, check the "Yes" box in the signature area of the return. This authorization applies only to the individual whose signature appears in the "Paid Preparer's Use Only" section of your return. It does not apply to the firm, if any, shown in that section.

If you check the "Yes" box, you, and your spouse if filing a joint return, are authorizing the IRS to call the paid preparer to answer any questions that may arise during the processing of your return. You are also authorizing the paid preparer to:

● Give the IRS any information that is missing from your return,

● Call the IRS for information about the processing of your return or the status of your refund or payment(s), and

● Respond to certain IRS notices that you have shared with the preparer about math errors, offsets, and return preparation. The notices will not be sent to the preparer.

You are not authorizing the paid preparer to receive any refund check, bind you to anything (including any additional tax liability), or otherwise represent you before the IRS. If you want to expand the paid preparer's authorization, see **Pub. 947.**

The authorization cannot be revoked. However, the authorization will automatically end no later than the due date (without regard to extensions) for filing your 2001 tax return. This is April 15, 2002, for most people.

## Assemble Your Return

Assemble any schedules and forms behind Form 1040 in order of the "Attachment Sequence No." shown in the upper right corner of the schedule or form. If you have supporting statements, arrange them in the same order as the schedules or forms they support and attach them last. **Do not** attach correspondence or other items unless required to do so. Attach a copy of Forms W-2, W-2G, and 2439 to the front of Form 1040. Also attach Form(s) 1099-R if tax was withheld.

*Need more information or forms? See page 7.*    - 52 -

# General Information

## How To Avoid Common Mistakes

Mistakes may delay your refund or result in notices being sent to you.

**1.** Make sure you entered the correct name and SSN for each dependent you claim on line 6c. Also, make sure you check the box in column (4) of line 6c for each dependent who is also a qualifying child for the child tax credit.

**2.** Check your math, especially for the child tax credit, earned income credit, taxable social security benefits, total income, itemized deductions or standard deduction, deduction for exemptions, taxable income, total tax, Federal income tax withheld, and refund or amount you owe.

**3.** Be sure you use the correct method to figure your tax. See the instructions for line 40 that begin on page 32.

**4.** Be sure to enter your social security number (SSN) in the space provided on page 1 of Form 1040. If you are married filing a joint or separate return, also enter your spouse's SSN. Be sure to enter your SSN in the space next to your name.

**5.** Make sure your name and address are correct on the peel-off label. If not, enter the correct information. If you did not get a peel-off label, enter your (and your spouse's) name in the same order as shown on your last return.

**6.** If you are taking the standard deduction and you checked any box on line 35a or you (or your spouse if filing jointly) can be claimed as a dependent on someone else's 2000 return, see page 31 to be sure you entered the correct amount on line 36.

**7.** If you received capital gain distributions but were not required to file Schedule D, make sure you check the box on line 13.

**8.** Remember to **sign** and date Form 1040 and enter your occupation.

**9.** Attach your W-2 form(s) and other required forms and schedules. Put all forms and schedules in the proper order. See **Assemble Your Return** on page 52.

**10.** If you owe tax and are paying by check or money order, be sure to include all the required information on your payment. See the instructions for line 69 on page 51 for details.

## What Are Your Rights as a Taxpayer?

You have the right to be treated fairly, professionally, promptly, and courteously by IRS employees. Our goal at the IRS is to protect your rights so that you will have the highest confidence in the integrity, efficiency, and fairness of our tax system. To ensure that you always receive such treatment, you should know about the many rights you have at each step of the tax process. For details, see **Pub. 1.**

## Innocent Spouse Relief

You may qualify for relief from liability for tax on a joint return if **(1)** there is an understatement of tax because your spouse omitted income or claimed false deductions or credits, **(2)** you are divorced, separated, or no longer living with your spouse, **or (3)** given all the facts and circumstances, it would not be fair to hold you liable for the tax. See **Form 8857** or **Pub. 971** for more details.

## Income Tax Withholding and Estimated Tax Payments for 2001

If the amount you owe or the amount you overpaid is large, you may want to file a new **Form W-4** with your employer to change the amount of income tax withheld from your 2001 pay. In general, you do not have to make estimated tax payments if you expect that your 2001 Form 1040 will show a tax refund **or** a tax balance due the IRS of less than $1,000. If your total estimated tax (including any household employment taxes or alternative minimum tax) for 2001 is $1,000 or more, see **Form 1040-ES.** It has a worksheet you can use to see if you have to make estimated tax payments. For more details, see **Pub. 505.**

## Do Both the Name and SSN on Your Tax Forms Agree With Your Social Security Card?

If not, certain deductions and credits may be reduced or disallowed, your refund may be delayed, and you may not receive credit for your social security earnings. If your Form W-2, Form 1099, or other tax document shows an incorrect SSN or name, notify your employer or the form-issuing agent as soon as possible to make sure your earnings are credited to your social security record. If the name or SSN on your social security card is incorrect, call the Social Security Administration at 1-800-772-1213.

## How Do You Make a Gift To Reduce the Public Debt?

If you wish to do so, make a check payable to "Bureau of the Public Debt." You can send it to: Bureau of the Public Debt, Department G, P.O. Box 2188, Parkersburg, WV 26106-2188. Or you can enclose the check with your income tax return when you file. Do not add your gift to any tax you may owe. See page 51 for details on how to pay any tax you owe.

 If you itemize your deductions for 2001, you may be able to deduct this gift.

## Address Change

If you move after you file, always notify the IRS in writing of your new address. To do this, you can use **Form 8822.**

## How Long Should Records Be Kept?

Keep a copy of your tax return, worksheets you used, and records of all items appearing on it (such as W-2 and 1099 forms) until the statute of limitations runs out for that return. Usually, this is 3 years from the date the return was due or filed, or 2 years from the date the tax was paid, whichever is later. You should keep some records longer. For

example, keep property records (including those on your home) as long as they are needed to figure the basis of the original or replacement property. For more details, see **Pub. 552.**

## Amended Return

File **Form 1040X** to change a return you already filed. Generally, Form 1040X must be filed within 3 years after the date the original return was filed, or within 2 years after the date the tax was paid, whichever is later. But you may have more time to file Form 1040X if you are physically or mentally unable to manage your financial affairs. See **Pub. 556** for details.

## Need a Copy of Your Tax Return?

If you need a copy of your tax return, use **Form 4506.** If you have questions about your account, call or write your local IRS office. If you want a printed copy of your account, it will be mailed to you free of charge.

## Death of a Taxpayer

If a taxpayer died before filing a return for 2000, the taxpayer's spouse or personal representative may have to file and sign a return for that taxpayer. A personal representative can be an executor, administrator, or anyone who is in charge of the deceased taxpayer's property. If the deceased taxpayer did not have to file a return but had tax withheld, a return must be filed to get a refund. The person who files the return should enter **"DECEASED,"** the deceased taxpayer's name, and the date of death across the top of the return.

If your spouse died in 2000 and you did not remarry in 2000, you can file a joint return. You can also file a joint return if your spouse died in 2001 before filing a return for 2000. A joint return should show your spouse's 2000 income before death and your income for all of 2000. Enter "Filing as surviving spouse" in the area where you sign the return. If someone else is the personal representative, he or she must also sign.

The surviving spouse or personal representative should promptly notify all payers of income, including financial institutions, of the taxpayer's death. This will ensure the proper reporting of income earned by the taxpayer's estate or heirs. A deceased taxpayer's social security number should not be used for tax years after the year of death, except for estate tax return purposes.

## Claiming a Refund for a Deceased Taxpayer

If you are filing a joint return as a surviving spouse, you only need to file the tax return to claim the refund. If you are a court-appointed representative, file the return and attach a copy of the certificate that shows your appointment. All other filers requesting the deceased taxpayer's refund must file the return and attach **Form 1310.**

For more details, use TeleTax topic 356 (see page 11) or see **Pub. 559.**



**CLICK.ZIP.FAST ROUND TRIP**

- ● **Fast Refunds**
  - ● **Secure**
    - ● **Accurate**

Join the 40 million taxpayers who *e-file*! You can file and get your refund or even pay electronically. IRS *e-file* offers fast, safe, accurate, and easy alternatives to traditional paper returns. There is a quick and automatic IRS computer check for errors or other missing information upon receipt of the tax return information. This year, more forms and schedules can be *e-filed*—even those with a foreign address! The chance of an audit of an *e-filed* tax return is no greater than a paper tax return. Millions of taxpayers just like you filed their tax returns electronically using an IRS *e-file* option because of the many benefits:

- ● **FREE Filing!**
- ● **Fast Refunds!**
- ● **Security!**
- ● **Accuracy!**
- ● **NEW Paperless Filing!**
- ● **Proof of Acceptance!**
- ● **Electronic Payments!**
- ● **File Federal and State Tax Returns Together!**

### Here's How You Can Participate in IRS *e-file*



**Use an Authorized IRS *e-file* Provider.** Many tax professionals file tax returns electronically for their clients. Ask for IRS *e-file.* You can prepare your own return and have a professional electronically transmit it to the IRS or you can have your return prepared and transmitted by a tax professional. Depending on the tax professional and the specific services requested, a fee may be charged. Look for the "Authorized IRS *e-file* Provider" sign or

check the IRS Web Site and click on "Electronic Services" for an "Authorized IRS *e-file* Provider" near you.

**IRS *e-file* Through Your Personal Computer.** You can file your tax return in a fast, safe, convenient way through your personal computer right from home. And now it's paperless! Find free filing opportunities at our Web Site, click on "Electronic Services" and then click on "IRS *e-file* Partners." For a list of software companies that participate in the IRS *e-file* program, visit our Web Site, click on "Electronic Services" and then click on "On-Line Filing Software Companies." Depending on which software program you use to file your taxes, you will need a modem and/or Internet access. IRS *e-file* using a personal computer is available 24 hours a day, 7 days a week.



**IRS *e-file* Using a Telephone.** For millions of eligible taxpayers, TeleFile is the easiest way to file. TeleFile allows you to file your simple Federal tax return using a touch-tone phone. Only taxpayers who met the qualifications for Form 1040EZ in the prior year may qualify to use TeleFile for the current year. A TeleFile Tax Package is automatically mailed to those who qualify. TeleFile is completely paperless—there are no forms to mail. Just complete the TeleFile Tax Record in the booklet, pick up a telephone, and call the toll-free number any time day or night. TeleFile usually takes about 10 minutes and it's absolutely FREE. **Parents: If your children receive a TeleFile Tax Package, please encourage them to use TeleFile.**

**IRS *e-file* Through Employers and Financial Institutions.** Some businesses offer free *e-file* to their employees, members, or customers. Others offer it for a fee. Ask your employer or financial institution if they offer IRS *e-file* as an employee, member, or customer benefit.

**Visit a VITA or TCE Site.** Volunteer Income Tax Assistance (VITA) and Tax Counseling for the Elderly (TCE) sites are open to low-income individuals, others who need help with their tax returns, and the elderly. Both programs are free and can be found in community locations such as libraries, colleges, universities, shopping malls, and retirement and senior centers. Find the closest VITA or TCE site by calling 1-800-829-1040. Remember to take your, your spouse's, and your dependent's social security card and other identifying documents. Ask for IRS *e-file* at these sites.

### More About IRS *e-file* Benefits

**Get a Fast Refund.** Choose Direct Deposit—a fast, simple, safe, secure way to have your Federal income tax refund deposited automatically into your checking or sav-

ings account. To choose Direct Deposit, taxpayers indicate on the refund portion of the electronic return, the financial institution's routing number, the account number, and the type of account—either checking or savings. Taxpayers who file electronically and choose Direct Deposit receive their refunds in less than half the time that paper filers do!

**Paperless Filing.** Paperless filing is available to most taxpayers who file electronically using tax preparation software or file through a tax professional. The process includes self-selecting a five-digit Personal Identification Number (PIN) and entering two pieces of information from your *1999 tax return.* If you don't have your 1999 return, call the IRS (see page 13) to get a free transcript of your account. It may take 7 to 10 days to receive the transcript. *Paperless filing is also available for first-time filers who were 16 or older on December 31, 2000.* There's nothing to sign and nothing to mail; not even your W-2s.

**Electronic Payment Options.** If you have a balance due, you can make your payment electronically.

*Direct Debit.* You can file and pay in a single step by authorizing a direct debit (automatic withdrawal) payment from your checking or savings account. This option is available through tax software packages, tax professionals, and TeleFile. If you select the direct debit payment option, you will be prompted to enter your account number, your financial institution's routing number, and account type (checking or savings). You can schedule the payment for a future date up to and including the tax return due date (April 16, 2001). Check with your financial institution to make sure that an automatic withdrawal is allowed and to get the correct routing and account numbers.

*Credit Card.* You can also file and pay in a single step by authorizing a credit card payment. This option is available through some tax software packages and tax professionals. Two other ways to pay by credit card are by phone or Internet (see page 51, "Amount You Owe" for details). Service providers charge a convenience fee for credit card payments.

**File Federal and State Tax Returns Together.** File Federal and state tax returns together using *e-file!* The tax preparation software automatically transfers relevant data from the Federal return to the state return as the information is entered. All states that have income taxes support *e-file.* Most states offer the same benefits that IRS *e-file* offers. Check the IRS Web Site for a list of companies that provide state on-line filing software.

**Form 1040PC Is History!** The IRS no longer accepts the Form 1040PC format. If you used Form 1040PC in the past, the IRS encourages you to file using the fastest, most accurate way to file—IRS *e-file!*

## Other Ways To Get Help

**Send Your Written Tax Questions to the IRS.** You should get an answer in about 30 days. If you do not have the address, call us. See page 13 for the number. Do not send questions with your return.

**Assistance With Your Return.** IRS offices can help you prepare your return. An assister will explain a Form 1040EZ, 1040A, or 1040 with Schedules A and B to you and other taxpayers in a group setting. You may also be able to file your return electronically by computer free of charge at some IRS offices. To find the IRS office nearest you, look in the phone book under "United States Government, Internal Revenue Service" or call us. See page 13 for the number.

**VITA and TCE.** These programs help older, disabled, low-income, and non-English-speaking people fill in their returns. For details, call us. See page 13 for the number. If you received a Federal income tax package in the mail, take it with you when you go for help. Also take a copy of your 1999 tax return if you have it. **Or** to find the nearest AARP Tax-Aide site, visit AARP's Web Site at www.aarp.org/taxaide or call **1-877-227-7844.**

**On-Line Services.** If you subscribe to an on-line service, ask about on-line filing or tax information.

**Large-Print Forms and Instructions. Pub. 1614** has large-print copies of Form 1040, Schedules A, B, D, E, EIC, and R, and Form 1040-V, and their instructions. You can use the large-print forms and schedules as worksheets to figure your tax, but you cannot file on them. You can get Pub. 1614 by phone or mail. See pages 7 and 57.

**Help for People With Disabilities.** Telephone help is available using TTY/TDD equipment. See page 13 for the number. Braille materials are available at libraries that have special services for people with disabilities.

## Interest and Penalties

 **TIP** You do not have to figure the amount of any interest or penalties you may owe. Because figuring these amounts can be complicated, we will do it for you if you want. We will send you a bill for any amount due.

If you include interest or penalties (other than the estimated tax penalty) with your payment, identify and enter the amount in the bottom margin of Form 1040, page 2. Please **do not** include interest or penalties (other than the estimated tax penalty) in the **amount you owe** on line 69.

### Interest

We will charge you interest on taxes not paid by their due date, even if an extension of time to file is granted. We will also charge you interest on penalties imposed for failure to file, negligence, fraud, substantial valuation misstatements, and substantial understatements of tax. Interest is charged on the penalty from the due date of the return (including extensions).

### Penalties

**Late Filing.** If you do not file your return by the due date (including extensions), the penalty is usually 5% of the amount due for each month or part of a month your return is late, unless you have a reasonable explanation. If you do, attach it to your return. The penalty can be as much as 25% (more in some cases) of the tax due. If your return is more than 60 days late, the minimum penalty will be $100 or the amount of any tax you owe, whichever is smaller.

**Late Payment of Tax.** If you pay your taxes late, the penalty is usually ½ of 1% of the unpaid amount for each month or part of a month the tax is not paid. The penalty can be as much as 25% of the unpaid amount. It applies to any unpaid tax on the return. This penalty is in addition to interest charges on late payments.

**Frivolous Return.** In addition to any other penalties, the law imposes a penalty of $500 for filing a frivolous return. A frivolous return is one that does not contain information needed to figure the correct tax or shows a substantially incorrect tax because you take a frivolous position or desire to delay or interfere with the tax laws. This includes altering or striking out the preprinted language above the space where you sign.

**Other.** Other penalties can be imposed for negligence, substantial understatement of tax, and fraud. Criminal penalties may be imposed for willful failure to file, tax evasion, or making a false statement. See **Pub. 17** for details on some of these penalties.

# Disclosure, Privacy Act, and Paperwork Reduction Act Notice

The IRS Restructuring and Reform Act of 1998, the Privacy Act of 1974, and Paperwork Reduction Act of 1980 require that when we ask you for information we must first tell you our legal right to ask for the information, why we are asking for it, and how it will be used. We must also tell you what could happen if we do not receive it and whether your response is voluntary, required to obtain a benefit, or mandatory under the law.

This notice applies to all papers you file with us, including this tax return. It also applies to any questions we need to ask you so we can complete, correct, or process your return; figure your tax; and collect tax, interest, or penalties.

Our legal right to ask for information is Internal Revenue Code sections 6001, 6011, and 6012(a) and their regulations. They say that you must file a return or statement with us for any tax you are liable for. Your response is mandatory under these sections. Code section 6109 requires that you provide your social security number or individual taxpayer identification number on what you file. This is so we know who you are, and can process your return and other papers. You must fill in all parts of the tax form that apply to you. But you do not have to check the boxes for the Presidential Election Campaign Fund or for authorizing the IRS to discuss your return with the paid preparer shown. You also do not have to provide your daytime phone number.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

We ask for tax return information to carry out the tax laws of the United States. We need it to figure and collect the right amount of tax.

If you do not file a return, do not provide the information we ask for, or provide fraudulent information, you may be charged penalties and be subject to criminal prosecution. We may also have to disallow the exemptions, exclusions, credits, deductions, or adjustments shown on the tax return. This could make the tax higher or delay any refund. Interest may also be charged.

Generally, tax returns and return information are confidential, as stated in Code section 6103. However, Code section 6103 allows or requires the Internal Revenue Service to disclose or give the information shown on your tax return to others as described in the Code. For example, we may disclose your tax information to the Department of Justice, to enforce the tax laws, both civil and criminal, and to cities, states, the District of Columbia, U.S. commonwealths or possessions, and certain foreign governments to carry out their tax laws. We may disclose your tax information to the Department of Treasury and contractors for tax administration purposes; and to other persons as necessary to obtain information which we cannot get in any other way in order to determine the amount of or to collect the tax you owe. We may disclose your tax information to the Comptroller General of the United States to permit the Comptroller General to review the Internal Revenue Service. We may also disclose your tax information to Committees of Congress; Federal, state, and local child support agencies; and to other Federal agencies for the purposes of determining entitlement for benefits or the eligibility for and the repayment of loans.

Please keep this notice with your records. It may help you if we ask you for other information. If you have questions about the rules for filing and giving information, please call or visit any Internal Revenue Service office.

## The Time It Takes To Prepare Your Return

We try to create forms and instructions that can be easily understood. Often this is difficult to do because our tax laws are very complex. For some people with income mostly from wages, filling in the forms is easy. For others who have businesses, pensions, stocks, rental income, or other investments, it is more difficult.

## We Welcome Comments on Forms

If you have comments concerning the accuracy of the time estimates shown below or suggestions for making these forms simpler, we would be happy to hear from you. You can e-mail us your suggestions and comments through the IRS Internet Home Page (www.irs.gov/help/email.html) or write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. **Do not** send your return to this address. Instead, see the back cover.

## Estimated Preparation Time

The time needed to complete and file Form 1040, its schedules, and accompanying worksheets will vary depending on individual circumstances. The estimated average times are:

| Form | Recordkeeping | Learning about the law or the form | Preparing the form | Copying, assembling, and sending the form to the IRS | Totals |
|---|---|---|---|---|---|
| Form 1040 | 2 hr., 45 min. | 3 hr., 25 min. | 6 hr., 16 min. | 35 min. | 13 hr., 1 min. |
| Sch. A | 3 hr., 4 min. | 39 min. | 1 hr., 34 min. | 20 min. | 5 hr., 37 min. |
| Sch. B | 33 min. | 8 min. | 25 min. | 20 min. | 1 hr., 26 min. |
| Sch. C | 6 hr., 2 min. | 1 hr., 21 min. | 2 hr., 19 min. | 41 min. | 10 hr., 23 min. |
| Sch. C-EZ | 45 min. | 3 min. | 35 min. | 20 min. | 1 hr., 43 min. |
| Sch. D | 1 hr., 30 min. | 3 hr., 4 min. | 1 hr., 50 min. | 34 min. | 6 hr., 58 min. |
| Sch. D-1 | 13 min. | 1 min. | 11 min. | 34 min. | 59 min. |
| Sch. E | 3 hr., 3 min. | 1 hr., 1 min. | 1 hr., 25 min. | 34 min. | 6 hr., 3 min. |
| Sch. EIC | - - - - - | 1 min. | 13 min. | 20 min. | 34 min. |
| Sch. F: | | | | | |
|    Cash Method | 3 hr., 29 min. | 36 min. | 1 hr., 27 min. | 20 min. | 5 hr., 52 min. |
|    Accrual Method | 3 hr., 36 min. | 26 min. | 1 hr., 25 min. | 20 min. | 5 hr., 47 min. |
| Sch. H | 1 hr., 38 min. | 30 min. | 53 min. | 34 min. | 3 hr., 35 min. |
| Sch. J | 19 min. | 10 min. | 1 hr., 11 min. | 20 min. | 2 hr. |
| Sch. R | 19 min. | 15 min. | 30 min. | 34 min. | 1 hr., 38 min. |
| Sch. SE: | | | | | |
|    Short | 13 min. | 14 min. | 12 min. | 13 min. | 52 min. |
|    Long | 26 min. | 20 min. | 33 min. | 20 min. | 1 hr., 39 min. |

# Order Blank for Forms and Publications

The most frequently ordered forms and publications are listed on the order blank below. See pages 8 through 10 for the titles of the forms and publications. We will mail you two copies of each form and one copy of each publication you order. To help reduce waste, please order only the items you need to prepare your return.

 **TIP** For faster ways of getting the items you need, such as by computer or fax, see page 7.

## How To Use the Order Blank

Circle the items you need on the order blank below. Use the blank spaces to order items not listed. If you need more space, attach a separate sheet of paper.

Print or type your name and address accurately in the space provided below. An accurate address is necessary to ensure delivery of your order. Cut the order blank on the dotted line. Enclose the order blank in your own envelope and send it to the IRS address shown below that applies to you. You should receive your order within 10 days after we receive your request.

**Do not** send your tax return to any of the addresses listed on this page. Instead, see the back cover.



### Where To Mail Your Order Blank for Free Forms and Publications

| IF you live in the . . . | THEN mail to . . . | AT this address . . . |
|---|---|---|
| Western United States | Western Area Distribution Center | Rancho Cordova, CA 95743-0001 |
| Central United States | Central Area Distribution Center | P.O. Box 8903 Bloomington, IL 61702-8903 |
| Eastern United States or a foreign country | Eastern Area Distribution Center | P.O. Box 85074 Richmond, VA 23261-5074 |

*Detach at this line*

## Order Blank

**Fill in your name and address.**

Name

Number and street _____ Apt./Suite/Room

City _____ State _____ ZIP code

Foreign country _____ International postal code

Daytime phone number
(        )

The items in bold may be picked up at many IRS offices, post offices, and libraries. You may also download all these items from the Internet at www.irs.gov or place an electronic order for them.

**Circle the forms and publications you need. The instructions for any form you order will be included.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1040** | Schedule F (1040) | Schedule 3 (1040A) | 2441 | 8812 | Pub. 463 | Pub. 527 | Pub. 910 |
| **Schedules A&B (1040)** | Schedule H (1040) | **1040EZ** | 3903 | 8822 | Pub. 501 | Pub. 529 | Pub. 926 |
| Schedule C (1040) | Schedule J (1040) | 1040-ES (2001) | 4562 | 8829 | Pub. 502 | Pub. 535 | Pub. 929 |
| Schedule C-EZ (1040) | Schedule R (1040) | 1040-V | 4868 | 8863 | Pub. 505 | Pub. 550 | Pub. 936 |
| Schedule D (1040) | Schedule SE (1040) | 1040X | 5329 | 9465 | Pub. 508 | Pub. 554 | Pub. 970 |
| Schedule D-1 (1040) | **1040A** | 2106 | 8283 | Pub. 1 | Pub. 521 | Pub. 575 | Pub. 972 |
| Schedule E (1040) | **Schedule 1 (1040A)** | 2106-EZ | 8582 | Pub. 17 | Pub. 523 | Pub. 590 | |
| **Schedule EIC (1040A or 1040)** | **Schedule 2 (1040A)** | 2210 | 8606 | Pub. 334 | Pub. 525 | Pub. 596 | |

N

# 2000 Tax Table

**Use if your taxable income is less than $100,000.**
**If $100,000 or more, use the Tax Rate Schedules.**

**Example.** Mr. and Mrs. Brown are filing a joint return. Their taxable income on line 39 of Form 1040 is $25,300. First, they find the $25,300–25,350 income line. Next, they find the column for married filing jointly and read down the column. The amount shown where the income line and filing status column meet is $3,799. This is the tax amount they should enter on line 40 of their Form 1040.

### Sample Table

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| | | **Your tax is—** | | | |
| 25,200 | 25,250 | 3,784 | 3,784 | 4,213 | 3,784 |
| 25,250 | 25,300 | 3,791 | 3,791 | 4,227 | 3,791 |
| 25,300 | 25,350 | 3,799 | (3,799) | 4,241 | 3,799 |
| 25,350 | 25,400 | 3,806 | 3,806 | 4,255 | 3,806 |

| If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing sepa-rately | Head of a house-hold | At least | But less than | Single | Married filing jointly * | Married filing sepa-rately | Head of a house-hold | At least | But less than | Single | Married filing jointly * | Married filing sepa-rately | Head of a house-hold |
| | | **Your tax is—** | | | | | | **Your tax is—** | | | | | | **Your tax is—** | | | |
| 0 | 5 | 0 | 0 | 0 | 0 | 1,300 | 1,325 | 197 | 197 | 197 | 197 | 2,700 | 2,725 | 407 | 407 | 407 | 407 |
| 5 | 15 | 2 | 2 | 2 | 2 | 1,325 | 1,350 | 201 | 201 | 201 | 201 | 2,725 | 2,750 | 411 | 411 | 411 | 411 |
| 15 | 25 | 3 | 3 | 3 | 3 | 1,350 | 1,375 | 204 | 204 | 204 | 204 | 2,750 | 2,775 | 414 | 414 | 414 | 414 |
| 25 | 50 | 6 | 6 | 6 | 6 | 1,375 | 1,400 | 208 | 208 | 208 | 208 | 2,775 | 2,800 | 418 | 418 | 418 | 418 |
| 50 | 75 | 9 | 9 | 9 | 9 | 1,400 | 1,425 | 212 | 212 | 212 | 212 | 2,800 | 2,825 | 422 | 422 | 422 | 422 |
| 75 | 100 | 13 | 13 | 13 | 13 | 1,425 | 1,450 | 216 | 216 | 216 | 216 | 2,825 | 2,850 | 426 | 426 | 426 | 426 |
| 100 | 125 | 17 | 17 | 17 | 17 | 1,450 | 1,475 | 219 | 219 | 219 | 219 | 2,850 | 2,875 | 429 | 429 | 429 | 429 |
| 125 | 150 | 21 | 21 | 21 | 21 | 1,475 | 1,500 | 223 | 223 | 223 | 223 | 2,875 | 2,900 | 433 | 433 | 433 | 433 |
| 150 | 175 | 24 | 24 | 24 | 24 | 1,500 | 1,525 | 227 | 227 | 227 | 227 | 2,900 | 2,925 | 437 | 437 | 437 | 437 |
| 175 | 200 | 28 | 28 | 28 | 28 | 1,525 | 1,550 | 231 | 231 | 231 | 231 | 2,925 | 2,950 | 441 | 441 | 441 | 441 |
| 200 | 225 | 32 | 32 | 32 | 32 | 1,550 | 1,575 | 234 | 234 | 234 | 234 | 2,950 | 2,975 | 444 | 444 | 444 | 444 |
| 225 | 250 | 36 | 36 | 36 | 36 | 1,575 | 1,600 | 238 | 238 | 238 | 238 | 2,975 | 3,000 | 448 | 448 | 448 | 448 |
| 250 | 275 | 39 | 39 | 39 | 39 | 1,600 | 1,625 | 242 | 242 | 242 | 242 | | | | | | |
| 275 | 300 | 43 | 43 | 43 | 43 | 1,625 | 1,650 | 246 | 246 | 246 | 246 | **3,000** | | | | | |
| 300 | 325 | 47 | 47 | 47 | 47 | 1,650 | 1,675 | 249 | 249 | 249 | 249 | 3,000 | 3,050 | 454 | 454 | 454 | 454 |
| 325 | 350 | 51 | 51 | 51 | 51 | 1,675 | 1,700 | 253 | 253 | 253 | 253 | 3,050 | 3,100 | 461 | 461 | 461 | 461 |
| 350 | 375 | 54 | 54 | 54 | 54 | 1,700 | 1,725 | 257 | 257 | 257 | 257 | 3,100 | 3,150 | 469 | 469 | 469 | 469 |
| 375 | 400 | 58 | 58 | 58 | 58 | 1,725 | 1,750 | 261 | 261 | 261 | 261 | 3,150 | 3,200 | 476 | 476 | 476 | 476 |
| 400 | 425 | 62 | 62 | 62 | 62 | 1,750 | 1,775 | 264 | 264 | 264 | 264 | 3,200 | 3,250 | 484 | 484 | 484 | 484 |
| 425 | 450 | 66 | 66 | 66 | 66 | 1,775 | 1,800 | 268 | 268 | 268 | 268 | 3,250 | 3,300 | 491 | 491 | 491 | 491 |
| 450 | 475 | 69 | 69 | 69 | 69 | 1,800 | 1,825 | 272 | 272 | 272 | 272 | 3,300 | 3,350 | 499 | 499 | 499 | 499 |
| 475 | 500 | 73 | 73 | 73 | 73 | 1,825 | 1,850 | 276 | 276 | 276 | 276 | 3,350 | 3,400 | 506 | 506 | 506 | 506 |
| 500 | 525 | 77 | 77 | 77 | 77 | 1,850 | 1,875 | 279 | 279 | 279 | 279 | 3,400 | 3,450 | 514 | 514 | 514 | 514 |
| 525 | 550 | 81 | 81 | 81 | 81 | 1,875 | 1,900 | 283 | 283 | 283 | 283 | 3,450 | 3,500 | 521 | 521 | 521 | 521 |
| 550 | 575 | 84 | 84 | 84 | 84 | 1,900 | 1,925 | 287 | 287 | 287 | 287 | 3,500 | 3,550 | 529 | 529 | 529 | 529 |
| 575 | 600 | 88 | 88 | 88 | 88 | 1,925 | 1,950 | 291 | 291 | 291 | 291 | 3,550 | 3,600 | 536 | 536 | 536 | 536 |
| 600 | 625 | 92 | 92 | 92 | 92 | 1,950 | 1,975 | 294 | 294 | 294 | 294 | 3,600 | 3,650 | 544 | 544 | 544 | 544 |
| 625 | 650 | 96 | 96 | 96 | 96 | 1,975 | 2,000 | 298 | 298 | 298 | 298 | 3,650 | 3,700 | 551 | 551 | 551 | 551 |
| 650 | 675 | 99 | 99 | 99 | 99 | | | | | | | 3,700 | 3,750 | 559 | 559 | 559 | 559 |
| 675 | 700 | 103 | 103 | 103 | 103 | **2,000** | | | | | | 3,750 | 3,800 | 566 | 566 | 566 | 566 |
| 700 | 725 | 107 | 107 | 107 | 107 | 2,000 | 2,025 | 302 | 302 | 302 | 302 | 3,800 | 3,850 | 574 | 574 | 574 | 574 |
| 725 | 750 | 111 | 111 | 111 | 111 | 2,025 | 2,050 | 306 | 306 | 306 | 306 | 3,850 | 3,900 | 581 | 581 | 581 | 581 |
| 750 | 775 | 114 | 114 | 114 | 114 | 2,050 | 2,075 | 309 | 309 | 309 | 309 | 3,900 | 3,950 | 589 | 589 | 589 | 589 |
| 775 | 800 | 118 | 118 | 118 | 118 | 2,075 | 2,100 | 313 | 313 | 313 | 313 | 3,950 | 4,000 | 596 | 596 | 596 | 596 |
| 800 | 825 | 122 | 122 | 122 | 122 | 2,100 | 2,125 | 317 | 317 | 317 | 317 | | | | | | |
| 825 | 850 | 126 | 126 | 126 | 126 | 2,125 | 2,150 | 321 | 321 | 321 | 321 | **4,000** | | | | | |
| 850 | 875 | 129 | 129 | 129 | 129 | 2,150 | 2,175 | 324 | 324 | 324 | 324 | 4,000 | 4,050 | 604 | 604 | 604 | 604 |
| 875 | 900 | 133 | 133 | 133 | 133 | 2,175 | 2,200 | 328 | 328 | 328 | 328 | 4,050 | 4,100 | 611 | 611 | 611 | 611 |
| 900 | 925 | 137 | 137 | 137 | 137 | 2,200 | 2,225 | 332 | 332 | 332 | 332 | 4,100 | 4,150 | 619 | 619 | 619 | 619 |
| 925 | 950 | 141 | 141 | 141 | 141 | 2,225 | 2,250 | 336 | 336 | 336 | 336 | 4,150 | 4,200 | 626 | 626 | 626 | 626 |
| 950 | 975 | 144 | 144 | 144 | 144 | 2,250 | 2,275 | 339 | 339 | 339 | 339 | 4,200 | 4,250 | 634 | 634 | 634 | 634 |
| 975 | 1,000 | 148 | 148 | 148 | 148 | 2,275 | 2,300 | 343 | 343 | 343 | 343 | 4,250 | 4,300 | 641 | 641 | 641 | 641 |
| **1,000** | | | | | | 2,300 | 2,325 | 347 | 347 | 347 | 347 | 4,300 | 4,350 | 649 | 649 | 649 | 649 |
| | | | | | | 2,325 | 2,350 | 351 | 351 | 351 | 351 | 4,350 | 4,400 | 656 | 656 | 656 | 656 |
| 1,000 | 1,025 | 152 | 152 | 152 | 152 | 2,350 | 2,375 | 354 | 354 | 354 | 354 | 4,400 | 4,450 | 664 | 664 | 664 | 664 |
| 1,025 | 1,050 | 156 | 156 | 156 | 156 | 2,375 | 2,400 | 358 | 358 | 358 | 358 | 4,450 | 4,500 | 671 | 671 | 671 | 671 |
| 1,050 | 1,075 | 159 | 159 | 159 | 159 | 2,400 | 2,425 | 362 | 362 | 362 | 362 | 4,500 | 4,550 | 679 | 679 | 679 | 679 |
| 1,075 | 1,100 | 163 | 163 | 163 | 163 | 2,425 | 2,450 | 366 | 366 | 366 | 366 | 4,550 | 4,600 | 686 | 686 | 686 | 686 |
| 1,100 | 1,125 | 167 | 167 | 167 | 167 | 2,450 | 2,475 | 369 | 369 | 369 | 369 | 4,600 | 4,650 | 694 | 694 | 694 | 694 |
| 1,125 | 1,150 | 171 | 171 | 171 | 171 | 2,475 | 2,500 | 373 | 373 | 373 | 373 | 4,650 | 4,700 | 701 | 701 | 701 | 701 |
| 1,150 | 1,175 | 174 | 174 | 174 | 174 | 2,500 | 2,525 | 377 | 377 | 377 | 377 | 4,700 | 4,750 | 709 | 709 | 709 | 709 |
| 1,175 | 1,200 | 178 | 178 | 178 | 178 | 2,525 | 2,550 | 381 | 381 | 381 | 381 | 4,750 | 4,800 | 716 | 716 | 716 | 716 |
| 1,200 | 1,225 | 182 | 182 | 182 | 182 | 2,550 | 2,575 | 384 | 384 | 384 | 384 | 4,800 | 4,850 | 724 | 724 | 724 | 724 |
| 1,225 | 1,250 | 186 | 186 | 186 | 186 | 2,575 | 2,600 | 388 | 388 | 388 | 388 | 4,850 | 4,900 | 731 | 731 | 731 | 731 |
| 1,250 | 1,275 | 189 | 189 | 189 | 189 | 2,600 | 2,625 | 392 | 392 | 392 | 392 | 4,900 | 4,950 | 739 | 739 | 739 | 739 |
| 1,275 | 1,300 | 193 | 193 | 193 | 193 | 2,625 | 2,650 | 396 | 396 | 396 | 396 | 4,950 | 5,000 | 746 | 746 | 746 | 746 |
| | | | | | | 2,650 | 2,675 | 399 | 399 | 399 | 399 | | | | | | |
| | | | | | | 2,675 | 2,700 | 403 | 403 | 403 | 403 | | | | | | |

*(Continued on page 60)*

* This column must also be used by a qualifying widow(er).

-59-

**2000 Tax Table—Continued**

### 5,000

| If line 39 (taxable income) is— At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 5,000 | 5,050 | 754 | 754 | 754 | 754 |
| 5,050 | 5,100 | 761 | 761 | 761 | 761 |
| 5,100 | 5,150 | 769 | 769 | 769 | 769 |
| 5,150 | 5,200 | 776 | 776 | 776 | 776 |
| 5,200 | 5,250 | 784 | 784 | 784 | 784 |
| 5,250 | 5,300 | 791 | 791 | 791 | 791 |
| 5,300 | 5,350 | 799 | 799 | 799 | 799 |
| 5,350 | 5,400 | 806 | 806 | 806 | 806 |
| 5,400 | 5,450 | 814 | 814 | 814 | 814 |
| 5,450 | 5,500 | 821 | 821 | 821 | 821 |
| 5,500 | 5,550 | 829 | 829 | 829 | 829 |
| 5,550 | 5,600 | 836 | 836 | 836 | 836 |
| 5,600 | 5,650 | 844 | 844 | 844 | 844 |
| 5,650 | 5,700 | 851 | 851 | 851 | 851 |
| 5,700 | 5,750 | 859 | 859 | 859 | 859 |
| 5,750 | 5,800 | 866 | 866 | 866 | 866 |
| 5,800 | 5,850 | 874 | 874 | 874 | 874 |
| 5,850 | 5,900 | 881 | 881 | 881 | 881 |
| 5,900 | 5,950 | 889 | 889 | 889 | 889 |
| 5,950 | 6,000 | 896 | 896 | 896 | 896 |

### 6,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 6,000 | 6,050 | 904 | 904 | 904 | 904 |
| 6,050 | 6,100 | 911 | 911 | 911 | 911 |
| 6,100 | 6,150 | 919 | 919 | 919 | 919 |
| 6,150 | 6,200 | 926 | 926 | 926 | 926 |
| 6,200 | 6,250 | 934 | 934 | 934 | 934 |
| 6,250 | 6,300 | 941 | 941 | 941 | 941 |
| 6,300 | 6,350 | 949 | 949 | 949 | 949 |
| 6,350 | 6,400 | 956 | 956 | 956 | 956 |
| 6,400 | 6,450 | 964 | 964 | 964 | 964 |
| 6,450 | 6,500 | 971 | 971 | 971 | 971 |
| 6,500 | 6,550 | 979 | 979 | 979 | 979 |
| 6,550 | 6,600 | 986 | 986 | 986 | 986 |
| 6,600 | 6,650 | 994 | 994 | 994 | 994 |
| 6,650 | 6,700 | 1,001 | 1,001 | 1,001 | 1,001 |
| 6,700 | 6,750 | 1,009 | 1,009 | 1,009 | 1,009 |
| 6,750 | 6,800 | 1,016 | 1,016 | 1,016 | 1,016 |
| 6,800 | 6,850 | 1,024 | 1,024 | 1,024 | 1,024 |
| 6,850 | 6,900 | 1,031 | 1,031 | 1,031 | 1,031 |
| 6,900 | 6,950 | 1,039 | 1,039 | 1,039 | 1,039 |
| 6,950 | 7,000 | 1,046 | 1,046 | 1,046 | 1,046 |

### 7,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 7,000 | 7,050 | 1,054 | 1,054 | 1,054 | 1,054 |
| 7,050 | 7,100 | 1,061 | 1,061 | 1,061 | 1,061 |
| 7,100 | 7,150 | 1,069 | 1,069 | 1,069 | 1,069 |
| 7,150 | 7,200 | 1,076 | 1,076 | 1,076 | 1,076 |
| 7,200 | 7,250 | 1,084 | 1,084 | 1,084 | 1,084 |
| 7,250 | 7,300 | 1,091 | 1,091 | 1,091 | 1,091 |
| 7,300 | 7,350 | 1,099 | 1,099 | 1,099 | 1,099 |
| 7,350 | 7,400 | 1,106 | 1,106 | 1,106 | 1,106 |
| 7,400 | 7,450 | 1,114 | 1,114 | 1,114 | 1,114 |
| 7,450 | 7,500 | 1,121 | 1,121 | 1,121 | 1,121 |
| 7,500 | 7,550 | 1,129 | 1,129 | 1,129 | 1,129 |
| 7,550 | 7,600 | 1,136 | 1,136 | 1,136 | 1,136 |
| 7,600 | 7,650 | 1,144 | 1,144 | 1,144 | 1,144 |
| 7,650 | 7,700 | 1,151 | 1,151 | 1,151 | 1,151 |
| 7,700 | 7,750 | 1,159 | 1,159 | 1,159 | 1,159 |
| 7,750 | 7,800 | 1,166 | 1,166 | 1,166 | 1,166 |
| 7,800 | 7,850 | 1,174 | 1,174 | 1,174 | 1,174 |
| 7,850 | 7,900 | 1,181 | 1,181 | 1,181 | 1,181 |
| 7,900 | 7,950 | 1,189 | 1,189 | 1,189 | 1,189 |
| 7,950 | 8,000 | 1,196 | 1,196 | 1,196 | 1,196 |

### 8,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 8,000 | 8,050 | 1,204 | 1,204 | 1,204 | 1,204 |
| 8,050 | 8,100 | 1,211 | 1,211 | 1,211 | 1,211 |
| 8,100 | 8,150 | 1,219 | 1,219 | 1,219 | 1,219 |
| 8,150 | 8,200 | 1,226 | 1,226 | 1,226 | 1,226 |
| 8,200 | 8,250 | 1,234 | 1,234 | 1,234 | 1,234 |
| 8,250 | 8,300 | 1,241 | 1,241 | 1,241 | 1,241 |
| 8,300 | 8,350 | 1,249 | 1,249 | 1,249 | 1,249 |
| 8,350 | 8,400 | 1,256 | 1,256 | 1,256 | 1,256 |
| 8,400 | 8,450 | 1,264 | 1,264 | 1,264 | 1,264 |
| 8,450 | 8,500 | 1,271 | 1,271 | 1,271 | 1,271 |
| 8,500 | 8,550 | 1,279 | 1,279 | 1,279 | 1,279 |
| 8,550 | 8,600 | 1,286 | 1,286 | 1,286 | 1,286 |
| 8,600 | 8,650 | 1,294 | 1,294 | 1,294 | 1,294 |
| 8,650 | 8,700 | 1,301 | 1,301 | 1,301 | 1,301 |
| 8,700 | 8,750 | 1,309 | 1,309 | 1,309 | 1,309 |
| 8,750 | 8,800 | 1,316 | 1,316 | 1,316 | 1,316 |
| 8,800 | 8,850 | 1,324 | 1,324 | 1,324 | 1,324 |
| 8,850 | 8,900 | 1,331 | 1,331 | 1,331 | 1,331 |
| 8,900 | 8,950 | 1,339 | 1,339 | 1,339 | 1,339 |
| 8,950 | 9,000 | 1,346 | 1,346 | 1,346 | 1,346 |

### 9,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 9,000 | 9,050 | 1,354 | 1,354 | 1,354 | 1,354 |
| 9,050 | 9,100 | 1,361 | 1,361 | 1,361 | 1,361 |
| 9,100 | 9,150 | 1,369 | 1,369 | 1,369 | 1,369 |
| 9,150 | 9,200 | 1,376 | 1,376 | 1,376 | 1,376 |
| 9,200 | 9,250 | 1,384 | 1,384 | 1,384 | 1,384 |
| 9,250 | 9,300 | 1,391 | 1,391 | 1,391 | 1,391 |
| 9,300 | 9,350 | 1,399 | 1,399 | 1,399 | 1,399 |
| 9,350 | 9,400 | 1,406 | 1,406 | 1,406 | 1,406 |
| 9,400 | 9,450 | 1,414 | 1,414 | 1,414 | 1,414 |
| 9,450 | 9,500 | 1,421 | 1,421 | 1,421 | 1,421 |
| 9,500 | 9,550 | 1,429 | 1,429 | 1,429 | 1,429 |
| 9,550 | 9,600 | 1,436 | 1,436 | 1,436 | 1,436 |
| 9,600 | 9,650 | 1,444 | 1,444 | 1,444 | 1,444 |
| 9,650 | 9,700 | 1,451 | 1,451 | 1,451 | 1,451 |
| 9,700 | 9,750 | 1,459 | 1,459 | 1,459 | 1,459 |
| 9,750 | 9,800 | 1,466 | 1,466 | 1,466 | 1,466 |
| 9,800 | 9,850 | 1,474 | 1,474 | 1,474 | 1,474 |
| 9,850 | 9,900 | 1,481 | 1,481 | 1,481 | 1,481 |
| 9,900 | 9,950 | 1,489 | 1,489 | 1,489 | 1,489 |
| 9,950 | 10,000 | 1,496 | 1,496 | 1,496 | 1,496 |

### 10,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 10,000 | 10,050 | 1,504 | 1,504 | 1,504 | 1,504 |
| 10,050 | 10,100 | 1,511 | 1,511 | 1,511 | 1,511 |
| 10,100 | 10,150 | 1,519 | 1,519 | 1,519 | 1,519 |
| 10,150 | 10,200 | 1,526 | 1,526 | 1,526 | 1,526 |
| 10,200 | 10,250 | 1,534 | 1,534 | 1,534 | 1,534 |
| 10,250 | 10,300 | 1,541 | 1,541 | 1,541 | 1,541 |
| 10,300 | 10,350 | 1,549 | 1,549 | 1,549 | 1,549 |
| 10,350 | 10,400 | 1,556 | 1,556 | 1,556 | 1,556 |
| 10,400 | 10,450 | 1,564 | 1,564 | 1,564 | 1,564 |
| 10,450 | 10,500 | 1,571 | 1,571 | 1,571 | 1,571 |
| 10,500 | 10,550 | 1,579 | 1,579 | 1,579 | 1,579 |
| 10,550 | 10,600 | 1,586 | 1,586 | 1,586 | 1,586 |
| 10,600 | 10,650 | 1,594 | 1,594 | 1,594 | 1,594 |
| 10,650 | 10,700 | 1,601 | 1,601 | 1,601 | 1,601 |
| 10,700 | 10,750 | 1,609 | 1,609 | 1,609 | 1,609 |
| 10,750 | 10,800 | 1,616 | 1,616 | 1,616 | 1,616 |
| 10,800 | 10,850 | 1,624 | 1,624 | 1,624 | 1,624 |
| 10,850 | 10,900 | 1,631 | 1,631 | 1,631 | 1,631 |
| 10,900 | 10,950 | 1,639 | 1,639 | 1,639 | 1,639 |
| 10,950 | 11,000 | 1,646 | 1,646 | 1,646 | 1,646 |

### 11,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 11,000 | 11,050 | 1,654 | 1,654 | 1,654 | 1,654 |
| 11,050 | 11,100 | 1,661 | 1,661 | 1,661 | 1,661 |
| 11,100 | 11,150 | 1,669 | 1,669 | 1,669 | 1,669 |
| 11,150 | 11,200 | 1,676 | 1,676 | 1,676 | 1,676 |
| 11,200 | 11,250 | 1,684 | 1,684 | 1,684 | 1,684 |
| 11,250 | 11,300 | 1,691 | 1,691 | 1,691 | 1,691 |
| 11,300 | 11,350 | 1,699 | 1,699 | 1,699 | 1,699 |
| 11,350 | 11,400 | 1,706 | 1,706 | 1,706 | 1,706 |
| 11,400 | 11,450 | 1,714 | 1,714 | 1,714 | 1,714 |
| 11,450 | 11,500 | 1,721 | 1,721 | 1,721 | 1,721 |
| 11,500 | 11,550 | 1,729 | 1,729 | 1,729 | 1,729 |
| 11,550 | 11,600 | 1,736 | 1,736 | 1,736 | 1,736 |
| 11,600 | 11,650 | 1,744 | 1,744 | 1,744 | 1,744 |
| 11,650 | 11,700 | 1,751 | 1,751 | 1,751 | 1,751 |
| 11,700 | 11,750 | 1,759 | 1,759 | 1,759 | 1,759 |
| 11,750 | 11,800 | 1,766 | 1,766 | 1,766 | 1,766 |
| 11,800 | 11,850 | 1,774 | 1,774 | 1,774 | 1,774 |
| 11,850 | 11,900 | 1,781 | 1,781 | 1,781 | 1,781 |
| 11,900 | 11,950 | 1,789 | 1,789 | 1,789 | 1,789 |
| 11,950 | 12,000 | 1,796 | 1,796 | 1,796 | 1,796 |

### 12,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 12,000 | 12,050 | 1,804 | 1,804 | 1,804 | 1,804 |
| 12,050 | 12,100 | 1,811 | 1,811 | 1,811 | 1,811 |
| 12,100 | 12,150 | 1,819 | 1,819 | 1,819 | 1,819 |
| 12,150 | 12,200 | 1,826 | 1,826 | 1,826 | 1,826 |
| 12,200 | 12,250 | 1,834 | 1,834 | 1,834 | 1,834 |
| 12,250 | 12,300 | 1,841 | 1,841 | 1,841 | 1,841 |
| 12,300 | 12,350 | 1,849 | 1,849 | 1,849 | 1,849 |
| 12,350 | 12,400 | 1,856 | 1,856 | 1,856 | 1,856 |
| 12,400 | 12,450 | 1,864 | 1,864 | 1,864 | 1,864 |
| 12,450 | 12,500 | 1,871 | 1,871 | 1,871 | 1,871 |
| 12,500 | 12,550 | 1,879 | 1,879 | 1,879 | 1,879 |
| 12,550 | 12,600 | 1,886 | 1,886 | 1,886 | 1,886 |
| 12,600 | 12,650 | 1,894 | 1,894 | 1,894 | 1,894 |
| 12,650 | 12,700 | 1,901 | 1,901 | 1,901 | 1,901 |
| 12,700 | 12,750 | 1,909 | 1,909 | 1,909 | 1,909 |
| 12,750 | 12,800 | 1,916 | 1,916 | 1,916 | 1,916 |
| 12,800 | 12,850 | 1,924 | 1,924 | 1,924 | 1,924 |
| 12,850 | 12,900 | 1,931 | 1,931 | 1,931 | 1,931 |
| 12,900 | 12,950 | 1,939 | 1,939 | 1,939 | 1,939 |
| 12,950 | 13,000 | 1,946 | 1,946 | 1,946 | 1,946 |

### 13,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 13,000 | 13,050 | 1,954 | 1,954 | 1,954 | 1,954 |
| 13,050 | 13,100 | 1,961 | 1,961 | 1,961 | 1,961 |
| 13,100 | 13,150 | 1,969 | 1,969 | 1,969 | 1,969 |
| 13,150 | 13,200 | 1,976 | 1,976 | 1,976 | 1,976 |
| 13,200 | 13,250 | 1,984 | 1,984 | 1,984 | 1,984 |
| 13,250 | 13,300 | 1,991 | 1,991 | 1,991 | 1,991 |
| 13,300 | 13,350 | 1,999 | 1,999 | 1,999 | 1,999 |
| 13,350 | 13,400 | 2,006 | 2,006 | 2,006 | 2,006 |
| 13,400 | 13,450 | 2,014 | 2,014 | 2,014 | 2,014 |
| 13,450 | 13,500 | 2,021 | 2,021 | 2,021 | 2,021 |
| 13,500 | 13,550 | 2,029 | 2,029 | 2,029 | 2,029 |
| 13,550 | 13,600 | 2,036 | 2,036 | 2,036 | 2,036 |
| 13,600 | 13,650 | 2,044 | 2,044 | 2,044 | 2,044 |
| 13,650 | 13,700 | 2,051 | 2,051 | 2,051 | 2,051 |
| 13,700 | 13,750 | 2,059 | 2,059 | 2,059 | 2,059 |
| 13,750 | 13,800 | 2,066 | 2,066 | 2,066 | 2,066 |
| 13,800 | 13,850 | 2,074 | 2,074 | 2,074 | 2,074 |
| 13,850 | 13,900 | 2,081 | 2,081 | 2,081 | 2,081 |
| 13,900 | 13,950 | 2,089 | 2,089 | 2,089 | 2,089 |
| 13,950 | 14,000 | 2,096 | 2,096 | 2,096 | 2,096 |

* This column must also be used by a qualifying widow(er).

(Continued on page 61)

2000 Tax Table—*Continued*

### 14,000 – 16,000

| If line 39 (taxable income) is— At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 14,000 | 14,050 | 2,104 | 2,104 | 2,104 | 2,104 |
| 14,050 | 14,100 | 2,111 | 2,111 | 2,111 | 2,111 |
| 14,100 | 14,150 | 2,119 | 2,119 | 2,119 | 2,119 |
| 14,150 | 14,200 | 2,126 | 2,126 | 2,126 | 2,126 |
| 14,200 | 14,250 | 2,134 | 2,134 | 2,134 | 2,134 |
| 14,250 | 14,300 | 2,141 | 2,141 | 2,141 | 2,141 |
| 14,300 | 14,350 | 2,149 | 2,149 | 2,149 | 2,149 |
| 14,350 | 14,400 | 2,156 | 2,156 | 2,156 | 2,156 |
| 14,400 | 14,450 | 2,164 | 2,164 | 2,164 | 2,164 |
| 14,450 | 14,500 | 2,171 | 2,171 | 2,171 | 2,171 |
| 14,500 | 14,550 | 2,179 | 2,179 | 2,179 | 2,179 |
| 14,550 | 14,600 | 2,186 | 2,186 | 2,186 | 2,186 |
| 14,600 | 14,650 | 2,194 | 2,194 | 2,194 | 2,194 |
| 14,650 | 14,700 | 2,201 | 2,201 | 2,201 | 2,201 |
| 14,700 | 14,750 | 2,209 | 2,209 | 2,209 | 2,209 |
| 14,750 | 14,800 | 2,216 | 2,216 | 2,216 | 2,216 |
| 14,800 | 14,850 | 2,224 | 2,224 | 2,224 | 2,224 |
| 14,850 | 14,900 | 2,231 | 2,231 | 2,231 | 2,231 |
| 14,900 | 14,950 | 2,239 | 2,239 | 2,239 | 2,239 |
| 14,950 | 15,000 | 2,246 | 2,246 | 2,246 | 2,246 |
| 15,000 | 15,050 | 2,254 | 2,254 | 2,254 | 2,254 |
| 15,050 | 15,100 | 2,261 | 2,261 | 2,261 | 2,261 |
| 15,100 | 15,150 | 2,269 | 2,269 | 2,269 | 2,269 |
| 15,150 | 15,200 | 2,276 | 2,276 | 2,276 | 2,276 |
| 15,200 | 15,250 | 2,284 | 2,284 | 2,284 | 2,284 |
| 15,250 | 15,300 | 2,291 | 2,291 | 2,291 | 2,291 |
| 15,300 | 15,350 | 2,299 | 2,299 | 2,299 | 2,299 |
| 15,350 | 15,400 | 2,306 | 2,306 | 2,306 | 2,306 |
| 15,400 | 15,450 | 2,314 | 2,314 | 2,314 | 2,314 |
| 15,450 | 15,500 | 2,321 | 2,321 | 2,321 | 2,321 |
| 15,500 | 15,550 | 2,329 | 2,329 | 2,329 | 2,329 |
| 15,550 | 15,600 | 2,336 | 2,336 | 2,336 | 2,336 |
| 15,600 | 15,650 | 2,344 | 2,344 | 2,344 | 2,344 |
| 15,650 | 15,700 | 2,351 | 2,351 | 2,351 | 2,351 |
| 15,700 | 15,750 | 2,359 | 2,359 | 2,359 | 2,359 |
| 15,750 | 15,800 | 2,366 | 2,366 | 2,366 | 2,366 |
| 15,800 | 15,850 | 2,374 | 2,374 | 2,374 | 2,374 |
| 15,850 | 15,900 | 2,381 | 2,381 | 2,381 | 2,381 |
| 15,900 | 15,950 | 2,389 | 2,389 | 2,389 | 2,389 |
| 15,950 | 16,000 | 2,396 | 2,396 | 2,396 | 2,396 |
| 16,000 | 16,050 | 2,404 | 2,404 | 2,404 | 2,404 |
| 16,050 | 16,100 | 2,411 | 2,411 | 2,411 | 2,411 |
| 16,100 | 16,150 | 2,419 | 2,419 | 2,419 | 2,419 |
| 16,150 | 16,200 | 2,426 | 2,426 | 2,426 | 2,426 |
| 16,200 | 16,250 | 2,434 | 2,434 | 2,434 | 2,434 |
| 16,250 | 16,300 | 2,441 | 2,441 | 2,441 | 2,441 |
| 16,300 | 16,350 | 2,449 | 2,449 | 2,449 | 2,449 |
| 16,350 | 16,400 | 2,456 | 2,456 | 2,456 | 2,456 |
| 16,400 | 16,450 | 2,464 | 2,464 | 2,464 | 2,464 |
| 16,450 | 16,500 | 2,471 | 2,471 | 2,471 | 2,471 |
| 16,500 | 16,550 | 2,479 | 2,479 | 2,479 | 2,479 |
| 16,550 | 16,600 | 2,486 | 2,486 | 2,486 | 2,486 |
| 16,600 | 16,650 | 2,494 | 2,494 | 2,494 | 2,494 |
| 16,650 | 16,700 | 2,501 | 2,501 | 2,501 | 2,501 |
| 16,700 | 16,750 | 2,509 | 2,509 | 2,509 | 2,509 |
| 16,750 | 16,800 | 2,516 | 2,516 | 2,516 | 2,516 |
| 16,800 | 16,850 | 2,524 | 2,524 | 2,524 | 2,524 |
| 16,850 | 16,900 | 2,531 | 2,531 | 2,531 | 2,531 |
| 16,900 | 16,950 | 2,539 | 2,539 | 2,539 | 2,539 |
| 16,950 | 17,000 | 2,546 | 2,546 | 2,546 | 2,546 |

### 17,000 – 19,000

| If line 39 (taxable income) is— At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 17,000 | 17,050 | 2,554 | 2,554 | 2,554 | 2,554 |
| 17,050 | 17,100 | 2,561 | 2,561 | 2,561 | 2,561 |
| 17,100 | 17,150 | 2,569 | 2,569 | 2,569 | 2,569 |
| 17,150 | 17,200 | 2,576 | 2,576 | 2,576 | 2,576 |
| 17,200 | 17,250 | 2,584 | 2,584 | 2,584 | 2,584 |
| 17,250 | 17,300 | 2,591 | 2,591 | 2,591 | 2,591 |
| 17,300 | 17,350 | 2,599 | 2,599 | 2,599 | 2,599 |
| 17,350 | 17,400 | 2,606 | 2,606 | 2,606 | 2,606 |
| 17,400 | 17,450 | 2,614 | 2,614 | 2,614 | 2,614 |
| 17,450 | 17,500 | 2,621 | 2,621 | 2,621 | 2,621 |
| 17,500 | 17,550 | 2,629 | 2,629 | 2,629 | 2,629 |
| 17,550 | 17,600 | 2,636 | 2,636 | 2,636 | 2,636 |
| 17,600 | 17,650 | 2,644 | 2,644 | 2,644 | 2,644 |
| 17,650 | 17,700 | 2,651 | 2,651 | 2,651 | 2,651 |
| 17,700 | 17,750 | 2,659 | 2,659 | 2,659 | 2,659 |
| 17,750 | 17,800 | 2,666 | 2,666 | 2,666 | 2,666 |
| 17,800 | 17,850 | 2,674 | 2,674 | 2,674 | 2,674 |
| 17,850 | 17,900 | 2,681 | 2,681 | 2,681 | 2,681 |
| 17,900 | 17,950 | 2,689 | 2,689 | 2,689 | 2,689 |
| 17,950 | 18,000 | 2,696 | 2,696 | 2,696 | 2,696 |
| 18,000 | 18,050 | 2,704 | 2,704 | 2,704 | 2,704 |
| 18,050 | 18,100 | 2,711 | 2,711 | 2,711 | 2,711 |
| 18,100 | 18,150 | 2,719 | 2,719 | 2,719 | 2,719 |
| 18,150 | 18,200 | 2,726 | 2,726 | 2,726 | 2,726 |
| 18,200 | 18,250 | 2,734 | 2,734 | 2,734 | 2,734 |
| 18,250 | 18,300 | 2,741 | 2,741 | 2,741 | 2,741 |
| 18,300 | 18,350 | 2,749 | 2,749 | 2,749 | 2,749 |
| 18,350 | 18,400 | 2,756 | 2,756 | 2,756 | 2,756 |
| 18,400 | 18,450 | 2,764 | 2,764 | 2,764 | 2,764 |
| 18,450 | 18,500 | 2,771 | 2,771 | 2,771 | 2,771 |
| 18,500 | 18,550 | 2,779 | 2,779 | 2,779 | 2,779 |
| 18,550 | 18,600 | 2,786 | 2,786 | 2,786 | 2,786 |
| 18,600 | 18,650 | 2,794 | 2,794 | 2,794 | 2,794 |
| 18,650 | 18,700 | 2,801 | 2,801 | 2,801 | 2,801 |
| 18,700 | 18,750 | 2,809 | 2,809 | 2,809 | 2,809 |
| 18,750 | 18,800 | 2,816 | 2,816 | 2,816 | 2,816 |
| 18,800 | 18,850 | 2,824 | 2,824 | 2,824 | 2,824 |
| 18,850 | 18,900 | 2,831 | 2,831 | 2,831 | 2,831 |
| 18,900 | 18,950 | 2,839 | 2,839 | 2,839 | 2,839 |
| 18,950 | 19,000 | 2,846 | 2,846 | 2,846 | 2,846 |
| 19,000 | 19,050 | 2,854 | 2,854 | 2,854 | 2,854 |
| 19,050 | 19,100 | 2,861 | 2,861 | 2,861 | 2,861 |
| 19,100 | 19,150 | 2,869 | 2,869 | 2,869 | 2,869 |
| 19,150 | 19,200 | 2,876 | 2,876 | 2,876 | 2,876 |
| 19,200 | 19,250 | 2,884 | 2,884 | 2,884 | 2,884 |
| 19,250 | 19,300 | 2,891 | 2,891 | 2,891 | 2,891 |
| 19,300 | 19,350 | 2,899 | 2,899 | 2,899 | 2,899 |
| 19,350 | 19,400 | 2,906 | 2,906 | 2,906 | 2,906 |
| 19,400 | 19,450 | 2,914 | 2,914 | 2,914 | 2,914 |
| 19,450 | 19,500 | 2,921 | 2,921 | 2,921 | 2,921 |
| 19,500 | 19,550 | 2,929 | 2,929 | 2,929 | 2,929 |
| 19,550 | 19,600 | 2,936 | 2,936 | 2,936 | 2,936 |
| 19,600 | 19,650 | 2,944 | 2,944 | 2,944 | 2,944 |
| 19,650 | 19,700 | 2,951 | 2,951 | 2,951 | 2,951 |
| 19,700 | 19,750 | 2,959 | 2,959 | 2,959 | 2,959 |
| 19,750 | 19,800 | 2,966 | 2,966 | 2,966 | 2,966 |
| 19,800 | 19,850 | 2,974 | 2,974 | 2,974 | 2,974 |
| 19,850 | 19,900 | 2,981 | 2,981 | 2,981 | 2,981 |
| 19,900 | 19,950 | 2,989 | 2,989 | 2,989 | 2,989 |
| 19,950 | 20,000 | 2,996 | 2,996 | 2,996 | 2,996 |

### 20,000 – 22,000

| If line 39 (taxable income) is— At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 20,000 | 20,050 | 3,004 | 3,004 | 3,004 | 3,004 |
| 20,050 | 20,100 | 3,011 | 3,011 | 3,011 | 3,011 |
| 20,100 | 20,150 | 3,019 | 3,019 | 3,019 | 3,019 |
| 20,150 | 20,200 | 3,026 | 3,026 | 3,026 | 3,026 |
| 20,200 | 20,250 | 3,034 | 3,034 | 3,034 | 3,034 |
| 20,250 | 20,300 | 3,041 | 3,041 | 3,041 | 3,041 |
| 20,300 | 20,350 | 3,049 | 3,049 | 3,049 | 3,049 |
| 20,350 | 20,400 | 3,056 | 3,056 | 3,056 | 3,056 |
| 20,400 | 20,450 | 3,064 | 3,064 | 3,064 | 3,064 |
| 20,450 | 20,500 | 3,071 | 3,071 | 3,071 | 3,071 |
| 20,500 | 20,550 | 3,079 | 3,079 | 3,079 | 3,079 |
| 20,550 | 20,600 | 3,086 | 3,086 | 3,086 | 3,086 |
| 20,600 | 20,650 | 3,094 | 3,094 | 3,094 | 3,094 |
| 20,650 | 20,700 | 3,101 | 3,101 | 3,101 | 3,101 |
| 20,700 | 20,750 | 3,109 | 3,109 | 3,109 | 3,109 |
| 20,750 | 20,800 | 3,116 | 3,116 | 3,116 | 3,116 |
| 20,800 | 20,850 | 3,124 | 3,124 | 3,124 | 3,124 |
| 20,850 | 20,900 | 3,131 | 3,131 | 3,131 | 3,131 |
| 20,900 | 20,950 | 3,139 | 3,139 | 3,139 | 3,139 |
| 20,950 | 21,000 | 3,146 | 3,146 | 3,146 | 3,146 |
| 21,000 | 21,050 | 3,154 | 3,154 | 3,154 | 3,154 |
| 21,050 | 21,100 | 3,161 | 3,161 | 3,161 | 3,161 |
| 21,100 | 21,150 | 3,169 | 3,169 | 3,169 | 3,169 |
| 21,150 | 21,200 | 3,176 | 3,176 | 3,176 | 3,176 |
| 21,200 | 21,250 | 3,184 | 3,184 | 3,184 | 3,184 |
| 21,250 | 21,300 | 3,191 | 3,191 | 3,191 | 3,191 |
| 21,300 | 21,350 | 3,199 | 3,199 | 3,199 | 3,199 |
| 21,350 | 21,400 | 3,206 | 3,206 | 3,206 | 3,206 |
| 21,400 | 21,450 | 3,214 | 3,214 | 3,214 | 3,214 |
| 21,450 | 21,500 | 3,221 | 3,221 | 3,221 | 3,221 |
| 21,500 | 21,550 | 3,229 | 3,229 | 3,229 | 3,229 |
| 21,550 | 21,600 | 3,236 | 3,236 | 3,236 | 3,236 |
| 21,600 | 21,650 | 3,244 | 3,244 | 3,244 | 3,244 |
| 21,650 | 21,700 | 3,251 | 3,251 | 3,251 | 3,251 |
| 21,700 | 21,750 | 3,259 | 3,259 | 3,259 | 3,259 |
| 21,750 | 21,800 | 3,266 | 3,266 | 3,266 | 3,266 |
| 21,800 | 21,850 | 3,274 | 3,274 | 3,274 | 3,274 |
| 21,850 | 21,900 | 3,281 | 3,281 | 3,281 | 3,281 |
| 21,900 | 21,950 | 3,289 | 3,289 | 3,289 | 3,289 |
| 21,950 | 22,000 | 3,296 | 3,296 | 3,303 | 3,296 |
| 22,000 | 22,050 | 3,304 | 3,304 | 3,317 | 3,304 |
| 22,050 | 22,100 | 3,311 | 3,311 | 3,331 | 3,311 |
| 22,100 | 22,150 | 3,319 | 3,319 | 3,345 | 3,319 |
| 22,150 | 22,200 | 3,326 | 3,326 | 3,359 | 3,326 |
| 22,200 | 22,250 | 3,334 | 3,334 | 3,373 | 3,334 |
| 22,250 | 22,300 | 3,341 | 3,341 | 3,387 | 3,341 |
| 22,300 | 22,350 | 3,349 | 3,349 | 3,401 | 3,349 |
| 22,350 | 22,400 | 3,356 | 3,356 | 3,415 | 3,356 |
| 22,400 | 22,450 | 3,364 | 3,364 | 3,429 | 3,364 |
| 22,450 | 22,500 | 3,371 | 3,371 | 3,443 | 3,371 |
| 22,500 | 22,550 | 3,379 | 3,379 | 3,457 | 3,379 |
| 22,550 | 22,600 | 3,386 | 3,386 | 3,471 | 3,386 |
| 22,600 | 22,650 | 3,394 | 3,394 | 3,485 | 3,394 |
| 22,650 | 22,700 | 3,401 | 3,401 | 3,499 | 3,401 |
| 22,700 | 22,750 | 3,409 | 3,409 | 3,513 | 3,409 |
| 22,750 | 22,800 | 3,416 | 3,416 | 3,527 | 3,416 |
| 22,800 | 22,850 | 3,424 | 3,424 | 3,541 | 3,424 |
| 22,850 | 22,900 | 3,431 | 3,431 | 3,555 | 3,431 |
| 22,900 | 22,950 | 3,439 | 3,439 | 3,569 | 3,439 |
| 22,950 | 23,000 | 3,446 | 3,446 | 3,583 | 3,446 |

* This column must also be used by a qualifying widow(er).

(Continued on page 62)

**2000 Tax Table—Continued**

### 23,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 23,000 | 23,050 | 3,454 | 3,454 | 3,597 | 3,454 |
| 23,050 | 23,100 | 3,461 | 3,461 | 3,611 | 3,461 |
| 23,100 | 23,150 | 3,469 | 3,469 | 3,625 | 3,469 |
| 23,150 | 23,200 | 3,476 | 3,476 | 3,639 | 3,476 |
| 23,200 | 23,250 | 3,484 | 3,484 | 3,653 | 3,484 |
| 23,250 | 23,300 | 3,491 | 3,491 | 3,667 | 3,491 |
| 23,300 | 23,350 | 3,499 | 3,499 | 3,681 | 3,499 |
| 23,350 | 23,400 | 3,506 | 3,506 | 3,695 | 3,506 |
| 23,400 | 23,450 | 3,514 | 3,514 | 3,709 | 3,514 |
| 23,450 | 23,500 | 3,521 | 3,521 | 3,723 | 3,521 |
| 23,500 | 23,550 | 3,529 | 3,529 | 3,737 | 3,529 |
| 23,550 | 23,600 | 3,536 | 3,536 | 3,751 | 3,536 |
| 23,600 | 23,650 | 3,544 | 3,544 | 3,765 | 3,544 |
| 23,650 | 23,700 | 3,551 | 3,551 | 3,779 | 3,551 |
| 23,700 | 23,750 | 3,559 | 3,559 | 3,793 | 3,559 |
| 23,750 | 23,800 | 3,566 | 3,566 | 3,807 | 3,566 |
| 23,800 | 23,850 | 3,574 | 3,574 | 3,821 | 3,574 |
| 23,850 | 23,900 | 3,581 | 3,581 | 3,835 | 3,581 |
| 23,900 | 23,950 | 3,589 | 3,589 | 3,849 | 3,589 |
| 23,950 | 24,000 | 3,596 | 3,596 | 3,863 | 3,596 |

### 24,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 24,000 | 24,050 | 3,604 | 3,604 | 3,877 | 3,604 |
| 24,050 | 24,100 | 3,611 | 3,611 | 3,891 | 3,611 |
| 24,100 | 24,150 | 3,619 | 3,619 | 3,905 | 3,619 |
| 24,150 | 24,200 | 3,626 | 3,626 | 3,919 | 3,626 |
| 24,200 | 24,250 | 3,634 | 3,634 | 3,933 | 3,634 |
| 24,250 | 24,300 | 3,641 | 3,641 | 3,947 | 3,641 |
| 24,300 | 24,350 | 3,649 | 3,649 | 3,961 | 3,649 |
| 24,350 | 24,400 | 3,656 | 3,656 | 3,975 | 3,656 |
| 24,400 | 24,450 | 3,664 | 3,664 | 3,989 | 3,664 |
| 24,450 | 24,500 | 3,671 | 3,671 | 4,003 | 3,671 |
| 24,500 | 24,550 | 3,679 | 3,679 | 4,017 | 3,679 |
| 24,550 | 24,600 | 3,686 | 3,686 | 4,031 | 3,686 |
| 24,600 | 24,650 | 3,694 | 3,694 | 4,045 | 3,694 |
| 24,650 | 24,700 | 3,701 | 3,701 | 4,059 | 3,701 |
| 24,700 | 24,750 | 3,709 | 3,709 | 4,073 | 3,709 |
| 24,750 | 24,800 | 3,716 | 3,716 | 4,087 | 3,716 |
| 24,800 | 24,850 | 3,724 | 3,724 | 4,101 | 3,724 |
| 24,850 | 24,900 | 3,731 | 3,731 | 4,115 | 3,731 |
| 24,900 | 24,950 | 3,739 | 3,739 | 4,129 | 3,739 |
| 24,950 | 25,000 | 3,746 | 3,746 | 4,143 | 3,746 |

### 25,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 25,000 | 25,050 | 3,754 | 3,754 | 4,157 | 3,754 |
| 25,050 | 25,100 | 3,761 | 3,761 | 4,171 | 3,761 |
| 25,100 | 25,150 | 3,769 | 3,769 | 4,185 | 3,769 |
| 25,150 | 25,200 | 3,776 | 3,776 | 4,199 | 3,776 |
| 25,200 | 25,250 | 3,784 | 3,784 | 4,213 | 3,784 |
| 25,250 | 25,300 | 3,791 | 3,791 | 4,227 | 3,791 |
| 25,300 | 25,350 | 3,799 | 3,799 | 4,241 | 3,799 |
| 25,350 | 25,400 | 3,806 | 3,806 | 4,255 | 3,806 |
| 25,400 | 25,450 | 3,814 | 3,814 | 4,269 | 3,814 |
| 25,450 | 25,500 | 3,821 | 3,821 | 4,283 | 3,821 |
| 25,500 | 25,550 | 3,829 | 3,829 | 4,297 | 3,829 |
| 25,550 | 25,600 | 3,836 | 3,836 | 4,311 | 3,836 |
| 25,600 | 25,650 | 3,844 | 3,844 | 4,325 | 3,844 |
| 25,650 | 25,700 | 3,851 | 3,851 | 4,339 | 3,851 |
| 25,700 | 25,750 | 3,859 | 3,859 | 4,353 | 3,859 |
| 25,750 | 25,800 | 3,866 | 3,866 | 4,367 | 3,866 |
| 25,800 | 25,850 | 3,874 | 3,874 | 4,381 | 3,874 |
| 25,850 | 25,900 | 3,881 | 3,881 | 4,395 | 3,881 |
| 25,900 | 25,950 | 3,889 | 3,889 | 4,409 | 3,889 |
| 25,950 | 26,000 | 3,896 | 3,896 | 4,423 | 3,896 |

### 26,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 26,000 | 26,050 | 3,904 | 3,904 | 4,437 | 3,904 |
| 26,050 | 26,100 | 3,911 | 3,911 | 4,451 | 3,911 |
| 26,100 | 26,150 | 3,919 | 3,919 | 4,465 | 3,919 |
| 26,150 | 26,200 | 3,926 | 3,926 | 4,479 | 3,926 |
| 26,200 | 26,250 | 3,934 | 3,934 | 4,493 | 3,934 |
| 26,250 | 26,300 | 3,945 | 3,941 | 4,507 | 3,941 |
| 26,300 | 26,350 | 3,959 | 3,949 | 4,521 | 3,949 |
| 26,350 | 26,400 | 3,973 | 3,956 | 4,535 | 3,956 |
| 26,400 | 26,450 | 3,987 | 3,964 | 4,549 | 3,964 |
| 26,450 | 26,500 | 4,001 | 3,971 | 4,563 | 3,971 |
| 26,500 | 26,550 | 4,015 | 3,979 | 4,577 | 3,979 |
| 26,550 | 26,600 | 4,029 | 3,986 | 4,591 | 3,986 |
| 26,600 | 26,650 | 4,043 | 3,994 | 4,605 | 3,994 |
| 26,650 | 26,700 | 4,057 | 4,001 | 4,619 | 4,001 |
| 26,700 | 26,750 | 4,071 | 4,009 | 4,633 | 4,009 |
| 26,750 | 26,800 | 4,085 | 4,016 | 4,647 | 4,016 |
| 26,800 | 26,850 | 4,099 | 4,024 | 4,661 | 4,024 |
| 26,850 | 26,900 | 4,113 | 4,031 | 4,675 | 4,031 |
| 26,900 | 26,950 | 4,127 | 4,039 | 4,689 | 4,039 |
| 26,950 | 27,000 | 4,141 | 4,046 | 4,703 | 4,046 |

### 27,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 27,000 | 27,050 | 4,155 | 4,054 | 4,717 | 4,054 |
| 27,050 | 27,100 | 4,169 | 4,061 | 4,731 | 4,061 |
| 27,100 | 27,150 | 4,183 | 4,069 | 4,745 | 4,069 |
| 27,150 | 27,200 | 4,197 | 4,076 | 4,759 | 4,076 |
| 27,200 | 27,250 | 4,211 | 4,084 | 4,773 | 4,084 |
| 27,250 | 27,300 | 4,225 | 4,091 | 4,787 | 4,091 |
| 27,300 | 27,350 | 4,239 | 4,099 | 4,801 | 4,099 |
| 27,350 | 27,400 | 4,253 | 4,106 | 4,815 | 4,106 |
| 27,400 | 27,450 | 4,267 | 4,114 | 4,829 | 4,114 |
| 27,450 | 27,500 | 4,281 | 4,121 | 4,843 | 4,121 |
| 27,500 | 27,550 | 4,295 | 4,129 | 4,857 | 4,129 |
| 27,550 | 27,600 | 4,309 | 4,136 | 4,871 | 4,136 |
| 27,600 | 27,650 | 4,323 | 4,144 | 4,885 | 4,144 |
| 27,650 | 27,700 | 4,337 | 4,151 | 4,899 | 4,151 |
| 27,700 | 27,750 | 4,351 | 4,159 | 4,913 | 4,159 |
| 27,750 | 27,800 | 4,365 | 4,166 | 4,927 | 4,166 |
| 27,800 | 27,850 | 4,379 | 4,174 | 4,941 | 4,174 |
| 27,850 | 27,900 | 4,393 | 4,181 | 4,955 | 4,181 |
| 27,900 | 27,950 | 4,407 | 4,189 | 4,969 | 4,189 |
| 27,950 | 28,000 | 4,421 | 4,196 | 4,983 | 4,196 |

### 28,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 28,000 | 28,050 | 4,435 | 4,204 | 4,997 | 4,204 |
| 28,050 | 28,100 | 4,449 | 4,211 | 5,011 | 4,211 |
| 28,100 | 28,150 | 4,463 | 4,219 | 5,025 | 4,219 |
| 28,150 | 28,200 | 4,477 | 4,226 | 5,039 | 4,226 |
| 28,200 | 28,250 | 4,491 | 4,234 | 5,053 | 4,234 |
| 28,250 | 28,300 | 4,505 | 4,241 | 5,067 | 4,241 |
| 28,300 | 28,350 | 4,519 | 4,249 | 5,081 | 4,249 |
| 28,350 | 28,400 | 4,533 | 4,256 | 5,095 | 4,256 |
| 28,400 | 28,450 | 4,547 | 4,264 | 5,109 | 4,264 |
| 28,450 | 28,500 | 4,561 | 4,271 | 5,123 | 4,271 |
| 28,500 | 28,550 | 4,575 | 4,279 | 5,137 | 4,279 |
| 28,550 | 28,600 | 4,589 | 4,286 | 5,151 | 4,286 |
| 28,600 | 28,650 | 4,603 | 4,294 | 5,165 | 4,294 |
| 28,650 | 28,700 | 4,617 | 4,301 | 5,179 | 4,301 |
| 28,700 | 28,750 | 4,631 | 4,309 | 5,193 | 4,309 |
| 28,750 | 28,800 | 4,645 | 4,316 | 5,207 | 4,316 |
| 28,800 | 28,850 | 4,659 | 4,324 | 5,221 | 4,324 |
| 28,850 | 28,900 | 4,673 | 4,331 | 5,235 | 4,331 |
| 28,900 | 28,950 | 4,687 | 4,339 | 5,249 | 4,339 |
| 28,950 | 29,000 | 4,701 | 4,346 | 5,263 | 4,346 |

### 29,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 29,000 | 29,050 | 4,715 | 4,354 | 5,277 | 4,354 |
| 29,050 | 29,100 | 4,729 | 4,361 | 5,291 | 4,361 |
| 29,100 | 29,150 | 4,743 | 4,369 | 5,305 | 4,369 |
| 29,150 | 29,200 | 4,757 | 4,376 | 5,319 | 4,376 |
| 29,200 | 29,250 | 4,771 | 4,384 | 5,333 | 4,384 |
| 29,250 | 29,300 | 4,785 | 4,391 | 5,347 | 4,391 |
| 29,300 | 29,350 | 4,799 | 4,399 | 5,361 | 4,399 |
| 29,350 | 29,400 | 4,813 | 4,406 | 5,375 | 4,406 |
| 29,400 | 29,450 | 4,827 | 4,414 | 5,389 | 4,414 |
| 29,450 | 29,500 | 4,841 | 4,421 | 5,403 | 4,421 |
| 29,500 | 29,550 | 4,855 | 4,429 | 5,417 | 4,429 |
| 29,550 | 29,600 | 4,869 | 4,436 | 5,431 | 4,436 |
| 29,600 | 29,650 | 4,883 | 4,444 | 5,445 | 4,444 |
| 29,650 | 29,700 | 4,897 | 4,451 | 5,459 | 4,451 |
| 29,700 | 29,750 | 4,911 | 4,459 | 5,473 | 4,459 |
| 29,750 | 29,800 | 4,925 | 4,466 | 5,487 | 4,466 |
| 29,800 | 29,850 | 4,939 | 4,474 | 5,501 | 4,474 |
| 29,850 | 29,900 | 4,953 | 4,481 | 5,515 | 4,481 |
| 29,900 | 29,950 | 4,967 | 4,489 | 5,529 | 4,489 |
| 29,950 | 30,000 | 4,981 | 4,496 | 5,543 | 4,496 |

### 30,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 30,000 | 30,050 | 4,995 | 4,504 | 5,557 | 4,504 |
| 30,050 | 30,100 | 5,009 | 4,511 | 5,571 | 4,511 |
| 30,100 | 30,150 | 5,023 | 4,519 | 5,585 | 4,519 |
| 30,150 | 30,200 | 5,037 | 4,526 | 5,599 | 4,526 |
| 30,200 | 30,250 | 5,051 | 4,534 | 5,613 | 4,534 |
| 30,250 | 30,300 | 5,065 | 4,541 | 5,627 | 4,541 |
| 30,300 | 30,350 | 5,079 | 4,549 | 5,641 | 4,549 |
| 30,350 | 30,400 | 5,093 | 4,556 | 5,655 | 4,556 |
| 30,400 | 30,450 | 5,107 | 4,564 | 5,669 | 4,564 |
| 30,450 | 30,500 | 5,121 | 4,571 | 5,683 | 4,571 |
| 30,500 | 30,550 | 5,135 | 4,579 | 5,697 | 4,579 |
| 30,550 | 30,600 | 5,149 | 4,586 | 5,711 | 4,586 |
| 30,600 | 30,650 | 5,163 | 4,594 | 5,725 | 4,594 |
| 30,650 | 30,700 | 5,177 | 4,601 | 5,739 | 4,601 |
| 30,700 | 30,750 | 5,191 | 4,609 | 5,753 | 4,609 |
| 30,750 | 30,800 | 5,205 | 4,616 | 5,767 | 4,616 |
| 30,800 | 30,850 | 5,219 | 4,624 | 5,781 | 4,624 |
| 30,850 | 30,900 | 5,233 | 4,631 | 5,795 | 4,631 |
| 30,900 | 30,950 | 5,247 | 4,639 | 5,809 | 4,639 |
| 30,950 | 31,000 | 5,261 | 4,646 | 5,823 | 4,646 |

### 31,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 31,000 | 31,050 | 5,275 | 4,654 | 5,837 | 4,654 |
| 31,050 | 31,100 | 5,289 | 4,661 | 5,851 | 4,661 |
| 31,100 | 31,150 | 5,303 | 4,669 | 5,865 | 4,669 |
| 31,150 | 31,200 | 5,317 | 4,676 | 5,879 | 4,676 |
| 31,200 | 31,250 | 5,331 | 4,684 | 5,893 | 4,684 |
| 31,250 | 31,300 | 5,345 | 4,691 | 5,907 | 4,691 |
| 31,300 | 31,350 | 5,359 | 4,699 | 5,921 | 4,699 |
| 31,350 | 31,400 | 5,373 | 4,706 | 5,935 | 4,706 |
| 31,400 | 31,450 | 5,387 | 4,714 | 5,949 | 4,714 |
| 31,450 | 31,500 | 5,401 | 4,721 | 5,963 | 4,721 |
| 31,500 | 31,550 | 5,415 | 4,729 | 5,977 | 4,729 |
| 31,550 | 31,600 | 5,429 | 4,736 | 5,991 | 4,736 |
| 31,600 | 31,650 | 5,443 | 4,744 | 6,005 | 4,744 |
| 31,650 | 31,700 | 5,457 | 4,751 | 6,019 | 4,751 |
| 31,700 | 31,750 | 5,471 | 4,759 | 6,033 | 4,759 |
| 31,750 | 31,800 | 5,485 | 4,766 | 6,047 | 4,766 |
| 31,800 | 31,850 | 5,499 | 4,774 | 6,061 | 4,774 |
| 31,850 | 31,900 | 5,513 | 4,781 | 6,075 | 4,781 |
| 31,900 | 31,950 | 5,527 | 4,789 | 6,089 | 4,789 |
| 31,950 | 32,000 | 5,541 | 4,796 | 6,103 | 4,796 |

* This column must also be used by a qualifying widow(er).

(Continued on page 63)

**2000 Tax Table—Continued**

### 32,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 32,000 | 32,050 | 5,555 | 4,804 | 6,117 | 4,804 |
| 32,050 | 32,100 | 5,569 | 4,811 | 6,131 | 4,811 |
| 32,100 | 32,150 | 5,583 | 4,819 | 6,145 | 4,819 |
| 32,150 | 32,200 | 5,597 | 4,826 | 6,159 | 4,826 |
| 32,200 | 32,250 | 5,611 | 4,834 | 6,173 | 4,834 |
| 32,250 | 32,300 | 5,625 | 4,841 | 6,187 | 4,841 |
| 32,300 | 32,350 | 5,639 | 4,849 | 6,201 | 4,849 |
| 32,350 | 32,400 | 5,653 | 4,856 | 6,215 | 4,856 |
| 32,400 | 32,450 | 5,667 | 4,864 | 6,229 | 4,864 |
| 32,450 | 32,500 | 5,681 | 4,871 | 6,243 | 4,871 |
| 32,500 | 32,550 | 5,695 | 4,879 | 6,257 | 4,879 |
| 32,550 | 32,600 | 5,709 | 4,886 | 6,271 | 4,886 |
| 32,600 | 32,650 | 5,723 | 4,894 | 6,285 | 4,894 |
| 32,650 | 32,700 | 5,737 | 4,901 | 6,299 | 4,901 |
| 32,700 | 32,750 | 5,751 | 4,909 | 6,313 | 4,909 |
| 32,750 | 32,800 | 5,765 | 4,916 | 6,327 | 4,916 |
| 32,800 | 32,850 | 5,779 | 4,924 | 6,341 | 4,924 |
| 32,850 | 32,900 | 5,793 | 4,931 | 6,355 | 4,931 |
| 32,900 | 32,950 | 5,807 | 4,939 | 6,369 | 4,939 |
| 32,950 | 33,000 | 5,821 | 4,946 | 6,383 | 4,946 |

### 33,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 33,000 | 33,050 | 5,835 | 4,954 | 6,397 | 4,954 |
| 33,050 | 33,100 | 5,849 | 4,961 | 6,411 | 4,961 |
| 33,100 | 33,150 | 5,863 | 4,969 | 6,425 | 4,969 |
| 33,150 | 33,200 | 5,877 | 4,976 | 6,439 | 4,976 |
| 33,200 | 33,250 | 5,891 | 4,984 | 6,453 | 4,984 |
| 33,250 | 33,300 | 5,905 | 4,991 | 6,467 | 4,991 |
| 33,300 | 33,350 | 5,919 | 4,999 | 6,481 | 4,999 |
| 33,350 | 33,400 | 5,933 | 5,006 | 6,495 | 5,006 |
| 33,400 | 33,450 | 5,947 | 5,014 | 6,509 | 5,014 |
| 33,450 | 33,500 | 5,961 | 5,021 | 6,523 | 5,021 |
| 33,500 | 33,550 | 5,975 | 5,029 | 6,537 | 5,029 |
| 33,550 | 33,600 | 5,989 | 5,036 | 6,551 | 5,036 |
| 33,600 | 33,650 | 6,003 | 5,044 | 6,565 | 5,044 |
| 33,650 | 33,700 | 6,017 | 5,051 | 6,579 | 5,051 |
| 33,700 | 33,750 | 6,031 | 5,059 | 6,593 | 5,059 |
| 33,750 | 33,800 | 6,045 | 5,066 | 6,607 | 5,066 |
| 33,800 | 33,850 | 6,059 | 5,074 | 6,621 | 5,074 |
| 33,850 | 33,900 | 6,073 | 5,081 | 6,635 | 5,081 |
| 33,900 | 33,950 | 6,087 | 5,089 | 6,649 | 5,089 |
| 33,950 | 34,000 | 6,101 | 5,096 | 6,663 | 5,096 |

### 34,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 34,000 | 34,050 | 6,115 | 5,104 | 6,677 | 5,104 |
| 34,050 | 34,100 | 6,129 | 5,111 | 6,691 | 5,111 |
| 34,100 | 34,150 | 6,143 | 5,119 | 6,705 | 5,119 |
| 34,150 | 34,200 | 6,157 | 5,126 | 6,719 | 5,126 |
| 34,200 | 34,250 | 6,171 | 5,134 | 6,733 | 5,134 |
| 34,250 | 34,300 | 6,185 | 5,141 | 6,747 | 5,141 |
| 34,300 | 34,350 | 6,199 | 5,149 | 6,761 | 5,149 |
| 34,350 | 34,400 | 6,213 | 5,156 | 6,775 | 5,156 |
| 34,400 | 34,450 | 6,227 | 5,164 | 6,789 | 5,164 |
| 34,450 | 34,500 | 6,241 | 5,171 | 6,803 | 5,171 |
| 34,500 | 34,550 | 6,255 | 5,179 | 6,817 | 5,179 |
| 34,550 | 34,600 | 6,269 | 5,186 | 6,831 | 5,186 |
| 34,600 | 34,650 | 6,283 | 5,194 | 6,845 | 5,194 |
| 34,650 | 34,700 | 6,297 | 5,201 | 6,859 | 5,201 |
| 34,700 | 34,750 | 6,311 | 5,209 | 6,873 | 5,209 |
| 34,750 | 34,800 | 6,325 | 5,216 | 6,887 | 5,216 |
| 34,800 | 34,850 | 6,339 | 5,224 | 6,901 | 5,224 |
| 34,850 | 34,900 | 6,353 | 5,231 | 6,915 | 5,231 |
| 34,900 | 34,950 | 6,367 | 5,239 | 6,929 | 5,239 |
| 34,950 | 35,000 | 6,381 | 5,246 | 6,943 | 5,246 |

### 35,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 35,000 | 35,050 | 6,395 | 5,254 | 6,957 | 5,254 |
| 35,050 | 35,100 | 6,409 | 5,261 | 6,971 | 5,261 |
| 35,100 | 35,150 | 6,423 | 5,269 | 6,985 | 5,269 |
| 35,150 | 35,200 | 6,437 | 5,276 | 6,999 | 5,276 |
| 35,200 | 35,250 | 6,451 | 5,284 | 7,013 | 5,294 |
| 35,250 | 35,300 | 6,465 | 5,291 | 7,027 | 5,308 |
| 35,300 | 35,350 | 6,479 | 5,299 | 7,041 | 5,322 |
| 35,350 | 35,400 | 6,493 | 5,306 | 7,055 | 5,336 |
| 35,400 | 35,450 | 6,507 | 5,314 | 7,069 | 5,350 |
| 35,450 | 35,500 | 6,521 | 5,321 | 7,083 | 5,364 |
| 35,500 | 35,550 | 6,535 | 5,329 | 7,097 | 5,378 |
| 35,550 | 35,600 | 6,549 | 5,336 | 7,111 | 5,392 |
| 35,600 | 35,650 | 6,563 | 5,344 | 7,125 | 5,406 |
| 35,650 | 35,700 | 6,577 | 5,351 | 7,139 | 5,420 |
| 35,700 | 35,750 | 6,591 | 5,359 | 7,153 | 5,434 |
| 35,750 | 35,800 | 6,605 | 5,366 | 7,167 | 5,448 |
| 35,800 | 35,850 | 6,619 | 5,374 | 7,181 | 5,462 |
| 35,850 | 35,900 | 6,633 | 5,381 | 7,195 | 5,476 |
| 35,900 | 35,950 | 6,647 | 5,389 | 7,209 | 5,490 |
| 35,950 | 36,000 | 6,661 | 5,396 | 7,223 | 5,504 |

### 36,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 36,000 | 36,050 | 6,675 | 5,404 | 7,237 | 5,518 |
| 36,050 | 36,100 | 6,689 | 5,411 | 7,251 | 5,532 |
| 36,100 | 36,150 | 6,703 | 5,419 | 7,265 | 5,546 |
| 36,150 | 36,200 | 6,717 | 5,426 | 7,279 | 5,560 |
| 36,200 | 36,250 | 6,731 | 5,434 | 7,293 | 5,574 |
| 36,250 | 36,300 | 6,745 | 5,441 | 7,307 | 5,588 |
| 36,300 | 36,350 | 6,759 | 5,449 | 7,321 | 5,602 |
| 36,350 | 36,400 | 6,773 | 5,456 | 7,335 | 5,616 |
| 36,400 | 36,450 | 6,787 | 5,464 | 7,349 | 5,630 |
| 36,450 | 36,500 | 6,801 | 5,471 | 7,363 | 5,644 |
| 36,500 | 36,550 | 6,815 | 5,479 | 7,377 | 5,658 |
| 36,550 | 36,600 | 6,829 | 5,486 | 7,391 | 5,672 |
| 36,600 | 36,650 | 6,843 | 5,494 | 7,405 | 5,686 |
| 36,650 | 36,700 | 6,857 | 5,501 | 7,419 | 5,700 |
| 36,700 | 36,750 | 6,871 | 5,509 | 7,433 | 5,714 |
| 36,750 | 36,800 | 6,885 | 5,516 | 7,447 | 5,728 |
| 36,800 | 36,850 | 6,899 | 5,524 | 7,461 | 5,742 |
| 36,850 | 36,900 | 6,913 | 5,531 | 7,475 | 5,756 |
| 36,900 | 36,950 | 6,927 | 5,539 | 7,489 | 5,770 |
| 36,950 | 37,000 | 6,941 | 5,546 | 7,503 | 5,784 |

### 37,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 37,000 | 37,050 | 6,955 | 5,554 | 7,517 | 5,798 |
| 37,050 | 37,100 | 6,969 | 5,561 | 7,531 | 5,812 |
| 37,100 | 37,150 | 6,983 | 5,569 | 7,545 | 5,826 |
| 37,150 | 37,200 | 6,997 | 5,576 | 7,559 | 5,840 |
| 37,200 | 37,250 | 7,011 | 5,584 | 7,573 | 5,854 |
| 37,250 | 37,300 | 7,025 | 5,591 | 7,587 | 5,868 |
| 37,300 | 37,350 | 7,039 | 5,599 | 7,601 | 5,882 |
| 37,350 | 37,400 | 7,053 | 5,606 | 7,615 | 5,896 |
| 37,400 | 37,450 | 7,067 | 5,614 | 7,629 | 5,910 |
| 37,450 | 37,500 | 7,081 | 5,621 | 7,643 | 5,924 |
| 37,500 | 37,550 | 7,095 | 5,629 | 7,657 | 5,938 |
| 37,550 | 37,600 | 7,109 | 5,636 | 7,671 | 5,952 |
| 37,600 | 37,650 | 7,123 | 5,644 | 7,685 | 5,966 |
| 37,650 | 37,700 | 7,137 | 5,651 | 7,699 | 5,980 |
| 37,700 | 37,750 | 7,151 | 5,659 | 7,713 | 5,994 |
| 37,750 | 37,800 | 7,165 | 5,666 | 7,727 | 6,008 |
| 37,800 | 37,850 | 7,179 | 5,674 | 7,741 | 6,022 |
| 37,850 | 37,900 | 7,193 | 5,681 | 7,755 | 6,036 |
| 37,900 | 37,950 | 7,207 | 5,689 | 7,769 | 6,050 |
| 37,950 | 38,000 | 7,221 | 5,696 | 7,783 | 6,064 |

### 38,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 38,000 | 38,050 | 7,235 | 5,704 | 7,797 | 6,078 |
| 38,050 | 38,100 | 7,249 | 5,711 | 7,811 | 6,092 |
| 38,100 | 38,150 | 7,263 | 5,719 | 7,825 | 6,106 |
| 38,150 | 38,200 | 7,277 | 5,726 | 7,839 | 6,120 |
| 38,200 | 38,250 | 7,291 | 5,734 | 7,853 | 6,134 |
| 38,250 | 38,300 | 7,305 | 5,741 | 7,867 | 6,148 |
| 38,300 | 38,350 | 7,319 | 5,749 | 7,881 | 6,162 |
| 38,350 | 38,400 | 7,333 | 5,756 | 7,895 | 6,176 |
| 38,400 | 38,450 | 7,347 | 5,764 | 7,909 | 6,190 |
| 38,450 | 38,500 | 7,361 | 5,771 | 7,923 | 6,204 |
| 38,500 | 38,550 | 7,375 | 5,779 | 7,937 | 6,218 |
| 38,550 | 38,600 | 7,389 | 5,786 | 7,951 | 6,232 |
| 38,600 | 38,650 | 7,403 | 5,794 | 7,965 | 6,246 |
| 38,650 | 38,700 | 7,417 | 5,801 | 7,979 | 6,260 |
| 38,700 | 38,750 | 7,431 | 5,809 | 7,993 | 6,274 |
| 38,750 | 38,800 | 7,445 | 5,816 | 8,007 | 6,288 |
| 38,800 | 38,850 | 7,459 | 5,824 | 8,021 | 6,302 |
| 38,850 | 38,900 | 7,473 | 5,831 | 8,035 | 6,316 |
| 38,900 | 38,950 | 7,487 | 5,839 | 8,049 | 6,330 |
| 38,950 | 39,000 | 7,501 | 5,846 | 8,063 | 6,344 |

### 39,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 39,000 | 39,050 | 7,515 | 5,854 | 8,077 | 6,358 |
| 39,050 | 39,100 | 7,529 | 5,861 | 8,091 | 6,372 |
| 39,100 | 39,150 | 7,543 | 5,869 | 8,105 | 6,386 |
| 39,150 | 39,200 | 7,557 | 5,876 | 8,119 | 6,400 |
| 39,200 | 39,250 | 7,571 | 5,884 | 8,133 | 6,414 |
| 39,250 | 39,300 | 7,585 | 5,891 | 8,147 | 6,428 |
| 39,300 | 39,350 | 7,599 | 5,899 | 8,161 | 6,442 |
| 39,350 | 39,400 | 7,613 | 5,906 | 8,175 | 6,456 |
| 39,400 | 39,450 | 7,627 | 5,914 | 8,189 | 6,470 |
| 39,450 | 39,500 | 7,641 | 5,921 | 8,203 | 6,484 |
| 39,500 | 39,550 | 7,655 | 5,929 | 8,217 | 6,498 |
| 39,550 | 39,600 | 7,669 | 5,936 | 8,231 | 6,512 |
| 39,600 | 39,650 | 7,683 | 5,944 | 8,245 | 6,526 |
| 39,650 | 39,700 | 7,697 | 5,951 | 8,259 | 6,540 |
| 39,700 | 39,750 | 7,711 | 5,959 | 8,273 | 6,554 |
| 39,750 | 39,800 | 7,725 | 5,966 | 8,287 | 6,568 |
| 39,800 | 39,850 | 7,739 | 5,974 | 8,301 | 6,582 |
| 39,850 | 39,900 | 7,753 | 5,981 | 8,315 | 6,596 |
| 39,900 | 39,950 | 7,767 | 5,989 | 8,329 | 6,610 |
| 39,950 | 40,000 | 7,781 | 5,996 | 8,343 | 6,624 |

### 40,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 40,000 | 40,050 | 7,795 | 6,004 | 8,357 | 6,638 |
| 40,050 | 40,100 | 7,809 | 6,011 | 8,371 | 6,652 |
| 40,100 | 40,150 | 7,823 | 6,019 | 8,385 | 6,666 |
| 40,150 | 40,200 | 7,837 | 6,026 | 8,399 | 6,680 |
| 40,200 | 40,250 | 7,851 | 6,034 | 8,413 | 6,694 |
| 40,250 | 40,300 | 7,865 | 6,041 | 8,427 | 6,708 |
| 40,300 | 40,350 | 7,879 | 6,049 | 8,441 | 6,722 |
| 40,350 | 40,400 | 7,893 | 6,056 | 8,455 | 6,736 |
| 40,400 | 40,450 | 7,907 | 6,064 | 8,469 | 6,750 |
| 40,450 | 40,500 | 7,921 | 6,071 | 8,483 | 6,764 |
| 40,500 | 40,550 | 7,935 | 6,079 | 8,497 | 6,778 |
| 40,550 | 40,600 | 7,949 | 6,086 | 8,511 | 6,792 |
| 40,600 | 40,650 | 7,963 | 6,094 | 8,525 | 6,806 |
| 40,650 | 40,700 | 7,977 | 6,101 | 8,539 | 6,820 |
| 40,700 | 40,750 | 7,991 | 6,109 | 8,553 | 6,834 |
| 40,750 | 40,800 | 8,005 | 6,116 | 8,567 | 6,848 |
| 40,800 | 40,850 | 8,019 | 6,124 | 8,581 | 6,862 |
| 40,850 | 40,900 | 8,033 | 6,131 | 8,595 | 6,876 |
| 40,900 | 40,950 | 8,047 | 6,139 | 8,609 | 6,890 |
| 40,950 | 41,000 | 8,061 | 6,146 | 8,623 | 6,904 |

* This column must also be used by a qualifying widow(er).

(Continued on page 64)

**2000 Tax Table—Continued**

Header for all tables:

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |

### 41,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 41,000 | 41,050 | 8,075 | 6,154 | 8,637 | 6,918 |
| 41,050 | 41,100 | 8,089 | 6,161 | 8,651 | 6,932 |
| 41,100 | 41,150 | 8,103 | 6,169 | 8,665 | 6,946 |
| 41,150 | 41,200 | 8,117 | 6,176 | 8,679 | 6,960 |
| 41,200 | 41,250 | 8,131 | 6,184 | 8,693 | 6,974 |
| 41,250 | 41,300 | 8,145 | 6,191 | 8,707 | 6,988 |
| 41,300 | 41,350 | 8,159 | 6,199 | 8,721 | 7,002 |
| 41,350 | 41,400 | 8,173 | 6,206 | 8,735 | 7,016 |
| 41,400 | 41,450 | 8,187 | 6,214 | 8,749 | 7,030 |
| 41,450 | 41,500 | 8,201 | 6,221 | 8,763 | 7,044 |
| 41,500 | 41,550 | 8,215 | 6,229 | 8,777 | 7,058 |
| 41,550 | 41,600 | 8,229 | 6,236 | 8,791 | 7,072 |
| 41,600 | 41,650 | 8,243 | 6,244 | 8,805 | 7,086 |
| 41,650 | 41,700 | 8,257 | 6,251 | 8,819 | 7,100 |
| 41,700 | 41,750 | 8,271 | 6,259 | 8,833 | 7,114 |
| 41,750 | 41,800 | 8,285 | 6,266 | 8,847 | 7,128 |
| 41,800 | 41,850 | 8,299 | 6,274 | 8,861 | 7,142 |
| 41,850 | 41,900 | 8,313 | 6,281 | 8,875 | 7,156 |
| 41,900 | 41,950 | 8,327 | 6,289 | 8,889 | 7,170 |
| 41,950 | 42,000 | 8,341 | 6,296 | 8,903 | 7,184 |

### 42,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 42,000 | 42,050 | 8,355 | 6,304 | 8,917 | 7,198 |
| 42,050 | 42,100 | 8,369 | 6,311 | 8,931 | 7,212 |
| 42,100 | 42,150 | 8,383 | 6,319 | 8,945 | 7,226 |
| 42,150 | 42,200 | 8,397 | 6,326 | 8,959 | 7,240 |
| 42,200 | 42,250 | 8,411 | 6,334 | 8,973 | 7,254 |
| 42,250 | 42,300 | 8,425 | 6,341 | 8,987 | 7,268 |
| 42,300 | 42,350 | 8,439 | 6,349 | 9,001 | 7,282 |
| 42,350 | 42,400 | 8,453 | 6,356 | 9,015 | 7,296 |
| 42,400 | 42,450 | 8,467 | 6,364 | 9,029 | 7,310 |
| 42,450 | 42,500 | 8,481 | 6,371 | 9,043 | 7,324 |
| 42,500 | 42,550 | 8,495 | 6,379 | 9,057 | 7,338 |
| 42,550 | 42,600 | 8,509 | 6,386 | 9,071 | 7,352 |
| 42,600 | 42,650 | 8,523 | 6,394 | 9,085 | 7,366 |
| 42,650 | 42,700 | 8,537 | 6,401 | 9,099 | 7,380 |
| 42,700 | 42,750 | 8,551 | 6,409 | 9,113 | 7,394 |
| 42,750 | 42,800 | 8,565 | 6,416 | 9,127 | 7,408 |
| 42,800 | 42,850 | 8,579 | 6,424 | 9,141 | 7,422 |
| 42,850 | 42,900 | 8,593 | 6,431 | 9,155 | 7,436 |
| 42,900 | 42,950 | 8,607 | 6,439 | 9,169 | 7,450 |
| 42,950 | 43,000 | 8,621 | 6,446 | 9,183 | 7,464 |

### 43,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 43,000 | 43,050 | 8,635 | 6,454 | 9,197 | 7,478 |
| 43,050 | 43,100 | 8,649 | 6,461 | 9,211 | 7,492 |
| 43,100 | 43,150 | 8,663 | 6,469 | 9,225 | 7,506 |
| 43,150 | 43,200 | 8,677 | 6,476 | 9,239 | 7,520 |
| 43,200 | 43,250 | 8,691 | 6,484 | 9,253 | 7,534 |
| 43,250 | 43,300 | 8,705 | 6,491 | 9,267 | 7,548 |
| 43,300 | 43,350 | 8,719 | 6,499 | 9,281 | 7,562 |
| 43,350 | 43,400 | 8,733 | 6,506 | 9,295 | 7,576 |
| 43,400 | 43,450 | 8,747 | 6,514 | 9,309 | 7,590 |
| 43,450 | 43,500 | 8,761 | 6,521 | 9,323 | 7,604 |
| 43,500 | 43,550 | 8,775 | 6,529 | 9,337 | 7,618 |
| 43,550 | 43,600 | 8,789 | 6,536 | 9,351 | 7,632 |
| 43,600 | 43,650 | 8,803 | 6,544 | 9,365 | 7,646 |
| 43,650 | 43,700 | 8,817 | 6,551 | 9,379 | 7,660 |
| 43,700 | 43,750 | 8,831 | 6,559 | 9,393 | 7,674 |
| 43,750 | 43,800 | 8,845 | 6,566 | 9,407 | 7,688 |
| 43,800 | 43,850 | 8,859 | 6,574 | 9,421 | 7,702 |
| 43,850 | 43,900 | 8,873 | 6,581 | 9,435 | 7,716 |
| 43,900 | 43,950 | 8,887 | 6,589 | 9,449 | 7,730 |
| 43,950 | 44,000 | 8,901 | 6,596 | 9,463 | 7,744 |

### 44,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 44,000 | 44,050 | 8,915 | 6,627 | 9,477 | 7,758 |
| 44,050 | 44,100 | 8,929 | 6,641 | 9,491 | 7,772 |
| 44,100 | 44,150 | 8,943 | 6,655 | 9,505 | 7,786 |
| 44,150 | 44,200 | 8,957 | 6,669 | 9,519 | 7,800 |
| 44,200 | 44,250 | 8,971 | 6,683 | 9,533 | 7,814 |
| 44,250 | 44,300 | 8,985 | 6,697 | 9,547 | 7,828 |
| 44,300 | 44,350 | 8,999 | 6,711 | 9,561 | 7,842 |
| 44,350 | 44,400 | 9,013 | 6,725 | 9,575 | 7,856 |
| 44,400 | 44,450 | 9,027 | 6,739 | 9,589 | 7,870 |
| 44,450 | 44,500 | 9,041 | 6,753 | 9,603 | 7,884 |
| 44,500 | 44,550 | 9,055 | 6,767 | 9,617 | 7,898 |
| 44,550 | 44,600 | 9,069 | 6,781 | 9,631 | 7,912 |
| 44,600 | 44,650 | 9,083 | 6,795 | 9,645 | 7,926 |
| 44,650 | 44,700 | 9,097 | 6,809 | 9,659 | 7,940 |
| 44,700 | 44,750 | 9,111 | 6,823 | 9,673 | 7,954 |
| 44,750 | 44,800 | 9,125 | 6,837 | 9,687 | 7,968 |
| 44,800 | 44,850 | 9,139 | 6,851 | 9,701 | 7,982 |
| 44,850 | 44,900 | 9,153 | 6,865 | 9,715 | 7,996 |
| 44,900 | 44,950 | 9,167 | 6,879 | 9,729 | 8,010 |
| 44,950 | 45,000 | 9,181 | 6,893 | 9,743 | 8,024 |

### 45,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 45,000 | 45,050 | 9,195 | 6,907 | 9,757 | 8,038 |
| 45,050 | 45,100 | 9,209 | 6,921 | 9,771 | 8,052 |
| 45,100 | 45,150 | 9,223 | 6,935 | 9,785 | 8,066 |
| 45,150 | 45,200 | 9,237 | 6,949 | 9,799 | 8,080 |
| 45,200 | 45,250 | 9,251 | 6,963 | 9,813 | 8,094 |
| 45,250 | 45,300 | 9,265 | 6,977 | 9,827 | 8,108 |
| 45,300 | 45,350 | 9,279 | 6,991 | 9,841 | 8,122 |
| 45,350 | 45,400 | 9,293 | 7,005 | 9,855 | 8,136 |
| 45,400 | 45,450 | 9,307 | 7,019 | 9,869 | 8,150 |
| 45,450 | 45,500 | 9,321 | 7,033 | 9,883 | 8,164 |
| 45,500 | 45,550 | 9,335 | 7,047 | 9,897 | 8,178 |
| 45,550 | 45,600 | 9,349 | 7,061 | 9,911 | 8,192 |
| 45,600 | 45,650 | 9,363 | 7,075 | 9,925 | 8,206 |
| 45,650 | 45,700 | 9,377 | 7,089 | 9,939 | 8,220 |
| 45,700 | 45,750 | 9,391 | 7,103 | 9,953 | 8,234 |
| 45,750 | 45,800 | 9,405 | 7,117 | 9,967 | 8,248 |
| 45,800 | 45,850 | 9,419 | 7,131 | 9,981 | 8,262 |
| 45,850 | 45,900 | 9,433 | 7,145 | 9,995 | 8,276 |
| 45,900 | 45,950 | 9,447 | 7,159 | 10,009 | 8,290 |
| 45,950 | 46,000 | 9,461 | 7,173 | 10,023 | 8,304 |

### 46,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 46,000 | 46,050 | 9,475 | 7,187 | 10,037 | 8,318 |
| 46,050 | 46,100 | 9,489 | 7,201 | 10,051 | 8,332 |
| 46,100 | 46,150 | 9,503 | 7,215 | 10,065 | 8,346 |
| 46,150 | 46,200 | 9,517 | 7,229 | 10,079 | 8,360 |
| 46,200 | 46,250 | 9,531 | 7,243 | 10,093 | 8,374 |
| 46,250 | 46,300 | 9,545 | 7,257 | 10,107 | 8,388 |
| 46,300 | 46,350 | 9,559 | 7,271 | 10,121 | 8,402 |
| 46,350 | 46,400 | 9,573 | 7,285 | 10,135 | 8,416 |
| 46,400 | 46,450 | 9,587 | 7,299 | 10,149 | 8,430 |
| 46,450 | 46,500 | 9,601 | 7,313 | 10,163 | 8,444 |
| 46,500 | 46,550 | 9,615 | 7,327 | 10,177 | 8,458 |
| 46,550 | 46,600 | 9,629 | 7,341 | 10,191 | 8,472 |
| 46,600 | 46,650 | 9,643 | 7,355 | 10,205 | 8,486 |
| 46,650 | 46,700 | 9,657 | 7,369 | 10,219 | 8,500 |
| 46,700 | 46,750 | 9,671 | 7,383 | 10,233 | 8,514 |
| 46,750 | 46,800 | 9,685 | 7,397 | 10,247 | 8,528 |
| 46,800 | 46,850 | 9,699 | 7,411 | 10,261 | 8,542 |
| 46,850 | 46,900 | 9,713 | 7,425 | 10,275 | 8,556 |
| 46,900 | 46,950 | 9,727 | 7,439 | 10,289 | 8,570 |
| 46,950 | 47,000 | 9,741 | 7,453 | 10,303 | 8,584 |

### 47,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 47,000 | 47,050 | 9,755 | 7,467 | 10,317 | 8,598 |
| 47,050 | 47,100 | 9,769 | 7,481 | 10,331 | 8,612 |
| 47,100 | 47,150 | 9,783 | 7,495 | 10,345 | 8,626 |
| 47,150 | 47,200 | 9,797 | 7,509 | 10,359 | 8,640 |
| 47,200 | 47,250 | 9,811 | 7,523 | 10,373 | 8,654 |
| 47,250 | 47,300 | 9,825 | 7,537 | 10,387 | 8,668 |
| 47,300 | 47,350 | 9,839 | 7,551 | 10,401 | 8,682 |
| 47,350 | 47,400 | 9,853 | 7,565 | 10,415 | 8,696 |
| 47,400 | 47,450 | 9,867 | 7,579 | 10,429 | 8,710 |
| 47,450 | 47,500 | 9,881 | 7,593 | 10,443 | 8,724 |
| 47,500 | 47,550 | 9,895 | 7,607 | 10,457 | 8,738 |
| 47,550 | 47,600 | 9,909 | 7,621 | 10,471 | 8,752 |
| 47,600 | 47,650 | 9,923 | 7,635 | 10,485 | 8,766 |
| 47,650 | 47,700 | 9,937 | 7,649 | 10,499 | 8,780 |
| 47,700 | 47,750 | 9,951 | 7,663 | 10,513 | 8,794 |
| 47,750 | 47,800 | 9,965 | 7,677 | 10,527 | 8,808 |
| 47,800 | 47,850 | 9,979 | 7,691 | 10,541 | 8,822 |
| 47,850 | 47,900 | 9,993 | 7,705 | 10,555 | 8,836 |
| 47,900 | 47,950 | 10,007 | 7,719 | 10,569 | 8,850 |
| 47,950 | 48,000 | 10,021 | 7,733 | 10,583 | 8,864 |

### 48,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 48,000 | 48,050 | 10,035 | 7,747 | 10,597 | 8,878 |
| 48,050 | 48,100 | 10,049 | 7,761 | 10,611 | 8,892 |
| 48,100 | 48,150 | 10,063 | 7,775 | 10,625 | 8,906 |
| 48,150 | 48,200 | 10,077 | 7,789 | 10,639 | 8,920 |
| 48,200 | 48,250 | 10,091 | 7,803 | 10,653 | 8,934 |
| 48,250 | 48,300 | 10,105 | 7,817 | 10,667 | 8,948 |
| 48,300 | 48,350 | 10,119 | 7,831 | 10,681 | 8,962 |
| 48,350 | 48,400 | 10,133 | 7,845 | 10,695 | 8,976 |
| 48,400 | 48,450 | 10,147 | 7,859 | 10,709 | 8,990 |
| 48,450 | 48,500 | 10,161 | 7,873 | 10,723 | 9,004 |
| 48,500 | 48,550 | 10,175 | 7,887 | 10,737 | 9,018 |
| 48,550 | 48,600 | 10,189 | 7,901 | 10,751 | 9,032 |
| 48,600 | 48,650 | 10,203 | 7,915 | 10,765 | 9,046 |
| 48,650 | 48,700 | 10,217 | 7,929 | 10,779 | 9,060 |
| 48,700 | 48,750 | 10,231 | 7,943 | 10,793 | 9,074 |
| 48,750 | 48,800 | 10,245 | 7,957 | 10,807 | 9,088 |
| 48,800 | 48,850 | 10,259 | 7,971 | 10,821 | 9,102 |
| 48,850 | 48,900 | 10,273 | 7,985 | 10,835 | 9,116 |
| 48,900 | 48,950 | 10,287 | 7,999 | 10,849 | 9,130 |
| 48,950 | 49,000 | 10,301 | 8,013 | 10,863 | 9,144 |

### 49,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 49,000 | 49,050 | 10,315 | 8,027 | 10,877 | 9,158 |
| 49,050 | 49,100 | 10,329 | 8,041 | 10,891 | 9,172 |
| 49,100 | 49,150 | 10,343 | 8,055 | 10,905 | 9,186 |
| 49,150 | 49,200 | 10,357 | 8,069 | 10,919 | 9,200 |
| 49,200 | 49,250 | 10,371 | 8,083 | 10,933 | 9,214 |
| 49,250 | 49,300 | 10,385 | 8,097 | 10,947 | 9,228 |
| 49,300 | 49,350 | 10,399 | 8,111 | 10,961 | 9,242 |
| 49,350 | 49,400 | 10,413 | 8,125 | 10,975 | 9,256 |
| 49,400 | 49,450 | 10,427 | 8,139 | 10,989 | 9,270 |
| 49,450 | 49,500 | 10,441 | 8,153 | 11,003 | 9,284 |
| 49,500 | 49,550 | 10,455 | 8,167 | 11,017 | 9,298 |
| 49,550 | 49,600 | 10,469 | 8,181 | 11,031 | 9,312 |
| 49,600 | 49,650 | 10,483 | 8,195 | 11,045 | 9,326 |
| 49,650 | 49,700 | 10,497 | 8,209 | 11,059 | 9,340 |
| 49,700 | 49,750 | 10,511 | 8,223 | 11,073 | 9,354 |
| 49,750 | 49,800 | 10,525 | 8,237 | 11,087 | 9,368 |
| 49,800 | 49,850 | 10,539 | 8,251 | 11,101 | 9,382 |
| 49,850 | 49,900 | 10,553 | 8,265 | 11,115 | 9,396 |
| 49,900 | 49,950 | 10,567 | 8,279 | 11,129 | 9,410 |
| 49,950 | 50,000 | 10,581 | 8,293 | 11,143 | 9,424 |

* This column must also be used by a qualifying widow(er).

(Continued on page 65)

**2000 Tax Table—Continued**

| If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household | At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household | At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | | | | Your tax is— | | | | | | Your tax is— | | | |
| **50,000** | | | | | | **53,000** | | | | | | **56,000** | | | | | |
| 50,000 | 50,050 | 10,595 | 8,307 | 11,157 | 9,438 | 53,000 | 53,050 | 11,435 | 9,147 | 11,998 | 10,278 | 56,000 | 56,050 | 12,275 | 9,987 | 12,928 | 11,118 |
| 50,050 | 50,100 | 10,609 | 8,321 | 11,171 | 9,452 | 53,050 | 53,100 | 11,449 | 9,161 | 12,014 | 10,292 | 56,050 | 56,100 | 12,289 | 10,001 | 12,944 | 11,132 |
| 50,100 | 50,150 | 10,623 | 8,335 | 11,185 | 9,466 | 53,100 | 53,150 | 11,463 | 9,175 | 12,029 | 10,306 | 56,100 | 56,150 | 12,303 | 10,015 | 12,959 | 11,146 |
| 50,150 | 50,200 | 10,637 | 8,349 | 11,199 | 9,480 | 53,150 | 53,200 | 11,477 | 9,189 | 12,045 | 10,320 | 56,150 | 56,200 | 12,317 | 10,029 | 12,975 | 11,160 |
| 50,200 | 50,250 | 10,651 | 8,363 | 11,213 | 9,494 | 53,200 | 53,250 | 11,491 | 9,203 | 12,060 | 10,334 | 56,200 | 56,250 | 12,331 | 10,043 | 12,990 | 11,174 |
| 50,250 | 50,300 | 10,665 | 8,377 | 11,227 | 9,508 | 53,250 | 53,300 | 11,505 | 9,217 | 12,076 | 10,348 | 56,250 | 56,300 | 12,345 | 10,057 | 13,006 | 11,188 |
| 50,300 | 50,350 | 10,679 | 8,391 | 11,241 | 9,522 | 53,300 | 53,350 | 11,519 | 9,231 | 12,091 | 10,362 | 56,300 | 56,350 | 12,359 | 10,071 | 13,021 | 11,202 |
| 50,350 | 50,400 | 10,693 | 8,405 | 11,255 | 9,536 | 53,350 | 53,400 | 11,533 | 9,245 | 12,107 | 10,376 | 56,350 | 56,400 | 12,373 | 10,085 | 13,037 | 11,216 |
| 50,400 | 50,450 | 10,707 | 8,419 | 11,269 | 9,550 | 53,400 | 53,450 | 11,547 | 9,259 | 12,122 | 10,390 | 56,400 | 56,450 | 12,387 | 10,099 | 13,052 | 11,230 |
| 50,450 | 50,500 | 10,721 | 8,433 | 11,283 | 9,564 | 53,450 | 53,500 | 11,561 | 9,273 | 12,138 | 10,404 | 56,450 | 56,500 | 12,401 | 10,113 | 13,068 | 11,244 |
| 50,500 | 50,550 | 10,735 | 8,447 | 11,297 | 9,578 | 53,500 | 53,550 | 11,575 | 9,287 | 12,153 | 10,418 | 56,500 | 56,550 | 12,415 | 10,127 | 13,083 | 11,258 |
| 50,550 | 50,600 | 10,749 | 8,461 | 11,311 | 9,592 | 53,550 | 53,600 | 11,589 | 9,301 | 12,169 | 10,432 | 56,550 | 56,600 | 12,429 | 10,141 | 13,099 | 11,272 |
| 50,600 | 50,650 | 10,763 | 8,475 | 11,325 | 9,606 | 53,600 | 53,650 | 11,603 | 9,315 | 12,184 | 10,446 | 56,600 | 56,650 | 12,443 | 10,155 | 13,114 | 11,286 |
| 50,650 | 50,700 | 10,777 | 8,489 | 11,339 | 9,620 | 53,650 | 53,700 | 11,617 | 9,329 | 12,200 | 10,460 | 56,650 | 56,700 | 12,457 | 10,169 | 13,130 | 11,300 |
| 50,700 | 50,750 | 10,791 | 8,503 | 11,353 | 9,634 | 53,700 | 53,750 | 11,631 | 9,343 | 12,215 | 10,474 | 56,700 | 56,750 | 12,471 | 10,183 | 13,145 | 11,314 |
| 50,750 | 50,800 | 10,805 | 8,517 | 11,367 | 9,648 | 53,750 | 53,800 | 11,645 | 9,357 | 12,231 | 10,488 | 56,750 | 56,800 | 12,485 | 10,197 | 13,161 | 11,328 |
| 50,800 | 50,850 | 10,819 | 8,531 | 11,381 | 9,662 | 53,800 | 53,850 | 11,659 | 9,371 | 12,246 | 10,502 | 56,800 | 56,850 | 12,499 | 10,211 | 13,176 | 11,342 |
| 50,850 | 50,900 | 10,833 | 8,545 | 11,395 | 9,676 | 53,850 | 53,900 | 11,673 | 9,385 | 12,262 | 10,516 | 56,850 | 56,900 | 12,513 | 10,225 | 13,192 | 11,356 |
| 50,900 | 50,950 | 10,847 | 8,559 | 11,409 | 9,690 | 53,900 | 53,950 | 11,687 | 9,399 | 12,277 | 10,530 | 56,900 | 56,950 | 12,527 | 10,239 | 13,207 | 11,370 |
| 50,950 | 51,000 | 10,861 | 8,573 | 11,423 | 9,704 | 53,950 | 54,000 | 11,701 | 9,413 | 12,293 | 10,544 | 56,950 | 57,000 | 12,541 | 10,253 | 13,223 | 11,384 |
| **51,000** | | | | | | **54,000** | | | | | | **57,000** | | | | | |
| 51,000 | 51,050 | 10,875 | 8,587 | 11,437 | 9,718 | 54,000 | 54,050 | 11,715 | 9,427 | 12,308 | 10,558 | 57,000 | 57,050 | 12,555 | 10,267 | 13,238 | 11,398 |
| 51,050 | 51,100 | 10,889 | 8,601 | 11,451 | 9,732 | 54,050 | 54,100 | 11,729 | 9,441 | 12,324 | 10,572 | 57,050 | 57,100 | 12,569 | 10,281 | 13,254 | 11,412 |
| 51,100 | 51,150 | 10,903 | 8,615 | 11,465 | 9,746 | 54,100 | 54,150 | 11,743 | 9,455 | 12,339 | 10,586 | 57,100 | 57,150 | 12,583 | 10,295 | 13,269 | 11,426 |
| 51,150 | 51,200 | 10,917 | 8,629 | 11,479 | 9,760 | 54,150 | 54,200 | 11,757 | 9,469 | 12,355 | 10,600 | 57,150 | 57,200 | 12,597 | 10,309 | 13,285 | 11,440 |
| 51,200 | 51,250 | 10,931 | 8,643 | 11,493 | 9,774 | 54,200 | 54,250 | 11,771 | 9,483 | 12,370 | 10,614 | 57,200 | 57,250 | 12,611 | 10,323 | 13,300 | 11,454 |
| 51,250 | 51,300 | 10,945 | 8,657 | 11,507 | 9,788 | 54,250 | 54,300 | 11,785 | 9,497 | 12,386 | 10,628 | 57,250 | 57,300 | 12,625 | 10,337 | 13,316 | 11,468 |
| 51,300 | 51,350 | 10,959 | 8,671 | 11,521 | 9,802 | 54,300 | 54,350 | 11,799 | 9,511 | 12,401 | 10,642 | 57,300 | 57,350 | 12,639 | 10,351 | 13,331 | 11,482 |
| 51,350 | 51,400 | 10,973 | 8,685 | 11,535 | 9,816 | 54,350 | 54,400 | 11,813 | 9,525 | 12,417 | 10,656 | 57,350 | 57,400 | 12,653 | 10,365 | 13,347 | 11,496 |
| 51,400 | 51,450 | 10,987 | 8,699 | 11,549 | 9,830 | 54,400 | 54,450 | 11,827 | 9,539 | 12,432 | 10,670 | 57,400 | 57,450 | 12,667 | 10,379 | 13,362 | 11,510 |
| 51,450 | 51,500 | 11,001 | 8,713 | 11,563 | 9,844 | 54,450 | 54,500 | 11,841 | 9,553 | 12,448 | 10,684 | 57,450 | 57,500 | 12,681 | 10,393 | 13,378 | 11,524 |
| 51,500 | 51,550 | 11,015 | 8,727 | 11,577 | 9,858 | 54,500 | 54,550 | 11,855 | 9,567 | 12,463 | 10,698 | 57,500 | 57,550 | 12,695 | 10,407 | 13,393 | 11,538 |
| 51,550 | 51,600 | 11,029 | 8,741 | 11,591 | 9,872 | 54,550 | 54,600 | 11,869 | 9,581 | 12,479 | 10,712 | 57,550 | 57,600 | 12,709 | 10,421 | 13,409 | 11,552 |
| 51,600 | 51,650 | 11,043 | 8,755 | 11,605 | 9,886 | 54,600 | 54,650 | 11,883 | 9,595 | 12,494 | 10,726 | 57,600 | 57,650 | 12,723 | 10,435 | 13,424 | 11,566 |
| 51,650 | 51,700 | 11,057 | 8,769 | 11,619 | 9,900 | 54,650 | 54,700 | 11,897 | 9,609 | 12,510 | 10,740 | 57,650 | 57,700 | 12,737 | 10,449 | 13,440 | 11,580 |
| 51,700 | 51,750 | 11,071 | 8,783 | 11,633 | 9,914 | 54,700 | 54,750 | 11,911 | 9,623 | 12,525 | 10,754 | 57,700 | 57,750 | 12,751 | 10,463 | 13,455 | 11,594 |
| 51,750 | 51,800 | 11,085 | 8,797 | 11,647 | 9,928 | 54,750 | 54,800 | 11,925 | 9,637 | 12,541 | 10,768 | 57,750 | 57,800 | 12,765 | 10,477 | 13,471 | 11,608 |
| 51,800 | 51,850 | 11,099 | 8,811 | 11,661 | 9,942 | 54,800 | 54,850 | 11,939 | 9,651 | 12,556 | 10,782 | 57,800 | 57,850 | 12,779 | 10,491 | 13,486 | 11,622 |
| 51,850 | 51,900 | 11,113 | 8,825 | 11,675 | 9,956 | 54,850 | 54,900 | 11,953 | 9,665 | 12,572 | 10,796 | 57,850 | 57,900 | 12,793 | 10,505 | 13,502 | 11,636 |
| 51,900 | 51,950 | 11,127 | 8,839 | 11,689 | 9,970 | 54,900 | 54,950 | 11,967 | 9,679 | 12,587 | 10,810 | 57,900 | 57,950 | 12,807 | 10,519 | 13,517 | 11,650 |
| 51,950 | 52,000 | 11,141 | 8,853 | 11,703 | 9,984 | 54,950 | 55,000 | 11,981 | 9,693 | 12,603 | 10,824 | 57,950 | 58,000 | 12,821 | 10,533 | 13,533 | 11,664 |
| **52,000** | | | | | | **55,000** | | | | | | **58,000** | | | | | |
| 52,000 | 52,050 | 11,155 | 8,867 | 11,717 | 9,998 | 55,000 | 55,050 | 11,995 | 9,707 | 12,618 | 10,838 | 58,000 | 58,050 | 12,835 | 10,547 | 13,548 | 11,678 |
| 52,050 | 52,100 | 11,169 | 8,881 | 11,731 | 10,012 | 55,050 | 55,100 | 12,009 | 9,721 | 12,634 | 10,852 | 58,050 | 58,100 | 12,849 | 10,561 | 13,564 | 11,692 |
| 52,100 | 52,150 | 11,183 | 8,895 | 11,745 | 10,026 | 55,100 | 55,150 | 12,023 | 9,735 | 12,649 | 10,866 | 58,100 | 58,150 | 12,863 | 10,575 | 13,579 | 11,706 |
| 52,150 | 52,200 | 11,197 | 8,909 | 11,759 | 10,040 | 55,150 | 55,200 | 12,037 | 9,749 | 12,665 | 10,880 | 58,150 | 58,200 | 12,877 | 10,589 | 13,595 | 11,720 |
| 52,200 | 52,250 | 11,211 | 8,923 | 11,773 | 10,054 | 55,200 | 55,250 | 12,051 | 9,763 | 12,680 | 10,894 | 58,200 | 58,250 | 12,891 | 10,603 | 13,610 | 11,734 |
| 52,250 | 52,300 | 11,225 | 8,937 | 11,787 | 10,068 | 55,250 | 55,300 | 12,065 | 9,777 | 12,696 | 10,908 | 58,250 | 58,300 | 12,905 | 10,617 | 13,626 | 11,748 |
| 52,300 | 52,350 | 11,239 | 8,951 | 11,801 | 10,082 | 55,300 | 55,350 | 12,079 | 9,791 | 12,711 | 10,922 | 58,300 | 58,350 | 12,919 | 10,631 | 13,641 | 11,762 |
| 52,350 | 52,400 | 11,253 | 8,965 | 11,815 | 10,096 | 55,350 | 55,400 | 12,093 | 9,805 | 12,727 | 10,936 | 58,350 | 58,400 | 12,933 | 10,645 | 13,657 | 11,776 |
| 52,400 | 52,450 | 11,267 | 8,979 | 11,829 | 10,110 | 55,400 | 55,450 | 12,107 | 9,819 | 12,742 | 10,950 | 58,400 | 58,450 | 12,947 | 10,659 | 13,672 | 11,790 |
| 52,450 | 52,500 | 11,281 | 8,993 | 11,843 | 10,124 | 55,450 | 55,500 | 12,121 | 9,833 | 12,758 | 10,964 | 58,450 | 58,500 | 12,961 | 10,673 | 13,688 | 11,804 |
| 52,500 | 52,550 | 11,295 | 9,007 | 11,857 | 10,138 | 55,500 | 55,550 | 12,135 | 9,847 | 12,773 | 10,978 | 58,500 | 58,550 | 12,975 | 10,687 | 13,703 | 11,818 |
| 52,550 | 52,600 | 11,309 | 9,021 | 11,871 | 10,152 | 55,550 | 55,600 | 12,149 | 9,861 | 12,789 | 10,992 | 58,550 | 58,600 | 12,989 | 10,701 | 13,719 | 11,832 |
| 52,600 | 52,650 | 11,323 | 9,035 | 11,885 | 10,166 | 55,600 | 55,650 | 12,163 | 9,875 | 12,804 | 11,006 | 58,600 | 58,650 | 13,003 | 10,715 | 13,734 | 11,846 |
| 52,650 | 52,700 | 11,337 | 9,049 | 11,899 | 10,180 | 55,650 | 55,700 | 12,177 | 9,889 | 12,820 | 11,020 | 58,650 | 58,700 | 13,017 | 10,729 | 13,750 | 11,860 |
| 52,700 | 52,750 | 11,351 | 9,063 | 11,913 | 10,194 | 55,700 | 55,750 | 12,191 | 9,903 | 12,835 | 11,034 | 58,700 | 58,750 | 13,031 | 10,743 | 13,765 | 11,874 |
| 52,750 | 52,800 | 11,365 | 9,077 | 11,927 | 10,208 | 55,750 | 55,800 | 12,205 | 9,917 | 12,851 | 11,048 | 58,750 | 58,800 | 13,045 | 10,757 | 13,781 | 11,888 |
| 52,800 | 52,850 | 11,379 | 9,091 | 11,941 | 10,222 | 55,800 | 55,850 | 12,219 | 9,931 | 12,866 | 11,062 | 58,800 | 58,850 | 13,059 | 10,771 | 13,796 | 11,902 |
| 52,850 | 52,900 | 11,393 | 9,105 | 11,955 | 10,236 | 55,850 | 55,900 | 12,233 | 9,945 | 12,882 | 11,076 | 58,850 | 58,900 | 13,073 | 10,785 | 13,812 | 11,916 |
| 52,900 | 52,950 | 11,407 | 9,119 | 11,969 | 10,250 | 55,900 | 55,950 | 12,247 | 9,959 | 12,897 | 11,090 | 58,900 | 58,950 | 13,087 | 10,799 | 13,827 | 11,930 |
| 52,950 | 53,000 | 11,421 | 9,133 | 11,983 | 10,264 | 55,950 | 56,000 | 12,261 | 9,973 | 12,913 | 11,104 | 58,950 | 59,000 | 13,101 | 10,813 | 13,843 | 11,944 |

* This column must also be used by a qualifying widow(er).

(Continued on page 66)

**2000 Tax Table—Continued**

### 59,000 / 60,000 / 61,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 59,000 | 59,050 | 13,115 | 10,827 | 13,858 | 11,958 |
| 59,050 | 59,100 | 13,129 | 10,841 | 13,874 | 11,972 |
| 59,100 | 59,150 | 13,143 | 10,855 | 13,889 | 11,986 |
| 59,150 | 59,200 | 13,157 | 10,869 | 13,905 | 12,000 |
| 59,200 | 59,250 | 13,171 | 10,883 | 13,920 | 12,014 |
| 59,250 | 59,300 | 13,185 | 10,897 | 13,936 | 12,028 |
| 59,300 | 59,350 | 13,199 | 10,911 | 13,951 | 12,042 |
| 59,350 | 59,400 | 13,213 | 10,925 | 13,967 | 12,056 |
| 59,400 | 59,450 | 13,227 | 10,939 | 13,982 | 12,070 |
| 59,450 | 59,500 | 13,241 | 10,953 | 13,998 | 12,084 |
| 59,500 | 59,550 | 13,255 | 10,967 | 14,013 | 12,098 |
| 59,550 | 59,600 | 13,269 | 10,981 | 14,029 | 12,112 |
| 59,600 | 59,650 | 13,283 | 10,995 | 14,044 | 12,126 |
| 59,650 | 59,700 | 13,297 | 11,009 | 14,060 | 12,140 |
| 59,700 | 59,750 | 13,311 | 11,023 | 14,075 | 12,154 |
| 59,750 | 59,800 | 13,325 | 11,037 | 14,091 | 12,168 |
| 59,800 | 59,850 | 13,339 | 11,051 | 14,106 | 12,182 |
| 59,850 | 59,900 | 13,353 | 11,065 | 14,122 | 12,196 |
| 59,900 | 59,950 | 13,367 | 11,079 | 14,137 | 12,210 |
| 59,950 | 60,000 | 13,381 | 11,093 | 14,153 | 12,224 |
| 60,000 | 60,050 | 13,395 | 11,107 | 14,168 | 12,238 |
| 60,050 | 60,100 | 13,409 | 11,121 | 14,184 | 12,252 |
| 60,100 | 60,150 | 13,423 | 11,135 | 14,199 | 12,266 |
| 60,150 | 60,200 | 13,437 | 11,149 | 14,215 | 12,280 |
| 60,200 | 60,250 | 13,451 | 11,163 | 14,230 | 12,294 |
| 60,250 | 60,300 | 13,465 | 11,177 | 14,246 | 12,308 |
| 60,300 | 60,350 | 13,479 | 11,191 | 14,261 | 12,322 |
| 60,350 | 60,400 | 13,493 | 11,205 | 14,277 | 12,336 |
| 60,400 | 60,450 | 13,507 | 11,219 | 14,292 | 12,350 |
| 60,450 | 60,500 | 13,521 | 11,233 | 14,308 | 12,364 |
| 60,500 | 60,550 | 13,535 | 11,247 | 14,323 | 12,378 |
| 60,550 | 60,600 | 13,549 | 11,261 | 14,339 | 12,392 |
| 60,600 | 60,650 | 13,563 | 11,275 | 14,354 | 12,406 |
| 60,650 | 60,700 | 13,577 | 11,289 | 14,370 | 12,420 |
| 60,700 | 60,750 | 13,591 | 11,303 | 14,385 | 12,434 |
| 60,750 | 60,800 | 13,605 | 11,317 | 14,401 | 12,448 |
| 60,800 | 60,850 | 13,619 | 11,331 | 14,416 | 12,462 |
| 60,850 | 60,900 | 13,633 | 11,345 | 14,432 | 12,476 |
| 60,900 | 60,950 | 13,647 | 11,359 | 14,447 | 12,490 |
| 60,950 | 61,000 | 13,661 | 11,373 | 14,463 | 12,504 |
| 61,000 | 61,050 | 13,675 | 11,387 | 14,478 | 12,518 |
| 61,050 | 61,100 | 13,689 | 11,401 | 14,494 | 12,532 |
| 61,100 | 61,150 | 13,703 | 11,415 | 14,509 | 12,546 |
| 61,150 | 61,200 | 13,717 | 11,429 | 14,525 | 12,560 |
| 61,200 | 61,250 | 13,731 | 11,443 | 14,540 | 12,574 |
| 61,250 | 61,300 | 13,745 | 11,457 | 14,556 | 12,588 |
| 61,300 | 61,350 | 13,759 | 11,471 | 14,571 | 12,602 |
| 61,350 | 61,400 | 13,773 | 11,485 | 14,587 | 12,616 |
| 61,400 | 61,450 | 13,787 | 11,499 | 14,602 | 12,630 |
| 61,450 | 61,500 | 13,801 | 11,513 | 14,618 | 12,644 |
| 61,500 | 61,550 | 13,815 | 11,527 | 14,633 | 12,658 |
| 61,550 | 61,600 | 13,829 | 11,541 | 14,649 | 12,672 |
| 61,600 | 61,650 | 13,843 | 11,555 | 14,664 | 12,686 |
| 61,650 | 61,700 | 13,857 | 11,569 | 14,680 | 12,700 |
| 61,700 | 61,750 | 13,871 | 11,583 | 14,695 | 12,714 |
| 61,750 | 61,800 | 13,885 | 11,597 | 14,711 | 12,728 |
| 61,800 | 61,850 | 13,899 | 11,611 | 14,726 | 12,742 |
| 61,850 | 61,900 | 13,913 | 11,625 | 14,742 | 12,756 |
| 61,900 | 61,950 | 13,927 | 11,639 | 14,757 | 12,770 |
| 61,950 | 62,000 | 13,941 | 11,653 | 14,773 | 12,784 |

### 62,000 / 63,000 / 64,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 62,000 | 62,050 | 13,955 | 11,667 | 14,788 | 12,798 |
| 62,050 | 62,100 | 13,969 | 11,681 | 14,804 | 12,812 |
| 62,100 | 62,150 | 13,983 | 11,695 | 14,819 | 12,826 |
| 62,150 | 62,200 | 13,997 | 11,709 | 14,835 | 12,840 |
| 62,200 | 62,250 | 14,011 | 11,723 | 14,850 | 12,854 |
| 62,250 | 62,300 | 14,025 | 11,737 | 14,866 | 12,868 |
| 62,300 | 62,350 | 14,039 | 11,751 | 14,881 | 12,882 |
| 62,350 | 62,400 | 14,053 | 11,765 | 14,897 | 12,896 |
| 62,400 | 62,450 | 14,067 | 11,779 | 14,912 | 12,910 |
| 62,450 | 62,500 | 14,081 | 11,793 | 14,928 | 12,924 |
| 62,500 | 62,550 | 14,095 | 11,807 | 14,943 | 12,938 |
| 62,550 | 62,600 | 14,109 | 11,821 | 14,959 | 12,952 |
| 62,600 | 62,650 | 14,123 | 11,835 | 14,974 | 12,966 |
| 62,650 | 62,700 | 14,137 | 11,849 | 14,990 | 12,980 |
| 62,700 | 62,750 | 14,151 | 11,863 | 15,005 | 12,994 |
| 62,750 | 62,800 | 14,165 | 11,877 | 15,021 | 13,008 |
| 62,800 | 62,850 | 14,179 | 11,891 | 15,036 | 13,022 |
| 62,850 | 62,900 | 14,193 | 11,905 | 15,052 | 13,036 |
| 62,900 | 62,950 | 14,207 | 11,919 | 15,067 | 13,050 |
| 62,950 | 63,000 | 14,221 | 11,933 | 15,083 | 13,064 |
| 63,000 | 63,050 | 14,235 | 11,947 | 15,098 | 13,078 |
| 63,050 | 63,100 | 14,249 | 11,961 | 15,114 | 13,092 |
| 63,100 | 63,150 | 14,263 | 11,975 | 15,129 | 13,106 |
| 63,150 | 63,200 | 14,277 | 11,989 | 15,145 | 13,120 |
| 63,200 | 63,250 | 14,291 | 12,003 | 15,160 | 13,134 |
| 63,250 | 63,300 | 14,305 | 12,017 | 15,176 | 13,148 |
| 63,300 | 63,350 | 14,319 | 12,031 | 15,191 | 13,162 |
| 63,350 | 63,400 | 14,333 | 12,045 | 15,207 | 13,176 |
| 63,400 | 63,450 | 14,347 | 12,059 | 15,222 | 13,190 |
| 63,450 | 63,500 | 14,361 | 12,073 | 15,238 | 13,204 |
| 63,500 | 63,550 | 14,375 | 12,087 | 15,253 | 13,218 |
| 63,550 | 63,600 | 14,389 | 12,101 | 15,269 | 13,232 |
| 63,600 | 63,650 | 14,405 | 12,115 | 15,284 | 13,246 |
| 63,650 | 63,700 | 14,420 | 12,129 | 15,300 | 13,260 |
| 63,700 | 63,750 | 14,436 | 12,143 | 15,315 | 13,274 |
| 63,750 | 63,800 | 14,451 | 12,157 | 15,331 | 13,288 |
| 63,800 | 63,850 | 14,467 | 12,171 | 15,346 | 13,302 |
| 63,850 | 63,900 | 14,482 | 12,185 | 15,362 | 13,316 |
| 63,900 | 63,950 | 14,498 | 12,199 | 15,377 | 13,330 |
| 63,950 | 64,000 | 14,513 | 12,213 | 15,393 | 13,344 |
| 64,000 | 64,050 | 14,529 | 12,227 | 15,408 | 13,358 |
| 64,050 | 64,100 | 14,544 | 12,241 | 15,424 | 13,372 |
| 64,100 | 64,150 | 14,560 | 12,255 | 15,439 | 13,386 |
| 64,150 | 64,200 | 14,575 | 12,269 | 15,455 | 13,400 |
| 64,200 | 64,250 | 14,591 | 12,283 | 15,470 | 13,414 |
| 64,250 | 64,300 | 14,606 | 12,297 | 15,486 | 13,428 |
| 64,300 | 64,350 | 14,622 | 12,311 | 15,501 | 13,442 |
| 64,350 | 64,400 | 14,637 | 12,325 | 15,517 | 13,456 |
| 64,400 | 64,450 | 14,653 | 12,339 | 15,532 | 13,470 |
| 64,450 | 64,500 | 14,668 | 12,353 | 15,548 | 13,484 |
| 64,500 | 64,550 | 14,684 | 12,367 | 15,563 | 13,498 |
| 64,550 | 64,600 | 14,699 | 12,381 | 15,579 | 13,512 |
| 64,600 | 64,650 | 14,715 | 12,395 | 15,594 | 13,526 |
| 64,650 | 64,700 | 14,730 | 12,409 | 15,610 | 13,540 |
| 64,700 | 64,750 | 14,746 | 12,423 | 15,625 | 13,554 |
| 64,750 | 64,800 | 14,761 | 12,437 | 15,641 | 13,568 |
| 64,800 | 64,850 | 14,777 | 12,451 | 15,656 | 13,582 |
| 64,850 | 64,900 | 14,792 | 12,465 | 15,672 | 13,596 |
| 64,900 | 64,950 | 14,808 | 12,479 | 15,687 | 13,610 |
| 64,950 | 65,000 | 14,823 | 12,493 | 15,703 | 13,624 |

### 65,000 / 66,000 / 67,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 65,000 | 65,050 | 14,839 | 12,507 | 15,718 | 13,638 |
| 65,050 | 65,100 | 14,854 | 12,521 | 15,734 | 13,652 |
| 65,100 | 65,150 | 14,870 | 12,535 | 15,749 | 13,666 |
| 65,150 | 65,200 | 14,885 | 12,549 | 15,765 | 13,680 |
| 65,200 | 65,250 | 14,901 | 12,563 | 15,780 | 13,694 |
| 65,250 | 65,300 | 14,916 | 12,577 | 15,796 | 13,708 |
| 65,300 | 65,350 | 14,932 | 12,591 | 15,811 | 13,722 |
| 65,350 | 65,400 | 14,947 | 12,605 | 15,827 | 13,736 |
| 65,400 | 65,450 | 14,963 | 12,619 | 15,842 | 13,750 |
| 65,450 | 65,500 | 14,978 | 12,633 | 15,858 | 13,764 |
| 65,500 | 65,550 | 14,994 | 12,647 | 15,873 | 13,778 |
| 65,550 | 65,600 | 15,009 | 12,661 | 15,889 | 13,792 |
| 65,600 | 65,650 | 15,025 | 12,675 | 15,904 | 13,806 |
| 65,650 | 65,700 | 15,040 | 12,689 | 15,920 | 13,820 |
| 65,700 | 65,750 | 15,056 | 12,703 | 15,935 | 13,834 |
| 65,750 | 65,800 | 15,071 | 12,717 | 15,951 | 13,848 |
| 65,800 | 65,850 | 15,087 | 12,731 | 15,966 | 13,862 |
| 65,850 | 65,900 | 15,102 | 12,745 | 15,982 | 13,876 |
| 65,900 | 65,950 | 15,118 | 12,759 | 15,997 | 13,890 |
| 65,950 | 66,000 | 15,133 | 12,773 | 16,013 | 13,904 |
| 66,000 | 66,050 | 15,149 | 12,787 | 16,028 | 13,918 |
| 66,050 | 66,100 | 15,164 | 12,801 | 16,044 | 13,932 |
| 66,100 | 66,150 | 15,180 | 12,815 | 16,059 | 13,946 |
| 66,150 | 66,200 | 15,195 | 12,829 | 16,075 | 13,960 |
| 66,200 | 66,250 | 15,211 | 12,843 | 16,090 | 13,974 |
| 66,250 | 66,300 | 15,226 | 12,857 | 16,106 | 13,988 |
| 66,300 | 66,350 | 15,242 | 12,871 | 16,121 | 14,002 |
| 66,350 | 66,400 | 15,257 | 12,885 | 16,137 | 14,016 |
| 66,400 | 66,450 | 15,273 | 12,899 | 16,152 | 14,030 |
| 66,450 | 66,500 | 15,288 | 12,913 | 16,168 | 14,044 |
| 66,500 | 66,550 | 15,304 | 12,927 | 16,183 | 14,058 |
| 66,550 | 66,600 | 15,319 | 12,941 | 16,199 | 14,072 |
| 66,600 | 66,650 | 15,335 | 12,955 | 16,214 | 14,086 |
| 66,650 | 66,700 | 15,350 | 12,969 | 16,230 | 14,100 |
| 66,700 | 66,750 | 15,366 | 12,983 | 16,245 | 14,114 |
| 66,750 | 66,800 | 15,381 | 12,997 | 16,261 | 14,128 |
| 66,800 | 66,850 | 15,397 | 13,011 | 16,276 | 14,142 |
| 66,850 | 66,900 | 15,412 | 13,025 | 16,292 | 14,156 |
| 66,900 | 66,950 | 15,428 | 13,039 | 16,307 | 14,170 |
| 66,950 | 67,000 | 15,443 | 13,053 | 16,323 | 14,184 |
| 67,000 | 67,050 | 15,459 | 13,067 | 16,338 | 14,198 |
| 67,050 | 67,100 | 15,474 | 13,081 | 16,354 | 14,212 |
| 67,100 | 67,150 | 15,490 | 13,095 | 16,369 | 14,226 |
| 67,150 | 67,200 | 15,505 | 13,109 | 16,385 | 14,240 |
| 67,200 | 67,250 | 15,521 | 13,123 | 16,400 | 14,254 |
| 67,250 | 67,300 | 15,536 | 13,137 | 16,416 | 14,268 |
| 67,300 | 67,350 | 15,552 | 13,151 | 16,431 | 14,282 |
| 67,350 | 67,400 | 15,567 | 13,165 | 16,447 | 14,296 |
| 67,400 | 67,450 | 15,583 | 13,179 | 16,462 | 14,310 |
| 67,450 | 67,500 | 15,598 | 13,193 | 16,478 | 14,324 |
| 67,500 | 67,550 | 15,614 | 13,207 | 16,493 | 14,338 |
| 67,550 | 67,600 | 15,629 | 13,221 | 16,509 | 14,352 |
| 67,600 | 67,650 | 15,645 | 13,235 | 16,524 | 14,366 |
| 67,650 | 67,700 | 15,660 | 13,249 | 16,540 | 14,380 |
| 67,700 | 67,750 | 15,676 | 13,263 | 16,555 | 14,394 |
| 67,750 | 67,800 | 15,691 | 13,277 | 16,571 | 14,408 |
| 67,800 | 67,850 | 15,707 | 13,291 | 16,586 | 14,422 |
| 67,850 | 67,900 | 15,722 | 13,305 | 16,602 | 14,436 |
| 67,900 | 67,950 | 15,738 | 13,319 | 16,617 | 14,450 |
| 67,950 | 68,000 | 15,753 | 13,333 | 16,633 | 14,464 |

* This column must also be used by a qualifying widow(er).

(Continued on page 67)

2000 Tax Table—Continued

| If line 39 (taxable income is—) At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| **68,000** | | | | | |
| 68,000 | 68,050 | 15,769 | 13,347 | 16,648 | 14,478 |
| 68,050 | 68,100 | 15,784 | 13,361 | 16,664 | 14,492 |
| 68,100 | 68,150 | 15,800 | 13,375 | 16,679 | 14,506 |
| 68,150 | 68,200 | 15,815 | 13,389 | 16,695 | 14,520 |
| 68,200 | 68,250 | 15,831 | 13,403 | 16,710 | 14,534 |
| 68,250 | 68,300 | 15,846 | 13,417 | 16,726 | 14,548 |
| 68,300 | 68,350 | 15,862 | 13,431 | 16,741 | 14,562 |
| 68,350 | 68,400 | 15,877 | 13,445 | 16,757 | 14,576 |
| 68,400 | 68,450 | 15,893 | 13,459 | 16,772 | 14,590 |
| 68,450 | 68,500 | 15,908 | 13,473 | 16,788 | 14,604 |
| 68,500 | 68,550 | 15,924 | 13,487 | 16,803 | 14,618 |
| 68,550 | 68,600 | 15,939 | 13,501 | 16,819 | 14,632 |
| 68,600 | 68,650 | 15,955 | 13,515 | 16,834 | 14,646 |
| 68,650 | 68,700 | 15,970 | 13,529 | 16,850 | 14,660 |
| 68,700 | 68,750 | 15,986 | 13,543 | 16,865 | 14,674 |
| 68,750 | 68,800 | 16,001 | 13,557 | 16,881 | 14,688 |
| 68,800 | 68,850 | 16,017 | 13,571 | 16,896 | 14,702 |
| 68,850 | 68,900 | 16,032 | 13,585 | 16,912 | 14,716 |
| 68,900 | 68,950 | 16,048 | 13,599 | 16,927 | 14,730 |
| 68,950 | 69,000 | 16,063 | 13,613 | 16,943 | 14,744 |
| **69,000** | | | | | |
| 69,000 | 69,050 | 16,079 | 13,627 | 16,958 | 14,758 |
| 69,050 | 69,100 | 16,094 | 13,641 | 16,974 | 14,772 |
| 69,100 | 69,150 | 16,110 | 13,655 | 16,989 | 14,786 |
| 69,150 | 69,200 | 16,125 | 13,669 | 17,005 | 14,800 |
| 69,200 | 69,250 | 16,141 | 13,683 | 17,020 | 14,814 |
| 69,250 | 69,300 | 16,156 | 13,697 | 17,036 | 14,828 |
| 69,300 | 69,350 | 16,172 | 13,711 | 17,051 | 14,842 |
| 69,350 | 69,400 | 16,187 | 13,725 | 17,067 | 14,856 |
| 69,400 | 69,450 | 16,203 | 13,739 | 17,082 | 14,870 |
| 69,450 | 69,500 | 16,218 | 13,753 | 17,098 | 14,884 |
| 69,500 | 69,550 | 16,234 | 13,767 | 17,113 | 14,898 |
| 69,550 | 69,600 | 16,249 | 13,781 | 17,129 | 14,912 |
| 69,600 | 69,650 | 16,265 | 13,795 | 17,144 | 14,926 |
| 69,650 | 69,700 | 16,280 | 13,809 | 17,160 | 14,940 |
| 69,700 | 69,750 | 16,296 | 13,823 | 17,175 | 14,954 |
| 69,750 | 69,800 | 16,311 | 13,837 | 17,191 | 14,968 |
| 69,800 | 69,850 | 16,327 | 13,851 | 17,206 | 14,982 |
| 69,850 | 69,900 | 16,342 | 13,865 | 17,222 | 14,996 |
| 69,900 | 69,950 | 16,358 | 13,879 | 17,237 | 15,010 |
| 69,950 | 70,000 | 16,373 | 13,893 | 17,253 | 15,024 |
| **70,000** | | | | | |
| 70,000 | 70,050 | 16,389 | 13,907 | 17,268 | 15,038 |
| 70,050 | 70,100 | 16,404 | 13,921 | 17,284 | 15,052 |
| 70,100 | 70,150 | 16,420 | 13,935 | 17,299 | 15,066 |
| 70,150 | 70,200 | 16,435 | 13,949 | 17,315 | 15,080 |
| 70,200 | 70,250 | 16,451 | 13,963 | 17,330 | 15,094 |
| 70,250 | 70,300 | 16,466 | 13,977 | 17,346 | 15,108 |
| 70,300 | 70,350 | 16,482 | 13,991 | 17,361 | 15,122 |
| 70,350 | 70,400 | 16,497 | 14,005 | 17,377 | 15,136 |
| 70,400 | 70,450 | 16,513 | 14,019 | 17,392 | 15,150 |
| 70,450 | 70,500 | 16,528 | 14,033 | 17,408 | 15,164 |
| 70,500 | 70,550 | 16,544 | 14,047 | 17,423 | 15,178 |
| 70,550 | 70,600 | 16,559 | 14,061 | 17,439 | 15,192 |
| 70,600 | 70,650 | 16,575 | 14,075 | 17,454 | 15,206 |
| 70,650 | 70,700 | 16,590 | 14,089 | 17,470 | 15,220 |
| 70,700 | 70,750 | 16,606 | 14,103 | 17,485 | 15,234 |
| 70,750 | 70,800 | 16,621 | 14,117 | 17,501 | 15,248 |
| 70,800 | 70,850 | 16,637 | 14,131 | 17,516 | 15,262 |
| 70,850 | 70,900 | 16,652 | 14,145 | 17,532 | 15,276 |
| 70,900 | 70,950 | 16,668 | 14,159 | 17,547 | 15,290 |
| 70,950 | 71,000 | 16,683 | 14,173 | 17,563 | 15,304 |

| If line 39 (taxable income is—) At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| **71,000** | | | | | |
| 71,000 | 71,050 | 16,699 | 14,187 | 17,578 | 15,318 |
| 71,050 | 71,100 | 16,714 | 14,201 | 17,594 | 15,332 |
| 71,100 | 71,150 | 16,730 | 14,215 | 17,609 | 15,346 |
| 71,150 | 71,200 | 16,745 | 14,229 | 17,625 | 15,360 |
| 71,200 | 71,250 | 16,761 | 14,243 | 17,640 | 15,374 |
| 71,250 | 71,300 | 16,776 | 14,257 | 17,656 | 15,388 |
| 71,300 | 71,350 | 16,792 | 14,271 | 17,671 | 15,402 |
| 71,350 | 71,400 | 16,807 | 14,285 | 17,687 | 15,416 |
| 71,400 | 71,450 | 16,823 | 14,299 | 17,702 | 15,430 |
| 71,450 | 71,500 | 16,838 | 14,313 | 17,718 | 15,444 |
| 71,500 | 71,550 | 16,854 | 14,327 | 17,733 | 15,458 |
| 71,550 | 71,600 | 16,869 | 14,341 | 17,749 | 15,472 |
| 71,600 | 71,650 | 16,885 | 14,355 | 17,764 | 15,486 |
| 71,650 | 71,700 | 16,900 | 14,369 | 17,780 | 15,500 |
| 71,700 | 71,750 | 16,916 | 14,383 | 17,795 | 15,514 |
| 71,750 | 71,800 | 16,931 | 14,397 | 17,811 | 15,528 |
| 71,800 | 71,850 | 16,947 | 14,411 | 17,826 | 15,542 |
| 71,850 | 71,900 | 16,962 | 14,425 | 17,842 | 15,556 |
| 71,900 | 71,950 | 16,978 | 14,439 | 17,857 | 15,570 |
| 71,950 | 72,000 | 16,993 | 14,453 | 17,873 | 15,584 |
| **72,000** | | | | | |
| 72,000 | 72,050 | 17,009 | 14,467 | 17,888 | 15,598 |
| 72,050 | 72,100 | 17,024 | 14,481 | 17,904 | 15,612 |
| 72,100 | 72,150 | 17,040 | 14,495 | 17,919 | 15,626 |
| 72,150 | 72,200 | 17,055 | 14,509 | 17,935 | 15,640 |
| 72,200 | 72,250 | 17,071 | 14,523 | 17,950 | 15,654 |
| 72,250 | 72,300 | 17,086 | 14,537 | 17,966 | 15,668 |
| 72,300 | 72,350 | 17,102 | 14,551 | 17,981 | 15,682 |
| 72,350 | 72,400 | 17,117 | 14,565 | 17,997 | 15,696 |
| 72,400 | 72,450 | 17,133 | 14,579 | 18,012 | 15,710 |
| 72,450 | 72,500 | 17,148 | 14,593 | 18,028 | 15,724 |
| 72,500 | 72,550 | 17,164 | 14,607 | 18,043 | 15,738 |
| 72,550 | 72,600 | 17,179 | 14,621 | 18,059 | 15,752 |
| 72,600 | 72,650 | 17,195 | 14,635 | 18,074 | 15,766 |
| 72,650 | 72,700 | 17,210 | 14,649 | 18,090 | 15,780 |
| 72,700 | 72,750 | 17,226 | 14,663 | 18,105 | 15,794 |
| 72,750 | 72,800 | 17,241 | 14,677 | 18,121 | 15,808 |
| 72,800 | 72,850 | 17,257 | 14,691 | 18,136 | 15,822 |
| 72,850 | 72,900 | 17,272 | 14,705 | 18,152 | 15,836 |
| 72,900 | 72,950 | 17,288 | 14,719 | 18,167 | 15,850 |
| 72,950 | 73,000 | 17,303 | 14,733 | 18,183 | 15,864 |
| **73,000** | | | | | |
| 73,000 | 73,050 | 17,319 | 14,747 | 18,198 | 15,878 |
| 73,050 | 73,100 | 17,334 | 14,761 | 18,214 | 15,892 |
| 73,100 | 73,150 | 17,350 | 14,775 | 18,229 | 15,906 |
| 73,150 | 73,200 | 17,365 | 14,789 | 18,245 | 15,920 |
| 73,200 | 73,250 | 17,381 | 14,803 | 18,260 | 15,934 |
| 73,250 | 73,300 | 17,396 | 14,817 | 18,276 | 15,948 |
| 73,300 | 73,350 | 17,412 | 14,831 | 18,291 | 15,962 |
| 73,350 | 73,400 | 17,427 | 14,845 | 18,307 | 15,976 |
| 73,400 | 73,450 | 17,443 | 14,859 | 18,322 | 15,990 |
| 73,450 | 73,500 | 17,458 | 14,873 | 18,338 | 16,004 |
| 73,500 | 73,550 | 17,474 | 14,887 | 18,353 | 16,018 |
| 73,550 | 73,600 | 17,489 | 14,901 | 18,369 | 16,032 |
| 73,600 | 73,650 | 17,505 | 14,915 | 18,384 | 16,046 |
| 73,650 | 73,700 | 17,520 | 14,929 | 18,400 | 16,060 |
| 73,700 | 73,750 | 17,536 | 14,943 | 18,415 | 16,074 |
| 73,750 | 73,800 | 17,551 | 14,957 | 18,431 | 16,088 |
| 73,800 | 73,850 | 17,567 | 14,971 | 18,446 | 16,102 |
| 73,850 | 73,900 | 17,582 | 14,985 | 18,462 | 16,116 |
| 73,900 | 73,950 | 17,598 | 14,999 | 18,477 | 16,130 |
| 73,950 | 74,000 | 17,613 | 15,013 | 18,493 | 16,144 |

| If line 39 (taxable income is—) At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| **74,000** | | | | | |
| 74,000 | 74,050 | 17,629 | 15,027 | 18,508 | 16,158 |
| 74,050 | 74,100 | 17,644 | 15,041 | 18,524 | 16,172 |
| 74,100 | 74,150 | 17,660 | 15,055 | 18,539 | 16,186 |
| 74,150 | 74,200 | 17,675 | 15,069 | 18,555 | 16,200 |
| 74,200 | 74,250 | 17,691 | 15,083 | 18,570 | 16,214 |
| 74,250 | 74,300 | 17,706 | 15,097 | 18,586 | 16,228 |
| 74,300 | 74,350 | 17,722 | 15,111 | 18,601 | 16,242 |
| 74,350 | 74,400 | 17,737 | 15,125 | 18,617 | 16,256 |
| 74,400 | 74,450 | 17,753 | 15,139 | 18,632 | 16,270 |
| 74,450 | 74,500 | 17,768 | 15,153 | 18,648 | 16,284 |
| 74,500 | 74,550 | 17,784 | 15,167 | 18,663 | 16,298 |
| 74,550 | 74,600 | 17,799 | 15,181 | 18,679 | 16,312 |
| 74,600 | 74,650 | 17,815 | 15,195 | 18,694 | 16,326 |
| 74,650 | 74,700 | 17,830 | 15,209 | 18,710 | 16,340 |
| 74,700 | 74,750 | 17,846 | 15,223 | 18,725 | 16,354 |
| 74,750 | 74,800 | 17,861 | 15,237 | 18,741 | 16,368 |
| 74,800 | 74,850 | 17,877 | 15,251 | 18,756 | 16,382 |
| 74,850 | 74,900 | 17,892 | 15,265 | 18,772 | 16,396 |
| 74,900 | 74,950 | 17,908 | 15,279 | 18,787 | 16,410 |
| 74,950 | 75,000 | 17,923 | 15,293 | 18,803 | 16,424 |
| **75,000** | | | | | |
| 75,000 | 75,050 | 17,939 | 15,307 | 18,818 | 16,438 |
| 75,050 | 75,100 | 17,954 | 15,321 | 18,834 | 16,452 |
| 75,100 | 75,150 | 17,970 | 15,335 | 18,849 | 16,466 |
| 75,150 | 75,200 | 17,985 | 15,349 | 18,865 | 16,480 |
| 75,200 | 75,250 | 18,001 | 15,363 | 18,880 | 16,494 |
| 75,250 | 75,300 | 18,016 | 15,377 | 18,896 | 16,508 |
| 75,300 | 75,350 | 18,032 | 15,391 | 18,911 | 16,522 |
| 75,350 | 75,400 | 18,047 | 15,405 | 18,927 | 16,536 |
| 75,400 | 75,450 | 18,063 | 15,419 | 18,942 | 16,550 |
| 75,450 | 75,500 | 18,078 | 15,433 | 18,958 | 16,564 |
| 75,500 | 75,550 | 18,094 | 15,447 | 18,973 | 16,578 |
| 75,550 | 75,600 | 18,109 | 15,461 | 18,989 | 16,592 |
| 75,600 | 75,650 | 18,125 | 15,475 | 19,004 | 16,606 |
| 75,650 | 75,700 | 18,140 | 15,489 | 19,020 | 16,620 |
| 75,700 | 75,750 | 18,156 | 15,503 | 19,035 | 16,634 |
| 75,750 | 75,800 | 18,171 | 15,517 | 19,051 | 16,648 |
| 75,800 | 75,850 | 18,187 | 15,531 | 19,066 | 16,662 |
| 75,850 | 75,900 | 18,202 | 15,545 | 19,082 | 16,676 |
| 75,900 | 75,950 | 18,218 | 15,559 | 19,097 | 16,690 |
| 75,950 | 76,000 | 18,233 | 15,573 | 19,113 | 16,704 |
| **76,000** | | | | | |
| 76,000 | 76,050 | 18,249 | 15,587 | 19,128 | 16,718 |
| 76,050 | 76,100 | 18,264 | 15,601 | 19,144 | 16,732 |
| 76,100 | 76,150 | 18,280 | 15,615 | 19,159 | 16,746 |
| 76,150 | 76,200 | 18,295 | 15,629 | 19,175 | 16,760 |
| 76,200 | 76,250 | 18,311 | 15,643 | 19,190 | 16,774 |
| 76,250 | 76,300 | 18,326 | 15,657 | 19,206 | 16,788 |
| 76,300 | 76,350 | 18,342 | 15,671 | 19,221 | 16,802 |
| 76,350 | 76,400 | 18,357 | 15,685 | 19,237 | 16,816 |
| 76,400 | 76,450 | 18,373 | 15,699 | 19,252 | 16,830 |
| 76,450 | 76,500 | 18,388 | 15,713 | 19,268 | 16,844 |
| 76,500 | 76,550 | 18,404 | 15,727 | 19,283 | 16,858 |
| 76,550 | 76,600 | 18,419 | 15,741 | 19,299 | 16,872 |
| 76,600 | 76,650 | 18,435 | 15,755 | 19,314 | 16,886 |
| 76,650 | 76,700 | 18,450 | 15,769 | 19,330 | 16,900 |
| 76,700 | 76,750 | 18,466 | 15,783 | 19,345 | 16,914 |
| 76,750 | 76,800 | 18,481 | 15,797 | 19,361 | 16,928 |
| 76,800 | 76,850 | 18,497 | 15,811 | 19,376 | 16,942 |
| 76,850 | 76,900 | 18,512 | 15,825 | 19,392 | 16,956 |
| 76,900 | 76,950 | 18,528 | 15,839 | 19,407 | 16,970 |
| 76,950 | 77,000 | 18,543 | 15,853 | 19,423 | 16,984 |

* This column must also be used by a qualifying widow(er).

(Continued on page 68)

**2000 Tax Table—Continued**

### 77,000 / 78,000 / 79,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| **77,000** | | | | | |
| 77,000 | 77,050 | 18,559 | 15,867 | 19,438 | 16,998 |
| 77,050 | 77,100 | 18,574 | 15,881 | 19,454 | 17,012 |
| 77,100 | 77,150 | 18,590 | 15,895 | 19,469 | 17,026 |
| 77,150 | 77,200 | 18,605 | 15,909 | 19,485 | 17,040 |
| 77,200 | 77,250 | 18,621 | 15,923 | 19,500 | 17,054 |
| 77,250 | 77,300 | 18,636 | 15,937 | 19,516 | 17,068 |
| 77,300 | 77,350 | 18,652 | 15,951 | 19,531 | 17,082 |
| 77,350 | 77,400 | 18,667 | 15,965 | 19,547 | 17,096 |
| 77,400 | 77,450 | 18,683 | 15,979 | 19,562 | 17,110 |
| 77,450 | 77,500 | 18,698 | 15,993 | 19,578 | 17,124 |
| 77,500 | 77,550 | 18,714 | 16,007 | 19,593 | 17,138 |
| 77,550 | 77,600 | 18,729 | 16,021 | 19,609 | 17,152 |
| 77,600 | 77,650 | 18,745 | 16,035 | 19,624 | 17,166 |
| 77,650 | 77,700 | 18,760 | 16,049 | 19,640 | 17,180 |
| 77,700 | 77,750 | 18,776 | 16,063 | 19,655 | 17,194 |
| 77,750 | 77,800 | 18,791 | 16,077 | 19,671 | 17,208 |
| 77,800 | 77,850 | 18,807 | 16,091 | 19,686 | 17,222 |
| 77,850 | 77,900 | 18,822 | 16,105 | 19,702 | 17,236 |
| 77,900 | 77,950 | 18,838 | 16,119 | 19,717 | 17,250 |
| 77,950 | 78,000 | 18,853 | 16,133 | 19,733 | 17,264 |
| **78,000** | | | | | |
| 78,000 | 78,050 | 18,869 | 16,147 | 19,748 | 17,278 |
| 78,050 | 78,100 | 18,884 | 16,161 | 19,764 | 17,292 |
| 78,100 | 78,150 | 18,900 | 16,175 | 19,779 | 17,306 |
| 78,150 | 78,200 | 18,915 | 16,189 | 19,795 | 17,320 |
| 78,200 | 78,250 | 18,931 | 16,203 | 19,810 | 17,334 |
| 78,250 | 78,300 | 18,946 | 16,217 | 19,826 | 17,348 |
| 78,300 | 78,350 | 18,962 | 16,231 | 19,841 | 17,362 |
| 78,350 | 78,400 | 18,977 | 16,245 | 19,857 | 17,376 |
| 78,400 | 78,450 | 18,993 | 16,259 | 19,872 | 17,390 |
| 78,450 | 78,500 | 19,008 | 16,273 | 19,888 | 17,404 |
| 78,500 | 78,550 | 19,024 | 16,287 | 19,903 | 17,418 |
| 78,550 | 78,600 | 19,039 | 16,301 | 19,919 | 17,432 |
| 78,600 | 78,650 | 19,055 | 16,315 | 19,934 | 17,446 |
| 78,650 | 78,700 | 19,070 | 16,329 | 19,950 | 17,460 |
| 78,700 | 78,750 | 19,086 | 16,343 | 19,965 | 17,474 |
| 78,750 | 78,800 | 19,101 | 16,357 | 19,981 | 17,488 |
| 78,800 | 78,850 | 19,117 | 16,371 | 19,996 | 17,502 |
| 78,850 | 78,900 | 19,132 | 16,385 | 20,012 | 17,516 |
| 78,900 | 78,950 | 19,148 | 16,399 | 20,027 | 17,530 |
| 78,950 | 79,000 | 19,163 | 16,413 | 20,043 | 17,544 |
| **79,000** | | | | | |
| 79,000 | 79,050 | 19,179 | 16,427 | 20,058 | 17,558 |
| 79,050 | 79,100 | 19,194 | 16,441 | 20,074 | 17,572 |
| 79,100 | 79,150 | 19,210 | 16,455 | 20,089 | 17,586 |
| 79,150 | 79,200 | 19,225 | 16,469 | 20,105 | 17,600 |
| 79,200 | 79,250 | 19,241 | 16,483 | 20,120 | 17,614 |
| 79,250 | 79,300 | 19,256 | 16,497 | 20,136 | 17,628 |
| 79,300 | 79,350 | 19,272 | 16,511 | 20,151 | 17,642 |
| 79,350 | 79,400 | 19,287 | 16,525 | 20,167 | 17,656 |
| 79,400 | 79,450 | 19,303 | 16,539 | 20,182 | 17,670 |
| 79,450 | 79,500 | 19,318 | 16,553 | 20,198 | 17,684 |
| 79,500 | 79,550 | 19,334 | 16,567 | 20,213 | 17,698 |
| 79,550 | 79,600 | 19,349 | 16,581 | 20,229 | 17,712 |
| 79,600 | 79,650 | 19,365 | 16,595 | 20,244 | 17,726 |
| 79,650 | 79,700 | 19,380 | 16,609 | 20,260 | 17,740 |
| 79,700 | 79,750 | 19,396 | 16,623 | 20,275 | 17,754 |
| 79,750 | 79,800 | 19,411 | 16,637 | 20,291 | 17,768 |
| 79,800 | 79,850 | 19,427 | 16,651 | 20,306 | 17,782 |
| 79,850 | 79,900 | 19,442 | 16,665 | 20,322 | 17,796 |
| 79,900 | 79,950 | 19,458 | 16,679 | 20,337 | 17,810 |
| 79,950 | 80,000 | 19,473 | 16,693 | 20,353 | 17,824 |

### 80,000 / 81,000 / 82,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| **80,000** | | | | | |
| 80,000 | 80,050 | 19,489 | 16,707 | 20,368 | 17,838 |
| 80,050 | 80,100 | 19,504 | 16,721 | 20,384 | 17,852 |
| 80,100 | 80,150 | 19,520 | 16,735 | 20,399 | 17,866 |
| 80,150 | 80,200 | 19,535 | 16,749 | 20,415 | 17,880 |
| 80,200 | 80,250 | 19,551 | 16,763 | 20,430 | 17,894 |
| 80,250 | 80,300 | 19,566 | 16,777 | 20,446 | 17,908 |
| 80,300 | 80,350 | 19,582 | 16,791 | 20,461 | 17,922 |
| 80,350 | 80,400 | 19,597 | 16,805 | 20,477 | 17,936 |
| 80,400 | 80,450 | 19,613 | 16,819 | 20,492 | 17,950 |
| 80,450 | 80,500 | 19,628 | 16,833 | 20,508 | 17,964 |
| 80,500 | 80,550 | 19,644 | 16,847 | 20,523 | 17,978 |
| 80,550 | 80,600 | 19,659 | 16,861 | 20,539 | 17,992 |
| 80,600 | 80,650 | 19,675 | 16,875 | 20,554 | 18,006 |
| 80,650 | 80,700 | 19,690 | 16,889 | 20,570 | 18,020 |
| 80,700 | 80,750 | 19,706 | 16,903 | 20,585 | 18,034 |
| 80,750 | 80,800 | 19,721 | 16,917 | 20,603 | 18,048 |
| 80,800 | 80,850 | 19,737 | 16,931 | 20,621 | 18,062 |
| 80,850 | 80,900 | 19,752 | 16,945 | 20,639 | 18,076 |
| 80,900 | 80,950 | 19,768 | 16,959 | 20,657 | 18,090 |
| 80,950 | 81,000 | 19,783 | 16,973 | 20,675 | 18,104 |
| **81,000** | | | | | |
| 81,000 | 81,050 | 19,799 | 16,987 | 20,693 | 18,118 |
| 81,050 | 81,100 | 19,814 | 17,001 | 20,711 | 18,132 |
| 81,100 | 81,150 | 19,830 | 17,015 | 20,729 | 18,146 |
| 81,150 | 81,200 | 19,845 | 17,029 | 20,747 | 18,160 |
| 81,200 | 81,250 | 19,861 | 17,043 | 20,765 | 18,174 |
| 81,250 | 81,300 | 19,876 | 17,057 | 20,783 | 18,188 |
| 81,300 | 81,350 | 19,892 | 17,071 | 20,801 | 18,202 |
| 81,350 | 81,400 | 19,907 | 17,085 | 20,819 | 18,216 |
| 81,400 | 81,450 | 19,923 | 17,099 | 20,837 | 18,230 |
| 81,450 | 81,500 | 19,938 | 17,113 | 20,855 | 18,244 |
| 81,500 | 81,550 | 19,954 | 17,127 | 20,873 | 18,258 |
| 81,550 | 81,600 | 19,969 | 17,141 | 20,891 | 18,272 |
| 81,600 | 81,650 | 19,985 | 17,155 | 20,909 | 18,286 |
| 81,650 | 81,700 | 20,000 | 17,169 | 20,927 | 18,300 |
| 81,700 | 81,750 | 20,016 | 17,183 | 20,945 | 18,314 |
| 81,750 | 81,800 | 20,031 | 17,197 | 20,963 | 18,328 |
| 81,800 | 81,850 | 20,047 | 17,211 | 20,981 | 18,342 |
| 81,850 | 81,900 | 20,062 | 17,225 | 20,999 | 18,356 |
| 81,900 | 81,950 | 20,078 | 17,239 | 21,017 | 18,370 |
| 81,950 | 82,000 | 20,093 | 17,253 | 21,035 | 18,384 |
| **82,000** | | | | | |
| 82,000 | 82,050 | 20,109 | 17,267 | 21,053 | 18,398 |
| 82,050 | 82,100 | 20,124 | 17,281 | 21,071 | 18,412 |
| 82,100 | 82,150 | 20,140 | 17,295 | 21,089 | 18,426 |
| 82,150 | 82,200 | 20,155 | 17,309 | 21,107 | 18,440 |
| 82,200 | 82,250 | 20,171 | 17,323 | 21,125 | 18,454 |
| 82,250 | 82,300 | 20,186 | 17,337 | 21,143 | 18,468 |
| 82,300 | 82,350 | 20,202 | 17,351 | 21,161 | 18,482 |
| 82,350 | 82,400 | 20,217 | 17,365 | 21,179 | 18,496 |
| 82,400 | 82,450 | 20,233 | 17,379 | 21,197 | 18,510 |
| 82,450 | 82,500 | 20,248 | 17,393 | 21,215 | 18,524 |
| 82,500 | 82,550 | 20,264 | 17,407 | 21,233 | 18,538 |
| 82,550 | 82,600 | 20,279 | 17,421 | 21,251 | 18,552 |
| 82,600 | 82,650 | 20,295 | 17,435 | 21,269 | 18,566 |
| 82,650 | 82,700 | 20,310 | 17,449 | 21,287 | 18,580 |
| 82,700 | 82,750 | 20,326 | 17,463 | 21,305 | 18,594 |
| 82,750 | 82,800 | 20,341 | 17,477 | 21,323 | 18,608 |
| 82,800 | 82,850 | 20,357 | 17,491 | 21,341 | 18,622 |
| 82,850 | 82,900 | 20,372 | 17,505 | 21,359 | 18,636 |
| 82,900 | 82,950 | 20,388 | 17,519 | 21,377 | 18,650 |
| 82,950 | 83,000 | 20,403 | 17,533 | 21,395 | 18,664 |

### 83,000 / 84,000 / 85,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| **83,000** | | | | | |
| 83,000 | 83,050 | 20,419 | 17,547 | 21,413 | 18,678 |
| 83,050 | 83,100 | 20,434 | 17,561 | 21,431 | 18,692 |
| 83,100 | 83,150 | 20,450 | 17,575 | 21,449 | 18,706 |
| 83,150 | 83,200 | 20,465 | 17,589 | 21,467 | 18,720 |
| 83,200 | 83,250 | 20,481 | 17,603 | 21,485 | 18,734 |
| 83,250 | 83,300 | 20,496 | 17,617 | 21,503 | 18,748 |
| 83,300 | 83,350 | 20,512 | 17,631 | 21,521 | 18,762 |
| 83,350 | 83,400 | 20,527 | 17,645 | 21,539 | 18,776 |
| 83,400 | 83,450 | 20,543 | 17,659 | 21,557 | 18,790 |
| 83,450 | 83,500 | 20,558 | 17,673 | 21,575 | 18,804 |
| 83,500 | 83,550 | 20,574 | 17,687 | 21,593 | 18,818 |
| 83,550 | 83,600 | 20,589 | 17,701 | 21,611 | 18,832 |
| 83,600 | 83,650 | 20,605 | 17,715 | 21,629 | 18,846 |
| 83,650 | 83,700 | 20,620 | 17,729 | 21,647 | 18,860 |
| 83,700 | 83,750 | 20,636 | 17,743 | 21,665 | 18,874 |
| 83,750 | 83,800 | 20,651 | 17,757 | 21,683 | 18,888 |
| 83,800 | 83,850 | 20,667 | 17,771 | 21,701 | 18,902 |
| 83,850 | 83,900 | 20,682 | 17,785 | 21,719 | 18,916 |
| 83,900 | 83,950 | 20,698 | 17,799 | 21,737 | 18,930 |
| 83,950 | 84,000 | 20,713 | 17,813 | 21,755 | 18,944 |
| **84,000** | | | | | |
| 84,000 | 84,050 | 20,729 | 17,827 | 21,773 | 18,958 |
| 84,050 | 84,100 | 20,744 | 17,841 | 21,791 | 18,972 |
| 84,100 | 84,150 | 20,760 | 17,855 | 21,809 | 18,986 |
| 84,150 | 84,200 | 20,775 | 17,869 | 21,827 | 19,000 |
| 84,200 | 84,250 | 20,791 | 17,883 | 21,845 | 19,014 |
| 84,250 | 84,300 | 20,806 | 17,897 | 21,863 | 19,028 |
| 84,300 | 84,350 | 20,822 | 17,911 | 21,881 | 19,042 |
| 84,350 | 84,400 | 20,837 | 17,925 | 21,899 | 19,056 |
| 84,400 | 84,450 | 20,853 | 17,939 | 21,917 | 19,070 |
| 84,450 | 84,500 | 20,868 | 17,953 | 21,935 | 19,084 |
| 84,500 | 84,550 | 20,884 | 17,967 | 21,953 | 19,098 |
| 84,550 | 84,600 | 20,899 | 17,981 | 21,971 | 19,112 |
| 84,600 | 84,650 | 20,915 | 17,995 | 21,989 | 19,126 |
| 84,650 | 84,700 | 20,930 | 18,009 | 22,007 | 19,140 |
| 84,700 | 84,750 | 20,946 | 18,023 | 22,025 | 19,154 |
| 84,750 | 84,800 | 20,961 | 18,037 | 22,043 | 19,168 |
| 84,800 | 84,850 | 20,977 | 18,051 | 22,061 | 19,182 |
| 84,850 | 84,900 | 20,992 | 18,065 | 22,079 | 19,196 |
| 84,900 | 84,950 | 21,008 | 18,079 | 22,097 | 19,210 |
| 84,950 | 85,000 | 21,023 | 18,093 | 22,115 | 19,224 |
| **85,000** | | | | | |
| 85,000 | 85,050 | 21,039 | 18,107 | 22,133 | 19,238 |
| 85,050 | 85,100 | 21,054 | 18,121 | 22,151 | 19,252 |
| 85,100 | 85,150 | 21,070 | 18,135 | 22,169 | 19,266 |
| 85,150 | 85,200 | 21,085 | 18,149 | 22,187 | 19,280 |
| 85,200 | 85,250 | 21,101 | 18,163 | 22,205 | 19,294 |
| 85,250 | 85,300 | 21,116 | 18,177 | 22,223 | 19,308 |
| 85,300 | 85,350 | 21,132 | 18,191 | 22,241 | 19,322 |
| 85,350 | 85,400 | 21,147 | 18,205 | 22,259 | 19,336 |
| 85,400 | 85,450 | 21,163 | 18,219 | 22,277 | 19,350 |
| 85,450 | 85,500 | 21,178 | 18,233 | 22,295 | 19,364 |
| 85,500 | 85,550 | 21,194 | 18,247 | 22,313 | 19,378 |
| 85,550 | 85,600 | 21,209 | 18,261 | 22,331 | 19,392 |
| 85,600 | 85,650 | 21,225 | 18,275 | 22,349 | 19,406 |
| 85,650 | 85,700 | 21,240 | 18,289 | 22,367 | 19,420 |
| 85,700 | 85,750 | 21,256 | 18,303 | 22,385 | 19,434 |
| 85,750 | 85,800 | 21,271 | 18,317 | 22,403 | 19,448 |
| 85,800 | 85,850 | 21,287 | 18,331 | 22,421 | 19,462 |
| 85,850 | 85,900 | 21,302 | 18,345 | 22,439 | 19,476 |
| 85,900 | 85,950 | 21,318 | 18,359 | 22,457 | 19,490 |
| 85,950 | 86,000 | 21,333 | 18,373 | 22,475 | 19,504 |

* This column must also be used by a qualifying widow(er).

(Continued on page 69)

**2000 Tax Table—***Continued*

### 86,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 86,000 | 86,050 | 21,349 | 18,387 | 22,493 | 19,518 |
| 86,050 | 86,100 | 21,364 | 18,401 | 22,511 | 19,532 |
| 86,100 | 86,150 | 21,380 | 18,415 | 22,529 | 19,546 |
| 86,150 | 86,200 | 21,395 | 18,429 | 22,547 | 19,560 |
| 86,200 | 86,250 | 21,411 | 18,443 | 22,565 | 19,574 |
| 86,250 | 86,300 | 21,426 | 18,457 | 22,583 | 19,588 |
| 86,300 | 86,350 | 21,442 | 18,471 | 22,601 | 19,602 |
| 86,350 | 86,400 | 21,457 | 18,485 | 22,619 | 19,616 |
| 86,400 | 86,450 | 21,473 | 18,499 | 22,637 | 19,630 |
| 86,450 | 86,500 | 21,488 | 18,513 | 22,655 | 19,644 |
| 86,500 | 86,550 | 21,504 | 18,527 | 22,673 | 19,658 |
| 86,550 | 86,600 | 21,519 | 18,541 | 22,691 | 19,672 |
| 86,600 | 86,650 | 21,535 | 18,555 | 22,709 | 19,686 |
| 86,650 | 86,700 | 21,550 | 18,569 | 22,727 | 19,700 |
| 86,700 | 86,750 | 21,566 | 18,583 | 22,745 | 19,714 |
| 86,750 | 86,800 | 21,581 | 18,597 | 22,763 | 19,728 |
| 86,800 | 86,850 | 21,597 | 18,611 | 22,781 | 19,742 |
| 86,850 | 86,900 | 21,612 | 18,625 | 22,799 | 19,756 |
| 86,900 | 86,950 | 21,628 | 18,639 | 22,817 | 19,770 |
| 86,950 | 87,000 | 21,643 | 18,653 | 22,835 | 19,784 |

### 87,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 87,000 | 87,050 | 21,659 | 18,667 | 22,853 | 19,798 |
| 87,050 | 87,100 | 21,674 | 18,681 | 22,871 | 19,812 |
| 87,100 | 87,150 | 21,690 | 18,695 | 22,889 | 19,826 |
| 87,150 | 87,200 | 21,705 | 18,709 | 22,907 | 19,840 |
| 87,200 | 87,250 | 21,721 | 18,723 | 22,925 | 19,854 |
| 87,250 | 87,300 | 21,736 | 18,737 | 22,943 | 19,868 |
| 87,300 | 87,350 | 21,752 | 18,751 | 22,961 | 19,882 |
| 87,350 | 87,400 | 21,767 | 18,765 | 22,979 | 19,896 |
| 87,400 | 87,450 | 21,783 | 18,779 | 22,997 | 19,910 |
| 87,450 | 87,500 | 21,798 | 18,793 | 23,015 | 19,924 |
| 87,500 | 87,550 | 21,814 | 18,807 | 23,033 | 19,938 |
| 87,550 | 87,600 | 21,829 | 18,821 | 23,051 | 19,952 |
| 87,600 | 87,650 | 21,845 | 18,835 | 23,069 | 19,966 |
| 87,650 | 87,700 | 21,860 | 18,849 | 23,087 | 19,980 |
| 87,700 | 87,750 | 21,876 | 18,863 | 23,105 | 19,994 |
| 87,750 | 87,800 | 21,891 | 18,877 | 23,123 | 20,008 |
| 87,800 | 87,850 | 21,907 | 18,891 | 23,141 | 20,022 |
| 87,850 | 87,900 | 21,922 | 18,905 | 23,159 | 20,036 |
| 87,900 | 87,950 | 21,938 | 18,919 | 23,177 | 20,050 |
| 87,950 | 88,000 | 21,953 | 18,933 | 23,195 | 20,064 |

### 88,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 88,000 | 88,050 | 21,969 | 18,947 | 23,213 | 20,078 |
| 88,050 | 88,100 | 21,984 | 18,961 | 23,231 | 20,092 |
| 88,100 | 88,150 | 22,000 | 18,975 | 23,249 | 20,106 |
| 88,150 | 88,200 | 22,015 | 18,989 | 23,267 | 20,120 |
| 88,200 | 88,250 | 22,031 | 19,003 | 23,285 | 20,134 |
| 88,250 | 88,300 | 22,046 | 19,017 | 23,303 | 20,148 |
| 88,300 | 88,350 | 22,062 | 19,031 | 23,321 | 20,162 |
| 88,350 | 88,400 | 22,077 | 19,045 | 23,339 | 20,176 |
| 88,400 | 88,450 | 22,093 | 19,059 | 23,357 | 20,190 |
| 88,450 | 88,500 | 22,108 | 19,073 | 23,375 | 20,204 |
| 88,500 | 88,550 | 22,124 | 19,087 | 23,393 | 20,218 |
| 88,550 | 88,600 | 22,139 | 19,101 | 23,411 | 20,232 |
| 88,600 | 88,650 | 22,155 | 19,115 | 23,429 | 20,246 |
| 88,650 | 88,700 | 22,170 | 19,129 | 23,447 | 20,260 |
| 88,700 | 88,750 | 22,186 | 19,143 | 23,465 | 20,274 |
| 88,750 | 88,800 | 22,201 | 19,157 | 23,483 | 20,288 |
| 88,800 | 88,850 | 22,217 | 19,171 | 23,501 | 20,302 |
| 88,850 | 88,900 | 22,232 | 19,185 | 23,519 | 20,316 |
| 88,900 | 88,950 | 22,248 | 19,199 | 23,537 | 20,330 |
| 88,950 | 89,000 | 22,263 | 19,213 | 23,555 | 20,344 |

### 89,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 89,000 | 89,050 | 22,279 | 19,227 | 23,573 | 20,358 |
| 89,050 | 89,100 | 22,294 | 19,241 | 23,591 | 20,372 |
| 89,100 | 89,150 | 22,310 | 19,255 | 23,609 | 20,386 |
| 89,150 | 89,200 | 22,325 | 19,269 | 23,627 | 20,400 |
| 89,200 | 89,250 | 22,341 | 19,283 | 23,645 | 20,414 |
| 89,250 | 89,300 | 22,356 | 19,297 | 23,663 | 20,428 |
| 89,300 | 89,350 | 22,372 | 19,311 | 23,681 | 20,442 |
| 89,350 | 89,400 | 22,387 | 19,325 | 23,699 | 20,456 |
| 89,400 | 89,450 | 22,403 | 19,339 | 23,717 | 20,470 |
| 89,450 | 89,500 | 22,418 | 19,353 | 23,735 | 20,484 |
| 89,500 | 89,550 | 22,434 | 19,367 | 23,753 | 20,498 |
| 89,550 | 89,600 | 22,449 | 19,381 | 23,771 | 20,512 |
| 89,600 | 89,650 | 22,465 | 19,395 | 23,789 | 20,526 |
| 89,650 | 89,700 | 22,480 | 19,409 | 23,807 | 20,540 |
| 89,700 | 89,750 | 22,496 | 19,423 | 23,825 | 20,554 |
| 89,750 | 89,800 | 22,511 | 19,437 | 23,843 | 20,568 |
| 89,800 | 89,850 | 22,527 | 19,451 | 23,861 | 20,582 |
| 89,850 | 89,900 | 22,542 | 19,465 | 23,879 | 20,596 |
| 89,900 | 89,950 | 22,558 | 19,479 | 23,897 | 20,610 |
| 89,950 | 90,000 | 22,573 | 19,493 | 23,915 | 20,624 |

### 90,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 90,000 | 90,050 | 22,589 | 19,507 | 23,933 | 20,638 |
| 90,050 | 90,100 | 22,604 | 19,521 | 23,951 | 20,652 |
| 90,100 | 90,150 | 22,620 | 19,535 | 23,969 | 20,666 |
| 90,150 | 90,200 | 22,635 | 19,549 | 23,987 | 20,680 |
| 90,200 | 90,250 | 22,651 | 19,563 | 24,005 | 20,694 |
| 90,250 | 90,300 | 22,666 | 19,577 | 24,023 | 20,708 |
| 90,300 | 90,350 | 22,682 | 19,591 | 24,041 | 20,722 |
| 90,350 | 90,400 | 22,697 | 19,605 | 24,059 | 20,736 |
| 90,400 | 90,450 | 22,713 | 19,619 | 24,077 | 20,750 |
| 90,450 | 90,500 | 22,728 | 19,633 | 24,095 | 20,764 |
| 90,500 | 90,550 | 22,744 | 19,647 | 24,113 | 20,778 |
| 90,550 | 90,600 | 22,759 | 19,661 | 24,131 | 20,792 |
| 90,600 | 90,650 | 22,775 | 19,675 | 24,149 | 20,806 |
| 90,650 | 90,700 | 22,790 | 19,689 | 24,167 | 20,820 |
| 90,700 | 90,750 | 22,806 | 19,703 | 24,185 | 20,834 |
| 90,750 | 90,800 | 22,821 | 19,717 | 24,203 | 20,848 |
| 90,800 | 90,850 | 22,837 | 19,731 | 24,221 | 20,862 |
| 90,850 | 90,900 | 22,852 | 19,745 | 24,239 | 20,876 |
| 90,900 | 90,950 | 22,868 | 19,759 | 24,257 | 20,890 |
| 90,950 | 91,000 | 22,883 | 19,773 | 24,275 | 20,909 |

### 91,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 91,000 | 91,050 | 22,899 | 19,787 | 24,293 | 20,924 |
| 91,050 | 91,100 | 22,914 | 19,801 | 24,311 | 20,940 |
| 91,100 | 91,150 | 22,930 | 19,815 | 24,329 | 20,955 |
| 91,150 | 91,200 | 22,945 | 19,829 | 24,347 | 20,971 |
| 91,200 | 91,250 | 22,961 | 19,843 | 24,365 | 20,986 |
| 91,250 | 91,300 | 22,976 | 19,857 | 24,383 | 21,002 |
| 91,300 | 91,350 | 22,992 | 19,871 | 24,401 | 21,017 |
| 91,350 | 91,400 | 23,007 | 19,885 | 24,419 | 21,033 |
| 91,400 | 91,450 | 23,023 | 19,899 | 24,437 | 21,048 |
| 91,450 | 91,500 | 23,038 | 19,913 | 24,455 | 21,064 |
| 91,500 | 91,550 | 23,054 | 19,927 | 24,473 | 21,079 |
| 91,550 | 91,600 | 23,069 | 19,941 | 24,491 | 21,095 |
| 91,600 | 91,650 | 23,085 | 19,955 | 24,509 | 21,110 |
| 91,650 | 91,700 | 23,100 | 19,969 | 24,527 | 21,126 |
| 91,700 | 91,750 | 23,116 | 19,983 | 24,545 | 21,141 |
| 91,750 | 91,800 | 23,131 | 19,997 | 24,563 | 21,157 |
| 91,800 | 91,850 | 23,147 | 20,011 | 24,581 | 21,172 |
| 91,850 | 91,900 | 23,162 | 20,025 | 24,599 | 21,188 |
| 91,900 | 91,950 | 23,178 | 20,039 | 24,617 | 21,203 |
| 91,950 | 92,000 | 23,193 | 20,053 | 24,635 | 21,219 |

### 92,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 92,000 | 92,050 | 23,209 | 20,067 | 24,653 | 21,234 |
| 92,050 | 92,100 | 23,224 | 20,081 | 24,671 | 21,250 |
| 92,100 | 92,150 | 23,240 | 20,095 | 24,689 | 21,265 |
| 92,150 | 92,200 | 23,255 | 20,109 | 24,707 | 21,281 |
| 92,200 | 92,250 | 23,271 | 20,123 | 24,725 | 21,296 |
| 92,250 | 92,300 | 23,286 | 20,137 | 24,743 | 21,312 |
| 92,300 | 92,350 | 23,302 | 20,151 | 24,761 | 21,327 |
| 92,350 | 92,400 | 23,317 | 20,165 | 24,779 | 21,343 |
| 92,400 | 92,450 | 23,333 | 20,179 | 24,797 | 21,358 |
| 92,450 | 92,500 | 23,348 | 20,193 | 24,815 | 21,374 |
| 92,500 | 92,550 | 23,364 | 20,207 | 24,833 | 21,389 |
| 92,550 | 92,600 | 23,379 | 20,221 | 24,851 | 21,405 |
| 92,600 | 92,650 | 23,395 | 20,235 | 24,869 | 21,420 |
| 92,650 | 92,700 | 23,410 | 20,249 | 24,887 | 21,436 |
| 92,700 | 92,750 | 23,426 | 20,263 | 24,905 | 21,451 |
| 92,750 | 92,800 | 23,441 | 20,277 | 24,923 | 21,467 |
| 92,800 | 92,850 | 23,457 | 20,291 | 24,941 | 21,482 |
| 92,850 | 92,900 | 23,472 | 20,305 | 24,959 | 21,498 |
| 92,900 | 92,950 | 23,488 | 20,319 | 24,977 | 21,513 |
| 92,950 | 93,000 | 23,503 | 20,333 | 24,995 | 21,529 |

### 93,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 93,000 | 93,050 | 23,519 | 20,347 | 25,013 | 21,544 |
| 93,050 | 93,100 | 23,534 | 20,361 | 25,031 | 21,560 |
| 93,100 | 93,150 | 23,550 | 20,375 | 25,049 | 21,575 |
| 93,150 | 93,200 | 23,565 | 20,389 | 25,067 | 21,591 |
| 93,200 | 93,250 | 23,581 | 20,403 | 25,085 | 21,606 |
| 93,250 | 93,300 | 23,596 | 20,417 | 25,103 | 21,622 |
| 93,300 | 93,350 | 23,612 | 20,431 | 25,121 | 21,637 |
| 93,350 | 93,400 | 23,627 | 20,445 | 25,139 | 21,653 |
| 93,400 | 93,450 | 23,643 | 20,459 | 25,157 | 21,668 |
| 93,450 | 93,500 | 23,658 | 20,473 | 25,175 | 21,684 |
| 93,500 | 93,550 | 23,674 | 20,487 | 25,193 | 21,699 |
| 93,550 | 93,600 | 23,689 | 20,501 | 25,211 | 21,715 |
| 93,600 | 93,650 | 23,705 | 20,515 | 25,229 | 21,730 |
| 93,650 | 93,700 | 23,720 | 20,529 | 25,247 | 21,746 |
| 93,700 | 93,750 | 23,736 | 20,543 | 25,265 | 21,761 |
| 93,750 | 93,800 | 23,751 | 20,557 | 25,283 | 21,777 |
| 93,800 | 93,850 | 23,767 | 20,571 | 25,301 | 21,792 |
| 93,850 | 93,900 | 23,782 | 20,585 | 25,319 | 21,808 |
| 93,900 | 93,950 | 23,798 | 20,599 | 25,337 | 21,823 |
| 93,950 | 94,000 | 23,813 | 20,613 | 25,355 | 21,839 |

### 94,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 94,000 | 94,050 | 23,829 | 20,627 | 25,373 | 21,854 |
| 94,050 | 94,100 | 23,844 | 20,641 | 25,391 | 21,870 |
| 94,100 | 94,150 | 23,860 | 20,655 | 25,409 | 21,885 |
| 94,150 | 94,200 | 23,875 | 20,669 | 25,427 | 21,901 |
| 94,200 | 94,250 | 23,891 | 20,683 | 25,445 | 21,916 |
| 94,250 | 94,300 | 23,906 | 20,697 | 25,463 | 21,932 |
| 94,300 | 94,350 | 23,922 | 20,711 | 25,481 | 21,947 |
| 94,350 | 94,400 | 23,937 | 20,725 | 25,499 | 21,963 |
| 94,400 | 94,450 | 23,953 | 20,739 | 25,517 | 21,978 |
| 94,450 | 94,500 | 23,968 | 20,753 | 25,535 | 21,994 |
| 94,500 | 94,550 | 23,984 | 20,767 | 25,553 | 22,009 |
| 94,550 | 94,600 | 23,999 | 20,781 | 25,571 | 22,025 |
| 94,600 | 94,650 | 24,015 | 20,795 | 25,589 | 22,040 |
| 94,650 | 94,700 | 24,030 | 20,809 | 25,607 | 22,056 |
| 94,700 | 94,750 | 24,046 | 20,823 | 25,625 | 22,071 |
| 94,750 | 94,800 | 24,061 | 20,837 | 25,643 | 22,087 |
| 94,800 | 94,850 | 24,077 | 20,851 | 25,661 | 22,102 |
| 94,850 | 94,900 | 24,092 | 20,865 | 25,679 | 22,118 |
| 94,900 | 94,950 | 24,108 | 20,879 | 25,697 | 22,133 |
| 94,950 | 95,000 | 24,123 | 20,893 | 25,715 | 22,149 |

* This column must also be used by a qualifying widow(er).

(Continued on page 70)

## 2000 Tax Table—Continued

### 95,000

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |
| 95,000 | 95,050 | 24,139 | 20,907 | 25,733 | 22,164 |
| 95,050 | 95,100 | 24,154 | 20,921 | 25,751 | 22,180 |
| 95,100 | 95,150 | 24,170 | 20,935 | 25,769 | 22,195 |
| 95,150 | 95,200 | 24,185 | 20,949 | 25,787 | 22,211 |
| 95,200 | 95,250 | 24,201 | 20,963 | 25,805 | 22,226 |
| 95,250 | 95,300 | 24,216 | 20,977 | 25,823 | 22,242 |
| 95,300 | 95,350 | 24,232 | 20,991 | 25,841 | 22,257 |
| 95,350 | 95,400 | 24,247 | 21,005 | 25,859 | 22,273 |
| 95,400 | 95,450 | 24,263 | 21,019 | 25,877 | 22,288 |
| 95,450 | 95,500 | 24,278 | 21,033 | 25,895 | 22,304 |
| 95,500 | 95,550 | 24,294 | 21,047 | 25,913 | 22,319 |
| 95,550 | 95,600 | 24,309 | 21,061 | 25,931 | 22,335 |
| 95,600 | 95,650 | 24,325 | 21,075 | 25,949 | 22,350 |
| 95,650 | 95,700 | 24,340 | 21,089 | 25,967 | 22,366 |
| 95,700 | 95,750 | 24,356 | 21,103 | 25,985 | 22,381 |
| 95,750 | 95,800 | 24,371 | 21,117 | 26,003 | 22,397 |
| 95,800 | 95,850 | 24,387 | 21,131 | 26,021 | 22,412 |
| 95,850 | 95,900 | 24,402 | 21,145 | 26,039 | 22,428 |
| 95,900 | 95,950 | 24,418 | 21,159 | 26,057 | 22,443 |
| 95,950 | 96,000 | 24,433 | 21,173 | 26,075 | 22,459 |

### 96,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 96,000 | 96,050 | 24,449 | 21,187 | 26,093 | 22,474 |
| 96,050 | 96,100 | 24,464 | 21,201 | 26,111 | 22,490 |
| 96,100 | 96,150 | 24,480 | 21,215 | 26,129 | 22,505 |
| 96,150 | 96,200 | 24,495 | 21,229 | 26,147 | 22,521 |
| 96,200 | 96,250 | 24,511 | 21,243 | 26,165 | 22,536 |
| 96,250 | 96,300 | 24,526 | 21,257 | 26,183 | 22,552 |
| 96,300 | 96,350 | 24,542 | 21,271 | 26,201 | 22,567 |
| 96,350 | 96,400 | 24,557 | 21,285 | 26,219 | 22,583 |
| 96,400 | 96,450 | 24,573 | 21,299 | 26,237 | 22,598 |
| 96,450 | 96,500 | 24,588 | 21,313 | 26,255 | 22,614 |
| 96,500 | 96,550 | 24,604 | 21,327 | 26,273 | 22,629 |
| 96,550 | 96,600 | 24,619 | 21,341 | 26,291 | 22,645 |
| 96,600 | 96,650 | 24,635 | 21,355 | 26,309 | 22,660 |
| 96,650 | 96,700 | 24,650 | 21,369 | 26,327 | 22,676 |
| 96,700 | 96,750 | 24,666 | 21,383 | 26,345 | 22,691 |
| 96,750 | 96,800 | 24,681 | 21,397 | 26,363 | 22,707 |
| 96,800 | 96,850 | 24,697 | 21,411 | 26,381 | 22,722 |
| 96,850 | 96,900 | 24,712 | 21,425 | 26,399 | 22,738 |
| 96,900 | 96,950 | 24,728 | 21,439 | 26,417 | 22,753 |
| 96,950 | 97,000 | 24,743 | 21,453 | 26,435 | 22,769 |

### 97,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 97,000 | 97,050 | 24,759 | 21,467 | 26,453 | 22,784 |
| 97,050 | 97,100 | 24,774 | 21,481 | 26,471 | 22,800 |
| 97,100 | 97,150 | 24,790 | 21,495 | 26,489 | 22,815 |
| 97,150 | 97,200 | 24,805 | 21,509 | 26,507 | 22,831 |
| 97,200 | 97,250 | 24,821 | 21,523 | 26,525 | 22,846 |
| 97,250 | 97,300 | 24,836 | 21,537 | 26,543 | 22,862 |
| 97,300 | 97,350 | 24,852 | 21,551 | 26,561 | 22,877 |
| 97,350 | 97,400 | 24,867 | 21,565 | 26,579 | 22,893 |
| 97,400 | 97,450 | 24,883 | 21,579 | 26,597 | 22,908 |
| 97,450 | 97,500 | 24,898 | 21,593 | 26,615 | 22,924 |
| 97,500 | 97,550 | 24,914 | 21,607 | 26,633 | 22,939 |
| 97,550 | 97,600 | 24,929 | 21,621 | 26,651 | 22,955 |
| 97,600 | 97,650 | 24,945 | 21,635 | 26,669 | 22,970 |
| 97,650 | 97,700 | 24,960 | 21,649 | 26,687 | 22,986 |
| 97,700 | 97,750 | 24,976 | 21,663 | 26,705 | 23,001 |
| 97,750 | 97,800 | 24,991 | 21,677 | 26,723 | 23,017 |
| 97,800 | 97,850 | 25,007 | 21,691 | 26,741 | 23,032 |
| 97,850 | 97,900 | 25,022 | 21,705 | 26,759 | 23,048 |
| 97,900 | 97,950 | 25,038 | 21,719 | 26,777 | 23,063 |
| 97,950 | 98,000 | 25,053 | 21,733 | 26,795 | 23,079 |

### 98,000

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |
| 98,000 | 98,050 | 25,069 | 21,747 | 26,813 | 23,094 |
| 98,050 | 98,100 | 25,084 | 21,761 | 26,831 | 23,110 |
| 98,100 | 98,150 | 25,100 | 21,775 | 26,849 | 23,125 |
| 98,150 | 98,200 | 25,115 | 21,789 | 26,867 | 23,141 |
| 98,200 | 98,250 | 25,131 | 21,803 | 26,885 | 23,156 |
| 98,250 | 98,300 | 25,146 | 21,817 | 26,903 | 23,172 |
| 98,300 | 98,350 | 25,162 | 21,831 | 26,921 | 23,187 |
| 98,350 | 98,400 | 25,177 | 21,845 | 26,939 | 23,203 |
| 98,400 | 98,450 | 25,193 | 21,859 | 26,957 | 23,218 |
| 98,450 | 98,500 | 25,208 | 21,873 | 26,975 | 23,234 |
| 98,500 | 98,550 | 25,224 | 21,887 | 26,993 | 23,249 |
| 98,550 | 98,600 | 25,239 | 21,901 | 27,011 | 23,265 |
| 98,600 | 98,650 | 25,255 | 21,915 | 27,029 | 23,280 |
| 98,650 | 98,700 | 25,270 | 21,929 | 27,047 | 23,296 |
| 98,700 | 98,750 | 25,286 | 21,943 | 27,065 | 23,311 |
| 98,750 | 98,800 | 25,301 | 21,957 | 27,083 | 23,327 |
| 98,800 | 98,850 | 25,317 | 21,971 | 27,101 | 23,342 |
| 98,850 | 98,900 | 25,332 | 21,985 | 27,119 | 23,358 |
| 98,900 | 98,950 | 25,348 | 21,999 | 27,137 | 23,373 |
| 98,950 | 99,000 | 25,363 | 22,013 | 27,155 | 23,389 |

### 99,000

| At least | But less than | Single | Married filing jointly | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 99,000 | 99,050 | 25,379 | 22,027 | 27,173 | 23,404 |
| 99,050 | 99,100 | 25,394 | 22,041 | 27,191 | 23,420 |
| 99,100 | 99,150 | 25,410 | 22,055 | 27,209 | 23,435 |
| 99,150 | 99,200 | 25,425 | 22,069 | 27,227 | 23,451 |
| 99,200 | 99,250 | 25,441 | 22,083 | 27,245 | 23,466 |
| 99,250 | 99,300 | 25,456 | 22,097 | 27,263 | 23,482 |
| 99,300 | 99,350 | 25,472 | 22,111 | 27,281 | 23,497 |
| 99,350 | 99,400 | 25,487 | 22,125 | 27,299 | 23,513 |
| 99,400 | 99,450 | 25,503 | 22,139 | 27,317 | 23,528 |
| 99,450 | 99,500 | 25,518 | 22,153 | 27,335 | 23,544 |
| 99,500 | 99,550 | 25,534 | 22,167 | 27,353 | 23,559 |
| 99,550 | 99,600 | 25,549 | 22,181 | 27,371 | 23,575 |
| 99,600 | 99,650 | 25,565 | 22,195 | 27,389 | 23,590 |
| 99,650 | 99,700 | 25,580 | 22,209 | 27,407 | 23,606 |
| 99,700 | 99,750 | 25,596 | 22,223 | 27,425 | 23,621 |
| 99,750 | 99,800 | 25,611 | 22,237 | 27,443 | 23,637 |
| 99,800 | 99,850 | 25,627 | 22,251 | 27,461 | 23,652 |
| 99,850 | 99,900 | 25,642 | 22,265 | 27,479 | 23,668 |
| 99,900 | 99,950 | 25,658 | 22,279 | 27,497 | 23,683 |
| 99,950 | 100,000 | 25,673 | 22,293 | 27,515 | 23,699 |

$100,000 or over — use the Tax Rate Schedules on page 71

* This column must also be used by a qualifying widow(er).

# Instructions for Schedules to Form 1040

## 2000 Instructions for Schedule A, Itemized Deductions

Use Schedule A (Form 1040) to figure your itemized deductions. In most cases, your Federal income tax will be less if you take the **larger** of your itemized deductions or your standard deduction.

If you itemize, you may deduct a part of your medical and dental expenses and unreimbursed employee business expenses, and amounts you paid for certain taxes, interest, contributions, and miscellaneous expenses. You may also deduct certain casualty and theft losses.

 **Do not** include on Schedule A items deducted elsewhere, such as on Schedule C, C-EZ, E, or F.

## Medical and Dental Expenses

You may deduct only the part of your medical and dental expenses that exceeds 7.5% of the amount on Form 1040, line 34.

**Pub. 502** discusses the types of expenses that may and may not be deducted. It also explains when you may deduct capital expenses and special care expenses for disabled persons.

 If you received a distribution from your medical savings account in 2000, see **Pub. 969** to figure your deduction.

### Examples of Medical and Dental Payments You May Deduct

To the extent you were **not reimbursed**, you may deduct what you paid for:

● Insurance premiums for medical and dental care, including premiums for qualified long-term care contracts as defined in Pub. 502. But see **Limit on Long-Term Care Premiums You May Deduct** on this page. Reduce the insurance premiums by any self-employed health insurance deduction you claimed on Form 1040, line 28.

 You **cannot** deduct insurance premiums paid with pretax dollars because the premiums are not included in box 1 of your W-2 form(s).

● Prescription medicines or insulin.
● Medical doctors, osteopathic doctors, dentists, eye doctors, podiatrists, chiropractors, psychiatrists, psychologists, physical therapists, occupational therapists, acupuncturists, and psychoanalysts (medical care only).
● Medical examinations, X-ray and laboratory services, insulin treatment, and whirlpool baths your doctor ordered.

● Nursing help (including your share of the employment taxes paid). If you paid someone to do both nursing and housework, you may deduct only the cost of the nursing help.
● Hospital care (including meals and lodging), clinic costs, and lab fees.
● Qualified long-term care services (see Pub. 502).
● The supplemental part of Medicare insurance (Medicare B).
● A program to stop smoking and for prescription medicines to alleviate nicotine withdrawal.
● Medical treatment at a center for drug or alcohol addiction.
● Medical aids such as eyeglasses, contact lenses, hearing aids, braces, crutches, wheelchairs, and guide dogs, including the cost of maintaining them.
● Surgery to improve vision including radial keratotomy or other laser eye surgery.
● Lodging expenses (but not meals) while away from home to receive medical care in a hospital or a medical care facility related to a hospital. **Do not** include more than $50 a night for each eligible person.
● Ambulance service and other travel costs to get medical care. If you used your own car, you may claim what you spent for gas and oil to go to and from the place you received the care; or you may claim **10 cents a mile**. Add parking and tolls to the amount you claim under either method.

**Note.** Certain medical expenses paid out of a deceased taxpayer's estate may be claimed on the deceased taxpayer's final return. See Pub. 502 for details.

**Limit on Long-Term Care Premiums You May Deduct.** The amount you may deduct for qualified long-term care contracts (as defined in Pub. 502) depends on the age, at the end of 2000, of the person for whom the premiums were paid. See the following chart for details.

| IF the person was, at the end of 2000, age . . . | THEN the most you may deduct is . . . |
| --- | --- |
| 40 or under | $ 220 |
| 41–50 | $ 410 |
| 51–60 | $ 820 |
| 61–70 | $ 2,200 |
| 71 or older | $ 2,750 |

### Examples of Medical and Dental Payments You May Not Deduct

● The basic cost of Medicare insurance (Medicare A).

 If you were 65 or older but not entitled to social security benefits, you may deduct premiums you voluntarily paid for Medicare A coverage.

● Cosmetic surgery unless it was necessary to improve a deformity related to a congenital abnormality, an injury from an accident or trauma, or a disfiguring disease.
● Life insurance or income protection policies.
● The Medicare tax on your wages and tips or the Medicare tax paid as part of the self-employment tax or household employment taxes.
● Nursing care for a healthy baby. But you may be able to take a credit for the amount you paid. See the instructions for Form 1040, line 44.
● Illegal operations or drugs.
● Nonprescription medicines (including nicotine gum and certain nicotine patches).
● Travel your doctor told you to take for rest or a change.
● Funeral, burial, or cremation costs.

A-1

Cat. No. 24328L

# Line 1

## Medical and Dental Expenses

Enter the total of your medical and dental expenses (see page A-1), after you reduce these expenses by any payments received from insurance or other sources. See **Reimbursements** below.

 Do not forget to include insurance premiums you paid for medical and dental care. But if you claimed the self-employed health insurance deduction on Form 1040, line 28, reduce the premiums by the amount on line 28.

**Whose Medical and Dental Expenses Can You Include?** You may include medical and dental bills you paid for:

- Yourself and your spouse.
- All dependents you claim on your return.
- Your child whom you do not claim as a dependent because of the rules explained in **Pub. 501** for children of divorced or separated parents.
- Any person you could have claimed as a dependent on your return if that person had not received $2,800 or more of gross income or had not filed a joint return.

**Example.** You provided over half of your mother's support but may not claim her as a dependent because she received wages of $2,800 in 2000. You may include on line 1 any medical and dental expenses you paid in 2000 for your mother.

**Reimbursements.** If your insurance company paid the provider directly for part of your expenses, and you paid only the amount that remained, include on line 1 **only** the amount you paid. If you received a reimbursement in 2000 for medical or dental expenses you paid in 2000, reduce your 2000 expenses by this amount. If you received a reimbursement in 2000 for prior year medical or dental expenses, do not reduce your 2000 expenses by this amount. But if you deducted the expenses in the earlier year and the deduction reduced your tax, you must include the reimbursement in income on Form 1040, line 21. See Pub. 502 for details on how to figure the amount to include.

**Cafeteria Plans.** Do not include on line 1 insurance premiums paid by an employer-sponsored health insurance plan (cafeteria plan) unless the premiums are included in box 1 of your W-2 form(s). Also, do not include any other medical and dental expenses paid by the plan unless the amount paid is included in box 1 of your W-2 form(s).

# Taxes You Paid

## Taxes You May Not Deduct

- Federal income and excise taxes.
- Social security, Medicare, Federal unemployment (FUTA), and railroad retirement (RRTA) taxes.
- Customs duties.
- Federal estate and gift taxes. But see the instructions for line 27 on page A-6.
- Certain state and local taxes, including: general sales tax, tax on gasoline, car inspection fees, assessments for sidewalks or other improvements to your property, tax you paid for someone else, and license fees (marriage, driver's, dog, etc.).

# Line 5

## State and Local Income Taxes

Include on this line the state and local income taxes listed below.

- State and local income taxes withheld from your salary during 2000. Your W-2 form(s) will show these amounts. Forms W-2G, 1099-G, 1099-R, and 1099-MISC may also show state and local income taxes withheld.
- State and local income taxes paid in 2000 for a prior year, such as taxes paid with your 1999 state or local income tax return. **Do not** include penalties or interest.
- State and local estimated tax payments made during 2000, including any part of a prior year refund that you chose to have credited to your 2000 state or local income taxes.
- Mandatory contributions you made to the California, New Jersey, or New York Nonoccupational Disability Benefit Fund, Rhode Island Temporary Disability Benefit Fund, or Washington State Supplemental Workmen's Compensation Fund.

**Do not** reduce your deduction by:

- Any state or local income tax refund or credit you expect to receive for 2000 or
- Any refund of, or credit for, prior year state and local income taxes you actually received in 2000. Instead, see the instructions for Form 1040, line 10.

# Line 6

## Real Estate Taxes

Include taxes (state, local, or foreign) you paid on real estate you own that was not used for business, but only if the taxes are based on the assessed value of the property. Also, the assessment must be made uniform-ly on property throughout the community, and the proceeds must be used for general community or governmental purposes. **Pub. 530** explains the deductions homeowners may take.

**Do not** include the following amounts on line 6.

- Itemized charges for services to specific property or persons (for example, a $20 monthly charge per house for trash collection, a $5 charge for every 1,000 gallons of water consumed, or a flat charge for mowing a lawn that had grown higher than permitted under a local ordinance).
- Charges for improvements that tend to increase the value of your property (for example, an assessment to build a new sidewalk). The cost of a property improvement is added to the basis of the property. However, a charge is deductible if it is used only to maintain an existing public facility in service (for example, a charge to repair an existing sidewalk, and any interest included in that charge).

If your mortgage payments include your real estate taxes, you may deduct only the amount the mortgage company actually paid to the taxing authority in 2000.

If you sold your home in 2000, any real estate tax charged to the buyer should be shown on your settlement statement and in box 5 of any **Form 1099-S** you received. This amount is considered a refund of real estate taxes. See **Refunds and Rebates** next. Any real estate taxes you paid at closing should be shown on your settlement statement.

**Refunds and Rebates.** If you received a refund or rebate in 2000 of real estate taxes you paid in 2000, reduce your deduction by the amount of the refund or rebate. If you received a refund or rebate in 2000 of real estate taxes you paid in an earlier year, do not reduce your deduction by this amount. Instead, you must include the refund or rebate in income on Form 1040, line 21, if you deducted the real estate taxes in the earlier year and the deduction reduced your tax. **Pub. 525** tells you how to figure the amount to include in income.

# Line 7

## Personal Property Taxes

Enter personal property tax you paid, but only if it is based on value alone and it is charged on a yearly basis.

**Example.** You paid a yearly fee for the registration of your car. Part of the fee was based on the car's value and part was based on its weight. You may deduct only the part of the fee that was based on the car's value.

# Line 8

### Other Taxes

If you had any deductible tax not listed on line 5, 6, or 7, list the type and amount of tax. Enter only one total on line 8. Include on this line income tax you paid to a foreign country or U.S. possession.

 You may want to take a credit for the foreign tax instead of a deduction. See the instructions for Form 1040, line 43, for details.

# Interest You Paid

Whether your interest expense is treated as investment interest, personal interest, or business interest depends on how and when you used the loan proceeds. See **Pub. 535** for details.

In general, if you paid interest in 2000 that applies to any period after 2000, you may deduct only amounts that apply for 2000.

# Lines 10 and 11

### Home Mortgage Interest

A **home mortgage** is any loan that is secured by your main home or second home. It includes first and second mortgages, home equity loans, and refinanced mortgages.

A **home** may be a house, condominium, cooperative, mobile home, boat, or similar property. It must provide basic living accommodations including sleeping space, toilet, and cooking facilities.

**Limit on Home Mortgage Interest.** If you took out any mortgages after October 13, 1987, your deduction may be limited. Any additional amounts borrowed after October 13, 1987, on a line-of-credit mortgage you had on that date are treated as a mortgage taken out after October 13, 1987. If you refinanced a mortgage you had on October 13, 1987, treat the new mortgage as taken out on or before October 13, 1987. But if you refinanced for more than the balance of the old mortgage, treat the excess as a mortgage taken out after October 13, 1987.

See **Pub. 936** to figure your deduction if **either 1** or **2** next applies. If you had more than one home at the same time, the dollar amounts in **1** and **2** apply to the total mortgages on both homes.

**1.** You took out any mortgages after October 13, 1987, and used the proceeds for purposes other than to buy, build, or improve your home, and all of these mortgages totaled over $100,000 at any time during 2000. The limit is $50,000 if married filing separately. An example of this type of mortgage is a home equity loan used to pay off credit card bills, buy a car, or pay tuition.

**2.** You took out any mortgages after October 13, 1987, and used the proceeds to buy, build, or improve your home, and these mortgages plus any mortgages you took out on or before October 13, 1987, totaled over $1 million at any time during 2000. The limit is $500,000 if married filing separately.

 If the total amount of all mortgages is more than the fair market value of the home, additional limits apply. See Pub. 936.

### Line 10

Enter on line 10 mortgage interest and points reported to you on **Form 1098.** If this form shows any refund of overpaid interest, do not reduce your deduction by the refund. Instead, see the instructions for Form 1040, line 21.

If you paid more interest to the recipient than is shown on Form 1098, see Pub. 936 to find out if you can deduct the additional interest. If you can, attach a statement explaining the difference and enter "See attached" next to line 10.

**Note.** If you are claiming the **mortgage interest credit** (see the instructions for Form 1040, line 49), subtract the amount shown on line 3 of **Form 8396** from the total deductible interest you paid on your home mortgage. Enter the result on line 10.

### Line 11

If you did not receive a Form 1098 from the recipient, report your deductible mortgage interest on line 11.

If you bought your home from the recipient, be sure to show that recipient's name, identifying no., and address on the dotted lines next to line 11. If the recipient is an individual, the identifying no. is his or her social security number (SSN). Otherwise, it is the employer identification number. You must also let the recipient know your SSN. If you do not show the required information about the recipient or let the recipient know your SSN, you may have to pay a $50 penalty.

If you and at least one other person (other than your spouse if filing a joint return) were liable for and paid interest on the mortgage, and the other person received the Form 1098, attach a statement to your return showing the name and address of that person. Next to line 11, enter "See attached."

# Line 12

### Points Not Reported on Form 1098

Points are shown on your settlement statement. Points you paid **only** to borrow money are generally deductible over the life of the loan. See **Pub. 936** to figure the amount you may deduct. Points paid for other purposes, such as for a lender's services, are not deductible.

**Refinancing.** Generally, you must deduct points you paid to refinance a mortgage over the life of the loan. This is true even if the new mortgage is secured by your main home.

If you used part of the proceeds to **improve your main home,** you may be able to deduct the part of the points related to the improvement in the year paid. See Pub. 936 for details.

 If you paid off a mortgage early, deduct any remaining points in the year you paid off the mortgage.

# Line 13

### Investment Interest

Investment interest is interest paid on money you borrowed that is allocable to property held for investment. It does not include any interest allocable to passive activities or to securities that generate tax-exempt income.

Complete and attach **Form 4952** to figure your deduction.

**Exception.** You do not have to file Form 4952 if **all three** of the following apply.

**1.** Your investment interest expense is not more than your investment income from interest and ordinary dividends.

**2.** You have no other deductible investment expenses.

**3.** You have no disallowed investment interest expense from 1999.

**Note.** Alaska Permanent Fund dividends, including those reported on **Form 8814**, are not investment income.

For more details, see **Pub. 550.**

# Gifts to Charity

You may deduct contributions or gifts you gave to organizations that are religious, charitable, educational, scientific, or literary in purpose. You may also deduct what you gave to organizations that work to prevent cruelty to children or animals. Examples of these organizations are:

● Churches, temples, synagogues, mosques, Salvation Army, Red Cross, CARE, Goodwill Industries, United Way, Boy Scouts, Girl Scouts, Boys and Girls Clubs of America, etc.

● Fraternal orders, if the gifts will be used for the purposes listed above.

● Veterans' and certain cultural groups.

● Nonprofit schools, hospitals, and organizations whose purpose is to find a cure for, or help people who have, arthritis, asthma, birth defects, cancer, cerebral palsy, cystic fibrosis, diabetes, heart disease, hemophilia, mental illness or retardation, multiple sclerosis, muscular dystrophy, tuberculosis, etc.

● Federal, state, and local governments if the gifts are solely for public purposes.

 **TIP** If you do not know whether you may deduct what you gave to an organization, check with that organization or with the IRS.

## Contributions You May Deduct

Contributions may be in cash (keep canceled checks, receipts, or other reliable written records showing the name of the organization and the date and amount given), property, or out-of-pocket expenses you paid to do volunteer work for the kinds of organizations described earlier. If you drove to and from the volunteer work, you may take **14 cents a mile** or the actual cost of gas and oil. Add parking and tolls to the amount you claim under either method. But do not deduct any amounts that were repaid to you.

**Gifts From Which You Benefit.** If you made a gift and received a benefit in return, such as food, entertainment, or merchandise, you may generally only deduct the amount that is more than the value of the benefit. But this rule does not apply to certain membership benefits provided in return for an annual payment of $75 or less. For details, see **Pub. 526.**

   **Example.** You paid $70 to a charitable organization to attend a fund-raising dinner and the value of the dinner was $40. You may deduct only $30.

**Gifts of $250 or More.** You may deduct a gift of $250 or more only if you have a statement from the charitable organization showing the information in **1** and **2** on this page.

In figuring whether a gift is $250 or more, do not combine separate donations. For example, if you gave your church $25 each week for a total of $1,300, treat each $25 payment as a separate gift. If you made donations through payroll deductions, treat each deduction from each paycheck as a separate gift. See Pub. 526 if you made a separate gift of $250 or more through payroll deduction.

   **1.** The amount of any money contributed and a description (but not value) of any property donated.

   **2.** Whether the organization did or did not give you any goods or services in return for your contribution. If you did receive any goods or services, a description and estimate of the value must be included. If you received only intangible religious benefits (such as admission to a religious ceremony), the organization must state this, but it does not have to describe or value the benefit.

 **TIP** You must get the statement by the date you file your return or the due date (including extensions) for filing your return, whichever is earlier. Do not attach the statement to your return. Instead, keep it for your records.

**Limit on the Amount You May Deduct.** See Pub. 526 to figure the amount of your deduction if **any** of the following apply.

● Your cash contributions or contributions of ordinary income property are more than 30% of the amount on Form 1040, line 34.

● Your gifts of capital gain property are more than 20% of the amount on Form 1040, line 34.

● You gave gifts of property that increased in value or gave gifts of the use of property.

## You May Not Deduct as Contributions

● Travel expenses (including meals and lodging) while away from home unless there was no significant element of personal pleasure, recreation, or vacation in the travel.

● Political contributions.

● Dues, fees, or bills paid to country clubs, lodges, fraternal orders, or similar groups.

● Cost of raffle, bingo, or lottery tickets.

● Cost of tuition.

● Value of your time or services.

● Value of blood given to a blood bank.

● The transfer of a future interest in tangible personal property (generally, until the entire interest has been transferred).

● Gifts to individuals and groups that are run for personal profit.

● Gifts to foreign organizations. But you may be able to deduct gifts to certain U.S. organizations that transfer funds to foreign charities and certain Canadian, Israeli, and Mexican charities. See Pub. 526 for details.

● Gifts to organizations engaged in certain political activities that are of direct financial interest to your trade or business. See Internal Revenue Code section 170(f)(9).

● Gifts to groups whose purpose is to lobby for changes in the laws.

● Gifts to civic leagues, social and sports clubs, labor unions, and chambers of commerce.

● Value of benefits received in connection with a contribution to a charitable organization. See Pub. 526 for exceptions.

# Line 15

### Gifts by Cash or Check

Enter the total contributions you made in cash or by check (including out-of-pocket expenses).

# Line 16

### Other Than by Cash or Check

Enter your contributions of property. If you gave used items, such as clothing or furniture, deduct their fair market value at the time you gave them. Fair market value is what a willing buyer would pay a willing seller when neither has to buy or sell and both are aware of the conditions of the sale.

If the amount of your deduction is more than $500, you must complete and attach **Form 8283.** For this purpose, the "amount of your deduction" means your deduction **before** applying any income limits that could result in a carryover of contributions. If your total deduction is over $5,000, you may also have to get appraisals of the values of the donated property. See Form 8283 and its instructions for details.

**Recordkeeping.** If you gave property, you should keep a receipt or written statement from the organization you gave the property to, or a reliable written record, that shows the organization's name and address, the date and location of the gift, and a description of the property. For each gift of property, you should also keep reliable written records that include:

● How you figured the property's value at the time you gave it. If the value was determined by an appraisal, keep a signed copy of the appraisal.

*(Continued on page A-5)*

• The cost or other basis of the property if you must reduce it by any ordinary income or capital gain that would have resulted if the property had been sold at its fair market value.

• How you figured your deduction if you chose to reduce your deduction for gifts of capital gain property.

• Any conditions attached to the gift.

**Note.** If your total deduction for gifts of property is over $500, you gave less than your entire interest in the property, or you made a "qualified conservation contribution," your records should contain additional information. See Pub. 526 for details.

## Line 17

### Carryover From Prior Year

Enter any carryover of contributions that you could not deduct in an earlier year because they exceeded your adjusted gross income limit. See Pub. 526 for details.

## Casualty and Theft Losses

## Line 19

Complete and attach **Form 4684** to figure the amount of your loss to enter on line 19.

You may be able to deduct part or all of each loss caused by theft, vandalism, fire, storm, or similar causes, and car, boat, and other accidents. You may also be able to deduct money you had in a financial institution but lost because of the insolvency or bankruptcy of the institution.

You may deduct nonbusiness casualty or theft losses only to the extent that—

**1.** The amount of **each** separate casualty or theft loss is more than $100 and

**2.** The total amount of **all** losses during the year is more than 10% of the amount on Form 1040, line 34.

Special rules apply if you had both gains and losses from nonbusiness casualties or thefts. See Form 4684 for details.

Use line 22 of Schedule A to deduct the costs of proving that you had a property loss. Examples of these costs are appraisal fees and photographs used to establish the amount of your loss.

For information on Federal disaster area losses, see **Pub. 547**.

# Job Expenses and Most Other Miscellaneous Deductions

**Pub. 529** discusses the types of expenses that may and may not be deducted.

Examples of expenses you may **not** deduct are:

• Political contributions.

• Personal legal expenses.

• Lost or misplaced cash or property.

• Expenses for meals during regular or extra work hours.

• The cost of entertaining friends.

• Commuting expenses. See Pub. 529 for the definition of commuting.

• Travel expenses for employment away from home if that period of employment exceeds 1 year. See Pub. 529 for an exception for certain Federal employees.

• Travel as a form of education.

• Expenses of attending a seminar, convention, or similar meeting unless it is related to your employment.

• Club dues. See Pub. 529 for exceptions.

• Expenses of adopting a child. But you may be able to take a credit for your expenses. See **Form 8839** for details.

• Fines and penalties.

• Expenses of producing tax-exempt income.

## Line 20

### Unreimbursed Employee Expenses

Enter the total job expenses you paid for which you were not reimbursed. (Amounts your employer included in box 1 of your W-2 form are not considered reimbursements.) But you **must** fill in and attach **Form 2106** if:

**1.** You claim any travel, transportation, meal, or entertainment expenses for your job **or**

**2.** Your employer paid you for any of your job expenses reportable on line 20.

 If you used your own vehicle and item **2** does not apply, you may be able to file **Form 2106-EZ** instead.

If you do not have to file Form 2106 or 2106-EZ, list the type and amount of each expense on the dotted lines next to line 20. If you need more space, attach a statement showing the type and amount of each expense. Enter one total on line 20.

Examples of other expenses to include on line 20 are:

• Safety equipment, small tools, and supplies you needed for your job.

• Uniforms required by your employer, and which you may not usually wear away from work.

• Protective clothing required in your work, such as hard hats, safety shoes, and glasses.

• Physical examinations your employer said you must have.

• Dues to professional organizations and chambers of commerce.

• Subscriptions to professional journals.

• Fees to employment agencies and other costs to look for a new job in your present occupation, even if you do not get a new job.

• Certain business use of part of your home. For details, including limits that apply, use TeleTax topic 509 (see page 11 of the Form 1040 instructions) or see **Pub. 587**.

• Certain educational expenses. For details, use TeleTax topic 513 (see page 11 of the Form 1040 instructions) or see **Pub. 508**.

 You may be able to take a credit for your educational expenses instead of a deduction. See **Form 8863** for details.

## Line 21

### Tax Preparation Fees

Enter the fees you paid for preparation of your tax return, including fees paid for filing your return electronically.

## Line 22

### Other Expenses

Enter the total amount you paid to produce or collect taxable income and manage or protect property held for earning income. But **do not** include any personal expenses. List the type and amount of each expense on the dotted lines next to line 22. If you need more space, attach a statement showing the type and amount of each expense. Enter one total on line 22.

Examples of expenses to include on line 22 are:

• Certain legal and accounting fees.

• Clerical help and office rent.

• Custodial (for example, trust account) fees.

• Your share of the investment expenses of a regulated investment company.

*(Continued on page A-6)*

- Certain losses on nonfederally insured deposits in an insolvent or bankrupt financial institution. For details, including limits that apply, see **Pub. 529**.

- Casualty and theft losses from property used in performing services as an employee from **Form 4684**, lines 32 and 38b, or **Form 4797**, line 18b(1).

- Deduction for repayment of amounts under a claim of right if $3,000 or less.

# Other Miscellaneous Deductions

## Line 27

Only the expenses listed next can be deducted on this line. List the type and amount of each expense on the dotted lines next to line 27. If you need more space, attach a statement showing the type and amount of each expense. Enter one total on line 27.

- Gambling losses, but only to the extent of gambling winnings reported on Form 1040, line 21.

- Casualty and theft losses from income-producing property from **Form 4684**, lines 32 and 38b, or **Form 4797**, line 18b(1).

- Federal estate tax on income in respect of a decedent.

- Amortizable bond premium on bonds acquired before October 23, 1986.

- Deduction for repayment of amounts under a claim of right if over $3,000. See **Pub. 525** for details.

- Certain unrecovered investment in a pension.

- Impairment-related work expenses of a disabled person.

For more details, see **Pub. 529**.

# Total Itemized Deductions

## Line 28

Use the worksheet below to figure the amount to enter on line 28 if the amount on Form 1040, line 34, is over $128,950 if single, married filing jointly, head of household, or qualifying widow(er); $64,475 if married filing separately.

---

### Itemized Deductions Worksheet—Line 28          *Keep for Your Records*

| | |
|---|---|
| 1. Add the amounts on Schedule A, lines 4, 9, 14, 18, 19, 26, and 27 . . . . . . . | 1. _____ |
| 2. Add the amounts on Schedule A, lines 4, 13, and 19, plus any gambling and casualty or theft losses included on line 27 . . . . . . . . . . . . . . . | 2. _____ |
| ⚠ CAUTION — Be sure your total gambling and casualty or theft losses are clearly identified on the dotted lines next to line 27. | |
| 3. Is the amount on line 2 less than the amount on line 1? | |
| ☐ **No.** 🛑 Your deduction is not limited. Enter the amount from line 1 above on Schedule A, line 28. | |
| ☐ **Yes.** Subtract line 2 from line 1 . . . . . . . . . . . . . . . | 3. _____ |
| 4. Multiply line 3 above by 80% (.80) . . . . . . . 4. _____ | |
| 5. Enter the amount from Form 1040, line 34 . . . . . 5. _____ | |
| 6. Enter: $128,950 if single, married filing jointly, head of household, or qualifying widow(er); $64,475 if married filing separately . . . . . . . 6. _____ | |
| 7. Is the amount on line 6 less than the amount on line 5? | |
| ☐ **No.** 🛑 Your deduction is not limited. Enter the amount from line 1 above on Schedule A, line 28. | |
| ☐ **Yes.** Subtract line 6 from line 5 . . . . . . . 7. _____ | |
| 8. Multiply line 7 above by 3% (.03) . . . . . . . 8. _____ | |
| 9. Enter the **smaller** of line 4 or line 8 . . . . . . . . . . . . . . . | 9. _____ |
| 10. **Total itemized deductions.** Subtract line 9 from line 1. Enter the result here and on Schedule A, line 28 . . . . . . . . . . . . . . . | 10. _____ |

---

# 2000 Instructions for Schedule B, Interest and Ordinary Dividends

Use Schedule B (Form 1040) if **any** of the following apply.

- You had over $400 of taxable interest.
- Any of the **Special Rules** listed in the instructions for line 1 below apply to you.
- You are claiming the exclusion of interest from series EE or I U.S. savings bonds issued after 1989.
- You had over $400 of ordinary dividends.
- You received ordinary dividends as a nominee.
- You **(1)** had a foreign account or **(2)** received a distribution from, or were a grantor of, or transferor to, a foreign trust. Part III of the schedule has questions about foreign accounts and trusts.

 You may list more than one payer on each entry space for lines 1 and 5, but be sure to clearly show the amount paid next to the payer's name. Add the separate amounts paid by the payers listed on an entry space and enter the total in the "Amount" column. If you still need more space, attach separate statements that are the same size as the printed schedule. Use the same format as lines 1 and 5, but show your totals on Schedule B. Be sure to put your name and social security number (SSN) on the statements and attach them at the end of your return.

## Part I. Interest

## Line 1

### Interest

Report on line 1 **all** of your taxable interest. List each payer's name and show the amount.

### Special Rules

### Seller-Financed Mortgages

If you sold your home or other property and the buyer used the property as a personal residence, list first any interest the buyer paid you on a mortgage or other form of seller financing. Be sure to show the buyer's name, address, and SSN. You must also let the buyer know your SSN. If you do not show the buyer's name, address, and SSN, or let the buyer know your SSN, you may have to pay a $50 penalty.

### Nominees

If you received a **Form 1099-INT** that includes interest you received as a nominee (that is, in your name, but the interest actually belongs to someone else), report the total on line 1. Do even if you later distributed some or all of this income to others. Under your last entry on line 1, put a subtotal of all interest listed on line 1. Below this subtotal, enter "Nominee Distribution" and show the total interest you received as a nominee. Subtract this amount from the subtotal and enter the result on line 2.

 If you received interest as a nominee, you must give the actual owner a Form 1099-INT unless the owner is your spouse. You must also file a **Form 1096** and a Form 1099-INT with the IRS. For more details, see the **General Instructions for Forms 1099, 1098, 5498, and W-2G** and **Instructions for Forms 1099-INT and 1099-OID.**

### Accrued Interest

When you buy bonds between interest payment dates and pay accrued interest to the seller, this interest is taxable to the seller. If you received a Form 1099 for interest as a purchaser of a bond with accrued interest, follow the rules earlier under **Nominees** to see how to report the accrued interest on Schedule B. But identify the amount to be subtracted as "Accrued Interest."

### Tax-Exempt Interest

If you received a **Form 1099-INT** for tax-exempt interest, follow the rules earlier under **Nominees** to see how to report the interest on Schedule B. But identify the amount to be subtracted as "Tax-Exempt Interest."

### Original Issue Discount (OID)

If you are reporting OID in an amount less than the amount shown on Form 1099-OID, follow the rules earlier under **Nominees** to see how to report the OID on Schedule B. But identify the amount to be subtracted as "OID Adjustment."

### Amortizable Bond Premium

If you are reducing your interest income on a bond by the amount of amortizable bond premium, follow the rules earlier under **Nominees** to see how to report the interest on Schedule B. But identify the amount to be subtracted as "ABP Adjustment."

## Line 3

### Excludable Interest on Series EE and I U.S. Savings Bonds Issued After 1989

If, during 2000, you cashed series EE or I U.S. savings bonds issued after 1989 and you paid qualified higher education expenses for yourself, your spouse, or your dependents, you may be able to exclude part or all of the interest on those bonds. See **Form 8815** for details.

## Part II. Ordinary Dividends

**Note.** You may have to file **Form 5471** if, in 2000, you were an officer or director of a foreign corporation. You may also have to file Form 5471 if, in 2000, you owned 10% or more of the total **(1)** value of a foreign corporation's stock or **(2)** combined voting power of all classes of a foreign corporation's stock with voting rights. For details, see Form 5471 and its instructions.

## Line 5

### Ordinary Dividends

Report on line 5 **all** of your ordinary dividends. List each payer's name and show the amount.

 Do not report capital gain distributions on line 5. Instead, see the instructions for Form 1040, line 13.

*(Continued on page B-2)*

## Nominees

If you received a **Form 1099-DIV** that includes ordinary dividends you received as a nominee (that is, in your name, but the ordinary dividends actually belong to someone else), report the total on line 5. Do this even if you later distributed some or all of this income to others. Under your last entry on line 5, put a subtotal of all ordinary dividends listed on line 5. Below this subtotal, enter "Nominee Distribution" and show the total ordinary dividends you received as a nominee. Subtract this amount from the subtotal and enter the result on line 6.

 If you received ordinary dividends as a nominee, you must give the actual owner a Form 1099-DIV unless the owner is your spouse. You must also file a **Form 1096** and a Form 1099-DIV with the IRS. For more details, see the **General Instructions for Forms 1099, 1098, 5498, and W-2G** and **Instructions for Form 1099-DIV.**

# Part III. Foreign Accounts and Trusts

## Lines 7a and 7b

### Foreign Accounts

#### Line 7a

Check the "Yes" box on line 7a if **either 1** or **2** below applies to you.

**1.** You own more than 50% of the stock in any corporation that owns one or more foreign bank accounts.

**2.** At any time during the year you had an interest in or signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account).

**Note.** Item **2** does not apply to foreign securities held in a U.S. securities account.

**Exceptions.** Check the "No" box if any of the following applies to you.

● The combined value of the accounts was $10,000 or less during the whole year.

● The accounts were with a U.S. military banking facility operated by a U.S. financial institution.

● You were an officer or employee of a commercial bank that is supervised by the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, or the Federal Deposit Insurance Corporation; the account was in your employer's name; **and** you did not have a personal financial interest in the account.

● You were an officer or employee of a domestic corporation with securities listed on national securities exchanges or with assets of more than $1 million and 500 or more shareholders of record; the account was in your employer's name; you did not have a personal financial interest in the account; and the corporation's chief financial officer has given you written notice that the corporation has filed a current report that includes the account.

See **Form TD F 90-22.1** to find out if you are considered to have an interest in or signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account).

If you checked the "Yes" box on line 7a, file Form TD F 90-22.1 by June 30, 2001, with the **Department of the Treasury** at the address shown on that form. **Do not** attach it to Form 1040.

### Line 7b

If you checked the "Yes" box on line 7a, enter the name of the foreign country or countries in the space provided on line 7b. Attach a separate statement if you need more space.

## Line 8

### Foreign Trusts

If you received a distribution from a foreign trust, you must provide additional information. For this purpose, a loan of cash or marketable securities generally is considered to be a distribution. See **Form 3520** for details.

If you were the grantor of, or transferor to, a foreign trust that existed during 2000, you may have to file Form 3520.

# 2000 Instructions for Schedule C, Profit or Loss From Business

Use Schedule C (Form 1040) to report income or loss from a business you operated or a profession you practiced as a sole proprietor. Also, use Schedule C to report wages and expenses you had as a statutory employee. An activity qualifies as a business if your primary purpose for engaging in the activity is for income or profit and you are involved in the activity with continuity and regularity. For example, a sporadic activity or a hobby does not qualify as a business. To report income from a nonbusiness activity, see the instructions for Form 1040, line 21.

Small businesses and statutory employees with expenses of $2,500 or less may be able to file **Schedule C-EZ** instead of Schedule C. See Schedule C-EZ to find out if you qualify to file it.

You may be subject to state and local taxes and other requirements such as business licenses and fees. Check with your state and local governments for more information.

## General Instructions

### A Change To Note

Generally, if your average annual gross receipts for the 3 prior tax years are $1 million or less, you may be eligible to adopt or change to the cash method of accounting. If you make this change, you will not be required to account for inventories. Instead, you may treat inventory in the same manner as costs of materials and supplies that are not incidental. For details, see **Cost of Goods Sold** on page C-6.

### Other Schedules and Forms You May Have To File

**Schedule A** to deduct interest, taxes, and casualty losses not related to your business.

**Schedule E** to report rental real estate and royalty income or (loss) that is **not** subject to self-employment tax.

**Schedule F** to report profit or (loss) from farming.

**Schedule SE** to pay self-employment tax on income from any trade or business.

**Form 4562** to claim depreciation on assets placed in service in 2000, to claim amortization that began in 2000, or to report information on listed property.

**Form 4684** to report a casualty or theft gain or loss involving property used in your trade or business or income-producing property.

**Form 4797** to report sales, exchanges, and involuntary conversions (not from a casualty or theft) of trade or business property.

**Form 8271** if you are claiming or reporting on Schedule C or C-EZ any income, deduction, loss, credit, or other tax benefit from a tax shelter.

**Form 8594** to report certain purchases or sales of groups of assets that constitute a trade or business.

**Form 8824** to report like-kind exchanges.

**Form 8829** to claim expenses for business use of your home.

**Heavy Highway Vehicle Use Tax.** If you use certain highway trucks, truck-trailers, tractor-trailers, or buses in your trade or business, you may have to pay a Federal highway motor vehicle use tax. See **Form 2290** to find out if you owe this tax.

**Information Returns.** You may have to file information returns for wages paid to employees, certain payments of fees and other nonemployee compensation, interest, rents, royalties, real estate transactions, annuities, and pensions. You may also have to file an information return if you sold $5,000 or more of consumer products to a person on a buy-sell, deposit-commission, or other similar basis for resale. For details, see the 2000 **General Instructions for Forms 1099, 1098, 5498, and W-2G.**

If you received cash of more than $10,000 in one or more related transactions in your trade or business, you may have to file **Form 8300.** For details, see **Pub. 1544.**

### Additional Information

See **Pub. 334** for more information for small businesses.

## Specific Instructions

**Filers of Form 1041. Do not** complete the block labeled "Social security number." Instead, enter your employer identification number (EIN) on line D.

## Line A

Describe the business or professional activity that provided your principal source of income reported on line 1. If you owned more than one business, you must complete a separate Schedule C for each business. Give the general field or activity and the type of product or service. If your general field or activity is wholesale or retail trade, or services connected with production services (mining, construction, or manufacturing), also give the type of customer or client. For example, "wholesale sale of hardware to retailers" or "appraisal of real estate for lending institutions."

## Line D

You need an EIN only if you had a qualified retirement plan or were required to file an employment, excise, estate, trust, or alcohol, tobacco, and firearms tax return. If you need an EIN, file **Form SS-4.** If you do not have an EIN, leave line D blank. **Do not** enter your SSN.

## Line E

Enter your business address. Show a street address instead of a box number. Include the suite or room number, if any. If you conducted the business from your home located at the address shown on Form 1040, page 1, you do not have to complete this line.

## Line F

Generally, you can use the cash method, accrual method, or any other method permitted by the Internal Revenue Code. In all cases, the method used must clearly reflect income. If inventories are required, you must use the accrual method for sales and purchases of inventory. See **Cost of Goods Sold** on page C-6. Special rules apply to long-term contracts. See Internal Revenue Code section 460 for details.

If you use the **cash method,** show all items of taxable income actually or constructively received during the year (in cash, property, or services). Income is constructively received when it is credited to your account or set aside for you to use. Also, show amounts actually paid during the year for deductible expenses.

If you use the **accrual method,** report income when you earn it and deduct expenses when you incur them even if you do not pay them during the tax year.

Accrual-basis taxpayers are put on a cash basis for deducting business expenses owed to a related cash-basis taxpayer. Other rules determine the timing of deductions based on economic performance. See **Pub. 538.**

To change your accounting method (including treatment of inventories), you must usually get permission from the IRS. In general, you must file **Form 3115** during the

C-1

Cat. No. 24329W

tax year in which you want to make the change.

## Line G

Participation, for purposes of the following seven material participation tests, generally includes any work you did in connection with an activity if you owned an interest in the activity at the time you did the work. The capacity in which you did the work does not matter. However, work is not treated as participation if it is work that an owner would not customarily do in the same type of activity and one of your main reasons for doing the work was to avoid the disallowance of losses or credits from the activity under the passive activity rules.

Work you did as an investor in an activity is not treated as participation unless you were directly involved in the day-to-day management or operations of the activity. Work done as an investor includes:

**1.** Studying and reviewing financial statements or reports on the activity,

**2.** Preparing or compiling summaries or analyses of the finances or operations of the activity for your own use, and

**3.** Monitoring the finances or operations of the activity in a nonmanagerial capacity.

**Participation by your spouse** during the tax year in an activity you own can be counted as your participation in the activity. This applies even if your spouse did not own an interest in the activity and whether or not you and your spouse file a joint return.

**Material Participation.** For purposes of the passive activity rules, you materially participated in the operation of this trade or business activity during 2000 if you meet any of the following seven tests.

**1.** You participated in the activity for more than 500 hours during the tax year.

**2.** Your participation in the activity for the tax year was substantially all of the participation in the activity of all individuals (including individuals who did not own any interest in the activity) for the tax year.

**3.** You participated in the activity for more than 100 hours during the tax year, and you participated at least as much as any other person for the tax year. This includes individuals who did not own any interest in the activity.

**4.** The activity is a significant participation activity for the tax year, and you participated in all significant participation activities for more than 500 hours during the year. An activity is a "significant participation activity" if it involves the conduct of a trade or business, you participated in the activity for more than 100 hours during the tax year, and you did not materially participate under any of the material participation tests (other than this test 4).

**5.** You materially participated in the activity for any 5 of the prior 10 tax years.

**6.** The activity is a personal service activity in which you materially participated for any 3 prior tax years. A personal service activity is an activity that involves performing personal services in the fields of health, law, engineering, architecture, accounting, actuarial science, performing arts, consulting, or any other trade or business in which capital is not a material income-producing factor.

**7.** Based on all the facts and circumstances, you participated in the activity on a regular, continuous, and substantial basis during the tax year. But you do not meet this test if you participated in the activity for 100 hours or less during the tax year. Your participation in managing the activity does not count in determining if you meet this test if any person (except you) **(a)** received compensation for performing management services in connection with the activity or **(b)** spent more hours during the tax year than you spent performing management services in connection with the activity (regardless of whether the person was compensated for the services).

If you meet any of the above tests, check the "Yes" box.

If you **do not** meet any of the above tests, check the "No" box. This business is a **passive activity.** If you have a loss from this business, see **Limit on Losses** below. If you have a profit from this business activity but have current year losses from other passive activities or you have prior year unallowed passive activity losses, see the Instructions for Form 8582.

**Exception for Oil and Gas.** If you are filing Schedule C to report income and deductions from an oil or gas well in which you own a working interest directly or through an entity that does not limit your liability, check the "Yes" box. The activity of owning the working interest is not a passive activity regardless of your participation.

**Limit on Losses.** If you checked the "No" box and you have a loss from this business, you may have to use Form 8582 to figure your allowable loss, if any, to enter on Schedule C, line 31. Generally, you can deduct losses from passive activities only to the extent of income from passive activities.

For details, see **Pub. 925.**

## Line H

If you started or acquired this business in 2000, check the box on line H. Also, check the box if you are reopening or restarting this business after temporarily closing it, and you did not file a 1999 Schedule C or C-EZ for this business.

# Part I. Income

## Line 1

Enter gross receipts from your trade or business. Include amounts you received in your trade or business that were properly shown on **Forms 1099-MISC.** If the total amounts that were reported in box 7 of Forms 1099-MISC are more than the total you are reporting on line 1, attach a statement explaining the difference.

**Statutory Employees.** If you received a Form W-2 and the "Statutory employee" box in box 15 of that form was checked, report your income and expenses related to that income on Schedule C or C-EZ. Enter your statutory employee income from box 1 of Form W-2 on line 1 of Schedule C or C-EZ, and **check the box** on that line. Social security and Medicare tax should have been withheld from your earnings; therefore, you do not owe self-employment tax on these earnings. Statutory employees include full-time life insurance agents, certain agent or commission drivers and traveling salespersons, and certain homeworkers.

If you had both self-employment income and statutory employee income, you **must** file two Schedules C. You **cannot** use Schedule C-EZ or combine these amounts on a single Schedule C.

**Installment Sales.** Generally, the installment method may not be used to report income from the sale of **(a)** personal property regularly sold under the installment method or **(b)** real property held for resale to customers. But the installment method may be used to report income from sales of certain residential lots and timeshares if you elect to pay interest on the tax due on that income after the year of sale. See Internal Revenue Code section 453(l)(2)(B) for details. If you make this election, include the interest on Form 1040, line 57. Also, enter "453(l)(3)" and the amount of the interest on the dotted line to the left of line 57.

If you use the installment method, attach a schedule to your return. Show separately for 2000 and the 3 preceding years: gross sales, cost of goods sold, gross profit, percentage of gross profit to gross sales, amounts collected, and gross profit on amounts collected.

## Line 6

Report on line 6 amounts from finance reserve income, scrap sales, bad debts you recovered, interest (such as on notes and accounts receivable), state gasoline or fuel tax refunds you got in 2000, credit for Federal tax paid on gasoline or other fuels claimed on your 1999 Form 1040, prizes and awards related to your trade or business, and other kinds of miscellaneous business income. Include amounts you received in

your trade or business as shown on **Form 1099-PATR.** Also, include any recapture of the deduction for clean-fuel vehicles used in your business and clean-fuel vehicle refueling property. For details, see **Pub. 535.**

If the business use percentage of any listed property (defined in the instructions for line 13 on this page) decreased to 50% or less in 2000, report on this line any recapture of excess depreciation, including any section 179 expense deduction. Use **Form 4797** to figure the recapture. Also, if the business use percentage drops to 50% or less on leased listed property (other than a vehicle), include on this line any inclusion amount. See **Pub. 946** to figure the amount.

# Part II. Expenses

**Capitalizing Costs of Property.** If you produced real or tangible personal property or acquired property for resale, certain expenses attributable to the property generally must be included in inventory costs or capitalized. In addition to direct costs, producers of inventory property generally must also include part of certain indirect costs in their inventory. Purchasers of personal property acquired for resale must include part of certain indirect costs in inventory only if the average annual gross receipts for the 3 prior tax years exceed $10 million. Also, you must capitalize part of the indirect costs that benefit real or tangible personal property constructed for use in a trade or business, or noninventory property produced for sale to customers. Reduce the amounts on lines 8–26 and Part V by amounts capitalized. For details, see **Pub. 538.**

**Exception for Cash Method Producers Who Do Not Account for Inventories.** Producers whose average annual gross receipts are $1 million or less that use the cash method of accounting and choose not to account for inventories may currently deduct expenditures for direct labor and all indirect costs that would otherwise be included in inventory costs. See **Cost of Goods Sold** on page C-6 for more details.

**Exception for Creative Property.** If you are an artist, author, or photographer, you may be exempt from the capitalization rules. However, your personal efforts must have created (or reasonably be expected to create) the property. This exception does not apply to any expense related to printing, photographic plates, motion picture films, video tapes, or similar items. These expenses are subject to the capitalization rules. For details, see Pub. 538.

# Line 9

Include debts and partial debts from sales or services that were included in income and are definitely known to be worthless. If you later collect a debt that you deducted as a bad debt, include it as income in the year collected. For details, see Pub. 535.

# Line 10

You can deduct the actual expenses of running your car or truck, or take the **standard mileage rate. You must** use actual expenses if you used your vehicle for hire (such as a taxicab), or you used more than one vehicle simultaneously in your business (such as in fleet operations). You cannot use actual expenses for a leased vehicle if you previously used the standard mileage rate for that vehicle.

You can take the standard mileage rate for 2000 **only** if:

● You owned the vehicle and use the standard mileage rate for the first year you placed the vehicle in service or

● You leased the vehicle and are using the standard mileage rate for the entire lease period (except the period, if any, before 1998).

If you deduct actual expenses:

● Include on line 10 the business portion of expenses for gasoline, oil, repairs, insurance, tires, license plates, etc., and

● Show depreciation on line 13 and rent or lease payments on line 20a.

If you take the standard mileage rate, multiply the number of business miles by 32.5 cents. Add to this amount your parking fees and tolls, and enter the total on line 12. **Do not** deduct depreciation, rent or lease payments, or your actual operating expenses.

For details, see **Pub. 463.**

**Information on Your Vehicle.** If you claim any car and truck expenses, you must provide certain information on the use of your vehicle by completing one of the following.

● Part IV of Schedule C or Part III of Schedule C-EZ if: **(a)** you are claiming the standard mileage rate, you lease your vehicle, or your vehicle is fully depreciated and **(b)** you are **not** required to file **Form 4562** for any other reason. If you used more than one vehicle during the year, attach your own schedule with the information requested in Part IV of Schedule C, or Part III of Schedule C-EZ, for each additional vehicle.

● Part V of Form 4562 if you are claiming depreciation on your vehicle or you are required to file Form 4562 for any other reason (see the instructions for line 13 below).

# Line 12

Enter your deduction for depletion on this line. If you have timber depletion, attach **Form T.** See Pub. 535 for details.

# Line 13

**Depreciation and Section 179 Expense Deduction.** Depreciation is the annual deduction allowed to recover the cost or other basis of business or investment property

having a useful life substantially beyond the tax year. You can also depreciate improvements made to leased business property. However, stock in trade, inventories, and land are not depreciable. Depreciation starts when you first use the property in your business or for the production of income. It ends when you take the property out of service, deduct all your depreciable cost or other basis, or no longer use the property in your business or for the production of income. You may also choose under Internal Revenue Code section 179 to expense part of the cost of certain property you bought in 2000 for use in your business. See the Instructions for Form 4562 to figure the amount to enter on line 13.

**When To Attach Form 4562.** You must complete and attach Form 4562 **only** if:

● You are claiming depreciation on property placed in service during 2000,

● You are claiming depreciation on listed property (defined below), regardless of the date it was placed in service, or

● You are claiming a section 179 expense deduction.

If you acquired depreciable property for the first time in 2000, see Pub. 946.

**Listed property** generally includes, but is not limited to:

● Passenger automobiles weighing 6,000 pounds or less,

● Any other property used for transportation if the nature of the property lends itself to personal use, such as motorcycles, pickup trucks, etc.,

● Any property used for entertainment or recreational purposes (such as photographic, phonographic, communication, and video recording equipment),

● Cellular telephones or other similar telecommunications equipment, and

● Computers or peripheral equipment.

**Exceptions.** Listed property does not include photographic, phonographic, communication, or video equipment used exclusively in your trade or business or at your regular business establishment. It also does not include any computer or peripheral equipment used exclusively at a regular business establishment and owned or leased by the person operating the establishment. For purposes of these exceptions, a portion of your home is treated as a regular business establishment only if that portion meets the requirements under Internal Revenue Code section 280A(c)(1) for deducting expenses for the business use of your home.

See the instructions for line 6 on page C-2 if the business use percentage of any listed property decreased to 50% or less in 2000.

# Line 14

Deduct contributions to employee benefit programs that are not an incidental part of a pension or profit-sharing plan included on

line 19. Examples are accident and health plans, group-term life insurance, and dependent care assistance programs.

Do not include on line 14 any contributions you made on your behalf as a self-employed person to an accident and health plan or for group-term life insurance. You may be able to deduct on Form 1040, line 28, part of the amount you paid for health insurance on behalf of yourself, your spouse, and dependents, even if you do not itemize your deductions. See the instructions for Form 1040, line 28, for details.

## Line 15

Deduct premiums paid for business insurance on line 15. Deduct on line 14 amounts paid for employee accident and health insurance. Do not deduct amounts credited to a reserve for self-insurance or premiums paid for a policy that pays for your lost earnings due to sickness or disability. For details, see **Pub. 535.**

## Lines 16a and 16b

**Interest Allocation Rules.** The tax treatment of interest expense differs depending on its type. For example, home mortgage interest and investment interest are treated differently. "Interest allocation" rules require you to allocate (classify) your interest expense so it is deducted (or capitalized) on the correct line of your return and gets the right tax treatment. These rules could affect how much interest you are allowed to deduct on Schedule C or C-EZ.

Generally, you allocate interest expense by tracing how the proceeds of the loan were used. See Pub. 535 for details.

If you paid interest in 2000 that applies to future years, deduct only the part that applies to 2000. If you paid interest on a debt secured by your main home and any of the proceeds from that debt were used in connection with your trade or business, see Pub. 535 to figure the amount that is deductible on Schedule C or C-EZ.

If you have a mortgage on real property used in your business (other than your main home), enter on line 16a the interest you paid for 2000 to banks or other financial institutions for which you received a **Form 1098.** If you did not receive a Form 1098, enter the interest on line 16b.

If you paid more mortgage interest than is shown on Form 1098 or similar statement, see Pub. 535 to find out if you can deduct the additional interest. If you can, include the amount on line 16a. Attach a statement to your return explaining the difference. Enter "See attached" in the margin next to line 16a.

If you and at least one other person (other than your spouse if you file a joint return) were liable for and paid interest on the mortgage and the other person received the Form 1098, report your share of the interest on line 16b. Attach a statement to your return showing the name and address of the person who received the Form 1098. In the margin next to line 16b, enter "See attached."

Do not deduct interest you paid or accrued on debts allocable to investment property. This interest is generally deducted on **Schedule A.** For details, see **Pub. 550.**

## Line 17

Include on this line fees for tax advice related to your business and for preparation of the tax forms related to your business.

## Line 19

Enter your deduction for contributions to a pension, profit-sharing, or annuity plan, or plans for the benefit of your employees. If the plan includes you as a self-employed person, enter contributions made as an employer on your behalf on Form 1040, line 29, not on Schedule C.

Generally, you must file the applicable form listed below if you maintain a pension, profit-sharing, or other funded-deferred compensation plan. The filing requirement is not affected by whether or not the plan qualified under the Internal Revenue Code, or whether or not you claim a deduction for the current tax year. There is a penalty for failure to timely file these forms.

**Form 5500.** File this form for a plan that is not a one-participant plan (see below).

**Form 5500-EZ.** File this form for a one-participant plan. A **one-participant plan** is a plan that only covers you (or you and your spouse).

For details, see **Pub. 560.**

## Lines 20a and 20b

If you rented or leased vehicles, machinery, or equipment, enter on line 20a the business portion of your rental cost. But if you leased a vehicle for a term of 30 days or more, you may have to reduce your deduction by an amount called the **inclusion amount.**

**You may have to do this if—**

| The lease term began during . . . | And the vehicle's fair market value on the first day of the lease exceeded . . . |
|---|---|
| 1999 or 2000 . . . . . . | $15,500 |
| 1997 or 1998 . . . . . . | 15,800 |
| 1995 or 1996 . . . . . . | 15,500 |

If the lease term began before 1995, see Pub. 463 to find out if you have an inclusion amount.

See Pub. 463 to figure your inclusion amount.

Enter on line 20b amounts paid to rent or lease other property, such as office space in a building.

## Line 21

Deduct the cost of repairs and maintenance. Include labor, supplies, and other items that do not add to the value or increase the life of the property. Do not deduct the value of your own labor. Do not deduct amounts spent to restore or replace property; they must be capitalized.

## Line 22

Generally, you can deduct the cost of supplies only to the extent you actually consumed and used them in your business during the tax year (unless you deducted them in a prior tax year). However, if you had incidental supplies on hand for which you kept no inventories or records of use, you may deduct the cost of supplies you actually purchased during the tax year, provided that method clearly reflects income.

## Line 23

You can deduct the following taxes and licenses on this line.

● State and local sales taxes imposed on you as the seller of goods or services. If you collected this tax from the buyer, you must also include the amount collected in gross receipts or sales on line 1.

● Real estate and personal property taxes on business assets.

● Licenses and regulatory fees for your trade or business paid each year to state or local governments. But some licenses, such as liquor licenses, may have to be amortized. See Pub. 535 for details.

● Social security and Medicare taxes paid to match required withholding from your employees' wages. Also, Federal unemployment tax paid. Reduce your deduction by the amount of the current year credit shown on line 4 of **Form 8846.**

● Federal highway use tax.

**Do not** deduct on this line:

● Federal income taxes, including your self-employment tax. However, you may deduct one-half of your self-employment tax on Form 1040, line 27.

● Estate and gift taxes.

● Taxes assessed to pay for improvements, such as paving and sewers.

● Taxes on your home or personal use property.

● State and local sales taxes on property purchased for use in your business. Instead, treat these taxes as part of the cost of the property.

● State and local sales taxes imposed on the buyer that you were required to collect

and pay over to state or local governments. These taxes are not included in gross receipts or sales nor are they a deductible expense. However, if the state or local government allowed you to retain any part of the sales tax you collected, you must include that amount as income on line 6.

● Other taxes and license fees not related to your business.

## Line 24a

Enter your expenses for lodging and transportation connected with overnight travel for business while away from your tax home. Generally, your tax home is your main place of business regardless of where you maintain your family home. You cannot deduct expenses paid or incurred in connection with employment away from home if that period of employment exceeds 1 year. Also, you cannot deduct travel expenses for your spouse, your dependent, or any other individual unless that person is your employee, the travel is for a bona fide business purpose, and the expenses would otherwise be deductible by that person.

Do not include expenses for meals and entertainment on this line. Instead, see the instructions for lines 24b and 24c below.

You cannot deduct expenses for attending a foreign convention unless it is directly related to your trade or business and it is as reasonable for the meeting to be held outside the North American area as within it. These rules apply to both employers and employees. Other rules apply to luxury water travel.

For details, see Pub. 463.

## Lines 24b and 24c

On line 24b, enter your total business meal and entertainment expenses. Include meals while traveling away from home for business. Instead of the actual cost of your meals while traveling away from home, you may use the standard meal allowance. For more details, see Pub. 463.

Business meal expenses are deductible only if they are **(a)** directly related to or associated with the active conduct of your trade or business, **(b)** not lavish or extravagant, and **(c)** incurred while you or your employee is present at the meal.

You cannot deduct any expense paid or incurred for a facility (such as a yacht or hunting lodge) used for any activity usually considered entertainment, amusement, or recreation.

Also, you cannot deduct membership dues for any club organized for business, pleasure, recreation, or other social purpose. This includes country clubs, golf and athletic clubs, airline and hotel clubs, and clubs operated to provide meals under conditions favorable to business discussion. But it does not include civic or public service organizations, professional organizations (such as

bar and medical associations), business leagues, trade associations, chambers of commerce, boards of trade, and real estate boards, unless a principal purpose of the organization is to entertain, or provide entertainment facilities for, members or their guests.

There are exceptions to these rules as well as other rules that apply to sky-box rentals and tickets to entertainment events. See Pub. 463.

Generally, you may deduct only 50% of your business meal and entertainment expenses, including meals incurred while away from home on business. For individuals subject to the Department of Transportation (DOT) hours of service limits, that percentage is increased to 60% for business meals consumed during, or incident to, any period of duty for which those limits are in effect. Individuals subject to the DOT hours of service limits include the following persons:

● Certain air transportation workers (such as pilots, crew, dispatchers, mechanics, and control tower operators) who are under Federal Aviation Administration regulations.

● Interstate truck operators who are under DOT regulations.

● Certain merchant mariners who are under Coast Guard regulations.

However, you may fully deduct meals and entertainment furnished or reimbursed to an employee if you properly treat the expense as wages subject to withholding. You may also fully deduct meals and entertainment provided to a nonemployee to the extent the expenses are includible in the gross income of that person and reported on Form 1099-MISC. See Pub. 463 for details and other exceptions.

Figure how much of the amount on line 24b is not deductible and enter that amount on line 24c.

## Line 25

Deduct only utility expenses for your trade or business.

**Local Telephone Service.** If you used your home phone for business, do not deduct the base rate (including taxes) of the first phone line into your residence. But you can deduct expenses for any additional costs you incurred for business that are more than the cost of the base rate for the first phone line. For example, if you had a second line, you can deduct the business percentage of the charges for that line, including the base rate charges.

## Line 26

Enter the total salaries and wages for the tax year. Do not include salaries and wages deducted elsewhere on your return or amounts paid to yourself. Reduce your deduction by the current year credits claimed on:

● **Form 5884,** Work Opportunity Credit,

● **Form 8844,** Empowerment Zone Employment Credit,

● **Form 8845,** Indian Employment Credit, and

● **Form 8861,** Welfare-to-Work Credit.

 If you provided taxable fringe benefits to your employees, such as personal use of a car, do not deduct as wages the amount applicable to depreciation and other expenses claimed elsewhere.

## Line 30

**Business Use of Your Home.** You may be able to deduct certain expenses for business use of your home, subject to limitations. You must attach **Form 8829** if you claim this deduction. For details, see the Instructions for Form 8829 and **Pub. 587.**

## Line 31

If you have a loss, the amount of loss you can deduct this year may be limited. Go to line 32 before entering your loss on line 31. If you answered "No" to Question G on Schedule C, also see the Instructions for Form 8582. Enter the net profit or **deductible** loss here. Combine this amount with any profit or loss from other businesses, and enter the total on Form 1040, line 12, and Schedule SE, line 2. Estates and trusts should enter the total on Form 1041, line 3.

If you have a net profit on line 31, this amount is earned income and may qualify you for the earned income credit. See the instructions for Form 1040, lines 60a and 60b, for details.

**Statutory Employees.** Include your net profit or deductible loss from line 31 with other Schedule C amounts on Form 1040, line 12. However, **do not** report this amount on Schedule SE, line 2. If you are required to file Schedule SE because of other self-employment income, see the Instructions for Schedule SE.

## Line 32

**At-Risk Rules.** Generally, if you have **(a)** a business loss and **(b)** amounts in the business for which you are **not at risk,** you will have to complete **Form 6198** to figure your allowable loss. The at-risk rules generally limit the amount of loss (including loss on the disposition of assets) you can claim to the amount you could actually lose in the business.

Check **box 32b** if you have amounts for which you are not at risk in this business, such as the following.

● Nonrecourse loans used to finance the business, to acquire property used in the business, or to acquire the business that are

not secured by your own property (other than property used in the business). However, there is an exception for certain non-recourse financing borrowed by you in connection with holding real property.

● Cash, property, or borrowed amounts used in the business (or contributed to the business, or used to acquire the business) that are protected against loss by a guarantee, stop-loss agreement, or other similar arrangement (excluding casualty insurance and insurance against tort liability).

● Amounts borrowed for use in the business from a person who has an interest in the business, other than as a creditor, or who is related under Internal Revenue Code section 465(b)(3) to a person (other than you) having such an interest.

If all amounts are at risk in this business, check **box 32a** and enter your loss on line 31. But if you answered "No" to Question G, you may need to complete **Form 8582** to figure your deductible loss. See the Instructions for Form 8582 for details.

If you checked **box 32b**, see Form 6198 to determine the amount of your deductible loss. But if you answered "No" to Question G, your loss may be further limited. See the Instructions for Form 8582. If your at-risk amount is zero or less, enter zero on line 31. Be sure to attach Form 6198 to your return. If you checked box 32b and you do not attach Form 6198, the processing of your tax return may be delayed.

Any loss from this business not allowed for 2000 because of the at-risk rules is treated as a deduction allocable to the business in 2001. For details, see the Instructions for Form 6198 and Pub. 925.

# Part III. Cost of Goods Sold

Generally, if you engaged in a trade or business in which the production, purchase, or sale of merchandise was an income-producing factor, you must take inventories into account at the beginning and end of your tax year.

However, if your average annual gross receipts for the 3 prior tax years are $1 million or less and you are an eligible taxpayer who adopts or changes to the cash method of accounting, you will not be required to account for inventories. If you are not required to account for inventories and do not want to do so, you must treat inventory in the same manner as costs of materials and supplies that are not incidental. Under this rule, inventory costs for raw materials purchased for use in producing finished goods and merchandise purchased for resale are deductible in the year the finished goods or merchandise are sold (or, if later, the year you paid for the raw materials or merchandise). Enter amounts paid for all raw materials and merchandise during 2000 on line 36. The amount you can deduct for 2000 is figured on line 42.

If you want to change to the cash method of accounting, you must file Form 3115. You may also have to make an adjustment to prevent amounts of income or expense from being duplicated or omitted. This is called a section 481(a) adjustment, which is taken into account over a period not to exceed 4 years. For example, if you accrued sales in 1999 for which you received payment in 2000, you must report those sales in both years as a result of changing your accounting method and will make a section 481(a) adjustment to prevent duplication of income. See Rev. Proc. 99-49, 1999-52 I.R.B. 725, to figure the amount of this adjustment for 2000. Include any positive section 481(a) adjustment on line 6. If the section 481(a) adjustment is negative, report it in Part V.

For eligibility requirements and further details on changing to the cash method of accounting, see **Pub. 553.**

---

**Note.** Certain direct and indirect expenses may have to be capitalized or included in inventory. See the instructions for Part II beginning on page C-3.

---

# Line 33

Your inventories can be valued at cost; cost or market value, whichever is lower; or any other method approved by the IRS. However, you are required to use cost if you are using the cash method of accounting.

# Line 35

If you are changing your method of accounting from accrual to cash beginning with 2000 and you do not want to account for inventories, refigure last year's closing inventory using the cash method and enter the result on line 35. If there is a difference between last year's closing inventory and the refigured amount, attach an explanation and take it into account when figuring your section 481(a) adjustment (explained above).

# Line 41

If you are using the cash method of accounting and you do not want to account for inventories, enter on line 41 the portion of your raw materials and merchandise purchased for resale that are included on line 40 and were not sold during the year.

# Part V. Other Expenses

Include all ordinary and necessary business expenses not deducted elsewhere on Schedule C. List the type and amount of each expense separately in the space provided. Enter the total on lines 48 and 27. Do not

include the cost of business equipment or furniture, replacements or permanent improvements to property, or personal, living, and family expenses. Do not include charitable contributions. Also, you may not deduct fines or penalties paid to a government for violating any law. For details on business expenses, see Pub. 535.

**Amortization.** Include amortization in this part. For amortization that begins in 2000, you must complete and attach Form 4562.

You may amortize:

● The cost of pollution-control facilities.

● Amounts paid for research and experimentation.

● Certain business startup costs.

● Qualified forestation and reforestation costs. See Pub. 535 for limitations.

● Amounts paid to acquire, protect, expand, register, or defend trademarks or trade names.

● Goodwill and certain other intangibles.

In general, you **may not** amortize real property construction period interest and taxes. Special rules apply for allocating interest to real or personal property produced in your trade or business.

**At-Risk Loss Deduction.** Any loss from this activity that was not allowed as a deduction last year because of the at-risk rules is treated as a deduction allocable to this activity in 2000.

**Capital Construction Fund. Do not** claim on Schedule C or C-EZ the deduction for amounts contributed to a capital construction fund set up under the Merchant Marine Act of 1936. Instead, reduce the amount you would otherwise enter on Form 1040, line 39, by the amount of the deduction. Next to line 39, enter "CCF" and the amount of the deduction. For details, see **Pub. 595.**

**Deduction for Clean-Fuel Vehicles and Clean-Fuel Vehicle Refueling Property.** You may deduct part of the cost of qualified clean-fuel vehicle property used in your business and qualified clean-fuel vehicle refueling property. See Pub. 535 for details.

**Disabled Access Credit and the Deduction for Removing Barriers to Individuals With Disabilities and the Elderly.** You may be able to claim a tax credit of up to $5,000 for eligible expenditures paid or incurred in 2000 to provide access to your business for individuals with disabilities. See **Form 8826** for details. You can also deduct up to $15,000 of costs paid or incurred in 2000 to remove architectural or transportation barriers to individuals with disabilities and the elderly. However, you cannot take both the credit and the deduction on the same expenditures.

**Principal Business or Professional Activity Codes**

These codes for the Principal Business or Professional Activity classify sole proprietorships by the type of activity they are engaged in to facilitate the administration of the Internal Revenue Code. These six-digit codes are based on the North American Industry Classification System (NAICS).

Select the category that best describes your primary business activity (for example, Real Estate). Then select the activity that best identifies the principal source of your sales or receipts (for example, real estate agent). Now find the six-digit code assigned to this activity and **enter it on line B** of

**Schedule C or C-EZ** (for example, 531210, the Code for offices of real estate agents and brokers).

**Note.** If your principal source of income is from farming activities, you should file **Schedule F,** Profit or Loss From Farming.

## Accommodation, Food Services, & Drinking Places

### Accommodation

| | |
|---|---|
| 721310 | Rooming & boarding houses |
| 721210 | RV (recreational vehicle) parks & recreational camps |
| 721100 | Travel accommodation (including hotels, motels, & bed & breakfast inns) |

### Food Services & Drinking Places

| | |
|---|---|
| 722410 | Drinking places (alcoholic beverages) |
| 722110 | Full-service restaurants |
| 722210 | Limited-service eating places |
| 722300 | Special food services (including food service contractors & caterers) |

## Administrative & Support and Waste Management & Remediation Services

### Administrative & Support Services

| | |
|---|---|
| 561430 | Business service centers (including private mail centers & copy shops) |
| 561740 | Carpet & upholstery cleaning services |
| 561440 | Collection agencies |
| 561450 | Credit bureaus |
| 561410 | Document preparation services |
| 561300 | Employment services |
| 561710 | Exterminating & pest control services |
| 561210 | Facilities support (management) services |
| 561600 | Investigation & security services |
| 561720 | Janitorial services |
| 561730 | Landscaping services |
| 561110 | Office administrative services |
| 561420 | Telephone call centers (including telephone answering services & telemarketing bureaus) |
| 561500 | Travel arrangement & reservation services |
| 561490 | Other business support services (including repossession services, court reporting, & stenotype services) |
| 561790 | Other services to buildings & dwellings |
| 561900 | Other support services (including packaging & labeling services, & convention & trade show organizers) |

### Waste Management & Remediation Services

| | |
|---|---|
| 562000 | Waste management & remediation services |

## Agriculture, Forestry, Hunting, & Fishing

| | |
|---|---|
| 112900 | Animal production (including breeding of cats and dogs) |
| 114110 | Fishing |
| 113000 | Forestry & logging (including forest nurseries & timber tracts) |
| 114210 | Hunting & trapping |

### Support Activities for Agriculture & Forestry

| | |
|---|---|
| 115210 | Support activities for animal production (including farriers) |
| 115110 | Support activities for crop production (including cotton ginning, soil preparation, planting, & cultivating) |
| 115310 | Support activities for forestry |

## Arts, Entertainment, & Recreation

### Amusement, Gambling, & Recreation Industries

| | |
|---|---|
| 713100 | Amusement parks & arcades |
| 713200 | Gambling industries |
| 713900 | Other amusement & recreation services (including golf courses, skiing facilities, marinas, fitness centers, bowling centers, skating rinks, miniature golf courses) |

### Museums, Historical Sites, & Similar Institutions

| | |
|---|---|
| 712100 | Museums, historical sites, & similar institutions |

### Performing Arts, Spectator Sports, & Related Industries

| | |
|---|---|
| 711410 | Agents & managers for artists, athletes, entertainers, & other public figures |
| 711510 | Independent artists, writers, & performers |
| 711100 | Performing arts companies |
| 711300 | Promoters of performing arts, sports, & similar events |
| 711210 | Spectator sports (including professional sports clubs & racetrack operations) |

## Construction

| | |
|---|---|
| 233110 | Land subdivision & land development |
| 233300 | Nonresidential building construction |
| 233200 | Residential building construction |

### Heavy Construction

| | |
|---|---|
| 234100 | Highway, street, bridge, & tunnel construction |
| 234900 | Other heavy construction |

### Special Trade Contractors

| | |
|---|---|
| 235500 | Carpentry & floor contractors |
| 235710 | Concrete contractors |
| 235310 | Electrical contractors |
| 235400 | Masonry, drywall, insulation, & tile contractors |
| 235210 | Painting & wall covering contractors |
| 235110 | Plumbing, heating, & air-conditioning contractors |
| 235610 | Roofing, siding, & sheet metal contractors |
| 235810 | Water well drilling contractors |
| 235900 | Other special trade contractors |

## Educational Services

| | |
|---|---|
| 611000 | Educational services (including schools, colleges, & universities) |

## Finance & Insurance

### Credit Intermediation & Related Activities

| | |
|---|---|
| 522100 | Depository credit intermediation (including commercial banking, savings institutions, & credit unions) |
| 522200 | Nondepository credit intermediation (including sales financing & consumer lending) |
| 522300 | Activities related to credit intermediation (including loan brokers) |

### Insurance Agents, Brokers, & Related Activities

| | |
|---|---|
| 524210 | Insurance agencies & brokerages |
| 524290 | Other insurance related activities |

### Securities, Commodity Contracts, & Other Financial Investments & Related Activities

| | |
|---|---|
| 523140 | Commodity contracts brokers |
| 523130 | Commodity contracts dealers |
| 523110 | Investment bankers & securities dealers |
| 523210 | Securities & commodity exchanges |
| 523120 | Securities brokers |
| 523900 | Other financial investment activities (including investment advice) |

## Health Care & Social Assistance

### Ambulatory Health Care Services

| | |
|---|---|
| 621610 | Home health care services |
| 621510 | Medical & diagnostic laboratories |
| 621310 | Offices of chiropractors |
| 621210 | Offices of dentists |
| 621330 | Offices of mental health practitioners (except physicians) |
| 621320 | Offices of optometrists |
| 621340 | Offices of physical, occupational & speech therapists, & audiologists |
| 621111 | Offices of physicians (except mental health specialists) |
| 621112 | Offices of physicians, mental health specialists |
| 621391 | Offices of podiatrists |
| 621399 | Offices of all other miscellaneous health practitioners |
| 621400 | Outpatient care centers |
| 621900 | Other ambulatory health care services (including ambulance services, blood, & organ banks) |

### Hospitals

| | |
|---|---|
| 622000 | Hospitals |

### Nursing & Residential Care Facilities

| | |
|---|---|
| 623000 | Nursing & residential care facilities |

### Social Assistance

| | |
|---|---|
| 624410 | Child day care services |
| 624200 | Community food & housing, & emergency & other relief services |
| 624100 | Individual & family services |
| 624310 | Vocational rehabilitation services |

## Information

| | |
|---|---|
| 511000 | Publishing industries |

### Broadcasting & Telecommunications

| | |
|---|---|
| 513000 | Broadcasting & telecommunications |

### Information Services & Data Processing Services

| | |
|---|---|
| 514210 | Data processing services |
| 514100 | Information services (including news syndicates, libraries, & on-line information services) |

### Motion Picture & Sound Recording

| | |
|---|---|
| 512100 | Motion picture & video industries (except video rental) |
| 512200 | Sound recording industries |

## Manufacturing

| | |
|---|---|
| 315000 | Apparel mfg. |
| 312000 | Beverage & tobacco product mfg. |
| 334000 | Computer & electronic product mfg. |
| 335000 | Electrical equipment, appliance, & component mfg. |
| 332000 | Fabricated metal product mfg. |
| 337000 | Furniture & related product mfg. |
| 333000 | Machinery mfg. |
| 339110 | Medical equipment & supplies mfg. |
| 322000 | Paper mfg. |
| 324100 | Petroleum & coal products mfg. |
| 326000 | Plastics & rubber products mfg. |
| 331000 | Primary metal mfg. |
| 323100 | Printing & related support activities |
| 313000 | Textile mills |
| 314000 | Textile product mills |
| 336000 | Transportation equipment mfg. |
| 321000 | Wood product mfg. |
| 339900 | Other miscellaneous mfg. |

### Chemical Manufacturing

| | |
|---|---|
| 325100 | Basic chemical mfg. |
| 325500 | Paint, coating, & adhesive mfg. |
| 325300 | Pesticide, fertilizer, & other agricultural chemical mfg. |
| 325410 | Pharmaceutical & medicine mfg. |
| 325200 | Resin, synthetic rubber, & artificial & synthetic fibers & filaments mfg. |
| 325600 | Soap, cleaning compound, & toilet preparation mfg. |
| 325900 | Other chemical product & preparation mfg. |

### Food Manufacturing

| | |
|---|---|
| 311110 | Animal food mfg. |
| 311800 | Bakeries & tortilla mfg. |
| 311500 | Dairy product mfg. |
| 311400 | Fruit & vegetable preserving & speciality food mfg. |
| 311200 | Grain & oilseed milling |
| 311610 | Animal slaughtering & processing |
| 311710 | Seafood product preparation & packaging |
| 311300 | Sugar & confectionery product mfg. |
| 311900 | Other food mfg. (including coffee, tea, flavorings, & seasonings) |

**Principal Business or Professional Activity Codes** (continued)

### Leather & Allied Product Manufacturing

| | |
|---|---|
| 316210 | Footwear mfg. (including leather, rubber, & plastics) |
| 316110 | Leather & hide tanning & finishing |
| 316990 | Other leather & allied product mfg. |

### Nonmetallic Mineral Product Manufacturing

| | |
|---|---|
| 327300 | Cement & concrete product mfg. |
| 327100 | Clay product & refractory mfg. |
| 327210 | Glass & glass product mfg. |
| 327400 | Lime & gypsum product mfg. |
| 327900 | Other nonmetallic mineral product mfg. |

### Mining

| | |
|---|---|
| 212110 | Coal mining |
| 212200 | Metal ore mining |
| 212300 | Nonmetallic mineral mining & quarrying |
| 211110 | Oil & gas extraction |
| 213110 | Support activities for mining |

## Other Services

### Personal & Laundry Services

| | |
|---|---|
| 812111 | Barber shops |
| 812112 | Beauty salons |
| 812220 | Cemeteries & crematories |
| 812310 | Coin-operated laundries & drycleaners |
| 812320 | Drycleaning & laundry services (except coin-operated) (including laundry & drycleaning drop off & pickup sites) |
| 812210 | Funeral homes & funeral services |
| 812330 | Linen & uniform supply |
| 812113 | Nail salons |
| 812930 | Parking lots & garages |
| 812910 | Pet care (except veterinary) services |
| 812920 | Photofinishing |
| 812190 | Other personal care services (including diet & weight reducing centers) |
| 812990 | All other personal services |

### Repair & Maintenance

| | |
|---|---|
| 811120 | Automotive body, paint, interior, & glass repair |
| 811110 | Automotive mechanical & electrical repair & maintenance |
| 811190 | Other automotive repair & maintenance (including oil change & lubrication shops & car washes) |
| 811310 | Commercial & industrial machinery & equipment (except automotive & electronic) repair & maintenance |
| 811210 | Electronic & precision equipment repair & maintenance |
| 811430 | Footwear & leather goods repair |
| 811410 | Home & garden equipment & appliance repair & maintenance |
| 811420 | Reupholstery & furniture repair |
| 811490 | Other personal & household goods repair & maintenance |

## Professional, Scientific, & Technical Services

| | |
|---|---|
| 541100 | Legal services |
| 541211 | Offices of certified public accountants |
| 541214 | Payroll services |
| 541213 | Tax preparation services |
| 541219 | Other accounting services |

### Architectural, Engineering, & Related Services

| | |
|---|---|
| 541310 | Architectural services |
| 541350 | Building inspection services |
| 541340 | Drafting services |
| 541330 | Engineering services |
| 541360 | Geophysical surveying & mapping services |
| 541320 | Landscape architecture services |
| 541370 | Surveying & mapping (except geophysical) services |
| 541380 | Testing laboratories |

### Computer Systems Design & Related Services

| | |
|---|---|
| 541510 | Computer systems design & related services |

### Specialized Design Services

| | |
|---|---|
| 541400 | Specialized design services (including interior, industrial, graphic, & fashion design) |

### Other Professional, Scientific, & Technical Services

| | |
|---|---|
| 541800 | Advertising & related services |
| 541600 | Management, scientific, & technical consulting services |
| 541910 | Market research & public opinion polling |
| 541920 | Photographic services |
| 541700 | Scientific research & development services |
| 541930 | Translation & interpretation services |
| 541940 | Veterinary services |
| 541990 | All other professional, scientific, & technical services |

## Real Estate & Rental & Leasing

### Real Estate

| | |
|---|---|
| 531100 | Lessors of real estate (including miniwarehouses & self-storage units) |
| 531210 | Offices of real estate agents & brokers |
| 531320 | Offices of real estate appraisers |
| 531310 | Real estate property managers |
| 531390 | Other activities related to real estate |

### Rental & Leasing Services

| | |
|---|---|
| 532100 | Automotive equipment rental & leasing |
| 532400 | Commercial & industrial machinery & equipment rental & leasing |
| 532210 | Consumer electronics & appliances rental |
| 532220 | Formal wear & costume rental |
| 532310 | General rental centers |
| 532230 | Video tape & disc rental |
| 532290 | Other consumer goods rental |

## Religious, Grantmaking, Civic, Professional, & Similar Organizations

| | |
|---|---|
| 813000 | Religious, grantmaking, civic, professional, & similar organizations |

## Retail Trade

### Building Material & Garden Equipment & Supplies Dealers

| | |
|---|---|
| 444130 | Hardware stores |
| 444110 | Home centers |
| 444200 | Lawn & garden equipment & supplies stores |
| 444120 | Paint & wallpaper stores |
| 444190 | Other building materials dealers |

### Clothing & Accessories Stores

| | |
|---|---|
| 448130 | Children's & infants' clothing stores |
| 448150 | Clothing accessories stores |
| 448140 | Family clothing stores |
| 448310 | Jewelry stores |
| 448320 | Luggage & leather goods stores |
| 448110 | Men's clothing stores |
| 448210 | Shoe stores |
| 448120 | Women's clothing stores |
| 448190 | Other clothing stores |

### Electronic & Appliance Stores

| | |
|---|---|
| 443130 | Camera & photographic supplies stores |
| 443120 | Computer & software stores |
| 443111 | Household appliance stores |
| 443112 | Radio, television, & other electronics stores |

### Food & Beverage Stores

| | |
|---|---|
| 445310 | Beer, wine, & liquor stores |
| 445220 | Fish & seafood markets |
| 445230 | Fruit & vegetable markets |
| 445100 | Grocery stores (including supermarkets & convenience stores without gas) |
| 445210 | Meat markets |
| 445290 | Other specialty food stores |

### Furniture & Home Furnishing Stores

| | |
|---|---|
| 442110 | Furniture stores |
| 442200 | Home furnishings stores |

### Gasoline Stations

| | |
|---|---|
| 447100 | Gasoline stations (including convenience stores with gas) |

### General Merchandise Stores

| | |
|---|---|
| 452000 | General merchandise stores |

### Health & Personal Care Stores

| | |
|---|---|
| 446120 | Cosmetics, beauty supplies, & perfume stores |
| 446130 | Optical goods stores |
| 446110 | Pharmacies & drug stores |
| 446190 | Other health & personal care stores |

### Motor Vehicle & Parts Dealers

| | |
|---|---|
| 441300 | Automotive parts, accessories, & tire stores |
| 441222 | Boat dealers |
| 441221 | Motorcycle dealers |
| 441110 | New car dealers |
| 441210 | Recreational vehicle dealers (including motor home & travel trailer dealers) |
| 441120 | Used car dealers |
| 441229 | All other motor vehicle dealers |

### Sporting Goods, Hobby, Book, & Music Stores

| | |
|---|---|
| 451211 | Book stores |
| 451120 | Hobby, toy, & game stores |
| 451140 | Musical instrument & supplies stores |
| 451212 | News dealers & newsstands |
| 451220 | Prerecorded tape, compact disc, & record stores |
| 451130 | Sewing, needlework, & piece goods stores |
| 451110 | Sporting goods stores |

### Miscellaneous Store Retailers

| | |
|---|---|
| 453920 | Art dealers |
| 453110 | Florists |
| 453220 | Gift, novelty, & souvenir stores |
| 453930 | Manufactured (mobile) home dealers |
| 453210 | Office supplies & stationery stores |
| 453910 | Pet & pet supplies stores |
| 453110 | Used merchandise stores |
| 453990 | All other miscellaneous store retailers (including tobacco, candle, & trophy shops) |

### Nonstore Retailers

| | |
|---|---|
| 454110 | Electronic shopping & mail-order houses |
| 454310 | Fuel dealers |
| 454210 | Vending machine operators |
| 454390 | Other direct selling establishments (including door-to-door retailing, frozen food plan providers, party plan merchandisers, & coffee-break service providers) |

## Transportation & Warehousing

| | |
|---|---|
| 481000 | Air transportation |
| 485510 | Charter bus industry |
| 484110 | General freight trucking, local |
| 484120 | General freight trucking, long-distance |
| 485210 | Interurban & rural bus transportation |
| 486000 | Pipeline transportation |
| 482110 | Rail transportation |
| 487000 | Scenic & sightseeing transportation |
| 485410 | School & employee bus transportation |
| 484200 | Specialized freight trucking (including household moving vans) |
| 485300 | Taxi & limousine service |
| 485110 | Urban transit systems |
| 483000 | Water transportation |
| 485990 | Other transit & ground passenger transportation |
| 488000 | Support activities for transportation (including motor vehicle towing) |

### Couriers & Messengers

| | |
|---|---|
| 492000 | Couriers & messengers |

### Warehousing & Storage Facilities

| | |
|---|---|
| 493100 | Warehousing & storage (except lessors of miniwarehouses & self-storage units) |

## Utilities

| | |
|---|---|
| 221000 | Utilities |

## Wholesale Trade

### Wholesale Trade, Durable Goods

| | |
|---|---|
| 421600 | Electrical goods |
| 421200 | Furniture & home furnishing |
| 421700 | Hardware, & plumbing & heating equipment & supplies |
| 421940 | Jewelry, watch, precious stone, & precious metals |
| 421300 | Lumber & other construction materials |
| 421800 | Machinery, equipment, & supplies |
| 421500 | Metal & mineral (except petroleum) |
| 421100 | Motor vehicle & motor vehicle parts & supplies |
| 421400 | Professional & commercial equipment & supplies |
| 421930 | Recyclable materials |
| 421910 | Sporting & recreational goods & supplies |
| 421920 | Toy & hobby goods & supplies |
| 421990 | Other miscellaneous durable goods |

### Wholesale Trade, Nondurable Goods

| | |
|---|---|
| 422300 | Apparel, piece goods, & notions |
| 422800 | Beer, wine, & distilled alcoholic beverage |
| 422920 | Books, periodicals, & newspapers |
| 422600 | Chemical & allied products |
| 422210 | Drugs & druggists' sundries |
| 422500 | Farm product raw materials |
| 422910 | Farm supplies |
| 422930 | Flower, nursery stock, & florists' supplies |
| 422400 | Grocery & related products |
| 422950 | Paint, varnish, & supplies |
| 422100 | Paper & paper products |
| 422700 | Petroleum & petroleum products |
| 422940 | Tobacco & tobacco products |
| 422990 | Other miscellaneous nondurable goods |

| | |
|---|---|
| 999999 | Unclassified establishments (unable to classify) |

# 2000 Instructions for Schedule D, Capital Gains and Losses

Use Schedule D (Form 1040) to report:

● The sale or exchange of a capital asset (defined on this page) not reported on another form or schedule.

● Gains from involuntary conversions (other than from casualty or theft) of capital assets not held for business or profit.

● Capital gain distributions not reported directly on Form 1040, line 13.

● Nonbusiness bad debts.

**Additional Information.** See **Pub. 544** and **Pub. 550** for more details. For a comprehensive filled-in example of Schedule D, see Pub. 550.

*Section references are to the Internal Revenue Code unless otherwise noted.*

## General Instructions

### Other Forms You May Have To File

Use **Form 4797** to report the following.

● The sale or exchange of:

**1.** Property used in a trade or business;

**2.** Depreciable and amortizable property;

**3.** Oil, gas, geothermal, or other mineral property; and

**4.** Section 126 property.

● The involuntary conversion (other than from casualty or theft) of property used in a trade or business and capital assets held for business or profit.

● The disposition of noncapital assets other than inventory or property held primarily for sale to customers in the ordinary course of your trade or business.

● Ordinary loss on the sale, exchange, or worthlessness of small business investment company (section 1242) stock.

● Ordinary loss on the sale, exchange, or worthlessness of small business (section 1244) stock.

● Ordinary loss on securities held in connection with your trading business, if you previously made a mark-to-market election. See **Special Rules for Traders in Securities** beginning on page D-3.

Use **Form 4684** to report involuntary conversions of property due to casualty or theft.

Use **Form 6781** to report gains and losses from section 1256 contracts and straddles.

Use **Form 8824** if you made one or more "like-kind" exchanges. A like-kind exchange occurs when you exchange business or investment property for property of a like kind. For exchanges of capital assets, include the gain or (loss) from Form 8824, if any, on line 4 or line 11.

### Capital Asset

Most property you own and use for personal purposes, pleasure, or investment is a capital asset. For example, your house, furniture, car, stocks, and bonds are capital assets. A capital asset is any property held by you **except** the following.

● Stock in trade or other property included in inventory or held mainly for sale to customers.

● Accounts or notes receivable for services performed in the ordinary course of your trade or business or as an employee, or from the sale of stock in trade or other property held mainly for sale to customers.

● Depreciable property used in your trade or business, even if it is fully depreciated.

● Real estate used in your trade or business.

● Copyrights, literary, musical, or artistic compositions, letters or memoranda, or similar property: **(a)** created by your personal efforts; **(b)** prepared or produced for you (in the case of letters, memoranda, or similar property); or **(c)** that you received from someone who created them or for whom they were created, as mentioned in **(a)** or **(b),** in a way (such as by gift) that entitled you to the basis of the previous owner.

● U.S. Government publications, including the Congressional Record, that you received from the government, other than by purchase at the normal sales price, or that you got from someone who had received it in a similar way, if your basis is determined by reference to the previous owner's basis.

● Certain commodities derivative financial instruments held by a dealer. See section 1221(a)(6).

● Certain hedging transactions entered into in the normal course of your trade or business. See section 1221(a)(7).

● Supplies regularly used in your trade or business.

### Short Term or Long Term

Separate your capital gains and losses according to how long you held or owned the property. The holding period for short-term capital gains and losses is 1 year or less. The holding period for long-term capital gains and losses is more than 1 year. To figure the holding period, begin counting on the day after you received the property and include the day you disposed of it.

If you disposed of property that you acquired by inheritance, report the disposition as a long-term gain or loss, regardless of how long you held the property.

A nonbusiness bad debt must be treated as a short-term capital loss. See Pub. 550 for what qualifies as a nonbusiness bad debt and how to enter it on Schedule D.

### Capital Gain Distributions

These distributions are paid by mutual funds (or other regulated investment companies) from their net realized long-term capital gains. Enter on line 13, column (f), the **total** capital gain distributions paid to you during the year, regardless of how long you held your investment. This amount is shown in box 2a of **Form 1099-DIV.** Include on line 13, column (g), the total of the amounts reported to you as 28% rate gain from collectibles. This amount is shown in box 2b of Form 1099-DIV.

If you received a Form 1099-DIV with an amount in box 2c, see the **Unrecaptured Section 1250 Gain Worksheet** for line 25 on page D-8. If you received a Form 1099-DIV with an amount in box 2d, see **Exclusion of Gain on Qualified Small Business Stock (Section 1202)** on page D-4.

If you received capital gain distributions as a nominee (that is, they were paid to you but actually belong to someone else), report on line 13 only the amount that belongs to you. Attach a statement showing the full amount you received and the amount you received as a nominee. See the Instructions for Schedule B for filing requirements for Forms 1099-DIV and 1096.

### Sale of Your Home

If you sold or exchanged your main home in 2000, do not report it on your tax return unless your gain exceeds your exclusion amount. Generally, if you meet the two tests on page D-2, you can exclude up to $250,000 of gain. If both you and your spouse meet these tests and you file a joint return, you can exclude up to $500,000 of gain (but only one spouse needs to meet the ownership requirement in **Test 1).**

Cat. No. 24331I

**Test 1.** You owned and used the home as your main home for 2 years or more during the 5-year period ending on the date you sold or exchanged your home.

**Test 2.** You have not sold or exchanged another main home during the 2-year period ending on the date of the sale or exchange of your home.

See **Pub. 523** for details, including how to report any taxable gain on Schedule D, if:

● You do not meet one of the above two tests,

● You (or your spouse if married) used any part of the home for business or rental purposes after May 6, 1997, **or**

● Your gain exceeds your exclusion amount.

## Partnership Interests

A sale or other disposition of an interest in a partnership may result in ordinary income, collectibles gain (28% rate gain), or unrecaptured section 1250 gain. For details on 28% rate gain, see page D-6. For details on unrecaptured section 1250 gain, see the worksheet for line 25 on page D-8.

## Capital Assets Held for Personal Use

Generally, gain from the sale or exchange of a capital asset held for personal use is a capital gain. Report it on Schedule D, Part I or Part II. However, if you converted depreciable property to personal use, all or part of the gain on the sale or exchange of that property may have to be recaptured as ordinary income. Use Part III of Form 4797 to figure the amount of ordinary income recapture. The recapture amount is included on line 31 (and line 13) of Form 4797. **Do not** enter any gain for this property on line 32 of Form 4797. If you are not completing Part III for any other properties, enter "N/A" on line 32. If the total gain is more than the recapture amount, enter "From Form 4797" in column (a) of line 1 or line 8 of Schedule D, skip columns (b) through (e), and in column (f) enter the excess of the total gain over the recapture amount.

Loss from the sale or exchange of a capital asset held for personal use is not deductible. But if you had a loss from the sale or exchange of real estate held for personal use for which you received a **Form 1099-S**, you must report the transaction on Schedule D even though the loss is not deductible. For example, you have a loss on the sale of a vacation home that is not your main home and received a Form 1099-S for the transaction. Report the transaction on line 1 or 8, depending on how long you owned the home. Complete columns (a) through (e). Because the loss is not deductible, enter zero in column (f).

## Nondeductible Losses

**Do not** deduct a loss from the direct or indirect sale or exchange of property between any of the following.

● Members of a family.

● A corporation and an individual owning more than 50% of the corporation's stock (unless the loss is from a distribution in complete liquidation of a corporation).

● A grantor and a fiduciary of a trust.

● A fiduciary and a beneficiary of the same trust.

● A fiduciary and a beneficiary of another trust created by the same grantor.

● An executor of an estate and a beneficiary of that estate, unless the sale or exchange was to satisfy a pecuniary bequest (that is, a bequest of a sum of money).

● An individual and a tax-exempt organization controlled by the individual or the individual's family.

See Pub. 544 for more details on sales and exchanges between related parties.

If you disposed of **(a)** an asset used in an activity to which the at-risk rules apply or **(b)** any part of your interest in an activity to which the at-risk rules apply, and you have amounts in the activity for which you are not at risk, see the instructions for **Form 6198.**

If the loss is allowable under the at-risk rules, it may then be subject to the passive activity rules. See **Form 8582** and its instructions for details on reporting capital gains and losses from a passive activity.

## Items for Special Treatment

● Transactions by a securities dealer. See section 1236.

● Bonds and other debt instruments. See Pub. 550 for details.

● Certain real estate subdivided for sale that may be considered a capital asset. See section 1237.

● Gain on the sale of depreciable property to a more than 50% owned entity or to a trust of which you are a beneficiary. See Pub. 544 for details.

● Gain on the disposition of stock in an interest charge domestic international sales corporation. See section 995(c).

● Gain on the sale or exchange of stock in certain foreign corporations. See section 1248.

● Transfer of property to a partnership that would be treated as an investment company if it were incorporated. See **Pub. 541.**

● Sales of stock received under a qualified public utility dividend reinvestment plan. See Pub. 550 for details.

● Transfer of appreciated property to a political organization. See section 84.

● In general, no gain or loss is recognized on the transfer of property from an individual to a spouse or a former spouse if the transfer is incident to a divorce. See **Pub. 504.**

● Amounts received on the retirement of a debt instrument generally are treated as received in exchange for the debt instrument. See Pub. 550.

● Any loss on the disposition of converted wetland or highly erodible cropland that is first used for farming after March 1, 1986, is reported as a long-term capital loss on Schedule D, but any gain is reported as ordinary income on Form 4797.

● Amounts received by shareholders in corporate liquidations. See Pub. 550.

● Cash received in lieu of fractional shares of stock as a result of a stock split or stock dividend. See Pub. 550 for details.

● Mutual fund load charges may not be taken into account in determining gain or loss on certain dispositions of stock in mutual funds if reinvestment rights were exercised. For details, see **Pub. 564.**

● A sale or exchange of S corporation stock or an interest in a trust held for more than 1 year may result in collectibles gain (28% rate gain). For details, see page D-6.

● Certain constructive ownership transactions. Gain in excess of the gain you would have recognized if you had held a financial asset directly during the term of a derivative contract must be treated as ordinary income. See section 1260 for details. If any portion of the constructive ownership transaction was open in any prior year, you may have to pay interest. See section 1260(b) for details, including how to figure the interest. Include the interest as an additional tax on Form 1040, line 57. Write "Section 1260(b) interest" and the amount of the interest to the left of line 57. This interest is not deductible.

## Wash Sales

A wash sale occurs when you sell or otherwise dispose of stock or securities (including a contract or option to acquire or sell stock or securities) at a loss and, within 30 days before or after the sale or disposition, you directly or indirectly:

● Buy substantially identical stock or securities,

● Acquire substantially identical stock or securities in a fully taxable trade, or

● Enter into a contract or option to acquire substantially identical stock or securities.

You **cannot** deduct losses from wash sales unless the loss was incurred in the ordinary course of your business as a dealer in stock or securities. The basis of the substantially identical property (or contract or option to acquire such property) is its cost

increased by the disallowed loss. For more details on wash sales, see Pub. 550.

Report a wash sale transaction on line 1 or 8. Enter the full amount of the (loss) in column (f). Directly below the line on which you reported the loss, enter "Wash Sale" in column (a), and enter as a positive amount in column (f) the amount of the loss not allowed.

## Special Rules for Traders in Securities

You are a **trader in securities** if you are engaged in the **business** of buying and selling securities for your own account. To be engaged in business as a trader in securities:

● You must seek to **profit from daily market movements** in the prices of securities and not from dividends, interest, or capital appreciation.

● Your activity must be **substantial.**

● You must carry on the activity with **continuity** and **regularity.**

The following facts and circumstances should be considered in determining if your activity is a business.

● Typical holding periods for securities bought and sold.

● The frequency and dollar amount of your trades during the year.

● The extent to which you pursue the activity to produce income for a livelihood.

● The amount of time you devote to the activity.

You are considered an investor, and not a trader, if your activity does not meet the above definition of a business. It does not matter whether you call yourself a trader or a "day trader."

Like an investor, a trader must report each sale of securities (taking into account commissions and any other costs of acquiring or disposing of the securities) on Schedule D or D-1 or on an attached statement containing all the same information for each sale in a similar format. However, if a trader previously made the mark-to-market election (see below), each transaction is reported in Part II of Form 4797 instead of Schedules D and D-1. Regardless of whether a trader reports his or her gains and losses on Schedules D and D-1 or Form 4797, the gain or loss from the disposition of securities is **not** taken into account when figuring net earnings from self-employment on Schedule SE. See the Instructions for Schedule SE for an exception that applies to section 1256 contracts.

The limitation on investment interest expense that applies to investors does not apply to interest paid or incurred in a trading business. A trader reports interest expense and other expenses (excluding commissions and other costs of acquiring or disposing of

securities) from a trading business on Schedule C (instead of Schedule A).

A trader also may hold securities for investment. The rules for investors generally will apply to those securities. Allocate interest and other expenses between your trading business and your investment securities.

## Mark-To-Market Election for Traders

A trader may make an election under section 475(f) to report all gains and losses from securities held in connection with a trading business as ordinary income (or loss), including securities held at the end of the year. Securities held at the end of the year are "marked to market" by treating them as if they were sold (and reacquired) for fair market value on the last business day of the year. Generally, the election must be made by the due date (**not** including extensions) of the tax return for the year **prior** to the year for which the election becomes effective. To be effective for 2000, the election must have been made by April 17, **2000.**

Starting with the year the election becomes effective, a trader reports all gains and losses from securities held in connection with the trading business, including securities held at the end of the year, in Part II of Form 4797. If you previously made the election, see the instructions for Form 4797. For details on making the mark-to-market election for 2001, see Pub. 550 or Rev. Proc. 99-17, 1999-7 I.R.B. 52.

If you hold securities for investment, they must be identified as such in your records on the day they are acquired (for example, by holding the securities in a separate brokerage account). Securities held for investment are not marked-to-market.

## Short Sales

A short sale is a contract to sell property you borrowed for delivery to a buyer. At a later date, you either buy substantially identical property and deliver it to the lender or deliver property that you held but did not want to transfer at the time of the sale. Usually, your holding period is the amount of time you actually held the property eventually delivered to the lender to close the short sale. However, your gain when closing a short sale is short term if you **(a)** held substantially identical property for 1 year or less on the date of the short sale or **(b)** acquired property substantially identical to the property sold short after the short sale but on or before the date you close the short sale.

If you held substantially identical property for more than 1 year on the date of a short sale, any loss realized on the short sale is a long-term capital loss, even if the property used to close the short sale was held 1 year or less.

## Constructive Sale Treatment for Certain Appreciated Positions

Generally, you must recognize gain (but not loss) on the date you enter into a constructive sale of any appreciated position in stock, a partnership interest, or certain debt instruments as if the position were disposed of at fair market value on that date.

You are treated as making a constructive sale of an appreciated position when you (or a related person, in some cases) do one of the following.

● Enter into a short sale of the same or substantially identical property (that is, a "short sale against the box").

● Enter into an offsetting notional principal contract relating to the same or substantially identical property.

● Enter into a futures or forward contract to deliver the same or substantially identical property.

● Acquire the same or substantially identical property (if the appreciated position is a short sale, offsetting notional principal contract, or a futures or forward contract).

**Exception.** Generally, constructive sale treatment **does not** apply if:

● You closed the transaction before the end of the 30th day after the end of the year in which it was entered into,

● You held the appreciated position to which the transaction relates throughout the 60-day period starting on the date the transaction was closed, **and**

● At no time during that 60-day period was your risk of loss reduced by holding certain other positions.

For details and other exceptions to these rules, see Pub. 550.

## Gain or Loss From Options

Report on Schedule D gain or loss from the closing or expiration of an option that is not a section 1256 contract but is a capital asset in your hands. If an option you purchased expired, enter the expiration date in column (c) and enter **"EXPIRED"** in column (d). If an option that was granted (written) expired, enter the expiration date in column (b) and enter **"EXPIRED"** in column (e). Fill in the other columns as appropriate. See Pub. 550 for more details.

## Undistributed Capital Gains

Include on line 11, column (f), the amount from box 1a of **Form 2439.** This represents your share of the undistributed long-term capital gains of the regulated investment company (including a mutual fund) or real estate investment trust.

Include on line 11, column (g), the amount, if any, from box 1b of Form 2439.

If there is an amount in box 1c of Form 2439, see the worksheet for line 25 on page D-8. If there is an amount in box 1d of Form 2439, see **Exclusion of Gain on Qualified Small Business Stock (Section 1202)** on this page.

Enter on Form 1040, line 64, the tax paid, as shown in box 2 of Form 2439. Add to the basis of your stock the excess of the amount included in income over the amount of the credit for the tax paid. See Pub. 550 for details.

## Installment Sales

If you sold property (other than publicly traded stocks or securities) at a gain and you will receive a payment in a tax year after the year of sale, you generally must report the sale on the installment method unless you elect not to. Use **Form 6252** to report the sale on the installment method. Also use Form 6252 to report any payment received in 2000 from a sale made in an earlier year that you reported on the installment method.

To elect out of the installment method, report the full amount of the gain on Schedule D on a timely filed return (including extensions) for the year of the sale. If your original return was filed on time, you may make the election on an amended return filed no later than 6 months after the due date of your return (excluding extensions). Write "Filed pursuant to section 301.9100-2" at the top of the amended return, and file it at the same address you used for your original return.

## Sales of Stock to ESOPs or Certain Cooperatives

If you sold qualified securities (defined in section 1042(c)(1)) held for at least 3 years to an employee stock ownership plan (ESOP) or eligible worker-owned cooperative, you may be able to elect to postpone all or part of the gain on the sale if you bought qualified replacement property (securities) within the period that began 3 months before the sale and ended 12 months after the sale. If you make the election, you must recognize gain on the sale only to the extent the proceeds from the sale exceed the cost of the qualified replacement property. You must reduce the basis of the replacement property by any postponed gain. If you dispose of any replacement property, you may have to recognize all of the postponed gain.

Generally, to qualify for the election the ESOP or cooperative must own immediately after the sale at least 30% of the outstanding stock of the corporation that issued the qualified securities. Also, the qualified replacement property must have been issued by a domestic operating corporation.

Similar rules apply to the sale of stock of a qualified refiner or processor to an eligible farmers' cooperative. See section 1042(g) for details and exceptions.

You must make the election no later than the due date (including extensions) for filing your tax return for the year in which you sold the stock. If your original return was filed on time, you may make the election on an amended return filed no later than 6 months after the due date of your return (excluding extensions). Write "Filed pursuant to section 301.9100-2" at the top of the amended return, and file it at the same address you used for your original return.

To make the election, report the entire gain realized on the sale on line 8. Directly below the line on which you reported the gain, enter in column (a) "Section 1042 election," and enter as a (loss) in column (f) the amount of the gain you are postponing or expect to postpone. If the actual postponed gain is different from the amount you report, file an amended return.

Also attach the following statements.

**1.** A "statement of election" that indicates you are making an election under section 1042(a) and that includes the following information: **(a)** a description of the securities sold, the date of the sale, the amount realized on the sale, and the adjusted basis of the qualified securities; **(b)** the name of the ESOP or cooperative to which the qualified securities were sold; and **(c)** for a sale that was part of a single, interrelated transaction under a prearranged agreement between taxpayers involving other sales of qualified securities, the names and identifying numbers of the other taxpayers under the agreement and the number of shares sold by the other taxpayers.

**2.** A notarized "statement of purchase" describing the qualified replacement property, date of purchase, and the cost of the property and declaring the property to be qualified replacement property for the qualified stock you sold. The statement must have been notarized no later than 30 days after the purchase. If you have not yet purchased the qualified replacement property, you must attach the notarized "statement of purchase" to your income tax return for the year following the election year (or the election will not be valid).

**3.** A verified written statement of the domestic corporation whose employees are covered by the ESOP acquiring the qualified securities, or of any authorized officer of the cooperative, consenting to the taxes under sections 4978 and 4979A on certain dispositions and prohibited allocations of the stock purchased by the ESOP or cooperative.

For details, see section 1042 and Temporary Regulations section 1.1042-1T.

## Specialized Small Business Investment Companies (SSBICs)

If you sold publicly traded securities, you may elect to postpone all or part of the gain on that sale if you bought common stock or a partnership interest in an SSBIC during the 60-day period that began on the date of the sale. An SSBIC is any partnership or corporation licensed by the Small Business Administration under section 301(d) of the Small Business Investment Act of 1958. You must recognize gain to the extent the sale proceeds exceed the cost (not taken into account previously) of your SSBIC stock or partnership interest purchased during the 60-day period that began on the date of the sale. The gain you may elect to postpone is limited to $50,000 a year and $500,000 during your lifetime (reduce these amounts by one-half if you are married filing separately). Reduce the basis of your SSBIC stock or partnership interest by any postponed gain.

You must make the election no later than the due date (including extensions) for filing your tax return for the year in which you sold the securities. If your original return was filed on time, you may make the election on an amended return filed no later than 6 months after the due date of your return (excluding extensions). Write "Filed pursuant to section 301.9100-2" at the top of the amended return, and file it at the same address you used for your original return.

To make the election, report the entire gain realized on the sale on line 1 or 8. Directly below the line on which you reported the gain, enter in column (a) "SSBIC rollover," and enter as a (loss) in column (f) the amount of the postponed gain. Also attach a schedule showing **(a)** how you figured the postponed gain, **(b)** the name of the SSBIC in which you purchased common stock or a partnership interest, **(c)** the date of that purchase, and **(d)** your new basis in that SSBIC stock or partnership interest.

## Exclusion of Gain on Qualified Small Business Stock (Section 1202)

Section 1202 allows for an exclusion of up to 50% of the eligible gain on the sale or exchange of qualified small business stock. The section 1202 exclusion applies only to qualified small business stock held for more than 5 years. To be **qualified small business stock,** the stock must meet **all** of the following tests.

● It must be stock in a C corporation (that is, not S corporation stock).

● It must have been originally issued after August 10, 1993.

● As of the date the stock was issued, the corporation was a qualified small business (QSB). A QSB is a domestic C corporation

with total gross assets of $50 million or less **(a)** at all times after August 9, 1993, and before the stock was issued and **(b)** immediately after the stock was issued. Gross assets include those of any predecessor of the corporation. All corporations that are members of the same parent-subsidiary controlled group are treated as one corporation.

● You must have acquired the stock at its original issue (either directly or through an underwriter), either in exchange for money or other property or as pay for services (other than as an underwriter) to the corporation. In certain cases, you may meet the test if you acquired the stock from another person who met the test (such as by gift or inheritance) or through a conversion or exchange of QSB stock you held.

● During substantially all the time you held the stock:

**1.** The corporation was a C corporation,

**2.** At least 80% of the value of the corporation's assets were used in the active conduct of one or more qualified businesses (defined below), and

**3.** The corporation **was not** a foreign corporation, DISC, former DISC, regulated investment company, real estate investment trust, REMIC, FASIT, cooperative, or a corporation that has made (or that has a subsidiary that has made) a section 936 election.

---

**Note.** A specialized small business investment company (SSBIC) is treated as having met test **2** above.

---

A **qualified business** is any business **other than** a—

● Business involving services performed in the fields of health, law, engineering, architecture, accounting, actuarial science, performing arts, consulting, athletics, financial services, or brokerage services.

● Business whose principal asset is the reputation or skill of one or more employees.

● Banking, insurance, financing, leasing, investing, or similar business.

● Farming business (including the raising or harvesting of trees).

● Business involving the production of products for which percentage depletion can be claimed.

● Business of operating a hotel, motel, restaurant, or similar business.

For more details about limits and additional requirements that may apply, see section 1202.

## Pass-Through Entities

If you held an interest in a pass-through entity (a partnership, S corporation, or mutual fund or other regulated investment company) that sold QSB stock, you must have held the interest on the date the pass-through entity acquired the QSB stock and

at all times thereafter until the stock was sold to qualify for the exclusion.

## How To Report

Report in column (f) of line 8 the entire gain realized on the sale of QSB stock. In column (g) of line 8, report as 28% rate gain an amount equal to the section 1202 exclusion. Complete all other columns as indicated. Directly below the line on which you reported the gain, enter in column (a) "Section 1202 exclusion," and enter as a (loss) in column (f) the amount of the allowable exclusion.

**Gain From Form 1099-DIV.** If you received a Form 1099-DIV with a gain in box 2d, part or all of that gain (which is also included in box 2a) may be eligible for the section 1202 exclusion. In column (a) of line 8, enter the name of the corporation whose stock was sold. In column (f), enter the amount of your allowable exclusion as a loss. In column (g), enter the amount of your allowable exclusion as a gain.

**Gain From Form 2439.** If you received a Form 2439 with a gain in box 1d, part or all of that gain (which is also included in box 1a) may be eligible for the section 1202 exclusion. In column (a) of line 8, enter the name of the corporation whose stock was sold. In column (f), enter the amount of your allowable exclusion as a loss. In column (g), enter the amount of your allowable exclusion as a gain.

**Gain From an Installment Sale of QSB Stock.** If all payments are not received in the year of sale, a sale of QSB stock that is not traded on an established securities market generally is treated as an installment sale and is reported on Form 6252. Figure the allowable section 1202 exclusion for the year by multiplying the total amount of the exclusion by a fraction, the numerator of which is the amount of eligible gain to be recognized for the tax year and the denominator of which is the total amount of eligible gain. In column (a) of line 8, enter the name of the corporation whose stock was sold. In column (f), enter the amount of your allowable exclusion as a loss. In column (g), enter the amount of your allowable exclusion as a gain.

**Alternative Minimum Tax.** You must enter 42% of your allowable exclusion for the year on **Form 6251,** line 14m.

## Rollover of Gain From QSB Stock

If you sold QSB stock (defined on page D-4) that you held for more than 6 months, you may elect to postpone gain if you purchase other QSB stock during the 60-day period that began on the date of the sale. A pass-through entity also may make the election

to postpone gain. The benefit of the postponed gain applies to your share of the entity's postponed gain if you held an interest in the entity for the entire period the entity held the QSB stock. If a pass-through entity sold QSB stock held for more than 6 months and you held an interest in the entity for the entire period the entity held the stock, you also may elect to postpone gain if you, rather than the pass-through entity, purchase the replacement QSB stock within the 60-day period.

You must recognize gain to the extent the sale proceeds exceed the cost of the replacement stock. Reduce the basis of the replacement stock by any postponed gain.

You must make the election no later than the due date (including extensions) for filing your tax return for the tax year in which the QSB stock was sold. If your original return was filed on time, you may make the election on an amended return filed no later than 6 months after the due date of your return (excluding extensions). Write "Filed pursuant to section 301.9100-2" at the top of the amended return, and file it at the same address you used for your original return.

To make the election, report the entire gain realized on the sale on line 1 or 8. Directly below the line on which you reported the gain, enter in column (a) "Section 1045 rollover," and enter as a (loss) in column (f) the amount of the postponed gain.

# Specific Instructions

## Column (b)—Date Acquired

Enter in this column the date the asset was acquired. Use the trade date for stocks and bonds traded on an exchange or over-the-counter market. For stock or other property sold short, enter the date the stock or property was delivered to the broker or lender to close the short sale.

If you disposed of property that you acquired by inheritance, report the gain or (loss) on line 8 and enter **"INHERITED"** in column (b) instead of the date you acquired the property.

If you sold a block of stock (or similar property) that was acquired through several different purchases, you may report the sale on one line and enter **"VARIOUS"** in column (b). However, you still must report the short-term gain or (loss) on the sale in Part I and the long-term gain or (loss) in Part II.

## Column (c)—Date Sold

Enter in this column the date the asset was sold. Use the trade date for stocks and bonds traded on an exchange or over-the-counter market. For stock or other property sold short, enter the date you sold the stock or

property you borrowed to open the short sale transaction.

## Column (d)—Sales Price

Enter in this column either the gross sales price or the net sales price from the sale. If you sold stocks or bonds and you received a **Form 1099-B** or substitute statement from your broker that shows gross sales price, enter that amount in column (d). But if Form 1099-B (or substitute statement) indicates that gross proceeds minus commissions and option premiums were reported to the IRS, enter that net amount in column (d). If you enter the net amount in column (d), **do not** include the commissions and option premiums from the sale in column (e).

You should not have received a Form 1099-B (or substitute statement) for a transaction merely representing the return of your original investment in a nontransferable obligation, such as a savings bond or a certificate of deposit. But if you did, report the amount shown on Form 1099-B (or substitute statement) in both columns (d) and (e).

 Be sure to add all sales price entries on lines 1 and 8, column (d), to amounts on lines 2 and 9, column (d). Enter the totals on lines 3 and 10.

## Column (e)—Cost or Other Basis

In general, the cost or other basis is the cost of the property plus purchase commissions and improvements, minus depreciation, amortization, and depletion. If you inherited the property, got it as a gift, or received it in a tax-free exchange, involuntary conversion, or "wash sale" of stock, you may not

be able to use the actual cost as the basis. If you do not use the actual cost, attach an explanation of your basis.

If you sold stock, adjust your basis by subtracting all the nontaxable distributions you received before the sale. Also adjust your basis for any stock splits. See Pub. 550 for details.

You may elect to use an average basis for all shares of a mutual fund if you acquired the shares at various times and prices and you left the shares on deposit in an account handled by a custodian or agent who acquired or redeemed those shares. If you are reporting an average basis, include "AVGB" in column (a) of Schedule D. For details on making the election and how to figure average basis, see Pub. 564.

The basis of property acquired by gift is generally the basis of the property in the hands of the donor. The basis of property acquired from a decedent is generally the fair market value at the date of death. See Pub. 544 for details.

Increase the cost or other basis of an original issue discount (OID) debt instrument by the amount of OID that has been included in gross income for that instrument.

If a charitable contribution deduction is allowed because of a bargain sale of property to a charitable organization, the adjusted basis for purposes of determining gain from the sale is the amount that has the same ratio to the adjusted basis as the amount realized has to the fair market value.

Increase your cost or other basis by any expense of sale, such as broker's fees, commissions, state and local transfer taxes, and option premiums, before making an entry in column (e), unless you reported the net sales price in column (d).

For more details, see **Pub. 551.**

## Column (f)—Gain or (Loss)

You **must** make a separate entry in this column for each transaction reported on lines 1 and 8 and any other line(s) that applies to you. For lines 1 and 8, subtract the amount in column (e) from the amount in column (d). Enter negative amounts in parentheses.

## Column (g)—28% Rate Gain or (Loss)

Enter in column (g) **only** the amount, if any, from Part II, column (f), that is equal to the amount of your section 1202 exclusion from the eligible gain on qualified small business stock (see page D-4) or from collectibles gains and losses. A **collectibles gain or loss** is any long-term gain or deductible long-term loss from the sale or exchange of a collectible that is a capital asset.

**Collectibles** include works of art, rugs, antiques, metals (such as gold, silver, and platinum bullion), gems, stamps, coins, alcoholic beverages, and certain other tangible property.

Also include gain (but not loss) from the sale or exchange of an interest in a partnership, S corporation, or trust held for more than 1 year and attributable to unrealized appreciation of collectibles. For details, see Regulations section 1.1(h)-1. Also attach the statement required under Regulations section 1.1(h)-1(e).

## Lines 1 and 8

Enter all sales and exchanges of capital assets, including stocks, bonds, etc., and real estate (if not reported on Form 4684, 4797, 6252, 6781, or 8824). Include these transactions even if you did not receive a Form 1099-B or Form 1099-S (or substitute state-

---

## Capital Loss Carryover Worksheet—Line 18          *Keep for Your Records* 

Use this worksheet to figure your capital loss carryovers from 2000 to 2001 if Schedule D, line 18, is a loss and **(a)** that loss is a smaller loss than the loss on Schedule D, line 17, **or (b)** Form 1040, line 37, is a loss. Otherwise, you do not have any carryovers.

  **1.** Enter the amount from Form 1040, line 37. If zero, enclose the amount in parentheses . . . . | **1.** _____

  **2.** Enter the loss from Schedule D, line 18, as a positive amount . . . . . . . . . . . . | **2.** _____

  **3.** Combine lines 1 and 2. If zero or less, enter -0- . . . . . . . . . . . . . . | **3.** _____

  **4.** Enter the **smaller** of line 2 or line 3 . . . . . . . . . . . . . . . . . | **4.** _____

  **Note.** If line 7 of Schedule D is a loss, go to line 5; otherwise, enter -0- on line 5 and go to line 9.

  **5.** Enter the loss from Schedule D, line 7, as a positive amount . . . . . . . . . . . . | **5.** _____

  **6.** Enter any gain from Schedule D, line 16 . . . . . . . . . **6.** _____

  **7.** Add lines 4 and 6 . . . . . . . . . . . . . . . . . . . . . | **7.** _____

  **8. Short-term capital loss carryover to 2001.** Subtract line 7 from line 5. If zero or less, enter -0- . | **8.** _____

  **Note.** If line 16 of Schedule D is a loss, go to line 9; otherwise, skip lines 9 through 13.

  **9.** Enter the loss from Schedule D, line 16, as a positive amount . . . . . . . . . . . . | **9.** _____

  **10.** Enter any gain from Schedule D, line 7 . . . . . . . . . **10.** _____

  **11.** Subtract line 5 from line 4. If zero or less, enter -0- . . . . . **11.** _____

  **12.** Add lines 10 and 11 . . . . . . . . . . . . . . . . . . . . | **12.** _____

  **13. Long-term capital loss carryover to 2001.** Subtract line 12 from line 9. If zero or less, enter -0- . | **13.** _____

ment) for the transaction. You can use abbreviations to describe the property as long as they are based on the descriptions of the property as shown on Form 1099-B or 1099-S (or substitute statement).

Use **Schedule D-1** if you need more space to list transactions for lines 1 and 8. Use as many Schedules D-1 as you need. Enter on Schedule D, lines 2 and 9, the combined totals from all your Schedules D-1.

 Add the following amounts reported to you for 2000 on Forms 1099-B and 1099-S (or substitute statements) not reported on another form or schedule: **(a)** proceeds from transactions involving stocks, bonds, and other securities and **(b)** gross proceeds from real estate transactions (other than the sale of your main home if you had no taxable gain). If this total is **more** than the total of lines 3 and 10, attach an explanation of the difference.

## Line 25

Complete the worksheet on page D-8 if **any** of the following apply to you.

● During 2000, you sold or otherwise disposed of section 1250 property (generally, real property that you depreciated) held more than 1 year.

● You received installment payments in 2000 for section 1250 property held more than 1 year for which you are reporting gain on the installment method.

● You received a Schedule K-1 from an estate or trust, partnership, or S corporation that shows "unrecaptured section 1250 gain" reportable for 2000.

● You received a Form 1099-DIV or Form 2439 from a real estate investment trust or regulated investment company (including a mutual fund) that reports "unrecaptured section 1250 gain" for 2000.

● You reported a long-term capital gain from the sale or exchange of an interest in a partnership that owned section 1250 property.

### Instructions for the Unrecaptured Section 1250 Gain Worksheet

**Lines 1 through 3.** If you had more than one property described on line 1, complete lines 1 through 3 for each property on a separate worksheet. Enter the total of the line 3 amounts for all properties on line 3 and go to line 4.

**Line 4.** To figure the amount to enter on line 4, follow the steps below for each installment sale of trade or business property held more than 1 year.

*Step 1.* Figure the **smaller** of **(a)** the depreciation allowed or allowable or **(b)** the total gain for the sale. This is the **smaller** of line 22 or line 24 of the 2000 Form 4797

(or the comparable lines of Form 4797 for the year of sale) for the property.

*Step 2.* Reduce the amount figured in step 1 by any section 1250 ordinary income recapture for the sale. This is the amount from line 26g of the 2000 Form 4797 (or the comparable line of Form 4797 for the year of sale) for the property. The result is your total unrecaptured section 1250 gain that must be allocated to the installment payments received from the sale.

*Step 3.* Generally, the amount of section 1231 gain on each installment payment is treated as unrecaptured section 1250 gain until the total unrecaptured section 1250 gain figured in step 2 has been used in full. Figure the amount of gain treated as unrecaptured section 1250 gain for installment payments received in 2000 as the **smaller** of **(a)** the amount from line 26 or line 37 of the 2000 Form 4797, whichever applies, or **(b)** the amount of unrecaptured section 1250 gain remaining to be reported. This amount is generally the total unrecaptured section 1250 gain for the sale reduced by all gain reported in prior years (excluding section 1250 ordinary income recapture). However, if you chose not to treat all of the gain from payments received after May 6, 1997, and before August 24, 1999, as unrecaptured section 1250 gain, use only the amount you chose to treat as unrecaptured section 1250 gain for those payments to reduce the total unrecaptured section 1250 gain remaining to be reported for the sale. Include this amount on line 4.

**Line 10.** Include on line 10 your share of the partnership's unrecaptured section 1250 gain that would result if the partnership had transferred all of its section 1250 property in a fully taxable transaction immediately before you sold or exchanged your interest in that partnership. If you recognized less than all of the realized gain, the partnership will be treated as having transferred only a proportionate amount of each section 1250 property. For details, see Regulations section 1.1(h)-1. Also attach the statement required under Regulations section 1.1(h)-1(e).

**Line 12.** An example of an amount to include on line 12 is unrecaptured section 1250 gain from the sale of a vacation home you previously used as a rental property but converted to personal use prior to the sale. To figure the amount to enter on line 12, follow the applicable instructions below.

*Installment sales.* To figure the amount to include on line 12, follow the steps below for each installment sale of property held more than 1 year for which you did not make an entry in Part I of Form 4797 for the year of sale.

● **Step 1.** Figure the **smaller** of **(a)** the depreciation allowed or allowable or **(b)** the total gain for the sale. This is the **smaller** of line 22 or line 24 of the 2000 Form 4797

(or the comparable lines of Form 4797 for the year of sale) for the property.

● **Step 2.** Reduce the amount figured in step 1 by any section 1250 ordinary income recapture for the sale. This is the amount from line 26g of the 2000 Form 4797 (or the comparable line of Form 4797 for the year of sale) for the property. The result is your total unrecaptured section 1250 gain that must be allocated to the installment payments received from the sale.

● **Step 3.** Generally, the amount of capital gain on each installment payment is treated as unrecaptured section 1250 gain until the total unrecaptured section 1250 gain figured in step 2 has been used in full. Figure the amount of gain treated as unrecaptured section 1250 gain for installment payments received in 2000 as the **smaller** of **(a)** the amount from line 26 or line 37 of the 2000 Form 6252, whichever applies, or **(b)** the amount of unrecaptured section 1250 gain remaining to be reported. This amount is generally the total unrecaptured section 1250 gain for the sale reduced by all gain reported in prior years (excluding section 1250 ordinary income recapture). However, if you chose not to treat all of the gain from payments received after May 6, 1997, and before August 24, 1999, as unrecaptured section 1250 gain, use only the amount you chose to treat as unrecaptured section 1250 gain for those payments to reduce the total unrecaptured section 1250 gain remaining to be reported for the sale. Include this amount on line 12.

*Other sales or dispositions of section 1250 property.* For each sale of property held more than 1 year (for which you did not make an entry in Part I of Form 4797), figure the **smaller** of **(a)** the depreciation allowed or allowable or **(b)** the total gain for the sale. This is the **smaller** of line 22 or line 24 of Form 4797 for the property. Next, reduce that amount by any section 1250 ordinary income recapture for the sale. This is the amount from line 26g of Form 4797 for the property. The result is the total unrecaptured section 1250 gain for the sale. Include this amount on line 12.

## Unrecaptured Section 1250 Gain Worksheet—Line 25          *Keep for Your Records*

**Note:** If you are **not** reporting a gain on Form 4797, line 7, skip lines 1 through 9 and go to line 10.

1. Did you have a section 1250 property in Part III of Form 4797 for which you made an entry in Part I of Form 4797 (but not on Form 6252)?
   - ☐ **No.** Leave lines 1 through 3 blank. Go to line 4.
   - ☐ **Yes.** Enter the **smaller** of line 22 or line 24 of Form 4797 for that property. If you had more than one such property, see instructions . . . . . . . . . . . . . . . . . . **1.** _____

2. Enter the amount from Form 4797, line 26g, for the property for which you made an entry on line 1 **2.** _____

3. Subtract line 2 from line 1 . . . . . . . . . . . . . . . **3.** _____

4. Do you have any unrecaptured section 1250 gain from an installment sale of trade or business property held more than 1 year that you are reporting on Form 6252?
   - ☐ **No.** Leave line 4 blank. Go to line 5.
   - ☐ **Yes.** Enter the total unrecaptured section 1250 gain included on line 26 or line 37 of Form(s) 6252 from installment sales of trade or business property held more than 1 year (see instructions) . . **4.** _____

5. Was any amount reported to you on a Schedule K-l from a partnership or an S corporation as "unrecaptured section 1250 gain"?
   - ☐ **No.** Leave line 5 blank. Go to line 6.
   - ☐ **Yes.** Enter the total amount of that unrecaptured section 1250 gain . . . . . . . **5.** _____

6. Add lines 3 through 5 . . . . . . . . . . . . . . . . . **6.** _____

7. Enter the **smaller** of line 6 or the gain from Form 4797, line 7 . . . . **7.** _____

8. Enter the amount, if any, from Form 4797, line 8 . . . . . . **8.** _____

9. Subtract line 8 from line 7. If zero or less, enter -0- . . . . . . . . . . . **9.** _____

10. Do you have any gain from the sale or exchange of an interest in a partnership attributable to unrecaptured section 1250 gain?
    - ☐ **No.** Leave line 10 blank. Go to line 11.
    - ☐ **Yes.** Enter the total amount of that unrecaptured section 1250 gain (see instructions) . . . . **10.** _____

11. Was any amount reported to you on a Schedule K-1, Form 1099-DIV, or Form 2439 as "unrecaptured section 1250 gain" from an estate, trust, real estate investment trust, or mutual fund (or other regulated investment company)?
    - ☐ **No.** Leave line 11 blank. Go to line 12.
    - ☐ **Yes.** Enter the total amount of that unrecaptured section 1250 gain . . . . . . . . **11.** _____

12. Do you have any unrecaptured section 1250 gain from sales (including installment sales) or other dispositions of section 1250 property held more than 1 year for which you did not make an entry in Part I of Form 4797 for the year of sale (see instructions)?
    - ☐ **No.** Leave line 12 blank. Go to line 13.
    - ☐ **Yes.** Enter the total amount of that unrecaptured section 1250 gain . . . . . . . . **12.** _____

13. Add lines 9 through 12 . . . . . . . . . . . . . . . . . **13.** _____

14. Enter the gain or (loss) from Schedule D, line 15 . . . . . . **14.** _____

15. Enter the (loss), if any, from Schedule D, line 7. If Schedule D, line 7, is zero or a gain, enter -0- . . . . . . . . . . . . . . **15.** _____

16. Combine lines 14 and 15. If the result is zero or a gain, enter -0-. If the result is a (loss), enter it as a positive amount . . . . . . . . . . . . . . . . . . **16.** _____

17. Subtract line 16 from line 13. If zero or less, enter -0-. Enter the result here and on Schedule D, line 25 . . . . . . . . . . . . . . . . . . . **17.** _____

**D-8**

# 2000 Instructions for Schedule E, Supplemental Income and Loss

Use Schedule E (Form 1040) to report income or loss from rental real estate, royalties, partnerships, S corporations, estates, trusts, and residual interests in REMICs.

You may attach your own schedule(s) to report income or loss from any of these sources. Use the same format as on Schedule E.

Enter separately on Schedule E the total income and the total loss for each part. Enclose loss figures in (parentheses).

## Part I

### Income or Loss From Rental Real Estate and Royalties

Use Part I to report:

● Income and expenses from rentals of real estate (including personal property leased with real estate) and

● Royalty income and expenses.

See the instructions for lines 3 and 4 to determine if you should report your rental real estate and royalty income on **Schedule C, Schedule C-EZ,** or **Form 4835** instead of Schedule E.

If you own a part interest in a rental real estate property, report only your part of the income and expenses on Schedule E.

If you have more than three rental real estate or royalty properties, complete and attach as many Schedules E as you need to list them. Complete lines 1 and 2 for each rental real estate property. Leave these lines blank for each royalty property. But fill in the "Totals" column on only one Schedule E. The figures in the "Totals" column on that Schedule E should be the combined totals of all your Schedules E.

If you are also using page 2 of Schedule E, use the same Schedule E on which you entered the combined totals for Part I.

**Personal Property. Do not** use Schedule E to report income and expenses from the rental of personal property, such as equipment or vehicles. Instead, use Schedule C or C-EZ if you are in the business of renting personal property. You are in the business of renting personal property if the primary purpose for renting the property is income or profit and you are involved in the rental activity with continuity and regularity.

If your rental of personal property is not a business, see the Instructions for Form 1040, lines 21 and 32, to find out how to report the income and expenses.

## Filers of Form 1041

If you are a fiduciary filing Schedule E with Form 1041, enter the estate's or trust's employer identification number (EIN) in the space for "Your social security number."

## Line 1

For rental real estate property only, show:

● The kind of property you rented (for example, townhouse).

● The street address, city or town, and state. You do not have to give the ZIP code.

● Your percentage of ownership in the property, if less than 100%.

## Line 2

If you rented out a dwelling unit that you also used for **personal purposes** during the year, you may not be able to deduct all the expenses for the rental part. "Dwelling unit" (unit) means a house, apartment, condominium, or similar property.

A day of **personal use** is any day, or part of a day, that the unit was used by:

● You for personal purposes;

● Any other person for personal purposes, if that person owns part of the unit (unless rented to that person under a "shared equity" financing agreement);

● Anyone in your family (or in the family of someone else who owns part of the unit), unless the unit is rented at a fair rental price to that person as his or her main home;

● Anyone who pays less than a fair rental price for the unit; or

● Anyone under an agreement that lets you use some other unit.

**Do not** count as personal use:

● Any day you spent working substantially full time repairing and maintaining the unit, even if family members used it for recreational purposes on that day; or

● Any days you used the unit as your main home before or after renting it or of-

fering it for rent, if you rented or tried to rent it for at least 12 consecutive months (or for a period of less than 12 consecutive months at the end of which you sold or exchanged it).

Check "Yes" if you or your family used the unit for personal purposes in 2000 more than the **greater** of:

**1.** 14 days or

**2.** 10% of the total days it was rented to others at a fair rental price.

Otherwise, check "No."

If you checked "No," you can deduct all your expenses for the rental part, subject to the **At-Risk Rules** and the **Passive Activity Loss Rules** explained on pages E-3 and E-4.

If you checked "Yes" and rented the unit out for fewer than 15 days, do not report the rental income and do not deduct any rental expenses. If you itemize deductions on Schedule A, you may deduct allowable interest, taxes, and casualty losses.

If you checked "Yes" and rented the unit out for at least 15 days, you may **not** be able to deduct all your rental expenses. You can deduct all of the following expenses for the rental part on Schedule A.

● Mortgage interest.

● Real estate taxes.

● Casualty losses.

● Other rental expenses not related to your use of the unit as a home, such as advertising expenses and rental agents' fees.

If any income is left after deducting these expenses, you can deduct other expenses, including depreciation, up to the amount of remaining income. You can carry over to 2001 the amounts you cannot deduct.

See **Pub. 527** for details.

## Line 3

If you received rental income from real estate (including personal property leased with real estate) and you were not in the real estate business, report the income on line 3. Include income received for renting a room or other space. If you received services or

E-1

property instead of money as rent, report the fair market value as rental income.

Be sure to enter the total of all your rents in the "Totals" column even if you have only one property.

If you provided significant services to the renter, such as maid service, report the rental activity on Schedule C or C-EZ, not on Schedule E. Significant services **do not** include the furnishing of heat and light, cleaning of public areas, trash collection, or similar services.

If you were in the real estate sales business, include on line 3 only the rent received from real estate (including personal property leased with real estate) you held for investment or speculation. Do not use Schedule E to report income and expenses from rentals of real estate held for sale to customers in the ordinary course of your real estate sales business. Instead, use Schedule C or C-EZ for these rentals.

For more details on rental income, use TeleTax topic 414 (see page 11 of the Form 1040 instructions) or see Pub. 527.

**Rental Income From Farm Production or Crop Shares.** Report farm rental income and expenses on Form 4835 if:

● You received rental income based on crops or livestock produced by the tenant **and**

● You did not manage or operate the farm to any great extent.

## Line 4

Report on line 4 **royalties** from oil, gas, or mineral properties (not including operating interests); copyrights; and patents. Use a separate column (A, B, or C) for each royalty property. Be sure to enter the total of all your royalties in the "Totals" column even if you have only one source of royalties.

If you received $10 or more in royalties during 2000, the payer should send you a **Form 1099-MISC** or similar statement by January 31, 2001, showing the amount you received.

If you are in business as a self-employed writer, inventor, artist, etc., report your royalty income and expenses on Schedule C or C-EZ.

You may be able to treat amounts received as "royalties" for the transfer of a patent or amounts received on the disposal of coal and iron ore as the sale of a capital asset. For details, see **Pub. 544.**

Enter on line 4 the gross amount of royalty income, even if state or local taxes were withheld from oil or gas payments you received. Include taxes withheld by the producer on line 16.

## General Instructions for Lines 5 Through 21

Enter your rental and royalty expenses for each property in the appropriate column. You can deduct all ordinary and necessary expenses, such as taxes, interest, repairs, insurance, management fees, agents' commissions, and depreciation.

Do not deduct the value of your own labor or amounts paid for capital investments or capital improvements.

Enter your total expenses for mortgage interest (line 12), total expenses before depreciation expense (line 19), and depreciation expenses or depletion (line 20) in the "Totals" column even if you have only one property.

**Renting Out Part of Your Home.** If you rent out only part of your home or other property, deduct the part of your expenses that applies to the rented part.

**Credit or Deduction for Access Expenditures.** You may be able to claim a tax credit for eligible expenditures paid or incurred in 2000 to provide access to your business for individuals with disabilities. See **Form 8826** for details.

You can also deduct up to $15,000 of qualified costs paid or incurred in 2000 to remove architectural or transportation barriers to individuals with disabilities and the elderly.

You cannot take both the credit and the deduction for the same expenditures. See **Pub. 535** for details.

## Line 6

You may deduct ordinary and necessary auto and travel expenses related to your rental activities, including 50% of meal expenses incurred while traveling away from home. You generally can either deduct your actual expenses or take the standard mileage rate. You **must** use actual expenses if you use more than one vehicle simultaneously in your rental activities (as in fleet operations). You cannot use actual expenses for a leased vehicle if you previously used the standard mileage rate for that vehicle.

You can use the standard mileage rate for 2000 **only** if:

● You owned the vehicle and use the standard mileage rate for the first year you placed the vehicle in service or

● You leased the vehicle and are using the standard mileage rate for the entire lease period (except the period, if any, before 1998).

If you deduct actual auto expenses:

● Include on line 6 the rental activity portion of the cost of gasoline, oil, repairs, insurance, tires, etc. and

● Show auto rental or lease payments on line 18 and depreciation on line 20.

If you take the standard mileage rate, multiply the number of miles you drove your auto in connection with your rental activities by 32.5 cents. Include this amount and your parking fees and tolls on line 6.

If you claim any auto expenses (actual or the standard mileage rate), you must complete Part V of **Form 4562** and attach Form 4562 to your return.

See Pub. 527 and **Pub. 463** for details.

## Line 10

Include on line 10 fees for tax advice and the preparation of tax forms related to your rental real estate or royalty properties.

Do not deduct legal fees paid or incurred to defend or protect title to property, to recover property, or to develop or improve property. Instead, you must capitalize these fees and add them to the property's basis.

## Lines 12 and 13

In general, to determine the interest expense allocable to your rental activities, you must have records to show how the proceeds of each debt were used. Specific tracing rules apply for allocating debt proceeds and repayment. See Pub. 535 for details.

If you have a mortgage on your rental property, enter on line 12 the amount of interest you paid for 2000 to banks or other financial institutions. Be sure to fill in the "Totals" column.

Do not deduct prepaid interest when you paid it. You can deduct it only in the year to which it is properly allocable. Points, including loan origination fees, charged only for the use of money must be deducted over the life of the loan.

If you paid $600 or more in interest on a mortgage during 2000, the recipient should send you a **Form 1098** or similar statement by January 31, 2001, showing the total interest received from you.

If you paid more mortgage interest than is shown on your Form 1098 or similar statement, see Pub. 535 to find out if you can deduct the additional interest. If you can, enter the entire amount on line 12. Attach a statement to your return explaining the difference. Write "See attached" in the left margin next to line 12.

**Note.** If the recipient was not a financial institution or you did not receive a Form

1098 from the recipient, report your deductible mortgage interest on line 13.

If you and at least one other person (other than your spouse if you file a joint return) were liable for and paid interest on the mortgage, and the other person received Form 1098, report your share of the interest on line 13. Attach a statement to your return showing the name and address of the person who received Form 1098. In the left margin next to line 13, write "See attached."

## Line 14

You may deduct the cost of repairs made to keep your property in good working condition. Repairs generally do not add significant value to the property or extend its life. Examples of repairs are fixing a broken lock or painting a room. Improvements that increase the value of the property or extend its life, such as replacing a roof or renovating a kitchen, must be capitalized and depreciated (that is, they cannot be deducted in full in the year they are paid or incurred). See the instructions for line 20.

## Line 17

You may deduct the cost of ordinary and necessary telephone calls related to your rental activities or royalty income (for example, calls to the renter). However, the base rate (including taxes and other charges) for local telephone service for the first telephone line into your residence is a personal expense and is not deductible.

## Line 20

Depreciation is the annual deduction you must take to recover the cost or other basis of business or investment property having a useful life substantially beyond the tax year. Land is not depreciable.

Depreciation starts when you first use the property in your business or for the production of income. It ends when you deduct all your depreciable cost or other basis or no longer use the property in your business or for the production of income.

See the Instructions for Form 4562 to figure the amount of depreciation to enter on line 20. Be sure to fill in the "Totals" column.

You must complete and attach Form 4562 **only** if you are claiming:

● Depreciation on property first placed in service during 2000;

● Depreciation on listed property (defined in the Instructions for Form 4562), including a vehicle, regardless of the date it was placed in service; or

● A section 179 expense deduction or amortization of costs that began in 2000.

See Pub. 527 for more information on depreciation of residential rental property. See **Pub. 946** for a more comprehensive guide to depreciation.

If you own mineral property or an oil, gas, or geothermal well, you may be able to take a deduction for depletion. See Pub. 535 for details.

## Line 22

### At-Risk Rules

Generally, you must complete **Form 6198** to figure your allowable loss if you have:

● A loss from an activity carried on as a trade or business or for the production of income **and**

● Amounts in the activity for which you are not at risk.

The at-risk rules generally limit the amount of loss (including loss on the disposition of assets) you can claim to the amount you could actually lose in the activity. However, the at-risk rules do not apply to losses from an activity of holding real property, if you acquired your interest in the activity before 1987 and the property was placed in service before 1987. The activity of holding mineral property does not qualify for this exception.

In most cases, you are **not** at risk for amounts such as the following.

● Nonrecourse loans used to finance the activity, to acquire property used in the activity, or to acquire your interest in the activity that are not secured by your own property (other than property used in the activity). However, there is an exception for certain nonrecourse financing borrowed by you in connection with holding real property. See **Qualified nonrecourse financing** below.

● Cash, property, or borrowed amounts used in the activity (or contributed to the activity, or used to acquire your interest in the activity) that are protected against loss by a guarantee, stop-loss agreement, or other similar arrangement (excluding casualty insurance and insurance against tort liability).

● Amounts borrowed for use in the activity from a person who has an interest in the activity (other than as a creditor) or who is related, under Internal Revenue Code section 465(b)(3), to a person (other than you) having such an interest.

**Qualified nonrecourse financing** is treated as an amount at risk if it is secured by real property used in an activity of holding real property that is subject to the at-risk rules. Qualified nonrecourse financing is fi-

nancing for which no one is personally liable for repayment and is:

● Borrowed by you in connection with holding real property,

● Not convertible from a debt obligation to an ownership interest, **and**

● Loaned or guaranteed by any Federal, state, or local government, or borrowed by you from a **qualified person.**

A **qualified person** is a person who actively and regularly engages in the business of lending money, such as a bank or savings and loan association. A qualified person **cannot** be:

● Related to you (unless the nonrecourse financing obtained is commercially reasonable and on the same terms as loans involving unrelated persons),

● The seller of the property (or a person related to the seller), or

● A person who receives a fee due to your investment in real property (or a person related to that person).

If you have amounts for which you are not at risk, use Form 6198 to determine the amount of your deductible loss. Enter that amount in the appropriate column of Schedule E, line 22. In the space to the left of line 22, write "Form 6198." Attach Form 6198 to your return.

## Line 23

**Note. Do not** complete line 23 if the amount on line 22 is from royalty properties.

If you have a rental real estate loss from a passive activity (defined on page E-4), the amount of loss you can deduct may be limited by the passive activity loss rules. You may need to complete **Form 8582** to figure the amount of loss, if any, to enter on line 23.

If your rental real estate loss is not from a passive activity **or** you meet the following exception, you do not have to complete Form 8582. Enter the loss from line 22 on line 23.

**Exception for Certain Rental Real Estate Activities.** If you meet **all three** of the following conditions, your rental real estate losses are not limited by the passive activity loss rules. If you do **not** meet **all three** of these conditions, see the Instructions for Form 8582 to find out if you must complete and attach Form 8582.

**1.** Rental real estate activities are your only passive activities.

**2.** You do not have any prior year unallowed losses from any passive activities.

**3. All** of the following apply if you have an overall net loss from these activities:

● You actively participated (defined below) in all of the rental real estate activities;

● If married filing separately, you lived apart from your spouse all year;

● Your overall net loss from these activities is $25,000 or less ($12,500 or less if married filing separately);

● You have no current or prior year unallowed credits from passive activities; **and**

● Your modified adjusted gross income (defined later) is $100,000 or less ($50,000 or less if married filing separately).

**Active Participation.** You can meet the active participation requirement without regular, continuous, and substantial involvement in real estate activities. But you must have participated in making management decisions or arranging for others to provide services (such as repairs) in a significant and bona fide sense. Such management decisions include:

● Approving new tenants,

● Deciding on rental terms,

● Approving capital or repair expenditures, and

● Other similar decisions.

You are not considered to actively participate if, at any time during the tax year, your interest (including your spouse's interest) in the activity was less than 10% by value of all interests in the activity.

**Modified Adjusted Gross Income.** This is your adjusted gross income from Form 1040, line 33, without taking into account:

● Any passive activity loss,

● Rental real estate losses allowed under the exception for real estate professionals (explained on this page),

● Taxable social security or equivalent railroad retirement benefits,

● Deductible contributions to a traditional IRA or certain other qualified retirement plans under Internal Revenue Code section 219,

● The student loan interest deduction,

● The deduction for one-half of self-employment tax, and

● The exclusion of amounts received under an employer's adoption assistance program.

However, if you file **Form 8815,** include in your modified adjusted gross income the savings bond interest excluded on line 14 of that form.

### Passive Activity Loss Rules

The passive activity loss rules may limit the amount of losses you can deduct. These rules apply to losses in Parts I, II, and III, and line 39 of Schedule E.

Losses from passive activities may be subject first to the at-risk rules. Losses deductible under the at-risk rules are then subject to the passive activity loss rules.

You generally can deduct losses from passive activities only to the extent of income from passive activities. An exception applies to certain rental real estate activities (as previously explained).

**Passive Activity.** A passive activity is any business activity in which you **do not** materially participate and any rental activity, except as provided on this page. If you are a limited partner, you generally are not treated as having materially participated in the partnership's activities for the year.

The rental of real or personal property is generally a rental activity under the passive activity loss rules, but exceptions apply. If your rental of property is not treated as a rental activity, you must determine whether it is a trade or business activity, and if so, whether you materially participated in the activity for the tax year.

See the Instructions for Form 8582 to determine whether you materially participated in the activity and for the definition of "rental activity."

See **Pub. 925** for special rules that apply to rentals of:

● Substantially nondepreciable property,

● Property incidental to development activities, and

● Property to activities in which you materially participate.

**Exception for Real Estate Professionals.** If you were a real estate professional in 2000, any rental real estate activity in which you materially participated is not a passive activity. You were a **real estate professional** only if you met **both** of the following conditions.

**1.** More than half of the personal services you performed in trades or businesses were performed in real property trades or businesses in which you materially participated.

**2.** You performed more than 750 hours of services in real property trades or businesses in which you materially participated.

For purposes of this rule, each interest in rental real estate is a separate activity, unless you elect to treat all your interests in rental real estate as one activity. To make this election, attach a statement to your original tax return that declares you are a qualifying taxpayer for the year and you are making the election under Internal Revenue Code section 469(c)(7)(A). The election applies for the year made and all later years in which you are a real estate professional. You may revoke the election only if your facts and circumstances materially change.

If you are married filing jointly, either you or your spouse must separately meet both of the above conditions, without taking into account services performed by the other spouse.

A real property trade or business is any real property development, redevelopment, construction, reconstruction, acquisition, conversion, rental, operation, management, leasing, or brokerage trade or business. Services you performed as an employee are not treated as performed in a real property trade or business unless you owned more than 5% of the stock (or more than 5% of the capital or profits interest) in the employer.

If you were a real estate professional for 2000, complete line 42 on page 2 of Schedule E.

**Other Exceptions.** The rental of your home that you also used for personal purposes is not a passive activity. See the instructions for line 2.

A working interest in an oil or gas well that you held directly or through an entity that did not limit your liability is not a passive activity even if you do not materially participate.

Royalty income not derived in the ordinary course of a trade or business reported on Schedule E generally is not considered income from a passive activity.

For details on passive activities, see the Instructions for Form 8582 and Pub. 925.

# Parts II and III

If you need more space in Part II or III to list your income or losses, attach a continuation sheet using the same format as shown in Part II or III. However, be sure to complete the "Totals" columns for lines 28a and 28b, or lines 33a and 33b, as appropriate. If you also completed Part I on more than one Schedule E, use the same Schedule E on which you entered the combined totals in Part I.

**Tax Shelter Registration Number.** Complete and attach **Form 8271** if you are reporting any deduction, loss, credit, other tax benefit, or income from an interest purchased or otherwise acquired in a tax shelter.

Form 8271 is used to report the name, tax shelter registration number, and identifying number of the tax shelter. There is a $250 penalty if you do not report the registration number of the tax shelter on your tax return.

**Tax Preference Items.** If you are a partner, a shareholder in an S corporation, or a beneficiary of an estate or trust, you must take into account your share of preferences and adjustments from these entities for the alter-

nate minimum tax on **Form 6251** or Schedule I of **Form 1041.**

# Part II

## Income or Loss From Partnerships and S Corporations

If you are a member of a partnership or joint venture or a shareholder in an S corporation, use Part II to report your share of the partnership or S corporation income (even if not received) or loss.

You should receive a **Schedule K-1** from the partnership or S corporation. You should also receive a copy of the Partner's or Shareholder's Instructions for Schedule K-1. Your copy of Schedule K-1 and its instructions will tell you where on your return to report your share of the items. If you did not receive these instructions with your Schedule K-1, see page 7 of the Form 1040 instructions for how to get a copy. **Do not** attach Schedules K-1 to your return. Keep them for your records.

If you are treating items on your tax return differently from the way the partnership (other than an electing large partnership) or S corporation reported them on its return, you may have to file **Form 8082.** If you are a partner in an electing large partnership, you must report the items shown on Schedule K-1 (Form 1065-B) on your tax return the same way that the partnership reported the items on Schedule K-1.

**Special Rules That Limit Losses.** Please note the following.

● If you have a current year loss, or a prior year unallowed loss, from a partnership or an S corporation, see **At-Risk Rules** and **Passive Activity Loss Rules** on pages E-3 and E-4.

Partners and S corporation shareholders should get a separate statement of income, expenses, deductions, and credits for each activity engaged in by the partnership and S corporation. If you are subject to the at-risk rules for any activity, use Form 6198 to figure the amount of any deductible loss. If the activity is nonpassive, enter any deductible loss from Form 6198 on the appropriate line in Part II, column (i), of Schedule E.

● If you have a passive activity loss, you generally need to complete Form 8582 to figure the amount of the allowable loss to enter in Part II, column (g), for that activity. But if you are a **general** partner or an S corporation shareholder reporting your share of a partnership or an S corporation loss from a rental real estate activity **and** you meet **all three** of the conditions listed in the instructions for line 23, you do not have to

complete Form 8582. Instead, enter your allowable loss in Part II, column (g).

If you have passive activity income, complete Part II, column (h), for that activity.

If you have nonpassive income or losses, complete Part II, columns (i) through (k), as appropriate.

### Partnerships

See the Schedule K-1 instructions before entering on your return other partnership items from a passive activity or income or loss from any publicly traded partnership.

If you have other partnership items, such as depletion, from a nonpassive activity, show each item on a separate line in Part II. You may deduct unreimbursed ordinary and necessary expenses you paid on behalf of the partnership if you were required to pay these expenses under the partnership agreement. Enter deductible **unreimbursed partnership expenses** from nonpassive activities on a separate line in Part II, column (i). However, enter on Schedule A any unreimbursed partnership expenses deductible as itemized deductions.

Report allowable interest expense paid or incurred from debt-financed acquisitions in Part II or on Schedule A depending on the type of expenditure to which the interest is allocated. See Pub. 535 for details.

If you claimed a credit for Federal tax on gasoline or other fuels on your 1999 Form 1040 based on information received from the partnership, enter as income in column (h) or column (k), whichever applies, the amount of the credit claimed for 1999.

If you have losses or deductions from a prior year that you could not deduct because of the at-risk or basis rules, and the amounts are now deductible, do not combine the prior year amounts with any current year amounts to arrive at a net figure to report on Schedule E. Instead, report the prior year amounts and the current year amounts on separate lines of Schedule E.

Part or all of your share of partnership income or loss from the operation of the business may be considered net earnings from self-employment that must be reported on **Schedule SE.** Enter the amount from Schedule K-1 (Form 1065), line 15a (or from Schedule K-1 (Form 1065-B), box 9 (code **K-1**)), on Schedule SE, after you reduce this amount by any allowable expenses attributable to that income.

**Foreign Partnerships.** If you are a U.S. person, you may have to file **Form 8865** if any of the following applies:

● You controlled a foreign partnership (that is, you owned more than a 50% direct or indirect interest in the partnership).

● You owned at least a 10% direct or indirect interest in a foreign partnership

while U.S. persons controlled that partnership.

● You had an acquisition, disposition, or change in proportional interest of a foreign partnership that:

**1.** Increased your direct interest to at least 10% or reduced your direct interest of at least 10% to less than 10% or

**2.** Changed your direct interest by at least a 10% interest.

● You contributed property to a foreign partnership in exchange for a partnership interest if:

**1.** Immediately after the contribution, you owned, directly or indirectly, at least a 10% interest in the partnership or

**2.** The fair market value of the property you contributed to the partnership in exchange for a partnership interest, when added to other contributions of property you made to the partnership during the preceding 12-month period, exceeds $100,000.

Also, you may have to file Form 8865 to report certain dispositions by a foreign partnership of property you previously contributed to that partnership if you were a partner at the time of the disposition.

For more details, including penalties for failing to file Form 8865, see Form 8865 and its separate instructions.

### S Corporations

If you are a shareholder in an S corporation, your share of the corporation's aggregate losses and deductions (combined income, losses, and deductions) is limited to the adjusted basis of your corporate stock and any debt the corporation owes you. Any loss or deduction not allowed this year because of the basis limitation may be carried forward and deducted in a later year subject to the basis limitation for that year.

If you are claiming a deduction for your share of an aggregate loss, attach to your return a computation of the adjusted basis of your corporate stock and of any debt the corporation owes you. See the Schedule K-1 instructions for details.

After applying the basis limitation, the deductible amount of your aggregate losses and deductions may be further reduced by the at-risk rules and the passive activity loss rules explained earlier.

If you have losses or deductions from a prior year that you could not deduct because of the basis or at-risk limitations, and the amounts are now deductible, **do not** combine the prior year amounts with any current year amounts to arrive at a net figure to report on Schedule E. Instead, report the prior year amounts and the current year amounts on separate lines of Schedule E.

Distributions of prior year accumulated earnings and profits of S corporations are

dividends and are reported on Form 1040, line 9.

Interest expense relating to the acquisition of shares in an S corporation may be fully deductible on Schedule E. For details, see Pub. 535.

Your share of the net income of an S corporation is **not** subject to self-employment tax.

# Part III

## Income or Loss From Estates and Trusts

If you are a beneficiary of an estate or trust, use Part III to report your part of the income (even if not received) or loss. You should receive a **Schedule K-1** (Form 1041) from the fiduciary. Your copy of Schedule K-1 and its instructions will tell you where on your return to report the items from Schedule K-1. **Do not** attach Schedule K-1 to your return. Keep it for your records.

If you are treating items on your tax return differently from the way the estate or trust reported them on its return, you may have to file Form 8082.

If you have estimated taxes credited to you from a trust (Schedule K-1, line 14a), write "ES payment claimed" and the amount on the dotted line next to line 36. **Do not** include this amount in the total on line 36. Instead, enter the amount on Form 1040, line 59.

A U.S. person who transferred property to a foreign trust may have to report the income received by the trust as a result of the transferred property if, during 2000, the trust had a U.S. beneficiary. For details, see **Form 3520.**

# Part IV

## Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)

If you are the holder of a residual interest in a real estate mortgage investment conduit (REMIC), use Part IV to report your total share of the REMIC's taxable income or loss for each quarter included in your tax year. You should receive **Schedule Q** (Form 1066) and instructions from the REMIC for each quarter. **Do not** attach Schedules Q to your return. Keep them for your records.

If you are treating REMIC items on your tax return differently from the way the REMIC reported them on its return, you may have to file Form 8082.

If you are the holder of a residual interest in more than one REMIC, attach a continuation sheet using the same format as in Part IV. Enter the totals of columns (d) and (e) on line 38 of Schedule E. If you also completed Part I on more than one Schedule E, use the same Schedule E on which you entered the combined totals in Part I.

REMIC income or loss is not income or loss from a passive activity.

---

**Note.** If you are the holder of a regular interest in a REMIC, do not use Schedule E to report the income you received. Instead, report it on Form 1040, line 8a.

---

**Column (c).** Report the total of the amounts shown on Schedule(s) Q, line 2c. This is the **smallest** amount you are allowed to report as your taxable income (Form 1040, line 39). It is also the **smallest** amount you are allowed to report as your alternative minimum taxable income (AMTI) (Form 6251, line 21).

If the amount in column (c) is larger than your taxable income would otherwise be, enter the amount from column (c) on Form 1040, line 39. Similarly, if the amount in column (c) is larger than your AMTI would otherwise be, enter the amount from column (c) on Form 6251, line 21. Write "Sch. Q" on the dotted line to the left of this amount on Form 1040 or 6251.

---

**Note.** These rules also apply to estates and trusts that hold a residual interest in a REMIC. Be sure to make the appropriate entries on the comparable lines on Form 1041.

---

 Do not include the amount shown in column (c) in the total on line 38 of Schedule E.

---

**Column (e).** Report the total of the amounts shown on Schedule(s) Q, line 3b. If you itemize your deductions on Schedule A, include this amount on line 22.

# Part V

## Summary

## Line 41

You will not be charged a penalty for underpayment of estimated tax if:

**1.** Your gross farming or fishing income for 1999 or 2000 is at least two-thirds of your gross income and

**2.** You file your 2000 tax return and pay the tax due by March 1, 2001.

# 2000 Instructions for Schedule F, Profit or Loss From Farming

Use Schedule F (Form 1040) to report farm income and expenses. File it with Form 1040, 1041, 1065, or 1065-B.

This activity may subject you to state and local taxes and other requirements such as business licenses and fees. Check with your state and local governments for more information.

**Additional Information. Pub. 225** has samples of filled-in forms and schedules, and lists important dates that apply to farmers.

## General Instructions

### Other Schedules and Forms You May Have To File

**Schedule E** to report rental income from pastureland that is based on a flat charge. Report this income in Part I of Schedule E. But report on line 10 of Schedule F pasture income received from taking care of someone else's livestock.

**Schedule J** to figure your tax by averaging your farm income over the previous 3 years. Doing so may reduce your tax.

**Schedule SE** to pay self-employment tax on income from any trade or business, including farming.

**Form 4562** to claim depreciation on assets placed in service in 2000, to claim amortization that began in 2000, or to report information on vehicles and other listed property.

**Form 4684** to report a casualty or theft gain or loss involving farm business property including livestock held for draft, breeding, sport, or dairy purposes.

See Pub. 225 for more information on how to report various farm losses, such as losses due to death of livestock or damage to crops or other farm property.

**Form 4797** to report sales, exchanges, or involuntary conversions (other than from a casualty or theft) of certain farm property. Also, use this form to report sales of livestock held for draft, breeding, sport, or dairy purposes.

**Form 4835** to report rental income based on farm production or crop shares if you did not materially participate (for self-employment tax purposes) in the management or operation of the farm. This income is not subject to self-employment tax. See Pub. 225.

**Form 8824** to report like-kind exchanges.

### Heavy Highway Vehicle Use Tax

If you use certain highway trucks, truck-trailers, tractor-trailers, or buses in your trade or business, you may have to pay a Federal highway motor vehicle use tax. See **Form 2290** to find out if you owe this tax.

### Information Returns

You may have to file information returns for wages paid to employees, certain payments of fees and other nonemployee compensation, interest, rents, royalties, annuities, and pensions. You may also have to file an information return if you sold $5,000 or more of consumer products to a person on a buy-sell, deposit-commission, or other similar basis for resale. For more information, see the 2000 **General Instructions for Forms 1099, 1098, 5498, and W-2G.**

If you received cash of more than $10,000 in one or more related transactions in your farming business, you may have to file **Form 8300.** For details, see **Pub. 1544.**

### Estimated Tax

If you had to make estimated tax payments in 2000 and you underpaid your estimated tax, you will not be charged a penalty if **both** of the following apply.

**1.** Your gross farming or fishing income for 1999 or 2000 is at least two-thirds of your gross income.

**2.** You file your 2000 tax return and pay the tax due by March 1, 2001.

For details, see Pub. 225.

## Specific Instructions

### Filers of Forms 1041, 1065, and 1065-B

**Do not** complete the block labeled "Social security number (SSN)." Instead, enter your employer identification number (EIN) on line D.

### Lines A and B

On line A, enter your principal crop or activity for the current year.

On line B, enter one of the 14 principal agricultural activity codes listed in Part IV on page 2 of Schedule F. Select the code that best describes the source of most of your income.

### Line C

Under the **cash method,** include all income in the year you actually get it. Generally, deduct expenses when you pay them. If you use the cash method, check the box labeled "Cash." Complete Parts I and II of Schedule F.

Under the **accrual method,** include income in the year you earn it. It does not matter when you get it. Deduct expenses when you incur them. If you use the accrual method, check the box labeled "Accrual." Complete Parts II, III, and line 11 of Schedule F.

Other rules apply that determine the timing of deductions based on economic performance. See **Pub. 538** for details.

**Farming syndicates** cannot use the cash method of accounting. A farming syndicate may be a partnership, any other noncorporate group, or an S corporation **if:**

**1.** The interests in the business have ever been for sale in a way that would require registration with any Federal or state agency or

**2.** More than 35% of the loss during any tax year is shared by limited partners or limited entrepreneurs. A **limited partner** is one who can lose only the amount invested or required to be invested in the partnership. A **limited entrepreneur** is a person who does not take any active part in managing the business.

Cat. No. 24333E

## Line D

You need an employer identification number (EIN) only if you had a qualified retirement plan or were required to file an employment, excise, estate, trust, partnership, or alcohol, tobacco, and firearms tax return. If you need an EIN, file **Form SS-4.** If you do not have an EIN, leave line D blank. **Do not** enter your SSN.

## Line E

**Material Participation.** For the definition of material participation for purposes of the passive activity rules, see the instructions for **Schedule C,** line G, on page C-2. If you meet any of the material participation tests described in those instructions, check the "Yes" box.

If you are a retired or disabled farmer, you are treated as materially participating in a farming business if you materially participated 5 of the 8 years preceding your retirement or disability. Also, a surviving spouse is treated as materially participating in a farming activity if the real property used for farming meets the estate tax rules for special valuation of farm property passed from a qualifying decedent, and the surviving spouse actively manages the farm.

Check the "No" box if you did not materially participate. If you checked "No" and you have a loss from this business, see **Limit on Losses** below. If you have a profit from this business activity but have current year losses from other passive activities or prior year unallowed passive activity losses, see the instructions for **Form 8582.**

**Limit on Losses.** If you checked the "No" box on line E and you have a loss from this business, you may have to use Form 8582 to figure your allowable loss, if any, to enter on Schedule F, line 36. Generally, you can deduct losses from passive activities only to the extent of income from passive activities. For details, see **Pub. 925.**

# Part I. Farm Income—Cash Method

In Part I, show income received for items listed on lines 1 through 10. Generally, count both the cash actually or constructively received and the fair market value of goods or other property received for these items. Income is constructively received when it is credited to your account or set aside for you to use. However, farm production flexibility contract payments received under the Federal Agriculture Improvement

and Reform Act of 1996 are required to be included in income only in the year of actual receipt.

If you ran the farm yourself and received rents based on crop shares or farm production, report these rents as income on line 4.

## Sales of Livestock Because of Weather-Related Conditions

If you sold livestock because of drought, flood, or other weather-related conditions, you can elect to report the income from the sale in the year after the year of sale if **all** of the following apply.

● Your main business is farming.

● You can show that you sold the livestock only because of weather-related conditions.

● Your area qualified for Federal aid.

## Forms 1099 or CCC-1099-G

If you received Forms 1099 or CCC-1099-G showing amounts paid to you, first determine if the amounts are to be included with farm income. Then, use the following chart to determine where to report the income on Schedule F. Include the Form 1099 or CCC-1099-G amounts with any other income reported on that line.

| Information return | Where to report |
|---|---|
| Form 1099-PATR  .  .  .  . | Line 5a |
| Form 1099-A  .  .  .  .  . | Line 7b |
| Form 1099-MISC (for crop insurance)  . | Line 8a |
| Forms 1099-G or CCC-1099-G (for disaster payments)  . | Line 8a |
| Forms 1099-G or CCC-1099-G (for other agricultural program payments)  . | Line 6a |

You may also receive **Form 1099-MISC** for other types of income. In this case, report it on whichever line best describes the income. For example, if you received a Form 1099-MISC for custom farming work, include this amount on line 9, "Custom hire (machine work) income."

## Lines 1 and 2

On line 1, show amounts received from sales of livestock and other items bought for resale. On line 2, show the cost or other basis of the livestock and other items you actually sold.

## Line 4

Show amounts received from sales of livestock, produce, grains, and other products you raised.

## Lines 5a and 5b

If you received distributions from a cooperative in 2000, you should receive **Form 1099-PATR.** On line 5a, show your total distributions from cooperatives. This includes patronage dividends, nonpatronage distributions, per-unit retain allocations, and redemption of nonqualified notices and per-unit retain allocations.

Show patronage dividends (distributions) received in cash, and the dollar amount of qualified written notices of allocation. If you received property as patronage dividends, report the fair market value of the property as income. Include cash advances received from a marketing cooperative. If you received per-unit retains in cash, show the amount of cash. If you received qualified per-unit retain certificates, show the stated dollar amount of the certificate.

Do not include as income on line 5b patronage dividends from buying personal or family items, capital assets, or depreciable assets. Enter these amounts on line 5a only. If you do not report patronage dividends from these items as income, you must subtract the amount of the dividend from the cost or other basis of these items.

## Lines 6a and 6b

Enter on line 6a the **total** of the following amounts.

● Price support payments.

● Market gain from the repayment of a secured Commodity Credit Corporation (CCC) loan for less than the original loan amount.

● Diversion payments.

● Cost-share payments (sight drafts).

● Payments in the form of materials (such as fertilizer or lime) or services (such as grading or building dams).

These amounts are government payments you received, usually reported to you on **Form 1099-G.** You may also receive Form CCC-1099-G from the Department of Agri-

culture showing the amounts and types of payments made to you.

On line 6b, report only the taxable amount. For example, do not report the market gain shown on Form CCC-1099-G on line 6b if you elected to report CCC loan proceeds as income in the year received (see **Lines 7a Through 7c** below). No gain results from redemption of the commodity because you previously reported the CCC loan proceeds as income. You are treated as repurchasing the commodity for the amount of the loan repayment. However, if you did not report the CCC loan proceeds under the election, you must report the market gain on line 6b.

## Lines 7a Through 7c

**Commodity Credit Corporation Loans.** Generally, you do not report CCC loan proceeds as income. However, if you pledge part or all of your production to secure a CCC loan, you may elect to report the loan proceeds as income in the year you receive them, instead of the year you sell the crop. If you make this election (or made the election in a prior year), report loan proceeds you received in 2000 on line 7a. Attach a statement to your return showing the details of the loan(s).

**Forfeited CCC Loans.** Include the full amount forfeited on line 7b, even if you reported the loan proceeds as income.

If you **did not** elect to report the loan proceeds as income, also include the forfeited amount on line 7c.

If you did elect to report the loan proceeds as income, you generally will not have an entry on line 7c. But if the amount forfeited is different from your basis in the commodity, you may have an entry on line 7c.

See Pub. 225 for details on the tax consequences of electing to report CCC loan proceeds as income or forfeiting CCC loans.

## Lines 8a Through 8d

In general, you must report crop insurance proceeds in the year you receive them. Federal crop disaster payments are treated as crop insurance proceeds. However, if 2000 was the year of damage, you may elect to include certain proceeds in income for 2001. To make this election, check the box on line 8c and attach a statement to your return. See Pub. 225 for a description of the proceeds for which an election may be made and for what you must include in your statement.

Generally, if you elect to defer any eligible crop insurance proceeds, you must defer all such crop insurance proceeds (including Federal disaster payments).

Enter on line 8a the **total** crop insurance proceeds you received in 2000, even if you elect to include them in income for 2001.

Enter on line 8b the taxable amount of the proceeds you received in 2000. Do not include proceeds you elect to include in income for 2001.

Enter on line 8d the amount, if any, of crop insurance proceeds you received in 1999 and elected to include in income for 2000.

## Line 9

Enter on this line the income you received for custom hire (machine work).

## Line 10

Use this line to report income not shown on lines 1 through 9. For example, include the following income items on line 10.

- Illegal Federal irrigation subsidies. See Pub. 225.

- Bartering income.

- Income from discharge of indebtedness. Generally, if a debt is canceled or forgiven, you must include the canceled amount in income. If a Federal agency, financial institution, or credit union canceled or forgave a debt you owed of $600 or more, it should send you a **Form 1099-C,** or similar statement, by January 31, 2001, showing the amount of debt canceled in 2000. However, certain solvent farmers may exclude discharged qualified farm indebtedness from income. For information on whether you must include any discharge of indebtedness in income, see Pub. 225.

- State gasoline or fuel tax refund you got in 2000.

- The amount of credit for Federal tax paid on fuels claimed on your 1999 Form 1040.

- The amount of credit for alcohol used as a fuel that was entered on Form **6478.**

- Any recapture of excess depreciation, including any section 179 expense deduction, if the business use percentage of any listed property decreased to 50% or less in 2000. Use **Form 4797** to figure the recapture. See the instructions for Schedule C, line 13, on page C-3 for the definition of listed property.

- The inclusion amount on leased listed property (other than vehicles) when the business use percentage drops to 50% or less. See **Pub. 946** to figure the amount.

- Any recapture of the deduction for clean-fuel vehicles used in your business and clean-fuel vehicle refueling property. For details on how to figure recapture, see **Pub. 535.**

- The gain or loss on the sale of commodity futures contracts if the contracts were made to protect you from price changes. These are a form of business insurance and are considered hedges. If you had a loss in a closed futures contract, enclose it in parentheses.

 For property acquired and hedging positions established, you must clearly identify on your books and records both the hedging transaction and the item(s) or aggregate risk that is being hedged.

Purchase or sales contracts are not true hedges if they offset losses that already occurred. If you bought or sold commodity futures with the hope of making a profit due to favorable price changes, report the profit or loss on **Form 6781** instead of this line.

# Part II. Farm Expenses

**Do not** deduct the following.

- Personal or living expenses (such as taxes, insurance, or repairs on your home) that do not produce farm income.

- Expenses of raising anything you or your family used.

- The value of animals you raised that died.

- Inventory losses.

- Personal losses.

If you were repaid for any part of an expense, you must subtract the amount you were repaid from the deduction.

**Capitalizing Costs of Property.** If you produced real or tangible personal property or acquired property for resale, certain expenses must be included in inventory costs or capitalized. These expenses include the direct costs of the property and the share of any indirect costs allocable to that property. However, these rules generally do not apply to:

1. Expenses of producing any plant that has a preproductive period of 2 years or less,

2. Expenses of raising animals, or

3. Expenses of replanting certain crops if they were lost or damaged by reason of freezing temperatures, disease, drought, pests, or casualty.

**Note.** Exceptions **1** and **2** above do not apply to tax shelters, farm syndicates, or partnerships required to use the accrual method of accounting under Internal Revenue Code section 447 or 448.

But you may be able to deduct rather than capitalize the expenses of producing a plant with a preproductive period of more than 2 years. See **Election To Deduct Certain Preproductive Period Expenses** below.

Do not reduce your deductions on lines 12 through 34e by the preproductive period expenses you are required to capitalize. Instead, enter the total amount capitalized in parentheses on line 34f. See **Preproductive Period Expenses** on page F-6 for details.

**If you revoked an election made before 1989** to deduct preproductive period expenses for animals, you must continue to apply the alternative depreciation rules to property placed in service while your election was in effect. Also, the expenses you previously chose to deduct will have to be recaptured as ordinary income when you dispose of the animals.

**Election To Deduct Certain Preproductive Period Expenses.** If the preproductive period of any plant you produce is more than 2 years, you may choose to currently deduct the expenses rather than capitalize them. But you may not make this election for the costs of planting or growing citrus or almond groves that are incurred before the end of the 4th tax year beginning with the tax year you planted them in their permanent grove. By deducting the preproductive period expenses for which you may make this election, you are treated as having made the election.

**Note.** In the case of a partnership or S corporation, the election must be made by the partner or shareholder. This election may not be made by tax shelters, farm syndicates, or partners in partnerships required to use the accrual method of accounting under Internal Revenue Code section 447 or 448.

If you make the election to deduct preproductive expenses for plants, any gain you realize when disposing of the plants is ordinary income up to the amount of the preproductive expenses you deducted. Also, the alternative depreciation rules apply to property placed in service in any tax year your election is in effect. Unless you obtain the consent of the IRS, you must make this election for the first tax year in which you engage in a farming business involving the production of property subject to the capitalization rules. You may not revoke this election without the consent of the IRS.

For details, see Pub. 225.

**Prepaid Farm Supplies.** Generally, if you use the cash method of accounting and your prepaid farm supplies are more than 50% of your other deductible farm expenses, your deduction for those supplies may be limited. Prepaid farm supplies include expenses for feed, seed, fertilizer, and similar farm supplies not used or consumed during the year. They also include the cost of poultry that would be allowable as a deduction in a later tax year if you were to **(a)** capitalize the cost of poultry bought for use in your farm business and deduct it ratably over the lesser of 12 months or the useful life of the poultry and **(b)** deduct the cost of poultry bought for resale in the year you sell or otherwise dispose of it.

If the limit applies, you can deduct prepaid farm supplies that do not exceed 50% of your other deductible farm expenses in the year of payment. You can deduct the excess only in the year you use or consume the supplies (other than poultry, which is deductible as explained above). For details and exceptions to these rules, see Pub. 225.

# Line 12

You can deduct the actual expenses of running your car or truck, or take the standard mileage rate. You **must** use actual expenses if you used your vehicle for hire or you used more than one vehicle simultaneously in your business (such as in fleet operations). You cannot use actual expenses for a leased vehicle if you previously used the standard mileage rate for that vehicle.

You can take the standard mileage rate for 2000 **only** if:

● You owned the vehicle and use the standard mileage rate for the first year you placed the vehicle in service or

● You leased the vehicle and are using the standard mileage rate for the entire lease period (except the period, if any, before 1998).

If you deduct actual expenses:

● Include on line 12 the business portion of expenses for gasoline, oil, repairs, insurance, tires, license plates, etc., and

● Show depreciation on line 16 and rent or lease payments on line 26a.

If you take the standard mileage rate, multiply the number of business miles by 32.5 cents. Add to this amount your parking fees and tolls, and enter the total on line 12. **Do not** deduct depreciation, rent or lease payments, or your actual operating expenses.

If you claim any car or truck expense (actual or the standard mileage rate), you must provide the information requested in Part V of **Form 4562.** Be sure to attach Form 4562 to your return.

For details, see **Pub. 463.**

# Line 14

Deductible soil and water conservation expenses generally are those that are paid to conserve soil and water or to prevent erosion of land used for farming. These expenses include (but are not limited to) the cost of leveling, grading and terracing, contour furrowing, the construction, control, and protection of diversion channels, drainage ditches, earthen dams, watercourses, outlets and ponds, the eradication of brush, and the planting of windbreaks.

These expenses can be deducted only if they are consistent with a conservation plan approved by the Natural Resources Conservation Service (NRCS) of the Department of Agriculture for the area in which your land is located. If no plan exists, the expenses must be consistent with a plan of a comparable state agency. You cannot deduct the expenses if they were paid or incurred for land used in farming in a foreign country.

Do not deduct expenses you pay or incur to drain or fill wetlands, to prepare land for center pivot irrigation systems, or to clear land.

The amount you deduct may not exceed 25% of your gross income from farming (excluding certain gains from selling assets such as farm machinery and land). If your conservation expenses are more than the limit, the excess may be carried forward and deducted in later tax years. However, the amount deductible for any 1 year may not exceed the 25% gross income limit for that year.

For details, see Pub. 225.

# Line 15

Enter amounts paid for custom hire or machine work (the machine operator furnished the equipment). Do not include amounts paid for rental or lease of equipment that you operated yourself. You should report those amounts on line 26a.

# Line 16

You can deduct depreciation of buildings, improvements, cars and trucks, machinery, and other farm equipment of a permanent nature.

Do not deduct depreciation on your home, furniture or other personal items, land, livestock you bought or raised for resale, or other property in your inventory.

You may also choose under Internal Revenue Code section 179 to expense a portion of the cost of certain tangible property you bought in 2000 for use in your business.

For details, including when you must complete and attach Form 4562, see the instructions for Schedule C, line 13, on page C-3.

F-4

## Line 17

Deduct contributions to employee benefit programs that are not an incidental part of a pension or profit-sharing plan included on line 25. Examples are accident and health plans, group-term life insurance, and dependent care assistance programs.

Do not include on line 17 any contributions you made on your behalf as a self-employed person to an accident and health plan or for group-term life insurance. You may be able to deduct on Form 1040, line 28, part of the amount you paid for health insurance on behalf of yourself, your spouse, and dependents even if you do not itemize your deductions. See the instructions for Form 1040, line 28, for details.

## Line 18

Generally, you cannot currently deduct expenses for feed to be consumed by your livestock in a later tax year. See **Prepaid Farm Supplies** on page F-4.

## Line 20

Do not include the cost of transportation incurred in purchasing livestock held for resale as freight paid. Instead, add these costs to the cost of the livestock, and deduct them when the livestock is sold.

## Line 22

Deduct on this line premiums paid for farm business insurance. Deduct on line 17 amounts paid for employee accident and health insurance. Amounts credited to a reserve for self-insurance or premiums paid for a policy that pays for your lost earnings due to sickness or disability are not deductible.

## Lines 23a and 23b

**Interest Allocation Rules.** The tax treatment of interest expense differs depending on its type. For example, home mortgage interest and investment interest are treated differently. "Interest allocation" rules require you to allocate (classify) your interest expense so it is deducted on the correct line of your return and gets the right tax treatment. These rules could affect how much interest you are allowed to deduct on Schedule F.

Generally, you allocate interest expense by tracing how the proceeds of the loan are used. See Pub. 535 for details.

If you paid interest on a debt secured by your main home and any of the proceeds

from that debt were used in your farming business, see Pub. 535 to figure the amount that is deductible on Schedule F.

If you have a mortgage on real property used in your farming business (other than your main home), enter on line 23a the interest you paid for 2000 to banks or other financial institutions for which you received a **Form 1098.**

If you did not receive a Form 1098 from the recipient, report your mortgage interest on line 23b.

If you paid more mortgage interest than is shown on Form 1098 or similar statement, see Pub. 535 to find out if you can deduct the additional interest. If you can, enter the amount on line 23a. Attach a statement to your return explaining the difference and write "See attached" in the left margin next to line 23a.

If you and at least one other person (other than your spouse if you file a joint return) were liable for and paid interest on the mortgage and the other person received the Form 1098, report your share of the interest on line 23b. Attach a statement to your return showing the name and address of the person who received the Form 1098. In the left margin next to line 23b, write "See attached."

On line 23b, enter the interest on other loans related to this farm. Do not deduct interest you prepaid in 2000 for later years; include only the part that applies to 2000.

## Line 24

Enter the amounts you paid for farm labor. Do not include amounts paid to yourself. Reduce your deduction by the current year credits claimed on:

● **Form 5884,** Work Opportunity Credit,

● **Form 8844,** Empowerment Zone Employment Credit,

● **Form 8845,** Indian Employment Credit, and

● **Form 8861,** Welfare-to-Work Credit.

Count the cost of boarding farm labor but not the value of any products they used from the farm. Count only what you paid household help to care for farm laborers.

 If you provided taxable fringe benefits to your employees, such as personal use of a car, do not include in farm labor the amounts you depreciated or deducted elsewhere.

## Line 25

Enter your deduction for contributions to employee pension, profit-sharing, or annuity plans. If the plan included you as a self-

employed person, see the instructions for Schedule C, line 19, on page C-4.

## Lines 26a and 26b

If you rented or leased vehicles, machinery, or equipment, enter on line 26a the business portion of your rental cost. But if you leased a vehicle for a term of 30 days or more, you may have to reduce your deduction by an **inclusion amount.** For details, see the instructions for Schedule C, lines 20a and 20b, on page C-4.

Enter on line 26b amounts paid to rent or lease other property such as pasture or farm land.

## Line 27

Enter amounts you paid for repairs and maintenance of farm buildings, machinery, and equipment. You can also include what you paid for tools of short life or minimal cost, such as shovels and rakes.

**Do not** deduct repairs or maintenance on your home.

## Line 31

Deduct the following taxes on this line.

● Real estate and personal property taxes on farm business assets.

● Social security and Medicare taxes you paid to match what you are required to withhold from farm employees' wages and any Federal unemployment tax paid.

● Federal highway use tax.

**Do not** deduct the following on this line.

● Federal income taxes including your self-employment tax. However, you may deduct one-half of your self-employment tax on Form 1040, line 27.

● Estate and gift taxes.

● Taxes assessed for improvements, such as paving and sewers.

● Taxes on your home or personal use property.

● State and local sales taxes on property purchased for use in your farm business. Instead, treat these taxes as part of the cost of the property.

● Other taxes not related to the farm business.

## Line 32

Enter amounts you paid for gas, electricity, water, etc., for business use on the farm. Do not include personal utilities. You cannot deduct the base rate (including taxes) of the first telephone line into your residence, even

if you use it for business. See the instructions for Schedule C, line 25, on page C-5.

## Lines 34a Through 34f

Include all ordinary and necessary farm expenses not deducted elsewhere on Schedule F, such as advertising, office supplies, etc. **Do not** include fines or penalties paid to a government for violating any law.

**Amortization.** You can amortize qualifying forestation and reforestation costs over 84 months. You can also amortize certain business startup costs over a period of at least 60 months. For details, see Pub. 535. For amortization that begins in 2000, you must complete and attach Form 4562.

**At-Risk Loss Deduction.** Any loss from this activity that was not allowed as a deduction last year because of the at-risk rules is treated as a deduction allocable to this activity in 2000.

**Bad Debts.** See the instructions for Schedule C, line 9, on page C-3.

**Business Use of Your Home.** You may be able to deduct certain expenses for business use of your home, subject to limitations. Use the worksheet in **Pub. 587** to figure your allowable deduction. **Do not** use Form 8829.

**Deduction for Clean-Fuel Vehicles and Clean-Fuel Vehicle Refueling Property.** You may deduct part of the cost of qualified clean-fuel vehicle property used in your business and qualified clean-fuel vehicle refueling property. See Pub. 535 for details.

**Legal and Professional Fees.** You can deduct on this line fees for tax advice related to your farm business and for preparation of the tax forms related to your farm business.

**Travel, Meals, and Entertainment.** Generally, you can deduct expenses for farm business travel and 50% of your business meals and entertainment. But there are exceptions and limitations. See the instructions for Schedule C, lines 24a through 24c, on page C-5.

**Preproductive Period Expenses.** If you had preproductive period expenses in 2000 and you decided to capitalize them, you **must** enter the total of these expenses in parentheses on line 34f and write "263A" in the space to the left of the total.

If you entered an amount in parentheses on line 34f because you have preproductive period expenses you are capitalizing, subtract the amount on line 34f from the total of lines 12 through 34e. Enter the result on line 35.

For details, see **Capitalizing Costs of Property** on page F-3 and Pub. 225.

## Line 36

If you have a loss, the amount of loss you can deduct this year may be limited. Go on to line 37 before entering your loss on line 36. If you answered "No" to Question E on Schedule F, also see the Instructions for Form 8582. Enter the net profit or **deductible** loss here and on Form 1040, line 18, and Schedule SE, line 1. Estates and trusts should enter the net profit or deductible loss here and on Form 1041, line 6. Partnerships should stop here and enter the profit or loss on this line and on Form 1065, line 5 (or Form 1065-B, line 7).

If you have a net profit on line 36, this amount is earned income and may qualify you for the earned income credit if you meet certain conditions. See the instructions for Form 1040, lines 60a and 60b, for details.

## Line 37

**At-Risk Rules.** Generally, if you have **(a)** a loss from a farming activity and **(b)** amounts in the activity for which you are **not at risk,** you will have to complete **Form 6198** to figure your allowable loss.

The at-risk rules generally limit the amount of loss (including loss on the disposition of assets) you can claim to the amount you could actually lose in the activity.

Check **box 37b** if you have amounts for which you are not at risk in this activity, such as the following.

● Nonrecourse loans used to finance the activity, to acquire property used in the activity, or to acquire the activity that are not secured by your own property (other than property used in the activity). However, there is an exception for certain nonrecourse financing borrowed by you in connection with holding real property.

● Cash, property, or borrowed amounts used in the activity (or contributed to the activity, or used to acquire the activity) that are protected against loss by a guarantee, stop-loss agreement, or other similar arrangement (excluding casualty insurance and insurance against tort liability).

● Amounts borrowed for use in the activity from a person who has an interest in the activity, other than as a creditor, or who is related under Internal Revenue Code section 465(b)(3) to a person (other than you) having such an interest.

If all amounts are at risk in this business, check **box 37a** and enter your loss on line 36. But if you answered "No" to Question E, you may need to complete Form 8582 to

figure your allowable loss to enter on line 36. See the Instructions for Form 8582.

If you checked **box 37b**, get Form 6198 to determine the amount of your deductible loss and enter that amount on line 36. But if you answered "No" to Question E, your loss may be further limited. See the Instructions for Form 8582. If your at-risk amount is zero or less, enter zero on line 36. Be sure to attach Form 6198 to your return. If you checked box 37b and you fail to attach Form 6198, the processing of your tax return may be delayed.

Any loss from this activity not allowed for 2000 because of the at-risk rules is treated as a deduction allocable to the activity in 2001.

For details, see Pub. 925. Also, see the Instructions for Form 6198.

# Part III. Farm Income—Accrual Method

If you use the accrual method, report farm income when you earn it, not when you receive it. Generally, you must include animals and crops in your inventory if you use this method. See Pub. 538 for exceptions, inventory methods, how to change methods of accounting, and for rules that require certain costs to be capitalized or included in inventory.

## Line 38

Enter the amount earned from the sale of livestock, produce, grains, and other products you raised.

## Lines 39a Through 41c

See the instructions for lines 5a through 7c beginning on page F-2.

## Lines 43 and 44

See the instructions for lines 9 and 10 on page F-3.

Department of the Treasury
**Internal Revenue Service**

# 2000 Instructions for Schedule R (Form 1040)

## Credit for the Elderly or the Disabled

Use Schedule R to figure the credit for the elderly or the disabled.
**Additional Information.** See **Pub. 524** for more details.

# Who Can Take the Credit

The credit is based on your filing status, age, and income. If you are married filing a joint return, it is also based on your spouse's age and income.

You may be able to take this credit if **either** of the following applies.

- You were **age 65 or older** at the end of 2000 **or**
- You were **under age 65** at the end of 2000 and you meet **all three** of the following.

**1.** You were **permanently and totally disabled** on the date you retired. If you retired before 1977, you must have been permanently and totally disabled on January 1, 1976, or January 1, 1977.

**2.** You received taxable disability income for 2000.

**3.** On January 1, 2000, you had not reached mandatory retirement age (the age when your employer's retirement program would have required you to retire).

For the definition of permanent and total disability, see **What Is Permanent and Total Disability?** on page R-2. Also, see the instructions for Part II.

## Married Persons Filing Separate Returns

If your filing status is married filing separately and you lived with your spouse at any time during 2000, you **cannot** take the credit.

## Nonresident Aliens

If you were a nonresident alien at any time during 2000, you may be able to take the credit only if your filing status is married filing a joint return.

## Income Limits

See the chart below.

## Want the IRS To Figure Your Credit?

If you can take the credit and you want us to figure it for you, check the box in Part I of Schedule R for your filing status and age. Fill in Part II and lines 11 and 13 of Part III if they apply to you. Then, enter "CFE" on the dotted line next to line 45 on Form 1040 and attach Schedule R to your return.

### Income Limits for the Credit for the Elderly or the Disabled

| IF you are . . . | THEN you generally cannot take the credit if: | |
|---|---|---|
| | The amount on Form 1040, line 34, is . . . | Or you received . . . |
| Single, head of household, or qualifying widow(er) | $17,500 or more | $5,000 or more of nontaxable social security or other nontaxable pensions |
| Married filing a joint return and only one spouse is eligible for the credit | $20,000 or more | $5,000 or more of nontaxable social security or other nontaxable pensions |
| Married filing a joint return and both spouses are eligible for the credit | $25,000 or more | $7,500 or more of nontaxable social security or other nontaxable pensions |
| Married filing a separate return and you lived apart from your spouse for all of 2000 | $12,500 or more | $3,750 or more of nontaxable social security or other nontaxable pensions |

R-1

Cat. No. 11357O

## What Is Permanent and Total Disability?

A person is **permanently and totally disabled** if **both 1** and **2** below apply.

**1.** He or she cannot engage in any substantial gainful activity because of a physical or mental condition and

**2.** A physician determines that the condition has lasted or can be expected to last continuously for at least a year or can lead to death.

Examples 1 and 2 on this page show situations in which the individuals are considered engaged in a substantial gainful activity. Example 3 shows a person who might not be considered engaged in a substantial gainful activity. In each example, the person was under age 65 at the end of the year.

**Example 1.** Sue retired on disability as a sales clerk. She now works as a full-time babysitter at the minimum wage. Although she does different work, Sue babysits on ordinary terms for the minimum wage. She cannot take the credit because she is engaged in a substantial gainful activity.

**Example 2.** Mary, the president of XYZ Corporation, retired on disability because of her terminal illness. On her doctor's advice, she works part time as a manager and is paid more than the minimum wage. Her employer sets her days and hours. Although Mary's illness is terminal and she works part time, the work is done at her employer's convenience. Mary is considered engaged in a substantial gainful activity and cannot take the credit.

**Example 3.** John, who retired on disability, took a job with a former employer on a trial basis. The purpose of the job was to see if John could do the work. The trial period lasted for some time during which John was paid at a rate equal to the minimum wage. But because of John's disability, he was given only light duties of a nonproductive, make-work nature. Unless the activity is both substantial and gainful, John is not engaged in a substantial gainful activity. The activity was gainful because John was paid at a rate at or above the minimum wage. However, the activity was not substantial because the duties were of a nonproductive, make-work nature. More facts are needed to determine if John is able to engage in a substantial gainful activity.

## Disability Income

Generally, disability income is the total amount you were paid under your employer's accident and health plan or pension plan that is included in your income as wages or payments instead of wages for the time you were absent from work because of permanent and total disability. However, any payment you received from a plan that does not provide for disability retirement is not disability income.

In figuring the credit, disability income **does not** include any amount you received from your employer's pension plan after you have reached mandatory retirement age.

For more details on disability income, see **Pub. 525.**

# Part II. Statement of Permanent and Total Disability

If you checked box 2, 4, 5, 6, or 9 in Part I and you did not file a physician's statement for 1983 or an earlier year, or you filed or got a statement for tax years after 1983 and your physician signed on line A of the statement, you must have your physician complete a statement certifying that:

● You were permanently and totally disabled on the date you retired or

● If you retired before 1977, you were permanently and totally disabled on January 1, 1976, or January 1, 1977.

You do not have to file this statement with your Form 1040. But you **must** keep it for your records. You may use the physician's statement on page R-4 for this purpose. Your physician should show on the statement if the disability has lasted or can be expected to last continuously for at least a year, or if there is no reasonable probability that the disabled condition will ever improve. If you file a joint return and you checked box 5 in Part I, you and your spouse must each get a statement.

If you filed a physician's statement for 1983 or an earlier year, or you filed or got a statement for tax years after 1983 and your physician signed on line B of the statement, you do not have to get another statement for 2000. But you must check the box on line 2 in Part II to certify **all three** of the following:

**1.** You filed or got a physician's statement in an earlier year.

**2.** You were permanently and totally disabled during 2000.

**3.** You were unable to engage in any substantial gainful activity during 2000 because of your physical or mental condition.

If you checked box 4, 5, or 6 in Part I, enter in the space above the box on line 2 in Part II the first name(s) of the spouse(s) for whom the box is checked.

If the Department of Veterans Affairs (VA) certifies that you are permanently and totally disabled, you can use **VA Form 21-0172** instead of the physician's statement. VA Form 21-0172 must be signed by a person authorized by the VA to do so. You can get this form from your local VA regional office.

# Part III. Figure Your Credit

## Line 11

If you checked box 2, 4, 5, 6, or 9 in Part I, use the following chart to complete line 11.

| IF you checked . . . | THEN enter on line 11. . . |
|---|---|
| Box 6 | The total of $5,000 plus the disability income you reported on Form 1040 for the spouse who was under age 65. |
| Box 2, 4, or 9 | The total amount of disability income you reported on Form 1040. |
| Box 5 | The total amount of disability income you reported on Form 1040 for both you and your spouse. |

**Example 1.** Bill, age 63, retired on permanent and total disability in 2000. He received $4,000 of taxable disability income that he reported on Form 1040, line 7. He filed a joint return with his wife who was age 67 in 2000. On line 11, Bill enters $9,000 ($5,000 plus the $4,000 of disability income reported on Form 1040).

**Example 2.** John checked box 2 in Part I and enters $5,000 on line 10. He received $3,000 of taxable disability income, which he enters on line 11. John also enters $3,000 on line 12 (the smaller of line 10 or line 11). The largest amount he can use to figure the credit is $3,000.

## Lines 13a Through 18

The amount on which you figure your credit may be reduced if you received certain types of nontaxable pensions and annuities. The amount may also be reduced if your adjusted gross income is over a certain amount, depending on which box you checked in Part I.

**Line 13a.** Enter any social security benefits (before deduction of Medicare premiums) you (and your spouse if filing a joint return) received for 2000 that are not taxable. Also, enter any tier 1 railroad retirement benefits treated as social security that are not taxable.

If any of your social security or equivalent railroad retirement benefits are taxable, the amount to enter on this line is generally the difference between the amounts entered on Form 1040, line 20a and line 20b.

**Note.** If your social security or equivalent railroad retirement benefits are reduced because of workers' compensation benefits, treat the workers' compensation benefits as social security benefits when completing Schedule R, line 13a.

**Line 13b.** Enter the total of the following types of income that you (and your spouse if filing a joint return) received for 2000.

● Veterans' pensions (but not military disability pensions).

● Any other pension, annuity, or disability benefit that is excluded from income under any provision of Federal law other than the Internal Revenue Code. **Do not** include amounts that are treated as a return of your cost of a pension or annuity.

Do not include on line 13b any pension, annuity, or similar allowance for personal injuries or sickness resulting from active service in the armed forces of any country, or in the National Oceanic and Atmospheric Administration or the Public Health Service. Also, do not include a disability annuity payable under section 808 of the Foreign Service Act of 1980.

## Line 20

Use the worksheet below to figure the credit you may take if **either 1** or **2** below apply.

**1.** The amount on line 20 is more than the amount on Form 1040, line 42, minus any amount on Form 1040, line 43, **or**

**2.** You are claiming the credit for child and dependent care expenses on Form 1040, line 44.

If **neither 1** nor **2** above apply to you, enter on Form 1040, line 45, the amount from Schedule R, line 20.

---

### Credit Limit Worksheet—Line 20

(keep for your records)

---

**1.** Enter the amount from Form 1040, line 42, minus any amount on Form 1040, line 43 . . . . . . . **1.** _____

**2.** Enter the amount, if any, from Form 1040, line 44 . . . . . . . **2.** _____

**3.** Subtract line 2 from line 1 . . . . . **3.** _____

**4.** Enter the credit you first figured on Schedule R, line 20 . . . . . . . **4.** _____

**5.** Enter the **smaller** of line 3 or line 4 here and on Form 1040, line 45. If line 3 is the smaller amount, also replace the amount on Schedule R, line 20, with that amount . . . . . . . . . . . **5.** _____

---

# Instructions for Physician's Statement

## Taxpayer

If you retired after 1976, enter the date you retired in the space provided on the statement below.

## Physician

A person is permanently and totally disabled if **both** of the following apply:

**1.** He or she cannot engage in any substantial gainful activity because of a physical or mental condition and

**2.** A physician determines that the disability has lasted or can be expected to last continuously for at least a year or can lead to death.

---

## Physician's Statement (keep for your records)

I certify that _____
                          Name of disabled person

was permanently and totally disabled on January 1, 1976, or January 1, 1977, **or** was permanently and totally disabled on the date he or she retired. If retired after 1976, enter the date retired. ▶ _____

**Physician:** Sign your name on **either** line A or B below.

**A** The disability has lasted or can be expected to last continuously for at least a year .  .  .  .
_____
Physician's signature                    Date

**B** There is no reasonable probability that the disabled condition will ever improve   .   .   .
_____
Physician's signature                    Date

Physician's name                         Physician's address



# 2000 Instructions for Schedule SE, Self-Employment Tax

Use Schedule SE (Form 1040) to figure the tax due on net earnings from self-employment. The Social Security Administration uses the information from Schedule SE to figure your benefits under the social security program. This tax applies no matter how old you are and even if you are already getting social security or Medicare benefits.

**Additional Information.** See **Pub. 533.**

# General Instructions

## A Change To Note

For 2000, the maximum amount of self-employment income subject to social security tax is $76,200.

## Who Must File Schedule SE

You must file Schedule SE if:

**1.** You were self-employed and your net earnings from self-employment from other than church employee income were $400 or more or

**2.** You had church employee income of $108.28 or more—see **Employees of Churches and Church Organizations** below.

## Who Must Pay Self-Employment (SE) Tax?

### Self-Employed Persons

You must pay SE tax if you had net earnings of $400 or more as a self-employed person. If you are in business for yourself or you are a farmer, you are self-employed.

You must also pay SE tax on your share of certain partnership income and your guaranteed payments. See **Partnership Income or Loss** on page SE-2.

### Employees of Churches and Church Organizations

If you had church employee income of $108.28 or more, you must pay SE tax. **Church employee income** is wages you received as an employee (other than as a minister or member of a religious order) from a church or qualified church-controlled organization that has a certificate in effect electing an exemption from employer social security and Medicare taxes.

### Ministers and Members of Religious Orders

In most cases, you must pay SE tax on salaries and other income for services you performed as a minister, a member of a religious order who has not taken a vow of poverty, or a Christian Science practitioner. But if you filed **Form 4361** and received IRS approval, you will be exempt from paying SE tax on those net earnings. If you had no other income subject to SE tax, write "Exempt–Form 4361" on line 52 of Form 1040. However, if you had other earnings of $400 or more subject to SE tax, see line A at the top of Long Schedule SE.

**Revocation of Election.** If you previously filed Form 4361 and received IRS approval, you can revoke that election to be exempt from SE tax. To do so, you must file **Form 2031.** See Form 2031 for details.

**Note.** Once you file Form 2031 to elect social security coverage on your earnings as a minister you cannot revoke that election.

If you must pay SE tax, include this income on line 2 of either Short or Long Schedule SE. But do not report it on line 5a of Long Schedule SE; it is not considered church employee income. Also, include on line 2:

● The rental value of a home or an allowance for a home furnished to you (including payments for utilities) and

● The value of meals and lodging provided to you, your spouse, and your dependents for your employer's convenience.

However, **do not** include on line 2:

● Retirement benefits you received from a church plan after retirement or

● The rental value of a home or an allowance for a home furnished to you (including payments for utilities) after retirement.

If you were a duly ordained minister who was an employee of a church and you must pay SE tax, the unreimbursed business expenses that you incurred as a church employee are allowed only as an itemized deduction for income tax purposes. Subtract the allowable amount from your SE earnings when figuring your SE tax.

If you were a U.S. citizen or resident alien serving outside the United States as a minister or member of a religious order and you must pay SE tax, you may not reduce your net earnings by the foreign housing exclusion or deduction.

See **Pub. 517** for details.

## Members of Certain Religious Sects

If you have conscientious objections to social security insurance because of your membership in and belief in the teachings of a religious sect recognized as being in existence at all times since December 31, 1950, and which has provided a reasonable level of living for its dependent members, you are exempt from SE tax if you received IRS approval by filing **Form 4029.** In this case, do not file Schedule SE. Instead, write "Exempt–Form 4029" on Form 1040, line 52. See Pub. 517 for details.

## U.S. Citizens Employed by Foreign Governments or International Organizations

You must pay SE tax on income you earned as a U.S. citizen employed by a foreign government (or, in certain cases, by a wholly owned instrumentality of a foreign government or an international organization under the International Organizations Immunities Act) for services performed in the United States, Puerto Rico, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands (CNMI), or the Virgin Islands. Report income from this employment on Schedule SE (Section A or B), line 2. If you performed services elsewhere as an employee of a foreign government or an international organization, those earnings are exempt from SE tax.

## U.S. Citizens or Resident Aliens Living Outside the United States

If you are a self-employed U.S. citizen or resident alien living outside the United States, in most cases you must pay SE tax. You may not reduce your foreign earnings from self-employment by your foreign earned income exclusion.

**Exception.** The United States has social security agreements with many countries to eliminate dual taxes under two social secu-

rity systems. Under these agreements, you must generally pay social security and Medicare taxes to only the country you live in.

The United States now has social security agreements with the following countries: Austria, Belgium, Canada, Finland, France, Germany, Greece, Ireland, Italy, Luxembourg, the Netherlands, Norway, Portugal, Spain, Sweden, Switzerland, and the United Kingdom. Additional agreements are expected in the future. For more information, contact:

> Social Security Administration
> Office of International Programs
> P.O. Box 17741
> Baltimore, MD 21235

## More Than One Business

If you were a farmer and had at least one other business or you had two or more businesses, your net earnings from self-employment are the combined net earnings from all of your businesses. If you had a loss in one business, it reduces the income from another. Figure the combined SE tax on one Schedule SE.

## Joint Returns

Show the name of the spouse with SE income on Schedule SE. If both spouses have SE income, each must file a separate Schedule SE. However, if one spouse qualifies to use Short Schedule SE and the other has to use Long Schedule SE, both can use the **same** form. One spouse should complete the front and the other the back.

Include the total profits or losses from all businesses on Form 1040, as appropriate. Enter the combined SE tax on Form 1040, line 52.

## Community Income

In most cases, if any of the income from a business (including farming) is community income, all of the income from that business is SE earnings of the spouse who carried on the business. The facts in each case will determine which spouse carried on the business. If you and your spouse are partners in a partnership, see **Partnership Income or Loss** below.

If you and your spouse had community income and file separate returns, attach Schedule SE to the return of the spouse with the SE income. Also, attach Schedule(s) C, C-EZ, or F.


Community income included on Schedule(s) C, C-EZ, or F must be divided for income tax purposes on the basis of the community property laws.

## Fiscal Year Filers

If your tax year is a fiscal year, use the tax rate and earnings base that apply at the time the fiscal year begins. Do not prorate the tax or earnings base for a fiscal year that overlaps the date of a rate or earnings base change.

# Specific Instructions

Read the chart on page 1 of Schedule SE to see if you can use **Section A,** Short Schedule SE, or if you must use **Section B,** Long Schedule SE. For either section, you need to know what to include as net earnings from self-employment. Read the following instructions to see what to include as net earnings and how to fill in lines 1 and 2 of either Short or Long Schedule SE. Enter all negative amounts in parentheses.

# Net Earnings From Self-Employment

## What Is Included in Net SE Earnings?

In most cases, net earnings include your net profit from a farm or nonfarm business. If you were a partner in a partnership, see the following instructions.

## Partnership Income or Loss

If you were a general or limited partner in a partnership, include on line 1 or line 2, whichever applies, the amount from line 15a of Schedule K-1 (Form 1065) or the amount identified as net earnings from self-employment in box 9 of Schedule K-1 (Form 1065-B). General partners should reduce this amount before entering it on Schedule SE by any section 179 expense deduction claimed, unreimbursed partnership expenses claimed, and depletion claimed on oil and gas properties. If you reduce the amount you enter on Schedule SE, attach an explanation.

If a partner died and the partnership continued, include in SE income the deceased's distributive share of the partnership's ordinary income or loss through the end of the month in which he or she died. See Internal Revenue Code section 1402(f).

If you were married and both you and your spouse were partners in a partnership, each of you must pay SE tax on your own share of the partnership income. Each of you must file a Schedule SE and report the partnership income or loss on **Schedule E** (Form 1040), Part II, for income tax purposes.

SE income belongs to the person who is the member of the partnership and cannot

be treated as SE income by the nonmember spouse even in community property states.

## Share Farming

You are considered self-employed if you produced crops or livestock on someone else's land for a share of the crops or livestock produced (or a share of the proceeds from the sale of them). This applies even if you paid another person (an agent) to do the actual work or management for you. Report your net earnings for income tax purposes on **Schedule F** (Form 1040) and for SE tax purposes on Schedule SE. See **Pub. 225** for details.

## Other Income and Losses Included in Net Earnings From Self-Employment

● Rental income from a farm if, as landlord, you materially participated in the production or management of the production of farm products on this land. This income is farm earnings. To determine whether you materially participated in farm management or production, do not consider the activities of any agent who acted for you. The material participation tests are explained in Pub. 225.

● Cash or a payment-in-kind from the Department of Agriculture for participating in a land diversion program.

● Payments for the use of rooms or other space when you also provided substantial services. Examples are hotel rooms, boarding houses, tourist camps or homes, parking lots, warehouses, and storage garages.

● Income from the retail sale of newspapers and magazines if you were age 18 or older and kept the profits.

● Amounts received by current or former self-employed insurance agents and salespersons that are:

**1.** Paid after retirement but figured as a percentage of commissions received from the paying company before retirement,

**2.** Renewal commissions, or

**3.** Deferred commissions paid after retirement for sales made before retirement.

However, certain termination payments received by former insurance salespersons are not included in net earnings from self-employment (as explained below).

● Income of certain crew members of fishing vessels with crews of normally fewer than 10 people. See **Pub. 595** for details.

● Fees as a state or local government employee if you were paid only on a fee basis and the job was not covered under a Federal-state social security coverage agreement.

● Interest received in the course of any trade or business, such as interest on notes or accounts receivable.

● Fees and other payments received by you for services as a director of a corporation.

● Recapture amounts under sections 179 and 280F that you included in gross income because the business use of the property dropped to 50% or less. Do not include amounts you recaptured on the disposition of property. See **Form 4797**.

● Fees you received as a professional fiduciary. This may also apply to fees paid to you as a nonprofessional fiduciary if the fees relate to active participation in the operation of the estate's business, or the management of an estate that required extensive management activities over a long period of time.

● Gain or loss from section 1256 contracts or related property by an options or commodities dealer in the normal course of dealing in or trading section 1256 contracts.

## Income and Losses Not Included in Net Earnings From Self-Employment

● Salaries, fees, etc., subject to social security or Medicare tax that you received for performing services as an employee, including services performed as a public official (except as a fee basis government employee as explained earlier under **Other Income and Losses Included in Net Earnings From Self-Employment**) or as an employee or employee representative under the railroad retirement system.

● Fees received for services performed as a notary public. If you have no other income subject to SE tax, write "Exempt-Notary" on Form 1040, line 52. However, if you have other earnings of $400 or more subject to SE tax, write "Exempt-Notary" and, in parentheses, the amount of your net profit as a notary public from Schedule C or Schedule C-EZ on the dotted line to the left of line 3, Schedule SE. Subtract that amount from the total of lines 1 and 2 and enter the result on line 3.

● Income you received as a retired partner under a written partnership plan that provides for lifelong periodic retirement payments if you had no other interest in the partnership and did not perform services for it during the year.

● Income from real estate rentals if you did not receive the income in the course of a trade or business as a real estate dealer. Report this income on Schedule E.

● Income from farm rentals (including rentals paid in crop shares) if, as landlord, you did not materially participate in the production or management of the production of farm products on the land. See Pub. 225 for details.

● Dividends on shares of stock and interest on bonds, notes, etc., if you did not receive the income in the course of your trade or business as a dealer in stocks or securities.

● Gain or loss from:

**1.** The sale or exchange of a capital asset;

**2.** The sale, exchange, involuntary conversion, or other disposition of property unless the property is stock in trade or other property that would be includible in inventory, or held primarily for sale to customers in the ordinary course of the business; or

**3.** Certain transactions in timber, coal, or domestic iron ore.

● Net operating losses from other years.

● Termination payments you received as a former insurance salesperson if **all** of the following conditions are met.

**1.** The payment was received from an insurance company because of services you performed as an insurance salesperson for the company.

**2.** The payment was received after termination of your agreement to perform services for the company.

**3.** You did not perform any services for the company after termination and before the end of the year in which you received the payment.

**4.** You entered into a covenant not to compete against the company for at least a 1-year period beginning on the date of termination.

**5.** The amount of the payment depended primarily on policies sold by or credited to your account during the last year of the agreement, or the extent to which those policies remain in force for some period after termination, or both.

**6.** The amount of the payment did not depend to any extent on length of service or overall earnings from services performed for the company (regardless of whether eligibility for the payment depended on length of service).

## Statutory Employee Income

If you were required to check the box on line 1 of Schedule C or C-EZ because you were a statutory employee, **do not** include the net profit or (loss) from line 31 of that Schedule C (or the net profit from line 3 of Schedule C-EZ) on line 2 of Short or Long Schedule SE. But if you file Long Schedule SE, be sure to include statutory employee social security wages and tips from Form W-2 on line 8a.

## Optional Methods

### How Can the Optional Methods Help You?

**Social Security Coverage.** The optional methods may give you credit toward your social security coverage even though you have a loss or a small amount of income from self-employment.

**Earned Income Credit.** Using the optional methods may qualify you to claim the earned income credit or give you a larger credit if your net SE earnings (determined without using the optional methods) are less than $1,600. Figure the earned income credit with and without using the optional methods to see if the optional methods will benefit you.

**Child and Dependent Care Credit.** The optional methods may also help you qualify for this credit or give you a larger credit if your net SE earnings (determined without using the optional methods) are less than $1,600. Figure this credit with and without using the optional methods to see if the optional methods will benefit you.

**Note.** Using the optional methods may give you the benefits described above but they may also increase your SE tax.

### Farm Optional Method

You may use this method to figure your net earnings from farm self-employment if your gross farm income was $2,400 or less **or** your net farm profits (defined below) were less than $1,733. There is no limit on how many years you can use this method.

Under this method, you report on line 15, Part II, two-thirds of your gross farm income, up to $1,600, as your net earnings. This method can increase or decrease your net SE farm earnings even if the farming business had a loss.

You may change the method after you file your return. That is, you can change from the regular to the optional method or from the optional to the regular method.

For a farm partnership, figure your share of gross income based on the partnership agreement. With guaranteed payments, your share of the partnership's gross income is your guaranteed payments plus your share of the gross income after it is reduced by all guaranteed payments made by the partnership. If you were a limited partner, include only guaranteed payments for services you actually rendered to or on behalf of the partnership.

**Net farm profits** is the total of the amounts from Schedule F (Form 1040), line 36, and Schedule K-1 (Form 1065), line 15a, from farm partnerships.

### Nonfarm Optional Method

You may be able to use this method to figure your net earnings from nonfarm self-employment if your nonfarm profits (defined below) were less than $1,733 and also less than 72.189% of your gross nonfarm income. To use this method, you also must

be regularly self-employed. You meet this requirement if your actual net earnings from self-employment were $400 or more in 2 of the 3 years preceding the year you use the nonfarm method. The net earnings of $400 or more could be from either farm or non-farm earnings or both. The net earnings include your distributive share of partnership income or loss subject to SE tax. Use of the nonfarm optional method from nonfarm self-employment is limited to 5 years. The 5 years do not have to be consecutive.

Under this method, you report on line 17, Part II, two-thirds of your gross nonfarm income, up to $1,600, as your net earnings. But **you may not report less than your actual net earnings** from nonfarm self-employment.

You may change the method after you file your return. That is, you can change from the regular to the optional method or from the optional to the regular method. To do so, file **Form 1040X.**

Figure your share of gross income from a nonfarm partnership in the same manner as a farm partnership. See **Farm Optional Method** on page SE-3 for details.

**Net nonfarm profits** is the total of the amounts from Schedule C (Form 1040), line 31 (or Schedule C-EZ (Form 1040), line 3), Schedule K-1 (Form 1065), line 15a (from other than farm partnerships), and Schedule K-1 (Form 1065-B), box 9.

## Using Both Optional Methods

If you can use both methods, you may report less than your total actual net earnings from farm and nonfarm self-employment, but you **cannot** report less than your actual net earnings from nonfarm self-employment alone.

If you use both methods to figure net earnings, you **cannot** report more than $1,600 of net SE earnings.

# 2000 Tax Rate Schedules



**CAUTION**

Use **only** if your taxable income (Form 1040, line 39) is $100,000 or more. If less, use the **Tax Table.** Even though you cannot use the Tax Rate Schedules below if your taxable income is less than $100,000, all levels of taxable income are shown so taxpayers can see the tax rate that applies to each level.

**Schedule X—**Use if your filing status is **Single**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | | of the amount over– |
|---|---|---|---|---|
| $0 | $26,250 | ......... | 15% | $0 |
| 26,250 | 63,550 | $3,937.50 + | 28% | 26,250 |
| 63,550 | 132,600 | 14,381.50 + | 31% | 63,550 |
| 132,600 | 288,350 | 35,787.00 + | 36% | 132,600 |
| 288,350 | .......... | 91,857.00 + | 39.6% | 288,350 |

**Schedule Y-1—**Use if your filing status is **Married filing jointly** or **Qualifying widow(er)**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | | of the amount over– |
|---|---|---|---|---|
| $0 | $43,850 | ......... | 15% | $0 |
| 43,850 | 105,950 | $6,577.50 + | 28% | 43,850 |
| 105,950 | 161,450 | 23,965.50 + | 31% | 105,950 |
| 161,450 | 288,350 | 41,170.50 + | 36% | 161,450 |
| 288,350 | .......... | 86,854.50 + | 39.6% | 288,350 |

**Schedule Y-2—**Use if your filing status is **Married filing separately**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | | of the amount over– |
|---|---|---|---|---|
| $0 | $21,925 | ......... | 15% | $0 |
| 21,925 | 52,975 | $3,288.75 + | 28% | 21,925 |
| 52,975 | 80,725 | 11,982.75 + | 31% | 52,975 |
| 80,725 | 144,175 | 20,585.25 + | 36% | 80,725 |
| 144,175 | .......... | 43,427.25 + | 39.6% | 144,175 |

**Schedule Z—**Use if your filing status is **Head of household**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | | of the amount over– |
|---|---|---|---|---|
| $0 | $35,150 | ......... | 15% | $0 |
| 35,150 | 90,800 | $5,272.50 + | 28% | 35,150 |
| 90,800 | 147,050 | 20,854.50 + | 31% | 90,800 |
| 147,050 | 288,350 | 38,292.00 + | 36% | 147,050 |
| 288,350 | .......... | 89,160.00 + | 39.6% | 288,350 |

## Major Categories of Federal Income and Outlays for Fiscal Year 1999

**Income and Outlays.** These pie charts show the relative sizes of the major categories of Federal income and outlays for fiscal year 1999.



### Income

Social security, Medicare, and unemployment and other retirement taxes 34%

Personal income taxes 48%

Corporate income taxes 10%

Excise, customs, estate, gift, and miscellaneous taxes 8%

### Outlays

Law enforcement and general government 2%

Surplus to pay down the debt 7%

Social security, Medicare, and other retirement [1] 35%

Social programs [4] 17%

Physical, human, and community development [3] 9%

Net interest on the debt 12%

National defense, veterans, and foreign affairs [2] 18%

On or before the first Monday in February of each year, the President is required by law to submit to the Congress a budget proposal for the fiscal year that begins the following October. The budget plan sets forth the President's proposed receipts, spending, and the surplus or deficit for the Federal Government. The plan includes recommendations for new legislation as well as recommendations to change, eliminate, and add programs. After receiving the President's proposal, the Congress reviews it and makes changes. It first passes a budget resolution setting its own targets for receipts, outlays, and the surplus or deficit. Next, individual spending and revenue bills that are consistent with the goals of the budget resolution are enacted.

In fiscal year 1999 (which began on October 1, 1998, and ended on September 30, 1999), Federal income was $1,827 billion and outlays were $1,703 billion, leaving a surplus of $124 billion.

### Footnotes for Certain Federal Outlays

**1. Social security, Medicare, and other retirement:** These programs provide income support for the retired and disabled and medical care for the elderly.

**2. National defense, veterans, and foreign affairs:** About 15% of outlays were to equip, modernize, and pay our armed forces and to fund other national defense activities; about 2% were for veterans benefits and services; and about 1% were for international activities, including military and economic assistance to foreign countries and the maintenance of U.S. embassies abroad.

**3. Physical, human, and community development:** These outlays were for agriculture; natural resources; environment; transportation; aid for elementary and secondary education and direct assistance to college students; job training; deposit insurance, commerce and housing credit, and community development; and space, energy, and general science programs.

**4. Social programs:** About 12% of total outlays were for Medicaid, food stamps, temporary assistance for needy families, supplemental security income, and related programs; and 6% for health research and public health programs, unemployment compensation, assisted housing, and social services.

**Note.** Detail may not add to totals due to rounding. The percentages on this page exclude undistributed offsetting receipts, which were -$40 billion in fiscal year 1999. In the budget, these receipts are offset against spending in figuring the outlay totals shown above. These receipts are for the U.S. Government's share of its employee retirement programs, rents and royalties on the Outer Continental Shelf, and proceeds from the sale of assets.

# Index to Instructions

**A**

| | |
|---|---|
| Address Change | **19 and 53** |
| Addresses of Internal Revenue Service Centers | **Back Cover** |
| Adjusted Gross Income | **27–30** |
| Adoption Expenses— | |
| Credit for | 38 |
| Employer-Provided Benefits for | 21 |
| Advance Earned Income Credit Payments | 38 |
| After School Child Care Expenses | 35 |
| Alimony Paid | 30 |
| Alimony Received | 22 |
| Alternative Minimum Tax | **33–34** |
| Amended Return | 54 |
| Amount You Owe | 51 |
| Annuities | **23–25** |
| At-Risk Rules | **C-6\*, E-3\*, and F-6\*** |
| Attachments to the Return | 52 |

**B**

| | |
|---|---|
| Blindness—Proof of | **30–31** |
| Business Income and Expenses (Schedule C) | **C-1\*** |
| Business Use of Home | **A-5\*, C-5\*, and F-6\*** |

**C**

| | |
|---|---|
| Capital Gains and Losses (Schedule D) | **D-1\*** |
| Capital Gain Distributions | **21, 23, and D-1\*** |
| Capital Gain Tax Worksheet | 33 |
| Casualty and Theft Losses | **A-5\*** |
| Charity—Gifts to | **A-4\*** |
| Child and Dependent Care Expenses— | |
| Credit for | 35 |
| Child Tax Credits | **20, 36–37, and 50** |
| Children of Divorced or Separated Parents—Exemption for | 20 |
| Community Property States | 21 |
| Contributions To Reduce the Public Debt | 53 |
| Corrective Distributions | 21 |
| Customer Service Standards | 6 |

**D**

| | |
|---|---|
| Day-Care Center Expenses | 35 |
| Death of a Taxpayer | 54 |
| Debt, Gift To Reduce the Public | 53 |
| Dependent Care Benefits | 21 |
| Dependents— | |
| Exemptions for | 20 |
| Standard Deduction | 31 |
| Who Can Be Claimed as | 20 |
| Direct Deposit of Refund | **50–51** |
| Disclosure, Privacy Act, and Paperwork Reduction Act Notice | 56 |
| Dividends— | |
| Nominee | **B-2\*** |
| Other Distributions | **21–22** |
| Divorced or Separated Parents—Children of | 20 |
| Dual-Status Aliens | 15 |

**E**

| | |
|---|---|
| Earned Income Credit (EIC) | **14 and 40–49** |
| Nontaxable Earned Income | 42 |
| Education— | |
| Credits | **35 and A-5\*** |
| Expenses | **27–29, 35, and A-5\*** |
| Recapture of Education Credits | 32 |
| Elderly Persons— | |
| Expenses for Care of | 35 |
| Credit for | 35 |
| Standard Deduction | 31 |
| Electronic Filing (e-file) | **3 and 54–55** |
| Employee Business Expenses | **A-5\*** |
| Estates and Trusts | **A-3\*** |
| Estimated Tax | **39, 51, 52, and 53** |
| Excess Salary Deferrals | 21 |
| Excess Social Security and RRTA Tax Withheld | 50 |
| Exemptions | **19–20** |
| Extension of Time To File | **15 and 50** |

**F**

| | |
|---|---|
| Farm Income and Expenses (Schedule F) | **F-1\*** |
| Farm Income Averaging (Schedule J) | **J-1\*** |
| Filing Requirements | **15–16** |
| Filing Status | 19 |
| Foreign Accounts and Trusts | **B-2\*** |

| | |
|---|---|
| Foreign-Source Income | **20–21** |
| Foreign Tax Credit | **34–35** |
| Form W-2 | 21 |
| Forms W-2, 1098, and 1099, Where To Report Certain Items From | **17–18** |
| Forms, How To Get | 7 |

**G**

| | |
|---|---|
| Gambling | **26 and A-6\*** |
| Gifts to Charity | **A-4\*** |
| Golden Parachute Payments | 39 |
| Group-Term Life Insurance, Uncollected Tax on | 39 |

**H**

| | |
|---|---|
| Head of Household | 19 |
| Health Insurance Deduction— | |
| Self-Employed | **29 and 30** |
| Help With Unresolved Tax Issues | 6 |
| Home, Sale of | **D-2\*** |
| Household Employment Taxes | 38 |

**I**

| | |
|---|---|
| Income | **20–27** |
| Income Tax Withholding (Federal) | **39 and 53** |
| Individual Retirement Arrangements (IRAs)— | |
| Contributions to (line 23) | **14 and 27** |
| Distributions from (lines 15a and 15b) | 23 |
| Nondeductible Contributions to | **23 and 27** |
| Injured Spouse Claim | 50 |
| Innocent Spouse Relief | 53 |
| Installment Payments | **13 and 51** |
| Interest— | |
| Late Payment of Tax | 55 |
| Penalty on Early Withdrawal of Savings | 30 |
| Interest Income— | |
| Exclusion of Savings Bond Interest | **B-1\*** |
| Nominee | **B-1\*** |
| Taxable | **21 and B-1\*** |
| Tax-Exempt | **21 and B-1\*** |
| Interest You Paid | **A-3\*** |
| Itemized Deductions or Standard Deduction | **31–32** |

**L**

| | |
|---|---|
| Line Instructions for Form 1040 | **19–52** |
| Long-Term Care Insurance | **29 and A-1\*** |
| Lump-Sum Distributions | 25 |

**M**

| | |
|---|---|
| Medical and Dental Expenses | **A-1\*** |
| Medical Savings Accounts (MSAs) | 29 |
| Mileage Rates, Standard | **14, A-1\*, A-4\*, and C-3\*** |
| Miscellaneous Itemized Deductions | **A-5\* and A-6\*** |
| Mortgage Interest Credit | **38 and A-3\*** |
| Moving Expenses | 29 |

**N**

| | |
|---|---|
| Name Change | **19 and 53** |
| National Debt, Gift To Reduce the | 53 |
| Nonresident Alien | **15 and 19** |

**O**

| | |
|---|---|
| Order Blank for Forms and Publications | 57 |
| Original Issue Discount (OID) | **B-1\*** |
| Other Income | **25–27** |
| Other Taxes | **38–39** |

**P**

| | |
|---|---|
| Paid Preparer Authorization | 52 |
| Partnerships | **E-5\*** |
| Partnership Expenses, Unreimbursed | **E-5\*** |
| Passive Activity— | |
| Losses | **C-2\*, E-4\*, and F-2\*** |
| Material Participation | **C-2\* and F-2\*** |
| Payments | **39–50** |
| Penalty— | |
| Early Withdrawal of Savings | 30 |
| Estimated Tax | 52 |
| Frivolous Return | 55 |
| Late Filing | 55 |
| Late Payment | 55 |
| Other | 55 |

| | |
|---|---|
| Pensions and Annuities | **23–25** |
| Preparer—Tax Return | 52 |
| Presidential Election $3 Check-Off | 19 |
| Private Delivery Services | 18 |
| Public Debt, Gift To Reduce the | 53 |
| Publications, How To Get | 7 |

**Q**

| | |
|---|---|
| Qualified Retirement Plans—Deduction for | 30 |
| Qualified State Tuition Program Earnings | **17 and 26** |

**R**

| | |
|---|---|
| Railroad Retirement Benefits— | |
| Treated as a Pension | 23 |
| Treated as Social Security | 25 |
| Records—How Long To Keep | **53–54** |
| Refund | **50–51** |
| Refund Information | 11 |
| Refund Offset | 50 |
| Refunds, Credits, or Offsets of State and Local Income Taxes | 22 |
| Rental Income and Expenses (Schedule E) | **E-1\*** |
| Retirement Plan Deduction—Self-Employed | 30 |
| Rights of Taxpayers | 6 |
| Rollovers | **23 and 25** |
| Roth IRAs | 23 |
| Rounding Off to Whole Dollars | 19 |
| Royalties | **E-1\*** |

**S**

| | |
|---|---|
| Sale of Home | **D-2\*** |
| Schedules, Instructions for | **A-1\*** |
| Scholarship and Fellowship Grants | 21 |
| S Corporations | **E-5\*** |
| Self-Employment Tax— | |
| Income Subject to | **SE-2\*** |
| Deduction for One-Half of | 29 |
| Signing Your Return | 52 |
| Social Security and Equivalent Railroad Retirement Benefits | 25 |
| Social Security Number | **19 and 53** |
| Standard Deduction or Itemized Deductions | **31–32** |
| State and Local Income Taxes—Taxable Refunds, Credits, or Offsets of | 22 |
| Statutory Employees | **21, C-2\*, and C-6\*** |
| Student Loan Interest Deduction | **14 and 27–29** |

**T**

| | |
|---|---|
| Tax and Credits | **30–38** |
| Figured by the IRS | 32 |
| Other Taxes— | |
| Alternative Minimum Tax | **33–34** |
| Lump-Sum Distributions | 25 |
| IRAs, Other Retirement Plans, and MSAs | 38 |
| Recapture | **38–39** |
| Section 72(m)(5) | 39 |
| Self-Employment Tax | **SE-1\*** |
| Tax Rate Schedules | 71 |
| Tax Table | **59–70** |
| Taxes You Paid | **A-2\*** |
| Taxpayer Advocate, Office of | 6 |
| Telephone Assistance— | |
| Federal Tax Information | **11–13** |
| TeleTax Information | **11–12** |
| Tip Income | **21 and 38** |
| Tips Reported to Employer, Uncollected Tax on | 39 |
| Trusts—Foreign | **B-2\*** |

**U**

| | |
|---|---|
| Unemployment Compensation | 25 |
| U.S. Citizens and Resident Aliens Living Abroad | **15 and 20** |

**W**

| | |
|---|---|
| What if You Cannot Pay? | **13 and 51** |
| When Should You File? | 15 |
| Where Do You File? | **15 and Back Cover** |
| Who Must File | **15–16** |
| Who Should File | 15 |
| Widows and Widowers, Qualifying | 19 |
| Winnings—Prizes, Gambling, and Lotteries (Other Income) | **25–27** |
| Withholding—Federal Income Tax | **39 and 53** |

* These items may not be included in this package. To reduce printing costs, we have sent you only the forms you may need based on what you filed last year.

 ## Where Do You File?

If an envelope addressed to "Internal Revenue Service Center" came with this booklet, please use it. If you do not have one or if you moved during the year, mail your return to the **Internal Revenue Service Center** shown that applies to you.

 Envelopes without enough postage will be returned to you by the post office. Your envelope may need additional postage if it contains more than five pages or is oversized (for example, it is over ¼" thick). Also, include your complete return address.

| IF you live in... | THEN use this address if you: | |
|---|---|---|
| | Are not enclosing a check or money order... | Are enclosing a check or money order... |
| Florida, Georgia, South Carolina, West Virginia | Internal Revenue Service Center Atlanta, GA 39901-0002 | Internal Revenue Service Center Atlanta, GA 39901-0102 |
| Delaware, New Jersey, New York *(New York City and counties of Nassau, Rockland, Suffolk, and Westchester)* | Internal Revenue Service Center Holtsville, NY 00501-0002 | Internal Revenue Service Center Holtsville, NY 00501-0102 |
| New York *(all other counties)*, Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont | Internal Revenue Service Center Andover, MA 05501-0002 | Internal Revenue Service Center Andover, MA 05501-0102 |
| Illinois, Iowa, Kansas, Minnesota, Missouri, Oregon, Wisconsin | Internal Revenue Service Center Kansas City, MO 64999-0002 | Internal Revenue Service Center Kansas City, MO 64999-0102 |
| District of Columbia, Indiana, Maryland, Pennsylvania, Virginia | Internal Revenue Service Center Philadelphia, PA 19255-0002 | Internal Revenue Service Center Philadelphia, PA 19255-0102 |
| Michigan, Ohio | Internal Revenue Service Center Cincinnati, OH 45999-0002 | Internal Revenue Service Center Cincinnati, OH 45999-0102 |
| Colorado, Idaho, Montana, New Mexico, Oklahoma, Texas, Wyoming | Internal Revenue Service Center Austin, TX 73301-0002 | Internal Revenue Service Center Austin, TX 73301-0102 |
| Arizona, California *(counties of Alpine, Amador, Butte, Calaveras, Colusa, Contra Costa, Del Norte, El Dorado, Glenn, Humboldt, Lake, Lassen, Marin, Mendocino, Modoc, Napa, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sonoma, Sutter, Tehama, Trinity, Yolo, and Yuba)*, Nevada, North Dakota, South Dakota, Utah, Washington | Internal Revenue Service Center Ogden, UT 84201-0002 | Internal Revenue Service Center Ogden, UT 84201-0102 |
| California *(all other counties)*, Alaska, Hawaii | Internal Revenue Service Center Fresno, CA 93888-0002 | Internal Revenue Service Center Fresno, CA 93888-0102 |
| Alabama, Arkansas, Kentucky, Louisiana, Mississippi, Nebraska, North Carolina, Tennessee | Internal Revenue Service Center Memphis, TN 37501-0002 | Internal Revenue Service Center Memphis, TN 37501-0102 |
| All APO and FPO addresses, American Samoa, nonpermanent residents of Guam or the Virgin Islands*, Puerto Rico *(or if excluding income under Internal Revenue Code section 933)*, a foreign country: U.S. citizens and those filing Form 2555, 2555-EZ, or 4563 | Internal Revenue Service Center Philadelphia, PA 19255-0215 USA | Internal Revenue Service Center Philadelphia, PA 19255-0215 USA |

* Permanent residents of Guam should use: Department of Revenue and Taxation, Government of Guam, P.O. Box 23607, GMF, GU 96921; permanent residents of the Virgin Islands should use: V.I. Bureau of Internal Revenue, 9601 Estate Thomas, Charlotte Amalie, St. Thomas, VI 00802.

## What's Inside?

Instructions for Form 1040
Index (inside back cover)
When to file (page 15)
What's new for 2000 (page 14)
Commissioner's message (page 2)
How to comment on forms (page 56)
How to avoid common mistakes (page 53)

Help with unresolved tax issues (page 6)
Free tax help (pages 7 and 55)
How to get forms and publications (page 7)
Tax table (page 59)
How to make a gift to reduce the public debt (page 53)





Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

# **2001** 1040

## Instructions

Including Instructions for Schedules A, B, C, D, E, F, J, and SE



# TaxpayerNews

## So Easy, No Wonder 40 Million People Use It.



## Delete the Paperwork. Hit SEND

For details, see page 3 or go to **www.irs.gov**.

### Tax Rates Reduced!

Most of the tax rates have been reduced. Some people may also be able to claim the rate reduction credit. See page 14.

### More Student Loan Interest Deductible!

You may be able to deduct up to $2,500. See page 14.

### Larger Child Tax Credits!

You may be able to claim credits of up to $600 for each child under 17. Also, more people may now claim the additional child tax credit. See page 14.

### You May Choose Someone Else To Deal Directly With the IRS!

You can now check a box on your return and provide certain identifying information if you want to allow another person to resolve certain issues with the IRS. See page 14.

*The Internal Revenue Service* ● *Working to put service first*

Cat. No. 11325E

## A Message From the Commissioner

Dear Taxpayer:

We know that preparing your tax return is not always an easy task. We at the IRS are working as hard as we can, within the limits of the law, to make filing simpler and easier for you.

Here are some of the things we have done that may help you file and pay your taxes more easily.

- If you have capital gains, we have made the tax computation on Schedule D easier for most taxpayers by removing 14 lines.

- You can designate another person (such as your preparer, relative, or friend) to discuss your return with the IRS to resolve questions that may arise in processing your return. Just fill out the Third Party Designee section on your return.

- If you have questions about how to fill out your return, you can get many of the answers 24 hours a day from our Frequently Asked Questions section on our popular web site at www.irs.gov/tax_edu/faq/index.html.

- If you need a form, you can download it directly from the IRS Web Site at www.irs.gov.

- In most cases, you can now file your return and pay your taxes electronically without any paper forms required. Just visit our web site and it will provide you a choice of many web sites on which you can prepare your return and file it with the IRS. You can use a credit or debit card to pay any balance due. Last year, over 40 million people filed electronically—and got the benefits of much faster refunds, much less chance of receiving an error notice from the IRS, and positive confirmation that their returns were received.

- If you cannot file by April 15 and need an extension to file, you can get one automatically by telephone by calling 1-888-796-1074. Remember, even if you get an extension, you still have to pay any taxes due by April 15 and you can do this by phone as well.

We know there is a lot more for us to do to serve you better and we plan many more improvements in the future. If you have specific suggestions how we can make it easier for you to file and pay your taxes, please e-mail them to us through the IRS Web Site at www.irs.gov/help/email2.html.

Sincerely,

*Charles O. Rossotti*

Charles O. Rossotti

## The IRS Mission

Provide America's taxpayers top quality service by helping them understand and meet their tax responsibilities and by applying the tax law with integrity and fairness to all.



## So Easy, No Wonder 40 Million People Love It.

- **Accuracy!** Your chance of getting an error notice from the IRS is significantly reduced.

- **Security!** Your privacy and security are assured.

- **Electronic Signatures!** Create your own Personal Identification Number (PIN) and file a completely paperless return through your tax preparation software or tax professional. There is nothing to mail!

- **Proof of Acceptance!** You receive an electronic acknowledgement within 48 hours that the IRS has accepted your return for processing.

- **Fast Refunds!** You get your refund in half the time, even faster and safer with Direct Deposit—in as few as 10 days.

- **FREE/Low-Cost Filing!** Check out the IRS Web Site at www.irs.gov for IRS *e-file* partners offering free or low-cost filing options to taxpayers who qualify.

- **Electronic Payment Options!** Convenient, safe, and secure electronic payment options are available. *e-file* and pay in a single step. Schedule an electronic funds withdrawal from your bank account (up to and including April 15, 2002) or pay by credit card.

- **Federal/State *e-file!*** Prepare and file your Federal and state returns together and double the benefits you get from *e-file*.

**Get all the details on page 55 or
check out the IRS Web Site at www.irs.gov.**



Delete the Paperwork. Hit 

# Tax Return Page Reference

*Questions about what to put on a line? Help is on the page number in the circle.*

Form **1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** 2001 (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2001, or other tax year beginning , 2001, ending , 20

**Label**
(See instructions on page 19.)

Use the IRS label. Otherwise, please print or type.

| L A B E L | Your first name and initial | Last name | Your social security number (19) |
| H E R E | If a joint return, spouse's first name and initial | Last name | Spouse's social security number (19) |

OMB No. 1545-0074

FOR REFERENCE ONLY—DO NOT FILE

Home address (number and street). If you have a P.O. box, see page 19. | Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19.

▲ **Important!** ▲
You **must** enter your SSN(s) above.

**Presidential Election Campaign** (See page 19.) (19)

**Note.** Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶

You: ☐ Yes ☐ No   Spouse: ☐ Yes ☐ No

**Filing Status**

Check only one box. (19)

1 ☐ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ ). (See page 19.)

**Exemptions** (19)

6a ☐ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a . . . . . . . . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . .

No. of boxes checked on 6a and 6b

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 20) |
|---|---|---|---|

If more than six dependents, see page 20. (20)

(20) (20)

No. of your children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 20) (20)

Dependents on 6c not entered above

Add numbers entered on lines above ▶

d Total number of exemptions claimed . . . . . . . . . . . . . . . . .

**Income** (53)

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21. (21)

Enclose, but do not attach, any payment. Also, please use Form 1040-V (52)

7 Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . | 7 | (21)
8a Taxable interest. Attach Schedule B if required . . . . . . . | 8a | (21)
b Tax-exempt interest. **Do not** include on line 8a . . | 8b | (21) (8-1)
9 Ordinary dividends. Attach Schedule B if required . . . . . . | 9 | (21)
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 | (22)
11 Alimony received . . . . . . . . . . . . . . . . . . . . | 11 | (23)
12 Business income or (loss). Attach Schedule C or C-EZ . . . . | 12 | (23)
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | (23)
14 Other gains or (losses). Attach Form 4797 . . . . . . . . | 14 | (23)
15a Total IRA distributions | 15a | (23) b Taxable amount (see page 23) | 15b | (23)
16a Total pensions and annuities | 16a | (23) b Taxable amount (see page 23) | 16b | (23)
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
18 Farm income or (loss). Attach Schedule F . . . . . . . . | 18 |
19 Unemployment compensation . . . . . . . . . . . . . | 19 | (25)
20a Social security benefits | 20a | (25) b Taxable amount (see page 25) | 20b | (25) (27)
21 Other income. List type and amount (see page 27) . . . . . . | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 |

**Adjusted Gross Income**

23 IRA deduction (see page 27) . . . . . . | 23 | (27)
24 Student loan interest deduction (see page 28) . . | 24 | (28)
25 Archer MSA deduction. Attach Form 8853 . . | 25 | (29)
26 Moving expenses. Attach Form 3903 . . . | 26 | (29)
27 One-half of self-employment tax. Attach Schedule SE . | 27 | (30)
28 Self-employed health insurance deduction (see page 30) | 28 | (30)
29 Self-employed SEP, SIMPLE, and qualified plans . | 29 | (30)
30 Penalty on early withdrawal of savings . . . | 30 | (30)
31a Alimony paid b Recipient's SSN ▶ | 31a | (30)
32 Add lines 23 through 31a . . . . . . . . . . . . . . . . | 32 | (30)
33 Subtract line 32 from line 22. This is your **adjusted gross income** . . . ▶ | 33 | (31)

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 72. Cat. No. 11320B Form **1040** (2001)

## Tax Return Page Reference

*Questions about what to put on a line? Help is on the page number in the circle.*

Form 1040 (2001)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page **2**

**(31)**

| | | |
|---|---|---|
| **Tax and Credits** | 34 Amount from line 33 (adjusted gross income) | 34 |
| | 35a Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | **(31)** |
| **Standard Deduction for—** | b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here . . ▶ 35b ☐ | **(31)** |
| ● People who checked any box on line 35a or 35b **or** who can be claimed as a dependent, see page 31. | 36 **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 36 **(31)** |
| | 37 Subtract line 36 from line 34 | 37 |
| | 38 If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet on page 32 | 38 **(32)** |
| ● All others: Single, $4,550 | 39 **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 |
| Head of household, $6,650 | 40 **Tax** (see page 33). Check if any tax is from **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | 40 **(33)** |
| Married filing jointly or Qualifying widow(er), $7,600 | 41 **Alternative minimum tax** (see page 34). Attach Form 6251 | 41 |
| | 42 Add lines 40 and 41 ▶ | 42 **(34)** |
| Married filing separately, $3,800 | 43 Foreign tax credit. Attach Form 1116 if required . . . | 43 **(34)** |
| | 44 Credit for child and dependent care expenses. Attach Form 2441 | 44 **(35)** |
| **(31)** | 45 Credit for the elderly or the disabled. Attach Schedule R . | 45 **(35)** |
| | 46 Education credits. Attach Form 8863 | 46 **(36)** |
| | 47 Rate reduction credit. See the worksheet on page 36 | 47 **(NEW) (36)** |
| | 48 Child tax credit (see page 37) | 48 **(37)** |
| | 49 Adoption credit. Attach Form 8839 | 49 **(39)** |
| | 50 Other credits from: **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form (specify) | 50 **(39)** |
| | 51 Add lines 43 through 50. These are your **total credits** | 51 **(39)** |
| | 52 Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- | 52 |

| | | |
|---|---|---|
| **Other Taxes** | 53 Self-employment tax. Attach Schedule SE | 53 |
| | 54 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 **(39)** |
| | 55 Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 55 **(39)** |
| | 56 Advance earned income credit payments from Form(s) W-2 | 56 **(39)** |
| | 57 Household employment taxes. Attach Schedule H | 57 **(39)** |
| | 58 Add lines 52 through 57. This is your **total tax** ▶ | 58 **(39)** |

| | | |
|---|---|---|
| **Payments** | 59 Federal income tax withheld from Forms W-2 and 1099 . | 59 **(40)** |
| | 60 2001 estimated tax payments and amount applied from 2000 return | 60 **(40)** |
| If you have a qualifying child, attach Schedule EIC. | 61a Earned income credit (EIC) . . . . . . . . | 61a **(41)** |
| | b Nontaxable earned income . . 61b **(43)** | |
| | 62 Excess social security and RRTA tax withheld (see page 51) | 62 **(51)** |
| | 63 Additional child tax credit. Attach Form 8812 | 63 **(51)** |
| | 64 Amount paid with request for extension to file (see page 51) | 64 **(51)** |
| | 65 Other payments. Check if from **a** ☐ Form 2439 **b** ☐ Form 4136 | 65 **(51)** |
| | 66 Add lines 59, 60, 61a, and 62 through 65. These are your **total payments** ▶ | 66 |

| | | |
|---|---|---|
| **Refund** | 67 If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you **overpaid** | 67 **(51)** |
| Direct deposit? See page 51 and fill in 68b, 68c, and 68d. | 68a Amount of line 67 you want **refunded to you** ▶ | 68a **(51)** |
| | ▶ b Routing number ▶ c Type: ☐ Checking ☐ Savings | |
| | ▶ d Account number | |
| | 69 Amount of line 67 you want **applied to your 2002 estimated tax** ▶ 69 | |
| **Amount You Owe** | 70 **Amount you owe.** Subtract line 66 from line 58. For details on how to pay, see page 52 ▶ | 70 **(52)** |
| | 71 Estimated tax penalty. Also include on line 70 . . 71 **(52)** | |

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 53)? ☐ **Yes.** Complete the following. ☐ **No** Designee's **(NEW) (53)** name　Phone no. (　)　Personal identification number (PIN) |

| | |
|---|---|
| **Sign Here** Joint return? See page 19. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
| | Your signature **(53)**　Date　Your occupation　Daytime phone number (　) **(53)** |
| | Spouse's signature. If a joint return, **both** must sign.　Date　Spouse's occupation |

| | |
|---|---|
| **Paid Preparer's Use Only** | Preparer's signature **(53)**　Date　Check if self-employed ☐　Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶　EIN　Phone no. (　) |

- 5 -

Form **1040** (2001)

# IRS Customer Service Standards

At the IRS, our goal is to continually improve the quality of our services. To achieve that goal, we have developed customer service standards in the following areas:

- **Easier filing and payment options**
- **Access to information**
- **Accuracy**

- **Prompt refunds**
- **Initial contact resolution**
- **Canceling penalties**
- **Resolving problems**
- **Simpler forms**

If you would like information about the IRS standards and a report of our accomplishments, see **Pub. 2183.**

# Help With Unresolved Tax Issues

## Office of the Taxpayer Advocate

### Contacting Your Taxpayer Advocate

If you have attempted to deal with an IRS problem unsuccessfully, you should contact your Taxpayer Advocate.

The Taxpayer Advocate independently represents your interests and concerns within the IRS by protecting your rights and resolving problems that have not been fixed through normal channels.

While Taxpayer Advocates cannot change the tax law or make a technical tax decision, they can clear up problems that resulted from previous contacts and ensure that your case is given a complete and impartial review.

### Handling Your Tax Problems

Your assigned personal advocate will listen to your point of view and will work with you to address your concerns. You can expect the advocate to provide you with:

- A "fresh look" at your new or on-going problem
- Timely acknowledgment
- The name and phone number of the individual assigned to your case
- Updates on progress
- Timeframes for action
- Speedy resolution
- Courteous service

### Information You Should Be Prepared To Provide

- Your name, address, and social security number (or employer identification number)
- Your telephone number and hours you can be reached
- The type of tax return and year(s) involved
- A detailed description of your problem
- Your previous attempts to solve the problem and the office you contacted, and
- Description of the hardship you are facing (if applicable)

### How To Contact Your Taxpayer Advocate

- Call the Taxpayer Advocate's toll-free number: **1-877-777-4778**
- Call, write, or fax the Taxpayer Advocate office in your area (see **Pub. 1546** for addresses and phone numbers)
- TTY/TDD help is available by calling 1-800-829-4059

# Quick and Easy Access to Tax Help and Forms

**Note.** If you live outside the United States, see **Pub. 54** to find out how to get help and forms.



## Personal Computer

You can access the IRS Web Site 24 hours a day, 7 days a week, at **www.irs.gov** to:

- Download forms, instructions, and publications
- See answers to frequently asked tax questions
- Search publications on-line by topic or keyword
- Figure your withholding allowances using our W-4 calculator
- Send us comments or request help by e-mail
- Sign up to receive local and national tax news by e-mail

**You can also reach us using File Transfer Protocol at ftp.irs.gov**



## Fax

You can get over 100 of the most requested forms and instructions 24 hours a day, 7 days a week, by fax. Just call **703-368-9694** from the telephone connected to the fax machine. See pages 8 and 9 for a list of the items available.

For help with transmission problems, call the FedWorld Help Desk at **703-487-4608.**

Long-distance charges may apply.



## Mail

You can order forms, instructions, and publications by completing the order blank on page 57. You should receive your order within 10 days after we receive your request.



## Phone

You can order forms and publications and receive automated information 24 hours a day, 7 days a week, by phone.

### Forms and Publications

Call **1-800-TAX-FORM** (1-800-829-3676) to order current year forms, instructions, and publications, and prior year forms and instructions. You should receive your order within 10 days.

### TeleTax Topics

Call **1-800-829-4477** to listen to pre-recorded messages covering about 150 tax topics. See pages 11 and 12 for a list of the topics.

### Refund Information

You can check the status of your 2001 refund using TeleTax's Refund Information service. See page 11.



## Walk-In

You can pick up some of the most requested forms, instructions, and publications at many IRS offices, post offices, and libraries. Some IRS offices, libraries, city and county government offices, credit unions, grocery stores, office supply stores, and copy centers have an extensive collection of products available to photocopy or print from a CD-ROM.



## CD-ROM

Order **Pub. 1796,** Federal Tax Products on CD-ROM, and get:

- Current year forms, instructions, and publications
- Prior year forms, instructions, and publications
- Frequently requested tax forms that may be filled in electronically, printed out for submission, and saved for recordkeeping
- The Internal Revenue Bulletin

Buy the CD-ROM on the Internet at **www.irs.gov/cdorders** from the National Technical Information Service (NTIS) for $21 (no handling fee) or call **1-877-CDFORMS** (1-877-233-6767) toll free to buy the CD-ROM for $21 (plus a $5 handling fee).

**You can also get help in other ways**—See page 56 for information.

# Forms by Fax

The following forms and instructions are available through our **Tax Fax** service 24 hours a day, 7 days a week. Just call **703-368-9694** from the telephone connected to the fax machine. Long-distance charges may apply. When you call, you will hear instructions on how to use the service. Select the option for getting forms. Then, enter the **Catalog Number** (Cat. No.) shown below for each item you want. When you hang up the phone, the fax will begin.

| Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages |
|---|---|---|---|
| Form SS-4 | Application for Employer Identification Number | 16055 | 2 |
| Instr. SS-4 | | 62736 | 6 |
| Form SS-8 | Determination of Worker Status for Purposes of Federal Employment Taxes and Income Tax Withholding | 16106 | 5 |
| Form W-2c | Corrected Wage and Tax Statement | 61437 | 8 |
| Form W-3c | Transmittal of Corrected Wage and Tax Statements | 10164 | 2 |
| Instr. W-2c and W-3c | | 25978 | 4 |
| Form W-4 | Employee's Withholding Allowance Certificate | 10220 | 2 |
| Form W-4P | Withholding Certificate for Pension or Annuity Payments | 10225 | 4 |
| Form W-5 | Earned Income Credit Advance Payment Certificate | 10227 | 3 |
| Form W-7 | Application for IRS Individual Taxpayer Identification Number | 10229 | 3 |
| Form W-7A | Application for Taxpayer Identification Number for Pending U.S. Adoptions | 24309 | 2 |
| Form W-7P | Application for Preparer Tax Identification Number | 26781 | 1 |
| Form W-9 | Request for Taxpayer Identification Number and Certification | 10231 | 2 |
| Instr. W-9 | | 20479 | 2 |
| Form W-9S | Request for Student's or Borrower's Taxpayer Identification Number and Certification | 25240 | 2 |
| Form W-10 | Dependent Care Provider's Identification and Certification | 10437 | 1 |
| Form 709 | U.S. Gift (and Generation-Skipping Transfer) Tax Return | 16783 | 4 |
| Instr. 709 | | 16784 | 12 |
| Form 709A | U.S. Short Form Gift Tax Return | 10171 | 3 |
| Form 843 | Claim for Refund and Request for Abatement | 10180 | 1 |
| Instr. 843 | | 11200 | 2 |
| Form 940 | Employer's Annual Federal Unemployment (FUTA) Tax Return | 11234 | 2 |
| Instr. 940 | | 13660 | 6 |
| Form 940-EZ | Employer's Annual Federal Unemployment (FUTA) Tax Return | 10983 | 2 |
| Instr. 940-EZ | | 25947 | 5 |
| Form 941 | Employer's Quarterly Federal Tax Return | 17001 | 4 |
| Instr. 941 | | 14625 | 4 |
| Form 941c | Supporting Statement To Correct Information | 11242 | 4 |
| Form 990 | Return of Organization Exempt From Income Tax | 11282 | 6 |
| Instr. 990 & 990-EZ | General Instructions for Forms 990 and 990-EZ | 22386 | 14 |
| Instr. 990 | Specific Instructions for Form 990 | 50002 | 18 |

| Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages |
|---|---|---|---|
| Schedule A (Form 990 or 990-EZ) | Organization Exempt Under Section 501(c)(3) | 11285 | 6 |
| Instr. Sch. A | | 11294 | 14 |
| Form 990-EZ | Short Form Return of Organization Exempt From Income Tax | 10642 | 2 |
| Instr. 990-EZ | Specific Instructions for Form 990-EZ | 50003 | 9 |
| Form 1040 | U.S. Individual Income Tax Return | 11320 | 2 |
| Instr. 1040 | Line Instructions for Form 1040 | 11325 | 34 |
| Instr. 1040 | General Information for Form 1040 | 24811 | 26 |
| Tax Table and Tax Rate Sch. | Tax Table and Tax Rate Schedules (Form 1040) | 24327 | 13 |
| Schedules A&B (Form 1040) | Itemized Deductions & Interest and Ordinary Dividends | 11330 | 2 |
| Instr. Sch. A&B | | 24328 | 8 |
| Schedule C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | 11334 | 2 |
| Instr. Sch. C | | 24329 | 8 |
| Schedule C-EZ (Form 1040) | Net Profit From Business (Sole Proprietorship) | 14374 | 2 |
| Schedule D (Form 1040) | Capital Gains and Losses | 11338 | 2 |
| Instr. Sch. D | | 24331 | 9 |
| Schedule D-1 (Form 1040) | Continuation Sheet for Schedule D | 10424 | 2 |
| Schedule E (Form 1040) | Supplemental Income and Loss | 11344 | 2 |
| Instr. Sch. E | | 24332 | 6 |
| Schedule EIC (Form 1040A or 1040) | Earned Income Credit | 13339 | 2 |
| Schedule F (Form 1040) | Profit or Loss From Farming | 11346 | 2 |
| Instr. Sch. F | | 24333 | 6 |
| Schedule H (Form 1040) | Household Employment Taxes | 12187 | 2 |
| Instr. Sch. H | | 21451 | 8 |
| Schedule J (Form 1040) | Farm Income Averaging | 25513 | 1 |
| Instr. Sch. J | | 25514 | 7 |
| Schedule R (Form 1040) | Credit for the Elderly or the Disabled | 11359 | 2 |
| Instr. Sch. R | | 11357 | 4 |
| Schedule SE (Form 1040) | Self-Employment Tax | 11358 | 2 |
| Instr. Sch. SE | | 24334 | 4 |
| Form 1040A | U.S. Individual Income Tax Return | 11327 | 2 |
| Schedule 1 (Form 1040A) | Interest and Ordinary Dividends for Form 1040A Filers | 12075 | 1 |
| Schedule 2 (Form 1040A) | Child and Dependent Care Expenses for Form 1040A Filers | 10749 | 2 |
| Instr. Sch. 2 | | 30139 | 3 |
| Schedule 3 (Form 1040A) | Credit for the Elderly or the Disabled for Form 1040A Filers | 12064 | 2 |
| Instr. Sch. 3 | | 12059 | 4 |
| Form 1040-ES | Estimated Tax for Individuals | 11340 | 7 |
| Form 1040EZ | Income Tax Return for Single and Joint Filers With No Dependents | 11329 | 2 |

| Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages |
|---|---|---|---|
| Form 1040NR | U.S. Nonresident Alien Income Tax Return | 11364 | 5 |
| Instr. 1040NR | | 11368 | 40 |
| Form 1040NR-EZ | U.S. Income Tax Return for Certain Nonresident Aliens With No Dependents | 21534 | 2 |
| Instr. 1040NR-EZ | | 21718 | 16 |
| Form 1040-V | Payment Voucher | 20975 | 2 |
| Form 1040X | Amended U.S. Individual Income Tax Return | 11360 | 2 |
| Instr. 1040X | | 11362 | 6 |
| Form 1116 | Foreign Tax Credit | 11440 | 2 |
| Instr. 1116 | | 11441 | 12 |
| Form 1310 | Statement of Person Claiming Refund Due a Deceased Taxpayer | 11566 | 2 |
| Form 2106 | Employee Business Expenses | 11700 | 2 |
| Instr. 2106 | | 64188 | 4 |
| Form 2106-EZ | Unreimbursed Employee Business Expenses | 20604 | 2 |
| Form 2120 | Multiple Support Declaration | 11712 | 1 |
| Form 2210 | Underpayment of Estimated Tax by Individuals, Estates, and Trusts | 11744 | 3 |
| Instr. 2210 | | 63610 | 6 |
| Form 2290 | Heavy Highway Vehicle Use Tax Return | 11250 | 3 |
| Instr. 2290 | | 27231 | 8 |
| Form 2441 | Child and Dependent Care Expenses | 11862 | 2 |
| Instr. 2441 | | 10842 | 3 |
| Form 2553 | Election by a Small Business Corporation | 18629 | 2 |
| Instr. 2553 | | 49978 | 4 |
| Form 2555 | Foreign Earned Income | 11900 | 3 |
| Instr. 2555 | | 11901 | 4 |
| Form 2555-EZ | Foreign Earned Income Exclusion | 13272 | 2 |
| Instr. 2555-EZ | | 14623 | 3 |
| Form 2688 | Application for Additional Extension of Time To File U.S. Individual Income Tax Return | 11958 | 2 |
| Form 2848 | Power of Attorney and Declaration of Representative | 11980 | 2 |
| Instr. 2848 | | 11981 | 4 |
| Form 3903 | Moving Expenses | 12490 | 2 |
| Form 4136 | Credit for Federal Tax Paid on Fuels | 12625 | 4 |
| Form 4137 | Social Security and Medicare Tax on Unreported Tip Income | 12626 | 2 |
| Form 4506 | Request for Copy or Transcript of Tax Form | 41721 | 2 |
| Form 4562 | Depreciation and Amortization | 12906 | 2 |
| Instr. 4562 | | 12907 | 12 |
| Form 4684 | Casualties and Thefts | 12997 | 2 |
| Instr. 4684 | | 12998 | 4 |
| Form 4797 | Sales of Business Property | 13086 | 2 |
| Instr. 4797 | | 13087 | 7 |
| Form 4835 | Farm Rental Income and Expenses | 13117 | 2 |
| Form 4868 | Application for Automatic Extension of Time To File U.S. Individual Income Tax Return | 13141 | 4 |
| Form 4952 | Investment Interest Expense Deduction | 13177 | 2 |
| Form 4972 | Tax on Lump-Sum Distributions | 13187 | 4 |
| Form 5329 | Additional Taxes on Qualified Plans (Including IRAs) and Other Tax-Favored Accounts | 13329 | 2 |
| Instr. 5329 | | 13330 | 4 |

| Name of Form or Instructions | Title of Form or Instructions | Cat. No. | No. of Pages |
|---|---|---|---|
| Form 6198 | At-Risk Limitations | 50012 | 1 |
| Instr. 6198 | | 50013 | 8 |
| Form 6251 | Alternative Minimum Tax—Individuals | 13600 | 2 |
| Instr. 6251 | | 64277 | 8 |
| Form 6252 | Installment Sale Income | 13601 | 4 |
| Form 6781 | Gains and Losses From Section 1256 Contracts and Straddles | 13715 | 3 |
| Form 8271 | Investor Reporting of Tax Shelter Registration Number | 61924 | 2 |
| Form 8283 | Noncash Charitable Contributions | 62299 | 2 |
| Instr. 8283 | | 62730 | 4 |
| Form 8300 | Report of Cash Payments Over $10,000 Received in a Trade or Business | 62133 | 4 |
| Form 8332 | Release of Claim to Exemption for Child of Divorced or Separated Parents | 13910 | 1 |
| Form 8379 | Injured Spouse Claim and Allocation | 62474 | 2 |
| Form 8582 | Passive Activity Loss Limitations | 63704 | 3 |
| Instr. 8582 | | 64294 | 12 |
| Form 8586 | Low-Income Housing Credit | 63987 | 2 |
| Form 8606 | Nondeductible IRAs and Coverdell ESAs | 63966 | 2 |
| Instr. 8606 | | 25399 | 8 |
| Form 8615 | Tax for Children Under Age 14 With Investment Income of More Than $1,500 | 64113 | 1 |
| Instr. 8615 | | 28914 | 2 |
| Form 8718 | User Fee for Exempt Organization Determination Letter Request | 64728 | 1 |
| Form 8801 | Credit for Prior Year Minimum Tax—Individuals, Estates, and Trusts | 10002 | 4 |
| Form 8809 | Request for Extension of Time To File Information Returns | 10322 | 2 |
| Form 8812 | Additional Child Tax Credit | 10644 | 2 |
| Form 8814 | Parents' Election To Report Child's Interest and Dividends | 10750 | 2 |
| Form 8815 | Exclusion of Interest From Series EE and I U.S. Savings Bonds Issued After 1989 | 10822 | 2 |
| Form 8822 | Change of Address | 12081 | 2 |
| Form 8824 | Like-Kind Exchanges | 12311 | 4 |
| Form 8829 | Expenses for Business Use of Your Home | 13232 | 1 |
| Instr. 8829 | | 15683 | 4 |
| Form 8839 | Qualified Adoption Expenses | 22843 | 2 |
| Instr. 8839 | | 23077 | 4 |
| Form 8850 | Pre-Screening Notice and Certification Request for the Work Opportunity and Welfare-to-Work Credits | 22851 | 2 |
| Instr. 8850 | | 24833 | 2 |
| Form 8853 | Archer MSAs and Long-Term Care Insurance Contracts | 24091 | 2 |
| Instr. 8853 | | 24188 | 8 |
| Form 8857 | Request for Innocent Spouse Relief | 24647 | 4 |
| Form 8859 | District of Columbia First-Time Homebuyer Credit | 24779 | 2 |
| Form 8862 | Information To Claim Earned Income Credit After Disallowance | 25145 | 2 |
| Instr. 8862 | | 25343 | 2 |
| Form 8863 | Education Credits | 25379 | 3 |
| Form 9465 | Installment Agreement Request | 14842 | 2 |

# Partial List of Publications

The following publications are available through the IRS Web Site 24 hours a day, 7 days a week, at **www.irs.gov**. You can also order publications by calling **1-800-TAX-FORM** (1-800-829-3676) or by completing the order blank on page 57. You should receive your order within 10 days after we receive your request. For a complete list of available publications, see **Pub. 910**.

| Pub. No. | Title |
|---|---|
| 1 | Your Rights as a Taxpayer |
| 3 | Armed Forces' Tax Guide |
| 17 | Your Federal Income Tax (For Individuals) |
| 225 | Farmer's Tax Guide |
| 334 | Tax Guide for Small Business (For Individuals Who Use Schedule C or C-EZ) |
| 378 | Fuel Tax Credits and Refunds |
| 463 | Travel, Entertainment, Gift, and Car Expenses |
| 501 | Exemptions, Standard Deduction, and Filing Information |
| 502 | Medical and Dental Expenses |
| 503 | Child and Dependent Care Expenses |
| 504 | Divorced or Separated Individuals |
| 505 | Tax Withholding and Estimated Tax |
| 508 | Tax Benefits for Work-Related Education |
| 509 | Tax Calendars for 2002 |
| 514 | Foreign Tax Credit for Individuals |
| 516 | U.S. Government Civilian Employees Stationed Abroad |
| 517 | Social Security and Other Information for Members of the Clergy and Religious Workers |
| 519 | U.S. Tax Guide for Aliens |
| 520 | Scholarships and Fellowships |
| 521 | Moving Expenses |
| 523 | Selling Your Home |
| 524 | Credit for the Elderly or the Disabled |
| 525 | Taxable and Nontaxable Income |
| 526 | Charitable Contributions |
| 527 | Residential Rental Property |
| 529 | Miscellaneous Deductions |
| 530 | Tax Information for First-Time Homeowners |
| 531 | Reporting Tip Income |
| 533 | Self-Employment Tax |
| 534 | Depreciating Property Placed in Service Before 1987 |
| 535 | Business Expenses |
| 537 | Installment Sales |
| 541 | Partnerships |
| 544 | Sales and Other Dispositions of Assets |
| 547 | Casualties, Disasters, and Thefts |
| 550 | Investment Income and Expenses |
| 551 | Basis of Assets |
| 552 | Recordkeeping for Individuals |
| 553 | Highlights of 2001 Tax Changes |
| 554 | Older Americans' Tax Guide |
| 555 | Community Property |
| 556 | Examination of Returns, Appeal Rights, and Claims for Refund |
| 559 | Survivors, Executors, and Administrators |
| 561 | Determining the Value of Donated Property |
| 564 | Mutual Fund Distributions |

| Pub. No. | Title |
|---|---|
| 570 | Tax Guide for Individuals With Income From U.S. Possessions |
| 575 | Pension and Annuity Income |
| 584 | Casualty, Disaster, and Theft Loss Workbook (Personal-Use Property) |
| 587 | Business Use of Your Home (Including Use by Day-Care Providers) |
| 590 | Individual Retirement Arrangements (IRAs) |
| 593 | Tax Highlights for U.S. Citizens and Residents Going Abroad |
| 594 | The IRS Collection Process |
| 595 | Tax Highlights for Commercial Fishermen |
| 596 | Earned Income Credit (EIC) |
| 721 | Tax Guide to U.S. Civil Service Retirement Benefits |
| 901 | U.S. Tax Treaties |
| 907 | Tax Highlights for Persons With Disabilities |
| 908 | Bankruptcy Tax Guide |
| 910 | Guide To Free Tax Services |
| 911 | Direct Sellers |
| 915 | Social Security and Equivalent Railroad Retirement Benefits |
| 919 | How Do I Adjust My Tax Withholding? |
| 925 | Passive Activity and At-Risk Rules |
| 926 | Household Employer's Tax Guide |
| 929 | Tax Rules for Children and Dependents |
| 936 | Home Mortgage Interest Deduction |
| 946 | How To Depreciate Property |
| 947 | Practice Before the IRS and Power of Attorney |
| 950 | Introduction to Estate and Gift Taxes |
| 967 | The IRS Will Figure Your Tax |
| 968 | Tax Benefits for Adoption |
| 970 | Tax Benefits for Higher Education |
| 971 | Innocent Spouse Relief |
| 972 | Child Tax Credit |
| 1542 | Per Diem Rates |
| 1544 | Reporting Cash Payments of Over $10,000 |
| 1546 | The Taxpayer Advocate Service of the IRS |
| 3920 | Tax Relief for Victims of Terrorist Attacks |

**Spanish Language Publications**

| Pub. No. | Title |
|---|---|
| 1SP | Your Rights as a Taxpayer |
| 579SP | How To Prepare Your Federal Income Tax Return |
| 594SP | The IRS Collection Process |
| 596SP | Earned Income Credit |
| 850 | English-Spanish Glossary of Words and Phrases Used in Publications Issued by the Internal Revenue Service |
| 1544SP | Reporting Cash Payments of Over $10,000 |

# What Is TeleTax?

Call TeleTax at **1-800-829-4477** for:

- **Refund information.** Check the status of your **2001** refund.
- **Recorded tax information.** There are about 150 topics that answer many Federal tax questions.
- **2001 advance payment (rebate) information.** Find out the amount of your advance payment (before offset). You may need this information to complete the Rate Reduction Credit Worksheet on page 36.

## How Do You Use Tele-Tax?

### Refund Information

Refund information is not available until at least 4 weeks after you file your return (3 weeks if you file electronically), and sometimes is not available for up to 6 weeks. Please wait at least 4 weeks from the date you filed before calling to check the status of your refund. Do not send in a copy of your return unless asked to do so.

Be sure to have a copy of your 2001 tax return available because you will need to know the first social security number shown on your return, the filing status, and the **exact** whole-dollar amount of your refund. Then, call **1-800-829-4477** and follow the recorded instructions.



Refunds are sent out weekly on Fridays. If you call to check the status of your refund and are not given the date it will be issued, please wait until the next week before calling back.

### Recorded Tax Information

Recorded tax information is available 24 hours a day, 7 days a week. Select the number of the topic you want to hear. Then, call **1-800-829-4477.** Have paper and pencil handy to take notes.

### Topics by Personal Computer

TeleTax topics are also available using a personal computer and modem (go to **www.irs.gov**).

# TeleTax Topics

All topics are available in Spanish.

| Topic No. | Subject |
|---|---|
| | **IRS Help Available** |
| 101 | IRS services—Volunteer tax assistance, toll-free telephone, walk-in assistance, and outreach programs |
| 102 | Tax assistance for individuals with disabilities and the hearing impaired |
| 103 | Intro. to Federal taxes for small businesses/self-employed |
| 104 | Taxpayer Advocate program—Help for problem situations |
| 105 | Public libraries—Tax information tapes and reproducible tax forms |
| | **IRS Procedures** |
| 151 | Your appeal rights |
| 152 | Refunds—How long they should take |
| 153 | What to do if you haven't filed your tax return (Nonfilers) |
| 154 | Form W-2—What to do if not received |
| 155 | Forms and Publications—How to order |
| 156 | Copy of your tax return—How to get one |
| 157 | Change of address—How to notify IRS |
| 158 | Ensuring proper credit of payments |

| Topic No. | Subject |
|---|---|
| | **Collection** |
| 201 | The collection process |
| 202 | What to do if you can't pay your tax |
| 203 | Failure to pay child support and Federal nontax and state income tax obligations |
| 204 | Offers in compromise |
| 205 | Innocent spouse relief |
| | **Alternative Filing Methods** |
| 251 | Signing your return with a self-select PIN |
| 252 | Electronic filing |
| 253 | Substitute tax forms |
| 254 | How to choose a paid tax preparer |
| 255 | TeleFile |
| | **General Information** |
| 301 | When, where, and how to file |
| 302 | Highlights of tax changes |
| 303 | Checklist of common errors when preparing your tax return |
| 304 | Extensions of time to file your tax return |
| 305 | Recordkeeping |
| 306 | Penalty for underpayment of estimated tax |
| 307 | Backup withholding |
| 308 | Amended returns |
| 309 | Roth IRA contributions |
| 310 | Coverdell education savings accounts |
| 311 | Power of attorney information |

| Topic No. | Subject |
|---|---|
| | **Filing Requirements, Filing Status, and Exemptions** |
| 351 | Who must file? |
| 352 | Which form—1040, 1040A, or 1040EZ? |
| 353 | What is your filing status? |
| 354 | Dependents |
| 355 | Estimated tax |
| 356 | Decedents |
| | **Types of Income** |
| 401 | Wages and salaries |
| 402 | Tips |
| 403 | Interest received |
| 404 | Dividends |
| 405 | Refunds of state and local taxes |
| 406 | Alimony received |
| 407 | Business income |
| 408 | Sole proprietorship |
| 409 | Capital gains and losses |
| 410 | Pensions and annuities |
| 411 | Pensions—The general rule and the simplified method |
| 412 | Lump-sum distributions |
| 413 | Rollovers from retirement plans |
| 414 | Rental income and expenses |
| 415 | Renting vacation property and renting to relatives |
| 416 | Farming and fishing income |
| 417 | Earnings for clergy |
| 418 | Unemployment compensation |
| 419 | Gambling income and expenses |
| 420 | Bartering income |

*(Continued on page 12)*

# TeleTax Topics

*(Continued)*

## Topic No. / Subject

| 421 | Scholarship and fellowship grants |
| 422 | Nontaxable income |
| 423 | Social security and equivalent railroad retirement benefits |
| 424 | 401(k) plans |
| 425 | Passive activities—Losses and credits |
| 426 | Other income |
| 427 | Stock options |
| 428 | Roth IRA distributions |
| 429 | Traders |
| 430 | Demutualization |
| 431 | Sale of assets held for more than 5 years |

### Adjustments to Income

| 451 | Individual retirement arrangements (IRAs) |
| 452 | Alimony paid |
| 453 | Bad debt deduction |
| 454 | Tax shelters |
| 455 | Moving expenses |
| 456 | Student loan interest deduction |
| 457 | Deduction for higher education expenses (for 2002) |

### Itemized Deductions

| 501 | Should I itemize? |
| 502 | Medical and dental expenses |
| 503 | Deductible taxes |
| 504 | Home mortgage points |
| 505 | Interest expense |
| 506 | Contributions |
| 507 | Casualty and theft losses |
| 508 | Miscellaneous expenses |
| 509 | Business use of home |
| 510 | Business use of car |
| 511 | Business travel expenses |
| 512 | Business entertainment expenses |
| 513 | Educational expenses |
| 514 | Employee business expenses |
| 515 | Disaster area losses |

### Tax Computation

| 551 | Standard deduction |
| 552 | Tax and credits figured by the IRS |
| 553 | Tax on a child's investment income |
| 554 | Self-employment tax |
| 555 | Ten-year tax option for lump-sum distributions |
| 556 | Alternative minimum tax |
| 557 | Tax on early distributions from traditional and Roth IRAs |
| 558 | Tax on early distributions from retirement plans |

### Tax Credits

| 601 | Earned income credit (EIC) |
| 602 | Child and dependent care credit |
| 603 | Credit for the elderly or the disabled |
| 604 | Advance earned income credit |
| 605 | Education credits |
| 606 | Child tax credits |
| 607 | Adoption credit |
| 608 | Excess social security and RRTA tax withheld |
| 609 | Rate reduction credit |

### IRS Notices

| 651 | Notices—What to do |
| 652 | Notice of underreported income—CP 2000 |
| 653 | IRS notices and bills, penalties, and interest charges |

### Basis of Assets, Depreciation, and Sale of Assets

| 701 | Sale of your home |
| 703 | Basis of assets |
| 704 | Depreciation |
| 705 | Installment sales |

### Employer Tax Information

| 751 | Social security and Medicare withholding rates |
| 752 | Form W-2—Where, when, and how to file |
| 753 | Form W-4—Employee's Withholding Allowance Certificate |
| 754 | Form W-5—Advance earned income credit |
| 755 | Employer identification number (EIN)—How to apply |
| 756 | Employment taxes for household employees |
| 757 | Form 941—Deposit requirements |
| 758 | Form 941—Employer's Quarterly Federal Tax Return |
| 759 | Form 940 and 940-EZ—Deposit requirements |
| 760 | Form 940 and Form 940-EZ—Employer's Annual Federal Unemployment Tax Returns |
| 761 | Tips—Withholding and reporting |
| 762 | Independent contractor vs. employee |

### Magnetic Media Filers—1099 Series and Related Information Returns

| 801 | Who must file magnetically |
| 802 | Applications, forms, and information |
| 803 | Waivers and extensions |
| 804 | Test files and combined Federal and state filing |
| 805 | Electronic filing of information returns |

### Tax Information for Aliens and U.S. Citizens Living Abroad

| 851 | Resident and nonresident aliens |
| 852 | Dual-status alien |
| 853 | Foreign earned income exclusion—General |
| 854 | Foreign earned income exclusion—Who qualifies? |
| 855 | Foreign earned income exclusion—What qualifies? |
| 856 | Foreign tax credit |
| 857 | Individual Taxpayer Identification Number—Form W-7 |
| 858 | Alien tax clearance |

### Tax Information for Puerto Rico Residents (in Spanish only)

| 901 | Who must file a U.S. income tax return in Puerto Rico |
| 902 | Deductions and credits for Puerto Rico filers |
| 903 | Federal employment taxes in Puerto Rico |
| 904 | Tax assistance for Puerto Rico residents |

**Topic numbers are effective January 1, 2002.**

# Calling the IRS

If you cannot answer your question by using one of the methods listed on page 7, please call us for assistance at **1-800-829-1040**. You will not be charged for the call unless your phone company charges you for local calls. Our normal hours of operation are Monday through Friday from 7:00 a.m. to 10:00 p.m. local time. Beginning December 31, 2001, through April 16, 2002, assistance will also be available on Saturday from 9:00 a.m. to 5:00 p.m. local time. Assistance provided to callers from Alaska and Hawaii will be based on the hours of operation in the Pacific Time zone.

 If you want to check the status of your **2001 refund**, call **TeleTax** at **1-800-829-4477** (see page 11 for instructions).

**Employee Plans.** If you own a business and have questions about starting a pension or other employee plan, an existing plan, or filing **Form 5500**, call our **Tax Exempt/Government Entities Customer Account Services** at **1-877-829-5500**. Assistance is available Monday through Friday from 8:00 a.m. to 9:30 p.m. EST. If you have questions about an individual retirement arrangement (IRA), call **1-800-829-1040**.

**Exempt Organizations.** If you have questions about exempt organizations, including the types of tax-exempt organizations, or you want to verify an organization's charitable status, call our **Tax Exempt/Government Entities Customer Account Services** at **1-877-829-5500**. Assistance is available Monday through Friday from 8:00 a.m. to 9:30 p.m. EST.

## Before You Call

IRS representatives care about the quality of the service we provide to you, our customer. You can help us provide accurate, complete answers to your questions by having the following information available.

● The tax form, schedule, or notice to which your question relates.

● The facts about your particular situation. The answer to the same question often varies from one taxpayer to another because of differences in their age, income, whether they can be claimed as a dependent, etc.

● The name of any IRS publication or other source of information that you used to look for the answer.

To maintain your account security, you may be asked for the following information, which you should also have available.

● Your social security number.

● The amount of refund and filing status shown on your tax return.

● The "Caller ID Number" shown at the top of any notice you received.

● Your personal identification number (PIN) if you have one.

● Your date of birth.

● The numbers in your street address.

● Your ZIP code.

If you are asking for an installment agreement to pay your tax, you will be asked for the highest amount you can pay each month and the date on which you can pay it.

**Evaluation of Services Provided.** The IRS uses several methods to evaluate the quality of this telephone service. One method is for a second IRS representative to sometimes listen in on or record telephone calls. Another is to ask some callers to complete a short survey at the end of the call.

## Making the Call

Call **1-800-829-1040** (for TTY/TDD help, call 1-800-829-4059). We have redesigned our menus to allow callers with pulse or rotary dial telephones to speak their responses when requested to do so. First, you will be provided a series of options that will request touch-tone responses. If a touch-tone response is not received, you will then hear a series of options and be asked to speak your selections. After your touch-tone or spoken response is received, the system will direct your call to the appropriate assistance. You can do the following within the system.

● Order tax forms and publications.

● Find out the status of your refund or what you owe.

● Determine if we have adjusted your account or received payments you made.

● Request a transcript of your account.

● Find out where to send your tax return or payment.

● Request more time to pay or set up a monthly installment agreement.

## Before You Hang Up

If you do not fully understand the answer you receive, or you feel our representative may not fully understand your question, our representative needs to know this. He or she will be happy to take additional time to be sure your question is answered fully.

By law, you are responsible for paying your share of Federal income tax. If we should make an error in answering your question, you are still responsible for the payment of the correct tax. Should this occur, however, you will not be charged any penalty.

# Before You Fill In Form 1040

See **How To Avoid Common Mistakes** on page 54.

If you were in the Kosovo or Persian Gulf area (for example, you supported operations in a qualified hazardous duty area), see **Pub. 3.**

 For details on the changes for 2001 and 2002, see **Pub. 553.**

## What's New for 2001?

**Tax Rates Reduced.** Most of the tax rates have been reduced and are reflected in the Tax Table that begins on page 59 and the Tax Rate Schedules on page 71. In addition, a new 10% tax rate applies to certain dependents. **Dependents** may be able to use the **Tax Computation Worksheet for Certain Dependents** to figure their tax. This worksheet gives the benefit of a new 10% rate. See the instructions for line 40 that begin on page 33. Dependents cannot take the rate reduction credit mentioned below.

**Rate Reduction Credit.** You may be able to take a new credit of up to the amount shown below for your 2001 filing status. But you cannot take this credit if you received (before offset) an advance payment of your 2001 taxes that was equal to or more than the amount shown below. See the worksheet on page 36.

- Single or married filing separately—$300
- Head of household—$500
- Married filing jointly or qualifying widow(er)—$600

**Advance Payment Not Taxable.** Any amount you received as an advance payment of your 2001 taxes is not taxable and should not be reported on your return.

**Larger Child Tax Credits.** If you have at least one child who was under age 17 at the end of 2001, you may be able to take a credit on line 48 of up to $600 for each qualifying child. You may also be able to take the additional child tax credit on line 63 if your credit on line 48 is less than $600 for each qualifying child. See the instructions for line 48 that begin on page 37 and the instructions for line 63 on page 51.

**Student Loan Interest Deduction.** If you paid interest on a qualified student loan, you may be able to deduct up to $2,500 of the interest. See the instructions for line 24 that begin on page 28.

**Third Party Designee.** If you want to allow the IRS to discuss your 2001 tax return with a family member, friend, or any other person you choose, check the "Yes" box in the Third Party Designee area of your return and enter the requested information. See page 53 for details.

**Schedule D Tax Computation Simplified.** To make the tax computation easier for most people with capital gains, 14 lines have been removed from Part IV of Schedule D.

**IRA Deduction.** You may be able to take an IRA deduction if you were covered by a retirement plan and your modified adjusted gross income is less than $43,000 ($63,000 if married filing jointly or qualifying widow(er)). See the instructions for line 23 that begin on page 27.

**Education (Ed) IRAs.** Ed IRAs are now called Coverdell education savings accounts (ESAs).

**Earned Income Credit (EIC).** You may be able to take this credit if you earned less than $32,121 (less than $10,710 if you do not have any qualifying children). See the instructions for lines 61a and 61b that begin on page 41.

**Alternative Minimum Tax (AMT).** The AMT exemption amounts have been increased. See the instructions for line 41 that begin on page 34.

**Standard Mileage Rates.** The rate for business use of your vehicle is 34½ cents a mile. The rate for use of your vehicle to get medical care is 12 cents a mile.

**Mailing Your Return.** You may be mailing your return to a different address this year because the IRS has changed the filing location for several areas. If you received an envelope with your tax package, please use it. Otherwise, see **Where Do You File?** on the back cover.

**Tax Relief for Victims of Terrorist Attacks.** See Pub. 3920.

## Other Information

**Did You Convert an IRA to a Roth IRA in 1998?** If you did, see **1998 Roth IRA Conversions** on page 23 to find out the taxable amount you must report in 2001 on line 15b.

**Parent of a Kidnapped Child.** The parent of a child who is presumed by law enforcement authorities to have been kidnapped by someone who is not a family member may be able to take the child into account in determining his or her eligibility for the head of household or qualifying widow(er) filing status, deduction for dependents, child tax credit, and the earned income credit (EIC). For details, see **Pub. 501 (Pub. 596** for the EIC).

**Payments to Holocaust Victims.** Restitution payments received by holocaust victims or their heirs after 1999 (and certain interest earned on the payments) are not taxable. If you reported these amounts on your 2000 return or used them to compute any amount affecting your 2000 tax liability, you may need to file **Form 1040X** to amend your 2000 return. For more details, see **Pub. 525.**

## What To Look for in 2002

**Reduced Tax Rates.** Most of the tax rates will decrease by ½% and a new 10% tax rate will apply to all filers.

**New Deduction for Higher Education Expenses.** You may be able to deduct up to $3,000 of the qualified education expenses you pay for yourself, your spouse, or your dependents if your 2002 modified AGI is $130,000 or less.

**New Credit for Elective Deferrals and IRA Contributions.** You may be able to take a credit of up to $1,000 for qualified retirement savings contributions if your 2002 modified AGI is $50,000 or less.

**IRA Deduction Expanded.** You, and your spouse if filing jointly, may be able to take an IRA deduction of up to $3,000 ($3,500 if you will be age 50 or older at the end of 2002). If you are covered by a retirement plan, you may be able to take an IRA deduction if your 2002 modified AGI is less than $44,000 ($64,000 if married filing jointly or qualifying widow(er)).

**Student Loan Interest Deduction.** The 60-month limit will no longer apply and the modified AGI limit will increase.

**Self-Employed Health Insurance Deduction.** You may be able to deduct up to 70% of your health insurance expenses.

**Adoption Credit.** You may be able to take a credit of up to $10,000 for the qualified adoption expenses you pay to adopt a child.

**EIC Computation Simplified.** Nontaxable earned income and modified AGI will not be taken into account in determining if you are eligible for the credit or the amount of your credit.

**Coverdell ESAs.** You may be able to contribute up to $2,000 to a Coverdell ESA.

- 14 -

# Filing Requirements

These rules apply to all U.S. citizens, regardless of where they live, and resident aliens.

## Do You Have To File?

Use **Chart A, B,** or **C** to see if you must file a return. U.S. citizens who lived in or had income from a U.S. possession should see **Pub. 570.** Residents of Puerto Rico can use TeleTax topic 901 (see page 11) to see if they must file.

 Even if you do not otherwise have to file a return, you should file one to get a refund of any Federal income tax withheld. You should also file if you are eligible for the earned income credit or the additional child tax credit.

**Exception for Children Under Age 14.** If you are planning to file a return for your child who was under age 14 on January 1, 2002, and certain other conditions apply, you may elect to report your child's income on your return. But you must use **Form 8814** to do so. If you make this election, your child does not have to file a return. For details, use TeleTax topic 553 (see page 11) or see Form 8814.

**Nonresident Aliens and Dual-Status Aliens.** These rules also apply to nonresident aliens and dual-status aliens who were married to U.S. citizens or residents at the end of 2001 and who have elected to be taxed as resident aliens. Other nonresident aliens and dual-status aliens have different filing requirements. They may have to file **Form 1040NR** or **Form 1040NR-EZ.** Specific rules apply to determine if you are a resident or nonresident alien. See **Pub. 519** for details, including the rules for students and scholars who are aliens.

## When Should You File?

Not later than **April 15, 2002.** If you file after this date, you may have to pay interest and penalties. See page 56.

### What if You Cannot File on Time?

You can get an automatic 4-month extension if, by April 15, 2002, you **either:**

● File **Form 4868 or**

● File for an extension by phone, using tax software, or through a tax professional. If you expect to owe tax with your return, you can even pay part or all of it by electronic funds withdrawal or credit card (American Express® Card, Discover® Card, or MasterCard® card). See Form 4868 for details.

 An automatic 4-month extension to file does not extend the time to pay your tax. See Form 4868.

If you are a U.S. citizen or resident, you may qualify for an automatic extension of time to file without filing Form 4868 or filing for an extension by phone, using tax software, or through a tax professional. You qualify if, on the due date of your return, you meet one of the following conditions.

● You live outside the United States and Puerto Rico **and** your main place of business or post of duty is outside the United States and Puerto Rico.

● You are in military or naval service on duty outside the United States and Puerto Rico.

This extension gives you an extra 2 months to file and pay the tax, but interest will be charged from the original due date of the return on any unpaid tax. You must attach a statement to your return showing that you meet the requirements.

## Where Do You File?

See the back cover of this booklet for filing instructions and addresses. For details on using a private delivery service to mail your return or payment, see page 18.

### Chart A—For Most People

| IF your filing status is . . . | AND at the end of 2001 you were* . . . | THEN file a return if your gross income** was at least . . . |
|---|---|---|
| Single | under 65<br>65 or older | $7,450<br>8,550 |
| Married filing jointly*** | under 65 (both spouses)<br>65 or older (one spouse)<br>65 or older (both spouses) | $13,400<br>14,300<br>15,200 |
| Married filing separately | any age | $2,900 |
| Head of household (see page 19) | under 65<br>65 or older | $9,550<br>10,650 |
| Qualifying widow(er) with dependent child (see page 19) | under 65<br>65 or older | $10,500<br>11,400 |

* If you turned 65 on January 1, 2002, you are considered to be age 65 at the end of 2001.

** **Gross income** means all income you received in the form of money, goods, property, and services that is not exempt from tax including any income from sources outside the United States (even if you may exclude part or all of it). **Do not** include social security benefits unless you are married filing a separate return and you lived with your spouse at any time in 2001.

*** If you did not live with your spouse at the end of 2001 (or on the date your spouse died) and your gross income was at least $2,900, you must file a return regardless of your age.

**Chart B—For Children and Other Dependents** (See the instructions for line 6c on page 20 to find out if someone can claim you as a dependent.)

If your parent (or someone else) can claim you as a dependent, use this chart to see if you must file a return.

In this chart, **unearned income** includes taxable interest, ordinary dividends, and capital gain distributions. **Earned income** includes wages, tips, and taxable scholarship and fellowship grants. **Gross income** is the total of your unearned and earned income.

 If your gross income was $2,900 or more, you usually cannot be claimed as a dependent unless you were under age 19 **or** a student under age 24. For details, see **Pub. 501.**

---

**Single dependents.** Were you **either** age 65 or older **or** blind?

☐ **No.** You must file a return if **any** of the following apply.
- Your **unearned income** was over $750.
- Your **earned income** was over $4,550.
- Your **gross income** was more than the **larger** of—
  - $750 **or**
  - Your earned income (up to $4,300) plus $250.

☐ **Yes.** You must file a return if **any** of the following apply.
- Your unearned income was over $1,850 ($2,950 if 65 or older **and** blind).
- Your earned income was over $5,650 ($6,750 if 65 or older **and** blind).
- Your gross income was more than—

| The larger of: | Plus | This amount: |
|---|---|---|
| • $750 **or**<br>• Your earned income (up to $4,300) plus $250 | } | $1,100 ($2,200 if 65 or older **and** blind) |

---

**Married dependents.** Were you **either** age 65 or older **or** blind?

☐ **No.** You must file a return if **any** of the following apply.
- Your unearned income was over $750.
- Your earned income was over $3,800.
- Your gross income was at least $5 and your spouse files a separate return and itemizes deductions.
- Your gross income was more than the **larger** of—
  - $750 **or**
  - Your earned income (up to $3,550) plus $250.

☐ **Yes.** You must file a return if **any** of the following apply.
- Your unearned income was over $1,650 ($2,550 if 65 or older **and** blind).
- Your earned income was over $4,700 ($5,600 if 65 or older **and** blind).
- Your gross income was at least $5 and your spouse files a separate return and itemizes deductions.
- Your gross income was more than—

| The larger of: | Plus | This amount: |
|---|---|---|
| • $750 **or**<br>• Your earned income (up to $3,550) plus $250 | } | $900 ($1,800 if 65 or older **and** blind) |

---

## Chart C—Other Situations When You Must File

You must file a return if any of the four conditions below apply for 2001.

**1.** You owe any special taxes, such as:
- Social security and Medicare tax on tips you did not report to your employer,
- Uncollected social security and Medicare or RRTA tax on tips you reported to your employer or on group-term life insurance,
- Alternative minimum tax,
- Recapture taxes (see the instructions for lines 40 and 58 that begin on pages 33 and 39), or
- Tax on a qualified plan, including an individual retirement arrangement (IRA), or other tax-favored account. But if you are filing a return only because you owe this tax, you can file **Form 5329** by itself.

**2.** You received any advance earned income credit (EIC) payments from your employer. These payments are shown in box 9 of your W-2 form.

**3.** You had net earnings from self-employment of at least $400.

**4.** You had wages of $108.28 or more from a church or qualified church-controlled organization that is exempt from employer social security and Medicare taxes.

# Where To Report Certain Items From 2001 Forms W-2, 1098, and 1099

Report on Form 1040, line 59, any amounts shown on these forms as **Federal income tax withheld.** If you itemize your deductions, report on Schedule A, line 5, any amounts shown on these forms as **state or local income tax withheld.**

| Form | Item and Box in Which it Should Appear | Where To Report if Filing Form 1040 |
|------|----------------------------------------|--------------------------------------|
| W-2 | Wages, salaries, tips, etc. (box 1) | Form 1040, line 7 |
| | Allocated tips (box 8) | See **Tip income** on page 21 |
| | Advance EIC payment (box 9) | Form 1040, line 56 |
| | Dependent care benefits (box 10) | Form 2441, line 10 |
| | Adoption benefits (box 12, code **T**) | Form 8839, line 18 |
| | Employer contributions to an MSA (box 12, code **R**)* | Form 8853, line 3b |
| W-2G | Gambling winnings (box 1) | Form 1040, line 21 (Schedule C or C-EZ for professional gamblers) |
| 1098 | Mortgage interest (box 1) | Schedule A, line 10** |
| | Points (box 2) | |
| | Refund of overpaid interest (box 3) | Form 1040, line 21, but first see the instructions on Form 1098** |
| 1098-E | Student loan interest (box 1) | See the instructions for Form 1040, line 24, that begin on page 28** |
| 1099-A | Acquisition or abandonment of secured property | See Pub. 544 |
| 1099-B | Stocks, bonds, etc. (box 2) | Schedule D |
| | Bartering (box 3) | See Pub. 525 |
| | Aggregate profit or (loss) on futures contracts (box 9) | Form 6781 |
| 1099-C | Canceled debt (box 2) | Form 1040, line 21, but first see the instructions on Form 1099-C** |
| 1099-DIV | Ordinary dividends (box 1) | Form 1040, line 9 |
| | Total capital gain distributions (box 2a) | Form 1040, line 13, or, if required, Schedule D, line 13, column (f) |
| | 28% rate gain (box 2b) | Schedule D, line 13, column (g) |
| | Qualified 5-year gain (box 2c) | See the worksheet for Schedule D, line 29, on page D-8 |
| | Unrecaptured section 1250 gain (box 2d) | See the worksheet for Schedule D, line 19, on page D-7 |
| | Section 1202 gain (box 2e) | See the instructions for Schedule D |
| | Nontaxable distributions (box 3) | See the instructions for Form 1040, line 9, that begin on page 21 |
| | Investment expenses (box 5) | Schedule A, line 22 |
| | Foreign tax paid (box 6) | Form 1040, line 43, or Schedule A, line 8 |
| 1099-G | Unemployment compensation (box 1) | Form 1040, line 19. But if you repaid any unemployment compensation in 2001, see the instructions for line 19 on page 25 |
| | State or local income tax refunds (box 2) | See the instructions for Form 1040, line 10, that begin on page 22** |
| | Qualified state tuition program earnings (box 5) | Form 1040, line 21 |
| | Taxable grants (box 6) | Form 1040, line 21** |
| | Agriculture payments (box 7) | See the Schedule F instructions or Pub. 225 |

\*   MSAs were renamed Archer MSAs after Form W-2 was released for print.
\*\* If the item relates to an activity for which you are required to file Schedule C, C-EZ, E, or F or Form 4835, report the taxable or deductible amount allocable to the activity on that schedule or form instead.

*(Continued on page 18)*

| Form | Item and Box in Which it Should Appear | Where To Report if Filing Form 1040 |
|------|----------------------------------------|-------------------------------------|
| 1099-INT | Interest income (box 1) | Form 1040, line 8a |
| | Early withdrawal penalty (box 2) | Form 1040, line 30 |
| | Interest on U.S. savings bonds and Treasury obligations (box 3) | See the instructions for Form 1040, line 8a, on page 21 |
| | Investment expenses (box 5) | Schedule A, line 22 |
| | Foreign tax paid (box 6) | Form 1040, line 43, or Schedule A, line 8 |
| 1099-LTC | Long-term care and accelerated death benefits | See Pub. 502 and the instructions for Form 8853 |
| 1099-MISC | Rents (box 1) | See the instructions for Schedule E |
| | Royalties (box 2) | Schedule E, line 4 (timber, coal, iron ore royalties, see Pub. 544) |
| | Other income (box 3) | Form 1040, line 21* |
| | Nonemployee compensation (box 7) | Schedule C, C-EZ, or F. But if you were not self-employed, see the instructions on Form 1099-MISC. |
| | Other (boxes 5, 6, 8, 9, 10, 13, and 14) | See the instructions on Form 1099-MISC |
| 1099-MSA | Distributions from MSAs** | Form 8853 |
| 1099-OID | Original issue discount (box 1) | See the instructions on Form 1099-OID |
| | Other periodic interest (box 2) | |
| | Early withdrawal penalty (box 3) | Form 1040, line 30 |
| 1099-PATR | Patronage dividends and other distributions from a cooperative (boxes 1, 2, 3, and 5) | Schedule C, C-EZ, or F or Form 4835, but first see the instructions on Form 1099-PATR |
| | Credits (boxes 7 and 8) | Form 3468 or Form 5884 |
| | Patron's AMT adjustment (box 9) | Form 6251, line 14j |
| 1099-R | Distributions from IRAs*** | See the instructions for Form 1040, lines 15a and 15b, on page 23 |
| | Distributions from pensions, annuities, etc. | See the instructions for Form 1040, lines 16a and 16b, that begin on page 23 |
| | Capital gain (box 3) | See the instructions on Form 1099-R |
| 1099-S | Gross proceeds from real estate transactions (box 2) | Form 4797, Form 6252, or Schedule D. But if the property was your home, see the instructions for Schedule D to find out if you must report the sale or exchange. |
| | Buyer's part of real estate tax (box 5) | See the instructions for Schedule A, line 6, on page A-2* |

\*   If the item relates to an activity for which you are required to file Schedule C, C-EZ, E, or F or Form 4835, report the taxable or deductible amount allocable to the activity on that schedule or form instead.

\*\*   This includes distributions from Archer and Medicare+Choice MSAs.

\*\*\*  This includes distributions from Roth, SEP, and SIMPLE IRAs; and Coverdell education savings accounts (ESAs).

## Private Delivery Services

You can use certain private delivery services designated by the IRS to meet the "timely mailing as timely filing/paying" rule for tax returns and payments. The most recent list of designated private delivery services was published by the IRS in October 2001. The list includes only the following:

● Airborne Express (Airborne): Overnight Air Express Service, Next Afternoon Service, and Second Day Service.

● DHL Worldwide Express (DHL): DHL "Same Day" Service, and DHL USA Overnight.

● Federal Express (FedEx): FedEx Priority Overnight, FedEx Standard Overnight, and FedEx 2Day.

● United Parcel Service (UPS): UPS Next Day Air, UPS Next Day Air Saver, UPS 2nd Day Air, UPS 2nd Day Air A.M., UPS Worldwide Express Plus, and UPS Worldwide Express.

The private delivery service can tell you how to get written proof of the mailing date.

 Private delivery services cannot deliver items to P.O. boxes. You must use the U.S. Postal Service to mail any item to an IRS P.O. box address.

# Line Instructions for Form 1040

## Name and Address

### Use the Peel-Off Label

Using your peel-off name and address label in this booklet will speed the processing of your return. It also prevents common errors that can delay refunds or result in unnecessary notices. Put the label on your return **after** you have finished it. Cross out any errors and print the correct information. Add any missing items, such as your apartment number.

### Address Change

If the address on your peel-off label is not your current address, cross out your old address and print your new address. If you plan to move after filing your return, see page 54.

### Name Change

If you changed your name, be sure to report the change to your local Social Security Administration office **before** filing your return. This prevents delays in processing your return and issuing refunds. It also safeguards your future social security benefits. See page 54 for more details. If you received a peel-off label, cross out your former name and print your new name.

### What If You Do Not Have a Label?

Print or type the information in the spaces provided. If you are married filing a separate return, enter your husband's or wife's name on line 3 instead of below your name.

 If you filed a joint return for 2000 and you are filing a joint return for 2001 with the same spouse, be sure to enter your names and SSNs in the same order as on your 2000 return.

### P.O. Box

Enter your box number **only** if your post office does not deliver mail to your home.

### Foreign Address

Enter the information in the following order: City, province or state, and country. Follow the country's practice for entering the postal code. **Do not** abbreviate the country name.

### Death of a Taxpayer

See page 55.

## Social Security Number (SSN)

An incorrect or missing SSN may increase your tax or reduce your refund. **To apply for an SSN,** get **Form SS-5** from your local Social Security Administration (SSA) office or call the SSA at 1-800-772-1213. Fill in Form SS-5 and return it to the SSA. It usually takes about 2 weeks to get an SSN.

Check that your SSN is correct on your Forms W-2 and 1099. If not, see page 54 for more details.

### IRS Individual Taxpayer Identification Numbers (ITINs) for Aliens

The IRS will issue you an ITIN if you are a nonresident or resident alien and you do not have and are not eligible to get an SSN. **To apply for an ITIN,** file **Form W-7** with the IRS. It usually takes about 4-6 weeks to get an ITIN. **Enter your ITIN wherever your SSN is requested on your tax return.**

**Note.** An ITIN is for tax use only. It does not entitle you to social security benefits or change your employment or immigration status under U.S. law.

### Nonresident Alien Spouse

If your spouse is a nonresident alien and you file a joint or separate return, your spouse must have either an SSN or an ITIN.

## Presidential Election Campaign Fund

This fund helps pay for Presidential election campaigns. The fund reduces candidates' dependence on large contributions from individuals and groups and places candidates on an equal financial footing in the general election. If you want $3 to go to this fund, check the "Yes" box. If you are filing a joint return, your spouse may also have $3 go to the fund. If you check "Yes," your tax or refund will not change.

## Filing Status

Check **only** the filing status that applies to you. The ones that will usually give you the lowest tax are listed last.

- Married filing separately.
- Single.
- **Head of household.** This status is for unmarried people who paid over half the cost of keeping up a home for a qualifying person, such as a child who lived with you or your dependent parent. Certain married people who lived apart from their spouse for the last 6 months of 2001 may also be able to use this status.
- Married filing jointly or Qualifying widow(er) with dependent child. The **Qualifying widow(er)** status is for certain people whose spouse died in 1999 or 2000 and who had a child living with them whom they can claim as a dependent.

**Joint and Several Tax Liability.** If you file a joint return, both you and your spouse are generally responsible for the tax and any interest or penalties due on the return. This means that if one spouse does not pay the tax due, the other may have to. However, see **Innocent Spouse Relief** on page 54.

 More than one filing status may apply to you. Choose the one that will give you the lowest tax. If you are not sure about your filing status, use TeleTax topic 353 (see page 11) or see **Pub. 501.**

## Exemptions

You usually can deduct $2,900 on line 38 for each exemption you can take.

### Line 6b

#### Spouse

Check the box on line 6b if you file either (a) a joint return or (b) a separate return and your spouse had no income and is not filing a return. However, **do not** check the box if your spouse can be claimed as a dependent on another person's return.

## Line 6c

## Dependents

You can take an exemption for each of your dependents. The following is a brief description of the five tests that must be met for a person to qualify as your dependent. If you have **more than six** dependents, attach a statement to your return with the required information.

**Relationship Test.** The person must be either your relative or have lived in your home as a family member all year. If the person is not your relative, the relationship must not violate local law.

**Joint Return Test.** If the person is married, he or she cannot file a joint return. But the person can file a joint return if the return is filed only as a claim for refund **and** no tax liability would exist for either spouse if they had filed separate returns.

**Citizen or Resident Test.** The person must be a U.S. citizen or resident alien, or a resident of Canada or Mexico. There is an exception for certain adopted children. To find out who is a **resident alien**, use TeleTax topic 851 (see page 11) or see **Pub. 519.**

**Income Test.** The person's gross income must be less than $2,900. But your child's gross income can be $2,900 or more if he or she was either **(a)** under age 19 at the end of 2001 or **(b)** under age 24 at the end of 2001 and was a **student.**

**Support Test.** You must have provided over half of the person's total support in 2001. But there are two exceptions to this test: One for children of divorced or separated parents and one for persons supported by two or more taxpayers.

 For more details about the tests, including any exceptions that apply, see **Pub. 501.**

## Line 6c, Column (2)

You must enter each dependent's social security number (SSN). Be sure the name and SSN entered agree with the dependent's social security card. Otherwise, at the time we process your return, we may disallow the exemption claimed for the dependent and reduce or disallow any other tax benefits (such as the child tax credit and the earned income credit) based on that dependent. If the name or SSN on the dependent's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

 For details on how your dependent can get an SSN, see page 19. If your dependent will not have a number by April 15, 2002, see **What if You Cannot File on Time?** on page 15.

If your dependent child was born and died in 2001 and you do not have an SSN for the child, you may attach a copy of the child's birth certificate instead and enter "Died" in column (2).

**Adoption Taxpayer Identification Numbers (ATINs).** If you have a dependent who was placed with you by an authorized placement agency and you do not know his or her SSN, you must get an ATIN for the dependent from the IRS. An authorized placement agency includes any person authorized by state law to place children for legal adoption. See **Form W-7A** for details.

## Line 6c, Column (4)

Check the box in this column if your dependent is a qualifying child for the child tax credit (defined below). If you have at least one qualifying child, you may be able to take the child tax credit on line 48 and the additional child tax credit on line 63.

**Qualifying Child for Child Tax Credit.** A qualifying child for purposes of the child tax credit is a child who:

● Is claimed as your dependent on line 6c, **and**

● Was **under age 17** at the end of 2001, **and**

● Is your son, daughter, adopted child, grandchild, stepchild, or foster child, **and**

● Is a U.S. citizen or resident alien.

**Note.** The above requirements are not the same as the requirements to be a qualifying child for the earned income credit.

A child placed with you by an authorized placement agency for legal adoption is an **adopted child** even if the adoption is not final. An authorized placement agency includes any person authorized by state law to place children for legal adoption.

A **grandchild** is any descendant of your son, daughter, or adopted child and includes your great-grandchild, great-great-grandchild, etc.

A **foster child** is any child you cared for as your own child and who:

● Is **(a)** your brother, sister, stepbrother, or stepsister; **(b)** a descendant (such as a child, including an adopted child) of your brother, sister, stepbrother, or stepsister; **or**

**(c)** a child placed with you by an authorized placement agency **and**

● Lived with you for all of 2001. A child who was born or died in 2001 is considered to have lived with you for all of 2001 if your home was the child's home for the entire time he or she was alive during 2001.

### Children Who Did Not Live With You Due to Divorce or Separation

If you are claiming a child who did not live with you under the rules explained in **Pub. 501** for children of divorced or separated parents, attach **Form 8332** or similar statement to your return. But see **Exception** below. If your divorce decree or separation agreement went into effect after 1984 and it states you can claim the child as your dependent without regard to any condition, such as payment of support, you may attach a copy of the following pages from the decree or agreement instead.

● Cover page (put the other parent's SSN on that page),

● The page that states you can claim the child as your dependent, and

● Signature page with the other parent's signature and date of agreement.

**Note.** You must attach the required information even if you filed it in an earlier year.

**Exception.** You do not have to attach Form 8332 or similar statement if your divorce decree or written separation agreement went into effect before 1985 and it states that you can claim the child as your dependent.

### Other Dependent Children

Include the total number of children who did not live with you for reasons other than divorce or separation on the line labeled "Dependents on 6c not entered above." Include dependent children who lived in Canada or Mexico during 2001.

# Income

## Foreign-Source Income

You must report unearned income, such as interest, dividends, and pensions, from sources outside the United States unless exempt by law or a tax treaty. You must also report earned income, such as wages and tips, from sources outside the United States.

If you worked abroad, you may be able to exclude part or all of your earned income. For details, see **Pub. 54** and **Form 2555** or **2555-EZ.**

## Community Property States

Community property states are Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, and Wisconsin. If you and your spouse lived in a community property state, you must usually follow state law to determine what is community income and what is separate income. For details, see **Pub. 555.**

## Rounding Off to Whole Dollars

To round off cents to the nearest whole dollar on your forms and schedules, drop amounts under 50 cents and increase amounts from 50 to 99 cents to the next dollar. If you do round off, do so for all amounts. But if you have to add two or more amounts to figure the amount to enter on a line, include cents when adding and only round off the total.

# Line 7

## Wages, Salaries, Tips, etc.

Enter the total of your wages, salaries, tips, etc. If a joint return, also include your spouse's income. For most people, the amount to enter on this line should be shown in box 1 of their **Form(s) W-2.** But the following types of income must also be included in the total on line 7.

● Wages received as a **household employee** for which you did not receive a W-2 form because your employer paid you less than $1,300 in 2001. Also, enter "HSH" and the amount not reported on a W-2 form on the dotted line next to line 7.

● **Tip income** you did not report to your employer. Also include **allocated tips** shown on your W-2 form(s) unless you can prove that you received less. Allocated tips should be shown in box 8 of your W-2 form(s). They are not included as income in box 1. See **Pub. 531** for more details.

 You may owe social security and Medicare tax on unreported or allocated tips. See the instructions for line 54 on page 39.

● **Dependent care benefits,** which should be shown in box 10 of your W-2 form(s). But first complete **Form 2441** to see if you may exclude part or all of the benefits.

● **Employer-provided adoption benefits,** which should be shown in box 12 of your W-2 form(s) with code **T.** But first complete **Form 8839** to see if you may exclude part or all of the benefits.

● **Scholarship and fellowship grants** not reported on a W-2 form. Also, enter "SCH" and the amount on the dotted line next to line 7. **Exception.** If you were a degree candidate, include on line 7 **only** the amounts you used for expenses other than tuition and course-related expenses. For example, amounts used for room, board, and travel must be reported on line 7.

● **Excess salary deferrals.** The amount deferred should be shown in box 12 of your W-2 form and the "Retirement plan" box in box 13 should be checked. If the total amount you (or your spouse if filing jointly) deferred for 2001 under **all** plans was more than $10,500, include the excess on line 7. But a different limit may apply if amounts were deferred under a tax-sheltered annuity plan or an eligible plan of a state or local government or tax-exempt organization. See **Pub. 525** for details.

 You may **not** deduct the amount deferred. It is not included as income in box 1 of your W-2 form.

● **Disability pensions** shown on **Form 1099-R** if you have not reached the minimum retirement age set by your employer. Disability pensions received after you reach that age and other pensions shown on Form 1099-R (other than payments from an IRA* or a Coverdell education savings account (ESA)) are reported on lines 16a and 16b. Payments from an IRA or a Coverdell ESA are reported on lines 15a and 15b.

● **Corrective distributions** shown on **Form 1099-R** of **(a)** excess salary deferrals plus earnings and **(b)** excess contributions plus earnings to a retirement plan. But do not include distributions from an IRA* or a Coverdell ESA on line 7. Instead, report them on lines 15a and 15b.

*This includes a Roth, SEP, or SIMPLE IRA.

## Were You a Statutory Employee?

If you were, the "Statutory employee" box in box 13 of your W-2 form should be checked. Statutory employees include full-time life insurance salespeople, certain agent or commission drivers and traveling salespeople, and certain homeworkers. If you have related business expenses to deduct, report the amount shown in box 1 of your W-2 form on **Schedule C** or **C-EZ** along with your expenses.

## Missing or Incorrect Form W-2?

If you do not get a W-2 form from your employer by January 31, 2002, use TeleTax topic 154 (see page 11) to find out what to do. Even if you do not get a Form W-2, you must still report your earnings on line 7. If you lose your Form W-2 or it is incorrect, ask your employer for a new one.

# Line 8a

## Taxable Interest

Each payer should send you a **Form 1099-INT** or **Form 1099-OID.** Enter your total taxable interest income on line 8a. But you must fill in and attach **Schedule B** if the total is over $400 or any of the other conditions listed at the beginning of the Schedule B instructions (see page B-1) apply to you.

Interest credited in 2001 on deposits that you could not withdraw because of the bankruptcy or insolvency of the financial institution may not have to be included in your 2001 income. For details, see **Pub. 550.**

 If you get a 2001 Form 1099-INT for U.S. savings bond interest that includes amounts you reported before 2001, see Pub. 550.

# Line 8b

## Tax-Exempt Interest

If you received any tax-exempt interest, such as from municipal bonds, report it on line 8b. Include any exempt-interest dividends from a mutual fund or other regulated investment company. **Do not** include interest earned on your IRA or Coverdell education savings account.

# Line 9

## Ordinary Dividends

Each payer should send you a **Form 1099-DIV.** Enter your total ordinary dividends on line 9. But you must fill in and attach **Schedule B** if the total is over $400 or you received, as a nominee, ordinary dividends that actually belong to someone else.

## Capital Gain Distributions

If you received any capital gain distributions, see the instructions for line 13 on page 23.

*(Continued on page 22)*

## Nontaxable Distributions

Some distributions are nontaxable because they are a return of your cost (or other basis). They will not be taxed until you recover your cost (or other basis) by these distributions. After you get back all of your cost (or other basis) by these distributions, you must report these distributions as capital gains on **Schedule D.** For details, see **Pub. 550.**

 Dividends on insurance policies are a partial return of the premiums you paid. **Do not** report them as dividends. Include them in income only if they exceed the total of all net premiums you paid for the contract.

## Line 10

## Taxable Refunds, Credits, or Offsets of State and Local Income Taxes

 None of your refund is taxable if, in the year you paid the tax, you **did not** itemize deductions.

If you received a refund, credit, or offset of state or local income taxes in 2001, you may receive a **Form 1099-G.** If you chose to apply part or all of the refund to your 2001 estimated state or local income tax, the amount applied is treated as received in 2001. If the refund was for a tax you paid in 2000 and you itemized deductions for 2000, use the worksheet below to see if any of your refund is taxable.

**Exception.** See **Recoveries** in **Pub. 525** instead of using the worksheet below if **any** of the following apply.

● You received a refund in 2001 that is for a tax year other than 2000.

● You received a refund other than an income tax refund, such as a real property tax refund, in 2001 of an amount deducted or credit claimed in an earlier year.

● Your 2000 taxable income was less than zero.

● You made your last payment of 2000 estimated state or local income tax in 2001.

● You owed alternative minimum tax in 2000.

● You could not deduct the full amount of credits you were entitled to in 2000 because the total credits exceeded the amount shown on your 2000 Form 1040, line 42, minus any foreign tax credit shown on line 43 of that form.

● You could be claimed as a dependent by someone else in 2000.

Also, see **Tax Benefit Rule** in Pub. 525 instead of using the worksheet below if **all three** of the following apply.

**1.** You had to use the Itemized Deductions Worksheet in the 2000 Schedule A instructions because your 2000 adjusted gross income was over: $128,950 if single, married filing jointly, head of household, or qualifying widow(er); $64,475 if married filing separately.

*(Continued on page 23)*

---

## State and Local Income Tax Refund Worksheet—Line 10    *Keep for Your Records* 

**1.** Enter the income tax refund from **Form(s) 1099-G** (or similar statement). But **do not** enter more than the amount on your 2000 Schedule A (Form 1040), line 5 . . . . . . . . . . . . . **1.** _____

**2.** Enter your total allowable itemized deductions from your 2000 Schedule A (Form 1040), line 28 . . . . . . . . . . . . . . . **2.** _____

    **Note.** If the filing status on your 2000 Form 1040 was married filing separately and your spouse itemized deductions in 2000, skip lines 3, 4, and 5, and enter the amount from line 2 on line 6.

**3.** Enter the amount shown below for the filing status claimed on your **2000** Form 1040.
  ● Single—$4,400
  ● Married filing jointly or
    qualifying widow(er)—$7,350
  ● Married filing separately—$3,675 } . . . **3.** _____
  ● Head of household—$6,450

**4.** Did you fill in line 35a on your 2000 Form 1040?
  ☐ **No.** Enter -0-.
  ☐ **Yes.** Multiply the number on line 35a of your 2000 Form 1040 by: $850 if your 2000 filing status was married filing jointly or separately or qualifying widow(er); $1,100 if your 2000 filing status was single or head of household } **4.** _____

**5.** Add lines 3 and 4 . . . . . . . . . . . . . . . **5.** _____

**6.** Is the amount on line 5 less than the amount on line 2?
  ☐ **No.** STOP None of your refund is taxable.
  ☐ **Yes.** Subtract line 5 from line 2 . . . . . . . . . . **6.** _____

**7. Taxable part of your refund.** Enter the **smaller** of line 1 or line 6 here and on Form 1040, line 10 . . . . . . . . . . . . . . . . . . . **7.** _____

---

**2.** You could not deduct all of the amount on line 1 of the 2000 Itemized Deductions Worksheet.

**3.** The amount on line 8 of that 2000 worksheet would be more than the amount on line 4 of that worksheet if the amount on line 4 were reduced by 80% of the refund you received in 2001.

# Line 11

## Alimony Received

Enter amounts received as alimony or separate maintenance. You must let the person who made the payments know your social security number. If you do not, you may have to pay a $50 penalty. For more details, use TeleTax topic 406 (see page 11) or see **Pub. 504.**

# Line 12

## Business Income or (Loss)

If you operated a business or practiced your profession as a sole proprietor, report your income and expenses on **Schedule C** or **C-EZ.**

# Line 13

## Capital Gain or (Loss)

If you had a capital gain or loss, including any **capital gain distributions** from a mutual fund, you **must** complete and attach **Schedule D.**

**Exception.** You do not have to file Schedule D if **all three** of the following apply.

**1.** The only amounts you have to report on Schedule D are capital gain distributions from box 2a of **Forms 1099-DIV** or substitute statements.

**2.** None of the Forms 1099-DIV or substitute statements have an amount in box 2b (28% rate gain), box 2c (qualified 5-year gain), box 2d (unrecaptured section 1250 gain), or box 2e (section 1202 gain).

**3.** You are not filing **Form 4952** (relating to investment interest expense deduction) **or** the amount on line 4e of that form is zero or blank.

If all three of the above apply, enter your capital gain distributions on line 13 and check the box on that line. Also, be sure you use the **Capital Gain Tax Worksheet** on page 34 to figure your tax.

# Line 14

## Other Gains or (Losses)

If you sold or exchanged assets used in a trade or business, see the Instructions for **Form 4797.**

# Lines 15a and 15b

## IRA Distributions

**Note.** If you converted part or all of an individual retirement arrangement (IRA) to a Roth IRA in 1998 and you chose to report the taxable amount over 4 years, see **1998 Roth IRA Conversions** on this page.

You should receive a **Form 1099-R** showing the amount of any distribution from your IRA or Coverdell education savings account (ESA). Unless otherwise noted in the line 15a and 15b instructions, an IRA includes a traditional IRA, Roth IRA, simplified employee pension (SEP) IRA, and a savings incentive match plan for employees (SIMPLE) IRA. Except as provided below, leave line 15a blank and enter the total distribution on line 15b.

**Exception 1.** Enter the total distribution on line 15a if you rolled over part or all of the distribution from one:

- IRA to another IRA of the same type (for example, from one traditional IRA to another traditional IRA),
- Coverdell ESA to another, or
- SEP or SIMPLE IRA to a traditional IRA.

Also, put "Rollover" next to line 15b. If the total distribution was rolled over, enter zero on line 15b. If the total was not rolled over, enter the part not rolled over on line 15b unless **Exception 2** applies to the part not rolled over.

If you rolled over the distribution **(a)** in 2002 or **(b)** from a conduit IRA into a qualified plan, attach a statement explaining what you did.

**Exception 2.** If **any** of the following apply, enter the total distribution on line 15a and use **Form 8606** and its instructions to figure the amount to enter on line 15b.

- You received a distribution from an IRA (other than a Roth IRA) and you made nondeductible contributions to any of your traditional or SEP IRAs for 2001 or an earlier year. If you made nondeductible contributions to these IRAs for 2001, also see **Pub. 590.**
- You received a distribution from a Roth IRA or Coverdell ESA.

- You converted part or all of a traditional, SEP, or SIMPLE IRA to a Roth IRA in 2001.
- You had a 2000 or 2001 IRA or Coverdell ESA contribution returned to you, with the related earnings or less any loss, by the due date (including extensions) of your tax return for that year.
- You made excess contributions to your IRA for an earlier year and had them returned to you in 2001.
- You recharacterized part or all of a contribution to a Roth IRA as a traditional IRA contribution, or vice versa.

**Note.** If you received more than one distribution, figure the taxable amount of each distribution and enter the total of the taxable amounts on line 15b. Enter the total of those distributions on line 15a.

 You may have to pay an additional tax if **(a)** you received an early distribution from your IRA and the total was not rolled over or **(b)** you were born before July 1, 1930, and received less than the minimum required distribution from your traditional, SEP, and SIMPLE IRAs. See the instructions for line 55 on page 39 for details.

**1998 Roth IRA Conversions.** If you converted an IRA to a Roth IRA in 1998 and you chose to report the taxable amount over 4 years, leave line 15a blank and enter on line 15b the amount from your **1998 Form 8606,** line 17. **But** see the 2001 Instructions for Form 8606 for the amount to enter on line 15b if **(a)** you rounded the amount on line 17 of your 1998 Form 8606 to the next higher whole dollar or **(b)** you received a distribution from a Roth IRA in 1998, 1999, or 2000.

# Lines 16a and 16b

## Pensions and Annuities

You should receive a **Form 1099-R** showing the amount of your pension and annuity payments. See page 25 for details on rollovers and lump-sum distributions. **Do not** include the following payments on lines 16a and 16b. Instead, report them on line 7.

- Disability pensions received before you reach the minimum retirement age set by your employer.
- Corrective distributions of excess salary deferrals or excess contributions to retirement plans.

*(Continued on page 24)*

- 23 -

*Need more information or forms? See page 7.*



**TIP** Attach Form(s) 1099-R to Form 1040 if any Federal income tax was withheld.

## Fully Taxable Pensions and Annuities

If your pension or annuity is fully taxable, enter it on line 16b; **do not** make an entry on line 16a. Your payments are fully taxable if **either** of the following applies.

● You did not contribute to the cost (see page 25) of your pension or annuity **or**

● You got your entire cost back tax free before 2001.

Fully taxable pensions and annuities also include military retirement pay shown on Form 1099-R. For details on military disability pensions, see **Pub. 525.** If you received a **Form RRB-1099-R,** see **Pub. 575** to find out how to report your benefits.

## Partially Taxable Pensions and Annuities

Enter the total pension or annuity payments you received in 2001 on line 16a. If your Form 1099-R does not show the taxable amount, you must use the General Rule explained in **Pub. 939** to figure the taxable part to enter on line 16b. But if your annuity starting date (defined on page 25) was **after** July 1, 1986, see page 25 to find out if you must use the Simplified Method to figure the taxable part.

You can ask the IRS to figure the taxable part for you for an $85 fee. For details, see Pub. 939.

*(Continued on page 25)*

---

### Simplified Method Worksheet—Lines 16a and 16b                    *Keep for Your Records*

*Before you begin:*    ✓   If you are the beneficiary of a deceased employee or former employee who died **before** August 21, 1996, see Pub. 939 to find out if you are entitled to a death benefit exclusion of up to $5,000. If you are, include the exclusion in the amount entered on line 2 below.

**Note.** If you had more than one partially taxable pension or annuity, figure the taxable part of each separately. Enter the total of the taxable parts on Form 1040, line 16b. Enter the total pension or annuity payments received in 2001 on Form 1040, line 16a.

1. Enter the total pension or annuity received in 2001. Also, enter this amount on Form 1040, line 16a . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **1.** _____

2. Enter your cost in the plan at the annuity starting date   . . . . . . . .   **2.** _____

3. Enter the appropriate number from **Table 1** below. **But** if your annuity starting date was **after** 1997 **and** the payments are for your life and that of your beneficiary, enter the appropriate number from **Table 2** below . . . . . . . . .   **3.** _____

4. Divide line 2 by the number on line 3 . . . . . . . . . . . . . .   **4.** _____

5. Multiply line 4 by the number of months for which this year's payments were made. If your annuity starting date was **before** 1987, skip lines 6 and 7 and enter this amount on line 8. Otherwise, go to line 6 . . . . . . . . . . . .   **5.** _____

6. Enter the amount, if any, recovered tax free in years after 1986 . . . . .   **6.** _____

7. Subtract line 6 from line 2 . . . . . . . . . . . . . . . . .   **7.** _____

8. Enter the **smaller** of line 5 or line 7 . . . . . . . . . . . . . . .   **8.** _____

9. **Taxable amount.** Subtract line 8 from line 1. Enter the result, but not less than zero. Also, enter this amount on Form 1040, line 16b. If your Form 1099-R shows a larger amount, use the amount on this line instead of the amount from Form 1099-R . . . . . . . . . . . . . . . . . . .   **9.** _____

---

#### Table 1 for Line 3 Above

| IF the age at annuity starting date (see page 25) was . . . | **before** November 19, 1996, enter on line 3 . . . | **after** November 18, 1996, enter on line 3 . . . |
|---|---|---|
| 55 or under | 300 | 360 |
| 56–60 | 260 | 310 |
| 61–65 | 240 | 260 |
| 66–70 | 170 | 210 |
| 71 or older | 120 | 160 |

**AND your annuity starting date was—**

#### Table 2 for Line 3 Above

| IF the combined ages at annuity starting date (see page 25) were . . . | THEN enter on line 3 . . . |
|---|---|
| 110 or under | 410 |
| 111–120 | 360 |
| 121–130 | 310 |
| 131–140 | 260 |
| 141 or older | 210 |

---

If your Form 1099-R shows a taxable amount, you may report that amount on line 16b. But you may be able to report a lower taxable amount by using the General Rule or the Simplified Method.

### Annuity Starting Date

Your annuity starting date is the later of the first day of the first period for which you received a payment, or the date the plan's obligations became fixed.

### Simplified Method

You **must** use the Simplified Method if **(a)** your annuity starting date (defined above) was **after** July 1, 1986, and you used this method last year to figure the taxable part or **(b)** your annuity starting date was **after** November 18, 1996, and **all three** of the following apply.

**1.** The payments are for **(a)** your life or **(b)** your life and that of your beneficiary.

**2.** The payments are from a qualified employee plan, a qualified employee annuity, or a tax-sheltered annuity.

**3.** On your annuity starting date, either you were under age 75 or the number of years of guaranteed payments was fewer than 5. See Pub. 575 for the definition of guaranteed payments.

If you must use the Simplified Method, complete the worksheet on page 24 to figure the taxable part of your pension or annuity. For more details on the Simplified Method, see Pub. 575 or **Pub. 721** for U.S. Civil Service retirement.

 If you received U.S. Civil Service retirement benefits and you chose the alternative annuity option, use the worksheet in Pub. 721. **Do not** use the worksheet on page 24.

### Age (or Combined Ages) at Annuity Starting Date

If you are the retiree, use your age on the annuity starting date. If you are the survivor of a retiree, use the retiree's age on his or her annuity starting date. **But** if your annuity starting date was after 1997 and the payments are for your life and that of your beneficiary, use your combined ages on the annuity starting date.

If you are the beneficiary of an employee who died, see Pub. 575. If there is more than one beneficiary, see Pub. 575 or Pub. 721 to figure each beneficiary's taxable amount.

### Cost

Your cost is generally your net investment in the plan as of the annuity starting date. It does not include pre-tax contributions.

Your net investment should be shown in box 9b of Form 1099-R for the first year you received payments from the plan.

### Rollovers

A rollover is a tax-free distribution of cash or other assets from one retirement plan that is contributed to another plan. Use lines 16a and 16b to report a rollover, including a direct rollover, from one qualified employer's plan to another or to an IRA or SEP.

Enter on line 16a the total distribution before income tax or other deductions were withheld. This amount should be shown in box 1 of **Form 1099-R.** From the total on line 16a, subtract any contributions (usually shown in box 5) that were taxable to you when made. From that result, subtract the amount that was rolled over either directly or within 60 days of receiving the distribution. Enter the remaining amount, even if zero, on line 16b. Also, put "Rollover" next to line 16b.

Special rules apply to partial rollovers of property. For more details on rollovers, including distributions under qualified domestic relations orders, see Pub. 575.

### Lump-Sum Distributions

If you received a lump-sum distribution from a profit-sharing or retirement plan, your Form 1099-R should have the "Total distribution" box in box 2b checked. You may owe an additional tax if you received an early distribution from a qualified retirement plan and the total amount was not rolled over. For details, see the instructions for line 55 on page 39.

Enter the total distribution on line 16a and the taxable part on line 16b.

 You may be able to pay less tax on the distribution if you were born before 1936, you meet certain other conditions, and you choose to use **Form 4972** to figure the tax on any part of the distribution. You may also be able to use Form 4972 if you are the beneficiary of a deceased employee who was born before 1936. For details, see Form 4972.

## Line 19

### Unemployment Compensation

You should receive a **Form 1099-G** showing the total unemployment compensation paid to you in 2001.

If you received an overpayment of unemployment compensation in 2001 and you

repaid any of it in 2001, subtract the amount you repaid from the total you received. Enter the result on line 19. Also, enter "Repaid" and the amount you repaid on the dotted line next to line 19. If, in 2001, you repaid unemployment compensation that you included in gross income in an earlier year, you may deduct the amount repaid on **Schedule A,** line 22. But if you repaid more than $3,000, see **Repayments** in **Pub. 525** for details on how to report the repayment.

## Lines 20a and 20b

### Social Security Benefits

You should receive a **Form SSA-1099** showing in box 3 the total social security benefits paid to you. Box 4 will show the amount of any benefits you repaid in 2001. If you received railroad retirement benefits treated as social security, you should receive a **Form RRB-1099.**

Use the worksheet on page 26 to see if any of your benefits are taxable.

**Exception. Do not** use the worksheet on page 26 if **any** of the following apply.

● You made contributions to a traditional IRA for 2001 and you were covered by a retirement plan at work or through self-employment. Instead, use the worksheets in **Pub. 590** to see if any of your social security benefits are taxable and to figure your IRA deduction.

● You repaid any benefits in 2001 and your total repayments (box 4) were more than your total benefits for 2001 (box 3). **None** of your benefits are taxable for 2001. In addition, you may be able to take an itemized deduction for part of the excess repayments if they were for benefits you included in gross income in an earlier year. For more details, see **Pub. 915.**

● You file **Form 2555, 2555-EZ, 4563,** or **8815,** or you exclude employer-provided adoption benefits or income from sources within Puerto Rico. Instead, use the worksheet in Pub. 915.

Form 1040—Lines 20a and 20b

## Social Security Benefits Worksheet—Lines 20a and 20b

*Keep for Your Records*

**Before you begin:**
√ Complete Form 1040, lines 21, 23, and 25 through 31a, if they apply to you.
√ Figure any amount to be entered on the dotted line next to line 32 (see page 30).
√ If you are married filing separately and you **lived apart** from your spouse for all of 2001, enter "D" to the right of the word "benefits" on line 20a.
√ Be sure you have read the **Exception** on page 25 to see if you can use this worksheet instead of a publication to find out if any of your benefits are taxable.

1. Enter the total amount from **box 5** of **all** your **Forms SSA-1099** and **RRB-1099** . . . . . . . . . . . . . . **1.** _____

2. Is the amount on line 1 more than zero?

☐ **No.** (STOP) None of your social security benefits are taxable.

☐ **Yes.** Enter one-half of line 1 . . . . . . . . . . **2.** _____

3. Add the amounts on Form 1040, lines 7, 8a, 9 through 14, 15b, 16b, 17 through 19, and 21. Do not include amounts from box 5 of Forms SSA-1099 or RRB-1099 . . . . . . . **3.** _____

4. Enter the amount, if any, from Form 1040, line 8b . . . . . . . **4.** _____

5. Add lines 2, 3, and 4 . . . . . . . . . . . . . . **5.** _____

6. Add the amounts on Form 1040, lines 23, and 25 through 31a, and any amount you entered on the dotted line next to line 32 . . . . . . . . . . **6.** _____

7. Subtract line 6 from line 5. If zero or less, **stop here.** None of your social security benefits are taxable . . . . . . . . . . . . . . . . **7.** _____

8. Enter: $25,000 if single, head of household, qualifying widow(er), or married filing separately and you **lived apart** from your spouse for all of 2001; $32,000 if married filing jointly; -0- if married filing separately and you lived with your spouse at any time in 2001. . . . . **8.** _____

9. Is the amount on line 8 less than the amount on line 7?

☐ **No.** (STOP) None of your social security benefits are taxable. You do not have to enter any amounts on lines 20a or 20b of Form 1040. **But** if you are married filing separately and you **lived apart** from your spouse for all of 2001, enter -0- on line 20b. Be sure you entered "D" to the right of the word "benefits" on line 20a.

☐ **Yes.** Subtract line 8 from line 7 . . . . . . . . . **9.** _____

10. Enter: $9,000 if single, head of household, qualifying widow(er), or married filing separately and you **lived apart** from your spouse for all of 2001; $12,000 if married filing jointly; -0- if married filing separately and you lived with your spouse at any time in 2001. . . . . **10.** _____

11. Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . **11.** _____

12. Enter the **smaller** of line 9 or line 10 . . . . . . . . . **12.** _____

13. Enter one-half of line 12 . . . . . . . . . . . . **13.** _____

14. Enter the **smaller** of line 2 or line 13 . . . . . . . . . **14.** _____

15. Multiply line 11 by 85% (.85). If line 11 is zero, enter -0- . . . . . **15.** _____

16. Add lines 14 and 15 . . . . . . . . . . . . . **16.** _____

17. Multiply line 1 by 85% (.85). . . . . . . . . . . . **17.** _____

18. **Taxable social security benefits.** Enter the **smaller** of line 16 or line 17 . . . . . . **18.** _____

• Enter the amount from line 1 above on Form 1040, line 20a.
• Enter the amount from line 18 above on Form 1040, line 20b.

**TIP** If part of your benefits are taxable for 2001 **and** they include benefits paid in 2001 that were for an earlier year, you may be able to reduce the taxable amount. See Pub. 915 for details.

*Need more information or forms? See page 7.*    - 26 -

# Line 21
## Other Income



**Do not** report on this line any income from **self-employment** or fees received as a notary public. Instead, you **must** use **Schedule C, C-EZ,** or **F,** even if you do not have any business expenses. Also, **do not** report on line 21 any nonemployee compensation shown on **Form 1099-MISC.** Instead, see the chart on page 18 to find out where to report that income.

Use line 21 to report any other income not reported on your return or other schedules. See examples below. List the type and amount of income. If necessary, show the required information on an attached statement. For more details, see **Miscellaneous Taxable Income** in **Pub. 525.**



**Do not** report any nontaxable income on line 21, such as an advance payment of your 2001 taxes; child support; money or property that was inherited, willed to you, or received as a gift; or life insurance proceeds received because of a person's death.

Examples of **income to report** on line 21 are:

- Prizes and awards.
- Gambling winnings, including lotteries, raffles, a lump-sum payment from the sale of a right to receive future lottery payments, etc. For details on gambling losses, see the instructions for **Schedule A,** line 27, on page A-6.
- Jury duty fees. Also, see the instructions for line 32 on page 30.
- Alaska Permanent Fund dividends.
- Qualified state tuition program earnings.
- Reimbursements or other amounts received for items deducted in an earlier year, such as medical expenses, real estate taxes, or home mortgage interest. See **Recoveries** in Pub. 525 for details on how to figure the amount to report.
- Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property. Also, see the instructions for line 32 on page 30.
- Income from an activity not engaged in for profit. See **Pub. 535.**
- Loss on certain corrective distributions of excess deferrals. See Pub. 525.

# Adjusted Gross Income

## Line 23
### IRA Deduction



If you made any nondeductible contributions to a traditional individual retirement arrangement (IRA) for 2001, you **must** report them on **Form 8606.**

If you made contributions to a traditional IRA for 2001, you may be able to take an IRA deduction. But you, or your spouse if filing a joint return, must have had earned income to do so. For IRA purposes, earned income includes certain alimony received. See **Pub. 590** for details. You should receive a statement by May 31, 2002, that shows all contributions to your traditional IRA for 2001.

Use the worksheet on page 28 to figure the amount, if any, of your IRA deduction. **But read the following list before you fill in the worksheet.**

- If you were age 70½ or older at the end of 2001, you **cannot** deduct any contributions made to your traditional IRA for 2001 or treat them as nondeductible contributions.
- You **cannot** deduct contributions to a Roth IRA or a Coverdell education savings account.



If you made contributions to both a traditional IRA and a Roth IRA for 2001, **do not** use the worksheet on page 28. Instead, use the worksheet in **Pub. 590** to figure the amount, if any, of your IRA deduction.

- You **cannot** deduct contributions to a 401(k) plan, section 457 plan, SIMPLE plan, or the Federal Thrift Savings Plan. These amounts are not included as income in box 1 of your W-2 form.
- If you made contributions to your IRA in 2001 that you deducted for 2000, **do not** include them in the worksheet.
- If you received a distribution from a nonqualified deferred compensation plan or section 457 plan that is included in box 1 of your W-2 form, **do not** include that distribution on line 8 of the worksheet. The distribution should be shown in box 11 of your W-2 form. If it is not, contact your employer for the amount of the distribution.

- You must file a joint return to deduct contributions to your spouse's IRA. Enter the total IRA deduction for you and your spouse on line 23.
- Do not include rollover contributions in figuring your deduction. Instead, see the instructions for lines 15a and 15b on page 23.
- Do not include trustees' fees that were billed separately and paid by you for your IRA. These fees can be deducted only as an itemized deduction on **Schedule A.**
- If the total of your IRA deduction on line 23 plus any nondeductible contribution to your traditional IRAs shown on Form 8606 is less than your total traditional IRA contributions for 2001, see Pub. 590 for special rules.



By April 1 of the year after the year in which you turn age 70½, you must start taking minimum required distributions from your traditional IRA. If you do not, you may have to pay a 50% additional tax on the amount that should have been distributed. For details, including how to figure the minimum required distribution, see Pub. 590.

### Were You Covered by a Retirement Plan?

If you were covered by a retirement plan (qualified pension, profit-sharing (including 401(k)), annuity, SEP, SIMPLE, etc.) at work or through self-employment, your IRA deduction may be reduced or eliminated. But you can still make contributions to an IRA even if you cannot deduct them. In any case, the income earned on your IRA contributions is not taxed until it is paid to you.

The "Retirement plan" box in box 13 of your W-2 form should be checked if you were covered by a plan at work even if you were not vested in the plan. You are also covered by a plan if you were self-employed and had a SEP, SIMPLE, or qualified retirement plan.

If you were covered by a retirement plan and you file **Form 2555, 2555-EZ,** or **8815,** or you exclude employer-provided adoption benefits, see Pub. 590 to figure the amount, if any, of your IRA deduction.

**Married Persons Filing Separately.** If you were not covered by a retirement plan but your spouse was, **you** are considered covered by a plan unless you **lived apart** from your spouse for all of 2001.

# Line 24

## Student Loan Interest Deduction

Use the worksheet on page 29 to figure your student loan interest deduction if **all five** of the following apply.

**1.** You paid interest in 2001 on a qualified student loan (see page 29).

**2.** At least part of the interest paid in 2001 was paid during the first 60 months that interest payments were required to be made. See **Example** on page 29.

**3.** Your filing status is any status **except** married filing separately.

**4.** Your modified adjusted gross income (AGI) is less than: $55,000 if single, head of household, or qualifying widow(er); $75,000 if married filing jointly. Use lines 3 through 5 of the worksheet on page 29 to figure your modified AGI.

**5.** You are not claimed as a dependent on someone's (such as your parent's) 2001 tax return.

**Exception.** Use **Pub. 970** instead of the worksheet on page 29 to figure your student loan interest deduction if you file **Form 2555, 2555-EZ,** or **4563,** or you exclude income from sources within Puerto Rico.

## IRA Deduction Worksheet—Line 23

*Keep for Your Records*

**Before you begin:**
- ✓ Complete Form 1040, lines 25 through 31a, if they apply to you.
- ✓ Figure any amount to be entered on the dotted line next to line 32 (see page 30).
- ✓ Be sure you have read the list on page 27.

| | | Your IRA | Spouse's IRA |
|---|---|---|---|
| **1a.** | Were you covered by a retirement plan (see page 27)? . . . . . . . . . | **1a.** ☐ Yes ☐ No | |
| **1b.** | If married filing jointly, was your spouse covered by a retirement plan? . . . . . . . . . . . . . | | **1b.** ☐ Yes ☐ No |
| | **Next.** If you checked "No" on line 1a, and, if married filing jointly, "No" on line 1b, skip lines 2–6, enter $2,000 on line 7a (and 7b if applicable), and go to line 8. Otherwise, go to line 2. | | |
| **2.** | Enter the amount shown below that applies to you. | | |
| | • Single, head of household, or married filing separately and you **lived apart** from your spouse for all of 2001, enter $43,000 | | |
| | • Qualifying widow(er), enter $63,000 | **2a.** _____ | **2b.** _____ |
| | • Married filing jointly, enter $63,000 in both columns. But if you checked "No" on either line 1a or 1b, enter $160,000 for the person who was not covered by a plan | | |
| | • Married filing separately and you lived with your spouse at any time in 2001, enter $10,000 | | |
| **3.** | Enter the amount from Form 1040, line 22 . . . . . . . **3.** _____ | | |
| **4.** | Add amounts on Form 1040, lines 25 through 31a, and any amount you entered on the dotted line next to line 32 . . . **4.** _____ | | |
| **5.** | Subtract line 4 from line 3. Enter the result in both columns . . . . . . | **5a.** _____ | **5b.** _____ |
| **6.** | Is the amount on line 5 less than the amount on line 2? | | |
| | ☐ **No.** 🛑 None of your IRA contributions are deductible. For details on nondeductible IRA contributions, see Form 8606. | | |
| | ☐ **Yes.** Subtract line 5 from line 2 in each column. **If the result is $10,000 or more, enter $2,000 on line 7 for that column** . . . . . . . . . | **6a.** _____ | **6b.** _____ |
| **7.** | Multiply lines 6a and 6b by 20% (.20). If the result is not a multiple of $10, increase it to the next multiple of $10 (for example, increase $490.30 to $500). If the result is $200 or more, enter the result. But if it is less than $200, enter $200 . . . | **7a.** _____ | **7b.** _____ |
| **8.** | Enter your wages, and your spouse's if filing jointly, and other earned income from Form 1040, minus any deductions on Form 1040, lines 27 and 29. Do not reduce wages by any loss from self-employment . . . . . . . . . . . . . **8.** _____ | | |
| | ⚠ **CAUTION** If married filing jointly and line 8 is less than $4,000, **stop here** and see Pub. 590 to figure your IRA deduction. | | |
| **9.** | Enter traditional IRA contributions made, or that will be made by April 15, 2002, for 2001 to your IRA on line 9a and to your spouse's IRA on line 9b . . . . | **9a.** _____ | **9b.** _____ |
| **10.** | On line 10a, enter the **smallest** of line 7a, 8, or 9a. On line 10b, enter the **smallest** of line 7b, 8, or 9b. This is the most you can deduct. Add the amounts on lines 10a and 10b and enter the total on Form 1040, line 23. Or, if you want, you may deduct a smaller amount and treat the rest as a nondeductible contribution (see Form 8606) | **10a.** _____ | **10b.** _____ |

**Example.** You took out a qualified student loan in 1994 while in college. You had 6 years to repay the loan and your first monthly payment was due July 1996, after you graduated. You made a payment every month as required. If you meet items **3** through **5** listed on page 28, you may use only the interest you paid for January through June 2001 to figure your deduction. June is the end of the 60-month period (July 1996–June 2001).

**Qualified Student Loan.** This is any loan you took out to pay the qualified higher education expenses for yourself, your spouse, or anyone who was your dependent when the loan was taken out. The person for whom the expenses were paid must have been an eligible student (defined on this page). However, a loan is not a qualified student loan if **(a)** any of the proceeds were used for other purposes or **(b)** the loan was from either a related person or a person who borrowed the proceeds under a qualified employer plan or a contract purchased under such a plan. To find out who is a related person, see Pub. 970.

**Qualified higher education expenses** generally include tuition, fees, room and board, and related expenses such as books and supplies. The expenses must be for education in a degree, certificate, or similar program at an eligible educational institution. An eligible educational institution includes most colleges, universities, and certain vocational schools. You must reduce the expenses by the following nontaxable benefits.

● Employer-provided educational assistance benefits that are not included in box 1 of your W-2 form(s).

● Excludable U.S. series EE and I savings bond interest from **Form 8815.**

● Qualified distributions from a Coverdell education savings account.

● Any scholarship, educational assistance allowance, or other payment (but **not** gifts, inheritances, etc.) excluded from income.

For more details on these expenses, see Pub. 970.

An **eligible student** is a person who:

● Was enrolled in a degree, certificate, or other program (including a program of study abroad that was approved for credit by the institution at which the student was enrolled) leading to a recognized educational credential at an eligible educational institution **and**

● Carried at least half the normal full-time workload for the course of study he or she was pursuing.

# Line 25

## Archer MSA Deduction

If you made a contribution to an Archer MSA for 2001, you may be able to take this deduction. See **Form 8853.**

# Line 26

## Moving Expenses

If you moved in connection with your job or business or started a new job, you may be able to take this deduction. But your new workplace must be at least 50 miles farther from your old home than your old home was from your old workplace. If you had no former workplace, your new workplace must be at least 50 miles from your old home. Use TeleTax topic 455 (see page 11) or see **Form 3903.**

---

**Student Loan Interest Deduction Worksheet—Line 24**                    *Keep for Your Records*

| | |
|---|---|
| ***Before you begin:*** | ✓  Complete Form 1040, lines 25 through 31a, if they apply to you. |
| | ✓  Figure any amount to be entered on the dotted line next to line 32 (see page 30). |
| | ✓  See the instructions for line 24 that begin on page 28. |
| | ✓  Be sure you have read the **Exception** on page 28 to see if you can use this worksheet instead of Pub. 970 to figure your deduction. |

**1.** Enter the total interest you paid in 2001 on qualified student loans (defined above). Do not include interest that was required to be paid after the first 60 months . . . . . . . . . . . . .   **1.** _____

**2.** Enter the **smaller** of line 1 or $2,500 . . . . . . . . . . . . . . . . .   **2.** _____

**3.** Enter the amount from Form 1040, line 22 . . . . . . . . . . .   **3.** _____

**4.** Enter the total of the amounts from Form 1040, line 23, lines 25 through 31a, plus any amount you entered on the dotted line next to line 32 . . . . .   **4.** _____

**5.** Subtract line 4 from line 3 . . . . . . . . . . . . . . .   **5.** _____

**6.** Enter the amount shown below for your filing status.
● Single, head of household, or qualifying widow(er)—$40,000   }
● Married filing jointly—$60,000   . . .   **6.** _____

**7.** Is the amount on line 5 more than the amount on line 6?
☐ **No.**  Skip lines 7 and 8, enter -0- on line 9, and go to line 10.
☐ **Yes.**  Subtract line 6 from line 5 . . . . . . .   **7.** _____

**8.** Divide line 7 by $15,000. Enter the result as a decimal (rounded to at least three places). Do not enter more than "1.000" . . . . . . . . . . . . . . . . . . .   **8.** ._____

**9.** Multiply line 2 by line 8 . . . . . . . . . . . . . . .   **9.** _____

**10.** **Student loan interest deduction.** Subtract line 9 from line 2. Enter the result here and on Form 1040, line 24. **Do not** include this amount in figuring any other deduction on your return (such as on Schedule A, C, E, etc.) . . . . . . . . . . . . .   **10.** _____

---

*Need more information or forms? See page 7.*

Form 1040—Lines 27 Through 32

# Line 27

## One-Half of Self-Employment Tax

If you were self-employed and owe self-employment tax, fill in **Schedule SE** to figure the amount of your deduction.

# Line 28

## Self-Employed Health Insurance Deduction

You may be able to deduct part of the amount paid for health insurance for yourself, your spouse, and dependents if **either** of the following applies.

● You were self-employed and had a net profit for the year.

● You received wages in 2001 from an S corporation in which you were a more-than-2% shareholder. Health insurance benefits paid for you may be shown in box 14 of your W-2 form.

The insurance plan must be established under your business. But if you were also eligible to participate in any subsidized health plan maintained by your or your spouse's employer for any month or part of a month in 2001, amounts paid for health insurance coverage for that month cannot be used to figure the deduction. For example, if you were eligible to participate in a subsidized health plan maintained by your spouse's employer from September 30 through December 31, you cannot use amounts paid for health insurance coverage for September through December to figure your deduction. For more details, see **Pub. 535.**

If you qualify to take the deduction, use the worksheet below to figure the amount you can deduct.

**Exception.** Use Pub. 535 instead of the worksheet below to find out how to figure your deduction if **any** of the following apply.

● You had more than one source of income subject to self-employment tax.

● You file **Form 2555** or **2555-EZ.**

● You are using amounts paid for qualified long-term care insurance to figure the deduction.

# Line 29

## Self-Employed SEP, SIMPLE, and Qualified Plans

If you were self-employed or a partner, you may be able to take this deduction. See **Pub. 560** or, if you were a minister, **Pub. 517.**

# Line 30

## Penalty on Early Withdrawal of Savings

The **Form 1099-INT** or **Form 1099-OID** you received will show the amount of any penalty you were charged.

# Lines 31a and 31b

## Alimony Paid

If you made payments to or for your spouse or former spouse under a divorce or separation instrument, you may be able to take this deduction. Use TeleTax topic 452 (see page 11) or see **Pub. 504.**

# Line 32

Include in the total on line 32 any of the following adjustments. To find out if you can take the deduction, see the form or publication indicated. On the dotted line next to line 32, enter the amount of your deduction and identify it as indicated.

● Performing-arts-related expenses (see **Form 2106** or **2106-EZ**). Identify as "QPA."

● Jury duty pay given to your employer (see **Pub. 525**). Identify as "Jury Pay."

● Deductible expenses related to income reported on line 21 from the rental of personal property engaged in for profit. Identify as "PPR."

● Reforestation amortization (see **Pub. 535**). Identify as "RFST."

● Repayment of supplemental unemployment benefits under the Trade Act of 1974 (see **Pub. 525**). Identify as "Sub-Pay TRA."

● Contributions to section 501(c)(18) pension plans (see **Pub. 525**). Identify as "501(c)(18)."

● Contributions by certain chaplains to section 403(b) plans (see **Pub. 517**). Identify as "403(b)."

● Deduction for clean-fuel vehicles (see **Pub. 535**). Identify as "Clean-Fuel."

● Employee business expenses of fee-basis state or local government officials (see **Form 2106** or **2106-EZ**). Identify as "FBO."

---

### Self-Employed Health Insurance Deduction Worksheet—Line 28                    *Keep for Your Records*

| | |
|---|---|
| ***Before you begin:*** | √  Complete Form 1040, line 29, if it applies to you. |
| | √  Be sure you have read the **Exception** above to see if you can use this worksheet instead of Pub. 535 to figure your deduction. |

1. Enter the total amount paid in 2001 for health insurance coverage established under your business for 2001 for you, your spouse, and dependents. But do not include amounts for any month you were eligible to participate in an employer-sponsored health plan  .   .   .   .   .   .   .   .   .   .   .   . **1.** _____

2. Multiply line 1 by 60% (.60)   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . **2.** _____

3. Enter your net profit and any other earned income* from the business under which the insurance plan is established, minus any deductions you claim on Form 1040, lines 27 and 29   .   .   .   .   .   .   . **3.** _____

4. **Self-employed health insurance deduction.** Enter the **smaller** of line 2 or line 3 here and on Form 1040, line 28. **Do not** include this amount in figuring any medical expense deduction on Schedule A (Form 1040)   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . **4.** _____

\* ***Earned income*** *includes net earnings and gains from the sale, transfer, or licensing of property you created. It does not include capital gain income. If you were a more-than-2% shareholder in the S corporation under which the insurance plan is established, earned income is your wages from that corporation.*

---

*Need more information or forms? See page 7.*                    **- 30 -**

## Line 33

If line 33 is less than zero, you may have a net operating loss that you can carry to another tax year. See **Pub. 536.**

# Tax and Credits

## Line 35a

If you were age 65 or older or blind, check the appropriate box(es) on line 35a. If you were married and checked the box on line 6b of Form 1040 and your spouse was age 65 or older or blind, also check the appropriate box(es) for your spouse. Be sure to enter the total number of boxes checked.

## Age

If you were age 65 or older on January 1, 2002, check the "65 or older" box on your 2001 return.

## Blindness

If you were partially blind as of December 31, 2001, you must get a statement certified by your eye doctor or registered optometrist that:

● You cannot see better than 20/200 in your better eye with glasses or contact lenses or

● Your field of vision is 20 degrees or less.

If your eye condition is not likely to improve beyond the conditions listed above, you can get a statement certified by your eye doctor or registered optometrist to this effect instead.

You must keep the statement for your records.

## Line 35b

If your spouse itemizes deductions on a separate return or if you were a dual-status alien, check the box on line 35b. But if you were a dual-status alien and you file a joint return with your spouse who was a U.S. citizen or resident at the end of 2001 and you and your spouse agree to be taxed on your combined worldwide income, **do not** check the box.

## Line 36

### Itemized Deductions or Standard Deduction

In most cases, your Federal income tax will be less if you take the **larger** of:

● Your itemized deductions or

● Your standard deduction.

 If you checked the box on **line 35b,** your standard deduction is zero.

### Itemized Deductions

To figure your itemized deductions, fill in **Schedule A.**

### Standard Deduction

Most people can find their standard deduction by looking at the amounts listed under "All others" to the left of line 36 of Form 1040. But if you checked **any** box on **line 35a, or** you (or your spouse if filing jointly) can be claimed as a dependent on someone's 2001 return, use the worksheet below or the chart on page 32, whichever applies, to figure your standard deduction. Also, if you checked the box on **line 35b,** your standard deduction is zero, even if you were age 65 or older or blind.

### Electing To Itemize for State Tax or Other Purposes

If you itemize even though your itemized deductions are less than your standard deduction, enter "IE" on the dotted line next to line 36.

---

### Standard Deduction Worksheet for Dependents—Line 36    *Keep for Your Records*

Use this worksheet **only** if someone can claim you, or your spouse if filing jointly, as a dependent.

1. Add $250 to your **earned income\***. Enter the total . . . . . . . . . . . . . . . **1.** _____
2. Minimum standard deduction . . . . . . . . . . . . . . . . . . . . . **2.** __750.00__
3. Enter the **larger** of line 1 or line 2 . . . . . . . . . . . . . . . . . **3.** _____
4. Enter the amount shown below for your filing status.
   ● Single—$4,550
   ● Married filing separately—$3,800
   ● Married filing jointly or qualifying widow(er)—$7,600 } . . . . . . . . . **4.** _____
   ● Head of household—$6,650
5. **Standard deduction.**
   a. Enter the **smaller** of line 3 or line 4. If under 65 and not blind, **stop here** and enter this amount on Form 1040, line 36. **Otherwise,** go to line 5b . . . . . . . . . . **5a.** _____
   b. If 65 or older or blind, multiply the number on Form 1040, line 35a, by: $1,100 if single or head of household; $900 if married filing jointly or separately, or qualifying widow(er) . . . . . . . . **5b.** _____
   c. Add lines 5a and 5b. Enter the total here and on Form 1040, line 36 . . . . . . . . **5c.** _____

**\*Earned income** includes wages, salaries, tips, professional fees, and other compensation received for personal services you performed. It also includes any amount received as a scholarship that you must include in your income. Generally, your earned income is the total of the amount(s) you reported on Form 1040, lines 7, 12, and 18, minus the amount, if any, on line 27.

## Standard Deduction Chart for People Age 65 or Older or Blind—Line 36

**Do not** use this chart if someone can claim you, or your spouse if filing jointly, as a dependent. Instead use the worksheet on page 31.

Enter the number from the box on line 35a of Form 1040 . . . . . . . . . . ▶ [   ]

  Do not use the number of exemptions from line 6d.

| IF your filing status is . . . | AND the number in the box above is . . . | THEN your standard deduction is . . . |
|---|---|---|
| Single | 1<br>2 | $5,650<br>6,750 |
| Married filing jointly<br>or<br>Qualifying widow(er) | 1<br>2<br>3<br>4 | $8,500<br>9,400<br>10,300<br>11,200 |
| Married filing separately | 1<br>2<br>3<br>4 | $4,700<br>5,600<br>6,500<br>7,400 |
| Head of household | 1<br>2 | $7,750<br>8,850 |

## Deduction for Exemptions Worksheet—Line 38          *Keep for Your Records*

1. Is the amount on Form 1040, line 34, more than the amount shown on line 4 below for your filing status?

   ☐ **No.** 🛑 Multiply $2,900 by the total number of exemptions claimed on Form 1040, line 6d, and enter the result on line 38.

   ☐ **Yes.** *Continue*

2. Multiply $2,900 by the total number of exemptions claimed on Form 1040, line 6d . . . . . . . .  **2.** _____

3. Enter the amount from Form 1040, line 34 . . . . . . . . . . .  **3.** _____

4. Enter the amount shown below for your filing status.
   - Single—$132,950
   - Married filing jointly or qualifying widow(er)—$199,450
   - Married filing separately—$99,725
   - Head of household—$166,200   } . . .  **4.** _____

5. Subtract line 4 from line 3 . . . . . . . . .  **5.** _____

   **Note.** If line 5 is more than: $122,500 if single, married filing jointly, head of household, or qualifying widow(er); $61,250 if married filing separately, **stop here.** You **cannot** take a deduction for exemptions.

6. Divide line 5 by: $2,500 if single, married filing jointly, head of household, or qualifying widow(er); $1,250 if married filing separately. If the result is not a whole number, increase it to the next higher whole number (for example, increase 0.0004 to 1) . . . . . . . . . . .  **6.** _____

7. Multiply line 6 by 2% (.02) and enter the result as a decimal . . . .  **7.** _____._____

8. Multiply line 2 by line 7 . . . . . . .  **8.** _____

9. **Deduction for exemptions.** Subtract line 8 from line 2. Enter the result here and on Form 1040, line 38 .  **9.** _____

# Line 40

## Tax

Do you want the IRS to figure your tax for you?

☐ **Yes.** See **Pub. 967** for details, including who is eligible and what to do. If you have paid too much, we will send you a refund. If you did not pay enough, we will send you a bill.

☐ **No.** Use one of the following methods to figure your tax. Also include in the total on line 40 any of the following taxes.

● Tax from **Forms 8814** and **4972.** Be sure to check the appropriate box(es).

● Tax from recapture of an education credit. You may owe this tax if **(a)** you claimed an education credit in an earlier year **and (b)** you, your spouse if filing jointly, or your dependent received in 2001 either tax-free educational assistance or a refund of qualified expenses. See **Form 8863** for more details. If you owe this tax, enter the amount and "ECR" on the dotted line next to line 40.

**Tax Table or Tax Rate Schedules.** If your taxable income is less than $100,000, you **must** use the Tax Table, which starts on page 59, to figure your tax. Be sure you use the correct column. If your taxable income is $100,000 or more, use the Tax Rate Schedules on page 71.

**Exception. Do not** use the Tax Table or Tax Rate Schedules to figure your tax if **either 1** or **2** below applies.

**1.** You are required to figure your tax using the **Tax Computation Worksheet for Certain Dependents** below, **Form 8615, Schedule D,** or the **Capital Gain Tax Worksheet** on page 34.

**2.** You use **Schedule J** (for farm income) to figure your tax.

**Tax Computation Worksheet for Certain Dependents.** If you, or your spouse if filing jointly, can be claimed as a dependent on someone's 2001 return, you must use the worksheet below to figure your tax unless you received (before offset) an advance payment of your 2001 taxes. If any of the other methods listed in item **1** or **2** above apply to you, follow the **Special Rules** on the

worksheet to figure your tax. Your tax may be less if this worksheet applies.

**Form 8615.** Form 8615 must generally be used to figure the tax for any child who was under age 14 on January 1, 2002, and who had more than $1,500 of investment income, such as taxable interest, ordinary dividends, or capital gains (including capital gain distributions). But if neither of the child's parents was alive on December 31, 2001, do not use Form 8615 to figure the child's tax.

**Schedule D.** If you had a net capital gain on Schedule D (both lines 16 and 17 of Schedule D are gains) and the amount on Form 1040, line 39, is more than zero, use Part IV of Schedule D to figure your tax.

**Capital Gain Tax Worksheet.** If you received capital gain distributions but you are not required to file Schedule D, use the worksheet on page 34 to figure your tax.

**Schedule J.** If you had income from farming, your tax may be less if you choose to figure it using income averaging on Schedule J.

---

**Tax Computation Worksheet for Certain Dependents—Line 40**                    *Keep for Your Records*

| | |
|---|---|
| ***Before you begin:*** | ✓ Be sure you can use this worksheet (see **Tax Computation Worksheet for Certain Dependents** above). |
| | ✓ **Do not** use this worksheet if you, or your spouse if filing jointly, received (before offset) an advance payment of your 2001 taxes. |
| | ✓ Be sure you read the **Special Rules** below. |

1. Figure the tax on the amount on Form 1040, line 39 (or the applicable line of the worksheet, schedule, or form listed below). Use the Tax Table or Tax Rate Schedules, whichever applies . . . . . . .   1. _____

2. Is the amount on line 1 more than the amount shown below for your filing status?
   ● Single or married filing separately—$900
   ● Married filing jointly or qualifying widow(er)—$1,800
   ● Head of household—$1,500
   ☐ **Yes.** Enter: $300 if single or married filing separately; $500 if head of household; $600 if married filing jointly or qualifying widow(er). } . . . . . . .   2. _____
   ☐ **No.** Divide the amount on line 1 by 3.0.

3. Subtract line 2 from line 1. Enter the result here and on Form 1040, line 40 (or the applicable line of the worksheet, schedule, or form listed below) . . . . . . . . . . . . . . . .   3. _____

---

**Special Rules.** If you use:
   ● The **Capital Gain Tax Worksheet** on page 34, use the worksheet above to figure the tax on lines 4 and 14 of the Capital Gain Tax Worksheet.
   ● **Schedule D, Part IV,** use the worksheet above to figure the tax on lines 25 and 39 of Part IV. If you use the **Schedule D Tax Worksheet** on page D-9, use the worksheet above to figure the tax on lines 15 and 36 of the Schedule D Tax Worksheet.
   ● **Schedule J,** use the worksheet above to figure the tax on line 4 of Schedule J.
   ● **Form 8615,** use the worksheet above to figure the tax on lines 15 and 17 of Form 8615 (and line 9 if the parent used this worksheet).
   ● **Other forms or worksheets** that require you to figure the tax using the 2001 Tax Table or Tax Rate Schedules, use the worksheet above to figure the tax on any line that would otherwise be figured using the 2001 Tax Table or Tax Rate Schedules.

# Line 41

## Alternative Minimum Tax

Use the worksheet on page 35 to see if you should fill in **Form 6251.**

**Exception.** Fill in Form 6251 instead of using the worksheet on page 35 if you claimed or received **any** of the following items.

**1.** Accelerated depreciation.

**2.** Stock by exercising an incentive stock option and you did not dispose of the stock in the same year.

**3.** Tax-exempt interest from private activity bonds.

**4.** Intangible drilling, circulation, research, experimental, or mining costs.

**5.** Amortization of pollution-control facilities or depletion.

**6.** Income or (loss) from tax-shelter farm activities or passive activities.

**7.** Percentage-of-completion income from long-term contracts.

**8.** Interest paid on a home mortgage **not** used to buy, build, or substantially improve your home.

**9.** Investment interest expense reported on **Form 4952.**

**10.** Net operating loss deduction.

**11.** Alternative minimum tax adjustments from an estate, trust, electing large partnership, or cooperative.

**12.** Section 1202 exclusion.

 Form 6251 should be filled in for a child under age 14 if the child's adjusted gross income from Form 1040, line 34, exceeds the child's earned income by more than $5,350.

# Line 43

## Foreign Tax Credit

If you paid income tax to a foreign country, you may be able to take this credit. Generally, you must complete and attach **Form 1116** to do so.

**Exception.** You do not have to file Form 1116 to take this credit if **all five** of the following apply.

**1.** All of your gross foreign-source income is from interest and dividends and all of that income and the foreign tax paid on it is reported to you on **Form 1099-INT** or **Form 1099-DIV** (or substitute statement).

**2.** If you have dividend income from shares of stock, you held those shares for at least 16 days.

**3.** You are not filing **Form 4563** or excluding income from sources within Puerto Rico.

**4.** The total of your foreign taxes is not more than $300 (not more than $600 if married filing jointly).

**5.** All of your foreign taxes were:

● Legally owed and not eligible for a refund and

● Paid to countries that are recognized by the United States and do not support terrorism.

*(Continued on page 35)*

## Capital Gain Tax Worksheet—Line 40                    *Keep for Your Records*

*Before you begin:*  ✓  Be sure you do not have to file Schedule D (see the instructions for Form 1040, line 13, on page 23).

✓  Be sure you checked the box on line 13 of Form 1040.

| | | |
|---|---|---|
| **1.** Enter the amount from Form 1040, line 39 . . . . . . . . | **1.** _____ | |
| **2.** Enter the amount from Form 1040, line 13 . . . . . . . . | **2.** _____ | |
| **3.** Subtract line 2 from line 1. If zero or less, enter -0- . . . . . . . . | **3.** _____ | |
| **4.** Figure the tax on the amount on line 3. Use the Tax Table or Tax Rate Schedules, whichever applies | | **4.** _____ |
| **5.** Enter the **smaller** of: | | |
| ● The amount on line 1 or | | |
| ● $27,050 if single; $45,200 if married filing jointly or qualifying widow(er); $22,600 if married filing separately; or $36,250 if head of household. | **5.** _____ | |
| **6.** Is the amount on line 3 equal to or more than the amount on line 5? | | |
| ☐ **Yes.** Leave lines 6 through 8 blank; go to line 9 and check the "No" box. | | |
| ☐ **No.** Enter the amount from line 3 . . . . . . . . | **6.** _____ | |
| **7.** Subtract line 6 from line 5 . . . . . . . . | **7.** _____ | |
| **8.** Multiply line 7 by 10% (.10) . . . . . . . . | | **8.** _____ |
| **9.** Are the amounts on lines 2 and 7 the same? | | |
| ☐ **Yes.** Leave lines 9 through 12 blank; go to line 13. | | |
| ☐ **No.** Enter the **smaller** of line 1 or line 2 . . . . . . . . | **9.** _____ | |
| **10.** Enter the amount, if any, from line 7 . . . . . . . . | **10.** _____ | |
| **11.** Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . | **11.** _____ | |
| **12.** Multiply line 11 by 20% (.20) . . . . . . . . | | **12.** _____ |
| **13.** Add lines 4, 8, and 12 . . . . . . . . | | **13.** _____ |
| **14.** Figure the tax on the amount on line 1. Use the Tax Table or Tax Rate Schedules, whichever applies | | **14.** _____ |
| **15.** **Tax on all taxable income (including capital gain distributions).** Enter the **smaller** of line 13 or line 14 here and on Form 1040, line 40 . . . . . . . . | | **15.** _____ |

For more details on these requirements, see the Instructions for Form 1116.

Do you meet all five requirements on page 34?

☐ **Yes.** Enter on line 43 the **smaller** of your total foreign taxes or the amount on Form 1040, line 40.

☐ **No.** See Form 1116 to find out if you can take the credit and, if you can, if you have to file Form 1116.

## Line 44

### Credit for Child and Dependent Care Expenses

You may be able to take this credit if you paid someone to care for your child **under age 13** or your dependent or spouse who could not care for himself or herself. For details, use TeleTax topic 602 (see page 11) or see **Form 2441.**

## Line 45

### Credit for the Elderly or the Disabled

You may be able to take this credit if by the end of 2001 **(a)** you were age 65 or older or **(b)** you retired on **permanent and total disability** and you had taxable disability income. But you usually **cannot** take the credit if the amount on Form 1040, line 34, is $17,500 or more ($20,000 if married filing jointly and only one spouse is eligible for

---

**Worksheet To See if You Should Fill in Form 6251—Line 41**                *Keep for Your Records*

*Before you begin:*   ✓  Be sure you have read the **Exception** on page 34 to see if you must fill in Form 6251 instead of using this worksheet.

✓  If you are claiming the foreign tax credit (see the instructions for Form 1040, line 43, that begin on page 34), enter that credit on line 43.

1. Enter the amount from Form 1040, line 37  . . . . . . . . . . . .   **1.** _____
2. Are you filing **Schedule A?**
   ☐ **Yes.** Leave line 2 blank and go to line 3.
   ☐ **No.** Enter your standard deduction from Form 1040, line 36, and go to line 5. . . . . . .   **2.** _____
3. Enter the **smaller** of the amount on Schedule A, line 4, or 2.5% (.025) of the amount on Form 1040, line 34 . . . . . . . . . . . . . . . . . . . . . .   **3.** _____
4. Add lines 9 and 26 of Schedule A and enter the total . . . . . . . .   **4.** _____
5. Add lines 1 through 4 above . . . . . . . . . . . . . . . .   **5.** _____
6. Enter the amount shown below for your filing status:
   • Single or head of household—$35,750
   • Married filing jointly or qualifying widow(er)—$49,000  } . . . . . . .   **6.** _____
   • Married filing separately—$24,500
7. Is the amount on line 5 more than the amount on line 6?

   ☐ **No.** (STOP)  You do not need to fill in Form 6251.
   ☐ **Yes.** Subtract line 6 from line 5 . . . . . . . . . .   **7.** _____
8. Enter the amount shown below for your filing status:
   • Single or head of household—$112,500
   • Married filing jointly or qualifying widow(er)—$150,000  } . . . . . . .   **8.** _____
   • Married filing separately—$75,000
9. Is the amount on line 5 more than the amount on line 8?
   ☐ **No.** Enter -0- here and on line 10 and go to line 11.  }
   ☐ **Yes.** Subtract line 8 from line 5.  }  . . . . . . .   **9.** _____
10. Multiply line 9 by 25% (.25) and enter the result but do not enter more than line 6 above  . . .   **10.** _____
11. Add lines 7 and 10  . . . . . . . . . . . . . . . . . .   **11.** _____
12. Is the amount on line 11 more than the amount shown below for your filing status?
    • Single, married filing jointly, head of household, or qualifying widow(er)—$175,000
    • Married filing separately—$87,500
    ☐ **Yes.** (STOP)  Fill in Form 6251 to see if you owe the alternative minimum tax.
    ☐ **No.** Multiply line 11 by 26% (.26) . . . . . . . . . . . .   **12.** _____
13. Enter the amount from Form 1040, line 40, minus the total of any tax from Form 4972 and any amount on Form 1040, line 43 . . . . . . . . . . . . . . . .   **13.** _____
**Next.** Is the amount on line 12 more than the amount on line 13?
   ☐ **Yes.** Fill in Form 6251 to see if you owe the alternative minimum tax.
   ☐ **No.** You do not need to fill in Form 6251.

the credit; $25,000 if married filing jointly and both spouses are eligible; $12,500 if married filing separately). See **Schedule R** and its instructions for details.

**Credit Figured by the IRS.** If you can take this credit and you want us to figure it for you, see the Instructions for Schedule R.

# Line 46

## Education Credits

If you (or your dependent) paid qualified expenses in 2001 for yourself, your spouse, or your dependent to enroll in or attend an eligible educational institution, you may be able to take an education credit. See **Form 8863** for details. However, you **cannot** take an education credit if **any** of the following apply.

● You are claimed as a dependent on someone's (such as your parent's) 2001 tax return.

● Your filing status is married filing separately.

● The amount on Form 1040, line 34, is $50,000 or more ($100,000 or more if married filing jointly).

● You (or your spouse) were a nonresident alien for any part of 2001 unless your filing status is married filing jointly.

---

**Rate Reduction Credit Worksheet—Line 47**                                             *Keep for Your Records*



*Before you begin:*     √     If you received (before offset) an advance payment of your 2001 taxes equal to the amount shown below for your 2001 filing status, **stop.** You cannot take the credit because you have received the maximum amount of the credit.

   ● Single or married filing separately — $300
   ● Head of household — $500
   ● Married filing jointly or qualifying widow(er) — $600

√     If you, or your spouse if filing a joint return, can be claimed as a dependent on another person's return, **stop.** You cannot take the credit.

√     If you received (before offset) an advance payment and you filed a joint return for 2000, you and your spouse are each considered to have received one-half of the payment.

 If you received Notice 1275, 1277, or 1278 have it available. The notice shows the amount of your advance payment (before offset).

---

1. Enter the amount from Form 1040, line 39. If line 39 is zero or blank, **stop;** you cannot take the credit     1. _____

2. Enter the amount shown below for your filing status.
   ● Single or married filing separately — $6,000
   ● Head of household — $10,000               } . . . . . . . . . 2. _____
   ● Married filing jointly or qualifying widow(er) — $12,000

3. Is the amount on line 1 less than the amount on line 2?

   **No.**   Enter: $300 if single or married filing separately; $500 if head
            of household; $600 if married filing jointly or qualifying widow(er).   } . . . . . . . . 3. _____

   **Yes.**   Multiply the amount on line 1 by 5% (.05). Enter the result.

4. Enter the amount from Form 1040, line 42  . . . . . . . . . .   4. _____

5. Add the amounts from Form 1040, lines 43 through 46. Enter the total  . . .   5. _____

6. Subtract line 5 from line 4. If the result is zero or less, **stop;** you cannot take the credit   . . . . .   6. _____

7. Enter the **smaller** of line 3 or line 6  . . . . . . . . . . . .   7. _____

8. Enter the amount, if any, of your advance payment (before offset). If filing a joint return, include your spouse's advance payment with yours  . . . . . . . . . .   8. _____

9. **Rate reduction credit.** Subtract line 8 from line 7. Enter the result here and, if more than zero, on Form 1040, line 47. If line 8 is more than line 7, you do not have to pay back the difference  . . . .   9. _____

---

*Need more information or forms? See page 7.*          - 36 -

# Line 48—Child Tax Credit

## What Is the Child Tax Credit?

This credit is for people who have a qualifying child as defined in the instructions for line 6c, column (4), on page 20. It is in addition to the credit for child and dependent care expenses on Form 1040, line 44, and the earned income credit on Form 1040, line 61a.

## Three Steps To Take the Child Tax Credit!

**Step 1.** Make sure you have a qualifying child for the child tax credit. See the instructions for line 6c, column (4), on page 20.

**Step 2.** Make sure you checked the box in column (4) of line 6c on Form 1040 for each qualifying child.

**Step 3.** Answer the questions on this page to see if you may use the worksheet on page 38 to figure your credit or if you must use Pub. 972, Child Tax Credit. If you need Pub. 972, see page 7.

**Questions**    Who Must Use Pub. 972



**1.** Are you excluding income from Puerto Rico **or** are you filing any of the following forms?

- Form 2555 or 2555-EZ (relating to foreign earned income)

- Form 4563 (exclusion of income for residents of American Samoa)

  ☐ **No.** *Continue*    ☐ **Yes.** STOP
                           You must use Pub. 972 to figure your credit.

**2.** Is the amount on Form 1040, line 34, more than the amount shown below for your filing status?

- Married filing jointly – $110,000

- Single, head of household, or qualifying widow(er) – $75,000

- Married filing separately – $55,000

  ☐ **No.** *Continue*    ☐ **Yes.** STOP
                           You must use Pub. 972 to figure your credit.

**3.** Are you claiming any of the following credits?

- Adoption credit, Form 8839 (see the instructions for Form 1040, line 49, on page 39)

- Mortgage interest credit, Form 8396 (see the instructions for Form 1040, line 50, on page 39)

- District of Columbia first-time homebuyer credit, Form 8859

  ☐ **No.** Use the worksheet on page 38 to figure your child tax credit.    ☐ **Yes.** You must use Pub. 972 to figure your child tax credit. You will also need the form(s) listed above for any credit(s) you are claiming.

## Child Tax Credit Worksheet—Line 48

*Keep for Your Records*

 

**Do not** use this worksheet if you answered "Yes" to question 1, 2, or 3 on page 37. Instead, use Pub. 972.

| | | |
|---|---|---|
| **1.** | Number of qualifying children: _____ × \$600. Enter the result. | **1** |

| | | |
|---|---|---|
| **2.** | Enter the amount from Form 1040, line 42. | **2** |

**3.** Add the amounts from Form 1040:

Line 43 _____

Line 44 + _____

Line 45 + _____

Line 46 + _____

Line 47 + _____    Enter the total.    **3**

**4.** Are the amounts on lines 2 and 3 the same?

☐ **Yes.** (STOP) You cannot take this credit because there is no tax to reduce. However, see the **TIP** below before completing the rest of your Form 1040.

☐ **No.** Subtract line 3 from line 2.    **4**

**5.** Is the amount on line 1 more than the amount on line 4?

☐ **Yes.** Enter the amount from line 4.
Also, see the **TIP** below.

☐ **No.** Enter the amount from line 1.
} **This is your child tax credit.**    **5**

*Enter this amount on Form 1040, line 48.*



**TIP** You may be able to take the **additional child tax credit** on Form 1040, line 63, if you answered "Yes" on line 4 **or** line 5 above.

• First, complete your Form 1040 through line 62.

• Then, use Form 8812 to figure any additional child tax credit.

# Line 49

## Adoption Credit

You may be able to take this credit if you paid expenses in 2001 to adopt a child. See **Form 8839** for details.

# Line 50

## Other Credits

Include in the total on line 50 any of the following credits and check the appropriate box(es). If box **d** is checked, also enter the form number. To find out if you can take the credit, see the form or publication indicated.

- Mortgage interest credit. If a state or local government gave you a mortgage credit certificate, see **Form 8396.**
- Credit for prior year minimum tax. If you paid alternative minimum tax in a prior year, see **Form 8801.**
- Qualified electric vehicle credit. If you placed a new electric vehicle in service in 2001, see **Form 8834.**
- General business credit. This credit consists of a number of credits that usually apply only to individuals who are partners, shareholders in an S corporation, self-employed, or who have rental property. See **Form 3800** or **Pub. 334.**
- Empowerment zone employment credit. See **Form 8844.**
- District of Columbia first-time homebuyer credit. See **Form 8859.**

# Line 51

If you sold fuel produced from a nonconventional source, see Internal Revenue Code section 29 to find out if you can take the **nonconventional source fuel credit.** If you can, attach a schedule showing how you figured the credit. Include the credit in the total on line 51. Enter the amount and "FNS" on the dotted line next to line 51.

# Other Taxes

# Line 54

## Social Security and Medicare Tax on Tip Income Not Reported to Employer

If you received tips of $20 or more in any month and you did not report the full amount to your employer, you must pay the social security and Medicare or railroad retirement (RRTA) tax on the unreported tips. You must also pay this tax if your W-2 form(s) shows allocated tips that you are including in your income on Form 1040, line 7.

To figure the tax, use **Form 4137.** To pay the RRTA tax, contact your employer. Your employer will figure and collect the tax.

 You may be charged a penalty equal to 50% of the social security and Medicare tax due on tips you received but did not report to your employer.

# Line 55

## Tax on Qualified Plans Including IRAs, and Other Tax-Favored Accounts

If **any** of the following apply, see **Form 5329** and its instructions to find out if you owe this tax and if you must file Form 5329.

**1.** You received any early distributions from **(a)** an IRA or other qualified retirement plan, **(b)** an annuity, or **(c)** a modified endowment contract entered into after June 20, 1988.

**2.** Excess contributions were made to your IRAs, Coverdell ESAs, or Archer MSAs.

**3.** You received distributions from Coverdell ESAs in excess of your qualified higher education expenses.

**4.** You were born before July 1, 1930, and did not take the minimum required distribution from your IRA or other qualified retirement plan.

**Exception.** If **only** item **1** applies to you **and** distribution code 1 is correctly shown in box 7 of your **Form 1099-R,** you do not have to file Form 5329. Instead, multiply the taxable amount of the distribution by 10% (.10) and enter the result on line 55. The taxable amount of the distribution is the part of the distribution you reported on line 15b or line 16b of Form 1040 or on

Form 4972. Also, put "No" under the heading "Other Taxes" to the left of line 55 to indicate that you do not have to file Form 5329. **But** if distribution code 1 is incorrectly shown in box 7 of Form 1099-R, you must file Form 5329.

# Line 56

## Advance Earned Income Credit Payments

Enter the total amount of advance earned income credit (EIC) payments you received. These payments are shown in box 9 of your W-2 form(s).

# Line 57

## Household Employment Taxes

If **any** of the following apply, see **Schedule H** and its instructions to find out if you owe these taxes.

**1.** You paid **any one** household employee (defined below) cash wages of $1,300 or more in 2001. Cash wages include wages paid by checks, money orders, etc.

**2.** You withheld Federal income tax during 2001 at the request of any household employee.

**3.** You paid **total** cash wages of $1,000 or more in **any** calendar **quarter** of 2000 or 2001 to household employees.

 For item **1,** do not count amounts paid to an employee who was under age 18 at any time in 2001 and was a student.

**Household Employee.** Any person who does household work is a household employee if you can control what will be done and how it will be done. Household work includes work done in or around your home by babysitters, nannies, health aides, maids, yard workers, and similar domestic workers.

# Line 58

## Total Tax

Include in the total on line 58 any of the following taxes. To find out if you owe the tax, see the form or publication indicated. On the dotted line next to line 58, enter the amount of the tax and identify it as indicated.

*(Continued on page 40)*

**Recapture of the Following Credits.**

● Investment credit (see **Form 4255**). Identify as "ICR."

● Low-income housing credit (see **Form 8611**). Identify as "LIHCR."

● Qualified electric vehicle credit (see **Pub. 535**). Identify as "QEVCR."

● Indian employment credit. Identify as "IECR."

**Recapture of Federal Mortgage Subsidy.** If you sold your home in 2001 and it was financed (in whole or in part) from the proceeds of any tax-exempt qualified mortgage bond or you claimed the mortgage interest credit, see **Form 8828.** Identify as "FMSR."

**Section 72(m)(5) Excess Benefits Tax** (see **Pub. 560**). Identify as "Sec. 72(m)(5)."

**Uncollected Social Security and Medicare or RRTA Tax on Tips or Group-Term Life Insurance.** This tax should be shown in box 12 of your Form W-2 with codes **A** and **B** or **M** and **N.** Identify as "UT."

**Golden Parachute Payments.** If you received an excess parachute payment (EPP), you must pay a 20% tax on it. This tax should be shown in box 12 of your W-2 form with code **K.** If you received a **Form 1099-MISC,** the tax is 20% of the EPP shown in box 13. Identify as "EPP."

**Tax on Accumulation Distribution of Trusts.** Enter the amount from **Form 4970** and identify as "ADT."

# Payments

## Line 59

### Federal Income Tax Withheld

Add the amounts shown as Federal income tax withheld on your **Forms W-2, W-2G,** and **1099-R.** Enter the total on line 59. The amount withheld should be shown in box 2 of Form W-2 or W-2G, and in box 4 of Form 1099-R. If line 59 includes amounts withheld as shown on Form 1099-R, attach the Form 1099-R to the front of your return.

If you received a 2001 Form 1099 showing Federal income tax withheld on dividends, interest income, unemployment compensation, social security benefits, or other income you received, include the amount withheld in the total on line 59. This should be shown in box 4 of the 1099 form or box 6 of **Form SSA-1099.**

## Line 60

### 2001 Estimated Tax Payments

Enter any payments you made on your estimated Federal income tax (**Form 1040-ES**) for 2001. Include any overpayment from your 2000 return that you applied to your 2001 estimated tax.

If you and your spouse paid joint estimated tax but are now filing separate income tax returns, you can divide the amount paid in any way you choose as long as you both agree. If you cannot agree, you must divide the payments in proportion to each spouse's individual tax as shown on your separate returns for 2001. For an example of how to do this, see **Pub. 505.** Be sure to show both social security numbers (SSNs) in the space provided on the separate returns. If you or your spouse paid separate estimated tax but you are now filing a joint return, add the amounts you each paid. Follow these instructions even if your spouse died in 2001 or in 2002 before filing a 2001 return.

### Divorced Taxpayers

If you got divorced in 2001 and you made joint estimated tax payments with your former spouse, put your former spouse's SSN in the space provided on the front of Form 1040. If you were divorced and remarried in 2001, put your present spouse's SSN in the space provided on the front of Form 1040. Also, under the heading "Payments" to the left of line 60, put your former spouse's SSN, followed by "DIV."

### Name Change

If you changed your name because of marriage, divorce, etc., and you made estimated tax payments using your former name, attach a statement to the front of Form 1040. On the statement, explain all the payments you and your spouse made in 2001 and the name(s) and SSN(s) under which you made them.

# Lines 61a and 61b—
# Earned Income Credit (EIC)

## What Is the EIC?

The EIC is a credit for certain people who work. The credit may give you a refund even if you do not owe any tax.

## To Take the EIC:

- Follow the steps below.
- Complete the worksheet that applies to you **or** let the IRS figure the credit for you.
- If you have a qualifying child, complete and attach Schedule EIC.

**You Will Need:**

 

 If you take the EIC even though you are not eligible and it is determined that your error is due to reckless or intentional disregard of the EIC rules, you will not be allowed to take the credit for 2 years even if you are otherwise eligible to do so. If you fraudulently take the EIC, you will not be allowed to take the credit for 10 years. You may also have to pay penalties.

---

**Step 1    All Filers**

1. Is the amount on Form 1040, line 34, less than $32,121 (or $10,710 if a child did not live with you in 2001)?

   ☐ **Yes.** *Continue* ↘     ☐ **No.** (STOP)
                                You cannot take the credit.

2. Do you, and your spouse if filing a joint return, have a social security number that allows you to work or is valid for EIC purposes (see page 44)?

   ☐ **Yes.** *Continue* ↘     ☐ **No.** (STOP)
                                You cannot take the credit.
                                *Put "No" directly to the right of line 61a.*

3. Is your filing status married filing separately?

   ☐ **Yes.** (STOP)          ☐ **No.** *Continue* ↘
   You cannot take
   the credit.

4. Are you filing Form 2555 or 2555-EZ (relating to foreign earned income)?

   ☐ **Yes.** (STOP)          ☐ **No.** *Continue* ↘
   You cannot take
   the credit.

5. Were you a nonresident alien for any part of 2001?

   ☐ **Yes.** *See Nonresident*    ☐ **No.** *Go to Step 2.*
   *Aliens on page 44.*

---

**Step 2    Investment Income**

1. Add the amounts from
   Form 1040:
   
   Line 8a  _____
   Line 8b  + _____
   Line 9   + _____
   Line 13  + _____
   
   **Investment Income** = [_____]

2. Is your investment income more than $2,450?

   ☐ **Yes.** *Continue* ↘     ☐ **No.** *Skip the next*
                                *question; go to Step 3.*

3. Are you filing Form 4797 (relating to sales of business property)?

   ☐ **Yes.** *See Form 4797*    ☐ **No.** (STOP)
   *Filers on page 44.*          You cannot take the credit.

---

**Step 3    Who Must Use Pub. 596**

Some people must use Pub. 596, Earned Income Credit, to see if they can take the credit and how to figure it. To see if you must use Pub. 596, answer the following questions.

1. Are you filing Schedule E?

   ☐ **No.** *Continue* ↘     ☐ **Yes.** →

2. Are you claiming a loss on Form 1040, line 12, 13, or 18?

   ☐ **No.** *Continue* ↘     ☐ **Yes.** →

3. Are you reporting income or a loss from the rental of personal property not used in a trade or business?

   ☐ **No.** *Continue* ↘     ☐ **Yes.** →

4. Did you, or your spouse if filing a joint return, receive a distribution from a pension, annuity, IRA, or Coverdell ESA that is not fully taxable?

   ☐ **No.** *Continue* ↘     ☐ **Yes.** →

5. Are you reporting income on Form 1040, line 21, from Form 8814 (relating to election to report child's interest and dividends)?

   ☐ **No.** *Continue* ↘     ☐ **Yes.** →

6. Did you enter an amount other than zero on Form 1040, line 41?

   ☐ **No.** *Continue* ↘     ☐ **Yes.** →

(STOP) You must use Pub. 596 to see if you can take the credit and how to figure it.



To get Pub. 596, see page 7.

7. Did a child live with you in 2001?

   ☐ **Yes.** *Go to Step 4*    ☐ **No.** *Go to Step 5 on*
   *on page 42.*                *page 42.*

---

**Continued from page 41**

| **Step 4** | **Qualifying Child** |
|---|---|

### A qualifying child is a child who is your...

| Son | Grandchild |
|---|---|
| Daughter | Stepchild |
| Adopted child | Foster child (see page 44) |

If the child was married, see page 44.

**AND**

### was at the end of 2001...

Under age 19

**or**

Under age 24 and a student (see page 44)

**or**

Any age and permanently and totally disabled (see page 44)

**AND**

### who...

Lived with you in the United States for more than half of 2001 or, if a foster child, for all of 2001. If the child did not live with you for the required time, see Exception to "Time Lived With You" Condition on page 44.

1. Look at the qualifying child conditions above. Could you, or your spouse if filing a joint return, be a qualifying child of another person in 2001?

   ☐ **Yes.** STOP You cannot take the credit. *Put "No" directly to the right of line 61a.*     ☐ **No.** *Continue* ➤

2. Do you have at least one child who meets the above conditions to be your qualifying child?

   ☐ **Yes.** *Continue* ➤     ☐ **No.** *Skip the next question; go to Step 5, question 2.*

3. Does the child meet the conditions to be a qualifying child of any other person (other than your spouse if filing a joint return) for 2001?

   ☐ **Yes.** *See Qualifying Child of More Than One Person on page 44.*     ☐ **No.** This child is your qualifying child. The child must have a social security number as defined on page 44 unless the child was born and died in 2001. *Skip Step 5; go to Step 6.*

| **Step 5** | **Filers Without a Qualifying Child** |
|---|---|

1. Look at the qualifying child conditions in Step 4. Could you, or your spouse if filing a joint return, be a qualifying child of another person in 2001?

   ☐ **Yes.** STOP You cannot take the credit. *Put "No" directly to the right of line 61a.*     ☐ **No.** *Continue* ➤

2. Can you, or your spouse if filing a joint return, be claimed as a dependent on someone else's 2001 tax return?

   ☐ **Yes.** STOP You cannot take the credit.     ☐ **No.** *Continue* ➤

3. Were you, or your spouse if filing a joint return, at least age 25 but under age 65 at the end of 2001?

   ☐ **Yes.** *Continue* ➤     ☐ **No.** STOP You cannot take the credit. *Put "No" directly to the right of line 61a.*

4. Was your home, and your spouse's if filing a joint return, in the United States for more than half of 2001? Members of the military stationed outside the United States, see page 44 before you answer.

   ☐ **Yes.** *Go to Step 6.*     ☐ **No.** STOP You cannot take the credit. *Put "No" directly to the right of line 61a.*

| **Step 6** | **Modified Adjusted Gross Income** |
|---|---|

1. Add the amounts from Form 1040:

   Line 8b _____

   Line 34 + _____

   **Modified Adjusted Gross Income** = Box A _____

2. If you have:

   - 2 or more qualifying children, is Box A less than $32,121?

   - 1 qualifying child, is Box A less than $28,281?

   - No qualifying children, is Box A less than $10,710?

   ☐ **Yes.** *Go to Step 7 on page 43.*     ☐ **No.** STOP You cannot take the credit.

*(Continued on page 43)*

*Continued from page 42*

---

## Step 7 — Nontaxable and Taxable Earned Income

**1.** Add all your nontaxable earned income, including your spouse's if filing a joint return. This includes anything of value (money, goods, or services) that is not taxable that you received from your employer for your work. Types of nontaxable earned income are listed below.

- Salary deferrals, such as a 401(k) plan or the Federal Thrift Savings Plan, shown in box 12 of your W-2 form. See page 44.
- Salary reductions, such as under a cafeteria plan, unless they are included in box 1 of your W-2 form. See page 44.
- Mandatory contributions to a state or local retirement plan.
- Military employee basic housing, subsistence, and combat zone compensation. These amounts are shown in box 12 of your W-2 form with code Q.
- Meals and lodging provided for the convenience of your employer.
- Housing allowances or rental value of a parsonage for clergy members. If filing Schedule SE, see Clergy on this page.
- Excludable dependent care benefits from Form 2441, line 18, employer-provided adoption benefits from Form 8839, line 26, and educational assistance benefits (these benefits may be shown in box 14 of your W-2 form).
- Certain amounts received by Native Americans. See Pub. 596.

**Note.** Nontaxable earned income does not include welfare benefits or workfare payments (see page 44), or qualified foster care payments.

Nontaxable Earned Income = **Box B**

*Enter this amount on Form 1040, line 61b.* ◄ · · · · · · 1040

**2.** Are you filing Schedule SE because you had church employee income of $108.28 or more?

☐ **Yes.** *See Church Employees on this page.*   ☐ **No.** *Continue* ➤

**3.** Figure taxable earned income:

Form 1040, line 7 _____

Subtract, if included in line 7, any:

- Taxable scholarship or fellowship grant not reported on a W-2 form
- Amount paid to an inmate in a penal institution for work (put "PRI" and the amount subtracted on the dotted line next to line 7 of Form 1040)
- Amount received as a pension or annuity from a nonqualified deferred compensation plan or a section 457 plan (put "DFC" and the amount subtracted on the dotted line next to line 7 of Form 1040). This amount may be shown in box 11 of your W-2 form. If you received such an amount but box 11 is blank, contact your employer for the amount received as a pension or annuity.

− _____

Taxable Earned Income = **Box C**

*Go to question 4.*

---

**4.** Were you self-employed, or are you filing Schedule SE because you had church employee income, or are you filing Schedule C or C-EZ as a statutory employee?

☐ **Yes.** *Skip Steps 8 and 9; go to Worksheet B on page 46.*   ☐ **No.** *Go to Step 8.*

---

## Step 8 — Total Earned Income

**1.** Nontaxable Earned Income (Step 7, Box B) _____

Taxable Earned Income (Step 7, Box C)  + _____

Total Earned Income = **Box D**

**2.** If you have:

- 2 or more qualifying children, is Box D less than $32,121?
- 1 qualifying child, is Box D less than $28,281?
- No qualifying children, is Box D less than $10,710?

☐ **Yes.** *Go to Step 9.*   ☐ **No.** **STOP** You cannot take the credit. *Put "No" directly to the right of line 61a.*

---

## Step 9 — How To Figure the Credit

**1.** Do you want the IRS to figure the credit for you?

☐ **Yes.** *See Credit Figured by the IRS below.*   ☐ **No.** *Go to Worksheet A on page 45.*

---

### Definitions and Special Rules *(listed in alphabetical order)*

**Adopted Child.** Any child placed with you by an authorized placement agency for legal adoption. An authorized placement agency includes any person authorized by state law to place children for legal adoption. The adoption does not have to be final.

**Church Employees.** Determine how much of the amount on Form 1040, line 7, was also reported on Schedule SE, line 5a. Subtract that amount from the amount on Form 1040, line 7, and enter the result in the first space of Step 7, line 3. Be sure to answer "Yes" on line 4 of Step 7.

**Clergy.** If you are filing Schedule SE and the amount on line 2 of that schedule includes an amount that was also reported on Form 1040, line 7:

1. Put "Clergy" directly to the right of line 61a of Form 1040.
2. Do not include any housing allowance or rental value of the parsonage as nontaxable earned income in Box B if it is required to be included on Schedule SE, line 2.
3. Determine how much of the amount on Form 1040, line 7, was also reported on Schedule SE, line 2.
4. Subtract that amount from the amount on Form 1040, line 7. Enter the result in the first space of Step 7, line 3.
5. Be sure to answer "Yes" on line 4 of Step 7.

**Credit Figured by the IRS.** To have the IRS figure the credit for you:

1. Put "EIC" directly to the right of line 61a of Form 1040.
2. Be sure you entered the amount of any nontaxable earned income (Step 7, Box B, on this page) on Form 1040, line 61b.

*(Continued on page 44)*

---

*Continued from page 43*

3. If you have a qualifying child, complete and attach Schedule EIC. If your EIC for a year after 1996 was reduced or disallowed, see Form 8862, Who Must File, below.

**Exception to "Time Lived With You" Condition.** A child is considered to have lived with you for all of 2001 if the child was born or died in 2001 and your home was this child's home for the entire time he or she was alive in 2001. Temporary absences, such as for school, vacation, medical care, or detention in a juvenile facility, count as time lived at home. If your child is presumed to have been kidnapped by someone who is not a family member, see Pub. 596 to find out if that child is a qualifying child for the EIC. To get Pub. 596, see page 7. If you were in the military stationed outside the United States, see Members of the Military below.

**Form 4797 Filers.** If the amount on Form 1040, line 13, includes an amount from Form 4797, you must use Pub. 596 to see if you can take the EIC and how to figure it. To get Pub. 596, see page 7. Otherwise, stop; you cannot take the EIC.

**Form 8862, Who Must File.** You must file Form 8862 if your EIC for a year after 1996 was reduced or disallowed for any reason other than a math or clerical error. But do not file Form 8862 if, after your EIC was reduced or disallowed in an earlier year:

- You filed Form 8862 (or other documents) and your EIC was then allowed and
- Your EIC has not been reduced or disallowed again for any reason other than a math or clerical error.

Also, do not file Form 8862 or take the credit if it was determined that your error was due to reckless or intentional disregard of the EIC rules or fraud.

**Foster Child.** Any child you cared for as your own child **and** who is (**a**) your brother, sister, stepbrother, or stepsister; (**b**) a descendant (such as a child, including an adopted child) of your brother, sister, stepbrother, or stepsister; or (**c**) a child placed with you by an authorized placement agency. For example, if you acted as the parent of your niece or nephew, this child is considered your foster child.

**Grandchild.** Any descendant of your son, daughter, or adopted child. For example, a grandchild includes your great-grandchild, great-great-grandchild, etc.

**Married Child.** A child who was married at the end of 2001 is a qualifying child only if (**a**) you can claim him or her as your dependent on Form 1040, line 6c, or (**b**) this child's other parent claims him or her as a dependent under the rules in Pub. 501 for children of divorced or separated parents.

**Members of the Military.** If you were on extended active duty outside the United States, your home is considered to be in the United States during that duty period. Extended active duty is military duty ordered for an indefinite period or for a period of more than 90 days. Once you begin serving extended active duty, you are considered to be on extended active duty even if you serve fewer than 90 days.

**Nonresident Aliens.** If your filing status is married filing jointly, go to Step 2 on page 41. Otherwise, stop; you cannot take the EIC.

**Permanently and Totally Disabled Child.** A child who cannot engage in any substantial gainful activity because of a physical or mental condition and a doctor has determined that this condition:

- Has lasted or can be expected to last continuously for at least a year or
- Can lead to death.

**Qualifying Child of More Than One Person.** If the child meets the conditions to be a qualifying child of more than one person, only the person who had the **highest** modified adjusted gross income (AGI) for 2001 may treat that child as a qualifying child. The other person(s) cannot take the EIC for people who do not have a qualifying child. If the other person is your spouse and you are filing a joint return, this rule does not apply. If you have the highest modified AGI, this child is

your qualifying child. The child must have a social security number as defined below unless the child was born and died in 2001. Skip Step 5; go to Step 6 on page 42. If you do not have the highest modified AGI, stop; you cannot take the EIC. Put "No" directly to the right of line 61a.

**Modified AGI** is the total of the amounts on Form 1040, lines 8b and 34, increased by:

- Any loss claimed on Form 1040, line 13,
- Any loss from the rental of personal property not used in a trade or business,
- 75% of any losses on Form 1040, lines 12 and 18,
- Certain nontaxable distributions from a pension, annuity, or IRA (see Pub. 596), and
- Certain amounts reported on Schedule E (see Pub. 596).

**Example.** You and your 5-year-old daughter moved in with your mother in April 2001. You are not a qualifying child of your mother. Your daughter meets the conditions to be a qualifying child for both you and your mother. Your modified AGI for 2001 was $8,000 and your mother's was $14,000. Because your mother's modified AGI was higher, your daughter is your mother's qualifying child. You **cannot** take any EIC even if your mother does not claim the credit. You would put "No" directly to the right of line 61a.

**Salary Deferrals.** Contributions from your pay to certain retirement plans, such as a 401(k) plan or the Federal Thrift Savings Plan, shown in box 12 of your W-2 form. The "Retirement plan" box in box 13 of your W-2 form should be checked.

**Salary Reductions.** Amounts you could have been paid but chose instead to have your employer contribute to certain benefit plans, such as a cafeteria plan. A cafeteria plan is a plan that allows you to choose to receive either cash or certain benefits that are not taxed (such as accident and health insurance).

**Social Security Number (SSN).** For purposes of taking the EIC, a valid SSN is a number issued by the Social Security Administration unless "Not Valid for Employment" is printed on the social security card and the number was issued solely to apply for or receive a Federally funded benefit.

To find out how to get an SSN, see page 19. If you will not have an SSN by April 15, 2002, see What if You Cannot File on Time? on page 15.

**Student.** A child who during any 5 months of 2001:

- Was enrolled as a full-time student at a school or
- Took a full-time, on-farm training course given by a school or a state, county, or local government agency.

A **school** includes technical, trade, and mechanical schools. It does not include on-the-job training courses, correspondence schools, or night schools.

**Welfare Benefits, Effect of Credit on.** Any refund you receive as a result of taking the EIC will not be used to determine if you are eligible for the following programs, or how much you can receive from them.

- Temporary Assistance for Needy Families (TANF).
- Medicaid and supplemental security income (SSI).
- Food stamps and low-income housing.

**Workfare Payments.** Cash payments certain people receive from a state or local agency that administers public assistance programs funded under the Federal Temporary Assistance for Needy Families (TANF) program in return for certain work activities such as:

- Work experience activities (including work associated with remodeling or repairing publicly assisted housing) if sufficient private sector employment is not available or
- Community service program activities.

*Need more information or forms? See page 7.*     **- 44 -**

# Worksheet **A**—Earned Income Credit (EIC)—Lines 61a and 61b

*Keep for Your Records*



**Before you begin:** √ Be sure you are using the correct worksheet. **Do not** use this worksheet if you were self-employed, or you are filing Schedule SE because you had church employee income, or you are filing Schedule C or C-EZ as a statutory employee. Instead, use Worksheet B on page 46.

---

| **Part 1** |
|---|
| **All Filers Using Worksheet A** |

**1.** Enter your total earned income from Step 8, Box D, on page 43.

| 1 | |
|---|---|

**2.** Look up the amount on line 1 above in the EIC Table on pages 48–50 to find the credit. Enter the credit here.

| 2 | |
|---|---|

If line 2 is zero, (STOP) You cannot take the credit.
*Put "No" directly to the right of line 61a.*

**3.** Enter your modified adjusted gross income from Step 6, Box A, on page 42.

| 3 | |
|---|---|

**4.** Are the amounts on lines 3 and 1 the same?

☐ **Yes.** *Skip line 5; enter the amount from line 2 on line 6.*

☐ **No.** *Go to line 5.*

---

| **Part 2** |
|---|
| **Filers Who Answered "No" on Line 4** |

**5.** Is the amount on line 3 less than?
- $5,950 if you do not have a qualifying child **or**
- $13,100 if you have one or more qualifying children?

☐ **Yes.** *Leave line 5 blank; enter the amount from line 2 on line 6.*

☐ **No.** Look up the amount on line 3 in the EIC Table on pages 48–50 to find the credit. Enter the credit here.

| 5 | |
|---|---|

*Look at the amounts on lines 5 and 2.*
*Then, enter the **smaller** amount on line 6.*

---

| **Part 3** |
|---|
| **Your Earned Income Credit** |

**6. This is your earned income credit.**

| 6 | |
|---|---|

*Enter this amount on Form 1040, line 61a.*



**Reminder—**

√ Be sure you entered the amount of any nontaxable earned income (Step 7, Box B, on page 43) on Form 1040, line 61b.

√ If you have a qualifying child, complete and attach Schedule EIC.



 If your EIC for a year after 1996 was reduced or disallowed, see page 44 to find out if you must file Form 8862 to take the credit for 2001.

---

- 45 -

*Need more information or forms? See page 7.*

Form 1040—Lines 61a and 61b

## Worksheet **B**—Earned Income Credit (EIC)—Lines 61a and 61b    *Keep for Your Records*



Use this worksheet if you were self-employed, or you are filing Schedule SE because you had church employee income, or you are filing Schedule C or C-EZ as a statutory employee.

✓  Complete the parts below (Parts 1 through 3) that apply to you. Then, continue to Part 4.

✓  If you are married filing a joint return, include your spouse's amounts, if any, with yours to figure the amounts to enter in Parts 1 through 3.

**Part 1**

**Self-Employed and People With Church Employee Income Filing Schedule SE**

**1a.** Enter the amount from Schedule SE, Section A, line 3, or Section B, line 3, whichever applies. | **1a** |

**b.** Enter any amount from Schedule SE, Section B, line 4b, and line 5a. | + **1b** |

**c.** Add lines 1a and 1b. | = **1c** |

**d.** Enter the amount from Schedule SE, Section A, line 6, or Section B, line 13, whichever applies. | − **1d** |

**e.** Subtract line 1d from 1c. | = **1e** |

**Part 2**

**Self-Employed NOT Required To File Schedule SE**

For example, your net earnings from self-employment were less than $400.

**2.** Do not include on these lines any statutory employee income or any amount exempt from self-employment tax as the result of the filing and approval of Form 4029 or Form 4361.

**a.** Enter any net farm profit or (loss) from Schedule F, line 36, and from farm partnerships, Schedule K-1 (Form 1065), line 15a*. | **2a** |

**b.** Enter any net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9*. | + **2b** |

**c.** Add lines 2a and 2b. | = **2c** |

*If you have any Schedule K-1 amounts, complete the appropriate line(s) of Schedule SE, Section A. Put your name and social security number on Schedule SE and attach it to your return.

**Part 3**

**Statutory Employees Filing Schedule C or C-EZ**

**3.** Enter the amount from Schedule C, line 1, or Schedule C-EZ, line 1, that you are filing as a statutory employee. | **3** |

**Part 4**

**All Filers Using Worksheet B**

**Note.** If line 4d includes income on which you should have paid self-employment tax but did not, we may reduce your credit by the amount of self-employment tax not paid.

**4a.** Add lines 1e, 2c, and 3. | **4a** |

**b.** Enter your nontaxable earned income from Step 7, Box B, on page 43. | + **4b** |

**c.** Enter your taxable earned income from Step 7, Box C, on page 43. | + **4c** |

**d.** Add lines 4a, 4b, and 4c. **This is your total earned income.** | = **4d** |

**5.** If you have:
- 2 or more qualifying children, is line 4d less than $32,121?
- 1 qualifying child, is line 4d less than $28,281?
- No qualifying children, is line 4d less than $10,710?

☐ **Yes.** If you want the IRS to figure your credit, see page 43. *If you want to figure the credit yourself, enter the amount from line 4d on line 6 (page 47).*

☐ **No.** STOP You cannot take the credit. Put "No" directly to the right of line 61a.

*(Continued on page 47)*

**Worksheet B**—*Continued from page 46*                    *Keep for Your Records*

---

| **Part 5** | | |
|---|---|---|
| **All Filers Using Worksheet B** | **6.** Enter your total earned income from Part 4, line 4d, on page 46. | **6** ☐ |

**7.** Look up the amount on line 6 above in the EIC Table on pages 48–50 to find the credit. Enter the credit here.                **7** ☐

If line 7 is zero, (STOP) You cannot take the credit.
*Put "No" directly to the right of line 61a.*

**8.** Enter your modified adjusted gross income from Step 6, Box A, on page 42.                **8** ☐

**9.** Are the amounts on lines 8 and 6 the same?

☐ **Yes.** *Skip line 10; enter the amount from line 7 on line 11.*

☐ **No.** *Go to line 10.*

**10.** Is the amount on line 8 less than:
- $5,950 if you do not have a qualifying child **or**
- $13,100 if you have one or more qualifying children?

☐ **Yes.** *Leave line 10 blank; enter the amount from line 7 on line 11.*

☐ **No.** Look up the amount on line 8 in the EIC Table on pages 48–50 to find the credit. Enter the credit here.                **10** ☐

*Look at the amounts on lines 10 and 7.*
*Then, enter the **smaller** amount on line 11.*

---

| **Part 6** | | |
|---|---|---|
| **Your Earned Income Credit** | **11.** **This is your earned income credit.** | **11** ☐ |

*Enter this amount on Form 1040, line 61a.*



*Reminder—*

✓ Be sure you entered the amount of any nontaxable earned income (Step 7, Box B, on page 43) on Form 1040, line 61b.

✓ If you have a qualifying child, complete and attach Schedule EIC.





If your EIC for a year after 1996 was reduced or disallowed, see page 44 to find out if you must file Form 8862 to take the credit for 2001.

---

# 2001 Earned Income Credit (EIC) Table

 This is **not** a tax table.

**1.** To find your credit, read down the "At least – But less than" columns and find the line that includes the amount you were told to look up from your EIC Worksheet.

**2.** Then, read across to the column that includes the number of qualifying children you have. Enter the credit from that column on your EIC Worksheet.

**Example.** If you have one qualifying child and the amount you are looking up from your EIC Worksheet is $4,875, you would enter $1,658.

| If the amount you are looking up from the worksheet is— | | And you have— | | |
|---|---|---|---|---|
| | | No children | One child | Two children |
| At least | But less than | Your credit is— | | |
| 4,800 | 4,850 | 364 | 1,641 | 1,930 |
| 4,850 | 4,900 | 364 | 1,658 | 1,950 |
| 4,900 | 4,950 | 364 | 1,675 | 1,970 |
| 4,950 | 5,000 | 364 | 1,692 | 1,990 |

| If the amount you are looking up from the worksheet is— | | And you have— | | |
|---|---|---|---|---|
| | | No children | One child | Two children |
| At least | But less than | Your credit is— | | |
| $1 | $50 | $2 | $9 | $10 |
| 50 | 100 | 6 | 26 | 30 |
| 100 | 150 | 10 | 43 | 50 |
| 150 | 200 | 13 | 60 | 70 |
| 200 | 250 | 17 | 77 | 90 |
| 250 | 300 | 21 | 94 | 110 |
| 300 | 350 | 25 | 111 | 130 |
| 350 | 400 | 29 | 128 | 150 |
| 400 | 450 | 33 | 145 | 170 |
| 450 | 500 | 36 | 162 | 190 |
| 500 | 550 | 40 | 179 | 210 |
| 550 | 600 | 44 | 196 | 230 |
| 600 | 650 | 48 | 213 | 250 |
| 650 | 700 | 52 | 230 | 270 |
| 700 | 750 | 55 | 247 | 290 |
| 750 | 800 | 59 | 264 | 310 |
| 800 | 850 | 63 | 281 | 330 |
| 850 | 900 | 67 | 298 | 350 |
| 900 | 950 | 71 | 315 | 370 |
| 950 | 1,000 | 75 | 332 | 390 |
| 1,000 | 1,050 | 78 | 349 | 410 |
| 1,050 | 1,100 | 82 | 366 | 430 |
| 1,100 | 1,150 | 86 | 383 | 450 |
| 1,150 | 1,200 | 90 | 400 | 470 |
| 1,200 | 1,250 | 94 | 417 | 490 |
| 1,250 | 1,300 | 98 | 434 | 510 |
| 1,300 | 1,350 | 101 | 451 | 530 |
| 1,350 | 1,400 | 105 | 468 | 550 |
| 1,400 | 1,450 | 109 | 485 | 570 |
| 1,450 | 1,500 | 113 | 502 | 590 |
| 1,500 | 1,550 | 117 | 519 | 610 |
| 1,550 | 1,600 | 120 | 536 | 630 |
| 1,600 | 1,650 | 124 | 553 | 650 |
| 1,650 | 1,700 | 128 | 570 | 670 |
| 1,700 | 1,750 | 132 | 587 | 690 |
| 1,750 | 1,800 | 136 | 604 | 710 |
| 1,800 | 1,850 | 140 | 621 | 730 |
| 1,850 | 1,900 | 143 | 638 | 750 |
| 1,900 | 1,950 | 147 | 655 | 770 |
| 1,950 | 2,000 | 151 | 672 | 790 |
| 2,000 | 2,050 | 155 | 689 | 810 |
| 2,050 | 2,100 | 159 | 706 | 830 |
| 2,100 | 2,150 | 163 | 723 | 850 |
| 2,150 | 2,200 | 166 | 740 | 870 |

| If the amount you are looking up from the worksheet is— | | And you have— | | |
|---|---|---|---|---|
| | | No children | One child | Two children |
| At least | But less than | Your credit is— | | |
| 2,200 | 2,250 | 170 | 757 | 890 |
| 2,250 | 2,300 | 174 | 774 | 910 |
| 2,300 | 2,350 | 178 | 791 | 930 |
| 2,350 | 2,400 | 182 | 808 | 950 |
| 2,400 | 2,450 | 186 | 825 | 970 |
| 2,450 | 2,500 | 189 | 842 | 990 |
| 2,500 | 2,550 | 193 | 859 | 1,010 |
| 2,550 | 2,600 | 197 | 876 | 1,030 |
| 2,600 | 2,650 | 201 | 893 | 1,050 |
| 2,650 | 2,700 | 205 | 910 | 1,070 |
| 2,700 | 2,750 | 208 | 927 | 1,090 |
| 2,750 | 2,800 | 212 | 944 | 1,110 |
| 2,800 | 2,850 | 216 | 961 | 1,130 |
| 2,850 | 2,900 | 220 | 978 | 1,150 |
| 2,900 | 2,950 | 224 | 995 | 1,170 |
| 2,950 | 3,000 | 228 | 1,012 | 1,190 |
| 3,000 | 3,050 | 231 | 1,029 | 1,210 |
| 3,050 | 3,100 | 235 | 1,046 | 1,230 |
| 3,100 | 3,150 | 239 | 1,063 | 1,250 |
| 3,150 | 3,200 | 243 | 1,080 | 1,270 |
| 3,200 | 3,250 | 247 | 1,097 | 1,290 |
| 3,250 | 3,300 | 251 | 1,114 | 1,310 |
| 3,300 | 3,350 | 254 | 1,131 | 1,330 |
| 3,350 | 3,400 | 258 | 1,148 | 1,350 |
| 3,400 | 3,450 | 262 | 1,165 | 1,370 |
| 3,450 | 3,500 | 266 | 1,182 | 1,390 |
| 3,500 | 3,550 | 270 | 1,199 | 1,410 |
| 3,550 | 3,600 | 273 | 1,216 | 1,430 |
| 3,600 | 3,650 | 277 | 1,233 | 1,450 |
| 3,650 | 3,700 | 281 | 1,250 | 1,470 |
| 3,700 | 3,750 | 285 | 1,267 | 1,490 |
| 3,750 | 3,800 | 289 | 1,284 | 1,510 |
| 3,800 | 3,850 | 293 | 1,301 | 1,530 |
| 3,850 | 3,900 | 296 | 1,318 | 1,550 |
| 3,900 | 3,950 | 300 | 1,335 | 1,570 |
| 3,950 | 4,000 | 304 | 1,352 | 1,590 |
| 4,000 | 4,050 | 308 | 1,369 | 1,610 |
| 4,050 | 4,100 | 312 | 1,386 | 1,630 |
| 4,100 | 4,150 | 316 | 1,403 | 1,650 |
| 4,150 | 4,200 | 319 | 1,420 | 1,670 |
| 4,200 | 4,250 | 323 | 1,437 | 1,690 |
| 4,250 | 4,300 | 327 | 1,454 | 1,710 |
| 4,300 | 4,350 | 331 | 1,471 | 1,730 |
| 4,350 | 4,400 | 335 | 1,488 | 1,750 |

| If the amount you are looking up from the worksheet is— | | And you have— | | |
|---|---|---|---|---|
| | | No children | One child | Two children |
| At least | But less than | Your credit is— | | |
| 4,400 | 4,450 | 339 | 1,505 | 1,770 |
| 4,450 | 4,500 | 342 | 1,522 | 1,790 |
| 4,500 | 4,550 | 346 | 1,539 | 1,810 |
| 4,550 | 4,600 | 350 | 1,556 | 1,830 |
| 4,600 | 4,650 | 354 | 1,573 | 1,850 |
| 4,650 | 4,700 | 358 | 1,590 | 1,870 |
| 4,700 | 4,750 | 361 | 1,607 | 1,890 |
| 4,750 | 4,800 | 364 | 1,624 | 1,910 |
| 4,800 | 4,850 | 364 | 1,641 | 1,930 |
| 4,850 | 4,900 | 364 | 1,658 | 1,950 |
| 4,900 | 4,950 | 364 | 1,675 | 1,970 |
| 4,950 | 5,000 | 364 | 1,692 | 1,990 |
| 5,000 | 5,050 | 364 | 1,709 | 2,010 |
| 5,050 | 5,100 | 364 | 1,726 | 2,030 |
| 5,100 | 5,150 | 364 | 1,743 | 2,050 |
| 5,150 | 5,200 | 364 | 1,760 | 2,070 |
| 5,200 | 5,250 | 364 | 1,777 | 2,090 |
| 5,250 | 5,300 | 364 | 1,794 | 2,110 |
| 5,300 | 5,350 | 364 | 1,811 | 2,130 |
| 5,350 | 5,400 | 364 | 1,828 | 2,150 |
| 5,400 | 5,450 | 364 | 1,845 | 2,170 |
| 5,450 | 5,500 | 364 | 1,862 | 2,190 |
| 5,500 | 5,550 | 364 | 1,879 | 2,210 |
| 5,550 | 5,600 | 364 | 1,896 | 2,230 |
| 5,600 | 5,650 | 364 | 1,913 | 2,250 |
| 5,650 | 5,700 | 364 | 1,930 | 2,270 |
| 5,700 | 5,750 | 364 | 1,947 | 2,290 |
| 5,750 | 5,800 | 364 | 1,964 | 2,310 |
| 5,800 | 5,850 | 364 | 1,981 | 2,330 |
| 5,850 | 5,900 | 364 | 1,998 | 2,350 |
| 5,900 | 5,950 | 364 | 2,015 | 2,370 |
| 5,950 | 6,000 | 362 | 2,032 | 2,390 |
| 6,000 | 6,050 | 358 | 2,049 | 2,410 |
| 6,050 | 6,100 | 355 | 2,066 | 2,430 |
| 6,100 | 6,150 | 351 | 2,083 | 2,450 |
| 6,150 | 6,200 | 347 | 2,100 | 2,470 |
| 6,200 | 6,250 | 343 | 2,117 | 2,490 |
| 6,250 | 6,300 | 339 | 2,134 | 2,510 |
| 6,300 | 6,350 | 335 | 2,151 | 2,530 |
| 6,350 | 6,400 | 332 | 2,168 | 2,550 |
| 6,400 | 6,450 | 328 | 2,185 | 2,570 |
| 6,450 | 6,500 | 324 | 2,202 | 2,590 |
| 6,500 | 6,550 | 320 | 2,219 | 2,610 |
| 6,550 | 6,600 | 316 | 2,236 | 2,630 |

| If the amount you are looking up from the worksheet is— | | And you have— | | |
|---|---|---|---|---|
| | | No children | One child | Two children |
| At least | But less than | Your credit is— | | |
| 6,600 | 6,650 | 313 | 2,253 | 2,650 |
| 6,650 | 6,700 | 309 | 2,270 | 2,670 |
| 6,700 | 6,750 | 305 | 2,287 | 2,690 |
| 6,750 | 6,800 | 301 | 2,304 | 2,710 |
| 6,800 | 6,850 | 297 | 2,321 | 2,730 |
| 6,850 | 6,900 | 293 | 2,338 | 2,750 |
| 6,900 | 6,950 | 290 | 2,355 | 2,770 |
| 6,950 | 7,000 | 286 | 2,372 | 2,790 |
| 7,000 | 7,050 | 282 | 2,389 | 2,810 |
| 7,050 | 7,100 | 278 | 2,406 | 2,830 |
| 7,100 | 7,150 | 274 | 2,428 | 2,850 |
| 7,150 | 7,200 | 270 | 2,428 | 2,870 |
| 7,200 | 7,250 | 267 | 2,428 | 2,890 |
| 7,250 | 7,300 | 263 | 2,428 | 2,910 |
| 7,300 | 7,350 | 259 | 2,428 | 2,930 |
| 7,350 | 7,400 | 255 | 2,428 | 2,950 |
| 7,400 | 7,450 | 251 | 2,428 | 2,970 |
| 7,450 | 7,500 | 247 | 2,428 | 2,990 |
| 7,500 | 7,550 | 244 | 2,428 | 3,010 |
| 7,550 | 7,600 | 240 | 2,428 | 3,030 |
| 7,600 | 7,650 | 236 | 2,428 | 3,050 |
| 7,650 | 7,700 | 232 | 2,428 | 3,070 |
| 7,700 | 7,750 | 228 | 2,428 | 3,090 |
| 7,750 | 7,800 | 225 | 2,428 | 3,110 |
| 7,800 | 7,850 | 221 | 2,428 | 3,130 |
| 7,850 | 7,900 | 217 | 2,428 | 3,150 |
| 7,900 | 7,950 | 213 | 2,428 | 3,170 |
| 7,950 | 8,000 | 209 | 2,428 | 3,190 |
| 8,000 | 8,050 | 205 | 2,428 | 3,210 |
| 8,050 | 8,100 | 202 | 2,428 | 3,230 |
| 8,100 | 8,150 | 198 | 2,428 | 3,250 |
| 8,150 | 8,200 | 194 | 2,428 | 3,270 |
| 8,200 | 8,250 | 190 | 2,428 | 3,290 |
| 8,250 | 8,300 | 186 | 2,428 | 3,310 |
| 8,300 | 8,350 | 182 | 2,428 | 3,330 |
| 8,350 | 8,400 | 179 | 2,428 | 3,350 |
| 8,400 | 8,450 | 175 | 2,428 | 3,370 |
| 8,450 | 8,500 | 171 | 2,428 | 3,390 |
| 8,500 | 8,550 | 167 | 2,428 | 3,410 |
| 8,550 | 8,600 | 163 | 2,428 | 3,430 |
| 8,600 | 8,650 | 160 | 2,428 | 3,450 |
| 8,650 | 8,700 | 156 | 2,428 | 3,470 |
| 8,700 | 8,750 | 152 | 2,428 | 3,490 |
| 8,750 | 8,800 | 148 | 2,428 | 3,510 |

*(Continued on page 49)*

*Need more information or forms? See page 7.*

## 2001 Earned Income Credit (EIC) Table *Continued*    (**Caution.** This is **not** a tax table.)

| If the amount you are looking up from the worksheet is— | | And you have— | | |
|---|---|---|---|---|
| At least | But less than | No children | One child | Two children |
| | | Your credit is— | | |
| 8,800 | 8,850 | 144 | 2,428 | 3,530 |
| 8,850 | 8,900 | 140 | 2,428 | 3,550 |
| 8,900 | 8,950 | 137 | 2,428 | 3,570 |
| 8,950 | 9,000 | 133 | 2,428 | 3,590 |
| 9,000 | 9,050 | 129 | 2,428 | 3,610 |
| 9,050 | 9,100 | 125 | 2,428 | 3,630 |
| 9,100 | 9,150 | 121 | 2,428 | 3,650 |
| 9,150 | 9,200 | 117 | 2,428 | 3,670 |
| 9,200 | 9,250 | 114 | 2,428 | 3,690 |
| 9,250 | 9,300 | 110 | 2,428 | 3,710 |
| 9,300 | 9,350 | 106 | 2,428 | 3,730 |
| 9,350 | 9,400 | 102 | 2,428 | 3,750 |
| 9,400 | 9,450 | 98 | 2,428 | 3,770 |
| 9,450 | 9,500 | 94 | 2,428 | 3,790 |
| 9,500 | 9,550 | 91 | 2,428 | 3,810 |
| 9,550 | 9,600 | 87 | 2,428 | 3,830 |
| 9,600 | 9,650 | 83 | 2,428 | 3,850 |
| 9,650 | 9,700 | 79 | 2,428 | 3,870 |
| 9,700 | 9,750 | 75 | 2,428 | 3,890 |
| 9,750 | 9,800 | 72 | 2,428 | 3,910 |
| 9,800 | 9,850 | 68 | 2,428 | 3,930 |
| 9,850 | 9,900 | 64 | 2,428 | 3,950 |
| 9,900 | 9,950 | 60 | 2,428 | 3,970 |
| 9,950 | 10,000 | 56 | 2,428 | 3,990 |
| 10,000 | 10,050 | 52 | 2,428 | 4,008 |
| 10,050 | 10,100 | 49 | 2,428 | 4,008 |
| 10,100 | 10,150 | 45 | 2,428 | 4,008 |
| 10,150 | 10,200 | 41 | 2,428 | 4,008 |
| 10,200 | 10,250 | 37 | 2,428 | 4,008 |
| 10,250 | 10,300 | 33 | 2,428 | 4,008 |
| 10,300 | 10,350 | 29 | 2,428 | 4,008 |
| 10,350 | 10,400 | 26 | 2,428 | 4,008 |
| 10,400 | 10,450 | 22 | 2,428 | 4,008 |
| 10,450 | 10,500 | 18 | 2,428 | 4,008 |
| 10,500 | 10,550 | 14 | 2,428 | 4,008 |
| 10,550 | 10,600 | 10 | 2,428 | 4,008 |
| 10,600 | 10,650 | 7 | 2,428 | 4,008 |
| 10,650 | 10,700 | 3 | 2,428 | 4,008 |
| 10,700 | 10,750 | * | 2,428 | 4,008 |
| 10,750 | 13,100 | 0 | 2,428 | 4,008 |
| 13,100 | 13,150 | 0 | 2,422 | 4,001 |
| 13,150 | 13,200 | 0 | 2,414 | 3,990 |
| 13,200 | 13,250 | 0 | 2,406 | 3,980 |
| 13,250 | 13,300 | 0 | 2,398 | 3,969 |
| 13,300 | 13,350 | 0 | 2,390 | 3,959 |
| 13,350 | 13,400 | 0 | 2,382 | 3,948 |
| 13,400 | 13,450 | 0 | 2,374 | 3,937 |
| 13,450 | 13,500 | 0 | 2,366 | 3,927 |
| 13,500 | 13,550 | 0 | 2,358 | 3,916 |
| 13,550 | 13,600 | 0 | 2,350 | 3,906 |
| 13,600 | 13,650 | 0 | 2,342 | 3,895 |
| 13,650 | 13,700 | 0 | 2,334 | 3,885 |
| 13,700 | 13,750 | 0 | 2,326 | 3,874 |
| 13,750 | 13,800 | 0 | 2,318 | 3,864 |
| 13,800 | 13,850 | 0 | 2,310 | 3,853 |
| 13,850 | 13,900 | 0 | 2,302 | 3,843 |
| 13,900 | 13,950 | 0 | 2,294 | 3,832 |
| 13,950 | 14,000 | 0 | 2,286 | 3,822 |
| 14,000 | 14,050 | 0 | 2,278 | 3,811 |
| 14,050 | 14,100 | 0 | 2,270 | 3,801 |
| 14,100 | 14,150 | 0 | 2,262 | 3,790 |
| 14,150 | 14,200 | 0 | 2,254 | 3,779 |
| 14,200 | 14,250 | 0 | 2,246 | 3,769 |
| 14,250 | 14,300 | 0 | 2,238 | 3,758 |
| 14,300 | 14,350 | 0 | 2,230 | 3,748 |
| 14,350 | 14,400 | 0 | 2,222 | 3,737 |
| 14,400 | 14,450 | 0 | 2,214 | 3,727 |
| 14,450 | 14,500 | 0 | 2,206 | 3,716 |
| 14,500 | 14,550 | 0 | 2,198 | 3,706 |
| 14,550 | 14,600 | 0 | 2,190 | 3,695 |
| 14,600 | 14,650 | 0 | 2,182 | 3,685 |
| 14,650 | 14,700 | 0 | 2,174 | 3,674 |
| 14,700 | 14,750 | 0 | 2,166 | 3,664 |
| 14,750 | 14,800 | 0 | 2,158 | 3,653 |
| 14,800 | 14,850 | 0 | 2,150 | 3,643 |
| 14,850 | 14,900 | 0 | 2,142 | 3,632 |
| 14,900 | 14,950 | 0 | 2,134 | 3,622 |
| 14,950 | 15,000 | 0 | 2,126 | 3,611 |
| 15,000 | 15,050 | 0 | 2,118 | 3,600 |
| 15,050 | 15,100 | 0 | 2,110 | 3,590 |
| 15,100 | 15,150 | 0 | 2,102 | 3,579 |
| 15,150 | 15,200 | 0 | 2,094 | 3,569 |
| 15,200 | 15,250 | 0 | 2,086 | 3,558 |
| 15,250 | 15,300 | 0 | 2,078 | 3,548 |
| 15,300 | 15,350 | 0 | 2,070 | 3,537 |
| 15,350 | 15,400 | 0 | 2,062 | 3,527 |
| 15,400 | 15,450 | 0 | 2,054 | 3,516 |
| 15,450 | 15,500 | 0 | 2,046 | 3,506 |
| 15,500 | 15,550 | 0 | 2,038 | 3,495 |
| 15,550 | 15,600 | 0 | 2,030 | 3,485 |
| 15,600 | 15,650 | 0 | 2,023 | 3,474 |
| 15,650 | 15,700 | 0 | 2,015 | 3,464 |
| 15,700 | 15,750 | 0 | 2,007 | 3,453 |
| 15,750 | 15,800 | 0 | 1,999 | 3,443 |
| 15,800 | 15,850 | 0 | 1,991 | 3,432 |
| 15,850 | 15,900 | 0 | 1,983 | 3,421 |
| 15,900 | 15,950 | 0 | 1,975 | 3,411 |
| 15,950 | 16,000 | 0 | 1,967 | 3,400 |
| 16,000 | 16,050 | 0 | 1,959 | 3,390 |
| 16,050 | 16,100 | 0 | 1,951 | 3,379 |
| 16,100 | 16,150 | 0 | 1,943 | 3,369 |
| 16,150 | 16,200 | 0 | 1,935 | 3,358 |
| 16,200 | 16,250 | 0 | 1,927 | 3,348 |
| 16,250 | 16,300 | 0 | 1,919 | 3,337 |
| 16,300 | 16,350 | 0 | 1,911 | 3,327 |
| 16,350 | 16,400 | 0 | 1,903 | 3,316 |
| 16,400 | 16,450 | 0 | 1,895 | 3,306 |
| 16,450 | 16,500 | 0 | 1,887 | 3,295 |
| 16,500 | 16,550 | 0 | 1,879 | 3,285 |
| 16,550 | 16,600 | 0 | 1,871 | 3,274 |
| 16,600 | 16,650 | 0 | 1,863 | 3,264 |
| 16,650 | 16,700 | 0 | 1,855 | 3,253 |
| 16,700 | 16,750 | 0 | 1,847 | 3,242 |
| 16,750 | 16,800 | 0 | 1,839 | 3,232 |
| 16,800 | 16,850 | 0 | 1,831 | 3,221 |
| 16,850 | 16,900 | 0 | 1,823 | 3,211 |
| 16,900 | 16,950 | 0 | 1,815 | 3,200 |
| 16,950 | 17,000 | 0 | 1,807 | 3,190 |
| 17,000 | 17,050 | 0 | 1,799 | 3,179 |
| 17,050 | 17,100 | 0 | 1,791 | 3,169 |
| 17,100 | 17,150 | 0 | 1,783 | 3,158 |
| 17,150 | 17,200 | 0 | 1,775 | 3,148 |
| 17,200 | 17,250 | 0 | 1,767 | 3,137 |
| 17,250 | 17,300 | 0 | 1,759 | 3,127 |
| 17,300 | 17,350 | 0 | 1,751 | 3,116 |
| 17,350 | 17,400 | 0 | 1,743 | 3,106 |
| 17,400 | 17,450 | 0 | 1,735 | 3,095 |
| 17,450 | 17,500 | 0 | 1,727 | 3,085 |
| 17,500 | 17,550 | 0 | 1,719 | 3,074 |
| 17,550 | 17,600 | 0 | 1,711 | 3,063 |
| 17,600 | 17,650 | 0 | 1,703 | 3,053 |
| 17,650 | 17,700 | 0 | 1,695 | 3,042 |
| 17,700 | 17,750 | 0 | 1,687 | 3,032 |
| 17,750 | 17,800 | 0 | 1,679 | 3,021 |
| 17,800 | 17,850 | 0 | 1,671 | 3,011 |
| 17,850 | 17,900 | 0 | 1,663 | 3,000 |
| 17,900 | 17,950 | 0 | 1,655 | 2,990 |
| 17,950 | 18,000 | 0 | 1,647 | 2,979 |
| 18,000 | 18,050 | 0 | 1,639 | 2,969 |
| 18,050 | 18,100 | 0 | 1,631 | 2,958 |
| 18,100 | 18,150 | 0 | 1,623 | 2,948 |
| 18,150 | 18,200 | 0 | 1,615 | 2,937 |
| 18,200 | 18,250 | 0 | 1,607 | 2,927 |
| 18,250 | 18,300 | 0 | 1,599 | 2,916 |
| 18,300 | 18,350 | 0 | 1,591 | 2,906 |
| 18,350 | 18,400 | 0 | 1,583 | 2,895 |
| 18,400 | 18,450 | 0 | 1,575 | 2,884 |
| 18,450 | 18,500 | 0 | 1,567 | 2,874 |
| 18,500 | 18,550 | 0 | 1,559 | 2,863 |
| 18,550 | 18,600 | 0 | 1,551 | 2,853 |
| 18,600 | 18,650 | 0 | 1,543 | 2,842 |
| 18,650 | 18,700 | 0 | 1,535 | 2,832 |
| 18,700 | 18,750 | 0 | 1,527 | 2,821 |
| 18,750 | 18,800 | 0 | 1,519 | 2,811 |
| 18,800 | 18,850 | 0 | 1,511 | 2,800 |
| 18,850 | 18,900 | 0 | 1,503 | 2,790 |
| 18,900 | 18,950 | 0 | 1,495 | 2,779 |
| 18,950 | 19,000 | 0 | 1,487 | 2,769 |
| 19,000 | 19,050 | 0 | 1,479 | 2,758 |
| 19,050 | 19,100 | 0 | 1,471 | 2,748 |
| 19,100 | 19,150 | 0 | 1,463 | 2,737 |
| 19,150 | 19,200 | 0 | 1,455 | 2,726 |
| 19,200 | 19,250 | 0 | 1,447 | 2,716 |
| 19,250 | 19,300 | 0 | 1,439 | 2,705 |
| 19,300 | 19,350 | 0 | 1,431 | 2,695 |
| 19,350 | 19,400 | 0 | 1,423 | 2,684 |
| 19,400 | 19,450 | 0 | 1,415 | 2,674 |
| 19,450 | 19,500 | 0 | 1,407 | 2,663 |
| 19,500 | 19,550 | 0 | 1,399 | 2,653 |
| 19,550 | 19,600 | 0 | 1,391 | 2,642 |
| 19,600 | 19,650 | 0 | 1,383 | 2,632 |
| 19,650 | 19,700 | 0 | 1,375 | 2,621 |
| 19,700 | 19,750 | 0 | 1,367 | 2,611 |
| 19,750 | 19,800 | 0 | 1,359 | 2,600 |
| 19,800 | 19,850 | 0 | 1,351 | 2,590 |
| 19,850 | 19,900 | 0 | 1,343 | 2,579 |
| 19,900 | 19,950 | 0 | 1,335 | 2,569 |
| 19,950 | 20,000 | 0 | 1,327 | 2,558 |
| 20,000 | 20,050 | 0 | 1,319 | 2,547 |
| 20,050 | 20,100 | 0 | 1,311 | 2,537 |
| 20,100 | 20,150 | 0 | 1,303 | 2,526 |
| 20,150 | 20,200 | 0 | 1,295 | 2,516 |
| 20,200 | 20,250 | 0 | 1,287 | 2,505 |
| 20,250 | 20,300 | 0 | 1,279 | 2,495 |
| 20,300 | 20,350 | 0 | 1,271 | 2,484 |
| 20,350 | 20,400 | 0 | 1,263 | 2,474 |
| 20,400 | 20,450 | 0 | 1,255 | 2,463 |
| 20,450 | 20,500 | 0 | 1,247 | 2,453 |
| 20,500 | 20,550 | 0 | 1,239 | 2,442 |
| 20,550 | 20,600 | 0 | 1,231 | 2,432 |
| 20,600 | 20,650 | 0 | 1,224 | 2,421 |
| 20,650 | 20,700 | 0 | 1,216 | 2,411 |
| 20,700 | 20,750 | 0 | 1,208 | 2,400 |
| 20,750 | 20,800 | 0 | 1,200 | 2,390 |
| 20,800 | 20,850 | 0 | 1,192 | 2,379 |
| 20,850 | 20,900 | 0 | 1,184 | 2,368 |
| 20,900 | 20,950 | 0 | 1,176 | 2,358 |
| 20,950 | 21,000 | 0 | 1,168 | 2,347 |
| 21,000 | 21,050 | 0 | 1,160 | 2,337 |
| 21,050 | 21,100 | 0 | 1,152 | 2,326 |
| 21,100 | 21,150 | 0 | 1,144 | 2,316 |
| 21,150 | 21,200 | 0 | 1,136 | 2,305 |
| 21,200 | 21,250 | 0 | 1,128 | 2,295 |
| 21,250 | 21,300 | 0 | 1,120 | 2,284 |
| 21,300 | 21,350 | 0 | 1,112 | 2,274 |
| 21,350 | 21,400 | 0 | 1,104 | 2,263 |
| 21,400 | 21,450 | 0 | 1,096 | 2,253 |
| 21,450 | 21,500 | 0 | 1,088 | 2,242 |
| 21,500 | 21,550 | 0 | 1,080 | 2,232 |
| 21,550 | 21,600 | 0 | 1,072 | 2,221 |
| 21,600 | 21,650 | 0 | 1,064 | 2,211 |
| 21,650 | 21,700 | 0 | 1,056 | 2,200 |
| 21,700 | 21,750 | 0 | 1,048 | 2,189 |
| 21,750 | 21,800 | 0 | 1,040 | 2,179 |
| 21,800 | 21,850 | 0 | 1,032 | 2,168 |
| 21,850 | 21,900 | 0 | 1,024 | 2,158 |
| 21,900 | 21,950 | 0 | 1,016 | 2,147 |
| 21,950 | 22,000 | 0 | 1,008 | 2,137 |
| 22,000 | 22,050 | 0 | 1,000 | 2,126 |
| 22,050 | 22,100 | 0 | 992 | 2,116 |
| 22,100 | 22,150 | 0 | 984 | 2,105 |
| 22,150 | 22,200 | 0 | 976 | 2,095 |
| 22,200 | 22,250 | 0 | 968 | 2,084 |
| 22,250 | 22,300 | 0 | 960 | 2,074 |

*If the amount you are looking up from the worksheet is at least $10,700 but less than $10,710, your credit is $1. Otherwise, you cannot take the credit.

*(Continued on page 50)*

*Need more information or forms? See page 7.*

## 2001 Earned Income Credit (EIC) Table — Continued    (Caution. This is not a tax table.)

| If the amount you are looking up from the worksheet is— At least | But less than | And you have— No children | One child | Two children |
|---|---|---|---|---|
| 22,300 | 22,350 | 0 | 952 | 2,063 |
| 22,350 | 22,400 | 0 | 944 | 2,053 |
| 22,400 | 22,450 | 0 | 936 | 2,042 |
| 22,450 | 22,500 | 0 | 928 | 2,032 |
| 22,500 | 22,550 | 0 | 920 | 2,021 |
| 22,550 | 22,600 | 0 | 912 | 2,010 |
| 22,600 | 22,650 | 0 | 904 | 2,000 |
| 22,650 | 22,700 | 0 | 896 | 1,989 |
| 22,700 | 22,750 | 0 | 888 | 1,979 |
| 22,750 | 22,800 | 0 | 880 | 1,968 |
| 22,800 | 22,850 | 0 | 872 | 1,958 |
| 22,850 | 22,900 | 0 | 864 | 1,947 |
| 22,900 | 22,950 | 0 | 856 | 1,937 |
| 22,950 | 23,000 | 0 | 848 | 1,926 |
| 23,000 | 23,050 | 0 | 840 | 1,916 |
| 23,050 | 23,100 | 0 | 832 | 1,905 |
| 23,100 | 23,150 | 0 | 824 | 1,895 |
| 23,150 | 23,200 | 0 | 816 | 1,884 |
| 23,200 | 23,250 | 0 | 808 | 1,874 |
| 23,250 | 23,300 | 0 | 800 | 1,863 |
| 23,300 | 23,350 | 0 | 792 | 1,853 |
| 23,350 | 23,400 | 0 | 784 | 1,842 |
| 23,400 | 23,450 | 0 | 776 | 1,831 |
| 23,450 | 23,500 | 0 | 768 | 1,821 |
| 23,500 | 23,550 | 0 | 760 | 1,810 |
| 23,550 | 23,600 | 0 | 752 | 1,800 |
| 23,600 | 23,650 | 0 | 744 | 1,789 |
| 23,650 | 23,700 | 0 | 736 | 1,779 |
| 23,700 | 23,750 | 0 | 728 | 1,768 |
| 23,750 | 23,800 | 0 | 720 | 1,758 |
| 23,800 | 23,850 | 0 | 712 | 1,747 |
| 23,850 | 23,900 | 0 | 704 | 1,737 |
| 23,900 | 23,950 | 0 | 696 | 1,726 |
| 23,950 | 24,000 | 0 | 688 | 1,716 |
| 24,000 | 24,050 | 0 | 680 | 1,705 |
| 24,050 | 24,100 | 0 | 672 | 1,695 |
| 24,100 | 24,150 | 0 | 664 | 1,684 |
| 24,150 | 24,200 | 0 | 656 | 1,673 |
| 24,200 | 24,250 | 0 | 648 | 1,663 |
| 24,250 | 24,300 | 0 | 640 | 1,652 |
| 24,300 | 24,350 | 0 | 632 | 1,642 |
| 24,350 | 24,400 | 0 | 624 | 1,631 |
| 24,400 | 24,450 | 0 | 616 | 1,621 |
| 24,450 | 24,500 | 0 | 608 | 1,610 |
| 24,500 | 24,550 | 0 | 600 | 1,600 |
| 24,550 | 24,600 | 0 | 592 | 1,589 |
| 24,600 | 24,650 | 0 | 584 | 1,579 |
| 24,650 | 24,700 | 0 | 576 | 1,568 |
| 24,700 | 24,750 | 0 | 568 | 1,558 |
| 24,750 | 24,800 | 0 | 560 | 1,547 |
| 24,800 | 24,850 | 0 | 552 | 1,537 |
| 24,850 | 24,900 | 0 | 544 | 1,526 |

| If the amount you are looking up from the worksheet is— At least | But less than | And you have— No children | One child | Two children |
|---|---|---|---|---|
| 24,900 | 24,950 | 0 | 536 | 1,516 |
| 24,950 | 25,000 | 0 | 528 | 1,505 |
| 25,000 | 25,050 | 0 | 520 | 1,494 |
| 25,050 | 25,100 | 0 | 512 | 1,484 |
| 25,100 | 25,150 | 0 | 504 | 1,473 |
| 25,150 | 25,200 | 0 | 496 | 1,463 |
| 25,200 | 25,250 | 0 | 488 | 1,452 |
| 25,250 | 25,300 | 0 | 480 | 1,442 |
| 25,300 | 25,350 | 0 | 472 | 1,431 |
| 25,350 | 25,400 | 0 | 464 | 1,421 |
| 25,400 | 25,450 | 0 | 456 | 1,410 |
| 25,450 | 25,500 | 0 | 448 | 1,400 |
| 25,500 | 25,550 | 0 | 440 | 1,389 |
| 25,550 | 25,600 | 0 | 432 | 1,379 |
| 25,600 | 25,650 | 0 | 425 | 1,368 |
| 25,650 | 25,700 | 0 | 417 | 1,358 |
| 25,700 | 25,750 | 0 | 409 | 1,347 |
| 25,750 | 25,800 | 0 | 401 | 1,337 |
| 25,800 | 25,850 | 0 | 393 | 1,326 |
| 25,850 | 25,900 | 0 | 385 | 1,315 |
| 25,900 | 25,950 | 0 | 377 | 1,305 |
| 25,950 | 26,000 | 0 | 369 | 1,294 |
| 26,000 | 26,050 | 0 | 361 | 1,284 |
| 26,050 | 26,100 | 0 | 353 | 1,273 |
| 26,100 | 26,150 | 0 | 345 | 1,263 |
| 26,150 | 26,200 | 0 | 337 | 1,252 |
| 26,200 | 26,250 | 0 | 329 | 1,242 |
| 26,250 | 26,300 | 0 | 321 | 1,231 |
| 26,300 | 26,350 | 0 | 313 | 1,221 |
| 26,350 | 26,400 | 0 | 305 | 1,210 |
| 26,400 | 26,450 | 0 | 297 | 1,200 |
| 26,450 | 26,500 | 0 | 289 | 1,189 |
| 26,500 | 26,550 | 0 | 281 | 1,179 |
| 26,550 | 26,600 | 0 | 273 | 1,168 |
| 26,600 | 26,650 | 0 | 265 | 1,158 |
| 26,650 | 26,700 | 0 | 257 | 1,147 |
| 26,700 | 26,750 | 0 | 249 | 1,136 |
| 26,750 | 26,800 | 0 | 241 | 1,126 |
| 26,800 | 26,850 | 0 | 233 | 1,115 |
| 26,850 | 26,900 | 0 | 225 | 1,105 |
| 26,900 | 26,950 | 0 | 217 | 1,094 |
| 26,950 | 27,000 | 0 | 209 | 1,084 |
| 27,000 | 27,050 | 0 | 201 | 1,073 |
| 27,050 | 27,100 | 0 | 193 | 1,063 |
| 27,100 | 27,150 | 0 | 185 | 1,052 |
| 27,150 | 27,200 | 0 | 177 | 1,042 |
| 27,200 | 27,250 | 0 | 169 | 1,031 |
| 27,250 | 27,300 | 0 | 161 | 1,021 |
| 27,300 | 27,350 | 0 | 153 | 1,010 |
| 27,350 | 27,400 | 0 | 145 | 1,000 |
| 27,400 | 27,450 | 0 | 137 | 989 |
| 27,450 | 27,500 | 0 | 129 | 979 |

| If the amount you are looking up from the worksheet is— At least | But less than | And you have— No children | One child | Two children |
|---|---|---|---|---|
| 27,500 | 27,550 | 0 | 121 | 968 |
| 27,550 | 27,600 | 0 | 113 | 957 |
| 27,600 | 27,650 | 0 | 105 | 947 |
| 27,650 | 27,700 | 0 | 97 | 936 |
| 27,700 | 27,750 | 0 | 89 | 926 |
| 27,750 | 27,800 | 0 | 81 | 915 |
| 27,800 | 27,850 | 0 | 73 | 905 |
| 27,850 | 27,900 | 0 | 65 | 894 |
| 27,900 | 27,950 | 0 | 57 | 884 |
| 27,950 | 28,000 | 0 | 49 | 873 |
| 28,000 | 28,050 | 0 | 41 | 863 |
| 28,050 | 28,100 | 0 | 33 | 852 |
| 28,100 | 28,150 | 0 | 25 | 842 |
| 28,150 | 28,200 | 0 | 17 | 831 |
| 28,200 | 28,250 | 0 | 9 | 821 |
| 28,250 | 28,300 | 0 | ** | 810 |
| 28,300 | 28,350 | 0 | 0 | 800 |
| 28,350 | 28,400 | 0 | 0 | 789 |
| 28,400 | 28,450 | 0 | 0 | 778 |
| 28,450 | 28,500 | 0 | 0 | 768 |
| 28,500 | 28,550 | 0 | 0 | 757 |
| 28,550 | 28,600 | 0 | 0 | 747 |
| 28,600 | 28,650 | 0 | 0 | 736 |
| 28,650 | 28,700 | 0 | 0 | 726 |
| 28,700 | 28,750 | 0 | 0 | 715 |
| 28,750 | 28,800 | 0 | 0 | 705 |
| 28,800 | 28,850 | 0 | 0 | 694 |
| 28,850 | 28,900 | 0 | 0 | 684 |
| 28,900 | 28,950 | 0 | 0 | 673 |
| 28,950 | 29,000 | 0 | 0 | 663 |
| 29,000 | 29,050 | 0 | 0 | 652 |
| 29,050 | 29,100 | 0 | 0 | 642 |
| 29,100 | 29,150 | 0 | 0 | 631 |
| 29,150 | 29,200 | 0 | 0 | 620 |
| 29,200 | 29,250 | 0 | 0 | 610 |
| 29,250 | 29,300 | 0 | 0 | 599 |
| 29,300 | 29,350 | 0 | 0 | 589 |
| 29,350 | 29,400 | 0 | 0 | 578 |
| 29,400 | 29,450 | 0 | 0 | 568 |
| 29,450 | 29,500 | 0 | 0 | 557 |
| 29,500 | 29,550 | 0 | 0 | 547 |
| 29,550 | 29,600 | 0 | 0 | 536 |
| 29,600 | 29,650 | 0 | 0 | 526 |
| 29,650 | 29,700 | 0 | 0 | 515 |
| 29,700 | 29,750 | 0 | 0 | 505 |
| 29,750 | 29,800 | 0 | 0 | 494 |
| 29,800 | 29,850 | 0 | 0 | 484 |
| 29,850 | 29,900 | 0 | 0 | 473 |
| 29,900 | 29,950 | 0 | 0 | 463 |
| 29,950 | 30,000 | 0 | 0 | 452 |
| 30,000 | 30,050 | 0 | 0 | 441 |
| 30,050 | 30,100 | 0 | 0 | 431 |

| If the amount you are looking up from the worksheet is— At least | But less than | And you have— No children | One child | Two children |
|---|---|---|---|---|
| 30,100 | 30,150 | 0 | 0 | 420 |
| 30,150 | 30,200 | 0 | 0 | 410 |
| 30,200 | 30,250 | 0 | 0 | 399 |
| 30,250 | 30,300 | 0 | 0 | 389 |
| 30,300 | 30,350 | 0 | 0 | 378 |
| 30,350 | 30,400 | 0 | 0 | 368 |
| 30,400 | 30,450 | 0 | 0 | 357 |
| 30,450 | 30,500 | 0 | 0 | 347 |
| 30,500 | 30,550 | 0 | 0 | 336 |
| 30,550 | 30,600 | 0 | 0 | 326 |
| 30,600 | 30,650 | 0 | 0 | 315 |
| 30,650 | 30,700 | 0 | 0 | 305 |
| 30,700 | 30,750 | 0 | 0 | 294 |
| 30,750 | 30,800 | 0 | 0 | 284 |
| 30,800 | 30,850 | 0 | 0 | 273 |
| 30,850 | 30,900 | 0 | 0 | 262 |
| 30,900 | 30,950 | 0 | 0 | 252 |
| 30,950 | 31,000 | 0 | 0 | 241 |
| 31,000 | 31,050 | 0 | 0 | 231 |
| 31,050 | 31,100 | 0 | 0 | 220 |
| 31,100 | 31,150 | 0 | 0 | 210 |
| 31,150 | 31,200 | 0 | 0 | 199 |
| 31,200 | 31,250 | 0 | 0 | 189 |
| 31,250 | 31,300 | 0 | 0 | 178 |
| 31,300 | 31,350 | 0 | 0 | 168 |
| 31,350 | 31,400 | 0 | 0 | 157 |
| 31,400 | 31,450 | 0 | 0 | 147 |
| 31,450 | 31,500 | 0 | 0 | 136 |
| 31,500 | 31,550 | 0 | 0 | 126 |
| 31,550 | 31,600 | 0 | 0 | 115 |
| 31,600 | 31,650 | 0 | 0 | 105 |
| 31,650 | 31,700 | 0 | 0 | 94 |
| 31,700 | 31,750 | 0 | 0 | 83 |
| 31,750 | 31,800 | 0 | 0 | 73 |
| 31,800 | 31,850 | 0 | 0 | 62 |
| 31,850 | 31,900 | 0 | 0 | 52 |
| 31,900 | 31,950 | 0 | 0 | 41 |
| 31,950 | 32,000 | 0 | 0 | 31 |
| 32,000 | 32,050 | 0 | 0 | 20 |
| 32,050 | 32,100 | 0 | 0 | 10 |
| 32,100 | 32,121 | 0 | 0 | 2 |
| 32,121 or more | | 0 | 0 | 0 |

**If the amount you are looking up from the worksheet is at least $28,250 but less than $28,281, your credit is $3. Otherwise, you cannot take the credit.

# Line 62

## Excess Social Security and RRTA Tax Withheld

If you, or your spouse if filing a joint return, had more than one employer for 2001 and total wages of more than $80,400, too much social security tax may have been withheld. You can take a credit on this line for the amount withheld in excess of $4,984.80. But if any one employer withheld more than $4,984.80, you must ask that employer to refund the excess to you. You cannot claim it on your return. Figure this amount separately for you and your spouse.

If you had more than one railroad employer for 2001 and your total compensation was over $59,700, too much railroad retirement (RRTA) tax may have been withheld.

For more details, see **Pub. 505.**

# Line 63

## Additional Child Tax Credit

### What Is the Additional Child Tax Credit?

This credit is for certain people who have at least one qualifying child as defined in the instructions for line 6c, column (4), on page 20. The additional child tax credit may give you a refund even if you do not owe any tax.

### Two Steps To Take the Additional Child Tax Credit!

**Step 1.** Be sure you figured the amount, if any, of your child tax credit. See the instructions for line 48 that begin on page 37.

**Step 2.** Read the **TIP** at the end of your Child Tax Credit Worksheet. Use Form 8812 to see if you can take the additional child tax credit only if you meet the condition given in that TIP.

# Line 64

## Amount Paid With Request for Extension To File

If you filed **Form 4868** to get an automatic extension of time to file Form 1040, enter any amount you paid with that form or by electronic funds withdrawal or credit card. If you paid by credit card, do not include on line 64 the convenience fee you were charged. Also, include any amounts paid with **Form 2688** or **2350.**

# Line 65

## Other Payments

Check the box(es) on line 65 to report any credit from **Form 2439** or **4136.**

# Refund

# Line 67

## Amount Overpaid

If line 67 is under $1, we will send a refund only on written request.

If you want to check the status of your refund, please wait at least 4 weeks from the date you filed your return to do so. See page 11 for details.

 If the amount you overpaid is large, you may want to decrease the amount of income tax withheld from your pay by filing a new **Form W-4.** See **Income Tax Withholding and Estimated Tax Payments for 2002** on page 54.

### Refund Offset

If you owe past-due Federal tax, state income tax, child support, spousal support, or certain Federal nontax debts, such as student loans, all or part of the overpayment on line 67 may be used (offset) to pay the past-due amount. Offsets for Federal taxes are made by the IRS. All other offsets are made by the Treasury Department's Financial Management Service (FMS). You will receive a notice from FMS showing the amount of the offset and the agency receiving it. To find out if you may have an offset or if you have any questions about it, contact the agency(ies) you owe the debt to.

### Injured Spouse Claim

If you file a joint return and your spouse has not paid past-due Federal tax, state income tax, child support, spousal support, or a Federal nontax debt, such as a student loan, part or all of the overpayment on line 67 may be used (offset) to pay the past-due amount. But **your** part of the overpayment may be refunded to you after the offset occurs if certain conditions apply and you complete **Form 8379.** For details, use TeleTax topic 203 (see page 11) or see Form 8379.

# Lines 68b Through 68d

## Direct Deposit of Refund

Complete lines 68b through 68d if you want us to directly deposit the amount shown on line 68a into your account at a bank or other financial institution (such as a mutual fund, brokerage firm, or credit union) instead of sending you a check.

### Why Use Direct Deposit?

● You get your refund fast—even faster if you *e-file!*

● Payment is more secure—there is no check to get lost.

● More convenient. No trip to the bank to deposit your check.

● Saves tax dollars. A refund by direct deposit costs less than a check.

 You can check with your financial institution to make sure your deposit will be accepted and to get the correct routing and account numbers. The IRS is not responsible for a lost refund if you enter the wrong account information.

If you file a joint return and fill in lines 68b through 68d, you are appointing your spouse as an agent to receive the refund. This appointment cannot be changed later.

### Line 68b

The routing number **must** be nine digits. The first two digits must be 01 through 12 or 21 through 32. Otherwise, the direct deposit will be rejected and a check sent instead. On the sample check on page 52, the routing number is 250250025.

Your check may state that it is payable through a financial institution different from the one at which you have your checking account. If so, **do not** use the routing number on that check. Instead, contact your financial institution for the correct routing number to enter on line 68b.

### Line 68d

The account number can be up to 17 characters (both numbers and letters). Include hyphens but omit spaces and special symbols. Enter the number from left to right and leave any unused boxes blank. On the sample check on page 52, the account number is 20202086. Be sure **not** to include the check number.

*(Continued on page 52)*

Form 1040—Lines 68d Through 71

 Some financial institutions will not allow a joint refund to be deposited into an individual account. If the direct deposit is rejected, a check will be sent instead. The IRS is not responsible if a financial institution rejects a direct deposit.

## Line 69

### Applied to Your 2002 Estimated Tax

Enter on line 69 the amount, if any, of the overpayment on line 67 you want applied to your 2002 estimated tax. We will apply this amount to your account unless you attach a statement requesting us to apply it to your spouse's account. Include your spouse's social security number in the attached statement.

 This election to apply part or all of the amount overpaid to your 2002 estimated tax cannot be changed later.

# Amount You Owe

## Line 70

### Amount You Owe

 You do not have to pay if line 70 is under $1.

Include any estimated tax penalty from line 71 in the amount you enter on line 70.

You can pay by check, money order, or credit card. **Do not** include any estimated tax payment in your check, money order, or amount you charge. Instead, make the estimated tax payment separately.

**To Pay by Check or Money Order.** Make your check or money order payable to the **"United States Treasury"** for the full amount due. **Do not** send cash. **Do not** attach the payment to your return. Write "2001 Form 1040" and your name, address, daytime phone number, and social security number (SSN) on your payment. If you are filing a joint return, enter the SSN shown first on your tax return.

To help us process your payment, enter the amount on the right side of the check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX–" or "$ XXX $\frac{XX}{100}$").

Then, please complete **Form 1040-V** following the instructions on that form and enclose it in the envelope with your tax return and payment. Although you do not have to use Form 1040-V, doing so allows us to process your payment more accurately and efficiently.

**To Pay by Credit Card.** You may use your American Express® Card, Discover® Card, or MasterCard® card. To pay by credit card, call toll free or access by Internet one of the service providers listed on this page and follow the instructions. A convenience fee will be charged by the service provider based on the amount you are paying. Fees may vary between the providers. You will be told what the fee is during the transaction and you will have the option to either continue or cancel the transaction. You can also find out what the fee will be by calling the provider's toll-free automated customer

service number or visiting the provider's Web Site shown below. **If you paid by credit card,** enter on page 1 of Form 1040 in the upper left corner the confirmation number you were given at the end of the transaction and the amount you charged (not including the convenience fee).

> PhoneCharge, Inc.
> 1-888-ALLTAXX (1-888-255-8299)
> 1-877-851-9964 (Customer Service)
> **www.1888ALLTAXX.com**
>
> Official Payments Corporation
> 1-800-2PAY-TAX (1-800-272-9829)
> 1-877-754-4413 (Customer Service)
> **www.officialpayments.com**

 You may need to **(a)** increase the amount of income tax withheld from your pay by filing a new **Form W-4** or **(b)** make estimated tax payments for 2002. See **Income Tax Withholding and Estimated Tax Payments for 2002** on page 54.

### What if You Cannot Pay?

If you cannot pay the full amount shown on line 70 when you file, you may ask to make monthly **installment payments.** You may have up to 60 months to pay. However, you will be charged interest and may be charged a late payment penalty on the tax not paid by April 15, 2002, even if your request to pay in installments is granted. You must also pay a fee. To limit the interest and penalty charges, pay as much of the tax as possible when you file. But before requesting an installment agreement, you should consider other less costly alternatives, such as a bank loan.

To ask for an installment agreement, use **Form 9465.** You should receive a response to your request for installments within 30 days. But if you file your return after March 31, it may take us longer to reply.

## Line 71

### Estimated Tax Penalty

 You must include household employment taxes reported on line 57 to see if you owe the penalty if line 59 is more than zero **or** you would owe the penalty even if you did not include those taxes. But if you entered an amount on Schedule H, line 7, include the total of that amount plus the amount on Form 1040, line 57.

*(Continued on page 53)*

**Sample Check—Lines 68b Through 68d**



**Note.** The routing and account numbers may be in different places on your check.

*Need more information or forms? See page 7.*    - 52 -

You may owe this penalty if:

● Line 70 is at least $1,000 and it is more than 10% of the tax shown on your return or

● You did not pay enough estimated tax by any of the due dates. This is true even if you are due a refund.

For most people, the "tax shown on your return" is the amount on line 58 minus the total of any amounts shown on lines 61a and 63 and Forms 8828, 4137, 4136, and 5329 (Parts III, IV, V, VI, and VII only).

**Exception.** You will not owe the penalty if your 2000 tax return was for a tax year of 12 full months **and either** of the following applies.

**1.** You had no tax liability for 2000 and you were a U.S. citizen or resident for all of 2000 **or**

**2.** The total of lines 59, 60, and 62 on your 2001 return is at least as much as the tax liability shown on your 2000 return. Your estimated tax payments for 2001 must have been made on time and for the required amount.



If your 2000 adjusted gross income was over $150,000 (over $75,000 if your 2001 filing status is married filing separately), item **2** above applies only if the total of lines 59, 60, and 62 on your 2001 return is at least 110% of the tax liability shown on your 2000 return. This rule does not apply to farmers and fishermen.

### Figuring the Penalty

If the **Exception** above does not apply and you choose to figure the penalty yourself, see **Form 2210** (or **2210-F** for farmers and fishermen) to find out if you owe the penalty. If you do, you can use the form to figure the amount. In certain situations, you may be able to lower your penalty. For details, see the Instructions for Form 2210 (or 2210-F).

Enter the penalty on line 71. Add the penalty to any tax due and enter the total on line 70. If you are due a refund, subtract the penalty from the overpayment you show on line 67. **Do not** file Form 2210 with your return unless Form 2210 indicates that you must do so. Instead, keep it for your records.



Because Form 2210 is complicated, if you want to, you can leave line 71 blank and the IRS will figure the penalty and send you a bill. We will not charge you interest on the penalty if you pay by the date specified on the bill.

# Third Party Designee

If you want to allow a friend, family member, or any other person you choose to discuss your 2001 tax return with the IRS, check the "Yes" box in the "Third Party Designee" area of your return. Also, enter the designee's name, phone number, and any five numbers the designee chooses as his or her personal identification number (PIN). **But** if you want to allow the paid preparer who signed your return to discuss it with the IRS, just enter "Preparer" in the space for the designee's name. You do not have to provide the other information requested.

If you check the "Yes" box, you, and your spouse if filing a joint return, are authorizing the IRS to call the designee to answer any questions that may arise during the processing of your return. You are also authorizing the designee to:

● Give the IRS any information that is missing from your return,

● Call the IRS for information about the processing of your return or the status of your refund or payment(s), and

● Respond to certain IRS notices that you have shared with the designee about math errors, offsets, and return preparation. The notices will not be sent to the designee.

You are not authorizing the designee to receive any refund check, bind you to anything (including any additional tax liability), or otherwise represent you before the IRS. If you want to expand the designee's authorization, see **Pub. 947.**

The authorization cannot be revoked. However, the authorization will automatically end no later than the due date (without regard to extensions) for filing your 2002 tax return. This is April 15, 2003, for most people.

# Sign Your Return

Form 1040 is not considered a valid return unless you sign it. If you are filing a joint return, your spouse must also sign. If your spouse cannot sign the return, see **Pub. 501.** If you have someone prepare your return, you are still responsible for the correctness of the return. If you are filing a joint return as a surviving spouse, see **Death of a Taxpayer** on page 55.

### Child's Return

If your child cannot sign the return, either parent may sign the child's name in the

space provided. Then, add "By (your signature), parent for minor child."

### Daytime Phone Number

Providing your daytime phone number may help speed the processing of your return. We may have questions about items on your return, such as the earned income credit, credit for child and dependent care expenses, etc. By answering our questions over the phone, we may be able to continue processing your return without mailing you a letter. If you are filing a joint return, you may enter either your or your spouse's daytime phone number.

### Paid Preparer Must Sign Your Return

Generally, anyone you pay to prepare your return must sign it by hand in the space provided. Signature stamps or labels cannot be used. The preparer must give you a copy of the return for your records. Someone who prepares your return but does not charge you should not sign your return.

# Assemble Your Return

Assemble any schedules and forms behind Form 1040 in order of the "Attachment Sequence No." shown in the upper right corner of the schedule or form. If you have supporting statements, arrange them in the same order as the schedules or forms they support and attach them last. **Do not** attach correspondence or other items unless required to do so. Attach a copy of Forms W-2, W-2G, and 2439 to the front of Form 1040. Also attach Form(s) 1099-R to the front of Form 1040 if tax was withheld.

*Need more information or forms? See page 7.*

# General Information

## How To Avoid Common Mistakes

Mistakes may delay your refund or result in notices being sent to you.

**1.** Make sure you entered the correct name and social security number (SSN) for each dependent you claim on line 6c. Also, make sure you check the box in column (4) of line 6c for each dependent under age 17 who is also a qualifying child for the child tax credit.

**2.** Check your math, especially for the child tax credit, earned income credit, taxable social security benefits, total income, itemized deductions or standard deduction, deduction for exemptions, taxable income, total tax, Federal income tax withheld, and refund or amount you owe.

**3.** Be sure you use the correct method to figure your tax. See the instructions for line 40 that begin on page 33.

**4.** Be sure to enter your SSN in the space provided on page 1 of Form 1040. If you are married filing a joint or separate return, also enter your spouse's SSN. Be sure to enter your SSN in the space next to your name.

**5.** Make sure your name and address are correct on the peel-off label. If not, enter the correct information. If you did not get a peel-off label, enter your (and your spouse's) name in the same order as shown on your last return.

**6.** If you are taking the standard deduction and you checked any box on line 35a or you (or your spouse if filing jointly) can be claimed as a dependent on someone else's 2001 return, see page 31 to be sure you entered the correct amount on line 36.

**7.** If you received capital gain distributions but were not required to file Schedule D, make sure you check the box on line 13.

**8.** Remember to **sign** and date Form 1040 and enter your occupation.

**9.** Attach your W-2 form(s) and other required forms and schedules. Put all forms and schedules in the proper order. See **Assemble Your Return** on page 53.

**10.** If you owe tax and are paying by check or money order, be sure to include all the required information on your payment. See the instructions for line 70 on page 52 for details.

## What Are Your Rights as a Taxpayer?

You have the right to be treated fairly, professionally, promptly, and courteously by IRS employees. Our goal at the IRS is to protect your rights so that you will have the highest confidence in the integrity, efficiency, and fairness of our tax system. To ensure that you always receive such treatment, you should know about the many rights you have at each step of the tax process. For details, see **Pub. 1.**

## Innocent Spouse Relief

You may qualify for relief from liability for tax on a joint return if **(a)** there is an understatement of tax because your spouse omitted income or claimed false deductions or credits, **(b)** you are divorced, separated, or no longer living with your spouse, **or (c)** given all the facts and circumstances, it would not be fair to hold you liable. See **Form 8857** or **Pub. 971** for more details.

## Income Tax Withholding and Estimated Tax Payments for 2002

If the amount you owe or the amount you overpaid is large, you may want to file a new **Form W-4** with your employer to change the amount of income tax withheld from your 2002 pay. For details on how to complete Form W-4, see **Pub. 919** or visit the IRS Web Site at www.irs.gov/prod/ind_info/webw4/index.html.

In general, you do not have to make estimated tax payments if you expect that your 2002 Form 1040 will show a tax refund **or** a tax balance due the IRS of less than $1,000. If your total estimated tax (including any household employment taxes or alternative minimum tax) for 2002 is $1,000 or more, see **Form 1040-ES.** It has a worksheet you can use to see if you have to make estimated tax payments. For more details, see **Pub. 505.**

## Do Both the Name and SSN on Your Tax Forms Agree With Your Social Security Card?

If not, certain deductions and credits may be reduced or disallowed, your refund may be delayed, and you may not receive credit for your social security earnings. If your Form W-2, Form 1099, or other tax document shows an incorrect SSN or name, notify your employer or the form-issuing agent as soon as possible to make sure your earnings are credited to your social security record. If the name or SSN on your social security card is incorrect, call the Social Security Administration at 1-800-772-1213.

## How Do You Make a Gift To Reduce the Public Debt?

If you wish to do so, make a check payable to "Bureau of the Public Debt." You can send it to: Bureau of the Public Debt, Department G, P.O. Box 2188, Parkersburg, WV 26106-2188. Or you can enclose the check with your income tax return when you file. Do not add your gift to any tax you may owe. See page 52 for details on how to pay any tax you owe.

 If you itemize your deductions for 2002, you may be able to deduct this gift.

## Address Change

If you move after you file, always notify the IRS in writing of your new address. To do this, you can use **Form 8822.**

## How Long Should Records Be Kept?

Keep a copy of your tax return, worksheets you used, and records of all items appearing on it (such as W-2 and 1099 forms) until the statute of limitations runs out for that return. Usually, this is 3 years from the date the return was due or filed, or 2 years from the date the tax was paid, whichever is later. You should keep some records longer. For example, keep property records (including those on your home) as long as they are needed to figure the basis of the original or replacement property. For more details, see **Pub. 552.**

## Amended Return

File **Form 1040X** to change a return you already filed. Generally, Form 1040X must be filed within 3 years after the date the original return was filed, or within 2 years after the date the tax was paid, whichever is later. But you may have more time to file Form 1040X if you are physically or mentally unable to manage your financial affairs. See **Pub. 556** for details.

## Need a Copy of Your Tax Return?

If you need a copy of your tax return, use **Form 4506.** If you have questions about your account, call or write your local IRS office. If you want a printed copy of your account, it will be mailed to you free of charge.

## Death of a Taxpayer

If a taxpayer died before filing a return for 2001, the taxpayer's spouse or personal representative may have to file and sign a return for that taxpayer. A personal representative can be an executor, administrator, or anyone who is in charge of the deceased taxpayer's property. If the deceased taxpayer did not have to file a return but had tax withheld, a return must be filed to get a refund. The person who files the return should enter **"DECEASED,"** the deceased taxpayer's name, and the date of death across the top of the return.

If your spouse died in 2001 and you did not remarry in 2001, you can file a joint return. You can also file a joint return if your spouse died in 2002 before filing a return for 2001. A joint return should show your spouse's 2001 income before death and your income for all of 2001. Enter "Filing as surviving spouse" in the area where you sign the return. If someone else is the personal representative, he or she must also sign.

The surviving spouse or personal representative should promptly notify all payers of income, including financial institutions, of the taxpayer's death. This will ensure the proper reporting of income earned by the taxpayer's estate or heirs. A deceased taxpayer's social security number should not be used for tax years after the year of death, except for estate tax return purposes.

## Claiming a Refund for a Deceased Taxpayer

If you are filing a joint return as a surviving spouse, you only need to file the tax return to claim the refund. If you are a court-appointed representative, file the return and attach a copy of the certificate that shows your appointment. All other filers requesting the deceased taxpayer's refund must file the return and attach **Form 1310.**

For more details, use TeleTax topic 356 (see page 11) or see **Pub. 559.**



**Delete the Paperwork**. Hit 

So easy, no wonder 40 million people use it! You can file electronically, sign electronically, and get your refund or even pay electronically. IRS *e-file* offers accurate, safe, and fast alternatives to filing on paper. IRS computers quickly and automatically check for errors or other missing information. This year, almost all forms and schedules can be *e-filed*. Even returns with a foreign address can be *e-filed!* The chance of an audit of an *e-filed* tax return is no greater than with a paper filed return. Forty million taxpayers just like you filed their tax returns electronically using an IRS *e-file* option because of the many benefits:

- Accuracy!
- Security!
- Electronic Signatures!
- Proof of Acceptance!
- Fast Refunds!
- FREE/Low-Cost Filing!
- Electronic Payment Options!
- Federal/State *e-file*!

 **Use an Authorized IRS *e-file* Provider.** Many tax professionals can electronically file paperless returns for their clients. As a taxpayer, you have two options: **1.** You can prepare your return, take it to a tax professional, ask to sign it electronically using a five-digit self-selected Personal Identification Number (PIN) and then have the tax professional transmit it electronically to the IRS, or **2.** You can have a tax professional prepare your return, you can sign it electronically using a five-digit self-selected PIN, and have your preparer transmit it for you electronically.

Depending on the tax professional and the specific services requested, a fee may be charged. Look for the "Authorized IRS *e-file* Provider" sign or check the IRS Web Site at www.irs.gov for an "Authorized IRS *e-file* Provider" near you.

**Use Your Personal Computer.** A computer with a modem and/or Internet access is all you need to file your tax return using IRS *e-file*. You can buy tax preparation software at various electronics stores or computer and office supply stores. You can download software from the Internet or prepare and file your return completely on-line by using a tax preparation software package on the Internet (nothing to buy or install). Best of all, you can *e-file* your tax return from the comfort of your home any time of the day or night. Sign your return electronically using a five-digit self-selected PIN to complete the process. There is no signature form to submit or Forms W-2 to send in. IRS *e-file* is totally paperless! Within 48 hours of filing, you will receive confirmation that the IRS has received your return. To find free and low-cost *e-file* opportunities for taxpayers who qualify or a list of all software companies that participate in the IRS *e-file* program, visit our Web Site at www.irs.gov. Once your return is prepared, you will need a modem and/or Internet access to file it electronically.

 **Use a Telephone.** For millions of eligible taxpayers, TeleFile is the easiest way to file. TeleFile allows you to file your simple Federal income tax return using a touch-tone telephone. Only taxpayers who met the qualifications for Form 1040EZ in the prior year are eligible to receive the TeleFile Tax Package for the current year. A TeleFile Tax Package is automatically mailed to you if you are eligible. **Parents: If your children receive a TeleFile Tax Package, please encourage them to use TeleFile.**

**Through Employers and Financial Institutions.** Some businesses offer free *e-file* to their employees, members, or customers. Others offer it for a fee. Ask your employer or financial institution if they offer IRS *e-file* as an employee, member, or customer benefit.

**Visit a VITA or TCE Site.** Volunteer Income Tax Assistance (VITA) and Tax Counseling for the Elderly (TCE) sites are open to low-income individuals, others who need help with their tax returns, and the elderly. Both programs are free and can be found at many libraries, colleges, universities, shopping malls, and retirement and senior centers. Find the closest VITA or TCE site by calling 1-800-829-1040. Remember to take your spouse's, your dependent's, and your own social security cards and other identifying documents. Ask for IRS *e-file* at these sites.

**DIRECT DEPOSIT** **Fast Refunds!**
*Simple. Safe. Secure.*
Choose Direct Deposit—a fast, simple, safe, secure way to have your Federal income tax refund deposited automatically into your checking or savings account. To choose Direct Deposit, taxpayers are prompted by the tax preparation software to indicate on the refund portion of the electronic return the financial institution's routing number, account number, and type of account— either checking or savings. Taxpayers who file electronically receive their refunds in less than half the time paper filers do and with Direct Deposit—in as few as 10 days!

**Electronic Signatures!** Paperless filing is easier than you think and it's available to most taxpayers who file electronically— including those first-time filers who were 16 or older on December 31, 2001. It's available to individuals preparing their own returns using tax preparation software or those who use a tax professional. Regardless of the *e-filing* method you choose, you may be able to participate in the Self-Select PIN program. If you are married filing a joint return, you and your spouse will each need to create a PIN and enter it as your electronic signature.

If using tax preparation software, the process includes completing your income tax return on your personal computer and when prompted, signing electronically. You will enter a five-digit PIN that will serve as your electronic signature.

For more details on qualifications and required taxpayer information for the Self-Select PIN or on IRS *e-file*, please visit the IRS Web Site at www.irs.gov.

**Forms 8453 and 8453-OL.** Your return is not complete without your signature. If you are not eligible or choose not to participate in the Self-Select PIN program for signing your return electronically, you must complete and sign **Form 8453** or **Form 8453-OL,** whichever applies.

**Electronic Payment Options!** If you owe tax, you can make your payment electronically.

*Electronic Funds Withdrawal.* You can *e-file* and pay in a single step by authorizing an electronic funds withdrawal from your checking or savings account. This option is available using tax software packages, tax professionals, and TeleFile.

*Credit Card.* You can also *e-file* and pay in a single step by authorizing a credit card payment. This option is available through some tax preparation software packages and tax professionals. Two other ways to pay by credit card are by telephone or Internet (see **Amount You Owe** on page 52 for details). Service providers charge a convenience fee for credit card payments.

**Federal/State *e-file*!** File Federal and state tax returns together using *e-file* and double the benefits of *e-file*! The tax preparation software automatically transfers relevant data from the Federal income tax return to the state income tax return as the information is entered. Currently, 37 states and the District of Columbia participate in the Federal/State *e-file* program. To see a complete list of states, check the IRS Web Site at www.irs.gov.

**Delete the Paperwork.** Hit **SEND**

All tax returns prepared electronically should be filed electronically. It's just a matter of clicking Send instead of Print! **Remember!** You get automatic confirmation within 48 hours that the IRS received your *e-filed* income tax return for processing.

 **Is Also Available!** IRS *for Business e-file* for Business is an electronic method to file business returns. For details, visit the IRS Web Site at www.irs.gov.

**EFTPS** *Electronic Federal Tax Payment System* offers another way to pay your Federal taxes. It's available to business and individual taxpayers. For details, visit www.EFTPS.gov or call EFTPS Customer Service at **1-800-555-4477** or **1-800-945-8400.**

## Other Ways To Get Help

**Send Your Written Tax Questions to the IRS.** You should get an answer in about 30 days. If you do not have the address, call us. See page 13 for the number. Do not send questions with your return.

**Assistance With Your Return.** IRS offices can help you prepare your return. An assister will explain a Form 1040EZ, 1040A, or 1040 with Schedules A and B to you and other taxpayers in a group setting. You may also be able to file your return electronically by computer free of charge at some IRS offices. To find the IRS office nearest you, look in the phone book under "United States Government, Internal Revenue Service" or call us. See page 13 for the number.

**VITA and TCE.** These programs help older, disabled, low-income, and non-English-speaking people fill in their returns. For details, call us. See page 13 for the number. If you received a Federal income tax package in the mail, take it with you when you go for help. Also take a copy of your 2000 tax return if you have it. **Or** to find the nearest AARP Tax-Aide site, visit AARP's Web Site at www.aarp.org/taxaide or call **1-877-227-7844.**

**On-Line Services.** If you subscribe to an on-line service, ask about on-line filing or tax information.

**Large-Print Forms and Instructions. Pub. 1614** has large-print copies of Form 1040, Schedules A, B, D, E, EIC, and R, and Forms 1040-V and 8812, and their instructions. You can use the large-print forms and schedules as worksheets to figure your tax, but you cannot file them. You can get Pub. 1614 by phone or mail. See pages 7 and 57.

**Help for People With Disabilities.** Telephone help is available using TTY/TDD equipment. See page 13 for the number. Braille materials are available at libraries that have special services for people with disabilities.

## Interest and Penalties

**Note.** You do not have to figure the amount of any interest or penalties you may owe. Because figuring these amounts can be complicated, we will do it for you if you want. We will send you a bill for any amount due.

If you include interest or penalties (other than the estimated tax penalty) with your payment, identify and enter the amount in the bottom margin of Form 1040, page 2. **Do not** include interest or penalties (other than the estimated tax penalty) in the **amount you owe** on line 70.

### Interest

We will charge you interest on taxes not paid by their due date, even if an extension of time to file is granted. We will also charge you interest on penalties imposed for failure to file, negligence, fraud, substantial valuation misstatements, and substantial understatements of tax. Interest is charged on the penalty from the due date of the return (including extensions).

### Penalties

**Late Filing.** If you do not file your return by the due date (including extensions), the penalty is usually 5% of the amount due for each month or part of a month your return is late, unless you have a reasonable explanation. If you do, attach it to your return. The penalty can be as much as 25% (more in some cases) of the tax due. If your return is more than 60 days late, the minimum penalty will be $100 or the amount of any tax you owe, whichever is smaller.

**Late Payment of Tax.** If you pay your taxes late, the penalty is usually ½ of 1% of the unpaid amount for each month or part of a month the tax is not paid. The penalty can be as much as 25% of the unpaid amount. It applies to any unpaid tax on the return. This penalty is in addition to interest charges on late payments.

**Frivolous Return.** In addition to any other penalties, the law imposes a penalty of $500 for filing a frivolous return. A frivolous return is one that does not contain information needed to figure the correct tax or shows a substantially incorrect tax because you take a frivolous position or desire to delay or interfere with the tax laws. This includes altering or striking out the preprinted language above the space where you sign.

**Other.** Other penalties can be imposed for negligence, substantial understatement of tax, and fraud. Criminal penalties may be imposed for willful failure to file, tax evasion, or making a false statement. See **Pub. 17** for details on some of these penalties.

# Order Blank for Forms and Publications

The most frequently ordered forms and publications are listed on the order blank below. See pages 8 through 10 for the titles of the forms and publications. We will mail you two copies of each form and one copy of each publication you order. To help reduce waste, please order only the items you need to prepare your return.

 **TIP**  For faster ways of getting the items you need, such as by computer or fax, see page 7.

## How To Use the Order Blank

Circle the items you need on the order blank below. Use the blank spaces to order items not listed. If you need more space, attach a separate sheet of paper.

Print or type your name and address accurately in the space provided below. An accurate address will ensure delivery of your order. Cut the order blank on the dotted line. Enclose the order blank in your own envelope and send it to the IRS address shown below that applies to you. You should receive your order within 10 days after we receive your request.

**Do not** send your tax return to any of the addresses listed on this page. Instead, see the back cover.



### Where To Mail Your Order Blank for Free Forms and Publications

| IF you live in the . . . | THEN mail to . . . | AT this address . . . |
|---|---|---|
| Western United States | Western Area Distribution Center | Rancho Cordova, CA 95743-0001 |
| Central United States | Central Area Distribution Center | P.O. Box 8903 Bloomington, IL 61702-8903 |
| Eastern United States or a foreign country | Eastern Area Distribution Center | P.O. Box 85074 Richmond, VA 23261-5074 |

▲ *Cut here* ▲

## Order Blank

**Fill in your name and address.**

Name

Postal mailing address                                    Apt./Suite/Room

City                          State                        ZIP code

Foreign country                                           International postal code

Daytime phone number
(          )

**The items in bold may be picked up at many IRS offices, post offices, and libraries. You may also download all these items from the Internet at www.irs.gov or place an electronic order for them.**

**Circle the forms and publications you need. The instructions for any form you order will be included.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1040** | Schedule F (1040) | Schedule 3 (1040A) | 2441 | 8812 | Pub. 463 | Pub. 527 | Pub. 910 |
| **Schedules A&B (1040)** | Schedule H (1040) | **1040EZ** | 3903 | 8822 | Pub. 501 | Pub. 529 | Pub. 926 |
| Schedule C (1040) | Schedule J (1040) | 1040-ES (2002) | 4562 | 8829 | Pub. 502 | Pub. 535 | Pub. 929 |
| Schedule C-EZ (1040) | Schedule R (1040) | 1040-V | 4868 | 8863 | Pub. 505 | Pub. 550 | Pub. 936 |
| Schedule D (1040) | Schedule SE (1040) | 1040X | 5329 | 9465 | Pub. 508 | Pub. 554 | Pub. 970 |
| Schedule D-1 (1040) | **1040A** | 2106 | 8283 | Pub. 1 | Pub. 521 | Pub. 575 | Pub. 972 |
| Schedule E (1040) | **Schedule 1 (1040A)** | 2106-EZ | 8582 | Pub. 17 | Pub. 523 | Pub. 590 | |
| **Schedule EIC (1040A or 1040)** | **Schedule 2 (1040A)** | 2210 | 8606 | Pub. 334 | Pub. 525 | Pub. 596 | |

N

# 2001 Tax Table

**Use if your taxable income is less than $100,000.**
**If $100,000 or more, use the Tax Rate Schedules.**

**Caution.** Dependents, see the worksheet on page 33.

**Example.** Mr. and Mrs. Brown are filing a joint return. Their taxable income on line 39 of Form 1040 is $25,300. First, they find the $25,300–25,350 income line. Next, they find the column for married filing jointly and read down the column. The amount shown where the income line and filing status column meet is $3,799. This is the tax amount they should enter on line 40 of their Form 1040.

## Sample Table

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 25,200 | 25,250 | 3,784 | 3,784 | 4,112 | 3,784 |
| 25,250 | 25,300 | 3,791 | 3,791 | 4,126 | 3,791 |
| 25,300 | 25,350 | 3,799 | (3,799) | 4,139 | 3,799 |
| 25,350 | 25,400 | 3,806 | 3,806 | 4,153 | 3,806 |

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | **Your tax is—** | | | |
| 0 | 5 | 0 | 0 | 0 | 0 |
| 5 | 15 | 2 | 2 | 2 | 2 |
| 15 | 25 | 3 | 3 | 3 | 3 |
| 25 | 50 | 6 | 6 | 6 | 6 |
| 50 | 75 | 9 | 9 | 9 | 9 |
| 75 | 100 | 13 | 13 | 13 | 13 |
| 100 | 125 | 17 | 17 | 17 | 17 |
| 125 | 150 | 21 | 21 | 21 | 21 |
| 150 | 175 | 24 | 24 | 24 | 24 |
| 175 | 200 | 28 | 28 | 28 | 28 |
| 200 | 225 | 32 | 32 | 32 | 32 |
| 225 | 250 | 36 | 36 | 36 | 36 |
| 250 | 275 | 39 | 39 | 39 | 39 |
| 275 | 300 | 43 | 43 | 43 | 43 |
| 300 | 325 | 47 | 47 | 47 | 47 |
| 325 | 350 | 51 | 51 | 51 | 51 |
| 350 | 375 | 54 | 54 | 54 | 54 |
| 375 | 400 | 58 | 58 | 58 | 58 |
| 400 | 425 | 62 | 62 | 62 | 62 |
| 425 | 450 | 66 | 66 | 66 | 66 |
| 450 | 475 | 69 | 69 | 69 | 69 |
| 475 | 500 | 73 | 73 | 73 | 73 |
| 500 | 525 | 77 | 77 | 77 | 77 |
| 525 | 550 | 81 | 81 | 81 | 81 |
| 550 | 575 | 84 | 84 | 84 | 84 |
| 575 | 600 | 88 | 88 | 88 | 88 |
| 600 | 625 | 92 | 92 | 92 | 92 |
| 625 | 650 | 96 | 96 | 96 | 96 |
| 650 | 675 | 99 | 99 | 99 | 99 |
| 675 | 700 | 103 | 103 | 103 | 103 |
| 700 | 725 | 107 | 107 | 107 | 107 |
| 725 | 750 | 111 | 111 | 111 | 111 |
| 750 | 775 | 114 | 114 | 114 | 114 |
| 775 | 800 | 118 | 118 | 118 | 118 |
| 800 | 825 | 122 | 122 | 122 | 122 |
| 825 | 850 | 126 | 126 | 126 | 126 |
| 850 | 875 | 129 | 129 | 129 | 129 |
| 875 | 900 | 133 | 133 | 133 | 133 |
| 900 | 925 | 137 | 137 | 137 | 137 |
| 925 | 950 | 141 | 141 | 141 | 141 |
| 950 | 975 | 144 | 144 | 144 | 144 |
| 975 | 1,000 | 148 | 148 | 148 | 148 |
| **1,000** | | | | | |
| 1,000 | 1,025 | 152 | 152 | 152 | 152 |
| 1,025 | 1,050 | 156 | 156 | 156 | 156 |
| 1,050 | 1,075 | 159 | 159 | 159 | 159 |
| 1,075 | 1,100 | 163 | 163 | 163 | 163 |
| 1,100 | 1,125 | 167 | 167 | 167 | 167 |
| 1,125 | 1,150 | 171 | 171 | 171 | 171 |
| 1,150 | 1,175 | 174 | 174 | 174 | 174 |
| 1,175 | 1,200 | 178 | 178 | 178 | 178 |
| 1,200 | 1,225 | 182 | 182 | 182 | 182 |
| 1,225 | 1,250 | 186 | 186 | 186 | 186 |
| 1,250 | 1,275 | 189 | 189 | 189 | 189 |
| 1,275 | 1,300 | 193 | 193 | 193 | 193 |

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | **Your tax is—** | | | |
| 1,300 | 1,325 | 197 | 197 | 197 | 197 |
| 1,325 | 1,350 | 201 | 201 | 201 | 201 |
| 1,350 | 1,375 | 204 | 204 | 204 | 204 |
| 1,375 | 1,400 | 208 | 208 | 208 | 208 |
| 1,400 | 1,425 | 212 | 212 | 212 | 212 |
| 1,425 | 1,450 | 216 | 216 | 216 | 216 |
| 1,450 | 1,475 | 219 | 219 | 219 | 219 |
| 1,475 | 1,500 | 223 | 223 | 223 | 223 |
| 1,500 | 1,525 | 227 | 227 | 227 | 227 |
| 1,525 | 1,550 | 231 | 231 | 231 | 231 |
| 1,550 | 1,575 | 234 | 234 | 234 | 234 |
| 1,575 | 1,600 | 238 | 238 | 238 | 238 |
| 1,600 | 1,625 | 242 | 242 | 242 | 242 |
| 1,625 | 1,650 | 246 | 246 | 246 | 246 |
| 1,650 | 1,675 | 249 | 249 | 249 | 249 |
| 1,675 | 1,700 | 253 | 253 | 253 | 253 |
| 1,700 | 1,725 | 257 | 257 | 257 | 257 |
| 1,725 | 1,750 | 261 | 261 | 261 | 261 |
| 1,750 | 1,775 | 264 | 264 | 264 | 264 |
| 1,775 | 1,800 | 268 | 268 | 268 | 268 |
| 1,800 | 1,825 | 272 | 272 | 272 | 272 |
| 1,825 | 1,850 | 276 | 276 | 276 | 276 |
| 1,850 | 1,875 | 279 | 279 | 279 | 279 |
| 1,875 | 1,900 | 283 | 283 | 283 | 283 |
| 1,900 | 1,925 | 287 | 287 | 287 | 287 |
| 1,925 | 1,950 | 291 | 291 | 291 | 291 |
| 1,950 | 1,975 | 294 | 294 | 294 | 294 |
| 1,975 | 2,000 | 298 | 298 | 298 | 298 |
| **2,000** | | | | | |
| 2,000 | 2,025 | 302 | 302 | 302 | 302 |
| 2,025 | 2,050 | 306 | 306 | 306 | 306 |
| 2,050 | 2,075 | 309 | 309 | 309 | 309 |
| 2,075 | 2,100 | 313 | 313 | 313 | 313 |
| 2,100 | 2,125 | 317 | 317 | 317 | 317 |
| 2,125 | 2,150 | 321 | 321 | 321 | 321 |
| 2,150 | 2,175 | 324 | 324 | 324 | 324 |
| 2,175 | 2,200 | 328 | 328 | 328 | 328 |
| 2,200 | 2,225 | 332 | 332 | 332 | 332 |
| 2,225 | 2,250 | 336 | 336 | 336 | 336 |
| 2,250 | 2,275 | 339 | 339 | 339 | 339 |
| 2,275 | 2,300 | 343 | 343 | 343 | 343 |
| 2,300 | 2,325 | 347 | 347 | 347 | 347 |
| 2,325 | 2,350 | 351 | 351 | 351 | 351 |
| 2,350 | 2,375 | 354 | 354 | 354 | 354 |
| 2,375 | 2,400 | 358 | 358 | 358 | 358 |
| 2,400 | 2,425 | 362 | 362 | 362 | 362 |
| 2,425 | 2,450 | 366 | 366 | 366 | 366 |
| 2,450 | 2,475 | 369 | 369 | 369 | 369 |
| 2,475 | 2,500 | 373 | 373 | 373 | 373 |
| 2,500 | 2,525 | 377 | 377 | 377 | 377 |
| 2,525 | 2,550 | 381 | 381 | 381 | 381 |
| 2,550 | 2,575 | 384 | 384 | 384 | 384 |
| 2,575 | 2,600 | 388 | 388 | 388 | 388 |
| 2,600 | 2,625 | 392 | 392 | 392 | 392 |
| 2,625 | 2,650 | 396 | 396 | 396 | 396 |
| 2,650 | 2,675 | 399 | 399 | 399 | 399 |
| 2,675 | 2,700 | 403 | 403 | 403 | 403 |

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | **Your tax is—** | | | |
| 2,700 | 2,725 | 407 | 407 | 407 | 407 |
| 2,725 | 2,750 | 411 | 411 | 411 | 411 |
| 2,750 | 2,775 | 414 | 414 | 414 | 414 |
| 2,775 | 2,800 | 418 | 418 | 418 | 418 |
| 2,800 | 2,825 | 422 | 422 | 422 | 422 |
| 2,825 | 2,850 | 426 | 426 | 426 | 426 |
| 2,850 | 2,875 | 429 | 429 | 429 | 429 |
| 2,875 | 2,900 | 433 | 433 | 433 | 433 |
| 2,900 | 2,925 | 437 | 437 | 437 | 437 |
| 2,925 | 2,950 | 441 | 441 | 441 | 441 |
| 2,950 | 2,975 | 444 | 444 | 444 | 444 |
| 2,975 | 3,000 | 448 | 448 | 448 | 448 |
| **3,000** | | | | | |
| 3,000 | 3,050 | 454 | 454 | 454 | 454 |
| 3,050 | 3,100 | 461 | 461 | 461 | 461 |
| 3,100 | 3,150 | 469 | 469 | 469 | 469 |
| 3,150 | 3,200 | 476 | 476 | 476 | 476 |
| 3,200 | 3,250 | 484 | 484 | 484 | 484 |
| 3,250 | 3,300 | 491 | 491 | 491 | 491 |
| 3,300 | 3,350 | 499 | 499 | 499 | 499 |
| 3,350 | 3,400 | 506 | 506 | 506 | 506 |
| 3,400 | 3,450 | 514 | 514 | 514 | 514 |
| 3,450 | 3,500 | 521 | 521 | 521 | 521 |
| 3,500 | 3,550 | 529 | 529 | 529 | 529 |
| 3,550 | 3,600 | 536 | 536 | 536 | 536 |
| 3,600 | 3,650 | 544 | 544 | 544 | 544 |
| 3,650 | 3,700 | 551 | 551 | 551 | 551 |
| 3,700 | 3,750 | 559 | 559 | 559 | 559 |
| 3,750 | 3,800 | 566 | 566 | 566 | 566 |
| 3,800 | 3,850 | 574 | 574 | 574 | 574 |
| 3,850 | 3,900 | 581 | 581 | 581 | 581 |
| 3,900 | 3,950 | 589 | 589 | 589 | 589 |
| 3,950 | 4,000 | 596 | 596 | 596 | 596 |
| **4,000** | | | | | |
| 4,000 | 4,050 | 604 | 604 | 604 | 604 |
| 4,050 | 4,100 | 611 | 611 | 611 | 611 |
| 4,100 | 4,150 | 619 | 619 | 619 | 619 |
| 4,150 | 4,200 | 626 | 626 | 626 | 626 |
| 4,200 | 4,250 | 634 | 634 | 634 | 634 |
| 4,250 | 4,300 | 641 | 641 | 641 | 641 |
| 4,300 | 4,350 | 649 | 649 | 649 | 649 |
| 4,350 | 4,400 | 656 | 656 | 656 | 656 |
| 4,400 | 4,450 | 664 | 664 | 664 | 664 |
| 4,450 | 4,500 | 671 | 671 | 671 | 671 |
| 4,500 | 4,550 | 679 | 679 | 679 | 679 |
| 4,550 | 4,600 | 686 | 686 | 686 | 686 |
| 4,600 | 4,650 | 694 | 694 | 694 | 694 |
| 4,650 | 4,700 | 701 | 701 | 701 | 701 |
| 4,700 | 4,750 | 709 | 709 | 709 | 709 |
| 4,750 | 4,800 | 716 | 716 | 716 | 716 |
| 4,800 | 4,850 | 724 | 724 | 724 | 724 |
| 4,850 | 4,900 | 731 | 731 | 731 | 731 |
| 4,900 | 4,950 | 739 | 739 | 739 | 739 |
| 4,950 | 5,000 | 746 | 746 | 746 | 746 |

(Continued on page 60)

* This column must also be used by a qualifying widow(er).

**2001 Tax Table—Continued**   Caution. Dependents, see the worksheet on page 33.

## 5,000

| If line 39 (taxable income) is— At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 5,000 | 5,050 | 754 | 754 | 754 | 754 |
| 5,050 | 5,100 | 761 | 761 | 761 | 761 |
| 5,100 | 5,150 | 769 | 769 | 769 | 769 |
| 5,150 | 5,200 | 776 | 776 | 776 | 776 |
| 5,200 | 5,250 | 784 | 784 | 784 | 784 |
| 5,250 | 5,300 | 791 | 791 | 791 | 791 |
| 5,300 | 5,350 | 799 | 799 | 799 | 799 |
| 5,350 | 5,400 | 806 | 806 | 806 | 806 |
| 5,400 | 5,450 | 814 | 814 | 814 | 814 |
| 5,450 | 5,500 | 821 | 821 | 821 | 821 |
| 5,500 | 5,550 | 829 | 829 | 829 | 829 |
| 5,550 | 5,600 | 836 | 836 | 836 | 836 |
| 5,600 | 5,650 | 844 | 844 | 844 | 844 |
| 5,650 | 5,700 | 851 | 851 | 851 | 851 |
| 5,700 | 5,750 | 859 | 859 | 859 | 859 |
| 5,750 | 5,800 | 866 | 866 | 866 | 866 |
| 5,800 | 5,850 | 874 | 874 | 874 | 874 |
| 5,850 | 5,900 | 881 | 881 | 881 | 881 |
| 5,900 | 5,950 | 889 | 889 | 889 | 889 |
| 5,950 | 6,000 | 896 | 896 | 896 | 896 |

## 6,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 6,000 | 6,050 | 904 | 904 | 904 | 904 |
| 6,050 | 6,100 | 911 | 911 | 911 | 911 |
| 6,100 | 6,150 | 919 | 919 | 919 | 919 |
| 6,150 | 6,200 | 926 | 926 | 926 | 926 |
| 6,200 | 6,250 | 934 | 934 | 934 | 934 |
| 6,250 | 6,300 | 941 | 941 | 941 | 941 |
| 6,300 | 6,350 | 949 | 949 | 949 | 949 |
| 6,350 | 6,400 | 956 | 956 | 956 | 956 |
| 6,400 | 6,450 | 964 | 964 | 964 | 964 |
| 6,450 | 6,500 | 971 | 971 | 971 | 971 |
| 6,500 | 6,550 | 979 | 979 | 979 | 979 |
| 6,550 | 6,600 | 986 | 986 | 986 | 986 |
| 6,600 | 6,650 | 994 | 994 | 994 | 994 |
| 6,650 | 6,700 | 1,001 | 1,001 | 1,001 | 1,001 |
| 6,700 | 6,750 | 1,009 | 1,009 | 1,009 | 1,009 |
| 6,750 | 6,800 | 1,016 | 1,016 | 1,016 | 1,016 |
| 6,800 | 6,850 | 1,024 | 1,024 | 1,024 | 1,024 |
| 6,850 | 6,900 | 1,031 | 1,031 | 1,031 | 1,031 |
| 6,900 | 6,950 | 1,039 | 1,039 | 1,039 | 1,039 |
| 6,950 | 7,000 | 1,046 | 1,046 | 1,046 | 1,046 |

## 7,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 7,000 | 7,050 | 1,054 | 1,054 | 1,054 | 1,054 |
| 7,050 | 7,100 | 1,061 | 1,061 | 1,061 | 1,061 |
| 7,100 | 7,150 | 1,069 | 1,069 | 1,069 | 1,069 |
| 7,150 | 7,200 | 1,076 | 1,076 | 1,076 | 1,076 |
| 7,200 | 7,250 | 1,084 | 1,084 | 1,084 | 1,084 |
| 7,250 | 7,300 | 1,091 | 1,091 | 1,091 | 1,091 |
| 7,300 | 7,350 | 1,099 | 1,099 | 1,099 | 1,099 |
| 7,350 | 7,400 | 1,106 | 1,106 | 1,106 | 1,106 |
| 7,400 | 7,450 | 1,114 | 1,114 | 1,114 | 1,114 |
| 7,450 | 7,500 | 1,121 | 1,121 | 1,121 | 1,121 |
| 7,500 | 7,550 | 1,129 | 1,129 | 1,129 | 1,129 |
| 7,550 | 7,600 | 1,136 | 1,136 | 1,136 | 1,136 |
| 7,600 | 7,650 | 1,144 | 1,144 | 1,144 | 1,144 |
| 7,650 | 7,700 | 1,151 | 1,151 | 1,151 | 1,151 |
| 7,700 | 7,750 | 1,159 | 1,159 | 1,159 | 1,159 |
| 7,750 | 7,800 | 1,166 | 1,166 | 1,166 | 1,166 |
| 7,800 | 7,850 | 1,174 | 1,174 | 1,174 | 1,174 |
| 7,850 | 7,900 | 1,181 | 1,181 | 1,181 | 1,181 |
| 7,900 | 7,950 | 1,189 | 1,189 | 1,189 | 1,189 |
| 7,950 | 8,000 | 1,196 | 1,196 | 1,196 | 1,196 |

## 8,000

| If line 39 (taxable income) is— At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 8,000 | 8,050 | 1,204 | 1,204 | 1,204 | 1,204 |
| 8,050 | 8,100 | 1,211 | 1,211 | 1,211 | 1,211 |
| 8,100 | 8,150 | 1,219 | 1,219 | 1,219 | 1,219 |
| 8,150 | 8,200 | 1,226 | 1,226 | 1,226 | 1,226 |
| 8,200 | 8,250 | 1,234 | 1,234 | 1,234 | 1,234 |
| 8,250 | 8,300 | 1,241 | 1,241 | 1,241 | 1,241 |
| 8,300 | 8,350 | 1,249 | 1,249 | 1,249 | 1,249 |
| 8,350 | 8,400 | 1,256 | 1,256 | 1,256 | 1,256 |
| 8,400 | 8,450 | 1,264 | 1,264 | 1,264 | 1,264 |
| 8,450 | 8,500 | 1,271 | 1,271 | 1,271 | 1,271 |
| 8,500 | 8,550 | 1,279 | 1,279 | 1,279 | 1,279 |
| 8,550 | 8,600 | 1,286 | 1,286 | 1,286 | 1,286 |
| 8,600 | 8,650 | 1,294 | 1,294 | 1,294 | 1,294 |
| 8,650 | 8,700 | 1,301 | 1,301 | 1,301 | 1,301 |
| 8,700 | 8,750 | 1,309 | 1,309 | 1,309 | 1,309 |
| 8,750 | 8,800 | 1,316 | 1,316 | 1,316 | 1,316 |
| 8,800 | 8,850 | 1,324 | 1,324 | 1,324 | 1,324 |
| 8,850 | 8,900 | 1,331 | 1,331 | 1,331 | 1,331 |
| 8,900 | 8,950 | 1,339 | 1,339 | 1,339 | 1,339 |
| 8,950 | 9,000 | 1,346 | 1,346 | 1,346 | 1,346 |

## 9,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 9,000 | 9,050 | 1,354 | 1,354 | 1,354 | 1,354 |
| 9,050 | 9,100 | 1,361 | 1,361 | 1,361 | 1,361 |
| 9,100 | 9,150 | 1,369 | 1,369 | 1,369 | 1,369 |
| 9,150 | 9,200 | 1,376 | 1,376 | 1,376 | 1,376 |
| 9,200 | 9,250 | 1,384 | 1,384 | 1,384 | 1,384 |
| 9,250 | 9,300 | 1,391 | 1,391 | 1,391 | 1,391 |
| 9,300 | 9,350 | 1,399 | 1,399 | 1,399 | 1,399 |
| 9,350 | 9,400 | 1,406 | 1,406 | 1,406 | 1,406 |
| 9,400 | 9,450 | 1,414 | 1,414 | 1,414 | 1,414 |
| 9,450 | 9,500 | 1,421 | 1,421 | 1,421 | 1,421 |
| 9,500 | 9,550 | 1,429 | 1,429 | 1,429 | 1,429 |
| 9,550 | 9,600 | 1,436 | 1,436 | 1,436 | 1,436 |
| 9,600 | 9,650 | 1,444 | 1,444 | 1,444 | 1,444 |
| 9,650 | 9,700 | 1,451 | 1,451 | 1,451 | 1,451 |
| 9,700 | 9,750 | 1,459 | 1,459 | 1,459 | 1,459 |
| 9,750 | 9,800 | 1,466 | 1,466 | 1,466 | 1,466 |
| 9,800 | 9,850 | 1,474 | 1,474 | 1,474 | 1,474 |
| 9,850 | 9,900 | 1,481 | 1,481 | 1,481 | 1,481 |
| 9,900 | 9,950 | 1,489 | 1,489 | 1,489 | 1,489 |
| 9,950 | 10,000 | 1,496 | 1,496 | 1,496 | 1,496 |

## 10,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 10,000 | 10,050 | 1,504 | 1,504 | 1,504 | 1,504 |
| 10,050 | 10,100 | 1,511 | 1,511 | 1,511 | 1,511 |
| 10,100 | 10,150 | 1,519 | 1,519 | 1,519 | 1,519 |
| 10,150 | 10,200 | 1,526 | 1,526 | 1,526 | 1,526 |
| 10,200 | 10,250 | 1,534 | 1,534 | 1,534 | 1,534 |
| 10,250 | 10,300 | 1,541 | 1,541 | 1,541 | 1,541 |
| 10,300 | 10,350 | 1,549 | 1,549 | 1,549 | 1,549 |
| 10,350 | 10,400 | 1,556 | 1,556 | 1,556 | 1,556 |
| 10,400 | 10,450 | 1,564 | 1,564 | 1,564 | 1,564 |
| 10,450 | 10,500 | 1,571 | 1,571 | 1,571 | 1,571 |
| 10,500 | 10,550 | 1,579 | 1,579 | 1,579 | 1,579 |
| 10,550 | 10,600 | 1,586 | 1,586 | 1,586 | 1,586 |
| 10,600 | 10,650 | 1,594 | 1,594 | 1,594 | 1,594 |
| 10,650 | 10,700 | 1,601 | 1,601 | 1,601 | 1,601 |
| 10,700 | 10,750 | 1,609 | 1,609 | 1,609 | 1,609 |
| 10,750 | 10,800 | 1,616 | 1,616 | 1,616 | 1,616 |
| 10,800 | 10,850 | 1,624 | 1,624 | 1,624 | 1,624 |
| 10,850 | 10,900 | 1,631 | 1,631 | 1,631 | 1,631 |
| 10,900 | 10,950 | 1,639 | 1,639 | 1,639 | 1,639 |
| 10,950 | 11,000 | 1,646 | 1,646 | 1,646 | 1,646 |

## 11,000

| If line 39 (taxable income) is— At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 11,000 | 11,050 | 1,654 | 1,654 | 1,654 | 1,654 |
| 11,050 | 11,100 | 1,661 | 1,661 | 1,661 | 1,661 |
| 11,100 | 11,150 | 1,669 | 1,669 | 1,669 | 1,669 |
| 11,150 | 11,200 | 1,676 | 1,676 | 1,676 | 1,676 |
| 11,200 | 11,250 | 1,684 | 1,684 | 1,684 | 1,684 |
| 11,250 | 11,300 | 1,691 | 1,691 | 1,691 | 1,691 |
| 11,300 | 11,350 | 1,699 | 1,699 | 1,699 | 1,699 |
| 11,350 | 11,400 | 1,706 | 1,706 | 1,706 | 1,706 |
| 11,400 | 11,450 | 1,714 | 1,714 | 1,714 | 1,714 |
| 11,450 | 11,500 | 1,721 | 1,721 | 1,721 | 1,721 |
| 11,500 | 11,550 | 1,729 | 1,729 | 1,729 | 1,729 |
| 11,550 | 11,600 | 1,736 | 1,736 | 1,736 | 1,736 |
| 11,600 | 11,650 | 1,744 | 1,744 | 1,744 | 1,744 |
| 11,650 | 11,700 | 1,751 | 1,751 | 1,751 | 1,751 |
| 11,700 | 11,750 | 1,759 | 1,759 | 1,759 | 1,759 |
| 11,750 | 11,800 | 1,766 | 1,766 | 1,766 | 1,766 |
| 11,800 | 11,850 | 1,774 | 1,774 | 1,774 | 1,774 |
| 11,850 | 11,900 | 1,781 | 1,781 | 1,781 | 1,781 |
| 11,900 | 11,950 | 1,789 | 1,789 | 1,789 | 1,789 |
| 11,950 | 12,000 | 1,796 | 1,796 | 1,796 | 1,796 |

## 12,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 12,000 | 12,050 | 1,804 | 1,804 | 1,804 | 1,804 |
| 12,050 | 12,100 | 1,811 | 1,811 | 1,811 | 1,811 |
| 12,100 | 12,150 | 1,819 | 1,819 | 1,819 | 1,819 |
| 12,150 | 12,200 | 1,826 | 1,826 | 1,826 | 1,826 |
| 12,200 | 12,250 | 1,834 | 1,834 | 1,834 | 1,834 |
| 12,250 | 12,300 | 1,841 | 1,841 | 1,841 | 1,841 |
| 12,300 | 12,350 | 1,849 | 1,849 | 1,849 | 1,849 |
| 12,350 | 12,400 | 1,856 | 1,856 | 1,856 | 1,856 |
| 12,400 | 12,450 | 1,864 | 1,864 | 1,864 | 1,864 |
| 12,450 | 12,500 | 1,871 | 1,871 | 1,871 | 1,871 |
| 12,500 | 12,550 | 1,879 | 1,879 | 1,879 | 1,879 |
| 12,550 | 12,600 | 1,886 | 1,886 | 1,886 | 1,886 |
| 12,600 | 12,650 | 1,894 | 1,894 | 1,894 | 1,894 |
| 12,650 | 12,700 | 1,901 | 1,901 | 1,901 | 1,901 |
| 12,700 | 12,750 | 1,909 | 1,909 | 1,909 | 1,909 |
| 12,750 | 12,800 | 1,916 | 1,916 | 1,916 | 1,916 |
| 12,800 | 12,850 | 1,924 | 1,924 | 1,924 | 1,924 |
| 12,850 | 12,900 | 1,931 | 1,931 | 1,931 | 1,931 |
| 12,900 | 12,950 | 1,939 | 1,939 | 1,939 | 1,939 |
| 12,950 | 13,000 | 1,946 | 1,946 | 1,946 | 1,946 |

## 13,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 13,000 | 13,050 | 1,954 | 1,954 | 1,954 | 1,954 |
| 13,050 | 13,100 | 1,961 | 1,961 | 1,961 | 1,961 |
| 13,100 | 13,150 | 1,969 | 1,969 | 1,969 | 1,969 |
| 13,150 | 13,200 | 1,976 | 1,976 | 1,976 | 1,976 |
| 13,200 | 13,250 | 1,984 | 1,984 | 1,984 | 1,984 |
| 13,250 | 13,300 | 1,991 | 1,991 | 1,991 | 1,991 |
| 13,300 | 13,350 | 1,999 | 1,999 | 1,999 | 1,999 |
| 13,350 | 13,400 | 2,006 | 2,006 | 2,006 | 2,006 |
| 13,400 | 13,450 | 2,014 | 2,014 | 2,014 | 2,014 |
| 13,450 | 13,500 | 2,021 | 2,021 | 2,021 | 2,021 |
| 13,500 | 13,550 | 2,029 | 2,029 | 2,029 | 2,029 |
| 13,550 | 13,600 | 2,036 | 2,036 | 2,036 | 2,036 |
| 13,600 | 13,650 | 2,044 | 2,044 | 2,044 | 2,044 |
| 13,650 | 13,700 | 2,051 | 2,051 | 2,051 | 2,051 |
| 13,700 | 13,750 | 2,059 | 2,059 | 2,059 | 2,059 |
| 13,750 | 13,800 | 2,066 | 2,066 | 2,066 | 2,066 |
| 13,800 | 13,850 | 2,074 | 2,074 | 2,074 | 2,074 |
| 13,850 | 13,900 | 2,081 | 2,081 | 2,081 | 2,081 |
| 13,900 | 13,950 | 2,089 | 2,089 | 2,089 | 2,089 |
| 13,950 | 14,000 | 2,096 | 2,096 | 2,096 | 2,096 |

* This column must also be used by a qualifying widow(er).

(Continued on page 61)

**Caution.** Dependents, see the worksheet on page 33.     **2001 Tax Table**—*Continued*

### 14,000 – 16,950

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |
| 14,000 | 14,050 | 2,104 | 2,104 | 2,104 | 2,104 |
| 14,050 | 14,100 | 2,111 | 2,111 | 2,111 | 2,111 |
| 14,100 | 14,150 | 2,119 | 2,119 | 2,119 | 2,119 |
| 14,150 | 14,200 | 2,126 | 2,126 | 2,126 | 2,126 |
| 14,200 | 14,250 | 2,134 | 2,134 | 2,134 | 2,134 |
| 14,250 | 14,300 | 2,141 | 2,141 | 2,141 | 2,141 |
| 14,300 | 14,350 | 2,149 | 2,149 | 2,149 | 2,149 |
| 14,350 | 14,400 | 2,156 | 2,156 | 2,156 | 2,156 |
| 14,400 | 14,450 | 2,164 | 2,164 | 2,164 | 2,164 |
| 14,450 | 14,500 | 2,171 | 2,171 | 2,171 | 2,171 |
| 14,500 | 14,550 | 2,179 | 2,179 | 2,179 | 2,179 |
| 14,550 | 14,600 | 2,186 | 2,186 | 2,186 | 2,186 |
| 14,600 | 14,650 | 2,194 | 2,194 | 2,194 | 2,194 |
| 14,650 | 14,700 | 2,201 | 2,201 | 2,201 | 2,201 |
| 14,700 | 14,750 | 2,209 | 2,209 | 2,209 | 2,209 |
| 14,750 | 14,800 | 2,216 | 2,216 | 2,216 | 2,216 |
| 14,800 | 14,850 | 2,224 | 2,224 | 2,224 | 2,224 |
| 14,850 | 14,900 | 2,231 | 2,231 | 2,231 | 2,231 |
| 14,900 | 14,950 | 2,239 | 2,239 | 2,239 | 2,239 |
| 14,950 | 15,000 | 2,246 | 2,246 | 2,246 | 2,246 |
| 15,000 | 15,050 | 2,254 | 2,254 | 2,254 | 2,254 |
| 15,050 | 15,100 | 2,261 | 2,261 | 2,261 | 2,261 |
| 15,100 | 15,150 | 2,269 | 2,269 | 2,269 | 2,269 |
| 15,150 | 15,200 | 2,276 | 2,276 | 2,276 | 2,276 |
| 15,200 | 15,250 | 2,284 | 2,284 | 2,284 | 2,284 |
| 15,250 | 15,300 | 2,291 | 2,291 | 2,291 | 2,291 |
| 15,300 | 15,350 | 2,299 | 2,299 | 2,299 | 2,299 |
| 15,350 | 15,400 | 2,306 | 2,306 | 2,306 | 2,306 |
| 15,400 | 15,450 | 2,314 | 2,314 | 2,314 | 2,314 |
| 15,450 | 15,500 | 2,321 | 2,321 | 2,321 | 2,321 |
| 15,500 | 15,550 | 2,329 | 2,329 | 2,329 | 2,329 |
| 15,550 | 15,600 | 2,336 | 2,336 | 2,336 | 2,336 |
| 15,600 | 15,650 | 2,344 | 2,344 | 2,344 | 2,344 |
| 15,650 | 15,700 | 2,351 | 2,351 | 2,351 | 2,351 |
| 15,700 | 15,750 | 2,359 | 2,359 | 2,359 | 2,359 |
| 15,750 | 15,800 | 2,366 | 2,366 | 2,366 | 2,366 |
| 15,800 | 15,850 | 2,374 | 2,374 | 2,374 | 2,374 |
| 15,850 | 15,900 | 2,381 | 2,381 | 2,381 | 2,381 |
| 15,900 | 15,950 | 2,389 | 2,389 | 2,389 | 2,389 |
| 15,950 | 16,000 | 2,396 | 2,396 | 2,396 | 2,396 |
| 16,000 | 16,050 | 2,404 | 2,404 | 2,404 | 2,404 |
| 16,050 | 16,100 | 2,411 | 2,411 | 2,411 | 2,411 |
| 16,100 | 16,150 | 2,419 | 2,419 | 2,419 | 2,419 |
| 16,150 | 16,200 | 2,426 | 2,426 | 2,426 | 2,426 |
| 16,200 | 16,250 | 2,434 | 2,434 | 2,434 | 2,434 |
| 16,250 | 16,300 | 2,441 | 2,441 | 2,441 | 2,441 |
| 16,300 | 16,350 | 2,449 | 2,449 | 2,449 | 2,449 |
| 16,350 | 16,400 | 2,456 | 2,456 | 2,456 | 2,456 |
| 16,400 | 16,450 | 2,464 | 2,464 | 2,464 | 2,464 |
| 16,450 | 16,500 | 2,471 | 2,471 | 2,471 | 2,471 |
| 16,500 | 16,550 | 2,479 | 2,479 | 2,479 | 2,479 |
| 16,550 | 16,600 | 2,486 | 2,486 | 2,486 | 2,486 |
| 16,600 | 16,650 | 2,494 | 2,494 | 2,494 | 2,494 |
| 16,650 | 16,700 | 2,501 | 2,501 | 2,501 | 2,501 |
| 16,700 | 16,750 | 2,509 | 2,509 | 2,509 | 2,509 |
| 16,750 | 16,800 | 2,516 | 2,516 | 2,516 | 2,516 |
| 16,800 | 16,850 | 2,524 | 2,524 | 2,524 | 2,524 |
| 16,850 | 16,900 | 2,531 | 2,531 | 2,531 | 2,531 |
| 16,900 | 16,950 | 2,539 | 2,539 | 2,539 | 2,539 |
| 16,950 | 17,000 | 2,546 | 2,546 | 2,546 | 2,546 |

### 17,000 – 19,950

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |
| 17,000 | 17,050 | 2,554 | 2,554 | 2,554 | 2,554 |
| 17,050 | 17,100 | 2,561 | 2,561 | 2,561 | 2,561 |
| 17,100 | 17,150 | 2,569 | 2,569 | 2,569 | 2,569 |
| 17,150 | 17,200 | 2,576 | 2,576 | 2,576 | 2,576 |
| 17,200 | 17,250 | 2,584 | 2,584 | 2,584 | 2,584 |
| 17,250 | 17,300 | 2,591 | 2,591 | 2,591 | 2,591 |
| 17,300 | 17,350 | 2,599 | 2,599 | 2,599 | 2,599 |
| 17,350 | 17,400 | 2,606 | 2,606 | 2,606 | 2,606 |
| 17,400 | 17,450 | 2,614 | 2,614 | 2,614 | 2,614 |
| 17,450 | 17,500 | 2,621 | 2,621 | 2,621 | 2,621 |
| 17,500 | 17,550 | 2,629 | 2,629 | 2,629 | 2,629 |
| 17,550 | 17,600 | 2,636 | 2,636 | 2,636 | 2,636 |
| 17,600 | 17,650 | 2,644 | 2,644 | 2,644 | 2,644 |
| 17,650 | 17,700 | 2,651 | 2,651 | 2,651 | 2,651 |
| 17,700 | 17,750 | 2,659 | 2,659 | 2,659 | 2,659 |
| 17,750 | 17,800 | 2,666 | 2,666 | 2,666 | 2,666 |
| 17,800 | 17,850 | 2,674 | 2,674 | 2,674 | 2,674 |
| 17,850 | 17,900 | 2,681 | 2,681 | 2,681 | 2,681 |
| 17,900 | 17,950 | 2,689 | 2,689 | 2,689 | 2,689 |
| 17,950 | 18,000 | 2,696 | 2,696 | 2,696 | 2,696 |
| 18,000 | 18,050 | 2,704 | 2,704 | 2,704 | 2,704 |
| 18,050 | 18,100 | 2,711 | 2,711 | 2,711 | 2,711 |
| 18,100 | 18,150 | 2,719 | 2,719 | 2,719 | 2,719 |
| 18,150 | 18,200 | 2,726 | 2,726 | 2,726 | 2,726 |
| 18,200 | 18,250 | 2,734 | 2,734 | 2,734 | 2,734 |
| 18,250 | 18,300 | 2,741 | 2,741 | 2,741 | 2,741 |
| 18,300 | 18,350 | 2,749 | 2,749 | 2,749 | 2,749 |
| 18,350 | 18,400 | 2,756 | 2,756 | 2,756 | 2,756 |
| 18,400 | 18,450 | 2,764 | 2,764 | 2,764 | 2,764 |
| 18,450 | 18,500 | 2,771 | 2,771 | 2,771 | 2,771 |
| 18,500 | 18,550 | 2,779 | 2,779 | 2,779 | 2,779 |
| 18,550 | 18,600 | 2,786 | 2,786 | 2,786 | 2,786 |
| 18,600 | 18,650 | 2,794 | 2,794 | 2,794 | 2,794 |
| 18,650 | 18,700 | 2,801 | 2,801 | 2,801 | 2,801 |
| 18,700 | 18,750 | 2,809 | 2,809 | 2,809 | 2,809 |
| 18,750 | 18,800 | 2,816 | 2,816 | 2,816 | 2,816 |
| 18,800 | 18,850 | 2,824 | 2,824 | 2,824 | 2,824 |
| 18,850 | 18,900 | 2,831 | 2,831 | 2,831 | 2,831 |
| 18,900 | 18,950 | 2,839 | 2,839 | 2,839 | 2,839 |
| 18,950 | 19,000 | 2,846 | 2,846 | 2,846 | 2,846 |
| 19,000 | 19,050 | 2,854 | 2,854 | 2,854 | 2,854 |
| 19,050 | 19,100 | 2,861 | 2,861 | 2,861 | 2,861 |
| 19,100 | 19,150 | 2,869 | 2,869 | 2,869 | 2,869 |
| 19,150 | 19,200 | 2,876 | 2,876 | 2,876 | 2,876 |
| 19,200 | 19,250 | 2,884 | 2,884 | 2,884 | 2,884 |
| 19,250 | 19,300 | 2,891 | 2,891 | 2,891 | 2,891 |
| 19,300 | 19,350 | 2,899 | 2,899 | 2,899 | 2,899 |
| 19,350 | 19,400 | 2,906 | 2,906 | 2,906 | 2,906 |
| 19,400 | 19,450 | 2,914 | 2,914 | 2,914 | 2,914 |
| 19,450 | 19,500 | 2,921 | 2,921 | 2,921 | 2,921 |
| 19,500 | 19,550 | 2,929 | 2,929 | 2,929 | 2,929 |
| 19,550 | 19,600 | 2,936 | 2,936 | 2,936 | 2,936 |
| 19,600 | 19,650 | 2,944 | 2,944 | 2,944 | 2,944 |
| 19,650 | 19,700 | 2,951 | 2,951 | 2,951 | 2,951 |
| 19,700 | 19,750 | 2,959 | 2,959 | 2,959 | 2,959 |
| 19,750 | 19,800 | 2,966 | 2,966 | 2,966 | 2,966 |
| 19,800 | 19,850 | 2,974 | 2,974 | 2,974 | 2,974 |
| 19,850 | 19,900 | 2,981 | 2,981 | 2,981 | 2,981 |
| 19,900 | 19,950 | 2,989 | 2,989 | 2,989 | 2,989 |
| 19,950 | 20,000 | 2,996 | 2,996 | 2,996 | 2,996 |

### 20,000 – 22,950

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |
| 20,000 | 20,050 | 3,004 | 3,004 | 3,004 | 3,004 |
| 20,050 | 20,100 | 3,011 | 3,011 | 3,011 | 3,011 |
| 20,100 | 20,150 | 3,019 | 3,019 | 3,019 | 3,019 |
| 20,150 | 20,200 | 3,026 | 3,026 | 3,026 | 3,026 |
| 20,200 | 20,250 | 3,034 | 3,034 | 3,034 | 3,034 |
| 20,250 | 20,300 | 3,041 | 3,041 | 3,041 | 3,041 |
| 20,300 | 20,350 | 3,049 | 3,049 | 3,049 | 3,049 |
| 20,350 | 20,400 | 3,056 | 3,056 | 3,056 | 3,056 |
| 20,400 | 20,450 | 3,064 | 3,064 | 3,064 | 3,064 |
| 20,450 | 20,500 | 3,071 | 3,071 | 3,071 | 3,071 |
| 20,500 | 20,550 | 3,079 | 3,079 | 3,079 | 3,079 |
| 20,550 | 20,600 | 3,086 | 3,086 | 3,086 | 3,086 |
| 20,600 | 20,650 | 3,094 | 3,094 | 3,094 | 3,094 |
| 20,650 | 20,700 | 3,101 | 3,101 | 3,101 | 3,101 |
| 20,700 | 20,750 | 3,109 | 3,109 | 3,109 | 3,109 |
| 20,750 | 20,800 | 3,116 | 3,116 | 3,116 | 3,116 |
| 20,800 | 20,850 | 3,124 | 3,124 | 3,124 | 3,124 |
| 20,850 | 20,900 | 3,131 | 3,131 | 3,131 | 3,131 |
| 20,900 | 20,950 | 3,139 | 3,139 | 3,139 | 3,139 |
| 20,950 | 21,000 | 3,146 | 3,146 | 3,146 | 3,146 |
| 21,000 | 21,050 | 3,154 | 3,154 | 3,154 | 3,154 |
| 21,050 | 21,100 | 3,161 | 3,161 | 3,161 | 3,161 |
| 21,100 | 21,150 | 3,169 | 3,169 | 3,169 | 3,169 |
| 21,150 | 21,200 | 3,176 | 3,176 | 3,176 | 3,176 |
| 21,200 | 21,250 | 3,184 | 3,184 | 3,184 | 3,184 |
| 21,250 | 21,300 | 3,191 | 3,191 | 3,191 | 3,191 |
| 21,300 | 21,350 | 3,199 | 3,199 | 3,199 | 3,199 |
| 21,350 | 21,400 | 3,206 | 3,206 | 3,206 | 3,206 |
| 21,400 | 21,450 | 3,214 | 3,214 | 3,214 | 3,214 |
| 21,450 | 21,500 | 3,221 | 3,221 | 3,221 | 3,221 |
| 21,500 | 21,550 | 3,229 | 3,229 | 3,229 | 3,229 |
| 21,550 | 21,600 | 3,236 | 3,236 | 3,236 | 3,236 |
| 21,600 | 21,650 | 3,244 | 3,244 | 3,244 | 3,244 |
| 21,650 | 21,700 | 3,251 | 3,251 | 3,251 | 3,251 |
| 21,700 | 21,750 | 3,259 | 3,259 | 3,259 | 3,259 |
| 21,750 | 21,800 | 3,266 | 3,266 | 3,266 | 3,266 |
| 21,800 | 21,850 | 3,274 | 3,274 | 3,274 | 3,274 |
| 21,850 | 21,900 | 3,281 | 3,281 | 3,281 | 3,281 |
| 21,900 | 21,950 | 3,289 | 3,289 | 3,289 | 3,289 |
| 21,950 | 22,000 | 3,296 | 3,296 | 3,296 | 3,296 |
| 22,000 | 22,050 | 3,304 | 3,304 | 3,304 | 3,304 |
| 22,050 | 22,100 | 3,311 | 3,311 | 3,311 | 3,311 |
| 22,100 | 22,150 | 3,319 | 3,319 | 3,319 | 3,319 |
| 22,150 | 22,200 | 3,326 | 3,326 | 3,326 | 3,326 |
| 22,200 | 22,250 | 3,334 | 3,334 | 3,334 | 3,334 |
| 22,250 | 22,300 | 3,341 | 3,341 | 3,341 | 3,341 |
| 22,300 | 22,350 | 3,349 | 3,349 | 3,349 | 3,349 |
| 22,350 | 22,400 | 3,356 | 3,356 | 3,356 | 3,356 |
| 22,400 | 22,450 | 3,364 | 3,364 | 3,364 | 3,364 |
| 22,450 | 22,500 | 3,371 | 3,371 | 3,371 | 3,371 |
| 22,500 | 22,550 | 3,379 | 3,379 | 3,379 | 3,379 |
| 22,550 | 22,600 | 3,386 | 3,386 | 3,386 | 3,386 |
| 22,600 | 22,650 | 3,394 | 3,394 | 3,397 | 3,394 |
| 22,650 | 22,700 | 3,401 | 3,401 | 3,411 | 3,401 |
| 22,700 | 22,750 | 3,409 | 3,409 | 3,424 | 3,409 |
| 22,750 | 22,800 | 3,416 | 3,416 | 3,438 | 3,416 |
| 22,800 | 22,850 | 3,424 | 3,424 | 3,452 | 3,424 |
| 22,850 | 22,900 | 3,431 | 3,431 | 3,466 | 3,431 |
| 22,900 | 22,950 | 3,439 | 3,439 | 3,479 | 3,439 |
| 22,950 | 23,000 | 3,446 | 3,446 | 3,493 | 3,446 |

\* This column must also be used by a qualifying widow(er).

(Continued on page 62)

**2001 Tax Table—Continued    Caution.** Dependents, see the worksheet on page 33.

### 23,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 23,000 | 23,050 | 3,454 | 3,454 | 3,507 | 3,454 |
| 23,050 | 23,100 | 3,461 | 3,461 | 3,521 | 3,461 |
| 23,100 | 23,150 | 3,469 | 3,469 | 3,534 | 3,469 |
| 23,150 | 23,200 | 3,476 | 3,476 | 3,548 | 3,476 |
| 23,200 | 23,250 | 3,484 | 3,484 | 3,562 | 3,484 |
| 23,250 | 23,300 | 3,491 | 3,491 | 3,576 | 3,491 |
| 23,300 | 23,350 | 3,499 | 3,499 | 3,589 | 3,499 |
| 23,350 | 23,400 | 3,506 | 3,506 | 3,603 | 3,506 |
| 23,400 | 23,450 | 3,514 | 3,514 | 3,617 | 3,514 |
| 23,450 | 23,500 | 3,521 | 3,521 | 3,631 | 3,521 |
| 23,500 | 23,550 | 3,529 | 3,529 | 3,644 | 3,529 |
| 23,550 | 23,600 | 3,536 | 3,536 | 3,658 | 3,536 |
| 23,600 | 23,650 | 3,544 | 3,544 | 3,672 | 3,544 |
| 23,650 | 23,700 | 3,551 | 3,551 | 3,686 | 3,551 |
| 23,700 | 23,750 | 3,559 | 3,559 | 3,699 | 3,559 |
| 23,750 | 23,800 | 3,566 | 3,566 | 3,713 | 3,566 |
| 23,800 | 23,850 | 3,574 | 3,574 | 3,727 | 3,574 |
| 23,850 | 23,900 | 3,581 | 3,581 | 3,741 | 3,581 |
| 23,900 | 23,950 | 3,589 | 3,589 | 3,754 | 3,589 |
| 23,950 | 24,000 | 3,596 | 3,596 | 3,768 | 3,596 |

### 24,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 24,000 | 24,050 | 3,604 | 3,604 | 3,782 | 3,604 |
| 24,050 | 24,100 | 3,611 | 3,611 | 3,796 | 3,611 |
| 24,100 | 24,150 | 3,619 | 3,619 | 3,809 | 3,619 |
| 24,150 | 24,200 | 3,626 | 3,626 | 3,823 | 3,626 |
| 24,200 | 24,250 | 3,634 | 3,634 | 3,837 | 3,634 |
| 24,250 | 24,300 | 3,641 | 3,641 | 3,851 | 3,641 |
| 24,300 | 24,350 | 3,649 | 3,649 | 3,864 | 3,649 |
| 24,350 | 24,400 | 3,656 | 3,656 | 3,878 | 3,656 |
| 24,400 | 24,450 | 3,664 | 3,664 | 3,892 | 3,664 |
| 24,450 | 24,500 | 3,671 | 3,671 | 3,906 | 3,671 |
| 24,500 | 24,550 | 3,679 | 3,679 | 3,919 | 3,679 |
| 24,550 | 24,600 | 3,686 | 3,686 | 3,933 | 3,686 |
| 24,600 | 24,650 | 3,694 | 3,694 | 3,947 | 3,694 |
| 24,650 | 24,700 | 3,701 | 3,701 | 3,961 | 3,701 |
| 24,700 | 24,750 | 3,709 | 3,709 | 3,974 | 3,709 |
| 24,750 | 24,800 | 3,716 | 3,716 | 3,988 | 3,716 |
| 24,800 | 24,850 | 3,724 | 3,724 | 4,002 | 3,724 |
| 24,850 | 24,900 | 3,731 | 3,731 | 4,016 | 3,731 |
| 24,900 | 24,950 | 3,739 | 3,739 | 4,029 | 3,739 |
| 24,950 | 25,000 | 3,746 | 3,746 | 4,043 | 3,746 |

### 25,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 25,000 | 25,050 | 3,754 | 3,754 | 4,057 | 3,754 |
| 25,050 | 25,100 | 3,761 | 3,761 | 4,071 | 3,761 |
| 25,100 | 25,150 | 3,769 | 3,769 | 4,084 | 3,769 |
| 25,150 | 25,200 | 3,776 | 3,776 | 4,098 | 3,776 |
| 25,200 | 25,250 | 3,784 | 3,784 | 4,112 | 3,784 |
| 25,250 | 25,300 | 3,791 | 3,791 | 4,126 | 3,791 |
| 25,300 | 25,350 | 3,799 | 3,799 | 4,139 | 3,799 |
| 25,350 | 25,400 | 3,806 | 3,806 | 4,153 | 3,806 |
| 25,400 | 25,450 | 3,814 | 3,814 | 4,167 | 3,814 |
| 25,450 | 25,500 | 3,821 | 3,821 | 4,181 | 3,821 |
| 25,500 | 25,550 | 3,829 | 3,829 | 4,194 | 3,829 |
| 25,550 | 25,600 | 3,836 | 3,836 | 4,208 | 3,836 |
| 25,600 | 25,650 | 3,844 | 3,844 | 4,222 | 3,844 |
| 25,650 | 25,700 | 3,851 | 3,851 | 4,236 | 3,851 |
| 25,700 | 25,750 | 3,859 | 3,859 | 4,249 | 3,859 |
| 25,750 | 25,800 | 3,866 | 3,866 | 4,263 | 3,866 |
| 25,800 | 25,850 | 3,874 | 3,874 | 4,277 | 3,874 |
| 25,850 | 25,900 | 3,881 | 3,881 | 4,291 | 3,881 |
| 25,900 | 25,950 | 3,889 | 3,889 | 4,304 | 3,889 |
| 25,950 | 26,000 | 3,896 | 3,896 | 4,318 | 3,896 |

### 26,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 26,000 | 26,050 | 3,904 | 3,904 | 4,332 | 3,904 |
| 26,050 | 26,100 | 3,911 | 3,911 | 4,346 | 3,911 |
| 26,100 | 26,150 | 3,919 | 3,919 | 4,359 | 3,919 |
| 26,150 | 26,200 | 3,926 | 3,926 | 4,373 | 3,926 |
| 26,200 | 26,250 | 3,934 | 3,934 | 4,387 | 3,934 |
| 26,250 | 26,300 | 3,941 | 3,941 | 4,401 | 3,941 |
| 26,300 | 26,350 | 3,949 | 3,949 | 4,414 | 3,949 |
| 26,350 | 26,400 | 3,956 | 3,956 | 4,428 | 3,956 |
| 26,400 | 26,450 | 3,964 | 3,964 | 4,442 | 3,964 |
| 26,450 | 26,500 | 3,971 | 3,971 | 4,456 | 3,971 |
| 26,500 | 26,550 | 3,979 | 3,979 | 4,469 | 3,979 |
| 26,550 | 26,600 | 3,986 | 3,986 | 4,483 | 3,986 |
| 26,600 | 26,650 | 3,994 | 3,994 | 4,497 | 3,994 |
| 26,650 | 26,700 | 4,001 | 4,001 | 4,511 | 4,001 |
| 26,700 | 26,750 | 4,009 | 4,009 | 4,524 | 4,009 |
| 26,750 | 26,800 | 4,016 | 4,016 | 4,538 | 4,016 |
| 26,800 | 26,850 | 4,024 | 4,024 | 4,552 | 4,024 |
| 26,850 | 26,900 | 4,031 | 4,031 | 4,566 | 4,031 |
| 26,900 | 26,950 | 4,039 | 4,039 | 4,579 | 4,039 |
| 26,950 | 27,000 | 4,046 | 4,046 | 4,593 | 4,046 |

### 27,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 27,000 | 27,050 | 4,054 | 4,054 | 4,607 | 4,054 |
| 27,050 | 27,100 | 4,061 | 4,061 | 4,621 | 4,061 |
| 27,100 | 27,150 | 4,069 | 4,069 | 4,634 | 4,069 |
| 27,150 | 27,200 | 4,076 | 4,076 | 4,648 | 4,076 |
| 27,200 | 27,250 | 4,084 | 4,084 | 4,662 | 4,084 |
| 27,250 | 27,300 | 4,091 | 4,091 | 4,676 | 4,091 |
| 27,300 | 27,350 | 4,099 | 4,099 | 4,689 | 4,099 |
| 27,350 | 27,400 | 4,106 | 4,106 | 4,703 | 4,106 |
| 27,400 | 27,450 | 4,114 | 4,114 | 4,717 | 4,114 |
| 27,450 | 27,500 | 4,121 | 4,121 | 4,731 | 4,121 |
| 27,500 | 27,550 | 4,129 | 4,129 | 4,744 | 4,129 |
| 27,550 | 27,600 | 4,136 | 4,136 | 4,758 | 4,136 |
| 27,600 | 27,650 | 4,144 | 4,144 | 4,772 | 4,144 |
| 27,650 | 27,700 | 4,151 | 4,151 | 4,786 | 4,151 |
| 27,700 | 27,750 | 4,159 | 4,159 | 4,799 | 4,159 |
| 27,750 | 27,800 | 4,166 | 4,166 | 4,813 | 4,166 |
| 27,800 | 27,850 | 4,174 | 4,174 | 4,827 | 4,174 |
| 27,850 | 27,900 | 4,181 | 4,181 | 4,841 | 4,181 |
| 27,900 | 27,950 | 4,189 | 4,189 | 4,854 | 4,189 |
| 27,950 | 28,000 | 4,196 | 4,196 | 4,868 | 4,196 |

### 28,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 28,000 | 28,050 | 4,326 | 4,204 | 4,882 | 4,204 |
| 28,050 | 28,100 | 4,339 | 4,211 | 4,896 | 4,211 |
| 28,100 | 28,150 | 4,353 | 4,219 | 4,909 | 4,219 |
| 28,150 | 28,200 | 4,367 | 4,226 | 4,923 | 4,226 |
| 28,200 | 28,250 | 4,381 | 4,234 | 4,937 | 4,234 |
| 28,250 | 28,300 | 4,394 | 4,241 | 4,951 | 4,241 |
| 28,300 | 28,350 | 4,408 | 4,249 | 4,964 | 4,249 |
| 28,350 | 28,400 | 4,422 | 4,256 | 4,978 | 4,256 |
| 28,400 | 28,450 | 4,436 | 4,264 | 4,992 | 4,264 |
| 28,450 | 28,500 | 4,449 | 4,271 | 5,006 | 4,271 |
| 28,500 | 28,550 | 4,463 | 4,279 | 5,019 | 4,279 |
| 28,550 | 28,600 | 4,477 | 4,286 | 5,033 | 4,286 |
| 28,600 | 28,650 | 4,491 | 4,294 | 5,047 | 4,294 |
| 28,650 | 28,700 | 4,504 | 4,301 | 5,061 | 4,301 |
| 28,700 | 28,750 | 4,518 | 4,309 | 5,074 | 4,309 |
| 28,750 | 28,800 | 4,532 | 4,316 | 5,088 | 4,316 |
| 28,800 | 28,850 | 4,546 | 4,324 | 5,102 | 4,324 |
| 28,850 | 28,900 | 4,559 | 4,331 | 5,116 | 4,331 |
| 28,900 | 28,950 | 4,573 | 4,339 | 5,129 | 4,339 |
| 28,950 | 29,000 | 4,587 | 4,346 | 5,143 | 4,346 |

### 29,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 29,000 | 29,050 | 4,601 | 4,354 | 5,157 | 4,354 |
| 29,050 | 29,100 | 4,614 | 4,361 | 5,171 | 4,361 |
| 29,100 | 29,150 | 4,628 | 4,369 | 5,184 | 4,369 |
| 29,150 | 29,200 | 4,642 | 4,376 | 5,198 | 4,376 |
| 29,200 | 29,250 | 4,656 | 4,384 | 5,212 | 4,384 |
| 29,250 | 29,300 | 4,669 | 4,391 | 5,226 | 4,391 |
| 29,300 | 29,350 | 4,683 | 4,399 | 5,239 | 4,399 |
| 29,350 | 29,400 | 4,697 | 4,406 | 5,253 | 4,406 |
| 29,400 | 29,450 | 4,711 | 4,414 | 5,267 | 4,414 |
| 29,450 | 29,500 | 4,724 | 4,421 | 5,281 | 4,421 |
| 29,500 | 29,550 | 4,738 | 4,429 | 5,294 | 4,429 |
| 29,550 | 29,600 | 4,752 | 4,436 | 5,308 | 4,436 |
| 29,600 | 29,650 | 4,766 | 4,444 | 5,322 | 4,444 |
| 29,650 | 29,700 | 4,779 | 4,451 | 5,336 | 4,451 |
| 29,700 | 29,750 | 4,793 | 4,459 | 5,349 | 4,459 |
| 29,750 | 29,800 | 4,807 | 4,466 | 5,363 | 4,466 |
| 29,800 | 29,850 | 4,821 | 4,474 | 5,377 | 4,474 |
| 29,850 | 29,900 | 4,834 | 4,481 | 5,391 | 4,481 |
| 29,900 | 29,950 | 4,848 | 4,489 | 5,404 | 4,489 |
| 29,950 | 30,000 | 4,862 | 4,496 | 5,418 | 4,496 |

### 30,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 30,000 | 30,050 | 4,876 | 4,504 | 5,432 | 4,504 |
| 30,050 | 30,100 | 4,889 | 4,511 | 5,446 | 4,511 |
| 30,100 | 30,150 | 4,903 | 4,519 | 5,459 | 4,519 |
| 30,150 | 30,200 | 4,917 | 4,526 | 5,473 | 4,526 |
| 30,200 | 30,250 | 4,931 | 4,534 | 5,487 | 4,534 |
| 30,250 | 30,300 | 4,944 | 4,541 | 5,501 | 4,541 |
| 30,300 | 30,350 | 4,958 | 4,549 | 5,514 | 4,549 |
| 30,350 | 30,400 | 4,972 | 4,556 | 5,528 | 4,556 |
| 30,400 | 30,450 | 4,986 | 4,564 | 5,542 | 4,564 |
| 30,450 | 30,500 | 4,999 | 4,571 | 5,556 | 4,571 |
| 30,500 | 30,550 | 5,013 | 4,579 | 5,569 | 4,579 |
| 30,550 | 30,600 | 5,027 | 4,586 | 5,583 | 4,586 |
| 30,600 | 30,650 | 5,041 | 4,594 | 5,597 | 4,594 |
| 30,650 | 30,700 | 5,054 | 4,601 | 5,611 | 4,601 |
| 30,700 | 30,750 | 5,068 | 4,609 | 5,624 | 4,609 |
| 30,750 | 30,800 | 5,082 | 4,616 | 5,638 | 4,616 |
| 30,800 | 30,850 | 5,096 | 4,624 | 5,652 | 4,624 |
| 30,850 | 30,900 | 5,109 | 4,631 | 5,666 | 4,631 |
| 30,900 | 30,950 | 5,123 | 4,639 | 5,679 | 4,639 |
| 30,950 | 31,000 | 5,137 | 4,646 | 5,693 | 4,646 |

### 31,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 31,000 | 31,050 | 5,151 | 4,654 | 5,707 | 4,654 |
| 31,050 | 31,100 | 5,164 | 4,661 | 5,721 | 4,661 |
| 31,100 | 31,150 | 5,178 | 4,669 | 5,734 | 4,669 |
| 31,150 | 31,200 | 5,192 | 4,676 | 5,748 | 4,676 |
| 31,200 | 31,250 | 5,206 | 4,684 | 5,762 | 4,684 |
| 31,250 | 31,300 | 5,219 | 4,691 | 5,776 | 4,691 |
| 31,300 | 31,350 | 5,233 | 4,699 | 5,789 | 4,699 |
| 31,350 | 31,400 | 5,247 | 4,706 | 5,803 | 4,706 |
| 31,400 | 31,450 | 5,261 | 4,714 | 5,817 | 4,714 |
| 31,450 | 31,500 | 5,274 | 4,721 | 5,831 | 4,721 |
| 31,500 | 31,550 | 5,288 | 4,729 | 5,844 | 4,729 |
| 31,550 | 31,600 | 5,302 | 4,736 | 5,858 | 4,736 |
| 31,600 | 31,650 | 5,316 | 4,744 | 5,872 | 4,744 |
| 31,650 | 31,700 | 5,329 | 4,751 | 5,886 | 4,751 |
| 31,700 | 31,750 | 5,343 | 4,759 | 5,899 | 4,759 |
| 31,750 | 31,800 | 5,357 | 4,766 | 5,913 | 4,766 |
| 31,800 | 31,850 | 5,371 | 4,774 | 5,927 | 4,774 |
| 31,850 | 31,900 | 5,384 | 4,781 | 5,941 | 4,781 |
| 31,900 | 31,950 | 5,398 | 4,789 | 5,954 | 4,789 |
| 31,950 | 32,000 | 5,412 | 4,796 | 5,968 | 4,796 |

* This column must also be used by a qualifying widow(er).

(Continued on page 63)

**Caution.** Dependents, see the worksheet on page 33.　**2001 Tax Table**—*Continued*

Each panel: If line 39 (taxable income) is — At least / But less than. And you are — Single / Married filing jointly* / Married filing separately / Head of a household. Your tax is—

### 32,000 – 34,000

| At least | But less than | Single | Married filing jointly* | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 32,000 | 32,050 | 5,426 | 4,804 | 5,982 | 4,804 |
| 32,050 | 32,100 | 5,439 | 4,811 | 5,996 | 4,811 |
| 32,100 | 32,150 | 5,453 | 4,819 | 6,009 | 4,819 |
| 32,150 | 32,200 | 5,467 | 4,826 | 6,023 | 4,826 |
| 32,200 | 32,250 | 5,481 | 4,834 | 6,037 | 4,834 |
| 32,250 | 32,300 | 5,494 | 4,841 | 6,051 | 4,841 |
| 32,300 | 32,350 | 5,508 | 4,849 | 6,064 | 4,849 |
| 32,350 | 32,400 | 5,522 | 4,856 | 6,078 | 4,856 |
| 32,400 | 32,450 | 5,536 | 4,864 | 6,092 | 4,864 |
| 32,450 | 32,500 | 5,549 | 4,871 | 6,106 | 4,871 |
| 32,500 | 32,550 | 5,563 | 4,879 | 6,119 | 4,879 |
| 32,550 | 32,600 | 5,577 | 4,886 | 6,133 | 4,886 |
| 32,600 | 32,650 | 5,591 | 4,894 | 6,147 | 4,894 |
| 32,650 | 32,700 | 5,604 | 4,901 | 6,161 | 4,901 |
| 32,700 | 32,750 | 5,618 | 4,909 | 6,174 | 4,909 |
| 32,750 | 32,800 | 5,632 | 4,916 | 6,188 | 4,916 |
| 32,800 | 32,850 | 5,646 | 4,924 | 6,202 | 4,924 |
| 32,850 | 32,900 | 5,659 | 4,931 | 6,216 | 4,931 |
| 32,900 | 32,950 | 5,673 | 4,939 | 6,229 | 4,939 |
| 32,950 | 33,000 | 5,687 | 4,946 | 6,243 | 4,946 |
| 33,000 | 33,050 | 5,701 | 4,954 | 6,257 | 4,954 |
| 33,050 | 33,100 | 5,714 | 4,961 | 6,271 | 4,961 |
| 33,100 | 33,150 | 5,728 | 4,969 | 6,284 | 4,969 |
| 33,150 | 33,200 | 5,742 | 4,976 | 6,298 | 4,976 |
| 33,200 | 33,250 | 5,756 | 4,984 | 6,312 | 4,984 |
| 33,250 | 33,300 | 5,769 | 4,991 | 6,326 | 4,991 |
| 33,300 | 33,350 | 5,783 | 4,999 | 6,339 | 4,999 |
| 33,350 | 33,400 | 5,797 | 5,006 | 6,353 | 5,006 |
| 33,400 | 33,450 | 5,811 | 5,014 | 6,367 | 5,014 |
| 33,450 | 33,500 | 5,824 | 5,021 | 6,381 | 5,021 |
| 33,500 | 33,550 | 5,838 | 5,029 | 6,394 | 5,029 |
| 33,550 | 33,600 | 5,852 | 5,036 | 6,408 | 5,036 |
| 33,600 | 33,650 | 5,866 | 5,044 | 6,422 | 5,044 |
| 33,650 | 33,700 | 5,879 | 5,051 | 6,436 | 5,051 |
| 33,700 | 33,750 | 5,893 | 5,059 | 6,449 | 5,059 |
| 33,750 | 33,800 | 5,907 | 5,066 | 6,463 | 5,066 |
| 33,800 | 33,850 | 5,921 | 5,074 | 6,477 | 5,074 |
| 33,850 | 33,900 | 5,934 | 5,081 | 6,491 | 5,081 |
| 33,900 | 33,950 | 5,948 | 5,089 | 6,504 | 5,089 |
| 33,950 | 34,000 | 5,962 | 5,096 | 6,518 | 5,096 |
| 34,000 | 34,050 | 5,976 | 5,104 | 6,532 | 5,104 |
| 34,050 | 34,100 | 5,989 | 5,111 | 6,546 | 5,111 |
| 34,100 | 34,150 | 6,003 | 5,119 | 6,559 | 5,119 |
| 34,150 | 34,200 | 6,017 | 5,126 | 6,573 | 5,126 |
| 34,200 | 34,250 | 6,031 | 5,134 | 6,587 | 5,134 |
| 34,250 | 34,300 | 6,044 | 5,141 | 6,601 | 5,141 |
| 34,300 | 34,350 | 6,058 | 5,149 | 6,614 | 5,149 |
| 34,350 | 34,400 | 6,072 | 5,156 | 6,628 | 5,156 |
| 34,400 | 34,450 | 6,086 | 5,164 | 6,642 | 5,164 |
| 34,450 | 34,500 | 6,099 | 5,171 | 6,656 | 5,171 |
| 34,500 | 34,550 | 6,113 | 5,179 | 6,669 | 5,179 |
| 34,550 | 34,600 | 6,127 | 5,186 | 6,683 | 5,186 |
| 34,600 | 34,650 | 6,141 | 5,194 | 6,697 | 5,194 |
| 34,650 | 34,700 | 6,154 | 5,201 | 6,711 | 5,201 |
| 34,700 | 34,750 | 6,168 | 5,209 | 6,724 | 5,209 |
| 34,750 | 34,800 | 6,182 | 5,216 | 6,738 | 5,216 |
| 34,800 | 34,850 | 6,196 | 5,224 | 6,752 | 5,224 |
| 34,850 | 34,900 | 6,209 | 5,231 | 6,766 | 5,231 |
| 34,900 | 34,950 | 6,223 | 5,239 | 6,779 | 5,239 |
| 34,950 | 35,000 | 6,237 | 5,246 | 6,793 | 5,246 |

### 35,000 – 37,000

| At least | But less than | Single | Married filing jointly* | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 35,000 | 35,050 | 6,251 | 5,254 | 6,807 | 5,254 |
| 35,050 | 35,100 | 6,264 | 5,261 | 6,821 | 5,261 |
| 35,100 | 35,150 | 6,278 | 5,269 | 6,834 | 5,269 |
| 35,150 | 35,200 | 6,292 | 5,276 | 6,848 | 5,276 |
| 35,200 | 35,250 | 6,306 | 5,284 | 6,862 | 5,284 |
| 35,250 | 35,300 | 6,319 | 5,291 | 6,876 | 5,291 |
| 35,300 | 35,350 | 6,333 | 5,299 | 6,889 | 5,299 |
| 35,350 | 35,400 | 6,347 | 5,306 | 6,903 | 5,306 |
| 35,400 | 35,450 | 6,361 | 5,314 | 6,917 | 5,314 |
| 35,450 | 35,500 | 6,374 | 5,321 | 6,931 | 5,321 |
| 35,500 | 35,550 | 6,388 | 5,329 | 6,944 | 5,329 |
| 35,550 | 35,600 | 6,402 | 5,336 | 6,958 | 5,336 |
| 35,600 | 35,650 | 6,416 | 5,344 | 6,972 | 5,344 |
| 35,650 | 35,700 | 6,429 | 5,351 | 6,986 | 5,351 |
| 35,700 | 35,750 | 6,443 | 5,359 | 6,999 | 5,359 |
| 35,750 | 35,800 | 6,457 | 5,366 | 7,013 | 5,366 |
| 35,800 | 35,850 | 6,471 | 5,374 | 7,027 | 5,374 |
| 35,850 | 35,900 | 6,484 | 5,381 | 7,041 | 5,381 |
| 35,900 | 35,950 | 6,498 | 5,389 | 7,054 | 5,389 |
| 35,950 | 36,000 | 6,512 | 5,396 | 7,068 | 5,396 |
| 36,000 | 36,050 | 6,526 | 5,404 | 7,082 | 5,404 |
| 36,050 | 36,100 | 6,539 | 5,411 | 7,096 | 5,411 |
| 36,100 | 36,150 | 6,553 | 5,419 | 7,109 | 5,419 |
| 36,150 | 36,200 | 6,567 | 5,426 | 7,123 | 5,426 |
| 36,200 | 36,250 | 6,581 | 5,434 | 7,137 | 5,434 |
| 36,250 | 36,300 | 6,594 | 5,441 | 7,151 | 5,441 |
| 36,300 | 36,350 | 6,608 | 5,449 | 7,164 | 5,449 |
| 36,350 | 36,400 | 6,622 | 5,456 | 7,178 | 5,458 |
| 36,400 | 36,450 | 6,636 | 5,464 | 7,192 | 5,486 |
| 36,450 | 36,500 | 6,649 | 5,471 | 7,206 | 5,499 |
| 36,500 | 36,550 | 6,663 | 5,479 | 7,219 | 5,513 |
| 36,550 | 36,600 | 6,677 | 5,486 | 7,233 | 5,527 |
| 36,600 | 36,650 | 6,691 | 5,494 | 7,247 | 5,541 |
| 36,650 | 36,700 | 6,704 | 5,501 | 7,261 | 5,554 |
| 36,700 | 36,750 | 6,718 | 5,509 | 7,274 | 5,568 |
| 36,750 | 36,800 | 6,732 | 5,516 | 7,288 | 5,582 |
| 36,800 | 36,850 | 6,746 | 5,524 | 7,302 | 5,596 |
| 36,850 | 36,900 | 6,759 | 5,531 | 7,316 | 5,609 |
| 36,900 | 36,950 | 6,773 | 5,539 | 7,329 | 5,623 |
| 36,950 | 37,000 | 6,787 | 5,546 | 7,343 | 5,637 |
| 37,000 | 37,050 | 6,801 | 5,554 | 7,357 | 5,651 |
| 37,050 | 37,100 | 6,814 | 5,561 | 7,371 | 5,664 |
| 37,100 | 37,150 | 6,828 | 5,569 | 7,384 | 5,678 |
| 37,150 | 37,200 | 6,842 | 5,576 | 7,398 | 5,692 |
| 37,200 | 37,250 | 6,856 | 5,584 | 7,412 | 5,706 |
| 37,250 | 37,300 | 6,869 | 5,591 | 7,426 | 5,719 |
| 37,300 | 37,350 | 6,883 | 5,599 | 7,439 | 5,733 |
| 37,350 | 37,400 | 6,897 | 5,606 | 7,453 | 5,747 |
| 37,400 | 37,450 | 6,911 | 5,614 | 7,467 | 5,761 |
| 37,450 | 37,500 | 6,924 | 5,621 | 7,481 | 5,774 |
| 37,500 | 37,550 | 6,938 | 5,629 | 7,494 | 5,788 |
| 37,550 | 37,600 | 6,952 | 5,636 | 7,508 | 5,802 |
| 37,600 | 37,650 | 6,966 | 5,644 | 7,522 | 5,816 |
| 37,650 | 37,700 | 6,979 | 5,651 | 7,536 | 5,829 |
| 37,700 | 37,750 | 6,993 | 5,659 | 7,549 | 5,843 |
| 37,750 | 37,800 | 7,007 | 5,666 | 7,563 | 5,857 |
| 37,800 | 37,850 | 7,021 | 5,674 | 7,577 | 5,871 |
| 37,850 | 37,900 | 7,034 | 5,681 | 7,591 | 5,884 |
| 37,900 | 37,950 | 7,048 | 5,689 | 7,604 | 5,898 |
| 37,950 | 38,000 | 7,062 | 5,696 | 7,618 | 5,912 |

### 38,000 – 40,000

| At least | But less than | Single | Married filing jointly* | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 38,000 | 38,050 | 7,076 | 5,704 | 7,632 | 5,926 |
| 38,050 | 38,100 | 7,089 | 5,711 | 7,646 | 5,939 |
| 38,100 | 38,150 | 7,103 | 5,719 | 7,659 | 5,953 |
| 38,150 | 38,200 | 7,117 | 5,726 | 7,673 | 5,967 |
| 38,200 | 38,250 | 7,131 | 5,734 | 7,687 | 5,981 |
| 38,250 | 38,300 | 7,144 | 5,741 | 7,701 | 5,994 |
| 38,300 | 38,350 | 7,158 | 5,749 | 7,714 | 6,008 |
| 38,350 | 38,400 | 7,172 | 5,756 | 7,728 | 6,022 |
| 38,400 | 38,450 | 7,186 | 5,764 | 7,742 | 6,036 |
| 38,450 | 38,500 | 7,199 | 5,771 | 7,756 | 6,049 |
| 38,500 | 38,550 | 7,213 | 5,779 | 7,769 | 6,063 |
| 38,550 | 38,600 | 7,227 | 5,786 | 7,783 | 6,077 |
| 38,600 | 38,650 | 7,241 | 5,794 | 7,797 | 6,091 |
| 38,650 | 38,700 | 7,254 | 5,801 | 7,811 | 6,104 |
| 38,700 | 38,750 | 7,268 | 5,809 | 7,824 | 6,118 |
| 38,750 | 38,800 | 7,282 | 5,816 | 7,838 | 6,132 |
| 38,800 | 38,850 | 7,296 | 5,824 | 7,852 | 6,146 |
| 38,850 | 38,900 | 7,309 | 5,831 | 7,866 | 6,159 |
| 38,900 | 38,950 | 7,323 | 5,839 | 7,879 | 6,173 |
| 38,950 | 39,000 | 7,337 | 5,846 | 7,893 | 6,187 |
| 39,000 | 39,050 | 7,351 | 5,854 | 7,907 | 6,201 |
| 39,050 | 39,100 | 7,364 | 5,861 | 7,921 | 6,214 |
| 39,100 | 39,150 | 7,378 | 5,869 | 7,934 | 6,228 |
| 39,150 | 39,200 | 7,392 | 5,876 | 7,948 | 6,242 |
| 39,200 | 39,250 | 7,406 | 5,884 | 7,962 | 6,256 |
| 39,250 | 39,300 | 7,419 | 5,891 | 7,976 | 6,269 |
| 39,300 | 39,350 | 7,433 | 5,899 | 7,989 | 6,283 |
| 39,350 | 39,400 | 7,447 | 5,906 | 8,003 | 6,297 |
| 39,400 | 39,450 | 7,461 | 5,914 | 8,017 | 6,311 |
| 39,450 | 39,500 | 7,474 | 5,921 | 8,031 | 6,324 |
| 39,500 | 39,550 | 7,488 | 5,929 | 8,044 | 6,338 |
| 39,550 | 39,600 | 7,502 | 5,936 | 8,058 | 6,352 |
| 39,600 | 39,650 | 7,516 | 5,944 | 8,072 | 6,366 |
| 39,650 | 39,700 | 7,529 | 5,951 | 8,086 | 6,379 |
| 39,700 | 39,750 | 7,543 | 5,959 | 8,099 | 6,393 |
| 39,750 | 39,800 | 7,557 | 5,966 | 8,113 | 6,407 |
| 39,800 | 39,850 | 7,571 | 5,974 | 8,127 | 6,421 |
| 39,850 | 39,900 | 7,584 | 5,981 | 8,141 | 6,434 |
| 39,900 | 39,950 | 7,598 | 5,989 | 8,154 | 6,448 |
| 39,950 | 40,000 | 7,612 | 5,996 | 8,168 | 6,462 |
| 40,000 | 40,050 | 7,626 | 6,004 | 8,182 | 6,476 |
| 40,050 | 40,100 | 7,639 | 6,011 | 8,196 | 6,489 |
| 40,100 | 40,150 | 7,653 | 6,019 | 8,209 | 6,503 |
| 40,150 | 40,200 | 7,667 | 6,026 | 8,223 | 6,517 |
| 40,200 | 40,250 | 7,681 | 6,034 | 8,237 | 6,531 |
| 40,250 | 40,300 | 7,694 | 6,041 | 8,251 | 6,544 |
| 40,300 | 40,350 | 7,708 | 6,049 | 8,264 | 6,558 |
| 40,350 | 40,400 | 7,722 | 6,056 | 8,278 | 6,572 |
| 40,400 | 40,450 | 7,736 | 6,064 | 8,292 | 6,586 |
| 40,450 | 40,500 | 7,749 | 6,071 | 8,306 | 6,599 |
| 40,500 | 40,550 | 7,763 | 6,079 | 8,319 | 6,613 |
| 40,550 | 40,600 | 7,777 | 6,086 | 8,333 | 6,627 |
| 40,600 | 40,650 | 7,791 | 6,094 | 8,347 | 6,641 |
| 40,650 | 40,700 | 7,804 | 6,101 | 8,361 | 6,654 |
| 40,700 | 40,750 | 7,818 | 6,109 | 8,374 | 6,668 |
| 40,750 | 40,800 | 7,832 | 6,116 | 8,388 | 6,682 |
| 40,800 | 40,850 | 7,846 | 6,124 | 8,402 | 6,696 |
| 40,850 | 40,900 | 7,859 | 6,131 | 8,416 | 6,709 |
| 40,900 | 40,950 | 7,873 | 6,139 | 8,429 | 6,723 |
| 40,950 | 41,000 | 7,887 | 6,146 | 8,443 | 6,737 |

* This column must also be used by a qualifying widow(er).

(Continued on page 64)

## 2001 Tax Table—Continued    Caution. Dependents, see the worksheet on page 33.

### 41,000 / 42,000 / 43,000

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |
| **41,000** | | | | | |
| 41,000 | 41,050 | 7,901 | 6,154 | 8,457 | 6,751 |
| 41,050 | 41,100 | 7,914 | 6,161 | 8,471 | 6,764 |
| 41,100 | 41,150 | 7,928 | 6,169 | 8,484 | 6,778 |
| 41,150 | 41,200 | 7,942 | 6,176 | 8,498 | 6,792 |
| 41,200 | 41,250 | 7,956 | 6,184 | 8,512 | 6,806 |
| 41,250 | 41,300 | 7,969 | 6,191 | 8,526 | 6,819 |
| 41,300 | 41,350 | 7,983 | 6,199 | 8,539 | 6,833 |
| 41,350 | 41,400 | 7,997 | 6,206 | 8,553 | 6,847 |
| 41,400 | 41,450 | 8,011 | 6,214 | 8,567 | 6,861 |
| 41,450 | 41,500 | 8,024 | 6,221 | 8,581 | 6,874 |
| 41,500 | 41,550 | 8,038 | 6,229 | 8,594 | 6,888 |
| 41,550 | 41,600 | 8,052 | 6,236 | 8,608 | 6,902 |
| 41,600 | 41,650 | 8,066 | 6,244 | 8,622 | 6,916 |
| 41,650 | 41,700 | 8,079 | 6,251 | 8,636 | 6,929 |
| 41,700 | 41,750 | 8,093 | 6,259 | 8,649 | 6,943 |
| 41,750 | 41,800 | 8,107 | 6,266 | 8,663 | 6,957 |
| 41,800 | 41,850 | 8,121 | 6,274 | 8,677 | 6,971 |
| 41,850 | 41,900 | 8,134 | 6,281 | 8,691 | 6,984 |
| 41,900 | 41,950 | 8,148 | 6,289 | 8,704 | 6,998 |
| 41,950 | 42,000 | 8,162 | 6,296 | 8,718 | 7,012 |
| **42,000** | | | | | |
| 42,000 | 42,050 | 8,176 | 6,304 | 8,732 | 7,026 |
| 42,050 | 42,100 | 8,189 | 6,311 | 8,746 | 7,039 |
| 42,100 | 42,150 | 8,203 | 6,319 | 8,759 | 7,053 |
| 42,150 | 42,200 | 8,217 | 6,326 | 8,773 | 7,067 |
| 42,200 | 42,250 | 8,231 | 6,334 | 8,787 | 7,081 |
| 42,250 | 42,300 | 8,244 | 6,341 | 8,801 | 7,094 |
| 42,300 | 42,350 | 8,258 | 6,349 | 8,814 | 7,108 |
| 42,350 | 42,400 | 8,272 | 6,356 | 8,828 | 7,122 |
| 42,400 | 42,450 | 8,286 | 6,364 | 8,842 | 7,136 |
| 42,450 | 42,500 | 8,299 | 6,371 | 8,856 | 7,149 |
| 42,500 | 42,550 | 8,313 | 6,379 | 8,869 | 7,163 |
| 42,550 | 42,600 | 8,327 | 6,386 | 8,883 | 7,177 |
| 42,600 | 42,650 | 8,341 | 6,394 | 8,897 | 7,191 |
| 42,650 | 42,700 | 8,354 | 6,401 | 8,911 | 7,204 |
| 42,700 | 42,750 | 8,368 | 6,409 | 8,924 | 7,218 |
| 42,750 | 42,800 | 8,382 | 6,416 | 8,938 | 7,232 |
| 42,800 | 42,850 | 8,396 | 6,424 | 8,952 | 7,246 |
| 42,850 | 42,900 | 8,409 | 6,431 | 8,966 | 7,259 |
| 42,900 | 42,950 | 8,423 | 6,439 | 8,979 | 7,273 |
| 42,950 | 43,000 | 8,437 | 6,446 | 8,993 | 7,287 |
| **43,000** | | | | | |
| 43,000 | 43,050 | 8,451 | 6,454 | 9,007 | 7,301 |
| 43,050 | 43,100 | 8,464 | 6,461 | 9,021 | 7,314 |
| 43,100 | 43,150 | 8,478 | 6,469 | 9,034 | 7,328 |
| 43,150 | 43,200 | 8,492 | 6,476 | 9,048 | 7,342 |
| 43,200 | 43,250 | 8,506 | 6,484 | 9,062 | 7,356 |
| 43,250 | 43,300 | 8,519 | 6,491 | 9,076 | 7,369 |
| 43,300 | 43,350 | 8,533 | 6,499 | 9,089 | 7,383 |
| 43,350 | 43,400 | 8,547 | 6,506 | 9,103 | 7,397 |
| 43,400 | 43,450 | 8,561 | 6,514 | 9,117 | 7,411 |
| 43,450 | 43,500 | 8,574 | 6,521 | 9,131 | 7,424 |
| 43,500 | 43,550 | 8,588 | 6,529 | 9,144 | 7,438 |
| 43,550 | 43,600 | 8,602 | 6,536 | 9,158 | 7,452 |
| 43,600 | 43,650 | 8,616 | 6,544 | 9,172 | 7,466 |
| 43,650 | 43,700 | 8,629 | 6,551 | 9,186 | 7,479 |
| 43,700 | 43,750 | 8,643 | 6,559 | 9,199 | 7,493 |
| 43,750 | 43,800 | 8,657 | 6,566 | 9,213 | 7,507 |
| 43,800 | 43,850 | 8,671 | 6,574 | 9,227 | 7,521 |
| 43,850 | 43,900 | 8,684 | 6,581 | 9,241 | 7,534 |
| 43,900 | 43,950 | 8,698 | 6,589 | 9,254 | 7,548 |
| 43,950 | 44,000 | 8,712 | 6,596 | 9,268 | 7,562 |

### 44,000 / 45,000 / 46,000

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |
| **44,000** | | | | | |
| 44,000 | 44,050 | 8,726 | 6,604 | 9,282 | 7,576 |
| 44,050 | 44,100 | 8,739 | 6,611 | 9,296 | 7,589 |
| 44,100 | 44,150 | 8,753 | 6,619 | 9,309 | 7,603 |
| 44,150 | 44,200 | 8,767 | 6,626 | 9,323 | 7,617 |
| 44,200 | 44,250 | 8,781 | 6,634 | 9,337 | 7,631 |
| 44,250 | 44,300 | 8,794 | 6,641 | 9,351 | 7,644 |
| 44,300 | 44,350 | 8,808 | 6,649 | 9,364 | 7,658 |
| 44,350 | 44,400 | 8,822 | 6,656 | 9,378 | 7,672 |
| 44,400 | 44,450 | 8,836 | 6,664 | 9,392 | 7,686 |
| 44,450 | 44,500 | 8,849 | 6,671 | 9,406 | 7,699 |
| 44,500 | 44,550 | 8,863 | 6,679 | 9,419 | 7,713 |
| 44,550 | 44,600 | 8,877 | 6,686 | 9,433 | 7,727 |
| 44,600 | 44,650 | 8,891 | 6,694 | 9,447 | 7,741 |
| 44,650 | 44,700 | 8,904 | 6,701 | 9,461 | 7,754 |
| 44,700 | 44,750 | 8,918 | 6,709 | 9,474 | 7,768 |
| 44,750 | 44,800 | 8,932 | 6,716 | 9,488 | 7,782 |
| 44,800 | 44,850 | 8,946 | 6,724 | 9,502 | 7,796 |
| 44,850 | 44,900 | 8,959 | 6,731 | 9,516 | 7,809 |
| 44,900 | 44,950 | 8,973 | 6,739 | 9,529 | 7,823 |
| 44,950 | 45,000 | 8,987 | 6,746 | 9,543 | 7,837 |
| **45,000** | | | | | |
| 45,000 | 45,050 | 9,001 | 6,754 | 9,557 | 7,851 |
| 45,050 | 45,100 | 9,014 | 6,761 | 9,571 | 7,864 |
| 45,100 | 45,150 | 9,028 | 6,769 | 9,584 | 7,878 |
| 45,150 | 45,200 | 9,042 | 6,776 | 9,598 | 7,892 |
| 45,200 | 45,250 | 9,056 | 6,787 | 9,612 | 7,906 |
| 45,250 | 45,300 | 9,069 | 6,801 | 9,626 | 7,919 |
| 45,300 | 45,350 | 9,083 | 6,814 | 9,639 | 7,933 |
| 45,350 | 45,400 | 9,097 | 6,828 | 9,653 | 7,947 |
| 45,400 | 45,450 | 9,111 | 6,842 | 9,667 | 7,961 |
| 45,450 | 45,500 | 9,124 | 6,856 | 9,681 | 7,974 |
| 45,500 | 45,550 | 9,138 | 6,869 | 9,694 | 7,988 |
| 45,550 | 45,600 | 9,152 | 6,883 | 9,708 | 8,002 |
| 45,600 | 45,650 | 9,166 | 6,897 | 9,722 | 8,016 |
| 45,650 | 45,700 | 9,179 | 6,911 | 9,736 | 8,029 |
| 45,700 | 45,750 | 9,193 | 6,924 | 9,749 | 8,043 |
| 45,750 | 45,800 | 9,207 | 6,938 | 9,763 | 8,057 |
| 45,800 | 45,850 | 9,221 | 6,952 | 9,777 | 8,071 |
| 45,850 | 45,900 | 9,234 | 6,966 | 9,791 | 8,084 |
| 45,900 | 45,950 | 9,248 | 6,979 | 9,804 | 8,098 |
| 45,950 | 46,000 | 9,262 | 6,993 | 9,818 | 8,112 |
| **46,000** | | | | | |
| 46,000 | 46,050 | 9,276 | 7,007 | 9,832 | 8,126 |
| 46,050 | 46,100 | 9,289 | 7,021 | 9,846 | 8,139 |
| 46,100 | 46,150 | 9,303 | 7,034 | 9,859 | 8,153 |
| 46,150 | 46,200 | 9,317 | 7,048 | 9,873 | 8,167 |
| 46,200 | 46,250 | 9,331 | 7,062 | 9,887 | 8,181 |
| 46,250 | 46,300 | 9,344 | 7,076 | 9,901 | 8,194 |
| 46,300 | 46,350 | 9,358 | 7,089 | 9,914 | 8,208 |
| 46,350 | 46,400 | 9,372 | 7,103 | 9,928 | 8,222 |
| 46,400 | 46,450 | 9,386 | 7,117 | 9,942 | 8,236 |
| 46,450 | 46,500 | 9,399 | 7,131 | 9,956 | 8,249 |
| 46,500 | 46,550 | 9,413 | 7,144 | 9,969 | 8,263 |
| 46,550 | 46,600 | 9,427 | 7,158 | 9,983 | 8,277 |
| 46,600 | 46,650 | 9,441 | 7,172 | 9,997 | 8,291 |
| 46,650 | 46,700 | 9,454 | 7,186 | 10,011 | 8,304 |
| 46,700 | 46,750 | 9,468 | 7,199 | 10,024 | 8,318 |
| 46,750 | 46,800 | 9,482 | 7,213 | 10,038 | 8,332 |
| 46,800 | 46,850 | 9,496 | 7,227 | 10,052 | 8,346 |
| 46,850 | 46,900 | 9,509 | 7,241 | 10,066 | 8,359 |
| 46,900 | 46,950 | 9,523 | 7,254 | 10,079 | 8,373 |
| 46,950 | 47,000 | 9,537 | 7,268 | 10,093 | 8,387 |

### 47,000 / 48,000 / 49,000

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |
| **47,000** | | | | | |
| 47,000 | 47,050 | 9,551 | 7,282 | 10,107 | 8,401 |
| 47,050 | 47,100 | 9,564 | 7,296 | 10,121 | 8,414 |
| 47,100 | 47,150 | 9,578 | 7,309 | 10,134 | 8,428 |
| 47,150 | 47,200 | 9,592 | 7,323 | 10,148 | 8,442 |
| 47,200 | 47,250 | 9,606 | 7,337 | 10,162 | 8,456 |
| 47,250 | 47,300 | 9,619 | 7,351 | 10,176 | 8,469 |
| 47,300 | 47,350 | 9,633 | 7,364 | 10,189 | 8,483 |
| 47,350 | 47,400 | 9,647 | 7,378 | 10,203 | 8,497 |
| 47,400 | 47,450 | 9,661 | 7,392 | 10,217 | 8,511 |
| 47,450 | 47,500 | 9,674 | 7,406 | 10,231 | 8,524 |
| 47,500 | 47,550 | 9,688 | 7,419 | 10,244 | 8,538 |
| 47,550 | 47,600 | 9,702 | 7,433 | 10,258 | 8,552 |
| 47,600 | 47,650 | 9,716 | 7,447 | 10,272 | 8,566 |
| 47,650 | 47,700 | 9,729 | 7,461 | 10,286 | 8,579 |
| 47,700 | 47,750 | 9,743 | 7,474 | 10,299 | 8,593 |
| 47,750 | 47,800 | 9,757 | 7,488 | 10,313 | 8,607 |
| 47,800 | 47,850 | 9,771 | 7,502 | 10,327 | 8,621 |
| 47,850 | 47,900 | 9,784 | 7,516 | 10,341 | 8,634 |
| 47,900 | 47,950 | 9,798 | 7,529 | 10,354 | 8,648 |
| 47,950 | 48,000 | 9,812 | 7,543 | 10,368 | 8,662 |
| **48,000** | | | | | |
| 48,000 | 48,050 | 9,826 | 7,557 | 10,382 | 8,676 |
| 48,050 | 48,100 | 9,839 | 7,571 | 10,396 | 8,689 |
| 48,100 | 48,150 | 9,853 | 7,584 | 10,409 | 8,703 |
| 48,150 | 48,200 | 9,867 | 7,598 | 10,423 | 8,717 |
| 48,200 | 48,250 | 9,881 | 7,612 | 10,437 | 8,731 |
| 48,250 | 48,300 | 9,894 | 7,626 | 10,451 | 8,744 |
| 48,300 | 48,350 | 9,908 | 7,639 | 10,464 | 8,758 |
| 48,350 | 48,400 | 9,922 | 7,653 | 10,478 | 8,772 |
| 48,400 | 48,450 | 9,936 | 7,667 | 10,492 | 8,786 |
| 48,450 | 48,500 | 9,949 | 7,681 | 10,506 | 8,799 |
| 48,500 | 48,550 | 9,963 | 7,694 | 10,519 | 8,813 |
| 48,550 | 48,600 | 9,977 | 7,708 | 10,533 | 8,827 |
| 48,600 | 48,650 | 9,991 | 7,722 | 10,547 | 8,841 |
| 48,650 | 48,700 | 10,004 | 7,736 | 10,561 | 8,854 |
| 48,700 | 48,750 | 10,018 | 7,749 | 10,574 | 8,868 |
| 48,750 | 48,800 | 10,032 | 7,763 | 10,588 | 8,882 |
| 48,800 | 48,850 | 10,046 | 7,777 | 10,602 | 8,896 |
| 48,850 | 48,900 | 10,059 | 7,791 | 10,616 | 8,909 |
| 48,900 | 48,950 | 10,073 | 7,804 | 10,629 | 8,923 |
| 48,950 | 49,000 | 10,087 | 7,818 | 10,643 | 8,937 |
| **49,000** | | | | | |
| 49,000 | 49,050 | 10,101 | 7,832 | 10,657 | 8,951 |
| 49,050 | 49,100 | 10,114 | 7,846 | 10,671 | 8,964 |
| 49,100 | 49,150 | 10,128 | 7,859 | 10,684 | 8,978 |
| 49,150 | 49,200 | 10,142 | 7,873 | 10,698 | 8,992 |
| 49,200 | 49,250 | 10,156 | 7,887 | 10,712 | 9,006 |
| 49,250 | 49,300 | 10,169 | 7,901 | 10,726 | 9,019 |
| 49,300 | 49,350 | 10,183 | 7,914 | 10,739 | 9,033 |
| 49,350 | 49,400 | 10,197 | 7,928 | 10,753 | 9,047 |
| 49,400 | 49,450 | 10,211 | 7,942 | 10,767 | 9,061 |
| 49,450 | 49,500 | 10,224 | 7,956 | 10,781 | 9,074 |
| 49,500 | 49,550 | 10,238 | 7,969 | 10,794 | 9,088 |
| 49,550 | 49,600 | 10,252 | 7,983 | 10,808 | 9,102 |
| 49,600 | 49,650 | 10,266 | 7,997 | 10,822 | 9,116 |
| 49,650 | 49,700 | 10,279 | 8,011 | 10,836 | 9,129 |
| 49,700 | 49,750 | 10,293 | 8,024 | 10,849 | 9,143 |
| 49,750 | 49,800 | 10,307 | 8,038 | 10,863 | 9,157 |
| 49,800 | 49,850 | 10,321 | 8,052 | 10,877 | 9,171 |
| 49,850 | 49,900 | 10,334 | 8,066 | 10,891 | 9,184 |
| 49,900 | 49,950 | 10,348 | 8,079 | 10,904 | 9,198 |
| 49,950 | 50,000 | 10,362 | 8,093 | 10,918 | 9,212 |

* This column must also be used by a qualifying widow(er).

(Continued on page 65)

**Caution.** Dependents, see the worksheet on page 33.    **2001 Tax Table**—*Continued*

### 50,000 / 53,000 / 56,000

| If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a house-hold | At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a house-hold | At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a house-hold |
| | | Your tax is— | | | | | | Your tax is— | | | | | | Your tax is— | | | |
| **50,000** | | | | | | **53,000** | | | | | | **56,000** | | | | | |
| 50,000 | 50,050 | 10,376 | 8,107 | 10,932 | 9,226 | 53,000 | 53,050 | 11,201 | 8,932 | 11,757 | 10,051 | 56,000 | 56,050 | 12,026 | 9,757 | 12,624 | 10,876 |
| 50,050 | 50,100 | 10,389 | 8,121 | 10,946 | 9,239 | 53,050 | 53,100 | 11,214 | 8,946 | 11,771 | 10,064 | 56,050 | 56,100 | 12,039 | 9,771 | 12,639 | 10,889 |
| 50,100 | 50,150 | 10,403 | 8,134 | 10,959 | 9,253 | 53,100 | 53,150 | 11,228 | 8,959 | 11,784 | 10,078 | 56,100 | 56,150 | 12,053 | 9,784 | 12,654 | 10,903 |
| 50,150 | 50,200 | 10,417 | 8,148 | 10,973 | 9,267 | 53,150 | 53,200 | 11,242 | 8,973 | 11,798 | 10,092 | 56,150 | 56,200 | 12,067 | 9,798 | 12,670 | 10,917 |
| 50,200 | 50,250 | 10,431 | 8,162 | 10,987 | 9,281 | 53,200 | 53,250 | 11,256 | 8,987 | 11,812 | 10,106 | 56,200 | 56,250 | 12,081 | 9,812 | 12,685 | 10,931 |
| 50,250 | 50,300 | 10,444 | 8,176 | 11,001 | 9,294 | 53,250 | 53,300 | 11,269 | 9,001 | 11,826 | 10,119 | 56,250 | 56,300 | 12,094 | 9,826 | 12,700 | 10,944 |
| 50,300 | 50,350 | 10,458 | 8,189 | 11,014 | 9,308 | 53,300 | 53,350 | 11,283 | 9,014 | 11,839 | 10,133 | 56,300 | 56,350 | 12,108 | 9,839 | 12,715 | 10,958 |
| 50,350 | 50,400 | 10,472 | 8,203 | 11,028 | 9,322 | 53,350 | 53,400 | 11,297 | 9,028 | 11,853 | 10,147 | 56,350 | 56,400 | 12,122 | 9,853 | 12,731 | 10,972 |
| 50,400 | 50,450 | 10,486 | 8,217 | 11,042 | 9,336 | 53,400 | 53,450 | 11,311 | 9,042 | 11,867 | 10,161 | 56,400 | 56,450 | 12,136 | 9,867 | 12,746 | 10,986 |
| 50,450 | 50,500 | 10,499 | 8,231 | 11,056 | 9,349 | 53,450 | 53,500 | 11,324 | 9,056 | 11,881 | 10,174 | 56,450 | 56,500 | 12,149 | 9,881 | 12,761 | 10,999 |
| 50,500 | 50,550 | 10,513 | 8,244 | 11,069 | 9,363 | 53,500 | 53,550 | 11,338 | 9,069 | 11,894 | 10,188 | 56,500 | 56,550 | 12,163 | 9,894 | 12,776 | 11,013 |
| 50,550 | 50,600 | 10,527 | 8,258 | 11,083 | 9,377 | 53,550 | 53,600 | 11,352 | 9,083 | 11,908 | 10,202 | 56,550 | 56,600 | 12,177 | 9,908 | 12,792 | 11,027 |
| 50,600 | 50,650 | 10,541 | 8,272 | 11,097 | 9,391 | 53,600 | 53,650 | 11,366 | 9,097 | 11,922 | 10,216 | 56,600 | 56,650 | 12,191 | 9,922 | 12,807 | 11,041 |
| 50,650 | 50,700 | 10,554 | 8,286 | 11,111 | 9,404 | 53,650 | 53,700 | 11,379 | 9,111 | 11,936 | 10,229 | 56,650 | 56,700 | 12,204 | 9,936 | 12,822 | 11,054 |
| 50,700 | 50,750 | 10,568 | 8,299 | 11,124 | 9,418 | 53,700 | 53,750 | 11,393 | 9,124 | 11,949 | 10,243 | 56,700 | 56,750 | 12,218 | 9,949 | 12,837 | 11,068 |
| 50,750 | 50,800 | 10,582 | 8,313 | 11,138 | 9,432 | 53,750 | 53,800 | 11,407 | 9,138 | 11,963 | 10,257 | 56,750 | 56,800 | 12,232 | 9,963 | 12,853 | 11,082 |
| 50,800 | 50,850 | 10,596 | 8,327 | 11,152 | 9,446 | 53,800 | 53,850 | 11,421 | 9,152 | 11,977 | 10,271 | 56,800 | 56,850 | 12,246 | 9,977 | 12,868 | 11,096 |
| 50,850 | 50,900 | 10,609 | 8,341 | 11,166 | 9,459 | 53,850 | 53,900 | 11,434 | 9,166 | 11,991 | 10,284 | 56,850 | 56,900 | 12,259 | 9,991 | 12,883 | 11,109 |
| 50,900 | 50,950 | 10,623 | 8,354 | 11,179 | 9,473 | 53,900 | 53,950 | 11,448 | 9,179 | 12,004 | 10,298 | 56,900 | 56,950 | 12,273 | 10,004 | 12,898 | 11,123 |
| 50,950 | 51,000 | 10,637 | 8,368 | 11,193 | 9,487 | 53,950 | 54,000 | 11,462 | 9,193 | 12,018 | 10,312 | 56,950 | 57,000 | 12,287 | 10,018 | 12,914 | 11,137 |
| **51,000** | | | | | | **54,000** | | | | | | **57,000** | | | | | |
| 51,000 | 51,050 | 10,651 | 8,382 | 11,207 | 9,501 | 54,000 | 54,050 | 11,476 | 9,207 | 12,032 | 10,326 | 57,000 | 57,050 | 12,301 | 10,032 | 12,929 | 11,151 |
| 51,050 | 51,100 | 10,664 | 8,396 | 11,221 | 9,514 | 54,050 | 54,100 | 11,489 | 9,221 | 12,046 | 10,339 | 57,050 | 57,100 | 12,314 | 10,046 | 12,944 | 11,164 |
| 51,100 | 51,150 | 10,678 | 8,409 | 11,234 | 9,528 | 54,100 | 54,150 | 11,503 | 9,234 | 12,059 | 10,353 | 57,100 | 57,150 | 12,328 | 10,059 | 12,959 | 11,178 |
| 51,150 | 51,200 | 10,692 | 8,423 | 11,248 | 9,542 | 54,150 | 54,200 | 11,517 | 9,248 | 12,073 | 10,367 | 57,150 | 57,200 | 12,342 | 10,073 | 12,975 | 11,192 |
| 51,200 | 51,250 | 10,706 | 8,437 | 11,262 | 9,556 | 54,200 | 54,250 | 11,531 | 9,262 | 12,087 | 10,381 | 57,200 | 57,250 | 12,356 | 10,087 | 12,990 | 11,206 |
| 51,250 | 51,300 | 10,719 | 8,451 | 11,276 | 9,569 | 54,250 | 54,300 | 11,544 | 9,276 | 12,101 | 10,394 | 57,250 | 57,300 | 12,369 | 10,101 | 13,005 | 11,219 |
| 51,300 | 51,350 | 10,733 | 8,464 | 11,289 | 9,583 | 54,300 | 54,350 | 11,558 | 9,289 | 12,114 | 10,408 | 57,300 | 57,350 | 12,383 | 10,114 | 13,020 | 11,233 |
| 51,350 | 51,400 | 10,747 | 8,478 | 11,303 | 9,597 | 54,350 | 54,400 | 11,572 | 9,303 | 12,128 | 10,422 | 57,350 | 57,400 | 12,397 | 10,128 | 13,036 | 11,247 |
| 51,400 | 51,450 | 10,761 | 8,492 | 11,317 | 9,611 | 54,400 | 54,450 | 11,586 | 9,317 | 12,142 | 10,436 | 57,400 | 57,450 | 12,411 | 10,142 | 13,051 | 11,261 |
| 51,450 | 51,500 | 10,774 | 8,506 | 11,331 | 9,624 | 54,450 | 54,500 | 11,599 | 9,331 | 12,156 | 10,449 | 57,450 | 57,500 | 12,424 | 10,156 | 13,066 | 11,274 |
| 51,500 | 51,550 | 10,788 | 8,519 | 11,344 | 9,638 | 54,500 | 54,550 | 11,613 | 9,344 | 12,169 | 10,463 | 57,500 | 57,550 | 12,438 | 10,169 | 13,081 | 11,288 |
| 51,550 | 51,600 | 10,802 | 8,533 | 11,358 | 9,652 | 54,550 | 54,600 | 11,627 | 9,358 | 12,183 | 10,477 | 57,550 | 57,600 | 12,452 | 10,183 | 13,097 | 11,302 |
| 51,600 | 51,650 | 10,816 | 8,547 | 11,372 | 9,666 | 54,600 | 54,650 | 11,641 | 9,372 | 12,197 | 10,491 | 57,600 | 57,650 | 12,466 | 10,197 | 13,112 | 11,316 |
| 51,650 | 51,700 | 10,829 | 8,561 | 11,386 | 9,679 | 54,650 | 54,700 | 11,654 | 9,386 | 12,212 | 10,504 | 57,650 | 57,700 | 12,479 | 10,211 | 13,127 | 11,329 |
| 51,700 | 51,750 | 10,843 | 8,574 | 11,399 | 9,693 | 54,700 | 54,750 | 11,668 | 9,399 | 12,227 | 10,518 | 57,700 | 57,750 | 12,493 | 10,224 | 13,142 | 11,343 |
| 51,750 | 51,800 | 10,857 | 8,588 | 11,413 | 9,707 | 54,750 | 54,800 | 11,682 | 9,413 | 12,243 | 10,532 | 57,750 | 57,800 | 12,507 | 10,238 | 13,158 | 11,357 |
| 51,800 | 51,850 | 10,871 | 8,602 | 11,427 | 9,721 | 54,800 | 54,850 | 11,696 | 9,427 | 12,258 | 10,546 | 57,800 | 57,850 | 12,521 | 10,252 | 13,173 | 11,371 |
| 51,850 | 51,900 | 10,884 | 8,616 | 11,441 | 9,734 | 54,850 | 54,900 | 11,709 | 9,441 | 12,273 | 10,559 | 57,850 | 57,900 | 12,534 | 10,266 | 13,188 | 11,384 |
| 51,900 | 51,950 | 10,898 | 8,629 | 11,454 | 9,748 | 54,900 | 54,950 | 11,723 | 9,454 | 12,288 | 10,573 | 57,900 | 57,950 | 12,548 | 10,279 | 13,203 | 11,398 |
| 51,950 | 52,000 | 10,912 | 8,643 | 11,468 | 9,762 | 54,950 | 55,000 | 11,737 | 9,468 | 12,304 | 10,587 | 57,950 | 58,000 | 12,562 | 10,293 | 13,219 | 11,412 |
| **52,000** | | | | | | **55,000** | | | | | | **58,000** | | | | | |
| 52,000 | 52,050 | 10,926 | 8,657 | 11,482 | 9,776 | 55,000 | 55,050 | 11,751 | 9,482 | 12,319 | 10,601 | 58,000 | 58,050 | 12,576 | 10,307 | 13,234 | 11,426 |
| 52,050 | 52,100 | 10,939 | 8,671 | 11,496 | 9,789 | 55,050 | 55,100 | 11,764 | 9,496 | 12,334 | 10,614 | 58,050 | 58,100 | 12,589 | 10,321 | 13,249 | 11,439 |
| 52,100 | 52,150 | 10,953 | 8,684 | 11,509 | 9,803 | 55,100 | 55,150 | 11,778 | 9,509 | 12,349 | 10,628 | 58,100 | 58,150 | 12,603 | 10,334 | 13,264 | 11,453 |
| 52,150 | 52,200 | 10,967 | 8,698 | 11,523 | 9,817 | 55,150 | 55,200 | 11,792 | 9,523 | 12,365 | 10,642 | 58,150 | 58,200 | 12,617 | 10,348 | 13,280 | 11,467 |
| 52,200 | 52,250 | 10,981 | 8,712 | 11,537 | 9,831 | 55,200 | 55,250 | 11,806 | 9,537 | 12,380 | 10,656 | 58,200 | 58,250 | 12,631 | 10,362 | 13,295 | 11,481 |
| 52,250 | 52,300 | 10,994 | 8,726 | 11,551 | 9,844 | 55,250 | 55,300 | 11,819 | 9,551 | 12,395 | 10,669 | 58,250 | 58,300 | 12,644 | 10,376 | 13,310 | 11,494 |
| 52,300 | 52,350 | 11,008 | 8,739 | 11,564 | 9,858 | 55,300 | 55,350 | 11,833 | 9,564 | 12,410 | 10,683 | 58,300 | 58,350 | 12,658 | 10,389 | 13,325 | 11,508 |
| 52,350 | 52,400 | 11,022 | 8,753 | 11,578 | 9,872 | 55,350 | 55,400 | 11,847 | 9,578 | 12,426 | 10,697 | 58,350 | 58,400 | 12,672 | 10,403 | 13,341 | 11,522 |
| 52,400 | 52,450 | 11,036 | 8,767 | 11,592 | 9,886 | 55,400 | 55,450 | 11,861 | 9,592 | 12,441 | 10,711 | 58,400 | 58,450 | 12,686 | 10,417 | 13,356 | 11,536 |
| 52,450 | 52,500 | 11,049 | 8,781 | 11,606 | 9,899 | 55,450 | 55,500 | 11,874 | 9,606 | 12,456 | 10,724 | 58,450 | 58,500 | 12,699 | 10,431 | 13,371 | 11,549 |
| 52,500 | 52,550 | 11,063 | 8,794 | 11,619 | 9,913 | 55,500 | 55,550 | 11,888 | 9,619 | 12,471 | 10,738 | 58,500 | 58,550 | 12,713 | 10,444 | 13,386 | 11,563 |
| 52,550 | 52,600 | 11,077 | 8,808 | 11,633 | 9,927 | 55,550 | 55,600 | 11,902 | 9,633 | 12,487 | 10,752 | 58,550 | 58,600 | 12,727 | 10,458 | 13,402 | 11,577 |
| 52,600 | 52,650 | 11,091 | 8,822 | 11,647 | 9,941 | 55,600 | 55,650 | 11,916 | 9,647 | 12,502 | 10,766 | 58,600 | 58,650 | 12,741 | 10,472 | 13,417 | 11,591 |
| 52,650 | 52,700 | 11,104 | 8,836 | 11,661 | 9,954 | 55,650 | 55,700 | 11,929 | 9,661 | 12,517 | 10,779 | 58,650 | 58,700 | 12,754 | 10,486 | 13,432 | 11,604 |
| 52,700 | 52,750 | 11,118 | 8,849 | 11,674 | 9,968 | 55,700 | 55,750 | 11,943 | 9,674 | 12,532 | 10,793 | 58,700 | 58,750 | 12,768 | 10,499 | 13,447 | 11,618 |
| 52,750 | 52,800 | 11,132 | 8,863 | 11,688 | 9,982 | 55,750 | 55,800 | 11,957 | 9,688 | 12,548 | 10,807 | 58,750 | 58,800 | 12,782 | 10,513 | 13,463 | 11,632 |
| 52,800 | 52,850 | 11,146 | 8,877 | 11,702 | 9,996 | 55,800 | 55,850 | 11,971 | 9,702 | 12,563 | 10,821 | 58,800 | 58,850 | 12,796 | 10,527 | 13,478 | 11,646 |
| 52,850 | 52,900 | 11,159 | 8,891 | 11,716 | 10,009 | 55,850 | 55,900 | 11,984 | 9,716 | 12,578 | 10,834 | 58,850 | 58,900 | 12,809 | 10,541 | 13,493 | 11,659 |
| 52,900 | 52,950 | 11,173 | 8,904 | 11,729 | 10,023 | 55,900 | 55,950 | 11,998 | 9,729 | 12,593 | 10,848 | 58,900 | 58,950 | 12,823 | 10,554 | 13,508 | 11,673 |
| 52,950 | 53,000 | 11,187 | 8,918 | 11,743 | 10,037 | 55,950 | 56,000 | 12,012 | 9,743 | 12,609 | 10,862 | 58,950 | 59,000 | 12,837 | 10,568 | 13,524 | 11,687 |

\* This column must also be used by a qualifying widow(er).

(Continued on page 66)

**2001 Tax Table—Continued**     **Caution.** Dependents, see the worksheet on page 33.

| If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household | At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household | At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | | | | Your tax is— | | | | | | Your tax is— | | | |
| **59,000** | | | | | | **62,000** | | | | | | **65,000** | | | | | |
| 59,000 | 59,050 | 12,851 | 10,582 | 13,539 | 11,701 | 62,000 | 62,050 | 13,676 | 11,407 | 14,454 | 12,526 | 65,000 | 65,050 | 14,501 | 12,232 | 15,369 | 13,351 |
| 59,050 | 59,100 | 12,864 | 10,596 | 13,554 | 11,714 | 62,050 | 62,100 | 13,689 | 11,421 | 14,469 | 12,539 | 65,050 | 65,100 | 14,514 | 12,246 | 15,384 | 13,364 |
| 59,100 | 59,150 | 12,878 | 10,609 | 13,569 | 11,728 | 62,100 | 62,150 | 13,703 | 11,434 | 14,484 | 12,553 | 65,100 | 65,150 | 14,528 | 12,259 | 15,399 | 13,378 |
| 59,150 | 59,200 | 12,892 | 10,623 | 13,585 | 11,742 | 62,150 | 62,200 | 13,717 | 11,448 | 14,500 | 12,567 | 65,150 | 65,200 | 14,542 | 12,273 | 15,415 | 13,392 |
| 59,200 | 59,250 | 12,906 | 10,637 | 13,600 | 11,756 | 62,200 | 62,250 | 13,731 | 11,462 | 14,515 | 12,581 | 65,200 | 65,250 | 14,556 | 12,287 | 15,430 | 13,406 |
| 59,250 | 59,300 | 12,919 | 10,651 | 13,615 | 11,769 | 62,250 | 62,300 | 13,744 | 11,476 | 14,530 | 12,594 | 65,250 | 65,300 | 14,569 | 12,301 | 15,445 | 13,419 |
| 59,300 | 59,350 | 12,933 | 10,664 | 13,630 | 11,783 | 62,300 | 62,350 | 13,758 | 11,489 | 14,545 | 12,608 | 65,300 | 65,350 | 14,583 | 12,314 | 15,460 | 13,433 |
| 59,350 | 59,400 | 12,947 | 10,678 | 13,646 | 11,797 | 62,350 | 62,400 | 13,772 | 11,503 | 14,561 | 12,622 | 65,350 | 65,400 | 14,597 | 12,328 | 15,476 | 13,447 |
| 59,400 | 59,450 | 12,961 | 10,692 | 13,661 | 11,811 | 62,400 | 62,450 | 13,786 | 11,517 | 14,576 | 12,636 | 65,400 | 65,450 | 14,611 | 12,342 | 15,491 | 13,461 |
| 59,450 | 59,500 | 12,974 | 10,706 | 13,676 | 11,824 | 62,450 | 62,500 | 13,799 | 11,531 | 14,591 | 12,649 | 65,450 | 65,500 | 14,624 | 12,356 | 15,506 | 13,474 |
| 59,500 | 59,550 | 12,988 | 10,719 | 13,691 | 11,838 | 62,500 | 62,550 | 13,813 | 11,544 | 14,606 | 12,663 | 65,500 | 65,550 | 14,638 | 12,369 | 15,521 | 13,488 |
| 59,550 | 59,600 | 13,002 | 10,733 | 13,707 | 11,852 | 62,550 | 62,600 | 13,827 | 11,558 | 14,622 | 12,677 | 65,550 | 65,600 | 14,653 | 12,383 | 15,537 | 13,502 |
| 59,600 | 59,650 | 13,016 | 10,747 | 13,722 | 11,866 | 62,600 | 62,650 | 13,841 | 11,572 | 14,637 | 12,691 | 65,600 | 65,650 | 14,668 | 12,397 | 15,552 | 13,516 |
| 59,650 | 59,700 | 13,029 | 10,761 | 13,737 | 11,879 | 62,650 | 62,700 | 13,854 | 11,586 | 14,652 | 12,704 | 65,650 | 65,700 | 14,683 | 12,411 | 15,567 | 13,529 |
| 59,700 | 59,750 | 13,043 | 10,774 | 13,752 | 11,893 | 62,700 | 62,750 | 13,868 | 11,599 | 14,667 | 12,718 | 65,700 | 65,750 | 14,698 | 12,424 | 15,582 | 13,543 |
| 59,750 | 59,800 | 13,057 | 10,788 | 13,768 | 11,907 | 62,750 | 62,800 | 13,882 | 11,613 | 14,683 | 12,732 | 65,750 | 65,800 | 14,714 | 12,438 | 15,598 | 13,557 |
| 59,800 | 59,850 | 13,071 | 10,802 | 13,783 | 11,921 | 62,800 | 62,850 | 13,896 | 11,627 | 14,698 | 12,746 | 65,800 | 65,850 | 14,729 | 12,452 | 15,613 | 13,571 |
| 59,850 | 59,900 | 13,084 | 10,816 | 13,798 | 11,934 | 62,850 | 62,900 | 13,909 | 11,641 | 14,713 | 12,759 | 65,850 | 65,900 | 14,744 | 12,466 | 15,628 | 13,584 |
| 59,900 | 59,950 | 13,098 | 10,829 | 13,813 | 11,948 | 62,900 | 62,950 | 13,923 | 11,654 | 14,728 | 12,773 | 65,900 | 65,950 | 14,759 | 12,479 | 15,643 | 13,598 |
| 59,950 | 60,000 | 13,112 | 10,843 | 13,829 | 11,962 | 62,950 | 63,000 | 13,937 | 11,668 | 14,744 | 12,787 | 65,950 | 66,000 | 14,775 | 12,493 | 15,659 | 13,612 |
| **60,000** | | | | | | **63,000** | | | | | | **66,000** | | | | | |
| 60,000 | 60,050 | 13,126 | 10,857 | 13,844 | 11,976 | 63,000 | 63,050 | 13,951 | 11,682 | 14,759 | 12,801 | 66,000 | 66,050 | 14,790 | 12,507 | 15,674 | 13,626 |
| 60,050 | 60,100 | 13,139 | 10,871 | 13,859 | 11,989 | 63,050 | 63,100 | 13,964 | 11,696 | 14,774 | 12,814 | 66,050 | 66,100 | 14,805 | 12,521 | 15,689 | 13,639 |
| 60,100 | 60,150 | 13,153 | 10,884 | 13,874 | 12,003 | 63,100 | 63,150 | 13,978 | 11,709 | 14,789 | 12,828 | 66,100 | 66,150 | 14,820 | 12,534 | 15,704 | 13,653 |
| 60,150 | 60,200 | 13,167 | 10,898 | 13,890 | 12,017 | 63,150 | 63,200 | 13,992 | 11,723 | 14,805 | 12,842 | 66,150 | 66,200 | 14,836 | 12,548 | 15,720 | 13,667 |
| 60,200 | 60,250 | 13,181 | 10,912 | 13,905 | 12,031 | 63,200 | 63,250 | 14,006 | 11,737 | 14,820 | 12,856 | 66,200 | 66,250 | 14,851 | 12,562 | 15,735 | 13,681 |
| 60,250 | 60,300 | 13,194 | 10,926 | 13,920 | 12,044 | 63,250 | 63,300 | 14,019 | 11,751 | 14,835 | 12,869 | 66,250 | 66,300 | 14,866 | 12,576 | 15,750 | 13,694 |
| 60,300 | 60,350 | 13,208 | 10,939 | 13,935 | 12,058 | 63,300 | 63,350 | 14,033 | 11,764 | 14,850 | 12,883 | 66,300 | 66,350 | 14,881 | 12,589 | 15,765 | 13,708 |
| 60,350 | 60,400 | 13,222 | 10,953 | 13,951 | 12,072 | 63,350 | 63,400 | 14,047 | 11,778 | 14,866 | 12,897 | 66,350 | 66,400 | 14,897 | 12,603 | 15,781 | 13,722 |
| 60,400 | 60,450 | 13,236 | 10,967 | 13,966 | 12,086 | 63,400 | 63,450 | 14,061 | 11,792 | 14,881 | 12,911 | 66,400 | 66,450 | 14,912 | 12,617 | 15,796 | 13,736 |
| 60,450 | 60,500 | 13,249 | 10,981 | 13,981 | 12,099 | 63,450 | 63,500 | 14,074 | 11,806 | 14,896 | 12,924 | 66,450 | 66,500 | 14,927 | 12,631 | 15,811 | 13,749 |
| 60,500 | 60,550 | 13,263 | 10,994 | 13,996 | 12,113 | 63,500 | 63,550 | 14,088 | 11,819 | 14,911 | 12,938 | 66,500 | 66,550 | 14,942 | 12,644 | 15,826 | 13,763 |
| 60,550 | 60,600 | 13,277 | 11,008 | 14,012 | 12,127 | 63,550 | 63,600 | 14,102 | 11,833 | 14,927 | 12,952 | 66,550 | 66,600 | 14,958 | 12,658 | 15,842 | 13,777 |
| 60,600 | 60,650 | 13,291 | 11,022 | 14,027 | 12,141 | 63,600 | 63,650 | 14,116 | 11,847 | 14,942 | 12,966 | 66,600 | 66,650 | 14,973 | 12,672 | 15,857 | 13,791 |
| 60,650 | 60,700 | 13,304 | 11,036 | 14,042 | 12,154 | 63,650 | 63,700 | 14,129 | 11,861 | 14,957 | 12,979 | 66,650 | 66,700 | 14,988 | 12,686 | 15,872 | 13,804 |
| 60,700 | 60,750 | 13,318 | 11,049 | 14,057 | 12,168 | 63,700 | 63,750 | 14,143 | 11,874 | 14,972 | 12,993 | 66,700 | 66,750 | 15,003 | 12,699 | 15,887 | 13,818 |
| 60,750 | 60,800 | 13,332 | 11,063 | 14,073 | 12,182 | 63,750 | 63,800 | 14,157 | 11,888 | 14,988 | 13,007 | 66,750 | 66,800 | 15,019 | 12,713 | 15,903 | 13,832 |
| 60,800 | 60,850 | 13,346 | 11,077 | 14,088 | 12,196 | 63,800 | 63,850 | 14,171 | 11,902 | 15,003 | 13,021 | 66,800 | 66,850 | 15,034 | 12,727 | 15,918 | 13,846 |
| 60,850 | 60,900 | 13,359 | 11,091 | 14,103 | 12,209 | 63,850 | 63,900 | 14,184 | 11,916 | 15,018 | 13,034 | 66,850 | 66,900 | 15,049 | 12,741 | 15,933 | 13,859 |
| 60,900 | 60,950 | 13,373 | 11,104 | 14,118 | 12,223 | 63,900 | 63,950 | 14,198 | 11,929 | 15,033 | 13,048 | 66,900 | 66,950 | 15,064 | 12,754 | 15,948 | 13,873 |
| 60,950 | 61,000 | 13,387 | 11,118 | 14,134 | 12,237 | 63,950 | 64,000 | 14,212 | 11,943 | 15,049 | 13,062 | 66,950 | 67,000 | 15,080 | 12,768 | 15,964 | 13,887 |
| **61,000** | | | | | | **64,000** | | | | | | **67,000** | | | | | |
| 61,000 | 61,050 | 13,401 | 11,132 | 14,149 | 12,251 | 64,000 | 64,050 | 14,226 | 11,957 | 15,064 | 13,076 | 67,000 | 67,050 | 15,095 | 12,782 | 15,979 | 13,901 |
| 61,050 | 61,100 | 13,414 | 11,146 | 14,164 | 12,264 | 64,050 | 64,100 | 14,239 | 11,971 | 15,079 | 13,089 | 67,050 | 67,100 | 15,110 | 12,796 | 15,994 | 13,914 |
| 61,100 | 61,150 | 13,428 | 11,159 | 14,179 | 12,278 | 64,100 | 64,150 | 14,253 | 11,984 | 15,094 | 13,103 | 67,100 | 67,150 | 15,125 | 12,809 | 16,009 | 13,928 |
| 61,150 | 61,200 | 13,442 | 11,173 | 14,195 | 12,292 | 64,150 | 64,200 | 14,267 | 11,998 | 15,110 | 13,117 | 67,150 | 67,200 | 15,141 | 12,823 | 16,025 | 13,942 |
| 61,200 | 61,250 | 13,456 | 11,187 | 14,210 | 12,306 | 64,200 | 64,250 | 14,281 | 12,012 | 15,125 | 13,131 | 67,200 | 67,250 | 15,156 | 12,837 | 16,040 | 13,956 |
| 61,250 | 61,300 | 13,469 | 11,201 | 14,225 | 12,319 | 64,250 | 64,300 | 14,294 | 12,026 | 15,140 | 13,144 | 67,250 | 67,300 | 15,171 | 12,851 | 16,055 | 13,969 |
| 61,300 | 61,350 | 13,483 | 11,214 | 14,240 | 12,333 | 64,300 | 64,350 | 14,308 | 12,039 | 15,155 | 13,158 | 67,300 | 67,350 | 15,186 | 12,864 | 16,070 | 13,983 |
| 61,350 | 61,400 | 13,497 | 11,228 | 14,256 | 12,347 | 64,350 | 64,400 | 14,322 | 12,053 | 15,171 | 13,172 | 67,350 | 67,400 | 15,202 | 12,878 | 16,086 | 13,997 |
| 61,400 | 61,450 | 13,511 | 11,242 | 14,271 | 12,361 | 64,400 | 64,450 | 14,336 | 12,067 | 15,186 | 13,186 | 67,400 | 67,450 | 15,217 | 12,892 | 16,101 | 14,011 |
| 61,450 | 61,500 | 13,524 | 11,256 | 14,286 | 12,374 | 64,450 | 64,500 | 14,349 | 12,081 | 15,201 | 13,199 | 67,450 | 67,500 | 15,232 | 12,906 | 16,116 | 14,024 |
| 61,500 | 61,550 | 13,538 | 11,269 | 14,301 | 12,388 | 64,500 | 64,550 | 14,363 | 12,094 | 15,216 | 13,213 | 67,500 | 67,550 | 15,247 | 12,919 | 16,131 | 14,038 |
| 61,550 | 61,600 | 13,552 | 11,283 | 14,317 | 12,402 | 64,550 | 64,600 | 14,377 | 12,108 | 15,232 | 13,227 | 67,550 | 67,600 | 15,263 | 12,933 | 16,147 | 14,052 |
| 61,600 | 61,650 | 13,566 | 11,297 | 14,332 | 12,416 | 64,600 | 64,650 | 14,391 | 12,122 | 15,247 | 13,241 | 67,600 | 67,650 | 15,278 | 12,947 | 16,162 | 14,066 |
| 61,650 | 61,700 | 13,579 | 11,311 | 14,347 | 12,429 | 64,650 | 64,700 | 14,404 | 12,136 | 15,262 | 13,254 | 67,650 | 67,700 | 15,293 | 12,961 | 16,177 | 14,079 |
| 61,700 | 61,750 | 13,593 | 11,324 | 14,362 | 12,443 | 64,700 | 64,750 | 14,418 | 12,149 | 15,277 | 13,268 | 67,700 | 67,750 | 15,308 | 12,974 | 16,192 | 14,093 |
| 61,750 | 61,800 | 13,607 | 11,338 | 14,378 | 12,457 | 64,750 | 64,800 | 14,432 | 12,163 | 15,293 | 13,282 | 67,750 | 67,800 | 15,324 | 12,988 | 16,208 | 14,107 |
| 61,800 | 61,850 | 13,621 | 11,352 | 14,393 | 12,471 | 64,800 | 64,850 | 14,446 | 12,177 | 15,308 | 13,296 | 67,800 | 67,850 | 15,339 | 13,002 | 16,223 | 14,121 |
| 61,850 | 61,900 | 13,634 | 11,366 | 14,408 | 12,484 | 64,850 | 64,900 | 14,459 | 12,191 | 15,323 | 13,309 | 67,850 | 67,900 | 15,354 | 13,016 | 16,238 | 14,134 |
| 61,900 | 61,950 | 13,648 | 11,379 | 14,423 | 12,498 | 64,900 | 64,950 | 14,473 | 12,204 | 15,338 | 13,323 | 67,900 | 67,950 | 15,369 | 13,029 | 16,253 | 14,148 |
| 61,950 | 62,000 | 13,662 | 11,393 | 14,439 | 12,512 | 64,950 | 65,000 | 14,487 | 12,218 | 15,354 | 13,337 | 67,950 | 68,000 | 15,385 | 13,043 | 16,269 | 14,162 |

* This column must also be used by a qualifying widow(er).

(Continued on page 67)

**Caution.** Dependents, see the worksheet on page 33.   **2001 Tax Table**—*Continued*

### 68,000 / 69,000 / 70,000

| If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |

**68,000**

| At least | But less than | Single | Married jointly | Married sep. | Head |
|---|---|---|---|---|---|
| 68,000 | 68,050 | 15,400 | 13,057 | 16,284 | 14,176 |
| 68,050 | 68,100 | 15,415 | 13,071 | 16,299 | 14,189 |
| 68,100 | 68,150 | 15,430 | 13,084 | 16,314 | 14,203 |
| 68,150 | 68,200 | 15,446 | 13,098 | 16,330 | 14,217 |
| 68,200 | 68,250 | 15,461 | 13,112 | 16,345 | 14,231 |
| 68,250 | 68,300 | 15,476 | 13,126 | 16,360 | 14,244 |
| 68,300 | 68,350 | 15,491 | 13,139 | 16,375 | 14,258 |
| 68,350 | 68,400 | 15,507 | 13,153 | 16,391 | 14,272 |
| 68,400 | 68,450 | 15,522 | 13,167 | 16,406 | 14,286 |
| 68,450 | 68,500 | 15,537 | 13,181 | 16,421 | 14,299 |
| 68,500 | 68,550 | 15,552 | 13,194 | 16,436 | 14,313 |
| 68,550 | 68,600 | 15,568 | 13,208 | 16,452 | 14,327 |
| 68,600 | 68,650 | 15,583 | 13,222 | 16,467 | 14,341 |
| 68,650 | 68,700 | 15,598 | 13,236 | 16,482 | 14,354 |
| 68,700 | 68,750 | 15,613 | 13,249 | 16,497 | 14,368 |
| 68,750 | 68,800 | 15,629 | 13,263 | 16,513 | 14,382 |
| 68,800 | 68,850 | 15,644 | 13,277 | 16,528 | 14,396 |
| 68,850 | 68,900 | 15,659 | 13,291 | 16,543 | 14,409 |
| 68,900 | 68,950 | 15,674 | 13,304 | 16,558 | 14,423 |
| 68,950 | 69,000 | 15,690 | 13,318 | 16,574 | 14,437 |

**69,000**

| At least | But less than | Single | Married jointly | Married sep. | Head |
|---|---|---|---|---|---|
| 69,000 | 69,050 | 15,705 | 13,332 | 16,589 | 14,451 |
| 69,050 | 69,100 | 15,720 | 13,346 | 16,604 | 14,464 |
| 69,100 | 69,150 | 15,735 | 13,359 | 16,619 | 14,478 |
| 69,150 | 69,200 | 15,751 | 13,373 | 16,635 | 14,492 |
| 69,200 | 69,250 | 15,766 | 13,387 | 16,650 | 14,506 |
| 69,250 | 69,300 | 15,781 | 13,401 | 16,665 | 14,519 |
| 69,300 | 69,350 | 15,796 | 13,414 | 16,680 | 14,533 |
| 69,350 | 69,400 | 15,812 | 13,428 | 16,696 | 14,547 |
| 69,400 | 69,450 | 15,827 | 13,442 | 16,711 | 14,561 |
| 69,450 | 69,500 | 15,842 | 13,456 | 16,726 | 14,574 |
| 69,500 | 69,550 | 15,857 | 13,469 | 16,741 | 14,588 |
| 69,550 | 69,600 | 15,873 | 13,483 | 16,757 | 14,602 |
| 69,600 | 69,650 | 15,888 | 13,497 | 16,772 | 14,616 |
| 69,650 | 69,700 | 15,903 | 13,511 | 16,787 | 14,629 |
| 69,700 | 69,750 | 15,918 | 13,524 | 16,802 | 14,643 |
| 69,750 | 69,800 | 15,934 | 13,538 | 16,818 | 14,657 |
| 69,800 | 69,850 | 15,949 | 13,552 | 16,833 | 14,671 |
| 69,850 | 69,900 | 15,964 | 13,566 | 16,848 | 14,684 |
| 69,900 | 69,950 | 15,979 | 13,579 | 16,863 | 14,698 |
| 69,950 | 70,000 | 15,995 | 13,593 | 16,879 | 14,712 |

**70,000**

| At least | But less than | Single | Married jointly | Married sep. | Head |
|---|---|---|---|---|---|
| 70,000 | 70,050 | 16,010 | 13,607 | 16,894 | 14,726 |
| 70,050 | 70,100 | 16,025 | 13,621 | 16,909 | 14,739 |
| 70,100 | 70,150 | 16,040 | 13,634 | 16,924 | 14,753 |
| 70,150 | 70,200 | 16,056 | 13,648 | 16,940 | 14,767 |
| 70,200 | 70,250 | 16,071 | 13,662 | 16,955 | 14,781 |
| 70,250 | 70,300 | 16,086 | 13,676 | 16,970 | 14,794 |
| 70,300 | 70,350 | 16,101 | 13,689 | 16,985 | 14,808 |
| 70,350 | 70,400 | 16,117 | 13,703 | 17,001 | 14,822 |
| 70,400 | 70,450 | 16,132 | 13,717 | 17,016 | 14,836 |
| 70,450 | 70,500 | 16,147 | 13,731 | 17,031 | 14,849 |
| 70,500 | 70,550 | 16,162 | 13,744 | 17,046 | 14,863 |
| 70,550 | 70,600 | 16,178 | 13,758 | 17,062 | 14,877 |
| 70,600 | 70,650 | 16,193 | 13,772 | 17,077 | 14,891 |
| 70,650 | 70,700 | 16,208 | 13,786 | 17,092 | 14,904 |
| 70,700 | 70,750 | 16,223 | 13,799 | 17,107 | 14,918 |
| 70,750 | 70,800 | 16,239 | 13,813 | 17,123 | 14,932 |
| 70,800 | 70,850 | 16,254 | 13,827 | 17,138 | 14,946 |
| 70,850 | 70,900 | 16,269 | 13,841 | 17,153 | 14,959 |
| 70,900 | 70,950 | 16,284 | 13,854 | 17,168 | 14,973 |
| 70,950 | 71,000 | 16,300 | 13,868 | 17,184 | 14,987 |

### 71,000 / 72,000 / 73,000

**71,000**

| At least | But less than | Single | Married jointly | Married sep. | Head |
|---|---|---|---|---|---|
| 71,000 | 71,050 | 16,315 | 13,882 | 17,199 | 15,001 |
| 71,050 | 71,100 | 16,330 | 13,896 | 17,214 | 15,014 |
| 71,100 | 71,150 | 16,345 | 13,909 | 17,229 | 15,028 |
| 71,150 | 71,200 | 16,361 | 13,923 | 17,245 | 15,042 |
| 71,200 | 71,250 | 16,376 | 13,937 | 17,260 | 15,056 |
| 71,250 | 71,300 | 16,391 | 13,951 | 17,275 | 15,069 |
| 71,300 | 71,350 | 16,406 | 13,964 | 17,290 | 15,083 |
| 71,350 | 71,400 | 16,422 | 13,978 | 17,306 | 15,097 |
| 71,400 | 71,450 | 16,437 | 13,992 | 17,321 | 15,111 |
| 71,450 | 71,500 | 16,452 | 14,006 | 17,336 | 15,124 |
| 71,500 | 71,550 | 16,467 | 14,019 | 17,351 | 15,138 |
| 71,550 | 71,600 | 16,483 | 14,033 | 17,367 | 15,152 |
| 71,600 | 71,650 | 16,498 | 14,047 | 17,382 | 15,166 |
| 71,650 | 71,700 | 16,513 | 14,061 | 17,397 | 15,179 |
| 71,700 | 71,750 | 16,528 | 14,074 | 17,412 | 15,193 |
| 71,750 | 71,800 | 16,544 | 14,088 | 17,428 | 15,207 |
| 71,800 | 71,850 | 16,559 | 14,102 | 17,443 | 15,221 |
| 71,850 | 71,900 | 16,574 | 14,116 | 17,458 | 15,234 |
| 71,900 | 71,950 | 16,589 | 14,129 | 17,473 | 15,248 |
| 71,950 | 72,000 | 16,605 | 14,143 | 17,489 | 15,262 |

**72,000**

| At least | But less than | Single | Married jointly | Married sep. | Head |
|---|---|---|---|---|---|
| 72,000 | 72,050 | 16,620 | 14,157 | 17,504 | 15,276 |
| 72,050 | 72,100 | 16,635 | 14,171 | 17,519 | 15,289 |
| 72,100 | 72,150 | 16,650 | 14,184 | 17,534 | 15,303 |
| 72,150 | 72,200 | 16,666 | 14,198 | 17,550 | 15,317 |
| 72,200 | 72,250 | 16,681 | 14,212 | 17,565 | 15,331 |
| 72,250 | 72,300 | 16,696 | 14,226 | 17,580 | 15,344 |
| 72,300 | 72,350 | 16,711 | 14,239 | 17,595 | 15,358 |
| 72,350 | 72,400 | 16,727 | 14,253 | 17,611 | 15,372 |
| 72,400 | 72,450 | 16,742 | 14,267 | 17,626 | 15,386 |
| 72,450 | 72,500 | 16,757 | 14,281 | 17,641 | 15,399 |
| 72,500 | 72,550 | 16,772 | 14,294 | 17,656 | 15,413 |
| 72,550 | 72,600 | 16,788 | 14,308 | 17,672 | 15,427 |
| 72,600 | 72,650 | 16,803 | 14,322 | 17,687 | 15,441 |
| 72,650 | 72,700 | 16,818 | 14,336 | 17,702 | 15,454 |
| 72,700 | 72,750 | 16,833 | 14,349 | 17,717 | 15,468 |
| 72,750 | 72,800 | 16,849 | 14,363 | 17,733 | 15,482 |
| 72,800 | 72,850 | 16,864 | 14,377 | 17,748 | 15,496 |
| 72,850 | 72,900 | 16,879 | 14,391 | 17,763 | 15,509 |
| 72,900 | 72,950 | 16,894 | 14,404 | 17,778 | 15,523 |
| 72,950 | 73,000 | 16,910 | 14,418 | 17,794 | 15,537 |

**73,000**

| At least | But less than | Single | Married jointly | Married sep. | Head |
|---|---|---|---|---|---|
| 73,000 | 73,050 | 16,925 | 14,432 | 17,809 | 15,551 |
| 73,050 | 73,100 | 16,940 | 14,446 | 17,824 | 15,564 |
| 73,100 | 73,150 | 16,955 | 14,459 | 17,839 | 15,578 |
| 73,150 | 73,200 | 16,971 | 14,473 | 17,855 | 15,592 |
| 73,200 | 73,250 | 16,986 | 14,487 | 17,870 | 15,606 |
| 73,250 | 73,300 | 17,001 | 14,501 | 17,885 | 15,619 |
| 73,300 | 73,350 | 17,016 | 14,514 | 17,900 | 15,633 |
| 73,350 | 73,400 | 17,032 | 14,528 | 17,916 | 15,647 |
| 73,400 | 73,450 | 17,047 | 14,542 | 17,931 | 15,661 |
| 73,450 | 73,500 | 17,062 | 14,556 | 17,946 | 15,674 |
| 73,500 | 73,550 | 17,077 | 14,569 | 17,961 | 15,688 |
| 73,550 | 73,600 | 17,093 | 14,583 | 17,977 | 15,702 |
| 73,600 | 73,650 | 17,108 | 14,597 | 17,992 | 15,716 |
| 73,650 | 73,700 | 17,123 | 14,611 | 18,007 | 15,729 |
| 73,700 | 73,750 | 17,138 | 14,624 | 18,022 | 15,743 |
| 73,750 | 73,800 | 17,154 | 14,638 | 18,038 | 15,757 |
| 73,800 | 73,850 | 17,169 | 14,652 | 18,053 | 15,771 |
| 73,850 | 73,900 | 17,184 | 14,666 | 18,068 | 15,784 |
| 73,900 | 73,950 | 17,199 | 14,679 | 18,083 | 15,798 |
| 73,950 | 74,000 | 17,215 | 14,693 | 18,099 | 15,812 |

### 74,000 / 75,000 / 76,000

**74,000**

| At least | But less than | Single | Married jointly | Married sep. | Head |
|---|---|---|---|---|---|
| 74,000 | 74,050 | 17,230 | 14,707 | 18,114 | 15,826 |
| 74,050 | 74,100 | 17,245 | 14,721 | 18,129 | 15,839 |
| 74,100 | 74,150 | 17,260 | 14,734 | 18,144 | 15,853 |
| 74,150 | 74,200 | 17,276 | 14,748 | 18,160 | 15,867 |
| 74,200 | 74,250 | 17,291 | 14,762 | 18,175 | 15,881 |
| 74,250 | 74,300 | 17,306 | 14,776 | 18,190 | 15,894 |
| 74,300 | 74,350 | 17,321 | 14,789 | 18,205 | 15,908 |
| 74,350 | 74,400 | 17,337 | 14,803 | 18,221 | 15,922 |
| 74,400 | 74,450 | 17,352 | 14,817 | 18,236 | 15,936 |
| 74,450 | 74,500 | 17,367 | 14,831 | 18,251 | 15,949 |
| 74,500 | 74,550 | 17,382 | 14,844 | 18,266 | 15,963 |
| 74,550 | 74,600 | 17,398 | 14,858 | 18,282 | 15,977 |
| 74,600 | 74,650 | 17,413 | 14,872 | 18,297 | 15,991 |
| 74,650 | 74,700 | 17,428 | 14,886 | 18,312 | 16,004 |
| 74,700 | 74,750 | 17,443 | 14,899 | 18,327 | 16,018 |
| 74,750 | 74,800 | 17,459 | 14,913 | 18,343 | 16,032 |
| 74,800 | 74,850 | 17,474 | 14,927 | 18,358 | 16,046 |
| 74,850 | 74,900 | 17,489 | 14,941 | 18,373 | 16,059 |
| 74,900 | 74,950 | 17,504 | 14,954 | 18,388 | 16,073 |
| 74,950 | 75,000 | 17,520 | 14,968 | 18,404 | 16,087 |

**75,000**

| At least | But less than | Single | Married jointly | Married sep. | Head |
|---|---|---|---|---|---|
| 75,000 | 75,050 | 17,535 | 14,982 | 18,419 | 16,101 |
| 75,050 | 75,100 | 17,550 | 14,996 | 18,434 | 16,114 |
| 75,100 | 75,150 | 17,565 | 15,009 | 18,449 | 16,128 |
| 75,150 | 75,200 | 17,581 | 15,023 | 18,465 | 16,142 |
| 75,200 | 75,250 | 17,596 | 15,037 | 18,480 | 16,156 |
| 75,250 | 75,300 | 17,611 | 15,051 | 18,495 | 16,169 |
| 75,300 | 75,350 | 17,626 | 15,064 | 18,510 | 16,183 |
| 75,350 | 75,400 | 17,642 | 15,078 | 18,526 | 16,197 |
| 75,400 | 75,450 | 17,657 | 15,092 | 18,541 | 16,211 |
| 75,450 | 75,500 | 17,672 | 15,106 | 18,556 | 16,224 |
| 75,500 | 75,550 | 17,687 | 15,119 | 18,571 | 16,238 |
| 75,550 | 75,600 | 17,703 | 15,133 | 18,587 | 16,252 |
| 75,600 | 75,650 | 17,718 | 15,147 | 18,602 | 16,266 |
| 75,650 | 75,700 | 17,733 | 15,161 | 18,617 | 16,279 |
| 75,700 | 75,750 | 17,748 | 15,174 | 18,632 | 16,293 |
| 75,750 | 75,800 | 17,764 | 15,188 | 18,648 | 16,307 |
| 75,800 | 75,850 | 17,779 | 15,202 | 18,663 | 16,321 |
| 75,850 | 75,900 | 17,794 | 15,216 | 18,678 | 16,334 |
| 75,900 | 75,950 | 17,809 | 15,229 | 18,693 | 16,348 |
| 75,950 | 76,000 | 17,825 | 15,243 | 18,709 | 16,362 |

**76,000**

| At least | But less than | Single | Married jointly | Married sep. | Head |
|---|---|---|---|---|---|
| 76,000 | 76,050 | 17,840 | 15,257 | 18,724 | 16,376 |
| 76,050 | 76,100 | 17,855 | 15,271 | 18,739 | 16,389 |
| 76,100 | 76,150 | 17,870 | 15,284 | 18,754 | 16,403 |
| 76,150 | 76,200 | 17,886 | 15,298 | 18,770 | 16,417 |
| 76,200 | 76,250 | 17,901 | 15,312 | 18,785 | 16,431 |
| 76,250 | 76,300 | 17,916 | 15,326 | 18,800 | 16,444 |
| 76,300 | 76,350 | 17,931 | 15,339 | 18,815 | 16,458 |
| 76,350 | 76,400 | 17,947 | 15,353 | 18,831 | 16,472 |
| 76,400 | 76,450 | 17,962 | 15,367 | 18,846 | 16,486 |
| 76,450 | 76,500 | 17,977 | 15,381 | 18,861 | 16,499 |
| 76,500 | 76,550 | 17,992 | 15,394 | 18,876 | 16,513 |
| 76,550 | 76,600 | 18,008 | 15,408 | 18,892 | 16,527 |
| 76,600 | 76,650 | 18,023 | 15,422 | 18,907 | 16,541 |
| 76,650 | 76,700 | 18,038 | 15,436 | 18,922 | 16,554 |
| 76,700 | 76,750 | 18,053 | 15,449 | 18,937 | 16,568 |
| 76,750 | 76,800 | 18,069 | 15,463 | 18,953 | 16,582 |
| 76,800 | 76,850 | 18,084 | 15,477 | 18,968 | 16,596 |
| 76,850 | 76,900 | 18,099 | 15,491 | 18,983 | 16,609 |
| 76,900 | 76,950 | 18,114 | 15,504 | 18,998 | 16,623 |
| 76,950 | 77,000 | 18,130 | 15,518 | 19,014 | 16,637 |

* This column must also be used by a qualifying widow(er).

(Continued on page 68)

**2001 Tax Table—Continued**     **Caution.** Dependents, see the worksheet on 33.

| If line 39 (taxable income) is— At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| **77,000** | | | | | |
| 77,000 | 77,050 | 18,145 | 15,532 | 19,029 | 16,651 |
| 77,050 | 77,100 | 18,160 | 15,546 | 19,044 | 16,664 |
| 77,100 | 77,150 | 18,175 | 15,559 | 19,059 | 16,678 |
| 77,150 | 77,200 | 18,191 | 15,573 | 19,075 | 16,692 |
| 77,200 | 77,250 | 18,206 | 15,587 | 19,090 | 16,706 |
| 77,250 | 77,300 | 18,221 | 15,601 | 19,105 | 16,719 |
| 77,300 | 77,350 | 18,236 | 15,614 | 19,120 | 16,733 |
| 77,350 | 77,400 | 18,252 | 15,628 | 19,136 | 16,747 |
| 77,400 | 77,450 | 18,267 | 15,642 | 19,151 | 16,761 |
| 77,450 | 77,500 | 18,282 | 15,656 | 19,166 | 16,774 |
| 77,500 | 77,550 | 18,297 | 15,669 | 19,181 | 16,788 |
| 77,550 | 77,600 | 18,313 | 15,683 | 19,197 | 16,802 |
| 77,600 | 77,650 | 18,328 | 15,697 | 19,212 | 16,816 |
| 77,650 | 77,700 | 18,343 | 15,711 | 19,227 | 16,829 |
| 77,700 | 77,750 | 18,358 | 15,724 | 19,242 | 16,843 |
| 77,750 | 77,800 | 18,374 | 15,738 | 19,258 | 16,857 |
| 77,800 | 77,850 | 18,389 | 15,752 | 19,273 | 16,871 |
| 77,850 | 77,900 | 18,404 | 15,766 | 19,288 | 16,884 |
| 77,900 | 77,950 | 18,419 | 15,779 | 19,303 | 16,898 |
| 77,950 | 78,000 | 18,435 | 15,793 | 19,319 | 16,912 |
| **78,000** | | | | | |
| 78,000 | 78,050 | 18,450 | 15,807 | 19,334 | 16,926 |
| 78,050 | 78,100 | 18,465 | 15,821 | 19,349 | 16,939 |
| 78,100 | 78,150 | 18,480 | 15,834 | 19,364 | 16,953 |
| 78,150 | 78,200 | 18,496 | 15,848 | 19,380 | 16,967 |
| 78,200 | 78,250 | 18,511 | 15,862 | 19,395 | 16,981 |
| 78,250 | 78,300 | 18,526 | 15,876 | 19,410 | 16,994 |
| 78,300 | 78,350 | 18,541 | 15,889 | 19,425 | 17,008 |
| 78,350 | 78,400 | 18,557 | 15,903 | 19,441 | 17,022 |
| 78,400 | 78,450 | 18,572 | 15,917 | 19,456 | 17,036 |
| 78,450 | 78,500 | 18,587 | 15,931 | 19,471 | 17,049 |
| 78,500 | 78,550 | 18,602 | 15,944 | 19,486 | 17,063 |
| 78,550 | 78,600 | 18,618 | 15,958 | 19,502 | 17,077 |
| 78,600 | 78,650 | 18,633 | 15,972 | 19,517 | 17,091 |
| 78,650 | 78,700 | 18,648 | 15,986 | 19,532 | 17,104 |
| 78,700 | 78,750 | 18,663 | 15,999 | 19,547 | 17,118 |
| 78,750 | 78,800 | 18,679 | 16,013 | 19,563 | 17,132 |
| 78,800 | 78,850 | 18,694 | 16,027 | 19,578 | 17,146 |
| 78,850 | 78,900 | 18,709 | 16,041 | 19,593 | 17,159 |
| 78,900 | 78,950 | 18,724 | 16,054 | 19,608 | 17,173 |
| 78,950 | 79,000 | 18,740 | 16,068 | 19,624 | 17,187 |
| **79,000** | | | | | |
| 79,000 | 79,050 | 18,755 | 16,082 | 19,639 | 17,201 |
| 79,050 | 79,100 | 18,770 | 16,096 | 19,654 | 17,214 |
| 79,100 | 79,150 | 18,785 | 16,109 | 19,669 | 17,228 |
| 79,150 | 79,200 | 18,801 | 16,123 | 19,685 | 17,242 |
| 79,200 | 79,250 | 18,816 | 16,137 | 19,700 | 17,256 |
| 79,250 | 79,300 | 18,831 | 16,151 | 19,715 | 17,269 |
| 79,300 | 79,350 | 18,846 | 16,164 | 19,730 | 17,283 |
| 79,350 | 79,400 | 18,862 | 16,178 | 19,746 | 17,297 |
| 79,400 | 79,450 | 18,877 | 16,192 | 19,761 | 17,311 |
| 79,450 | 79,500 | 18,892 | 16,206 | 19,776 | 17,324 |
| 79,500 | 79,550 | 18,907 | 16,219 | 19,791 | 17,338 |
| 79,550 | 79,600 | 18,923 | 16,233 | 19,807 | 17,352 |
| 79,600 | 79,650 | 18,938 | 16,247 | 19,822 | 17,366 |
| 79,650 | 79,700 | 18,953 | 16,261 | 19,837 | 17,379 |
| 79,700 | 79,750 | 18,968 | 16,274 | 19,852 | 17,393 |
| 79,750 | 79,800 | 18,984 | 16,288 | 19,868 | 17,407 |
| 79,800 | 79,850 | 18,999 | 16,302 | 19,883 | 17,421 |
| 79,850 | 79,900 | 19,014 | 16,316 | 19,898 | 17,434 |
| 79,900 | 79,950 | 19,029 | 16,329 | 19,913 | 17,448 |
| 79,950 | 80,000 | 19,045 | 16,343 | 19,929 | 17,462 |

| If line 39 (taxable income) is— At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| **80,000** | | | | | |
| 80,000 | 80,050 | 19,060 | 16,357 | 19,944 | 17,476 |
| 80,050 | 80,100 | 19,075 | 16,371 | 19,959 | 17,489 |
| 80,100 | 80,150 | 19,090 | 16,384 | 19,974 | 17,503 |
| 80,150 | 80,200 | 19,106 | 16,398 | 19,990 | 17,517 |
| 80,200 | 80,250 | 19,121 | 16,412 | 20,005 | 17,531 |
| 80,250 | 80,300 | 19,136 | 16,426 | 20,020 | 17,544 |
| 80,300 | 80,350 | 19,151 | 16,439 | 20,035 | 17,558 |
| 80,350 | 80,400 | 19,167 | 16,453 | 20,051 | 17,572 |
| 80,400 | 80,450 | 19,182 | 16,467 | 20,066 | 17,586 |
| 80,450 | 80,500 | 19,197 | 16,481 | 20,081 | 17,599 |
| 80,500 | 80,550 | 19,212 | 16,494 | 20,096 | 17,613 |
| 80,550 | 80,600 | 19,228 | 16,508 | 20,112 | 17,627 |
| 80,600 | 80,650 | 19,243 | 16,522 | 20,127 | 17,641 |
| 80,650 | 80,700 | 19,258 | 16,536 | 20,142 | 17,654 |
| 80,700 | 80,750 | 19,273 | 16,549 | 20,157 | 17,668 |
| 80,750 | 80,800 | 19,289 | 16,563 | 20,173 | 17,682 |
| 80,800 | 80,850 | 19,304 | 16,577 | 20,188 | 17,696 |
| 80,850 | 80,900 | 19,319 | 16,591 | 20,203 | 17,709 |
| 80,900 | 80,950 | 19,334 | 16,604 | 20,218 | 17,723 |
| 80,950 | 81,000 | 19,350 | 16,618 | 20,234 | 17,737 |
| **81,000** | | | | | |
| 81,000 | 81,050 | 19,365 | 16,632 | 20,249 | 17,751 |
| 81,050 | 81,100 | 19,380 | 16,646 | 20,264 | 17,764 |
| 81,100 | 81,150 | 19,395 | 16,659 | 20,279 | 17,778 |
| 81,150 | 81,200 | 19,411 | 16,673 | 20,295 | 17,792 |
| 81,200 | 81,250 | 19,426 | 16,687 | 20,310 | 17,806 |
| 81,250 | 81,300 | 19,441 | 16,701 | 20,325 | 17,819 |
| 81,300 | 81,350 | 19,456 | 16,714 | 20,340 | 17,833 |
| 81,350 | 81,400 | 19,472 | 16,728 | 20,356 | 17,847 |
| 81,400 | 81,450 | 19,487 | 16,742 | 20,371 | 17,861 |
| 81,450 | 81,500 | 19,502 | 16,756 | 20,386 | 17,874 |
| 81,500 | 81,550 | 19,517 | 16,769 | 20,401 | 17,888 |
| 81,550 | 81,600 | 19,533 | 16,783 | 20,417 | 17,902 |
| 81,600 | 81,650 | 19,548 | 16,797 | 20,432 | 17,916 |
| 81,650 | 81,700 | 19,563 | 16,811 | 20,447 | 17,929 |
| 81,700 | 81,750 | 19,578 | 16,824 | 20,462 | 17,943 |
| 81,750 | 81,800 | 19,594 | 16,838 | 20,478 | 17,957 |
| 81,800 | 81,850 | 19,609 | 16,852 | 20,493 | 17,971 |
| 81,850 | 81,900 | 19,624 | 16,866 | 20,508 | 17,984 |
| 81,900 | 81,950 | 19,639 | 16,879 | 20,523 | 17,998 |
| 81,950 | 82,000 | 19,655 | 16,893 | 20,539 | 18,012 |
| **82,000** | | | | | |
| 82,000 | 82,050 | 19,670 | 16,907 | 20,554 | 18,026 |
| 82,050 | 82,100 | 19,685 | 16,921 | 20,569 | 18,039 |
| 82,100 | 82,150 | 19,700 | 16,934 | 20,584 | 18,053 |
| 82,150 | 82,200 | 19,716 | 16,948 | 20,600 | 18,067 |
| 82,200 | 82,250 | 19,731 | 16,962 | 20,615 | 18,081 |
| 82,250 | 82,300 | 19,746 | 16,976 | 20,630 | 18,094 |
| 82,300 | 82,350 | 19,761 | 16,989 | 20,645 | 18,108 |
| 82,350 | 82,400 | 19,777 | 17,003 | 20,661 | 18,122 |
| 82,400 | 82,450 | 19,792 | 17,017 | 20,676 | 18,136 |
| 82,450 | 82,500 | 19,807 | 17,031 | 20,691 | 18,149 |
| 82,500 | 82,550 | 19,822 | 17,044 | 20,706 | 18,163 |
| 82,550 | 82,600 | 19,838 | 17,058 | 20,722 | 18,177 |
| 82,600 | 82,650 | 19,853 | 17,072 | 20,737 | 18,191 |
| 82,650 | 82,700 | 19,868 | 17,086 | 20,752 | 18,204 |
| 82,700 | 82,750 | 19,883 | 17,099 | 20,767 | 18,218 |
| 82,750 | 82,800 | 19,899 | 17,113 | 20,783 | 18,232 |
| 82,800 | 82,850 | 19,914 | 17,127 | 20,798 | 18,246 |
| 82,850 | 82,900 | 19,929 | 17,141 | 20,813 | 18,259 |
| 82,900 | 82,950 | 19,944 | 17,154 | 20,828 | 18,273 |
| 82,950 | 83,000 | 19,960 | 17,168 | 20,844 | 18,287 |

| If line 39 (taxable income) is— At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| **83,000** | | | | | |
| 83,000 | 83,050 | 19,975 | 17,182 | 20,859 | 18,301 |
| 83,050 | 83,100 | 19,990 | 17,196 | 20,874 | 18,314 |
| 83,100 | 83,150 | 20,005 | 17,209 | 20,889 | 18,328 |
| 83,150 | 83,200 | 20,021 | 17,223 | 20,905 | 18,342 |
| 83,200 | 83,250 | 20,036 | 17,237 | 20,920 | 18,356 |
| 83,250 | 83,300 | 20,051 | 17,251 | 20,936 | 18,369 |
| 83,300 | 83,350 | 20,066 | 17,264 | 20,954 | 18,383 |
| 83,350 | 83,400 | 20,082 | 17,278 | 20,972 | 18,397 |
| 83,400 | 83,450 | 20,097 | 17,292 | 20,990 | 18,411 |
| 83,450 | 83,500 | 20,112 | 17,306 | 21,007 | 18,424 |
| 83,500 | 83,550 | 20,127 | 17,319 | 21,025 | 18,438 |
| 83,550 | 83,600 | 20,143 | 17,333 | 21,043 | 18,452 |
| 83,600 | 83,650 | 20,158 | 17,347 | 21,061 | 18,466 |
| 83,650 | 83,700 | 20,173 | 17,361 | 21,078 | 18,479 |
| 83,700 | 83,750 | 20,188 | 17,374 | 21,096 | 18,493 |
| 83,750 | 83,800 | 20,204 | 17,388 | 21,114 | 18,507 |
| 83,800 | 83,850 | 20,219 | 17,402 | 21,132 | 18,521 |
| 83,850 | 83,900 | 20,234 | 17,416 | 21,149 | 18,534 |
| 83,900 | 83,950 | 20,249 | 17,429 | 21,167 | 18,548 |
| 83,950 | 84,000 | 20,265 | 17,443 | 21,185 | 18,562 |
| **84,000** | | | | | |
| 84,000 | 84,050 | 20,280 | 17,457 | 21,203 | 18,576 |
| 84,050 | 84,100 | 20,295 | 17,471 | 21,220 | 18,589 |
| 84,100 | 84,150 | 20,310 | 17,484 | 21,238 | 18,603 |
| 84,150 | 84,200 | 20,326 | 17,498 | 21,256 | 18,617 |
| 84,200 | 84,250 | 20,341 | 17,512 | 21,274 | 18,631 |
| 84,250 | 84,300 | 20,356 | 17,526 | 21,291 | 18,644 |
| 84,300 | 84,350 | 20,371 | 17,539 | 21,309 | 18,658 |
| 84,350 | 84,400 | 20,387 | 17,553 | 21,327 | 18,672 |
| 84,400 | 84,450 | 20,402 | 17,567 | 21,345 | 18,686 |
| 84,450 | 84,500 | 20,417 | 17,581 | 21,362 | 18,699 |
| 84,500 | 84,550 | 20,432 | 17,594 | 21,380 | 18,713 |
| 84,550 | 84,600 | 20,448 | 17,608 | 21,398 | 18,727 |
| 84,600 | 84,650 | 20,463 | 17,622 | 21,416 | 18,741 |
| 84,650 | 84,700 | 20,478 | 17,636 | 21,433 | 18,754 |
| 84,700 | 84,750 | 20,493 | 17,649 | 21,451 | 18,768 |
| 84,750 | 84,800 | 20,509 | 17,663 | 21,469 | 18,782 |
| 84,800 | 84,850 | 20,524 | 17,677 | 21,487 | 18,796 |
| 84,850 | 84,900 | 20,539 | 17,691 | 21,504 | 18,809 |
| 84,900 | 84,950 | 20,554 | 17,704 | 21,522 | 18,823 |
| 84,950 | 85,000 | 20,570 | 17,718 | 21,540 | 18,837 |
| **85,000** | | | | | |
| 85,000 | 85,050 | 20,585 | 17,732 | 21,558 | 18,851 |
| 85,050 | 85,100 | 20,600 | 17,746 | 21,575 | 18,864 |
| 85,100 | 85,150 | 20,615 | 17,759 | 21,593 | 18,878 |
| 85,150 | 85,200 | 20,631 | 17,773 | 21,611 | 18,892 |
| 85,200 | 85,250 | 20,646 | 17,787 | 21,629 | 18,906 |
| 85,250 | 85,300 | 20,661 | 17,801 | 21,646 | 18,919 |
| 85,300 | 85,350 | 20,676 | 17,814 | 21,664 | 18,933 |
| 85,350 | 85,400 | 20,692 | 17,828 | 21,682 | 18,947 |
| 85,400 | 85,450 | 20,707 | 17,842 | 21,700 | 18,961 |
| 85,450 | 85,500 | 20,722 | 17,856 | 21,717 | 18,974 |
| 85,500 | 85,550 | 20,737 | 17,869 | 21,735 | 18,988 |
| 85,550 | 85,600 | 20,753 | 17,883 | 21,753 | 19,002 |
| 85,600 | 85,650 | 20,768 | 17,897 | 21,771 | 19,016 |
| 85,650 | 85,700 | 20,783 | 17,911 | 21,788 | 19,029 |
| 85,700 | 85,750 | 20,798 | 17,924 | 21,806 | 19,043 |
| 85,750 | 85,800 | 20,814 | 17,938 | 21,824 | 19,057 |
| 85,800 | 85,850 | 20,829 | 17,952 | 21,842 | 19,071 |
| 85,850 | 85,900 | 20,844 | 17,966 | 21,859 | 19,084 |
| 85,900 | 85,950 | 20,859 | 17,979 | 21,877 | 19,098 |
| 85,950 | 86,000 | 20,875 | 17,993 | 21,895 | 19,112 |

* This column must also be used by a qualifying widow(er).

(Continued on page 69)

**Caution.** Dependents, see the worksheet on page 33.    **2001 Tax Table**—*Continued*

| If line 39 (taxable income is)— | | And you are— | | | |
|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
| | | Your tax is— | | | |

### 86,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 86,000 | 86,050 | 20,890 | 18,007 | 21,913 | 19,126 |
| 86,050 | 86,100 | 20,905 | 18,021 | 21,930 | 19,139 |
| 86,100 | 86,150 | 20,920 | 18,034 | 21,948 | 19,153 |
| 86,150 | 86,200 | 20,936 | 18,048 | 21,966 | 19,167 |
| 86,200 | 86,250 | 20,951 | 18,062 | 21,984 | 19,181 |
| 86,250 | 86,300 | 20,966 | 18,076 | 22,001 | 19,194 |
| 86,300 | 86,350 | 20,981 | 18,089 | 22,019 | 19,208 |
| 86,350 | 86,400 | 20,997 | 18,103 | 22,037 | 19,222 |
| 86,400 | 86,450 | 21,012 | 18,117 | 22,055 | 19,236 |
| 86,450 | 86,500 | 21,027 | 18,131 | 22,072 | 19,249 |
| 86,500 | 86,550 | 21,042 | 18,144 | 22,090 | 19,263 |
| 86,550 | 86,600 | 21,058 | 18,158 | 22,108 | 19,277 |
| 86,600 | 86,650 | 21,073 | 18,172 | 22,126 | 19,291 |
| 86,650 | 86,700 | 21,088 | 18,186 | 22,143 | 19,304 |
| 86,700 | 86,750 | 21,103 | 18,199 | 22,161 | 19,318 |
| 86,750 | 86,800 | 21,119 | 18,213 | 22,179 | 19,332 |
| 86,800 | 86,850 | 21,134 | 18,227 | 22,197 | 19,346 |
| 86,850 | 86,900 | 21,149 | 18,241 | 22,214 | 19,359 |
| 86,900 | 86,950 | 21,164 | 18,254 | 22,232 | 19,373 |
| 86,950 | 87,000 | 21,180 | 18,268 | 22,250 | 19,387 |

### 87,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 87,000 | 87,050 | 21,195 | 18,282 | 22,268 | 19,401 |
| 87,050 | 87,100 | 21,210 | 18,296 | 22,285 | 19,414 |
| 87,100 | 87,150 | 21,225 | 18,309 | 22,303 | 19,428 |
| 87,150 | 87,200 | 21,241 | 18,323 | 22,321 | 19,442 |
| 87,200 | 87,250 | 21,256 | 18,337 | 22,339 | 19,456 |
| 87,250 | 87,300 | 21,271 | 18,351 | 22,356 | 19,469 |
| 87,300 | 87,350 | 21,286 | 18,364 | 22,374 | 19,483 |
| 87,350 | 87,400 | 21,302 | 18,378 | 22,392 | 19,497 |
| 87,400 | 87,450 | 21,317 | 18,392 | 22,410 | 19,511 |
| 87,450 | 87,500 | 21,332 | 18,406 | 22,427 | 19,524 |
| 87,500 | 87,550 | 21,347 | 18,419 | 22,445 | 19,538 |
| 87,550 | 87,600 | 21,363 | 18,433 | 22,463 | 19,552 |
| 87,600 | 87,650 | 21,378 | 18,447 | 22,481 | 19,566 |
| 87,650 | 87,700 | 21,393 | 18,461 | 22,498 | 19,579 |
| 87,700 | 87,750 | 21,408 | 18,474 | 22,516 | 19,593 |
| 87,750 | 87,800 | 21,424 | 18,488 | 22,534 | 19,607 |
| 87,800 | 87,850 | 21,439 | 18,502 | 22,552 | 19,621 |
| 87,850 | 87,900 | 21,454 | 18,516 | 22,569 | 19,634 |
| 87,900 | 87,950 | 21,469 | 18,529 | 22,587 | 19,648 |
| 87,950 | 88,000 | 21,485 | 18,543 | 22,605 | 19,662 |

### 88,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 88,000 | 88,050 | 21,500 | 18,557 | 22,623 | 19,676 |
| 88,050 | 88,100 | 21,515 | 18,571 | 22,640 | 19,689 |
| 88,100 | 88,150 | 21,530 | 18,584 | 22,658 | 19,703 |
| 88,150 | 88,200 | 21,546 | 18,598 | 22,676 | 19,717 |
| 88,200 | 88,250 | 21,561 | 18,612 | 22,694 | 19,731 |
| 88,250 | 88,300 | 21,576 | 18,626 | 22,711 | 19,744 |
| 88,300 | 88,350 | 21,591 | 18,639 | 22,729 | 19,758 |
| 88,350 | 88,400 | 21,607 | 18,653 | 22,747 | 19,772 |
| 88,400 | 88,450 | 21,622 | 18,667 | 22,765 | 19,786 |
| 88,450 | 88,500 | 21,637 | 18,681 | 22,782 | 19,799 |
| 88,500 | 88,550 | 21,652 | 18,694 | 22,800 | 19,813 |
| 88,550 | 88,600 | 21,668 | 18,708 | 22,818 | 19,827 |
| 88,600 | 88,650 | 21,683 | 18,722 | 22,836 | 19,841 |
| 88,650 | 88,700 | 21,698 | 18,736 | 22,853 | 19,854 |
| 88,700 | 88,750 | 21,713 | 18,749 | 22,871 | 19,868 |
| 88,750 | 88,800 | 21,729 | 18,763 | 22,889 | 19,882 |
| 88,800 | 88,850 | 21,744 | 18,777 | 22,907 | 19,896 |
| 88,850 | 88,900 | 21,759 | 18,791 | 22,924 | 19,909 |
| 88,900 | 88,950 | 21,774 | 18,804 | 22,942 | 19,923 |
| 88,950 | 89,000 | 21,790 | 18,818 | 22,960 | 19,937 |

### 89,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 89,000 | 89,050 | 21,805 | 18,832 | 22,978 | 19,951 |
| 89,050 | 89,100 | 21,820 | 18,846 | 22,995 | 19,964 |
| 89,100 | 89,150 | 21,835 | 18,859 | 23,013 | 19,978 |
| 89,150 | 89,200 | 21,851 | 18,873 | 23,031 | 19,992 |
| 89,200 | 89,250 | 21,866 | 18,887 | 23,049 | 20,006 |
| 89,250 | 89,300 | 21,881 | 18,901 | 23,066 | 20,019 |
| 89,300 | 89,350 | 21,896 | 18,914 | 23,084 | 20,033 |
| 89,350 | 89,400 | 21,912 | 18,928 | 23,102 | 20,047 |
| 89,400 | 89,450 | 21,927 | 18,942 | 23,120 | 20,061 |
| 89,450 | 89,500 | 21,942 | 18,956 | 23,137 | 20,074 |
| 89,500 | 89,550 | 21,957 | 18,969 | 23,155 | 20,088 |
| 89,550 | 89,600 | 21,973 | 18,983 | 23,173 | 20,102 |
| 89,600 | 89,650 | 21,988 | 18,997 | 23,191 | 20,116 |
| 89,650 | 89,700 | 22,003 | 19,011 | 23,208 | 20,129 |
| 89,700 | 89,750 | 22,018 | 19,024 | 23,226 | 20,143 |
| 89,750 | 89,800 | 22,034 | 19,038 | 23,244 | 20,157 |
| 89,800 | 89,850 | 22,049 | 19,052 | 23,262 | 20,171 |
| 89,850 | 89,900 | 22,064 | 19,066 | 23,279 | 20,184 |
| 89,900 | 89,950 | 22,079 | 19,079 | 23,297 | 20,198 |
| 89,950 | 90,000 | 22,095 | 19,093 | 23,315 | 20,212 |

### 90,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 90,000 | 90,050 | 22,110 | 19,107 | 23,333 | 20,226 |
| 90,050 | 90,100 | 22,125 | 19,121 | 23,350 | 20,239 |
| 90,100 | 90,150 | 22,140 | 19,134 | 23,368 | 20,253 |
| 90,150 | 90,200 | 22,156 | 19,148 | 23,386 | 20,267 |
| 90,200 | 90,250 | 22,171 | 19,162 | 23,404 | 20,281 |
| 90,250 | 90,300 | 22,186 | 19,176 | 23,421 | 20,294 |
| 90,300 | 90,350 | 22,201 | 19,189 | 23,439 | 20,308 |
| 90,350 | 90,400 | 22,217 | 19,203 | 23,457 | 20,322 |
| 90,400 | 90,450 | 22,232 | 19,217 | 23,475 | 20,336 |
| 90,450 | 90,500 | 22,247 | 19,231 | 23,492 | 20,349 |
| 90,500 | 90,550 | 22,262 | 19,244 | 23,510 | 20,363 |
| 90,550 | 90,600 | 22,278 | 19,258 | 23,528 | 20,377 |
| 90,600 | 90,650 | 22,293 | 19,272 | 23,546 | 20,391 |
| 90,650 | 90,700 | 22,308 | 19,286 | 23,563 | 20,404 |
| 90,700 | 90,750 | 22,323 | 19,299 | 23,581 | 20,418 |
| 90,750 | 90,800 | 22,339 | 19,313 | 23,599 | 20,432 |
| 90,800 | 90,850 | 22,354 | 19,327 | 23,617 | 20,446 |
| 90,850 | 90,900 | 22,369 | 19,341 | 23,634 | 20,459 |
| 90,900 | 90,950 | 22,384 | 19,354 | 23,652 | 20,473 |
| 90,950 | 91,000 | 22,400 | 19,368 | 23,670 | 20,487 |

### 91,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 91,000 | 91,050 | 22,415 | 19,382 | 23,688 | 20,501 |
| 91,050 | 91,100 | 22,430 | 19,396 | 23,705 | 20,514 |
| 91,100 | 91,150 | 22,445 | 19,409 | 23,723 | 20,528 |
| 91,150 | 91,200 | 22,461 | 19,423 | 23,741 | 20,542 |
| 91,200 | 91,250 | 22,476 | 19,437 | 23,759 | 20,556 |
| 91,250 | 91,300 | 22,491 | 19,451 | 23,776 | 20,569 |
| 91,300 | 91,350 | 22,506 | 19,464 | 23,794 | 20,583 |
| 91,350 | 91,400 | 22,522 | 19,478 | 23,812 | 20,597 |
| 91,400 | 91,450 | 22,537 | 19,492 | 23,830 | 20,611 |
| 91,450 | 91,500 | 22,552 | 19,506 | 23,847 | 20,624 |
| 91,500 | 91,550 | 22,567 | 19,519 | 23,865 | 20,638 |
| 91,550 | 91,600 | 22,583 | 19,533 | 23,883 | 20,652 |
| 91,600 | 91,650 | 22,598 | 19,547 | 23,901 | 20,666 |
| 91,650 | 91,700 | 22,613 | 19,561 | 23,918 | 20,679 |
| 91,700 | 91,750 | 22,628 | 19,574 | 23,936 | 20,693 |
| 91,750 | 91,800 | 22,644 | 19,588 | 23,954 | 20,707 |
| 91,800 | 91,850 | 22,659 | 19,602 | 23,972 | 20,721 |
| 91,850 | 91,900 | 22,674 | 19,616 | 23,989 | 20,734 |
| 91,900 | 91,950 | 22,689 | 19,629 | 24,007 | 20,748 |
| 91,950 | 92,000 | 22,705 | 19,643 | 24,025 | 20,762 |

### 92,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 92,000 | 92,050 | 22,720 | 19,657 | 24,043 | 20,776 |
| 92,050 | 92,100 | 22,735 | 19,671 | 24,060 | 20,789 |
| 92,100 | 92,150 | 22,750 | 19,684 | 24,078 | 20,803 |
| 92,150 | 92,200 | 22,766 | 19,698 | 24,096 | 20,817 |
| 92,200 | 92,250 | 22,781 | 19,712 | 24,114 | 20,831 |
| 92,250 | 92,300 | 22,796 | 19,726 | 24,131 | 20,844 |
| 92,300 | 92,350 | 22,811 | 19,739 | 24,149 | 20,858 |
| 92,350 | 92,400 | 22,827 | 19,753 | 24,167 | 20,872 |
| 92,400 | 92,450 | 22,842 | 19,767 | 24,185 | 20,886 |
| 92,450 | 92,500 | 22,857 | 19,781 | 24,202 | 20,899 |
| 92,500 | 92,550 | 22,872 | 19,794 | 24,220 | 20,913 |
| 92,550 | 92,600 | 22,888 | 19,808 | 24,238 | 20,927 |
| 92,600 | 92,650 | 22,903 | 19,822 | 24,256 | 20,941 |
| 92,650 | 92,700 | 22,918 | 19,836 | 24,273 | 20,954 |
| 92,700 | 92,750 | 22,933 | 19,849 | 24,291 | 20,968 |
| 92,750 | 92,800 | 22,949 | 19,863 | 24,309 | 20,982 |
| 92,800 | 92,850 | 22,964 | 19,877 | 24,327 | 20,996 |
| 92,850 | 92,900 | 22,979 | 19,891 | 24,344 | 21,009 |
| 92,900 | 92,950 | 22,994 | 19,904 | 24,362 | 21,023 |
| 92,950 | 93,000 | 23,010 | 19,918 | 24,380 | 21,037 |

### 93,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 93,000 | 93,050 | 23,025 | 19,932 | 24,398 | 21,051 |
| 93,050 | 93,100 | 23,040 | 19,946 | 24,415 | 21,064 |
| 93,100 | 93,150 | 23,055 | 19,959 | 24,433 | 21,078 |
| 93,150 | 93,200 | 23,071 | 19,973 | 24,451 | 21,092 |
| 93,200 | 93,250 | 23,086 | 19,987 | 24,469 | 21,106 |
| 93,250 | 93,300 | 23,101 | 20,001 | 24,486 | 21,119 |
| 93,300 | 93,350 | 23,116 | 20,014 | 24,504 | 21,133 |
| 93,350 | 93,400 | 23,132 | 20,028 | 24,522 | 21,147 |
| 93,400 | 93,450 | 23,147 | 20,042 | 24,540 | 21,161 |
| 93,450 | 93,500 | 23,162 | 20,056 | 24,557 | 21,174 |
| 93,500 | 93,550 | 23,177 | 20,069 | 24,575 | 21,188 |
| 93,550 | 93,600 | 23,193 | 20,083 | 24,593 | 21,202 |
| 93,600 | 93,650 | 23,208 | 20,097 | 24,611 | 21,216 |
| 93,650 | 93,700 | 23,223 | 20,111 | 24,628 | 21,230 |
| 93,700 | 93,750 | 23,238 | 20,124 | 24,646 | 21,245 |
| 93,750 | 93,800 | 23,254 | 20,138 | 24,664 | 21,261 |
| 93,800 | 93,850 | 23,269 | 20,152 | 24,682 | 21,276 |
| 93,850 | 93,900 | 23,284 | 20,166 | 24,699 | 21,291 |
| 93,900 | 93,950 | 23,299 | 20,179 | 24,717 | 21,306 |
| 93,950 | 94,000 | 23,315 | 20,193 | 24,735 | 21,322 |

### 94,000

| At least | But less than | Single | Married filing jointly * | Married filing separately | Head of a household |
|---|---|---|---|---|---|
| 94,000 | 94,050 | 23,330 | 20,207 | 24,753 | 21,337 |
| 94,050 | 94,100 | 23,345 | 20,221 | 24,770 | 21,352 |
| 94,100 | 94,150 | 23,360 | 20,234 | 24,788 | 21,367 |
| 94,150 | 94,200 | 23,376 | 20,248 | 24,806 | 21,383 |
| 94,200 | 94,250 | 23,391 | 20,262 | 24,824 | 21,398 |
| 94,250 | 94,300 | 23,406 | 20,276 | 24,841 | 21,413 |
| 94,300 | 94,350 | 23,421 | 20,289 | 24,859 | 21,428 |
| 94,350 | 94,400 | 23,437 | 20,303 | 24,877 | 21,444 |
| 94,400 | 94,450 | 23,452 | 20,317 | 24,895 | 21,459 |
| 94,450 | 94,500 | 23,467 | 20,331 | 24,912 | 21,474 |
| 94,500 | 94,550 | 23,482 | 20,344 | 24,930 | 21,489 |
| 94,550 | 94,600 | 23,498 | 20,358 | 24,948 | 21,505 |
| 94,600 | 94,650 | 23,513 | 20,372 | 24,966 | 21,520 |
| 94,650 | 94,700 | 23,528 | 20,386 | 24,983 | 21,535 |
| 94,700 | 94,750 | 23,543 | 20,399 | 25,001 | 21,550 |
| 94,750 | 94,800 | 23,559 | 20,413 | 25,019 | 21,566 |
| 94,800 | 94,850 | 23,574 | 20,427 | 25,037 | 21,581 |
| 94,850 | 94,900 | 23,589 | 20,441 | 25,054 | 21,596 |
| 94,900 | 94,950 | 23,604 | 20,454 | 25,072 | 21,611 |
| 94,950 | 95,000 | 23,620 | 20,468 | 25,090 | 21,627 |

* This column must also be used by a qualifying widow(er).

(Continued on page 70)

**2001 Tax Table—*Continued*  Caution.** Dependents, see the worksheet on page 33.

| If line 39 (taxable income) is— | | And you are— | | | | If line 39 (taxable income) is— | | And you are— | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| At least | But less than | Single | Married filing jointly * | Married filing separately * | Head of a house-hold | At least | But less than | Single | Married filing jointly * | Married filing separately * | Head of a house-hold |
| | | Your tax is— | | | | | | Your tax is— | | | |
| **95,000** | | | | | | **98,000** | | | | | |
| 95,000 | 95,050 | 23,635 | 20,482 | 25,108 | 21,642 | 98,000 | 98,050 | 24,550 | 21,307 | 26,173 | 22,557 |
| 95,050 | 95,100 | 23,650 | 20,496 | 25,125 | 21,657 | 98,050 | 98,100 | 24,565 | 21,321 | 26,190 | 22,572 |
| 95,100 | 95,150 | 23,665 | 20,509 | 25,143 | 21,672 | 98,100 | 98,150 | 24,580 | 21,334 | 26,208 | 22,587 |
| 95,150 | 95,200 | 23,681 | 20,523 | 25,161 | 21,688 | 98,150 | 98,200 | 24,596 | 21,348 | 26,226 | 22,603 |
| 95,200 | 95,250 | 23,696 | 20,537 | 25,179 | 21,703 | 98,200 | 98,250 | 24,611 | 21,362 | 26,244 | 22,618 |
| 95,250 | 95,300 | 23,711 | 20,551 | 25,196 | 21,718 | 98,250 | 98,300 | 24,626 | 21,376 | 26,261 | 22,633 |
| 95,300 | 95,350 | 23,726 | 20,564 | 25,214 | 21,733 | 98,300 | 98,350 | 24,641 | 21,389 | 26,279 | 22,648 |
| 95,350 | 95,400 | 23,742 | 20,578 | 25,232 | 21,749 | 98,350 | 98,400 | 24,657 | 21,403 | 26,297 | 22,664 |
| 95,400 | 95,450 | 23,757 | 20,592 | 25,250 | 21,764 | 98,400 | 98,450 | 24,672 | 21,417 | 26,315 | 22,679 |
| 95,450 | 95,500 | 23,772 | 20,606 | 25,267 | 21,779 | 98,450 | 98,500 | 24,687 | 21,431 | 26,332 | 22,694 |
| 95,500 | 95,550 | 23,787 | 20,619 | 25,285 | 21,794 | 98,500 | 98,550 | 24,702 | 21,444 | 26,350 | 22,709 |
| 95,550 | 95,600 | 23,803 | 20,633 | 25,303 | 21,810 | 98,550 | 98,600 | 24,718 | 21,458 | 26,368 | 22,725 |
| 95,600 | 95,650 | 23,818 | 20,647 | 25,321 | 21,825 | 98,600 | 98,650 | 24,733 | 21,472 | 26,386 | 22,740 |
| 95,650 | 95,700 | 23,833 | 20,661 | 25,338 | 21,840 | 98,650 | 98,700 | 24,748 | 21,486 | 26,403 | 22,755 |
| 95,700 | 95,750 | 23,848 | 20,674 | 25,356 | 21,855 | 98,700 | 98,750 | 24,763 | 21,499 | 26,421 | 22,770 |
| 95,750 | 95,800 | 23,864 | 20,688 | 25,374 | 21,871 | 98,750 | 98,800 | 24,779 | 21,513 | 26,439 | 22,786 |
| 95,800 | 95,850 | 23,879 | 20,702 | 25,392 | 21,886 | 98,800 | 98,850 | 24,794 | 21,527 | 26,457 | 22,801 |
| 95,850 | 95,900 | 23,894 | 20,716 | 25,409 | 21,901 | 98,850 | 98,900 | 24,809 | 21,541 | 26,474 | 22,816 |
| 95,900 | 95,950 | 23,909 | 20,729 | 25,427 | 21,916 | 98,900 | 98,950 | 24,824 | 21,554 | 26,492 | 22,831 |
| 95,950 | 96,000 | 23,925 | 20,743 | 25,445 | 21,932 | 98,950 | 99,000 | 24,840 | 21,568 | 26,510 | 22,847 |
| **96,000** | | | | | | **99,000** | | | | | |
| 96,000 | 96,050 | 23,940 | 20,757 | 25,463 | 21,947 | 99,000 | 99,050 | 24,855 | 21,582 | 26,528 | 22,862 |
| 96,050 | 96,100 | 23,955 | 20,771 | 25,480 | 21,962 | 99,050 | 99,100 | 24,870 | 21,596 | 26,545 | 22,877 |
| 96,100 | 96,150 | 23,970 | 20,784 | 25,498 | 21,977 | 99,100 | 99,150 | 24,885 | 21,609 | 26,563 | 22,892 |
| 96,150 | 96,200 | 23,986 | 20,798 | 25,516 | 21,993 | 99,150 | 99,200 | 24,901 | 21,623 | 26,581 | 22,908 |
| 96,200 | 96,250 | 24,001 | 20,812 | 25,534 | 22,008 | 99,200 | 99,250 | 24,916 | 21,637 | 26,599 | 22,923 |
| 96,250 | 96,300 | 24,016 | 20,826 | 25,551 | 22,023 | 99,250 | 99,300 | 24,931 | 21,651 | 26,616 | 22,938 |
| 96,300 | 96,350 | 24,031 | 20,839 | 25,569 | 22,038 | 99,300 | 99,350 | 24,946 | 21,664 | 26,634 | 22,953 |
| 96,350 | 96,400 | 24,047 | 20,853 | 25,587 | 22,054 | 99,350 | 99,400 | 24,962 | 21,678 | 26,652 | 22,969 |
| 96,400 | 96,450 | 24,062 | 20,867 | 25,605 | 22,069 | 99,400 | 99,450 | 24,977 | 21,692 | 26,670 | 22,984 |
| 96,450 | 96,500 | 24,077 | 20,881 | 25,622 | 22,084 | 99,450 | 99,500 | 24,992 | 21,706 | 26,687 | 22,999 |
| 96,500 | 96,550 | 24,092 | 20,894 | 25,640 | 22,099 | 99,500 | 99,550 | 25,007 | 21,719 | 26,705 | 23,014 |
| 96,550 | 96,600 | 24,108 | 20,908 | 25,658 | 22,115 | 99,550 | 99,600 | 25,023 | 21,733 | 26,723 | 23,030 |
| 96,600 | 96,650 | 24,123 | 20,922 | 25,676 | 22,130 | 99,600 | 99,650 | 25,038 | 21,747 | 26,741 | 23,045 |
| 96,650 | 96,700 | 24,138 | 20,936 | 25,693 | 22,145 | 99,650 | 99,700 | 25,053 | 21,761 | 26,758 | 23,060 |
| 96,700 | 96,750 | 24,153 | 20,949 | 25,711 | 22,160 | 99,700 | 99,750 | 25,068 | 21,774 | 26,776 | 23,075 |
| 96,750 | 96,800 | 24,169 | 20,963 | 25,729 | 22,176 | 99,750 | 99,800 | 25,084 | 21,788 | 26,794 | 23,091 |
| 96,800 | 96,850 | 24,184 | 20,977 | 25,747 | 22,191 | 99,800 | 99,850 | 25,099 | 21,802 | 26,812 | 23,106 |
| 96,850 | 96,900 | 24,199 | 20,991 | 25,764 | 22,206 | 99,850 | 99,900 | 25,114 | 21,816 | 26,829 | 23,121 |
| 96,900 | 96,950 | 24,214 | 21,004 | 25,782 | 22,221 | 99,900 | 99,950 | 25,129 | 21,829 | 26,847 | 23,136 |
| 96,950 | 97,000 | 24,230 | 21,018 | 25,800 | 22,237 | 99,950 | 100,000 | 25,145 | 21,843 | 26,865 | 23,152 |
| **97,000** | | | | | | | | | | | |
| 97,000 | 97,050 | 24,245 | 21,032 | 25,818 | 22,252 | | | | | | |
| 97,050 | 97,100 | 24,260 | 21,046 | 25,835 | 22,267 | | | | | | |
| 97,100 | 97,150 | 24,275 | 21,059 | 25,853 | 22,282 | | | | | | |
| 97,150 | 97,200 | 24,291 | 21,073 | 25,871 | 22,298 | | | | | | |
| 97,200 | 97,250 | 24,306 | 21,087 | 25,889 | 22,313 | | | | | | |
| 97,250 | 97,300 | 24,321 | 21,101 | 25,906 | 22,328 | | | | | | |
| 97,300 | 97,350 | 24,336 | 21,114 | 25,924 | 22,343 | | | | | | |
| 97,350 | 97,400 | 24,352 | 21,128 | 25,942 | 22,359 | | | | | | |
| 97,400 | 97,450 | 24,367 | 21,142 | 25,960 | 22,374 | | | | | | |
| 97,450 | 97,500 | 24,382 | 21,156 | 25,977 | 22,389 | | | | | | |
| 97,500 | 97,550 | 24,397 | 21,169 | 25,995 | 22,404 | | | | | | |
| 97,550 | 97,600 | 24,413 | 21,183 | 26,013 | 22,420 | | | | | | |
| 97,600 | 97,650 | 24,428 | 21,197 | 26,031 | 22,435 | | | | | | |
| 97,650 | 97,700 | 24,443 | 21,211 | 26,048 | 22,450 | | | | | | |
| 97,700 | 97,750 | 24,458 | 21,224 | 26,066 | 22,465 | | | | | | |
| 97,750 | 97,800 | 24,474 | 21,238 | 26,084 | 22,481 | | | | | | |
| 97,800 | 97,850 | 24,489 | 21,252 | 26,102 | 22,496 | | | | | | |
| 97,850 | 97,900 | 24,504 | 21,266 | 26,119 | 22,511 | | | | | | |
| 97,900 | 97,950 | 24,519 | 21,279 | 26,137 | 22,526 | | | | | | |
| 97,950 | 98,000 | 24,535 | 21,293 | 26,155 | 22,542 | | | | | | |

$100,000 or over — use the Tax Rate Schedules on page 71

\* This column must also be used by a qualifying widow(er).

# 2001 Tax Rate Schedules



Use **only** if your taxable income (Form 1040, line 39) is $100,000 or more. If less, use the **Tax Table.** Even though you cannot use the Tax Rate Schedules below if your taxable income is less than $100,000, all levels of taxable income are shown so taxpayers can see the tax rate that applies to each level.

**Schedule X—**Use if your filing status is **Single**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | of the amount over– |
|---|---|---|---|
| $0 | $27,050 | . . . . . . . . . 15% | $0 |
| 27,050 | 65,550 | $4,057.50 + 27.5% | 27,050 |
| 65,550 | 136,750 | 14,645.00 + 30.5% | 65,550 |
| 136,750 | 297,350 | 36,361.00 + 35.5% | 136,750 |
| 297,350 | . . . . . . . . . | 93,374.00 + 39.1% | 297,350 |

**Schedule Y-1—**Use if your filing status is **Married filing jointly** or **Qualifying widow(er)**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | of the amount over– |
|---|---|---|---|
| $0 | $45,200 | . . . . . . . . . 15% | $0 |
| 45,200 | 109,250 | $6,780.00 + 27.5% | 45,200 |
| 109,250 | 166,500 | 24,393.75 + 30.5% | 109,250 |
| 166,500 | 297,350 | 41,855.00 + 35.5% | 166,500 |
| 297,350 | . . . . . . . . . | 88,306.75 + 39.1% | 297,350 |



Dependents, see the worksheet on page 33.

**Schedule Y-2—**Use if your filing status is **Married filing separately**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | of the amount over– |
|---|---|---|---|
| $0 | $22,600 | . . . . . . . . . 15% | $0 |
| 22,600 | 54,625 | $3,390.00 + 27.5% | 22,600 |
| 54,625 | 83,250 | 12,196.88 + 30.5% | 54,625 |
| 83,250 | 148,675 | 20,927.50 + 35.5% | 83,250 |
| 148,675 | . . . . . . . . . | 44,153.38 + 39.1% | 148,675 |

**Schedule Z—**Use if your filing status is **Head of household**

| If the amount on Form 1040, line 39, is: Over– | But not over– | Enter on Form 1040, line 40 | of the amount over– |
|---|---|---|---|
| $0 | $36,250 | . . . . . . . . . 15% | $0 |
| 36,250 | 93,650 | $5,437.50 + 27.5% | 36,250 |
| 93,650 | 151,650 | 21,222.50 + 30.5% | 93,650 |
| 151,650 | 297,350 | 38,912.50 + 35.5% | 151,650 |
| 297,350 | . . . . . . . . . | 90,636.00 + 39.1% | 297,350 |

# Disclosure, Privacy Act, and Paperwork Reduction Act Notice

The IRS Restructuring and Reform Act of 1998, the Privacy Act of 1974, and Paperwork Reduction Act of 1980 require that when we ask you for information we must first tell you our legal right to ask for the information, why we are asking for it, and how it will be used. We must also tell you what could happen if we do not receive it and whether your response is voluntary, required to obtain a benefit, or mandatory under the law.

This notice applies to all papers you file with us, including this tax return. It also applies to any questions we need to ask you so we can complete, correct, or process your return; figure your tax; and collect tax, interest, or penalties.

Our legal right to ask for information is Internal Revenue Code sections 6001, 6011, and 6012(a) and their regulations. They say that you must file a return or statement with us for any tax you are liable for. Your response is mandatory under these sections. Code section 6109 requires that you provide your social security number or individual taxpayer identification number on what you file. This is so we know who you are, and can process your return and other papers. You must fill in all parts of the tax form that apply to you. But you do not have to check the boxes for the Presidential Election Campaign Fund or for the third-party designee. You also do not have to provide your daytime phone number.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

We ask for tax return information to carry out the tax laws of the United States. We need it to figure and collect the right amount of tax.

If you do not file a return, do not provide the information we ask for, or provide fraudulent information, you may be charged penalties and be subject to criminal prosecution. We may also have to disallow the exemptions, exclusions, credits, deductions, or adjustments shown on the tax return. This could make the tax higher or delay any refund. Interest may also be charged.

Generally, tax returns and return information are confidential, as stated in Code section 6103. However, Code section 6103 allows or requires the Internal Revenue Service to disclose or give the information shown on your tax return to others as described in the Code. For example, we may disclose your tax information to the Department of Justice, to enforce the tax laws, both civil and criminal, and to cities, states, the District of Columbia, U.S. commonwealths or possessions, and certain foreign governments to carry out their tax laws. We may disclose your tax information to the Department of Treasury and contractors for tax administration purposes; and to other persons as necessary to obtain information which we cannot get in any other way in order to determine the amount of or to collect the tax you owe. We may disclose your tax information to the Comptroller General of the United States to permit the Comptroller General to review the Internal Revenue Service. We may also disclose your tax information to Committees of Congress; Federal, state, and local child support agencies; and to other Federal agencies for the purposes of determining entitlement for benefits or the eligibility for and the repayment of loans.

Please keep this notice with your records. It may help you if we ask you for other information. If you have questions about the rules for filing and giving information, please call or visit any Internal Revenue Service office.

## The Time It Takes To Prepare Your Return

We try to create forms and instructions that can be easily understood. Often this is difficult to do because our tax laws are very complex. For some people with income mostly from wages, filling in the forms is easy. For others who have businesses, pensions, stocks, rental income, or other investments, it is more difficult.

## We Welcome Comments on Forms

If you have comments concerning the accuracy of the time estimates shown below or suggestions for making these forms simpler, we would be happy to hear from you. You can e-mail us your suggestions and comments through the IRS Internet Home Page (www.irs.gov/help/email2.html) or write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. **Do not** send your return to this address. Instead, see the back cover.

## Estimated Preparation Time

The time needed to complete and file Form 1040, its schedules, and accompanying worksheets will vary depending on individual circumstances. The estimated average times are:

| Form | Recordkeeping | Learning about the law or the form | Preparing the form | Copying, assembling, and sending the form to the IRS | Totals |
|------|---------------|-------------------------------------|--------------------|-------------------------------------------------------|--------|
| Form 1040 | 2 hr., 46 min. | 3 hr., 30 min. | 6 hr., 37 min. | 34 min. | 13 hr., 27 min. |
| Sch. A | 3 hr., 4 min. | 39 min. | 1 hr., 34 min. | 20 min. | 5 hr., 37 min. |
| Sch. B | 33 min. | 8 min. | 25 min. | 20 min. | 1 hr., 26 min. |
| Sch. C | 6 hr., 4 min. | 1 hr., 31 min. | 2 hr., 19 min. | 41 min. | 10 hr., 35 min. |
| Sch. C-EZ | 45 min. | 3 min. | 35 min. | 20 min. | 1 hr., 43 min. |
| Sch. D | 1 hr., 29 min. | 2 hr., 59 min. | 2 hr., 34 min. | 34 min. | 7 hr., 36 min. |
| Sch. D-1 | 13 min. | 1 min. | 11 min. | 34 min. | 59 min. |
| Sch. E | 3 hr. | 1 hr. | 1 hr., 24 min. | 34 min. | 5 hr., 58 min. |
| Sch. EIC | - - - - - | 1 min. | 13 min. | 20 min. | 34 min. |
| Sch. F: | | | | | |
|    Cash Method | 3 hr., 29 min. | 36 min. | 1 hr., 27 min. | 20 min. | 5 hr., 52 min. |
|    Accrual Method | 3 hr., 36 min. | 26 min. | 1 hr., 25 min. | 20 min. | 5 hr., 47 min. |
| Sch. H | 1 hr., 38 min. | 30 min. | 53 min. | 34 min. | 3 hr., 35 min. |
| Sch. J | 19 min. | 11 min. | 1 hr., 32 min. | 20 min. | 2 hr., 22 min. |
| Sch. R | 19 min. | 15 min. | 30 min. | 34 min. | 1 hr., 38 min. |
| Sch. SE: | | | | | |
|    Short | 13 min. | 14 min. | 13 min. | 13 min. | 53 min. |
|    Long | 26 min. | 20 min. | 35 min. | 20 min. | 1 hr., 41 min. |

# Instructions for Schedules to Form 1040

## 2001 Instructions for Schedule A, Itemized Deductions

Use Schedule A (Form 1040) to figure your itemized deductions. In most cases, your Federal income tax will be less if you take the **larger** of your itemized deductions or your standard deduction.

If you itemize, you may deduct a part of your medical and dental expenses and unreimbursed employee business expenses, and amounts you paid for certain taxes, interest, contributions, and miscellaneous expenses. You may also deduct certain casualty and theft losses.

 **Do not** include on Schedule A items deducted elsewhere, such as on Schedule C, C-EZ, E, or F.

## Medical and Dental Expenses

You may deduct only the part of your medical and dental expenses that exceeds 7.5% of the amount on Form 1040, line 34.

**Pub. 502** discusses the types of expenses that may and may not be deducted. It also explains when you may deduct capital expenses and special care expenses for disabled persons.

 If you received a distribution from an MSA in 2001, see **Pub. 969** to figure your deduction.

### Examples of Medical and Dental Payments You May Deduct

To the extent you were **not reimbursed,** you may deduct what you paid for:

● Insurance premiums for medical and dental care, including premiums for qualified long-term care contracts as defined in Pub. 502. But see **Limit on Long-Term Care Premiums You May Deduct** on this page. Reduce the insurance premiums by any self-employed health insurance deduction you claimed on Form 1040, line 28.

 You **cannot** deduct insurance premiums paid with pretax dollars because the premiums are not included in box 1 of your W-2 form(s).

● Prescription medicines or insulin.
● Acupuncturists, chiropractors, dentists, eye doctors, medical doctors, occupational therapists, osteopathic doctors, physical therapists, podiatrists, psychiatrists, psychoanalysts (medical care only), and psychologists.
● Medical examinations, X-ray and laboratory services, insulin treatment, and whirlpool baths your doctor ordered.

● Nursing help (including your share of the employment taxes paid). If you paid someone to do both nursing and housework, you may deduct only the cost of the nursing help.
● Hospital care (including meals and lodging), clinic costs, and lab fees.
● Qualified long-term care services (see Pub. 502).
● The supplemental part of Medicare insurance (Medicare B).
● A program to stop smoking and for prescription medicines to alleviate nicotine withdrawal.
● Medical treatment at a center for drug or alcohol addiction.
● Medical aids such as eyeglasses, contact lenses, hearing aids, braces, crutches, wheelchairs, and guide dogs, including the cost of maintaining them.
● Surgery to improve vision including radial keratotomy or other laser eye surgery.
● Lodging expenses (but not meals) while away from home to receive medical care in a hospital or a medical care facility related to a hospital, provided there was no significant element of personal pleasure, recreation, or vacation in the travel. **Do not** deduct more than $50 a night for each eligible person.
● Ambulance service and other travel costs to get medical care. If you used your own car, you may claim what you spent for gas and oil to go to and from the place you received the care; or you may claim **12 cents a mile.** Add parking and tolls to the amount you claim under either method.

**Note.** Certain medical expenses paid out of a deceased taxpayer's estate may be claimed on the deceased taxpayer's final return. See Pub. 502 for details.

**Limit on Long-Term Care Premiums You May Deduct.** The amount you may deduct for qualified long-term care contracts (as defined in Pub. 502) depends on the age, at the end of 2001, of the person for whom the premiums were paid. See the following chart for details.

| IF the person was, at the end of 2001, age . . . | THEN the most you may deduct is . . . |
| --- | --- |
| 40 or under | $ 230 |
| 41–50 | $ 430 |
| 51–60 | $ 860 |
| 61–70 | $ 2,290 |
| 71 or older | $ 2,860 |

### Examples of Medical and Dental Payments You May Not Deduct

● The basic cost of Medicare insurance (Medicare A).

 If you were 65 or older but not entitled to social security benefits, you may deduct premiums you voluntarily paid for Medicare A coverage.

● Cosmetic surgery unless it was necessary to improve a deformity related to a congenital abnormality, an injury from an accident or trauma, or a disfiguring disease.
● Life insurance or income protection policies.
● The Medicare tax on your wages and tips or the Medicare tax paid as part of the self-employment tax or household employment taxes.
● Nursing care for a healthy baby. But you may be able to take a credit for the amount you paid. See the instructions for Form 1040, line 44.
● Illegal operations or drugs.
● Nonprescription medicines (including nicotine gum and certain nicotine patches).

*(Continued on page A-2)*

A-1

Cat. No. 24328L

- Travel your doctor told you to take for rest or a change.
- Funeral, burial, or cremation costs.

# Line 1

## Medical and Dental Expenses

Enter the total of your medical and dental expenses (see page A-1), after you reduce these expenses by any payments received from insurance or other sources. See **Reimbursements** below.

 Do not forget to include insurance premiums you paid for medical and dental care. But if you claimed the self-employed health insurance deduction on Form 1040, line 28, reduce the premiums by the amount on line 28.

**Whose Medical and Dental Expenses Can You Include?** You may include medical and dental bills you paid for:

- Yourself and your spouse.
- All dependents you claim on your return.
- Your child whom you do not claim as a dependent because of the rules explained in **Pub. 501** for children of divorced or separated parents.
- Any person you could have claimed as a dependent on your return if that person had not received $2,900 or more of gross income or had not filed a joint return.

**Example.** You provided over half of your mother's support but may not claim her as a dependent because she received wages of $2,900 in 2001. You may include on line 1 any medical and dental expenses you paid in 2001 for your mother.

**Reimbursements.** If your insurance company paid the provider directly for part of your expenses, and you paid only the amount that remained, include on line 1 **only** the amount you paid. If you received a reimbursement in 2001 for medical or dental expenses you paid in 2001, reduce your 2001 expenses by this amount. If you received a reimbursement in 2001 for prior year medical or dental expenses, do not reduce your 2001 expenses by this amount. But if you deducted the expenses in the earlier year and the deduction reduced your tax, you must include the reimbursement in income on Form 1040, line 21. See Pub. 502 for details on how to figure the amount to include.

**Cafeteria Plans.** Do not include on line 1 insurance premiums paid by an employer-sponsored health insurance plan (cafeteria plan) unless the premiums are included in box 1 of your W-2 form(s). Also, do not include any other medical and dental ex-

penses paid by the plan unless the amount paid is included in box 1 of your W-2 form(s).

# Taxes You Paid

## Taxes You May Not Deduct

- Federal income and excise taxes.
- Social security, Medicare, Federal unemployment (FUTA), and railroad retirement (RRTA) taxes.
- Customs duties.
- Federal estate and gift taxes. But see the instructions for line 27 on page A-6.
- Certain state and local taxes, including: general sales tax, tax on gasoline, car inspection fees, assessments for sidewalks or other improvements to your property, tax you paid for someone else, and license fees (marriage, driver's, dog, etc.).

# Line 5

## State and Local Income Taxes

Include on this line the state and local income taxes listed below.

- State and local income taxes withheld from your salary during 2001. Your W-2 form(s) will show these amounts. Forms W-2G, 1099-G, 1099-R, and 1099-MISC may also show state and local income taxes withheld.
- State and local income taxes paid in 2001 for a prior year, such as taxes paid with your 2000 state or local income tax return. **Do not** include penalties or interest.
- State and local estimated tax payments made during 2001, including any part of a prior year refund that you chose to have credited to your 2001 state or local income taxes.
- Mandatory contributions you made to the California, New Jersey, or New York Nonoccupational Disability Benefit Fund, Rhode Island Temporary Disability Benefit Fund, or Washington State Supplemental Workmen's Compensation Fund.

**Do not** reduce your deduction by:

- Any state or local income tax refund or credit you expect to receive for 2001 or
- Any refund of, or credit for, prior year state and local income taxes you actually received in 2001. Instead, see the instructions for Form 1040, line 10.

# Line 6

## Real Estate Taxes

Include taxes (state, local, or foreign) you paid on real estate you own that was not

used for business, but only if the taxes are based on the assessed value of the property. Also, the assessment must be made uniformly on property throughout the community, and the proceeds must be used for general community or governmental purposes. **Pub. 530** explains the deductions homeowners may take.

**Do not** include the following amounts on line 6.

- Itemized charges for services to specific property or persons (for example, a $20 monthly charge per house for trash collection, a $5 charge for every 1,000 gallons of water consumed, or a flat charge for mowing a lawn that had grown higher than permitted under a local ordinance).
- Charges for improvements that tend to increase the value of your property (for example, an assessment to build a new sidewalk). The cost of a property improvement is added to the basis of the property. However, a charge is deductible if it is used only to maintain an existing public facility in service (for example, a charge to repair an existing sidewalk, and any interest included in that charge).

If your mortgage payments include your real estate taxes, you may deduct only the amount the mortgage company actually paid to the taxing authority in 2001.

If you sold your home in 2001, any real estate tax charged to the buyer should be shown on your settlement statement and in box 5 of any **Form 1099-S** you received. This amount is considered a refund of real estate taxes. See **Refunds and Rebates** next. Any real estate taxes you paid at closing should be shown on your settlement statement.

**Refunds and Rebates.** If you received a refund or rebate in 2001 of real estate taxes you paid in 2001, reduce your deduction by the amount of the refund or rebate. If you received a refund or rebate in 2001 of real estate taxes you paid in an earlier year, do not reduce your deduction by this amount. Instead, you must include the refund or rebate in income on Form 1040, line 21, if you deducted the real estate taxes in the earlier year and the deduction reduced your tax. **Pub. 525** tells you how to figure the amount to include in income.

# Line 7

## Personal Property Taxes

Enter personal property tax you paid, but only if it is based on value alone and it is charged on a yearly basis.

**Example.** You paid a yearly fee for the registration of your car. Part of the fee was based on the car's value and part was based

on its weight. You may deduct only the part of the fee that was based on the car's value.

## Line 8

### Other Taxes

If you had any deductible tax not listed on line 5, 6, or 7, list the type and amount of tax. Enter only one total on line 8. Include on this line income tax you paid to a foreign country or U.S. possession.

 You may want to take a credit for the foreign tax instead of a deduction. See the instructions for Form 1040, line 43, for details.

# Interest You Paid

Whether your interest expense is treated as investment interest, personal interest, or business interest depends on how and when you used the loan proceeds. See **Pub. 535** for details.

In general, if you paid interest in 2001 that applies to any period after 2001, you may deduct only amounts that apply for 2001.

## Lines 10 and 11

### Home Mortgage Interest

A **home mortgage** is any loan that is secured by your main home or second home. It includes first and second mortgages, home equity loans, and refinanced mortgages.

A **home** may be a house, condominium, cooperative, mobile home, boat, or similar property. It must provide basic living accommodations including sleeping space, toilet, and cooking facilities.

**Limit on Home Mortgage Interest.** If you took out any mortgages after October 13, 1987, your deduction may be limited. Any additional amounts borrowed after October 13, 1987, on a line-of-credit mortgage you had on that date are treated as a mortgage taken out after October 13, 1987. If you refinanced a mortgage you had on October 13, 1987, treat the new mortgage as taken out on or before October 13, 1987. But if you refinanced for more than the balance of the old mortgage, treat the excess as a mortgage taken out after October 13, 1987.

See **Pub. 936** to figure your deduction if **either 1** or **2** next applies. If you had more than one home at the same time, the dollar amounts in **1** and **2** apply to the total mortgages on both homes.

**1.** You took out any mortgages after October 13, 1987, and used the proceeds for purposes other than to buy, build, or im-

prove your home, and all of these mortgages totaled over $100,000 at any time during 2001. The limit is $50,000 if married filing separately. An example of this type of mortgage is a home equity loan used to pay off credit card bills, buy a car, or pay tuition.

**2.** You took out any mortgages after October 13, 1987, and used the proceeds to buy, build, or improve your home, and these mortgages plus any mortgages you took out on or before October 13, 1987, totaled over $1 million at any time during 2001. The limit is $500,000 if married filing separately.

 If the total amount of all mortgages is more than the fair market value of the home, additional limits apply. See Pub. 936.

### Line 10

Enter on line 10 mortgage interest and points reported to you on **Form 1098**. If this form shows any refund of overpaid interest, do not reduce your deduction by the refund. Instead, see the instructions for Form 1040, line 21.

If you paid more interest to the recipient than is shown on Form 1098, see Pub. 936 to find out if you can deduct the additional interest. If you can, attach a statement explaining the difference and enter "See attached" to the right of line 10.

**Note.** If you are claiming the **mortgage interest credit** (see the instructions for Form 1040, line 49), subtract the amount shown on line 3 of **Form 8396** from the total deductible interest you paid on your home mortgage. Enter the result on line 10.

### Line 11

If you did not receive a Form 1098 from the recipient, report your deductible mortgage interest on line 11.

If you bought your home from the recipient, be sure to show that recipient's name, identifying no., and address on the dotted lines next to line 11. If the recipient is an individual, the identifying no. is his or her social security number (SSN). Otherwise, it is the employer identification number. You must also let the recipient know your SSN. If you do not show the required information about the recipient or let the recipient know your SSN, you may have to pay a $50 penalty.

If you and at least one other person (other than your spouse if filing a joint return) were liable for and paid interest on the mortgage, and the other person received the Form 1098, attach a statement to your return showing the name and address of that person. To the right of line 11, enter "See attached."

## Line 12

### Points Not Reported on Form 1098

Points are shown on your settlement statement. Points you paid **only** to borrow money are generally deductible over the life of the loan. See **Pub. 936** to figure the amount you may deduct. Points paid for other purposes, such as for a lender's services, are not deductible.

**Refinancing.** Generally, you must deduct points you paid to refinance a mortgage over the life of the loan. This is true even if the new mortgage is secured by your main home.

If you used part of the proceeds to **improve your main home,** you may be able to deduct the part of the points related to the improvement in the year paid. See Pub. 936 for details.

 If you paid off a mortgage early, deduct any remaining points in the year you paid off the mortgage.

## Line 13

### Investment Interest

Investment interest is interest paid on money you borrowed that is allocable to property held for investment. It does not include any interest allocable to passive activities or to securities that generate tax-exempt income.

Complete and attach **Form 4952** to figure your deduction.

**Exception.** You do not have to file Form 4952 if **all three** of the following apply.

**1.** Your investment interest expense is not more than your investment income from interest and ordinary dividends.

**2.** You have no other deductible investment expenses.

**3.** You have no disallowed investment interest expense from 2000.

**Note.** Alaska Permanent Fund dividends, including those reported on **Form 8814,** are not investment income.

For more details, see **Pub. 550.**

# Gifts to Charity

You can deduct contributions or gifts you gave to organizations that are religious, charitable, educational, scientific, or literary in purpose. You may also deduct what you gave to organizations that work to prevent cruelty to children or animals. Examples of these organizations are:

● Churches, mosques, synagogues, temples, etc.

● Boy Scouts, Boys and Girls Clubs of America, CARE, Girl Scouts, Goodwill Industries, Red Cross, Salvation Army, United Way, etc.

● Fraternal orders, if the gifts will be used for the purposes listed above.

● Veterans' and certain cultural groups.

● Nonprofit schools, hospitals, and organizations whose purpose is to find a cure for, or help people who have, arthritis, asthma, birth defects, cancer, cerebral palsy, cystic fibrosis, diabetes, heart disease, hemophilia, mental illness or retardation, multiple sclerosis, muscular dystrophy, tuberculosis, etc.

● Federal, state, and local governments if the gifts are solely for public purposes.

To verify an organization's charitable status, you can:

● Check with the organization to which you made the donation. The organization should be able to provide you with verification of its charitable status.

● See **Pub. 78** for a list of most qualified organizations.

● Call our **Tax Exempt/Government Entities Customer Account Services** at **1-877-829-5500.** Assistance is available Monday through Friday from 8:00 a.m. to 9:30 p.m. Eastern time.

## Contributions You May Deduct

Contributions may be in cash (keep canceled checks, receipts, or other reliable written records showing the name of the organization and the date and amount given), property, or out-of-pocket expenses you paid to do volunteer work for the kinds of organizations described earlier. If you drove to and from the volunteer work, you may take **14 cents a mile** or the actual cost of gas and oil. Add parking and tolls to the amount you claim under either method. But do not deduct any amounts that were repaid to you.

**Gifts From Which You Benefit.** If you made a gift and received a benefit in return, such as food, entertainment, or merchandise, you may generally only deduct the amount that is more than the value of the benefit. But this rule does not apply to certain membership benefits provided in return for an annual payment of $75 or less. For details, see **Pub. 526.**

**Example.** You paid $70 to a charitable organization to attend a fund-raising dinner and the value of the dinner was $40. You may deduct only $30.

**Gifts of $250 or More.** You may deduct a gift of $250 or more only if you have a statement from the charitable organization showing the information in **1** and **2** below.

In figuring whether a gift is $250 or more, do not combine separate donations. For example, if you gave your church $25 each week for a total of $1,300, treat each $25 payment as a separate gift. If you made donations through payroll deductions, treat each deduction from each paycheck as a separate gift. See Pub. 526 if you made a separate gift of $250 or more through payroll deduction.

**1.** The amount of any money contributed and a description (but not value) of any property donated.

**2.** Whether the organization did or did not give you any goods or services in return for your contribution. If you did receive any goods or services, a description and estimate of the value must be included. If you received only intangible religious benefits (such as admission to a religious ceremony), the organization must state this, but it does not have to describe or value the benefit.

 You must get the statement by the date you file your return or the due date (including extensions) for filing your return, whichever is earlier. **Do not** attach the statement to your return. Instead, keep it for your records.

**Limit on the Amount You May Deduct.** See Pub. 526 to figure the amount of your deduction if **any** of the following apply.

● Your cash contributions or contributions of ordinary income property are more than 30% of the amount on Form 1040, line 34.

● Your gifts of capital gain property are more than 20% of the amount on Form 1040, line 34.

● You gave gifts of property that increased in value or gave gifts of the use of property.

## You May Not Deduct as Contributions

● Travel expenses (including meals and lodging) while away from home, unless there was no significant element of personal pleasure, recreation, or vacation in the travel.

● Political contributions.

● Dues, fees, or bills paid to country clubs, lodges, fraternal orders, or similar groups.

● Cost of raffle, bingo, or lottery tickets. But you may be able to deduct these expenses on line 27. See page A-6 for details.

● Cost of tuition. But you may be able to:

**1.** Deduct this expense on line 20 (see page A-5) or

**2.** Take a credit for this expense. See **Form 8863** for details.

● Value of your time or services.

● Value of blood given to a blood bank.

● The transfer of a future interest in tangible personal property (generally, until the entire interest has been transferred).

● Gifts to individuals and groups that are run for personal profit.

● Gifts to foreign organizations. But you may be able to deduct gifts to certain U.S. organizations that transfer funds to foreign charities and certain Canadian, Israeli, and Mexican charities. See Pub. 526 for details.

● Gifts to organizations engaged in certain political activities that are of direct financial interest to your trade or business. See Internal Revenue Code section 170(f)(9).

● Gifts to groups whose purpose is to lobby for changes in the laws.

● Gifts to civic leagues, social and sports clubs, labor unions, and chambers of commerce.

● Value of benefits received in connection with a contribution to a charitable organization. See Pub. 526 for exceptions.

# Line 15

## Gifts by Cash or Check

Enter the total contributions you made in cash or by check (including out-of-pocket expenses).

# Line 16

## Other Than by Cash or Check

Enter your contributions of property. If you gave used items, such as clothing or furniture, deduct their fair market value at the time you gave them. Fair market value is what a willing buyer would pay a willing seller when neither has to buy or sell and both are aware of the conditions of the sale. For more details on determining the value of donated property, see **Pub. 561.**

If the amount of your deduction is more than $500, you must complete and attach **Form 8283.** For this purpose, the "amount

of your deduction" means your deduction **before** applying any income limits that could result in a carryover of contributions. If your total deduction is over $5,000, you may also have to get appraisals of the values of the donated property. See Form 8283 and its instructions for details.

**Recordkeeping.** If you gave property, you should keep a receipt or written statement from the organization you gave the property to, or a reliable written record, that shows the organization's name and address, the date and location of the gift, and a description of the property. For each gift of property, you should also keep reliable written records that include:

● How you figured the property's value at the time you gave it. If the value was determined by an appraisal, keep a signed copy of the appraisal.

● The cost or other basis of the property if you must reduce it by any ordinary income or capital gain that would have resulted if the property had been sold at its fair market value.

● How you figured your deduction if you chose to reduce your deduction for gifts of capital gain property.

● Any conditions attached to the gift.

**Note.** If your total deduction for gifts of property is over $500, you gave less than your entire interest in the property, or you made a "qualified conservation contribution," your records should contain additional information. See Pub. 526 for details.

## Line 17

### Carryover From Prior Year

Enter any carryover of contributions that you could not deduct in an earlier year because they exceeded your adjusted gross income limit. See Pub. 526 for details.

## Casualty and Theft Losses

## Line 19

Complete and attach **Form 4684** to figure the amount of your loss to enter on line 19.

You may be able to deduct part or all of each loss caused by theft, vandalism, fire, storm, or similar causes, and car, boat, and other accidents. You may also be able to deduct money you had in a financial institution but lost because of the insolvency or bankruptcy of the institution.

You may deduct nonbusiness casualty or theft losses only to the extent that—

**1.** The amount of **each** separate casualty or theft loss is more than $100 and

**2.** The total amount of **all** losses during the year is more than 10% of the amount on Form 1040, line 34.

Special rules apply if you had both gains and losses from nonbusiness casualties or thefts. See Form 4684 and its instructions for details.

Use line 22 of Schedule A to deduct the costs of proving that you had a property loss. Examples of these costs are appraisal fees and photographs used to establish the amount of your loss.

For information on Federal disaster area losses, see **Pub. 547.**

## Job Expenses and Most Other Miscellaneous Deductions

**Pub. 529** discusses the types of expenses that may and may not be deducted.

Examples of expenses you may **not** deduct are:

● Political contributions.

● Personal legal expenses.

● Lost or misplaced cash or property.

● Expenses for meals during regular or extra work hours.

● The cost of entertaining friends.

● Commuting expenses. See Pub. 529 for the definition of commuting.

● Travel expenses for employment away from home if that period of employment exceeds 1 year. See Pub. 529 for an exception for certain Federal employees.

● Travel as a form of education.

● Expenses of attending a seminar, convention, or similar meeting unless it is related to your employment.

● Club dues. See Pub. 529 for exceptions.

● Expenses of adopting a child. But you may be able to take a credit for adoption expenses. See **Form 8839** for details.

● Fines and penalties.

● Expenses of producing tax-exempt income.

## Line 20

### Unreimbursed Employee Expenses

Enter the total job expenses you paid for which you were not reimbursed. (Amounts your employer included in box 1 of your W-2 form are not considered reimbursements.) But you **must** fill in and attach **Form 2106** if **either 1** or **2** next applies.

**1.** You claim any travel, transportation, meal, or entertainment expenses for your job.

**2.** Your employer paid you for any of your job expenses reportable on line 20.

 If you used your own vehicle and item **2** does not apply, you may be able to file **Form 2106-EZ** instead.

If you do not have to file Form 2106 or 2106-EZ, list the type and amount of each expense on the dotted lines next to line 20. If you need more space, attach a statement showing the type and amount of each expense. Enter one total on line 20.

Examples of other expenses to include on line 20 are:

● Safety equipment, small tools, and supplies needed for your job.

● Uniforms required by your employer that are not suitable for ordinary wear.

● Protective clothing required in your work, such as hard hats, safety shoes, and glasses.

● Physical examinations required by your employer.

● Dues to professional organizations and chambers of commerce.

● Subscriptions to professional journals.

● Fees to employment agencies and other costs to look for a new job in your present occupation, even if you do not get a new job.

● Certain business use of part of your home. For details, including limits that apply, use TeleTax topic 509 (see page 11 of the Form 1040 instructions) or see **Pub. 587.**

● Certain educational expenses. For details, use TeleTax topic 513 (see page 11 of the Form 1040 instructions) or see **Pub. 508.**

 You may be able to take a credit for your educational expenses instead of a deduction. See **Form 8863** for details.

## Line 21

### Tax Preparation Fees

Enter the fees you paid for preparation of your tax return, including fees paid for filing your return electronically. If you paid your tax by credit card, **do not** include the convenience fee you were charged.

## Line 22

### Other Expenses

Enter the total amount you paid to produce or collect taxable income and manage or

protect property held for earning income. But **do not** include any personal expenses. List the type and amount of each expense on the dotted lines next to line 22. If you need more space, attach a statement showing the type and amount of each expense. Enter one total on line 22.

Examples of expenses to include on line 22 are:

- Certain legal and accounting fees.
- Clerical help and office rent.
- Custodial (for example, trust account) fees.
- Your share of the investment expenses of a regulated investment company.
- Certain losses on nonfederally insured deposits in an insolvent or bankrupt financial institution. For details, including limits that apply, see **Pub. 529.**
- Casualty and theft losses of property used in performing services as an employee from **Form 4684,** lines 32 and 38b, or **Form 4797,** line 18b(1).
- Deduction for repayment of amounts under a claim of right if $3,000 or less.

# Other Miscellaneous Deductions

## Line 27

Only the expenses listed next can be deducted on this line. List the type and amount of each expense on the dotted lines next to line 27. If you need more space, attach a statement showing the type and amount of each expense. Enter one total on line 27.

- Gambling losses, but only to the extent of gambling winnings reported on Form 1040, line 21.
- Casualty and theft losses of income-producing property from **Form 4684,** lines 32 and 38b, or **Form 4797,** line 18b(1).
- Federal estate tax on income in respect of a decedent.
- Amortizable bond premium on bonds acquired before October 23, 1986.
- Deduction for repayment of amounts under a claim of right if over $3,000. See **Pub. 525** for details.

- Certain unrecovered investment in a pension.
- Impairment-related work expenses of a disabled person.

For more details, see **Pub. 529.**

# Total Itemized Deductions

## Line 28

Use the worksheet below to figure the amount to enter on line 28 if the amount on Form 1040, line 34, is over $132,950 if single, married filing jointly, head of household, or qualifying widow(er); $66,475 if married filing separately.

---

**Itemized Deductions Worksheet—Line 28**      *Keep for Your Records* 

1. Add the amounts on Schedule A, lines 4, 9, 14, 18, 19, 26, and 27 . . . . . . . . . . .   **1.** _____
2. Add the amounts on Schedule A, lines 4, 13, and 19, plus any gambling and casualty or theft losses included on line 27 . . . . . . . . . . . . . . . . . . . . .   **2.** _____

   ⚠ **CAUTION**   Be sure your total gambling and casualty or theft losses are clearly identified on the dotted lines next to line 27.

3. Is the amount on line 2 less than the amount on line 1?

   ☐ **No.** 🛑 Your deduction is not limited. Enter the amount from line 1 above on Schedule A, line 28.

   ☐ **Yes.** Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . .   **3.** _____
4. Multiply line 3 above by 80% (.80) . . . . . .   **4.** _____
5. Enter the amount from Form 1040, line 34 . . . . . . . .   **5.** _____
6. Enter: $132,950 if single, married filing jointly, head of household, or qualifying widow(er); $66,475 if married filing separately . . . . . . .   **6.** _____
7. Is the amount on line 6 less than the amount on line 5?

   ☐ **No.** 🛑 Your deduction is not limited. Enter the amount from line 1 above on Schedule A, line 28.

   ☐ **Yes.** Subtract line 6 from line 5 . . . . . . . . . . . . . . . .   **7.** _____
8. Multiply line 7 above by 3% (.03) . . . . . . . . . . . . .   **8.** _____
9. Enter the **smaller** of line 4 or line 8 . . . . . . . . . . . . . . . . . . . . . .   **9.** _____
10. **Total itemized deductions.** Subtract line 9 from line 1. Enter the result here and on Schedule A, line 28 . . . . . . . . . . . . . . . . . . . . . . . . . .   **10.** _____

# 2001 Instructions for Schedule B, Interest and Ordinary Dividends

Use Schedule B (Form 1040) if **any** of the following apply.

- You had over $400 of taxable interest.
- Any of the **Special Rules** listed in the instructions for line 1 below apply to you.
- You are claiming the exclusion of interest from series EE or I U.S. savings bonds issued after 1989.
- You had over $400 of ordinary dividends.
- You received ordinary dividends as a nominee.
- You **(a)** had a foreign account or **(b)** received a distribution from, or were a grantor of, or transferor to, a foreign trust. Part III of the schedule has questions about foreign accounts and trusts.

 You may list more than one payer on each entry space for lines 1 and 5, but be sure to clearly show the amount paid next to the payer's name. Add the separate amounts paid by the payers listed on an entry space and enter the total in the "Amount" column. If you still need more space, attach separate statements that are the same size as the printed schedule. Use the same format as lines 1 and 5, but show your totals on Schedule B. Be sure to put your name and social security number (SSN) on the statements and attach them at the end of your return.

## Part I. Interest

### Line 1

#### Interest

Report on line 1 **all** of your taxable interest. List each payer's name and show the amount.

#### Special Rules

#### Seller-Financed Mortgages

If you sold your home or other property and the buyer used the property as a personal residence, list first any interest the buyer paid you on a mortgage or other form of seller financing. Be sure to show the buyer's name, address, and SSN. You must also let the buyer know your SSN. If you do not show the buyer's name, address, and SSN, or let the buyer know your SSN, you may have to pay a $50 penalty.

#### Nominees

If you received a **Form 1099-INT** that includes interest you received as a nominee (that is, in your name, but the interest actually belongs to someone else), report the total on line 1. Do this even if you later distributed some or all of this income to others. Under your last entry on line 1, put a subtotal of all interest listed on line 1.

Below this subtotal, enter "Nominee Distribution" and show the total interest you received as a nominee. Subtract this amount from the subtotal and enter the result on line 2.

 If you received interest as a nominee, you must give the actual owner a Form 1099-INT unless the owner is your spouse. You must also file a **Form 1096** and a Form 1099-INT with the IRS. For more details, see the **General Instructions for Forms 1099, 1098, 5498, and W-2G** and **Instructions for Forms 1099-INT and 1099-OID.**

#### Accrued Interest

When you buy bonds between interest payment dates and pay accrued interest to the seller, this interest is taxable to the seller. If you received a Form 1099 for interest as a purchaser of a bond with accrued interest, follow the rules earlier under **Nominees** to see how to report the accrued interest on Schedule B. But identify the amount to be subtracted as "Accrued Interest."

#### Tax-Exempt Interest

If you received a **Form 1099-INT** for tax-exempt interest, follow the rules earlier under **Nominees** to see how to report the interest on Schedule B. But identify the amount to be subtracted as "Tax-Exempt Interest."

#### Original Issue Discount (OID)

If you are reporting OID in an amount less than the amount shown on Form 1099-OID, follow the rules earlier under **Nominees** to see how to report the OID on Schedule B. But identify the amount to be subtracted as "OID Adjustment."

#### Amortizable Bond Premium

If you are reducing your interest income on a bond by the amount of amortizable bond premium, follow the rules earlier under **Nominees** to see how to report the interest

on Schedule B. But identify the amount to be subtracted as "ABP Adjustment."

### Line 3

#### Excludable Interest on Series EE and I U.S. Savings Bonds Issued After 1989

If, during 2001, you cashed series EE or I U.S. savings bonds issued after 1989 and you paid qualified higher education expenses for yourself, your spouse, or your dependents, you may be able to exclude part or all of the interest on those bonds. See **Form 8815** for details.

## Part II. Ordinary Dividends

**Note.** You may have to file **Form 5471** if, in 2001, you were an officer or director of a foreign corporation. You may also have to file Form 5471 if, in 2001, you owned 10% or more of the total **(a)** value of a foreign corporation's stock or **(b)** combined voting power of all classes of a foreign corporation's stock with voting rights. For details, see Form 5471 and its instructions.

### Line 5

#### Ordinary Dividends

Report on line 5 **all** of your ordinary dividends. List each payer's name and show the amount.

 Do not report capital gain distributions on line 5. Instead, see the instructions for Form 1040, line 13.

*(Continued on page B-2)*

### Nominees

If you received a **Form 1099-DIV** that includes ordinary dividends you received as a nominee (that is, in your name, but the ordinary dividends actually belong to someone else), report the total on line 5. Do this even if you later distributed some or all of this income to others. Under your last entry on line 5, put a subtotal of all ordinary dividends listed on line 5. Below this subtotal, enter "Nominee Distribution" and show the total ordinary dividends you received as a nominee. Subtract this amount from the subtotal and enter the result on line 6.

 If you received ordinary dividends as a nominee, you must give the actual owner a Form 1099-DIV unless the owner is your spouse. You must also file a **Form 1096** and a Form 1099-DIV with the IRS. For more details, see the **General Instructions for Forms 1099, 1098, 5498, and W-2G** and **Instructions for Form 1099-DIV.**

# Part III. Foreign Accounts and Trusts

## Lines 7a and 7b

### Foreign Accounts

#### Line 7a

Check the "Yes" box on line 7a if **either 1** or **2** next applies.

**1.** You own more than 50% of the stock in any corporation that owns one or more foreign bank accounts.

**2.** At any time during the year you had an interest in or signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account).

**Note.** Item **2** does not apply to foreign securities held in a U.S. securities account.

**Exceptions.** Check the "No" box if any of the following applies to you.

● The combined value of the accounts was $10,000 or less during the whole year.

● The accounts were with a U.S. military banking facility operated by a U.S. financial institution.

● You were an officer or employee of a commercial bank that is supervised by the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, or the Federal Deposit Insurance Corporation; the account was in your employer's name; **and** you did not have a personal financial interest in the account.

● You were an officer or employee of a domestic corporation with securities listed on national securities exchanges or with assets of more than $1 million and 500 or more shareholders of record; the account was in your employer's name; you did not have a personal financial interest in the account; and the corporation's chief financial officer has given you written notice that the corporation has filed a current report that includes the account.

See **Form TD F 90-22.1** to find out if you are considered to have an interest in or signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account).

If you checked the "Yes" box on line 7a, file Form TD F 90-22.1 by June 30, 2002, with the **Department of the Treasury** at the address shown on that form. **Do not** attach it to Form 1040.

### Line 7b

If you checked the "Yes" box on line 7a, enter the name of the foreign country or countries in the space provided on line 7b. Attach a separate statement if you need more space.

## Line 8

### Foreign Trusts

If you received a distribution from a foreign trust, you must provide additional information. For this purpose, a loan of cash or marketable securities generally is considered to be a distribution. See **Form 3520** for details.

If you were the grantor of, or transferor to, a foreign trust that existed during 2001, you may have to file Form 3520.

# 2001 Instructions for Schedule C, Profit or Loss From Business

Use Schedule C (Form 1040) to report income or loss from a business you operated or a profession you practiced as a sole proprietor. Also, use Schedule C to report wages and expenses you had as a statutory employee. An activity qualifies as a business if your primary purpose for engaging in the activity is for income or profit and you are involved in the activity with continuity and regularity. For example, a sporadic activity or a hobby does not qualify as a business. To report income from a nonbusiness activity, see the instructions for Form 1040, line 21.

Small businesses and statutory employees with expenses of $2,500 or less may be able to file **Schedule C-EZ** instead of Schedule C. See **Schedule C-EZ** for details.

You may be subject to state and local taxes and other requirements such as business licenses and fees. Check with your state and local governments for more information.

*Section references are to the Internal Revenue Code.*

## General Instructions

### Other Schedules and Forms You May Have To File

**Schedule A** to deduct interest, taxes, and casualty losses not related to your business.

**Schedule E** to report rental real estate and royalty income or (loss) that is **not** subject to self-employment tax.

**Schedule F** to report profit or (loss) from farming.

**Schedule SE** to pay self-employment tax on income from any trade or business.

**Form 4562** to claim depreciation on assets placed in service in 2001, to claim amortization that began in 2001, or to report information on listed property.

**Form 4684** to report a casualty or theft gain or loss involving property used in your trade or business or income-producing property.

**Form 4797** to report sales, exchanges, and involuntary conversions (not from a casualty or theft) of trade or business property.

**Form 8271** if you are claiming or reporting on Schedule C or C-EZ any income, deduction, loss, credit, or other tax benefit from a tax shelter.

**Form 8594** to report certain purchases or sales of groups of assets that constitute a trade or business.

**Form 8824** to report like-kind exchanges.

**Form 8829** to claim expenses for business use of your home.

**Husband-Wife Business.** If you and your spouse jointly own and operate a business and share in the profits and losses, you are partners in a partnership, whether or not you have a formal partnership agreement. **Do not** use Schedule C or C- EZ. Instead, file **Form 1065**. See **Pub. 541** for more details.

**Single-Member Limited Liability Company (LLC).** Generally, a single-member domestic LLC is not treated as a separate entity for Federal income tax purposes. If you are the sole member of a domestic LLC, file Schedule C or C-EZ (or Schedule E or F, if applicable). However, you may elect to treat a domestic LLC as a corporation. See **Form 8832** for details on the election and the tax treatment of a foreign LLC.

**Heavy Highway Vehicle Use Tax.** If you use certain highway trucks, truck-trailers, tractor-trailers, or buses in your trade or business, you may have to pay a Federal highway motor vehicle use tax. See **Form 2290** to find out if you owe this tax.

**Information Returns.** You may have to file information returns for wages paid to employees, certain payments of fees and other nonemployee compensation, interest, rents, royalties, real estate transactions, annuities, and pensions. You may also have to file an information return if you sold $5,000 or more of consumer products to a person on a buy-sell, deposit-commission, or other similar basis for resale. For details, see the 2001 **General Instructions for Forms 1099, 1098, 5498, and W-2G.**

If you received cash of more than $10,000 in one or more related transactions in your trade or business, you may have to file **Form 8300.** For details, see **Pub. 1544.**

### Additional Information

See **Pub. 334** for more information for small businesses.

## Specific Instructions

**Filers of Form 1041. Do not** complete the block labeled "Social security number." Instead, enter your employer identification number (EIN) on line D.

### Line A

Describe the business or professional activity that provided your principal source of income reported on line 1. If you owned more than one business, you must complete a separate Schedule C for each business. Give the general field or activity and the type of product or service. If your general field or activity is wholesale or retail trade, or services connected with production services (mining, construction, or manufacturing), also give the type of customer or client.

For example, "wholesale sale of hardware to retailers" or "appraisal of real estate for lending institutions."

### Line D

You need an EIN only if you had a qualified retirement plan or were required to file an employment, excise, estate, trust, or alcohol, tobacco, and firearms tax return. If you need an EIN, file **Form SS-4.** If you do not have an EIN, leave line D blank. **Do not** enter your SSN.

### Line E

Enter your business address. Show a street address instead of a box number. Include the suite or room number, if any. If you conducted the business from your home located at the address shown on Form 1040, page 1, you do not have to complete this line.

### Line F

Generally, you can use the cash method, accrual method, or any other method permitted by the Internal Revenue Code. In all cases, the method used must clearly reflect income. Unless you are a qualifying taxpayer, you must use the accrual method for sales and purchases of inventory items. See the Part III instructions on page C-6 for the definition of a qualifying taxpayer. Special rules apply to long-term contracts. See section 460 for details.

If you use the **cash method,** show all items of taxable income actually or constructively received during the year (in cash, property, or services). Income is constructively received when it is credited to your account or set aside for you to use. Also, show amounts actually paid during the year for deductible expenses.

If you use the **accrual method,** report income when you earn it and deduct expenses when you incur them even if you do not pay them during the tax year.

Accrual-basis taxpayers are put on a cash basis for deducting business expenses owed to a related cash-basis taxpayer. Other rules determine the timing of deductions based on economic performance. See **Pub. 538.**

C-1

Cat. No. 24329W

To change your accounting method, you generally must file **Form 3115.** You may also have to make an adjustment to prevent amounts of income or expense from being duplicated or omitted. This is called a section 481(a) adjustment, which is taken into account over a period not to exceed 4 years.

**Example.** You change to the cash method of accounting and choose to account for inventoriable items in the same manner as materials and supplies that are not incidental. You accrued sales in 2000 for which you received payment in 2001. You must report those sales in both years as a result of changing your accounting method and must make a section 481(a) adjustment to prevent duplication of income.

See Rev. Proc. 99-49, 1999-2 C.B. 725, to figure the amount of this adjustment for 2001. You can find Rev. Proc. 99-49 on page 725 of Internal Revenue Bulletin 1999-52 at www.irs.gov. Include any positive section 481(a) adjustment on line 6. If the section 481(a) adjustment is negative, report it in Part V.

## Line G

Participation, for purposes of the following seven material participation tests, generally includes any work you did in connection with an activity if you owned an interest in the activity at the time you did the work. The capacity in which you did the work does not matter. However, work is not treated as participation if it is work that an owner would not customarily do in the same type of activity and one of your main reasons for doing the work was to avoid the disallowance of losses or credits from the activity under the passive activity rules.

Work you did as an investor in an activity is not treated as participation unless you were directly involved in the day-to-day management or operations of the activity. Work done as an investor includes:

**1.** Studying and reviewing financial statements or reports on the activity,

**2.** Preparing or compiling summaries or analyses of the finances or operations of the activity for your own use, and

**3.** Monitoring the finances or operations of the activity in a nonmanagerial capacity.

**Participation by your spouse** during the tax year in an activity you own can be counted as your participation in the activity. This applies even if your spouse did not own an interest in the activity and whether or not you and your spouse file a joint return.

**Material Participation.** For purposes of the passive activity rules, you materially participated in the operation of this trade or business activity during 2001 if you meet any of the following seven tests.

**1.** You participated in the activity for more than 500 hours during the tax year.

**2.** Your participation in the activity for the tax year was substantially all of the participation in the activity of all individuals

(including individuals who did not own any interest in the activity) for the tax year.

**3.** You participated in the activity for more than 100 hours during the tax year, and you participated at least as much as any other person for the tax year. This includes individuals who did not own any interest in the activity.

**4.** The activity is a significant participation activity for the tax year, and you participated in all significant participation activities for more than 500 hours during the year. An activity is a "significant participation activity" if it involves the conduct of a trade or business, you participated in the activity for more than 100 hours during the tax year, and you did not materially participate under any of the material participation tests (other than this test 4).

**5.** You materially participated in the activity for any 5 of the prior 10 tax years.

**6.** The activity is a personal service activity in which you materially participated for any 3 prior tax years. A personal service activity is an activity that involves performing personal services in the fields of health, law, engineering, architecture, accounting, actuarial science, performing arts, consulting, or any other trade or business in which capital is not a material income-producing factor.

**7.** Based on all the facts and circumstances, you participated in the activity on a regular, continuous, and substantial basis during the tax year. But you do not meet this test if you participated in the activity for 100 hours or less during the tax year. Your participation in managing the activity does not count in determining if you meet this test if any person (except you) **(a)** received compensation for performing management services in connection with the activity or **(b)** spent more hours during the tax year than you spent performing management services in connection with the activity (regardless of whether the person was compensated for the services).

If you meet any of the above tests, check the "Yes" box.

If you **do not** meet any of the above tests, check the "No" box. This business is a **passive activity.** If you have a loss from this business, see **Limit on Losses** below. If you have a profit from this business activity but have current year losses from other passive activities or you have prior year unallowed passive activity losses, see the Instructions for Form 8582.

**Exception for Oil and Gas.** If you are filing Schedule C to report income and deductions from an oil or gas well in which you own a working interest directly or through an entity that does not limit your liability, check the "Yes" box. The activity of owning the working interest is not a passive activity regardless of your participation.

**Limit on Losses.** If you checked the "No" box and you have a loss from this business, you may have to use **Form 8582** to figure

your allowable loss, if any, to enter on Schedule C, line 31. Generally, you can deduct losses from passive activities only to the extent of income from passive activities.

For details, see **Pub. 925.**

## Line H

If you started or acquired this business in 2001, check the box on line H. Also check the box if you are reopening or restarting this business after temporarily closing it, and you did not file a 2000 Schedule C or C-EZ for this business.

# Part I. Income

Except as otherwise provided in the Internal Revenue Code, gross income includes all income from whatever source derived. Gross income, however, does not include extraterritorial income that is qualifying foreign trade income. Use **Form 8873** to figure the extraterritorial income exclusion. Report it on Schedule C as explained in the Instructions for Form 8873.

## Line 1

Enter gross receipts from your trade or business. Include amounts you received in your trade or business that were properly shown on **Forms 1099-MISC.** If the total amounts that were reported in box 7 of Forms 1099-MISC are more than the total you are reporting on line 1, attach a statement explaining the difference.

**Statutory Employees.** If you received a Form W-2 and the "Statutory employee" box in box 13 of that form was checked, report your income and expenses related to that income on Schedule C or C-EZ. Enter your statutory employee income from box 1 of Form W-2 on line 1 of Schedule C or C-EZ and **check the box** on that line. Social security and Medicare tax should have been withheld from your earnings; therefore, you do not owe self-employment tax on these earnings. Statutory employees include full-time life insurance agents, certain agent or commission drivers and traveling salespersons, and certain homeworkers.

If you had both self-employment income and statutory employee income, you **must** file two Schedules C. You **cannot** use Schedule C-EZ or combine these amounts on a single Schedule C.

**Installment Sales.** Generally, the installment method may not be used to report income from the sale of **(a)** personal property regularly sold under the installment method or **(b)** real property held for resale to customers. But the installment method may be used to report income from sales of certain residential lots and timeshares if you elect to pay interest on the tax due on that income after the year of sale. See section 453(l)(2)(B) for details. If you make this election, include the interest on Form 1040,

line 58. Also, enter "453(l)(3)" and the amount of the interest on the dotted line to the left of line 58.

If you use the installment method, attach a schedule to your return. Show separately for 2001 and the 3 preceding years: gross sales, cost of goods sold, gross profit, percentage of gross profit to gross sales, amounts collected, and gross profit on amounts collected.

## Line 6

Report on line 6 amounts from finance reserve income, scrap sales, bad debts you recovered, interest (such as on notes and accounts receivable), state gasoline or fuel tax refunds you got in 2001, credit for Federal tax paid on gasoline or other fuels claimed on your 2000 Form 1040, prizes and awards related to your trade or business, and other kinds of miscellaneous business income. Include amounts you received in your trade or business as shown on **Form 1099-PATR.** Also, include any recapture of the deduction for clean-fuel vehicles used in your business and clean-fuel vehicle refueling property. For details, see **Pub. 535.**

If the business use percentage of any listed property (defined in the instructions for line 13 on this page) decreased to 50% or less in 2001, report on this line any recapture of excess depreciation, including any section 179 expense deduction. Use **Form 4797** to figure the recapture. Also, if the business use percentage drops to 50% or less on leased listed property (other than a vehicle), include on this line any inclusion amount. See **Pub. 946** to figure the amount.

# Part II. Expenses

**Capitalizing Costs of Property.** If you produced real or tangible personal property or acquired property for resale, certain expenses attributable to the property generally must be included in inventory costs or capitalized. In addition to direct costs, producers of inventory property generally must also include part of certain indirect costs in their inventory. Purchasers of personal property acquired for resale must include part of certain indirect costs in inventory only if the average annual gross receipts for the 3 prior tax years exceed $10 million. Also, you must capitalize part of the indirect costs that benefit real or tangible personal property constructed for use in a trade or business, or noninventory property produced for sale to customers. Reduce the amounts on lines 8–26 and Part V by amounts capitalized. For details, see **Pub. 538.**

**Exception for Certain Small Producers.** Producers whose average annual gross receipts are $1 million or less who account for inventoriable items in the same manner as materials and supplies that are not incidental may currently deduct expenditures for direct labor and all indirect costs that would otherwise be included in inventory costs. See

**Cost of Goods Sold** on page C-6 for more details.

**Exception for Creative Property.** If you are an artist, author, or photographer, you may be exempt from the capitalization rules. However, your personal efforts must have created (or reasonably be expected to create) the property. This exception does not apply to any expense related to printing, photographic plates, motion picture films, video tapes, or similar items. These expenses are subject to the capitalization rules. For details, see Pub. 538.

## Line 9

Include debts and partial debts from sales or services that were included in income and are definitely known to be worthless. If you later collect a debt that you deducted as a bad debt, include it as income in the year collected. For details, see **Pub. 535.**

## Line 10

You can deduct the actual expenses of running your car or truck or take the **standard mileage rate.** You **must** use actual expenses if you used your vehicle for hire (such as a taxicab) or you used more than one vehicle simultaneously in your business (such as in fleet operations). You cannot use actual expenses for a leased vehicle if you previously used the standard mileage rate for that vehicle.

You can take the standard mileage rate for 2001 **only** if:

● You owned the vehicle and use the standard mileage rate for the first year you placed the vehicle in service or

● You leased the vehicle and are using the standard mileage rate for the entire lease period (except the period, if any, before 1998).

If you deduct actual expenses:

● Include on line 10 the business portion of expenses for gasoline, oil, repairs, insurance, tires, license plates, etc., and

● Show depreciation on line 13 and rent or lease payments on line 20a.

If you take the standard mileage rate, multiply the number of business miles by 34.5 cents. Add to this amount your parking fees and tolls, and enter the total on line 12. **Do not** deduct depreciation, rent or lease payments, or your actual operating expenses.

For details, see **Pub. 463.**

**Information on Your Vehicle.** If you claim any car and truck expenses, you must provide certain information on the use of your vehicle by completing one of the following.

● Part IV of Schedule C or Part III of Schedule C-EZ if: **(a)** you are claiming the standard mileage rate, you lease your vehicle, or your vehicle is fully depreciated and **(b)** you are **not** required to file **Form 4562** for any other reason. If you used more than

one vehicle during the year, attach your own schedule with the information requested in Part IV of Schedule C, or Part III of Schedule C-EZ, for each additional vehicle.

● Part V of Form 4562 if you are claiming depreciation on your vehicle or you are required to file Form 4562 for any other reason (see the instructions for line 13).

## Line 12

Enter your deduction for depletion on this line. If you have timber depletion, attach **Form T.** See **Pub. 535** for details.

## Line 13

**Depreciation and Section 179 Expense Deduction.** Depreciation is the annual deduction allowed to recover the cost or other basis of business or investment property having a useful life substantially beyond the tax year. You can also depreciate improvements made to leased business property. However, stock in trade, inventories, and land are not depreciable. Depreciation starts when you first use the property in your business or for the production of income. It ends when you take the property out of service, deduct all your depreciable cost or other basis, or no longer use the property in your business or for the production of income. You may also elect under section 179 to expense part of the cost of certain property you bought in 2001 for use in your business. See the Instructions for Form 4562 to figure the amount to enter on line 13.

**When To Attach Form 4562.** You must complete and attach Form 4562 **only** if:

● You are claiming depreciation on property placed in service during 2001;

● You are claiming depreciation on listed property (defined below), regardless of the date it was placed in service; or

● You are claiming a section 179 expense deduction.

If you acquired depreciable property for the first time in 2001, see Pub. 946.

**Listed property** generally includes, but is not limited to:

● Passenger automobiles weighing 6,000 pounds or less;

● Any other property used for transportation if the nature of the property lends itself to personal use, such as motorcycles, pickup trucks, etc.;

● Any property used for entertainment or recreational purposes (such as photographic, phonographic, communication, and video recording equipment);

● Cellular telephones or other similar telecommunications equipment; and

● Computers or peripheral equipment.

**Exceptions.** Listed property does not include photographic, phonographic, communication, or video equipment used exclusively in your trade or business or at

your regular business establishment. It also does not include any computer or peripheral equipment used exclusively at a regular business establishment and owned or leased by the person operating the establishment. For purposes of these exceptions, a portion of your home is treated as a regular business establishment only if that portion meets the requirements under section 280A(c)(1) for deducting expenses for the business use of your home.

See the instructions for line 6 on page C-3 if the business use percentage of any listed property decreased to 50% or less in 2001.

## Line 14

Deduct contributions to employee benefit programs that are not an incidental part of a pension or profit-sharing plan included on line 19. Examples are accident and health plans, group-term life insurance, and dependent care assistance programs.

Do not include on line 14 any contributions you made on your behalf as a self-employed person to an accident and health plan or for group-term life insurance. You may be able to deduct on Form 1040, line 28, part of the amount you paid for health insurance on behalf of yourself, your spouse, and dependents, even if you do not itemize your deductions. See the instructions for Form 1040, line 28, for details.

## Line 15

Deduct premiums paid for business insurance on line 15. Deduct on line 14 amounts paid for employee accident and health insurance. Do not deduct amounts credited to a reserve for self-insurance or premiums paid for a policy that pays for your lost earnings due to sickness or disability. For details, see **Pub. 535.**

## Lines 16a and 16b

**Interest Allocation Rules.** The tax treatment of interest expense differs depending on its type. For example, home mortgage interest and investment interest are treated differently. "Interest allocation" rules require you to allocate (classify) your interest expense so it is deducted (or capitalized) on the correct line of your return and receives the right tax treatment. These rules could affect how much interest you are allowed to deduct on Schedule C or C-EZ.

Generally, you allocate interest expense by tracing how the proceeds of the loan were used. See **Pub. 535** for details.

Do not deduct interest you paid or accrued on debts allocable to investment property. This interest is generally deducted on **Schedule A.** For details, see **Pub. 550.**

If you paid interest on a debt secured by your main home and any of the proceeds from that debt were used in connection with your trade or business, see Pub. 535 to figure

the amount that is deductible on Schedule C or C-EZ.

If you have a mortgage on real property used in your business (other than your main home), enter on line 16a the interest you paid for 2001 to banks or other financial institutions for which you received a **Form 1098** (or similar statement). If you did not receive a Form 1098, enter the interest on line 16b.

If you paid more mortgage interest than is shown on Form 1098, see Pub. 535 to find out if you can deduct the additional interest. If you can, include the amount on line 16a. Attach a statement to your return explaining the difference and enter "See attached" in the margin next to line 16a.

If you and at least one other person (other than your spouse if you file a joint return) were liable for and paid interest on the mortgage and the other person received the Form 1098, include your share of the interest on line 16b. Attach a statement to your return showing the name and address of the person who received the Form 1098. In the margin next to line 16b, enter "See attached."

If you paid interest in 2001 that applies to future years, deduct only the part that applies to 2001.

## Line 17

Include on this line fees for tax advice related to your business and for preparation of the tax forms related to your business.

## Line 19

Enter your deduction for contributions to a pension, profit-sharing, or annuity plan, or plans for the benefit of your employees. If the plan includes you as a self-employed person, enter contributions made as an employer on your behalf on Form 1040, line 29, not on Schedule C.

Generally, you must file the applicable form listed below if you maintain a pension, profit-sharing, or other funded-deferred compensation plan. The filing requirement is not affected by whether or not the plan qualified under the Internal Revenue Code, or whether or not you claim a deduction for the current tax year. There is a penalty for failure to timely file these forms.

**Form 5500.** File this form for a plan that is not a one-participant plan (see below).

**Form 5500-EZ.** File this form for a one-participant plan. A **one-participant plan** is a plan that only covers you (or you and your spouse).

For details, see **Pub. 560.**

## Lines 20a and 20b

If you rented or leased vehicles, machinery, or equipment, enter on line 20a the business portion of your rental cost. But if you leased a vehicle for a term of 30 days or more, you

may have to reduce your deduction by an amount called the **inclusion amount.**

**You may have to do this if—**

| The lease term began during . . . | And the vehicle's fair market value on the first day of the lease exceeded . . . |
|---|---|
| 1999, 2000, or 2001 . . . | $15,500 |
| 1997 or 1998 . . . . . . | 15,800 |
| 1995 or 1996 . . . . . . | 15,500 |

If the lease term began before 1995, see Pub. 463 to find out if you have an inclusion amount.

See **Pub. 463** to figure your inclusion amount.

Enter on line 20b amounts paid to rent or lease other property, such as office space in a building.

## Line 21

Deduct the cost of repairs and maintenance. Include labor, supplies, and other items that do not add to the value or increase the life of the property. Do not deduct the value of your own labor. Do not deduct amounts spent to restore or replace property; they must be capitalized.

## Line 22

Generally, you can deduct the cost of supplies only to the extent you actually consumed and used them in your business during the tax year (unless you deducted them in a prior year). However, if you had incidental supplies on hand for which you kept no inventories or records of use, you may deduct the cost of supplies you actually purchased during the tax year, provided that method clearly reflects income.

## Line 23

You can deduct the following taxes and licenses on this line.

● State and local sales taxes imposed on you as the seller of goods or services. If you collected this tax from the buyer, you must also include the amount collected in gross receipts or sales on line 1.

● Real estate and personal property taxes on business assets.

● Licenses and regulatory fees for your trade or business paid each year to state or local governments. But some licenses, such as liquor licenses, may have to be amortized. See **Pub. 535** for details.

● Social security and Medicare taxes paid to match required withholding from your employees' wages. Also, Federal unemployment tax paid. Reduce your deduction by the amount of the current year credit shown on line 4 of **Form 8846.**

● Federal highway use tax.

**Do not** deduct the following on this line.

● Federal income taxes, including your self-employment tax. However, you may deduct one-half of your self-employment tax on Form 1040, line 27.

● Estate and gift taxes.

● Taxes assessed to pay for improvements, such as paving and sewers.

● Taxes on your home or personal use property.

● State and local sales taxes on property purchased for use in your business. Instead, treat these taxes as part of the cost of the property.

● State and local sales taxes imposed on the buyer that you were required to collect and pay over to state or local governments. These taxes are not included in gross receipts or sales nor are they a deductible expense. However, if the state or local government allowed you to retain any part of the sales tax you collected, you must include that amount as income on line 6.

● Other taxes and license fees not related to your business.

## Line 24a

Enter your expenses for lodging and transportation connected with overnight travel for business while away from your tax home. Generally, your tax home is your main place of business regardless of where you maintain your family home. You cannot deduct expenses paid or incurred in connection with employment away from home if that period of employment exceeds 1 year. Also, you cannot deduct travel expenses for your spouse, your dependent, or any other individual unless that person is your employee, the travel is for a bona fide business purpose, and the expenses would otherwise be deductible by that person.

Do not include expenses for meals and entertainment on this line. Instead, see the instructions for lines 24b and 24c below.

You cannot deduct expenses for attending a foreign convention unless it is directly related to your trade or business and it is as reasonable for the meeting to be held outside the North American area as within it. These rules apply to both employers and employees. Other rules apply to luxury water travel.

For details, see **Pub. 463.**

## Lines 24b and 24c

On line 24b, enter your total business meal and entertainment expenses. Include meals while traveling away from home for business. Instead of the actual cost of your meals while traveling away from home, you may use the standard meal allowance. For more details, see **Pub. 463** and **Pub. 1542.**

Business meal expenses are deductible only if they are (**a**) directly related to or associated with the active conduct of your

trade or business, (**b**) not lavish or extravagant, and (**c**) incurred while you or your employee is present at the meal.

You cannot deduct any expense paid or incurred for a facility (such as a yacht or hunting lodge) used for any activity usually considered entertainment, amusement, or recreation.

Also, you cannot deduct membership dues for any club organized for business, pleasure, recreation, or other social purpose. This includes country clubs, golf and athletic clubs, airline and hotel clubs, and clubs operated to provide meals under conditions favorable to business discussion. But it does not include civic or public service organizations, professional organizations (such as bar and medical associations), business leagues, trade associations, chambers of commerce, boards of trade, and real estate boards, unless a principal purpose of the organization is to entertain, or provide entertainment facilities for, members or their guests.

There are exceptions to these rules as well as other rules that apply to sky-box rentals and tickets to entertainment events. See Pub. 463.

Generally, you may deduct only 50% of your business meal and entertainment expenses, including meals incurred while away from home on business. For individuals subject to the Department of Transportation (DOT) hours of service limits, that percentage is increased to 60% for business meals consumed during, or incident to, any period of duty for which those limits are in effect. Individuals subject to the DOT hours of service limits include the following persons:

● Certain air transportation workers (such as pilots, crew, dispatchers, mechanics, and control tower operators) who are under Federal Aviation Administration regulations.

● Interstate truck operators who are under DOT regulations.

● Certain merchant mariners who are under Coast Guard regulations.

However, you may fully deduct meals and entertainment furnished or reimbursed to an employee if you properly treat the expense as wages subject to withholding. You may also fully deduct meals and entertainment provided to a nonemployee to the extent the expenses are includible in the gross income of that person and reported on Form 1099-MISC. See **Pub. 535** for details and other exceptions.

Figure how much of the amount on line 24b is not deductible and enter that amount on line 24c.

## Line 25

Deduct only utility expenses for your trade or business.

**Local Telephone Service.** If you used your home phone for business, do not deduct the base rate (including taxes) of the first phone

line into your residence. But you can deduct expenses for any additional costs you incurred for business that are more than the cost of the base rate for the first phone line. For example, if you had a second line, you can deduct the business percentage of the charges for that line, including the base rate charges.

## Line 26

Enter the total salaries and wages for the tax year. Do not include salaries and wages deducted elsewhere on your return or amounts paid to yourself. Reduce your deduction by the current year credits claimed on:

● **Form 5884,** Work Opportunity Credit,

● **Form 8844,** Empowerment Zone Employment Credit,

● **Form 8845,** Indian Employment Credit, and

● **Form 8861,** Welfare-to-Work Credit.

 If you provided taxable fringe benefits to your employees, such as personal use of a car, do not deduct as wages the amount applicable to depreciation and other expenses claimed elsewhere.

## Line 30

**Business Use of Your Home.** You may be able to deduct certain expenses for business use of your home, subject to limitations. You must attach **Form 8829** if you claim this deduction. For details, see the Instructions for Form 8829 and **Pub. 587.**

## Line 31

If you have a loss, the amount of loss you can deduct this year may be limited. Go to line 32 before entering your loss on line 31. If you answered "No" to Question G on Schedule C, also see the Instructions for Form 8582. Enter the net profit or **deductible** loss here. Combine this amount with any profit or loss from other businesses, and enter the total on Form 1040, line 12, and Schedule SE, line 2. Estates and trusts should enter the total on Form 1041, line 3.

If you have a net profit on line 31, this amount is earned income and may qualify you for the earned income credit. See the instructions for Form 1040, lines 61a and 61b, for details.

**Statutory Employees.** Include your net profit or deductible loss from line 31 with other Schedule C amounts on Form 1040, line 12. However, **do not** report this amount on Schedule SE, line 2. If you are required to file Schedule SE because of other self-employment income, see the Instructions for Schedule SE.

## Line 32

**At-Risk Rules.** Generally, if you have **(a)** a business loss and **(b)** amounts in the business for which you are **not at risk,** you will have to complete **Form 6198** to figure your allowable loss. The at-risk rules generally limit the amount of loss (including loss on the disposition of assets) you can claim to the amount you could actually lose in the business.

Check **box 32b** if you have amounts for which you are not at risk in this business, such as the following.

● Nonrecourse loans used to finance the business, to acquire property used in the business, or to acquire the business that are not secured by your own property (other than property used in the business). However, there is an exception for certain nonrecourse financing borrowed by you in connection with holding real property.

● Cash, property, or borrowed amounts used in the business (or contributed to the business, or used to acquire the business) that are protected against loss by a guarantee, stop-loss agreement, or other similar arrangement (excluding casualty insurance and insurance against tort liability).

● Amounts borrowed for use in the business from a person who has an interest in the business, other than as a creditor, or who is related under section 465(b)(3) to a person (other than you) having such an interest.

If all amounts are at risk in this business, check **box 32a** and enter your loss on line 31. But if you answered "No" to Question G, you may need to complete **Form 8582** to figure your deductible loss. See the Instructions for Form 8582 for details.

If you checked **box 32b,** see Form 6198 to determine the amount of your deductible loss. But if you answered "No" to Question G, your loss may be further limited. See the Instructions for Form 8582. If your at-risk amount is zero or less, enter zero on line 31. Be sure to attach Form 6198 to your return. If you checked box 32b and you do not attach Form 6198, the processing of your tax return may be delayed.

Any loss from this business not allowed for 2001 because of the at-risk rules is treated as a deduction allocable to the business in 2002. For details, see the Instructions for Form 6198 and **Pub. 925.**

# Part III. Cost of Goods Sold

Generally, if you engaged in a trade or business in which the production, purchase, or sale of merchandise was an income-producing factor, you must take inventories into account at the beginning and end of your tax year.

However, if you are a qualifying taxpayer, you may adopt or change your accounting method to account for inventoriable items in the same manner as materials and supplies that are not incidental. A **qualifying taxpayer** is a taxpayer **(a)** whose average annual gross receipts for the 3 prior tax years are $1 million or less and **(b)** whose business is not a tax shelter (as defined in section 448(d)(3)). Under this accounting method, inventory costs for raw materials purchased for use in producing finished goods and merchandise purchased for resale are deductible in the year the finished goods or merchandise are sold (but not before the year you paid for the raw materials or merchandise, if you are also using the cash method). Enter amounts paid for all raw materials and merchandise during 2001 on line 36. The amount you can deduct for 2001 is figured on line 42. For additional guidance on this method of accounting for inventoriable items, see Rev. Proc. 2001-10. You can find Rev. Proc. 2001-10 on page 272 of Internal Revenue Bulletin 2001-2 at www.irs.gov.

**Note.** Certain direct and indirect expenses may have to be capitalized or included in inventory. See the instructions for Part II beginning on page C-3.

## Line 33

Your inventories can be valued at cost; cost or market value, whichever is lower; or any other method approved by the IRS. However, you are required to use cost if you are using the cash method of accounting.

## Line 35

If you are changing your method of accounting beginning with 2001, refigure last year's closing inventory using your new method of accounting and enter the result on line 35. If there is a difference between last year's closing inventory and the refigured amount, attach an explanation and take it into account when figuring your section 481(a) adjustment. See the example on page C-2 for details.

## Line 41

If you account for inventoriable items in the same manner as materials and supplies that are not incidental, enter on line 41 the portion of your raw materials and merchandise purchased for resale that are included on line 40 and were not sold during the year.

# Part V. Other Expenses

Include all ordinary and necessary business expenses not deducted elsewhere on Schedule C. List the type and amount of each expense separately in the space provided. Enter the total on lines 48 and 27. Do not include the cost of business equipment or furniture, replacements or permanent improvements to property, or personal, living, and family expenses. Do not include charitable contributions. Also, you may not deduct fines or penalties paid to a government for violating any law. For details on business expenses, see **Pub. 535.**

**Amortization.** Include amortization in this part. For amortization that begins in 2001, you must complete and attach **Form 4562.**

You may amortize:

● The cost of pollution-control facilities.

● Amounts paid for research and experimentation.

● Certain business startup costs.

● Qualified forestation and reforestation costs. See Pub. 535 for limitations.

● Amounts paid to acquire, protect, expand, register, or defend trademarks or trade names.

● Goodwill and certain other intangibles.

In general, you **may not** amortize real property construction period interest and taxes. Special rules apply for allocating interest to real or personal property produced in your trade or business.

**At-Risk Loss Deduction.** Any loss from this activity that was not allowed as a deduction last year because of the at-risk rules is treated as a deduction allocable to this activity in 2001.

**Capital Construction Fund. Do not** claim on Schedule C or C-EZ the deduction for amounts contributed to a capital construction fund set up under the Merchant Marine Act of 1936. Instead, reduce the amount you would otherwise enter on Form 1040, line 39, by the amount of the deduction. Next to line 39, enter "CCF" and the amount of the deduction. For details, see **Pub. 595.**

**Deduction for Clean-Fuel Vehicles and Clean-Fuel Vehicle Refueling Property.** You may deduct part of the cost of qualified clean-fuel vehicle property used in your business and qualified clean-fuel vehicle refueling property. See Pub. 535 for details.

**Disabled Access Credit and the Deduction for Removing Barriers to Individuals With Disabilities and the Elderly.** You may be able to claim a tax credit of up to $5,000 for eligible expenditures paid or incurred in 2001 to provide access to your business for individuals with disabilities. See **Form 8826** for details. You can also deduct up to $15,000 of costs paid or incurred in 2001 to remove architectural or transportation barriers to individuals with disabilities and the elderly. However, you cannot take both the credit and the deduction on the same expenditures.

**Principal Business or Professional Activity Codes**

These codes for the Principal Business or Professional Activity classify sole proprietorships by the type of activity they are engaged in to facilitate the administration of the Internal Revenue Code. These six-digit codes are based on the North American Industry Classification System (NAICS).

Select the category that best describes your primary business activity (for example, Real Estate). Then select the activity that best identifies the principal source of your sales or receipts (for example, real estate agent). Now find the six-digit code assigned to this activity and **enter it on line B of**

**Schedule C or C-EZ** (for example, 531210, the Code for offices of real estate agents and brokers).

**Note.** If your principal source of income is from farming activities, you should file **Schedule F,** Profit or Loss From Farming.

## Accommodation, Food Services, & Drinking Places

### Accommodation
| | |
|---|---|
| 721310 | Rooming & boarding houses |
| 721210 | RV (recreational vehicle) parks & recreational camps |
| 721100 | Travel accommodation (including hotels, motels, & bed & breakfast inns) |

### Food Services & Drinking Places
| | |
|---|---|
| 722410 | Drinking places (alcoholic beverages) |
| 722110 | Full-service restaurants |
| 722210 | Limited-service eating places |
| 722300 | Special food services (including food service contractors & caterers) |

## Administrative & Support and Waste Management & Remediation Services

### Administrative & Support Services
| | |
|---|---|
| 561430 | Business service centers (including private mail centers & copy shops) |
| 561740 | Carpet & upholstery cleaning services |
| 561440 | Collection agencies |
| 561450 | Credit bureaus |
| 561410 | Document preparation services |
| 561300 | Employment services |
| 561710 | Exterminating & pest control services |
| 561210 | Facilities support (management) services |
| 561600 | Investigation & security services |
| 561720 | Janitorial services |
| 561730 | Landscaping services |
| 561110 | Office administrative services |
| 561420 | Telephone call centers (including telephone answering services & telemarketing bureaus) |
| 561500 | Travel arrangement & reservation services |
| 561490 | Other business support services (including repossession services, court reporting, & stenotype services) |
| 561790 | Other services to buildings & dwellings |
| 561900 | Other support services (including packaging & labeling services, & convention & trade show organizers) |

### Waste Management & Remediation Services
| | |
|---|---|
| 562000 | Waste management & remediation services |

## Agriculture, Forestry, Hunting, & Fishing
| | |
|---|---|
| 112900 | Animal production (including breeding of cats and dogs) |
| 114110 | Fishing |
| 113000 | Forestry & logging (including forest nurseries & timber tracts) |
| 114210 | Hunting & trapping |

### Support Activities for Agriculture & Forestry
| | |
|---|---|
| 115210 | Support activities for animal production (including farriers) |
| 115110 | Support activities for crop production (including cotton ginning, soil preparation, planting, & cultivating) |
| 115310 | Support activities for forestry |

## Arts, Entertainment, & Recreation

### Amusement, Gambling, & Recreation Industries
| | |
|---|---|
| 713100 | Amusement parks & arcades |
| 713200 | Gambling industries |
| 713900 | Other amusement & recreation services (including golf courses, skiing facilities, marinas, fitness centers, bowling centers, skating rinks, miniature golf courses) |

### Museums, Historical Sites, & Similar Institutions
| | |
|---|---|
| 712100 | Museums, historical sites, & similar institutions |

### Performing Arts, Spectator Sports, & Related Industries
| | |
|---|---|
| 711410 | Agents & managers for artists, athletes, entertainers, & other public figures |
| 711510 | Independent artists, writers, & performers |
| 711100 | Performing arts companies |
| 711300 | Promoters of performing arts, sports, & similar events |
| 711210 | Spectator sports (including professional sports clubs & racetrack operations) |

## Construction
| | |
|---|---|
| 233110 | Land subdivision & land development |
| 233300 | Nonresidential building construction |
| 233200 | Residential building construction |

### Heavy Construction
| | |
|---|---|
| 234100 | Highway, street, bridge, & tunnel construction |
| 234900 | Other heavy construction |

### Special Trade Contractors
| | |
|---|---|
| 235500 | Carpentry & floor contractors |
| 235710 | Concrete contractors |
| 235310 | Electrical contractors |
| 235400 | Masonry, drywall, insulation, & tile contractors |
| 235210 | Painting & wall covering contractors |
| 235110 | Plumbing, heating, & air-conditioning contractors |
| 235610 | Roofing, siding, & sheet metal contractors |
| 235810 | Water well drilling contractors |
| 235900 | Other special trade contractors |

## Educational Services
| | |
|---|---|
| 611000 | Educational services (including schools, colleges, & universities) |

## Finance & Insurance

### Credit Intermediation & Related Activities
| | |
|---|---|
| 522100 | Depository credit intermediation (including commercial banking, savings institutions, & credit unions) |
| 522200 | Nondepository credit intermediation (including sales financing & consumer lending) |
| 522300 | Activities related to credit intermediation (including loan brokers) |

### Insurance Agents, Brokers, & Related Activities
| | |
|---|---|
| 524210 | Insurance agencies & brokerages |
| 524290 | Other insurance related activities |

### Securities, Commodity Contracts, & Other Financial Investments & Related Activities
| | |
|---|---|
| 523140 | Commodity contracts brokers |
| 523130 | Commodity contracts dealers |
| 523110 | Investment bankers & securities dealers |
| 523210 | Securities & commodity exchanges |
| 523120 | Securities brokers |
| 523900 | Other financial investment activities (including investment advice) |

## Health Care & Social Assistance

### Ambulatory Health Care Services
| | |
|---|---|
| 621610 | Home health care services |
| 621510 | Medical & diagnostic laboratories |
| 621310 | Offices of chiropractors |
| 621210 | Offices of dentists |
| 621330 | Offices of mental health practitioners (except physicians) |
| 621320 | Offices of optometrists |
| 621340 | Offices of physical, occupational & speech therapists, & audiologists |
| 621111 | Offices of physicians (except mental health specialists) |
| 621112 | Offices of physicians, mental health specialists |
| 621391 | Offices of podiatrists |
| 621399 | Offices of all other miscellaneous health practitioners |
| 621400 | Outpatient care centers |
| 621900 | Other ambulatory health care services (including ambulance services, blood, & organ banks) |

### Hospitals
| | |
|---|---|
| 622000 | Hospitals |

### Nursing & Residential Care Facilities
| | |
|---|---|
| 623000 | Nursing & residential care facilities |

### Social Assistance
| | |
|---|---|
| 624410 | Child day care services |
| 624200 | Community food & housing, & emergency & other relief services |
| 624100 | Individual & family services |
| 624310 | Vocational rehabilitation services |

## Information
| | |
|---|---|
| 511000 | Publishing industries |

### Broadcasting & Telecommunications
| | |
|---|---|
| 513000 | Broadcasting & telecommunications |

### Information Services & Data Processing Services
| | |
|---|---|
| 514210 | Data processing services |
| 514100 | Information services (including news syndicates, libraries, & on-line information services) |

### Motion Picture & Sound Recording
| | |
|---|---|
| 512100 | Motion picture & video industries (except video rental) |
| 512200 | Sound recording industries |

## Manufacturing
| | |
|---|---|
| 315000 | Apparel mfg. |
| 312000 | Beverage & tobacco product mfg. |
| 334000 | Computer & electronic product mfg. |
| 335000 | Electrical equipment, appliance, & component mfg. |
| 332000 | Fabricated metal product mfg. |
| 337000 | Furniture & related product mfg. |
| 333000 | Machinery mfg. |
| 339110 | Medical equipment & supplies mfg. |
| 322000 | Paper mfg. |
| 324100 | Petroleum & coal products mfg. |
| 326000 | Plastics & rubber products mfg. |
| 331000 | Primary metal mfg. |
| 323100 | Printing & related support activities |
| 313000 | Textile mills |
| 314000 | Textile product mills |
| 336000 | Transportation equipment mfg. |
| 321000 | Wood product mfg. |
| 339900 | Other miscellaneous mfg. |

### Chemical Manufacturing
| | |
|---|---|
| 325100 | Basic chemical mfg. |
| 325500 | Paint, coating, & adhesive mfg. |
| 325300 | Pesticide, fertilizer, & other agricultural chemical mfg. |
| 325410 | Pharmaceutical & medicine mfg. |
| 325200 | Resin, synthetic rubber, & artificial & synthetic fibers & filaments mfg. |
| 325600 | Soap, cleaning compound, & toilet preparation mfg. |
| 325900 | Other chemical product & preparation mfg. |

### Food Manufacturing
| | |
|---|---|
| 311110 | Animal food mfg. |
| 311800 | Bakeries & tortilla mfg. |
| 311500 | Dairy product mfg. |
| 311400 | Fruit & vegetable preserving & speciality food mfg. |
| 311200 | Grain & oilseed milling |
| 311610 | Animal slaughtering & processing |
| 311710 | Seafood product preparation & packaging |
| 311300 | Sugar & confectionery product mfg. |
| 311900 | Other food mfg. (including coffee, tea, flavorings, & seasonings) |

**Principal Business or Professional Activity Codes** (continued)

**Leather & Allied Product Manufacturing**

| | |
|---|---|
| 316210 | Footwear mfg. (including leather, rubber, & plastics) |
| 316110 | Leather & hide tanning & finishing |
| 316990 | Other leather & allied product mfg. |

**Nonmetallic Mineral Product Manufacturing**

| | |
|---|---|
| 327300 | Cement & concrete product mfg. |
| 327100 | Clay product & refractory mfg. |
| 327210 | Glass & glass product mfg. |
| 327400 | Lime & gypsum product mfg. |
| 327900 | Other nonmetallic mineral product mfg. |

**Mining**

| | |
|---|---|
| 212110 | Coal mining |
| 212200 | Metal ore mining |
| 212300 | Nonmetallic mineral mining & quarrying |
| 211110 | Oil & gas extraction |
| 213110 | Support activities for mining |

**Other Services**

**Personal & Laundry Services**

| | |
|---|---|
| 812111 | Barber shops |
| 812112 | Beauty salons |
| 812220 | Cemeteries & crematories |
| 812310 | Coin-operated laundries & drycleaners |
| 812320 | Drycleaning & laundry services (except coin-operated) (including laundry & drycleaning drop off & pickup sites) |
| 812210 | Funeral homes & funeral services |
| 812330 | Linen & uniform supply |
| 812113 | Nail salons |
| 812930 | Parking lots & garages |
| 812910 | Pet care (except veterinary) services |
| 812920 | Photofinishing |
| 812190 | Other personal care services (including diet & weight reducing centers) |
| 812990 | All other personal services |

**Repair & Maintenance**

| | |
|---|---|
| 811120 | Automotive body, paint, interior, & glass repair |
| 811110 | Automotive mechanical & electrical repair & maintenance |
| 811190 | Other automotive repair & maintenance (including oil change & lubrication shops & car washes) |
| 811310 | Commercial & industrial machinery & equipment (except automotive & electronic) repair & maintenance |
| 811210 | Electronic & precision equipment repair & maintenance |
| 811430 | Footwear & leather goods repair |
| 811410 | Home & garden equipment & appliance repair & maintenance |
| 811420 | Reupholstery & furniture repair |
| 811490 | Other personal & household goods repair & maintenance |

**Professional, Scientific, & Technical Services**

| | |
|---|---|
| 541100 | Legal services |
| 541211 | Offices of certified public accountants |
| 541214 | Payroll services |
| 541213 | Tax preparation services |
| 541219 | Other accounting services |

**Architectural, Engineering, & Related Services**

| | |
|---|---|
| 541310 | Architectural services |

| | |
|---|---|
| 541350 | Building inspection services |
| 541340 | Drafting services |
| 541330 | Engineering services |
| 541360 | Geophysical surveying & mapping services |
| 541320 | Landscape architecture services |
| 541370 | Surveying & mapping (except geophysical) services |
| 541380 | Testing laboratories |

**Computer Systems Design & Related Services**

| | |
|---|---|
| 541510 | Computer systems design & related services |

**Specialized Design Services**

| | |
|---|---|
| 541400 | Specialized design services (including interior, industrial, graphic, & fashion design) |

**Other Professional, Scientific, & Technical Services**

| | |
|---|---|
| 541800 | Advertising & related services |
| 541600 | Management, scientific, & technical consulting services |
| 541910 | Market research & public opinion polling |
| 541920 | Photographic services |
| 541700 | Scientific research & development services |
| 541930 | Translation & interpretation services |
| 541940 | Veterinary services |
| 541990 | All other professional, scientific, & technical services |

**Real Estate & Rental & Leasing**

**Real Estate**

| | |
|---|---|
| 531100 | Lessors of real estate (including miniwarehouses & self-storage units) |
| 531210 | Offices of real estate agents & brokers |
| 531320 | Offices of real estate appraisers |
| 531310 | Real estate property managers |
| 531390 | Other activities related to real estate |

**Rental & Leasing Services**

| | |
|---|---|
| 532100 | Automotive equipment rental & leasing |
| 532400 | Commercial & industrial machinery & equipment rental & leasing |
| 532210 | Consumer electronics & appliances rental |
| 532220 | Formal wear & costume rental |
| 532310 | General rental centers |
| 532230 | Video tape & disc rental |
| 532290 | Other consumer goods rental |

**Religious, Grantmaking, Civic, Professional, & Similar Organizations**

| | |
|---|---|
| 813000 | Religious, grantmaking, civic, professional, & similar organizations |

**Retail Trade**

**Building Material & Garden Equipment & Supplies Dealers**

| | |
|---|---|
| 444130 | Hardware stores |
| 444110 | Home centers |
| 444200 | Lawn & garden equipment & supplies stores |
| 444120 | Paint & wallpaper stores |
| 444190 | Other building materials dealers |

**Clothing & Accessories Stores**

| | |
|---|---|
| 448130 | Children's & infants' clothing stores |
| 448150 | Clothing accessories stores |
| 448140 | Family clothing stores |
| 448310 | Jewelry stores |
| 448320 | Luggage & leather goods stores |

| | |
|---|---|
| 448110 | Men's clothing stores |
| 448210 | Shoe stores |
| 448120 | Women's clothing stores |
| 448190 | Other clothing stores |

**Electronic & Appliance Stores**

| | |
|---|---|
| 443130 | Camera & photographic supplies stores |
| 443120 | Computer & software stores |
| 443111 | Household appliance stores |
| 443112 | Radio, television, & other electronics stores |

**Food & Beverage Stores**

| | |
|---|---|
| 445310 | Beer, wine, & liquor stores |
| 445220 | Fish & seafood markets |
| 445230 | Fruit & vegetable markets |
| 445100 | Grocery stores (including supermarkets & convenience stores without gas) |
| 445210 | Meat markets |
| 445290 | Other specialty food stores |

**Furniture & Home Furnishing Stores**

| | |
|---|---|
| 442110 | Furniture stores |
| 442200 | Home furnishings stores |

**Gasoline Stations**

| | |
|---|---|
| 447100 | Gasoline stations (including convenience stores with gas) |

**General Merchandise Stores**

| | |
|---|---|
| 452000 | General merchandise stores |

**Health & Personal Care Stores**

| | |
|---|---|
| 446120 | Cosmetics, beauty supplies, & perfume stores |
| 446130 | Optical goods stores |
| 446110 | Pharmacies & drug stores |
| 446190 | Other health & personal care stores |

**Motor Vehicle & Parts Dealers**

| | |
|---|---|
| 441300 | Automotive parts, accessories, & tire stores |
| 441222 | Boat dealers |
| 441221 | Motorcycle dealers |
| 441110 | New car dealers |
| 441210 | Recreational vehicle dealers (including motor home & travel trailer dealers) |
| 441120 | Used car dealers |
| 441229 | All other motor vehicle dealers |

**Sporting Goods, Hobby, Book, & Music Stores**

| | |
|---|---|
| 451211 | Book stores |
| 451120 | Hobby, toy, & game stores |
| 451140 | Musical instrument & supplies stores |
| 451212 | News dealers & newsstands |
| 451220 | Prerecorded tape, compact disc, & record stores |
| 451130 | Sewing, needlework, & piece goods stores |
| 451110 | Sporting goods stores |

**Miscellaneous Store Retailers**

| | |
|---|---|
| 453920 | Art dealers |
| 453110 | Florists |
| 453220 | Gift, novelty, & souvenir stores |
| 453930 | Manufactured (mobile) home dealers |
| 453210 | Office supplies & stationery stores |
| 453910 | Pet & pet supplies stores |
| 453310 | Used merchandise stores |
| 453990 | All other miscellaneous store retailers (including tobacco, candle, & trophy shops) |

**Nonstore Retailers**

| | |
|---|---|
| 454110 | Electronic shopping & mail-order houses |
| 454310 | Fuel dealers |
| 454210 | Vending machine operators |
| 454390 | Other direct selling establishments (including door-to-door retailing, frozen food plan providers, party plan merchandisers, & coffee-break service providers) |

**Transportation & Warehousing**

| | |
|---|---|
| 481000 | Air transportation |
| 485510 | Charter bus industry |
| 484110 | General freight trucking, local |
| 484120 | General freight trucking, long-distance |
| 485210 | Interurban & rural bus transportation |
| 486000 | Pipeline transportation |
| 482110 | Rail transportation |
| 487000 | Scenic & sightseeing transportation |
| 485410 | School & employee bus transportation |
| 484200 | Specialized freight trucking (including household moving vans) |
| 485300 | Taxi & limousine service |
| 485110 | Urban transit systems |
| 483000 | Water transportation |
| 485990 | Other transit & ground passenger transportation |
| 488000 | Support activities for transportation (including motor vehicle towing) |

**Couriers & Messengers**

| | |
|---|---|
| 492000 | Couriers & messengers |

**Warehousing & Storage Facilities**

| | |
|---|---|
| 493100 | Warehousing & storage (except lessors of miniwarehouses & self-storage units) |

**Utilities**

| | |
|---|---|
| 221000 | Utilities |

**Wholesale Trade**

**Wholesale Trade, Durable Goods**

| | |
|---|---|
| 421600 | Electrical goods |
| 421200 | Furniture & home furnishing |
| 421700 | Hardware, & plumbing & heating equipment & supplies |
| 421940 | Jewelry, watch, precious stone, & precious metals |
| 421300 | Lumber & other construction materials |
| 421800 | Machinery, equipment, & supplies |
| 421500 | Metal & mineral (except petroleum) |
| 421100 | Motor vehicle & motor vehicle parts & supplies |
| 421400 | Professional & commercial equipment & supplies |
| 421930 | Recyclable materials |
| 421910 | Sporting & recreational goods & supplies |
| 421920 | Toy & hobby goods & supplies |
| 421990 | Other miscellaneous durable goods |

**Wholesale Trade, Nondurable Goods**

| | |
|---|---|
| 422300 | Apparel, piece goods, & notions |
| 422800 | Beer, wine, & distilled alcoholic beverage |
| 422920 | Books, periodicals, & newspapers |
| 422600 | Chemical & allied products |
| 422210 | Drugs & druggists' sundries |
| 422500 | Farm product raw materials |
| 422910 | Farm supplies |
| 422930 | Flower, nursery stock, & florists' supplies |
| 422400 | Grocery & related products |
| 422950 | Paint, varnish, & supplies |
| 422100 | Paper & paper products |
| 422700 | Petroleum & petroleum products |
| 422940 | Tobacco & tobacco products |
| 422990 | Other miscellaneous nondurable goods |

| | |
|---|---|
| 999999 | Unclassified establishments (unable to classify) |

# 2001 Instructions for Schedule D, Capital Gains and Losses

Use Schedule D (Form 1040) to report the following.

● The sale or exchange of a capital asset (defined on this page) not reported on another form or schedule.

● Gains from involuntary conversions (other than from casualty or theft) of capital assets not held for business or profit.

● Capital gain distributions not reported directly on Form 1040, line 13.

● Nonbusiness bad debts.

**Additional Information.** See Pub. 544 and Pub. 550 for more details. For a comprehensive filled-in example of Schedule D, see Pub. 550.

*Section references are to the Internal Revenue Code unless otherwise noted.*

## General Instructions

### Changes To Note

● We have simplified the tax computation in Part IV for most taxpayers by eliminating 14 lines. Because of this change, taxpayers with unrecaptured section 1250 gain or 28% rate gain must complete a new worksheet on page D-9 to figure the tax on line 40 of Part IV.

● For 2001 and later years, qualified 5-year gain is taxed at 8% to the extent it otherwise would have been taxed at 10%. See the instructions for line 29 on page D-8.

● You may make an election to recognize gain on certain assets held on January 1, 2001. See page D-2 for details.

### Other Forms You May Have To File

Use **Form 4797** to report the following.

● The sale or exchange of:

**1.** Property used in a trade or business;

**2.** Depreciable and amortizable property;

**3.** Oil, gas, geothermal, or other mineral property; and

**4.** Section 126 property.

● The involuntary conversion (other than from casualty or theft) of property used in a trade or business and capital assets held for business or profit.

● The disposition of noncapital assets other than inventory or property held primarily for sale to customers in the ordinary course of your trade or business.

● Ordinary loss on the sale, exchange, or worthlessness of small business investment company (section 1242) stock.

● Ordinary loss on the sale, exchange, or worthlessness of small business (section 1244) stock.

● Ordinary gain or loss on securities held in connection with your trading business, if you previously made a mark-to-market election. See **Special Rules for Traders in Securities** beginning on page D-3.

Use **Form 4684** to report involuntary conversions of property due to casualty or theft.

Use **Form 6781** to report gains and losses from section 1256 contracts and straddles.

Use **Form 8824** to report like-kind exchanges. A like-kind exchange occurs when you exchange business or investment property for property of a like kind.

## Capital Asset

Most property you own and use for personal purposes, pleasure, or investment is a capital asset. For example, your house, furniture, car, stocks, and bonds are capital assets. A capital asset is any property held by you **except** the following.

● Stock in trade or other property included in inventory or held mainly for sale to customers.

● Accounts or notes receivable for services performed in the ordinary course of your trade or business or as an employee, or from the sale of stock in trade or other property held mainly for sale to customers.

● Depreciable property used in your trade or business, even if it is fully depreciated.

● Real estate used in your trade or business.

● Copyrights, literary, musical, or artistic compositions, letters or memoranda, or similar property: **(a)** created by your personal efforts; **(b)** prepared or produced for you (in the case of letters, memoranda, or similar property); or **(c)** that you received from someone who created them or for whom they were created, as mentioned in **(a)** or **(b)**, in a way (such as by gift) that entitled you to the basis of the previous owner.

● U.S. Government publications, including the Congressional Record, that you received from the government, other than by purchase at the normal sales price, or that you got from someone who had received it in a similar way, if your basis is determined by reference to the previous owner's basis.

● Certain commodities derivative financial instruments held by a dealer. See section 1221(a)(6).

● Certain hedging transactions entered into in the normal course of your trade or business. See section 1221(a)(7).

● Supplies regularly used in your trade or business.

## Short Term or Long Term

Separate your capital gains and losses according to how long you held or owned the property. The holding period for short-term capital gains and losses is 1 year or less. The holding period for long-term capital gains and losses is more than 1 year. To figure the holding period, begin counting on the day after you received the property and include the day you disposed of it.

If you disposed of property that you acquired by inheritance, report the disposition as a long-term gain or loss, regardless of how long you held the property.

A nonbusiness bad debt must be treated as a short-term capital loss. See Pub. 550 for what qualifies as a nonbusiness bad debt and how to enter it on Schedule D.

## Capital Gain Distributions

These distributions are paid by a mutual fund (or other regulated investment company) or real estate investment trust from its net realized long-term capital gains. Enter on line 13, column (f), the **total** capital gain distributions paid to you during the year, regardless of how long you held your investment. This amount is shown in box 2a of **Form 1099-DIV.**

If there is an amount in box 2b of Form 1099-DIV, include that amount on line 13, column (g).

If there is an amount in box 2c, include that amount on line 2 of the **Qualified 5-Year Gain Worksheet** on page D-8 if you are required to complete line 29 of Schedule D.

If there is an amount in box 2d, include that amount on line 11 of the **Unrecaptured Section 1250 Gain Worksheet** on page D-7 if you are required to complete line 19 of Schedule D.

If there is an amount in box 2e, see **Exclusion of Gain on Qualified Small Business (QSB) Stock** beginning on page D-4.

If you received capital gain distributions as a nominee (that is, they were paid to you but actually belong to someone else), report on line 13 only the amount that belongs to you. Attach a statement showing the full amount you received and the amount you received as a nominee. See the Instructions

Cat. No. 24331I

for Schedule B for filing requirements for Forms 1099-DIV and 1096.

## Election To Recognize Gain on Certain Assets Held on January 1, 2001

You may elect to treat certain assets you held on January 1, 2001, as having been sold and then reacquired on the same date. The purpose of the election is to make future gain on the asset eligible for an 18% (instead of 20%) capital gains tax rate. The 18% tax rate is applicable to the extent the gain would otherwise be taxed at 20% if the holding period of the asset begins after December 31, 2000, and the asset is held for more than 5 years.

Any gain on the deemed sale **must** be recognized without regard to any provision of the Internal Revenue Code. For example, if you make the deemed election with respect to your main home, you cannot exclude the gain on the deemed sale under section 121.

A loss from a deemed sale is not allowed in any tax year, but the asset will be eligible for the 18% rate on any future gain. Your basis in the reacquired asset is its closing market price or fair market value, whichever applies, on the date of the deemed sale, whether the deemed sale results in a gain or an unallowed loss.

Any readily tradable stock (that is a capital asset) not sold before January 2, 2001, for which the election is made is deemed to have been sold on January 2, 2001, at its closing market price on that date and reacquired on that date for the same amount. For this purpose, readily tradable stock includes shares issued by an open-end mutual fund. Any other capital asset or property used in a trade or business (section 1231 property) held on January 1, 2001, for which the election is made is deemed to have been sold and reacquired on January 1, 2001, for its fair market value on that date.

If you make the election with respect to your interest in a pass-through entity (such as a mutual fund, partnership, S corporation, etc.) and the pass-through entity makes the election with respect to assets it holds, the pass-through entity's election will be considered to immediately precede your election for deemed sales that occur on the same day.

To make the election, report the deemed sale(s) on your 2001 tax return as if it was an actual sale. However, if the deemed sale results in a loss, enter zero instead of the amount of the loss. Attach a statement to your return stating that you are making an election under section 311 of the Taxpayer Relief Act of 1997 and listing the asset(s) for which you are making the election. You must file the tax return no later than its due date (including extensions). However, if you timely filed your tax return without making the election for one or more eligible assets, you can still make the election for those assets on an amended return filed within 6 months of the due date of your tax return (excluding extensions). Write "Election Under Section 311 of the Taxpayer Relief Act of 1997" at the top of the amended return. Once made, an election for any asset is irrevocable.

**Note.** You may **not** make this election for any asset that you disposed of (in a transaction in which gain or loss is recognized in whole or in part) before the close of the 1-year period beginning on the date that the asset would have been treated as sold under this election.

## Sale of Your Home

If you sold or exchanged your main home, **do not** report it on your tax return unless your gain exceeds your exclusion amount. Generally, if you meet the two tests below, you can exclude up to $250,000 of gain. If both you and your spouse meet these tests and you file a joint return, you can exclude up to $500,000 of gain (but only one spouse needs to meet the ownership requirement in **Test 1**).

**Test 1.** You owned and used the home as your main home for 2 years or more during the 5-year period ending on the date you sold or exchanged your home.

**Test 2.** You have not sold or exchanged another main home during the 2-year period ending on the date of the sale or exchange of your home.

See **Pub. 523** for details, including how to report any taxable gain on Schedule D, if:

- You do not meet one of the above two tests,

- You (or your spouse if married) used any part of the home for business or rental purposes after May 6, 1997, **or**

- Your gain exceeds your exclusion amount.

## Partnership Interests

A sale or other disposition of an interest in a partnership may result in ordinary income, collectibles gain (28% rate gain), or unrecaptured section 1250 gain. For details on 28% rate gain, see page D-6. For details on unrecaptured section 1250 gain, see the instructions for line 19 beginning on page D-6.

## Capital Assets Held for Personal Use

Generally, gain from the sale or exchange of a capital asset held for personal use is a capital gain. Report it on Schedule D, Part I or Part II. However, if you converted depreciable property to personal use, all or part of the gain on the sale or exchange of that property may have to be recaptured as ordinary income. Use Part III of **Form 4797** to figure the amount of ordinary income recapture. The recapture amount is included on line 31 (and line 13) of Form 4797. **Do not** enter any gain for this property on line 32 of Form 4797. If you are not completing Part III for any other properties, enter "N/A" on line 32. If the total gain is more than the recapture amount, enter "From Form 4797" in column (a) of line 1 or line 8 of Schedule D, skip columns (b) through (e), and in column (f) enter the excess of the total gain over the recapture amount.

Loss from the sale or exchange of a capital asset held for personal use is not deductible. But if you had a loss from the sale or exchange of real estate held for personal use for which you received a **Form 1099-S,** you must report the transaction on Schedule D even though the loss is not deductible. For example, you have a loss on the sale of a vacation home that is not your main home and you received a Form 1099-S for the transaction. Report the transaction on line 1 or 8, depending on how long you owned the home. Complete columns (a) through (e). Because the loss is not deductible, enter zero in column (f).

## Nondeductible Losses

**Do not** deduct a loss from the direct or indirect sale or exchange of property between any of the following.

- Members of a family.

- A corporation and an individual owning more than 50% of the corporation's stock (unless the loss is from a distribution in complete liquidation of a corporation).

- A grantor and a fiduciary of a trust.

- A fiduciary and a beneficiary of the same trust.

- A fiduciary and a beneficiary of another trust created by the same grantor.

- An executor of an estate and a beneficiary of that estate, unless the sale or exchange was to satisfy a pecuniary bequest (that is, a bequest of a sum of money).

- An individual and a tax-exempt organization controlled by the individual or the individual's family.

See **Pub. 544** for more details on sales and exchanges between related parties.

If you disposed of **(a)** an asset used in an activity to which the at-risk rules apply or **(b)** any part of your interest in an activity to which the at-risk rules apply, and you have amounts in the activity for which you are not at risk, see the Instructions for Form 6198.

If the loss is allowable under the at-risk rules, it may then be subject to the passive activity rules. See **Form 8582** and its instructions for details on reporting capital gains and losses from a passive activity.

## Items for Special Treatment

● Transactions by a securities dealer. See section 1236.

● Bonds and other debt instruments. See **Pub. 550.**

● Certain real estate subdivided for sale that may be considered a capital asset. See section 1237.

● Gain on the sale of depreciable property to a more than 50% owned entity or to a trust of which you are a beneficiary. See **Pub. 544.**

● Gain on the disposition of stock in an interest charge domestic international sales corporation. See section 995(c).

● Gain on the sale or exchange of stock in certain foreign corporations. See section 1248.

● Transfer of property to a partnership that would be treated as an investment company if it were incorporated. See **Pub. 541.**

● Sales of stock received under a qualified public utility dividend reinvestment plan. See Pub. 550.

● Transfer of appreciated property to a political organization. See section 84.

● In general, no gain or loss is recognized on the transfer of property from an individual to a spouse or a former spouse if the transfer is incident to a divorce. See **Pub. 504.**

● Amounts received on the retirement of a debt instrument generally are treated as received in exchange for the debt instrument. See Pub. 550.

● Any loss on the disposition of converted wetland or highly erodible cropland that is first used for farming after March 1, 1986, is reported as a long-term capital loss on Schedule D, but any gain is reported as ordinary income on Form **4797.**

● Amounts received by shareholders in corporate liquidations. See Pub. 550.

● Cash received in lieu of fractional shares of stock as a result of a stock split or stock dividend. See Pub. 550.

● Mutual fund load charges may not be taken into account in determining gain or loss on certain dispositions of stock in mutual funds if reinvestment rights were exercised. See **Pub. 564.**

● The sale or exchange of S corporation stock or an interest in a trust held for more than 1 year may result in collectibles gain (28% rate gain). See page D-6.

● Gain or loss on the disposition of securities futures contracts. See Pub. 550.

● Gain on the constructive sale of certain appreciated financial positions. See Pub. 550.

● The receipt of cash or stock (that you later sold) upon the demutualization of an insurance company. See Pub. 550 or use TeleTax topic 430 (see page 11 of the Form 1040 instructions).

● Certain constructive ownership transactions. Gain in excess of the gain you would have recognized if you had held a financial asset directly during the term of a derivative contract must be treated as ordinary income. See section 1260. If any portion of the constructive ownership transaction was open in any prior year, you may have to pay interest. See section 1260(b) for details, including how to figure the interest. Include the interest as an additional tax on Form 1040, line 58. Write "Section 1260(b) interest" and the amount of the interest to the left of line 58. This interest is not deductible.

● The sale of publicly traded securities, if you elect to postpone gain by purchasing common stock or a partnership interest in a specialized small business investment company during the 60-day period that began on the date of the sale. See Pub. 550.

● The sale of qualified securities held for at least 3 years to an employee stock ownership plan or eligible worker-owned cooperative, if you elect to postpone gain by purchasing qualified replacement property. See Pub. 550.

● The sale of qualified empowerment zone assets acquired after December 21, 2000, that you held for more than 1 year, if you elect to postpone gain by purchasing other qualified empowerment zone assets during the 60-day period that began on the date of the sale. See Pub. 550 and **Pub. 954.**

## Wash Sales

A wash sale occurs when you sell or otherwise dispose of stock or securities (including a contract or option to acquire or sell stock or securities) at a loss and, within 30 days before or after the sale or disposition, you directly or indirectly:

● Buy substantially identical stock or securities,

● Acquire substantially identical stock or securities in a fully taxable trade, or

● Enter into a contract or option to acquire substantially identical stock or securities.

You **cannot** deduct losses from wash sales unless the loss was incurred in the ordinary course of your business as a dealer in stock or securities. The basis of the substantially identical property (or contract or option to acquire such property) is its cost increased by the disallowed loss. For more details on wash sales, see **Pub. 550.**

Report a wash sale transaction on line 1 or 8. Enter the full amount of the (loss) in column (f). Directly below the line on which you reported the loss, enter "Wash Sale" in column (a), and enter as a positive amount in column (f) the amount of the loss not allowed.

## Special Rules for Traders in Securities

You are a **trader in securities** if you are engaged in the **business** of buying and selling securities for your own account. To be engaged in business as a trader in securities:

● You must seek to **profit from daily market movements** in the prices of securities and not from dividends, interest, or capital appreciation.

● Your activity must be **substantial.**

● You must carry on the activity with **continuity** and **regularity.**

The following facts and circumstances should be considered in determining if your activity is a business.

● Typical holding periods for securities bought and sold.

● The frequency and dollar amount of your trades during the year.

● The extent to which you pursue the activity to produce income for a livelihood.

● The amount of time you devote to the activity.

You are considered an investor, and not a trader, if your activity does not meet the above definition of a business. It does not matter whether you call yourself a trader or a "day trader."

Like an investor, a trader must report each sale of securities (taking into account commissions and any other costs of acquiring or disposing of the securities) on Schedule D or D-1 or on an attached statement containing all the same information for each sale in a similar format. However, if a trader previously made the mark-to-market election (see below), each transaction is reported in Part II of **Form 4797** instead of Schedules D and D-1. Regardless of whether a trader reports his or her gains and losses on Schedules D and D-1 or Form 4797, the gain or loss from the disposition of securities is **not** taken into account when figuring net earnings from self-employment on Schedule SE. See the Instructions for Schedule SE for an exception that applies to section 1256 contracts.

The limitation on investment interest expense that applies to investors does not apply to interest paid or incurred in a trading business. A trader reports interest expense and other expenses (excluding commissions and other costs of acquiring or disposing of securities) from a trading business on Schedule C (instead of Schedule A).

A trader also may hold securities for investment. The rules for investors generally will apply to those securities. Allocate interest and other expenses between your trading business and your investment securities.

### Mark-To-Market Election for Traders

A trader may make an election under section 475(f) to report all gains and losses from

securities held in connection with a trading business as ordinary income (or loss), including securities held at the end of the year. Securities held at the end of the year are "marked to market" by treating them as if they were sold (and reacquired) for fair market value on the last business day of the year. Generally, the election must be made by the due date (**not** including extensions) of the tax return for the year **prior** to the year for which the election becomes effective. To be effective for 2001, the election must have been made by April 16, **2001.**

Starting with the year the election becomes effective, a trader reports all gains and losses from securities held in connection with the trading business, including securities held at the end of the year, in Part II of Form 4797. If you previously made the election, see the Instructions for Form 4797. For details on making the mark-to-market election for 2002, see Pub. 550 or Rev. Proc. 99-17, 1999-1 C.B. 503. You can find Rev. Proc. 99-17 on page 52 of Internal Revenue Bulletin 1999-7 at www.irs.gov.

If you hold securities for investment, they must be identified as such in your records on the day they are acquired (for example, by holding the securities in a separate brokerage account). Securities held for investment are not marked-to-market.

## Short Sales

A short sale is a contract to sell property you borrowed for delivery to a buyer. At a later date, you either buy substantially identical property and deliver it to the lender or deliver property that you held but did not want to transfer at the time of the sale. Usually, your holding period is the amount of time you actually held the property eventually delivered to the lender to close the short sale. However, your gain when closing a short sale is short term if you **(a)** held substantially identical property for 1 year or less on the date of the short sale or **(b)** acquired property substantially identical to the property sold short after the short sale but on or before the date you close the short sale. If you held substantially identical property for more than 1 year on the date of a short sale, any loss realized on the short sale is a long-term capital loss, even if the property used to close the short sale was held 1 year or less.

## Gain or Loss From Options

Report on Schedule D gain or loss from the closing or expiration of an option that is not a section 1256 contract but is a capital asset in your hands. If an option you purchased expired, enter the expiration date in column (c) and enter **"EXPIRED"** in column (d). If an option that was granted (written) expired, enter the expiration date in column (b) and enter **"EXPIRED"** in column (e). Fill in the other columns as appropriate. See **Pub. 550** for details.

## Undistributed Capital Gains

Include on line 11, column (f), the amount from box 1a of **Form 2439.** This represents your share of the undistributed long-term capital gains of the regulated investment company (including a mutual fund) or real estate investment trust.

If there is an amount in box 1b of Form 2439, include that amount on line 11, column (g).

If there is an amount in box 1c, include that amount on line 2 of the **Qualified 5-Year Gain Worksheet** on page D-8 if you are required to complete line 29 of Schedule D.

If there is an amount in box 1d, include that amount on line 11 of the **Unrecaptured Section 1250 Gain Worksheet** on page D-7 if you are required to complete line 19 of Schedule D.

If there is an amount in box 1e, see **Exclusion of Gain on Qualified Small Business (QSB) Stock** on this page.

Enter on Form 1040, line 65, the tax paid as shown in box 2 of Form 2439. Also on line 65, check the box for Form 2439. Add to the basis of your stock the excess of the amount included in income over the amount of the credit for the tax paid. See **Pub. 550** for details.

## Installment Sales

If you sold property (other than publicly traded stocks or securities) at a gain and you will receive a payment in a tax year after the year of sale, you generally must report the sale on the installment method unless you elect not to. Use **Form 6252** to report the sale on the installment method. Also use Form 6252 to report any payment received in 2001 from a sale made in an earlier year that you reported on the installment method.

To elect out of the installment method, report the full amount of the gain on Schedule D on a timely filed return (including extensions) for the year of the sale. If your original return was filed on time, you may make the election on an amended return filed no later than 6 months after the due date of your return (excluding extensions). Write "Filed pursuant to section 301.9100-2" at the top of the amended return.

## Exclusion of Gain on Qualified Small Business (QSB) Stock

Section 1202 allows for an exclusion of up to 50% of the eligible gain on the sale or exchange of QSB stock. The section 1202 exclusion applies only to QSB stock held for more than 5 years.

To be **QSB stock,** the stock must meet **all** of the following tests.

● It must be stock in a C corporation (that is, not S corporation stock).

● It must have been originally issued after August 10, 1993.

● As of the date the stock was issued, the corporation was a domestic C corporation with total gross assets of $50 million or less **(a)** at all times after August 9, 1993, and before the stock was issued and **(b)** immediately after the stock was issued. Gross assets include those of any predecessor of the corporation. All corporations that are members of the same parent-subsidiary controlled group are treated as one corporation.

● You must have acquired the stock at its original issue (either directly or through an underwriter), either in exchange for money or other property or as pay for services (other than as an underwriter) to the corporation. In certain cases, you may meet the test if you acquired the stock from another person who met the test (such as by gift or inheritance) or through a conversion or exchange of QSB stock you held.

● During substantially all the time you held the stock:

**1.** The corporation was a C corporation,

**2.** At least 80% of the value of the corporation's assets were used in the active conduct of one or more qualified businesses (defined below), and

**3.** The corporation **was not** a foreign corporation, DISC, former DISC, regulated investment company, real estate investment trust, REMIC, FASIT, cooperative, or a corporation that has made (or that has a subsidiary that has made) a section 936 election.

---

**Note.** A specialized small business investment company (SSBIC) is treated as having met test **2** above.

---

A **qualified business** is any business **other than** a—

● Business involving services performed in the fields of health, law, engineering, architecture, accounting, actuarial science, performing arts, consulting, athletics, financial services, or brokerage services.

● Business whose principal asset is the reputation or skill of one or more employees.

● Banking, insurance, financing, leasing, investing, or similar business.

● Farming business (including the raising or harvesting of trees).

● Business involving the production of products for which percentage depletion can be claimed.

● Business of operating a hotel, motel, restaurant, or similar business.

For more details about limits and additional requirements that may apply, see section 1202.

## Pass-Through Entities

If you held an interest in a pass-through entity (a partnership, S corporation, or mutual fund or other regulated investment

company) that sold QSB stock, to qualify for the exclusion you must have held the interest on the date the pass-through entity acquired the QSB stock and at all times thereafter until the stock was sold.

## How To Report

Report in column (f) of line 8 the entire gain realized on the sale of QSB stock. In column (g) of line 8, report as 28% rate gain an amount equal to the section 1202 exclusion. Complete all other columns as indicated. Directly below the line on which you reported the gain, enter in column (a) "Section 1202 exclusion" and enter as a (loss) in column (f) the amount of the allowable exclusion.

**Gain From Form 1099-DIV.** If you received a Form 1099-DIV with a gain in box 2e, part or all of that gain (which is also included in box 2a) may be eligible for the section 1202 exclusion. In column (a) of line 8, enter the name of the corporation whose stock was sold. In column (f), enter the amount of your allowable exclusion as a loss. In column (g), enter the amount of your allowable exclusion as a gain.

**Gain From Form 2439.** If you received a Form 2439 with a gain in box 1e, part or all of that gain (which is also included in box 1a) may be eligible for the section 1202 exclusion. In column (a) of line 8, enter the name of the corporation whose stock was sold. In column (f), enter the amount of your allowable exclusion as a loss. In column (g), enter the amount of your allowable exclusion as a gain.

**Gain From an Installment Sale of QSB Stock.** If all payments are not received in the year of sale, a sale of QSB stock that is not traded on an established securities market generally is treated as an installment sale and is reported on Form 6252. Figure the allowable section 1202 exclusion for the year by multiplying the total amount of the exclusion by a fraction, the numerator of which is the amount of eligible gain to be recognized for the tax year and the denominator of which is the total amount of eligible gain. In column (a) of line 8, enter the name of the corporation whose stock was sold. In column (f), enter the amount of your allowable exclusion as a loss. In column (g), enter the amount of your allowable exclusion as a gain.

**Alternative Minimum Tax.** You must enter 42% of your allowable exclusion for the year on **Form 6251,** line 14m.

## Rollover of Gain From QSB Stock

If you sold QSB stock (defined on page D-4) that you held for more than 6 months, you may elect to postpone gain if you purchase other QSB stock during the 60-day period that began on the date of the sale. A pass-

through entity also may make the election to postpone gain. The benefit of the postponed gain applies to your share of the entity's postponed gain if you held an interest in the entity for the entire period the entity held the QSB stock. If a pass-through entity sold QSB stock held for more than 6 months and you held an interest in the entity for the entire period the entity held the stock, you also may elect to postpone gain if you, rather than the pass-through entity, purchase the replacement QSB stock within the 60-day period.

You must recognize gain to the extent the sale proceeds exceed the cost of the replacement stock. Reduce the basis of the replacement stock by any postponed gain.

You must make the election no later than the due date (including extensions) for filing your tax return for the tax year in which the QSB stock was sold. If your original return was filed on time, you may make the election on an amended return filed no later than 6 months after the due date of your return (excluding extensions). Write "Filed pursuant to section 301.9100-2" at the top of the amended return.

To make the election, report the entire gain realized on the sale on line 1 or 8. Directly below the line on which you reported the gain, enter in column (a) "Section 1045 rollover," and enter as a (loss) in column (f) the amount of the postponed gain.

# Specific Instructions

## Lines 1 and 8

Enter all sales and exchanges of capital assets, including stocks, bonds, etc., and real estate (if not reported on Form 4684, 4797, 6252, 6781, or 8824). But **do not** report the sale of your main home unless required (see page D-2). Include these transactions even if you did not receive a **Form 1099-B** or **1099-S** (or substitute statement) for the transaction. You can use stock ticker symbols or abbreviations to describe the property as long as they are based on the descriptions of the property as shown on Form 1099-B or 1099-S (or substitute statement).

Use **Schedule D-1** to list additional transactions for lines 1 and 8. Use as many Schedules D-1 as you need. Enter on Schedule D, lines 2 and 9, the combined totals from all your Schedules D-1.

    Add the following amounts reported to you for 2001 on Forms 1099-B and 1099-S (or substitute statements) that you are not reporting on another form or schedule included with your return: **(a)** proceeds from transactions involving stocks, bonds, and other securities and **(b)** gross proceeds from real estate transactions (other than the sale of your main home if you are not required

to report it). If this total is **more** than the total of lines 3 and 10, attach an explanation of the difference.

## Column (b)—Date Acquired

Enter in this column the date the asset was acquired. Use the trade date for stocks and bonds traded on an exchange or over-the-counter market. For stock or other property sold short, enter the date the stock or property was delivered to the broker or lender to close the short sale.

If you disposed of property that you acquired by inheritance, report the gain or (loss) on line 8 and enter **"INHERITED"** in column (b) instead of the date you acquired the property.

If you sold a block of stock (or similar property) that was acquired through several different purchases, you may report the sale on one line and enter **"VARIOUS"** in column (b). However, you still must report the short-term gain or (loss) on the sale in Part I and the long-term gain or (loss) in Part II.

## Column (c)—Date Sold

Enter in this column the date the asset was sold. Use the trade date for stocks and bonds traded on an exchange or over-the-counter market. For stock or other property sold short, enter the date you sold the stock or property you borrowed to open the short sale transaction.

## Column (d)—Sales Price

Enter in this column either the gross sales price or the net sales price from the sale. If you sold stocks or bonds and you received a Form 1099-B (or substitute statement) from your broker that shows gross sales price, enter that amount in column (d). But if Form 1099-B (or substitute statement) indicates that gross proceeds minus commissions and option premiums were reported to the IRS, enter that net amount in column (d). If you enter the net amount in column (d), **do not** include the commissions and option premiums from the sale in column (e).

You should not have received a Form 1099-B (or substitute statement) for a transaction merely representing the return of your original investment in a nontransferable obligation, such as a savings bond or a certificate of deposit. But if you did, report the amount shown on Form 1099-B (or substitute statement) in both columns (d) and (e).

    Be sure to add all sales price entries on lines 1 and 8, column (d), to amounts on lines 2 and 9, column (d). Enter the totals on lines 3 and 10.

## Column (e)—Cost or Other Basis

In general, the cost or other basis is the cost of the property plus purchase commissions and improvements, minus depreciation,

**Capital Loss Carryover Worksheet—Line 18**                *Keep for Your Records*        

Use this worksheet to figure your capital loss carryovers from 2001 to 2002 if Schedule D, line 18, is a loss and **(a)** that loss is a smaller loss than the loss on Schedule D, line 17, **or (b)** Form 1040, line 37, is a loss. Otherwise, you do not have any carryovers.

  **1.** Enter the amount from Form 1040, line 37. If a loss, enclose the amount in parentheses . . . .   **1.** _____

  **2.** Enter the loss from Schedule D, line 18, as a positive amount . . . . . . . . . .   **2.** _____

  **3.** Combine lines 1 and 2. If zero or less, enter -0- . . . . . . . . . . . .   **3.** _____

  **4.** Enter the **smaller** of line 2 or line 3 . . . . . . . . . . . . . .   **4.** _____

     **If line 7 of Schedule D is a loss, go to line 5; otherwise, enter -0- on line 5 and go to line 9.**

  **5.** Enter the loss from Schedule D, line 7, as a positive amount . . . . . . . . . .   **5.** _____

  **6.** Enter any gain from Schedule D, line 16 . . . . . . . . . **6.** _____

  **7.** Add lines 4 and 6 . . . . . . . . . . . . . . . . . .   **7.** _____

  **8.** **Short-term capital loss carryover to 2002.** Subtract line 7 from line 5. If zero or less, enter -0- .   **8.** _____

     **If line 16 of Schedule D is a loss, go to line 9; otherwise, skip lines 9 through 13.**

  **9.** Enter the loss from Schedule D, line 16, as a positive amount . . . . . . . . . .   **9.** _____

**10.** Enter any gain from Schedule D, line 7 . . . . . . . . . **10.** _____

**11.** Subtract line 5 from line 4. If zero or less, enter -0- . . . . . . **11.** _____

**12.** Add lines 10 and 11 . . . . . . . . . . . . . . . . . **12.** _____

**13.** **Long-term capital loss carryover to 2002.** Subtract line 12 from line 9. If zero or less, enter -0- . **13.** _____

---

amortization, and depletion. If you inherited the property, got it as a gift, or received it in a tax-free exchange, involuntary conversion, or "wash sale" of stock, you may not be able to use the actual cost as the basis. If you do not use the actual cost, attach an explanation of your basis.

If you sold stock, adjust your basis by subtracting all the nontaxable distributions you received before the sale. Also adjust your basis for any stock splits. See **Pub. 550** for details.

You may elect to use an average basis for all shares of a mutual fund if you acquired the shares at various times and prices and you left the shares on deposit in an account handled by a custodian or agent who acquired or redeemed those shares. If you are reporting an average basis, include "AVGB" in column (a) of Schedule D. For details on making the election and how to figure average basis, see **Pub. 564.**

The basis of property acquired by gift is generally the basis of the property in the hands of the donor. The basis of property acquired from a decedent is generally the fair market value at the date of death. See **Pub. 544** for details.

Increase the cost or other basis of an original issue discount (OID) debt instrument by the amount of OID that has been included in gross income for that instrument.

If a charitable contribution deduction is allowed because of a bargain sale of property to a charitable organization, the adjusted basis for purposes of determining gain from the sale is the amount that has the same ratio to the adjusted basis as the amount realized has to the fair market value.

Increase your cost or other basis by any expense of sale, such as broker's fees, commissions, state and local transfer taxes, and option premiums, before making an entry in column (e) unless you reported the net sales price in column (d).

For more details, see **Pub. 551.**

## Column (f)—Gain or (Loss)

You **must** make a separate entry in this column for each transaction reported on lines 1 and 8 and any other line(s) that applies to you. For lines 1 and 8, subtract the amount in column (e) from the amount in column (d). Enter negative amounts in parentheses.

## Column (g)—28% Rate Gain or (Loss)

Enter in column (g) **only** the amount, if any, from Part II, column (f), that is equal to the amount of your section 1202 exclusion from the eligible gain on qualified small business stock (see page D-4) or from collectibles gains and losses. A **collectibles gain or loss** is any long-term gain or deductible long-term loss from the sale or exchange of a collectible that is a capital asset.

**Collectibles** include works of art, rugs, antiques, metals (such as gold, silver, and platinum bullion), gems, stamps, coins, alcoholic beverages, and certain other tangible property.

Also include gain (but not loss) from the sale or exchange of an interest in a partnership, S corporation, or trust held for more than 1 year and attributable to unrealized appreciation of collectibles. For details, see Regulations section 1.1(h)-1. Also attach the statement required under Regulations section 1.1(h)-1(e).

## Line 19

If you complete Part IV, complete the worksheet on page D-7 if **any** of the following apply for 2001.

  ● You sold or otherwise disposed of section 1250 property (generally, real property that you depreciated) held more than 1 year.

  ● You received installment payments for section 1250 property held more than 1 year for which you are reporting gain on the installment method.

  ● You received a Schedule K-1 from an estate or trust, partnership, or S corporation that shows "unrecaptured section 1250 gain."

  ● You received a Form 1099-DIV or Form 2439 from a real estate investment trust or regulated investment company (including a mutual fund) that reports "unrecaptured section 1250 gain."

  ● You reported a long-term capital gain from the sale or exchange of an interest in a partnership that owned section 1250 property.

## Instructions for the Unrecaptured Section 1250 Gain Worksheet on Page D-7

**Lines 1 through 3.** If you had more than one property described on line 1, complete lines 1 through 3 for each property on a separate worksheet. Enter the total of the line 3 amounts for all properties on line 3 and go to line 4.

**Line 4.** To figure the amount to enter on line 4, follow the steps below for each installment sale of trade or business property held more than 1 year.

  *Step 1.* Figure the **smaller** of **(a)** the depreciation allowed or allowable or **(b)** the

total gain for the sale. This is the **smaller** of line 22 or line 24 of your 2001 Form 4797 (or the comparable lines of Form 4797 for the year of sale) for the property.

**Step 2.** Reduce the amount figured in step 1 by any section 1250 ordinary income recapture for the sale. This is the amount from line 26g of your 2001 Form 4797 (or the comparable line of Form 4797 for the year of sale) for the property. The result is your total unrecaptured section 1250 gain that must be allocated to the installment payments received from the sale.

**Step 3.** Generally, the amount of section 1231 gain on each installment payment is treated as unrecaptured section 1250 gain until the total unrecaptured section 1250 gain figured in step 2 has been used in full. Figure the amount of gain treated as unrecaptured section 1250 gain for installment payments received in 2001 as the **smaller** of **(a)** the amount from line 26 or line 37 of the 2001 Form 6252, whichever applies, or **(b)** the amount of unrecaptured section 1250 gain remaining to be reported. This amount is generally the total unrecaptured section 1250 gain for the sale reduced by all gain reported in prior years (excluding section 1250 ordinary income recapture). However, if you chose not to treat all of the gain from payments received after May 6, 1997, and before August 24, 1999, as unrecaptured section 1250 gain, use only the amount you chose to treat as unrecaptured section 1250 gain for those payments to reduce the total unrecaptured section 1250 gain remaining to be reported for the sale. Include this amount on line 4.

**Line 10.** Include on line 10 your share of the partnership's unrecaptured section 1250 gain that would result if the partnership had transferred all of its section 1250 property in a fully taxable transaction immediately before you sold or exchanged your interest in that partnership. If you recognized less than all of the realized gain, the partnership will be treated as having transferred only a proportionate amount of each section 1250 property. For details, see Regulations section 1.1(h)-1. Also attach the statement required under Regulations section 1.1(h)-1(e).

**Line 12.** An example of an amount to include on line 12 is unrecaptured section 1250 gain from the sale of a vacation home you previously used as a rental property but converted to personal use prior to the sale. To figure the amount to enter on line 12, follow the applicable instructions below.

***Installment sales.*** To figure the amount to include on line 12, follow the steps below for each installment sale of property held more than 1 year for which you did not make an entry in Part I of your Form 4797 for the year of sale.

● **Step 1.** Figure the **smaller** of **(a)** the depreciation allowed or allowable or **(b)** the total gain for the sale. This is the **smaller** of line 22 or line 24 of your 2001 Form 4797 (or the comparable lines of Form 4797 for the year of sale) for the property.

● **Step 2.** Reduce the amount figured in step 1 by any section 1250 ordinary income recapture for the sale. This is the amount from line 26g of your 2001 Form 4797 (or the comparable line of Form 4797 for the year of sale) for the property. The result is your total unrecaptured section 1250 gain that must be allocated to the installment payments received from the sale.

---

## Unrecaptured Section 1250 Gain Worksheet—Line 19          *Keep for Your Records*



> **If you are not reporting a gain on Form 4797, line 7, skip lines 1 through 9 and go to line 10.**

1. If you have a section 1250 property in Part III of Form 4797 for which you made an entry in Part I of Form 4797 (but not on Form 6252), enter the **smaller** of line 22 or line 24 of Form 4797 for that property. If you did not have any such property, go to line 4. If you had more than one such property, see instructions   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   1. _____

2. Enter the amount from Form 4797, line 26g, for the property for which you made an entry on line 1   .   2. _____

3. Subtract line 2 from line 1   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   3. _____

4. Enter the total unrecaptured section 1250 gain included on line 26 or line 37 of Form(s) 6252 from installment sales of trade or business property held more than 1 year (see instructions)   .   .   .   .   .   4. _____

5. Enter the total of any amounts reported to you on a Schedule K-1 from a partnership or an S corporation as "unrecaptured section 1250 gain"   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   5. _____

6. Add lines 3 through 5   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   6. _____

7. Enter the **smaller** of line 6 or the gain from Form 4797, line 7   .   .   .   .   .   7. _____

8. Enter the amount, if any, from Form 4797, line 8   .   .   .   .   .   .   .   8. _____

9. Subtract line 8 from line 7. If zero or less, enter -0-   .   .   .   .   .   .   .   .   .   .   .   .   .   .   9. _____

10. Enter the amount of any gain from the sale or exchange of an interest in a partnership attributable to unrecaptured section 1250 gain (see instructions)   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   10. _____

11. Enter the total of any amounts reported to you on a Schedule K-1, Form 1099-DIV, or Form 2439 as "unrecaptured section 1250 gain" from an estate, trust, real estate investment trust, or mutual fund (or other regulated investment company)   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   11. _____

12. Enter the total of any unrecaptured section 1250 gain from sales (including installment sales) or other dispositions of section 1250 property held more than 1 year for which you did not make an entry in Part I of Form 4797 for the year of sale (see instructions)   .   .   .   .   .   .   .   .   .   .   .   .   12. _____

13. Add lines 9 through 12   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   13. _____

14. Enter the gain or (loss) from Schedule D, line 15   .   .   .   .   .   .   .   .   14. _____

15. Enter the (loss), if any, from Schedule D, line 7. If Schedule D, line 7, is zero or a gain, enter -0-   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   15. _____

16. Combine lines 14 and 15. If the result is zero or a gain, enter -0-. If the result is a (loss), enter it as a positive amount   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   16. _____

17. **Unrecaptured section 1250 gain.** Subtract line 16 from line 13. If zero or less, enter -0-. Enter the result here and on Schedule D, line 19   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   17. _____

**D-7**

## Line 29—Qualified 5-Year Gain

Qualified 5-year gain is long-term capital gain (other than 28% rate gain or gain on line 6 or 10 through 12 of the **Unrecaptured Section 1250 Gain Worksheet**) from the sale or other disposition of property held more than 5 years. Qualified 5-year gain is taxed at 8% to the extent the gain would otherwise be taxed at 10%. To figure your qualified 5-year gain, complete the worksheet on this page if any of the following apply.

● You sold or otherwise disposed of property at a gain that you had held for more than 5 years.

● You received a Schedule K-1 from an estate, trust, partnership, or S corporation that reports "qualified 5-year gain."

● You received a Form 1099-DIV (or Form 2439) with "qualified 5-year gain" reported in box 2c (box 1c of Form 2439).

● You received payments from an installment sale of property that you had held for more than 5 years when you entered into the installment sale.

**Example.** John and Carol Maple had the following capital gains for 2001.

**1.** A sale of stock held for 3 years at a gain of $3,700.

**2.** A sale of stock held for more than 5 years at a gain of $500.

**3.** A sale of stock held for 6 years at a loss of $1,950.

**4.** An $1,800 capital gain distribution from a mutual fund reported in box 2a of Form 1099-DIV. The Form 1099-DIV also shows $900 in box 2c.

**5.** A sale of a painting held for more than 5 years at a gain of $1,800.

**6.** A sale of a rental home for $101,000 purchased in 1995 for $100,000, on which $4,300 of allowable straight-line depreciation was claimed, for a net gain of $5,300.

**7.** A Schedule K-1 from a partnership reporting $2,300 of total long-term capital gain, $200 "qualified 5-year gain" from capital assets, a $5,200 net loss from trade or business (section 1231) property, and $400 "qualified 5-year gain" from trade or business (section 1231) property.

**8.** A long-term capital loss carryover of $5,800.

John and Carol Maple have total qualified 5-year gain of $3,000 figured on the **Qualified 5-Year Gain Worksheet** as follows. They enter $2,300 from items 2 and 5 on line 1. To complete line 2, the Maples first determine that the amount on their Form 4797, line 7, is $100, consisting of the $5,300 gain from item 6 and the $5,200 loss from item 7. Because Form 4797, line 7, is more than zero, they include the $5,300 gain from item 6 and the $400 gain from item 7, or $5,700, on line 2. The Maples enter zero on line 3. They enter $900 from item 4 and $200 from item 7, or $1,100, on line 4. The Maples add lines 1 through 4 of the worksheet and enter $9,100 on line 5. On line 6, they include the $1,800 gain from item 5 because it is 28% rate gain from the sale of a collectible and $4,300 from item 6 because it is included on line 6 of the **Unrecaptured Section 1250 Gain Worksheet.** (The Maples entered $4,300 on line 1 of the Unrecaptured Section 1250 Gain Worksheet, zero on line 2, and $4,300 on lines 3 and 6.) The Maples subtract the $6,100 on line 6 of the worksheet from the $9,100 on line 5. They enter the result, $3,000 on line 7 of the worksheet and on Schedule D, line 29.

● **Step 3.** Generally, the amount of capital gain on each installment payment is treated as unrecaptured section 1250 gain until the total unrecaptured section 1250 gain figured in step 2 has been used in full. Figure the amount of gain treated as unrecaptured section 1250 gain for installment payments received in 2001 as the **smaller** of **(a)** the amount from line 26 or line 37 of your 2001 Form 6252, whichever applies, or **(b)** the amount of unrecaptured section 1250 gain remaining to be reported. This amount is generally the total unrecaptured section 1250 gain for the sale reduced by all gain reported in prior years (excluding section 1250 ordinary income recapture). However, if you chose not to treat all of the gain from payments received after May 6, 1997, and before August 24, 1999, as unrecaptured section 1250 gain, use only the amount you chose to treat as unrecaptured section 1250 gain for those payments to reduce the total unrecaptured section 1250 gain remaining to be reported for the sale. Include this amount on line 12.

***Other sales or dispositions of section 1250 property.*** For each sale of property held more than 1 year (for which you did not make an entry in Part I of Form 4797), figure the **smaller** of **(a)** the depreciation allowed or allowable or **(b)** the total gain for the sale. This is the **smaller** of line 22 or line 24 of Form 4797 for the property. Next, reduce that amount by any section 1250 ordinary income recapture for the sale. This is the amount from line 26g of Form 4797 for the property. The result is the total unrecaptured section 1250 gain for the sale. Include this amount on line 12.

---

### Qualified 5-Year Gain Worksheet—Line 29
*Keep for Your Records* 

**1.** Enter the total of all gains that you reported on line 8, column (f), of Schedules D and D-1 from dispositions of property held more than 5 years. **Do not** reduce these gains by any losses . . . . **1.** _____

**2.** Enter the total of all gains from dispositions of property held more than 5 years from Form 4797, Part I, but **only** if Form 4797, line 7, is more than zero. **Do not** reduce these gains by any losses . . . **2.** _____

**3.** Enter the total of all capital gains from dispositions of property held more than 5 years from Form 4684, line 4; Form 6252; Form 6781, Part II; and Form 8824. **Do not** reduce these gains by any losses . **3.** _____

**4.** Enter the total of any qualified 5-year gain reported to you on:
   ● Form 1099-DIV, box 2c;
   ● Form 2439, box 1c; and
   ● Schedule K-1 from a partnership, S corporation, estate, or trust (**do not** include gains from section 1231 property; take them into account on line 2 above, but **only** if Form 4797, line 7, is more than zero). . . . . . . . **4.** _____

**5.** Add lines 1 through 4 . . . . . . . . . . . . . . . . . . . . . . . . . **5.** _____

**6.** Enter the part, if any, of the gain on line 5 that is:
   ● Attributable to 28% rate gain **or**
   ● Included on line 6, 10, 11, or 12 of the **Unrecaptured Section 1250 Gain Worksheet** on page D-7. . . . . . . . **6.** _____

**7. Qualified 5-year gain.** Subtract line 6 from line 5. Enter the result here and on Schedule D, line 29 **7.** _____

**Schedule D Tax Worksheet—Line 40**                                    *Keep for Your Records* 

**Complete this worksheet only if line 15 or line 19 of Schedule D is more than zero.** Otherwise, complete Part IV of Schedule D to figure your tax. **Exception: Do not** use Schedule D, Part IV, or this worksheet to figure your tax if line 16 or line 17 of Schedule D or Form 1040, line 39, is zero or less; instead, see the instructions for Form 1040, line 40.

1.  Enter your taxable income from Form 1040, line 39 . . . . . . . . . . . . . . . . . **1.** _____

2.  Enter the **smaller** of line 16 or line 17 of Schedule D . . . **2.** _____

3.  If you are filing Form 4952, enter the amount from Form 4952, line 4e. Otherwise, enter -0-. **Also enter this amount on Schedule D, line 22** . . . . . . . . . . **3.** _____

4.  Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . **4.** _____

5.  Combine lines 7 and 15 of Schedule D. If zero or less, enter -0- **5.** _____

6.  Enter the **smaller** of line 5 above or Schedule D, line 15, but not less than zero . . . . . . . . . . . . . . . . . **6.** _____

7.  Enter the amount from Schedule D, line 19 . . . . . **7.** _____

8.  Add lines 6 and 7 . . . . . . . . . . . . . . . **8.** _____

9.  Subtract line 8 from line 4. If zero or less, enter -0- . . . . . . . . . . **9.** _____

10. Subtract line 9 from line 1. If zero or less, enter -0- . . . . . . . . . . **10.** _____

11. Enter the **smaller** of:
    - The amount on line 1 **or**
    - $45,200 if married filing jointly or
      qualifying widow(er);
      $27,050 if single;               . . . . . .   **11.** _____
      $36,250 if head of household; or
      $22,600 if married filing separately

12. Enter the **smaller** of line 10 or line 11 . . . . . . . **12.** _____

13. Subtract line 4 from line 1. If zero or less, enter -0- . . . **13.** _____

14. Enter the **larger** of line 12 or line 13 . . . . . . . ▶ **14.** _____

15. Figure the tax on the amount on line 14. Use the Tax Table or Tax Rate Schedules, whichever applies ▶ **15.** _____

    **If lines 11 and 12 are the same, skip lines 16 through 21 and go to line 22. Otherwise, go to line 16.**

16. Subtract line 12 from line 11 . . . . . . . . . . . ▶ **16.** _____

17. Enter your qualified 5-year gain, if any, from line 7 of the worksheet on page D-8. **Also enter this amount on Schedule D, line 29** . . . . . . . . . . . . . . **17.** _____

18. Enter the **smaller** of line 16 above or line 17 above . . . . . . . . . . **18.** _____

19. Multiply line 18 by 8% (.08) . . . . . . . . . . . . . **19.** _____

20. Subtract line 18 from line 16 . . . . . . . . . . . **20.** _____

21. Multiply line 20 by 10% (.10) . . . . . . . . . . . . . **21.** _____

    **If lines 1 and 11 are the same, skip lines 22 through 34 and go to line 35. Otherwise, go to line 22.**

22. Enter the **smaller** of line 1 or line 9 . . . . . . . . **22.** _____

23. Enter the amount from line 16 (if line 16 is blank, enter -0-) . **23.** _____

24. Subtract line 23 from line 22 . . . . . . . . . . . ▶ **24.** _____

25. Multiply line 24 by 20% (.20) . . . . . . . . . . . . . **25.** _____

    **If line 7 is zero or blank, skip lines 26 through 31 and go to line 32. Otherwise, go to line 26.**

26. Enter the **smaller** of line 4 or line 7 . . . . . . . . **26.** _____

27. Add lines 4 and 14 . . . . . . . **27.** _____

28. Enter the amount from line 1 above . . **28.** _____

29. Subtract line 28 from line 27. If zero or less, enter -0- . . **29.** _____

30. Subtract line 29 from line 26. If zero or less, enter -0- . . . . . . . ▶ **30.** _____

31. Multiply line 30 by 25% (.25) . . . . . . . . . . . . . **31.** _____

    **If line 6 is zero, skip lines 32 through 34 and go to line 35. Otherwise, go to line 32.**

32. Add lines 14, 16, 24, and 30 . . . . . . . . . . . **32.** _____

33. Subtract line 32 from line 1 . . . . . . . . . . . **33.** _____

34. Multiply line 33 by 28% (.28) . . . . . . . . . . . . . . . . . **34.** _____

35. Add lines 15, 19, 21, 25, 31, and 34 . . . . . . . . . . . . . . . . **35.** _____

36. Figure the tax on the amount on line 1. Use the Tax Table or Tax Rate Schedules, whichever applies . . **36.** _____

37. **Tax on all taxable income (including capital gains).** Enter the **smaller** of line 35 or line 36. Also enter this amount on Schedule D, line 40, **and** Form 1040, line 40 . . . . . . . . . . . . . . . . . **37.** _____

# 2001 Instructions for Schedule E, Supplemental Income and Loss

Use Schedule E (Form 1040) to report income or loss from rental real estate, royalties, partnerships, S corporations, estates, trusts, and residual interests in REMICs.

You may attach your own schedule(s) to report income or loss from any of these sources. Use the same format as on Schedule E.

Enter separately on Schedule E the total income and the total loss for each part. Enclose loss figures in (parentheses).

## Part I

### Income or Loss From Rental Real Estate and Royalties

Use Part I to report:

- Income and expenses from rentals of real estate (including personal property leased with real estate) and
- Royalty income and expenses.

See the instructions for lines 3 and 4 to determine if you should report your rental real estate and royalty income on **Schedule C, Schedule C-EZ,** or **Form 4835** instead of Schedule E.

If you own a part interest in a rental real estate property, report only your part of the income and expenses on Schedule E.

Complete lines 1 and 2 for each rental real estate property. Leave these lines blank for each royalty property.

If you have more than three rental real estate or royalty properties, complete and attach as many Schedules E as you need to list them. But fill in the "Totals" column on only one Schedule E. The figures in the "Totals" column on that Schedule E should be the combined totals of all your Schedules E. If you are also using page 2 of Schedule E, use the same Schedule E on which you entered the combined totals for Part I.

**Personal Property. Do not** use Schedule E to report income and expenses from the rental of personal property, such as equipment or vehicles. Instead, use Schedule C or C-EZ if you are in the business of renting personal property. You are in the business of renting personal property if the primary purpose for renting the property is income or profit and you are involved in the rental activity with continuity and regularity.

If your rental of personal property is not a business, see the Instructions for Form 1040, lines 21 and 32, to find out how to report the income and expenses.

**Extraterritorial Income Exclusion.** Except as otherwise provided in the Internal Revenue Code, gross income includes all income from whatever source derived. Gross income, however, does not include extraterritorial income that is qualifying foreign trade income. Use **Form 8873** to figure the extraterritorial income exclusion. Report it on Schedule E as explained in the Instructions for Form 8873.

## Filers of Form 1041

If you are a fiduciary filing Schedule E with Form 1041, enter the estate's or trust's employer identification number (EIN) in the space for "Your social security number."

## Line 1

For rental real estate property only, show:

- The kind of property you rented (for example, townhouse).
- The street address, city or town, and state. You do not have to give the ZIP code.
- Your percentage of ownership in the property, if less than 100%.

## Line 2

If you rented out a dwelling unit that you also used for **personal purposes** during the year, you may not be able to deduct all the expenses for the rental part. "Dwelling unit" (unit) means a house, apartment, condominium, or similar property.

A day of **personal use** is any day, or part of a day, that the unit was used by:

- You for personal purposes;
- Any other person for personal purposes, if that person owns part of the unit (unless rented to that person under a "shared equity" financing agreement);
- Anyone in your family (or in the family of someone else who owns part of the unit), unless the unit is rented at a fair rental price to that person as his or her main home;
- Anyone who pays less than a fair rental price for the unit; or
- Anyone under an agreement that lets you use some other unit.

**Do not** count as personal use:

- Any day you spent working substantially full time repairing and maintaining the unit, even if family members used it for recreational purposes on that day or
- Any days you used the unit as your main home before or after renting it or offering it for rent, if you rented or tried to rent it for at least 12 consecutive months (or for a period of less than 12 consecutive months at the end of which you sold or exchanged it).

Check "Yes" if you or your family used the unit for personal purposes in 2001 more than the **greater** of:

**1.** 14 days or

**2.** 10% of the total days it was rented to others at a fair rental price.

Otherwise, check "No."

If you checked "No," you can deduct all your expenses for the rental part, subject to the **At-Risk Rules** and the **Passive Activity Loss Rules** explained on pages E-3 and E-4.

If you checked "Yes" and rented the unit out for fewer than 15 days, do not report the rental income and do not deduct any rental expenses. If you itemize deductions on Schedule A, you may deduct allowable interest, taxes, and casualty losses.

If you checked "Yes" and rented the unit out for at least 15 days, you may **not** be able to deduct all your rental expenses. You can deduct all of the following expenses for the rental part on Schedule E.

- Mortgage interest.
- Real estate taxes.
- Casualty losses.
- Other rental expenses not related to your use of the unit as a home, such as advertising expenses and rental agents' fees.

If any income is left after deducting these expenses, you can deduct other expenses, including depreciation, up to the amount of remaining income. You can carry over to 2002 the amounts you cannot deduct.

See **Pub. 527** for details.

## Line 3

If you received rental income from real estate (including personal property leased with real estate) and you were not in the real estate business, report the income on line 3. Include income received for renting a room or other space. If you received services or property instead of money as rent, report the fair market value as rental income.

Be sure to enter the total of all your rents in the "Totals" column even if you have only one property.

If you provided significant services to the renter, such as maid service, report the rental activity on Schedule C or C-EZ, not on Schedule E. Significant services **do not** include the furnishing of heat and light, cleaning of public areas, trash collection, or similar services.

If you were in the real estate sales business, include on line 3 only the rent received from real estate (including personal property leased with real estate) you held for investment or speculation. Do not use Schedule E to report income and expenses from rentals of real estate held for sale to customers in the ordinary course of your real estate sales business. Instead, use Schedule C or C-EZ for these rentals.

For more details on rental income, use TeleTax topic 414 (see page 11 of the Form 1040 instructions) or see Pub. 527.

**Rental Income From Farm Production or Crop Shares.** Report farm rental income and expenses on Form 4835 if:

● You received rental income based on crops or livestock produced by the tenant **and**

● You did not manage or operate the farm to any great extent.

## Line 4

Report on line 4 **royalties** from oil, gas, or mineral properties (not including operating interests); copyrights; and patents. Use a separate column (A, B, or C) for each royalty property. Be sure to enter the total of all your royalties in the "Totals" column even if you have only one source of royalties.

If you received $10 or more in royalties during 2001, the payer should send you a **Form 1099-MISC** or similar statement by January 31, 2002, showing the amount you received.

If you are in business as a self-employed writer, inventor, artist, etc., report your royalty income and expenses on Schedule C or C-EZ.

You may be able to treat amounts received as "royalties" for the transfer of a patent or amounts received on the disposal of coal and iron ore as the sale of a capital asset. For details, see **Pub. 544**.

Enter on line 4 the gross amount of royalty income, even if state or local taxes were withheld from oil or gas payments you received. Include taxes withheld by the producer on line 16.

## General Instructions for Lines 5 Through 21

Enter your rental and royalty expenses for each property in the appropriate column. You can deduct all ordinary and necessary expenses, such as taxes, interest, repairs, insurance, management fees, agents' commissions, and depreciation.

Do not deduct the value of your own labor or amounts paid for capital investments or capital improvements.

Enter your total expenses for mortgage interest (line 12), total expenses before depreciation expense or depletion (line 19), and depreciation expenses or depletion (line 20) in the "Totals" column even if you have only one property.

**Renting Out Part of Your Home.** If you rent out only part of your home or other property, deduct the part of your expenses that applies to the rented part.

**Credit or Deduction for Access Expenditures.** You may be able to claim a tax credit for eligible expenditures paid or incurred in 2001 to provide access to your business for individuals with disabilities. See **Form 8826** for details.

You can also deduct up to $15,000 of qualified costs paid or incurred in 2001 to remove architectural or transportation barriers to individuals with disabilities and the elderly.

You cannot take both the credit and the deduction for the same expenditures. See **Pub. 535** for details.

## Line 6

You may deduct ordinary and necessary auto and travel expenses related to your rental activities, including 50% of meal expenses incurred while traveling away from home. You generally can either deduct your actual expenses or take the standard mileage rate. You **must** use actual expenses if you use more than one vehicle simultaneously in your rental activities (as in fleet operations). You cannot use actual expenses for a leased vehicle if you previously used the standard mileage rate for that vehicle.

You can use the standard mileage rate for 2001 **only** if:

● You owned the vehicle and use the standard mileage rate for the first year you placed the vehicle in service or

● You leased the vehicle and are using the standard mileage rate for the entire lease period (except the period, if any, before 1998).

If you deduct actual auto expenses:

● Include on line 6 the rental activity portion of the cost of gasoline, oil, repairs, insurance, tires, etc. and

● Show auto rental or lease payments on line 18 and depreciation on line 20.

If you take the standard mileage rate, multiply the number of miles you drove your auto in connection with your rental activities by 34.5 cents. Include this amount and your parking fees and tolls on line 6.

If you claim any auto expenses (actual or the standard mileage rate), you must complete Part V of **Form 4562** and attach Form 4562 to your return.

See Pub. 527 and **Pub. 463** for details.

## Line 10

Include on line 10 fees for tax advice and the preparation of tax forms related to your rental real estate or royalty properties.

Do not deduct legal fees paid or incurred to defend or protect title to property, to recover property, or to develop or improve property. Instead, you must capitalize these fees and add them to the property's basis.

## Lines 12 and 13

In general, to determine the interest expense allocable to your rental activities, you must have records to show how the proceeds of each debt were used. Specific tracing rules apply for allocating debt proceeds and repayment. See Pub. 535 for details.

If you have a mortgage on your rental property, enter on line 12 the amount of interest you paid for 2001 to banks or other financial institutions. Be sure to fill in the "Totals" column.

Do not deduct prepaid interest when you paid it. You can deduct it only in the year to which it is properly allocable. Points, including loan origination fees, charged only for the use of money must be deducted over the life of the loan.

If you paid $600 or more in interest on a mortgage during 2001, the recipient should send you a **Form 1098** or similar statement by January 31, 2002, showing the total interest received from you.

If you paid more mortgage interest than is shown on your Form 1098 or similar statement, see Pub. 535 to find out if you can deduct the additional interest. If you can,

enter the entire amount on line 12. Attach a statement to your return explaining the difference. Write "See attached" in the left margin next to line 12.

**Note.** If the recipient was not a financial institution or you did not receive a Form 1098 from the recipient, report your deductible mortgage interest on line 13.

If you and at least one other person (other than your spouse if you file a joint return) were liable for and paid interest on the mortgage, and the other person received Form 1098, report your share of the interest on line 13. Attach a statement to your return showing the name and address of the person who received Form 1098. In the left margin next to line 13, write "See attached."

## Line 14

You may deduct the cost of repairs made to keep your property in good working condition. Repairs generally do not add significant value to the property or extend its life. Examples of repairs are fixing a broken lock or painting a room. Improvements that increase the value of the property or extend its life, such as replacing a roof or renovating a kitchen, must be capitalized and depreciated (that is, they cannot be deducted in full in the year they are paid or incurred). See the instructions for line 20.

## Line 17

You may deduct the cost of ordinary and necessary telephone calls related to your rental activities or royalty income (for example, calls to the renter). However, the base rate (including taxes and other charges) for local telephone service for the first telephone line into your residence is a personal expense and is not deductible.

## Line 20

Depreciation is the annual deduction you must take to recover the cost or other basis of business or investment property having a useful life substantially beyond the tax year. Land is not depreciable.

Depreciation starts when you first use the property in your business or for the production of income. It ends when you deduct all your depreciable cost or other basis or no longer use the property in your business or for the production of income.

See the Instructions for Form 4562 to figure the amount of depreciation to enter on line 20. Be sure to fill in the "Totals" column.

You must complete and attach Form 4562 **only** if you are claiming:

● Depreciation on property first placed in service during 2001;

● Depreciation on listed property (defined in the Instructions for Form 4562), including a vehicle, regardless of the date it was placed in service; or

● A section 179 expense deduction or amortization of costs that began in 2001.

See Pub. 527 for more information on depreciation of residential rental property. See **Pub. 946** for a more comprehensive guide to depreciation.

If you own mineral property or an oil, gas, or geothermal well, you may be able to take a deduction for depletion. See Pub. 535 for details.

## Line 22

### At-Risk Rules

Generally, you must complete **Form 6198** to figure your allowable loss if you have:

● A loss from an activity carried on as a trade or business or for the production of income **and**

● Amounts in the activity for which you are not at risk.

The at-risk rules generally limit the amount of loss (including loss on the disposition of assets) you can claim to the amount you could actually lose in the activity. However, the at-risk rules do not apply to losses from an activity of holding real property, if you acquired your interest in the activity before 1987 and the property was placed in service before 1987. The activity of holding mineral property does not qualify for this exception.

In most cases, you are **not** at risk for amounts such as the following.

● Nonrecourse loans used to finance the activity, to acquire property used in the activity, or to acquire your interest in the activity that are not secured by your own property (other than property used in the activity). However, there is an exception for certain nonrecourse financing borrowed by you in connection with holding real property. See **Qualified nonrecourse financing** below.

● Cash, property, or borrowed amounts used in the activity (or contributed to the activity) that are protected against loss by a guarantee, stop-loss agreement, or other similar arrangement (excluding casualty insurance and insurance against tort liability).

● Amounts borrowed for use in the activity from a person who has an interest in the activity (other than as a creditor) or who is related, under Internal Revenue Code section 465(b)(3), to a person (other than you) having such an interest.

**Qualified nonrecourse financing** is treated as an amount at risk if it is secured by real property used in an activity of holding real property that is subject to the at-risk rules. Qualified nonrecourse financing is financing for which no one is personally liable for repayment and is:

● Borrowed by you in connection with holding real property,

● Not convertible from a debt obligation to an ownership interest, **and**

● Loaned or guaranteed by any Federal, state, or local government, or borrowed by you from a **qualified person.**

A **qualified person** is a person who actively and regularly engages in the business of lending money, such as a bank or savings and loan association. A qualified person **cannot** be:

● Related to you (unless the nonrecourse financing obtained is commercially reasonable and on the same terms as loans involving unrelated persons),

● The seller of the property (or a person related to the seller), or

● A person who receives a fee due to your investment in real property (or a person related to that person).

If you have amounts for which you are not at risk, use Form 6198 to determine the amount of your deductible loss. Enter that amount in the appropriate column of Schedule E, line 22. In the space to the left of line 22, write "Form 6198." Attach Form 6198 to your return.

## Line 23

**Do not** complete line 23 if the amount on line 22 is from royalty properties.

If you have a rental real estate loss from a passive activity (defined on page E-4), the amount of loss you can deduct may be limited by the passive activity loss rules. You may need to complete **Form 8582** to figure the amount of loss, if any, to enter on line 23.

If your rental real estate loss is not from a passive activity **or** you meet the following exception, you do not have to complete Form 8582. Enter the loss from line 22 on line 23.

**Exception for Certain Rental Real Estate Activities.** If you meet **all three** of the following conditions, your rental real estate losses are not limited by the passive activity loss rules. If you **do not** meet **all three** of these conditions, see the Instructions for Form 8582 to find out if you must complete and attach Form 8582.

**1.** Rental real estate activities are your only passive activities.

**2.** You do not have any prior year unallowed losses from any passive activities.

**3. All** of the following apply if you have an overall net loss from these activities:

● You actively participated (defined below) in all of the rental real estate activities;

● If married filing separately, you lived apart from your spouse all year;

● Your overall net loss from these activities is $25,000 or less ($12,500 or less if married filing separately);

● You have no current or prior year unallowed credits from passive activities; **and**

● Your modified adjusted gross income (defined later) is $100,000 or less ($50,000 or less if married filing separately).

**Active Participation.** You can meet the active participation requirement without regular, continuous, and substantial involvement in real estate activities. But you must have participated in making management decisions or arranging for others to provide services (such as repairs) in a significant and bona fide sense. Such management decisions include:

● Approving new tenants,

● Deciding on rental terms,

● Approving capital or repair expenditures, and

● Other similar decisions.

You are not considered to actively participate if, at any time during the tax year, your interest (including your spouse's interest) in the activity was less than 10% by value of all interests in the activity.

**Modified Adjusted Gross Income.** This is your adjusted gross income from Form 1040, line 33, without taking into account:

● Any passive activity loss,

● Rental real estate losses allowed under the exception for real estate professionals (explained on this page),

● Taxable social security or equivalent railroad retirement benefits,

● Deductible contributions to a traditional IRA or certain other qualified retirement plans under Internal Revenue Code section 219,

● The student loan interest deduction,

● The deduction for one-half of self-employment tax, and

● The exclusion of amounts received under an employer's adoption assistance program.

However, if you file **Form 8815,** include in your modified adjusted gross income the savings bond interest excluded on line 14 of that form.

**Passive Activity Loss Rules**

The passive activity loss rules may limit the amount of losses you can deduct. These rules apply to losses in Parts I, II, and III, and line 39 of Schedule E.

Losses from passive activities may be subject first to the at-risk rules. Losses deductible under the at-risk rules are then subject to the passive activity loss rules.

You generally can deduct losses from passive activities only to the extent of income from passive activities. An exception applies to certain rental real estate activities (as previously explained).

**Passive Activity.** A passive activity is any business activity in which you **do not** materially participate and any rental activity, except as provided on this page. If you are a limited partner, you generally are not treated as having materially participated in the partnership's activities for the year.

The rental of real or personal property is generally a rental activity under the passive activity loss rules, but exceptions apply. If your rental of property is not treated as a rental activity, you must determine whether it is a trade or business activity, and if so, whether you materially participated in the activity for the tax year.

See the Instructions for Form 8582 to determine whether you materially participated in the activity and for the definition of "rental activity."

See **Pub. 925** for special rules that apply to rentals of:

● Substantially nondepreciable property,

● Property incidental to development activities, and

● Property to activities in which you materially participate.

**Exception for Real Estate Professionals.** If you were a real estate professional in 2001, any rental real estate activity in which you materially participated is not a passive activity. You were a **real estate professional** only if you met **both** of the following conditions.

**1.** More than half of the personal services you performed in trades or businesses were performed in real property trades or businesses in which you materially participated.

**2.** You performed more than 750 hours of services in real property trades or businesses in which you materially participated.

For purposes of this rule, each interest in rental real estate is a separate activity, unless you elect to treat all your interests in rental real estate as one activity. To make this election, attach a statement to your original tax return that declares you are a qualifying taxpayer for the year and you are making the election under Internal Revenue Code section 469(c)(7)(A). The election applies

for the year made and all later years in which you are a real estate professional. You may revoke the election only if your facts and circumstances materially change.

If you are married filing jointly, either you or your spouse must separately meet both of the above conditions, without taking into account services performed by the other spouse.

A real property trade or business is any real property development, redevelopment, construction, reconstruction, acquisition, conversion, rental, operation, management, leasing, or brokerage trade or business. Services you performed as an employee are not treated as performed in a real property trade or business unless you owned more than 5% of the stock (or more than 5% of the capital or profits interest) in the employer.

If you were a real estate professional for 2001, complete line 42 on page 2 of Schedule E.

**Other Exceptions.** The rental of your home that you also used for personal purposes is not a passive activity. See the instructions for line 2.

A working interest in an oil or gas well that you held directly or through an entity that did not limit your liability is not a passive activity even if you do not materially participate.

Royalty income not derived in the ordinary course of a trade or business reported on Schedule E generally is not considered income from a passive activity.

For details on passive activities, see the Instructions for Form 8582 and Pub. 925.

# Parts II and III

If you need more space in Part II or III to list your income or losses, attach a continuation sheet using the same format as shown in Part II or III. However, be sure to complete the "Totals" columns for lines 28a and 28b, or lines 33a and 33b, as appropriate. If you also completed Part I on more than one Schedule E, use the same Schedule E on which you entered the combined totals in Part I.

**Tax Shelter Registration Number.** Complete and attach **Form 8271** if you are reporting any deduction, loss, credit, other tax benefit, or income from an interest purchased or otherwise acquired in a tax shelter.

Form 8271 is used to report the name, tax shelter registration number, and identifying number of the tax shelter. There is a $250 penalty if you do not report the registration number of the tax shelter on your tax return.

**Tax Preference Items.** If you are a partner, a shareholder in an S corporation, or a beneficiary of an estate or trust, you must take into account your share of preferences and adjustments from these entities for the alternative minimum tax on **Form 6251** or Schedule I of **Form 1041.**

# Part II

## Income or Loss From Partnerships and S Corporations

If you are a member of a partnership or joint venture or a shareholder in an S corporation, use Part II to report your share of the partnership or S corporation income (even if not received) or loss.

You should receive a **Schedule K-1** from the partnership or S corporation. You should also receive a copy of the Partner's or Shareholder's Instructions for Schedule K-1. Your copy of Schedule K-1 and its instructions will tell you where on your return to report your share of the items. If you did not receive these instructions with your Schedule K-1, see page 7 of the Form 1040 instructions for how to get a copy. **Do not** attach Schedules K-1 to your return. Keep them for your records.

If you are treating items on your tax return differently from the way the partnership (other than an electing large partnership) or S corporation reported them on its return, you may have to file **Form 8082.** If you are a partner in an electing large partnership, you must report the items shown on Schedule K-1 (Form 1065-B) on your tax return the same way that the partnership reported the items on Schedule K-1.

**Special Rules That Limit Losses.** Please note the following.

● If you have a current year loss, or a prior year unallowed loss, from a partnership or an S corporation, see **At-Risk Rules** and **Passive Activity Loss Rules** on pages E-3 and E-4.

Partners and S corporation shareholders should get a separate statement of income, expenses, deductions, and credits for each activity engaged in by the partnership and S corporation. If you are subject to the at-risk rules for any activity, use Form 6198 to figure the amount of any deductible loss. If the activity is nonpassive, enter any deductible loss from Form 6198 on the appropriate line in Part II, column (i), of Schedule E.

● If you have a passive activity loss, you generally need to complete Form 8582 to figure the amount of the allowable loss to enter in Part II, column (g), for that activity. But if you are a **general** partner or an S

corporation shareholder reporting your share of a partnership or an S corporation loss from a rental real estate activity **and** you meet **all three** of the conditions listed in the instructions for line 23, you do not have to complete Form 8582. Instead, enter your allowable loss in Part II, column (g).

If you have passive activity income, complete Part II, column (h), for that activity.

If you have nonpassive income or losses, complete Part II, columns (i) through (k), as appropriate.

### Partnerships

See the Schedule K-1 instructions before entering on your return other partnership items from a passive activity or income or loss from any publicly traded partnership.

If you have other partnership items, such as depletion, from a nonpassive activity, show each item on a separate line in Part II. You may deduct unreimbursed ordinary and necessary expenses you paid on behalf of the partnership if you were required to pay these expenses under the partnership agreement. Enter deductible **unreimbursed partnership expenses** from nonpassive activities on a separate line in Part II, column (i). However, enter on Schedule A any unreimbursed partnership expenses deductible as itemized deductions.

Report allowable interest expense paid or incurred from debt-financed acquisitions in Part II or on Schedule A depending on the type of expenditure to which the interest is allocated. See Pub. 535 for details.

If you claimed a credit for Federal tax on gasoline or other fuels on your 2000 Form 1040 based on information received from the partnership, enter as income in column (h) or column (k), whichever applies, the amount of the credit claimed for 2000.

If you have losses or deductions from a prior year that you could not deduct because of the at-risk or basis rules, and the amounts are now deductible, **do not** combine the prior year amounts with any current year amounts to arrive at a net figure to report on Schedule E. Instead, report the prior year amounts and the current year amounts on separate lines of Schedule E.

Part or all of your share of partnership income or loss from the operation of the business may be considered net earnings from self-employment that must be reported on **Schedule SE.** Enter the amount from Schedule K-1 (Form 1065), line 15a (or from Schedule K-1 (Form 1065-B), box 9 (code **K-1**)), on Schedule SE, after you reduce this amount by any allowable expenses attributable to that income.

**Foreign Partnerships.** If you are a U.S. person, you may have to file **Form 8865** if any of the following applies:

● You controlled a foreign partnership (that is, you owned more than a 50% direct or indirect interest in the partnership).

● You owned at least a 10% direct or indirect interest in a foreign partnership while U.S. persons controlled that partnership.

● You had an acquisition, disposition, or change in proportional interest of a foreign partnership that:

**1.** Increased your direct interest to at least 10% or reduced your direct interest of at least 10% to less than 10% or

**2.** Changed your direct interest by at least a 10% interest.

● You contributed property to a foreign partnership in exchange for a partnership interest if:

**1.** Immediately after the contribution, you owned, directly or indirectly, at least a 10% interest in the partnership or

**2.** The fair market value of the property you contributed to the partnership in exchange for a partnership interest, when added to other contributions of property you made to the partnership during the preceding 12-month period, exceeds $100,000.

Also, you may have to file Form 8865 to report certain dispositions by a foreign partnership of property you previously contributed to that partnership if you were a partner at the time of the disposition.

For more details, including penalties for failing to file Form 8865, see Form 8865 and its separate instructions.

### S Corporations

If you are a shareholder in an S corporation, your share of the corporation's aggregate losses and deductions (combined income, losses, and deductions) is limited to the adjusted basis of your corporate stock and any debt the corporation owes you. Any loss or deduction not allowed this year because of the basis limitation may be carried forward and deducted in a later year subject to the basis limitation for that year.

If you are claiming a deduction for your share of an aggregate loss, attach to your return a computation of the adjusted basis of your corporate stock and any debt the corporation owes you. See the Schedule K-1 instructions for details.

After applying the basis limitation, the deductible amount of your aggregate losses and deductions may be further reduced by the at-risk rules and the passive activity loss rules explained earlier.

If you have losses or deductions from a prior year that you could not deduct because of the basis or at-risk limitations, and the amounts are now deductible, **do not** combine the prior year amounts with any current year amounts to arrive at a net figure to report on Schedule E. Instead, report the

prior year amounts and the current year amounts on separate lines of Schedule E.

Distributions of prior year accumulated earnings and profits of S corporations are dividends and are reported on Form 1040, line 9.

Interest expense relating to the acquisition of shares in an S corporation may be fully deductible on Schedule E. For details, see Pub. 535.

Your share of the net income of an S corporation is **not** subject to self-employment tax.

# Part III

## Income or Loss From Estates and Trusts

If you are a beneficiary of an estate or trust, use Part III to report your part of the income (even if not received) or loss. You should receive a **Schedule K-1** (Form 1041) from the fiduciary. Your copy of Schedule K-1 and its instructions will tell you where on your return to report the items from Schedule K-1. **Do not** attach Schedule K-1 to your return. Keep it for your records.

If you are treating items on your tax return differently from the way the estate or trust reported them on its return, you may have to file Form 8082.

If you have estimated taxes credited to you from a trust (Schedule K-1, line 14a), write "ES payment claimed" and the amount on the dotted line next to line 36. **Do not** include this amount in the total on line 36. Instead, enter the amount on Form 1040, line 60.

A U.S. person who transferred property to a foreign trust may have to report the income received by the trust as a result of the transferred property if, during 2001, the trust had a U.S. beneficiary. For details, see **Form 3520.**

# Part IV

## Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)

If you are the holder of a residual interest in a real estate mortgage investment conduit (REMIC), use Part IV to report your total share of the REMIC's taxable income or loss for each quarter included in your tax year. You should receive **Schedule Q** (Form 1066) and instructions from the REMIC for each quarter. **Do not** attach Schedules Q to your return. Keep them for your records.

If you are treating REMIC items on your tax return differently from the way the REMIC reported them on its return, you may have to file Form 8082.

If you are the holder of a residual interest in more than one REMIC, attach a continuation sheet using the same format as in Part IV. Enter the totals of columns (d) and (e) on line 38 of Schedule E. If you also completed Part I on more than one Schedule E, use the same Schedule E on which you entered the combined totals in Part I.

REMIC income or loss is not income or loss from a passive activity.

**Note.** If you are the holder of a regular interest in a REMIC, **do not** use Schedule E to report the income you received. Instead, report it on Form 1040, line 8a.

**Column (c).** Report the total of the amounts shown on Schedule(s) Q, line 2c. This is the **smallest** amount you are allowed to report as your taxable income (Form 1040, line 39). It is also the **smallest** amount you are allowed to report as your alternative minimum taxable income (AMTI) (Form 6251, line 21).

If the amount in column (c) is larger than your taxable income would otherwise be, enter the amount from column (c) on Form 1040, line 39. Similarly, if the amount in column (c) is larger than your AMTI would otherwise be, enter the amount from column (c) on Form 6251, line 21. Write "Sch. Q" on the dotted line to the left of this amount on Form 1040 or 6251.

**Note.** These rules also apply to estates and trusts that hold a residual interest in a REMIC. Be sure to make the appropriate entries on the comparable lines on Form 1041.

 **Do not** include the amount shown in column (c) in the total on line 38 of Schedule E.

**Column (e).** Report the total of the amounts shown on Schedule(s) Q, line 3b. If you itemize your deductions on Schedule A, include this amount on line 22.

# Part V

## Summary

# Line 41

You will not be charged a penalty for underpayment of estimated tax if:

**1.** Your gross farming or fishing income for 2000 or 2001 is at least two-thirds of your gross income and

**2.** You file your 2001 tax return and pay the tax due by March 1, 2002.

# 2001 Instructions for Schedule F, Profit or Loss From Farming

Use Schedule F (Form 1040) to report farm income and expenses. File it with Form 1040, 1041, 1065, or 1065-B.

This activity may subject you to state and local taxes and other requirements such as business licenses and fees. Check with your state and local governments for more information.

**Additional Information. Pub. 225** has samples of filled-in forms and schedules, and lists important dates that apply to farmers.

# General Instructions

## Other Schedules and Forms You May Have To File

**Schedule E** to report rental income from pastureland that is based on a flat charge. Report this income in Part I of Schedule E. But report on line 10 of Schedule F pasture income received from taking care of someone else's livestock.

**Schedule J** to figure your tax by averaging your farm income over the previous 3 years. Doing so may reduce your tax.

**Schedule SE** to pay self-employment tax on income from any trade or business, including farming.

**Form 4562** to claim depreciation on assets placed in service in 2001, to claim amortization that began in 2001, or to report information on vehicles and other listed property.

**Form 4684** to report a casualty or theft gain or loss involving farm business property including livestock held for draft, breeding, sport, or dairy purposes.

See Pub. 225 for more information on how to report various farm losses, such as losses due to death of livestock or damage to crops or other farm property.

**Form 4797** to report sales, exchanges, or involuntary conversions (other than from a casualty or theft) of certain farm property. Also use this form to report sales of livestock held for draft, breeding, sport, or dairy purposes.

**Form 4835** to report rental income based on farm production or crop shares if you did not materially participate (for self-employment tax purposes) in the management or operation of the farm. This income is not subject to self-employment tax. See Pub. 225.

**Form 8824** to report like-kind exchanges.

## Heavy Highway Vehicle Use Tax

If you use certain highway trucks, truck-trailers, tractor-trailers, or buses in your trade or business, you may have to pay a Federal highway motor vehicle use tax. See **Form 2290** to find out if you owe this tax.

## Information Returns

You may have to file information returns for wages paid to employees, certain payments of fees and other nonemployee compensation, interest, rents, royalties, annuities, and pensions. You may also have to file an information return if you sold $5,000 or more of consumer products to a person on a buy-sell, deposit-commission, or other similar basis for resale. For more information, see the 2001 General Instructions for Forms 1099, 1098, 5498, and W-2G.

If you received cash of more than $10,000 in one or more related transactions in your farming business, you may have to file **Form 8300.** For details, see **Pub. 1544.**

## Estimated Tax

If you had to make estimated tax payments in 2001 and you underpaid your estimated tax, you will not be charged a penalty if **both** of the following apply.

**1.** Your gross farming or fishing income for 2000 or 2001 is at least two-thirds of your gross income.

**2.** You file your 2001 tax return and pay the tax due by March 1, 2002.

For details, see Pub. 225.

# Specific Instructions

## Filers of Forms 1041, 1065, and 1065-B

**Do not** complete the block labeled "Social security number (SSN)." Instead, enter your employer identification number (EIN) on line D.

## Lines A and B

On line A, enter your principal crop or activity for the current year.

On line B, enter one of the 14 principal agricultural activity codes listed in Part IV on page 2 of Schedule F. Select the code that best describes the source of most of your income.

## Line C

If you use the **cash method,** check the box labeled "Cash." Generally, report income in the year in which you actually or constructively received it and deduct expenses in the year you paid them. Complete Parts I and II of Schedule F.

If you use the **accrual method,** check the box labeled "Accrual." Generally, report income in the year in which you earned it and deduct expenses in the year you incurred them, even if you did not pay them in that year. Complete Parts II, III, and line 11 of Schedule F.

Other rules apply that determine the timing of deductions based on economic performance. See **Pub. 538** for details.

**Farming syndicates** cannot use the cash method of accounting. A farming syndicate may be a partnership, any other noncorporate group, or an S corporation if:

● The interests in the business have ever been for sale in a way that would require registration with any Federal or state agency or

● More than 35% of the loss during any tax year is shared by limited partners or limited entrepreneurs. A **limited partner** is one who can lose only the amount invested or required to be invested in the partnership. A **limited entrepreneur** is a person who does not take any active part in managing the business.

## Line D

You need an employer identification number (EIN) only if you had a qualified retirement plan or were required to file an employment, excise, estate, trust, partnership, or alcohol, tobacco, and firearms tax return. If you need an EIN, file **Form SS-4.** If you do not have an EIN, leave line D blank. **Do not** enter your SSN.

## Line E

**Material Participation.** For the definition of material participation for purposes of the passive activity rules, see the instructions for Schedule C, line G, on page C-2. If you meet any of the material participation tests described in those instructions, check the "Yes" box.

If you are a retired or disabled farmer, you are treated as materially participating in a farming business if you materially participated 5 of the 8 years preceding your retirement or disability. Also, a surviving spouse is treated as materially participating in a farming activity if the real property used for farming meets the estate tax rules for special valuation of farm property passed from a qualifying decedent, and the surviving spouse actively manages the farm.

Check the "No" box if you did not materially participate. If you checked "No" and you have a loss from this business, see **Limit on Losses** below. If you have a profit from this business activity but have current year losses from other passive activities or prior year unallowed passive activity losses, see the Instructions for Form 8582.

**Limit on Losses.** If you checked the "No" box on line E and you have a loss from this business, you may have to use Form 8582 to figure your allowable loss, if any, to enter on Schedule F, line 36. Generally, you can deduct losses from passive activities only to the extent of income from passive activities. For details, see **Pub. 925.**

# Part I. Farm Income—Cash Method

In Part I, show income received for items listed on lines 1 through 10. Generally, count both the cash actually or constructively received and the fair market value of goods or other property received for these items. Income is constructively received when it is credited to your account or set aside for you to use. However, farm production flexibility contract payments received under the Federal Agriculture Improvement

and Reform Act of 1996 are required to be included in income only in the year of actual receipt.

If you ran the farm yourself and received rents based on crop shares or farm production, report these rents as income on line 4.

## Sales of Livestock Because of Weather-Related Conditions

If you sold livestock because of drought, flood, or other weather-related conditions, you can elect to report the income from the sale in the year after the year of sale if **all** three of the following apply.

**1.** Your main business is farming.

**2.** You can show that you sold the livestock only because of weather-related conditions.

**3.** Your area qualified for Federal aid.

## Forms 1099 or CCC-1099-G

If you received Forms 1099 or CCC-1099-G showing amounts paid to you, first determine if the amounts are to be included with farm income. Then, use the following chart to determine where to report the income on Schedule F. Include the Form 1099 or CCC-1099-G amounts in the total amount reported on that line.

| Form | Where to report |
|------|----------------|
| 1099-PATR . . . . . . . | Line 5a |
| 1099-A . . . . . . . . | Line 7b |
| 1099-MISC (for crop insurance) | Line 8a |
| 1099-G or CCC-1099-G (for disaster payments) | Line 8a |
| 1099-G or CCC-1099-G (for other agricultural program payments) | Line 6a |

You may also receive **Form 1099-MISC** for other types of income. In this case, report it on whichever line best describes the income. For example, if you received a Form 1099-MISC for custom farming work, include this amount on line 9, "Custom hire (machine work) income."

## Lines 1 and 2

On line 1, show amounts received from sales of livestock and other items bought for resale. On line 2, show the cost or other basis of the livestock and other items you actually sold.

## Line 4

Show amounts received from sales of livestock, produce, grains, and other products you raised.

## Lines 5a and 5b

If you received distributions from a cooperative in 2001, you should receive **Form 1099-PATR.** On line 5a, show your total distributions from cooperatives. This includes patronage dividends, nonpatronage distributions, per-unit retain allocations, and redemption of nonqualified notices and per-unit retain allocations.

Show patronage dividends (distributions) received in cash, and the dollar amount of qualified written notices of allocation. If you received property as patronage dividends, report the fair market value of the property as income. Include cash advances received from a marketing cooperative. If you received per-unit retains in cash, show the amount of cash. If you received qualified per-unit retain certificates, show the stated dollar amount of the certificate.

**Do not** include as income on line 5b patronage dividends from buying personal or family items, capital assets, or depreciable assets. Enter these amounts on line 5a only. If you do not report patronage dividends from these items as income, you must subtract the amount of the dividend from the cost or other basis of these items.

## Lines 6a and 6b

Enter on line 6a the **total** of the following amounts.

● Price support payments.

● Market gain from the repayment of a secured Commodity Credit Corporation (CCC) loan for less than the original loan amount.

● Diversion payments.

● Cost-share payments (sight drafts).

● Payments in the form of materials (such as fertilizer or lime) or services (such as grading or building dams).

These amounts are government payments you received, usually reported to you on **Form 1099-G.** You may also receive **Form CCC-1099-G** from the Department of Ag-

riculture showing the amounts and types of payments made to you.

On line 6b, report only the taxable amount. For example, do not report the market gain shown on Form CCC-1099-G on line 6b if you elected to report CCC loan proceeds as income in the year received (see **Lines 7a Through 7c** below). No gain results from redemption of the commodity because you previously reported the CCC loan proceeds as income. You are treated as repurchasing the commodity for the amount of the loan repayment. However, if you did not report the CCC loan proceeds under the election, you must report the market gain on line 6b.

## Lines 7a Through 7c

**Commodity Credit Corporation Loans.** Generally, you do not report CCC loan proceeds as income. However, if you pledge part or all of your production to secure a CCC loan, you may elect to report the loan proceeds as income in the year you receive them, instead of the year you sell the crop. If you make this election (or made the election in a prior year), report loan proceeds you received in 2001 on line 7a. Attach a statement to your return showing the details of the loan(s).

**Forfeited CCC Loans.** Include the full amount forfeited on line 7b, even if you reported the loan proceeds as income.

If you **did not** elect to report the loan proceeds as income, also include the forfeited amount on line 7c.

If you did elect to report the loan proceeds as income, you generally will not have an entry on line 7c. But if the amount forfeited is different from your basis in the commodity, you may have an entry on line 7c.

See **Pub. 225** for details on the tax consequences of electing to report CCC loan proceeds as income or forfeiting CCC loans.

## Lines 8a Through 8d

In general, you must report crop insurance proceeds in the year you receive them. Federal crop disaster payments are treated as crop insurance proceeds. However, if 2001 was the year of damage, you may elect to include certain proceeds in income for 2002. To make this election, check the box on line 8c and attach a statement to your return. See **Pub. 225** for a description of the proceeds for which an election may be made and for what you must include in your statement.

Generally, if you elect to defer any eligible crop insurance proceeds, you must defer all such crop insurance proceeds (including Federal disaster payments).

Enter on line 8a the **total** crop insurance proceeds you received in 2001, even if you elect to include them in income for 2002.

Enter on line 8b the taxable amount of the proceeds you received in 2001. Do not include proceeds you elect to include in income for 2002.

Enter on line 8d the amount, if any, of crop insurance proceeds you received in 2000 and elected to include in income for 2001.

## Line 10

Use this line to report income not shown on lines 1 through 9, such as the following.

● Illegal Federal irrigation subsidies. See **Pub. 225.**

● Bartering income.

● Income from discharge of indebtedness. Generally, if a debt is canceled or forgiven, you must include the canceled amount in income. If a Federal agency, financial institution, or credit union canceled or forgave a debt you owed of $600 or more, it should send you a **Form 1099-C,** or similar statement, by January 31, 2002, showing the amount of debt canceled in 2001. However, certain solvent farmers may exclude discharged qualified farm indebtedness from income. To find out if you must include any discharge of indebtedness in income, see Pub. 225.

● State gasoline or fuel tax refund you received in 2001.

● The amount of credit for Federal tax paid on fuels claimed on your 2000 Form 1040.

● The amount of credit for alcohol used as a fuel that was entered on **Form 6478.**

● Any recapture of excess depreciation, including any section 179 expense deduction, if the business use percentage of any listed property decreased to 50% or less in 2001. Use **Form 4797** to figure the recapture. See the instructions for Schedule C, line 13, on page C-3 for the definition of listed property.

● The inclusion amount on leased listed property (other than vehicles) when the business use percentage drops to 50% or less. See **Pub. 946** to figure the amount.

● Any recapture of the deduction for clean-fuel vehicles used in your business and clean-fuel vehicle refueling property. For details on how to figure recapture, see **Pub. 535.**

● The gain or loss on the sale of commodity futures contracts if the contracts were made to protect you from price changes. These are a form of business insurance and are considered hedges. If you had a loss in a closed futures contract, enclose it in parentheses.

 For property acquired and hedging positions established, you must clearly identify on your books and records both the hedging transaction and the item(s) or aggregate risk that is being hedged.

Purchase or sales contracts are not true hedges if they offset losses that already occurred. If you bought or sold commodity futures with the hope of making a profit due to favorable price changes, report the profit or loss on **Form 6781** instead of this line.

# Part II. Farm Expenses

**Do not** deduct the following.

● Personal or living expenses (such as taxes, insurance, or repairs on your home) that do not produce farm income.

● Expenses of raising anything you or your family used.

● The value of animals you raised that died.

● Inventory losses.

● Personal losses.

If you were repaid for any part of an expense, you must subtract the amount you were repaid from the deduction.

**Capitalizing Costs of Property.** If you produced real or tangible personal property or acquired property for resale, certain expenses must be included in inventory costs or capitalized. These expenses include the direct costs of the property and the share of any indirect costs allocable to that property. However, these rules generally do not apply to:

**1.** Expenses of producing any plant that has a preproductive period of 2 years or less,

**2.** Expenses of raising animals, or

**3.** Expenses of replanting certain crops if they were lost or damaged by reason of freezing temperatures, disease, drought, pests, or casualty.

**Note.** Exceptions **1** and **2** above do not apply to tax shelters, farm syndicates, or partnerships required to use the accrual method of accounting under Internal Revenue Code section 447 or 448.

But you may be able to deduct rather than capitalize the expenses of producing a plant with a preproductive period of more than 2 years. See **Election To Deduct Certain Preproductive Period Expenses** on page F-4.

Do not reduce your deductions on lines 12 through 34e by the preproductive period expenses you are required to capitalize. Instead, enter the total amount capitalized in parentheses on line 34f. See **Preproductive Period Expenses** on page F-6 for details.

**If you revoked an election made before 1989** to deduct preproductive period expenses for animals, you must continue to apply the alternative depreciation rules to property placed in service while your election was in effect. Also, the expenses you previously chose to deduct will have to be recaptured as ordinary income when you dispose of the animals.

**Election To Deduct Certain Preproductive Period Expenses.** If the preproductive period of any plant you produce is more than 2 years, you may choose to currently deduct the expenses rather than capitalize them. But you may not make this election for the costs of planting or growing citrus or almond groves that are incurred before the end of the 4th tax year beginning with the tax year you planted them in their permanent grove. By deducting the preproductive period expenses for which you may make this election, you are treated as having made the election.

**Note.** In the case of a partnership or S corporation, the election must be made by the partner or shareholder. This election may not be made by tax shelters, farm syndicates, or partners in partnerships required to use the accrual method of accounting under Internal Revenue Code section 447 or 448.

If you make the election to deduct preproductive expenses for plants, any gain you realize when disposing of the plants is ordinary income up to the amount of the preproductive expenses you deducted. Also, the alternative depreciation rules apply to property placed in service in any tax year your election is in effect. Unless you obtain IRS consent, you must make this election for the first tax year in which you engage in a farming business involving the production of property subject to the capitalization rules. You may not revoke this election without IRS consent.

For details, see **Pub. 225.**

**Prepaid Farm Supplies.** Generally, if you use the cash method of accounting and your prepaid farm supplies are more than 50% of your other deductible farm expenses, your deduction for those supplies may be limited. Prepaid farm supplies include expenses for feed, seed, fertilizer, and similar farm supplies not used or consumed during the year. They also include the cost of poultry that would be allowable as a deduction in a later tax year if you were to **(a)** capitalize the cost of poultry bought for use in your farm business and deduct it ratably over the lesser of 12 months or the useful life of the poultry and **(b)** deduct the cost of poultry bought for resale in the year you sell or otherwise dispose of it.

If the limit applies, you can deduct prepaid farm supplies that do not exceed 50% of your other deductible farm expenses in the year of payment. You can deduct the excess only in the year you use or consume the supplies (other than poultry, which is deductible as explained above). For details and exceptions to these rules, see Pub. 225.

## Line 12

You can deduct the actual expenses of running your car or truck or take the standard mileage rate. You **must** use actual expenses if you used your vehicle for hire or you used more than one vehicle simultaneously in your business (such as in fleet operations). You cannot use actual expenses for a leased vehicle if you previously used the standard mileage rate for that vehicle.

You can take the standard mileage rate for 2001 **only** if:

● You owned the vehicle and use the standard mileage rate for the first year you placed the vehicle in service or

● You leased the vehicle and are using the standard mileage rate for the entire lease period (except the period, if any, before 1998).

If you deduct actual expenses:

● Include on line 12 the business portion of expenses for gasoline, oil, repairs, insurance, tires, license plates, etc., and

● Show depreciation on line 16 and rent or lease payments on line 26a.

If you take the standard mileage rate, multiply the number of business miles by 34.5 cents. Add to this amount your parking fees and tolls, and enter the total on line 12. **Do not** deduct depreciation, rent or lease payments, or your actual operating expenses.

If you claim any car or truck expenses (actual or the standard mileage rate), you must provide the information requested in Part V of **Form 4562.** Be sure to attach Form 4562 to your return.

For details, see **Pub. 463.**

## Line 14

Deductible soil and water conservation expenses generally are those that are paid to conserve soil and water or to prevent erosion of land used for farming. These expenses include (but are not limited to) the cost of leveling, grading and terracing, contour furrowing, the construction, control, and protection of diversion channels, drainage ditches, earthen dams, watercourses, outlets and ponds, the eradication of brush, and the planting of windbreaks.

These expenses can be deducted only if they are consistent with a conservation plan approved by the Natural Resources Conservation Service (NRCS) of the Department of Agriculture for the area in which your land is located. If no plan exists, the expenses must be consistent with a plan of a comparable state agency. You cannot deduct the expenses if they were paid or incurred for land used in farming in a foreign country.

Do not deduct expenses you paid or incurred to drain or fill wetlands, to prepare land for center pivot irrigation systems, or to clear land.

Your deduction may not exceed 25% of your gross income from farming (excluding certain gains from selling assets such as farm machinery and land). If your conservation expenses are more than the limit, the excess may be carried forward and deducted in later tax years. However, the amount deductible for any 1 year may not exceed the 25% gross income limit for that year.

For details, see **Pub. 225.**

## Line 15

Enter amounts paid for custom hire or machine work (the machine operator furnished the equipment).

**Do not** include amounts paid for rental or lease of equipment that you operated yourself. Instead, report those amounts on line 26a.

## Line 16

You can deduct depreciation of buildings, improvements, cars and trucks, machinery, and other farm equipment of a permanent nature.

**Do not** deduct depreciation on your home, furniture or other personal items, land, livestock you bought or raised for resale, or other property in your inventory.

You may also elect under Internal Revenue Code section 179 to expense a portion of the cost of certain tangible property you bought in 2001 for use in your business.

For details, including when you must complete and attach **Form 4562,** see the instructions for Schedule C, line 13, on page C-3.

## Line 17

Deduct contributions to employee benefit programs that are not an incidental part of a pension or profit-sharing plan included on line 25. Examples are accident and health plans, group-term life insurance, and dependent care assistance programs.

**Do not** include on line 17 any contributions you made on your behalf as a self-employed person to an accident and health plan or for group-term life insurance. You may be able to deduct on Form 1040, line 28, part of the amount you paid for health insurance on behalf of yourself, your spouse, and dependents even if you do not itemize your deductions. See the instructions for Form 1040, line 28, for details.

## Line 18

Generally, you cannot currently deduct expenses for feed to be consumed by your livestock in a later tax year. See **Prepaid Farm Supplies** on page F-4.

## Line 20

**Do not** include the cost of transportation incurred in purchasing livestock held for resale as freight paid. Instead, add these costs to the cost of the livestock, and deduct them when the livestock is sold.

## Line 22

Deduct on this line premiums paid for farm business insurance. Deduct on line 17 amounts paid for employee accident and health insurance. Amounts credited to a reserve for self-insurance or premiums paid for a policy that pays for your lost earnings due to sickness or disability are not deductible.

## Lines 23a and 23b

**Interest Allocation Rules.** The tax treatment of interest expense differs depending on its type. For example, home mortgage interest and investment interest are treated differently. "Interest allocation" rules require you to allocate (classify) your interest expense so it is deducted on the correct line of your return and receives the right tax treatment. These rules could affect how much interest you are allowed to deduct on Schedule F.

Generally, you allocate interest expense by tracing how the proceeds of the loan are used. See **Pub. 535** for details.

If you paid interest on a debt secured by your main home and any of the proceeds from that debt were used in your farming business, see Pub. 535 to figure the amount to include on lines 23a and 23b.

**How To Report.** If you have a mortgage on real property used in your farming business (other than your main home), enter on line 23a the interest you paid for 2001 to banks or other financial institutions for which you received a **Form 1098** (or similar statements). If you did not receive a Form 1098, enter the interest on line 23b.

If you paid more mortgage interest than is shown on Form 1098, see Pub. 535 to find out if you can deduct the additional interest. If you can, include the amount on line 23a. Attach a statement to your return explaining the difference and enter "See attached" in the margin next to line 23a.

If you and at least one other person (other than your spouse if you file a joint return) were liable for and paid interest on the mortgage and the other person received the Form 1098, include your share of the interest on line 23b. Attach a statement to your return showing the name and address of the person who received the Form 1098. In the margin next to line 23b, enter "See attached."

**Do not** deduct interest you prepaid in 2001 for later years; include only the part that applies to 2001.

## Line 24

Enter the amounts you paid for farm labor. Do not include amounts paid to yourself. Reduce your deduction by the current year credits claimed on:

- **Form 5884,** Work Opportunity Credit,
- **Form 8844,** Empowerment Zone Employment Credit,
- **Form 8845,** Indian Employment Credit, and
- **Form 8861,** Welfare-to-Work Credit.

Count the cost of boarding farm labor but not the value of any products they used from the farm. Count only what you paid household help to care for farm laborers.

 If you provided taxable fringe benefits to your employees, such as personal use of a car, do not include in farm labor the amounts you depreciated or deducted elsewhere.

## Line 25

Enter your deduction for contributions to employee pension, profit-sharing, or annuity plans. If the plan included you as a self-employed person, see the instructions for Schedule C, line 19, on page C-4.

## Lines 26a and 26b

If you rented or leased vehicles, machinery, or equipment, enter on line 26a the business portion of your rental cost. But if you leased a vehicle for a term of 30 days or more, you may have to reduce your deduction by an **inclusion amount.** For details, see the instructions for Schedule C, lines 20a and 20b, on page C-4.

Enter on line 26b amounts paid to rent or lease other property such as pasture or farm land.

## Line 27

Enter amounts you paid for repairs and maintenance of farm buildings, machinery, and equipment. You can also include what you paid for tools of short life or minimal cost, such as shovels and rakes.

**Do not** deduct repairs or maintenance on your home.

## Line 31

You can deduct the following taxes on this line.

- Real estate and personal property taxes on farm business assets.
- Social security and Medicare taxes you paid to match what you are required to withhold from farm employees' wages and any Federal unemployment tax paid.
- Federal highway use tax.

**Do not** deduct the following taxes on this line.

- Federal income taxes, including your self-employment tax. However, you may deduct one-half of your self-employment tax on Form 1040, line 27.
- Estate and gift taxes.
- Taxes assessed for improvements, such as paving and sewers.
- Taxes on your home or personal use property.
- State and local sales taxes on property purchased for use in your farm business. Instead, treat these taxes as part of the cost of the property.
- Other taxes not related to your farm business.

## Line 32

Enter amounts you paid for gas, electricity, water, etc., for business use on the farm. Do not include personal utilities. You cannot deduct the base rate (including taxes) of the first telephone line into your residence, even if you use it for business. See the instructions for Schedule C, line 25, on page C-5.

## Lines 34a Through 34f

Include all ordinary and necessary farm expenses not deducted elsewhere on Schedule F, such as advertising, office supplies, etc. **Do not** include fines or penalties paid to a government for violating any law.

**Amortization.** You can amortize qualifying forestation and reforestation costs over 84 months. You can also amortize certain business startup costs over a period of at least 60 months. For details, see **Pub. 535.** For amortization that begins in 2001, you must complete and attach **Form 4562.**

**At-Risk Loss Deduction.** Any loss from this activity that was not allowed as a deduction last year because of the at-risk rules is treated as a deduction allocable to this activity in 2001.

**Bad Debts.** See the instructions for Schedule C, line 9, on page C-3.

**Business Use of Your Home.** You may be able to deduct certain expenses for business use of your home, subject to limitations. Use the worksheet in **Pub. 587** to figure your allowable deduction. **Do not** use **Form 8829.**

**Deduction for Clean-Fuel Vehicles and Clean-Fuel Vehicle Refueling Property.** You may deduct part of the cost of qualified clean-fuel vehicle property used in your business and qualified clean-fuel vehicle refueling property. See Pub. 535 for details.

**Legal and Professional Fees.** You can deduct on this line fees for tax advice related to your farm business and for preparation of the tax forms related to your farm business.

**Travel, Meals, and Entertainment.** Generally, you can deduct expenses for farm business travel and 50% of your business meals and entertainment. But there are exceptions and limitations. See the instructions for Schedule C, lines 24a through 24c, on page C-5.

**Preproductive Period Expenses.** If you had preproductive period expenses in 2001 and you decided to capitalize them, you **must** enter the total of these expenses in parentheses on line 34f and enter "263A" in the space to the left of the total.

If you entered an amount in parentheses on line 34f because you have preproductive period expenses you are capitalizing, subtract the amount on line 34f from the total of lines 12 through 34e. Enter the result on line 35.

For details, see **Capitalizing Costs of Property** on page F-3 and **Pub. 225.**

## Line 36

If you have a loss, the amount of loss you can deduct this year may be limited. Go on to line 37 before entering your loss on line 36. If you checked the "No" box on line E on Schedule F, also see the Instructions for Form 8582. Enter the net profit or **deductible** loss here and on Form 1040, line 18, and Schedule SE, line 1. Estates and trusts should enter the net profit or deductible loss here and on **Form 1041,** line 6. Partnerships should stop here and enter the profit or loss on this line and on **Form 1065,** line 5 (or **Form 1065-B,** line 7).

If you have a net profit on line 36, this amount is earned income and may qualify you for the earned income credit if you meet certain conditions. See the instructions for Form 1040, lines 61a and 61b, for details.

## Line 37

**At-Risk Rules.** Generally, if you have **(a)** a loss from a farming activity and **(b)** amounts in the activity for which you are **not at risk,** you will have to complete **Form 6198** to figure your allowable loss. The at-risk rules generally limit the amount of loss (including loss on the disposition of assets) you can claim to the amount you could actually lose in the activity.

Check **box 37b** if you have amounts for which you are not at risk in this activity, such as the following.

● Nonrecourse loans used to finance the activity, to acquire property used in the activity, or to acquire the activity that are not secured by your own property (other than property used in the activity). However, there is an exception for certain nonrecourse financing borrowed by you in connection with holding real property.

● Cash, property, or borrowed amounts used in the activity (or contributed to the activity, or used to acquire the activity) that are protected against loss by a guarantee, stop-loss agreement, or other similar arrangement (excluding casualty insurance and insurance against tort liability).

● Amounts borrowed for use in the activity from a person who has an interest in the activity, other than as a creditor, or who is related under Internal Revenue Code section 465(b)(3) to a person (other than you) having such an interest.

If all amounts are at risk in this business, check **box 37a** and enter your loss on line 36. But if you checked the "No" box on line E, you may need to complete **Form 8582** to figure your allowable loss to enter on line 36. See the Instructions for Form 8582.

If you checked **box 37b,** see Form 6198 to determine the amount of your deductible loss and enter that amount on line 36. But

if you checked the "No" box on line E, your loss may be further limited. See the Instructions for Form 8582. If your at-risk amount is zero or less, enter zero on line 36. Be sure to attach Form 6198 to your return. If you checked box 37b and you do not attach Form 6198, the processing of your tax return may be delayed.

Any loss from this activity not allowed for 2001 because of the at-risk rules is treated as a deduction allocable to the activity in 2002.

For details, see **Pub. 925** and the Instructions for Form 6198.

# Part III. Farm Income– Accrual Method

If you use the accrual method, report farm income when you earn it, not when you receive it. Generally, you must include animals and crops in your inventory if you use this method. See **Pub. 538** for exceptions, inventory methods, how to change methods of accounting, and for rules that require certain costs to be capitalized or included in inventory.

## Line 38

Enter the amount earned from the sale of livestock, produce, grains, and other products you raised.

## Lines 39a Through 41c

See the instructions for lines 5a through 7c that begin on page F-2.

## Line 44

See the instructions for line 10 on page F-3.

# 2001 Instructions for Schedule J, Farm Income Averaging

Use Schedule J (Form 1040) to elect to figure your 2001 tax by averaging, over the previous 3 years (base years), all or part of your 2001 taxable income from your trade or business of farming. Making this election may give you a lower tax if your 2001 income from farming is high and your taxable income for one or more of the 3 prior years was low.

If you owe alternative minimum tax (AMT) for 2001 (figured without regard to farm income averaging), filing Schedule J will not reduce your total tax for 2001. Filing Schedule J may, however, increase your credit for prior year minimum tax in a later tax year.

This election does not apply when figuring your tentative minimum tax on **Form 6251** (that is, you cannot average your AMT farm income). Also, you do not have to recompute, because of this election, the tax liability of any minor child who was required to use your tax rates in the prior years.

## General Instructions

### Negative Taxable Income

If your deductions exceeded your gross income for any year that is a base year for 2001 (1998, 1999, or 2000), your taxable income for farm income averaging purposes for that year may be negative. See the instructions for lines 5, 9, and 13. If you had taxable income from farming in 1998 or 1999 and your deductions exceeded your gross income for any of the 3 years preceding those years (base years), your taxable income for farm income averaging purposes for a base year may be negative. You can use that negative amount instead of limiting the amount to zero when figuring your tax using Schedule J for 1998 or 1999. Unless you have already done so, file an amended return on **Form 1040X** for 1998 or 1999 and attach Schedule J. Filing Form 1040X may result in a refund. You may file Form 1040X for 1998 or 1999 and use Schedule J to figure your tax even if you did not use Schedule J on your original 1998 or 1999 tax return. If you did use Schedule J to figure your tax for 1998 or 1999 and the taxable income for any of the base years was zero, you **must** refigure your tax using a 1998 or 1999 Schedule J **before** completing Schedule J for 2001 (or 2000). You should also amend your 1998 and 1999 tax return. Figure the amount to enter on lines 5, 9, and 13 of a 1998 or 1999 Schedule J in the manner shown for those lines in these instructions, but substituting the applicable base years. Also, do not limit the amount on lines 5, 9, 11, 13, and 15 to zero. If you refigure your tax for 1998 using Schedule J, use the amounts refigured for 1998 to refigure your 1999 Schedule J.

 If you used Schedule J to figure your tax for 2000, you will use amounts only from the 2000 Schedule J when completing your 2001 Schedule J.

## Prior Year Tax Returns

You may need copies of your original or amended income tax returns for 1998, 1999, and 2000 to figure your tax on Schedule J. If you do not have copies of those returns, you can get them by filing **Form 4506.** See your Form 1040 instruction booklet to find out how to get this form. Keep a copy of your 2001 income tax return for use in 2002, 2003, or 2004.

## Specific Instructions

### Line 2

### Elected Farm Income

To figure elected farm income, first figure your taxable income from farming. **Taxable income from farming** includes all income, gains, losses, and deductions attributable to any farming business. However, it does not include gain from the sale or other disposition of land.

Your **elected farm income** is the amount of your taxable income from farming that you elect to include on line 2. You do not have to include all of your taxable income from farming on line 2. It may be to your advantage to include less than the full amount, depending on how the amount you include on line 2 affects your tax bracket for the current and prior 3 tax years.

Your elected farm income cannot exceed your taxable income. Also, the portion of your elected farm income treated as a net capital gain cannot exceed the **smaller** of your total net capital gain or your net capital gain attributable to your farming business. If your elected farm income includes net capital gain, you must allocate an equal portion of the net capital gain to each of the base years. If, for any base year, you had a capital loss that resulted in a capital loss carryover to the next tax year, **do not** reduce the elected farm income allocated to that base year by any part of the carryover.

**Farming Business.** A farming business is the trade or business of cultivating land or raising or harvesting any agricultural or horticultural commodity. This includes:

● Operating a nursery or sod farm;

● Raising or harvesting of trees bearing fruits, nuts, or other crops;

● Raising ornamental trees (but not evergreen trees that are more than 6 years old when severed from the roots);

● Raising, shearing, feeding, caring for, training, and managing animals; and

● Leasing land to a tenant engaged in a farming business, but **only** if the lease payments are based on a share of the tenant's production (not a fixed amount).

A farming business **does not** include:

● Contract harvesting of an agricultural or horticultural commodity grown or raised by someone else or

● Merely buying or reselling plants or animals grown or raised by someone else.

 Generally, farm income, gains, losses, and deductions are reported on:

● **Form 1040,** line 7, to the extent of wages and other compensation you received as a shareholder in an S corporation engaged in a farming business;

● **Schedule D;**

● **Schedule E,** Part II;

● **Schedule F;**

● **Form 4797;** and

● **Form 4835.**

### Line 4

Figure the tax on the amount on line 3 using the **2001** Tax Table, Tax Rate Schedules, or Capital Gain Tax Worksheet from your 2001 Form 1040 instruction booklet, or use Schedule D. Enter the tax on line 4.

# Line 5

If you used Schedule J to figure your tax for 2000 (that is, you entered the amount from line 22 of that Schedule J on Form 1040, line 40, or on Form 1040X), enter on line 5 the amount from line 11 of your 2000 Schedule J. If you used Schedule J to figure your tax for 1999 but not 2000, enter on line 5 the amount from line 15 of your 1999 Schedule J. If you used Schedule J to figure your tax for 1998 but not 1999 nor 2000, enter on line 5 the amount from line 3 of your 1998 Schedule J.

If you figured your tax for 1998, 1999, and 2000 without using Schedule J, enter on line 5 the taxable income from your 1998 tax return (or as previously adjusted by the IRS, an amended return, etc.). But if the taxable income on your 1998 tax return is zero or less, complete the worksheet below to figure the amount to enter on line 5.

If you filed your 1998 tax return using TeleFile, enter the taxable income from your TeleFile Tax Record. If you did not file a tax return for 1998, use the amount you would have reported as your taxable income had you been required to file a tax return. Be sure to keep all your records for 1998 for at least 3 years after April 15, 2002 (or the date you file your 2001 tax return, if later), even if you did not file a tax return for 1998.

## Instructions for 1998 Taxable Income Worksheet

**Line 2.** Any net capital loss deduction on your 1998 Schedule D, line 18, is not allowed for farm income averaging purposes to the extent it did not reduce your capital loss carryover to 1999. This could happen if the taxable income before subtracting exemptions shown on your 1998 Form 1040, line 37 (or as previously adjusted), was less than zero. Enter the amount by which your 1998 capital loss carryover to 1999 (the sum of your short- and long-term capital loss carryovers) exceeds the excess of the loss on your 1998 Schedule D, line 17, over the loss on your 1998 Schedule D, line 18. If you had any net operating loss (NOL) carrybacks to 1998, be sure you refigured your 1998 capital loss carryover to 1999.

**Line 3.** If you had an NOL for 1998, enter the amount of that NOL as figured on line 28 of the 1998 Form 1045, Schedule A, you filed with **Form 1045** or Form 1040X. If you did not have an NOL for 1998, enter the portion, if any, of the NOL carryovers and carrybacks to 1998 that were not used in 1998 and were carried to years after 1998.

**Example.** John Farmington did not use farm income averaging for 1998, 1999, nor 2000. John has $18,000 of elected farm income on line 2. The taxable income before subtracting exemptions shown on his 1998 Form 1040, line 37, was $3,700. A deduction for exemptions of $2,700 was shown on line 38, and line 39, taxable income, was $1,000. However, John had a $22,950 NOL in 1999, $9,000 of which was remaining to carry to 1998 after the NOL was carried back to

1997. To complete line 1 of the worksheet, John combines the $9,000 NOL deduction with the $3,700 from his 1998 Form 1040, line 37. The result is a negative $5,300. John subtracts from that amount the $2,700 deduction for exemptions. That result is a negative $8,000, John's 1998 taxable income, which he enters as a positive amount on line 1 of the 1998 worksheet.

When John filed his 1998 tax return, he had a $3,000 net capital loss deduction on Schedule D, line 18 (which was also entered on Form 1040, line 13), a $7,000 loss on Schedule D, line 17, and a $4,000 capital loss carryover to 1999. However, when John carried back the 1999 NOL to 1998, he refigured his 1998 capital loss carryover to 1999 as $7,000. John adds the $3,000 from Schedule D, line 18, and the $7,000 carryover. He subtracts from the result the $7,000 loss on his Schedule D, line 17, and enters $3,000 on line 2 of the worksheet.

John had $1,000 of taxable income in 1998 that reduced the 1999 NOL carryback. The $2,700 of exemptions and $3,000 net capital loss deduction also reduced the amount of the 1999 NOL carryback. Therefore, only $2,300 was available to carry to 2000 and later years, as shown on his 1999 Form 1045, Schedule B, line 9. John enters the $2,300 on line 3 of the worksheet, and $5,300 on line 4. He then subtracts the $5,300 from the $8,000 on line 1 and enters the result, $2,700, on line 5 of the worksheet. He enters a negative $2,700 on Schedule J, line 5. He combines that amount with the $6,000 on Schedule J, line 6, and enters $3,300 on Schedule J, line 7.

---

**1998 Taxable Income Worksheet—Line 5**                                    *Keep for Your Records*

Complete this worksheet if you figured your tax for both 1999 and 2000 without using Schedule J **and** the taxable income on your 1998 tax return is zero or less. See the instructions above before completing this worksheet.

1. Figure the taxable income from your 1998 tax return (or as previously adjusted) without limiting it to zero. If you had an NOL for 1998, **do not** include any NOL carryovers or carrybacks to 1998. Enter the result as a positive amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **1.** _____

2. If there is a loss on your 1998 Schedule D, line 18, add that loss (as a positive amount) and your 1998 capital loss carryover to 1999. Subtract from that sum the amount of the loss on your 1998 Schedule D, line 17, and enter the result . .  **2.** _____

3. If you had an NOL for 1998, enter it as a positive amount. Otherwise, enter as a positive amount the portion, if any, of the NOL carryovers and carrybacks to 1998 that were not used in 1998 and were carried to years after 1998 . . . . . .  **3.** _____

4. Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . .  **4.** _____

5. Subtract line 4 from line 1. Enter the result as a negative amount on Schedule J, line 5 . . . . . . .  **5.** _____

# Line 8

If line 7 is zero, enter zero on line 8. Otherwise, figure the tax on the amount on line 7 using either:

- The 1998 Tax Rate Schedules below or
- The Schedule D you filed for 1998 (but use the 1998 Tax Rate Schedules below instead of the 1998 Tax Table when figuring the tax on Schedule D, lines 33 and 53).

## 1998 Tax Rate Schedules—Line 8

**Schedule X**—Use if your **1998** filing status was **Single**

| If the amount on Schedule J, line 7, is: Over— | But not over— | Enter on Schedule J, line 8 | | of the amount over— |
|---|---|---|---|---|
| $0 | $25,350 | ........ 15% | | $0 |
| 25,350 | 61,400 | **$3,802.50 +** | **28%** | **25,350** |
| 61,400 | 128,100 | **13,896.50 +** | **31%** | **61,400** |
| 128,100 | 278,450 | **34,573.50 +** | **36%** | **128,100** |
| 278,450 | ........ | **88,699.50 +** | **39.6%** | **278,450** |

**Schedule Y-2**—Use if your **1998** filing status was **Married filing separately**

| If the amount on Schedule J, line 7, is: Over— | But not over— | Enter on Schedule J, line 8 | | of the amount over— |
|---|---|---|---|---|
| $0 | $21,175 | ........ 15% | | $0 |
| 21,175 | 51,150 | **$3,176.25 +** | **28%** | **21,175** |
| 51,150 | 77,975 | **11,569.25 +** | **31%** | **51,150** |
| 77,975 | 139,225 | **19,885.00 +** | **36%** | **77,975** |
| 139,225 | ........ | **41,935.00 +** | **39.6%** | **139,225** |

**Schedule Y-1**—Use if your **1998** filing status was **Married filing jointly** or **Qualifying widow(er)**

| If the amount on Schedule J, line 7, is: Over— | But not over— | Enter on Schedule J, line 8 | | of the amount over— |
|---|---|---|---|---|
| $0 | $42,350 | ........ 15% | | $0 |
| 42,350 | 102,300 | **$6,352.50 +** | **28%** | **42,350** |
| 102,300 | 155,950 | **23,138.50 +** | **31%** | **102,300** |
| 155,950 | 278,450 | **39,770.00 +** | **36%** | **155,950** |
| 278,450 | ........ | **83,870.00 +** | **39.6%** | **278,450** |

**Schedule Z**—Use if your **1998** filing status was **Head of household**

| If the amount on Schedule J, line 7, is: Over— | But not over— | Enter on Schedule J, line 8 | | of the amount over— |
|---|---|---|---|---|
| $0 | $33,950 | ........ 15% | | $0 |
| 33,950 | 87,700 | **$5,092.50 +** | **28%** | **33,950** |
| 87,700 | 142,000 | **20,142.50 +** | **31%** | **87,700** |
| 142,000 | 278,450 | **36,975.50 +** | **36%** | **142,000** |
| 278,450 | ........ | **86,097.50 +** | **39.6%** | **278,450** |

J-3

# Line 9

If you used Schedule J to figure your tax for 2000 (that is, you entered the amount from line 22 of that Schedule J on Form 1040, line 40, or on Form 1040X), enter on line 9 the amount from line 15 of your 2000 Schedule J. If you used Schedule J to figure your tax for 1999 but not 2000, enter on line 9 the amount from line 3 of your 1999 Schedule J.

If you figured your tax for both 1999 and 2000 without using Schedule J, enter on line 9 the taxable income from your 1999 tax return (or as previously adjusted by the IRS, an amended return, etc.). But if the taxable income on your 1999 tax return is zero or less, complete the worksheet below to figure the amount to enter on line 9.

If you filed your 1999 tax return using TeleFile, enter the taxable income from your TeleFile Tax Record. If you did not file a tax return for 1999, use the amount you would have reported as your taxable income had you been required to file a tax return. Be sure to keep all your records for 1999 until at least 3 years after April 15, 2002 (or the date you file your 2001 tax return, if later), even if you did not file a tax return for 1999.

## Instructions for 1999 Taxable Income Worksheet

**Line 2.** Any net capital loss deduction on your 1999 Schedule D, line 18, is not allowed for farm income averaging purposes to the extent it did not reduce your capital loss carryover to 2000. This could happen if the taxable income before subtracting exemptions shown on your 1999 Form 1040, line 37 (or as previously adjusted), was less than zero. Enter the amount by which your 1999 capital loss carryover to 2000 (the sum of your short- and long-term capital loss carryovers) exceeds the excess of the loss on your 1999 Schedule D, line 17, over the loss on your 1999 Schedule D, line 18. If you had any NOL carrybacks to 1999, be sure you refigured your 1999 capital loss carryover to 2000.

**Line 3.** If you had an NOL for 1999, enter the amount of that NOL as figured on line 27 of the 1999 Form 1045, Schedule A, you filed with Form 1045 or Form 1040X. If you did not have an NOL for 1999, enter the portion, if any, of the NOL carryovers and carrybacks to 1999 that were not used in 1999 and were carried to years after 1999.

**Example.** John Farmington did not use farm income averaging for 1998, 1999 nor 2000. The taxable income before subtracting exemptions on his 1999 Form 1040, line 37, is a negative $30,250. A deduction for exemptions of $2,750 is shown on line 38, and line 39, taxable income, is limited to zero.

John subtracts from the $30,250 loss the $2,750 deduction for exemptions. The result is a negative $33,000, John's 1999 taxable income, which he enters as a positive amount on line 1 of the 1999 worksheet.

John had a $3,000 net capital loss deduction on Schedule D, line 18 (which was also entered on Form 1040, line 13), and a $7,000 loss on Schedule D, line 17 (as adjusted). He also had a $7,000 capital loss carryover to 2000. John adds the $3,000 from Schedule D, line 18, and the $7,000 carryover. He subtracts from the result the $7,000 loss on his Schedule D, line 17, and enters $3,000 on line 2 of the worksheet.

John enters $22,950 on line 3 of the worksheet, the 1999 NOL from his 1999 Form 1045, Schedule A, line 27. Of the $33,000 negative taxable income, the $2,750 deduction for exemptions, the $3,000 capital loss deduction, and his $4,300 standard deduction were not allowed in figuring the NOL. John had a $22,950 loss on his 1999 Schedule F, the only other item on his 1999 tax return.

John enters $25,950 on line 4 and $7,050 on line 5. He enters $7,050 as a negative amount on Schedule J, line 9. He enters $6,000 on Schedule J, line 10, and a negative $1,050 on Schedule J, line 11. If he uses Schedule J to figure his tax for 2002, he will enter the negative $1,050 amount on his 2002 Schedule J as his 1999 taxable income for farm income averaging purposes.

---

## 1999 Taxable Income Worksheet—Line 9         *Keep for Your Records*

Complete this worksheet if you did not use Schedule J to figure your tax for 2000 **and** the taxable income on your 1999 tax return is zero or less. See the instructions above before completing this worksheet.

1. Figure the taxable income from your 1999 tax return (or as previously adjusted) without limiting it to zero. If you had an NOL for 1999, **do not** include any NOL carryovers or carrybacks to 1999. Enter the result as a positive amount  . . . . . . . . . . . . . . . . . . . . . **1.** _____

2. If there is a loss on your 1999 Schedule D, line 18, add that loss (as a positive amount) and your 1999 capital loss carryover to 2000. Subtract from that sum the amount of the loss on your 1999 Schedule D, line 17, and enter the result  . .   **2.** _____

3. If you had an NOL for 1999, enter it as a positive amount. Otherwise, enter as a positive amount the portion, if any, of the NOL carryovers and carrybacks to 1999 that were not used in 1999 and were carried to years after 1999  . . . . .   **3.** _____

4. Add lines 2 and 3  . . . . . . . . . . . . . . . . . **4.** _____

5. Subtract line 4 from line 1. Enter the result as a negative amount on Schedule J, line 9  . . . . . . . **5.** _____

## Line 12

If line 11 is zero or less, enter zero on line 12. Otherwise, figure the tax on the amount on line 11 using:

- The 1999 Tax Rate Schedules below,
- The 1999 Capital Gain Tax Worksheet below, or
- The Schedule D you filed for 1999 (but use the 1999 Tax Rate Schedules below instead of the 1999 Tax Table when figuring the tax on Schedule D, lines 33 and 53).

### 1999 Tax Rate Schedules—Line 12

| Schedule X—Use if your 1999 filing status was Single | | | | Schedule Y-2—Use if your 1999 filing status was Married filing separately | | | |
|---|---|---|---|---|---|---|---|
| If the amount on Schedule J, line 11, is: *Over—* | *But not over—* | Enter on Schedule J, line 12 | *of the amount over—* | If the amount on Schedule J, line 11, is: *Over—* | *But not over—* | Enter on Schedule J, line 12 | *of the amount over—* |
| $0 | $25,750 | ......... 15% | $0 | $0 | $21,525 | ......... 15% | $0 |
| 25,750 | 62,450 | **$3,862.50 +** 28% | 25,750 | 21,525 | 52,025 | **$3,228.75 +** 28% | 21,525 |
| 62,450 | 130,250 | **14,138.50 +** 31% | 62,450 | 52,025 | 79,275 | **11,768.75 +** 31% | 52,025 |
| 130,250 | 283,150 | **35,156.50 +** 36% | 130,250 | 79,275 | 141,575 | **20,216.25 +** 36% | 79,275 |
| 283,150 | ......... | **90,200.50 +** 39.6% | 283,150 | 141,575 | ......... | **42,644.25 +** 39.6% | 141,575 |
| Schedule Y-1—Use if your 1999 filing status was Married filing jointly or Qualifying widow(er) | | | | Schedule Z—Use if your 1999 filing status was Head of household | | | |
| If the amount on Schedule J, line 11, is: *Over—* | *But not over—* | Enter on Schedule J, line 12 | *of the amount over—* | If the amount on Schedule J, line 11, is: *Over—* | *But not over—* | Enter on Schedule J, line 12 | *of the amount over—* |
| $0 | $43,050 | ......... 15% | $0 | $0 | $34,550 | ......... 15% | $0 |
| 43,050 | 104,050 | **$6,457.50 +** 28% | 43,050 | 34,550 | 89,150 | **$5,182.50 +** 28% | 34,550 |
| 104,050 | 158,550 | **23,537.50 +** 31% | 104,050 | 89,150 | 144,400 | **20,470.50 +** 31% | 89,150 |
| 158,550 | 283,150 | **40,432.50 +** 36% | 158,550 | 144,400 | 283,150 | **37,598.00 +** 36% | 144,400 |
| 283,150 | ......... | **85,288.50 +** 39.6% | 283,150 | 283,150 | ......... | **87,548.00 +** 39.6% | 283,150 |

### 1999 Capital Gain Tax Worksheet—Line 12

*Keep for Your Records*

Use this worksheet to figure the tax on the amount on line 11 of Schedule J **only** if you entered capital gain distributions directly on line 13 of your 1999 Form 1040 and checked the box on that line **and** you do not have to use Schedule D to figure your tax.

| | | |
|---|---|---|
| 1. Enter the amount from Schedule J, line 11 . . . . . . . | **1.** _____ | |
| 2. Enter the amount from your 1999 Form 1040, line 13 . . . . . . . | **2.** _____ | |
| 3. Subtract line 2 from line 1. If zero or less, enter -0- . . . . . . . | **3.** _____ | |
| 4. Figure the tax on the amount on line 3. Use the 1999 Tax Rate Schedules above . . . . . . . | | **4.** _____ |
| 5. Enter the **smaller** of: <br> ● The amount on line 1 above or <br> ● $25,750 if single for 1999; $43,050 if married filing jointly or qualifying widow(er); $21,525 if married filing separately; or $34,550 if head of household. } . . . | **5.** _____ | |
| 6. Enter the amount from line 3 . . . . . . . | **6.** _____ | |
| 7. Subtract line 6 from line 5. If zero or less, enter -0- and go to line 9 . . | **7.** _____ | |
| 8. Multiply line 7 by 10% (.10) . . . . . . . | | **8.** _____ |
| 9. Enter the **smaller** of line 1 or line 2 . . . . . . . | **9.** _____ | |
| 10. Enter the amount, if any, from line 7 . . . . . . . | **10.** _____ | |
| 11. Subtract line 10 from line 9. If zero or less, enter -0- and go to line 13 . | **11.** _____ | |
| 12. Multiply line 11 by 20% (.20) . . . . . . . | | **12.** _____ |
| 13. Add lines 4, 8, and 12 . . . . . . . | | **13.** _____ |
| 14. Figure the tax on the amount on line 1. Use the 1999 Tax Rate Schedules above | | **14.** _____ |
| 15. **Tax.** Enter the **smaller** of line 13 or line 14 here and on Schedule J, line 12 . . . . . . . | | **15.** _____ |

# Line 13

If you used Schedule J to figure your tax for 2000 (that is, you entered the amount from line 22 of that Schedule J on Form 1040, line 40, or on Form 1040X), enter on line 13 the amount from line 3 of that Schedule J.

If you did not use Schedule J to figure your tax for 2000, enter on line 13 the taxable income from your 2000 tax return (or as previously adjusted by the IRS, an amended return, etc.). But if the taxable income on your 2000 tax return is zero or less, complete the worksheet below to figure the amount to enter on line 13.

If you filed your 2000 tax return using TeleFile, enter the taxable income from your TeleFile Tax Record. If you did not file a tax return for 2000, use the amount you would have reported as your taxable income had you been required to file a tax return. Be sure to keep all your records for 2000 until at least 3 years after April 15, 2002 (or the date you file your 2001 tax return, if later), even if you did not file a tax return for 2000.

## Instructions for 2000 Taxable Income Worksheet

**Line 2.** Any net capital loss deduction on your 2000 Schedule D, line 18, is not allowed for farm income averaging purposes to the extent it did not reduce your capital loss carryover to 2001. This could happen if the taxable income before subtracting exemptions shown on your 2000 Form 1040, line 37 (or as previously adjusted), was less than zero. Enter the amount by which your 2000 capital loss carryover to 2001 (the sum of your short- and long-term capital loss carryovers) exceeds the excess of the loss on your 2000 Schedule D, line 17, over the loss on your 2000 Schedule D, line 18.

**Line 3.** If you had an NOL for 2000, enter the amount of that NOL as figured on line 27 of the 2000 Form 1045, Schedule A, you filed with Form 1045 or Form 1040X. If you did not have an NOL for 2000, enter the portion, if any, of the NOL carryovers and carrybacks to 2000 that were not used in 2000 and were carried to years after 2000.

**Example.** John Farmington did not use farm income averaging for 1998, 1999, nor 2000. The taxable income before subtracting exemptions on his 2000 Form 1040, line 37, is a negative $1,000. This amount includes an NOL deduction (NOLD) on his 2000 Form 1040, line 21, of $2,300. The $2,300 is the portion of the 1999 NOL that was remaining from 1998 to be carried to 2000. See the examples on pages J-2 and J-4. A deduction for exemptions of $2,800 is shown on Form 1040, line 38, and line 39, taxable income, is limited to zero. John does not have an NOL for 2000. John subtracts from the $1,000 negative amount on Form 1040, line 37, the $2,800 deduction for exemptions. The result is a negative $3,800, John's 2000 taxable income, which he enters as a positive amount on line 1 of the 2000 worksheet.

John had a $3,000 net capital loss deduction on Schedule D, line 18 (which was also entered on Form 1040, line 13), a $7,000 loss on Schedule D, line 17, and a $5,000 capital loss carryover to 2001 (his 2000 capital loss carryover to 2001 was $5,000, not $4,000, because the amount on his Form 1040, line 37, was a negative $1,000). John adds the $3,000 from Schedule D, line 18, and the $5,000 carryover. He reduces the result by the $7,000 loss on his Schedule D, line 17, and enters $1,000 on line 2 of the worksheet.

John enters zero on line 3 of the worksheet because he does not have an NOL for 2000 and did not have an NOL carryover from 2000 available to carry to 2001 and later years. The NOLD for 2000 of $2,300 was reduced to zero because it did not exceed his modified taxable income of $4,300. Modified taxable income is figured by adding back the $3,000 net capital loss deduction and the $2,800 of exemptions to negative taxable income (figured without regard to the NOLD) of $1,500. John enters $1,000 on line 4 and $2,800 on line 5. He enters $2,800 as a negative amount on Schedule J, line 13. He enters $6,000 on Schedule J, line 14, and $3,200 on Schedule J, line 15. If he uses Schedule J to figure his tax for 2002, he will enter $3,200 on his 2002 Schedule J as his 2000 taxable income for farm income averaging purposes.

---

## 2000 Taxable Income Worksheet—Line 13                    *Keep for Your Records*

Complete this worksheet if the taxable income on your 2000 tax return is zero or less. See the instructions above before completing this worksheet.

1. Figure the taxable income from your 2000 tax return (or as previously adjusted) without limiting it to zero. If you had an NOL for 2000, **do not** include any NOL carryovers or carrybacks to 2000. Enter the result as a positive amount . . . . . . . . . . . . . . . . . . . . . . **1.** _____

2. If there is a loss on your 2000 Schedule D, line 18, add that loss (as a positive amount) and your 2000 capital loss carryover to 2001. Subtract from that sum the amount of the loss on your 2000 Schedule D, line 17, and enter the result . . **2.** _____

3. If you had an NOL for 2000, enter it as a positive amount. Otherwise, enter as a positive amount the portion, if any, of the NOL carryovers and carrybacks to 2000 that were not used in 2000 and were carried to years after 2000 . . . . . **3.** _____

4. Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . **4.** _____

5. Subtract line 4 from line 1. Enter the result as a negative amount on Schedule J, line 13 . . . . . . **5.** _____

## Line 16

If line 15 is zero or less, enter zero on line 16. Otherwise, figure the tax on the amount on line 15 using:

- The 2000 Tax Rate Schedules below,

- The 2000 Capital Gain Tax Worksheet below, or

- The Schedule D you filed for 2000 (but use the 2000 Tax Rate Schedules below instead of the 2000 Tax Table when figuring the tax on Schedule D, lines 33 and 53).

## Lines 18, 19, and 20

If you filed your 1998, 1999, or 2000 tax return using TeleFile, enter your tax from your TeleFile Tax Record. If you amended your return or the IRS made changes to it, enter the corrected amount.

### 2000 Tax Rate Schedules—Line 16

| Schedule X—Use if your 2000 filing status was Single | | | | Schedule Y-2—Use if your 2000 filing status was Married filing separately | | | |
|---|---|---|---|---|---|---|---|
| If the amount on Schedule J, line 15, is: *Over—* | *But not over—* | Enter on Schedule J, line 16 | *of the amount over—* | If the amount on Schedule J, line 15, is: *Over—* | *But not over—* | Enter on Schedule J, line 16 | *of the amount over—* |
| $0 | $26,250 | ......... 15% | $0 | $0 | $21,925 | ........ 15% | $0 |
| 26,250 | 63,550 | **$3,937.50 +** 28% | 26,250 | 21,925 | 52,975 | **$3,288.75 +** 28% | 21,925 |
| 63,550 | 132,600 | **14,381.50 +** 31% | 63,550 | 52,975 | 80,725 | **11,982.75 +** 31% | 52,975 |
| 132,600 | 288,350 | **35,787.00 +** 36% | 132,600 | 80,725 | 144,175 | **20,585.25 +** 36% | 80,725 |
| 288,350 | ......... | **91,857.00 +** 39.6% | 288,350 | 144,175 | ......... | **43,427.25 +** 39.6% | 144,175 |
| **Schedule Y-1**—Use if your 2000 filing status was **Married filing jointly** or **Qualifying widow(er)** | | | | **Schedule Z**—Use if your 2000 filing status was **Head of household** | | | |
| If the amount on Schedule J, line 15, is: *Over—* | *But not over—* | Enter on Schedule J, line 16 | *of the amount over—* | If the amount on Schedule J, line 15, is: *Over—* | *But not over—* | Enter on Schedule J, line 16 | *of the amount over—* |
| $0 | $43,850 | ......... 15% | $0 | $0 | $35,150 | ........ 15% | $0 |
| 43,850 | 105,950 | **$6,557.50 +** 28% | 43,850 | 35,150 | 90,800 | **$5,272.50 +** 28% | 35,150 |
| 105,950 | 161,450 | **23,965.50 +** 31% | 105,950 | 90,800 | 147,050 | **20,854.50 +** 31% | 90,800 |
| 161,450 | 288,350 | **41,170.50 +** 36% | 161,450 | 147,050 | 288,350 | **38,292.00 +** 36% | 147,050 |
| 288,350 | ......... | **86,854.50 +** 39.6% | 288,350 | 288,350 | ......... | **89,160.00 +** 39.6% | 288,350 |

### 2000 Capital Gain Tax Worksheet—Line 16                                    *Keep for Your Records*

Use this worksheet to figure the tax on the amount on line 15 of Schedule J **only** if you entered capital gain distributions directly on line 13 of your 2000 Form 1040 (or line 10 of your 2000 Form 1040A) and checked the box on that line **and** you do not have to use Schedule D to figure your tax.

1. Enter the amount from Schedule J, line 15 . . . . . . . . . . . . .   **1.** _____
2. Enter the amount from your 2000 Form 1040, line 13 (or Form 1040A, line 10) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **2.** _____
3. Subtract line 2 from line 1. If zero or less, enter -0- . . . . . . . . .   **3.** _____
4. Figure the tax on the amount on line 3. Use the 2000 Tax Rate Schedules above . . . . . . . .   **4.** _____
5. Enter the **smaller** of:
   - The amount on line 1 above or
   - $26,250 if single for 2000; $43,850 if married filing jointly or qualifying widow(er); $21,925 if married filing separately; or $35,150 if head of household.   . . . **5.** _____
6. Enter the amount from line 3 . . . . . . . . . . . . . . .   **6.** _____
7. Subtract line 6 from line 5. If zero or less, enter -0- and go to line 9 . .   **7.** _____
8. Multiply line 7 by 10% (.10) . . . . . . . . . . . . . . .   **8.** _____
9. Enter the **smaller** of line 1 or line 2 . . . . . . . . . . . .   **9.** _____
10. Enter the amount, if any, from line 7 . . . . . . . . . . .   **10.** _____
11. Subtract line 10 from line 9. If zero or less, enter -0- and go to line 13 .   **11.** _____
12. Multiply line 11 by 20% (.20) . . . . . . . . . . . .   **12.** _____
13. Add lines 4, 8, and 12 . . . . . . . . . . . . . . . .   **13.** _____
14. Figure the tax on the amount on line 1. Use the 2000 Tax Rate Schedules above . . . . . . . .   **14.** _____
15. **Tax.** Enter the **smaller** of line 13 or line 14 here and on Schedule J, line 16 . . . . . .   **15.** _____

# 2001 Instructions for Schedule SE, Self-Employment Tax

Use Schedule SE (Form 1040) to figure the tax due on net earnings from self-employment. The Social Security Administration uses the information from Schedule SE to figure your benefits under the social security program. This tax applies no matter how old you are and even if you are already getting social security or Medicare benefits.

**Additional Information.** See **Pub. 533.**

# General Instructions

## A Change To Note

For 2001, the maximum amount of self-employment income subject to social security tax is $80,400.

## Who Must File Schedule SE

You must file Schedule SE if:

**1.** Your net earnings from self-employment (see page SE-2) from other than church employee income were $400 or more or

**2.** You had church employee income of $108.28 or more—see **Employees of Churches and Church Organizations** below.

## Who Must Pay Self-Employment (SE) Tax?

### Self-Employed Persons

You must pay SE tax if you had net earnings of $400 or more as a self-employed person. If you are in business for yourself or you are a farmer, you are self-employed.

You must also pay SE tax on your share of certain partnership income and your guaranteed payments. See **Partnership Income or Loss** on page SE-2.

### Employees of Churches and Church Organizations

If you had church employee income of $108.28 or more, you must pay SE tax. **Church employee income** is wages you received as an employee (other than as a minister or member of a religious order) from a church or qualified church-controlled organization that has a certificate in effect electing an exemption from employer social security and Medicare taxes.

### Ministers and Members of Religious Orders

In most cases, you must pay SE tax on salaries and other income for services you performed as a minister, a member of a religious order who has not taken a vow of poverty, or a Christian Science practitioner. But if you filed **Form 4361** and received IRS approval, you will be exempt from paying SE tax on those net earnings. If you had no other income subject to SE tax, write "Exempt–Form 4361" on line 53 of Form 1040. However, if you had other earnings of $400 or more subject to SE tax, see line A at the top of Long Schedule SE.

**Revocation of Election.** If you previously filed Form 4361 and received IRS approval, you can revoke that election to be exempt from SE tax. To do so, you must file **Form 2031** by the due date (including extensions) of your 2001 tax return. See Form 2031 for details.

**Note.** Once you file Form 2031 to elect social security coverage on your earnings as a minister you cannot revoke that election.

If you must pay SE tax, include this income on line 2 of either Short or Long Schedule SE. But do not report it on line 5a of Long Schedule SE; it is not considered church employee income. Also, include on line 2:

● The rental value of a home or an allowance for a home furnished to you (including payments for utilities) and

● The value of meals and lodging provided to you, your spouse, and your dependents for your employer's convenience.

However, **do not** include on line 2:

● Retirement benefits you received from a church plan after retirement or

● The rental value of a home or an allowance for a home furnished to you (including payments for utilities) after retirement.

If you were a duly ordained minister who was an employee of a church and you must pay SE tax, the unreimbursed business expenses that you incurred as a church employee are allowed only as an itemized deduction for income tax purposes. Subtract the allowable amount from your SE earnings when figuring your SE tax.

If you were a U.S. citizen or resident alien serving outside the United States as a minister or member of a religious order and you must pay SE tax, you may not reduce your net earnings by the foreign housing exclusion or deduction.

See **Pub. 517** for details.

## Members of Certain Religious Sects

If you have conscientious objections to social security insurance because of your membership in and belief in the teachings of a religious sect recognized as being in existence at all times since December 31, 1950, and which has provided a reasonable level of living for its dependent members, you are exempt from SE tax if you received IRS approval by filing **Form 4029.** In this case, do not file Schedule SE. Instead, write "Exempt–Form 4029" on Form 1040, line 53. See Pub. 517 for details.

## U.S. Citizens Employed by Foreign Governments or International Organizations

You must pay SE tax on income you earned as a U.S. citizen employed by a foreign government (or, in certain cases, by a wholly owned instrumentality of a foreign government or an international organization under the International Organizations Immunities Act) for services performed in the United States, Puerto Rico, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands (CNMI), or the Virgin Islands. Report income from this employment on Schedule SE (Section A or B), line 2. If you performed services elsewhere as an employee of a foreign government or an international organization, those earnings are exempt from SE tax.

## U.S. Citizens or Resident Aliens Living Outside the United States

If you are a self-employed U.S. citizen or resident alien living outside the United States, in most cases you must pay SE tax. You may not reduce your foreign earnings from self-employment by your foreign earned income exclusion.

**Exception.** The United States has social security agreements with many countries to eliminate dual taxes under two social security systems. Under these agreements, you must generally pay social security and Medicare taxes to only the country you live in.

The United States now has social security agreements with the following countries: Austria, Belgium, Canada, Chile, Finland, France, Germany, Greece, Ireland, Italy, Luxembourg, the Netherlands, Norway, Portugal, South Korea, Spain, Sweden, Switzerland, and the United Kingdom. Additional agreements are expected in the future. If you have questions about international social security agreements, you can:

● Visit the Social Security Administration (SSA) Web Site at www.ssa.gov/international,

● Call the SSA Office of International Programs at (410) 965-3548 or (410) 965-3554, or

● Write to Social Security Administration, Office of International Programs, P.O. Box 17741, Baltimore, MD 21235-7741.

## More Than One Business

If you were a farmer and had at least one other business or you had two or more businesses, your net earnings from self-employment are the combined net earnings from all of your businesses. If you had a loss in one business, it reduces the income from another. Figure the combined SE tax on one Schedule SE.

## Joint Returns

Show the name of the spouse with SE income on Schedule SE. If both spouses have SE income, each must file a separate Schedule SE. However, if one spouse qualifies to use Short Schedule SE and the other has to use Long Schedule SE, both can use the **same** form. One spouse should complete the front and the other the back.

Include the total profits or losses from all businesses on Form 1040, as appropriate. Enter the combined SE tax on Form 1040, line 53.

## Community Income

In most cases, if any of the income from a business (including farming) is community income, all of the income from that business is SE earnings of the spouse who carried on the business. The facts in each case will determine which spouse carried on the business. If you and your spouse are partners in a partnership, see **Partnership Income or Loss** below.

If you and your spouse had community income and file separate returns, attach Schedule SE to the return of the spouse with the SE income. Also, attach Schedule(s) C, C-EZ, or F to the return of each spouse.

If you are the spouse who carried on the business, you must include on line 3, Schedule SE, the net profit or (loss) reported on the other spouse's Schedule C, C-EZ, or F (except income not included in net earnings from self-employment as explained on page SE-3). Enter on the dotted line to the left of line 3, Schedule SE, "Community Income Taxed to Spouse" and the amount of any net profit or (loss) allocated to your spouse as community income. Combine that amount with the total of lines 1 and 2 and enter the result on line 3.

If you are not the spouse who carried on the business and you had no other income subject to SE tax, enter "Exempt Community Income" on Form 1040, line 53; **do not** file Schedule SE. However, if you had other earnings subject to SE tax of $400 or more, enter on the dotted line to the left of line 3, Schedule SE, "Exempt Community Income" and the amount of the net profit or (loss) from Schedule C, C-EZ, or F allocated to you as community income. If that amount is a net profit, subtract it from the total of lines 1 and 2, and enter the result on line 3. If that amount is a loss, treat it as a positive amount, add it to the total of lines 1 and 2, and enter the result on line 3.

 Community income included on Schedule(s) C, C-EZ, or F must be divided for income tax purposes on the basis of the community property laws.

## Fiscal Year Filers

If your tax year is a fiscal year, use the tax rate and earnings base that apply at the time the fiscal year begins. Do not prorate the tax or earnings base for a fiscal year that overlaps the date of a rate or earnings base change.

# Specific Instructions

Read the chart on page 1 of Schedule SE to see if you can use **Section A,** Short Schedule SE, or if you must use **Section B,** Long Schedule SE. For either section, you need to know what to include as net earnings from self-employment. Read the following instructions to see what to include as net earnings and how to fill in lines 1 and 2 of either Short or Long Schedule SE. Enter all negative amounts in parentheses.

# Net Earnings From Self-Employment

## What Is Included in Net SE Earnings?

In most cases, net earnings include your net profit from a farm or nonfarm business. If you were a partner in a partnership, see the following instructions.

## Partnership Income or Loss

If you were a general or limited partner in a partnership, include on line 1 or line 2, whichever applies, the amount from line 15a of Schedule K-1 (Form 1065) or the amount identified as net earnings from self-employment in box 9 of Schedule K-1 (Form 1065-B). General partners should reduce this amount before entering it on Schedule SE by any section 179 expense deduction claimed, unreimbursed partnership expenses claimed, and depletion claimed on oil and gas properties. If you reduce the amount you enter on Schedule SE, attach an explanation.

If a partner died and the partnership continued, include in SE income the deceased's distributive share of the partnership's ordinary income or loss through the end of the month in which he or she died. See Internal Revenue Code section 1402(f).

If you were married and both you and your spouse were partners in a partnership, each of you must pay SE tax on your own share of the partnership income. Each of you must file a Schedule SE and report the partnership income or loss on **Schedule E** (Form 1040), Part II, for income tax purposes.

SE income belongs to the person who is the member of the partnership and cannot be treated as SE income by the nonmember spouse even in community property states.

## Share Farming

You are considered self-employed if you produced crops or livestock on someone else's land for a share of the crops or livestock produced (or a share of the proceeds from the sale of them). This applies even if you paid another person (an agent) to do the actual work or management for you. Report your net earnings for income tax purposes on **Schedule F** (Form 1040) and for SE tax purposes on Schedule SE. See **Pub. 225** for details.

## Other Income and Losses Included in Net Earnings From Self-Employment

● Rental income from a farm if, as landlord, you materially participated in the production or management of the production of farm products on this land. This income is

farm earnings. To determine whether you materially participated in farm management or production, do not consider the activities of any agent who acted for you. The material participation tests are explained in Pub. 225.

● Cash or a payment-in-kind from the Department of Agriculture for participating in a land diversion program.

● Payments for the use of rooms or other space when you also provided substantial services. Examples are hotel rooms, boarding houses, tourist camps or homes, parking lots, warehouses, and storage garages.

● Income from the retail sale of newspapers and magazines if you were age 18 or older and kept the profits.

● Amounts received by current or former self-employed insurance agents and salespersons that are:

**1.** Paid after retirement but figured as a percentage of commissions received from the paying company before retirement,

**2.** Renewal commissions, or

**3.** Deferred commissions paid after retirement for sales made before retirement.

However, certain termination payments received by former insurance salespersons are not included in net earnings from self-employment (as explained below under **Income and Losses Not Included in Net Earnings From Self-Employment**).

● Income of certain crew members of fishing vessels with crews of normally fewer than 10 people. See **Pub. 595** for details.

● Fees as a state or local government employee if you were paid only on a fee basis and the job was not covered under a Federal-state social security coverage agreement.

● Interest received in the course of any trade or business, such as interest on notes or accounts receivable.

● Fees and other payments received by you for services as a director of a corporation.

● Recapture amounts under sections 179 and 280F that you included in gross income because the business use of the property dropped to 50% or less. Do not include amounts you recaptured on the disposition of property. See **Form 4797**.

● Fees you received as a professional fiduciary. This may also apply to fees paid to you as a nonprofessional fiduciary if the fees relate to active participation in the operation of the estate's business, or the management of an estate that required extensive management activities over a long period of time.

● Gain or loss from section 1256 contracts or related property by an options or commodities dealer in the normal course of dealing in or trading section 1256 contracts.

## Income and Losses Not Included in Net Earnings From Self-Employment

● Salaries, fees, etc., subject to social security or Medicare tax that you received for performing services as an employee, including services performed as a public official (except as a fee basis government employee as explained earlier under **Other Income and Losses Included in Net Earnings From Self-Employment**) or as an employee or employee representative under the railroad retirement system.

● Fees received for services performed as a notary public. If you had no other income subject to SE tax, enter "Exempt-Notary" on Form 1040, line 53. However, if you had other earnings of $400 or more subject to SE tax, enter "Exempt-Notary" and the amount of your net profit as a notary public from Schedule C or Schedule C-EZ on the dotted line to the left of line 3, Schedule SE. Subtract that amount from the total of lines 1 and 2 and enter the result on line 3.

● Income you received as a retired partner under a written partnership plan that provides for lifelong periodic retirement payments if you had no other interest in the partnership and did not perform services for it during the year.

● Income from real estate rentals if you did not receive the income in the course of a trade or business as a real estate dealer. Report this income on Schedule E.

● Income from farm rentals (including rentals paid in crop shares) if, as landlord, you did not materially participate in the production or management of the production of farm products on the land. See Pub. 225 for details.

● Dividends on shares of stock and interest on bonds, notes, etc., if you did not receive the income in the course of your trade or business as a dealer in stocks or securities.

● Gain or loss from:

**1.** The sale or exchange of a capital asset;

**2.** The sale, exchange, involuntary conversion, or other disposition of property unless the property is stock in trade or other property that would be includible in inventory, or held primarily for sale to customers in the ordinary course of the business; or

**3.** Certain transactions in timber, coal, or domestic iron ore.

● Net operating losses from other years.

● Termination payments you received as a former insurance salesperson if **all** of the following conditions are met.

**1.** The payment was received from an insurance company because of services you performed as an insurance salesperson for the company.

**2.** The payment was received after termination of your agreement to perform services for the company.

**3.** You did not perform any services for the company after termination and before the end of the year in which you received the payment.

**4.** You entered into a covenant not to compete against the company for at least a 1-year period beginning on the date of termination.

**5.** The amount of the payment depended primarily on policies sold by or credited to your account during the last year of the agreement, or the extent to which those policies remain in force for some period after termination, or both.

**6.** The amount of the payment did not depend to any extent on length of service or overall earnings from services performed for the company (regardless of whether eligibility for the payment depended on length of service).

### Statutory Employee Income

If you were required to check the box on line 1 of Schedule C or C-EZ because you were a statutory employee, **do not** include the net profit or (loss) from line 31 of that Schedule C (or the net profit from line 3 of Schedule C-EZ) on line 2 of Short or Long Schedule SE. But if you file Long Schedule SE, be sure to include statutory employee social security wages and tips from Form W-2 on line 8a.

## Optional Methods

### How Can the Optional Methods Help You?

**Social Security Coverage.** The optional methods may give you credit toward your social security coverage even though you have a loss or a small amount of income from self-employment.

**Earned Income Credit.** Using the optional methods may qualify you to claim the earned income credit or give you a larger credit if your net SE earnings (determined without using the optional methods) are less than $1,600. Figure the earned income credit with and without using the optional methods to see if the optional methods will benefit you.

**Additional Child Tax Credit.** Using the optional methods may qualify you to claim the additional child tax credit or give you a larger credit if your net SE earnings (determined without using the optional methods) are less than $1,600. Figure the additional child tax credit with and without using the optional methods to see if the optional methods will benefit you.

**Child and Dependent Care Credit.** The optional methods may also help you qualify for this credit or give you a larger credit if your net SE earnings (determined without using the optional methods) are less than $1,600. Figure this credit with and without using the optional methods to see if the optional methods will benefit you.

**Note.** Using the optional methods may give you the benefits described above but they may also increase your SE tax.

## Farm Optional Method

You may use this method to figure your net earnings from farm self-employment if your gross farm income was $2,400 or less **or** your net farm profits (defined below) were less than $1,733. There is no limit on how many years you can use this method.

Under this method, you report on line 15, Part II, two-thirds of your gross farm income, up to $1,600, as your net earnings. This method can increase or decrease your net SE farm earnings even if the farming business had a loss.

You may change the method after you file your return. That is, you can change from the regular to the optional method or from the optional to the regular method. To do this, file **Form 1040X.**

For a farm partnership, figure your share of gross income based on the partnership agreement. With guaranteed payments, your share of the partnership's gross income is your guaranteed payments plus your share of the gross income after it is reduced by all guaranteed payments made by the partnership. If you were a limited partner, include only guaranteed payments for services you actually rendered to or on behalf of the partnership.

**Net farm profits** is the total of the amounts from Schedule F (Form 1040), line 36, and Schedule K-1 (Form 1065), line 15a, from farm partnerships.

## Nonfarm Optional Method

You may be able to use this method to figure your net earnings from nonfarm self-employment if your net nonfarm profits (defined below) were less than $1,733 and also less than 72.189% of your gross nonfarm income. To use this method, you also must be regularly self-employed. You meet this requirement if your actual net earnings from self-employment were $400 or more in 2 of the 3 years preceding the year you use the nonfarm method. The net earnings of $400 or more could be from either farm or nonfarm earnings or both. The net earnings include your distributive share of partnership income or loss subject to SE tax. Use of the nonfarm optional method from nonfarm self-employment is limited to 5 years. The 5 years do not have to be consecutive.

Under this method, you report on line 17, Part II, two-thirds of your gross nonfarm income, up to $1,600, as your net earnings. But **you may not report less than your actual net earnings** from nonfarm self-employment.

You may change the method after you file your return. That is, you can change from the regular to the optional method or from the optional to the regular method. To do so, file Form 1040X.

Figure your share of gross income from a nonfarm partnership in the same manner as a farm partnership. See **Farm Optional Method** on this page for details.

**Net nonfarm profits** is the total of the amounts from Schedule C (Form 1040), line 31 (or Schedule C-EZ (Form 1040), line 3), Schedule K-1 (Form 1065), line 15a (from other than farm partnerships), and Schedule K-1 (Form 1065-B), box 9.

## Using Both Optional Methods

If you can use both methods, you may report less than your total actual net earnings from farm and nonfarm self-employment, but you **cannot** report less than your actual net earnings from nonfarm self-employment alone.

If you use both methods to figure net earnings, you **cannot** report more than $1,600 of net SE earnings.

# Index to Instructions

## A

Address Change . . . . . . . . . . . 19 and 54
Addresses of IRS Centers . . . . . . . Back Cover
Adjusted Gross Income . . . . . . . . . 27–31
Adoption Expenses—
  Credit for . . . . . . . . . . . . . 39
  Employer-Provided Benefits for . . . . . 21
Advance Earned Income Credit Payments . . . 39
Alimony Paid . . . . . . . . . . . . 30
Alimony Received . . . . . . . . . . . 23
Alternative Minimum Tax . . . . . 14, 34, and 35
Amended Return . . . . . . . . . . . 54
Amount You Owe . . . . . . . . . . . 52
Annuities . . . . . . . . . . . . . 23–25
Archer MSAs . . . . . . . . . . . . 29
At-Risk Rules . . . . . C-6*, E-3*, and F-6*
Attachments to the Return . . . . . . . . 53

## B

Blindness—Proof of . . . . . . . . . . 31
Business Income and Expenses (Schedule C) . . C-1*
Business Use of Home . . . A-5*, C-5*, and F-6*

## C

Capital Gains and Losses (Schedule D) . . . . D-1*
Capital Gain Distributions . . . . 21, 23, and D-1*
Capital Gain Tax Worksheet . . . . . . . 23
Casualty and Theft Losses . . . . . . . . A-5*
Charity—Gifts to . . . . . . . . . . . A-4*
Child and Dependent Care Expenses—
  Credit for . . . . . . . . . . . . . 35
Child Tax Credits . . . . 14, 20, 37–38, and 51
Children of Divorced or Separated Parents . . . 20
Commissioner's Message . . . . . . . . 2
Community Property States . . . . . . . . 21
Contributions To Reduce the Public Debt . . . 54
Corrective Distributions . . . . . . . . . 25
Customer Service Standards . . . . . . . . 6

## D

Day-Care Center Expenses . . . . . . . . 35
Death of a Taxpayer . . . . . . . . . . 55
Debt, Gift To Reduce the Public . . . . . . 54
Dependent Care Benefits . . . . . . . . . 21
Dependents—
  Exemptions for . . . . . . . . . . . 20
  Standard Deduction . . . . . . . . . . 31
  Tax Computation Worksheet for . . . . 14 and 33
  Who Can Be Claimed as . . . . . . . . 20
Direct Deposit of Refund . . . . . . . . 51–52
Disclosure, Privacy Act, and Paperwork Reduction
  Act Notice . . . . . . . . . . . . . 72
Dividends—
  Nominee . . . . . . . . . . . . . . B-2*
  Other Distributions . . . . . . . . 21–22
Divorced or Separated Parents—Children of . . . 20
Donations . . . . . . . . . . . . . . A-4*
Dual-Status Aliens . . . . . . . . . . . 15

## E

Earned Income Credit (EIC) . . . . . 14 and 41–50
  Nontaxable Earned Income . . . . . . . 43
Education—
  Credits . . . . . . . . . . . 36 and A-5*
  Expenses . . . . . . 28–29, 36, and A-5*
  Recapture of Education Credits . . . . . . 33
  Savings Accounts . . . . 14, 23, 27, and 41
Elderly Persons—
  Expenses for Care of . . . . . . . . 35–36
  Credit for . . . . . . . . . . . 35–36
  Standard Deduction . . . . . . . . . . 32
Electronic Filing (e-file) . . . . . . 3 and 55–56
Employee Business Expenses . . . . . . . A-5*
Estates and Trusts . . . . . . . . . . . E-6*
Estimated Tax . . . . . 40, 52, 53, and 54
Excess Salary Deferrals . . . . . . . . . 21
Excess Social Security and RRTA Tax Withheld . . 51
Exemptions . . . . . . . . . . . . 19–20
Extension of Time To File . . . . . . 15 and 51

## F

Farm Income and Expenses (Schedule F) . . . F-1*
Farm Income Averaging (Schedule J) . . . . J-1*

## G

Gambling . . . . . . . . . . 27 and A-6*
Gifts to Charity . . . . . . . . . . . A-4*
Golden Parachute Payments . . . . . . . 40
Group-Term Life Insurance—Uncollected Tax on . 40

## H

Head of Household . . . . . . . . . . . 19
Health Insurance Deduction—Self-Employed . . 30
Help With Unresolved Tax Issues . . . . . . 6
Home—Sale of . . . . . . . . . . . . D-2*
Household Employment Taxes . . . . . . . 39

## I

Income . . . . . . . . . . . . . . 20–27
Income Tax Withholding (Federal) . . . 40 and 54
Individual Retirement Arrangements (IRAs)—
  Contributions to (line 23) . . . . 14 and 27–28
  Distributions from (lines 15a and 15b) . . . 23
  Nondeductible Contributions to . . . . 23 and 27
Injured Spouse Claim . . . . . . . . . . 51
Innocent Spouse Relief . . . . . . . . . 54
Installment Payments . . . . . . . 13 and 52
Interest—
  Late Payment of Tax . . . . . . . . . 56
  Penalty on Early Withdrawal of Savings . . . 30
Interest Income—
  Exclusion of Savings Bond Interest . . . . B-1*
  Nominee . . . . . . . . . . . . . B-1*
  Taxable . . . . . . . . . 21 and B-1*
  Tax-Exempt . . . . . . . . 21 and B-1*
Interest You Paid . . . . . . . . . . . A-3*
Itemized Deductions or Standard Deduction . 31–32

## K

Kidnapped Child—Parent of . . . . . . . 14

## L

Line Instructions for Form 1040 . . . . . 19–53
Long-Term Care Insurance . . . . 30 and A-1*
Lump-Sum Distributions . . . . . . . . . 25

## M

Medical and Dental Expenses . . . . . . . A-1*
MSAs—Archer . . . . . . . . . . . . 29
Mileage Rates, Standard . . 14, A-1*, A-4*, and C-3*
Miscellaneous Itemized Deductions . . A-5* and A-6*
Mortgage Interest Credit . . . . . . 39 and A-3*
Moving Expenses . . . . . . . . . . . 29

## N

Name Change . . . . . . . . . . 19 and 54
National Debt—Gift To Reduce the . . . . . 54
Nonresident Alien . . . . . . . . . 15 and 19

## O

Order Blank for Forms and Publications . . . . 57
Original Issue Discount (OID) . . . . . . . B-1*
Other Income . . . . . . . . . . . . 27
Other Taxes . . . . . . . . . . . 39–40

## P

Partnerships . . . . . . . . . . . . E-5*
Partnership Expenses—Unreimbursed . . . . E-5*
Passive Activity—
  Losses . . . . . C-2*, E-4*, and F-2*
  Material Participation . . . C-2* and F-2*
Payments . . . . . . . . . . . . 40–51
Penalty—
  Early Withdrawal of Savings . . . . . . . 30
  Estimated Tax . . . . . . . . . . 52–53
  Frivolous Return . . . . . . . . . . 56
  Late Filing . . . . . . . . . . . . 56
  Late Payment . . . . . . . . . . . 56
  Other . . . . . . . . . . . . . . 56
Pensions and Annuities . . . . . . . . 23–25

## Q

Qualified Retirement Plans—Deduction for . . 30
Qualified State Tuition Program Earnings . 17 and 27

## R

Railroad Retirement Benefits—
  Treated as a Pension . . . . . . . . . 24
  Treated as Social Security . . . . . . . 25
Rate Reduction Credit Worksheet . . . 14 and 36
Records—How Long To Keep . . . . . . . 55
Refund . . . . . . . . . . . . . 51–52
  Refund Information . . . . . . . . . . 11
  Refund Offset . . . . . . . . . . . . 51
Refunds, Credits, or Offsets of State and
  Local Income Taxes . . . . . . . . 22–23
Rental Income and Expenses (Schedule E) . . E-1*
Retirement Plan Deduction—Self-Employed . . 30
Rights of Taxpayers . . . . . . . . . . 54
Rollovers . . . . . . . . . . . 23 and 25
Roth IRAs . . . . . . . . . . . . . 23
Rounding Off to Whole Dollars . . . . . . 21
Royalties . . . . . . . . . . . . . E-1*

## S

Sale of Home . . . . . . . . . . . . D-2*
Scholarship and Fellowship Grants . . . . . 21
S Corporations . . . . . . . . . . . . E-5*
Self-Employment Tax—
  Income Subject to . . . . . . . . . . SE-2*
  Deduction for One-Half of . . . . . . . 30
Signing Your Return . . . . . . . . . . 53
Social Security and Equivalent Railroad
  Retirement Benefits . . . . . . . . 25–26
Social Security Number . . . . . . 19 and 54
Standard Deduction or Itemized Deductions . 31–32
State and Local Income Taxes—Taxable
  Refunds, Credits, or Offsets of . . . . 22–23
Statutory Employees . . . 21, C-2*, and C-6*
Student Loan Interest Deduction . . . 14 and 28–29

## T

Tax and Credits . . . . . . . . . . 31–39
  Figured by the IRS . . . . 33, 36, and 43
  Other Taxes—
    Alternative Minimum Tax . . . . . 34 and 35
    Lump-Sum Distributions . . . . . . . 25
    IRAs and Other Tax-Favored Accounts . . 39
    Recapture . . . . . . . . . . . . 40
    Section 72(m)(5) . . . . . . . . . . 40
    Self-Employment Tax . . . . . . . . SE-1*
Tax Computation Worksheet for
  Certain Dependents . . . . . . 14 and 33
Tax Rate Schedules . . . . . . . . . . 71
Tax Table . . . . . . . . . . . . 59–70
Taxes You Paid . . . . . . . . . . . A-2*
Taxpayer Advocate—Office of . . . . . . . 6
Telephone Assistance—
  Federal Tax Information . . . . . . 11–13
  TeleTax Information . . . . . . . . 11–12
Terrorist Attacks—Victims of . . . . . . . 14
Third Party Designee . . . . . . . . . . 53
Tip Income . . . . . . . . . . 21 and 39
Tips Reported to Employer—Uncollected Tax on . 40
Trusts—Foreign . . . . . . . . . . . B-2*

## U

Unemployment Compensation . . . . . . . 25
U.S. Citizens and Resident Aliens
  Living Abroad . . . . . . . . . 15 and 20

## W

What if You Cannot Pay? . . . . . . . 13 and 52
When Should You File? . . . . . . . . . 15
Where Do You File? . . . . . 15 and Back Cover
Who Must File . . . . . . . . . . 15–16
Who Should File . . . . . . . . . . . 15
Widows and Widowers, Qualifying . . . . . 19
Winnings—Prizes, Gambling, and Lotteries
  (Other Income) . . . . . . . . . . . 27
Withholding—Federal Income Tax . . . 40 and 54

## Filing (top of right column continued)

Filing Requirements . . . . . . . . 15–16
Filing Status . . . . . . . . . . . . 19
Foreign Accounts and Trusts . . . . . . . B-2*
Foreign-Source Income . . . . . . . . . 20
Foreign Tax Credit . . . . . . . . . 34–35
Form W-2 . . . . . . . . . . . . . 21
Forms W-2, 1098, and 1099—Where To
  Report Certain Items From . . . . . 17–18
Forms—How To Get . . . . . . . . . . 7

Presidential Election $3 Check-Off . . . . . 19
Private Delivery Services . . . . . . . . 18
Public Debt—Gift To Reduce the . . . . . . 54
Publications—How To Get . . . . . . . . 7

* These items may not be included in this package. To reduce printing costs, we have sent you only the forms you may need based on what you filed last year.

## Major Categories of Federal Income and Outlays for Fiscal Year 2000

**Income and Outlays.** These pie charts show the relative sizes of the major categories of Federal income and outlays for fiscal year 2000.



On or before the first Monday in February of each year, the President is required by law to submit to the Congress a budget proposal for the fiscal year that begins the following October. The budget plan sets forth the President's proposed receipts, spending, and the surplus or deficit for the Federal Government. The plan includes recommendations for new legislation as well as recommendations to change, eliminate, and add programs. After receiving the President's proposal, the Congress reviews it and makes changes. It first passes a budget resolution setting its own targets for receipts, outlays, and the surplus or deficit. Next, individual spending and revenue bills that are consistent with the goals of the budget resolution are enacted.

In fiscal year 2000 (which began on October 1, 1999, and ended on September 30, 2000), Federal income was $2,025 billion and outlays were $1,789 billion, leaving a surplus of $236 billion.

### Footnotes for Certain Federal Outlays

**1. Social security, Medicare, and other retirement:** These programs provide income support for the retired and disabled and medical care for the elderly.

**2. National defense, veterans, and foreign affairs:** About 14% of outlays were to equip, modernize, and pay our armed forces and to fund other national defense activities; about 2% were for veterans benefits and services; and about 1% were for international activities, including military and economic assistance to foreign countries and the maintenance of U.S. embassies abroad.

**3. Physical, human, and community development:** These outlays were for agriculture; natural resources; environment; transportation; aid for elementary and secondary education and direct assistance to college students; job training; deposit insurance, commerce and housing credit, and community development; and space, energy, and general science programs.

**4. Social programs:** About 11% of total outlays were for Medicaid, food stamps, temporary assistance for needy families, supplemental security income, and related programs; and 5% for health research and public health programs, unemployment compensation, assisted housing, and social services.

**Note.** The percentages on this page exclude undistributed offsetting receipts, which were $43 billion in fiscal year 2000. In the budget, these receipts are offset against spending in figuring the outlay totals shown above. These receipts are for the U.S. Government's share of its employee retirement programs, rents and royalties on the Outer Continental Shelf, and proceeds from the sale of assets.



# Where Do You File?

If an envelope addressed to "Internal Revenue Service Center" came with this booklet, please use it. If you do not have one or if you moved during the year, mail your return to the Internal Revenue Service Center shown that applies to you.



Envelopes without enough postage will be returned to you by the post office. Your envelope may need additional postage if it contains more than five pages or is oversized (for example, it is over ¼" thick). Also, include your complete return address.

| IF you live in... | THEN use this address if you: | |
| --- | --- | --- |
| | Are not enclosing a check or money order... | Are enclosing a check or money order... |
| Florida, Georgia, North Carolina, South Carolina, West Virginia | Internal Revenue Service Center Atlanta, GA 39901-0002 | Internal Revenue Service Center Atlanta, GA 39901-0102 |
| New Jersey, New York (*New York City and counties of Nassau, Rockland, Suffolk, and Westchester*) | Internal Revenue Service Center Holtsville, NY 00501-0002 | Internal Revenue Service Center Holtsville, NY 00501-0102 |
| New York (*all other counties*), Massachusetts, Michigan, Rhode Island | Internal Revenue Service Center Andover, MA 05501-0002 | Internal Revenue Service Center Andover, MA 05501-0102 |
| Illinois, Iowa, Kansas, Minnesota, Missouri, Oklahoma, Utah, Wisconsin | Internal Revenue Service Center Kansas City, MO 64999-0002 | Internal Revenue Service Center Kansas City, MO 64999-0102 |
| Connecticut, Delaware, District of Columbia, Indiana, Maine, Maryland, New Hampshire, Pennsylvania, Vermont | Internal Revenue Service Center Philadelphia, PA 19255-0002 | Internal Revenue Service Center Philadelphia, PA 19255-0102 |
| Ohio | Internal Revenue Service Center Cincinnati, OH 45999-0002 | Internal Revenue Service Center Cincinnati, OH 45999-0102 |
| Arizona, Colorado, Idaho, Montana, New Mexico, Texas, Wyoming | Internal Revenue Service Center Austin, TX 73301-0002 | Internal Revenue Service Center Austin, TX 73301-0102 |
| Nebraska, North Dakota, South Dakota, Washington | Internal Revenue Service Center Ogden, UT 84201-0002 | Internal Revenue Service Center Ogden, UT 84201-0102 |
| Alaska, California, Hawaii, Nevada, Oregon | Internal Revenue Service Center Fresno, CA 93888-0002 | Internal Revenue Service Center Fresno, CA 93888-0102 |
| Alabama, Arkansas, Kentucky, Louisiana, Mississippi, Tennessee, Virginia | Internal Revenue Service Center Memphis, TN 37501-0002 | Internal Revenue Service Center Memphis, TN 37501-0102 |
| All APO and FPO addresses, American Samoa, nonpermanent residents of Guam or the Virgin Islands*, Puerto Rico (*or if excluding income under Internal Revenue Code section 933*), a foreign country: U.S. citizens and those filing Form 2555, 2555-EZ, or 4563 | Internal Revenue Service Center Philadelphia, PA 19255-0215 USA | Internal Revenue Service Center Philadelphia, PA 19255-0215 USA |

\* Permanent residents of Guam should use: Department of Revenue and Taxation, Government of Guam, P.O. Box 23607, GMF, GU 96921; permanent residents of the Virgin Islands should use: V.I. Bureau of Internal Revenue, 9601 Estate Thomas, Charlotte Amalie, St. Thomas, VI 00802.

# What's Inside?

Instructions for Form 1040
Index (inside back cover)
When to file (page 15)
What's new for 2001 (page 14)
Commissioner's message (page 2)
How to comment on forms (page 72)
How to avoid common mistakes
(page 54)

Help with unresolved tax issues
(page 6)
Free tax help (pages 7 and 56)
How to get forms and publications
(page 7)
Tax table (page 59)
How to make a gift to reduce the
public debt (page 54)

# UNITED STATES CODE
# CONGRESSIONAL AND
# ADMINISTRATIVE NEWS

## 104th Congress—First Session
## 1995

———

Convened January 4, 1995

Adjourned January 3, 1996

## Volume 2

LEGISLATIVE HISTORY:
PUBLIC LAWS 104–11 to 104–89,
104–93, and 104–95 to 104–98
PROCLAMATIONS
EXECUTIVE ORDERS
TABLES and INDEX

WEST PUBLISHING CO.
ST. PAUL, MINN.

# PAPERWORK REDUCTION ACT OF 1995

*P.L. 104–13, see page 109 Stat. 163*

### DATES OF CONSIDERATION AND PASSAGE

*Senate: March 6, 7, April 6, 1995*

*House: February 22, March 10, April 6, 1995*

**Cong. Record Vol. 141 (1995)**

**Senate Report (Governmental Affairs Committee)
No. 104–8, Feb. 14, 1995
[To accompany S. 244]**

**House Report (Government Reform and Oversight Committee)
No. 104–37, Feb. 15, 1995
[To accompany H.R. 830]**

**House Conference Report No. 104–99 Apr. 3, 1995
[To accompany S. 244]**

*The Senate bill was passed in lieu of the House bill after amending its language to contain much of the text of the House bill. The House Report (this page) is set out below and the House Conference Report (page 239) follows.*

## HOUSE REPORT NO. 104–37

[page 1]

The Committee on Government Reform and Oversight, to whom was referred the bill (H.R. 830) to amend chapter 35 of title 44, United States Code, to further the goals of the Paperwork Reduction Act to have Federal agencies become more responsible and publicly accountable for reducing the burden of Federal paperwork on the public, and for other purposes, having considered the same, report favorably thereon with amendments and recommend that the bill as amended do pass.

[page 2]

### BILL SUMMARY

In brief, H.R. 830, the Paperwork Reduction Act of 1995 is intended to:

(1) Reauthorize appropriations for the Office of Management and Budget's (OMB) Office of Information and Regulatory Af-

164

## PAPERWORK REDUCTION ACT
P.L. 104–13

fairs (OIRA) for an indefinite period of time, to carry out the provisions of the Paperwork Reduction Act of 1980, as amended;

(2) Strengthen OIRA and agency responsibilities for the reduction of paperwork burdens on the public, particularly through the inclusion of all Federally sponsored collections of information in a clearance process involving public notice and comment, public protection, and OIRA review;

(3) Establish policies to promote the dissemination of public information on a timely and equitable basis, and in useful forms and formats;

(4) Strengthen agency accountability for managing information resources in support of efficient and effective accomplishment of agency missions and programs; and

(5) Improve OIRA and other central management agency oversight of agency information resources management (IRM) policies and practices.

The legislation is premised on the Committee's continuing belief in the principles and requirements of the Paperwork Reduction Act of 1980. All of the legislation's amendments to the 1980 Act, as amended in 1986, are intended to further its original purposes—to strengthen OMB and agency paperwork reduction efforts, to improve OMB and agency information resources management, including in specific functional areas such as information dissemination, and to encourage and provide for more meaningful public participation in paperwork reduction and broader information resources management decisions.

The legislation is drafted in the form of a revision of the Act due to the number of amendments. These amendments include word changes made for reasons of clarity and consistency, the deletion of obsolete provisions (e.g., out-dated deadlines), the reorganization of sections, and substantive changes to update and strengthen the original purposes of the Act. To the extent the legislation is a restatement of the 1980 Act, as amended in 1986, the scope, underlying purposes, basic requirements, and legislative history of the law are unchanged. To the extent legislation modifies provisions in current law, the amendments are made strictly for the purposes described in this report, and in order to further the purposes of the original law.

With the regard to the reduction of information collection burdens, the legislation increases the Act's 1986 goal of an annual five percent reduction in public paperwork burdens to ten percent. OMB is required to include in its annual report to Congress recommendations to revise statutory paperwork burdens if this ten percent reduction goal is not reached. The legislation includes third-party disclosure requirements in the definition of collection of information to overturn the Supreme Courts decision, *Dole* v. *United Steelworkers of America* (494 U.S. 26 (1990)). This will ensure

[page 3]

that collection and disclosure requirements are covered by the OMB paperwork clearance process. The Act is also amended to re-

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

quire each agency to develop a paperwork clearance process to review and solicit public comment on proposed information collections before submitting them to OMB for review. Public accountability is also strengthened through requirements for public disclosure of communications with OMB regarding information collections (with protections for whistleblowers complaining of unauthorized collections), and for OMB to review the status of any collection upon public request. In combination with more general requirements, such as encouraging data sharing between the Federal Government and State, local, and tribal governments, the legislation strives to further the Act's goals of minimizing Government information collection burdens, while maximizing the utility of Government information.

The legislation also adds further detail to strengthen other functional areas, such as statical policy and information dissemination. The dissemination provisions, for example, delineate clear policies that were not articulated in the Act's previous references to dissemination. The provisions require OMB to develop governmentwide policies and guidelines for information dissemination and to promote public access to information maintained by Federal agencies. In turn, the agencies are to: ensure that the public has timely and equitable access to public information; solicit public input on their information dissemination activities; and not establish restrictions on dissemination or redissemination. Emphasis is placed on efficient and effective use of new technology and a reliance on a diversity of public private sources of information to promote dissemination of Government information, particularly in electronic formats.

With regard to over-arching information resources management (IRM) policies, the legislation charges agency heads with the responsibility to carry out agency IRM activities to improve agency productivity, efficiency, and effectiveness. It makes program officials responsible and accountable for those information resources supporting their program. The IRM mandate is strengthened by focusing on managing information resources in order to improve program performance, including the delivery of services to the public and the reduction of information collection burdens on the public.

To improve accountability for agency IRM responsibilities, as well as responsibilities for paperwork reduction, the agency responsibilities provided in the Act are amended to complement and more directly parallel OMB's functional responsibilities. Further, to prompt agencies to reform their management practices, the bill requires each agency head to establish an IRM steering committee, develop an IRM strategic planning process, and develop IRM performance measures linked to program performance. In these various pursuits, the goal is to integrate the management of information resources with program management and assure the use of the resources to achieve agency missions, With the Federal Government spending approximately $25 billion a year on information technology, the stakes are too high not to press for the most efficient and effective management of information resources. The reduction of information collection burdens on the public and maxi-

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 4]

mizing the utility of Government information will not otherwise occur.

### SCOPE OF COMMITTEE REVIEW

H.R. 830, the Paperwork Reduction Act of 1995, was introduced on February 6, 1995, by Government Reform and Oversight Committee Chairman William F. Clinger, Jr., for himself, Congressmen Norman Sisisky, David McIntosh, Chairman of the Subcommittee on National Economic Growth, Natural Resources, and Regulatory Affairs, and other Members of Congress.

After introduction, H.R. 830 was referred to the Committee on Government Reform and Oversight. On February 6, 1995, Chairman Clinger referred the bill to the Subcommittee on National Economic Growth, Natural Resources, and Regulatory Affairs for consideration. On February 7, 1995, the Subcommittee, under the direction of Chairman McIntosh, held a hearing to consider reauthorization of appropriations for the Paperwork Reduction Act, OIRA's implementation of the Act, and OIRA's conduct of regulatory review under presidential executive order. Testimony included comment and discussion of H.R. 830.

Witnesses at the February 8, 1995 hearing were: The Honorable Sally Katzen, Administrator, Office of Information and Regulatory Affairs; Mr. James McIntyre, former Director of the Office of Management and Budget and currently an attorney; Mr. James Miller, former Director of the Office of Management and Budget and current Chairman of the Citizens for a Sound Economy; Mr. Gene Dodaro, Assistant Comptroller General, General Accounting Office accompanied by Mr. Chris Hoenig, also of GAO; Mr. Robert Coakley, Executive Director, Council on Regulatory and Information Management; Jack Sheehan, Legislative Director, United Steelworkers of America; and Bob Stolmeier, President, KLC Corporation.

At the hearing, Clinton Administration witness Sally Katzen testified squarely in support of H.R. 830.

> It is truly gratifying to be here today in what I hope is the last phase of improving and strengthening the Paperwork Reduction Act. For more than two years Congress has had legislative proposals to update and expand the Paperwork Reduction Act consistent with and building upon its original purposes. My commendations to the congressional staff who have worked professionally and constructively to develop a consensus, a bipartisan approach, which is contained in H.R. 830 and in the Senate, 244, which the Senate Governmental Affairs Committee reported out on February 1. *We are pleased to report that the administration supports those efforts.* (Emphasis added.)

After taking into consideration the testimony of the witnesses at the February 7 hearing, and after further consultation with the staff of the House Small Business Committee, the Senate Committee on Governmental Affairs, and with staff of the General Accounting Office and Office of Management and Budget, the Subcommittee held a mark-up of H.R. 830 on February 8, 1995. The full Committee held its markup on February 10, 1995 and voted,

167

### LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 5]

40 in favor and 4 against, to report H.R. 830, as amended, favorably to the full House.

The Paperwork Reduction Act was also considered during a January 27, 1995 hearing of the Committee on Small Business. Their findings, transmitted in a letter to Committee Chairman Clinger, are found under "Chapter X, Oversight Findings."

### DISCUSSION

#### A. OVERVIEW

For the American public, Government information often seems to serve either of two quite different purposes. It can be the means by which the dedicated public servant uncovers problems, reaches decisions, enforces laws, delivers services, and informs the public. But it also can be the means by which the faceless bureaucrat asks time-consuming or intrusive questions, forces seemingly arbitrary changes in business practices or personal behavior, and imposes significant costs on the economy.

These two views of Government information have led to far different perspectives on how the Government should manage its information activities. The Paperwork Reduction Act reflects both the tensions between these perspectives and the legislative effort to create a comprehensive management framework equal to the task of managing both sides of the seemingly divergent nature of Government information (which includes information collected, maintained, or disclosed by or for the Government).

The Paperwork Reduction Act arose from the recommendations of the 1977 Federal Paperwork Commission. In the Commission's October 3, 1977, "Final Summary Report to the President," Commission Chairman Frank Horton stated,

> Many people feel, and the Commission agrees, that a multibillion dollar wall of paperwork has been erected between the Government and the people. Countless reporting and recordkeeping requirements and other heavy-handed investigation and monitoring schemes have been instituted based on what we view as a faulty premise that people will not obey the laws and rules unless they are checked, monitored, and rechecked.
>
> This situation and this assumption must be reversed if we are to restore efficiency within Government and confidence in Government by the people and if we are to realize the potential for cooperative attainment of our goals as a Nation.

The Committee on Government Reform and Oversight, nearly 20 years later, agrees and believes that more must be done to restore the American people's faith in their Government. The Paperwork Reduction Act of 1980, being the first step towards that goal, combined a revitalized paperwork clearance process (that had originated in the Federal Reports Act of 1942) with government-wide requirements for "information resources management" (IRM). Key to the success of the Act were its mandates for OMB leadership, agency management, and meaningful public participation in the development and implementation of IRM policy.

168

## PAPERWORK REDUCTION ACT
P.L. 104–13
[page 6]

Fifteen years after the original Act's enactment, the Committee not only continues to believe very strongly in the Act's purposes and requirements, but also believes that additional steps can be taken both to further paperwork reduction and to strengthen IRM. Again, the key to success involves creating a constant level of OMB leadership, strengthening agency management, and encouraging more effective public participation.

Despite widespread support for the Act, the Committee recognizes that it has not been totally successful. Federal information collection burdens continue to mount. According to the January, 1995 edition of Government Executive magazine, the number of pages of rules printed in the Federal Register climbed from an annual average of 50,618 during President Reagan's eight years in office to an average of 53,596 during the Bush Administration. In 1993 and 1994, the annual page count has averaged over 61,000. The increase of Federal Register pages during the Clinton Administration is 15 percent from the Bush Administration and 22 percent from the Reagan Administration. Although the number of pages in the Register is a crude means to measure regulatory and paperwork burdens, increases this substantial cannot be ignored. Not only OMB, but agencies too, must do more to reduce these regulatory and paperwork burdens.

A major purpose of the 1995 legislation, therefore, is to strengthen the Act's paperwork control requirements by:

(1) Clarifying the scope of OMB review;

(2) Expanding public notice and comment, and public protection provisions;

(3) Specifying agency paperwork reduction responsibilities; and

(4) Looking for innovations in information technology to reduce paperwork burdens.

Additional steps can be taken, but fall outside the scope of this specific Act. The Committee and Congress, for example, will consider various other reforms to the regulatory process. These include the imposition of a cost/benefit analysis to all regulations, a regulatory moratorium to allow Congress to review proposed regulations, and established criteria for risk assessment. With these much needed changes, the Committee believes greater progress can be made in reducing Government paperwork burdens on the public.

The reduction of public paperwork burdens will also be served by the legislation's other management focus. The still widening gap between possibilities for improved Governmental operations through the use of information technology, and the Government's apparent inability to take advantage of this technology, demonstrates that the Act's IRM mandates have not been sufficiently realized. Today's information systems offer the Government unprecedented opportunities to provide services of a higher quality tailored to the public's changing needs, delivered more effectively, faster, at lower cost, and with reduced burdens on the public. Unfortunately, Federal agencies have not kept pace with evolving management practices and skills necessary to: (1) precisely define critical information needs; and (2) select, apply, and manage changing information technologies. The result, in many cases, has been wasted resources, a frustrated public unable to get quality service,

### LEGISLATIVE HISTORY
HOUSE REPORT NO. 104-37

[page 7]

and a Government ill-prepared to measure and manage its affairs in a acceptable, businesslike manner. Despite spending more than $200 billion on information management and systems in the past 12 years, the Government has too little evidence of meaningful returns. The consequences—poor service quality, high costs, low productivity, unnecessary risks and burdens, and unexploited opportunities for improvement—cannot be tolerated.

Thus, another important purpose of the 1995 legislation is to revise the Act's IRM requirements to refocus the attention of Federal managers on the pressing need to make information technology support programs efficient and effective. The Federal Government's annual expenditure of approximately $25 billion on information technology is seriously compromised by inadequate and irresponsible systems planning, design, acquisition, and management. These amendments are intended to fight waste, reduce burdens, and strengthen accountability through greater and more clearly delineated OMB and Federal agency IRM responsibilities.

A third important issue that requires legislation is the matter of information dissemination. The advent of the electronic information age presents new opportunities and obligations for the Federal Government as it strives to fulfill its continuing responsibility to make Government information accessible to the American public. The legislation meets this need by providing for improved dissemination of Government information to the public, particularly in electronic formats. The bill establishes basic dissemination policies and principles, mandates the development of an effective information locator system and integrates access and dissemination planning into the management of Government information.

### B. THE PAPERWORK REDUCTION ACT OF 1980

Enactment of the Paperwork Reduction Act of 1980 originated from an effort to modernize the Federal Reports Act of 1942. The Reports Act authorized the Bureau of the Budget (OMB's predecessor) "to coordinate Federal reporting services, to eliminate duplication and reduce the cost of such services, and to minimize the burdens of furnishing information to Federal agencies." The core of the current law's concern for reducing information collection burdens and improving the management of Federal information resources is found in this 52-year-old statutory mandate.

In the mid-1970s, growing public complaints about Government "red tape" led Congress to create the Commission on Federal Paperwork. The Commission reported in 1977 that the annual cost of Federal paperwork was $100 billion and that there were serious "structural and procedural flaws" in the Reports Act clearance process that "preclude it from ever being fully successful in controlling the total paperwork burden on the American public."

The Commission did not, however, simply recommend improvements in the paperwork clearance process. It saw that the red tape problem was part of a much larger problem—fragmented, inefficient, and ineffective management of information in the emerging electronic age. As the Commission noted in its September 9, 1977 report titled, "Information Resources Management: A Report of the Committee on Federal Paperwork":

170

### PAPERWORK REDUCTION ACT
P.L. 104–13

[page 8]

A simple bureaucratic reorganization of traditional records and paperwork management disciplines to meet the challenges of the information revolution would simply be overwhelmed in attempting to control the mass of complexity presented by modern computer/telecommunications technologies.

The Commission concluded that a new, broader information management framework was needed to control the Federal information appetite and help agencies more efficiently and effectively perform their information functions:

It is time to view the problems of paperwork and red tape, not as documents to be managed, but rather as information content to be treated as a valuable resource. By applying the principles of management to this valuable national resource we not only get at the root cause of paperwork and red tape, but cause a rippling effect in the application throughout Government: the design of programs is improved; Government becomes more sensitive to the burdens it imposes on the public, becomes more understandable, and develops clearer goals and objectives. In the end, Government improves the delivery of services to people as well as fulfills its other functions of regulation, defense, enforcement and revenue collection more effectively.

Information resources management is not the only solution to insensitive, complex and unresponsive Government. It can, however, make a significant impact in reducing the economic burdens of paperwork on the public by reducing duplication, clearly justifying information needs, improving reporting forms and collection processes, and effectively and efficiently utilizing modern information handling techniques and technologies.

The result of this effort was the Paperwork Reduction Act (P.L. 96–511), which was signed into law in December 1980 by the outgoing President, Jimmy Carter, and endorsed by the incoming President, Ronald Reagan.

The Act's broad purposes were to:

Minimize the public burden of Federal paperwork;

Minimize the Federal cost of collecting, maintaining, using, and disseminating information;

Maximize the usefulness of information collected by the Federal Government;

Coordinate Federal information policies and practices;

Ensure that information technology is acquired and used to improve service delivery and program management and reduce the information processing burden for the Federal Government and those who provide information to it; and

Ensure that the collection, maintenance, use, and dissemination of information is consistent with applicable laws relating to privacy, security, and confidentiality. These purposes remain valid to this day.

The Act strengthened the Federal Reports Act paperwork clearance process by: (1) consolidating paperwork control in OMB; (2) eliminating exemptions from review for several agencies (e.g., the

171

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104-37

[page 9]

Internal Revenue Service) and collections (e.g., recordkeeping requirements); (3) requiring agencies to eliminate duplication, minimize burden, and develop plans for using the information before they request OMB approval of proposed information collections; and (4) creating a "public protection provision" providing that no penalty may be imposed on a person who fails to respond to an unapproved paperwork requirement.

The Act's other major initiative was, as recommended by the Federal Paperwork Commission, to integrate this revitalized paperwork control process within a broader IRM context to link all of the Act's purposes under a consolidated management "umbrella." Thus, the Act created a single management framework to govern Federal agency information activities, and consolidated governmental policy and oversight functions in a new OMB Office of Information and Regulatory Affairs (OIRA).

The scope of this consolidation is seen in the array of laws enacted over the preceding 50 years that were coordinated under the Paperwork Reduction Act (PRA):

The Federal Reports Act (1942) created the BoB/OMB paperwork clearance process—the PRA revised that process;

The Federal Property and Administrative Services Act (1949) created the General Services Administration (GSA) and the Federal Records Act (1950) gave GSA records management and archiving functions—The PRA gave OMB oversight of those GSA functions;

The Budget and Accounting Procedures Act (1950) gave BoB/OMB statistical policy oversight—The PRA reestablished and expanded those responsibilities;

The Act of October 23, 1962 (P.L. 87–847, amending the Federal Property and Administrative Services Act) established the Federal Telecommunications Fund to finance procurement of Federal telecommunications equipment and facilities—the PRA gave OMB oversight of the Fund and related information technology functions;

The Brooks Act (P.L. 89–306, amending the Federal Property and Administrative Services Act, 1965) established GSA supervision of automatic data processing equipment (ADPE) procurement and Department of Commerce responsibility for Federal information processing/ADP standards—the PRA gave OMB oversight of these functions with more detailed policy requirements; and

The Privacy Act (1974) established OMB oversight of the management of Government records containing personal information—the PRA linked this responsibility with security and other related functions.

This range of policies and requirements consolidated under the umbrella of the Paperwork Reduction Act of 1980 demonstrates Congress' resolve to establish a comprehensive approach equal to the task of managing Government information in the emerging electronic information age. In its scope, the Act represented an historic effort to focus the attention of the entire Federal management apparatus on the twin tasks of reducing public information collection burdens and maximizing the utility of Government informa-

172

**PAPERWORK REDUCTION ACT**
P.L. 104-13
[page 10]

tion to more efficiently and effectively perform Government functions.

### C. IMPLEMENTATION OF THE PAPERWORK REDUCTION ACT OF 1980

Despite the consensus evident in its origins, the implementation of the Paperwork Reduction Act of 1980 has received criticism from some quarters. When the Act went into effect on April 1, 1981, the newly created Office of Information and Regulatory Affairs (OIRA) operated not only under the statute, but also under President Reagan's regulatory review order (Executive Order No. 12291, issued February 17, 1981). This order created a process for OMB cost/benefit review of agency regulations, which OMB integrated with its statutory paperwork clearance process. These efforts were designed to slow the enormous growth in unjustified regulatory and paperwork burdens created during the 1970s.

With OMB taking a "unified" approach to paperwork reduction and regulatory review, implementation of the Act became a major issue in the political debate about the Administration's regulatory policy—not just involving abstract questions of administrative accountability and separation of powers, but centering on concrete Government decisions affecting public health and safety and the environment. This ultimately decade-long controversy polarized congressional oversight of OMB; diverted attention from other significant problems in OMB's implementation of the Act; and frustrated attempts to reauthorize appropriations for the Act between 1983 and 1986, and again between 1989 and 1994. Unfortunately, no constructive hearings were conducted in the late 1980s and early 1990s by the predecessor of this Committee, the Government Operations Committee, on the progress being made to reduce paperwork burdens.

The 1980 Act assigned OMB a wide range of IRM tasks, including thirteen tasks with deadlines, for its implementation of the Act's paperwork control and other IRM functions. GAO, in reviewing OMB's implementation of the Act, identified 39 discrete tasks covering the full range of OMB's responsibilities. While some were one-time actions, many were continual activities that OMB would administer as long as the Act was in place.

Responding to the paperwork burden goals included in the Act, OMB reported success in the battle against red tape—a 32 percent reduction by January 1984, which exceeded the Act's goal of a 25 percent reduction. In tracking OMB's implementation, GAO reported on several occasions that OMB was not meeting the full range of its statutory obligations. OMB did not issue policy guidance to agencies on information technology, statistical policy, records management, privacy, and information dissemination until December 1985 (OMB Circular N. A–130, December 12, 1985, 50 Federal Register 52730, December 24, 1985). The major reason, according to GAO, was OMB's concentration on paperwork clearance and the regulatory review process established by Executive Order No. 12291. GAO also found that the limited guidance was causing agencies problems in carrying out their IRM responsibilities, resulting in a serious lack of attention to a variety of information management problems. See, Hearing before the Subcomm. on Legislation and National Security, House Comm. on Government Oper-

LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 11]

ations, October 21, 1981; Hearing before the Subcomm. on Federal Expenditures, Research, and Rules, Senate Comm. on Governmental Affairs, April 14, 1982; "Implementing the Paperwork Reduction Act: Some Progress, But Many Problems Remain," GAO/GGD–83–35, April 20, 1983; Hearing before the Subcomm. on Legislation and National Security, House Comm. on Government Operations, April 27, 1983; Hearing before the Subcomm. on Information Management and Regulatory Affairs, Senate Comm. on Governmental Affairs, May 6, 1983; Hearing before the Subcomm. on Information Management and Regulatory Affairs, Senate Comm. on Governmental Affairs, April 4, 1984; and "The Office of Management and Budget's Actions Show Progress in Implementing the Paperwork Reduction Act of 1980," GAO/IMTEC–84–24, September 7, 1984.

The 1986 reauthorization legislation (P.L. 99–591 (44 U.S.C. 3520(c)), 1986) contained provisions to address the paperwork versus regulatory review issue. The bill amended the 1980 Act to require disclosure of written communications between OIRA and agencies or the public regarding paperwork proposals, and OIRA explanation of paperwork clearance decisions.

Even while addressing these contentious issues, the Committee maintained its strong support for the Act's paperwork reduction provisions. The 1986 legislation established an annual five percent paperwork burden reduction goal, required agencies to provide the public with more information about paperwork proposals, required OIRA to identify initiatives to reduce paperwork burdens associated with Federal grant programs, and revised the definition of "information collection request" to include "collection of information requirement." This definitional change ensured that regulatory paperwork would be governed by all aspects of the Act's paperwork clearance process.

Finally, with regard to IRM and other information functions, the 1986 amendments required Senate confirmation of the OIRA Administrator; defined the term "information resources management"; provided new requirements and deadlines for IRM plans and policies; required the appointment of a professional statistician to carry out a broadened array of OMB's statistical policy functions; revised the scope of the Act's information technology provisions; strengthened OMB responsibilities for information security and dissemination; and mandated steps to make Government information more accessible to the public.

Notwithstanding the improvements made by the 1986 legislation and the successful efforts of the Reagan Administration to reduce the growth rate of paperwork and regulatory burdens, criticisms continued about the use of paperwork clearance as an adjunct to regulatory review, about OMB's still-lagging progress in implementing the IRM provisions of the Act, and about OMB's failure to stem the still-growing tide of paperwork. Expiration of the Act's second authorization for appropriations in 1989, and the Committee's consideration of reauthorization legislation provided the forum once again for this debate.

PAPERWORK REDUCTION ACT

P.L. 104–13

[page 12]

### D. THIRD PARTY DISCLOSURE

In 1990, the paperwork/regulatory issues, particularly, took on more urgency when the Supreme Court ruled in *Dole* v. *United Steelworkers of America,* 49 U.S. 26 (1990), on the scope of the paperwork clearance process.

*Dole* involed an OIRA paperwork clearance disapproval of several provisions in the OSHA Hazard Communication Standard, which requires employers to inform employees of hazardous chemicals in the workplace. After lengthy litigation over the OSHA rule and OIRA's role in its promulgation, the Supreme Court ruled that OIRA's authority to review agency information collection activities was limited to information collected by an agency, and did not extend to third-party information disclosure requirements. The Court's discussion of limits on OMB's ability to affect an agency's "substantive regulatory choice" was seized on by OMB critics as vindication of their decade-long argument that OMB was overstepping its legal mandates. On the other side of the argument were those who claimed that agencies were now using *Dole* to justify sending fewer proposals to OIRA for clearance.

The Committee believes that the Court misreads Congress' intent in enacting the 1980 Act. H.R. 830 overturns the *Dole* decision and includes third party disclosure requirements within its provisions.

The basic reasons to ensure that third party disclosure requirements are clearly within the scope of the Act are threefold. The character of Federal information collection has changed since 1980. Increasingly, Federal agencies are using third party disclosure requirements to meet program needs, instead of directly collecting, processing, and disseminating information itself. Third party disclosures include Federal requirements for labeling, self-certification, public recordkeeping, conveying information between third parties (such as pension data a Federal agency requires employers give their employees); and directly conveying information to State or local governments.

Third party disclosure is increasing partly because agencies, with their own limited resources to collect and analyze information, have discovered that their program objectives may be met by requiring private parties to provide information directly to the intended beneficiary (e.g., an employee of the employer) or enforcer (e.g., the State or local government charged with regulatory enforcement), eliminating the Federal middle-man. In order to decrease the direct cost of Government services, agencies may also adopt third party disclosure in the form of self-certification and recordkeeping by private entities to replace extensive information collections.

In addition, the Federal Government has increased the use of third party disclosure by having private institutions and individuals report to State or local governments. States, for example, are often charged with the responsibility for implementing and enforcing Federal program requirements with extensive information collection. In such situations, a Federal agency may not actually receive the information as collected, but require the States to retain the reports from the public for possible Federal inspection or hav-

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104-37

[page 13]

ing States send the Federal agency only a summary of information reported to them.

### E. PRESIDENT BUSH'S COUNCIL ON COMPETITIVENESS

The lack of Congressional support for reauthorizing the Paperwork Reduction Act during the late 1980s and early 1990s resulted in a debilitated OIRA. The Agency suffered from a reducing budget and a lack of political level leadership. The vacuum that was created was largely filled during the administration of President George Bush by the creation of the Council on Competitiveness. The Council was a Cabinet-level body, chaired by Vice President Dan Quayle, and designed to reduce the burdens of excessive regulation and to encourage America's competitiveness.

In a September, 1992 report entitled, "The Legacy of Regulatory Reform: Restoring America's Competitiveness," the council detailed its success in making the regulatory process more efficient and effective.

Some of the report's highlights include:

The Bush/Quayle Administration's reforms to the drug approval process save lives and reduce suffering for millions of U.S. citizens. Experts estimate that more than 33,000 lives will be save annually in the U.S. The Council's reforms will cut, nearly in half, the time necessary to approve important new drugs to treat cancer, heart disease, Alzheimer's depression, cystic fibrosis, AIDS and other life-threatening diseases. The 76,000 AIDS/HIV patients in the United States can be helped by our rapid approval process.

Health care has benefited from U.S. world leadership in biotechnology that has created more than 750 new drugs, vaccines and devices to address diseases, such as cancer and AIDS. The Council's efforts have supported the development of the U.S. biotechnology industry. This rapid growth section employ approximately 80,000 Americans nationwide.

The Bush Administration's regulatory reform efforts have generated and saved jobs for workers in the U.S. Economists estimate that a regulatory reduction of this magnitude will save or create over 200,000 jobs nationwide. By cutting regulatory red tape, the Bush/Quayle Administration has freed up resources for productive, job-creating uses. These efforts have and will continue to touch the lives of the citizens of the United States.

The Bush/Quayle Administration opposed efforts to expand harmful fuel efficiency (CAFE) regulations that create incentives for American companies to relocate automobile and auto parts manufacturing overseas. Raising the CAFE standard merely 2 mpg would cost over 200,000 jobs nationwide. A much higher CAFE standard, such as the proposed 40 mpg level, would cripple the U.S. automobile industry and threaten some 2.1 million auto-related jobs in America.

The Council on Competitiveness' Report on National Biotechnology Policy sets forth a common sense approach to biotechnological innovations in agriculture. Biotechnology offers the prospect of higher crop yields, reduced pesticide use, improved nutritional characteristics, and healthier crops for

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 14]

America's 2 million farms. By employing risk-based regulation, this industry will safely grow to $50 billion nationwide by the year 2000, with substantial benefits to American workers and consumers.

Many of the Bush Administration's legal reforms incorporated market-style incentives to reduce litigation and encourage earlier dispute resolution. The Council on Competitiveness has worked to implement reforms, which would promote fairness and predictability in our nations court system. With 18 million new civil cases filed in the United States last year, the time has come for someone to stand up to the litigation explosion. The Council on Competitiveness is the voice in Government leading the charge.

Lack of clarity over Superfund liability drove many of America's 35,000 lending institutions to become very reluctant in lending to American businesses. The Council on Competitiveness has worked with EPA to clarify lender liability obligations under superfund, and thereby improve the lending climate for American businesses.

The Administration has put in place environmental programs that are affordable and effective, and preserve jobs. The Bush/Quayle Administration coordinated implementation of the new Clean Air Act that improves the quality of the environment in the United States:

Reduces sulphur dioxide emissions in the year 2000 by 10 million tons less than they would have been otherwise.

Reduces cancer-causing hazardous air pollutants by 27 million pounds approximately four years ahead of schedule.

Reformulates gasoline to make it less polluting by reducing the emissions of ozone depleting and cancer-causing chemicals.

Small businesses generate most of the new jobs in America. Excessive regulation litigation costs are often serving as the greatest barriers to new small businesses. The Council on Competitiveness has worked with the Securities and Exchange Commission to make it easier for America's small businesses to access capital markets directly. For the first time, thousands of small businesses will be able to use streamlined securities registration forms. It is estimated that eligible businesses will save up to $180 million in legal and accounting fees.

Despite these successes, not everybody was pleased. According to the November 11, 1991 edition of Insight magazine:

The council's power to drag out and review the regulatory process at every step along the way has infuriated members of Congress and other advocates of regulations it has helped to quash. Public interest and environmental groups denounce it as a deregulatory star chamber.

In a September report, "All the Vice President's Men: How the Quayle Council Secretly Undermines Health, Safety and Environmental Regulations," two pro-regulatory groups, OMB Watch and Public Citizen's Congress Watch, decried the "stranglehold on the agency rule-

177

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104-37

[page 15]

making process" enjoyed by the little-known but "formidable" President's Council on Competitiveness.

The Council was eliminated in early 1993 following the inauguration of President William J. Clinton.

### F. 1995 REAUTHORIZATION

Reauthorization efforts in the current 104th Congress began in the final days of the 103rd Congress. During that Congress, Congressmen Norman Sisisky (D–VA) and then Government Operations Committee ranking minority member William F. Clinger, Jr., (R–VA), introduced H.R. 2995, a bill to reauthorize the Paperwork Reduction Act. This bill gained almost immediately over 120 cosponsors with an almost equal number of Republicans as Democrats. A Senate companion bill, S. 560 was introduced by Senators Sam Nunn (D–GA), Dale Bumpers D–AK) and William Roth (R–DE). A similar bill, S. 681, was introduced by Senators John Glenn (D–OH), and Carl Levin (D–MI). Discussions among the primary sponsors of the two Senate bills, and with officials of the Clinton Administration, suggested that a renewed cooperative effort could produce a single compromise bill.

A compromise bill was drafted in the Senate, and later supported in the House by Congressmen Clinger and Sisisky. It was approved by the Senate Committee on Governmental Affairs on August 2, 1994, and later passed the full Senate with unanimous support. In a joint letter on August 3, 1994, Congressmen Clinger and Sisisky wrote Government Operations Committee Chairman John Conyers (D–MI) seeking Committee consideration of the Senate bill. In their letter, they stated,

S. 560, as amended by a substitute offered by Sen. John Glenn, is a logical extension of legislation first championed by the Government Operations Committee a decade and a half ago. This new bill builds on the Paperwork Reduction Act of 1980 by significantly improving the management of information technology and information resources in the federal government.

We are writing to ask that you join us in support of this effort. We also understand the Clinton Administration's Office of Management and Budget, the General Accounting Office, and the small business community have all expressed their support for S.560, as amended.

Unfortunately, the Committee took no action and the Senate's compromise proposal failed to clear the Congress during the 103rd Congress. The amended S. 560 became the base vehicle for consideration in both the House and the Senate during the 104th Congress, however, and is represented in many of the pages of the bill approved by the Committee on Government Reform and Oversight.

Following review of the Act's implementation, reports from OMB, GAO and others, and consideration of the varied public views, the Committee is convinced that the basic purposes of the Act and the management framework it set in place in 1980 are still appropriate and should be continued. However, too little progress has been made in implementing key provisions of the Act. Amendments are required to strengthen each functional IRM area: IRM policy; pa-

### PAPERWORK REDUCTION ACT
P.L. 104–13

[page 16]

perwork control; dissemination; statistics; records management; security and privacy; and information technology management.

First, with regard to the reduction of paperwork burdens, more needs to be done. Specific annual paperwork reduction goals will help focus agency attention on this important task. If these goals are not reached, OMB should recommend to Congress statutory changes to programs designed to meet the full 10 percent burden reduction goals. More precise agency requirements, including public comment, will lead to early agency review of information collection activities before submission to OMB. Finally, the disparate treatment of information disclosure and collection requirements, introduced by *Dole,* should be ended.

The Act's IRM provisions are also in need of revision for a variety of reasons, not the least of which is the use of new information technology. Over the past 13 years, OIRA failed to carry out its IRM responsibilities as well as it could. Similarly, Federal agencies made limited progress in implementing efficient and effective programs of information resources management. As a result, many of the problems the Act sought to remedy not only persist, but have grown more serious. Additionally, a revised Act should also help agencies prepare for the variety of new information management challenges that are on the horizon.

Overall, the Committee believes, as did the Federal Paperwork Commission, that more needs to be done to improve the management of Federal information resources. Information policymakers must equip themselves with the knowledge necessary to achieve the highest quality, best use, and least burden from Government information. Similarly, agency managers, called upon to do more with less, must familiarize themselves with the capabilities of information technology as a resource for efficiently and effectively administering programs—again, maximizing utility and minizing burden. Without this effort, Government information activities will be too wasteful and too burdensome, and the American public will have their worst views of Government information confirmed.

To achieve this goal, the Committee believes that Government information, as a valuable and useful resource to Government and society, must be managed in a coordinated and systematic manner based on established principles of information resources management. OIRA, in conjunction with other central management offices, should exercise leadership in developing coherent information policy which gives balanced and needed emphasis to all information functions. Federal agencies should establish information resources management programs that implement OIRA's policy guidance. Without such programs, agencies will fail in their operational responsibilities—OIRA may develop the policies but the practices take place in the agencies.

The Committee is pleased to see a variety of initiatives to change the culture of Federal information resources management by focusing on "best practices" and the improvement of mission performance. See, GAO's report, "Improving Mission Performance Through Strategic Information Management and Technology" (GAO/AIMD–94–115, May 1994); the revised OMB Circular A–130, 59 Fed. Reg. 37906 (July 25, 1994); and "Reengineering through Information Technology," Accompanying Report of the National Performance

## LEGISLATIVE HISTORY

HOUSE REPORT NO. 104–37

[page 17]

Review (September 1993). These efforts hold great promise for improving the efficiency and effectiveness of Government information activities.

The major functional areas addressed by the legislation are as follows:

### Information resources management

The Paperwork Reduction Act of 1980 established the concept of information resources management (IRM) for the Federal Government. The Act calls for the efficient and effective management of information and related resources, like other Government resources. The management structure required by the Act—a central office in OMB and designated IRM officials in the agencies—was intended to insure that agency IRM activities be given more visibility and attention from top management.

Managers in most agencies continue to overlook the importance of their information management activities. In many Government agencies, information issues are viewed as an administrative function, rather than an integral part of agency management and operations. As a result, these issues and functions often are delegated to technical staff. Consequently, during the 14-year period the law has been in effect, most agencies have made little progress in improving the management of their information resources, particularly with regard to their supporting the fulfillment of agency programs and missions.

Furthermore, within the past decade, the public has grown accustomed to the benefits of using information technology to improve the cost, quality, and timeliness in the delivery of services and products. Americans now expect to solve a problem with one telephone call, obtain customer service 24 hours a day, withdraw cash from automated teller machines around the country, and get products delivered almost anywhere overnight. Consequently, at a time when almost anyone can get eyeglasses in about an hour, veterans cannot fathom why they must wait six weeks to obtain them from the Government. Similarly, the general public cannot understand why it takes weeks, instead of days, to process an income tax refund or months to determine eligibility for Social Security disability benefits.

Federal agencies are estimated to have spent at least $25 billion on information systems in fiscal year 1994, and about a quarter of a trillion dollars since the Paperwork Reduction Act was enacted 14 years ago. Despite this huge expenditure, it is unclear what the public has received for its money. Critical information assets are frequently inaccurate, inaccessible, or nonexistent. Efforts across the Government to improve mission performance and reduce costs are still too often limited by the lack of information or the poor use of information technology.

The General Accounting Office's reports on information management and technology issues of 1988 and 1992 underscored how federal agencies often lack the critical information needed to analyze programmatic issues, control costs, and measure results. (See "Information Management and Technology Issues," GAO/OCG–93–5TR, December 1992; "Information Technology Issues," GAO/OCG–89–6TR, November 1988).

180

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 18]

Further, GAO has documented examples of Federal agency information systems failures over the past 10 years that include:

Over $1 billion of mistaken Medicare payments;

The outlay of millions of dollars of unauthorized student loans because of poor information tracking;

Inadequate financial data on agencies' basic operations that frustrates financial management and auditing; and

The release of highly sensitive data on law enforcement informants through mismanagement of security.

For most Federal agencies, GAO has reported that pervasive gaps in available skills and confused roles and responsibilities severely inhibit significant increases in performance. Common problems include:

(1) A failure to define the roles of program managers in relation to IRM professionals;

(2) The lack of an effective IRM official to raise and help resolve information management issues with top management; and

(3) Outdated or poorly defined skill requirements.

These problems weaken an agency's ability to define how new information systems support its missions, meet customer needs, or respond more quickly to change

Without action by Federal executives, the gap between expectations held by the public and agency performance will continue to expand. Program failures will continue and opportunities for improvement will be lost. Many low-value, high-risk information systems projects will continue to be pursued unimpeded and undermanaged as leaders blindly respond to crises by purchasing more and more technology and throwing it at their problems. Most Federal managers will continue to operate without the financial information and other management information they need to truly improve mission performance. Moreover, many Federal employees will struggle unsuccessfully, under increasing workloads, to do their jobs better as they are hampered with using information systems that simply add on another automated layer of bureaucracy.

Given these risks and the vast potential for improvement, business as usual is simply no longer a tenable option for Federal executives and Government agencies. Recommendations of the President's National Performance Review (NPR) suggest the scale of improvements possible from "reinventing" the management of information technology. One such initiative, the Wage Reporting Simplification Project, identified life cycle savings of $1.7 billion to participating Government agencies and $13.5 billion in reduced burden to private sector employers (See "Engineering through Information Technology," Accompanying Report of the National Performance Review, September 1993).

The specific performance planning and reporting requirements of the Government Performance and Results Act (P.L. 103–62) point to a time when agency managers, in the very near future, will have to account for the programmatic outcomes of their information activities.

Given this need for action, the overarching management strategy of the Paperwork Reduction Act of 1980 is all the more important. As stated in the legislative history of the Act in 1980, the purpose

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 19]

of aggregating these information resources management functions within OMB's Office of Information and Regulatory Affairs (OIRA) was to establish a government wide policy framework for "information resources management." Application of the policy framework was expected to result in considerable financial savings to the Government and a substantial reduction in paperwork burden imposed by Federal agencies on the public.

Through the Paperwork Reduction Act, the Congress attempted to articulate the management concept that could drive real world management improvements. Nearly a decade and a half later, the Committee finds that, while IRM is a recognized concept in Government and the private sector, there is not enough commitment to making IRM work in practice. The Committee is convinced, however, that the management concept is not flawed. Rather the need is to develop an improved strategy by which to apply IRM.

Information, as a resource, is not simply a matter of questions answered or systems acquired. Information must be reliable, accurate, complete, accessible, and timely if it is to be used by agency managers to make decisions and take actions in fulfilling agency missions. Accordingly, investments in information resources must be managed as a part of a coordinated, performance-oriented approach to "recognize and address the interconnectivity among the stages of the information life cycle." (See "Information Life Cycle: Its Place in the Management of U.S. Government Information Resources," Government Information Quarterly, Peter Hernon, Vol. 11, No. 2, pp. 156–7, 1994).

Part of a revised IRM strategy is to implement more fully the Act's original IRM management structure. The 1980 Act required agency heads to designate a senior IRM official, reporting directly to the agency head, who would be responsible and accountable for the agency's IRM activities. The goal was to consolidate responsibility for the functional IRM activities (collection of information, statistics, privacy and security, records management, and information technology) already established through various laws.

The Act's IRM structure at OMB and in each agency was to establish an identifiable line of accountability for IRM activities between the OMB Director and individual agencies and within the agencies. Not only would this structure enable agencies to better manage their information resources, but it would also enable the Congress to pinpoint responsibility for those activities.

In most agencies, the IRM official designated by the agency head under the Paperwork Reduction Act was (and is) the Assistant Secretary for Administration (or similar official). In addition to the IRM functions, this official also had/has a variety of other functions, such as procurement, payroll, human resources management, and space management. The common result was that these functions took precedence over the (newly coordinated) IRM responsibilities. This meant that, instead of getting greater attention and visibility for the IRM functions, subordinate officials continued to manage IRM activities, as before.

Investments in information technology also continued to be managed as before—as isolated projects not evaluated or coordinated to assure compatibility among systems. Further, they were not compared against each other and ranked in terms of priority given

## PAPERWORK REDUCTION ACT
P.L. 104–13

[page 20]

their expected support for the accomplishment of agency programs and missions.

Moreover, as a subordinate staff function, IRM was not considered important enough to integrate with other management activities, such as strategic planning, budgeting, financial management, and personnel management. Diminished in importance organizationally, IRM also suffered from the failure to develop clear job descriptions and training programs for IRM personnel. This reduced opportunities for professional advancement and IRM skill development and further reduced agency IRM capacity.

Given the weakness of agency IRM efforts, the failure of OMB to provide effective IRM guidance was all the more significant. Given this history, the Committee amends the Act in order to clarify the meaning and requirements for IRM both within OIRA and the agencies. First, IRM is redefined in H.R. 830 to link management directly with program outcomes:

> The term "information resources management" means the process of managing information resources to accomplish agency missions and to improve agency performance, including the reduction of information collection burdens on the public.

Focusing IRM on supporting mission accomplishment shifts the term from the generic concept of efficiency and effectiveness to one of direct support for the accomplishment of agency missions. This is consistent with the Committee's development of the Government Performance and Results Act, which requires agencies to develop strategic plans, and performance plans and reports, to focus program and management activities on directly serving programmatic outcomes.

H.R. 830 maintains OMB's central IRM role. The OIRA Administrator should still prescribe governmentwide IRM policies and guidance (with support from other central management agencies), oversee agency implementation, and evaluate agency IRM activities. However, the current legislation revises many of these mandates to refocus them on integrating information management with program management and concentrating on program outcomes as the standard for oversight of the efficiency and effectiveness of IRM.

Likewise, H.R. 830 also revises agency IRM responsibilities. It spells out the Act's functional IRM areas (paperwork control, dissemination, etc.) as agency operational responsibilities (in section 3506) to match OMB's policy and oversight responsibilities (in section 3504). Accountability for carrying out these responsibilities also is more clearly spelled out. Under the leadership and direct responsibility of the agency head, H.R. 830 first assigns program officials the responsibility and accountability for information resources assigned to and supporting their programs, and, second, assigns IRM oversight within the agency to the IRM office.

The connection and collaboration among program, information, and agency managers is then institutionalized by the requirement that each agency establish a process for maximizing the value and assessing and managing the risks of major information systems initiatives. Further, the process is to be used to select, control, and evaluate the results of these initiatives and assure that decisions

183

regarding these initiatives are integrated with budget, financial, and program management decisions.

Neither the functional responsibilities nor the management accountability are new creations under this legislation. The 1980 Act, as well as other related information management laws, vest these duties in the agencies. The amendments proposed in the current legislation are intended to more clearly focus agency managers on the breadth of their IRM responsibilities.

As a guide to the implementation of these requirements, the Committee believes that OMB and the agencies should draw on the developing body of GAO work or IRM "best practices". (See "Executive Guide: Improving Mission Performance Through Strategic Information Management and Technology," GAO/AIMD–94–115, May 1994.) GAO's best practices, which were identified at leading public and private organizations, center on three key efforts to build a modern information resources management infrastructure: (1) deciding to change information resources management practices and getting management commitment, (2) directing resources toward high-value uses and mission goals, and (3) supporting improvement with resources, organizational support, and trained and committed managers and professional staff. A description of these practices and recommendations for senior executives are contained in the appendix to this report.

Based on the findings of the report and other work by GAO, Gene Dodaro, Assistant Comptroller General for Accounting and Information Management, GAO, testified before the Subcommittee on National Economic Growth, Natural Resources, and Regulatory Affairs, on February 7, 1995. In his testimony, Mr. Dodaro made the following key points:

The Paperwork Reduction Act is a vital component of an overall legislative framework—including the Chief Financial Officer Act, the Government Performance and Results Act, and the Federal Acquisition Streamlining Act—designed to resolve basic management problems that undermine effective implementation of many Government programs.

The public environment has changed dramatically in the 14 years since initial passage of the Act. Rapid changes in information technology and management techniques have greatly increased the act's potential to help streamline operations and produce higher quality services delivered more effectively, faster, and at lower cost. These developments make it essential to update the act and place it within the context of the information age of the 1990s and beyond.

Despite the urgency to change, little meaningful progress towards improving Government productivity, mission performance results, and service delivery can be achieved unless federal agencies adopt sound strategic information management approaches. The improvements to the Act can help construct a useful framework to bring modern technology management approaches to the Federal Government.

*Collection of information / control of paperwork*

The Paperwork Reduction Act of 1980 authorized OMB to judge whether agency information collection activities are "necessary for

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 22]

the proper performance of the functions of the agency." In 1994, the Committee looks back over the record of the Act's implementation and finds that the Act's paperwork clearance process has served as an effective mechanism to control Federal agency information collection activities.

The effectiveness of the process as a control mechanism, however, has neither provided a reduction of the total paperwork burden, nor has it been used consistently by OMB as the Committee intended. Therefore, the Committee believes that a strengthened process, with clarified agency responsibilities and improved opportunities for public participation, will result in more significant reductions in paperwork burdens and more faithful implementation of the Act.

First, despite the Act's mandate, Government paperwork burdens on the public continue to be a real and serious problem. At Congressional hearings, representatives of the business community have testified about rising paperwork burdens. In 1989, Mark Richardson of the Business Council on the Reduction of Paperwork stated that the cost of the paperwork burden to the business sector had reached a level more than three times what it was in 1978, "about $330 billion annually." Senate Hrg. 101–166, p. 81. During the February 7, 1995, Committee hearing, Robert Coakley of the Council on Regulatory and Information Management suggested that the amount of time and effort for the public to meet the Federal Government's information needs has reached an amount equivalent to nine percent of the Gross Domestic Product.

My organization C–RIM, estimates that an amount of time and effort equal to 9 percent of the Gross Domestic Product is dedicated to meeting the Federal Government's information needs. That is a ballpark figure of what the off-budget cost of Federal paperwork requirements—the "hidden taxes" of Government programs—amounts to.

Here is how we reach that number. The Government's own estimate of the hours it takes the public to collect information, report, keep the records, fill out the forms, and answer all the questions that accompany the delivery of federally sponsored services is compiled for the annual Information Collection Budget. The fiscal 1991 estimate (the last annual estimate reflected in an Annual Report by the Office of Information and Regulatory Affairs) is 6.5 billion hours. Eighty-three percent of that is associated with the Treasury Department.

Treasury's large share is due to an adjustment made by the IRS in the late 1980's when an IRS commissioned 5-year study by Arthur D. Little indicated that the IRS previously had under-estimated the burden of its reporting and recordkeeping requirements by a factor of 7. It adjusted its burden figures accordingly. The rest of the Government did not.

Take the remaining 17 percent, adjust it conservatively by a factor of 4 instead of 7, and the total burden hour number comes to 10.2 billion hours.

. Time is money. At 50 dollars an hour—a reasonable estimate of the average cost of an hour spent for meeting Fed-

185

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 23]

eral reporting or recordkeeping requirements—the cost of the federal paperwork burden comes to 510 billion dollars, which approximates 9 percent of the 1992 Gross Domestic Product.

In the first years of the Act's implementation, OMB's annual reduction figures had suggested great progress in reducing these paperwork burdens (e.g., 12.8 percent in 1982 and 10 percent in 1983). within several years, however, the paperwork problem proved to be more intractable. OMB's governmentwide burden estimate increased each year, despite the reductions associated with specific year-to-year disapprovals. According to GAO, there was "a 27-percent increase in reported burden hours (to 1.9 billion) between 1980 and 1987." "Paperwork Reduction: Little Real Burden Change in Recent Years," GAO/PEMD–89–19FS, June 1989.

New information collections necessitated by new laws and regulations accounted for some of this increase. Other increases were due to agency reevaluation of existing burdens. Thus, GAO pointed out in 1993 that while the paperwork burden OMB reported rose from over 1.8 billion hours in 1987 to nearly 6.6 billion hours in 1992, most of the increase was due to a recalculation of burden hours by the Department of the Treasury, not because of new burdens imposed on the public. "Paperwork Reduction: Reported Burden Hour Increases Reflect New Estimates, Not Actual Change," GAO/PEMD–94–3, December 1993. On the basis of such factors, as well as other methodological problems, GAO has cautioned against singular reliance on such estimates. While the Committee acknowledges these limitations, the Committee believes that burden estimates serve an invaluable role as markers along the road to paperwork reduction.

Particularly for small businesses, paperwork burdens can force the redirection of resources away from business activities that might otherwise lead to new and better products and services, and to more and better jobs. Accordingly, the Federal Government owes the public an ongoing commitment to scrutinize its information requirements to ensure the imposition of only those necessary for the proper performance of an agency's functions. Burden estimates and reduction goals can help OMB and agencies target particularly burdensome paperwork and focus agency efforts on achieving meaningful burden reductions. The Committee thus increases the Act's five percent annual burden reduction goal to ten percent and stresses the need for OMB to oversee improved burden estimation efforts. The Committee's only caution is that OMB and agencies not rely solely on burden estimates apart from a qualitative assessment of the necessity of any information collection for the proper performance of an agency's functions.

It is because of the Committee's commitment to the goals of the 1980 Act, however, that the current legislation overturns *Dole* v. *United Steelworkers of America,* the Supreme Court's 1990 decision that the Paperwork Reduction Act's paperwork clearance process for agency information "collections" does not cover agency information "disclosure" requirements. The need for a comprehensive and conclusive process for the review of agency information activities that burden the public requires the Committee to amend the Act to clearly overturn the Supreme Court decision. The IRM mandate

186

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 24]

of the Act does focus on internal government operations, but to the extent Government information activities affect the public, associated burdens must be evaluated, justified, and reduced as provided under the Act. In this way, overturning the court decision is also consistent with the original intent of the 1980 Act to eliminate exemptions from paperwork clearance.

Moreover, it became clear shortly after the Court's decision that agencies would use the decision to avoid OMB review. In a report prepared for Congress, GAO found that neither OMB nor the agencies it reviewed had issued any formal guidance implementing the decision. Further, agencies differed in their interpretation of the decision. Two agencies studied by GAO had not changed their practices (i.e., EPA and HHS). Two other agencies, however, were sending fewer proposals to OMB for clearance (i.e., OSHA and the FTC). "Paperwork Reduction: Agency Responses to Recent Court Decisions," GAO/PEMD–93–5, February 3, 1993. The solution now is to end the disparate treatment of collections of information made by Federal agencies and third-party paperwork burdens imposed on one party by another party at the direction of a Federal agency.

The current legislation also strengthens OMB accountability, as well as its paperwork reduction mandate. Committed to a comprehensive process, but mindful of past controversies, the Committee believes that a more thorough and open agency paperwork clearance process can improve the quality of paperwork reviews and public confidence in Government decision-making. Analogous to the way in which an agency's rulemaking record stands as the basis for and evidence of the need for a regulation, so should a more highly developed and examined record of an agency's formulation of an information collection proposal stand as the basis for the collection and as a public record of its need.

The delineation of a more detailed agency paperwork clearance process obviously places a heavier burden on agencies to justify the programmatic need for information. But this, too, should help counteract some of the negative connotations associated with information collections. Information requirements will less often come unannounced and unexplained if the agency has already had to justify the requirement, and the burden it imposes, to the public and consider public comments. This early review in turn should help agencies make their case for the value of Federal information and prompt them to improve the quality and availability of such information. The review certainly will assist individuals and organizations representing those who are burdened to engage agencies in meaningful dialogue about the need for information. Out of this more thorough review of information collection proposals should come more effective ways to minimize burdens and maximize the utility of information collected or generated by or for the Federal Government. As agencies move to more electronic information systems, this type of clearance process provides greater assurances that both information collection and technology investments are made wisely.

H.R. 830, as amended, seeks to improve the law to more clearly address the benefits as well as the burdens of Federal information. Accurate, timely, relevant, statistically sound information is essential to rational and effective legislation, regulation, resource alloca-

### LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 25]

tion, and enforcement—indeed, for virtually all public policy- decisions. Thus, the bill, seeking to "ensure the greatest possible public benefit" form Government information, states that it is a basic obligation of the agencies and OMB to "improve information resources management in ways that increase productivity, efficiency, and effectiveness of Federal programs, including service to the public." Better IRM will create better information, used better, and with fewer burdens on the American public. For example, the bill maximizes utility by placing an emphasis on interoperability of agency systems and improvements in data sharing. These steps are meant to capitalize on the advantages that information technologies offer for streamlining agency operations, enhancing public access to Government information, and reducing burdens on the public.

To accomplish these various objectives, H.R. 830, as amended, makes extensive changes to the existing law regarding the controls over information collections. At the OMB level, the legislation requires the Director, in consultation with the agency heads, to set an annual governmentwide goal for the reduction of information collection burdens by at least ten percent and to set annual agency goals for burden reduction, as well—importantly, not merely as a stand-alone goal, but as a part of a broader IRM plan, including efforts to reduce burden, eliminate duplication, meet shared data needs, and improve efficient and effective use of information technology. In addition, the bill calls on OIRA to coordinate its review of procurement and acquisition-related collections of information—one of the most frequently mentioned areas of burden—with OMB's Office of Federal Procurement Policy (OFPP) to improve the efficiency and effectiveness of the procurement process as well as to reduce burdens on the public.

At the agency level, the bill describes in some detail the requirements for agencies to establish processes for reviewing their information collections before submitting them to OMB for clearance. The agency's designated IRM official should, independently of the proposing program office, evaluate the need for the information, the burden estimate, the agency's plans for management and use of the information to be collected, and whether the proposed collection meets the other requirements of the Act. H.R. 830, as amended, also prescribes that agencies must consult with the public on their proposed collections and certify to OMB that the clearance steps have been taken. These include assuring the need for the information, that the collection is not unnecessarily duplicative of information otherwise reasonably accessible to the agency, and that the burden to be imposed has been minimized.

Under the legislation, OMB must then allow at least 30 days for further public comments. Also, OMB is to provide a decision to the requesting agency within 60 days (the 30-day extension period under current law is eliminated). If OMB does not notify the agency of its decision on the proposed collection within this time, approval is inferred and the agency may collect the information for two years. Any such OMB decision to disapprove a collection of information or instruct an agency to make substantive or material change to its is to be publicly available and include an explanation of the OMB decision. Further, communications between the OIRA Administrator, or OIRA staff and an agency or person not em-

188

## PAPERWORK REDUCTION ACT
P.L. 104–13

[page 26]

ployed by the Federal Government regarding proposed collections of information are to be made part of the public record. Public comments pertinent to OIRA's decision to approve, modify, or disapprove an agency's collection of information are to be part of the public record.

Finally, an additional new purpose of the bill is to strengthen the partnership between the Federal Government and State, local, and tribal governments by minimizing information collection burdens and maximizing utility of information collected by Federal agencies. This will require additional attention be paid to establishing common standards for data exchange and for interoperatability among systems.

In these various ways, and as more precisely described in the section-by-section analysis, the Committee intends to strengthen the Act's paperwork reduction requirements to improve the efficiency and effectiveness of Government operations, including the reduction of paperwork burdens on the public.

### Information dissemination

Information dissemination is an integral part of the information life cycle. While only mentioned once in the 1980 Act, the 1986 amendments properly inserted references to dissemination in provisions on IRM, IRM planning, and OMB's functional authority. In the years since the last reauthorization, dissemination has emerged as a particularly important functional information area due to new opportunities for improved dissemination of and public access to Government information made possible by emerging information technologies, not the least of which are growing public networks.

To realize the full potential for the flow of information, particularly electronically, requires new efforts by the Federal Government to coordinate and improve dissemination management policies and practices. For these reasons, and as described below, the Committee believes it is very important to provide a more detailed set of dissemination policies in statute.

The delineation of detailed dissemination policies and principles is also recommended because of the record of OMB's role in agency dissemination activities over the past 13 years. In the early 1980s, OMB used longstanding management powers to mandate the elimination and consolidation of thousands of agency publications as part of the Reagan Administration's "war on waste." While savings were undoubtedly realized, the elimination of many public service publications and the restrictions on agency dissemination planning were criticized. In addition, subsequent OMB policy guidance further limited agency dissemination activities by subordinating Government dissemination decisions to that of the private sector. OMB Circular No. A–130 (December 12, 1985, 50 Fed. Reg. 52730, December 24, 1985), and OMB's "Advance Notice of Further Policy Development on dissemination of Information," 54 Fed. Reg. 214 (January 4, 1989). While OMB proposed a more positive policy ("Second Advance Notice of Further Policy Development on Dissemination of Information," 54 Fed. Reg. 25554, June 15, 1989), and ultimately finalized a policy substantially in accord with the provisions of this legislation (revised OMB Circular No. A–130, Transmittal No. 1, June 25, 1993, 58 Fed. Reg. 36068, July 2, 1993,

189

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104-37

[page 27]

and Transmittal No. 2, June 15, 1994, 59 Fed. Reg. 37906, July 25, 1994), the record of OMB's changing dissemination policies, and the criticisms and questions that accompanied them, recommend the delineation of a consistent policy set in statute.

The legislation, therefore, provides a detailed framework to guide Federal Government dissemination of public information. Policy guidance and oversight responsibilities are vested in OMB and operational responsibilities rest with the agencies. The legislation's mandate is clear. OMB has an obligation to promote public access to Government information through the development and oversight of governmentwide information dissemination policies. Likewise, agencies have an obligation to conduct their dissemination activities to ensure that the public has timely and equitable access to public information.

The Committee intends these provisions to assist agency managers in accomplishing their missions by disseminating information necessary for the proper performance of the agency's functions. Working in consultation with the public, OMB, and other central management offices, agencies should adopt uniform technical standards and capabilities, and integrate dissemination decisionmaking with the management of other IRM functions to promote and provide more efficient and effective public access to a broader range of Government information.

Accordingly, the legislation's policies and required practices apply to the dissemination of all Government information regardless of form or format (i.e., paper publications, compact disc, on-line data, etc.), that public information be made available on a timely, equal and equitable basis to all persons, that a diversity of government and non-government sources be used to facilitate access to Government information, and that there be no exclusive or restrictive distribution arrangements to limit or regulate the use or reuse of public information.

These requirements are designed to facilitate information dissemination as part of the efficient and effective performance of Government functions. This imperative does not, however, provide a single method or rule for dissemination. Federal agencies must develop approaches and make specific dissemination decisions that balance among competing forces and interests. Agencies must avoid privatization of essential government public services. Yet agencies need to affirm the important role played by information providers in the private sector. Agencies also must develop effective dissemination capabilities, while avoiding proprietary-like information operations.

Thus, as agencies are governed by the public purposes of their statutory missions, they should avoid copyright-like controls (e.g., restrictions on reuse of information) or pricing arrangements that restrict the flow of public information. They should also take advantage of (and not unnecessarily duplicate) private sector initiatives that may more efficiently or effectively serve the same ends.

One critical component in establishing broad-based public access to Government information is the development of a Government Information Locator Service (GILS). Such a locator system (or system of systems) should facilitate public and agency access to Government information by providing pointers to information holdings of

190

**PAPERWORK REDUCTION ACT**
P.L. 104–13
[page 28]

Federal agencies. Ultimately, this system should become a path to the holdings themselves. However, the Committee recognizes the diversity of current agency information systems and technologies. It is important, therefore, at this time to promote access through available channels.

In the context of the current legislation and the immediate future, OMB has moved in the right direction in issuing its recent directive on GILS, and NIST likewise is making a valuable contribution to the creation of GILS standards. It is important, however, to insure consistent implementation across agencies and to create procedures and mechanisms that can be used to build a viable locator system. This includes ensuring the security and integrity of GILS. GILS also needs to be able to evolve over time to accommodate the changing mix of electronic formats for Government information and rapid advances in information technology so that it does not become obsolete. The Committee expects that the interagency committee created in the legislation will provide the advice needed to ensure security and integrity of data, compatibility, sharing among agencies, and uniform access by the public. The term "uniform" should be understood to mean establishing a consistent standard for access and does not mean that all agency systems must employ the same software and hardware.

*Statistical policy*

Between 1939 and 1977, Federal statistical policy was the responsibility of OMB/BoB (Reorganization Plan No. 1 of 1939, see also section 103 of the Budget and Accounting Procedures Act of 1950, 31 U.S.C. 1104(d)). In October 1977, it was assigned to the Department of Commerce by Executive Order No. 12013. The Paperwork Reduction Act of 1980 transferred statistical policy and coordination back to OMB, integrated it with related information functions, and attempted to strengthen OMB's oversight and coordination responsibilities. To further strengthen the administration of the statistical functions, the 1986 amendments required OMB to appoint a professional statistician to the position of Chief Statistician to carry out OIRA's statistical policy responsibilities.

H.R. 830, as amended, continues and strengthens the requirements for OMB leadership of the Federal statistical system and adds a number of new provisions. These provisions reflect the Committee's view of the importance of improving central leadership and coordination of Federal statistical programs. While there is continuing concern about the adequacy of OMB's attention to its statistical policy functions, the Committee believes that these functions would still be best served by being in OMB, as the central office with management and budget, as well as IRM, authority.

The Committee is convinced that much more needs to be done to address growing problems in the Federal statistical system. It has found that the Federal statistical system has not kept up with the changing nature of the U.S. and global economies, nor with advances in information technology. Statistical priorities and programs need to be reexamined and updated in light of rapidly changing economic, technological, and social conditions. Statistical information is used for a wide variety of decision-making, both in the public and private sectors. Having reliable, pertinent informa-

191

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 29]

tion therefore becomes a necessity if such decisions are to be based on valid information.

To address these concerns, H.R. 830, as amended, amplifies OMB's existing statistical policy responsibilities and includes other provisions designed to improve the Federal statistical system and information infrastructure. The Committee intends that OMB give balanced emphasis to all of its major information policy functions, including statistics. The Committee expects OMB to devote an appropriate amount of its staff resources to statistical policy development and leadership.

H.R. 830, as amended, strengthens the statistical policy mandate by explicitly requiring OMB to coordinate and provide leadership for the development of the decentralized Federal statistical system. Such coordination is needed to ensure the efficiency and effectiveness of the system as well as the integrity, objectivity, impartiality, utility, and confidentiality of information collected for statistical purposes. A study by the National Research Council ("Private Lives and Public Policies: Confidentiality and Accessibility of Government Statistics," 1994) noted increased concerns among many Americans about the confidentiality of information collected by Government surveys. The report recommended new standards and procedures be implemented by Federal agencies to preserve confidentiality. These concerns are reflected in the legislation's amendments to the Act to provide more specific mandates for OMB and agencies to protect personal privacy in the collection of information for statistical purposes.

Developing interoperability among statistical systems in the different agencies also is important for improving access to valid and current data. To facilitate this coordination, the bill requires OMB to establish an interagency council, headed by the Chief Statistician and consisting of the heads of the major statistical agencies and representatives of other statistical agencies under rotating membership. In addition, OMB is to review the budget proposals for agency statistical programs to ensure that they are consistent with governmentwide priorities for maintaining and improving the quality of Federal statistics and prepare an annual report on statistical program funding.

These provisions require that OMB adopt a proactive approach to statistical leadership. The Committee expects that OMB, and in particular the Chief Statistician, will provide leadership in identifying statistical priorities and in identifying and recommending corresponding budget priorities for Federal statistical programs. Additionally, OMB should take an active role in developing statistical standards and guidelines to assist Federal agencies in the development and implementation of statistical programs. Statistical policy must address issues related to information collection, use, and dissemination. Appropriate protection for statistical confidentiality and security for statistical systems must be an integral part of the development of these programs. OMB is also to coordinate the participation of the United States in international statistical activities, including the development of comparable statistics. In addition, OMB is to provide opportunities for training in statistical policy and coordination functions to Federal Government employees.

PAPERWORK REDUCTION ACT

P.L. 104–13

[page 30]

*Records management*

In order to provide greater visibility to the area of records management, the Paperwork Reduction Act assigned OIRA an oversight role to support the efforts of GSA in getting agencies to implement effective records management practices. This was the only entirely new function assigned to OMB by the 1980 Act. The need was described in a July 1980 letter from the Comptroller General:

> With regard to records management, the bill recognizes the need to provide a cohesive Federal information policy and to coordinate the various components of Federal information practices. Records management, concerned with information use and disposition, is a vital element of information policy. In the past, this function has not received the level of management attention it deserves. For example, although the General Services Administration (GSA) is authorized to do so, it does not always report to OMB or to the Congress serious weaknesses in agencies' records management programs along with the potential for savings if corrective actions are taken. We pointed this problem out as early as 1973, but in a recent study we found that GSA's actions to date have been inadequate.
>
> We believe the assignment of oversight responsibility to OMB and the periodic evaluations required by the bill would remedy the situation. In doing so, the benefits which improved records management practices can bring to the performance of Federal programs can be realized.

Records management is essential to efficient and effective management of information throughout the information life cycle. As such, its oversight continues to be properly assigned to OMB under the Act. In the new era of electronic records, it is even more important to ensure effective records management at all stages of the information life cycle. Agencies increasingly rely on electronic mail for communication, on online systems for dissemination, and on CD–ROMs for storing large volumes of data. Unless information created in these formats is properly managed to insure its integrity and archival preservation, much of the Government's record will be lost.

The current policy debate about records management in this emerging environment of networks, electronic mail, and the National Information Infrastructure demand the development of new agency policies and practices. OMB, NARA, and each operating agency must take affirmative steps to manage records, regardless of their form or format, consistent with legal requirements and the practical demands of the electronic information age. Agencies must determine how they will insure future access to Government records originating in electronic formats and need to work closely with NARA in establishing consistent standards for archiving electronic materials.

H.R. 830, as amended, reiterates the Act's mandate for OMB to provide advice and assistance to the GSA Administrator and to the Archivist and to review agency compliance with the records management requirements. Further, it charges OMB with the responsibility to oversee the application of records management policies

193

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 31]

and guidelines, including requirements for archiving information in electronic format, when agencies are planning and designing their information systems. Finally, as with other functional areas, the Act now explicitly spells out the role of agency records management responsibilities in the IRM framework.

The Committee also wishes to emphasize the importance of consistent records retention policies for records management functions. Clear records retention policies for all recordkeeping requirements are needed if expensive and wasteful burdens on the public, State and local governments, and Federal agencies are to be avoided.

### *Privacy and security*

Maintaining privacy and security is a key element in managing information. OMB had responsibilities for privacy and security of Government information prior to enactment of the 1980 Paperwork Reduction Act, under the 1974 Privacy Act and within other statistical policy, forms clearance, and computer security functions.

H.R. 830, as amended, continues OMB's role under the Paperwork Reduction Act for developing and overseeing agency implementation of policies, standards, and guidelines for the privacy, confidentiality, security, disclosure, and sharing of information. The Act promotes sharing and disclosure of information for purposes of maximizing the utility of information to users, both governmental and non-governmental. Sharing of information among Government agencies also serves the goal of minimizing the burden imposed on the public by Government collection of information. Such sharing and disclosure must be done, however, consistent with the provisions of the Paperwork Reduction Act and other laws that govern access, confidentiality, sharing, or disclosure, such as the Privacy Act, the Computer Matching and Privacy Protection Act, the Freedom of Information Act, and agency specific laws such as those governing the Internal Revenue Service and the Census Bureau.

As a practical matter, the growth of networks offer new opportunities for broadly sharing information among agencies and with the public. At the same time, they create new vulnerabilities that can lead to breaches in security and threats to the loss of privacy. An assessment by the National Research Council ("Computers at Risk: Safe Computers in the Information Age," (1991)) predicted that without more responsible use and management of computer systems, disruptions with adverse consequences would increase. The Committee is concerned about these increasing incidents of security breaches that range from hackers breaking into DOD computers ("Computer Security: Hackers Penetrate DOD Computer Systems," GAO/T–IMTEC–92–5, November 20, 1991), to IRS employees browsing through personal income records ("IRS Automation: Controlling Electronic Filing Fraud and Improper Access to Taxpayer Data," GAO/T–AIMD/GGD–94–183, July 19, 1994, and "IRS Information Systems: Weaknesses Increase Risk of Fraud and Impair Reliability of Management Information," GAO/AIMD–93–34, September 22, 1993). Agencies must take the necessary steps to maintain the appropriate balance between openness and security, and give new attention to the risks of maintaining information in electronic formats.

## PAPERWORK REDUCTION ACT
P.L. 104–13
[page 32]

The bill also recognizes the enactment of the Computer Security Act in 1987, establishing that OMB require Federal agencies to identify the sensitivity of their information and to afford appropriate security protections for it. Not only must systems be secured to maintain confidentiality of sensitive data, but procedures must ensure that integrity of information and availability of systems and data are not compromised. A crucial component of establishing sound computer security management involves agency-wide training and awareness. If systems and information are to be safeguarded, training at all levels must be implemented. Again, as computer systems increasingly are linked to national and international networks, effective implementation of computer security is essential.

### Information technology

One of the purposes of the Paperwork Reduction Act when it was originally enacted was: "to ensure that automatic data processing and telecommunications technologies are acquired and used by the Federal Government in a manner which improves service delivery and program management, increases productivity, reduces waste and fraud, and, wherever practicable and appropriate, reduces the information processing burden for the Federal Government and for persons who provide information to the Federal Government;" (P.L. 96–511, sec. 2(a) (44 U.S.C. 3501(5)).

As such, information technology has been recognized from the beginning as instrumental in improving Government operations and fulfilling agency missions, including reducing the burdens imposed on persons who provide information to the Government.

Yet, the management and application of information technology to support Government operations has been a historical problem. The Comptroller General described in July 1980 that the management of automatic data processing equipment was characterized by:

(1) Overly complex and costly software that too often fails to meet user needs, is inefficient, or simply does not work; and

(2) A costly, prolonged, and ineffective acquisition process which too often emphasizes hardware characteristics over sound financial investment.

Noting that the functions assigned OMB, GSA, and the Department of Commerce under the Brooks Act were not changed by the Paperwork Reduction Act, the Comptroller General stated that, by reemphasizing the Brooks Act, the 1980 legislation attempted to strengthen the leadership and central direction provided by these agencies. Further, the consolidation within OMB of policymaking and oversight responsibilities for the other information management functions covered by the bill should enhance the capability for applying advanced information technology to the problems of controlling paperwork burdens and improving the quality of data for program management and evaluation.

To support his 1980 message, the Comptroller General listed 70 GAO reports describing deficiencies in agency information management activities, with 31 dealing specifically with information technology problems.

Agencies have continued to spend more on information technology—now in the range of $25 billion a year, and totalling about

195

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 33]

a quarter of a trillion dollars in the 14 years since the passage of the Act. GAO, too, has continued to report on deficiencies related to agency information technology activities and systems development efforts. In a February 1992 report summarizing 132 reports it issued between October 1988 and May 1991, GAO described ten categories of problems:

Inadequate management of information systems development life cycle;

Ineffective oversight and control of IRM;

Cost overruns in information systems development efforts;

Schedule delays in information systems development efforts;

Inaccurate, unreliable, or incomplete data;

Inability to ensure the security, integrity, or reliability of information systems;

Inability of systems to work together;

Inadequate resources to accomplish IRM goals;

Systems that make access to data time-consuming or cumbersome; and

Systems that were not performing as intended.

(See "Information Resources: Summary of Federal Agencies' Information Resources Management Problems," GAO/IMTEC–92–13FS, February 13, 1992.)

Described previously in the Information Resources Management section of this report (and summarized in the appendix) is a report by GAO describing ways that agencies can employ practices used by leading organizations in the private and public sectors to manage their information technology. This report, "Executive Guide: Improving Mission Performance Through Strategic Information Management and Technology," (GAO/AIMD–94–115, May 1994), describes 11 practices with related attributes and suggestions to agencies on how to get started in implementing the specific practice for better managing information and information technology.

Gene Dodaro, Assistant Comptroller General for Accounting and Information Management, GAO, testified before the Subcommittee on National Economic Growth, Natural Resources, and Regulatory Affairs, that GAO finds huge, complex information system modernizations at great risk from two basic management problems: (1) the failure to adequately select, plan, prioritize, and control system and software projects and (2) the failure to use technology to simplify, direct, and reengineer functional processes in ways that reduce costs, increase productivity, and improve service. These problems permeate critical Government operations in key agencies, such as the Federal Aviation Administration, Internal Revenue Service, Social Security Administration, and the Departments of Defense, Agriculture, and Veterans Affairs.

Mr. Dodaro singled out the following changes included in H.R. 830 that are patterned after GAO's "best practices" and will help deal with these problems:

Current provisions in the Act place the responsibility for effective information management and technology on the designated IRM senior officials and their respective organizational units. Section 3506 of the bill modifies this by strengthening the accountability of the agency head and of program managers for information resources supporting their programs.

## PAPERWORK REDUCTION ACT
P.L. 104–13

[page 34]

Working with the designated senior IRM official and the Chief Financial Officer, these managers are to define program information needs and develop strategies, systems, and capabilities to meet those needs. Increasing program managers' accountability and involvement focuses information management decision-making and systems development activities on measurable mission outcomes of strategic importance to the agency.

The current law also does not emphasize mechanisms for selecting, controlling, or evaluating information systems projects in ways that maximize the value of the investment or effectively identify and manage risks. Provisions in H.R. 830 call for strengthening processes that agencies use to decide their information technology expenditures and to set goals for measuring progress in using information technology to increase productivity and accomplish outcome-oriented results. Most importantly, Section 3506 requires agencies to assess and manage their information technology initiatives with defined processes for selecting, controlling, and evaluating the initiatives based on comparing anticipated benefits to actual results. Additionally, Sections 3504 and 3505 help better manage risks by requiring the OMB Director to take steps to infuse more discipline and accountability into the Government's technology expenditures.

The current law does not emphasize the necessary technical skills or the clear delineation of management roles and responsibilities, both of which are needed to manage information technology as part of an overall business strategy. Sections 3504 and 3506 of H.R. 830 require that training be developed to educate program officials and other agency managers about information technology. Section 3506 also defines the roles and relationships between program and IRM officials in the development of information systems and capabilities to meet program needs.

### G. CONCLUSION

Based on the record compiled by the Committee, during both this Congress and preceding attempts to reauthorize appropriations for the Paperwork Reduction Act since 1989 when the current authorization expired, there is ample evidence of the need to reauthorize appropriations and strengthen the Act. Improvements are needed to clarify OMB and agency responsibilities for all functional areas covered by the Act. Improvements are also needed in efforts to reduce the burden of meeting the Federal Government's information needs, increase the efficiency and effectiveness of Federal information resources management, and strengthen public participation in paperwork reduction and other IRM decisions. H.R. 830, as amended, accomplishes these purposes and the Committee strongly endorses its enactment.

### SECTION-BY-SECTION ANALYSIS

#### SECTION 5001. SHORT TITLE

This legislation is entitled the "Paperwork Reduction Act of 1995."

197

LEGISLATIVE HISTORY

HOUSE REPORT NO. 104–37

[page 35]

## SECTION 5002. COORDINATION OF FEDERAL INFORMATION POLICY

This legislation recodifies chapter 35, title 44, of the United States Code. The bill is drafted as a revision of the chapter due to the number of proposed changes to current law. These changes range from substance to style. They include the deletion of obsolete terms and provisions, the reorganization of sections for purposes of clarity and consistency, the consolidation and refinement of definitions and common terms, and the addition of new requirements to update and strengthen the original purposes of the Act. To the extent the revision is a restatement of the Paperwork Reduction Act of 1980, as amended in 1986, the legislation is a reaffirmation of the law's scope, underlying purposes, requirements, and legislative history, which remains an important explanation of the congressional intent underpinning the Act's provisions. To the extent the revision modifies provisions in current law, it is done for the purposes described below, and again, in order to further the purposes of the original law.

### SEC. 3501. PURPOSES

Section 3501 maintains the Act's primary focus on minimizing paperwork burdens on the public. The bill adds several additional purposes and revises and realigns other purposes to emphasize the need to improve information resources management (IRM) as a means to minimize government costs and to improve the productivity, efficiency, and effectiveness of government programs, including the reduction of paperwork burdens and improved service delivery to the public. It promotes the theme of improving the quality and use of information to strengthen agency decisionmaking and accountability and to maximize the benefit and utility of information created, collected, maintained, used, shared, disseminated, and retained by or for the Federal Government. It emphasizes that information technology should be employed by Federal agencies to improve mission performance and reduce paperwork burdens, and that the Federal Government and State, local, and tribal governments should increase their common efforts to improve the utility and decrease the burdens of collection of information activities.

### SEC. 3502. DEFINITIONS

1. The term "agency" is unchanged from current law.

2. The term "burden" is expanded with a more detailed list of descriptive examples of actions that constitute burden imposed by collections of information (e.g., the resources expended for reviewing instructions; acquiring, installing, and utilizing technology to gather, obtain, compile, or report the information; adjusting the existing ways to comply with any previously applicable instructions and requirements; searching data sources; completing and reviewing the collection of information; and transmitting the information to the requesting agency or otherwise disclosing the information as instructed by an agency). No substantive limitation is intended by the use of these examples. The Committee wants to cover all burdens associated with information collection.

The phrase "or for" an agency is added, as it is elsewhere in the legislation, to clarify that the burdens associated with providing,

198

## PAPERWORK REDUCTION ACT
P.L. 104–13
[page 36]

maintaining, or disclosing information to or for a Federal agency, or to a third party or the public on the instruction or behalf of a Federal agency, are all equally included in the meaning of the term "burden."

3. The term "collection of information" is amended to accomplish several purposes.

First, several phrases are added (i.e., "causing to be obtained," "requiring the disclosure to third parties or the public," and "or for" an agency) to clarify that all Federally sponsored collections of information, not just those directly provided to a Federal agency, are contemplated within the meaning of the term. Information maintained, or information provided by persons to third parties, for example, is therefore covered by the Act, most particularly, the paperwork clearance requirements of sections 3506 and 3507, and the public protection provided by section 3512.

Whether a "collection of information" is conducted for or sponsored by the Federal government, rather than whether the government is the primary or immediate user of the information collected by a respondent, is the primary factor which determines whether a collection of information is covered by the meaning of the term. This clarification is intended to overturn the Supreme Court's interpretation of this term in *Dole* v. *United Steelworkers of America,* 494 U.S. 26 (1990). Agency third-party disclosure requirements are within the scope of the Act.

Second, the phrase "regardless of form or format" replaces the phrase "through the use of written report forms, application forms, schedules, questionnaires, reporting or recordkeeping requirements, and other similar methods" contained in current law. This clarifies that regardless of the instrument, media, or method of agency action, a collection of information is any agency action that calls for facts or opinions resulting from answers to identical questions, identical reporting or recordkeeping requirements, or third party information disclosure requirements. This includes any collection of information, whether the agency action is described as an information collection request, collection of information requirement, or other term. It also includes all the collection methods that are specifically listed in current law. It also includes information collection activities regardless of whether the collection is formulated or communicated in written, oral, electronic or other form, and regardless of whether the compliance is mandatory, voluntary, or needed to obtain a benefit or contract with the Federal government.

Third, the term "collection of information" replaces the terms "information collection request" and "collection of information requirement" in current law. The present definition of "information collection request" in section 3502(11), and all its uses in current law are deleted. The use of the term "collection of information requirement" in the current law's section 3504(h) is also deleted.

The use of the phrase, "collection of information," is made only for purposes of clarity and consistency. In the past, the use of separate terms created confusion about possible differences among the terms. The most significant instance involved the distinction between "information collection request" and "collection of information requirement," which was added to the Act by a floor amend-

### LEGISLATIVE HISTORY
HOUSE REPORT NO. 104-37

[page 37]

ment to the original 1980 legislation. In 1986, Congress amended the Act to include "collection of information requirement" in the definition of "information collection request." This action, however, left references to the two terms in the text of the Act. The current legislation conclusively ends any possible misunderstanding by creating a comprehensive definition for "collection of information" as the single term used in the Act.

4. The term "Director" is unchanged from current law.

5. The term "independent regulatory agency" is unchanged from current law.

6. A new definition is created for "information resources," which means information and related resources, such as personnel, equipment, funds, and information technology. The new definition is intended to complement the revised definition of "information resources management." Both the new definition and the amended definition serve to clarify and improve the existing law's definition of "information resources management." They make it clear that the resources to be managed are more than just information or information technology. They are those associated programmatic and managerial resources needed to perform information functions.

7. The term "information resources management" (IRM) is redefined to mean "the process of managing information resources to accomplish agency missions and to improve agency performance, including the reduction of information collection burdens on the public." This new definition is meant to further the original Act's intent to have Federal agencies better coordinate the management of information activities and associated resources. The legislation strengthens this mandate by focusing IRM on the basic reason for using information resources; i.e., to serve agency performance and efficiently and effectively accomplish agency missions, including the Act's objective of reducing public information collection burdens.

8. The definition of "information system," is updated to mean an organized and distinct or discrete set of information resources and processes, automated or manual, for any elements of the collection, processing, maintenance, use, sharing, dissemination, and disposition of information. It includes systems that provide information to top agency managers as well as systems supporting agency program operations. The previous definition of "information system" appeared to make the phrase synonymous with a "management information system." Information systems are now understood to serve a much broader range of purposes than just providing management information.

9. The term "information technology" replaces the current term "automatic data processing equipment" (ADPE) but does not change the underlying definition from the "Brooks Act" (40 U.S.C. 759). The reason for this change is that the term "information technology" has replaced "ADPE' in common usage and management practice. Moreover, as broadly defined by the Brooks Act, the term covers computer and telecommunications equipment and services. Throughout the Act, therefore, the legislation substitutes "information technology" for various references to "automatic data processing," "automatic data processing equipment," and "telecommunications."

10. The term "person" is unchanged from current law.

200

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 38]

11. The term "practical utility" is broadened and clarified by dropping the phrase "it collects" from current law. This change clarifies that federally conducted or sponsored collections of information which mandate that persons provide or maintain information to or for third parties may have practical utility if the actual use of the information is necessary for the proper performance of the functions of the agency. This change is part of the Committee's intent to clarify the term in light of overturning the interpretation of "collection" by the Supreme Court in *Dole* v. *United Steelworkers of America*.

12. The term "public information" is added. It means any information, regardless of form or format, that an agency discloses, disseminates, or makes available to the public. Its application in the Act, as amended by this legislation, is primarily in the context of "dissemination" of information by an agency.

13. The term "recordkeeping requirement" is clarified by the addition of the phrase "or for" an agency. As with the definition of "burden" and "collection of information," this amendment is meant to cover instances in which information is provided, maintained, or dislocated to or for an agency. To overturn the interpretation of "recordkeeping requirement" in *Dole* v. *United Steelworkers of America*, the definition is clarified by adding at the end, the specific inclusion of "retention, reporting, notifying, or disclosure to third parties or the public of such records."

In addition to its treatment of these definitions, the legislation eliminates the following definitions as unnecessary:

"automatic data processing"—this term is replaced by the term "information technology," as described above;

"data element," "data element dictionary," "data profile," "directory of information resources," and "information referral service"—these terms are unnecessary given the legislation's revision of section 3511, regarding the Government Information Locator Service; and

"information collection request"—this term is subsumed within the definition of "collection of information," as described above.

### SEC. 3503. OFFICE OF INFORMATION AND REGULATORY AFFAIRS

Section 3503, which establishes OMB's Office of Information and Regulatory Affairs (OIRA), is amended to conform with the 1990 Chief Financial Officers Act's creation of the position of OMB Deputy Director for Management (DDM). While the OIRA Administrator is and should continue to "serve as principal adviser to the Director on Federal information resources management policy," the Committee recognizes the status of the DDM as the OMB official designated by statute to coordinate and supervise the general management functions of OMB.

### SEC. 3504. AUTHORITY AND FUNCTIONS OF DIRECTOR

Section 3504 sets out OMB's IRM authority and functions under the Act. The legislation's amendments to the section do not change the structure of OMB's functional responsibilities, but rather revise and refine the specific details under each function, and, for the first time, delineate specific "dissemination" responsibilities.

201

### LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 39]

As revised, the section eliminates references to OMB as the implementing agency. This reflects the recognition that OIRA can and should provide policy and practice leadership and oversight, but cannot and should not attempt to take over operational responsibilities for agency IRM functions. For this reason, the legislation also describes detailed agency responsibilities in section 3506 to mirror the OMB functions spelled out in section 3504. This reflects a major purpose of the legislation, that is, to improve implementation of the Act by more clearly delineating agency responsibilities.

The bill also streamlines language and makes more consistent use of terms such as collection of information (e.g., instead of "information collection request" or "collection of information requirement"), information resources management, and information technology. Along these same lines of clarifying terms, section 3504(h) in current law (dealing with OMB review and approval of collections of information contained in proposed rules—an element of the so-called Kennedy Amendment to the original 1980 legislation) is moved, but without substantive change, to section 3507(d), which is the primary location of OMB paperwork review and approval provisions.

#### Subsec. (a)

As with the definition of IRM, this subsection identifies the Director's functional IRM responsibilities and focuses them on: (1) developing and coordinating governmentwide policies and guidelines, and (2) providing direction and overseeing the review and approval of the collection of information, the reduction of burden on the public, and overseeing agency use of information resources.

#### Subsec. (b)

Subsection (b), the general IRM policy functions, is amended to refer to "information resources management policy" instead of "information today." The specific requirements are then updated and streamlined—again, with a major purpose being the management of information resources.

New specific functions assigned the Director are to foster greater sharing, dissemination, and access to public information; oversee the development and implementation of "best practices" in IRM by Federal agencies; and oversee agency integration of program and management functions with their IRM functions (in many cases agencies have conducted them as separate activities as if there was no relationship between them). An agency's strategic plan (sometimes referred to as an agency business plan) should establish the mission for agency programs with performance measures to measure program performance (in accordance with the requirements of the Government Performance and Results Act) and the IRM plan should describe how information resources will be acquired and managed in support of the agency programs.

#### Subsec. (c)

The collection of information and paperwork control subsection is amended so as to fit with other sections, e.g., paperwork burden reduction goals in section 3505, agency responsibilities in section 3506, and the review and approval of proposed agency collections

## PAPERWORK REDUCTION ACT
P.L. 104–13
[page 40]

of information in section 3507. One new specific requirement is added to highlight the need to reduce the burdens associated with government procurement-related paperwork. This requires coordination between OIRA and the Office of Federal Procurement Policy (OFPP) in the review of proposed agency collections of procurement-related information. The focus on minimizing burden remains (in paragraph (3)). It is complemented (in paragraph (4)) by the mandate to maximize the utility and benefit of information once it is collected or created by or for the Federal Government. OIRA is to oversee agency development of burden estimates (in paragraph (5)); i.e., to ensure consistency among agencies in burden estimation.

*Subsec. (d)*

New provisions are established to provide specific guidance for the management of information dissemination functions. These were, heretofore, only generally referred to in current law (e.g., sec. 3504(a)). While the Act's life cycle approach previously conveyed an expectation of OMB oversight of agency information dissemination functions, the developing capabilities of agencies and of information technologies for this purpose necessitates the articulation of specific OMB information dissemination policy setting and oversight responsibility. As with other OMB IRM functions detailed in section 3504, the counterpart agency information dissemination responsibilities are spelled out in section 3506.

This new subsection requires OMB to develop governmentwide policies and guidelines to guide agency dissemination of public information, and promote public access to public information. As elsewhere in the legislation, the mandate applies to the dissemination of information, regardless of form or format. This is meant to emphasize the need to develop policies and practices to promote dissemination of information in electronic format, as well as traditional paper forms.

*Subsec. (e)*

OMB's statistical policy and coordination duties are spelled out in greater detail to assist in improving the coordination of the decentralized Federal statistical system. Specific duties codified by this legislation include: coordinating system activities to ensure the integrity, objectivity, impartiality, utility, and confidentiality of information collected for statistical purposes; ensuring that budgetary proposals are consistent with governmentwide priorities for improving statistics; developing policies for the timely and orderly release of statistical data; promoting the sharing of statistical information; and coordinating participation of the United States in international statistical activities. To facilitate interagency coordination and improve Federal statistical policy, the subsection calls for the creation of an Interagency Council on Statistical Policy. It also calls for OMB to provide opportunities to Federal Government employees for training in statistical policy.

*Subsec. (f)*

OMB's records management duties are reaffirmed and are strengthened to include oversight of agency implementation of

203

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 41]

records management policies established by the Archivist of the United States and the Administrator of General Services. Given emerging issues regarding electronic records management, specific reference is made to emphasize the need to develop policies and practices to ensure that ultimate need to archive information in electronic format be considered in the initial planning and design of automated information systems.

### Subsec. (g)

OMB's privacy and security functions are amended to streamline language and integrate policies related to privacy, confidentiality, security, disclosure, and sharing of information. The current references to security are strengthened by citing the Computer Security Act of 1987. And consistent with the Act, the subsection is amended to focus OIRA oversight on the pressing need of agency computer security planning to address "risk" of possible harms and to afford security protections commensurate with the risk involved.

### Subsec. (h)

OMB's information technology (heretofore, ADP) duties are revised to reflect the need to integrate information technology management functions (like other elements of IRM) with program functions to serve and improve program performance. The Committee is convinced that OMB must improve its ability to affect agency mission accomplishment through the effective management of information technology, especially through the application of GAO's "Best Practices" recommendations and OMB policy guidance and oversight, as provided under the Act.

Specific OMB responsibilities added to those in this subsection of current law are for OMB to: (1) coordinate information technology procurement policies with the Office of Federal Procurement Policy (OFPP) in OMB; and (2) ensure agency integration of IRM plans, program plans, and budgets to assist in the planning, use and management of information technology. Consistent with other changes made by the legislation to focus OMB's activities on policy guidance and oversight as opposed to operational responsibility, the legislation also highlights in this subsection the importance and responsibility of GSA and NIST to work in partnership with OMB to improve agency information technology functions. Finally, the legislation also amends this subsection to make word changes for the sake of consistency and clarity.

#### SEC. 3505. ASSIGNMENT OF TASKS AND DEADLINES

Section 3505 is amended to remove now-outdated tasks and deadlines assigned to the Director in current law from the 1980 Act and the 1986 amendments and to provide a new set of OMB and agency objectives.

1. OMB is to set, in consultation with agency heads, an annual governmentwide goal for the reduction of information collection burdens by at least ten percent, as well as agency-specific goals for paperwork reduction that "represent the maximum practicable opportunity in each agency" and for improving IRM activities' support of agency programs. The Committee anticipates that the burden re-

### PAPERWORK REDUCTION ACT

P.L. 104-13

[page 42]

duction goals will be measured against existing levels of burden estimated for the time the goals are set.

2. OMB is to conduct pilot projects to test alternative policies and procedures to fulfill the purposes of the Act (with the authority to waive the application of designated agency regulations or administrative directives involving the collection of information after giving timely notice to the public and Congress regarding the need for such waiver), particularly with regard to minimizing the Federal information collection burden.

3. In consultation with GSA, the National Institute of Standards and Technology (NIST), National Archives and Records Administration (NARA), and Office of Personnel Management (OPM), OMB is to develop and maintain a governmentwide strategic IRM plan that describes: (1) the objectives and means by which federal agencies will apply information resources to improve agency and program performance; (2) plans for reducing information collection burdens, enhancing public access to information, and meeting Federal information technology needs; and (3) progress in using IRM to improve agency performance and the accomplishment of missions.

#### SEC. 3506. FEDERAL AGENCY RESPONSIBILITIES

Because a major purpose of this reauthorization of the Act is to more clearly delineate agency responsibilities and accountability for each information function, the legislation substantially revises section 3506 to describe key agency functional IRM responsibilities that mirror the OMB responsibilities set out in section 3504. The Committee intends this section to stand as a clear mandate to agencies that responsibility for agency IRM rests squarely with the agency, and that each agency is expected to take this responsibility very seriously. Agencies should also be cognizant of other IRM responsibilities spelled out in more detail in related IRM laws.

*Subsec. (a)*

This subsection establishes the management structure which the agencies are to establish in carrying out their IRM responsibilities.

1. Each agency's IRM responsibility is clearly vested in the agency head to carry out and integrate IRM activities in a manner that improves agency productivity, efficiency, and effectiveness and that complies with the requirements of the Act and the related policies established by OMB.

2. The current law is unchanged with regard to the establishment of an agency designated senior IRM official. The senior IRM official is primarily responsible for assisting top agency program and management officials in managing information resources in support of agency programs and activities and for the effective and efficient design, development, and delivery of information activities to support program responsibilities and comply with the requirements of this Act.

3. The senior IRM official is required to head an office responsible for ensuring agency compliance with prompt, efficient, and effective implementation of the information policies and information resources management responsibilities established under this Act, including the reduction of information collection burdens on the

205

### LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 43]

public. Subsection (c) provides that it is this office that is to review and certify proposed collections of information for OMB review and approval. Also, the senior IRM official and staff are to have professional qualifications necessary to administer the agency's IRM functions.

4. Consistent with the goal of integrating IRM in program management, the legislation specifies that agency program officials are responsible and accountable for information resources assigned to and supporting their programs. The provision also describes the relationship between the senior IRM official and program and management officials, including the Chief Financial Officer (or comparable official). In consultation with the agency Chief Financial Officer and the senior IRM official, program officials are to define program information needs and cooperatively develop strategies, information systems, and capabilities to meet those needs.

*Subsec. (b)*

With respect to general information resources management, each agency is to undertake several specified actions:

1. Manage information resources to reduce information collection burdens, increase program efficiency and effectiveness, and improve the integrity, quality, and utility of information to users both within and outside the agency;

2. Develop and maintain a current strategic IRM plan describing how the agency will employ information resources to accomplish agency missions;

3. Maintain an ongoing process to improve IRM and integrate it with organizational planning, budget, financial management, human resources management, and program decisions; to develop an accurate accounting of information technology expenditures and related expenses; and to establish goals for improving IRM's contribution to agency programs;

4. Maintain an inventory of information resources, including directories necessary to fulfill the Government Information Locator Service (GILS) requirements of section 3511; and

5. Conduct IRM training programs to educate program and management officials about the importance of IRM.

*Subsec. (c)*

With regard to the collection of information and the control and reduction of paperwork burdens, the legislation specifies detailed agency paperwork clearance requirements. The Committee believes significant improvements can be made to the information collection clearance process by focusing increased agency attention to (and public participation in) the initial formulation of and periodic review of information collections. One improvement provided by a more complete airing of issues during the course of the agency's development of an information collection proposal should be to reduce the amount of contention that in the past arose relatively late in the process during OIRA review.

1. Section 3506(c) mandates a detailed information collection evaluation procedure requiring each agency to establish a process within the office designated under subsection (a), independent of

## PAPERWORK REDUCTION ACT
P.L. 104–13

[page 44]

program responsibility, to evaluate proposed collections. This office must:

Review a collection of information before it is submitted to OMB for review, that includes making an independent evaluation of its need; preparing a description of it, a collection plan, and a burden estimate; pilot testing the collection, if appropriate; and developing a plan for the management and use of the information to be collected;

Ensure that information collections are inventoried, display a control number and, when appropriate, an expiration date; indicate the collection is in accordance with the Act; and contain a statement informing the person being asked why the information is being collected, its use, its burden, and whether responses are voluntary, required to obtain a benefit, or mandatory. This requirement is transposed from current law (section 3504(c)(3)) to make it more clearly an agency responsibility, rather than a duty of OMB. Note that this requirement must also be certified to by each agency (see section 3506(c)(3)(F); and

Assess the information collection burden of proposed legislation affecting the agency.

2. Each agency is to provide a 60-day public comment period which occurs before the proposed collection is submitted to OMB for review. While such comment to OMB has been useful in the past, and should continue to be so, public comment on agency development of information collections should help:

Determine whether the information collection is necessary for the proper performance of the functions of the agency;

Assess the accuracy of, and improve, the agency's burden estimate;

Enhance the quality and utility of the information to be collected; and

Minimize the information collection burden, including through the consideration and use of alternate information technologies.

This agency public comment period is not required for proposed information collections contained in proposed rules, which must be reviewed by OIRA under section 3507(d) (under this legislation, section 3504(h) under current law). The reason for this exemption is that such proposals solicit public comment through the agency notice of proposed rulemaking (NPRM) under the Administrative procedure Act. To require an additional (and earlier) agency public comment period would result, as a practical matter, in agency publication of advance notices of proposed rulemaking (ANPRM) for every proposed rule that contains a collection of information. This would create a significant amount of internal government paperwork and expense for an insignificant improvement in opportunities for public notice and comment.

This agency public comment period is also not required if the agency can demonstrate good cause for not doing so to OMB. Given the nature of certain kinds of information collections, advance notice may tempt at least some potential respondents either to destroy the information sought or to take other action to frustrate the

**LEGISLATIVE HISTORY**
HOUSE REPORT NO. 104–37
[page 45]

legitimate goal of the agency, for example, the seizure of illegally gained financial assets.

3. Each agency is to certify (with a supporting record, including comments received, and an agency response to any significant issues raised by the public) that each proposed collection of information submitted to OMB for review under section 3507:

Is necessary for the proper performance of the functions of the agency, including that it has practical utility;

Is not unnecessarily duplicative of available information;

Reduces, to the extent practicable and appropriate, the burden on respondents, which may include establishing alternative compliance or reporting requirements for small entities in accordance with the Regulatory Flexibility Act (5 U.S.C. chapter 6);

Is written using plain, understandable language;

Is to be implemented in ways consistent and compatible, to the maximum extent practicable, with the respondents' existing reporting and recordkeeping practices;

Informs the respondent why the information is being collected; now it is to be used; a burden estimate; and whether responses are voluntary, for a benefit, or mandatory;

Has been developed by an office that has allocated resources for the management and use of the information;

Uses appropriate statistical survey methodology; and

Considers and uses alternative information technologies, to the extent practicable, to reduce information collection burden, and improve data quality, agency efficiency, and responsiveness to the public.

*Subsec. (d)*

As a complement to the delineation of OMB responsibilities at section 3504(d) to develop and oversee information dissemination policies, the legislation in this subsection establishes specific agency operational responsibilities to ensure that the public has timely and equitable access to public information. These provisions are largely consistent with the information dissemination principles of OMB Circular No. A–130 (58 Fed. Reg. 36068, July 2, 1993, and 59 Fed. Reg. 37906, July 25, 1994), particularly as they relate to maintaining a diversity of public and private information dissemination channels, and avoiding improperly restrictive practices.

Most generally, these statutory provisions are intended to guide agency dissemination activities and promote public access to government information in the increasingly multiple forms and formats made possible by new information technologies. Accordingly, these agency dissemination responsibilities apply to Federal public information "regardless of the form or format in which it is disseminated."

1. The key purpose contained in 3506(d)(1) is to provide for the dissemination to the public of public information products and services on a timely, equal, and equitable terms. The goal of nondiscrimination requires agencies not only to refrain from enhancing the position of some members of the public over that of others, but to refrain from enhancing the Federal Government's position over that of others as well.

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 46]

Each agency must ensure that the public has timely and equitable access to the agency's public information, including by encouraging a diversity of public and private sources, and by agency dissemination of public information in an efficient, effective, and economical manner, including, for public information maintained in electronic format, timely, equal, and equitable access to the underlying data. The goal in this paragraph is to enunciate clearly the obligation of Federal agencies to ensure effective access to public information held by the government information. The two secondary objectives are for agencies to: (1) encourage a diversity of providers in the private and public sectors, while avoiding unnecessary duplication of effort; and (2) disseminate information, whose dissemination is determined by the agency to be necessary for the proper performance of its functions, efficiently, effectively, and economically.

This obligation also requires agencies to disseminate and make public information available on a non-discriminatory and non-exclusive basis to any public or private entity for any lawful purpose, including for redissemination of the information, or for its incorporation in another information product or service. In addition, ensuring effective access can require agencies (consistent with budget constraints) to eliminate, reduce, or otherwise compensate for barriers that may frustrate intended users, e.g., excessive charges, licensing requirements, or technical barriers.

The term "equal" modifying "timely and equitable" information dissemination is intended to ensure against agencies discriminating against or otherwise disadvantaging classes of users, particularly commercial users. Agencies must balance it, however, against other policies, specifically, the proper performance of agency functions and the need to ensure that information dissemination products reach the public for whom they are intended. If an agency mission includes disseminating information to certain specific groups or members of the public and the agency determines that user charges will constitute a significant barrier to carrying out its responsibility, the agency may have grounds for reducing or eliminating its user charges for the information dissemination product, or for exempting some recipients from the charge.

2. Subsection 2506(d)(2) requires that each agency regularly solicit and consider public input on the agency's information dissemination activities. This includes outreach to the public to ascertain information user needs so that information can be disseminated in useful forms and formats. This also includes gathering information on information provided by other public or private sources, in order to avoid needless duplication of effort.

3. Subsection 3506(d)(3) sets out public notice requirements. Before taking any action to initiate, substantially modify, or terminate a public information product or service, an agency must take steps to inform interested members of the public of its plans. The purpose of the notice is to maximize the ability of the public to influence agency information plans at an early stage. This subsection provides that each agency should provide adequate notice when initiating, substantially modifying, or terminating significant information dissemination products.

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 47]

4. Subsection 3506(d)(4) lists four categories of conduct that agencies should avoid unless specifically authorized by statute. These four categories of conduct are: (1) exclusive, restricted, or other distribution arrangements that adversely affect the timely and equitable availability of public information; (2) restrictions on or regulation of the use, reuse, or redissemination of information; (3) fees or royalties for reuse, resale, or redissemination of information; and (4) the establishment of user fees for information that exceed the cost of dissemination, unless the head of the agency, with public notice, requests the establishment of higher user fees; the Director, with public notice, so agrees; and this waiver would not materially impair the timely and equitable availability of public information to the public.

Subparagraph (A) provides that agencies should avoid establishing an exclusive, restricted, or other distribution arrangement that interferes with timely, equal, or equitable availability of public information to the public. The purpose of this provision is to prohibit agencies from establishing discriminatory monopoly distribution arrangements for public information.

Subparagraph (B) provides that agencies should avoid restricting or regulating the use, resale, or redissemination of public information products or services by the public. Except where a statute specifically authorizes such a restriction, public information may continue to be used, republished, resold, extracted, and redisseminated in any way by any person.

Subparagraph (C) provides that agencies should avoid charging fees or royalties for resale or redissemination of public information. Public information may be used, sold, or redisseminated whether or not the person paid any fees to the government to obtain the information.

Subparagraph (D) provides that agencies should avoid establishing user fees for public information products that exceed the cost of dissemination. This is consistent with current OMB policies. While current user fee policies for other goods and services may support other types of price structures, information products can only be priced at cost of dissemination. The government should not treat its information dissemination activities as general revenue sources. It is the policy of H.R. 830 that the government should not make a profit by selling public information collected and compiled at taxpayer expense to the American public.

It is intended that the granting of waivers will be rare and that the authorized terms and conditions will narrowly circumscribe any waivers. It also is intended that any waivers will be of limited duration. OMB may not help an agency evade the cost of dissemination pricing requirement by repeatedly granting it waivers.

*Subsec. (e)*

With regard to agency statistical activities, the legislation requires agencies to:

Ensure the relevance, accuracy, timeliness, integrity, and objectivity of its statistical information;

Fully inform respondents regarding the sponsors, purposes, and uses of statistical surveys and studies;

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 48]

Protect respondent privacy and ensure that disclosures fully honor pledges of confidentiality;

Observe Federal standards and rules on data collection, analysis, documentation, sharing, and dissemination of statistical information;

Ensure timely publication of survey and study results, including about their quality and limitations; and

Make data available, consistent with privacy and confidentiality measures, to statistical agencies and readily accessible to the public.

### Subsec. (f)

With respect to records management, the legislation describes specific agency responsibilities to implement and enforce applicable policies and procedures (established by the Archivist of the United States and the Administrator of General Services), including requirements for archiving information maintained in an electronic format, particularly in the planning, design and operation of information systems. This emphasis on electronic records parallels the emphasis added to OMB's records management responsibilities in section 3504(f).

### Subsec. (g)

The legislation describes agency responsibilities for privacy and security. Each agency must:

Enforce applicable policies and procedures on privacy, confidentiality, security, disclosure and sharing of information maintained by an agency or by another entity on behalf of the agency;

Be responsible and accountable for compliance with the Freedom of Information Act, the Privacy Act, the Computer Security Act, and other related information management laws; and

Develop capabilities and provide protections, in carrying out the Computer Security Act, as needed to address cost-effectively the risk of harm from loss, misuse, or unauthorized access to or modification of information maintained by or on behalf of an agency.

### Subsec. (h)

Finally, the legislation specifies actions agencies are to take with respect to information technology. Each agency must:

Implement and enforce applicable information technology management policies, procedures, and standards;

The agency designated IRM official must be responsible and accountable for information technology investments;

Use information technology to improve the productivity, efficiency, and effectiveness of agency programs, including dissemination of public information; and

Propose changes in legislation, regulations, and procedures to improve information technology practices, including changes to better use technology to reduce information collection burden:

211

### LEGISLATIVE HISTORY
HOUSE REPORT NO. 104-37

[page 49]

#### SEC. 3507. PUBLIC INFORMATION COLLECTION ACTIVITIES; SUBMISSION TO DIRECTOR; APPROVAL AND DELEGATION

Section 3507 provides the details of the OMB paperwork clearance process and the actions agencies must take to get their proposals reviewed and approved by OMB. With the establishment of specific agency information collection clearance requirements and the creation of a way for the public to participate earlier in the information collection development process, several modifications and cross-references are made to ensure that the agency clearance actions are performed consistent with and to facilitate the efficient functioning of the overall clearance process. In this regard, for example, the OMB process is streamlined in terms of the comment period and review time limit (with a maximum of 60 days instead of 60 days plus a discretionary 30-day extension).

*Subsec. (a)*

The current law's basic paperwork clearance requirements remain the same, that is, that an agency is not to conduct or sponsor the collection of information unless, in advance of the adoption or revision of the collection, the Act's information collection clearance requirements are met at both the agency and OMB levels.

1. The agency must conduct its information collection review established under section 3506(c)(1); evaluate the public comments received under section 3506(c)(2); submit to OMB the certification required by section 3506(c)(3), together with the proposed collection of information and supporting material; and publish a notice in the Federal Register describing the submission, its title, a summary, the need for the information, its proposed use, respondents and frequency of response, an estimate of the burden, and notice that comments may be submitted to the agency and OMB.

2. The agency may not collect the information without OMB approval, unless approval has been inferred (i.e., after passage of the time limit for OMB review, see subsection (c), below).

3. The agency must obtain an OMB-assigned control number to be displayed on or by the collection of information.

*Subsec. (b)*

OMB is to provide at least 30 days for public comment on the proposed collection of information before making a decision, except in emergencies, as provided under subsection (j), and except for good cause. OMB is also authorized to approve a collection of information more rapidly than in 30 days if there is good cause to do so. For example, given the nature of certain kinds of information collections, delay in OMB approval may tempt at least some potential respondents either to destroy the information sought or to take other action to frustrate the legitimate goal of the agency, for example, the seizure of illegally gained financial assets.

*Subsec. (c)*

To clarify the existing law, sections 3507(c) and (d) now clearly delineate the different procedures for OMB clearance of information collections not contained in proposed regulations and information collections contained in proposed regulations (subject to notice

### PAPERWORK REDUCTION ACT
P.L. 104–13

[page 50]

and comment), respectively. As described below, subsection (d) is substantively the same as the current law's language in section 3504(h).

Subsection (c) states that, for any proposed collection of information not contained in a proposed rule, OMB has 60 days for its review. If OMB does not notify the agency of a denial or approval within the 60 days, the approval may be inferred, a control number is assigned, and the agency may collect the information for not more than one year.

*Subsec. (d)*

The requirements of current law at section 3504(h) with regard to OMB clearance of information collections contained in a proposed rule, are moved to this subsection so as to place the major provisions of the paperwork clearance requirements in one section. While word changes are made for purposes of consistency and clarity in light of existing legislative history, no substantive changes are proposed. For example, under current law the substantive standard for review of collections of information contained in proposed rules, which are subject to notice and comment, is identical to that applicable to all other collections of information (See, Cong. Rec. December 15, 1980, S 16700 Kennedy statement). As under current law:

1. An agency must, no later than the publication of the notice of proposed rulemaking (NPRM), send to OMB any proposed rule containing a collection of information and supporting material. Within 60 days after the NPRM, OMB may file public comments on the proposed regulatory collection of information pursuant to the standards set forth in section 3508.

2. When the final rule is published, the agency must explain how any collection of information contained in the final rule responds to the comments, if any, filed by OMB or the public, or explain the reasons such comments were rejected.

3. OMB cannot disapprove any collection of information contained in an agency rule, if OMB received notice and did not comment within 60 days after the NPRM.

4. OMB can disapprove:

Any collection of information which was not specifically required by an agency rule (i.e., and thus should be reviewed under subsection (c));

Any collection of information contained in an agency rule, if the agency failed to comply with the Act's submission and clearance requirements;

Any collection of information contained in a final rule, if OMB finds within 60 days after the publication of the final rule that the agency's response to OMB's comments on the collection proposed in the NPRM cannot be approved under the standards set forth in section 3508; or

Any collection of information contained in a final rule, if OMB finds that the agency substantially modified the collection in the final rule from that in the NPRM and did not comply with OMB's submission and clearance requirements.

5. The procedures in this subsection apply only when an agency publishes a NPRM and requests public comments.

213

## LEGISLATIVE HISTORY

HOUSE REPORT NO. 104-37

[page 51]

6. The decision by OMB to approve or not act upon a collection of information in an agency rule is not subject to judicial review. No substantive change from existing section 3504(h)(9) is intended.

### Subsec. (e)

This new subsection consolidates several provisions in current law regarding public disclosure of OMB information collection clearance activities (i.e., current law—sections 3504(h)(6) and 3507(h)). It also presents the disclosure requirement in a more comprehensive fashion—any decision by OMB to disapprove a collection of information, or to instruct an agency to make substantive or material change to a collection of information, is to be publicly available, along with an explanation of the reasons for such decision. Public disclosure is also required for written communications to and from OIRA regarding a proposed collection of information (current law—section 3507(h)).

These requirements do not, however, require the disclosure of any national security information (current law—sec. 3507(h)) or "any communication relating to a collection of information, the disclosure of which could lead to retaliation or discrimination against the communicator." This new language is added to protect "whistleblowers" who otherwise might fear possible retaliation from agencies for complaining about agency collections of information.

### Subsec. (f)

The current law's authorization of independent regulatory agency overrides of OMB information collection disapproval is unchanged, but for word changes for purposes of consistency and clarity.

### Subsec. (g)

The current law's limit of three years for information collection approvals is unchanged, but for word changes for purposes of consistency and clarity.

### Subsec. (h)

As originally enacted, the Act described only procedures for gaining approval of new information collections. With the 3-year limit on OMB's approvals, it was largely assumed that agencies would be required to resubmit the collections for reapproval upon their expiration, and procedures for this purpose were subsequently adopted by OMB and are codified at 5 C.F.R. 1320.14. Repeated questions, however, about how agencies, OMB, and the public should approach continuing collections recommend establishing a statutory requirement to prescribe the conditions for re-review. The new procedure provided by the legislation has three major elements.

1. If an agency decides to seek an extension of OMB's approval granted for a currently-approved collection of information, the agency is to conduct the review required under section 3506(c), including the seeking of public comment on the continued need for the information and the burden imposed. After seeking comment, but no later than 60 days before the expiration of OMB's approval (and control number), the agency is to submit the collection to

## PAPERWORK REDUCTION ACT
P.L. 104-13

[page 52]

OMB, with an explanation of how the agency has used the information under the current approval.

2. If OMB disapproves an information collection in an existing rule, or recommends or instructs the agency to make a substantive or material change to such a collection, OMB must publish an explanation and shall instruct the agency to enter rulemaking to consider changes to the collection of information in the rule and thereafter to submit the collection for review under subsection (d) (as an information collection contained in a proposed rule).

3. An agency is not allowed to make a substantive or material change to a collection of information after it is approved by the Director unless the modification itself is submitted for approval and is approved.

### Subsec. (i)

The current law's provisions on OMB delegation of information collection clearance authority to agencies is unchanged, except for word changes for purposes of consistency and clarity.

### Subsec. (j)

The provisions in current law on expedited OMB paperwork clearance in emergency and time-limited situations are modified with word changes for consistency and clarity, and to provide that the standard for agency determination of the need for an expedited clearance is the reasonable likelihood (as opposed to a certainty) of public harm, failure to respond to an emergency, or violation of a legal deadline. The Committee does not intend agency heads or OMB to use this modification to alter their clearance practices from that under current law.

### SEC. 3508. DETERMINATION OF NECESSITY FOR INFORMATION; HEARING

Section 3508 provides the standard for review for OMB paperwork clearance decisions—"whether the collection of information is necessary for the proper performance of the functions of the agency, including whether the information will have practical utility." Except for word changes for purposes of clarity, consistency, and style, the substance of OMB's authority to approve or disapprove agency collections of information remains unaltered from current law and the full scope of the standards, policies, and purposes set forth in the Act. Thus, OMB's attention to reducing burden, eliminating duplication, coordinating interagency collections, and overseeing the efficient and effective use of information collected by and for Federal agencies arises from and is authorized by this "necessary for the proper performance" standard.

### SEC. 3509. DESIGNATION OF CENTRAL COLLECTION AGENCY

This section's provisions on OMB's designation of one agency to obtain information for two or more agencies are unchanged from current, except for word changes for purposes of consistency and clarity.

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 53]

### SEC. 3510. COOPERATION OF AGENCIES IN MAKING INFORMATION AVAILABLE

The current law's provisions are unchanged, except for word changes for purposes of consistency and clarity. This section encourages agencies to cooperate in data sharing to facilitate more efficient and effective, and less burdensome information collection and use.

### SEC. 3511. ESTABLISHMENT AND OPERATION OF GOVERNMENT INFORMATION LOCATOR SERVICE

Section 3511 required OMB to develop and operate a Federal Information Locator System (FILS). The section is amended to update the FILS requirement and transform it into an attainable goal.

The section now provides that OMB, to assist and promote agency and public access to government information:

1. Cause to be established a distributed agency-based electronic Government Information Locator Service (GILS) to identify major agency information systems, information holdings, and dissemination products;

2. Require each agency to have an agency information locator service as a component of a governmentwide GILS;

3. Establish an interagency committee, with the National Archives and Records Administration (NARA), GSA, the Government Printing Office (GPO), and the Library of Congress, to advise the Secretary of Commerce on the development of technical standards to ensure compatibility, promote information sharing among the agencies, and promote access to government information by the public;

4. Consider public access and other user needs in the establishment and operation of GILS;

5. Ensure the security and integrity of GILS, including so that only information intended to be disclosed to the public or shared with other agencies is disclosed or shared; and

6. Periodically review GILS and recommend improvements (e.g., ways to improve public access to government information and interagency sharing of information to improve agency performance).

In carrying out its responsibility under Section 3511 to consider user needs in establishing and operating the GILS, OMB shall take appropriate steps to facilitate the inclusion in the Service of non-government information products and services based upon federal public information. One critical user need, as recognized in this legislation, is public access to a diversity of sources for public information. GILS can help satisfy that need by electronically accommodating non-federal sources of this information, as well as to databases maintained by federal agencies.

### SEC. 3512. PUBLIC PROTECTION

The intended scope, purposes, and requirements of section 3512's current provisions on public enforcement of the Act's information collection clearance requirements are unchanged. The section is amended, however, for purposes of consistency and clarity, and to

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 54]

unequivocally cover all collections of information, i.e., maintaining, providing, or disclosing information to or for an agency or person, or to a third party or the public on the instructions or behalf of a Federal agency.

Court decisions have affirmed that the section's intended protection can be asserted effectively in empowering members of the public to defend themselves against unapproved collections of information which are subject to the Act. The Committee supports this provision and the purposes for which it was originally enacted, and continues, to serve.

### SEC. 3513. DIRECTOR REVIEW OF AGENCY ACTIVITIES; REPORTING; AGENCY RESPONSE

Section 3513 is updated and streamlined to provide for periodic executive branch review of agency implementation of the Act and related IRM laws. Many of the reviews of agency IRM activities conducted over the years have been compliance oriented. The section now focuses OMB review of agency IRM activities on determining their efficiency and effectiveness in helping to improve agency performance and achieve program missions and goals.

Each agency that has an IRM activity reviewed under this section is to respond, within 60 days of receiving the report on the review, with a written plan to the Director. The plan is to describe the steps, including milestones, that will be taken by the agency to address the IRM problems identified in the report and to improve agency performance and the accomplishment of its missions.

### SEC. 3514. RESPONSIVENESS TO CONGRESS

Section 3514 provides that OMB is to inform the Congress on the major activities under the Act, including through an annual report. However, consistent with current legislative efforts to streamline congressional reporting requirements so as to mandate only that degree of reporting that is actually used, several detailed specifications for tabulations and lists are deleted from current law.

The focus of the report is changed—to be on the results achieved rather than mostly information of projects undertaken. The Director is to report on the extent that agencies have (1) reduced information collection burdens on the public, (2) improved the quality and utility of statistical information, (3) improved public access to Government information, and (4) improved program performance and the accomplishment of agency missions through their IRM activities. For agencies that do not reduce information collection burdens by at least ten percent in the preceding year (a goal set forth in section 3505(1)), the agencies are to identify for OMB the program and legislative responsibilities which preclude such burden reduction, and suggest recommendations to help the agency meet that burden reduction goal. OMB is to provide in the annual report a list of these program and legislative responsibilities, and the recommendations with which it agrees that Congress should take into consideration in seeking to reduce paperwork burdens imposed by legislation.

217

## LEGISLATIVE HISTORY

HOUSE REPORT NO. 104-37

[page 55]

### SEC. 3515. ADMINISTRATIVE POWERS

The current law's provisions are unchanged.

### SEC. 3516. RULES AND REGULATIONS

The current law's provisions are unchanged.

### SEC. 3517. CONSULTATION WITH OTHER AGENCIES AND THE PUBLIC

This section is amended to permit a person to request OMB to review any collection of information to determine if the person must comply with the collection—whether the collection is covered by the Act and has been properly cleared. Unless the request is frivolous (or extra time is needed), the Director is to respond to the person within 60 days and take any appropriate remedial action. The Director is also to coordinate the response with the agency responsible for the collection of information. The section is also amended to make word changes for purposes of consistency and clarity.

### SEC. 3518. EFFECT ON EXISTING LAWS AND REGULATIONS

Except for the provision discussed in the next paragraph, the current law's provisions are unchanged, except for word changes for purposes of consistency and clarity.

### SEC. 3519. ACCESS TO INFORMATION

The current law's provisions are unchanged, except for word changes for purposes of consistency and clarity.

### SEC. 3520. AUTHORIZATION OF APPROPRIATIONS

This section is changed to make the Office of Information and Regulatory Affairs a fully integrated component of the Office of Management and Budget. OMB's appropriation is first determined by the Committees on Appropriations. To avoid cross purposes, the same should be true for all the components of OMB.

### SECTION 3. EFFECTIVE DATE.

The provisions of this legislation, amending the Paperwork Reduction Act, shall take effect on October 1, 1995. This effective date is intended to allow OMB time to revise its paperwork clearance regulations, and to allow agencies time to submit any current information disclosure requirements for OMB clearance. Without this grace period, disclosure requirements currently deemed not subject to the Act due to the 1990 Supreme Court decision in *Dole* v. *Steelworkers of America* would immediately become unenforceable under the public protection language of section 3512. This could confuse the public and disrupt agency activities dependent upon such disclosure of third-party collections of information.

## ROLL CALL VOTES

In compliance with clause 2(l)(2)(B) of rule XI of the House of Representatives, the Committee sets forth the record of the following roll call votes taken with respect to H.R. 830:

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 56]

### AMENDMENT NUMBER: #1 OF H.R. 830

Description: Section 3505, page 19, line 8 strike "five" and insert "10".
Offered by: Mr. Fox.
Voice vote: Ayes.

### AMENDMENT NUMBER: #2 OF H.R. 830

Description: Section 3501, page 2, line 10, insert microenterprises, after the words small businesses.
Offered by: Mr. Sanders.
Withdrawn.

### AMENDMENT NUMBER: #3 OF H.R. 830

Description: Section 3504, page 12, line 14 strike "and" and insert in lieu thereof.
Offered by: Mr. Sanders.
Voice vote: Ayes.

### AMENDMENT NUMBER: #4 OF H.R. 830

Description: Page 55, strike line 11 through page 56, line 2, and insert the following:
Offered By: Mr. Davis.
Voice vote: Ayes.
Passed as amended by the Kanjorski Amendment.

### AMENDMENT NUMBER: #5 OF H.R. 830

Description: Strike Section 3518(f).
Offered by: Mr. Kanjorski.
Voice vote: Ayes.

### AMENDMENT NUMBER: #6 OF H.R. 830

Description: En Bloc, Section 3504, 3505(a)(3), 3511(3).
Offered by: Mr. Owens.

| Representative | Aye | Nay | Present | Representative | Aye | Nay | Present |
|---|---|---|---|---|---|---|---|
| Mr. Clinger | ..... | X | .......... | Mrs. Collins—IL | X | ..... | .......... |
| Mr. Gilman | ..... | X | .......... | Mr. Waxman | X | ..... | .......... |
| Mr. Burton | ..... | X | .......... | Mr. Lantos | ..... | ..... | .......... |
| Mrs. Morella | ..... | X | .......... | Mr. Wise | X | ..... | .......... |
| Mr. Shays | ..... | X | .......... | Mr. Owens | X | ..... | .......... |
| Mr. Schiff | ..... | X | .......... | Mr. Towns | X | ..... | .......... |
| Mrs. Ros-Lehtinen | ..... | X | .......... | Mr. Spratt | X | ..... | .......... |
| Mr. Zeliff | ..... | X | .......... | Mrs. Slaughter | X | ..... | .......... |
| Mr. McHugh | ..... | X | .......... | Mr. Kanjorski | X | ..... | .......... |
| Mr. Horn | ..... | X | .......... | Mr. Condit | X | ..... | .......... |
| Mr. Mica | ..... | X | .......... | Mr. Peterson | ..... | X | .......... |
| Mr. Blute | ..... | X | .......... | Mr. Sanders | ..... | ..... | .......... |
| Mr. Davis | ..... | X | .......... | Mrs. Thurman | X | ..... | .......... |
| Mr. McIntosh | ..... | X | .......... | Mrs. Maloney | ..... | ..... | .......... |
| Mr. Fox | ..... | X | .......... | Mr. Barrett | ..... | X | .......... |
| Mr. Tate | ..... | X | .......... | Mr. Taylor | X | ..... | .......... |
| Mr. Chrysler | ..... | X | .......... | Mrs. Collins—MI | ..... | ..... | .......... |
| Mr. Gutknecht | ..... | X | .......... | Mrs. Norton | ..... | ..... | .......... |
| Mr. Souder | ..... | X | .......... | Mr. Moran | ..... | ..... | .......... |
| Mr. Martini | ..... | X | .......... | Mr. Green | X | ..... | .......... |
| Mr. Scarborough | ..... | X | .......... | Mrs. Meek | ..... | ..... | .......... |
| Mr. Shadegg | ..... | X | .......... | Mr. Mascara | X | ..... | .......... |

## LEGISLATIVE HISTORY

HOUSE REPORT NO. 104–37

[page 57]

| Representative | Aye | Nay | Present | Representative | Aye | Nay | Present |
|---|---|---|---|---|---|---|---|
| Mr. Flanagan | ..... | ..... | ......... | Mr. Fattah | X | ..... | ......... |
| Mr. Bass | ..... | X | ......... | | ..... | ..... | ......... |
| Mr LaTourette | ..... | ..... | ......... | | ..... | ..... | ......... |
| Mr. Sanford | ..... | X | ......... | | ..... | ..... | ......... |
| Mr. Ehrlich | ..... | X | ......... | | ..... | ..... | ......... |
| Totals—14 ayes: 27 nays. | | | | | | | |

### AMENDMENT NUMBER: #7 OF H.R. 830

Description: Section 3506(1) in subsection (b)(4) after Administrator of General Services.
Offered by: Mr. Owens.
Withdrawn.

### AMENDMENT NUMBER: #8 OF H.R. 830

Description: En Bloc, Page 6, beginning at line 15, strike soliciting, or requiring the disclosure to third parties or the public and insert or soliciting. Offered by: Mrs. Collins—IL.
Failed by rollcall.

| Representative | Aye | Nay | Present | Representative | Aye | Nay | Present |
|---|---|---|---|---|---|---|---|
| Mr. Clinger | ..... | X | ......... | Mrs. Collins—IL | X | ..... | ......... |
| Mr. Gilman | ..... | X | ......... | Mr. Waxman | ..... | ..... | ......... |
| Mr. Burton | ..... | X | ......... | Mr. Lantos | ..... | ..... | ......... |
| Mrs. Morella | ..... | X | ......... | Mr. Wise | X | ..... | ......... |
| Mr. Shays | ..... | X | ......... | Mr. Owens | X | ..... | ......... |
| Mr. Schiff | ..... | X | ......... | Mr. Towns | X | ..... | ......... |
| Mrs. Ros-Lehtinen | ..... | X | ......... | Mr. Spratt | X | ..... | ......... |
| Mr. Zeliff | ..... | X | ......... | Mrs. Slaughter | X | ..... | ......... |
| Mr. McHugh | ..... | X | ......... | Mr. Kanjorski | X | ..... | ......... |
| Mr. Horn | ..... | X | ......... | Mr. Condit | X | ..... | ......... |
| Mr. Mica | ..... | X | ......... | Mr. Peterson | X | ..... | ......... |
| Mr. Blute | ..... | X | ......... | Mr. Sanders | X | ..... | ......... |
| Mr. Davis | ..... | X | ......... | Mrs. Thurman | X | ..... | ......... |
| Mr. McIntosh | ..... | X | ......... | Mrs. Maloney | X | ..... | ......... |
| Mr. Fox | ..... | X | ......... | Mr. Barrett | X | ..... | ......... |
| Mr. Tate | ..... | X | ......... | Mr. Taylor | X | ..... | ......... |
| Mr. Chrysler | ..... | X | ......... | Mrs. Collins—MI | ..... | ..... | ......... |
| Mr. Gutknecht | ..... | X | ......... | Mrs. Norton | ..... | ..... | ......... |
| Mr. Souder | ..... | X | ......... | Mr. Moran | ..... | ..... | ......... |
| Mr. Martini | ..... | X | ......... | Mr. Green | X | ..... | ......... |
| Mr. Scarborough | ..... | X | ......... | Mrs. Meek | X | ..... | ......... |
| Mr. Shadegg | ..... | X | ......... | Mr. Mascara | X | ..... | ......... |
| Mr. Flanagan | ..... | X | ......... | Mr. Fattah | X | ..... | ......... |
| Mr. Bass | ..... | ..... | ......... | | ..... | ..... | ......... |
| Mr. LaTourette | ..... | X | ......... | | ..... | ..... | ......... |
| Mr. Sanford | ..... | X | ......... | | ..... | ..... | ......... |
| Mr. Ehrlich | ..... | X | ......... | | ..... | ..... | ......... |
| Totals—18 ayes: 26 nays. | | | | | | | |

### AMENDMENT NUMBER: #9 OF H.R. 830

Description: Page 56, line 17, before the first period insert the following: "for each fiscal years 1996, 1997, 1998, 1999, 2000."
Offered by: Mrs. Maloney.
Failed by roll call.

| Representative | Aye | Nay | Present | Representative | Aye | Nay | Present |
|---|---|---|---|---|---|---|---|
| Mr. Clinger | ..... | X | ......... | Mrs. Collins—IL | X | ..... | ......... |
| Mr. Gilman | ..... | X | ......... | Mr. Waxman | ..... | ..... | ......... |

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 58]

| Representative | Aye | Nay | Present | Representative | Aye | Nay | Present |
|---|---|---|---|---|---|---|---|
| Mr. Burton | | X | | Mr. Lantos | | | |
| Mrs. Morella | | X | | Mr. Wise | X | | |
| Mr. Shays | | X | | Mr. Owens | X | | |
| Mr. Schiff | | X | | Mr. Towns | X | | |
| Mrs. Ros-Lehtinen | | X | | Mr. Spratt | X | | |
| Mr. Zeliff | | X | | Mrs. Slaughter | X | | |
| Mr. McHugh | | X | | Mr. Kanjorski | X | | |
| Mr. Horn | X | | | Mr. Condit | X | | |
| Mr. Mica | | | | Mr. Peterson | X | | |
| Mr. Blute | | X | | Mr. Sanders | X | | |
| Mr. Davis | | X | | Mrs. Thurman | X | | |
| Mr. McIntosh | | X | | Mrs. Maloney | X | | |
| Mr. Fox | | X | | Mr. Barrett | X | | |
| Mr. Tate | | X | | Mr. Taylor | X | | |
| Mr. Chrysler | | X | | Mr. Collins—MI | | | |
| Mr. Gutknecht | X | | | Mrs. Norton | | | |
| Mr. Souder | | X | | Mr. Moran | | | |
| Mr. Martini | | X | | Mr. Green | X | | |
| Mr. Scarborough | | X | | Mrs. Meek | X | | |
| Mr. Shadegg | | X | | Mr. Mascara | X | | |
| Mr. Flanagan | | X | | Mr. Fattah | X | | |
| Mr. Bass | | X | | | | | |
| Mr. LaTourette | | X | | | | | |
| Mr. Sanford | | X | | | | | |
| Mr. Ehrlich | X | | | | | | |
| Totals—21 ayes; 23 nays. | | | | | | | |

## FINAL PASSAGE OF H.R. 830

## Offered by: Mr. Burton.

| Representative | Aye | Nay | Present | Representative | Aye | Nay | Present |
|---|---|---|---|---|---|---|---|
| Mr. Clinger | X | | | Mrs. Collins—IL | | X | |
| Mr. Gilman | X | | | Mr. Waxman | | X | |
| Mr. Burton | X | | | Mr. Lantos | | | |
| Mrs. Morella | X | | | Mr. Wise | X | | |
| Mr. Shays | X | | | Mr. Owens | | X | |
| Mr. Schiff | X | | | Mr. Towns | | X | |
| Mrs. Ros-Lehtinen | X | | | Mr. Spratt | X | | |
| Mr. Zeliff | X | | | Mrs. Slaughter | X | | |
| Mr. McHugh | X | | | Mr. Kanjorski | X | | |
| Mr. Horn | X | | | Mr. Condit | X | | |
| Mr. Mica | X | | | Mr. Peterson | X | | |
| Mr. Blute | X | | | Mr. Sanders | X | | |
| Mr. Davis | X | | | Mrs. Thurman | X | | |
| Mr. McIntosh | X | | | Mrs. Maloney | X | | |
| Mr. Fox | X | | | Mr. Barrett | X | | |
| Mr. Tate | X | | | Mr. Taylor | X | | |
| Mr. Chrysler | X | | | Mrs. Collins—MI | | | |
| Mr. Gutknecht | X | | | Mrs. Norton | | | |
| Mr. Souder | X | | | Mr. Moran | | | |
| Mr. Martini | X | | | Mr. Green | X | | |
| Mr. Scarborough | X | | | Mrs. Meek | | | |
| Mr. Shadegg | X | | | Mr. Mascara | X | | |
| Mr. Flanagan | X | | | Mr. Fattah | | | |
| Mr. Bass | X | | | | | | |
| Mr. LaTourette | X | | | | | | |
| Mr. Sanford | X | | | | | | |
| Mr. Ehrlich | X | | | | | | |
| Totals—40 ayes; 4 nays. | | | | | | | |

### LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 59]

## CONGRESSIONAL BUDGET OFFICE COST ESTIMATE

In compliance with clause 2(l)(3)(b) of Rule XI of the House of Representatives, the Committee sets forth, with respect to H.R. 830, the following estimate and comparison prepared by the Director of the Congressional Budget Office under section 403 of the Congressional Budget Act of 1974:

U.S. CONGRESS,
CONGRESSIONAL BUDGET OFFICE,
*Washington, DC, February 14, 1995.*

Hon. WILLIAM F. CLINGER, Jr.,
*Chairman, Committee on Government Reform and Oversight,*
*U.S. House of Representatives, Washington, DC.*

DEAR MR. CHAIRMAN: The Congressional Budget Office has prepared the enclosed cost estimate for H.R. 830, the Paperwork Reduction Act of 1995.

Enactment of H.R. 830 would not affect direct spending or receipts. Therefore, pay-as-you-go procedures would not apply to the bill.

If you wish further details on this estimate, we will be pleased to provide them.

Sincerely,

JAMES L. BLUM
(For Robert D. Reischauer).

Enclosure.

## CONGRESSIONAL BUDGET OFFICE COST ESTIMATE

1. Bill number: H.R. 830.
2. Bill title: Paperwork Reduction Act of 1995.
3. Bill status: As ordered reported by the House Committee on Government Reform and Oversight on February 10, 1995.
4. Bill purpose: H.R. 830 would redefine and clarify many of the responsibilities of the Office of Information and Regulatory Affairs (OIRA) and would expand federal agencies' roles in efforts to improve the management of information. H.R. 830 also would authorize the appropriation of such sums as are necessary for OIRA in the Office of Management and Budget (OMB).
5. Estimated cost to the Federal Government: Because H.R. 830 does not provide a specific authorization, the following table shows two alternatives sets of authorization levels—the 1995 appropriation for OIRA without an adjustment for anticipated inflation and the 1995 appropriation with an adjustment for inflation.

CBO estimates that because OIRA is already performing many of the functions required in this bill, enacting H.R. 830 would result in no significant additional costs. Provisions clarifying the role of federal agencies in information management are also not expected to result in significant additional costs.

[By fiscal year, in millions of dollars]

|  | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|
| Without adjustment for inflation: |  |  |  |  |  |
| Estimated authorization level ......................................... | 6 | 6 | 6 | 6 | 6 |
| Estimated outlays ......................................................... | 5 | 6 | 6 | 6 | 6 |

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 60]

[By fiscal year, in millions of dollars]

|  | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|
| With adjustment for inflation: |  |  |  |  |  |
| Estimated authorization level | 6 | 7 | 7 | 7 | 7 |
| Estimated outlays | 5 | 7 | 7 | 7 | 7 |

The costs of this bill fall within budget function 800.

Outlay estimates are based on historical spending rates for this program and assume that appropriations will be provided before the start of each fiscal year.

6. Comparison with spending under current law: OIRA's 1995 appropriation is about $6 million. If appropriations were to remain at the 1995 level, projected spending would not exceed the amount under current law. If appropriations were to increase each year to reflect anticipated inflation, budget authority and outlays would exceed levels under current law by amounts growing to $1 million in 2000.

7. Pay-as-you-go considerations: None.

8. Estimated cost to State and local governments: None.

9. Estimate Comparison: None.

10. Previous CBO estimate: On February 3, 1995, CBO transmitted a cost estimate for S. 244, the Paperwork Reduction Act of 1995, as ordered reported by the Senate Committee on Governmental Affairs on February 1, 1995. H.R. 830 is similar to S. 244.

11. Estimate prepared by: Susanne S. Mehlman.

12. Estimate approved by: Paul N. Van de Water, Assistant Director for Budget Analysis.

### INFLATIONARY IMPACT STATEMENT

Pursuant to clause 2(l)(4) of Rule XI of the House of Representatives, the Committee estimates that H.R. 830 will have no significant inflationary impact on prices and costs in the national economy.

### OVERSIGHT FINDINGS

Findings and recommendations by the Committee on Government Reform and Oversight pursuant to clause 2(l)(3)(D) of Rule XI of the House of Representatives are incorporated into the descriptive portions of this report.

The Small Business Committee also held a hearing on the Paperwork Reduction Act. Their findings are summarized in the attached letter to Chairman Clinger.

U.S. CONGRESS,
COMMITTEE ON SMALL BUSINESS,
*Washington, DC, February 13, 1995.*

Hon. WILLIAM CLINGER, Jr.,
*Chairman, Committee on Government Reform and Oversight,*
*U.S. House of Representatives, Washington, DC.*

DEAR CHAIRMAN CLINGER: On January 27, the Small Business Committee held a hearing on Title V, of H.R. 9, the "Job Creation and Wage Enhancement Act of 1995." Title V is entitled the "Paperwork Reduction Act of 1995."

223

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104-37

[page 61]

The legislative provisions contained in this vital piece of the "Contract with America" have their origins in legislation you, Congressman Sisisky, Congressman LaFalce, myself and some 111 other members from both sides of the aisle actively cosponsored in the 103d Congress. (H.R. 2995) While we did not succeed in passing this legislation last Congress, I am very excited about the potential of working with you and the new leadership in both the House and Senate to enact similar legislation this Congress. I am one who strongly believes the Paperwork Reduction Act and the Regulatory Flexibility Act, Title VI of H.R. 9, are precisely the kind of common sense regulatory reforms that this Congress can enact, after the unsuccessful efforts of the past several years, for the benefit of small businesses and all the American people.

The Small Business Committee shares a jurisdictional interest with the Government Reform and Oversight Committee on legislation regarding paperwork reduction. Our hearing focused on the impact this and similar legislation in the Senate, S. 244, will have on the small business community. What follows is a summary of the hearing and a highlighting of several recommendations made by our witnesses which could improve the legislation. For the benefit of our colleagues who are not members of either of our Committees, I request that this letter be included in your Committee's report on H.R. 830, legislation responsive to Title V of H.R. 9 and reported favorably by your Committee on February 10th.

### WITNESSES

Ms. Sally Katzen, Administrator of the Office of Information and Regulatory Affairs, Office of Management and Budget, Executive Office of the President, presented the Clinton Administration's position on and aspirations for paperwork reduction legislation.

Mr. William Koeblitz, President and Chief Executive Officer of Med Center, Inc., of Valley View Ohio, testified on behalf of the U.S. Chamber of Commerce Federation of 215,000 businesses. He was accompanied by Nancy Fulco, Manager of Regulatory Policy for the Chamber, and David Voight, Director of the Chamber's Small Business Center. Mr. Koeblitz is a member of the U.S. Chamber's Board of Directors and the Chairman of the Chamber's Regulatory Affairs Committee.

Mr. David Massanari, M.D., a practicing family physician from Sanford, Maine testified on behalf of the American Academy of Family Physicians. Dr. Massanari serves as a member of the Board of Directors of the American Academy of Family Physicians, and chairs their Commission on Legislation and Government Affairs.

Mr. Victor Tucci, M.D., President of Three Rivers Health and Safety, in Pittsburgh, Pennsylvania testified on behalf of the National Small Business United.

Mr. Guy W. Courtney, President and Chief Executive Officer of The Machaira Group, Inc., a securities brokerage firm located in Palatine, Illinois testified as an interested small businessman. He is a delegate to the 1995 White House Conference on Small Business where he serves on the Capital Formation and Paperwork and Regulatory committees.

Mr. James P. Carty, Vice President, Small Manufacturers, testified on behalf of the National Association of Manufacturers.

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 62]

Witnesses from the U.S. Chamber, National Small Business United, and the National Association of Manufacturers acknowledged their participation in the Paperwork Reduction Act Coalition, a broad-based coalition which is dedicated to supporting the Paperwork Reduction Act of 1995.

### SUMMARY OF TESTIMONY

All the witnesses were supportive of Title V's provisions to positively amend the Paperwork Reduction Act of 1980. All the witnesses supported correcting the problems created by the 1990 Supreme Court decision, *Dole vs. Steelworkers of America.* All but one specifically endorsed language overturning *Dole,* and which clarifies that the PRA cover all paperwork requirements, including those where the federal government mandates a private party provide or maintain information for a third party, as opposed to the federal government directly. All supported the establishment of national burden reduction goals.

Administrator Katzen noted the particular importance of paperwork reduction to small business and cited a 1987 survey conducted by Price Waterhouse which concluded that "costs involved in completing government forms—and perhaps more importantly, the time invested by senior management—are disproportionately heavy for small companies." She further cited a GAO study (GAO/PEMD–93–5) which detailed problems agencies are having implementing the Act created by the *Dole* decision. She urged the Committee focus upon the provisions of S. 244, the Senate companion to the "Paperwork Reduction Act of 1995", which she believes reflects improvements resulting from two years of "active, collaborative, bipartisan effort". She declared S. 244 has the full support of the Clinton Administration and pledged to work cooperatively with the Congress to help enact meaningful and helpful improvements to the Paperwork Reduction Act.

Mr. Koeblitz established the importance of paperwork reduction to the Chamber's membership. Each Congressional cycle, the Chamber surveys its members to determine the issues of greatest importance for the coming Congress. Out of 64 issues identified for the 104th Congress, paperwork reduction ranked third behind unfunded mandates on state and local governments and the private sector, and welfare reform. Considering the unfunded mandates issue also involves regulatory burdens, the message was clear, the American business community wants to get back to the business of running their companies rather than devoting inordinate amounts of time responding to federal government edicts. He stressed the importance of overturning *Dole* and noted that actual paperwork and regulatory burdens imposed on the public are underestimated drastically.

Dr. Tucci displayed and explained the burden of what the material safety data sheets (MSDS) are for his company. He questioned whether the requirements for MSDS's were achieving their purpose of telling workers about chemical hazards. By implication, he noted OSHA's MSDS requirements were not covered by the PRA as a result of the *Dole* decision. He expressed the view that "bootleg" paperwork requests were proliferating as a result of the decision. He commented that NSBU's annual survey of members to identify the

225

## LEGISLATIVE HISTORY

HOUSE REPORT NO. 104–37

[page 63]

"most significant challenges" to their business' growth and survival reveal that "regulatory burdens" is consistently one of the top three challenges.

Dr. Massanari stated that a family physician's practice is generally a "small business". Over a third (35.5 percent) of family physicians are in solo practice, an additional 12% are in two-person partnerships, and another third practice in small to medium sized groups. They are all overwhelmed by paperwork. The in-service and administrative structure taken for granted to exist in larger organizations, such as hospitals, simply does not exist in these small practices.

Dr. Massanari pointed to several paperwork intensive areas that could benefit from less burdensome rules if the PRA were applied properly to them. He noted the problem the *Dole* decision creates in this regard. Medicare rules and reimbursement procedures, routine and frequent Health Care and Financing Administration (HCFA) policy changes, post-payment audits, the Clinical Laboratory Improvements Act (CLIA), the training records of the OSHA blood-borne pathogen standard, home health, and nursing home regulations were cited as examples. He stressed that the Academy regards HCFA's new Medicare Carrier Manual instructions as a good test of the scope and strength of the Paperwork Reduction Act. They will be watching to see whether OIRA and OMB assert the instructions are covered by the Act and believe strengthening amendments to the law would help resolve the issue.

Mr. Courtney commented on the paperwork problems of "start-up" companies and noted the disproportionate burdens placed upon small businesses. He recommended that the goals of the Act be made an absolute requirement. He emphasized the importance of federal officials affirmatively collecting the views of small businesses before paperwork requirements were promulgated. Small business involvement should come at the beginning, not the end. Mr. Courtney described the "soft" costs associated with paperwork burdens as opposed to the "hard" costs and recommended both kinds of costs be addressed in evaluating the need for paperwork requirements.

Mr. Carty welcomed the prospect of enacting the PRA amendments after six years of effort. The NAM is a steering committee member of the Paperwork Reduction Act Coalition. He noted the historic role the Small Business Committee had played in the Federal Reports Act of 1942, the Federal Paperwork Commission of 1974 and the PRA of 1980. He emphasized the need for OIRA to be a strong regulatory "traffic cop" for the President. He described the important role the law plays to link information technology and the information age to reducing the government's off-budget burden on small businesses. He further explained how the Act's protections against bureaucratic excesses had been seriously eroded in recent times. "The problem today is the law's effectiveness has been eroded by three major factors, the Supreme Court decision, *Dole v. Steelworkers of America*; agencies who increasingly ignore the spirit and letter of the law; and six years of Congress and the Executive branch not being able to agree on what amendments are needed. Mr. Carty .concluded by summarizing recommendations for the Committee's consideration.

226

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 64]

### RECOMMENDATIONS

Witnesses before the Committee specifically recommended that the Paperwork Reduction Act proposals before Congress be improved by:

Raising the goal of reducing existing paperwork burdens annually from the present proposals of 5 percent to 10 percent.

Consider making the ·burden reduction goals mandatory. This would require agencies to find ways to reduce burdens when they establish new ones.

Providing citizens a private right of action when the Administrator of OIRA fails to respond in writing to a properly presented inquiry on whether a collection of information is covered under the Act.

Amending the PRA to explicitly require that all recordkeeping requirements contain a specific record retention requirement. Recordkeeping requirements should not be approved unless they display how long they must be kept.

Statutorily empowering the Small Business Administration's Chief Counsel for Advocacy to address and help enforce the PRA's impact on small businesses.

Thank you for your attention to this matter.

Sincerely,

JAN MEYERS,
*Chair.*

\*         \*         \*         \*         \*

[page 103]

## ADDITIONAL VIEWS ON OVERTURNING THE *DOLE* VS. *UNITED STEELWORKERS OF AMERICA* DECISION

Although there is bipartisan agreement on many of the provisions of the Paperwork Reduction Act Reauthorization, we must take issue with one controversial provision that the majority has unfortunately included in H.R. 830. That provision would overturn a decision by the Supreme Court in *Dole* vs. *United Steelworkers of America,* 494 U.S. 26 (1990), which held that the Paperwork Reduction Act does not apply to Federal requirements regarding third party notification. An amendment by Ranking Member Cardiss Collins to delete this provision was narrowly defeated by a vote of 26 to 18.

The case arose out of a 1987 Occupational Safety and Health Administration Hazard Communication Standard that required employers to inform employees of hazardous chemicals in the workplace.

Certain businesses objected to the requirements to notify their workers of hazardous chemicals at the work site, and went to the Office of Management and Budget to plead their case. Unlike the initial regulations that were developed after public comment, the OMB actions were done in secret. The business leaders convinced

227

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104-37

OMB to cancel the new regulations using the Paperwork Reduction Act as its authority.

The Steelworkers, who represented workers at both chemical plants and construction sites sued. Under OMB's ruling construction workers using paint thinned with benzene would not be told that breathing the paint fumes could cause liver damage. Nor would they be told that the fumes from welding cadmium coated reinforcement rods would cause prostate damage. Foundry workers making iron railings would not know that the dust from the sand used to cool the molds cause lung damage.

The case eventually reached the Supreme Court. In a 7–2 decision, the Court ruled that OMB had improperly interfered in the notification requirements. The Court ruled that the Act was limited to Federal requirements to report information to the Government. Requirements for notifying third parties were not covered by the Act.

H.R. 830, however, overturns this decision by explicitly amending the law to cover third party notifications. We strongly disagree with these provisions.

The intent of the Paperwork Reduction Act is clear. There are too many forms that individuals and small businesses must fill out. Requiring OMB and agencies themselves to be sensitive to this problem, and to take actions to relieve paperwork burden, is a sensible goal.

The Act was never intended as a mechanism to deny workers their rights to know about the hazards they face in the workplace.

[page 104]

The simple posting of a sign in a work site can hardly be called a paperwork burden. The objective to the sign was motivated by the contents of the sign, not its paperwork burden. Some businesses simply wanted to keep their workers in the dark.

The workplace notification regulations were not the only example of OMB interference in agency notification requirements. During the 1980's, disclosure requirements relating to aspirin labeling for Reye's syndrome were held up between 1981 and 1986, in part, due to problems with OMB clearance.

Reversing the *Dole* decision is one more example of how the Contract with America puts business ahead of people. The proponents of this provision have determined that the burden to business of informing their employees about dangers at the workplace exceed the workers' right to know. We disagree. Moreover, even were such an issue subject to debate, the decision should be made when substantive laws on the subject are enacted. The Paperwork Reduction Act should not be a tool for overturning agency policy decision that are unrelated to paperwork burdens.

CARDISS COLLINS.
FRANK MASCARA.
COLLIN PETERSON.
LOUISE SLAUGHTER.
BOB WISE.
PAUL E. KANJORSKI.
MAJOR R. OWENS.
HENRY A. WAXMAN.
EDOLPHUS TOWNS.
CARRIE P. MEEK.

228

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 105]

## ADDITIONAL VIEWS ON INFORMATION DISSEMINATION PROVISION OF H.R. 830

The information dissemination provisions of H.R. 830 are principally contained in § 3506(d). Most of these provisions had their historical and intellectual origins with work done by the Committee on Government Operations during the last ten years. In 1986, the Committee issued a report that was prepared by the Subcommittee on Government Information, Justice, and Agriculture chaired by Rep. Glenn English. House Report 99–560—"Electronic Collection and Dissemination of Information by Federal Agencies: A Policy Overview"—was the first comprehensive look at the policy problems presented by the electronic information revolution.

In 1990, the Committee reported the Paperwork Reduction and Federal Information Resources Management Act of 1990 (H.R. 3696) that included language setting information dissemination policy rules. That work was done by Rep. Bob Wise, who then chaired the Subcommittee on Government Information, Justice, and Agriculture, building on the foundation established in the 1986 report. H.R. 3695 passed the House at the end of the 101st Congress, but the Senate took no action.

The legislative report that accompanied H.R. 3695 contained an extensive discussion of the information dissemination language. Although some of the text has been changed, much of the policy remains identical. As a result, it is worth restating here much of that legislative history material. The material remains relevant to the current bill.

H.R. 830 includes language establishing statutory policies on the dissemination of information by federal agencies.[1] This language has been added to the Paperwork Reduction Act for three basic reasons.

First, the dissemination of information by federal agencies is an essential governmental function. The laws establishing and regulating federal agencies contain many general[2] and specific provisions requiring agencies to make records available to the public. The collection and dissemination of information is the principal mission of some agencies[3] and is necessary for the proper perform-

---

[1] The information dissemination provisions in the legislation originated with work done by the Committee in 1986. See Committee on Government Operations, "Electronic Collection and Dissemination of Information by Federal Agencies: A Policy Overview," H.R. Report No. 99–560, 99th Cong., 2d Sess. (1986) [hereinafter cited as "1986 Information Policy Report"].

[2] There are, for example, general requirements in the Administrative Procedure Act for public disclosure. 5 U.S.C. § 551 et seq. (1988). See especially the Freedom of Information Act, 5 U.S.C. § 552; Privacy Act of 1974, 5 U.S.C. § 552a (1988).

[3] See, e.g, 7 U.S.C. § 2201 (1988) (establishing that one of the duties of the Department of Agriculture is "to acquire and to diffuse among the people of the United States useful information on subjects connected with agriculture, rural development, aquaculture, and human nutrition); 15 U.S.C. § 77f(d) (1988) (providing that the Securities and Exchange Commission shall issue regulations providing that information in securities registration statements shall be made available to the public); 29 U.S.C. § 1 (1988) (providing that the general duties of the Bureau of Labor

Continued

229

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 106]

ance of others. Other dissemination activities are regular agency functions as well.

In fact, the federal government is the largest single producer, consumer, and disseminator of information in the United States.[4] The flow of information from the federal government to its citizens is essential to the successful functioning of the democratic process and to the proper operation of the national economy.[5]

Every segment of American society needs some government information to function. These include the federal government itself, every type of business and industry, libraries [6] and schools, newspapers and television, state and local governments, and ordinary citizens.

Government information is used in many different ways. Voters may use almost any type of federal information to help make political decisions. Federal, State and local agencies use federal statistical and economic data to make social, economic, fiscal, and management decisions. Corporations rely on census information to make strategic business decisions. Contractors want to know what products and services the government needs. Most Americans rely daily on weather information from the National Weather Service.

Federal information is also a valuable economic commodity. The large and growing private information industry functions in part by taking public government data, adding value to it, and reselling it to others. There are thousands of private sector information products and services based in whole or in part on government information.[7] The nonprofit sector—including libraries and public interest groups—provides similar products and services.

The government's obligation to make data available to the public is in no way diminished by the ability of users to make a profit by reselling the information. While the private sector cannot relieve the government of its dissemination responsibilities, private dissemination of government information helps to make government information available to more users.

The press, libraries, public interest groups, nonprofit organizations, and the publishing industry and other components of the private information industry play an important role in meeting the information needs of the American public. American information products and services are valued throughout the world, and the private information industry contributes positively to our Nation's trade balance.[8]

---

Statistics are "to acquire and diffuse among the people of the United States useful information on subjects connected with labor * * * its relation to capital, the hours of labor, the earnings of laboring men and women, and the means of promoting their material, social, intellectual, and moral prosperity."). For other examples, see "1986 Information Policy Report" at 13–15.

[4] See Office of Management and Budget, "Management of Federal Information Resources," 59 Fed. Reg. 37906 (July 25, 1994) (Circular A–130).

[5] "The 'public's right-to-know' about the business of government is a fundamental principle of our democratic government and open society." "Federal Information Dissemination Policies and Practices," Hearings before the Government Information, Justice, and Agriculture Subcommittee of the House Committee on Government Operations, 101st Cong., 1st Sess. 110 (1989) (testimony of Jerry J. Berman, Benton Foundation Fellow and Director, Information Technology Project, American Civil Liberties Union.)

[6] See "Federal Information Dissemination Policies and Practices," Hearings before a Subcommittee of the House Committee on Government Operations, 101st Cong, 1st. Sess. (April 18, 1989) 284–305 (testimony of Harold B. Shill, Evansdale Librarian, West Virginia University).

[7] See id. at 240–260 (testimony of Kenneth Allen, Senior Vice President, Information Industry Association).

[8] Id. at 242 (testimony of Kenneth Allen, Senior Vice President, Information Industry Association).

230

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 107]

Second, legislation is needed because of actions taken in the executive branch. Over the last few years, the Office of Information and Regulatory Affairs at the Office of Management and Budget has become the central information policy maker for the federal government. In December 1985, OMB first issued Circular A–130 on the management of federal information resources. There have been several later versions of the Circular.[9] A key part of the circular sets out policies governing the collection and dissemination of information by federal agencies.[10]

All of this policy guidance was issued under the authority of the Paperwork Reduction Act and other statutes. But the Act currently contains no detailed dissemination provisions.[11] Until now, Congress has not provided specific directions for OMB's policy making efforts on information dissemination. H.R. 830 will fill the statutory gap, provide a clear congressional direction for dissemination policy, clarify the relationship between OMB and the agencies, and require OMB to revise its controversial guidance.

Third, changes in information technology have increased the need for legislative direction. Federal agencies are currently planning or operating many large electronic information systems. These systems raise many questions that are simply not addressed by current laws. The Paperwork Reduction Act is one of those laws. The dissemination amendments made by H.R. 830 will bring the Act more squarely into the electronic information age by encouraging federal agencies to disseminate information in electronic formats. H.R. 830 will also make federal dissemination policies more uniform.

Both H.R. 830 and the Freedom of Information Act reflect the policy that the public has a right to copy and use government information not required to be kept secret to protect a legitimate public or private interest. Permitting public use of government information is an important element of the American system of government.

The FOIA and the Paperwork Reduction Act take different approaches to fulfilling public needs for government information. The FOIA is an access statute. It requires agencies to accept and consider requests for information from the public. Information that is not exempt from disclosure must be released. Without a proper request for information, the FOIA imposes few public disclosure requirements on agencies.[12]

H.R. 830 focuses on dissemination of information by agencies. "Dissemination" refers to the distribution of government information to the public through printed documents or through electronic

[9] For the current version, see Office of Management and Budget, "Management of Federal Information Resources," 59 Fed. Reg. 37906 (July 25, 1994) (Circular A–130).

[10] Circular A–130 has been controversial from its inception. See, e.g., comments of Rep. Glenn English, Chairman, Subcommittee on Government Information, Justice and Agriculture (May 15, 1985) reprinted in "Electronic Collection and Dissemination of Information by Federal Agencies," Hearings before a Subcommittee of the House Committee on Government Operations, 99th Cong., 1st Sess. 467 (1985). See also "OMB's Proposed Restrictions on Information Gathering and Dissemination by Agencies," Hearing before a Subcommittee of the House Committee on Government Operations, 99th Cong., 1st Sess. (1985). Later versions cured most of the significant defects of the original 1985 circular.

[11] See, e.g., 44 U.S.C. § 3504(a) (1988) (referring to "dissemination of information" in a list of OMB functions).

[12] Subsections (a)(1) and (a)(2) of the FOIA impose limited publication and affirmative disclosure obligations on agencies. 5 U.S.C. § 552(a)(1), (a)(2) (1988).

231

### LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 108]

and other media, independent of a legal obligation to respond to a request from the public for the information. An agency's obligation to disseminate information is distinct from its obligation to provide access to the information. While related in purpose and sometimes in practice, the functions can be analyzed separately.

The dissemination obligations supplement but do not replace the provisions of the FOIA and other laws specifically requiring the disclosure of public information. There is no conflict between existing statutory access principles and procedures on the one hand and dissemination requirements in H.R. 830 on the other.

To the extent that public needs are not fulfilled by an agency's dissemination activities, the access provisions of the FOIA may be used to fulfill those needs. Thus, a person unable to use an agency information product on CD–ROM can still request the information under the FOIA on paper, magnetic tape, or other electronic media. Also, information released under the FOIA is still subject to the dissemination requirements in H.R. 830.

However, an agency cannot rely on the FOIA's access provisions to fulfill general dissemination obligations. If an agency has an affirmative obligation to disseminate information, if cannot fulfill that obligation simply by entertaining access requests under the FOIA.

Improvements in the operations of the FOIA will result from a better understanding of technology by the agencies and an even-handed application of the letter and spirit of the FOIA. There are few judicial precedents that interfere with such access. The "leading" case that permits withholding of electronic records has been discredited in an earlier Committee report.[13] The case has rarely been followed, and the effect of H.R. 830 is to overturn whatever remains of the holding that a government database is not an agency record and not available under the FOIA. H.R. 830 imposes a positive obligation on agencies to consider the benefits of disseminating electronically information that is published on paper.

The dissemination amendments to the Paperwork Reduction Act underscore the importance of public access to electronic records in support of the existing principles of the FOIA. These amendments encourage and direct agencies considering requests for electronic records to make the records available in accordance with the letter and the spirit of both the FOIA and the Paperwork Reduction Act.

Also, direct dissemination by agencies of electronic records as provided in this bill may reduce the number of FOIA requests for access by encouraging affirmative dissemination. Data disseminated by agencies in useful formats will be less likely to be requested under the FOIA. Nevertheless, the FOIA will always be available as an alternative mechanism to meet public access requests for information, separate from any dissemination activity by an agency.

---

[13] See the discussion of *SDC* v. *Mathews*, 542 F.2d 1116 (9th Cir. 1976), in "1986 Information Policy Report" at 27–36. Cases like *SDC* v. *Mathews* and *Dismukes* v. *Interior*, 603 F. Supp 760 (D.D.C. 1984) were probably incorrectly decided because of a lack of judicial understanding of modern information technology and the failure of the parties to explore the underlying problems with exclusive government control over data formats. Regardless of the status of these cases under the FOIA, the emphasis in H.R. 830 on making information available in a manner that promotes the usefulness of the data to the public eliminates thee ability of agencies to deny access to existing electronic copies of data that must be released in hard copy formats.

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 109]

H.R. 830 amends § 3502 of title 44 by adding paragraph (12) defining the term "public information" as "any information, regardless of format, that an agency discloses, disseminates, or makes available to the public;"

The concept of "public information" is fundamental to the information dissemination provisions of H.R. 830. The objective of the definition is to minimize disputes over what government information is subject to dissemination. The definition turns on an easily-made factual determination rather than on a complex legal one. "Public information" is information that an agency has in fact made public.

The scope of the information provisions of H.R. 830 is clearer when contrasted with the scope of the Freedom of Information Act. Under the FOIA, agencies must make determinations of disclosability only when requests are received from the public. The FOIA may require agencies to undertake a page by page review of documents to distinguish between information that must be disclosed and information that may be withheld.

No such page by page review is required under H.R. 830. The bill generally obligates agencies to provide for the dissemination of information. Fulfilling this objection for identifiable sets of information known to the public will be a sufficient task. To comply with the Paperwork Reduction Act, agencies need not review information that has not already been determined to be public. H.R. 830 will not require that agencies take steps on their own to separate disclosable information from nondisclosable information in information systems that are not currently public. However, agencies are encouraged to separate and disseminate all disclosable information.

Looked at from another perspective, all agency information may be requested under the FOIA. Some of that information must be disclosed and some can be withheld. Not all information that must be disclosed under the FOIA is identifiable at any given time. The class of information subject to the dissemination obligations of H.R. 830 is not the same as the class of information subject to disclosure under FOIA. However, once an agency has received a request under the FOIA and determined that information must be disclosed, the information is subject to the dissemination obligations of H.R. 830 because it has been released.[14]

Dissemination obligations are limited to those classes of information already publicly disclosable because of a law, agency rule or regulation, or existing agency policy or practice. Thus, no dissemination obligation arises with respect to information classified in the interest of national defense or foreign policy, information subject to restrictions under the Privacy Act of 1974, sensitive law enforce-

---

[14] The dissemination obligations for information disclosed under the FOIA does not require a separate dissemination program for each document. Each disclosed document is eligible for dissemination, but an agency should apply reasonable and practical judgment. It might make little sense to disseminate unorganized agency memoranda released under the FOIA with occasional deletions of exempt material. On the other hand, a dissemination program might be worthwhile following the disclosure of an identifiable set of documents of general public interest or a continuing series of agency decisions, policy documents, or information products. The economy and efficiency of agency operations are another factor to be considered when these decisions are made.

In practice, FOIA and dissemination activities can be related. If an agency receives a significant number of FOIA requests for the same records, the agency may choose to disseminate the information. This may reduce the case-by-case handling of FOIA requests and be cheaper and more efficient for everyone.

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104-37

[page 110]

ment investigatory data, or other information withheld from disclosure to protect other recognized public or private interests.

For example, an agency's personnel record system contains some information that can be disclosed publicly and some that is not available for public release. H.R. 830 creates no independent obligation to separate out these two classes of information for purposes of dissemination. If an identifiable set of public information has already been separated and disclosed (e.g., an agency telephone directory), then the agency must fulfill the dissemination obligations of H.R. 830 by considering effective dissemination methods.

By contrast, an agency with an obligation to collect securities or tariff filings and to make those documents publicly available is clearly dealing with public information under the definition. Even if a portion of the filings is not public, the dissemination obligation attaches to the remainder if the class of public information can be identified and is routinely released.

The obligation to consider alternate dissemination methods does not preordain any specific result. For example, an agency that publishes a printed telephone directory may reasonably decide that public sale of the printed directory is adequate to meet public needs. H.R. 830 does not mandate that an agency publish such a directory as an online database or on a CD–ROM disk. The judgment about the best way to meet public needs for the information is an agency decision to be made in accordance with the agency's mission and with the standards in H.R. 830.

The definition provides that information is public information regardless of format. This means that information is public information no matter what kind of medium is used during creation or storage. Information on paper, microfiche, magnetic tape, floppy disk, CD–ROM, or other media qualifies if it otherwise falls within the definition. If an agency maintains the same public information in both paper and electronic formats, the dissemination obligation arises with respect to the information in both formats.

Thus, an agency cannot fulfill its dissemination obligations by only considering public needs for a paper product. If an agency publishes information on paper, it must also consider disseminating the same information electronically. This may be accomplished by the release of a copy of a database on magnetic tape or floppy disk. The bill does not require agencies to provide online access to every database containing public information. Similarly, if an agency publishes an information product electronically, it should consider the need to disseminate the same information on paper to meet public needs not addressed by the electronic product.

An agency may consider how the availability of a product in one format affects the need to disseminate the information in other formats. An agency may reach a different result for the dissemination of paper and electronic information. For each distinct product or service, the agency must make an independent evaluation.

The term "public information" generally refers to recorded information. Information conveyed orally within an agency is not within the scope of the definition.

H.R. 830 encourages a diversity of public and private sources for information based on government public information. This language recognizes several important principles. First, government

## PAPERWORK REDUCTION ACT
P.L. 104–13

[page 111]

information is both a public good and an unregulated commodity. Any person may obtain uncopyrighted public information from the federal government and reuse, resell, or redisseminate it as they see fit.[15]

Support for a diversity of sources for government information is an essential feature of the structure of government information activities. The First Amendment to the Constitution, Copyright Act of 1976, Freedom of Information Act, the Paperwork Reduction Act, and other laws are consistent in supporting a completely free marketplace in government information. In a democratic society, the government should not exclusively control how its own information can be used or interpreted.

Second, both the public and private sectors play a necessary, legitimate, and distinct role in disseminating government information. By redisseminating government information, the press, libraries, nonprofit organizations, public interest groups, and the private information industry help the government meet the needs of public users by providing information products and services that the government cannot support or that are beyond the bounds of government activities. At times, the private sector, libraries, and nonprofit organization provide essential products or services to the government that the government is unable to provide for itself. A diversity of information sources for government information, and not a monopoly, best serves the public interest.

Third, the public benefits from having multiple sources for government information. Agencies should encourage a diversity of providers but may not abdicate any of their responsibilities to disseminate information because of the existence of a competing public or private sector product or service. One simple way to promote a diversity of sources is to provide electronic copies of agency databases in ways that will make it easier for public, private, and nonprofit organizations to redistribute the data.

H.R. 830 identifies several categories of dissemination activities that are prohibited, unless specifically authorized by statute. The prohibited conduct interferes with public access to government information.

First, no agency may establish an exclusive, restricted, or other distribution arrangement that interferes with timely, and equitable availability of public information to the public. The purpose of this provision is to prohibit agencies from establishing unfair monopoly distribution arrangements for public information.

The underlying policy is that public information should be disseminated to all and that no agency can or should grant itself or any other person a franchise over public information. No agency may give any user or class of users an unfair advantage in the dissemination of public information. This is fully consistent with the

---

[15] Government information is not subject to copyright. 17 U.S.C. § 105 (1982). This was a deliberate choice made by the Congress to keep government data as free as possible of potential restrictions on dissemination. The policy in H.R. 830 is fully consistent with the Copyright Act. The information dissemination provisions of the Paperwork Reduction Act support the same policy objectives. See the discussion of government information and copyright law in "1986 Information Policy Report" at 23–36.

235

## LEGISLATIVE HISTORY
HOUSE REPORT NO. 104–37

[page 112]

policy against copyright of federal government information in section 105 of the Copyright Act.[16]

The prohibition against exclusive distribution arrangements recognizes that an agency may use a contractor or cooperative agreement to operate an information dissemination system on behalf of the agency. An agency contractor may receive public information from or on behalf of the agency and then disseminate the information to others under the contract. While such distribution arrangements have monopoly elements, they are acceptable if the distribution does not interfere with timely or equal availability of public information to the public.

In other words, a contractor may operate an information dissemination system on behalf of an agency if the contractor disseminates information to the public on the same terms (including a price no higher than the agency could charge) that the agency would if the agency operated the system itself. The bill is not intended to prevent agencies from using contractors to operate information systems if the public is not in any way disadvantaged as a result. The data must remain available to the public as provided in H.R. 830 and other laws.

No agency contractor may be permitted to make use of information—other than for legitimate agency purposes—before the information is made available to other public users. No agency contractor may be permitted to discriminate among public users or to deny, delay, or otherwise limit access or charge higher prices to users who may be competitors with the contractor in the commercial marketplace for agency information.

Second, no agency may restrict or regulate the use, resale, or redissemination of public information products or services by the public. Except where a statute specifically authorizes such as restriction, public information may continue to be used, republished, resold, extracted, and redisseminated in any way by any person.

This prohibition is also fully consistent with the policy against federal government copyright in section 105 of the Copyright Act. The federal government has expressly disclaimed the ability to control the republication and reuse of its information. The language in H.R. 830 underscores that policy and strengthens it by prohibiting copyright-like controls, licensing agreements, and any other agency actions that have the effect of restricting use or redisclosure of public information.

Many companies republish government data on paper or electronically. They are free to do so and to resell government data, in whole or in part, at any price that the public is wiling to pay. An agency may not justify restrictions on public data on the grounds that the information will be misquoted, misunderstood, or misused. These are consequences of the free marketplace in speech and ideas that is at the heart of American democracy. Similarly, an agency may not withhold public data because it is incomplete, embarrass-

---

[16] The inability of the federal government to copyright information in the United States does not necessarily mean that the government cannot copyright information abroad. Nothing in H.R. 830 limits the ability of the federal government to copyright information in other countries, However, the federal government may not impose any domestic restrictions on information that are inconsistent with H.R. 830 in order to preserve rights under foreign copyright laws. Assuring unrestricted domestic use is a higher priority than preserving foreign copyright rights or foreign commercial opportunities.

## PAPERWORK REDUCTION ACT
P.L. 104–13
[page 113]

ing to the agency, or part of a larger value-added agency product or service.

The evils of government restrictions on use of public information—including political control of speech and higher prices—are considerably worse than anything that could result from any use of public information. Agencies may, of course, take lawful actions to ameliorate any potential negative consequences that result from the way in which others use government information.

Third, agencies are prohibited from charging fees or royalties for resale or redissemination of public information. Any person who has acquired public information may use it, sell it, or otherwise disseminate it without paying any additional fees or royalties to the government. Public information may be used, sold, or redisseminated whether or not the person paid any fees to the government to obtain the information. This prohibition is also fully consistent with the policy against federal government copyright in section 105 of the Copyright Act.

The prohibitions against restrictions and against royalties follow directly from the statutory limitation against government copyright. Copyright is the mechanism available to authors to prevent others from using or reselling their work. Since the government has disclaimed the ability to copyright its own information, it has also disclaimed the ability to restrict use of data and to charge royalties. The prohibitions in H.R. 830 are simply in furtherance of federal copyright policy that has been in place since the beginning of the century.

Fourth, agencies are prohibited from establishing user fees for public information products that exceed the cost of dissemination. This is consistent with a previous finding and recommendation made by the Committee in 1986.[17] While current user fee policies for other goods and services may support other types of price structures, information products can only be priced at cost of dissemination.[18] The government should not treat its information dissemination activities as general revenue sources. It is the policy of H.R. 830 that the government should not make a profit by selling public information collected and compiled at taxpayer expense to the American public.[19]

Costs of data creation, collection, processing, and similar functions are not recoverable from public users. Typically, these costs would be incurred by the government whether or not the information is disseminated to the public. Thus, if the government produces a CD–ROM that it uses itself, the entire cost of organizing the data, formatting and mastering the CD–ROM, writing software

---

[17] "1986 Information Policy Report" at 10, 12.

[18] "1986 Information Policy Report" at 10, 12, 40–43. See also the January 12, 1990, opinion by the Comptroller General regarding the pricing of information services by the Library of Congress. GAO found that the User Fee Statute, 31 U.S.C. § 9701, did not support fees for information based on a subscriber's use of data. GAO noted that the enforcement of licensing agreements that reimburse an agency for lost sales appear questionable in light of the policy of the Copyright Act. If there was ever any doubt on this point, either before or after the GAO decision, H.R. 830 resolves the matter definitely.

[19] Agencies specifically authorized by statute to set fees for information products on an alternate basis may continue to do so. An example of another statute that specifically authorize fees is 44 U.S.C. § 1708 (authorizing the Public Printer to set charges at cost plus 50 percent). The User Fee Statute, 31 U.S.C. § 9701, does not qualify. See also the remarks of Rep. Glenn English, 132 Cong. Rec. H9464 (October 8, 1986) (daily edition) (describing statutes providing alternate fees for purposes of the Freedom of Information Act).

**LEGISLATIVE HISTORY**

HOUSE REPORT NO. 104–37

[page 114]

and manuals, and any other overhead costs are not recoverable from the public. Even if only a single CD–ROM is used for archival purposes by the government, none of these costs is recoverable.

When an agency offers different information products, the fees for each product should be based on the cost of providing that product. Costs that cannot be clearly identified with an individual product should be allocated in a reasonable manner. Any unrecoverable expenses associated with dissemination within the agency, to other agencies, to other governmental entities, or under a fee waiver may not be recovered from public users.

The cost of dissemination pricing standard does not affect fees chargeable under the Freedom of Information Act or by the Government Printing Office. In both cases, a specific alternate fee structure is expressly authorized by law.

New language in H.R. 830 would allow the Director of OMB to waive the cost of dissemination pricing standard. This authority is dangerous and could easily be misused. For example, unfavorable information could be given a high price to make it difficult to obtain. Information could be highly priced to allow favored agencies or private companies to make large profits by making competing government products very expensive. It is to be hoped that the Director of OMB will use the authority very sparingly, if at all.

One protection that is afforded by H.R. 830 is the prohibition against restrictions on use, resale, or redissemination. If a particular information product is highly and unfairly priced, the first purchaser will be able to copy the information and resell it to others at a lower price. Since government information cannot by copyrighted, a high price cannot be sustained artificially. This will help curb any temptation to use information as a source of revenue.

BOB WISE.
GARY CONDIT.

238

## HOUSE CONFERENCE REPORT NO. 104-99

●        ●        ●        ●        ●

[page 27]

## JOINT EXPLANATORY STATEMENT OF THE COMMITTEE OF THE CONFERENCE

The managers on the part of the House and the Senate at the conference on the disagreeing votes of the two Houses on the amendment of the House to the bill (S. 244) to further the goals of the Paperwork Reduction Act to have Federal agencies become more responsible and publicly accountable for reducing the burden of Federal paperwork on the public, and for other purposes submit the following joint statement to the House and the Senate in explanation of the effect of the action agreed upon by the managers and recommended in the accompanying conference report: The House amendment struck all of the Senate bill after the enacting clause and inserted a substitute text.

The Senate recedes from its disagreement to the amendment of the House with an amendment that is a substitute for the Senate bill and the House amendment. The differences between the Senate bill, the House amendment, and the substitute agreed to in conference are noted below, except for clerical corrections, conforming changes made necessary by agreements reached by the conferees, and minor and clerical changes.

### Short title (sec. 1)

The Senate bill contained a provision (section 101) that would establish the short title of the title I of the Senate bill as the "Paperwork Reduction Act of 1995".

The House amendment (section 1) contained a provision that would establish the short title of the act as the "Paperwork Reduction Act of 1995".

The conferees agree that the short title of the act should be the "Paperwork Reduction Act of 1995".

### Coordination of Federal information policy (sec. 2)

The Senate bill contained a provision (sec. 102) that would provide a complete text of chapter 35 of title 44, United States Code, the codified version of the Paperwork Reduction Act of 1980, as previously amended.

The House amendment contained a similar provision (sec. 2).

The conference agreement reflects the following differences between the text of the Paperwork Reduction Act as contained in the Senate bill and the text contained in the House amendment.

1. Prior Legislative History Expressly Preserved.

Section 2 of the Paperwork Reduction Act of 1995 is drafted in the form of a complete recodification of chapter 35 of title 44, United States Code, due to the number of changes made. The modifications include word changes made for reasons of clarity and consistency, the deletion of obsolete provisions, the reorganization of sections, and substantive amendments made to update and strengthen

239

**LEGISLATIVE HISTORY**
HOUSE CONF. REP. NO. 104–99

[page 28]

the original purposes of the Paperwork Reduction Act of 1980. As stated in report accompanying the S. 244 (S. Rpt. 104–8):

"To the extent the legislation is a restatement of the 1980 Act, as amended in 1988, the scope, underlying purposes, basic requirements, and legislative history of the law are unchanged. To the extent the legislation modifies provisions in current law, the amendments are made strictly for the purposes described in this report, and in order to further the purposes of the original law." (S. Rpt. 104–4 at page 3)

The report accompanying H.R. 830, H. Rpt. 104–37, expressed essentially the same views regarding the preservation of the Act's legislative history. (See, H. Rpt. 104–37 at page 35).

With respect to the views expressed in the reports accompanying S. 244 and H.R. 830 regarding the effect of the adopted format of both bills, a recodification of chapter 35 of title 44, United States Code, the conferees adopt and reiterate the positions expressed by those reports. Amendments to current law effected by this conference agreement are done for the purposes subsequently described in this Joint Explanatory Statement.

2. Definition of "collection of information".

The Senate bill contained a modified definition of "collection of information", which included adding a cross-reference to 35 U.S.C. 3518(c)(2) relating to the exclusion of certain types of collections of information from coverage under chapter 35 of Title 44.

The House amendment contained no similar modification to existing law.

The House recedes.

The conferees expressly note that the addition of the cross-reference to 35 U.S.C. 3518(c)(2) within the definition of the term "collection of information" is not intended to reflect any substantive change to existing law or to serve as a justification for any change by Federal agencies in the use of the authority granted by section 3518(c)(2).

3. Definition of "information system".

The Senate bill contained an expanded definition of "information system".

The House amendment added the phrase "and processes, automated or manual".

The House recedes.

4. Definition of "information technology".

The Senate bill contained a new definition of "information technology" (44 U.S.C. 3502(9).

The House amendment contained a similar definition that did not contain some of the cross-references.

The House recedes.

The conferees note that the definition of "information technology" contained in section 3502(9) is intended to preserve the exemption for intelligence and military information technology that is found in current law, specifically the definition of "automatic data processing", Section 3502(2). For the purpose of mere statutory simplification, the current exemption was incorporated by a simple reference to the so-called "Warner Amendment" to the Brooks Automatic Data Processing Act, Section 111(a)(3)(C) (i) through (v) of the Federal Property and Administrative Services Act of 1947

## PAPERWORK REDUCTION ACT

P.L. 104–13

[page 29]

(40 U.S.C. 759(a)(3)(C)(i)–(v)). As under current section 3502(2), the exemption applies to information technology, the function, operation, or use of which involves activities specified in the "Warner Amendment", namely: intelligence activities; cryptologic activities related to national security; the direct command and control of military forces; equipment which is an integral part of a weapon or weapons system; or information technology that is critical to the direct fulfillment of military or intelligence missions (but excludes information technology used for routine administrative and business applications, such as payroll, finance, logistics, and personnel management).

In this regard, the conferees note that OMB has not interpreted the authority granted by section 3504(f)(1) of the existing Paperwork Reduction Act to oversee the management of either classified or unclassified information which would typically be resident in information technology that itself is not subject to OMB's oversight under the Act (e.g., an information system which is an integral part of a weapons system). Given the express intent to preserve existing law regarding the exclusion of information technology covered by the so-called "Warner Amendment" to the Brooks Automatic Data Processing Act, the conferees would note that the changes made by this Act do not grant any new authority or diminish any existing authority for OMB to develop or oversee security policies, principles, or guidelines applicable to information resident in information technology subject to the "Warner Amendment" exemption. Similarly, the amendments made by this definition change are not intended to impair OMB's budgetary oversight of such information technology or its other existing authorities.

With regard to the modifications being made to section 3504(f)(3) of existing law, the conferees intend that revised section 3504(g)(2) continue to be implemented consistent with the provisions of the Computer Security Act of 1987 (40 U.S.C. 759), which assigns to the National Institute of Standards and Technology responsibility for developing technical, management, physical, and administrative policies, principles, standards, and guidelines for the cost-effective security and privacy of sensitive information in Federal computer systems subject to that act.

5. Definition of "recordkeeping requirement".

The Senate bill contained a modified definition designed to make explicit the Act's coverage of so-called third-party recordkeeping requirements to correct the ambiguity that lead to the adverse 1990 Supreme Court decision in *Dole v. United Steelworkers of America.*

The House amendment contained additional detail in this regard.

The Senate recedes with a clarifying amendment.

6. Office of Information and Regulatory Affairs—Qualifications of Administrator and Employees.

The Senate bill added a new subsection (c) to section 3503 regarding the professional qualifications of the Administrator of the Office of Information and Regulatory Affairs (OIRA) and the employees of that office.

The House amendment contained no similar provision.

The Senate recedes.

241

### LEGISLATIVE HISTORY
HOUSE CONF. REP. NO. 104–99

[page 30]

The conferees note that the purpose of this provision was to assure that adequate attention was given to the full range of responsibilities assigned to OIRA and its Administrator by the Paperwork Reduction Act of 1980, as amended. Such considerations are appropriate in the Presidential selection of a nominee for OIRA Administrator and in the Senate's consideration of that nominee, while recognizing the practical realities of requiring that a "qualified" candidate have substantial capabilities over the very broad range of responsibilities assigned to OIRA by the Act. Such practical considerations should also apply to the Administrator's selection of OIRA employees as well as the utility of having more narrowly focused "subject matter specialists" available on the OIRA staff.

7. Authority and functions of the Director—Burden reduction as an objective of information resources management.

The Senate bill contained a substantial modification to section 3504(a)(1) regarding the responsibilities of the OMB Director to oversee the Government's information resources with the objective of improving the effectiveness of Federal agency operations.

The House amendment contained no similar provision.

The House recedes with an amendment that adds to the Senate provision the concept that information resources management is also a substantial tool to minimize the burdens which the Government imposes on the public.

8. Authority and functions of the Director—Approval of proposed collections of information.

The Senate bill contained a modification to section 3504(a)(1)(B)(i) relating to the authority of the OMB Director to review and approve (or disapprove) a collection of information being proposed by an agency.

The House amendment includes a similar provision which retains the explicit reference to "review and approval" existing in current law.

The Senate recedes.

The conferees reiterate the existing interpretation of the authority granted to the OMB Director under section 3504(a)(1)(B)(i): that the power to "approve" a proposed agency paperwork requirement is the power to disapprove such a proposed collection. This has been the consistent interpretation of this provision since the enactment of the 1980 Act.

9. Authority and functions of the Director—Standard of Review for Proposed Agency Collections of Information.

The Senate bill amended section 3504(c)(1) regarding the OMB Director's authority to review and approve a proposed agency collections of information, seeking to cross-reference, and paraphrase, section 3508 which sets forth the Act's fundamental standard for the review of such a proposed collection of information by both the proposing agency and the OMB Director.

The House amendment included a direct statement of the OMB Director's authority to review and approve proposed agency collections of information.

The Senate recedes.

10. Authority and functions of Director—Coordination with Office of Federal Procurement Policy regarding payment.

242

## PAPERWORK REDUCTION ACT
P.L. 104–13

[page 31]

The Senate bill contains a modification to section 3504(c)(2) relating to establishing a formal coordination between OIRA and the Office of Federal Procurement Policy (OFPP) regarding minimizing paperwork burdens associated with the Federal procurement process.

The House amendment contained a similar provision, but specifically identified the burdens associated with the payment of contractors for work performed.

The Senate recedes.

The conferees note that the Prompt Payment Act Amendments of 1988 specifically encourage the use of electronic fund transfers for the payment of contractors. More recently, the Federal Acquisition Streamlining Act of 1994 (FASA) continues this emphasis on increasing the use of electronic fund transfers by designating electronic payment of contractors as one of the benchmarks for determining the full capability of FACNET. Finally, the conferees note that simplified procedures for solicitation and award of contracts below the Simplified Acquisition Threshold (SAT), $100,000, being proposed as amendments to the Government-wide Federal Acquisition Regulation (FAR), should include authority for equally expedited contract payment procedures for work performed.

11. Authority and functions of Director—Special small business size standard for Paperwork Reduction Act.

The House amendment modified the OMB's Director's responsibilities under section 3504(c) by adding a new paragraph (6) which placed a special emphasis on minimizing the burden on small businesses with 50 or fewer employees. New section 3504(c)(6) was added as a floor amendment to the reported House bill, H.R. 830.

The Senate bill contains no similar provision.

The House recedes.

The conferees note that the section 3 of the Small Business Act provides Government-wide authority for the Small Business Administration (SBA) to establish by regulation numerical size standards under which a business concern will be recognized as a small business concern. SBA has established specific size standards for various types of business concerns in consonance with the system of standard industrial classification (SIC) codes, used to categorize business activity. Size standards are generally established by number of employees for firms engaged in manufacturing. Size standards for firms providing services are established on the basis of annual gross receipts averaged over a three-year period.

Statutorily-established small business size standards have generally been avoided by the Congress because of their rigidity. If enacted, such a statutory size standard has generally been used to establish with certainty a "small business" exception to the statute's general applicability or a threshold for a phased-in application.

12. Assignment of tasks and deadlines—Government-wide paperwork burden reduction goals.

The Senate bill amends section 3505(a) to provide for a 5 percent Government-wide goal for the reduction of paperwork burdens imposed by the Government on the public.

The House amendment contains a 10 percent Government-wide paperwork burden reduction goal.

243

LEGISLATIVE HISTORY
HOUSE CONF. REP. NO. 104–99

[page 32]

The Senate recedes with an amendment. The conference agreement provides for a 10 percent goal for each of the fiscal years 1996 and 1997 and a 5 percent goal for each of the fiscal years 1998 through 2001.

The conferees note that the Government-wide paperwork reduction goal is calculated on the basis of a "baseline" which is the aggregate paperwork burden imposed during the prior fiscal year. The conferees also note that individual agency goals negotiated with OIRA may differ depending on the agency's potential to reduce the paperwork burden such agency imposes on the public. Goals negotiated with some agencies may substantially exceed the Government-wide goal, while those negotiated with other agencies may be substantially less.

13. Assignment of tasks and deadlines—Pilot projects to test alternative practices to minimize paperwork burdens.

The Senate bill amends Section 3505 to provide statutory authority for the OMB Director to establish voluntary pilot programs to test alternative policies, practices, regulations and procedures to minimize the information collection burden imposed on particular segments of the public.

The House amendment included a new subsection (b) to Section 3505, which specifically authorized the OMB Director to waive the application of any regulation or administrative directive needed to undertake a burden reduction pilot project. Notice of such waiver was required to the public and the Congress.

The Senate recedes with an amendment. The conference agreement does not provide any authority for the OMB Director to unilaterally waive any regulation in support of a burden reduction pilot project. If a regulation must be waived in support of such a pilot project, such regulatory waiver must be: (1) permissible under the statutory authority underpinning the regulation; and (2) implementation through a formal regulatory change, meeting the same Administrative Procedure Act standards as used to promulgate the regulation proposed for waiver.

14. Federal agency responsibilities—DOD and Military departments authorized to designate multiple "senior officials".

The Senate bill preserves existing law in section 3506(a)(2)(B) which permits the Secretary of Defense and the Secretary of a Military Department to designate multiple "senior officials" responsible for the Act's implementation within the Office of the Secretary of Defense or that Military Department. The Senate bill amends existing law to require that the respective duties of each such "senior official" be clearly delineated if either the Secretary of Defense or a Service Secretary should choose to designate more than one such "senior official". Under current law, only the Secretary of a Military Department has a statutory obligation to delineate the respective duties of multiple "senior officials" designated by such officer.

The House amendment uses the terminology of "a senior official", under the legislative drafting convention that the singular provides for the plural, unless expressly prohibited. The House amendment preserved the statutory anomaly exempting the Secretary of Defense from the requirement to delineate the respective duties of multiple "senior officials" within the Office of the Sec-

244

## PAPERWORK REDUCTION ACT
P.L. 104–13

[page 33]

retary of Defense, (although three such "senior officials" are currently designated and their respective duties are delineated).
The House recedes.

15. Federal agency responsibilities—Cross-reference to "Fast Track" Procedures under Section 3507(j).

The House amendment to section 3506(c)(2)(A) qualifies the general requirement to provide a 60-day period for public comment on a proposed collection of information with the phrase "except for good cause" to provide broad authority to the OMB Director to waive the public participation requirement when necessary.

The Senate bill amends section 3507(j), which authorizes the so-called "Fast Track" review procedures (that is, the very expedited review of a proposed collection of information without any opportunity for public comment prior to approval), to obtain the same statutory objective sought by the House amendment.

The House recedes with an amendment. The conference agreement provides for adding to section 3506(c)(2)(A) a cross-reference to the "Fast Track" authority provided in section 3507(j).

16. Federal agency responsibilities—Record retention period to be specified for any recordkeeping requirement.

The House amendment adds a provision to Section 3506(c)(3) which would require that any recordkeeping requirement specify the length of time such records must be maintained.

The Senate bill does not contain a similar provision.

The Senate recedes.

17. Federal agency responsibilities—Special small business size standard for Paperwork Reduction Act.

The House amendment adds a provision to Section 3506(c) relating to agency responsibilities regarding minimizing paperwork burdens imposed on the public by requiring that a special emphasis be placed on minimizing the burden on small businesses with 50 or fewer employees. New Section 3506(c)(4) was added as a floor amendment to the reported House bill, H.R. 830.

The Senate bill contains no similar provision.

The House recedes.

The conferees note that section 3 of the Small Business Act provides Government-wide authority for the Small Business Administration (SBA) to establish by regulation numerical size standards under which a business concern will be recognized as a "small business concern." SBA has established specific size standards for various types of business concerns in consonance with the system of standard industrial classification (SIC) codes, used to categorize business activity. Size standards are generally established by number of employees for firms engaged in manufacturing. Size standards for firms providing services are established on the basis of annual gross receipts averaged over a three year period.

Statutorily-established small business size standards have generally been avoided by the Congress because of their rigidity. If enacted, such a statutory size standard has generally been used to establish with certainty a "small business" exception to a statute's general applicability or to define a threshold for a phased-in application.

18. Federal agency responsibilities—Information dissemination standards.

245

## LEGISLATIVE HISTORY
HOUSE CONF. REP. NO. 104-99

[page 34]

The Senate bill adds a new Section 3506(d) which establishes information dissemination standards for the various Federal agencies.

The House amendment contains essentially similar provisions, except that the House provision requires that: (a) the public have "equal" as well as "timely" and "equitable" access to the information collected by the agency; and (b) access be made available to the "underlying data", if an agency provides information to the public in an electronic format.

The Senate recedes with an amendment. The conference agreement adopts the provision of the House amendment assuring public access to "underlying data" if a agency chooses to furnish information in an electronic format.

The conferees concluded that the word "equal" was unnecessary in the agreed-upon text of section 3506(d)(1), given that the statutory obligation for an agency ensure that the public has "timely" and "equitable" access to information in the possession of the agency includes the obligation to make such information available on a non-discriminatory and non-exclusive basis to any public or private entity for any lawful purpose. This obligation is sufficient to prevent agencies from discriminating against or otherwise disadvantaging any class of users, particularly commercial users.

19. Federal agency responsibilities—Notice of Changes Regarding Information Dissemination Products.

The House amendment adding a new section 3506(d), which establishes information dissemination standards for Federal agencies, includes a provision requiring an agency to provide adequate public notice when initiating, substantially modifying, or terminating a significant information dissemination product.

The Senate bill does not contain a similar provision.

The Senate recedes.

20. Federal agency responsibilities—User Fees.

The House amendment adding a new section 3506(d), which establishes information dissemination standards for Federal agencies, includes a provision specifying procedures under which an agency head can petition the OMB Director to authorize user fees in excess of the cost of dissemination, the general rule established by section 3506(d)(4)(D).

The Senate bill does not contain a similar provision.

The House recedes.

21. Federal agency responsibilities—Information Technology Management.

The Senate bill requires that each Federal agency take certain actions to "ensure" responsibility for effective management of its information technology resources.

The House amendment requires each Federal agency to "assume" responsibility for an identical set of management actions.

The Senate recedes.

22. Public Information collection activities; submission to Director; approval and delegation—Unspecified "Fast Track" Alternative.

The Senate bill amends section 3507(j) of existing law to provide additional flexibility in the so-called "Fast Track" review process, under which a proposed collection of information can be re-

**PAPERWORK REDUCTION ACT**
P.L. 104–13
[page 35]

viewed on a very expedited schedule without any opportunity for public notice or comment prior to approval by the OMB Director.

The House amendment sought to provide the same additional flexibility by amending section 3507(b) to include any additional waiver of the normal review process "for good cause".

The House recedes.

23. Public information collection activities; submission to Director; approval and delegation—Duration of "Default" Approval.

The Senate bill requires the assignment of a valid control number permitting an agency to use a collection of information for a period of not more than two years, if the OMB Director fails to take action regarding a proposed collection of information (not contained in a rule) within a specified 60-day period.

The House amendment contained an identical provision, except that the control number remained valid for not more than one year.

The Senate recedes.

24. Public information collection activities; submission to Director; approval and delegation—Standard for disapproval of a collection of information contained in a final agency rule.

The House amendment to new section 3507(d), which specifies procedures for the review of a proposed collection of information contained in a proposed rule, includes a modification to section 3507(d)(4)(C), to make more explicit the standard of review to be used by the OMB Director.

The Senate bill makes use of the language found in existing law.

The House recedes.

25. Public information collection activities; submission to Director; approval and delegation—Disclosure of written communications.

The Senate bill expands the Act's current requirement to disclose any written communication regarding a proposed collection of information between a person not employed by the Federal Government and the OIRA Administrator or any OIRA employee to include the "Office of the Director" of OMB.

The House amendment maintains current law.

The Senate recedes.

26. Public information collection activities; submission to Director; approval and delegation—"Whistleblower" Protection.

The Senate bill includes a new provision at section 3507(e)(3)(B), which provides anonymity to a communication received by OIRA from a private sector "whistleblower", regarding an unapproved (or so-called "bootleg") collection of information.

The House amendment contained a whistleblower protection provision that was not restricted to "bootleg" collections of information.

The House recedes with an amendment. The conference agreement provides the "whistleblower" protection to a communication regarding a collection of information that does not display a control number that is currently in effect. Thus, the provision now provides protection regarding communications relating collections of information that were never approved as well as those for which an approval has expired.

247

**LEGISLATIVE HISTORY**
HOUSE CONF. REP. NO. 104–99

[page 36]

27. Public Information collection activities; submission to Director; approval and delegation—Improved "Fast Track" Procedures.

The Senate bill amends section 3507(j) of existing law to provide additional flexibility in the so-called "Fast Track" review process, under a proposed collection of information can be reviewed on a very expedited schedule without any opportunity for public notice or comment prior to approval by the OMB Director.

The House amendment reflects existing law.

The House recedes.

The conferees note that no instance has been identified in the 15 years of experience under the Act in which its "Fast Track" review procedures have not been made available to an agency under the current version of section 3507(j), or the proposed collection of information has not been cleared on a schedule that completely accommodated the agency's exigent circumstances.

28. Determination of necessity for information; hearing.

The Senate bill modifies section 3508 of the Act, which establishes the fundamental standard used by the Director in determining whether to approve a collection of information being proposed by an agency.

The House amendment reflects existing law.

The Senate recedes.

29. Establishment and operation of Government Information Locator Service—Specific exclusion for CIA "operational files".

The Senate bill includes a provision which provides for the establishment and operation of the Government Information Locator Service (GILS). The Senate provisions includes an explicit exclusion from GILS for "operational files" as defined in the Central Intelligence Agency Information Act.

The House amendment contains an identical provision regarding GILS, but does not include the specific exclusion for the CIA's "operational files".

The House recedes.

30. Public Protection.

The Senate bill contains a provision which changes the Act's current "public protection" provision by requiring a collection of information subject to the Act display a notice that a person is not required to respond to the collection of information unless it displays a control number which is valid.

The House amendment contains a provision which clarifies and strengthens the Act's current "public protection" provision by enabling a person to assert this protection at any time during an agency administrative process or any subsequent judicial review of an agency action involving a penalty.

The Senate recedes with an amendment. The conference agreement clarifies and strengthens the Act's "public protection" provision by explicitly providing that the protection provided by the section may be asserted or raised by a person in the form of a complete defense, bar or other manner, at any time during a agency administrative process or any subsequent judicial review. The protection provided by the section applies if the agency fails to display a valid control number, or inform the person that they are not re-

248

## PAPERWORK REDUCTION ACT
P.L. 104–13

[page 37]

quired to respond to a collection of information unless it displays a valid control number.

For collections of information contained in a rule, agencies must provide the required information in a manner reasonably calculated to inform the public. Notice may be provided in the preamble to a final rule containing the collection of information, or in a general notice in the volume of the Code of Federal Regulation in which the agency's regulations appear.

The conference agreement also provides for the inclusion of a definition of "penalty", a term used in section 3512. The new statutory definition of "penalty" is substantially identical to the definition of "penalty" found in the Act's implementing regulations, at 5 C.F.R. 1320.7(m).

The conference agreement further provides for an additional modification to section 3506(c)(1)(B), which specifies the information to be provided to the public with respect to an agency collection of information. Agencies are now required to inform recipients of a collection of information that: (a) section 3507(a) prohibits an agency from conducting or sponsoring an unapproved collection of information; and (b) section 3512 requires an agency to inform a person who is to respond to a collection of information they are not required to do so unless it displays a valid control number.

31. Responsiveness to Congress—Annual Report and Remedial Program Regarding Agencies Failing to Attain Paperwork Burden Reduction Goals.

The Senate bill amended section 3514(a)(1) of the Act regarding the content of the report submitted annually to Congress by the OMB Director relating to agency compliance with the Act.

The House amendment contains a substantially identical provision which includes an additional requirement to identify those agencies that have failed to attain their assigned paperwork burden reduction goals during the fiscal year covered by the report, the reasons for their failure to attain such goals; and the agency's proposed remedial program, if any.

The Senate recedes with a clarifying amendment.

32. Consultation with other agencies and the public.

The Senate bill contains a provision permitting any person to request the OMB Director to determine whether a collection of information is in compliance with the Act's requirements, specifying response times to such requests; and empowering the Director to seek any appropriate remedial action.

The House amendment contains a substantively identical provision, but unlike the Senate bill requires that the person making the request must be a recipient of the collection of information at issue.

The House recedes.

33. Effect on existing laws and regulations.

The Senate bill includes a provision, section 3818(c), substantially identical to existing law which specifies certain classes of collections of information that are exempt from the Act's coverage.

The House amendment makes a number of additional modifications to this provision of existing law.

The House recedes.

34. Authorization of Appropriations.

249

### LEGISLATIVE HISTORY
HOUSE CONF. REP. NO. 104-99

[page 38]

The Senate bill amends section 3520 providing a five-year authorization of appropriations for OIRA for the Fiscal Years 1996 through 2000, at the rate of $8 million per year.

The House amendment provides a permanent authorization of appropriations, specifying "such sums as may be necessary" rather than a fixed amount.

The House recedes an amendment. The conference agreement provides for a six-year authorization of appropriations for OIRA, for fiscal years 1996 through 2001, at $8 million for each fiscal year.

*Burden reduction regarding the Quarterly Financial Report Program at the Bureau of the Census (Sec. 3)*

The Senate bill contained a provision (sec. 103) that would require the Bureau of the Census within the Department of Commerce to undertake a demonstration program to reduce the burden imposed on firms, especially small businesses, required to participate in the survey used to prepare the Quarterly Financial Report for Manufacturing, Mining, and Trade Corporations.

The House amendment contained no similar provision.

The House recedes with an amendment.

The conference agreement amends section 91 of title 13, United States Code, the statutory authorization for the survey, to:

(a) exempt firms from participation for specified periods, after they have fully participated in the survey for a complete cycle (eight consecutive quarters of reporting;

(b) expand the use of statistical sampling techniques to select for survey participation; and

(c) assure small businesses selected to participate easy access to advise and similar assistance, including the establishment of a toll-free telephone number.

*Effective date (Sec. 4)*

The Senate bill contains a provision (sec. 106) which establishes the effective date of the Paperwork Reduction Act of 1995 as June 30, 1995.

The House amendment contains a provision (sec. 3) which establishes the Act's effective date as October 1, 1995.

The Senate recedes with a clarifying amendment.

The conference agreement provides that: (a) except as otherwise provided, the Paperwork Reduction Act of 1995 shall take effect on October 1, 1995; (b) section 3520, as amended, providing authorization for OIRA's appropriation, shall become effective on the date of enactment; (c) for each collection of information for which there is a valid OMB control number in effect on September 30, 1995, the amendments to chapter 35 of title 44, shall take effect on the date of the first renewal or modification to that collection of information or on the date of the expiration of its OMB control number; and (d) prior to such renewal, modification, or expiration of its OMB control number, such collection of information shall be subject to the provisions of chapter 35 of title 44, United States Code, as in effect on September 30, 1995.

250

**PAPERWORK REDUCTION ACT**

P.L. 104–13

[page 39]

PROVISIONS NOT ADOPTED

*Oregon Option proposal*

The Senate bill contains a provision (sec. 104), added as an amendment to the bill as reported, which would express a series findings and a statement of support on the part of the Senate regarding continuation of an on-going demonstration program of intergovernmental cooperation between the Federal Government and State of Oregon and its local governments, referred to as the "Oregon Option".

The House amendment contains no similar provision.

The Senate recedes.

*Termination of reporting requirements*

The Senate bill contains a provision (sec. 105), added as an amendment to the bill as reported, which would terminate all statutorily-mandated reports by the Executive Branch to the Congress, except those required by the Inspector General Act of 1978 and the Chief Financial Officers Act of 1990, five years after the date of enactment of the provision.

The House amendment contains no similar provision.

The Senate recedes.

*Federal Report Elimination and Modification Act of 1995*

The Senate bill contains a Title II, the "Federal Report Elimination and Modification Act of 1995", added as an amendment to the bill as reported, which would eliminate or reduce the burden of 212 statutorily-mandated reports by the Executive Branch to the Congress.

The House bill contains no similar provisions.

The Senate recedes.

> BILL CLINGER,
> JOHN M. McHUGH,
> DAVID MCINTOSH,
> JON FOX,
> CARDISS COLLINS,
> COLLIN C. PETERSON,
> BOB WISE,
> *Managers on the Part of the House.*
>
> WILLIAM V. ROTH, Jr.,
> BILL COHEN,
> THAD COCHRAN,
> JOHN GLENN,
> SAM NUNN,
> *Managers on the Part of the Senate.*

251

Appendix

## JUDICIAL COUNCIL
## OF THE TENTH CIRCUIT

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

1. Complainant's name:

   *Lindsey K. Springer*

   Address:

   *5147 S. Harvard, #116*
   *Tulsa, Oklahoma 74135*

   Daytime telephone: *918-748-5539 / 955-8825*

2. Judge complained about:

   *Chief Judge Claire V Eagan*

3. Does this complaint concern the behavior of the judge in a particular lawsuit or lawsuits?

   (X) Yes                    ( ) No

   If "yes," give the following information about each lawsuit (use the reverse side if there is more than one):
   Court: *Northern District of Oklahoma*

   Docket number: *03-CR-55    U.S.A. v. Patterson*
   *06-CV-110    Springer v. U.S.*

   Are (were) you a party or lawyer in the lawsuit?
   *03-CR-55   NO*
   ( ) Party        ( ) Lawyer        ( ) Neither
   *06-CV-110   YES*

   If a party, give the name, address, and telephone number of your lawyer:
   *Representing myself*

   Docket numbers of any appeals to the Tenth Circuit:
   *Not Docketed as of this filing*
   *Last will be on 06-CV-110 )*
   *Appeal case from 03-CR-55*
   *was docketed as 2 new numbers*
   *04-5018 and 04-5167 (nothing)*

4.    Have you filed any lawsuits against the judge?

( ) Yes                              ( ) No

If "yes," give the following information about each lawsuit (use the reverse side if there is more than one):

Court:

Docket number:

Present status of suit:

Name, address, and telephone number of your lawyer:

Court to which any appeal has been taken:

Docket number of the appeal:

Present status of appeal:

5.    On separate sheets of paper, not larger than the paper this form is printed on, describe the conduct or the evidence of disability that is the subject of this complaint. See Rule 2(b) and 2(d). Do not use more than 5 pages (5 sides). Most complaints do not require that much. *I have attached 7 pages to this form*

6.    You should either:    *Extra Ordinary Circumstances apply.*

(1) check the first box below and sign this form in the presence of a notary public; or

(2) check the second box and sign the form. You do not need a notary public if you check the second box.

( ) I swear (affirm) that--

Complaint Form / Page - 2 -

(a) I have read Rules 1 and 2 of the Rules of the Judicial
Council of the Tenth Circuit Governing Complaints of
Judicial Misconduct or Disability, and

(b) The statements made in this complaint are true and correct
to the best of my knowledge.

_____
Signature

_____
Date

Sworn and subscribed to before me

Date: _____

Notary Public: _____

My commission expires: _____

---

**Mail this form to:**

Office of the Circuit Executive
United States Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

Mark the envelope "JUDICIAL CONDUCT COMPLAINT"
or "JUDICIAL DISABILITY COMPLAINT."
**Do not put the name of the judge on the envelope.**

*See* Rule 2(e) for the number of copies required.

---

Complaint Form / Page - 3 -

## Statement of Facts

This is Lindsey K. Springer's ("Petitioner" or "I") description of the conduct by Chief Judge Eagen for the United States District Court for the Northern District of Oklahoma of which My complaint is about.

I believe she is mentally disabled or lacks the requisite reading skills to maintain the office in which she sits as well as she has used her power as a Judge to prevent certain issues presented to her from being fully heard by this Court on appeal. Otherwise, I would claim a full investigation is needed to determine who is holding a gun to her head because that is the only other way logic would explain her course of conduct.

For an example of this course of conduct giving rise to this Complaint I would point to two cases in which I personally am aware of. The first case is *United States of America v. Judy and Eddy Patterson*, docket # 03-CR-55 EA. I witnessed Douglas Horn and Melody Noble Nelson threaten Mr. Patterson, while he was waiting in a holding room to testify before a Federal Grand Jury, that if he did not fire his attorney, immediately, Horn and Nelson would see to it that Mr. Patterson spent the rest of his life in jail. *See Declaration filed with Judge Eagen by Oscar Stilley in the Patterson case as a matter to show case issued to Jerold Barringer*. (Docket 201 and 204)

In this case, Mrs. Patterson was represented by Jerold Barringer while Eddy Patterson was represented by Oscar Stilley. The case had several issues blatantly obvious which would have resulted in complete reversal on appeal. The outcome was not favorable to the Patterson by verdict. Immediately after conviction but before sentencing, Judge Eagen[1] incarcerated Eddy Patterson being purportedly satisfied he might flee pending sentencing while leaving his wife of 30 plus years free. This was at Doug Horn and Melody Noble Nelson's request. As soon as this took place, Mrs. Patterson chose to stay with her attorney Barringer while Mr. Patterson sought new counsel. Mr. Patterson was under the mistaken belief that all an attorney has to do is work his magic and waive his wand and the case would just disappear regardless of his unexplained conduct.

Mrs. Patterson proceeded to sentencing but as the transcript will show, she was already confused as to what to do. During sentencing, Mrs. Patterson was trying to decide whether to listen to Mr. Barringer or a local attorney named William Widel who was being influenced by Horn and Nelson. As the exchange will show, eventually, Mrs. Patterson realized she would be sentenced regardless of who she listened to.

---

[1] She became the Chief Judge recently.

1

Judge Eagen used tax loss of Mr. Patterson, without sentencing Mr. Patterson yet, against Mrs. Patterson, even though Mrs. Patterson was prosecuted for her own liability and not that of her husbands.   IRS Agent Donna Meadors told me that she knew Mrs Patterson did not owe the amount she heard at sentencing Judge Eagan relied upon as she was the revenue agent who testified at trial as to what Mrs. Patterson actually owed.

Mrs. Patterson appealed to the 10th Circuit Court of Appeals by Mr. Barringer and was joined by Mr. Stilley on the opening brief.   Meanwhile, Mr. Patterson was held in jail.  In the wake of all this, the Supreme Court announced its decision known as "*State of Washington v. Blakely*" which announced judge found facts a violation of the 6th amendment when relied upon to impose a greater sentence that the facts at trial would authorize.  I realize the confuse that came later by the Booker decision and fully considered that in my deliberations.

Barringer filed a stay request and release at the district court as it was clear that what Barringer and Stilley argued before would be scene as prophetic on appeal.  Judge Eagen waited and waited.   No response to the stay was filed by the United States.

The United States Attorney's office from the Northern District of Oklahoma asked for two or three extensions to reply while behind the scenes they were working a 35(b) reduction out with Mr. Patterson for his wife to get out of prison. Mr. Patterson's position is that he got her in to this mess and he was going to get her out because it appeared to him that everything his attorneys did the judge dismissed or denied.

On a certain day in August, while an appeal to this Court was pending and multiple stays had been requested, a hearing was held between Douglas Horn, William Widel and Judge Eagen where Mrs. Patterson was given a reduction in the illegal sentence she had received through a 35(b) motion that said Mrs. Patterson had given substantial cooperation and was to receive a reduction of time to time served.  Mr. Barringer and I listened to Mr. Widell inform Mr. Barringer that he had nothing to do with that and that he had received a fax from his office shortly before the hearing on the rule 35(b).  Mr. Widell informed Mr. Barringer he had never spoke with Mrs. Patterson and was unaware of any assistance or contact the Government had with Mrs. Patterson.  Mrs. Patterson also told Mr. Barringer she had not spoken to anyone from the Government prior to her release from prison.  Yet the 35(b) says she gave substantial assistance.

Mr. Barringer was not notified of this 35(b) motion or the possible communication with Mrs. Patterson while she was in prison.  Prison records will

2

reflect that Mrs. Patterson was contacted by no one prior to the granting of the rule 35(b).

Seeing this as an obvious attempt to thwart Mrs. Patterson's right to appeal the illegal decision of Judge Eagen, as advanced by Mr. Horn and Mrs. Nelson, Mr. Barringer filed an Amended Notice of Appeal as Mrs. Patterson was clearly represented by Mr. Barringer and Mr. Stilley at this point and their brief was on file with the 10th Circuit waiting for the United States response to be filed. See Docket # 191

As soon as Mrs. Patterson was let out of jail, Judge Eagen held a hearing with Mrs. Patterson and Mr. Widell present, where Judge Eagen used her power and influence to convince Mrs. Patterson to withdrawal her appeal from the 10th Circuit. Immediately, following this and without any notice given to Mr. Barringer or Mr. Stilley, Judge Eagen sent a Order to show cause (docket # 200) why Mr. Barringer should not be sanctioned for filing an Amended Notice of Appeal for Mrs. Patterson. See Docket # 182 through 187.

Mr. Barringer replied (Docket # 202) along with affidavits from Mr. Stilley (Docket # 201 and 204). Since this date, Judge Eagen has never entered a ruling on her rule to show cause. On October 12, 2004, nothing better shows at least one crime was committed by Douglas Horn, Melody Noble Nelson, Willaim Widell and yes, Judge Eagen, more than docket entry # 203. The prize these persons were after was preventing the 10th Circuit from rendering a decision on the lawlessness taking place in the Northern District of Oklahoma.

Judge Eagen, Douglas Horn, Melody Nelson, and William Widell, knew Mr. Barringer was Mrs. Patterson's Attorney both in the district court and on appeal. Yet Judge Eagen stated that Mr. Barringer was no longer Mrs. Patterson's Attorney once she filed her Notice of Appeal. There is something mentally or criminally wrong with what has been described so far herein.

Next, Agent Meadors is told by someone to begin a 26 U.S.C. § 6700 investigation on me. She did, and at all times she informed Plaintiff that she was not a criminal investigator, not a part of a criminal investigation, nor was she working at the direction or control of any U.S. Attorney involved in the Patterson case. Her evidence warranting penalty under section 6700 was a tape for sale on the internet by me dated back in 1995. Her investigation she said was assigned during the Patterson trial in December, 2003, but she waited till after the jury part was over because of the obvious conflict she would have with that.

After I was cleared of any 6700 wrong doing, enters Revenue Officer Rice who begins to violate one provision of law after another. Then Agent Penny is

3

assigned to a CDP hearing only to continue to violation provision after provision. This record is made in two cases in the Western District of Oklahoma. The first case is 05-466 and the second case is 05-1075 in which I sought judicial intervention by the district court.

My first case was dismissed based upon issues fully briefed on appeal. This case is on appeal to the 10th Circuit as case # 05-6487. In this case, I am raising issue with numerous violations of Federal Law the United States argues I cannot raise. They do not dispute the laws exist just that it does not matter if the IRS violates them repeatedly and consistently.

I filed the 05-466 case on September 15, 2005, and on September 16, 2005, I was greeted at my door with several armed agents of the federal government with an incomplete and over broad warrant looking for evidence of violations of "section 7201 and 7203". Knowing that request for search was absolutely meaingless in the warrant standard industry, I requested to see the affidavit that the warrant referenced under Rule 41 only to be told by Magistrate McCarty that my requests were not allowed by law.

Several thousand dollars was taken during the raid yet there was not claim I was doing anything that was pointed to activity deserving the designation I possessed "contraband".

Mrs. Nelson and Mr. Horn ultimately were behind the intrusion and both fought to keep me from getting the money or other property, like original car titles, returned under rule 41.

Eventually, acting as if they were doing me a favor, Horn and Nelson ordered Brian Shern, the search warrant agent, to return my titles to me. The cash was a different animal all together.

Seems after the IRS took possession and counted the money, resulting in a receipt for $ 19,000 being given prior to the agents exiting my home, and after the money was counted several times in front of several agents and my wife, the agents purportedly allowed to enter my home by this warrant, stole at least $ 2,000 and my fourth amendment security.

Almost 4 months after the raid, and after attempts to prevent me from obtaining an order to return what belonged to me, Agent Shern called and said he had my "check". He arrived on January 7, 2006, walked into my home with another agent and handed me a waiver form to sign seeking an agreement not to sue the United States and then showed me a check for $ 17,000. This is all made evidence in the Northern District of Oklahoma where I commenced action as 06-156 and to which this case is pending.

4

On March 14, 2006, after considering all this going on, and deciding that it was all over what knowledge I had regarding IRS violations of the Paperwork Reduction Act that the public was not made aware of by anyone in the United States, I commenced action in the Northern District of Oklahoma, against the United States, seeking declaratory judgment and other relief. No monetary relief or any other relief that could be construed as to be prohibited by federal law. I sought protection the public was given under 44 U.S.C. § 3512 which says "may be raised as a complete defense, bar, or otherwise, at any time during the administrative process or any judicial action applicable thereto."

Through the draw, now Chief Judge Eagen, was assigned to my public protection case.    When I got her order yesterday dismissing my case I was startled to see what she wrote. She said that "it is settled law that the requirement to file a tax return is mandated by statute, not by regulation" and "such requirements are not subject to the PRA." *Order @ 4.* She then types the words *United States v. Dawes* 951 F.2d, 1189, 1191-1192.

I was shocked to see this since the *Dawes* Court actually stated:

> "We would be inclined to follow the general analysis of Wunder and Hicks and hold that the operation of the PRA in these circumstances did not repeal the criminal sanctions for failing to file an income tax return because the obligation to file is a statutory one. **However, we are not compelled to rest our opinion on the statutory origin theory because we find the analysis of other courts which have considered the issue to be persuasive.**"

The 10th Circuit so obviously did not state what Judge Eagen said its holding stated, and I have read this case 1000 times and looked at it again to see where on either page 1191 or 1192 the 10th Circuit said what Judge Eagen put quotes around and it is simply not there.

I am mindful of both what is at stake and how Judge Eagen may take this complaint but as an American, I have no choice but to challenge her mental capacity in this regard.

Judge Eagen was seriously faced with the words of the Commissioner of the Internal Revenue for 24 years which each year told the public "Our legal right to ask for the information is section 6001, 6011 and 6012(a) and THEIR REGULATIONS." For year 2005 this appears on page 78 of the IRS Instruction Booklet for form 1040.

5

Next, Docket # 125 of the Patterson Jury Instructions written by Judge Eagen during that trial on page 38 of 76 in December, 2003, she instructs the jury on the law by telling them the requirement to file is by "statute or regulation".

Then, the clear refusal or failure to see that the 10th Circuit unequivocally stated in the Decision announced in *Dawes* that "The 1040 form is the information collection request which arguably must comply with the PRA." and "As long as the 1040 form complies with the Act, nothing more is required" and "we are not compelled to rest our opinion on the statutory origin theory".   All these were addressed in Plaintiff's complaint and Motion for Injunction, Sanctions and other pleadings filed.

Then, of course, I relied upon the "public protection" and sought protection in this case where Judge Eagen either refused to read the law, judicial decisions governing her conduct, and that of the United States.   She appears to have ignored the words of the Supreme Court in *Dole v. Steelworkers* which says "typical information collection request forms include tax forms" as well as Congress' words at section 3512 that say the protection of section 3512 may be raised as a "complete defense, bar, or otherwise at any time..."

The only other way to read her decision is that she thinks she has the authority to overrule the Supreme Court of the United States and the 10th Circuit Court of Appeals.   She also thinks she has the power to dismiss the Commissioner of the Internal Revenue Service's public words she no doubt has allowed entered in countless cases as a self authenticating document, as well as she decided the Federal Court system is forbidden by the Anti-Injunction Act from protecting the public from undisputed violations of numerous federal laws.

One way or the other something is seriously not right inside the mind of Judge Eagen.  Either she is being held hostage to something and is unable to publicly say it for fear of some underlying threat, or she has decided to overrule the Supreme Court in *Dole*, the 10th Circuit in *Dawes*, the Commissioner in its own public words to the entire country, as well as the specific words of Congress themselves.

I have fully read and listened to the attorneys for the U.S. Department of Justice and at no time did they argue that because of an outcome potentially in my favor that if I were to gain the  protected from the IRS's illegal conduct, this result would somehow limit the Government's ability to "collect taxes" due between 1982 through 2006.

Are not all taxes collected for 1982 through 2006 already collected?  If there are taxes to be collected that were illegally collected that would not reach back to

6

1982.  There is no logical way to consider all these facts but to determine something is sinisterly wrong in the mind of Judge Eagen.   If she is being held under the control of another then she should not take offense to my complaint.  If she is not, and she does take offense, then this would be seen as simply another mental err in which only re-enforces the reason for this complaint.

**E-FILED**
Tuesday, 27 June, 2006  08:49:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

LINDSEY K. SPRINGER

        Plaintiff,

                        Case No. 06CV 110-CVE-PJC

v.

UNITED STATES, by and through,
IT'S INTERNAL REVENUE SERVICE AGENCY,
IT'S OFFICERS AND EMPLOYEES

        Defendant.

NOTICE OF APPEAL

Plaintiff, Lindsey K. Springer, files his Notice of Appeal of the decision

announced yesterday, June 21, 2006, dismissing his complaint for failure to allege

the district court had proper jurisdiction over protecting the public, of which

Plaintiff is one of,  from violations of federal law by the IRS and because  the

dismissal holds the Anti-Injunction Act purportedly prohibits the district court

from reining the agency action of the IRS into compliance with the laws written by

Congress.[1]   In short, the law allows the IRS to act lawlessly.  The decision by the

district court ignores the Commissioner's words published for 25 years, the

Supreme Court in *Dole*, the 10th Circuit in *Dawes*, and even Judge Eagan's own

---

[1] Plaintiff this day also filed a Judicial Complaint with the Office of the Circuit
Executive with regard to Chief Judge Claire V. Eagan.

1

instructions on the laws requirement in the criminal case of *U.S.A. v. Patterson*.

03-CR-55.

Respectfully Submitted
/s/ Lindsey K. Springer
Lindsey K. Springer
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Appeal was

mailed through the Court's ECF system on June 22, 2006, to:

Michael J. Roessner
Trial Attorney, Tax Division
michael.j.roessner@doj.gov

/s/ Lindsey K. Springer
Signature of Server

3

:06-cv-MMM-JAG #33-10 Page 1 of 2 E-FILED Tuesday, 27, June, 2006 08:34:41 M Clerk, U.S. District Court, ILCD

# 1040 U.S. Individual Income Tax Return 1990

Department of the Treasury—Internal Revenue Service

(0) OMB No. 1545-0074

For the year Jan.–Dec. 31, 1990, or other tax year beginning _____, 1990, ending _____, 19___

**Label** (See Instructions on page 8.)

Use IRS label. Otherwise, please print or type.

L A B E L   H E R E

Your first name and initial | Last name

If a joint return, spouse's first name and initial | Last name

Your social security number

Spouse's social security number

Home address (number and street) (If you have a P O box, see page 9.) | Apt no.

City, town or post office, state, and ZIP code. (If you have a foreign address, see page 9 )

**For Privacy Act and Paperwork Reduction Act Notice, see Instructions.**

**Presidential Election Campaign** (See page 9.)

Do you want $1 to go to this fund? — Yes / No

If joint return, does your spouse want $1 to go to this fund? — Yes / No

**Note:** Checking 'Yes' will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1 ☐ Single. (See page 10 to find out if you can file as head of household.)
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶ _____
4 ☐ Head of household (with qualifying person). (See page 10.) If the qualifying person is your child but not your dependent, enter this child's name here. ▶ _____
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19___ ). (See page 10.)

**Exemptions** (See Instructions on page 10.)

If more than 6 dependents, see Instructions on page 11.

6a ☐ **Yourself** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2

b ☐ **Spouse**

No. of boxes checked on 6a and 6b

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1990 |
|---|---|---|---|---|
| | | . . | | |
| | | . . | | |
| | | . . | | |
| | | . . | | |
| | | . . | | |

No. of your children on 6c who:
• lived with you
• didn't live with you due to divorce or separation (see page 11)

No. of other dependents on 6c

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐

e Total number of exemptions claimed . . . . . . . . . . .

Add numbers entered on lines above ▶

**Income**

Attach Copy B of your Forms W–2, W–2G, and W–2P here.

If you do not have a W–2, see page 8.

Attach check or money order on top of any Forms W–2, W–2G, or W–2P.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W–2) | 7 |
| 8a | **Taxable** interest income (also attach Schedule B if over $400) | 8a |
| b | **Tax-exempt** interest income (see page 13). DON'T include on line 8a  8b | |
| 9 | Dividend income (also attach Schedule B if over $400) | 9 |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 14 | 10 |
| 11 | Alimony received | 11 |
| 12 | Business income or (loss) (attach Schedule C) | 12 |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 |
| 14 | Capital gain distributions not reported on line 13 (see page 14) | 14 |
| 15 | Other gains or (losses) (attach Form 4797) | 15 |
| 16a | Total IRA distributions  16a  16b Taxable amount (see page 14) | 16b |
| 17a | Total pensions and annuities  17a  17b Taxable amount (see page 14) | 17b |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 |
| 19 | Farm income or (loss) (attach Schedule F) | 19 |
| 20 | Unemployment compensation (insurance) (see page 16) | 20 |
| 21a | Social security benefits  21a  21b Taxable amount (see page 16) | 21b |
| 22 | Other income (list type and amount—see page 16) | 22 |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your **total Income** ▶ | 23 |

**Adjustments to Income**

(See Instructions on page 17.)

| | | |
|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 17 or 18 | 24a |
| b | Spouse's IRA deduction, from applicable worksheet on page 17 or 18 | 24b |
| 25 | One-half of self-employment tax (see page 18) | 25 |
| 26 | Self-employed health insurance deduction, from worksheet on page 18 | 26 |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 |
| 28 | Penalty on early withdrawal of savings | 28 |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 |
| 30 | Add lines 24a through 29. These are your **total adjustments** . . . . ▶ | 30 |

**Adjusted Gross Income**

31 Subtract line 30 from line 23. This is your **adjusted gross income**. If this amount is less than $20,264 and a child lived with you, see page 23 to find out if you can claim the "Earned Income Credit" on line 57 | 31

| | | | | |
|---|---|---|---|---|
| | **32** | Amount from line 31 (adjusted gross income) | **32** | |

**Tax Computation**

If you want IRS to figure your tax, see Instructions on page 19

| | | | |
|---|---|---|---|
| **33a** | Check if: ☐ **You** were 65 or older ☐ Blind; ☐ **Spouse** was 65 or older ☐ Blind. | | |
| | Add the number of boxes checked above and enter the total here ▶ | **33a** | |
| **b** | If your parent (or someone else) can claim you as a dependent, check here ▶ | **33b** ☐ | |
| **c** | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 19 and check here ▶ | **33c** ☐ | |
| **34** | Enter the **larger** of. • Your **standard deduction** (from the chart (or worksheet) on page 20 that applies to you), **OR** • Your **itemized deductions** (from Schedule A, line 27). If you itemize, attach Schedule A and check here. ▶ ☐ | **34** | |
| **35** | Subtract line 34 from line 32 | **35** | |
| **36** | Multiply $2,050 by the total number of exemptions claimed on line 6e | **36** | |
| **37** | **Taxable income.** Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) | **37** | |
| **38** | Enter tax. Check if from: **a** ☐ Tax Table, **b** ☐ Tax Rate Schedules, or **c** ☐ Form 8615 (see page 21) (If any is from Form(s) 8814, enter that amount here ▶ **d** _____ .) | **38** | |
| **39** | Additional taxes (see page 21). Check if from: **a** ☐ Form 4970 **b** ☐ Form 4972 | **39** | |
| **40** | Add lines 38 and 39 . . . . . . . . . . . . . . . . . ▶ | **40** | |

**Credits**

(See Instructions on page 21.)

| | | | | |
|---|---|---|---|---|
| **41** | Credit for child and dependent care expenses (attach Form 2441) | **41** | | |
| **42** | Credit for the elderly or the disabled (attach Schedule R) | **42** | | |
| **43** | Foreign tax credit (attach Form 1116) | **43** | | |
| **44** | General business credit. Check if from: **a** ☐ Form 3800 or **b** ☐ Form (specify) _____ | **44** | | |
| **45** | Credit for prior year minimum tax (attach Form 8801) | **45** | | |
| **46** | Add lines 41 through 45 | | **46** | |
| **47** | Subtract line 46 from line 40. (If line 46 is more than line 40, enter -0-.) . . . . ▶ | | **47** | |

**Other Taxes**

| | | | |
|---|---|---|---|
| **48** | Self-employment tax (attach Schedule SE) | **48** | |
| **49** | Alternative minimum tax (attach Form 6251) | **49** | |
| **50** | Recapture taxes (see page 22). Check if from: **a** ☐ Form 4255 **b** ☐ Form 8611 | **50** | |
| **51** | Social security tax on tip income not reported to employer (attach Form 4137) | **51** | |
| **52** | Tax on an IRA or a qualified retirement plan (attach Form 5329) | **52** | |
| **53** | Advance earned income credit payments from Form W-2 | **53** | |
| **54** | Add lines 47 through 53. This is your **total tax** . . . . . . . . . ▶ | **54** | |

**Payments**

Attach Forms W-2, W-2G, and W-2P to front.

| | | | | |
|---|---|---|---|---|
| **55** | Federal income tax withheld (**if any is from Form(s) 1099,** check ▶ ☐ ) | **55** | | |
| **56** | 1990 estimated tax payments and amount applied from 1989 return | **56** | | |
| **57** | **Earned income credit** (see page 23) | **57** | | |
| **58** | Amount paid with Form 4868 (extension request) | **58** | | |
| **59** | Excess social security and RRTA tax withheld (see page 24) | **59** | | |
| **60** | Credit for Federal tax on fuels (attach Form 4136) | **60** | | |
| **61** | Regulated investment company credit (attach Form 2439) | **61** | | |
| **62** | Add lines 55 through 61. These are your **total payments** . . . . . ▶ | | **62** | |

**Refund or Amount You Owe**

| | | | |
|---|---|---|---|
| **63** | If line 62 is more than line 54, enter amount **OVERPAID** ▶ | **63** | |
| **64** | Amount of line 63 to be **REFUNDED TO YOU** ▶ | **64** | |
| **65** | Amount of line 63 to be **APPLIED TO YOUR 1991 ESTIMATED TAX** ▶ **65** | | |
| **66** | If line 54 is more than line 62, enter **AMOUNT YOU OWE.** Attach check or money order for full amount payable to 'Internal Revenue Service.' Write your name, address, social security number, daytime phone number, and '1990 Form 1040' on it | **66** | |
| **67** | Estimated tax penalty (see page 25) **67** | | |

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | Date | |
|---|---|---|
| ▶ Your signature | Date | Your occupation |
| ▶ Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |

**Paid Preparer's Use Only**

| | Date | | Preparer's social security no. |
|---|---|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐ | |
| Firm's name (or yours if self-employed) and address ▶ | | E I No | |
| | | ZIP code | |

☆ U.S. Government Printing Office  1990 — 265-152

**E-FILED**
Tuesday, 27 June, 2006 08:51:57 PM
Clerk, U.S. District Court, ILCD

Form **1040**

Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**  19**91**  | OMB No. 1545-0074

For the year Jan.–Dec. 31, 1991, or other tax year beginning _____ , 1991, ending _____ , 19___

## Label

(See instructions on page 11.)

Use the IRS label. Otherwise, please print or type.

L A B E L   H E R E

Your first name and initial | Last name

If a joint return, spouse's first name and initial | Last name

Home address (number and street). (If you have a P.O. box, see page 11.) | Apt. no.

City, town or post office, state, and ZIP code. (If you have a foreign address, see page 11.)

Your social security number

Spouse's social security number

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**

**Presidential Election Campaign** (See page 11.)

Do you want $1 to go to this fund? . . . . . . . | Yes | No
If joint return, does your spouse want $1 to go to this fund? . | Yes | No

**Note:** *Checking "Yes" will not change your tax or reduce your refund.*

## Filing Status

Check only one box.

1 — Single
2 — Married filing joint return (even if only one had income)
3 — Married filing separate return. Enter spouse's social security no. above and full name here. ▶ _____
4 — Head of household (with qualifying person). (See page 12.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5 — Qualifying widow(er) with dependent child (year spouse died ▶ 19___ ). (See page 12.)

## Exemptions

(See page 12.)

6a ☐ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2

b ☐ **Spouse** . . . . . . . . . . . . . . . . .

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1991 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 13.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐
e Total number of exemptions claimed . . . . . . . . . . .

No. of boxes checked on 6a and 6b _____

No. of your children on 6c who:
• lived with you _____
• didn't live with you due to divorce or separation (see page 14) _____

No. of other dependents on 6c _____

Add numbers entered on lines above ▶ _____

## Income

**Attach Copy B of your Forms W-2, W-2G, and 1099-R here.**

If you did not get a W-2, see page 10.

Attach check or money order on top of any Forms W-2, W-2G, or 1099-R.

7 Wages, salaries, tips, etc. *(attach Form(s) W-2)* . . . . . . | 7
8a **Taxable** interest income *(also attach Schedule B if over $400)* . . | 8a
b Tax-exempt interest income (see page 16). DON'T include on line 8a | 8b | |
9 Dividend income *(also attach Schedule B if over $400)* . . . | 9
10 Taxable refunds of state and local income taxes, if any, from worksheet on page 16 . . . | 10
11 Alimony received . . . . . . . . . . . . . . | 11
12 Business income or (loss) *(attach Schedule C)* . . . . . | 12
13 Capital gain or (loss) *(attach Schedule D)* . . . . . . | 13
14 Capital gain distributions not reported on line 13 (see page 17) . . | 14
15 Other gains or (losses) *(attach Form 4797)* . . . . . . | 15
16a Total IRA distributions . | 16a | | 16b Taxable amount (see page 17) | 16b
17a Total pensions and annuities | 17a | | 17b Taxable amount (see page 17) | 17b
18 Rents, royalties, partnerships, estates, trusts, etc. *(attach Schedule E)* | 18
19 Farm income or (loss) *(attach Schedule F)* . . . . . . | 19
20 Unemployment compensation (insurance) (see page 18) . . . | 20
21a Social security benefits . | 21a | | 21b Taxable amount (see page 18) | 21b
22 Other income (list type and amount—see page 19) .................. | 22
23 Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶ | 23

## Adjustments to Income

(See page 19.)

24a Your IRA deduction, from applicable worksheet on page 20 or 21 | 24a |
b Spouse's IRA deduction, from applicable worksheet on page 20 or 21 | 24b |
25 One-half of self-employment tax (see page 21) . . . | 25 |
26 Self-employed health insurance deduction, from worksheet on page 22 | 26 |
27 Keogh retirement plan and self-employed SEP deduction | 27 |
28 Penalty on early withdrawal of savings . . . | 28 |
29 Alimony paid. Recipient's SSN ▶ _____ | 29 |
30 Add lines 24a through 29. These are your **total adjustments** . . . . . . . ▶ | 30

## Adjusted Gross Income

31 Subtract line 30 from line 23. This is your **adjusted gross income**. *If this amount is less than $21,250 and a child lived with you, see page 45 to find out if you can claim the "Earned Income Credit" on line 56.* . . . . . . . ▶ | 31

Cat. No. 11320B

Form 1040 (1991)                                                                                    Page **2**

| | | |
|---|---|---|
| **Tax Computation** | **32** Amount from line 31 (adjusted gross income) . . . . . . . . . . | **32** |
| | **33a** Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. | |
| If you want the IRS to figure your tax, see page 24. | Add the number of boxes checked above and enter the total here ▶ **33a** ☐ | |
| | **b** If your parent (or someone else) can claim you as a dependent, check here ▶ **33b** ☐ | |
| | **c** If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 23 and check here . . . . . ▶ **33c** ☐ | |
| | **34** Enter the larger of your: { **Itemized deductions** (from Schedule A, line 26), **OR** **Standard deduction** (shown below for your filing status. *Caution: If you checked **any** box on line 33a or b, go to page 23 to find your standard deduction. If you checked box 33c, your standard deduction is zero.* ● Single—$3,400  ● Head of household—$5,000 ● Married filing jointly or Qualifying widow(er)—$5,700 ● Married filing separately—$2,850 } | **34** |
| | **35** Subtract line 34 from line 32 . . . . . . . . . . . . . . . | **35** |
| | **36** If line 32 is $75,000 or less, multiply $2,150 by the total number of exemptions claimed on line 6e. If line 32 is over $75,000, see page 24 for the amount to enter . . . . | **36** |
| | **37** **Taxable income.** Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) . | **37** |
| | **38** Enter tax. Check if from **a** ☐ Tax Table, **b** ☐ Tax Rate Schedules, **c** ☐ Schedule D, or **d** ☐ Form 8615 (see page 24). (Amount, if any, from Form 8814 ▶ **e** ____ .) | **38** |
| | **39** Additional taxes (see page 24). Check if from **a** ☐ Form 4970 **b** ☐ Form 4972 | **39** |
| | **40** Add lines 38 and 39 . . . . . . . . . . . . . . . . ▶ | **40** |
| **Credits** (See page 25.) | **41** Credit for child and dependent care expenses *(attach Form 2441)* **41** | |
| | **42** Credit for the elderly or the disabled *(attach Schedule R)* . . **42** | |
| | **43** Foreign tax credit *(attach Form 1116)* . . . . . **43** | |
| | **44** Other credits (see page 25). Check if from **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form (specify)____ **44** | |
| | **45** Add lines 41 through 44 . . . . . . . . . . . . . . | **45** |
| | **46** Subtract line 45 from line 40. (If line 45 is more than line 40, enter -0-.) . . . . ▶ | **46** |
| **Other Taxes** | **47** Self-employment tax *(attach Schedule SE)* . . . . . . . . . . | **47** |
| | **48** Alternative minimum tax *(attach Form 6251)* . . . . . . . . . | **48** |
| | **49** Recapture taxes (see page 26). Check if from **a** ☐ Form 4255 **b** ☐ Form 8611 **c** ☐ Form 8828 | **49** |
| | **50** Social security and Medicare tax on tip income not reported to employer *(attach Form 4137)* | **50** |
| | **51** Tax on an IRA or a qualified retirement plan *(attach Form 5329)* . . . . . . | **51** |
| | **52** Advance earned income credit payments from Form W-2 . . . . . . . | **52** |
| | **53** Add lines 46 through 52. This is your **total tax** . . . . . . . . . ▶ | **53** |
| **Payments** Attach Forms W-2, W-2G, and 1099-R to front. | **54** Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐) **54** | |
| | **55** 1991 estimated tax payments and amount applied from 1990 return . **55** | |
| | **56** **Earned income credit** *(attach Schedule EIC)* . . . **56** | |
| | **57** Amount paid with Form 4868 (extension request) . . . . **57** | |
| | **58** Excess social security, Medicare, and RRTA tax withheld (see page 27) . **58** | |
| | **59** Other payments (see page 27). Check if from **a** ☐ Form 2439 **b** ☐ Form 4136 . . . **59** | |
| | **60** Add lines 54 through 59. These are your **total payments** . . . . . . . ▶ | **60** |
| **Refund or Amount You Owe** | **61** If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID.** ▶ | **61** |
| | **62** Amount of line 61 to be **REFUNDED TO YOU** . . . . . . . . . ▶ | **62** |
| | **63** Amount of line 61 to be **APPLIED TO YOUR 1992 ESTIMATED TAX** ▶ **63** | |
| | **64** If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE.** Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1991 Form 1040" on it. ▶ | **64** |
| | **65** Estimated tax penalty (see page 28). Also include on line 64. **65** | |

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| ▶ | | |
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |
| ▶ | | |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ▶ | | E.I. No. | |
| | | ZIP code | |

**E-FILED**
Tuesday, 27 June, 2006 08:53:14 PM
Clerk, U.S. District Court, ILCD

Form **1040**

Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return** 19**92**

IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 1992, or other tax year beginning , 1992, ending , 19

## Label

(See instructions on page 10.)

Use the IRS label. Otherwise, please print or type.

| L A B E L H E R E | Your first name and initial | Last name | Your social security number |
| | If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | Home address (number and street). If you have a P.O. box, see page 10. | Apt. no. | **For Privacy Act and Paperwork Reduction Act Notice, see page 4.** |
| | City, town or post office, state, and ZIP code. If you have a foreign address, see page 10. | | |

**Presidential Election Campaign**
(See page 10.)

Do you want $1 to go to this fund? . . . . . . . . . . — Yes — No

If a joint return, does your spouse want $1 to go to this fund? . — Yes — No

**Note:** Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

(See page 10.)

Check only one box.

1 — Single
2 — Married filing joint return (even if only one had income)
3 — Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 — Head of household (with qualifying person). (See page 11.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 — Qualifying widow(er) with dependent child (year spouse died ▶ 19   ). (See page 11.)

## Exemptions

(See page 11.)

If more than six dependents, see page 12.

6a — **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a. But be sure to check the box on line 33b on page 2
b — **Spouse**

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1992 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of boxes checked on 6a and 6b

No. of your children on 6c who:
• lived with you
• didn't live with you due to divorce or separation (see page 13)

No. of other dependents on 6c

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ —
e Total number of exemptions claimed . . . . . . . . . . . .

Add numbers entered on lines above ▶

## Income

**Attach Copy B of your Forms W-2, W-2G, and 1099-R here.**

If you did not get a W-2, see page 9.

Attach check or money order on top of any Forms W-2, W-2G, or 1099-R.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . | 7 |
| 8a | **Taxable** interest income. Attach Schedule B if over $400 . . . | 8a |
| b | **Tax-exempt** interest income (see page 15). DON'T include on line 8a | 8b |
| 9 | Dividend income. Attach Schedule B if over $400 . . . . . . | 9 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes from worksheet on page 16 | 10 |
| 11 | Alimony received . . . . . . . . . . . . . . | 11 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . | 12 |
| 13 | Capital gain or (loss). Attach Schedule D . . . . . . . . | 13 |
| 14 | Capital gain distributions not reported on line 13 (see page 15) . | 14 |
| 15 | Other gains or (losses). Attach Form 4797 . . . . . . . . | 15 |
| 16a | Total IRA distributions . 16a | b Taxable amount (see page 16) | 16b |
| 17a | Total pensions and annuities 17a | b Taxable amount (see page 16) | 17b |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. Attach Schedule E | 18 |
| 19 | Farm income or (loss). Attach Schedule F . . . . . . . . | 19 |
| 20 | Unemployment compensation (see page 17) . . . . . . . | 20 |
| 21a | Social security benefits 21a | b Taxable amount (see page 17) | 21b |
| 22 | Other income. List type and amount—see page 18 . . . . . | 22 |
| 23 | Add the amounts in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 |

## Adjustments to Income

(See page 18.)

| | | |
|---|---|---|
| 24a | Your IRA deduction from applicable worksheet on page 19 or 20 | 24a |
| b | Spouse's IRA deduction from applicable worksheet on page 19 or 20 | 24b |
| 25 | One-half of self-employment tax (see page 20) . . . . | 25 |
| 26 | Self-employed health insurance deduction (see page 20) . | 26 |
| 27 | Keogh retirement plan and self-employed SEP deduction . | 27 |
| 28 | Penalty on early withdrawal of savings . . . . . | 28 |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 |
| 30 | Add lines 24a through 29. These are your **total adjustments** . . . . . . . ▶ | 30 |

## Adjusted Gross Income

31 Subtract line 30 from line 23. This is your **adjusted gross income.** If this amount is less than $22,370 and a child lived with you, see page EIC-1 to find out if you can claim the "Earned Income Credit" on line 56 | 31

Cat. No. 11320B

Form **1040** (1992)

Form 1040 (1992)                                                                                                    Page **2**

### Tax Computation

(See page 22.)

| | | | |
|---|---|---|---|
| **32** | Amount from line 31 (adjusted gross income) . . . . . . . . . | **32** | |
| **33a** | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. | | |
| | Add the number of boxes checked above and enter the total here ▶ **33a** | | |
| **b** | If your parent (or someone else) can claim you as a dependent, check here ▶ **33b** ☐ | | |
| **c** | If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 22 and check here . . . . . . ▶ **33c** ☐ | | |

**34** Enter the **larger** of your:

> **Itemized deductions** from Schedule A, line 26, **OR**
> **Standard deduction** shown below for your filing status. **But if you checked any box on line 33a or b,** go to page 22 to find your standard deduction. **If you checked box 33c,** your standard deduction is zero.
> ● Single—$3,600    ● Head of household—$5,250
> ● Married filing jointly or Qualifying widow(er)—$6,000
> ● Married filing separately—$3,000

**34** | |

| | | | |
|---|---|---|---|
| **35** | Subtract line 34 from line 32 . . . . . . . . . . . . | **35** | |
| **36** | If line 32 is $78,950 or less, multiply $2,300 by the total number of exemptions claimed on line 6e. If line 32 is over $78,950, see the worksheet on page 23 for the amount to enter . | **36** | |
| **37** | **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | **37** | |
| **38** | Enter tax. Check if from **a** ☐ Tax Table, **b** ☐ Tax Rate Schedules, **c** ☐ Schedule D, or **d** ☐ Form 8615 (see page 23). Amount, if any, from Form(s) 8814 ▶ **e** | **38** | |
| **39** | Additional taxes (see page 23). Check if from **a** ☐ Form 4970 **b** ☐ Form 4972 | **39** | |
| **40** | Add lines 38 and 39 . . . . . . . . . . . . . . ▶ | **40** | |

*If you want the IRS to figure your tax, see page 23.*

### Credits

(See page 23.)

| | | | |
|---|---|---|---|
| **41** | Credit for child and dependent care expenses. Attach Form 2441 | **41** | |
| **42** | Credit for the elderly or the disabled. Attach Schedule R . | **42** | |
| **43** | Foreign tax credit. Attach Form 1116 . . . . . . | **43** | |
| **44** | Other credits (see page 24). Check if from **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form (specify) | **44** | |
| **45** | Add lines 41 through 44 . . . . . . . . . . . . | **45** | |
| **46** | Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- . . . ▶ | **46** | |

### Other Taxes

| | | | |
|---|---|---|---|
| **47** | Self-employment tax. Attach Schedule SE. Also, see line 25 . . . . . . . | **47** | |
| **48** | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . | **48** | |
| **49** | Recapture taxes (see page 25). Check if from **a** ☐ Form 4255 **b** ☐ Form 8611 **c** ☐ Form 8828 | **49** | |
| **50** | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | **50** | |
| **51** | Tax on qualified retirement plans, including IRAs. Attach Form 5329 . . . . | **51** | |
| **52** | Advance earned income credit payments from Form W-2 . . . . . . . | **52** | |
| **53** | Add lines 46 through 52. This is your **total tax** . . . . . . . . ▶ | **53** | |

### Payments

Attach Forms W-2, W-2G, and 1099-R on the front.

| | | | |
|---|---|---|---|
| **54** | Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☐ | **54** | |
| **55** | 1992 estimated tax payments and amount applied from 1991 return . | **55** | |
| **56** | **Earned income credit.** Attach Schedule EIC . . . . . | **56** | |
| **57** | Amount paid with Form 4868 (extension request) . . . . | **57** | |
| **58** | Excess social security, Medicare, and RRTA tax withheld (see page 26) . | **58** | |
| **59** | Other payments (see page 26). Check if from **a** ☐ Form 2439 **b** ☐ Form 4136 | **59** | |
| **60** | Add lines 54 through 59. These are your **total payments** . . . . . ▶ | **60** | |

### Refund or Amount You Owe

Attach check or money order on top of Form(s) W-2, etc., on the front.

| | | | |
|---|---|---|---|
| **61** | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** ▶ | **61** | |
| **62** | Amount of line 61 you want **REFUNDED TO YOU** . . . . . . . . ▶ | **62** | |
| **63** | Amount of line 61 you want **APPLIED TO YOUR 1993 ESTIMATED TAX** ▶ | **63** | |
| **64** | If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE**. Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1992 Form 1040" on it | **64** | |
| **65** | Estimated tax penalty (see page 27). Also include on line 64 . **65** | | |

### Sign Here

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| | | |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation |
| | | |

### Paid Preparer's Use Only

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | E.I. No. | |
| | | ZIP code | |

E-FILED
Tuesday, 27 June, 2006 08:54:35 PM
IRS Use Only—Do not write or staple in this space.
Clerk, U.S. District Court, ILCD

Form **1040**

Department of the Treasury—Internal Revenue Service

U.S. Individual Income Tax Return

19**93**

OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 1993, or other tax year beginning _____ , 1993, ending _____ , 19 ___

## Label

(See instructions on page 12.)

**Use the IRS label.** Otherwise, please print or type.

L A B E L   H E R E

Your first name and initial | Last name

If a joint return, spouse's first name and initial | Last name

Home address (number and street). If you have a P.O. box, see page 12. | Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.

Your social security number

Spouse's social security number

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.**

## Presidential Election Campaign

(See page 12.)

Do you want $3 to go to this fund? . . . . . . . . . .
If a joint return, does your spouse want $3 to go to this fund? . . . . . . .

Yes | No | **Note:** Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

(See page 12.)

Check only one box.

1 | Single
2 | Married filing joint return (even if only one had income)
3 | Married filing separate return. Enter spouse's social security no. above and full name here. ▶ _____
4 | Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5 | Qualifying widow(er) with dependent child (year spouse died ▶ 19 ___ ). (See page 13.)

## Exemptions

(See page 13.)

If more than six dependents, see page 14.

6a | **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a. But be sure to check the box on line 33b on page 2
b | **Spouse**
c | **Dependents:**
(1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1993

d | If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶
e | Total number of exemptions claimed . . . . . . . . . . . . . . . . .

No. of boxes checked on 6a and 6b

No. of your children on 6c who:
• lived with you
• didn't live with you due to divorce or separation (see page 15)

Dependents on 6c not entered above

Add numbers entered on lines above ▶

## Income

**Attach Copy B of your Forms W-2, W-2G, and 1099-R here.**

If you did not get a W-2, see page 10.

If you are attaching a check or money order, put it on top of any Forms W-2, W-2G, or 1099-R.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . | 7 |
| 8a | **Taxable** interest income (see page 16). Attach Schedule B if over $400 | 8a |
| b | **Tax-exempt** interest (see page 17). DON'T include on line 8a  8b | |
| 9 | Dividend income. Attach Schedule B if over $400 . . . . . . | 9 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 17) . | 10 |
| 11 | Alimony received . . . . . . . . . . . . . . . | 11 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . | 12 |
| 13 | Capital gain or (loss). Attach Schedule D . . . . . . . . . | 13 |
| 14 | Capital gain distributions not reported on line 13 (see page 17) . . . | 14 |
| 15 | Other gains or (losses). Attach Form 4797 . . . . . . . . | 15 |
| 16a | Total IRA distributions . 16a | b Taxable amount (see page 18) | 16b |
| 17a | Total pensions and annuities 17a | b Taxable amount (see page 18) | 17b |
| 18 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 18 |
| 19 | Farm income or (loss). Attach Schedule F . . . . . . . . . | 19 |
| 20 | Unemployment compensation (see page 19) . . . . . . . . | 20 |
| 21a | Social security benefits 21a | b Taxable amount (see page 19) | 21b |
| 22 | Other income. List type and amount—see page 20 . . . . . . | 22 |
| 23 | Add the amounts in the far right column for lines 7 through 22. This is your **total income** ▶ | 23 |

## Adjustments to Income

(See page 20.)

| | | |
|---|---|---|
| 24a | Your IRA deduction (see page 20) . . . . . | 24a |
| b | Spouse's IRA deduction (see page 20) . . . . | 24b |
| 25 | One-half of self-employment tax (see page 21) . . | 25 |
| 26 | Self-employed health insurance deduction (see page 22) | 26 |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 |
| 28 | Penalty on early withdrawal of savings . . . . | 28 |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 |
| 30 | Add lines 24a through 29. These are your **total adjustments** . . . . . . ▶ | 30 |

## Adjusted Gross Income

31 | Subtract line 30 from line 23. This is your **adjusted gross income.** If this amount is less than $23,050 and a child lived with you, see page EIC-1 to find out if you can claim the "Earned Income Credit" on line 56 | 31

Cat. No. 11320B

Form **1040** (1993)

Form 1040 (1993) — Page **2**

## Tax Computation

(See page 23.)

**32** Amount from line 31 (adjusted gross income) · · · · · · · · · **32**

**33a** Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind.
Add the number of boxes checked above and enter the total here · · ▶ **33a**

**b** If your parent (or someone else) can claim you as a dependent, check here · ▶ **33b** ☐

**c** If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 24 and check here · · · · · · · ▶ **33c** ☐

**34** Enter the larger of your:
**Itemized deductions** from Schedule A, line 26, **OR**
**Standard deduction** shown below for your filing status. **But if you checked any box on line 33a or b,** go to page 24 to find your standard deduction. If you checked **box 33c,** your standard deduction is zero.
● Single—$3,700  ● Head of household—$5,450
● Married filing jointly or Qualifying widow(er)—$6,200
● Married filing separately—$3,100
**34**

**35** Subtract line 34 from line 32 · · · · · · · · · · · · · · **35**

**36** If line 32 is $81,350 or less, multiply $2,350 by the total number of exemptions claimed on line 6e. If line 32 is over $81,350, see the worksheet on page 25 for the amount to enter · · **36**

**37** **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- · **37**

If you want the IRS to figure your tax, see page 24.

**38** Tax. Check if from **a** ☐ Tax Table, **b** ☐ Tax Rate Schedules, **c** ☐ Schedule D Tax Work-sheet, or **d** ☐ Form 8615 (see page 25). Amount from Form(s) 8814 ▶ **e** _____ **38**

**39** Additional taxes (see page 25). Check if from **a** ☐ Form 4970 **b** ☐ Form 4972 **39**

**40** Add lines 38 and 39 · · · · · · · · · · · · · · · · · ▶ **40**

## Credits

(See page 25.)

**41** Credit for child and dependent care expenses. Attach Form 2441 **41**

**42** Credit for the elderly or the disabled. Attach Schedule R · **42**

**43** Foreign tax credit. Attach Form 1116 · · · · · · **43**

**44** Other credits (see page 26). Check if from **a** ☐ Form 3800
**b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form (specify) _____ **44**

**45** Add lines 41 through 44 · · · · · · · · · · · · · · · **45**

**46** Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- · · · · · ▶ **46**

## Other Taxes

**47** Self-employment tax. Attach Schedule SE. Also, see line 25 · · · · · · · · **47**

**48** Alternative minimum tax. Attach Form 6251 · · · · · · · · · · · · **48**

**49** Recapture taxes (see page 26). Check if from **a** ☐ Form 4255 **b** ☐ Form 8611 **c** ☐ Form 8828 **49**

**50** Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 **50**

**51** Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 · · **51**

**52** Advance earned income credit payments from Form W-2 · · · · · · · · · **52**

**53** Add lines 46 through 52. This is your **total tax** · · · · · · · · · · ▶ **53**

## Payments

Attach Forms W-2, W-2G, and 1099-R on the front.

**54** Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☐ **54**

**55** 1993 estimated tax payments and amount applied from 1992 return · **55**

**56** **Earned income credit.** Attach Schedule EIC · · · · · **56**

**57** Amount paid with Form 4868 (extension request) · · · · **57**

**58a** Excess social security, Medicare, and RRTA tax withheld (see page 28) **58a**

**b** Deferral of additional 1993 taxes. Attach Form 8841 · · · **58b**

**59** Other payments (see page 28). Check if from **a** ☐ Form 2439
**b** ☐ Form 4136 · · · · · · · · · · · · **59**

**60** Add lines 54 through 59. These are your **total payments** · · · · · · · · ▶ **60**

## Refund or Amount You Owe

**61** If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** · ▶ **61**

**62** Amount of line 61 you want **REFUNDED TO YOU** · · · · · · · · · · ▶ **62**

**63** Amount of line 61 you want **APPLIED TO YOUR 1994 ESTIMATED TAX** ▶ **63**

**64** If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE**. For details on how to pay, including what to write on your payment, see page 29 · · · ▶ **64**

**65** Estimated tax penalty (see page 29). Also include on line 64 · **65**

## Sign Here

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation

Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation

## Paid Preparer's Use Only

Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no.

Firm's name (or yours if self-employed) and address | E.I. No. | ZIP code

E-FILED
Tuesday, 27 June, 2006 08:55:25 PM
Clerk, U.S. District Court, ILCD

Form **1040**

Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** 19**94** (99) IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 1994, or other tax year beginning , 1994, ending , 19

## Label

(See instructions on page 12.)

**Use the IRS label.** Otherwise, please print or type.

L A B E L   H E R E

Your first name and initial | Last name | Your social security number

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 12. | Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.

**For Privacy Act and Paperwork Reduction Act Notice, see page 4.**

## Presidential Election Campaign
(See page 12.)

Do you want $3 to go to this fund? . . . . . . . . . . . . . .

If a joint return, does your spouse want $3 to go to this fund? . . . . . . . .

| | Yes | No |
|---|---|---|

**Note:** Checking "Yes" will not change your tax or reduce your refund.

## Filing Status
(See page 12.)

Check only one box.

1  ☐ Single

2  ☐ Married filing joint return (even if only one had income)

3  ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ►

4  ☐ Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ►

5  ☐ Qualifying widow(er) with dependent child (year spouse died ► 19 ). (See page 13.)

## Exemptions
(See page 13.)

If more than six dependents, see page 14.

6a ☐ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a. But be sure to check the box on line 33b on page 2

b ☐ **Spouse**

c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1994 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ► ☐

e Total number of exemptions claimed . . . . . . . . . . . . . . . .

No. of boxes checked on 6a and 6b

No. of your children on 6c who:
• lived with you
• didn't live with you due to divorce or separation (see page 14)

Dependents on 6c not entered above

Add numbers entered on lines above ►

## Income

**Attach Copy B of your Forms W-2, W-2G, and 1099-R here.**

If you did not get a W-2, see page 15.

Enclose, but do not attach, any payment with your return.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | **7** | |
| 8a | **Taxable** interest income (see page 15). Attach Schedule B if over $400 | **8a** | |
| b | Tax-exempt interest (see page 16). DON'T include on line 8a **8b** | | |
| 9 | Dividend income. Attach Schedule B if over $400 | **9** | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 16) | **10** | |
| 11 | Alimony received | **11** | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | **12** | |
| 13 | Capital gain or (loss). If required, attach Schedule D (see page 16) | **13** | |
| 14 | Other gains or (losses). Attach Form 4797 | **14** | |
| 15a | Total IRA distributions . **15a** | b Taxable amount (see page 17) | **15b** | |
| 16a | Total pensions and annuities **16a** | b Taxable amount (see page 17) | **16b** | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** | |
| 18 | Farm income or (loss). Attach Schedule F | **18** | |
| 19 | Unemployment compensation (see page 18) | **19** | |
| 20a | Social security benefits **20a** | b Taxable amount (see page 18) | **20b** | |
| 21 | Other income. List type and amount—see page 18 | **21** | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | **22** | |

## Adjustments to Income

**Caution:** See instructions . . ►

| | | | |
|---|---|---|---|
| 23a | Your IRA deduction (see page 19) . . . . . . | **23a** | |
| b | Spouse's IRA deduction (see page 19) . . . . . | **23b** | |
| 24 | Moving expenses. Attach Form 3903 or 3903-F | **24** | |
| 25 | One-half of self-employment tax . . . . . | **25** | |
| 26 | Self-employed health insurance deduction (see page 21) | **26** | |
| 27 | Keogh retirement plan and self-employed SEP deduction | **27** | |
| 28 | Penalty on early withdrawal of savings . . . | **28** | |
| 29 | Alimony paid. Recipient's SSN ► | **29** | |
| 30 | Add lines 23a through 29. These are your **total adjustments** . . . . . . . ► | **30** | |

## Adjusted Gross Income

31 Subtract line 30 from line 22. This is your **adjusted gross income.** If less than $25,296 and a child lived with you (less than $9,000 if a child didn't live with you), see "Earned Income Credit" on page 27 ►  **31**

Form **1040** (1994)

Form 1040 (1994)                                                                                      Page **2**

## Tax Computation

(See page 23.)

| | | |
|---|---|---|
| **32** | Amount from line 31 (adjusted gross income) . . . . . . . . . . | **32** |
| **33a** | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here . . ▶ **33a** ☐ | |
| **b** | If your parent (or someone else) can claim you as a dependent, check here . . ▶ **33b** ☐ | |
| **c** | If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 23 and check here . . . . . . . . ▶ **33c** ☐ | |
| **34** | Enter the **larger** of your: { **Itemized deductions** from Schedule A, line 29, **OR** **Standard deduction** shown below for your filing status. **But if you checked any box on line 33a or b,** go to page 23 to find your standard deduction. If you checked **box 33c,** your standard deduction is zero. ● Single—$3,800 ● Head of household—$5,600 ● Married filing jointly or Qualifying widow(er)—$6,350 ● Married filing separately—$3,175 } | **34** |

If you want the IRS to figure your tax, see page 24.

| | | |
|---|---|---|
| **35** | Subtract line 34 from line 32 . . . . . . . . . . . . . . . . | **35** |
| **36** | If line 32 is $83,850 or less, multiply $2,450 by the total number of exemptions claimed on line 6e. If line 32 is over $83,850, see the worksheet on page 24 for the amount to enter . | **36** |
| **37** | **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- . | **37** |
| **38** | Tax. Check if from **a** ☐ Tax Table, **b** ☐ Tax Rate Schedules, **c** ☐ Capital Gain Tax Worksheet, or **d** ☐ Form 8615 (see page 24). Amount from Form(s) 8814 ▶ **e** �len | **38** |
| **39** | Additional taxes. Check if from **a** ☐ Form 4970 **b** ☐ Form 4972 . . . . . | **39** |
| **40** | Add lines 38 and 39 . . . . . . . . . . . . . . . . . . ▶ | **40** |

## Credits

(See page 24.)

| | | | |
|---|---|---|---|
| **41** | Credit for child and dependent care expenses. Attach Form 2441 | **41** | |
| **42** | Credit for the elderly or the disabled. Attach Schedule R . . | **42** | |
| **43** | Foreign tax credit. Attach Form 1116 . . . . . . . . | **43** | |
| **44** | Other credits (see page 25). Check if from **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form (specify) _____ | **44** | |
| **45** | Add lines 41 through 44 . . . . . . . . . . . . . . . . | | **45** |
| **46** | Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- . . . . . ▶ | | **46** |

## Other Taxes

(See page 25.)

| | | |
|---|---|---|
| **47** | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . | **47** |
| **48** | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . | **48** |
| **49** | Recapture taxes. Check if from **a** ☐ Form 4255 **b** ☐ Form 8611 **c** ☐ Form 8828 | **49** |
| **50** | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | **50** |
| **51** | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 . . | **51** |
| **52** | Advance earned income credit payments from Form W-2 . . . . . . . . | **52** |
| **53** | Add lines 46 through 52. This is your **total tax** . . . . . . . . . . ▶ | **53** |

## Payments

Attach Forms W-2, W-2G, and 1099-R on the front.

| | | | |
|---|---|---|---|
| **54** | Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☐ | **54** | |
| **55** | 1994 estimated tax payments and amount applied from 1993 return . | **55** | |
| **56** | **Earned income credit.** If required, attach Schedule EIC (see page 27). Nontaxable earned income: amount ▶ �len and type ▶ _____ | **56** | |
| **57** | Amount paid with Form 4868 (extension request) . . . . . | **57** | |
| **58** | Excess social security and RRTA tax withheld (see page 32) . . | **58** | |
| **59** | Other payments. Check if from **a** ☐ Form 2439 **b** ☐ Form 4136 | **59** | |
| **60** | Add lines 54 through 59. These are your **total payments** . . . . . ▶ | | **60** |

## Refund or Amount You Owe

| | | |
|---|---|---|
| **61** | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** . ▶ | **61** |
| **62** | Amount of line 61 you want **REFUNDED TO YOU** . . . . . . . . ▶ | **62** |
| **63** | Amount of line 61 you want **APPLIED TO YOUR 1995 ESTIMATED TAX** ▶ **63** | |
| **64** | If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE**. For details on how to pay, including what to write on your payment, see page 32 . . . | **64** |
| **65** | Estimated tax penalty (see page 33). Also include on line 64 **65** | |

## Sign Here

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| | | |
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation |

## Paid Preparer's Use Only

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | E.I. No. | |
| | | ZIP code | |

✪ *Printed on recycled paper*

E-FILED
Tuesday, 27 June, 2006  08:56:03 PM
Clerk, U.S. District Court, ILCD

Form **1040**

Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** 19**95** (99)  IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1–Dec. 31, 1995, or other tax year beginning ____, 1995, ending ____, 19 __

## Label

(See instructions on page 11.)

**Use the IRS label.** Otherwise, please print or type.

| L A B E L   H E R E | |
|---|---|
| Your first name and initial | Last name |
| If a joint return, spouse's first name and initial | Last name |
| Home address (number and street). If you have a P.O. box, see page 11. | Apt. no. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 11. | |

Your social security number

Spouse's social security number

**For Privacy Act and Paperwork Reduction Act Notice, see page 7.**

**Presidential Election Campaign**
(See page 11.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | |
| If a joint return, does your spouse want $3 to go to this fund? | | |

Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

(See page 11.)

Check only one box.

1 ☐ Single
2 ☐ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 12.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19___). (See page 12.)

## Exemptions

(See page 12.)

6a ☐ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a. But be sure to check the box on line 33b on page 2
b ☐ Spouse
c Dependents:

| (1) First name    Last name | (2) Dependent's social security number. If born in 1995, see page 13. | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1995 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 13.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐
e Total number of exemptions claimed

No. of boxes checked on 6a and 6b ____
No. of your children on 6c who:
• lived with you ____
• didn't live with you due to divorce or separation (see page 14) ____
Dependents on 6c not entered above ____
Add numbers entered on lines above ▶ ____

## Income

**Attach Copy B of your Forms W-2, W-2G, and 1099-R here.**

If you did not get a W-2, see page 14.

Enclose, but do not attach, your payment and payment voucher. See page 33.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 |
| 8a | **Taxable** interest income (see page 15). Attach Schedule B if over $400 | 8a |
| b | **Tax-exempt** interest (see page 15). DON'T include on line 8a  **8b** | |
| 9 | Dividend income. Attach Schedule B if over $400 | 9 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 15) | 10 |
| 11 | Alimony received | 11 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 |
| 13 | Capital gain or (loss). If required, attach Schedule D (see page 16) | 13 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |
| 15a | Total IRA distributions  **15a** ____  b Taxable amount (see page 16) | 15b |
| 16a | Total pensions and annuities  **16a** ____  b Taxable amount (see page 16) | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
| 18 | Farm income or (loss). Attach Schedule F | 18 |
| 19 | Unemployment compensation (see page 17) | 19 |
| 20a | Social security benefits  **20a** ____  b Taxable amount (see page 18) | 20b |
| 21 | Other income. List type and amount—see page 18 | 21 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 |

## Adjustments to Income

| | | |
|---|---|---|
| 23a | Your IRA deduction (see page 19) | 23a |
| b | Spouse's IRA deduction (see page 19) | 23b |
| 24 | Moving expenses. Attach Form 3903 or 3903-F | 24 |
| 25 | One-half of self-employment tax | 25 |
| 26 | Self-employed health insurance deduction (see page 21) | 26 |
| 27 | Keogh & self-employed SEP plans. If SEP, check ▶ ☐ | 27 |
| 28 | Penalty on early withdrawal of savings | 28 |
| 29 | Alimony paid. Recipient's SSN | 29 |
| 30 | Add lines 23a through 29. These are your **total adjustments** ▶ | 30 |

## Adjusted Gross Income

31 Subtract line 30 from line 22. This is your **adjusted gross income.** If less than $26,673 and a child lived with you (less than $9,230 if a child didn't live with you), see "Earned Income Credit" on page 27 ▶ | 31

Cat. No. 11320B

Form **1040** (1995)

Form 1040 (1995) · Page **2**

## Tax Computation

(See page 23.)

| | | |
|---|---|---|
| **32** | Amount from line 31 (adjusted gross income) | 32 |
| **33a** | Check if: ☐ **You** were 65 or older, ☐ Blind; ☐ **Spouse** was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a ☐ | |
| **b** | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | |
| **c** | If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 23 and check here ▶ 33c ☐ | |
| **34** | Enter the larger of your: { **Itemized deductions** from Schedule A, line 28, **OR Standard deduction** shown below for your filing status. **But if you checked** any box on line 33a or b, go to page 23 to find your standard deduction. If you checked **box 33c,** your standard deduction is zero. ● Single—$3,900 ● Married filing jointly or Qualifying widow(er)—$6,550 ● Head of household—$5,750 ● Married filing separately—$3,275 } | 34 |
| **35** | Subtract line 34 from line 32 | 35 |
| **36** | If line 32 is $86,025 or less, multiply $2,500 by the total number of exemptions claimed on line 6e. If line 32 is over $86,025, see the worksheet on page 23 for the amount to enter | 36 |
| **37** | **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | 37 |
| **38** | Tax. Check if from **a** ☐ Tax Table, **b** ☐ Tax Rate Schedules, **c** ☐ Capital Gain Tax Worksheet, or **d** ☐ Form 8615 (see page 24). Amount from Form(s) 8814 ● **e** ____ | 38 |
| **39** | Additional taxes. Check if from **a** ☐ Form 4970 **b** ☐ Form 4972 | 39 |
| **40** | Add lines 38 and 39 ▶ | 40 |

*If you want the IRS to figure your tax, see page 35.*

## Credits

(See page 24.)

| | | | |
|---|---|---|---|
| **41** | Credit for child and dependent care expenses. Attach Form 2441 | 41 | |
| **42** | Credit for the elderly or the disabled. Attach Schedule R | 42 | |
| **43** | Foreign tax credit. Attach Form 1116 | 43 | |
| **44** | Other credits (see page 25). Check if from **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form (specify) _____ | 44 | |
| **45** | Add lines 41 through 44 | | 45 |
| **46** | Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- ▶ | | 46 |

## Other Taxes

(See page 25.)

| | | |
|---|---|---|
| **47** | Self-employment tax. Attach Schedule SE | 47 |
| **48** | Alternative minimum tax. Attach Form 6251 | 48 |
| **49** | Recapture taxes. Check if from **a** ☐ Form 4255 **b** ☐ Form 8611 **c** ☐ Form 8828 | 49 |
| **50** | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 50 |
| **51** | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | 51 |
| **52** | Advance earned income credit payments from Form W-2 | 52 |
| **53** | Household employment taxes. Attach Schedule H | 53 |
| **54** | Add lines 46 through 53. This is your **total tax** ▶ | 54 |

## Payments

Attach Forms W-2, W-2G, and 1099-R on the front.

| | | | |
|---|---|---|---|
| **55** | Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☐ | 55 | |
| **56** | 1995 estimated tax payments and amount applied from 1994 return | 56 | |
| **57** | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. Nontaxable earned income: amount ▶ ____ and type ▶ ____ | 57 | |
| **58** | Amount paid with Form 4868 (extension request) | 58 | |
| **59** | Excess social security and RRTA tax withheld (see page 32) | 59 | |
| **60** | Other payments. Check if from **a** ☐ Form 2439 **b** ☐ Form 4136 | 60 | |
| **61** | Add lines 55 through 60. These are your **total payments** ▶ | | 61 |

## Refund or Amount You Owe

| | | |
|---|---|---|
| **62** | If line 61 is more than line 54, subtract line 54 from line 61. This is the amount you **OVERPAID** | 62 |
| **63** | Amount of line 62 you want **REFUNDED TO YOU** ▶ | 63 |
| **64** | Amount of line 62 you want **APPLIED TO YOUR 1996 ESTIMATED TAX** ▶ 64 | |
| **65** | If line 54 is more than line 61, subtract line 61 from line 54. This is the **AMOUNT YOU OWE.** For details on how to pay and use **Form 1040-V,** Payment Voucher, see page 33 ▶ | 65 |
| **66** | Estimated tax penalty (see page 33). Also include on line 65 66 | |

## Sign Here

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation |

## Paid Preparer's Use Only

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | EIN | |
| | | ZIP code | |

✪ *Printed on recycled paper*

Form **2555**

Department of the Treasury
Internal Revenue Service    (99)

# Foreign Earned Income

▶ See separate instructions.    ▶ Attach to Form 1040.

OMB No. 1545-0067

**2004**

Attachment
Sequence No. **34**

### For Use by U.S. Citizens and Resident Aliens Only

Name shown on Form 1040

Your social security number

---

**Part I**    **General Information**

**1**  Your foreign address (including country)

**2**  Your occupation

**3**  Employer's name ▶

**4a**  Employer's U.S. address ▶

**b**  Employer's foreign address ▶

**5**  Employer is (check any that apply): ▶
  **a** ☐ A foreign entity    **b** ☐ A U.S. company    **c** ☐ Self
  **d** ☐ A foreign affiliate of a U.S. company    **e** ☐ Other (specify) ▶

**6a**  If, after 1981, you filed Form 2555 to claim either of the exclusions or Form 2555-EZ to claim the foreign earned income exclusion, enter the last year you filed the form. ▶

**b**  If you did not file Form 2555 or 2555-EZ after 1981 to claim either of the exclusions, check here ▶ ☐ and go to line 7.

**c**  Have you ever revoked either of the exclusions? . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**d**  If you answered "Yes," enter the type of exclusion and the tax year for which the revocation was effective. ▶

**7**  Of what country are you a citizen/national? ▶

**8a**  Did you maintain a separate foreign residence for your family because of adverse living conditions at your tax home? See **Second foreign household** on page 3 of the instructions. . . . . . . . . ☐ Yes ☐ No

**b**  If "Yes," enter city and country of the separate foreign residence. Also, enter the number of days during your tax year that you maintained a second household at that address. ▶

**9**  List your tax home(s) during your tax year and date(s) established. ▶

---

### Next, complete either Part II or Part III. If an item does not apply, enter "NA." If you do not give the information asked for, any exclusion or deduction you claim may be disallowed.

---

**Part II**    **Taxpayers Qualifying Under Bona Fide Residence Test** (See page 2 of the instructions.)

**10**  Date bona fide residence began ▶ . . . . . . . . . , and ended ▶

**11**  Kind of living quarters in foreign country ▶ **a** ☐ Purchased house    **b** ☐ Rented house or apartment    **c** ☐ Rented room
  **d** ☐ Quarters furnished by employer

**12a**  Did any of your family live with you abroad during any part of the tax year? . . . . . . . . . ☐ Yes ☐ No

**b**  If "Yes," who and for what period? ▶

**13a**  Have you submitted a statement to the authorities of the foreign country where you claim bona fide residence that you are not a resident of that country? (See instructions.) . . . . . . . . . . . . ☐ Yes ☐ No

**b**  Are you required to pay income tax to the country where you claim bona fide residence? (See instructions.) ☐ Yes ☐ No
  **If you answered "Yes" to 13a and "No" to 13b, you do not qualify as a bona fide resident. Do not complete the rest of this part.**

**14**  If you were present in the United States or its possessions during the tax year, complete columns **(a)–(d)** below. **Do not** include the income from column **(d)** in Part IV, but report it on Form 1040.

| (a) Date arrived in U.S. | (b) Date left U.S. | (c) Number of days in U.S. on business | (d) Income earned in U.S. on business (attach computation) | (a) Date arrived in U.S. | (b) Date left U.S. | (c) Number of days in U.S. on business | (d) Income earned in U.S. on business (attach computation) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**15a**  List any contractual terms or other conditions relating to the length of your employment abroad. ▶

**b**  Enter the type of visa under which you entered the foreign country. ▶

**c**  Did your visa limit the length of your stay or employment in a foreign country? If "Yes," attach explanation ☐ Yes ☐ No

**d**  Did you maintain a home in the United States while living abroad? . . . . . . . . . . . ☐ Yes ☐ No

**e**  If "Yes," enter address of your home, whether it was rented, the names of the occupants, and their relationship to you. ▶

---

For Paperwork Reduction Act Notice, see page 4 of separate instructions.

Cat. No. 11900P

Form **2555** (2004)

| **Part III** | Taxpayers Qualifying Under Physical Presence Test (See page 2 of the instructions.) |
| --- | --- |

**16** The physical presence test is based on the 12-month period from ▶ ......................... through ▶ .........................

**17** Enter your principal country of employment during your tax year. ▶ .............................................................................

**18** If you traveled abroad during the 12-month period entered on line 16, complete columns **(a)–(f)** below. Exclude travel between foreign countries that did not involve travel on or over international waters, or in or over the United States, for 24 hours or more. If you have no travel to report during the period, enter "Physically present in a foreign country or countries for the entire 12-month period." **Do not** include the income from column **(f)** below in Part IV, but report it on Form 1040.

| (a) Name of country (including U.S.) | (b) Date arrived | (c) Date left | (d) Full days present in country | (e) Number of days in U.S. on business | (f) Income earned in U.S. on business (attach computation) |
| --- | --- | --- | --- | --- | --- |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| **Part IV** | All Taxpayers |
| --- | --- |

**Note:** *Enter on lines 19 through 23 all income, including noncash income, you earned and actually or constructively received during your 2004 tax year for services you performed in a foreign country. If any of the foreign earned income received this tax year was earned in a prior tax year, or will be earned in a later tax year (such as a bonus), see the instructions. Do not include income from line 14, column (d), or line 18, column (f). Report amounts in U.S. dollars, using the exchange rates in effect when you actually or constructively received the income.*

    **If you are a cash basis taxpayer, report on Form 1040 all income you received in 2004, no matter when you performed the service.**

| **2004 Foreign Earned Income** | | Amount (in U.S. dollars) | |
| --- | --- | --- | --- |
| **19** Total wages, salaries, bonuses, commissions, etc.  . . . . . . . . | **19** | | |
| **20** Allowable share of income for personal services performed (see instructions): | | | |
| **a** In a business (including farming) or profession  . . . . . . . . | **20a** | | |
| **b** In a partnership. List partnership's name and address and type of income. ▶ ...................... ...................................................................................................................... | **20b** | | |
| **21** Noncash income (market value of property or facilities furnished by employer—attach statement showing how it was determined): | | | |
| **a** Home (lodging).  . . . . . . . . . . . . . . | **21a** | | |
| **b** Meals  . . . . . . . . . . . . . . . | **21b** | | |
| **c** Car  . . . . . . . . . . . . . . . | **21c** | | |
| **d** Other property or facilities. List type and amount. ▶ ...................................... ...................................................................................................................... | **21d** | | |
| **22** Allowances, reimbursements, or expenses paid on your behalf for services you performed: | | | |
| **a** Cost of living and overseas differential  . . . . . . . **22a** | | | |
| **b** Family  . . . . . . . . . . . . . . **22b** | | | |
| **c** Education  . . . . . . . . . . . . . **22c** | | | |
| **d** Home leave  . . . . . . . . . . . . . **22d** | | | |
| **e** Quarters .  . . . . . . . . . . . . . **22e** | | | |
| **f** For any other purpose. List type and amount. ▶ ...................... **22f** | | | |
| **g** Add lines 22a through 22f . . . . . . . . . . . | **22g** | | |
| **23** Other foreign earned income. List type and amount. ▶ ....................................... ...................................................................................................................... | **23** | | |
| **24** Add lines 19 through 21d, line 22g, and line 23 . . . . | **24** | | |
| **25** Total amount of meals and lodging included on line 24 that is excludable (see instructions) . . | **25** | | |
| **26** Subtract line 25 from line 24. Enter the result here and on line 27 on page 3. This is your **2004 foreign earned income**. . . . . . . . . . . . . . ▶ | **26** | | |

| **Part V** | **All Taxpayers** | | | |
|---|---|---|---|---|

| 27 | Enter the amount from line 26 . . . . . . . . . . . . . . . | **27** | | |
|---|---|---|---|---|

Are you claiming the housing exclusion or housing deduction?

☐ **Yes.** Complete Part VI.

☐ **No.** Go to Part VII.

| **Part VI** | **Taxpayers Claiming the Housing Exclusion and/or Deduction** | | | |
|---|---|---|---|---|

| 28 | Qualified housing expenses for the tax year (see instructions) . . . . . . . . . | **28** | | |
|---|---|---|---|---|
| 29 | Number of days in your qualifying period that fall within your 2004 tax year (see instructions) . . . . . . . . **29** \| **days** | | | |
| 30 | Multiply $31.64 by the number of days on line 29. If 366 is entered on line 29, enter $11,581.00 here | **30** | | |
| 31 | Subtract line 30 from line 28. If the result is zero or less, do not complete the rest of this part or any of Part IX . . . . . . . . . . . . . . . . . | **31** | | |
| 32 | Enter employer-provided amounts (see instructions) . . . . . **32** \| | | | |
| 33 | Divide line 32 by line 27. Enter the result as a decimal (rounded to at least three places), but do not enter more than "1.000" . . . . . . . . . . . . . . | **33** | × • | |
| 34 | **Housing exclusion.** Multiply line 31 by line 33. Enter the result but do not enter more than the amount on line 32. Also, complete Part VIII . . . . . . . . . . . . . . ▶ | **34** | | |

**Note:** *The housing deduction is figured in Part IX. If you choose to claim the foreign earned income exclusion, complete Parts VII and VIII before Part IX.*

| **Part VII** | **Taxpayers Claiming the Foreign Earned Income Exclusion** | | | |
|---|---|---|---|---|

| 35 | Maximum foreign earned income exclusion . . . . . . . . . . . . | **35** | $80,000 | 00 |
|---|---|---|---|---|
| 36 | ● If you completed Part VI, enter the number from line 29. <br> ● All others, enter the number of days in your qualifying period that fall within your 2004 tax year (see the instructions for line 29). } **36** \| **days** | | | |
| 37 | ● If line 36 and the number of days in your 2004 tax year (usually 366) are the same, enter "1.000." <br> ● Otherwise, divide line 36 by the number of days in your 2004 tax year and enter the result as a decimal (rounded to at least three places). } | **37** | × • | |
| 38 | Multiply line 35 by line 37 . . . . . . . . . . . . . . . | **38** | | |
| 39 | Subtract line 34 from line 27 . . . . . . . . . . . . . . | **39** | | |
| 40 | **Foreign earned income exclusion.** Enter the **smaller** of line 38 or line 39. Also, complete Part VIII ▶ | **40** | | |

| **Part VIII** | **Taxpayers Claiming the Housing Exclusion, Foreign Earned Income Exclusion, or Both** | | | |
|---|---|---|---|---|

| 41 | Add lines 34 and 40 . . . . . . . . . . . . . . . . | **41** | | |
|---|---|---|---|---|
| 42 | Deductions allowed in figuring your adjusted gross income (Form 1040, line 36) that are allocable to the excluded income. See instructions and attach computation . . . . . . . . | **42** | | |
| 43 | Subtract line 42 from line 41. Enter the result here and in parentheses on **Form 1040, line 21.** Next to the amount enter "Form 2555." On Form 1040, subtract this amount from your income to arrive at total income on Form 1040, line 22 . . . . . . . . . . . . ▶ | **43** | | |

| **Part IX** | **Taxpayers Claiming the Housing Deduction**—Complete this part only if **(a)** line 31 is more than line 34 and **(b)** line 27 is more than line 41. | | | |
|---|---|---|---|---|

| 44 | Subtract line 34 from line 31 . . . . . . . . . . . . . . | **44** | | |
|---|---|---|---|---|
| 45 | Subtract line 41 from line 27 . . . . . . . . . . . . . . | **45** | | |
| 46 | Enter the **smaller** of line 44 or line 45 . . . . . . . . . . . | **46** | | |

**Note:** *If line 45 is **more than** line 46 and you could not deduct all of your 2003 housing deduction because of the 2003 limit, use the worksheet on page 4 of the instructions to figure the amount to enter on line 47. Otherwise, go to line 48.*

| 47 | Housing deduction carryover from 2003 (from worksheet on page 4 of the instructions) . . . | **47** | | |
|---|---|---|---|---|
| 48 | **Housing deduction.** Add lines 46 and 47. Enter the total here and on Form 1040 to the left of line 35. Next to the amount on Form 1040, enter "Form 2555." Add it to the total adjustments reported on that line . . . . . . . . . . . . . . . . . ▶ | **48** | | |

| Form **1040NR** | **U.S. Nonresident Alien Income Tax Return** | OMB No. 1545-0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For the year January 1–December 31, 2004, or other tax year beginning , 2004, and ending , 20 | **2004** |

**Please print or type.**

| Your first name and initial | Last name | Identifying number (see page 7 of inst.) |
|---|---|---|
| Present home address (number, street, and apt. no., or rural route). If you have a P.O. box, see page 7. | | Check if: ☐ Individual  ☐ Estate or Trust |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 7. | | **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 27.** |
| Country ▶ | Of what country were you a **citizen** or national during the tax year? ▶ | |

Give address **outside the United States** to which you want any refund check mailed. If same as above, write "Same."

Give address in the country where you are a **permanent resident.** If same as above, write "Same."

*Attach Forms W-2 here.*
*Also attach Form(s) 1099-R if tax was withheld.*

### Filing Status and Exemptions for Individuals (see page 7)

|  |  | 7a Yourself | 7b Spouse |
|---|---|---|---|
| Filing status. Check only one box (1–6 below). | | | |
| **1** | ☐ Single resident of Canada or Mexico, or a single U.S. national | | |
| **2** | ☐ Other single nonresident alien | | |
| **3** | ☐ Married resident of Canada or Mexico, or a married U.S. national | | |
| **4** | ☐ Married resident of Japan or the Republic of Korea | | |
| **5** | ☐ Other married nonresident alien | | |
| **6** | ☐ Qualifying widow(er) with dependent child (see page 8) | | |

If you check box 7b, enter your spouse's identifying number ▶ . . . . . . . . . . .

**Caution:** *Do not* check box 7a if your parent (or someone else) can claim you as a dependent. *Do not* check box 7b if your spouse had any U.S. gross income.

| 7c Dependents: (see page 8) | | (2) Dependent's identifying number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 8) |
|---|---|---|---|---|
| (1) First name | Last name | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of boxes checked on 7a and 7b ▶
No. of children on 7c who:
lived with you ▶
did not live with you due to divorce or separation ▶
Dependents on 7c not entered above ▶

Add numbers entered on lines above ▶

| **d** | Total number of exemptions claimed . . . . . . . . . . . . . . . . | | |
|---|---|---|---|

**Income Effectively Connected With U.S. Trade/Business**

**Enclose, but do not attach, any payment.**

| **8** | Wages, salaries, tips, etc. Attach Form(s) W-2 | | **8** | |
|---|---|---|---|---|
| **9a** | **Taxable** interest . . . . . . . . . . . . . . . . . . | | **9a** | |
| **b** | **Tax-exempt** interest. **Do not** include on line 9a . . . . | **9b** | | |
| **10a** | Ordinary dividends . . . . . . . . . . . . . . . . | | **10a** | |
| **b** | Qualified dividends (see page 10) . . . . . . . . . | **10b** | | |
| **11** | Taxable refunds, credits, or offsets of state and local income taxes (see page 10) | | **11** | |
| **12** | Scholarship and fellowship grants. Attach Form(s) 1042-S or required statement (see page 10) | | **12** | |
| **13** | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | | **13** | |
| **14** | Capital gain or (loss). Attach Schedule D (Form 1040) if required. If not required, check here ☐ | | **14** | |
| **15** | Other gains or (losses). Attach Form 4797 | | **15** | |
| **16a** | Total IRA distributions . . . **16a** | **16b** Taxable amount (see page 11) | **16b** | |
| **17a** | Pensions and annuities . . . **17a** | **17b** Taxable amount (see page 11) | **17b** | |
| **18** | Rental real estate, royalties, partnerships, trusts, etc. Attach Schedule E (Form 1040) | | **18** | |
| **19** | Farm income or (loss). Attach Schedule F (Form 1040) . . . . . . . . | | **19** | |
| **20** | Unemployment compensation . . . . . . . . . . . . . | | **20** | |
| **21** | Other income. List type and amount (see page 13) . . . . . . . . . . | | **21** | |
| **22** | Total income exempt by a treaty from page 5, Item M . . . | **22** | | |
| **23** | Add lines 8, 9a, 10a, 11–15, 16b, and 17b–21. This is your **total effectively connected income** ▶ | | **23** | |

**Adjusted Gross Income**

| **24** | Educator expenses (see page 13) . . . . . . . . . | **24** | | |
|---|---|---|---|---|
| **25** | IRA deduction (see page 13) . . . . . . . . . . | **25** | | |
| **26** | Student loan interest deduction (see page 14) . . . . . | **26** | | |
| **27** | Health savings account deduction. Attach Form 8889 . . . | **27** | | |
| **28** | Moving expenses. Attach Form 3903 . . . . . . . . | **28** | | |
| **29** | Self-employed health insurance deduction (see page 14) . . | **29** | | |
| **30** | Self-employed SEP, SIMPLE, and qualified plans . . . . | **30** | | |
| **31** | Penalty on early withdrawal of savings . . . . . . . | **31** | | |
| **32** | Scholarship and fellowship grants excluded . . . . . . | **32** | | |
| **33** | Add lines 24 through 32 . . . . . . . . . . . . . . . . . . | | **33** | |
| **34** | Subtract line 33 from line 23. Enter here and on line 35. This is your **adjusted gross income** ▶ | | **34** | |

Cat. No. 11364D   Form **1040NR** (2004)

| | | | |
|---|---|---|---|
| **Tax and Credits** | 35 | Amount from line 34 (adjusted gross income) | 35 |
| | 36 | **Itemized deductions** from page 3, Schedule A, line 17 | 36 |
| | 37 | Subtract line 36 from line 35 | 37 |
| | 38 | Exemptions (see page 15) | 38 |
| | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 |
| | 40 | **Tax** (see page 16). Check if any tax is from: **a** ☐ Form(s) 8814  **b** ☐ Form 4972 | 40 |
| | 41 | **Alternative minimum tax** (see page 16). Attach Form 6251 | 41 |
| | 42 | Add lines 40 and 41 ▶ | 42 |

| | | | |
|---|---|---|---|
| | 43 | Foreign tax credit. Attach Form 1116, if required | 43 |
| | 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 |
| | 45 | Retirement savings contributions credit. Attach Form 8880 | 45 |
| | 46 | Child tax credit (see page 18) | 46 |
| | 47 | Adoption credit. Attach Form 8839 | 47 |
| | 48 | Credits from: **a** ☐ Form 8396  **b** ☐ Form 8859 | 48 |
| | 49 | Other credits. Check applicable box(es): **a** ☐ Form 3800  **b** ☐ Form 8801  **c** ☐ Form (specify) | 49 |
| | 50 | Add lines 43 through 49. These are your **total credits** | 50 |
| | 51 | Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ▶ | 51 |

| | | | |
|---|---|---|---|
| **Other Taxes** | 52 | Tax on income not effectively connected with a U.S. trade or business from page 4, line 87 | 52 |
| | 53 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 53 |
| | 54 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 54 |
| | 55 | Transportation tax (see page 19) | 55 |
| | 56 | Household employment taxes. Attach Schedule H (Form 1040) | 56 |
| | 57 | Add lines 51 through 56. This is your **total tax** ▶ | 57 |

| | | | |
|---|---|---|---|
| **Payments** | 58 | Federal income tax withheld from Forms W-2, 1099, 1042-S, etc. | 58 |
| | 59 | 2004 estimated tax payments and amount applied from 2003 return | 59 |
| | 60 | Excess social security and tier 1 RRTA tax withheld (see page 20) | 60 |
| | 61 | Additional child tax credit. Attach Form 8812 | 61 |
| | 62 | Amount paid with Form 4868 (request for extension) | 62 |
| | 63 | Other payments from: **a** ☐ Form 2439  **b** ☐ Form 4136  **c** ☐ Form 8885 | 63 |
| | 64 | Credit for amount paid with Form 1040-C | 64 |
| | 65 | U.S. tax withheld at source from page 4, line 84 | 65 |
| | 66 | U.S. tax withheld at source by partnerships under section 1446: | |
| | **a** | From Form(s) 8805 | 66a |
| | **b** | From Form(s) 1042-S | 66b |
| | 67 | U.S. tax withheld on dispositions of U.S. real property interests: | |
| | **a** | From Form(s) 8288-A | 67a |
| | **b** | From Form(s) 1042-S | 67b |
| | 68 | Add lines 58 through 67b. These are your **total payments** ▶ | 68 |

| | | | |
|---|---|---|---|
| **Refund** Direct deposit? See page 21. | 69 | If line 68 is more than line 57, subtract line 57 from line 68. This is the amount you **overpaid** | 69 |
| | 70a | Amount of line 69 you want **refunded to you.** | 70a |
| | **b** | Routing number  ▶ **c** Type: ☐ Checking ☐ Savings | |
| | **d** | Account number | |
| | 71 | Amount of line 69 you want **applied to your 2005 estimated tax** ▶  71 | |
| **Amount You Owe** | 72 | Amount you owe. Subtract line 68 from line 57. For details on how to pay, see page 21 ▶ | 72 |
| | 73 | Estimated tax penalty. Also include on line 72 . . . . 73 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 22)?  ☐ **Yes.** Complete the following.  ☐ **No**

| Designee's name ▶ | Phone no. ▶ ( ) | Personal identification number (PIN) ▶ |
|---|---|---|

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation in the United States |
|---|---|---|

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | Phone no. ( ) | |

## Schedule A—Itemized Deductions (See pages 22, 23, and 24.)

07

| | | | | |
|---|---|---|---|---|
| **State and Local Income Taxes** | **1** | State income taxes | **1** | |
| | **2** | Local income taxes | **2** | |
| | **3** | Add lines 1 and 2 | **3** | |
| **Gifts to U.S. Charities** | | **Caution:** *If you made a gift and received a benefit in return, see page 22.* | | |
| | **4** | Gifts by cash or check. If you made any gift of $250 or more, see page 23 | **4** | |
| | **5** | Other than by cash or check. If you made any gift of $250 or more, see page 23. You **must** attach Form 8283 if "the amount of your deduction" (see definition on page 23) is more than $500 | **5** | |
| | **6** | Carryover from prior year | **6** | |
| | **7** | Add lines 4 through 6 | **7** | |
| **Casualty and Theft Losses** | **8** | Casualty or theft loss(es). Attach Form 4684. See page 23 | **8** | |
| **Job Expenses and Most Other Miscellaneous Deductions** | **9** | Unreimbursed employee expenses—job travel, union dues, job education, etc. You **must** attach Form 2106 or Form 2106-EZ if required. See page 24 ▶ | **9** | |
| | **10** | Tax preparation fees | **10** | |
| | **11** | Other expenses. See page 24 for expenses to deduct here. List type and amount ▶ | **11** | |
| | **12** | Add lines 9 through 11 | **12** | |
| | **13** | Enter the amount from Form 1040NR, line 35      **13** | | |
| | **14** | Multiply line 13 by 2% (.02) | **14** | |
| | **15** | Subtract line 14 from line 12. If line 14 is more than line 12, enter -0- | **15** | |
| **Other Miscellaneous Deductions** | **16** | Other—see page 24 for expenses to deduct here. List type and amount ▶ | **16** | |
| **Total Itemized Deductions** | **17** | Is Form 1040NR, line 35, over $142,700 (over $71,350 if you checked filing status box 3, 4, or 5 on page 1 of Form 1040NR)? | | |
| | | **No.** Your deduction is not limited. Add the amounts in the far right column for lines 3 through 16. Also enter this amount on Form 1040NR, line 36. ▶ | **17** | |
| | | **Yes.** Your deduction may be limited. See page 24 for the amount to enter here and on Form 1040NR, line 36. | | |

## Tax on Income Not Effectively Connected With a U.S. Trade or Business

Attach Forms 1042-S, SSA-1042S, RRB-1042S, or similar form.

| Nature of income | | (a) U.S. tax withheld at source | Enter amount of income under the appropriate rate of tax (see pages 24 and 25) | | | | |
|---|---|---|---|---|---|---|---|
| | | | (b) 10% | (c) 15% | (d) 30% | (e) Other (specify) | |
| | | | | | | .........% | .........% |
| **74** Dividends paid by: | | | | | | | |
| **a** U.S. corporations . . . . . . . . . . . | 74a | | | | | | |
| **b** Foreign corporations . . . . . . . . | 74b | | | | | | |
| **75** Interest: | | | | | | | |
| **a** Mortgage . . . . . . . . . . . . | 75a | | | | | | |
| **b** Paid by foreign corporations . . . . . . . | 75b | | | | | | |
| **c** Other . . . . . . . . . . . . . | 75c | | | | | | |
| **76** Industrial royalties (patents, trademarks, etc.) . . . | 76 | | | | | | |
| **77** Motion picture or T.V. copyright royalties . . . . . | 77 | | | | | | |
| **78** Other royalties (copyrights, recording, publishing, etc.) | 78 | | | | | | |
| **79** Real property income and natural resources royalties | 79 | | | | | | |
| **80** Pensions and annuities . . . . . . . . . . | 80 | | | | | | |
| **81** Social security benefits . . . . . . . . . . | 81 | | | | | | |
| **82** Gains (include capital gain from line 90 below) . . . | 82 | | | | | | |
| **83** Other (specify) ▶ ............................................. ............................................. | 83 | | | | | | |
| **84** **Total U.S. tax withheld at source.** Add column (a) of lines 74a through 83. Enter the total here and on Form 1040NR, line 65 . . . . . . . . . . . ▶ | 84 | | | | | | |
| **85** Add lines 74a through 83 in columns (b)–(e) . . . . . . . . . . | | 85 | | | | | |
| **86** Multiply line 85 by rate of tax at top of each column . . . . . . . | | 86 | | | | | |
| **87** **Tax on income not effectively connected with a U.S. trade or business.** Add columns (b)–(e) of line 86. Enter the total here and on Form 1040NR, line 52 . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | | 87 | |

## Capital Gains and Losses From Sales or Exchanges of Property

| Enter only the capital gains and losses from property sales or exchanges that are from sources within the United States and not effectively connected with a U.S. business. Do not include a gain or loss on disposing of a U.S. real property interest; report these gains and losses on Schedule D (Form 1040). | **88** (a) Kind of property and description (if necessary, attach statement of descriptive details not shown below) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Report property sales or exchanges that are effectively connected with a U.S. business on Schedule D (Form 1040), Form 4797, or both. | **89** Add columns (f) and (g) of line 88 . . . . . . . . . | | | | **89** ( | ) | |
| | **90** **Capital gain.** Combine columns (f) and (g) of line 89. Enter the net gain here and on line 82 above (if a loss, enter -0-) ▶ | | | | **90** | | |

## Other Information (If an item does not apply to you, enter "N/A.")

**A** What country issued your passport? ..........................

**B** Were you ever a U.S. citizen? . . . . . ☐ Yes ☐ No

**C** Give the purpose of your visit to the United States ▶ .....
.......................................................................
.......................................................................

**D** Type of entry visa ▶ ...............................................
................... and current nonimmigrant status and date
of change (see page 25) ▶ ....................................

**E** Date you entered the United States (see page 25)
▶ ...............................................

**F** Did you give up your permanent
residence as an immigrant in the United
States this year? . . . . . . . . . ☐ Yes ☐ No

**G** Dates you entered and left the United States during the
year. Residents of Canada or Mexico entering and leaving
the United States at frequent intervals, give name of country
only. ▶ ...........................................................
.......................................................................

**H** Give number of days (including vacation and
nonworkdays) you were present in the United States
during:

2002 ............ , 2003 ............ , and 2004 ............ .

**I** If you are a resident of Canada, Mexico,
Japan, or the Republic of Korea (South
Korea), or a U.S. national, did your spouse
contribute to the support of any child
claimed on Form 1040NR, line 7c? . . . ☐ Yes ☐ No

If "Yes," enter amount ▶ $ ....................................

If you were a resident of Japan or the Republic of Korea
(South Korea) for any part of the tax year, enter in the space
below your total foreign source income not effectively
connected with a U.S. trade or business. This information
is needed so that the exemption for your spouse and
dependents residing in the United States (if applicable) may
be allowed in accordance with Article 4 of the income tax
treaties between the United States and Japan or the United
States and the Republic of Korea (South Korea).

Total foreign source income not effectively connected
with a U.S. trade or business ▶ $ ..............................

**J** Did you file a U.S. income tax return for
any year before 2004?. . . . . . . . ☐ Yes ☐ No

If "Yes," give the latest year and form number ▶ ........
.......................................................................

**K** To which Internal Revenue office did you pay any amounts
claimed on Form 1040NR, lines 59, 62, and 64? ............
.......................................................................

**L** Have you excluded any gross income other
than foreign source income not effectively
connected with a U.S. trade or business? . ☐ Yes ☐ No

If "Yes," show the amount, nature, and source of the
excluded income. Also, give the reason it was excluded.
(Do not include amounts shown in item M.) ▶ ..............
.......................................................................

**M** If you are claiming the benefits of a U.S. income tax treaty
with a foreign country, give the following information. See
page 26 for additional information.
- Country ▶ .....................................................

- Type and amount of effectively connected income exempt
from tax. Also, identify the applicable tax treaty article. Do
not enter exempt income on lines 8, 9a, 10a, 11-15, 16b,
or 17b–21 of Form 1040NR:

For 2004 (also, include this exempt income on line
22 of Form 1040NR) ▶ .....................
.......................................................................
.......................................................................

For 2003 ▶ ................................................
.......................................................................

- Type and amount of income not effectively connected that
is exempt from or subject to a reduced rate of tax. Also,
identify the applicable tax treaty article:

For 2004 ▶ ................................................
.......................................................................

For 2003 ▶ ................................................
.......................................................................
.......................................................................

- Were you subject to tax in that country
on any of the income you claim is entitled
to the treaty benefits? . . . . . . . ☐ Yes ☐ No

- Did you have a permanent establishment
or fixed base (as defined by the treaty)
in the United States at any time during
2004? . . . . . . . . . . . . . ☐ Yes ☐ No

**N** If you file this return to report community income, give your
spouse's name, address, and identifying number.
.......................................................................
.......................................................................

**O** If you file this return for a trust, does the
trust have a U.S. business? . . . . . ☐ Yes ☐ No

If "Yes," give name and address ▶ .........................
.......................................................................

**P** Is this an "expatriation return" (see
page 26)? . . . . . . . . . . . ☐ Yes ☐ No

If "Yes," you must attach an annual
information statement.

**Q** During 2004, did you apply for, or take
other affirmative steps to apply for, lawful
permanent resident status in the United
States or have an application pending to
adjust your status to that of a lawful
permanent resident of the United States? ☐ Yes ☐ No

If "Yes," explain ▶ ...........................................
.......................................................................
.......................................................................

# Form W-4 (2005)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2005 expires February 16, 2006. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $800 and includes more than $250 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line **E** below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2005. See Pub. 919, especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

---

## Personal Allowances Worksheet (Keep for your records.)

**A** Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . **A** _____

**B** Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

    . . **B** _____

**C** Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . **C** _____

**D** Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . **D** _____

**E** Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) **E** _____

**F** Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . **F** _____
    (**Note.** Do **not** include child support payments. See **Pub. 503**, Child and Dependent Care Expenses, for details.)

**G** **Child Tax Credit** (including additional child tax credit):
- If your total income will be less than $54,000 ($79,000 if married), enter "2" for each eligible child.
- If your total income will be between $54,000 and $84,000 ($79,000 and $119,000 if married), enter "1" for each eligible child plus "1" **additional** if you have four or more eligible children.

    **G** _____

**H** Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶ **H** _____

For accuracy, complete all worksheets that apply.
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have **more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $35,000 ($25,000 if married) see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

---

- - - - - - - - - - - - - - - - - **Cut here and give Form W-4 to your employer. Keep the top part for your records.** - - - - - - - - - - - - - - - - -

Form **W-4**

Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ **Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.**

OMB No. 1545-0010

**2005**

| 1 | Type or print your first name and middle initial | Last name | | 2 | Your social security number |
|---|---|---|---|---|---|

| Home address (number and street or rural route) | 3 | ☐ Single ☐ Married ☐ Married, but withhold at higher Single rate. |
|---|---|---|

**Note.** If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

| City or town, state, and ZIP code | 4 | **If your last name differs from that shown on your social security card, check here.** You must call 1-800-772-1213 for a new card. ▶ ☐ |
|---|---|---|

| 5 | Total number of allowances you are claiming (from line **H** above **or** from the applicable worksheet on page 2) | **5** _____ |
|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . | **6** $ _____ |

7 I claim exemption from withholding for 2005, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability **and**
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . ▶ **7** _____

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature**
(Form is not valid unless you sign it.) ▶          Date ▶

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 10220Q    Form **W-4** (2005)

## Deductions and Adjustments Worksheet

**Note.** Use this worksheet *only* if you plan to itemize deductions, claim certain credits, or claim adjustments to income on your 2005 tax return.

| | | |
|---|---|---|
| **1** | Enter an estimate of your 2005 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes, medical expenses in excess of 7.5% of your income, and miscellaneous deductions. (For 2005, you may have to reduce your itemized deductions if your income is over $145,950 ($72,975 if married filing separately). See *Worksheet 3* in Pub. 919 for details.) . . . | **1** $ _____ |
| **2** | Enter: { $10,000 if married filing jointly or qualifying widow(er) / $ 7,300 if head of household / $ 5,000 if single or married filing separately } . . . . . . | **2** $ _____ |
| **3** | **Subtract** line 2 from line 1. If line 2 is greater than line 1, enter "-0-" . . . . . . . | **3** $ _____ |
| **4** | Enter an estimate of your 2005 adjustments to income, including alimony, deductible IRA contributions, and student loan interest | **4** $ _____ |
| **5** | **Add** lines 3 and 4 and enter the total. (Include any amount for credits from *Worksheet 7* in Pub. 919) | **5** $ _____ |
| **6** | Enter an estimate of your 2005 nonwage income (such as dividends or interest) . . . . . | **6** $ _____ |
| **7** | **Subtract** line 6 from line 5. Enter the result, but not less than "-0-" . . . . . . . | **7** $ _____ |
| **8** | **Divide** the amount on line 7 by $3,200 and enter the result here. Drop any fraction . . . | **8** _____ |
| **9** | Enter the number from the **Personal Allowances Worksheet**, line H, page 1 . . . . . | **9** _____ |
| **10** | **Add** lines 8 and 9 and enter the total here. If you plan to use the **Two-Earner/Two-Job Worksheet**, also enter this total on line 1 below. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 | **10** _____ |

## Two-Earner/Two-Job Worksheet (See *Two earners/two jobs* on page 1.)

**Note.** Use this worksheet *only* if the instructions under line H on page 1 direct you here.

| | | |
|---|---|---|
| **1** | Enter the number from line H, page 1 (or from line 10 above if you used the **Deductions and Adjustments Worksheet**) | **1** _____ |
| **2** | Find the number in **Table 1** below that applies to the **LOWEST** paying job and enter it here . . . | **2** _____ |
| **3** | If line 1 is **more than or equal to** line 2, subtract line 2 from line 1. Enter the result here (if zero, enter "-0-") and on Form W-4, line 5, page 1. **Do not** use the rest of this worksheet | **3** _____ |

**Note.** If line 1 is *less than* line 2, enter "-0-" on Form W-4, line 5, page 1. Complete lines 4–9 below to calculate the additional withholding amount necessary to avoid a year-end tax bill.

| | | |
|---|---|---|
| **4** | Enter the number from line 2 of this worksheet | **4** _____ |
| **5** | Enter the number from line 1 of this worksheet | **5** _____ |
| **6** | **Subtract** line 5 from line 4 | **6** _____ |
| **7** | Find the amount in **Table 2** below that applies to the **HIGHEST** paying job and enter it here . . | **7** $ _____ |
| **8** | **Multiply** line 7 by line 6 and enter the result here. This is the additional annual withholding needed . | **8** $ _____ |
| **9** | Divide line 8 by the number of pay periods remaining in 2005. For example, divide by 26 if you are paid every two weeks and you complete this form in December 2004. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck . . . . . . . . | **9** $ _____ |

### Table 1: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | | | | | All Others | |
|---|---|---|---|---|---|---|---|
| If wages from **HIGHEST** paying job are— | AND, wages from **LOWEST** paying job are— | Enter on line 2 above | If wages from **HIGHEST** paying job are— | AND, wages from **LOWEST** paying job are— | Enter on line 2 above | If wages from **LOWEST** paying job are— | Enter on line 2 above |
| $0 - $40,000 | $0 - $4,000 | 0 | $40,001 and over | 30,001 - 36,000 | 6 | $0 - $6,000 | 0 |
| | 4,001 - 8,000 | 1 | | 36,001 - 45,000 | 7 | 6,001 - 12,000 | 1 |
| | 8,001 - 18,000 | 2 | | 45,001 - 50,000 | 8 | 12,001 - 18,000 | 2 |
| | 18,001 and over | 3 | | 50,001 - 60,000 | 9 | 18,001 - 24,000 | 3 |
| | | | | 60,001 - 65,000 | 10 | 24,001 - 31,000 | 4 |
| $40,001 and over | $0 - $4,000 | 0 | | 65,001 - 75,000 | 11 | 31,001 - 45,000 | 5 |
| | 4,001 - 8,000 | 1 | | 75,001 - 90,000 | 12 | 45,001 - 60,000 | 6 |
| | 8,001 - 18,000 | 2 | | 90,001 - 100,000 | 13 | 60,001 - 75,000 | 7 |
| | 18,001 - 22,000 | 3 | | 100,001 - 115,000 | 14 | 75,001 - 80,000 | 8 |
| | 22,001 - 25,000 | 4 | | 115,001 and over | 15 | 80,001 - 100,000 | 9 |
| | 25,001 - 30,000 | 5 | | | | 100,001 and over | 10 |

### Table 2: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from **HIGHEST** paying job are— | Enter on line 7 above | If wages from **HIGHEST** paying job are— | Enter on line 7 above |
| $0 - $60,000 | $480 | $0 - $30,000 | $480 |
| 60,001 - 110,000 | 800 | 30,001 - 70,000 | 800 |
| 110,001 - 160,000 | 900 | 70,001 - 140,000 | 900 |
| 160,001 - 280,000 | 1,060 | 140,001 - 320,000 | 1,060 |
| 280,001 and over | 1,120 | 320,001 and over | 1,120 |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. The Internal Revenue Code requires this information under sections 3402(f)(2)(A) and 6109 and their regulations. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may also subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, to cities, states, and the District of Columbia for use in administering their tax laws, and using it in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The time needed to complete this form will vary depending on individual circumstances. The estimated average time is: Recordkeeping, 45 min.; Learning about the law or the form, 12 min.; Preparing the form, 58 min. If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to: Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. **Do not** send Form W-4 to this address. Instead, give it to your employer.

 *Printed on recycled paper*

Form **2555**

Department of the Treasury
Internal Revenue Service  (99)

# Foreign Earned Income

▶ See separate instructions.  ▶ Attach to Form 1040.

**For Use by U.S. Citizens and Resident Aliens Only**

OMB No. 1545-0074

**2005**

Attachment
Sequence No. **34**

| Name shown on Form 1040 | Your social security number |
|---|---|

## Part I  General Information

**1** Your foreign address (including country)

**2** Your occupation

**3** Employer's name ▶

**4a** Employer's U.S. address ▶

**b** Employer's foreign address ▶

**5** Employer is (check any that apply): ▶
- **a** ☐ A foreign entity
- **b** ☐ A U.S. company
- **c** ☐ Self
- **d** ☐ A foreign affiliate of a U.S. company
- **e** ☐ Other (specify)

**6a** If, after 1981, you filed Form 2555 or Form 2555-EZ, enter the last year you filed the form. ▶

**b** If you did not file Form 2555 or 2555-EZ after 1981 to claim either of the exclusions, check here ▶ ☐ and go to line 7.

**c** Have you ever revoked either of the exclusions? . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**d** If you answered "Yes," enter the type of exclusion and the tax year for which the revocation was effective. ▶

**7** Of what country are you a citizen/national? ▶

**8a** Did you maintain a separate foreign residence for your family because of adverse living conditions at your tax home? See **Second foreign household** on page 3 of the instructions . . . . . . . . . . . . ☐ Yes ☐ No

**b** If "Yes," enter city and country of the separate foreign residence. Also, enter the number of days during your tax year that you maintained a second household at that address. ▶

**9** List your tax home(s) during your tax year and date(s) established. ▶

**Next, complete either Part II or Part III. If an item does not apply, enter "NA." If you do not give the information asked for, any exclusion or deduction you claim may be disallowed.**

## Part II  Taxpayers Qualifying Under Bona Fide Residence Test (See page 2 of the instructions.)

**10** Date bona fide residence began ▶ , and ended ▶

**11** Kind of living quarters in foreign country ▶
- **a** ☐ Purchased house
- **b** ☐ Rented house or apartment
- **c** ☐ Rented room
- **d** ☐ Quarters furnished by employer

**12a** Did any of your family live with you abroad during any part of the tax year? . . . . . . . . . ☐ Yes ☐ No

**b** If "Yes," who and for what period? ▶

**13a** Have you submitted a statement to the authorities of the foreign country where you claim bona fide residence that you are not a resident of that country? (See instructions.) . . . . . . . . . . . . . . ☐ Yes ☐ No

**b** Are you required to pay income tax to the country where you claim bona fide residence? (See instructions.) ☐ Yes ☐ No

**If you answered "Yes" to 13a and "No" to 13b, you do not qualify as a bona fide resident. Do not complete the rest of this part.**

**14** If you were present in the United States or its possessions during the tax year, complete columns **(a)–(d)** below. **Do not** include the income from column **(d)** in Part IV, but report it on Form 1040.

| (a) Date arrived in U.S. | (b) Date left U.S. | (c) Number of days in U.S. on business | (d) Income earned in U.S. on business (attach computation) | (a) Date arrived in U.S. | (b) Date left U.S. | (c) Number of days in U.S. on business | (d) Income earned in U.S. on business (attach computation) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**15a** List any contractual terms or other conditions relating to the length of your employment abroad. ▶

**b** Enter the type of visa under which you entered the foreign country. ▶

**c** Did your visa limit the length of your stay or employment in a foreign country? If "Yes," attach explanation ☐ Yes ☐ No

**d** Did you maintain a home in the United States while living abroad? . . . . . . . . . . . . . ☐ Yes ☐ No

**e** If "Yes," enter address of your home, whether it was rented, the names of the occupants, and their relationship to you. ▶

For Paperwork Reduction Act Notice, see page 4 of separate instructions.  Cat. No. 11900P  Form **2555** (2005)

**Part III**  Taxpayers Qualifying Under Physical Presence Test (See page 2 of the instructions.)

16  The physical presence test is based on the 12-month period from ▶ ......................... through ▶ .........................

17  Enter your principal country of employment during your tax year. ▶ ................................................................................

18  If you traveled abroad during the 12-month period entered on line 16, complete columns **(a)–(f)** below. Exclude travel between foreign countries that did not involve travel on or over international waters, or in or over the United States, for 24 hours or more. If you have no travel to report during the period, enter "Physically present in a foreign country or countries for the entire 12-month period." **Do not** include the income from column **(f)** below in Part IV, but report it on Form 1040.

| (a) Name of country (including U.S.) | (b) Date arrived | (c) Date left | (d) Full days present in country | (e) Number of days in U.S. on business | (f) Income earned in U.S. on business (attach computation) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Part IV**  All Taxpayers

**Note:** *Enter on lines 19 through 23 all income, including noncash income, you earned and actually or constructively received during your 2005 tax year for services you performed in a foreign country. If any of the foreign earned income received this tax year was earned in a prior tax year, or will be earned in a later tax year (such as a bonus), see the instructions. **Do not** include income from line 14, column **(d)**, or line 18, column **(f)**. Report amounts in U.S. dollars, using the exchange rates in effect when you actually or constructively received the income.*

  **If you are a cash basis taxpayer, report on Form 1040 all income you received in 2005, no matter when you performed the service.**

| 2005 Foreign Earned Income | | Amount (in U.S. dollars) | |
|---|---|---|---|
| 19 | Total wages, salaries, bonuses, commissions, etc. . . . . . . . . . . | **19** | |
| 20 | Allowable share of income for personal services performed (see instructions): | | |
| a | In a business (including farming) or profession . . . . . . . . . | **20a** | |
| b | In a partnership. List partnership's name and address and type of income. ▶ ..................... ................................ | **20b** | |
| 21 | Noncash income (market value of property or facilities furnished by employer—attach statement showing how it was determined): | | |
| a | Home (lodging). . . . . . . . . . . . | **21a** | |
| b | Meals . . . . . . . . . . . . . . | **21b** | |
| c | Car . . . . . . . . . . . . . . . | **21c** | |
| d | Other property or facilities. List type and amount. ▶ ............................ | **21d** | |
| 22 | Allowances, reimbursements, or expenses paid on your behalf for services you performed: | | |
| a | Cost of living and overseas differential | **22a** | |
| b | Family . . . . . . . . . . . | **22b** | |
| c | Education . . . . . . . . . | **22c** | |
| d | Home leave . . . . . . . . | **22d** | |
| e | Quarters . . . . . . . . . | **22e** | |
| f | For any other purpose. List type and amount. ▶ ..................... | **22f** | |
| g | Add lines 22a through 22f . . . . . . . . . | **22g** | |
| 23 | Other foreign earned income. List type and amount. ▶ ................................................. ................................ | **23** | |
| 24 | Add lines 19 through 21d, line 22g, and line 23 | **24** | |
| 25 | Total amount of meals and lodging included on line 24 that is excludable (see instructions) . | **25** | |
| 26 | Subtract line 25 from line 24. Enter the result here and on line 27 on page 3. This is your **2005 foreign earned income** . . . . . . . . . . . . . . . ▶ | **26** | |

**Part V**    **All Taxpayers**

| | | | |
|---|---|---|---|
| 27 | Enter the amount from line 26 . . . . . . . . . | **27** | |

Are you claiming the housing exclusion or housing deduction?
☐ **Yes.** Complete Part VI.
☐ **No.** Go to Part VII.

**Part VI**    **Taxpayers Claiming the Housing Exclusion and/or Deduction**

| | | | |
|---|---|---|---|
| 28 | Qualified housing expenses for the tax year (see instructions) . . . . . | **28** | |
| 29 | Number of days in your qualifying period that fall within your 2005 tax year (see instructions) . . . . . . . . . **29**    **days** | | |
| 30 | Multiply $32.59 by the number of days on line 29. If 365 is entered on line 29, enter $11,894.00 here | **30** | |
| 31 | Subtract line 30 from line 28. If the result is zero or less, do not complete the rest of this part or any of Part IX . . . . . . . . . . . . | **31** | |
| 32 | Enter employer-provided amounts (see instructions) . . . . **32** | | |
| 33 | Divide line 32 by line 27. Enter the result as a decimal (rounded to at least three places), but do not enter more than "1.000" . . . . . . . . | **33** | × . |
| 34 | **Housing exclusion.** Multiply line 31 by line 33. Enter the result but do not enter more than the amount on line 32. Also, complete Part VIII . . . . . . . ▶ | **34** | |

**Note:** *The housing deduction is figured in Part IX. If you choose to claim the foreign earned income exclusion, complete Parts VII and VIII before Part IX.*

**Part VII**    **Taxpayers Claiming the Foreign Earned Income Exclusion**

| | | | |
|---|---|---|---|
| 35 | Maximum foreign earned income exclusion . . . . . . . . | **35** | *$80,000*   *00* |
| 36 | • If you completed Part VI, enter the number from line 29. <br> • All others, enter the number of days in your qualifying period that fall within your 2005 tax year (see the instructions for line 29).    **36**    **days** | | |
| 37 | • If line 36 and the number of days in your 2005 tax year (usually 365) are the same, enter "1.000." <br> • Otherwise, divide line 36 by the number of days in your 2005 tax year and enter the result as a decimal (rounded to at least three places). | **37** | × . |
| 38 | Multiply line 35 by line 37 . . . . . . . . . . . . | **38** | |
| 39 | Subtract line 34 from line 27 . . . . . . . . . . . | **39** | |
| 40 | **Foreign earned income exclusion.** Enter the **smaller** of line 38 or line 39. Also, complete Part VIII ▶ | **40** | |

**Part VIII**    **Taxpayers Claiming the Housing Exclusion, Foreign Earned Income Exclusion, or Both**

| | | | |
|---|---|---|---|
| 41 | Add lines 34 and 40 . . . . . . . . . . . . | **41** | |
| 42 | Deductions allowed in figuring your adjusted gross income (Form 1040, line 37) that are allocable to the excluded income. See instructions and attach computation | **42** | |
| 43 | Subtract line 42 from line 41. Enter the result here and in parentheses on **Form 1040, line 21.** Next to the amount enter "Form 2555." On Form 1040, subtract this amount from your income to arrive at total income on Form 1040, line 22 . . . . . . . . ▶ | **43** | |

**Part IX**    **Taxpayers Claiming the Housing Deduction—**Complete this part only if **(a)** line 31 is more than line 34 and **(b)** line 27 is more than line 41.

| | | | |
|---|---|---|---|
| 44 | Subtract line 34 from line 31 . . . . . . . . . . | **44** | |
| 45 | Subtract line 41 from line 27 . . . . . . . . . . | **45** | |
| 46 | Enter the **smaller** of line 44 or line 45 . . . . . . . . | **46** | |

**Note:** *If line 45 is **more than** line 46 and you could not deduct all of your 2004 housing deduction because of the 2004 limit, use the worksheet on page 4 of the instructions to figure the amount to enter on line 47. Otherwise, go to line 48.*

| | | | |
|---|---|---|---|
| 47 | Housing deduction carryover from 2004 (from worksheet on page 4 of the instructions) . . . | **47** | |
| 48 | **Housing deduction.** Add lines 46 and 47. Enter the total here and on Form 1040 to the left of line 36. Next to the amount on Form 1040, enter "Form 2555." Add it to the total adjustments reported on that line . . . . . . . . . . . . ▶ | **48** | |

# U.S. Nonresident Alien Income Tax Return

For the year January 1–December 31, 2005, or other tax year
beginning , 2005, and ending , 20

OMB No. 1545-0074

**2005**

**Please print or type.**

| Your first name and initial | Last name | Identifying number (see page 8 of inst.) |
|---|---|---|

Present home address (number, street, and apt. no., or rural route). If you have a P.O. box, see page 8.

Check if: ☐ Individual ☐ Estate or Trust

City, town or post office, state, and ZIP code. If you have a foreign address, see page 8.

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 30.**

Country ▶     Of what country were you a **citizen** or national during the tax year? ▶

Give address **outside the United States** to which you want any refund check mailed. If same as above, write "Same."

Give address in the country where you are a **permanent resident.** If same as above, write "Same."

**Attach Forms W-2 here. Also attach Form(s) 1099-R if tax was withheld.**

## Filing Status and Exemptions for Individuals (see page 8)

| | 7a Yourself | 7b Spouse |
|---|---|---|

Filing status. Check only one box (1–6 below).

1 ☐ Single resident of Canada or Mexico, or a single U.S. national
2 ☐ Other single nonresident alien
3 ☐ Married resident of Canada or Mexico, or a married U.S. national
4 ☐ Married resident of Japan (see page 9) or the Republic of Korea
5 ☐ Other married nonresident alien
6 ☐ Qualifying widow(er) with dependent child (see page 9)

} If you check box 7b, enter your spouse's identifying number ▶ ------------------

**Caution: Do not** check box 7a if your parent (or someone else) can claim you as a dependent.
**Do not** check box 7b if your spouse had any U.S. gross income.

**No. of boxes checked on 7a and 7b** ▶

**7c** Dependents: (see page 9)

| (1) First name    Last name | (2) Dependent's identifying number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 9) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

**No. of children on 7c who:**
● lived with you ▶
● did not live with you due to divorce or separation ▶
**Dependents on 7c not entered above** ▶

**d** Total number of exemptions claimed

**Add numbers entered on lines above** ▶

**Income Effectively Connected With U.S. Trade/Business**

| | | |
|---|---|---|
| 8 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 8 |
| 9a | **Taxable** interest | 9a |
| b | **Tax-exempt** interest. **Do not** include on line 9a . . . 9b | |
| 10a | Ordinary dividends | 10a |
| b | Qualified dividends (see page 11) . . . . 10b | |
| 11 | Taxable refunds, credits, or offsets of state and local income taxes (see page 11) | 11 |
| 12 | Scholarship and fellowship grants. Attach Form(s) 1042-S or required statement (see page 11) | 12 |
| 13 | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | 13 |
| 14 | Capital gain or (loss). Attach Schedule D (Form 1040) if required. If not required, check here ☐ | 14 |
| 15 | Other gains or (losses). Attach Form 4797 | 15 |
| 16a | IRA distributions . . . . 16a | 16b Taxable amount (see page 12) | 16b |
| 17a | Pensions and annuities . 17a | 17b Taxable amount (see page 13) | 17b |
| 18 | Rental real estate, royalties, partnerships, trusts, etc. Attach Schedule E (Form 1040) | 18 |
| 19 | Farm income or (loss). Attach Schedule F (Form 1040) | 19 |
| 20 | Unemployment compensation | 20 |
| 21 | Other income. List type and amount (see page 14) | 21 |
| 22 | Total income exempt by a treaty from page 5, Item M . . . 22 | |
| 23 | Add lines 8, 9a, 10a, 11–15, 16b, and 17b–21. This is your **total effectively connected income** ▶ | 23 |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 24 | Educator expenses (see page 14) . . . . 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . . 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . 26 | |
| 27 | Self-employed SEP, SIMPLE, and qualified plans . . 27 | |
| 28 | Self-employed health insurance deduction (see page 15) . 28 | |
| 29 | Penalty on early withdrawal of savings . . . 29 | |
| 30 | Scholarship and fellowship grants excluded . . . 30 | |
| 31 | IRA deduction (see page 15) . . . . 31 | |
| 32 | Student loan interest deduction (see page 16) . . 32 | |
| 33 | Domestic production activities deduction. Attach Form 8903 . 33 | |
| 34 | Add lines 24 through 33 | 34 |
| 35 | Subtract line 34 from line 23. Enter here and on line 36. This is your **adjusted gross income** ▶ | 35 |

**Enclose, but do not attach, any payment.**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 36 | Amount from line 35 (adjusted gross income) . . . . . . . . . . . | 36 |
| | 37 | **Itemized deductions** from page 3, Schedule A, line 17 . . . . . . . | 37 |
| | 38 | Subtract line 37 from line 36 . . . . . . . . . . . . . . . | 38 |
| | 39 | Exemptions (see page 17) . . . . . . . . . . . . . . . . | 39 |
| | 40 | **Taxable income.** Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | 40 |
| | 41 | **Tax** (see page 17). Check if any tax is from: **a** ☐ Form(s) 8814  **b** ☐ Form 4972 . | 41 |
| | 42 | **Alternative minimum tax** (see page 18). Attach Form 6251 . . . . . | 42 |
| | 43 | Add lines 41 and 42 . . . . . . . . . . . . . . . . ▶ | 43 |

| | | | |
|---|---|---|---|
| | 44 | Foreign tax credit. Attach Form 1116, if required . . . . . | 44 | |
| | 45 | Credit for child and dependent care expenses. Attach Form 2441 | 45 | |
| | 46 | Retirement savings contributions credit. Attach Form 8880 . . | 46 | |
| | 47 | Child tax credit (see page 19). Attach Form 8901 if required . | 47 | |
| | 48 | Adoption credit. Attach Form 8839 . . . . . . . . | 48 | |
| | 49 | Credits from: **a** ☐ Form 8396  **b** ☐ Form 8859 . . | 49 | |
| | 50 | Other credits. Check applicable box(es): **a** ☐ Form 3800 | | |
| | | **b** ☐ Form 8801   **c** ☐ Form _____ . . . . | 50 | |
| | 51 | Add lines 44 through 50. These are your **total credits** . . . . . . . . | 51 | |
| | 52 | Subtract line 51 from line 43. If line 51 is more than line 43, enter -0- . . . . ▶ | 52 | |

| | | | |
|---|---|---|---|
| **Other Taxes** | 53 | Tax on income not effectively connected with a U.S. trade or business from page 4, line 88 | 53 |
| | 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 |
| | 55 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 55 |
| | 56 | Transportation tax (see page 21) . . . . . . . . . . . . . . | 56 |
| | 57 | Household employment taxes. Attach Schedule H (Form 1040). . . . . . . | 57 |
| | 58 | Add lines 52 through 57. This is your **total tax** . . . . . . . . . ▶ | 58 |

| | | | |
|---|---|---|---|
| **Payments** | 59 | Federal income tax withheld from Forms W-2, 1099, 1042-S, etc. . . | 59 | |
| | 60 | 2005 estimated tax payments and amount applied from 2004 return . | 60 | |
| | 61 | Excess social security and tier 1 RRTA tax withheld (see page 22) . | 61 | |
| | 62 | Additional child tax credit. Attach Form 8812 . . . . . . | 62 | |
| | 63 | Amount paid with Form 4868 (request for extension) . . . . | 63 | |
| | 64 | Other payments from: **a** ☐ Form 2439  **b** ☐ Form 4136  **c** ☐ Form 8885 | 64 | |
| | 65 | Credit for amount paid with Form 1040-C . . . . . . . | 65 | |
| | 66 | U.S. tax withheld at source from page 4, line 85 . . . . . | 66 | |
| | 67 | U.S. tax withheld at source by partnerships under section 1446: | | |
| | **a** | From Form(s) 8805 . . . . . . . . . . . . . | 67a | |
| | **b** | From Form(s) 1042-S . . . . . . . . . . . . | 67b | |
| | 68 | U.S. tax withheld on dispositions of U.S. real property interests: | | |
| | **a** | From Form(s) 8288-A . . . . . . . . . . . . | 68a | |
| | **b** | From Form(s) 1042-S . . . . . . . . . . . . | 68b | |
| | 69 | Add lines 59 through 68b. These are your **total payments** . . . . . . ▶ | 69 | |

| | | | |
|---|---|---|---|
| **Refund**  Direct deposit? See page 22. | 70 | If line 69 is more than line 58, subtract line 58 from line 69. This is the amount you **overpaid** | 70 |
| | 71a | Amount of line 70 you want **refunded to you.** . . . . . . . . . ▶ | 71a |
| | **b** | Routing number _____  ▶ **c** Type: ☐ Checking  ☐ Savings | |
| | **d** | Account number _____ | |
| | 72 | Amount of line 70 you want **applied to your 2006 estimated tax** ▶ | 72 | |

| | | | |
|---|---|---|---|
| **Amount You Owe** | 73 | Amount you owe. Subtract line 69 from line 58. For details on how to pay, see page 23 ▶ | 73 |
| | 74 | Estimated tax penalty. Also include on line 73 . . . | 74 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 24)? ☐ **Yes.** Complete the following. ☐ **No**

| Designee's name ▶ | Phone no. ▶ (     ) | Personal identification number (PIN) ▶ | |
|---|---|---|---|

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation in the United States |
|---|---|---|
| | | |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | EIN | |
| | | Phone no. (     ) | |

Form **1040NR** (2005)

## Schedule A—Itemized Deductions (See pages 24, 25, 26, and 27.)

07

| | | | | |
|---|---|---|---|---|
| **State and Local Income Taxes** | **1** State income taxes . . . . . . . . . | **1** | | |
| | **2** Local income taxes . . . . . . . . . | **2** | | |
| | **3** Add lines 1 and 2 . . . . . . . . . . . | | **3** | |

**Total Gifts to U.S. Charities**

**Caution:** *If you made a gift and received a benefit in return, see page 24.*

**4a** Total gifts by cash or check. If you made any gift of $250 or more, see page 24 . . . . . . . . . . | **4a**

**4b** Gifts by cash or check after August 27, 2005, that you elect to treat as qualified contributions (see page 25) | **4b**

**5** Other than by cash or check. If you made any gift of $250 or more, see page 24. You **must** attach Form 8283 if "the amount of your deduction" (see definition on page 25) is more than $500 | **5**

**6** Carryover from prior year . . . . . . . . . | **6**

**7** Add lines 4a, 5, and 6 . . . . . . . . . . . | **7**

**Casualty and Theft Losses**

**8** Casualty or theft loss(es). Attach Form 4684. See page 25 . . . . . . . | **8**

**Job Expenses and Certain Miscellaneous Deductions**

**9** Unreimbursed employee expenses—job travel, union dues, job education, etc. You **must** attach Form 2106 or Form 2106-EZ if required. See page 26 ▶ . . . . . . . . . | **9**

**10** Tax preparation fees . . . . . . . . . . | **10**

**11** Other expenses. See page 26 for expenses to deduct here. List type and amount ▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11**

**12** Add lines 9 through 11 . . . . . . . . . . | **12**

**13** Enter the amount from Form 1040NR, line 36 . . . . . | **13**

**14** Multiply line 13 by 2% (.02) . . . . . . . . | **14**

**15** Subtract line 14 from line 12. If line 14 is more than line 12, enter -0- . . . . . | **15**

**Other Miscellaneous Deductions**

**16** Other—see page 26 for expenses to deduct here. List type and amount ▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16**

**Total Itemized Deductions**

**17** Is Form 1040NR, line 36, over $145,950 (over $72,975 if you checked filing status box 3, 4, or 5 on page 1 of Form 1040NR)?

☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 3 through 16. Also enter this amount on Form 1040NR, line 37.

☐ **Yes.** Your deduction may be limited. See page 27 for the amount to enter here and on Form 1040NR, line 37.

▶ | **17**

Form 1040NR (2005)                                                                                                          Page **4**

## Tax on Income Not Effectively Connected With a U.S. Trade or Business
Attach Forms 1042-S, SSA-1042S, RRB-1042S, or similar form.

| Nature of income | | (a) U.S. tax withheld at source | Enter amount of income under the appropriate rate of tax (see page 27) | | | | |
|---|---|---|---|---|---|---|---|
| | | | (b) 10% | (c) 15% | (d) 30% | (e) Other (specify) ...........% | ...........% |
| 75 Dividends paid by: | | | | | | | |
| a U.S. corporations | 75a | | | | | | |
| b Foreign corporations | 75b | | | | | | |
| 76 Interest: | | | | | | | |
| a Mortgage | 76a | | | | | | |
| b Paid by foreign corporations | 76b | | | | | | |
| c Other | 76c | | | | | | |
| 77 Industrial royalties (patents, trademarks, etc.) | 77 | | | | | | |
| 78 Motion picture or T.V. copyright royalties | 78 | | | | | | |
| 79 Other royalties (copyrights, recording, publishing, etc.) | 79 | | | | | | |
| 80 Real property income and natural resources royalties | 80 | | | | | | |
| 81 Pensions and annuities | 81 | | | | | | |
| 82 Social security benefits | 82 | | | | | | |
| 83 Gains (include capital gain from line 91 below) | 83 | | | | | | |
| 84 Other (specify) ▶ ............... | 84 | | | | | | |
| 85 **Total U.S. tax withheld at source.** Add column (a) of lines 75a through 84. Enter the total here and on Form 1040NR, line 66 ▶ | 85 | | | | | | |
| 86 Add lines 75a through 84 in columns (b)–(e) | | 86 | | | | | |
| 87 Multiply line 86 by rate of tax at top of each column | | 87 | | | | | |
| 88 **Tax on income not effectively connected with a U.S. trade or business.** Add columns (b)–(e) of line 87. Enter the total here and on Form 1040NR, line 53 ▶ | | | | | | 88 | |

## Capital Gains and Losses From Sales or Exchanges of Property

| Enter only the capital gains and losses from property sales or exchanges that are from sources within the United States and not effectively connected with a U.S. business. Do not include a gain or loss on disposing of a U.S. real property interest; report these gains and losses on Schedule D (Form 1040). | 89 (a) Kind of property and description (if necessary, attach statement of descriptive details not shown below) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Report property sales or exchanges that are effectively connected with a U.S. business on Schedule D (Form 1040), Form 4797, or both. | 90 Add columns (f) and (g) of line 89 | | | | 90 | ( | ) |
| | 91 **Capital gain.** Combine columns (f) and (g) of line 90. Enter the net gain here and on line 83 above (if a loss, enter -0-) ▶ | | | | 91 | | |

Form **1040NR** (2005)

## Other Information (If an item does not apply to you, enter "N/A.")

**A** What country issued your passport? .........................

**B** Were you ever a U.S. citizen? . . . . ☐ Yes ☐ No

**C** Give the purpose of your visit to the United States ► ....
................................................................................................
................................................................................................

**D** Type of entry visa ► ...............................................
.................... and current nonimmigrant status and date
of change (see page 27) ► ......................................

**E** Date you entered the United States (see page 27)
► .............................................................................

**F** Did you give up your permanent
residence as an immigrant in the United
States this year? . . . . . . ☐ Yes ☐ No

**G** Dates you entered and left the United States during the
year. Residents of Canada or Mexico entering and leaving
the United States at frequent intervals, give name of country
only. ► ......................................................................

**H** Give number of days (including vacation and
nonworkdays) you were present in the United States
during:

2003 .............. , 2004 .............. , and 2005 .............. .

**I** If you are a resident of Canada, Mexico, the
Republic of Korea (South Korea), or Japan
(and you elect to have the old U.S.-Japan
income tax treaty apply in its entirety for
2005) or a U.S. national, did your spouse
contribute to the support of any child
claimed on Form 1040NR, line 7c? . . . ☐ Yes ☐ No
If "Yes," enter amount ► $ ......................................

If you were a resident of the Republic of Korea (South Korea) or
Japan (and you elect to have the old U.S.-Japan income tax treaty
apply in its entirety for 2005) for any part of the tax year, enter in the
space below your total foreign source income not effectively
connected with a U.S. trade or business. This information is needed
so that the exemption for your spouse and dependents residing in
the United States (if applicable) may be allowed in accordance with
Article 4 of the income tax treaty between the United States and the
Republic of Korea (South Korea) or Article 4 of the old income tax
treaty between the United States and Japan.

Total foreign source income not effectively connected with
a U.S. trade or business ► $ ....................................

**J** Did you file a U.S. income tax return for
any year before 2005? . . . . . . ☐ Yes ☐ No
If "Yes," give the latest year and form number ► ..........
................................................................................................

**K** To which Internal Revenue office did you pay any amounts
claimed on Form 1040NR, lines 60, 63, and 65? ..........
................................................................................................

**L** Have you excluded any gross income other
than foreign source income not effectively
connected with a U.S. trade or business? . ☐ Yes ☐ No

If "Yes," show the amount, nature, and source of the
excluded income. Also, give the reason it was excluded.
(Do not include amounts shown in item M.) ► ..............

**M** If you are claiming the benefits of a U.S. income tax treaty
with a foreign country, give the following information. See
page 28 for additional information.

● Country ► ........................................................................

● Type and amount of effectively connected income exempt
from tax. Also, identify the applicable tax treaty article. Do
not enter exempt income on lines 8, 9a, 10a, 11-15, 16b,
or 17b–21 of Form 1040NR.

For 2005 (also, include this exempt income on line
22 of Form 1040NR) ► ....................
................................................................................................
................................................................................................
................................................................................................

For 2004 ► ............................................................
................................................................................................
................................................................................................

● Type and amount of income not effectively connected that
is exempt from or subject to a reduced rate of tax. Also,
identify the applicable tax treaty article.

For 2005 ► ............................................................
................................................................................................
................................................................................................

For 2004 ► ............................................................
................................................................................................
................................................................................................

● Were you subject to tax in that country
on any of the income you claim is entitled
to the treaty benefits? . . . . . . . ☐ Yes ☐ No

● Did you have a permanent establishment
or fixed base (as defined by the tax treaty)
in the United States at any time during
2005? . . . . . . . . . . . . ☐ Yes ☐ No

**N** If you file this return to report community income, give your
spouse's name, address, and identifying number.
................................................................................................
................................................................................................

**O** If you file this return for a trust, does the
trust have a U.S. business? . . . . . ☐ Yes ☐ No
If "Yes," give name and address ► .........................
................................................................................................

**P** Is this an "expatriation return" (see
page 28)? . . . . . . . . . . . ☐ Yes ☐ No
If "Yes," you must attach an annual
information statement.

**Q** During 2005, did you apply for, or take
other affirmative steps to apply for, lawful
permanent resident status in the United
States or have an application pending to
adjust your status to that of a lawful
permanent resident of the United States? ☐ Yes ☐ No

If "Yes," explain ► ...............................................
................................................................................................
................................................................................................

# Form W-4 (2006)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2006 expires February 16, 2007. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $850 and includes more than $300 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-

earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line **E** below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2006. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

---

**Personal Allowances Worksheet** (Keep for your records.)

**A** Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . **A** _____

**B** Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

. . **B** _____

**C** Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . **C** _____

**D** Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . **D** _____

**E** Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . . **E** _____

**F** Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . **F** _____
(**Note.** Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

**G** **Child Tax Credit** (including additional child tax credit):
- If your total income will be less than $55,000 ($82,000 if married), enter "2" for each eligible child.
- If your total income will be between $55,000 and $84,000 ($82,000 and $119,000 if married), enter "1" for each eligible child plus "1" **additional** if you have four or more eligible children. . . . . . . . . . . . . . **G** _____

**H** Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶ **H** _____

| | |
|---|---|
| For accuracy, complete all worksheets that apply. | • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.<br>• If you have **more than one job** or are **married and you and your spouse both work** and the combined earnings from all jobs exceed $35,000 ($25,000 if married) see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.<br>• If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below. |

---

- - - - - - - - - - - - - - - **Cut here and give Form W-4 to your employer. Keep the top part for your records.** - - - - - - - - - - - - - - -

Form **W-4**

Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ **Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.**

OMB No. 1545-0074

**2006**

| **1** Type or print your first name and middle initial. | Last name | **2** Your social security number |
|---|---|---|

| Home address (number and street or rural route) | **3** ☐ Single ☐ Married ☐ Married, but withhold at higher Single rate.<br>**Note.** If married, but legally separated, or spouse is a nonresident alien, check the "Single" box. |
|---|---|
| City or town, state, and ZIP code | **4** **If your last name differs from that shown on your social security card, check here.** You must call 1-800-772-1213 for a new card. ▶ ☐ |

**5** Total number of allowances you are claiming (from line **H** above **or** from the applicable worksheet on page 2) . . . **5** _____

**6** Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . **6** $ _____

**7** I claim exemption from withholding for 2006, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability **and**
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.
If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . ▶ **7** _____

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature**
(Form is not valid unless you sign it.) ▶

Date ▶

| **8** Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | **9** Office code (optional) | **10** Employer identification number (EIN) |
|---|---|---|

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**

Cat. No. 10220Q

Form **W-4** (2006)

## Deductions and Adjustments Worksheet

**Note.** Use this worksheet *only* if you plan to itemize deductions, claim certain credits, or claim adjustments to income on your 2006 tax return.

| | | |
|---|---|---|
| **1** | Enter an estimate of your 2006 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes, medical expenses in excess of 7.5% of your income, and miscellaneous deductions. (For 2006, you may have to reduce your itemized deductions if your income is over $150,500 ($75,250 if married filing separately). See *Worksheet 3* in Pub. 919 for details.) . . . | **1** $ |
| **2** | Enter: $\left\{\begin{array}{l}\text{\$10,300 if married filing jointly or qualifying widow(er)}\\ \text{\$ 7,550 if head of household}\\ \text{\$ 5,150 if single or married filing separately}\end{array}\right\}$ . . . . . | **2** $ |
| **3** | **Subtract** line 2 from line 1. If line 2 is greater than line 1, enter "-0-" . . . . . . . | **3** $ |
| **4** | Enter an estimate of your 2006 adjustments to income, including alimony, deductible IRA contributions, and student loan interest | **4** $ |
| **5** | **Add** lines 3 and 4 and enter the total. (Include any amount for credits from *Worksheet 7* in Pub. 919) . | **5** $ |
| **6** | Enter an estimate of your 2006 nonwage income (such as dividends or interest) . . . . . | **6** $ |
| **7** | **Subtract** line 6 from line 5. Enter the result, but not less than "-0-" . . . . . . . . | **7** $ |
| **8** | **Divide** the amount on line 7 by $3,300 and enter the result here. Drop any fraction . . . . | **8** |
| **9** | Enter the number from the **Personal Allowances Worksheet**, line H, page 1 . . . . . | **9** |
| **10** | **Add** lines 8 and 9 and enter the total here. If you plan to use the **Two-Earner/Two-Job Worksheet,** also enter this total on line 1 below. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 . | **10** |

## Two-Earner/Two-Job Worksheet (See *Two earners/two jobs* on page 1.)

**Note.** Use this worksheet *only* if the instructions under line H on page 1 direct you here.

| | | |
|---|---|---|
| **1** | Enter the number from line H, page 1 (or from line 10 above if you used the **Deductions and Adjustments Worksheet**) | **1** |
| **2** | Find the number in **Table 1** below that applies to the **LOWEST** paying job and enter it here . . . . | **2** |
| **3** | If line 1 is **more than or equal to** line 2, subtract line 2 from line 1. Enter the result here (if zero, enter "-0-") and on Form W-4, line 5, page 1. **Do not** use the rest of this worksheet . . . . . . . | **3** |

**Note.** If line 1 is *less than* line 2, enter "-0-" on Form W-4, line 5, page 1. Complete lines 4–9 below to calculate the additional withholding amount necessary to avoid a year-end tax bill.

| | | | | |
|---|---|---|---|---|
| **4** | Enter the number from line 2 of this worksheet . . . . . . . | **4** | | |
| **5** | Enter the number from line 1 of this worksheet . . . . . . . | **5** | | |
| **6** | **Subtract** line 5 from line 4 . . . . . . . . . . . . . . . . . . | | **6** | |
| **7** | Find the amount in **Table 2** below that applies to the **HIGHEST** paying job and enter it here . . . | | **7** $ |
| **8** | **Multiply** line 7 by line 6 and enter the result here. This is the additional annual withholding needed . . | | **8** $ |
| **9** | Divide line 8 by the number of pay periods remaining in 2006. For example, divide by 26 if you are paid every two weeks and you complete this form in December 2005. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck . . . . . . . . | | **9** $ |

### Table 1: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | | | | | All Others | |
|---|---|---|---|---|---|---|---|
| If wages from **HIGHEST** paying job are— | AND, wages from **LOWEST** paying job are— | Enter on line 2 above | If wages from **HIGHEST** paying job are— | AND, wages from **LOWEST** paying job are— | Enter on line 2 above | If wages from **LOWEST** paying job are— | Enter on line 2 above |
| $0 - $42,000 | $0 - $4,500 | 0 | $42,001 and over | 32,001 - 38,000 | 6 | $0 - $6,000 | 0 |
| | 4,501 - 9,000 | 1 | | 38,001 - 46,000 | 7 | 6,001 - 12,000 | 1 |
| | 9,001 - 18,000 | 2 | | 46,001 - 55,000 | 8 | 12,001 - 19,000 | 2 |
| | 18,001 and over | 3 | | 55,001 - 60,000 | 9 | 19,001 - 26,000 | 3 |
| | | | | 60,001 - 65,000 | 10 | 26,001 - 35,000 | 4 |
| $42,001 and over | $0 - $4,500 | 0 | | 65,001 - 75,000 | 11 | 35,001 - 50,000 | 5 |
| | 4,501 - 9,000 | 1 | | 75,001 - 95,000 | 12 | 50,001 - 65,000 | 6 |
| | 9,001 - 18,000 | 2 | | 95,001 - 105,000 | 13 | 65,001 - 80,000 | 7 |
| | 18,001 - 22,000 | 3 | | 105,001 - 120,000 | 14 | 80,001 - 90,000 | 8 |
| | 22,001 - 26,000 | 4 | | 120,001 and over | 15 | 90,001 - 120,000 | 9 |
| | 26,001 - 32,000 | 5 | | | | 120,001 and over | 10 |

### Table 2: Two-Earner/Two-Job Worksheet

| Married Filing Jointly | | All Others | |
|---|---|---|---|
| If wages from **HIGHEST** paying job are— | Enter on line 7 above | If wages from **HIGHEST** paying job are— | Enter on line 7 above |
| $0 - $60,000 | $500 | $0 - $30,000 | $500 |
| 60,001 - 115,000 | 830 | 30,001 - 75,000 | 830 |
| 115,001 - 165,000 | 920 | 75,001 - 145,000 | 920 |
| 165,001 - 290,000 | 1,090 | 145,001 - 330,000 | 1,090 |
| 290,001 and over | 1,160 | 330,001 and over | 1,160 |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. The Internal Revenue Code requires this information under sections 3402(f)(2)(A) and 6109 and their regulations. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may also subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, to cities, states, and the District of Columbia for use in administering their tax laws, and using it in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to

the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

 Printed on recycled paper