IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL ACTION NO. 06-10019 |
| ROBERT LAWRENCE, | ) |
| Defendant. | ) |

**NOTICE OF APPEAL AND DESIGNATION OF RECORD**

Notice is hereby given that Defendant Robert Lawrence appeals to the 7th Circuit Court of Appeals from the final order entered by the District Court on July 31, 2006, adverse to the Defendant with respect to the request for attorney fees and costs. Defendant designates the entire record. All transcripts have been requested and secured, thus there would be no need to order additional transcripts.

By:  /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
2120 North B Street
Fort Smith, AR 72901
479-573-0726
479-573-0647 fax
oscar@oscarstilley.com

**CERTIFICATE OF SERVICE**

I, Oscar Stilley, certify by my signature above that a copy of the foregoing was delivered by CM/ECF this Aug 14, 2006, to:

Gerard A Brost, US ATTY
Suite 400
211 Fulton St
Peoria, IL 61602