# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 06-10019

Division: Peoria

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

United States of America          v.          Robert Lawrence

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Gerard A. Brost                              Name: Oscar A. Stilley

Firm: US Attorney's Office                         Firm:

Address: 211 Fulton, Suite 400                     Address: 2120 North B Street

Peoria IL 61602                                    Ft Smith, AR 72901

Phone: 309-671-7050                                Phone: 479-573-0726

---

Judge: Michael M. Mihm                             Nature of Suit Code:

Court Reporter: K. Hanna                           Date Filed in District Court: 3/16/2006

                                                   Date of Judgment: 7/31/2006

                                                   Date of Notice of Appeal: 8/14/2006

Counsel:   ___Appointed     __X_Retained   ___Pro Se

Fee Status:   ___Paid     __X_Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes    __X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**