UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

| CLERK OF THE COURT | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |

**FILED**

**AUG 1 8 2006**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:    06-3205                     Docketed on: 8/15/06
Short Caption:          USA v. Lawrence, Robert
District Court Judge:   Michael M. Mihm
District Court No.:     06 CR 10019

If you have any questions regarding this appeal, please call this office.

(1003-012490)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**FILED**
AUG 1 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CIRCUIT RULE 3(b) NOTICE

Date: August 15, 2006
Re: USA v. Lawrence, Robert
    Appeal No.: 06-3205

Appeal from the United States District Court for the
Central District of Illinois
No. 06 CR 10019, Michael M. Mihm, Judge

To:   Oscar Stilley, Esq.
      2120 North B Street
      Fort Smith, AR  72901

Circuit Rule 3(b) empowers the clerk to dismiss an appeal if the docket fee is not paid within fourteen (14) days of the docketing of the appeal. This appeal was docketed on 8/15/06. The District Court has indicated that as of 8/14/06 the docket fee has not been paid. Depending on your situation, you should:

1. Pay the required $450.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, **if you have not already done so.** The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed on appeal in forma pauperis with the District Court, **if you have not already done so.** An original and three copies of that motion, with proof of service on your opponent, is required. This motion must be supported by a sworn affidavit in the form prescribed by Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedur (as amended 12/1/98), listing the assets and income of the appellant(s).

3. If the motion to proceed on appeal in forma pauperis is denied by the district court, you must either pay the required $450.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, within 14 days after service of notice of the action of the district court, or within 30 days of that date, renew your motion to proceed on appeal in forma pauperis with this court. If the motion is renewed in this court, it must comply with the terms of Fed. R. App. P. 24(a).

If one of the above stated actions is not taken, the appeal will be dismissed.

(1258-020300)

SCANNED
DATE: 8/18/6  BY: H