# United States Court of Appeals
FOR THE SEVENTH CIRCUIT
CHICAGO, ILLINOIS 60604

June 11, 2007

*Before*

Honorable FRANK H. EASTERBROOK, *Circuit Judge*

Honorable ILANA DIAMOND ROVNER, *Circuit Judge*

Honorable DIANE S. SYKES, *Circuit Judge*

No. 06-3205

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff-Appellee,*<br><br>v.<br><br>ROBERT LAWRENCE,<br>*Defendant-Appellant..* | ] Appeal from the United States District Court<br>] for the Central District of Illinois<br>]<br>]<br>] No. 06 CR 10019<br>]<br>]<br>] Michael M. Mihm,<br>] *Judge.* |

### **ORDER**

No judge of the court having called for a vote on the Petition for Rehearing and Rehearing En Banc filed by Defendant-Appellant on May 24, 2007, and all of the judges on the original panel having voted to deny the same,

IT IS HEREBY ORDERED that the Petition for Rehearing and Rehearing En Banc is DENIED.

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF ISSUANCE OF MANDATE



**FILED**

JUN 2 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DATE:   June 19, 2007

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Room 309
        100 N.E. Monroe Street
        Peoria, IL  61602

FROM:   Clerk of the Court

RE:     06-3205
        USA v. Lawrence, Robert
        06 CR 10019, Michael M. Mihm, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[X] No record filed
[ ] Original record on appeal consisting of:

| ENCLOSED: | | TO BE RETURNED AT LATER DATE: |
|---|---|---|
| [ ] | Volumes of pleadings | [ ] |
| [ ] | Volumes of loose pleadings | [ ] |
| [ ] | Volumes of transcripts | [ ] |
| [ ] | Volumes of exhibits | [ ] |
| [ ] | Volumes of depositions | [ ] |
| [ ] | In Camera material | [ ] |
| [ ] | Other_____ | [ ] |
| | Record being retained for use in Appeal No. _____ | [ ] |

Copies of this notice sent to:        Counsel of record
[X]     United States Marshal
[X]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____        _____
(1071-120397)                          Deputy Clerk, U.S. District Court